# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>James Michael Wells<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 3:12-mj-00027-DMS JDR<br>(13) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 12, 2012___ in the county of _____ in the _____ District of ___Alaska___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1114 | Count 1: Murder of a Federal Officer or Employee - James Hopkins<br>Count 2: Murder of a Federal Officer or Employee - Richard Belisle |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Signature Redacted
*Complainant's signature*

Elizabeth Oberlander   FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: feb 15, 2013

/s/John D. Roberts, USMJ
Signature Redacted
*Judge's signature*

City and state: Anchorage, Alaska

John D. Roberts, Magistrate Judge
*Printed name and title*

Case 3:13-cr-00008-SLG   Document 1   Filed 02/15/13   Page 1 of 1