KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER, JR.
Assistant U.S. Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: daniel.cooper@usdoj.gov
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-mj-00027-JDR |
|---|---|---|
| | ) | |
| | ) | **MOTION TO UNSEAL** |
| Plaintiff, | ) | **COMPLAINT AND** |
| | ) | **AFFIDAVIT** |
| vs. | ) | |
| | ) | **[FILED UNDER SEAL]** |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through

undersigned counsel, and moves this court to unseal the Complaint and

Affidavit in the above-captioned case.  This motion is made because the case no longer requires secrecy.

RESPECTFULLY SUBMITTED this 19th day of February, 2013 in Anchorage, Alaska.

                                      KAREN L. LOEFFLER
                                      United States Attorney

                                      s/ Daniel R. Cooper, Jr.
                                      DANIEL R. COOPER, JR.
                                      Assistant U.S. Attorney
                                      United States of America


                                      s/ Bryan D. Schroder
                                      BRYAN D. SCHRODER
                                      Assistant U.S. Attorney
                                      United States of America