IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) ) | No. 3:13-mj-00027-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **ORDER GRANTING MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

The United States, by motion, has requested that the Complaint and Affidavit in the above captioned case be unsealed.

IT IS SO ORDERED.

DATE: Feb 19, 2013

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE