KAREN L. LOEFFLER
United States Attorney

DANIEL R. COOPER, JR.
BRYAN D. SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
E-mail: daniel.cooper@usdoj.gov
bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-13- |
| Plaintiff, | COUNTS 1 and 2: |
| v. | MURDER IN THE FIRST DEGREE |
| | Vio. of 18 U.S.C. §§ 7(3) and 1111(a) and (b) |
| JAMES MICHAEL WELLS, | |
| Defendant. | COUNTS 3 and 4: MURDER OF AN OFFICER OR EMPLOYEE OF THE UNITED STATES |
| | Vio. of 18 U.S.C. §§ 1114 and 1111 |
| | COUNTS 5 and 6: POSSESSION AND USE OF A FIREARM IN RELATION TO A CRIME OF VIOLENCE |
| | Vio. of 18 U.S.C. §§ 924(c) and (j) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 12, 2012, in the District of Alaska, on lands reserved or acquired for the use of the United States Coast Guard Communications Facility Kodiak, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JAMES MICHAEL WELLS, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Richard W. Belisle.

All of which is in violation of Title 18, United States Code §§ 7(3) and 1111(a) and (b).

## COUNT 2

On or about April 12, 2012, in the District of Alaska, on United States Coast Guard Communications Facility Kodiak, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JAMES MICHAEL WELLS, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill James A. Hopkins.

All of which is in violation of Title 18, United States Code §§ 7(3) and 1111(a) and (b).

## COUNT 3

On or about April 12, 2012, in the District of Alaska, the defendant, JAMES MICHAEL WELLS, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Richard W. Belisle, an employee of the United States engaged in or on account of the performance of his official duties.

All of which is in violation of Title 18, United States Code §§ 1114 and 1111.

## COUNT 4

On or about April 12, 2012, in the District of Alaska, the defendant, JAMES MICHAEL WELLS, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill James A. Hopkins, an employee of the United States engaged in or on account of the performance of his official duties.

All of which is in violation of Title 18, United States Code §§ 1114 and 1111.

## COUNT 5

On or about April 12, 2012, in the District of Alaska, defendant JAMES MICHAEL WELLS did knowingly use and carry a firearm, that is a firearm capable of firing .44 caliber ammunition, during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, that is, Murder, in violation of Title 18, United States Code, Section 1111, who in the course of said violation did thereby unlawfully and intentionally with malice aforethought cause the death of a person, that is, James Hopkins, through the use of said firearm, said killing being a murder in the first degree as defined by Title 18, United States Code, Section 1111(a) in that said killing was willful, deliberate, malicious, premeditated and with malice aforethought.

All of which in violation of Title 18, United States Code, Sections 924(c)(1)(A) & (B)(ii); and 924(j)(1).

## COUNT 6

On or about April 12, 2012, in the District of Alaska, defendant JAMES MICHAEL WELLS did knowingly use and carry a firearm, that is a firearm capable of firing .44 caliber ammunition, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Murder, in violation of Title 18, United States Code, Section 1111, who in the course of said violation did thereby cause the death of a person, that is, Richard Belisle, through the use of said firearm, said killing being a murder in the first degree as defined by Title 18, United States Code, Section 1111(a)

in that said killing was willful, deliberate, malicious, premeditated and with malice aforethought.

All of which in violation of Title 18, United States Code, Sections 924(c)(1)(A) & (B)(ii); and 924(j)(1).

A TRUE BILL.

<u>s/Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/Daniel R. Cooper, Jr.</u>
DANIEL R. COOPER, JR.
United States of America
Assistant U.S. Attorney

<u>s/Bryan D. Schroder</u>
BRYAN D. SCHRODER
United States of America
Assistant U.S. Attorney

<u>s/Karen L. Loeffler</u>
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: <u>February 19, 2013</u>