AO 442 (Rev. 01/09) Arrest Warrant

**RECEIVED**

# UNITED STATES DISTRICT COURT
FEB 19 2013

for the

District of Alaska

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

United States of America
v.
James Michael Wells

_Defendant_

ORIGINAL

Case No. 3:13-mj-00027-DMS

USMS-D/ALASKA-WARRANTS
FID# 9138233
WARRANT # 1306-0215-0449-J
Entered NCIC _____
Entered APSIN _____

Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ James Michael Wells ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Murder of federal officers or employees James Hopkins and Richard Belisle on April 12, 2012 at U.S. Coast Guard Communications Station Kodiak, while engaged in or on account of their official duties Alaska.

Date: February 15, 2013

City and state: Anchorage, Alaska

/s/John D. Roberts, USMJ
Signature Redacted
_Issuing officer's signature_

John D. Roberts, Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 2/15/2013 , and the person was arrested on _(date)_ 2/15/2013
at _(city and state)_ _____

Date: 2/19/2013

**REDACTED SIGNATURE**
For _Arresting officer's signature_

FBI, SA ALLISON
_Printed name and title_