KAREN L. LOEFFLER
United States Attorney

Daniel R. Cooper, Jr.
Bryan D. Schroder
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: daniel.cooper@usdoj.gov
        bryan.schroder@doj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-0008 RRB-JDR ) |
| Plaintiff, | ) NOTICE OF VICTIMS' ) REPRESENTATIVES' INTENT ) TO GIVE STATEMENTS AT |
| vs. | ) DETENTION HEARING ) |
| JAMES MICHAEL WELLS, | ) 18 U.S.C. 3771(a)(4) and (e) ) |
| Defendant. | ) ) |

      COMES NOW the United States of America, and provides notice

that Nicola Belisle and Deborah Hopkins, as representatives of the

victims named in Counts 1 through 6 of the Indictment, Richard Belisle and James Hopkins, intend to make statements at the detention hearing scheduled for February 25, 2013, at 10:30 a.m.

Pursuant to 18 U.S.C. § 3771(a)(4), victims of crimes have the right to be reasonably heard at any public proceeding in the district court involving release. 18 U.S.C. § 3771(e) provides, in the instance where, as here, a victim is deceased, that family members may assume the rights of the victims. Nicola Belisle and Deborah Hopkins are the widows of the victims, and thus have standing to speak as family members. Other family members, including children and siblings, have also stated their intent to submit written statements concerning the detention of the defendant. If any such statements are received, they will be filed promptly.

//

//

//

This pleading will also be served upon the Pre Trial Services Officer.

RESPECTFULLY SUBMITTED this 22nd day of February, 2013, in Anchorage, Alaska.

                                                KAREN L. LOEFFLER
                                                United States Attorney

                                                s/ Daniel R. Cooper, Jr.
                                                Daniel R. Cooper, Jr.
                                                Assistant U.S. Attorney
                                                United States of America

                                                s/ Bryan Schroder
                                                Bryan Schroder
                                                Assistant U.S. Attorney
                                                United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2013,
a true and correct copy of the foregoing was
served electronically on the following:

Richard Curtner, Federal Defender
Sue Ellen Tatter, Federal Defender

s/ Daniel R. Cooper, Jr.
Office of the U.S. Attorney

3