```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  __JAMES MICHAEL WELLS__   CASE NO. __3:13-cr-00008-RRB-JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           BRENDA MCGURN

UNITED STATES' ATTORNEY:         DANIEL COOPER, JR.
                                 BRYAN SCHRODER

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER, APPOINTED
                                 NOA OREN

U.S.P.O.:                        ERIC ODEGARD

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD FEBRUARY 19, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:34 p.m. court convened.

_X_ Copy of Indictment given to defendant:  waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.  _X_ Waived full advisement
                                              of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant stated true name: same as above.

_X_ Financial Affidavit **FILED**.

_X_ Federal Public Defender to appoint, Rich Curtner and Sue Ellen
    Tatter; FPD notified.

_X_ PLEAS: Not Guilty to counts 1 and 2, 3 and 4, 5 and 6 of the
    Indictment.

_X_ Detention Hearing set for **February 25, 2013 at 10:30 a.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED**.

_X_ Pretrial motions deadline not set at this time; Order for the
    Progression of a Criminal Case with Trial Date **FILED**.


                        Continued To Page 2

DATE:      FEBRUARY 19, 2013          DEPUTY CLERK'S INITIALS:  BMM
Revised 9-28-09

```
                    CONTINUATION - PAGE 2
                 U.S.A. vs. JAMES MICHAEL WELLS
                      3:13-cr-00008-RRB-JDR
                     ARRAIGNMENT ON INDICTMENT
                        FEBRUARY 19, 2013
----------------------------------------------------------------
```
 X Counsel advised of trial date: **April 15, 2013 at 8:30 a.m.**
   and before Judge Ralph R. Beistline.


 X OTHER: Government to file Certificate of Discovery Conference
   by close of business **February 27, 2013.** Court ordered
   defendant to pay up to the amount of $30,000 of court cost of
   counsel.

At 3:57 p.m. court adjourned.

**OFF RECORD NOTE:** Final Pretrial Conference set for **April 9, 2013 at 9:00 a.m.**

DATE:     FEBRUARY 19, 2013        DEPUTY CLERK'S INITIALS:  BMM

Revised 9-28-09