Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

The defendant JAMES MICHAEL WELLS through counsel moves this court to vacate the detention hearing scheduled for February 25, 2013, at 10:30 a.m. The defense intends to develop a release plan and present it to the court at a later date.

This motion is filed on shortened time because the hearing is scheduled for Monday, February 25, 2013.

Assistant U.S. Attorney Daniel Cooper does not oppose this motion.

DATED this 22nd day of February 2013.

        Respectfully submitted,

        /s/Sue Ellen Tatter
        Assistant Federal Defender
        601 West Fifth Avenue, Suite 800
        Anchorage, AK 99501
        Phone:    907-646-3400
        Fax:    907-646-3480
        E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on February 22, 2013,
a copy of the *Unopposed Motion on Shortened Time to Vacate Detention Hearing* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Daniel R. Cooper , Jr.
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: daniel.cooper@usdoj.gov

/s/Sue Ellen Tatter

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR    Page 2

Case 3:13-cr-00008-SLG   Document 15   Filed 02/22/13   Page 2 of 2