UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Vacate Detention Hearing, the motion is granted.

IT IS HEREBY ORDERED that the detention hearing on Monday, February 25, 2013, is VACATED.

DATED this ____ day of February 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE