IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[proposed]**<br>) **ORDER GRANTING JOINT**<br>) **MOTION TO CONTINUE** |
| vs. | ) **COMPLEX CASE AND**<br>) **PROPOSED PRE-TRIAL** |
| JAMES MICHAEL WELLS, | ) **DEADLINES** |
| Defendant. | ) |

Based on join motion of the parties, and for the reasons set forth therein, IT IS HEREBY ORDERED that the trial on April 15, 2013 is vacated and reset for _____ at _____ [am/pm], and the following pretrial deadlines shall apply:

| Action | Date |
|---|---|
| Rule 16(a)(1)(A), (B), and (D) discovery | Completed on 2/22/13 |
| Rule 16(a)(1)(E) inspection of physical items | 3/5/13 |
| Rule 16(a)(1)(E) production of documents | 3/15/13 |
| Defense discovery motions | 4/15/13 |
| Motions to suppress statements | 4/19/13 |
| Motions to suppress physical evidence | 6/14/13 |

| Expert notices | 7/12/13 |
| --- | --- |
| Rebuttal expert notices | 9/13/13 |
| Daubert Motions | 10/4/13 |
| Jencks and *Giglio* material | 6 weeks before trial |
| Inspection of trial documents and objects | 1 month before trial date |
| Motions in Limine<br><br>- F.R.E. 404(b) notices will be provided 4 weeks prior to the motions in limine deadline. | 2 months before trial date |

IT IS FURTHER ORDERED that a Status Hearing is set for

_____ at \_\_\_\_\_ [am/pm].

Date: _____          _____

                                                U.S. District Court Judge