IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| | ) GRANTING MOTION |
| vs. | ) FOR PARTIAL |
| | ) RECONSIDERATION OF |
| JAMES MICHAEL WELLS, | ) COURT'S FIRST PRETRIAL |
| | ) SCHEDULING ORDER |
| Defendant. | ) |

After review of government's Motion for Partial Reconsideration of Court's First Pretrial Scheduling Order, it is hereby ordered that Court will strike paragraphs 1 and 2, as well as the first sentence of paragraph 3 in its Order, at Docket 20.

IT IS SO ORDERED.

Dated: _____                    _____
                                             United States District Court Judge