PETER OFFENBECHER
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Tel: (206) 623-6501
Fax: (206) 447-1973
poffenbecher@skellengerbender.com
WA State Bar No. 11920

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL ON BEHALF OF JAMES MICHAEL WELLS |

PLEASE TAKE NOTICE that Peter Offenbecher, and Skellenger Bender, P.S., hereby enter their appearance as co-counsel with F. Richard Curtner and Sue Ellen Tatter, and the Federal Public Defender, for James Michael Wells, and request that all further pleadings or papers herein, except process, be served on them at the address set out above.

DATED this 10th day of March 2013.

                                              s/ Peter Offenbecher
                                              Peter Offenbecher, WSBA No. 11920
                                              SKELLENGER BENDER, P.S.
                                              Attorneys for James Michael Wells

## CERTIFICATE OF SERVICE

I, Jule Sprenger, certify that on March 10, 2013, I electronically filed the Notice of Appearance and Association of Counsel on Behalf of James Michael Wells with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED this 10th day of March 2013.

                          s/ Jule Sprenger
                          Jule Sprenger
                          SKELLENGER BENDER, P.S.
                          Paralegal