KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER, JR.
Assistant U.S. Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: daniel.cooper@usdoj.gov
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **MOTION FOR VICTIMS TO APPEAR TELEPHONICALLY AT HEARING** |
| vs. | ) *Filed on Shortened Time* |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

The United States requests that victims in the above case be allowed to appear telephonically at the hearing set for March 13, 2013 at 10:00 a.m.  This request is made on shortened time because the

hearing is set for this week.  Undersigned counsel has attempted to have the conference required by D.Ak. L. R. 7.2(c), as set forth in the attached declaration of counsel, but there has been no response from any of the defendant's four lawyers.

The rights of victims of crimes are stated at 18 U.S.C. § 3771(a)(1) – (8).  The enumerated rights include "(8) The right to be treated with fairness. . . ". (Id.).  The term "crime victim" is defined at 18 U.S.C. § 3771€, and includes, in the instance where, as here, the victims are deceased, "family members".  (Id.).

As set forth in the affidavit of counsel, Mr. Hopkins' wife is now residing out of Alaska.  Moreover, both Mr. Hopkins and Mr. Belisle have family members, including children, parents and siblings, residing outside Alaska.  They have expressed their desire to attend this hearing, and all future hearings, telephonically, so they may be apprised of the progress of the case.  Pursuant to the statutory authority set forth above, and in the application of fairness to them, they should be permitted to attend telephonically.  Otherwise, a burden is imposed upon them to travel to Alaska to attend.  Such a burden

should not, in fairness, be imposed upon them absent findings by the Court to the contrary.

The United States respectfully asks the Court to direct the Clerk to provide a telephone number for this and all future hearings, whether before the District Court or the Magistrate Judge, to which family members of Mr. Belisle and Mr. Hopkins may call to participate in the proceedings.

RESPECTFULLY SUBMITTED on March 12, 2013 in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
United States of America

Certificate of Service

I hereby certify that on March 12, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Daniel R. Cooper
Office of the U.S. Attorney