KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER, JR.
Assistant U.S. Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: daniel.cooper@usdoj.gov
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR VICTIMS TO APPEAR TELEPHONICALLY AT HEARING** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) *Filed on Shortened Time* |

DANIEL R. COOPER, JR., declares, subject to the penalties of perjury, the following:

1. I am an Assistant United States Attorney in the District of Alaska, and have responsibility for the captioned case.

2. On March 11, 2013, I called the Federal Defender, Rich Curtner, at approximately 4:30 to discharge my responsibilities required by D.Ak. L. R. 7.2(c). Mr. Curtner did not answer, so I left a voice mail explaining that I was filing the motion on shortened time, and asking for a non-opposition.

3. On March 11, 2013, I sent an email at 4:22 p.m. to every lawyer who has entered an appearance or participated in any way in this case describing the motion, that it was being filed on shortened time, and asking for a non-opposition to filing it on shortened time, as well as their non-opposition to the telephonic participation. The addressees were Rich Curtner, Sue Ellen Tatter and Noa Oren, all of the Federal Defender's Office for the District of Alaska, and Peter Offenbecher, an attorney in Seattle who entered his appearance in this case at 12:41 pm on March 11, 2013.

4. The only response I have received is an automatic email from Mr. Offenbecher's office that he is out of the office until March 18, 2013.

5. This motion is not brought for the purpose of harassment or delay.

RESPECTFULLY SUBMITTED on March 12, 2013 in Anchorage, Alaska.

>KAREN L. LOEFFLER
>United States Attorney
>
>s/ Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>United States of America

Declarations have the same legal force as affidavits.  28 U.S.C. § 1746

Certificate of Service

I hereby certify that on March 12, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Daniel R. Cooper
Office of the U.S. Attorney

Page 3 of 3

Case 3:13-cr-00008-SLG   Document 31   Filed 03/12/13   Page 3 of 3