IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING MOTION FOR VICTIMS TO APPEAR TELEPHONICALLY AT HEARING |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

The United States requested on shortened time that victims in this case be allowed to appear telephonically for the hearing set for March 13, 2013 at 10:00am. The Court has considered the Motion, the authority cited therein, and upon consideration thereof,

IT IS HEREBY ORDERED that the victims may call (907) 677 - 6246 five minutes before the scheduled hearing time.

IT IS FURTHER ORDERED that in all future hearings open to the public, whether held before the District Court Judge or the Magistrate Judge, the Clerk shall provide a telephone number for family members of the crime victims to call so they may participate in the proceedings.

DATE: March 13, 2013        s/RALPH R. BEISTLINE
                            RALPH R. BEISTLINE
                            U.S. District Court Judge