```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__ CASE NO. __3:13-cr-00008-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____NANCY LEALAISALANOA_____

UNITED STATES' ATTORNEY: _____DANIEL COOPER, JR_____

DEFENDANT'S ATTORNEY: _____RICHARD CURTNER_____

PROCEEDINGS: HEARING ON JOINT MOTION TO CONTINUE TRIAL AND
    DECLARE CASE COMPLEX (DKT 18) HELD MARCH 13, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

Court and counsel heard re Joint Motion to Continue Trial and Declare Case Complex (DKT 18); **GRANTED**.

Court and counsel heard re possible capital case and extensive discovery.

Court found excludable delay under 18 U.S.C.§ 3161 (h)(7)(B)(ii) Case unusual or complex.

Final Pretrial Conference set for April 9, 2013 at 9:00 a.m. and Trial by Jury set for April 15, 2013 at 8:30 a.m. were **VACATED**.

Status Conference set for **May 14, 2013 at 10:00 a.m.**

Trial by Jury set for week of **February 17, 2014 at 8:30 a.m.**

Court and counsel heard re Government's intent to file motion to have trial in Courtroom 1 for video use and intent to file motion for motions to be directed to the district judge instead of the magistrate judge.

At 10:11 a.m. court adjourned.

DATE: ___March 13, 2013___ DEPUTY CLERK'S INITIALS: ___NXL___

Revised 9-28-09