

## CHARLES W. COE
ATTORNEY AT LAW

810 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501

(907) 276-6173

March 6, 2013

Paul Salermo, LCDR             Via E-Mail: paul.salermo@uscg.mil
P.O. Box 190017
Kodiak, Alaska 99619

Re:    Representation – James Wells
       WG-4701-10, Antenna Mechanic

Dear Mr. Salermo:

I represent Mr. Wells solely in his proposed personnel action. I am a licensed active member of the Alaska BAR (#7804002) the Ohio BAR (#31502), U.S. District Court for Alaska, Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

Attached is our reply/objection to your notice of proposed indefinite suspension. Also, we are requesting a review of the complete investigation file and all materials or interviews used in any way connected to this action.

Sincerely,

*Charles W. Coe*

Charles W. Coe

CWC/nlh

I retain Charles W. Coe to act
as my attorney in this matter.

_____*JAMES WELLS*_____
James Wells