IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLIANCE** |
| vs. | ) **WITH LOCAL RULES AND UNSEAL *EX PARTE*** |
| JAMES MICHAEL WELLS, | ) **FILINGS, AND TO RECONSIDER** |
| Defendant. | ) **APPOINTMENT OF CJA COUNSEL** |

After review of government's Motion to Compel Compliance with Local Rules and Unseal *Ex Parte* Filings, and to Reconsider Appoinment of CJA Counsel, it is hereby ordered that government's motion is GRANTED/DENIED.

IT IS SO ORDERED.

Dated: _____    _____
United States District Court Judge