KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: daniel.cooper@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| | ) | DECLARATION OF COUNSEL |
| Plaintiff, | ) | IN SUPPORT OF MOTION TO |
| | ) | COMPEL COMPLIANCE WITH |
| vs. | ) | LOCAL RULES AND UNSEAL |
| | ) | *EX PARTE* FILINGS, AND TO |
| JAMES MICHAEL WELLS, | ) | RECONSIDER APPONTMENT |
| | ) | OF CJA COUNSEL |
| Defendant. | ) | |

I, Daniel R. Cooper, Jr., declare and state as follows:

   1. I am an Assistant U. S. Attorney with responsibility for the above captioned case.

//

2. On Wednesday, March 13, 2013, I spoke with Federal Defender, Rich Curtner, about the appointment of CJA Counsel, Peter Offenbecher, to this case.

3. Mr. Curtner told me that he had filed an *ex parte* application for the appointment of Mr. Offenbecher as CJA counsel to this case.

Declarations have the same legal force as affidavits 28 U.S.C. § 1746.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2013, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on March 27, 2013, the foregoing was served electronically via the CM/ECF system on the following counsel of record:

Sue Ellen Tatter
Rich Curtner
Peter Offenbecher

s/ Daniel R. Cooper
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR	Page 2 of 2