Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

PETER OFFENBECHER
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Tel: (206) 623-6501
Fax: (206) 447-1973
poffenbecher@skellengerbender.com
WA State Bar No. 11920

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>                      Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>DECLARATION OF PETER OFFENBECHER IN SUPPORT OF RESPONSE TO GOVERNMENT'S MOTION TO COMPEL |

Peter Offenbecher declares under penalty of perjury under the laws of the United States that the following is true.

DECLARATION OF PETER OFFENBECHER IN SUPPORT OF
RESPONSE TO GOVERNMENT'S MOTION TO COMPEL – 1
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 41   Filed 04/04/13   Page 1 of 4

1. On March 8, 2013, this Court entered an order appointing me under the Criminal Justice Act ("CJA") to represent James Michael Wells, as co-counsel with the Federal Public Defender for the District of Alaska.

2. Ms. Debbye Minzenmayer is the CJA Administrator for the United States District Court for the District of Alaska.

3. In December 2012, I was appointed under the Criminal Justice Act ("CJA") to represent the defendant in a different case pending in the United States District Court for the District of Alaska. In that matter, although I had prepared a *pro hac vice* application pursuant to Local Rule 83.1, I was instructed by CJA Administrator Debbye Minzenmayer that no *pro hac vice* application was required, since I was a member of the CJA Emeritus Panel in the Western District of Washington and I was appearing by an order of the district court. Neither the government nor the district judge in this other matter has requested that I file a *pro hac vice* application.

4. I have spoken with three other Seattle lawyers—Peter Camiel, Barry Flegenheimer, and Robert Leen—who have in the recent past accepted CJA appointments to represent criminal defendants in the District of Alaska. These lawyers have unanimously reported that they have not filed for leave to appear *pro hac vice*, and no one has ever suggested that they need to.

5. Based on my prior experience in my other District of Alaska CJA appointment, the information provided to me by the CJA Administrator for this district, the experience of other Washington lawyers who have been CJA appointed in this district, the fact that I am associating

DECLARATION OF PETER OFFENBECHER IN SUPPORT OF
RESPONSE TO GOVERNMENT'S MOTION TO COMPEL – 2
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 41   Filed 04/04/13   Page 2 of 4

in this case with a member of the Alaska Bar Association who is also the appointed Federal Public Defender for the District, and the fact that I am appearing by an Order of this Court, it appeared to me that no *pro hac vice* application was necessary.

6. However, if I had filed a *pro hac vice* application, it would have included the following information required by Local Rule 83.1:

   a. My full name is Peter Alan Offenbecher. I have not used any other names.

   b. My business address is 1301 Fifth Avenue, Suite 3401, Seattle, WA 98101. My business telephone number is (206) 623-6501. My email address is poffenbecher@skellengerbender.com.

   c. I was admitted to practice law in the following jurisdictions on the following dates:

   | COURT | DATE OF ADMISSION |
   |---|---|
   | California Supreme Court | December 16, 1980 |
   | Washington Supreme Court | November 17, 1981 |
   | United States District Court<br>    Western District of Washington<br>    Eastern District of Washington | August 26, 1983<br>October 30, 1986 |
   | United States Court of Appeals<br>    Ninth Circuit | March 1, 1984 |
   | United States Supreme Court | June 1, 1992 |

   d. I am not subject to any pending disciplinary proceedings in any jurisdiction to which I am admitted.

   e. I have never been suspended from practice or disbarred in any jurisdiction to which I am admitted.

   f. I have read the District of Alaska local rules and understand that the practices and procedures of this court may differ from practices and procedures in the courts to which I am regularly admitted.

DECLARATION OF PETER OFFENBECHER IN SUPPORT OF
RESPONSE TO GOVERNMENT'S MOTION TO COMPEL – 3
USA v. WELLS, 13-CR-00008-RRB-JDR

7. A Certificate of Good Standing issued by the Washington State Supreme Court is attached hereto and marked as Exhibit A.

8. Attached to my declaration and marked as Exhibit B is a copy of the letter sent to Assistant United States Attorneys Daniel Cooper and Bryan Schroder on March 28, 2013 requesting that the government provide information regarding the resources the government has expended in the investigation of this matter to date.

Peter Offenbecher     s/ Peter Offenbecher

Date and Place of Execution     April 3, 2013 at Seattle, WA

DECLARATION OF PETER OFFENBECHER IN SUPPORT OF
RESPONSE TO GOVERNMENT'S MOTION TO COMPEL – 4
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 41   Filed 04/04/13   Page 4 of 4