# EXHIBIT A

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION<br><br>OF<br><br>PETER ALAN OFFENBECHER<br><br>TO PRACTICE IN THE COURTS OF THIS STATE | BAR NO. 11920<br><br>**CERTIFICATE OF GOOD**<br><br>**STANDING** |

I, Susan L. Carlson, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

## PETER ALAN OFFENBECHER

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 27, 1981, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 27th day of November, 2012

Susan L. Carlson
Supreme Court Deputy Clerk
Washington State Supreme Court