# EXHIBIT B

# skellengerbender

PETER OFFENBECHER
poffenbecher@skellengerbender.com

**VIA EMAIL ONLY**

March 28, 2013

Daniel Cooper
Bryan D. Schroder
United States Attorney's Office
222 West 7th Avenue, #9
Anchorage, Alaska 99513

      Re:    **United States v. James Wells**
                **No. 13-cr-00008-RRB-JDR**

Dear Dan and Bryan:

It was a pleasure talking to you both yesterday and thanks again for the presentation last week. That was very helpful.

Last evening, I received your motion requesting that the Court reconsider my appointment to this case. In order for the defense to properly respond to your motion, we will need you to provide to us the following information regarding the resources the government has expended in this investigation to date:

1. The number of attorneys from the United States Attorney's Office, the Department of Justice, the Coast Guard, the local prosecutor's offices, or any other law enforcement agencies who have worked on this matter since April 12, 2012;
2. With respect to these lawyers, the percentage of their time that has been devoted to this investigation since April 12, 2012, and the number of hours these lawyers have spent on this investigation;
3. The number of paralegal staff in your office or other offices, the percentage of their time, and the number of hours that have been devoted to this investigation since April, 12, 2012;
4. The number of agents, officers, and troopers from the Federal Bureau of Investigation (FBI), the Coast Guard Investigative Service (CGIS), Alaska State Troopers (AST), Kodiak Police Department (KPD), or any other law enforcement agencies who have worked on this matter since April 12, 2012;
5. With respect to the agents, officers, and troopers, the percentage of their time that has been devoted to this investigation since April, 12, 2012, and the number of hours these officers have spent on this investigation;
6. The number of witnesses that have been interviewed regarding this matter since April 12, 2012;

1301 Fifth Avenue, Suite 3401, Seattle, Washington 98101 / Tel 206 623-6501 / Fax 206 447-1973 / www.skellengerbender.com
A PROFESSIONAL SERVICE CORPORATION

Case 3:13-cr-00008-SLG   Document 41-2   Filed 04/04/13   Page 2 of 3

7. The number of attorney and agent hours spent traveling to/from, or residing on, Kodiak Island since April 12, 2012, in order to prepare the government's case in this matter;
8. The number of experts consulted by the government and time spent to date by lawyers or agents preparing experts to conduct tests or testify in this matter;
9. The number and character of any forensic tests performed in preparing this matter for trial.

This information (i.e., the amount of lawyer and investigative resources the government has devoted to this investigation since April 12, 2012) is all relevant to the question you have raised in your motion: Do Mr. Curtner and Federal Public Defender Office require additional assistance in this potentially capital murder case. The Court will need this information to fairly determine whether the appointment of additional CJA counsel is appropriate in this case.

We request that you provide this information promptly so that we may timely respond to your motion. Should you be unwilling to provide this information prior to the hearing on this motion, we ask that you assemble the information so that we can examine a witness (someone from your office or one of the case agents) under oath at the evidentiary hearing that you have requested on your motion.

If you are unwilling or unable to provide this information to us, then we will be required to provide the Court our best good faith estimate of these facts from a review of the discovery materials that you have provided, to give the Court a good sense of the scope of the task ahead for the defense team in responding to the product of your investigation.

We also spoke yesterday about continuing some of the motions due dates in this matter. In the event that we do not reach agreement on this issue, the information requested above (the amount of lawyer and investigative resources the government has devoted to this investigation since April 12, 2012) will also be critical for the Court to determine a fair and appropriate motions and briefing schedule.

Thank you again for your professional courtesies in this matter. I look forward to working further with both of you on this matter. Unless, of course, your motion is granted.

Sincerely,

SKELLENGER BENDER, P.S.

Peter Offenbecher
PO:jss
cc: Rich Curtner