```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>JAMES MICHAEL WELLS</u>   CASE NO. <u>3:13-cr-00008-RRB-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>          JOHN D. ROBERTS                    </u>

DEPUTY CLERK/RECORDER: <u>         NANCY LEALAISALANOA                </u>

UNITED STATES' ATTORNEY: <u>       BRYAN SCHRODER/DANIEL COOPER JR.   </u>

DEFENDANT'S ATTORNEY: <u>          RICHARD CURTNER                    </u>
DEFENDANT'S ATTORNEY: <u>          PETER OFFENBECHER - TELEPHONIC     </u>

PROCEEDINGS: MOTION HEARING ON MOTION TO COMPEL (DKT 36)
             HELD APRIL 5, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:00 a.m. court convened.

Court and counsel heard re Motion to compel (DKT 36); **DENIED IN PART, GRANTED IN PART.**

Court ordered Ms. Tatter to be removed as defense counsel and Mr. Curtner and Mr. Offenbecher to remain as appointed counsel.

Status Conference set for April 12, 2013 at 10:00 a.m. **VACATED.**

Status Conference set for **April 29, 2013 at 2:00 p.m.**

Court and counsel heard re Mr. Offenbecher able to file motion for travel.

At 10:13 a.m. court adjourned.

DATE: <u>     April 5, 2013     </u>   DEPUTY CLERK'S INITIALS: <u>   NXL   </u>

Revised 9-28-09