KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER, JR.
Assistant U.S. Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: daniel.cooper@usdoj.gov
E-mail: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | No. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE GOVERNMENT'S RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR RECONSIDERATION**<br><br>*[Filed on Shortened Time]* |

COMES NOW, Plaintiff United States of America, and respectfully moves the Court to continue the deadline for the United States to respond to Defendant's Motion for Reconsideration of Order

Setting Pretrial Deadlines until Monday April 15, 2012. Counsel for the United States are both currently out-of-state until Friday and unable to prepare a thorough response while traveling.

The Defendant filed a Motion to Reconsider the Order Setting Pretrial Deadlines, arguing that the defense team needs more time for various reasons. Docket 45. In response, the Court ordered that the United States shall file any response by noon on Friday. Docket 46. The United States believes that it has good cause to oppose defendant's motion. Assistant United States Attorneys Dan Cooper and Bryan Schroder, the two attorneys assigned to the case, are both traveling outside of Alaska this week on case-related business and are not available to meaningfully respond to the many arguments raised in the defendant's 22 page motion.

The United States arranged its travel plans based upon the schedule negotiated between the parties. The defendant now seeks to revisit these deadlines. No prejudice will result to the defendant from a very short continuance requested to allow the United States to respond to the arguments and factual allegations he raises.

U.S. v Wells
3:13-cr-00008-RRB-JDR 2

The United States therefore respectfully requests, for good cause shown, that it be allowed until Monday, April 15, 2013, to file its response to the motion at Docket 45.

Undersigned has spoken with Mr. Curtner, counsel for defendant, and he does not oppose this short continuance.

RESPECTFULLY SUBMITTED on April 10, 2013, in Anchorage, Alaska.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/ Kevin R. Feldis
> KEVIN R. FELDIS
> Assistant U.S. Attorney
> United States of America
>
> s/ Daniel R. Cooper, Jr.
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
>
> s/ Bryan Schroder
> BRYAN SCHRODER
> Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2013, a copy of the foregoing was served via the CM/ECF system on all counsel of record.

s/ Kevin R. Feldis
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR         2