IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After review of government's Unopposed Motion to Continue Government's Response Deadline to Defendant's Motion for Reconsideration, it is hereby ordered that Government's response is now due April 15, 2013.

IT IS SO ORDERED.

Dated: _____  _____
United States District Court Judge