KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

FEB 2 2 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS ) <br> ) <br> Defendant. ) | No. 3:13-cr-00008-RRB-JDR <br><br> **RECEIPT FOR COPIES OF DISCOVERY** |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on February 22, 2013 consisting of:

| | |
|---|---|
| 000001 – 000514: | All Search Warrants issued in 2012. |
| 000515 – 001965: | Photographs from searches on 4/12/12 – 4/16/12 (JPEG files also enclosed). |
| 001966 – 001967: | Diagram of T2 building with camera view, drawn by James Wells. |
| Audio File: | Recording of interview of James Wells. |
| Audio File: | Recording of James Hopkins' voicemails on April 15, 2012. |
| Audio File: | Recording of Scott Reckner's voicemails on April 15, 2012. |
| 001968 - 001992 | Autopsy Reports of Richard Belisle and James Hopkins. |
| 001993 – 002039 | All search warrants issued in 2013. |

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED**
**OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____                   _____
                                        SUE ELLEN TATTER
                                        Attorney for Defendant

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT

FEB 2 2 2013

FOR THE DISTRICT OF ALASKA

**FEDERAL PUBLIC DEFENDER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| | ) | |
| JAMES MICHAEL WELLS | ) | |
| | ) | |
| Defendant. | ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on February 22, 2013 consisting of:

**Crime scene logs/photos/video:**
| | |
|---|---|
| 2040-2114 | Evidence recovery logs, notes, latent print lift logs, photo logs, sketches |
| 2115-2668 | Photos of T2 building/COMMSTA |
| 2669 | Photo of phone to set time on gate camera |
| Video | Video of truck from BSU main gate |

**Wells' Firearms:**
| | |
|---|---|
| 2672 | Release of Wells' weapons to AST |
| 2673-2674 | Wells firearm purchase |
| 2675-2682 | Firearms reports |

**Consent Searches:**
| | |
|---|---|
| 2683-2689 | Photos of vehicles, Wells |
| 2690-2691 | Nancy Wells and consent form for Honda CRV |
| 2692-2696 | Consent forms to search computer and truck |
| 2697-2708 | Photos from Consent search of Wells' truck |

## Materials related to search warrants:

### Search of Dodge Ram:
| | |
|---|---|
| 2709-2714 | Evidence recovery log and photo log from search of Dodge Ram |
| 2715 | Chain of custody for tire seized from Wells |
| 2716 | Receipt of Property for Wells' truck tire |
| 2717-2761 | Photos of tires from Wells' truck |
| 2762-2769 | Photos of documents from search of Wells' truck |
| 2770-2773 | Photos of search of Wells' truck |

### Search of Honda CRV:
| | |
|---|---|
| 2774-2781 | Evidence recovery log and photo log from search of CRV |
| 2782 | Receipt from Search of CRV |
| Video | Video of CRV |

### Search of Wells' Residence:
| | |
|---|---|
| 2783 | Affidavit of Joe Sturgis regarding contact with Wells during search |
| 2784 | Receipt for search of home |
| 2785-2818 | Search logs for home |
| 2819 | Photo Logs for search of septic system |
| 2820-2832 | Search logs for home |
| 2833-3104 | Photos from search of home |

### Search of Wells' Desk:
| | |
|---|---|
| 3105-3164 | Evidence recovery logs and photos from search of desk |
| 3165-3167 | CGIS Memo of Activity regarding search of desk |
| 3168-3170 | Affidavit of FBI agent regarding search of Wells' desk |
| 3171-3196 | Photos of desk search |

### Search of Wells' Cell phone:
| | |
|---|---|
| 3197-3199 | Photo log for Wells' phone |
| 3200-3258 | Photos of IPhone search |
| 3259-3264 | Kodiak PD search of cell phone |
| 3265-3268 | Kodiak PD search of cell phone |

### Search of Wells at Airport:
| | |
|---|---|
| 3269-3274 | Evidence recovery log and receipt from search of Wells at airport |

