KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

**MAR 0 5 2013**

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) | No. 3:13-cr-00008-RRB-JDR <br><br> **RECEIPT FOR COPIES OF DISCOVERY** |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 4, 2013 consisting of:

4846-4885: Search Warrant returns for 3:13-mj-28, 3:13-mj-39, 3:12-mj-182, 3:12-mj-251, 3:12-mj-252, 3:12-mj-253, 3:12-mj-347, 3:12-mj-348, 3:12-mj-349

3360-3387: Previously produced 2/22/13, re-scanned for legibility.

\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE\*\*\*
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
\*\*\*\*IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\*

Date:_____

_____
SUE ELLEN TATTER
Attorney for Defendant

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

MAR 0 5 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, ) | |
| vs. ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 5, 2013 consisting of :

**4886-4940**:  Search Warrant returns for 3:12-mj-155, 156, 157, 158, 160, 161, 163, 164, 166, 167, 168 & 172.

\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE\*\*\*
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
\*\*\*\*IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\*

Date:_____

SUE ELLEN TATTER
Attorney for Defendant

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

MAR 1 8 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) | |
| vs. | ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| JAMES MICHAEL WELLS | ) | |
| Defendant. | ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 55, 2013 consisting of documents Bates numbered 4941-8747, and non-numbered electronic data including COMMSTA access logs, site survey and videos:

**4941-4959**: Photographs from search of septic tank at 365 Pavloff Circle (3:12-mj-60 – evidence log produced at 2819)
**4960-5187**: Photos, photo log, receipt and sketch from the 11/15/2012 search of 365 Pavloff Circle (3:12-mj-347)
**5188-5189**: FD-597 Receipt for Property and search team sign-in sheet for search of 365 Pavloff on 2/14/2013 (3:13-mj-39)
**5190-5194**: Evidence Recovery Log, Administrative Worksheet and Receipt for Property regarding search warrant 3:12-mj-252 at Kodiak Airport on 8/22/12
**5195-5199**: River Search Logs from 5/2/12
**5200-5204**: River Search Logs
**5205-5256**: Photos of consensual search of Hopkins' RV; Consent to Search form

1

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 15, 2013

**5257-5262:** CGIS Memorandum of Activity and photos of Mr. Wells septic tank left with Nick's Auto Wrecking, Salvage & Metal Recycling
**5263-5265:** Photos from Nick's Auto Wrecking - Wells' Septic Tank
**5266-5284:** Administrative Log, Evidence Recovery Log, Human Scent Log, Crime Scene Sign-In Log, Photo Log, Sketches, Latent Print Lift Log from search of 36641 Chiniak Hwy
**5285-5839:** Photos of search of 36641 Chiniak Highway, Chiniak, Alaska
**5894-6000:** Photographic logs, administrative notes, crime scene sign-in logs, evidence recovery log from search of Kodiak landfill.
**6001-6002:** FD-941 Consent to Search Lorex Security System, model SG19LD800161, serial number DB0207061008.
**6003-6004:** CGIS MOA dated 05/17/2012 regarding the search of Burma Loop Trail.
**6005:** State of Alaska Request for Laboratory Services for gun holsters 4/18/12
**6006:** State of Alaska Request for Laboratory Services for James Wells' DNA swabs 4/30/12
**6007-6008:** State of Alaska Request for Laboratory Services for DNA swabs of Wells' vehicles and residence 4/19/12
**6009:** USCG Consent to Search Computer Equipment
**6010-6012:** Copies of CGIS Evidence Custody Form for USCG hard drives (**page 5 already produced as 2715)
**6013:** Consent to Search 336 Pavloff Circle, Kodiak, AK
**6014-6015:** Consent to Search Richard Belisle's Vehicle
**6016-6017:** Consent to Search USCG Computer Equipment
**6018-6019:** FD-475 - Consent to use CCTV equipment.
**6020-6027:** CGIS Evidence Custody Form for security records of Wells, Belisle and Hopkins.
**6028:** CGIS Evidence Custody Form for computer hard drives
**6029-6111:** Evidence Recovery Log and photographs from State of Alaska Medical Examiner's Office
**6112:** FD-597 receipt for personal property signed by Nicola Belisle
**6113-6114:** Copy of report of personal property removed from COMMSTA T2 building after crime scene processing
**6115:** Document listing ownership of USCG laptop found at Wells' residence.
**6116-6140:** COMMSTA procurement documents for items recognized at Wells' residence
**6141-6144:** CGIS Evidence custody form, air waybill, and CGIS seizure tag related to seizure of Hilti DX415 seized on 01/30/2013 from COMMSTA T2 building
**6145:** FD-597 - Receipt for Property seized from SA Sturgis
**6146:** Receipt from seizure of Winchester model 94AE .44 Remington Magnum rifle, serial number 6525360, documented in serial 663.
**6147:** Handwritten receipt for Hewlett Packard laptop computer Serial 584037-001
**6148-6149:** Receipt for property returned to Richard Curtner on 3/5/2013
**6150-6155:** USCF MILPO2 Log of Events of 4/12/12
**6156-6164:** COMMSTA Keypad Access Logs for 4/12/12
**6165-6166:** Statement of OCF Timothy Tilley regarding video recording from 4/12/12
**6167-6169:** T2 badge info for 4/11-4/12/12; accountability roster list of key holders for T2

