KAREN L. LOEFFLER
United States Attorney

DANIEL COOPER
BRYAN SCHRODER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500

**RECEIVED**

APR 10 2013

**FEDERAL PUBLIC DEFENDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, ) | |
| vs. ) | **RECEIPT FOR COPIES OF DISCOVERY** |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

I, Richard Curtner, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed.R.Crim.P., provided me on April 10, 2013, specifically five discs and three hard drives containing the following data:

**One disc containing Bates numbered documents:**
17364-17370: COMMSTA Restricted Access Logs
17371-17372: Bench notes associated with Alaska State Crime Lab General Firearms Examination report dated 05/04/2012.
17373-17388: Bench notes from Alaska State Crime Lab Scientific Crime Detection Laboratory Report (DNA Major Crimes) dated 05/17/2012.
17389-17393: James Wells' CTOFT/Sick leave and CTOFT leave.
17394-17402: COMMSTA restricted area access logs 01/2012 to 04/2012
17403-17451: COMMSTA watch logs 04/01/2012 - 04/12/2012
17452-17476: COMMSTA procurement documents for items recognized at WELLS' residence.

1

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced April 10, 2013

17477-17538: Security Record - Richard Belisle
17539-17583: Security Record - James Hopkins

**Two discs labeled 1B250:** Computer profile of James Hopkins

**One disc labeled 1B340:** E-mail archive for James Wells and OCS logs for James Wells, Richard Belisle, and Steve Salus

**One disc labeled 1B347:** Forensic exams from Samsung cell phone Model SGH-A157, s/n: R21C56CWVHM (Item #4) and Nokia 3595 cell phone (Item #8b)

**Hard drive labeled "Discovery 2"(1B394) contains the following items:**
**1B151:** Item 34: MPC Laptop Computer Model Transport T-3200 S/N : 4420525-0001, Sticker serial number S2SX51IA073300281, P/N NBK001936-03 - USCG Property Room F, Desk
**1B224:** Desktop hard drive (non-standard workstation) SN#5JVRLBQ2 Property Tag: GBKDP21 (QAN5)
**1B226:** Item 4: Desktop hard drive D17AW-K-CS-015, S/N: 6RW3SELC (Belisle profile on hard drive) (QAN 7)
**1B227:** Item 2: Desktop hard drive D17AW-K-CS-017, Seagate S/N: 6RW3RG2B (Wells' desk) (QAN 8)
**1B228:** Item 1: Desktop hard drive D17AW-K-CS-018, S/N: 6RW3RGW1 (Belisle's desk) (QAN 9)
**1B249:** One Toshiba USB hard drive, s/n 32BMP2YSTRK9 containing video from the front gate of BSU Kodiak
**1B265:** Western Digital silver My Passport hard drive, s/n: WXH1A2044912 (Item #1) - (QAN13 & QAN13_1)
**1B266:** Western digital black My Passport hard drive s/n: WX11AA0A8607 in case (Item #2) - (qan12 & qan12_1)
**1B267:** WD hard drive s/n:WXNX08SW6169 (Item #3) - CASE: QAN11, INTERNAL HDD: QAN11_1
**1B269:** Amazon Kindle - Model D00901; FCC ID: XSX-1013 (Item #5)
**1B274:** HP Pavilion dv7 laptop, s/n: CNF042BCST (QAN10 and QAN10_1) (Item #10)
**1B280:** Gateway laptop; s/n: BKFW4360027 (Item #5)
**1B295:** Gateway ATX tower computer and cord; s/n: 0019183938 (Item #11)
**1B302:** Gateway model 710 computer & cable, barcode #1100435918 (Item #14)

**Hard drive labeled "Discovery 1" (1B395) contains the following items:**
**1B186:** Item 50: Apple iPhone 3GS, Model A1303, S/N: 85130D8HEDG (QAN4) (1A24)
**1B223:** Model SG19LD800161 19" TFT LCD DVR Combo Lorex Security System monitor, S/N DB0207061008
**1B225:** Item 3: Desktop hard drive 17AW-K-CS-019; S/N: 6RW3QCSQ (Hopkins' desk)

2

USA v. Wells
3:13-cr-0008-RRB-JDR
Discovery Produced April 10, 2013

**1B229:** Item 6: Maxtor external USB hard drive S/N 2HASE76D (QAN1) ***INSIDE QAN1 Seagate 320GB HDD, S/N: 5SX3X9YS (QAN1_1)***
**1B230:** Front gates camera Western Digital USB hard drive S/N: WXK1CB134721 (QAN2) ****QAN2_1, W/D HDD S/N: WXK1CB134721****
**1B231:** One Nexstar CX external 3.5" hard drive from COMMSTA enclosure USX 2.0 Interface, no S/N available (with cord and switching adapter s/n 0T0952091204) (QAN3) ****QAN3_1 - SEAGATE 1500GB HDD S/N: 9VS2KOZL****
**1B258:** Seagate USB hard drive, serial number NA03FERT, containing the video from the Alaska Airlines cargo office camera and the cargo warehouse camera for the dates 04/10/2012 - 04/12/2012 in response to GJ subpoena A012319K.
**1B271:** Apple iPhone, Model A1303 (Item #7)
**1B276:** Apple iPhone s/n: C8PJ21NDDTDC (Item #1) - (QAN19 & QAN19_1)
**1B313:** Apple iPhone 3GS serial number 87014TB13NR, taken off the person of James Wells on April 13, 2012. Kodiak Police Department control number L 085946 and case number 2012-2463.

### Hard drive provided by FBI (1B398) contains the following items:
**1B318:** One Seagate Free Agent Go 320 GB Portable Hard Drive S/N 2GE6FPR4
**1B319:** One Transcend Store Jet 25 Mobile 160 GB Portable Hard Drive s/n 2282353234

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date:_____            _____
                              RICHARD CURTNER
                              Attorney for Defendant