Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONSOLIDATE 4/29/2013 STATUS HEARING WITH 5/14/2013 STATUS HEARING** |

　　　　The defendant, JAMES MICHAEL WELLS, through counsel, requests that this Court consolidate the scheduled status hearing on April 29, 2013, with the status hearing on May 14, 2013. Given the motion work before the Court at this time in this case, it will be more cost efficient for the Court to address matters related to the status of the case at a single hearing on May 14, 2013, which will also reduce travel costs for defense counsel.

Counsel for Mr. Wells spoke with Assistant United States Attorney Dan Cooper on April 19, 2013. He does not oppose this request.

DATED this 22nd day of April 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com

Certification:
I certify that on April 22, 2013, a copy of the ***Unopposed Motion to Consolidate 4/29/2013 Status Hearing With 5/14/2013 Status Hearing*** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Daniel R. Cooper , Jr.
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: daniel.cooper@usdoj.gov

/s/Rich Curtner