UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion to Consolidate 4/29/2013 Status Hearing with 5/14/2013 Status Hearing, the motion is granted.

IT IS HEREBY ORDERED that the status hearing on April 29, 2013, is vacated and consolidated with the status hearing on May 14, 2013.

DATED this _____ day of April 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE