```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO.  3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:       BRYAN SCHRODER/DANIEL COOPER, JR.

DEFENDANT'S ATTORNEY:          RICHARD CURTNER - TELEPHONIC
DEFENDANT'S ATTORNEY:          PETER OFFENBECHER - TELEPHONIC
DEFENDANT'S ATTORNEY:          NOA OREN
```

PROCEEDINGS: STATUS CONFERENCE/HEARING ON MOTION FOR RECONSIDERATION (DKT 45) HELD APRIL 29, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

Court and counsel heard re Unopposed Motion to Consolidate Status Hearing (DKT 54); **DENIED.**

Court and counsel heard re Motion for Reconsideration (DKT 45); **GRANTED.**

Court and counsel heard re discovery deadlines.

Court and counsel heard re Government's Oral Motion to Continue Expert Witness Deadline 60 days; **GRANTED.**

Expert Notices due **October 25, 2013.**
Rebuttal Expert Notices due **November 29, 2013.**
Daubert Motions due **December 3, 2013.**
Motions in Limine due **December 16, 2013.**
Jencks and Giglio Material due **January 10, 2014.**
Inspection of Trial Documents due **January 17, 2014.**

Chambers to issue new Pretrial Order.

Status Conference set for **June 12, 2013 at 2:00 p.m.**

At 2:18 p.m. court adjourned.

DATE:     April 29, 2013      DEPUTY CLERK'S INITIALS:    NXL

Revised 9-28-09