# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. JAMES MICHAEL WELLS
Case No. 3:13-cr-008-RRB-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant, Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

### RE: Hearing on Objections to Second Pretrial Scheduling Order, Docket 57

The United States has filed objections at Docket 57 to the magistrate judge's Second Pretrial Scheduling Order. Accordingly, the magistrate will conduct a hearing to address these objections on Friday, May 10, 2013 at 3:30 PM, in Courtroom 6. Should the defendant wish to file any response to the government's pleading he shall do so on or before Noon on May 10, 2013. Mr. Offenbecher may participate telephonically by calling Meet-Me-Bridge "A" 907-677-6246.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 7, 2013

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C R I M I N A L\CR 2013\13-cr-008-RRB-JDR WELLS\13-mj-008-RRB-JDR WELLS @57 MO Setting Hearing_mtd.wpd