KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
          Bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **SUBSTITUTION OF COUNSEL** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through Karen Loeffler, U.S. Attorney, and hereby enters a substitution of counsel on behalf of the United States of America.  The government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Daniel R. Cooper, Jr. now that the undersigned is appearing as counsel in this case.

All further pleadings and correspondence, etc. shall be sent to the following address:

>KAREN LOEFFLER
>United States Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Rm 253
>Anchorage, Alaska 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: karen.loeffler@usdoj.gov

RESPECTFULLY SUBMITTED this 7th day of May, 2013 in Anchorage, Alaska.

>s/Karen L. Loeffler
>KAREN L. LOEFFLER
>United States Attorney
>United States of America

**Certificate of Service**

I hereby certify that on May 7, 2013,
the foregoing was served electronically via
the CM/ECF system on the following counsel
of record:

Rich Curtner
Peter Offenbecher

s/ Karen L. Loeffler
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR         Page 2 of 2