Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION ON SHORTENED TIME FOR BAIL REVIEW HEARING** |

　　　　The defendant, JAMES MICHAEL WELLS, through counsel, asks this court to schedule a bail review hearing in this matter on shortened time. This will be the first request by Mr. Wells to review his detention order.

　　　　Mr. Wells is specifically requesting a bail review hearing on **May 13, 2013**. That date will accommodate Peter Offenbecher, co-counsel for Mr. Wells, and any proposed third-party custodians who will be traveling to Anchorage from Kodiak, Alaska for this hearing.

Mr. Wells is 61 years old. He has no criminal history. Mr. Wells has lived in Alaska continuously for the past 22 years. Mr. Wells has been married to Nancy Wells for 41 years. The Wells have raised three grown children. The oldest son is a pilot in Southeast Alaska. Their daughter is an insurance agent in Beaverton, Oregon. The youngest son is a police officer in Portland, Oregon.

Mr. and Mrs. Wells have lived at the same residence in Kodiak, Alaska for 22 years. They have about $200,000 equity in their home. Mr. Wells is retired from the United States Navy and the United States Coast Guard after a 20-year career, and has been a civilian employee of the United States Coast Guard for over 20 years. Mrs. Wells had been an employee of the Kodiak area Native Association for 23 years before her recent retirement.

The investigation in this case started on April 12, 2012. Mr. Wells was identified as a suspect the same day. Mr. Wells was not charged with the offenses in this case until February 15, 2013. (*See*, Docket No. 1, Complaint).

During the ten months of the investigation that Mr. Wells was identified as a suspect, but was not charged, he maintained contact through counsel with the office of the United States Attorney concerning any travel away from his home in Kodiak. Mr. Wells traveled to Anchorage on numerous occasions, as well as visited family in Gustavus, Alaska. Mr. Wells also traveled out of Alaska on several occasions. Whenever Mr. Wells traveled during this ten-month investigation, he provided prior notice to the government with his itinerary. Mr. Wells completed all of his travels as scheduled, and without incident. (*See*, Declaration of Sue Ellen Tatter, attached as Exhibit A.)

It is also noteworthy that during the ten-month period of this investigation, before Mr. Wells' arrest, the FBI informed the community of Kodiak that although there was no suspect in custody, there was no risk of harm to the community. Early in the investigation an FBI spokesperson was quoted as stating that: "[t]hough the killer is believed to be still at large, the FBI is saying there is little danger" and "that Kodiak residents and Coast Guardsmen don't have a reason to think people are at risk." (*See*, Article of the *Kodiak Daily Mirror*, attached as Exhibit B.)

This history predating Mr. Wells' arrest speaks powerfully to any flight risk or risk to the community should Mr. Wells be released prior to trial.

Mr. Wells is preparing an appropriate release plan under these circumstances that would include the following:

- Twenty-four-hour home detention with electronic monitoring in the home of proposed third-party custodians Henry and Janet Pennington. The Penningtons are long-time residents of Kodiak that have known Mr. Wells for 20 years. They are willing to be third-party custodians and have Mr. Wells reside in the home where they have lived for 35 years. The Penningtons' home is 35 miles from the city of Kodiak, in a remote area of the Island.

- An additional proposed third-party custodian, Victoria Geyer, has offered to assist in the monitoring of Mr. Wells while on release. Ms. Geyer is a teacher in Kodiak who is currently residing in the Wells' home with Mrs. Wells.

- The Wells are prepared to post a property bond in the amount of $200,000, secured by the equity in their home.

Mr. Wells requests that this matter be heard on shortened time and scheduled for a hearing on May 13, 2013, when counsel and the proposed third-party

custodians can be available. The applications of the third-party custodians have been submitted to the office of Pretrial Services for investigation.

DATED this 7th day of May 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:     907-646-3480
E-Mail:  rich_curtner@fd.org

Certification:
I certify that on May 7, 2013,
a copy of the *Motion on Shortened Time for Bail Review Hearing* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Daniel R. Cooper , Jr.
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: daniel.cooper@usdoj.gov

/s/Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 4