UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF SUE ELLEN TATTER**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Sue Ellen Tatter, declare under penalty of perjury that the following is true:

1. I have assisted Federal Public Defender Rich Curtner with the representation of James Wells from April 2012, to the present.

2. Prior to arrest, Mr. Wells was aware he was the target of a federal investigation. Many search warrants were served on his home, property and person.

3. From April 2012, until Mr. Wells' arrest in February 2013, I was responsible for notifying the U.S. Attorney's office of Mr. Wells' plans to travel outside of Kodiak.

4. Mr. Wells came to Anchorage on approximately three occasions for medical treatment at the Veterans Administration, mostly in the fall and winter of 2012. In May 2012, he and his wife went to Gustavus, Alaska, to see their son and his family.

From June 27, 2012 through July 8, 2012, he and his wife traveled to San Diego, California, to assist with the care of Mrs. Wells' mother, who suffers from Alzheimer's disease. During this trip, the Wells also stopped in the Seattle area to visit family in Auburn, Washington. In addition, he traveled to Portland, Oregon to visit another son's family in August 2012. James Wells also traveled to Boston, Massachusetts in August 2012.

5. Each of these trips was the subject of my emails to Assistant U.S. Attorneys Daniel Cooper and Bryan Schroder. If there were any last-minute changes, because of weather in Kodiak and other problems, Mr. Wells notified me and I relayed the changes to the government.

6. During this period, Mr. Wells knew that he was a target of government investigation, and returned voluntarily from each trip out of Kodiak.

DATED at Anchorage, Alaska this 7th day of May 2013.

Respectfully submitted,

*Sue Ellen Tatter*

Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen-tatter@fd.org

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 2

Exhibit A - Page 2 of 2
Case 3:13-cr-00008-SLG   Document 60-1   Filed 05/07/13   Page 2 of 2