# Kodiak Daily Mirror

## Monday

April 16, 2012

Vol. 74 No. 75

Local news for Alaska's Emerald Isle

50¢

8 pages

# Coast Guard killer at large

## FBI silent on investigation, shooter's ID

By NICOLE KLAUSS
*Mirror Writer*

Rumors and speculation spread across Kodiak over the weekend as the FBI provided little insight into the deaths of two Coast Guard employees in Thursday's double murder at the Coast Guard communications station.

Though the killer is believed to be still at large, the FBI is saying there is little danger.

"Saturday evening, the FBI told the Coast Guard that Kodiak residents and Coast Guardsmen don't have a reason to think people are at risk," said Coast Guard Petty Officer 2nd Class Charly Hengen.

The FBI is working with the Coast Guard Investigative Service and Alaska State Troopers to investigate the double homicide and search for the murderer. As of Sunday, no arrests had been made, Hengen said.

Homeland Security Secretary Janet Napolitano said the department has placed a priority on finding the perpetrator and solving the crime.

"I have directed the full resources of the department to support the investigation into this terrible tragedy and we are working closely to support our federal state, and local law enforcement partners," Napolitano said in a statement. "All of us across DHS join in solidarity with the families and colleagues of the fallen, and our larger Coast Guard and DHS family, as we cope with this senseless act of violence."

The victims were identified Friday as Coast Guard Petty Officer 1st Class James Hopkins and Richard Belisle.

Hopkins, 41, was an electronics technician for the Coast Guard and was from Vergennes, Vt.

Hopkins originally joined the Navy and transferred to the Coast Guard in 2002. At the time of his death, he had more than 20 years of active-duty service, including three years in Kodiak. He is survived by his wife, Debra, and two adult children.

Belisle, 51, was a civilian employee and a retired Coast Guard chief petty officer from Kodiak.

The Belisle family released a statement to the Daily Mirror on Saturday.

"We would like to thank everyone who has kept us in your thoughts and prayers during this difficult time. We truly appreciate all of the assistance given to us by both the Coast Guard and the wonderful citizens of Kodiak. Your kindness and generosity has been overwhelming and extremely humbling.

"We want you to know that Rich was an extraordinary husband, father, friend, and mentor to the young Coast Guardsmen serving our country. Rich has been very happily married to his wife Nicola for almost 20 years, and has three daughters, twins Amy and Emily age 19, and Hannah age 16. Everything Rich does he does for his girls."

The Hopkins family did not wish to provide a statement.

The Coast Guard has crisis response teams available for Coast Guardsmen and family and friends of the victims.

"Our Coast Guard team from across the nation has been extremely supportive and we have sent a number of crisis response personnel and resources to Kodiak to assist the victim's families, friends and coworkers as they cope with this tragedy," said Rear Adm. Thomas Ostebo, commander, 17th Coast Guard District in a press release.

The Coast Guard will hold a memorial service later this week for the two Coast Guardsmen. The date and time has not yet been announced.

*Contact Mirror writer Nicole Klauss at nklauss@kodiakdailymirror.com.*

### Get involved

Coast Guard military police are asking the public to call 487-5555 to report suspicious activity.



This memorial logo, created by Sean Lawler, has been circulating on Kodiakans' Facebook pages as a way to memorialize the two men killed in Thursday's shootings.
(Sean Lawler graphic)

Case 3:13-cr-00008-SLG Document 60-2 Filed 05/07/13 Page 1 of 1

Exhibit B
Page Page 1 of 1