UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion on Shortened Time for Bail Review Hearing , the motion is granted.

IT IS HEREBY ORDERED that a bail review hearing is scheduled in Anchorage on May 13, 2013, at \_\_\_\_\_ \_\_\_.m. Counsel may appear telephonically by calling 907-_____ five minutes prior to the hearing.

DATED this \_\_\_\_ day of May 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE