Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE BAIL REVIEW HEARING** |

The defendant, JAMES MICHAEL WELLS, through counsel, hereby requests that the bail review hearing, currently set for May 10, 2013, at 3:30 p.m., be continued to any time on May 20, 2013. In his motion, defendant requested that the hearing be scheduled for May 13, 2013, but now understands that the court is unavailable that week. The government is available for a hearing on May 20.

This continuance is sought in order to allow the three proposed third-party custodians to make arrangements to fly from their homes in Kodiak to Anchorage.

This motion is unopposed by the government, through Assistant United States Attorneys Bryan Schroder and Daniel Cooper.

DATED this 8th day of May, 2013.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Washington State Bar No. 11920
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com

Certification:

I certify that on May 8, 2013, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.
bryan.schroder@usdoj.gov

Karen L. Loeffler, Esq.
karen.loefflerr@usdoj.gov

/s/ Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                                                          Page 2

Case 3:13-cr-00008-SLG   Document 66   Filed 05/08/13   Page 2 of 2