UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Unopposed Motion to Continue Bail Review Hearing, the motion is GRANTED. Defendant's bail review hearing, set for 3:30 p.m. on May 10, 2013, is continued to May _____, 2013, at _____ a.m./p.m.

DATED this ____ day of May, 2013.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　United States Magistrate Judge