

## U.S. Department of Justice

*United States Attorney*
*District of Alaska*

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

May 9, 2013

Richard Curtner
Federal Public Defender
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

Re:  USA v. James Michael Wells
     3:13-cr-00008-RRB-JDR

**RECEIVED**

MAY 0 ( 2013

**FEDERAL PUBLIC DEFENDER**

Dear Mr. Curtner:

Please find enclosed discovery materials consisting of the following audio files:

**1D266:** Consensually recorded phone call to JAMES WELLS on 09/13/2012.
**1D272:** Consensually monitored and recorded phone call to JAMES WELLS on 09/14/2012.
**1D273:** Consensually monitored and recorded phone call and visit with JAMES WELLS on 08/17/2012

Please return the attached receipt with one DD. If you have any questions, please contact me at 271-4262.

Sincerely,

KAREN L. LOEFFLER
United States Attorney

*Misty Elwood*

Misty Elwood
Paralegal for DANIEL COOPER and
BRYAN SCHRODER
Assistant U.S. Attorneys