FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Evidence Log

**Event Title:** (U) Consensuall recorded phone call to JAMES WELLS on 09/13/2012  **Date:** 09/18/2012

**Approved By:** SSA WALTON ANDREW T

**Drafted By:** Daryl Allison

**Case ID #:** 70A-AN-15667-ELA    (U) HOPKINS, JAMES BELISLE, RICHARD UNSUBS; JAMES HOPKINS-DECEASED; RICHARD BELISLE-DECEASED; CRIME ON GOVERNMENT RESERVATION; CRIME OF VIOLENCE

**Acquired By:** Daryl Allison on 09/13/2012

**Acquired From:** (U) S-00044810

**Receipt Given?:** No

**Holding Office:** ANCHORAGE

**Details:**

Consensually recorded phone call to JAMES WELLS on 09/13/2012 by CHS S-00044810.

| Item Type | Description |
|---|---|
| 1D | (U) Consensually recorded phone call to JAMES WELLS on 09/13/2012 by CHS S-00044810. Acquired On: 09/13/2012 ELSUR Evidence Type: Consensual Intercept Type: Consensual Monitoring - Telephonic Intercept Identifier: N/A Media Type: Computer Disk Original Type: Original |

♦♦

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Evidence Log

**Event Title:** (U) Consensually monitored phone call to JAMES WELLS

**Date:** 09/24/2012

**Approved By:** SSA WALTON ANDREW T

**Drafted By:** Daryl Allison

**Case ID #:** 70A-AN-15667     (U) HOPKINS, JAMES BELISLE, RICHARD UNSUBS; JAMES HOPKINS-DECEASED; RICHARD BELISLE-DECEASED; CRIME ON GOVERNMENT RESERVATION; CRIME OF VIOLENCE

**Full Investigation Initiated:** 04/12/2012

**Acquired By:** Daryl Allison on 09/14/2012

**Acquired From:** (U) S-00044810

**Receipt Given?:** No

**Holding Office:** ANCHORAGE

**Details:**

Consensually monitored and recorded phone call to JAMES WELLS on 09/14/2012 by CHS S-00044810.

| Item Type | Description |
|---|---|
| 1D | (U) Consensually monitored and recorded phone call to JAMES WELLS on 09/14/2012 by CHS S-00044810. Acquired On: 09/14/2012 ELSUR Evidence Type: Other Intercept Type: Consensual Monitoring - Telephonic Intercept Identifier: N/A Media Type: Computer Disk Original Type: Original |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Title: (U) Consensually monitored phone call to JAMES WELLS
Re: 70A-AN-15667, 09/24/2012

♦♦

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED

 OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
## Evidence Log

**Event Title:** (U) Consenually monitored phone call and visit to JAMES WELLS

**Date:** 09/24/2012

**Approved By:** WALTON ANDREW T

**Drafted By:** Kirsten R. Wise

**Case ID #:** 70A-AN-15667    (U) HOPKINS, JAMES BELISLE, RICHARD UNSUBS; JAMES HOPKINS-DECEASED; RICHARD BELISLE-DECEASED; CRIME ON GOVERNMENT RESERVATION; CRIME OF VIOLENCE

**Full Investigation Initiated:** 04/12/2012

**Acquired By:** Daryl Allison on 08/17/2012

**Acquired From:** (U) S-00044810

**Receipt Given?:** No

**Holding Office:** ANCHORAGE

**Details:**

Consensually monitored and recorded phone call and visit to JAMES WELLS on 08/17/2012 by CHS S-00044810.

| Item Type | Description |
|---|---|
| 1D | (U) Consenually monitored and recorded phone call and visit with JAMES WELLS on 08/17/2012<br>Acquired On: 08/22/2012<br>ELSUR Evidence Type: Consensual<br>Intercept Type: Consensual Monitoring - Non-Telephonic<br>Intercept Identifier: n/a<br>Media Type: Computer Disk<br>Original Type: Original |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Title: (U) Consenually monitored phone call and visit to JAMES WELLS
Re: 70A-AN-15667, 09/24/2012

♦♦