```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        BRENDA MCGURN

UNITED STATES' ATTORNEY:      BRYAN SCHRODER
UNITED STATES' ATTORNEY:      DANIEL COOPER

DEFENDANT'S ATTORNEY:         RICHARD CURTNER
DEFENDANT'S ATTORNEY:         PETER OFFENBECHER, TELEPHONIC

PROCEEDINGS: HEARING RE NOTICE OF OBJECTIONS (DKT 57)
             HELD MAY 10, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:01 p.m. court convened.
```

Court and counsel heard re Government's Notice of Objection to Court's Second Pretrial Scheduling Order.

Court stands by the Second Pretrial Scheduling Order (DKT 56) and will issue an Order to reflect the Court's ruling.

Court and counsel heard re government to file any further appeal/objections re the Second Pretrial Scheduling Order (DKT 56); appeal/objections shall be directed to the assigned district judge and due before the Status Conference set for May 14, 2013.

At 3:05 p.m. court adjourned.

```
DATE:     MAY 10, 2013      DEPUTY CLERK'S INITIALS:     BMM
Revised 9-28-09
```