```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    CASE NO.  3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:     DAN COOPER/BRYAN SCHRODER
UNITED STATES' ATTORNEY:     KAREN LOEFFLER/KATHLEEN DUITNAN

DEFENDANT'S ATTORNEY:         RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: STATUS CONFERENCE HELD MAY 14, 2013:
```

At 10:02 a.m. court convened.

Court and counsel heard re Second Pretrial Scheduling Order (DKT 56).

Court and counsel heard re Status of Death Penalty Memorandum.

Court adopted the Second Pretrial Scheduling Order (DKT 56) with the modification that the District Judge to take over the Motions to Suppress and all the motions filed thereafter as of **August 30, 2013.**

Status Conference **July 22, 2013 at 1:15 p.m.** before Judge Beistline.

At 10:14 a.m. court adjourned.

DATE:   May 14, 2013          DEPUTY CLERK'S INITIALS:   NXL

Revised 9-28-09