KAREN L. LOEFFLER
United States Attorney

Daniel R. Cooper, Jr.
Bryan D. Schroder
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: daniel.cooper@usdoj.gov
       bryan.schroder@doj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | No. 3:13-cr-0008 RRB-JDR <br><br> NOTICE OF VICTIMS' REPRESENTATIVES' INTENT TO GIVE STATEMENTS AT DETENTION HEARING AND NOTICE OF FILING VICTIM IMPACT STATEMENT. <br><br> 18 U.S.C. 3771(a)(4) and (e) |

COMES NOW the United States of America, and provides notice that Nicola Belisle and Anthony Pecoraro, as representatives of the victims named in Counts 1 through 6 of the Indictment, Richard Belisle

and James Hopkins, intend to make statements at the detention hearing scheduled for May 20, 2013, at 1:30 p.m.

Pursuant to 18 U.S.C. § 3771(a)(4), victims of crimes have the right to be reasonably heard at any public proceeding in the district court involving release. 18 U.S.C. § 3771(e) provides, in the instance where, as here, a victim is deceased, that family members may assume the rights of the victims. Nicola Belisle is the widow of victim Richard Belisle, and Anthony Pecoraro is the brother of Debbie Hopkins, wife of victim James Hopkins. Thus, they have standing to speak as family members. Other family members, including children and siblings, along with community members, have also stated their intent to submit written statements concerning the detention of the defendant. One of these statements, from Amy Belisle, the daughter of murder victim Richard Belisle, is attached as exhibit 1. Two additional statements from friends of Nicola Belisle, are also attached. If any additional statements are received, they will be filed promptly.

//

//

U.S. v Wells
3:13-cr-0008 RRB-JDR                                2

This pleading will also be served upon the Pre-Trial Services Officer.

RESPECTFULLY SUBMITTED this 17th day of May, 2013, in Anchorage, Alaska.

          KAREN L. LOEFFLER
          United States Attorney

          s/ Daniel R. Cooper, Jr.
          Daniel R. Cooper, Jr.
          Assistant U.S. Attorney
          United States of America

          s/ Bryan Schroder
          Bryan Schroder
          Assistant U.S. Attorney
          United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2013,
a true and correct copy of the foregoing was
served electronically on the following:

Richard Curtner, Federal Defender
Peter Offenbecher

s/ Bryan Schroder
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-0008 RRB-JDR          3