Good morning,

My name is Amy Belisle, I'm the daughter of Richard Belisle. I do not believe Jim Wells should be granted bail. My reasoning is simple, he planned and executed the murder of two people. I do not feel that it is safe for the community of Kodiak, especially my family with him walking the streets. Regardless if he was sent out to Chiniak he eventually has to come to town for food, or the person he is staying with does and then he's left unattended. Who is out there to make sure he's not going to get in a boat & leave the island? Who is out there to make sure he's not planning another murder of more innocent lives at COMSTA Kodiak, or Kodiak in general? Who's out there to make sure he doesn't take the easy way out and kill himself? You cannot entrust that authority on someone who is a "friend" of a suspect of a murder, what about his life, what if Jim Wells turns on him? He turned on my father, who invited him over for Boxing Day celebrations every year. (A British Tradition)
Personally, I have family in Pasagshak, (which is on the other side of Chiniak), you'll be restricting my life by putting him out there. I wouldn't feel safe leaving my house, so I certainly won't feel safe going out to visit. This in turn, is causing more heart-ship on me.
The community of Kodiak deserves to feel safe, sending someone who is in jail currently and going to be on trail for a double murder should not be sent back to our small island. For the protection of our lives but also Jim Wells.
I thank you for your time, and hope this finds you well.

Best Regards,