Dear Judge Roberts,

I was not asked to write anything on behalf of the Belisle family but as a co-worker of Nicola Belisle I've had a front row seat to the absolute insanity that this woman and her family have had to endure due to this inmate, Mr. James Well.

No one should have to endure the pain and suffering that I've observed over the past year, beginning within the first few minutes of watching this nightmare unfold until the present. The actual idea that this man could be placed on bail is total absurdity as his action's has shown nothing but aggressive behaviors to those who have opposed him in any way.

I ask as a co-worker and friend of the Belisle family that you will not allow our community to once again live in unrest.

I implore you not to allow this individual out on bail.

Sincerely,

*Rachel L. Putnam*
Rachel L. Putnam