Your Honor,

I am a long time resident of Kodiak, and most of that time has been spent out here in the Women's Bay community (Bells Flats).

I recently found out that Mr. Wells has a bail hearing set for this coming Monday, May 20th. It is also my understanding that an individual out in Chiniak has offered to be the third party custodian for Mr. Wells.

I will not in any way attempt to appear as if I understand how this type of hearing is conducted, but I would like to share my viewpoint with you.

Perhaps the folks right in Kodiak no longer think about this case on a daily basis, but I can tell you that out here in the Flats, it is on the mind of many of us each and every day. It has been difficult to face the idea that not only did we lose two good men, one of whom lived right here in this part of the community, but that possibly the person responsible for these murders was also one of our neighbors. To allow Mr. Wells back on the island prior to a trial just doesn't make sense for him or for the community, and most importantly, Rich's widow, Nicola. I realize the location of the third party is in Chiniak, but this is a very small community and his custodian often heads to Kodiak which means going by Bells Flats both coming and going.

Please, on behalf of Ms. Belisle and all of us who cared for Rich, do what you can to insure that Mr. Wells does not return to the island prior to his trial. I know Ms. Hopkins is on the east coast, but I believe she would feel the same way if she were still here.

I fully understand that Mr. Wells has rights, but we are hopeful if a bail is agreed upon that another arrangement can be made. I'm hopeful that bail will be denied.

Thank you for your time.

Sincerely,

Patricia Gibbs