KAREN L. LOEFFLER
United States Attorney

Daniel R. Cooper, Jr.
Bryan D. Schroder
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008 RRB-JDR |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING LETTERS |
| | ) | |
| vs. | ) | **[FILED ON SHORTENED TIME]** |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, and provides notice of filing the attached letters of concern from Emily Belisle, daughter of victim, Richard Belisle, and Scott Griffin, regarding the bail hearing for defendant this afternoon.

This pleading will also be served upon the Pre-Trial Services Officer.

RESPECTFULLY SUBMITTED this 20th day of May, 2013, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Daniel R. Cooper, Jr.
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
Bryan Schroder
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2013,
a true and correct copy of the foregoing was
served electronically on the following:

Richard Curtner, Federal Defender
Peter Offenbecher

s/ Bryan Schroder
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-0008 RRB-JDR          2