Good Morning Ms. Cupp,

I would like to provide some personal commentary concerning the upcoming bail review for James Wells today.

I have known Mr. Wells for several years and I am also a neighbor.

Professionally I have dealt with Mr. Wells since October of 2006.

Outside of work I had few dealings with him.

My concerns are about the request for 3rd party custody here in Kodiak. I believe this would be detrimental to the harmony and safety of our community. Myself included. My last professional interactions with Mr. Wells were confrontational. He was in fact angry with me after not being able to get services provided that he felt were deserved. He would at times try to circumvent the procedures for equipment repairs and when called on it, often became confrontational and profane. Our professional relationship was tenuous at best. This was true for most colleagues that interacted with him in the months before the incident he is allegedly responsible for.

Today, my concern for my personal safety and that of my disabled wife are at the forefront of my mind.

We live in a remote area just down the street from the proposed location of Mr. Wells "in-house". My concern is that if Mr. wells is indeed the perpetrator of these heinous crimes he may decide at some point to "finish up" with others he had issue with. Trooper response is 45 minutes to an hour, especially after hours. Should any altercations take place I fear the law enforcement would arrive long after the culmination of it.

Also I must comment for the sake of the surviving family members that still live close by, in fact close enough to see the proposed 3rd party site from their yard. Justice is not served when victims of this crime must move due to the fear and stress caused by the close proximity of the main suspect. How many times must we change the locks? How many trips off island to relieve the stress? How many sleepless nights knowing someone is nearby that may have taken the life of your husband, father, or friend?

It is my understanding that the government has already moved one active duty member and their family due to similar concerns.

In closing, I humbly ask the court to consider all of the ramification and possible dangers that will be weighed upon our Kodiak community should Mr. Wells return without being exonerated of the crimes. If a 3rd party site is to be given, let it be anywhere but Kodiak. Otherwise let Mr. Wells remain incarcerated until the final hearing.

For the good of the community and the good of us all.

Respectfully submitted,

Scott Griffin

" There is always time to make right what is wrong."

Susan Griffin