

To whom it may concern,

In regards to the bail hearing in the case of wells vs us.

If he is given bail, and released into our small island town, we the Belisle family, will be negatively effected in the following ways:

Defendant may flee the country, or do another act to escape eventual justice

Dependent will continue to live in Kodiak, causing untold anguish and pain to my Mother and 2 sisters. His presence will also cause pain to my



presence will also cause pain to my fathers numerous close friends and co workers.

Defendant lives only a short distance from my mothers home, and he can see from his homes windows my mothers home.

Defendant has the ability to cause harm to my mother and/or family, friends. This possibility will torment and terrorize my mother to no end.