```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__ CASE NO. __3:13-cr-00008-RRB-JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____NANCY LEALAISALANOA_____

UNITED STATES' ATTORNEY: _____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____RICHARD CURTNER/PETER OFFENBECHER_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: BAIL REVIEW HEARING HELD MAY 20, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re Defendant's Oral Motion to Release Defendant to Proposed Third Party Custodians and electronic monitoring with conditions.

Henry McKinley Pennington sworn and testified on behalf of the defendant as a proposed third-party custodian.

Janet Roberta Pennington sworn and testified on behalf of the defendant as a proposed third-party custodian.

Victoria Lynne Geyer sworn and testified on behalf of the defendant as a proposed third-party custodian.

Denis Anderson sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 1 through 20 **ADMITTED**.

Court stated findings.

Court addressed defendant's Motion for Bail Review Hearing (DKT 60) regarding posting of property bond; **REJECTED**.

Defendant's Oral Motion to Release Defendant to Proposed Third Party Custodians and electronic monitoring with conditions; **DENIED**.

All admitted exhibits returned to counsel, copies forwarded to the court.

At 3:13 p.m. court adjourned.

List of Exhibits and Witnesses to be filed separately.

DATE: ___May 20, 2013___   DEPUTY CLERK'S INITIALS: ___NXL___

Revised 9-28-09