# LIST OF EXHIBITS

------------------------------------------------------------------------------------------------------------------------

Case No.    3:13-cr-00008-RRB-JDR          Magistrate Judge: **John D. Roberts**

Title          UNITED STATES OF AMERICA

vs.

JAMES MICHAEL WELLS

Dates of Hearing:      May 20, 2013

Deputy Clerk:        Nancy Lealaisalanoa

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | Richard Curtner |
| | Peter Offenbecher |
| | |

--------------------------------------------------------------**EXHIBITS**--------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | √ | 5/20/13 | Photograph | | | | |
| 2 | √ | 5/20/13 | Photograph | | | | |
| 3 | √ | 5/20/13 | Photograph | | | | |
| 4 | √ | 5/20/13 | Photograph | | | | |
| 5 | √ | 5/20/13 | Photograph | | | | |
| 6 | √ | 5/20/13 | Photograph | | | | |
| 7 | √ | 5/20/13 | Photograph | | | | |
| 8 | √ | 5/20/13 | Photograph | | | | |
| 9 | √ | 5/20/13 | Photograph | | | | |
| 10 | √ | 5/20/13 | Photograph | | | | |

| Case No: | 3:13-cr-00008-RRB-JDR | | | Judge: John D. Roberts | | | |
|---|---|---|---|---|---|---|---|

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | √ | 5/20/13 | Photgraph | | | | |
| 12 | √ | 5/20/13 | Letter of Reprimand | | | | |
| 13 | √ | 5/20/13 | Letter of Reprimand | | | | |
| 14 | √ | 5/20/13 | Memorandum of Record | | | | |
| 15 | √ | 5/20/13 | Letter of Caution | | | | |
| 16 | √ | 5/20/13 | Email of Alaska Airlines miles | | | | |
| 17 | √ | 5/20/13 | Medical care note 8/30/2012 | | | | |
| 18 | √ | 5/20/13 | Medical care note 9/10/2012 | | | | |
| 19 | √ | 5/20/13 | Medical care note 11/16/2012 | | | | |
| 20 | √ | 5/20/13 | Medical care note 11/28/2012 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |