Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>                            Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>UNOPPOSED MOTION ON SHORTENED TIME FOR AUTHORIZATION TO APPEAR TELEPHONICALLY FOR JUNE 12, 2013 STATUS CONFERENCE |

      Peter Offenbecher, co-counsel for defendant James Wells, respectfully requests authorization to appear telephonically for the June 12, 2013 status conference. This motion is filed on shortened time as the status conference is scheduled for tomorrow, June 12, 2013, at 2:00 p.m.

UNOPPOSED MOTION ON SHORTENED TIME FOR
AUTHORIZATION TO APPEAR TELEPHONICALLY FOR
JUNE 12, 2013 STATUS CONFERENCE – 1
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 90   Filed 06/11/13   Page 1 of 3

Per undersigned counsel's telephone call with Assistant United States Attorney Dan Cooper, the government does not oppose this motion.

DATED this 11th day of June 2013.

       s/ Peter Offenbecher
Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.
Attorneys for Defendant James Wells

UNOPPOSED MOTION ON SHORTENED TIME FOR
AUTHORIZATION TO APPEAR TELEPHONICALLY FOR
JUNE 12, 2013 STATUS CONFERENCE – 2
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 90   Filed 06/11/13   Page 2 of 3

## CERTIFICATE OF SERVICE

I, Jule Sprenger, certify that on June 11, 2013, I electronically filed the Unopposed Motion on Shortened Time for Authorization to Appear Telephonically for June 12, 2013 Status Conference, together with the proposed form of Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED this 11th day of June 2013.

s/ Jule Sprenger
Jule Sprenger
SKELLENGER BENDER, P.S.
Paralegal

UNOPPOSED MOTION ON SHORTENED TIME FOR
AUTHORIZATION TO APPEAR TELEPHONICALLY FOR
JUNE 12, 2013 STATUS CONFERENCE – 3
USA v. WELLS, 13-CR-00008-RRB-JDR

Case 3:13-cr-00008-SLG   Document 90   Filed 06/11/13   Page 3 of 3