Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>                      Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION ON SHORTENED TIME FOR AUTHORIZATION TO APPEAR TELEPHONICALLY FOR JUNE 12, 2013 STATUS CONFERENCE |

      This Court has considered the Unopposed Motion on Shortened Time for Authorization to Appear Telephonically for June 12, 2013 Status Conference, this proposed form of Order, and the records and pleadings already on file. It is therefore,

////

////

////

USA v. WELLS, 13-CR-00008-RRB-JDR
PAGE – 1

ORDERED that Peter Offenbecher shall be permitted to appear telephonically for the June 12, 2013 Status Conference.

DATED this _____ day of _____, 2013.

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE