```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    CASE NO.  3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          BRENDA MCGURN

UNITED STATES' ATTORNEY:       KAREN LOEFFLER
UNITED STATES' ATTORNEY:       KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:          RICH CURTNER
DEFENDANT'S ATTORNEY:          PETER OFFENBECHER, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD JUNE 12, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:02 p.m. court convened.

Court informed the parties that Judge Beistline will be handling the dispositive motions, including motions to suppress directly.

Court and counsel heard re government's memorandum to the Department of Justice had been forwarded.

Status Conference set for **July 29, 2013 at 2:00 p.m.** before Judge Roberts.

At 2:07 p.m. court adjourned.

DATE:    JUNE 12, 2013     DEPUTY CLERK'S INITIALS:      BMM
Revised 9-28-09