```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS CASE NO. 3:13-cr-00008-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:     BRYAN SCHRODER/KAREN LOEFFLER

DEFENDANT'S ATTORNEY:        F. RICH CURTNER/PETER OFFENBECHER

PROCEEDINGS: STATUS CONFERENCE HELD JULY 22, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:16 p.m. court convened.

Court and counsel heard re status of discovery.

Court and counsel heard re defendant's intent to file motion re schedule for release of Jencks material.

Court and counsel heard re status of capital case recommendation.

Court and counsel heard re government's intent to file motion re notice of demand for alibi.

Final Pretrial Conference set for **February 5, 2014 at 9:00 a.m.**

Court and counsel heard re discovery motions continued to be referred to Magistrate Judge.

At 1:25 p.m. court adjourned.

DATE:    July 22, 2013        DEPUTY CLERK'S INITIALS:    NXL

Revised 9-28-09