KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **DEMAND FOR DISCLOSURE OF ALIBI DEFENSE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 12.1** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 12.1, the

government hereby informs the defendant that between 6:48 a.m. and

7:41 a.m. on the 12th of April, 2012, at Building T2 of U.S. Coast Guard Communications Station Kodiak, Kodiak, Alaska, there was committed the crime of Murder in the First Degree, Murder of an Officer or Employee of the United States, and Possession and Use of a Firearm in Relation to a Crime of Violence with which he was charged by indictment. Demand is hereby made upon the defendant to furnish the U.S. Attorney with a written notice of his intention to offer a defense of alibi within 14 days of this demand.

In the event that the defendant intends to offer a defense of alibi, demand is also made upon him to disclose the specific place or places he claims to have been at the time of the offense, and the names and addresses of the witnesses upon whom he intends to rely to establish such an alibi.

//


//


//

Upon receipt of any notice by the defendant complying with F.R.Cr.P. 12.1(a), the government will respond pursuant to F.R.Cr.P. 12.1(b).

RESPECTFULLY SUBMITTED on July 23, 2013 in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Katheen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney