IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Government's Motion for Reciprocal Discovery and Inspection is hereby granted/denied.

IT IS SO ORDERED.

Dated: _____      _____
                               United States District Court Judge