```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    CASE NO. 3:13-cr-00008-RRB-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:       JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      DENALI ELMORE

UNITED STATES' ATTORNEY:    BRYAN SCHRODER / KAREN LOEFFLER

DEFENDANT'S ATTORNEY:       PETER OFFENBECHER (TELEPHONIC)
                            RICHARD CURTNER

PROCEEDINGS: STATUS CONFERENCE HELD JULY 29, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.
```

Court and counsel heard re whether the government had reached a decision on seeking the death penalty. Ms. Loeffler advised the court that a decision been made yet.

Court and counsel heard re pending discovery motions.

Court and counsel heard re defendant's medical concerns.

Status Conference set for **August 29, 2013 at 10:00 a.m.** Court advised the parties that this hearing could turn into oral argument on the pending discovery motions.

Court asked the parties to file notices prior to any status conferences in order for everyone to be prepared for any topics to be discussed and help the court determine whether the hearing is needed.

At 2:15 p.m. court adjourned.

```
DATE:       JULY 29, 2013         DEPUTY CLERK'S INITIALS:   DJE
```