KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | **PENALTY NOTICE** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

Comes Now the United States of America, by and through the

undersigned counsel, and hereby notifies the court and the parties of

the government's intention not to seek the death penalty in the above captioned case.

RESPECTFULLY SUBMITTED on August 5, 2013, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney


s/ Karen L. Loeffler
United States Attorney
United States of America


**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Karen L. Loeffler
Office of the U.S. Attorney

*U.S. v. Wells*
3:13-cr-00008-RRB-JDR    Page 2 of 2