Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED REQUEST TO WITHDRAW DISCOVERY MOTION AT DOCKET NO. 98 AND TO SUBSTITUTE DISCOVERY MOTION NOT REFERENCING POSSIBLE DEATH SENTENCE** |

The defendant, JAMES MICHAEL WELLS, through counsel, filed a comprehensive motion for an order directing the government to provide additional discovery in this case at Docket No. 98. That motion referenced the possible imposition of the death penalty in the memorandum in support of the motion.

On August 5, 2013, the government filed notice that it will not be seeking a death sentence (Docket No. 101). Therefore, Mr. Wells hereby requests permission from the Court to withdraw the motion at Docket No. 98 and to substitute a discovery motion that does not reference capital punishment.

Karen Loeffler, U.S. Attorney, stated to counsel that the government does not oppose substitution of this discovery motion under the present circumstances.

DATED this 6th day of August 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com
WA State Bar No. 11920

Certification:
I certify that on August 6, 2013,
a copy of the *Unopposed Request to Withdraw Discovery Motion at Docket No. 98 and to Substitute Discovery Motion Not Referencing Possible Death Sentence* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

/s/Rich Curtner