UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Request to Withdraw Discovery Motion at Docket No. 98 and to Substitute Discovery Motion Not Referencing Possible Death Sentence, the motion is GRANTED.

IT IS HEREBY ORDERED that the defendant may withdraw his motion at Docket No. 98, and file a substitution.

DATED this _____ day of August 2013.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE