UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion for an Order Directing the Government to Provide Additional Discovery Materials to the Defendant, the motion is GRANTED.

DATED this \_\_\_\_ day of August 2013.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE