KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) ) | **UNITED STATES' UNOPPOSED MOTION TO EXTEND TIME FOR** |
| vs. | ) ) | **RESPONSE TO DEFENDANT'S DISCOVERY** |
| JAMES MICHAEL WELLS, | ) ) | **MOTION** |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned

counsel, and hereby files this motion to extend the date for the

government's response to defendant's discovery motion at docket 98. Based on the schedule set out by the Court at docket 56, the defendant filed a motion for additional discovery at docket 98. The motion had significant references and analysis related to the death penalty. After the government filed notice yesterday that it would not seek the death penalty in this case, the defendant sought permission to withdraw docket 98, and resubmit their motion. Docket 102. The government did not oppose that request. The defendant filed a revised motion at docket 105.

Under the Court's 2nd Pretrial Scheduling order, the government had 14 days to respond to defendant's original discovery motion. That due date is this Friday, August 9, 2014. The government does not need an additional 14 days to respond to the defendant's revised motion, but because of the defendant's changes, the government will have to revise its response. Therefore, the government requests 5 additional days, until Wednesday, August 14, 2013.

The government has consulted with defense counsel, who does not oppose this request.

Case 3:13-cr-00008-SLG   Document 107   Filed 08/06/13   Page 2 of 3

For the foregoing reasons, the Government requests that its

motion to extend time be granted.

RESPECTFULLY SUBMITTED on August 6, 2013, in Anchorage,

Alaska.


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Katheen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America


**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013,
a copy of the foregoing was served via
the CM/ECF system on all counsel of
record.

s/ Bryan Schroder
Office of the U.S. Attorney


U.S. v Wells
3:13-cr-00008-RRB-JDR                    Page 3 of 3