IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[proposed] <u>ORDER GRANTING MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT'S DISCOVERY MOTION</u>** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the United States shall respond to the Defendant's Motion for an Order Directing the Government to Provide Additional Discovery to James Wells [Docket 103] on or before Wednesday, August 14, 2013.

Date: _____                    _____

U.S. District Court Judge