KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-RRB-JDR |
| ) | |
| Plaintiff, ) | **NOTICE OF ATTORNEY** |
| ) | **APPEARANCE** |
| vs. ) | |
| ) | |
| JAMES MICHAEL WELLS, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States by and through counsel and

hereby gives notice that Special Assistant United States Attorney,

Kathleen Duignan, now appears as co-counsel for the United States in

the above-entitled action. All future correspondence in this matter

should also be sent to:

KATHLEEN DUIGNAN
Special Assistant United States Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kathleen.duignan@usdoj.gov

RESPECTFULLY SUBMITTED this 8th day of August, 2013, at

Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Katheen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Katheen A. Duignan
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR              Page 2 of 2