Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY AND INSPECTION |

The Defendant James Wells, by and through his attorneys, Rich Curtner, Federal Defender, and Peter Offenbecher, submits this response to the Government's Motion for Reciprocal Discovery and Inspection (Dkt. No. 99).

On August 7, 2013, counsel for Mr. Wells sent a letter to counsel for the Government in response to its request for a proposed schedule for the defense to provide reciprocal discovery. A copy of this letter is attached as Exhibit A.

PAGE – 1
USA v. WELLS, 3:13-CR-00008-RRB-JDR

Mr. Wells respectfully requests that this Court adopt the proposed schedule for reciprocal discovery as outlined in Exhibit A.

DATED this 9th day of August 2013.

>Respectfully submitted,
>
>/s/ Rich Curtner
>Federal Defender
>601 West Fifth Avenue, Suite 800
>Anchorage, AK 99501
>Phone: 907-646-3400
>Fax:    907-646-3480
>Email: rich_curtner@fd.org
>
>/s/ Peter Offenbecher
>Skellenger Bender, P.S.
>1301 Fifth Avenue, Suite 3401
>Seattle, WA 98101
>Phone: 206-623-6501
>Fax:    206-447-1973
>Email: poffenbecher@skellengerbender.com
>WA State Bar No. 11920

## CERTIFICATE OF SERVICE

I, Jule Sprenger, certify that on August 9, 2013, I electronically filed Defendant's Response to Government's Motion for Reciprocal Discovery and Inspection (with Exhibit A) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED this 9th day of August 2013.

                                          s/ Jule Sprenger
                                          Jule Sprenger
                                          SKELLENGER BENDER, P.S.
                                          Paralegal