# EXHIBIT A



THE FEDERAL PUBLIC DEFENDER
for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

August 7, 2013

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513

Re: *United States v. James Wells*
Case No. 13-cr-00008-RRB-JDR

Dear Karen, Bryan and Kathleen:

We write in response to your request for proposed dates for providing reciprocal discovery pursuant to Fed.R.Crim.P. 16(b). There are three categories of reciprocal discovery obligations under Rule 16(b): documents and objects (Fed.R.Crim.P. 16(b)(1)(A)), reports of examinations and tests (Fed.R.Crim.P. 16(b)(1)(B)), and written summaries of expert witness testimony (Fed.R.Crim.P. 16(b)(1)(c)).

**Written Summaries of Expert Witness Testimony: Fed.R.Crim.P. 16(b)(1)(c).**

This topic has already been addressed in the Court's Second Pretrial Scheduling Order at Docket No. 56. The order provides that the parties are to provide expert notices on October 25, 2013, and rebuttal expert notices on November 29, 2013. We would propose that these dates remain the same as in the Court's Scheduling Order.

**Reports of Examinations and Tests: Fed.R.Crim.P. 16(b)(1)(B).**

The defendant's reciprocal discovery obligations under this part of the rule are triggered by our request to the government made in our earlier June 5, 2013, discovery letters and reiterated in our discovery motion filed on July 26, 2013. *See* Docket No. 98. We have still not received your response on when you expect to complete the government's obligations to provide reports of examinations and tests pursuant to Fed.R.Crim.P.16 (a)(1)(F). We would propose that the defense reciprocal discovery obligation regarding reports of examinations and tests be keyed to the government's satisfaction of its obligations. In other words, defense reports of examinations and tests could be provided, for example, within 60 days of the government satisfaction of its obligations under Fed.R.Crim.P.16 (a)(1)(F).

**Documents and Objects: Fed.R.Crim.P. 16(b)(1)(A).**

We propose that the defendant's obligations to provide documents and objects, pursuant to Fed.R.Crim.P. 16(b)(1)(A), be the same as the governments current obligations to provide material pursuant to Jencks and Giglio, January 10, 2014. Docket No. 56 at 2.

We are happy to discuss these reciprocal discovery deadlines with you at your convenience. Please call and we will set up a telephone conference. Thank you advance for your professional courtesies in this regard.

Very truly yours,

Rich Curtner
Federal Defender

/s/ Peter Offenbecher
Skellenger Bender, P.S.

RC/km