THE FEDERAL PUBLIC DEFENDER
for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

August 6, 2013

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513

Re:  *United States v. James Wells*
     Case No. 13-cr-00008-RRB-JDR

Dear Karen, Bryan and Kathleen:

In response to the *Demand for Disclosure of Alibi Defense Under Federal Rule of Criminal Procedure 12.1*, filed at Docket No. 97, James Wells hereby serves his notice on the government that he intends to offer a defense of alibi at trial.

On April 12, 2012, between 6:48 a.m. and 7:41 a.m., Mr. Wells was at his residence at 365 Pavloff Circle, Kodiak, Alaska, and in transit from his residence to the vicinity of the Kodiak airport and back to his residence. While driving from and back to his residence, Mr. Wells traveled on Middle Bay Drive, Sargent Creek Road, Rezanof Drive West and Airport Way. Mr. Wells intends on calling the following witnesses who will testify that they observed Mr. Wells driving on Sargent Creek Road and Middle Bay Road at the time in question:

Annette Ecret
11850 Bell's Flats
Kodiak, Alaska
Phone: 907-539-1615

Charlene Pudish
11114 Women's Bay Drive
Kodiak, Alaska
Phone: 907-487-2452

Sincerely,

Rich Curtner
Federal Defender
Attorney for Defendant