Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO EXCUSE SECOND DEFENSE COUNSEL (Docket No. 112)** |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, files this opposition to the government's Motion to Excuse Second Defense Counsel, filed August 21, 2013, at Docket No. 112. Mr. Wells submits that denial of Mr. Offenbecher's continued representation of Mr. Wells at this stage of the proceedings would be contrary to the spirit of the Guide to Judiciary Policies and Procedures, and would severely impair Mr. Wells' Sixth Amendment right to counsel.

The Guide to Judiciary Policies and Procedures, vol. 7, ch. 6, § 630.30, provides for the continued appointment of counsel where extenuating circumstances support the continued appointment of two counsel. These circumstances exist in this case.

Mr. Offenbecher has established an attorney-client relationship with Mr. Wells since his appointment. Mr. Offenbecher also has invested considerable time and effort in reviewing the voluminous discovery in this case. To remove Mr. Offenbecher at this stage of the case would be a serious blow to the defense team that has been preparing to represent Mr. Wells at trial.

To remove Mr. Offenbecher from the defense team would leave one attorney, Rich Curtner, to represent Mr. Wells at a February 2014 trial date. Mr. Curtner also has the responsibility of managing the Federal Defender office during the budgetary crisis impacting Federal Defender offices nationwide. (*See* the WALL STREET JOURNAL OPED, by Paul Cassell and Nancy Gertner, August 21, 2013, and the WASHINGTON POST op. ed. by Eric Holder, August 22, 2013, attached.)

Sue Ellen Tatter, the only other attorney of the Federal Defender office that is been familiar with this case, will retire as of September 13, 2013. Another Assistant Federal Defender would be hard pressed to prepare for a February 2014 trial date on top of a full case load.

While it is admirable that the United States Attorney, Karen Loeffler, has taken on this case in preparation of trial in additional to her administrative responsibilities, Ms. Loeffler also has the assistance of two experienced trial attorneys.

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                                          Page 2

Case 3:13-cr-00008-SLG   Document 115   Filed 08/23/13   Page 2 of 4

Removal of Mr. Offenbecher would not promote the efficient administration of justice, and will jeopardize Mr. Wells' right to effective representation of counsel for a February 2014 trial date. No one associated with this case would want to invite delay or jeopardize a trial date in which both sides are adequately represented by prepared counsel.

DATED this 23rd day of August 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com
WA State Bar No. 11920

Certification:
I certify that on August 23, 2013,
a copy of the foregoing, with attachments,
was served electronically on:

Bryan D. Schroder, Esq.
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler, Esq.
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                        Page 3

Kathleen A. Duignan, Esq.
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner