Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT WELLS' UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME FOR DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER COMPELLING DISCOVERY |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant James Wells, through his attorneys, Federal Public Defender Rich Curtner and Peter Offenbecher, moves this Court for an Order extending the deadline for the defendant's reply for seven days, until September 3, 2013.

On July 26, 2013, Mr. Wells filed his Motion for an Order Directing the Government to Provide Additional Discovery to James Wells. The defendant's motion was 25 pages in length, within the page limit of D.Ak. L.R. 10.1 (m)(2). Dkt. No. 98. On August 5, 2013, the

PAGE – 1
USA v. WELLS, 3:13-cr-00008-RRB-JDR

government filed its Penalty Notice informing of its intent not to seek the death penalty in this matter. Dkt. No. 101. On August 6, 2013, at the request of counsel for the government, Mr. Wells petitioned the Court for, and was granted, leave to withdraw his discovery motion and file a revised discovery motion, based on the government's intent not to seek the death penalty. Dkt. No. 103. The revisions in defendant's discovery motion consisted of the removal of approximately one page of discovery requests specifically relating to the possibility of a capital prosecution. The revised motion was filed on August 6, 2013. Dkt. No. 105. In response to the filing of a revised discovery motion, the government requested and was granted an extension to file its response brief. Dkt. Nos. 107-108. The government's response deadline was extended from August 9, 2013 to August 20, 2013, giving the government a total of 25 days to respond to defendant's discovery motion.

On August 20, 2013 the government filed its 42 page response to defendant's discovery motion, in violation of D.Ak. L.R. 10.1 (m)(2). Dkt. No. 111. Mr. Wells respectfully requests that this Court extend the deadline for his reply brief for seven days, until September 3, 2013.

Mr. Curtner has spoken with Mr. Schroder: the government does not oppose this motion.

This motion is filed on shortened time, as defendant's reply brief deadline is currently set for August 27, 2013.

DATED this 26th day of August 2013.

                                                    Respectfully submitted,

                                                    /s/ Peter Offenbecher
                                            Peter Offenbecher, Skellenger Bender, PS
                                            Rich Curtner, Federal Defender
                                            Attorneys for Defendant James Wells

## CERTIFICATE OF SERVICE

I, Jule Sprenger, certify that on August 26, 2013, I electronically filed Defendant Wells' Unopposed Motion on Shortened Time to Extend Time for Defendant's Reply to Government's Response to Defendant's Motion for an Order Compelling Discovery, together with the proposed form of Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED this 26th day of August 2013.

s/ Jule Sprenger
Jule Sprenger
SKELLENGER BENDER, P.S.
Paralegal
