Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>                     Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WELLS' UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME FOR DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER COMPELLING DISCOVERY |

      This Court has considered Defendant Well's Unopposed Motion on Shortened Time to Extend Time for Defendant's Reply to Government's Response to Defendant's Motion for an Order Compelling Discovery, this proposed form of Order, and the records and pleadings already on file. It is therefore,

      ORDERED that deadline for the reply to defendant's discovery motion is extended until September 3, 2013.

PAGE – 1
USA v. WELLS, 3:13-cr-00008-RRB-JDR

DATED this _____ day of _____, 2013.

                                                            JOHN D. ROBERTS
                                                            UNITED STATES MAGISTRATE JUDGE

Presented By:

    /s/ Peter Offenbecher
Peter Offenbecher, Skellenger Bender, PS
Rich Curtner, Federal Defender
Attorneys for Defendant James Wells

PAGE – 2
USA v. WELLS, 3:13-cr-00008-RRB-JDR