Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | NO. 3:13-cr-00008-RRB-JDR <br><br> **JAMES WELLS' NOTICE OF ALIBI DEFENSE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.1** |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, hereby files his notice of alibi defense in the above-styled case, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure.

The government filed a demand for notice of alibi defense at Docket No. 97. In response, Mr. Wells notified the government that he does intend to offer a defense of alibi at trial (Docket No. 106). The government was not satisfied by the notice submitted

by Mr. Wells, and filed a *Motion to Compel Specificity in Defense Notice of Alibi* at Docket No. 113. Mr. Wells' original letter of notice of alibi is attached to the government's motion to compel.

In reply, Mr. Wells now submits this notice of alibi defense to the court. The government's motion to compel requests notice of each specific place where Mr. Wells claims to have been on April 12, 2012, between the times of 6:48 a.m. and 7:22 a.m.

On April 12, 2012, between 6:48 a.m. and 7:22 a.m., Mr. Wells was at his residence at 365 Pavloff Circle, Kodiak, Alaska, and in transit from his residence to the vicinity of the Kodiak airport and back to his residence. While driving from and back to his residence, Mr. Wells traveled on Middle Bay Drive, Sargent Creek Road, Rezanof Drive West and Airport Way.

The government also requests Mr. Wells confirm that there currently are no other defense witnesses to account for the time from 6:48 a.m. to 7:22 a.m. At this time, Mr. Wells so confirms.

However, Mr. Wells has also requested additional discovery that may lead to continued defense investigation. The statements of many witnesses interviewed by the government may not be delivered to the defense until January 2014. Mr. Wells is well aware of his obligation to promptly disclose the name of any additional alibi witnesses that come to the attention of the defense team.

DATED this 28th day of August 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com
WA State Bar No. 11920

Certification:
I certify that on August 28, 2013,
a copy of the *James Wells' Notice
of Alibi Defense Pursuant to Federal
Rule of Criminal Procedure 12.1* was
served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                                    Page 3

Case 3:13-cr-00008-SLG   Document 118   Filed 08/28/13   Page 3 of 3