```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody
```

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        BRENDA MCGURN

UNITED STATES' ATTORNEY:      BRYAN SCHRODER
UNITED STATES' ATTORNEY:      KAREN LOEFFLER

DEFENDANT'S ATTORNEY:         RICHARD CURTNER
DEFENDANT'S ATTORNEY:         PETER OFFENBECHER

PROCEEDINGS: STATUS CONFERENCE HELD AUGUST 29, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

Court and counsel heard re pending matters before the court; Motion for an Order Directing the Government to Provide Additional Discovery to James Wells (dkt 105) due by September 3, 2013.

Court and counsel heard re Defendant's Oral Motion to reply to the Motion for an Order Directing the Government to Provide Additional Discovery to James Wells (dkt 105) by **September 6, 2013; GRANTED.**

Court ordered defense counsel to provide correspondence re medical issue from Ms. Wells to the government by close of business **August 29, 2013.**

At 10:07 a.m. court adjourned.

DATE:   AUGUST 29, 2013    DEPUTY CLERK'S INITIALS:     BMM

Revised 9-28-09