Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE DUE DATES FOR MOTION TO SUPPRESS STATEMENTS REPLY AND MOTION TO SUPPRESS PHYSICAL EVIDENCE** |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, requests that this court extend the due dates to October 4, 2013, for (1) his replies (due September 20, 2013) to the government's oppositions to his motions to suppress statements (Docket Nos. 120, 122); and (2) his motion to suppress physical evidence (due September 27, 2013). Counsel for Mr. Wells will be traveling during that time period and may not have access to the Internet.

Counsel for Mr. Wells spoke with Assistant United States Attorney Bryan Schroder on September 6, 2013. Mr. Schroder does not oppose this request.

DATED this 6th day of September 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
E-Mail: poffenbecher@skellengerbender.com
WA State Bar No. 11920

Certification:
I certify that on September 6, 2013,
a copy of the *Unopposed Motion to Continue Due Dates for Motion to Suppress Statements Reply and Motion to Suppress Physical Evidence*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner