UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion to Continue Due Dates for Motion to Suppress Statements Reply and Motion to Suppress Physical Evidence, the motion is GRANTED.

IT IS HEREBY ORDERED that the due dates for Mr. Wells to file his replies (currently due September 20, 2013) to the government's oppositions to his motions to suppress statements (Docket Nos. 120, 122), and his motion to suppress physical evidence (currently due September 27, 2013), are continued to October 4, 2013.

DATED this \_\_\_\_ day of September 2013.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE