UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**ORDER**<br>**REGARDING MOTION FOR**<br>**RECIPROCAL DISCOVERY AND**<br>**INSPECTION**<br><br>(Docket 99) |

   The government moves for an Order seeking reciprocal discovery and inspection, Docket 99. The defendant filed a response in non-opposition, Docket 110.

   In their response the defense requests that the court adopt a proposed schedule for reciprocal discovery as outlined in Exhibit A to that pleading. That exhibit addresses dates for production of written summaries of expert witness testimony, reports of examinations and tests, and documents and objects. The government has offered no written reply to that request.

   Accordingly, upon due consideration the request is granted and the dates stated in Exhibit A (Letter from Rich Curtner, Federal Defender to Karen Leofler, U.S. Attorney dated August 7, 2013) are adopted in part and modified in part as folllows:

   (1) Written summaries of Expert Witness Testimony: Expert notices due

October 25, 2013 and rebuttal expert notices due November 29, 2013;

  (2) Reports of Examinations and Tests: Within 30 days of the government fulfilling its obligations under F.R.Cr.P. 16(a)(1)(F); and

  (3) Documents and Objections: within 30 days of the government fulfilling its obligation under F.R.Cr.P. 16(a)(1)(A).

  DATED this 11th day of September, 2013, at Anchorage, Alaska.


      */s/ John D. Roberts*
      JOHN D. ROBERTS
      United States Magistrate Judge

2

Case 3:13-cr-00008-SLG   Document 130   Filed 09/11/13   Page 2 of 2