KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' REQUEST TO FILE OVERLENGTH BRIEF** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States, through counsel, requests permission to file an

over-length response to the Defendant's Motion to Supress Wells'

Statements to Law Enforcement (Docket 120). The Defendant's Memorandum of Law in support of his motion was 11 pages. The Government's response is 31 pages.

The Defendant's Memorandum alleges many facts about the layout of the COMMSTA property and security features in place, the events of April 12, 2012, treatment of Mr. Wells during his interviews, Mr. Wells' medical needs and the voluntariness of his *Miranda* waiver on April 13, 2013. Many of the facts alleged by Mr. Wells are presented out of context and require explanation for the Court to fully consider the circumstances surrounding interviews conducted of all T2 employees on April 12.

Additionally, the constitutional issues raised in Defendant's motion and memorandum had to be sorted out and thoroughly analyzed, taking into consideration the circumstances surrounding the incident and subsequent interviews.

Counsel for the government attempted to contact defense counsel regarding its request this afternoon but was unsuccessful.

Therefore, the United States requests that it be allowed to file the attached 31-page opposition.

RESPECTFULLY SUBMITTED on September 13, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Katheen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 3 of 3