IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[proposed]** |
| vs. | ) **ORDER GRANTING UNITED STATES' REQUEST TO FILE OVERLENGTH BRIEF** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having considered the United States' motiuon to file an over-length response to the Defendant's Motion to Supress Wells' Statements to Law Enforcement (Docket 120), the United States' Motion is hereby GRANTED.

Date: _____     _____

U.S. District Court Judge