| | |
|---|---|
| KO = | SA KIRK OBERLANDER |
| SB = | SEAN BOTTARY |
| JW = | JAMES "JIM" WELLS |
| UNK = | UNKNOWN |
| (UI) = | UNINTELLIGIBLE |

SB: Some ID on you. I'm just gonna get some background information.

KO: Okay. Ah hum. This is Special Agent Kirk Oberlander.

SB: (UI)

KO: Conducting an interview with Jim Wells. It is Thursday, April 12, at approximately 19:21 by my watch. Also, present is ah, TFA Sean Bottary, Coast Guard Investigative Services. Ah hum.

SB: And ah, just one second. What's, what's your date of birth sir?

[Telephone Ring.]

JW: ▓

SB: ▓ Okay. And ah, your home address?

[Telephone rings.]

JW: You want that unplugged?

KO: Ah hum, you just take it.

JW: You went ahead.

SB: You tip it over and pull the plug.

JW: Or take it off the hook.

1

| | |
|---|---|
| SB: | There you go. |
| KO: | I just didn't know if it was going to be beeping at us. Here we go. |
| SB: | Ah, just pulled the plug. |
| SB: | Sorry about that. Your home address? |
| JW: | 365 Pavloff Circle. |
| SB: | Pavloff? |
| JW: | P-a-v-l-o-f- f. |
| SB: | Okay. And a contact number? Ah, we'll start with a land line like your home phone. |
| JW: | Ah. 4-8-7-2-4-1-5. |
| KO: | 4-8-7-2-4-15. [Whispers.] |
| SB: | And do, do you have a cell? |
| JW: | Yeah. |
| SB: | Okay. |
| JW: | And 9-4-2. |
| SB: | 9-4-2. |
| JW: | 4-8-4-4. And you know those don't work inside. So. |
| KO: | Yeah. |
| JW: | I'm sure you figured that out by now. |
| KO: | Yeah. [Laughs.] |

2

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| SB: | They don't work well at all on this island. Okay. Alright. |
| KO: | Ah hum. I noticed you had a knife on you. Do you have any other weapons, or, on you? Without reaching for it or touching it.. |
| JW: | No. |
| KO: | Ah hum. Do you mind if we just, ah, I just saw a knife on your side. |
| JW: | No, that's okay. |
| KO: | Okay. Do you mind if I just take a quick look? |
| JW: | Sure. |
| KO: | To make sure. That's your phone there. |
| JW: | That's my phone. |
| KO: | Okay. Great. Thanks. |
| JW: | (UI). I don't (UI). I'm not wearing my leatherman. I usually, usually, usually, have the leatherman, too. |
| KO: | Okay. Ah hum. So what we've been doing. Obviously, you've seen us talking to everybody in the shop. Just trying to get a feel for, you know, what might have happened down there. Ah hum. None of us were there. Ah hum. So if you could just kind of tell us, you know, what your position is, here in the shop. Ah, you know, a little bit about your background. Ah hum, your relationship with the deceased and, ah, kind of go from there. |
| JW: | Wooo. Well, I'm retired Coast Guard and I've been on this job, working civil service, for well over 21 years, now. |
| KO: | Oh wow, well thank you for your service. |
| JW: | So I've, I've been down in the rigger stop since 1990. |

3

Case 3:13-cr-00008-SLG   Document 133-3   Filed 09/13/13   Page 3 of 19

Exhibit 1
Page 3 of 35

004810

| | |
|---|---|
| KO: | Ah hum. |
| JW: | September of 90. Ah hum. |
| KO: | So you did 20 years active duty and then. |
| JW: | Yes. |
| KO: | Now 20 years. |
| JW: | Yeah. |
| KO: | Civil service? |
| JW: | Yeah. Then they kicked me out. And, it was, ah, medical retirement. |
| KO: | Ah, okay. |
| JW: | And so then I went back to work for the Coast Guard. |
| KO: | [Laughs.] |
| JW: | And I did more stuff then ever (UI). |
| KO: | [Laughs.] |
| JW: | Don't get me started. |
| SB: | We won't keep you active duty but we'll give you civilian change job. |
| JW: | Oh yeah. You know. It wasn't fit for, for, for full duty but, I do more in this job than I ever would have done active duty. But. |
| KO: | Yeah. |
| JW: | I'm not. I'm not bitter about it, yet. So. |
| KO: | [Laughs.] |

