KO:	Huh.   Just seasoning, right?

JW:	Yeah.   And, and, we have tremendous amount of trouble with the bears eating our cable.

KO:	Hum.

JW:	They like bite them.   And, and it's all pressurized, and so we end up getting holes in it.

KO:	And so have you known anybody to carry, ah, ah, you know, like a .44, bear gun, or anything out there?   Just.   I mean just.

JW:	Ah, ah, us guys working?

KO:	Yeah.

JW:	Oh, a while back, we had an ET Chief who use to hunt out and trap out in the antenna field.

KO:	But, while working?   Or, just.

JW:	Well.   Sometimes, I guess, he did it during work.   Well he's been gone for a long time.

KO:	Okay.

JW:	Other than that, no.   I mean, I've never carried a gun out here.   I guess, I never felt, you know, necessary.   You know, never been threatened by the bears.   It's, you know, it's not an issue.

KO:	Okay.   I know.

JW:	So.   (UI).

KO:	What about any weapons, ah, inside the riggers shop?

JW:	Oh.

20

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

KO: Ever seen any weapons coming in there?

JW: Yeah.

KO: Is there? Was it for personal protection or was it just for guys showing off their guns?

JW: Guys, guys, guys showing off. You could probably go down there and maybe find some in somebody's vehicle, you know, right now. Or,

KO: Oh.

JW: Or last week. But yeah. I mean, that's, that's guys in Alaska.

KO: Yeah. Understandable.

JW: You know.

KO: But, inside, inside the shop, ever see any loaded guns or, ah, you know, we might treat guns as loaded. I, I, I get that.

JW: Yeah, we've had, had discharge inside the shop before.

KO: Oh really. How long ago was that?

JW: Oh that was a while back. That was, ah, ET1. Well, it was actually wasn't, he was a civilian rigger but he discharged a, a rifle inside the shop.

KO: Well.

SB: Ah.

JW: I think it was a, if I remember correctly it was a .22. Oh yeah. It's happened before.

KO: Okay.

JW: So.

21

KO: What's kind the, I mean, is it the common practice for guys coming in, now a days, with guns just showing them or talking about them. Or, you know, do you know of anybody keeping guns?

JW: I want to say, just this last week they had a. Yeah, they had, yeah. You know, they had a couple of guns, so.

KO: Whose they?

JW: I want to say, the Pacheco may have sold a gun. I know it brought in a .45. And something else.

KO: Auto or revolver? Or.

JW: No. The .45 was an auto. ACP. So.

KO: Hum.

JW: I don't remember what the rifle was but, there, you know, was, I mean, ah. They, they, they sold each other guns here in the last, I don't know, month or so. So.

KO: Okay.

SB: Sure.

JW: But.

KO: Ah, but like you said, "It's Alaska." [Laughs.]

SB: [Laughs.]

JW: Well yeah. And, and, and, you know, and. So yeah.

KO: So it didn't seem like out of the ordinary. There was nobody pissed off or anything?

JW: Nah.

22

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

KO: Around the guns? Or.

JW: No.

KO: Anybody talking about shooting each other? Or.

JW: No.

KO: Oh.

JW: Not, not that I heard. So.

KO: Okay.

SB: Well, is there any. Well is there any other information that you might, gut gut feelings. Or little like, ah (UI). Hey, remember last week, this thing happened. Or anything that, ah.

JW: No.

SB: Think must be.

JW: I've, I've been kinda of thinking about that. Nothing, nothing comes to mind at all. As far as, you know, as anything glaring or, you know, ringing a bell or anything. So.

SB: Okay. Alright. Walk me through, like the access to that building. Like if, if I wanted to get in there, and I had really no idea how to get in there. Could I do it? And, you know.

JW: Ah, hell, yeah.

SB: Yeah. Okay.

JW: I mean none of the windows are probably locked.

SB: Okay.

KO: Ah hum. So are they like a prop out window? Or.

23

| | |
|---|---|
| JW: | Well, no.   The ones, the ones on. |
| KO: | Like the top to the bottom.   Or like sliders? |
| JW: | The ones on the back, on, on, on the side facing here are sliders. |
| KO: | Up and down sliders? |
| JW: | Up and down sliders.   And the ones on the front are, I want to say they are crank. |
| KO: | Okay. |
| JW: | And, and so I'm not sure whether they're, they're.   I ouldn't tell you whether they're locked or not. |
| KO: | What about normal access like doors?   Are there key locks?   Or like the electronic. |
| JW: | Well.   There's the one, electronic clock.   And then the other ones are all keyed. |
| KO: | So, what's the practice on. |
| JW: | Practices is is usually whose ever there first will go in through the electronic lock. |
| KO: | Okay. |
| JW: | And walk around to the front door and unlock it. Then, you know,   usually it's me or Rich.   Or depending, you know.   We start.   You know, our day starts at 7.    And then, usually Jim would, would show up anywhere from 7:10 to 7:30.   And so, you know, we'd basically go in, unlock, you know, logon to the computer.   You know, start the day. |
| KO: | Okay. |
| JW: | Usually, usually what happens. |

KO:  And then, so it was, you.

