CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 4 of 6
Audio Recording 0:00 - 7:28
/cst

|       |                     |
|-------|---------------------|
| JW=   | JAMES WELLS         |
| KO=   | SA KIRK OBERLANDER  |
| AS=   | ANGELA STRAUSE      |
| SB =  | SEAN BOTTARY        |
| (UI) =| UNINTELLIGIBLE      |

KO:         Ok uh, Special Agent Kirk Oberlander. Time is 2122 by my watch. I'm with
            Jim Wells, Sean Bottary, and also Special Agent Angela um,

AS:         Strause.

KO:         Strause um, so Jim uh. One of the things that we're trying to do for
            elimination purposes um we had a question that we've been asking
            everybody and we just forgot to to ask you. Um, is there, have you shot any
            guns today?

JW:         No.

KO:         Ok, because what we try to do is eliminate people like like we say is and we
            do that gun shot residue. I'm sure you've seen it on TV? So, what we're
            going to do, um. Angela is here from our evidence response team and she's
            just going to take uh some swabs of your hands is is . . .

JW:         Yea.

SB:         You ever had that?

KO:         You ok with that?

JW:         No problem.

KO:         Ok, so just kinda hold your hands out. Both. Kinda

AS:         I just gotta get my gloves on real quick here and this won't take long at all.

SB:         And just for the record. When is you actually fired a weapon? . . .More than

1

Exhibit 4
Page 1 of 6

004785

a week?

JW:     Oh yea.

SB:     More than a week?

JW:     Oh yea.

KO:     You do any reloading or?

JW:     No.

KO:     Ok.

SB:     And what did you fire? Did you fire (UI)

JW:     Probably the last thing I fired was .45

KO:     .45 auto?

SB:     .45 auto, ok.

KO:     Do you recall what type of ammo? Was it Remington or Winch, you know who the maker? It just kinda helps us match, you know. See if

JW:     No.

SB:     Everybody uses different powders.

KO:     And like you said, there's probably nothing on there but again it's just uh,

SB:     We do all sorts of stuff for elimination purposes, you know. The residue test, finger prints, you know stuff like that. That way like I said you know, helping us out. If we come across these things we're not chasing our tails trying to find something we know is already been cleared. We've made it clear it's already done so.

AS:     Alright. There can be only one pad. Do you know if they have a first aid kit?

2

JW:             Yea, we have'm all over the place.

AS:             Hmm?

JW:             We we we have first aid cake, kade, shhhew

AS:             First Aid kits all over the place?

JW:             Yea

AS:              If they have just uh, like a gauze

SB:             Just a clean gauze?

AS:             Yes.

(UI)

JW:             Gotta be on the ET deck. Probably on a safety (UI)

KO:             Ok, thanks.

AS:             Ok (UI) we'll do one of your hands.

SB:             Get the one done.

AS:             Yea. Actually, I think there's two pads in here. Yea, I'll be alright. Alright,
                we'll just set this one here.

SB:             Just out of curiosity do you remember the last time you washed your hands?
                I gotta ask.

JW:             Oh, like three or four times today so.

SB:             Ok.

AS:             Some of the questions seem ridiculous and Sean's very thorough.

3

AS:              Are you left handed or right handed?

JW:              Right handed.

AS:              Ok.

SB:              I can't tell you how many people I've run into that's. You ask them how many times you wash their hands and it's the end of the day and; Oh yea, never.

JW:              No.

SB:              what, are you kidding?

JW:              I won't say every time after I go to the bathroom.

SB:              Well.

JW:              (UI) because I'm a guy

AS:              We actually had two in there so I'm good. We actually had two in there and I just need to do his left hand now.

SB:              Oh you know in the Coast Guard they tell us not to piss in our hands right?

JW:              Well, there you go.

SB:              Ha ha ha

AS:              Alright.

SB:              (UI) it's easy teasy.

KO:              Anything else?

AS:              Uh no, I just gotta take one off. Actually, I'm just going to put tape on it so that, in his presence so that he knows . . .

KO:              Ok. Perfect.

4

| | |
|---|---|
| AS: | That (UI) do anything with it. |
| KO: | Ok. |
| UNK | (UI) |
| AS: | This is the joy. Alright, and you have his name and everything that you can provide to me? And all that. |
| KO: | Yea. |
| AS: | And all that. |
| SB: | I got all his . . . his information. |
| AS: | Ok. You have to (UI) twice. |
| KO: | Man. |
| SB: | I'm not used to this (UI). One tower. |
| KO: | Yea. |
| SB: | I'm surprised Coast Guard doesn't sell some of their space on top of their antenna's or something to uh, make a few bucks from AT&T. Enough workers working down here. |
| AS: | Who is it. Who who has the coverage? |
| UI: | I I pick up AT&T |
| JW: | AT&T, there's Verizon, there's ACS, GCI |
| AS: | (UI). |
| KO: | okay, I think we're ready to go then right? |
| SB: | Yes. Who, who's vehicle? |

5

CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 4 of 6
Audio Recording 0:00 - 7:28
/cst


KO:             Uh, I th


SB:             (UI)

KO:             Yes.

SB:             Ok, perfect.

KO:             Uh, stopping recording 2130 by my watch.

Exhibit 4
Page 6 of 6

004790