## Records Related to James Wells:

### Personnel Records:
| | |
|---|---|
| 3275-3278 | Memo re: Admin Leave |
| 3279-3358 | Service record |
| 3359 | User Agreement for USCG computers |
| 3360-3378 | Leave records |
| 3388 | Comp time for Travel |
| 3389-3429 | Performance evaluation |
| 3430-3496 | TSP records |
| 3497-3746 | Personnel file |

| | |
|---|---|
| 3747-3875 | Supervisor's Employee Work folder |

**Travel Records:**

| | |
|---|---|
| 3876-3882 | Itinerary |
| 3883-3889 | Transaction record for Government travel card |

**Medical Records:**

| | |
|---|---|
| 3890-3914 | VA Medical records |
| 3915-4084 | VA Medical records |

**Banking Records:**

| | |
|---|---|
| 4085-4543 | Bank records |

**Misc.**

| | |
|---|---|
| 4544-4606 | APSIN |
| 4607-4608 | Copy of check written to A1 Timber |
| 4609-4612 | Borough records |
| 4613-4618 | Auto insurance claim info |
| 4619-4679 | Email headers form Wells' USCG email account |

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED**
**OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____

SUE ELLEN TATTER
Attorney for Defendant



## U.S. Department of Justice

*United States Attorney*
*District of Alaska*

Federal Building & U.S. Courthouse   Commercial: (907) 271-5071
222 West 7th Avenue, #9, Room 253   Fax Number: (907) 271-3224
Anchorage, Alaska 99513-7567

February 25, 2013

Sue Ellen Tatter
Assistant Federal Public Defender
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

Re:   USA v. James Michael Wells
      3:13-cr-00008-RRB-JDR

**RECEIVED**

FEB 2 5 2013

**FEDERAL PUBLIC DEFENDER**

Dear Ms. Tatter:

I have copied the video (FBI item 1A215) referenced in our last letter on February 22. I also spoke with Bruce Johnson who pointed out a small overlap in Bates numbering (1967-1985). I am re-producing two items with new numbers so we don't have an overlap. Attached is a new discovery receipt showing everything we have produced so far with correct numbers. I apologize for this error and have spoken with Bruce about the correction.

    4680 – 4681:  Diagram of T2 building with camera view, drawn by James Wells.
    4682 – 4706:  Autopsy Reports of Richard Belisle and James Hopkins.

If you have any questions, please contact me at 271-4262.

                                      Sincerely,

                                      KAREN L. LOEFFLER
                                      United States Attorney

                                      Misty Elwood
                                      Paralegal for DANIEL COOPER and
                                      BRYAN SCHRODER
                                      Assistant U.S. Attorneys

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

FEB 2 5 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **RECEIPT FOR COPIES OF** |
| | ) | **DISCOVERY** |
| JAMES MICHAEL WELLS | ) | |
| | ) | |
| Defendant. | ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on February 22, 2013 and February 25, 2013, consisting of:

| | |
|---|---|
| 000001 – 000514: | All Search Warrants issued in 2012. |
| 000515 – 001985: | Photographs from searches on 4/12/12 – 4/16/12 (JPEG files also enclosed). |
| Audio File: | Recording of interview of James Wells. |
| Audio File: | Recording of James Hopkins' voicemails on April 15, 2012. |
| Audio File: | Recording of Scott Reckner's voicemails on April 15, 2012. |
| 001986 – 001992: | NOT USED (duplicates) |
| 001993 – 002039: | All search warrants issued in 2013. |

**Crime scene logs/photos/video:**

| | |
|---|---|
| 2040-2114 | Evidence recovery logs, notes, latent print lift logs, photo logs, sketches |
| 2115-2668 | Photos of T2 building/COMMSTA |
| 2669 | Photo of phone to set time on gate camera |
| Video | Video of truck from BSU main gate |

**Wells' Firearms:**

| | |
|---|---|
| 2672 | Release of Wells' weapons to AST |
| 2673-2674 | Wells firearm purchase |
| 2675-2682 | Firearms reports |