2

**6170-6180:** List of property stored on Coast Guard storage lots
**6181-6207:** Documentation related to USCG property found at Mr. Wells' residence
**6208-6217:** Logs from USCGC Alex Haley on 4/11 – 4/12/12; CGIS Rights form and interview/interrogation log for Wilford J. Maisol on 9/8/12.
**6218:** CGIS Interview/interrogation log from interview of Edward Oingerang on 9/26/12
**6219:** CGIS Interview/Interrogation log from interview of Nathan Fairchild on 9/12/12
**6220-6252:** 1) Results of COMMSTA Biennial Security Evaluation; 2) COMMSTA Security Self Inspection; 3) Command Security Officer (CSO) Concerns form COMMSTA Kodiak; 4) DCMS-34 Site Visit USCG COMMSTA Kodiak
**6253-6254:** Crew list and passenger manifest for the M/V Tustumena for 09/14/2012 departure from Kodiak.
**6255-6262:** Ships logs from the CG cutter Alex Haley
**6263:** List of individuals possessing keys to COMMSTA property
**6264:** Personal clothing and equipment record for winter clothes signed by James Wells
**6265-6269:** COMMSTA property printout
**6270:** List of members at tower conference in Hawaii in 2009
**6271-6181:** COMMSTA inventory report
**6282-6283:** Coast Guard MILPOL Incident Report Statement Form of Lindsey Fisher
**6284-6290:** CGIS MOA dated 08/20/2012 regarding the distances from Pavloff Circle, Kodiak, AK, to USCG Communication Station Kodiak.
**6291-6294:** CGIS MOA dated 06/05/2012 with attached statement of DCC Donald Belcher regarding his participation in the search of 365 Pavloff Circle, Kodiak, AK
**6295-6304:** CGIS MOA dated 07/21/2012 regarding photographs of COMMSTA taken by CGIS agent Joseph Sturgis.
**6305:** CGIS Memorandum of Activity regarding BSU Kodiak front gate camera verification
**6306-6307:** Photos of COMMSTA Warehouse
**6308:** Notes from the wallet of victim James Hopkins
**6309-6326:** Photos taken near the intersection of Rezanof Drive and Anton Larson Bay Road on the morning of 04/12/2012
**6327-6335:** Photos of BSU Kodiak front gate camera screen showing Mr. Wells' truck on 04/12/2012
**6336-6390:** Crime scene photos taken by Alaska State Trooper(AST) Duprah and AST Jones on 4/12/2012
**6391-6398:** Photos of WELLS' desk and locker at COMMSTA T2, taken 5/09/2012
**6399:** Scan of contents of the wallet recovered from the body of James Hopkins on 04/12/2012
**6400-6414:** Enhanced images from video of Building T1 camera between 7:00am and 7:30am on 4/12/12
**6415-6419:** Diagram of USCG Support Building T-2 provided by USCG
**6420-6429:** Measurements and Drawings from T-2 Building
**6430-6435:** Total Station diagrams of exterior of COMMSTA T2 building provided by Alaska State Troopers.
**6436-6445:** Booth applications for Emerald Isle Gun Show 3/31/12