4

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| SB: | What did you retire as? |
| JW: | Ah. Chief. ET, ET Chief. |
| SB: | Rock on Chief. So. |
| JW: | I've know Rich for, shit, I don't know. Maybe 10 years? He was up, he was previously, no. He was retired Coast Guard and he was Chief of Security over on base. And I knew him then. And then he, you know, he retired. And then, ah hum. He was probably retired a couple of years before he, he got hired down in the rigger's shop. |
| KO: | Okay. So he didn't immediately transition? |
| JW: | No. |
| KO: | Oh. |
| JW: | So he had a couple of other jobs. |
| SB: | Then you knew him. |
| JW: | No. |
| SB: | When he was military? Right? |
| JW: | Yeah, yeah. Yeah. Yeah. |
| SB: | Okay? |
| JW: | Yeah. |
| SB: | When he working the Mil Pol? |
| JW: | Yes. |
| SB: | Did you just know him because you knew him? Or just. I mean, how did you end up? |

5

| | |
|---|---|
| JW: | Ah, I just see him. I've seen him fishing. I've seen him down in the docks. You know, he had a boat. So, I have a boat, so. You know, and then being Chief of Security, you know. I. He's pretty visible. Or he was pretty visible. So. |
| KO | Yeah |
| SB: | 100 percent |
| JW: | You know. |
| SB: | Sure. Okay. and, how about the ET1? The John, Jim? |
| JW: | Ah, I don't know him when he reported aboard. And what? almost three years now Ah, I don't know. I've had so many. People come through. It's hard to remember. |
| SB: | Yeah. |
| JW: | When but yeah, you know. But he's been, you know, here, probably for three years, I think now. |
| SB: | Okay. |
| KO: | And, (UI) what are your duties, your schedule, ah hum? |
| JW: | My, my, I'm. My official title is antenna mechanic. Basically, I was hired to maintain the antenna field and all the antennas, here. |
| KO: | Okay. |
| JW: | And ah, and my schedule is basically 7, 7 to 3:30. And the only reason I wasn't here this morning at 7:00 was I had flat tire in my truck. |
| SB: | Okay. Where did you get the flat? |
| JW: | Ah, I don't know, well. What do you mean by where? |

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| SB: | Like where, where did you pop the flat? Was it in your driveway, or. |
| JW: | Oh, no. |
| SB: | Were you out, you know, for a morning stroll? |
| JW: | Morning? I started to come to work and I noticed the tire was low, so then I turned around and came back. |
| KO: | Went back home? |
| JW: | Went back home, yeah. |
| KO: | About what time? |
| SB: | (UI.) |
| JW: | Shit, I don't know. It was after 7. |
| KO: | Okay. |
| JW: | And so. [Spits.] |
| KO: | What time do you normally get in, then? |
| JW: | I usually get in at, right around 7. |
| KO: | Okay. So you were running a little bit late, then? |
| JW: | Yeah. I was running late and I called down to the shop and, I, um, didn't get an answer. So I left a message. And then I, I, called the ET1's phone. And then I called the Chief's phone. Chief Reckner And I left a message for him. |
| KO: | So you were running late before. You, you called because you were running late or you row, called because you got the flat and were running late? |
| JW: | Well, I called after I, you know, after I came back home. |

7

| | |
|---|---|
| KO: | Oh, okay. |
| JW: | And, and called. Went to go, you know, change the tire. |
| SB: | So okay. And, ah, what time did you leave the house, this morning? |
| JW: | I don't know. Probably 10 minutes to 7? |
| SB: | So, 6, 6:50? |
| JW: | Yeah. |
| SB: | Roughly? |
| SB: | Okay. And then did, ah, what point does. Let me see. Pavloff? Is that down? |
| JW: | That's in the flats. |
| SB: | That's in the flats, okay. |
| JW: | Yeah. |
| SB: | It's been a while since I've been here. I was actually on the STORIS. |
| JW: | Ah, me too. |
| SB: | Ah. Your probably on STORIS a lot earlier than. |
| KO: | [Laughs.] |
| SB: | I was. [Laughs.] |
| JW: | 1978 to 80. |
| SB: | Yeah. I was on 97 to 99. So. I recognize the, ah, the address. A lot of Coasties lived down there, right? Down in Bells? |