JW:  And that was.

KO:  It was you, so it Jim Wells, ah, Jim Hopkins.

JW:  Hopkins.

KO:  And, ah, Rich. Ah.

SB:  Belisle.

KO:  Belisle.

JW:  Right.

KO:  Where you guys the only ones that were in the shop? That early?

JW:  Yeah.

KO:  When did the other guys show up then?

JW:  [Sighs.]

KO:  Because what is Seaman or, ah, ET3. Beaufort.

JW:  Usually, they would show up anywhere from say 7:20 to, you know, 7:59.

KO:  Okay.

JW:  Or, a little bit before that. Cause they've been having to raise the flag everyday. So.

KO:  Okay.

JW:  So they've been showing up no later than probably a quarter till.

KO:  Okay.

25

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

JW: Somewhere, somewhere in that area. Just, you know. It just depends.

SB: I guess if, you know, let's just say, say hypothetically, Rich was the first one here this morning. I don't even know who was. If it was him or what

JW: Ah. I (UI)

SB: It was one of the two because they were both here.

JW: Okay.

SB: That's what I'm going to assume. Ah. So.

JW: Well, I heard they said that already checked the key log and they said he keyed in the electronic door. So.

KO: Ah. Okay.

SB: Who, who said that?

JW: I wanta heard from. I thought I heard from Chief Reckner.

SB: Like ah. He, Rich or he, Jim?

JW: No, he Rich.

SB: He, Rich.

JW: Yeah.

SB: Okay. So, Rich is the first one. You know, he does the electronic.

JW: Well, he waves, waves it in front of them, of the lock.

KO: So it's just a key card, that you wave it in front?

JW: Yeah, it just a key card.

26

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

KO: Okay.

JW: Badge. It's in my wallet.

SB: Ah huh.

JW: I just wave my wallet over it. So.

SB: Sure. Badge is in. Opens that door. Opens up and unlocks the other door. And that's pretty much the standard.

JW: That's pretty much the standard, ah, standard procedure.

SB: Standard procedure. (UI)

KO: And, then anybody can come in and out of.

JW: Yes.

KO: That other door?

JW: Well, then, then occasionally you'll have the watch up here will come down and do a round. And so, they always use the key card.

KO: Even after the door's open?

JW: Yeah, I've, I've had it both ways though. No, I would say they pretty much always use the key card.

KO: Somebody out of the Comms Watch?

JW: Yeah, yeah. Somebody, usually the on-going watch will do that.

KO: What time does the watch turn over? You know?

JW: Between 7 and 7:30.

KO: Okay. So about the time other people are typically rolling in?

27

JW:  Yeah.  You, you know you'll have to ask them

KO:  Yeah.

JW:  (UI).  What, what, you know, we don't see them everyday.  So I don't know if they're there before us, or they see us, and they don't bother or.  I don't, I don't.

KO:  Okay.  Would they ever go down there if anybody else wasn't there?  And do a round?

JW:  Yeah.  I think they do one at night, too.

KO:  Okay.

JW:  I say a lot.

KO:  Yeah.

JW:  You will have to see what their procedure.

KO:  Okay.  Well.  I'm sorry, we have a couple of bottles of water here.

JW:  No.  I'm, I'm, I'm diabetic.  I diabetic and I'm getting, getting low, on sugar here.  So.

KO:  Oh, okay.

SB:  Do you, do you need a snack?

JW:  No.

SB:  Or you did need something to eat?

JW:  Well, I just had something.  It's time for medicine here, pretty quick.  So.

SB:  Oh, where's your medicine?

JW:  At home.

28

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

KO:   Is your?

JW:   No.

KO:   Did you? Are you married? Or.

JW:   Yeah. She's in Anchorage.

KO:   Oh, is she?

JW:   Yeah.

KO:   Okay.

SB:   Okay. Alright.

KO:   When did she take off? Or how long has she been gone?

JW:   Tuesday afternoon.

KO:   When she'd coming back?

JW:   Tomorrow night.

KO:   Okay. You get a hold of her and let her know you're alright?

JW:   No, she called me this morning.

KO:   Okay. What time she call?

JW:   8:15? She. They had already heard up in Anchorage, in Anchorage that something had gone on. 8:21?

KO:   8:21? So, was that before or after you got here?

JW:   That was probably right, right close. Yeah. I don't know what time I got here. It was.