**Consent Searches:**

| | |
|---|---|
| 2683-2689 | Photos of vehicles, Wells |
| 2690-2691 | Nancy Wells and consent form for Honda CRV |
| 2692-2696 | Consent forms to search computer and truck |
| 2697-2708 | Photos from Consent search of Wells' truck |

## Materials related to search warrants:

**Search of Dodge Ram:**

| | |
|---|---|
| 2709-2714 | Evidence recovery log and photo log from search of Dodge Ram |
| 2715 | Chain of custody for tire seized from Wells |
| 2716 | Receipt of Property for Wells' truck tire |
| 2717-2761 | Photos of tires from Wells' truck |
| 2762-2769 | Photos of documents from search of Wells' truck |
| 2770-2773 | Photos of search of Wells' truck |

**Search of Honda CRV:**

| | |
|---|---|
| 2774-2781 | Evidence recovery log and photo log from search of CRV |
| 2782 | Receipt from Search of CRV |
| Video | Video of CRV |

**Search of Wells' Residence:**

| | |
|---|---|
| 2783 | Affidavit of Joe Sturgis regarding contact with Wells during search |
| 2784 | Receipt for search of home |
| 2785-2818 | Search logs for home |
| 2819 | Photo Logs for search of septic system |
| 2820-2832 | Search logs for home |
| 2833-3104 | Photos from search of home |

**Search of Wells' Desk:**

| | |
|---|---|
| 3105-3164 | Evidence recovery logs and photos from search of desk |
| 3165-3167 | CGIS Memo of Activity regarding search of desk |
| 3168-3170 | Affidavit of FBI agent regarding search of Wells' desk |
| 3171-3196 | Photos of desk search |

**Search of Wells' Cell phone:**

| | |
|---|---|
| 3197-3199 | Photo log for Wells' phone |
| 3200-3258 | Photos of IPhone search |
| 3259-3264 | Kodiak PD search of cell phone |
| 3265-3268 | Kodiak PD search of cell phone |

**Search of Wells at Airport:**

| | |
|---|---|
| 3269-3274 | Evidence recovery log and receipt from search of Wells at airport |

## Records Related to James Wells:

### Personnel Records:
| | |
|---|---|
| 3275-3278 | Memo re: Admin Leave |
| 3279-3358 | Service record |
| 3359 | User Agreement for USCG computers |
| 3360-3378 | Leave records |
| 3388 | Comp time for Travel |
| 3389-3429 | Performance evaluation |
| 3430-3496 | TSP records |
| 3497-3746 | Personnel file |
| 3747-3875 | Supervisor's Employee Work folder |

### Travel Records:
| | |
|---|---|
| 3876-3882 | Itinerary |
| 3883-3889 | Transaction record for Government travel card |

### Medical Records:
| | |
|---|---|
| 3890-3914 | VA Medical records |
| 3915-4084 | VA Medical records |

### Banking Records:
| | |
|---|---|
| 4085-4543 | Bank records |

### Misc.
| | |
|---|---|
| 4544-4606 | APSIN |
| 4607-4608 | Copy of check written to A1 Timber |
| 4609-4612 | Borough records |
| 4613-4618 | Auto insurance claim info |
| 4619-4679 | Email headers form Wells' USCG email account |

4680 – 4681: Diagram of T2 building with camera view, drawn by James Wells.
4682 – 4706: Autopsy Reports of Richard Belisle and James Hopkins.

\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE\*\*\*
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
\*\*\*\*IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\*

Date:_____

SUE ELLEN TATTER
Attorney for Defendant

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

MAR 0 1 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, ) | |
| vs. ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 1, 2013 consisting of:

4707 - 4842: Transcripts of Interviews of James Wells
4843-4845 : Transcript of Scott Reckner's voicemail

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____                   _____
                                        SUE ELLEN TATTER
                                        Attorney for Defendant