3

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 15, 2013

**6446-6453**: Harvest Information Report of Mr. Wells
**6454-6540**: Photo of gun sales log book from Wild Trappers Gun Shop
**6541-6564**: ATF trace forms for guns found in search of Wells' residence; receipts for items seized/surrendered.
**6565-6566**: Corporate information for Community Inclusion Services, registered owner of Ak DXJ-117
**6567-6579**: Anchorage Pawn Shop records
**6580**: Best Western Inn Banquet Event Order for Emerald Isle Gun Show
**6581-6582**: List of .44 magnum handguns sold by New Gun Traders from 2/2009 to 3/30/2012
**6583**: Emerald Isle gun show application of David Ure
**6584**: Emerald Isle gun show application of Jeffrey Barnhart
**6585-6590**: BATF Firearms Transaction Record for Richard Belisle, Nicola Belisle, and Tiffany Wells from BSU Kodiak PX
**6591-6602**: BATF forms from Coast Guard PX for James Wells, James Hopkins, and Richard Belisle (Wells' already produced at 2673-2674)
**6603**: FD-597 Receipt For Property Received listing one Taurus .44 Special revolver S/N LE623606 and one brown leather holster from Nikola Belisle
**6604-6975**: BATF Firearms Transaction Records for BSU Kodiak (4 files)
**6976-7068**: Firearms Transaction Records and Record Book from Cy's Sporting Goods (2 files)
**7069-7415**: Firearms Transaction Records from Elmendorf AFB PX (3 files)
**7416-7441**: ATF Firearms Trace Summaries for firearms found in the residence of James Wells.
**7442-7462**: AdHoc Vehicle Search by AST – Photos – Notes
**7463-7474**: DMV printouts and photos of blue Ford Escape traveling on Rezanof Hwy report at 6:45AM on 4/12/12
**7475**: Sketch of blue Honda CRV, Alaska license place EJR582
**7476-7478**: Photos of Mr. Wells' CR-V parked at Kodiak State Airport, taken 04/13/2012
**7479-7487**: Photos of Wells' CR-V prior to being driven by agents past the COMMSTA for video comparison purposes
**7488-7497**: Photos of vehicles at the Kodiak State Airport on the evening of 04/12/2012
**7498-7523**: Generic vehicle images
**7524-7531**: Photos of Mr. Wells' Dodge truck taken 04/13/2012
**7532-7627**: USCG Service Record of Richard Belisle
**7628-7629**: IT User Agreements for James Hopkins and Richard Belisle (Wells' already produced)
**7630-7987**: Personnel folders of Richard Belisle and James Hopkins
**7988-8106**: Personnel Data Record - Richard Belisle
**8107-8133**: Personnel Data Record - James Hopkins
**8134-8138**: Security Record - James Hopkins
**8139-8277**: Security Record – James Wells
**8278-8283**: Scanned emails pertaining to retirement letter request by James Hopkins
**8284-8310**: Prior supervisor's records of Wells' performance
**8311-8328**: Letter of Caution, Letter of Expectation/Clarification, Administrative Investigation