8

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| JW: | Yeah. |
| SB: | Yeah. That's where I recognize that from. Okay. So you left there about 6:50 from your house. And, at what point did you notice that the tire was low? |
| JW: | Shit, I don't know. |
| SB: | Where on the road, like where you almost at the COMMSTA? Were you… |
| JW: | No. |
| SB: | Just right outside your driveway? |
| JW: | No. I was almost to the airport, I think. |
| SB: | Almost to the airport? |
| JW: | Yeah. So I turned around and came back. |
| KO: | Did you? You get home? And. I guess, just walk us through the time line, there. As far as what happened first. Did you call first? Did you, you know, did you turn around and make the call on your way? Did you get home, make the call? |
| JW: | No. I called from the house. |
| KO: | Okay. |
| JW: | So, I have no idea what time that was. |
| KO: | Okay. How. About how mu… Did you call the three people consecutively or was there time in between , or, um. |
| JW: | Probably pretty, pretty close together. |
| KO: | Okay. |
| SB: | Okay. Alright. So, ah hum, left the house about 6. What kind of car do |

9

|     |     |
| --- | --- |
|     | you have? |
| JW: | I have a Dodge pick-up truck. |
| SB: | Dodge. What color, sir? |
| JW: | White. |
| SB: | Okay. It is a, ah, like a Dakota? Like a small size. Or? |
| JW: | No. It's a 2500. |
| SB: | 2500? Okay. |
| JW: | Full size pick-up. |
| SB: | Okay. So you left the house about 6:50 -ish. Left your house. Got on the road. Got to about the airport. |
| JW: | Yeah. |
| SB: | And, ah, realized you had |
| JW: | Yeah. |
| SB: | Little bit of a low tire. |
| JW: | Oh yeah. |
| SB: | Ah. How low was it? I mean did you trap a rock or something, or a nail? |
| JW: | I don't know. I changed. I didn't really look at it to see what was wrong. Just. It was low. So. |
| SB: | Okay. |
| JW: | I can't say. |
| SB: | Alright, so. |

10

| | |
|---|---|
| JW: | I got it in the back on the truck. So. |
| SB: | Alright so. Turn around and went head back to the house. Change the tire. Or make the calls. Change the tire or changes tires, make calls? |
| JW: | Shit, I don't remember. |
| SB: | Think what. What you did first? |
| JW: | I started to change the tire when up. Cause I having trouble with the lug nuts. |
| SB: | Okay. |
| JW: | Then I went up and called, cause to let them know I'll be late. |
| SB: | Sure. |
| JW: | Then went down and finished changing the tire. |
| SB: | Okay. |
| JW: | So. |
| SB: | Alright. And then, ah. At what time did you actually arrive here? |
| JW: | Hum. Shit. I don't know. 8:00, maybe? |
| SB: | About 8:00? Okay. |
| JW: | (UI) here's my (UI). Cause I, cause the watch. As I was coming in, the watch called me. |
| SB: | Okay. |
| JW: | To let me, you know, they were, they were doing a check. So. |
| SB: | Sure. You're talking about the guys over there, right? |

11

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| JW: | The guys here. The watch meaning the radio COMMSTA watch. |
| KO: | (UI) |
| SB: | You probably (UI). |
| JW: | Yeah. |
| SB: | Got you. |
| JW: | Leave? No, the watch called me at 8:13. |
| SB: | The watch called you at 8? |
| JW: | No, no, no. 8:10. |
| SB: | The watch called you at 8:10? |
| JW: | Yup. |
| SB: | And you have, have not arrived yet? |
| JW: | No. |
| KO: | Where were you when you got that call? |
| JW: | Between the fairgrounds and, and the last tosh (UI) maybe? |
| KO: | And so driving in? |
| JW: | Yes. I was driving in. And then, Para called at 8:16 I tried calling the watch back and they didn't answer the phone. So. |
| SB: | Okay. |
| JW: | Hey, I tried I don't know several times. This says I tried that number four times. If you wanted to look. |
| SB: | Okay. And so. And so, I guess and when Para called you, you were still |