29

Exhibit 1
Page 29 of 35
004836

CASE: 70A-AN-15667  
DATE: 04/16/2011  
SESSION: wells 1 of 6.wav  
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)  
/ccc

KO:          Okay.

JW:          Ah, probably no later than 8:30. But.

KO:          Is she staying with family up there or at?

JW:          No, she's at a conference.

KO:          Conference. What type of conference is? Yes. What type of conference? I'm sorry.

JW:          Gee. I don't know. [Laughs.]

KO:          Does she have anybody? Ah, I guess, I'm concerned for her.

JW:          No, no. no. There's like.

KO:          Welfare.

JW:          They're just, five people she with from Kodiak. So.

KO:          Okay. Where's she staying? Do you know?

JW:          I think it's the Hilton.

KO:          Oh. Do you have a contact number for her, just in?

JW:          9-4-2

KO:          9-4-2

JW:          4-8. No, 9-4-2-4-6-0-0.

KO:          4-6-0-0. Okay. We might reach out to her, just to make sure, you know, she's got a support. We.

JW:          Yeah, yeah. Oh no, yeah. No. She's.

KO:          Have a Victims Specialist who can talk to her.

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

JW: Her, her two co-workers are up there, So.

KO: Okay.

JW: And then a couple of other, other people from Kodiak. So.

KO: Hey. Do you mind giving me their names, just so, ah, I'm sure the Command knows about it? We'll just pass it on. And make sure they got.

JW: Nah. They, they won't know about that.

KO: Okay.

JW: Ah hum.

KO: Just a small community. We want to make sure people are getting.

JW: Amanda Sanford (phonetic).

KO: Amanda Sanford.

JW: And Margaret.

KO: Margaret. Okay.

JW: [Laughs.] I don't know her married name.

KO: Ah hum. You say they work with your wife?

JW: Yeah.

KO: What does your wife do?

JW: She's the Program Coordinator for the Infant Learning Program. Why is (UI).

KO: Is that at the CDC, then?

31

JW: No. It's not. It's, it's, it's in town.

KO: Okay.

JW: She works, she actually works for KANA.

KO: For KANA?

JW: Kodiak Area Native Association. But, but it's a state run program. But KANA administers the grant for it. Sure so.

KO: Okay.

JW: She's an employee of KANA, but all her work is, is directed.

KO: Okay.

JW: Is done to state specs.

KO: Okay.

JW: So. State or federal. So.

KO: Do you have any kids here on the island?

JW: No, not at all.

KO: Kids, out or in the Lower 48?

JW: I have two in, ah. Two in Oregon. And one in Gustav. Well actually he's in Kolock (phonetic). He, he, he just changed jobs. So, he's down in southeast.

KO: Southeast.

JW: Yeah, he use to live in Gustavus.

KO: Have you been in touch with them? Let them know you're alright? Or.

JW: No.

KO: Or you close with them?

JW: Well yeah. But I.

KO: Okay.

JW: My daughter e-mailed, or texted me. But I haven't responded. But I'm sure my wife said something to her.

SB: They probably didn't know.

JW: Sure, that I was okay.

KO: Okay. Good.

JW: So. Hey. So.

SB: (UI). Sure. (UI)

JW: I've. As soon as I get out of here, I'll probably call everybody and let them know.

KO: Yeah.

SB: Absolutely. What's? Just out of curiosity, because we are not done yet? Ah hum, what's your time clock for your, your medicine? What are we looking at here?

JW: Hum.

SB: Because if for some reason, we're not done, but you still need your medicine.

JW: We'll I'm going to need to eat something. And the box lunches, don't. aren't, don't do anything for me.

33

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

KO: What type of food would you need?

JW: Oh, I don't, I don't know. Right now, I haven't. I don't have. I don't have an appetite.

KO: Okay.

JW: You know. It's just.

SB: Are you okay? I mean.

JW: Yeah. Yeah. I, I'm just had chips today, so. A couple of fruit cups and that's it.

KO: Are you on any other medications other than insulin? Or.

JW: Well, yeah.

KO: Okay.

SB: Anything we need to be concerned with?

JW: No.

SB: No. Okay. Alright. (UI). Ah. (UI) let me check in with the case agent.

KO: Okay.

SB: just let him know, that, that we talked and they might have some follow on questions.

JW: Okay.

KO: We'll be right back..

SB: Ah. Before we cut you lose (UI)

KO: So I am going to stop the recorder here at Crooks and Lead at 19:52 by my

34

CASE: 70A-AN-15667
DATE: 04/16/2011
SESSION: wells 1 of 6.wav
Audio Recording 00:00:01 - 00:31:25 (Elapsed Time)
/ccc

        watch.

SB:        (UI)

[Session Stop Time,Elapsed Time:   00:31:25]