4

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 15, 2013

Report for James Wells
**8329-8595**: James Wells' travel vouchers 2006-2011
**8596-8605**: James Wells' leave record from 1/2012 to pay period 26 of 2012.
**8606-8627**: Administrative Investigator Report dated 10/17/2011 regarding the investigation into the misuse of a government fuel card by James Wells.
**8628-8632**: Photos of surveillance conducted on 09/15/2012
**8633**: 365 Pavloff Circle surveillance reference photo
**8634-8637**: Tolls and tower data for 907-942-4844
**8638**: Email between Mr. Wells and Scott Arsenaut dated 3/7/12.
**8639-8648**: APSIN Printouts for James Hopkins
**8649**: Toll records for (907) 942-4844
**8650**: Air itinerary for James Wells to Santa Barbara on June 29 – July 8, 2012.
**8651**: Photo of James Wells
**8652**: Remand paperwork received from Anchorage Correctional Complex upon booking of James Wells on 2/15/2013
**8653**: Flight information for ERA flights leaving/arriving the morning of 4/12/12
**8654**: Nancy Wells' ERA itinerary for 4/13/12
**8655-8659**: Alaska Marine Highway System 2012 Tustumena Schedule
**8660-8664**: Travel Orders for Scott Reckner
**8665-8667**: Letter to UNUM regarding life insurance policy of Richard Belisle
**8668-8669**: Thrift Savings Plan of Richard Belisle 6/13/2012
**8670-8671**: FBI 302 regarding search of Honda CRV on 4/15/12
**8672-8673**: FBI 302 regarding search of Dodge Ram on 4/16/12
**8674**: FBI 302 regarding SW 3:12-mj-182
**8675-8676**: FBI 302 regarding search of 36641 Chiniak Hwy on 4/23/12
**8677-8678**: FBI 302 regarding search of COMMSTA Rigger Shop on 4/12 – 4/16/12
**8679**: FBI 302 regarding search of 365 Pavloff Circle on 4/24/12
**8680**: FBI Evidence Log regarding sketch of Honda CRV (1A268)
**8681-8682**: FBI Evidence Log regarding audio recording of interview of James Wells on 4/13/12
**8683-8685**: FBI Evidence Log and 302 regarding search of Kodiak Landfill on 4/21/12
**8686-8687**: FBI Evidence Log regarding search of 36641 Chiniak Highway (1A271, 265)
**8688-8696**: FBI Evidence Log and 302 regarding search of 365 Pavloff Circle on April 14, 2012
**8697**: FBI 302 regarding search of septic tank at 365 Pavloff Circle on April 19, 2012
**8698**: FBI 302 regarding autopsy of James Hopkins and Richard Belisle on 4/13/12
**8699-8703**: FBI Evidence Log regarding search of James Wells on 8/22/12
**8704-8715**: FBI Evidence Log regarding searches of 365 Pavloff Circle, James Wells, and Mr. Wells' iPhone on 8/22/12
**8716-8717**: FBI Evidence Log regarding receipt of Wells; iPhone from Kodiak Police Department
**8718-8719**: FBI Evidence Log regarding receipt of firearm from Nicola Belisle on 8/9/12
**8720-8721**: FBI Evidence Log regarding images of iPhone seized on 4/13/12.
**8722-8724**: FBI 302 regarding simple demonstration of a vehicle intersect across camera for

5

potential identification purposes (Honda CRV) on 4/19/12.
**8725**: FBI Evidence Log regarding consensually recorded phone call to James Wells on 09/13/2012
**8726-8727**: FBI Evidence Log regarding consensually monitored phone call to James Wells on 9/14/12
**8728-8729**: FBI Evidence Log regarding consensually monitored phone call to James Wells on 8/17/12
**8730-8731**: FBI 302 regarding demonstration of vehicle across a camera for potential identification purposes on 4/20/12 (Honda CRV)
**8732**: FBI 302 regarding Search of Wells' Dodge Ram on 4/18/12
**8733-8735**: FBI 302 regarding search of James and Nancy Wells on 11/14/12
**8736-8740**: FBI Evidence Log regarding search of 365 Pavloff Circle on 11/15/12
**8741-8742**: FBI 302 regarding execution of search warrants 3:12-mj-348 and 3:12-mj-349 on 11/13/12
**8743**: FBI 302 regarding distance/speed verification check on 11/15/12
**8744**: FBI 302 regarding review of VC 3-1-T2/2012 Arrival and Departure of Wells, Belisle and Hopkins
**8745-8747**: FBI Evidence Log regarding search warrant 3:13-cr-28