12

|      |      |
|------|------|
|      | on the road? |
| JW:  | Yeah. |
| SB:  | Okay. So, maybe looking like 8:30-ish? |
| JW:  | That I got here? |
| SB:  | You got 8:20? 8:30? Somewhere around then? |
| JW:  | Yeah, somewhere around there. |
| SB:  | Okay. |
| JW:  | They, they stopped me at what-you-may-call it. At that |
| KO:  | Oh. |
| JW:  | Down at T-2. |
| KO:  | Cause the police were already here. |
| JW:  | Yeah. The police were already there. |
| KO:  | Yeah. Okay. |
| SB:  | Okay. And, ah, what was, what was your first reaction when you saw all those police? |
| JW:  | I pretty much said, "Ole Fuck." Or something like that. Cause I talked to them about (UI). I want to say Chief Reckner was out there. |
| KO:  | Okay. |
| JW:  | And all he said was there was, you know, an incident. And, and, Cody was there. And Coggins was there. And the military police guy took my I.D. card. There were some State Troopers out there, so. |
| KO:  | So that was the first, you kinda heard there was something going on? Or. |

13

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| JW: | Well the watch had said there was incident. That's all that they said. |
| KO: | Oh. Okay. |
| JW: | So, that's all. That's all I know. |
| SB: | They really didn't elaborate? |
| JW: | No. |
| SB: | On (UI). |
| JW: | And then half way through that conversation it got cut off. That's why I tried calling back. So. |
| KO: | Ah, okay. |
| JW: | Ah. You know. So. I didn't know any more than that. And then Para didn't really know any more than that. So. |
| KO: | And Para I'm sorry. |
| JW: | Upchurch |
| KO: | Ah, okay. Upchurch. Is she seaman? Right? |
| JW: | Yeah. |
| KO: | Okay. |
| SB: | Okay. Alright. And I presume you already, you know what, what happen down there? I mean, you know, Rich and Jim. |
| JW: | Well yeah. |
| SB: | Are dead? |
| JW: | Oh. Yeah. |

14

SB:     Ah hum. Do you have any idea, if they were having any issues at work? Or, you know, there is, they may be somebody really that didn't like them very much? Or.

KO:     Was there any infidelities? Or, you know, financial issues?

SB:     Or problems with (UI). Alright.

KO:     Or anything else?

JW:     geesh, With? No. Not that I know.

SB:     Okay. He had no, no issues? Nothing lately? You know, scuttlebutt rolling around the shop? Small island, meaning small shop so?

JW:     Yeah. Well. I tend to; tend to stay out of that kind of stuff. But no, I mean.

KO::     Any disciplinary actions with them? Or.

JW:     No. uh uh.

SB:     Any, any thoughts there? If like, ah, this is just, you know, Jim talking. If they're anybody here at the office. Let's just say it's somebody here in the COMMSTA? Is there anybody you would say? You know what that guy, maybe got into a fight with Rich last week. Or, you know, him and the ET1 didn't get along, or?

JW:     No.

SB:     Is there anybody you might?

JW:     No.

SB:     No? Okay. It may not be. You know.