## ELECTRONIC EVIDENCE (Not Bates Numbered):
COMMSTA access logs for 3/1/2012 - 4/1/2012 and 4/1/2012 - 5/1/2012 in PDF format
COMMSTA T-2 access logs from 6/2006 to 5/2012 in PDF format
COMMSTA access logs for all doors from 2006 to 2012 in Excel format. BSU Kodiak front gate video for 4/11/2012 from 6:00am to 9:00am
Video from CG MILPOL dash cameras
Video of Wells' CR-V being drive past COMMSTA by agents for comparison purposes
Autocad files and PDF satellite imagery from site survey of COMMSTA

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____

SUE ELLEN TATTER
Attorney for Defendant

6

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 15, 2013

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

MAR 1 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS ) <br> ) <br> Defendant. ) | No. 3:13-cr-00008-RRB-JDR <br><br> **RECEIPT FOR COPIES OF DISCOVERY** |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 18, 2013 consisting of documents Bates numbered **8788-16095**:

**8788-9061**: A012319 to Alaska Airlines - Records for Alaska Airlines flights taken by James Wells or Nancy Wells from 1/1/11 to date of subpoena
**9062-9077**: A012319A to Alaska Airlines Goldstreak/Air Cargo - Records for all packages weighing less than twenty pounds shipped 4/12 – 4/15/2012
**9078-9105**: A012319C to FedEx - Records for all packages weighing less than twenty pounds shipped 4/15 – 4/15/12
**9106-9110**: A012319D to Northern Air Cargo - Records for all packages weighing less than twenty pounds shipped April 12 – 15, 2012
**9111-9118**: A012319E to Comfort Inn- Guest records for 4/11 – 4/12/2012
**9119-9129**: A012319E to GCI - Account records for James and Nancy Wells
**9130-10188**: A012319F to ATT Wireless - Toll records from 1/1/11 to date of subpoena for

1

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 18, 2013

907-942-4844, 907-942-4600

**10189-10302**: A012319G to ACS Wireless - Toll records from 1/1/11 to date of subpoena for 907-487-2415

**10303-10312**: A012319I to Kodiak Borough Manager - Records related to septic system at 365 Pavloff Circle

**10313-10357**: A012319J to ERA Aviation - Records for ERA flights taken by James Wells or Nancy Wells from 1/1/11 to date of subpoena

**10358-10360**: A012319K to Alaska Airlines – for video from the Alaska Airlines cargo office camera on 4/10 - 4/12/12 (see FBI Evidence Log at 16094 below)

**10361-10368**: A012321 to Alaska Airlines - Passenger manifests for Alaska Airline flights 47 and 48, arriving and departing from Kodiak on 4/12/12

**10369-11224**: A012326 to Credit Union 1 – Banking documents for James and Nancy Wells from 1/1/11 to date of subpoena

**11225-11244**: A012352 to Equifax – Credit Reports for James and Nancy Wells

**11245-11279**: A012353 to Experian - Credit Reports for James and Nancy Wells

**11280-11306**: A012354 to TransUnion - Credit Reports for James and Nancy Wells

**11307-12675**: A012358 to Citibank – Banking information for James and Nancy Wells from 1/1/07 to date of subpoena

**12676-12731**: A012359 to Macks Sport Shop – Records of S&W and Taurus .44 calber revolvers exchanged for last 10 years

**12732-12736**: A012361 to Wal Mart – (Subpoena only - records at 16055- 16093 below)

**12737-12747**: A012363 to National Rifle Association – Membership records for James Wells

**12748-12794**: A012395 to Global Credit Union – Banking documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**12795-12837**: A012396 to Alaska USA Federal Credit Union – Banking documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**12838-13266**: A012397 to First National Bank Alaska – Banking documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**13267-13726**: A012403 to FIA Card Services - Credit card documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**13727-13971**: A012409 to Sea West Coast Guard Federal Credit Union - Banking documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**13972-14087**: A012410 to Sears Citi Bank - Credit card documents for James Wells and Nancy Wells from 1/1/07 to date of subpoena

**14088-14380**: A012451 to Credit Union 1 – Banking documents for Amy Belisle and Nicola Belisle from April 2010 to date of subpoena.