KO:     I mean, just in general is, if anybody could have done this, you know, who, who would, who would you say, that if there was anybody that could have

15

| | |
|---|---|
| | done this? Ah hum, do you, does a name come to mind? Ah hum, anybody that, you know, might have it out for these guys? Or. |
| JW: | No. Not. (UI) I haven't even thought on those lines. But, no. |
| SB: | Okay. |
| SB: | Where you guys pretty close? I mean you knew Rich for ten years? |
| JW: | We didn't socialize. |
| SB: | You did? |
| JW: | No, we didn't normally just because. |
| SB: | oh, didn't, Got you. |
| JW: | A different circle of friends. |
| SB: | Sure. |
| KO: | Alright. |
| JW: | You know. |
| KO: | Yeah. You've been here, you know, what 40 years? So. |
| JW: | Well, no. |
| KO: | Or, I guess not. Total of about. |
| JW: | A total of like 27. |
| KO: | Twenty-seven? Okay. Yes, so you probably have your circle of people. |
| JW: | Yeah. |
| KO: | And then these guys, kinda of coming and go. |

16

JW: I mean, I've gone over to his house, and stuff like that. It's just that, that [sighs]. He's more of ah, go to the Rendevous, and, and have drinks. And I don't, I don't drink, so. I don't socialize.

SB: Sure

KO: Ah hum.

JW: You know, that way. And, and, and, and he. And, and, he or, he and Nikola did. Well, it's not something we, you know, hang out, you know, and have a drink after work

SB: Yeah.

JW: And have a beer, or something like that. Just that, you know, I don't drink beer. So, it's not something that we did.

SB: Got you.

KO: Do you know if they're on any medications or involved with drugs? Or is there anything you can think of that, you know might.

JW: No. I don't think, well. With, with ET1, I mean, they got the random drug testing, so I don't know. I don't think it would. I don't think that's an issue.

SB: I'm sure.

JW: I don't, you know, I don't think it was with Rich, either. And I can't say I noticed any, any re behaviors that would, you know.

KO: Okay.

SB: Now you guys, well you're an antenna mechanic and

JW: Ah hum.

SB: And they work on the riggings

17

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

| | |
|---|---|
| JW: | Yeah. |
| SB: | You know, and things like that. Have you ever come across anybody, ah, out of the sites that you're working that may have been belligerent or may have, you know, gotten |
| JW: | No. |
| SB: | Words with. |
| JW: | No. Because. |
| SB: | You know, just like a hiker that something like that. You know, you're out there, and somebody hikes in, and, you know, maybe |
| JW: | We, we occasionally, find people in the antenna field. And for the most part, you know, we explain to them it's a radiating antenna field. |
| SB: | Sure. |
| JW: | And it's hazardous and if, you know. If you grab the wrong wire, you know, you'll, will be looking at a body. So, that, ah hum, we, you know, say, "Hey, you know, this is off-limits; it's posted." A lot of time during fishing season, you know, we'll get people who wander, you know, underneath the bridge. And we go tell them, it's, ah, you know, "Get out?" |
| SB: | Yeah. And they move, and, ah, it's okay. |
| JW: | And it's not all of them. Occasionally, you get people that will say and, well, give you an argument. And there are a couple of times, we've had to call security. You know, to come out and, you know, escort them off. |
| SB: | Is that pretty recently? |
| JW: | No. |
| SB: | No. |

18

Exhibit 1
Page 18 of 35
004825

| | |
|---|---|
| JW: | Maybe. Maybe last summer. But, you know, I, I, that, that nothing. Nothing this time of the year. There is nobody, nobody out in, out in the river. So |
| KO: | And with all the critters running around out there, do you guys get ever carry any |
| JW: | We have, ah, to carry gun? No. Although, Well, I won't say that. We, we do pass through the antenna fields to go hunting. |
| KO: | Okay. |
| JW: | Okay. I mean, that, that, does happen. |
| SB: | An off duty thing? |
| JW: | An off duty thing. Yeah. |
| SB: | Yeah. Got you. |
| JW: | Yeah. |
| KO: | But for on duty for protection from the bears or anything. Do you guys, does anybody ever carry |
| JW: | No. |
| KO: | It's probably not policy. But is it, you know, is it something. |
| JW: | No. I, I, I mean, I been working here for 21 years and there are bears in the antenna field all the time. Okay. It's very rare that we see them. And, and, you know, the last, I don't know, three or four years, they bought pepper spray, but. |
| KO: | Okay. |
| JW: | My feeling on that is, is, the bear's close enough to say, spray with pepper, it's too late. |

19