**14381-14413**: A012494 to ACS Wireless – Toll records for (907) 487-2415, James and Nancy Wells from April 22, 2012 to date of subpoena.

**14414-14429**: A012557 to Alaska Airlines – Travel itinerary for James Wells from 8/15 - 8/22/12

**14430-14499**: A012609 to ACS – Subscriber information for contacts of Wells during travel

2

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 18, 2013

**14500-14586**: A012610 to GCI – Subscriber information for contacts of Wells during travel
**14587-14603**: A012612 to Comcast – Subscriber information for 253-373-9899, 503-396-5557, 503-396-5777 and 505-369-1289 from 1/1/11 – 9/10/12
**14604-14639**: A013045 to Kodiak Island Medical Associates – Medical records for James Wells from 1/1/08 to date of subpoena
**14640-14675**: A013047 to State Farm Insurance – Insurance documents for James Wells and Nancy Wells
**14676-14692**: A013081 to Alaska Airlines – Flight information for James Wells from 12/1/12 – 1/31/13
**14693-14832**: *Subpoenas for which no records were received*: A012319H to MSN Hotmail Corporation; A012357 to US Bank; A012360 to USAA Federal Savings Bank; A012362 to Allstate; A012398 to JP Morgan Chase; A012402 to Bank of America; A012452 to Wells Fargo Bank; A012513 to ACS Wireless; A012607 to ATT Wireless; A012608 to ATT Wireless; A012611 to Sprint PCS; A012613 to Verizon Wireless; A013046 to Ameritrade; A013044 to Providence Alaska Medical Center
**14833-16054**: A012495 to ATT Wireless – Records relating to 907-942-4844, 907-942-4600 (James and Nancy Wells) and 907-830-9620 (Para Upchurch)
**16055 – 16093**: Records of S&W and Taurus .44 caliber revolvers exchanged for last 10 years (response to Wal-Mart subpoena A012361).
**16094-16095**: FBI Evidence Log regarding video from the Alaska Airlines cargo office camera on 4/10 – 4/12/12 (response to Alaska Airlines subpoena A012319K)

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____

SUE ELLEN TATTER
Attorney for Defendant

3

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 18, 2013

KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

MAR 2 0 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, ) | |
| vs. ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

I, Sue Ellen Tatter, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on March 20, 2013 consisting of documents Bates numbered **16096-17363** and electronic evidence as follows:

**Grand Jury Subpoenas and Responsive Documents:**

**16096-16238:** A012453 to USAA – Hopkins' banking records from April 2010 to date of subpoena.
**16239-16681:** A012457 to Edward Jones – Belisles' investment records from April 2010 to date of subpoena.
**16682-17145:** A012512 to ATT Wireless – Toll records from April 1, 2011 to present for 907-942-4614 and Debra Hopkins.

1

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 20, 2013

**Other Bates Numbered Evidence:**
17146-17363: Autopsy Photos

**Electronic Evidence:**
1B246- Exam Report for iPhone S/N 85130D8HEDG
1B322 – Reports for the following devices: iPhone S/N 872108HDEDG (1B271); iPhone S/N 872108HDEDG (1B276); iPhone S/N 87014TB13NR (1B313); iPhone S/N 87014TB13NR (1B322)
1B340 – Email archive for James Wells and OCS logs for James Wells, Richard Belisle and Steve Salus
1D1 – Video Recording of Building T1 camera between 0700AM and 0730AM on 4/12/12
1D30 – Recording of Interview of Joe Francisco on 4/25/12 by CGIS Special Agent Kim Renkes and FBI Special Agent Anthony Peterson
1D31 – Recording of Interview of Collette Francisco on 4/30/2012 by FBI Special Agent Daryl Allison
1D33 – Recording of Interview of Collette Francisco on 4/25/2012 by FBI Special Agent Josh Sturgis and CGIS Special Agent Aaron Woods

\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE\*\*\*
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
\*\*\*\*IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\*

Date:_____

_____
SUE ELLEN TATTER
Attorney for Defendant

2

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced March 20, 2013