CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst


JW=       JAMES WELLS
KO=       SA KIRK OBERLANDER
SB =      SEAN BOTTARY
(UI) =    UNINTELLIGIBLE


KO:       Ok, this is Special Agent Kirk Oberlander. It is Friday, 4/13. Uh, time is
          approximately 11:25 by my watch. I am here with an interview of Jim Wells
          and accompanied by TFO uh, Sean Bottary. Um, just uh, going to continue .
          . .

JW:       Well, I have, I have a question.

KO:       Sure.

SB:       Absolutely.

JW:       Why was my wife interviewed by the FBI?

KO:       We're interviewing uh. We've got to follow as many . . .

JW:       Ok I just, I mean.. She didn't call me last night but she called me, well I don't
          know. 6:30 this morning . . .

SB:       We were up interviewing . . .

JW:       really really upset so.

KO:       Oh really?

SB:       Oh really?

JW:       Oh hell yea.

SB:       What do you, what happened with that?

JW:       What do you mean what happen?

1

KO:   we, did (UI)

SB:   Well, What'd she tell you? Talk about that.

JW:   Well she, they they just asked her questions. They said they were really nice but I just, you know. She was she was . . . And she didn't want to call me to upset me for, she called my son but

KO:   Yea, well, like I said, when we left last night we we talked about, we're going to be following up on other things throughout the night.

JW:   Ok, I just, I just

KO:   I don't believe Seans had any sleep last night. I've had maybe 10 minutes of sleep.

JW:   Ugh, I probably didn't get more than two hours, so.

KO:   Yea, and and so we're we're I mean, Obviously this is an important issue and we're trying to . . .

JW:   I got another question.

KO:   Sure.

JW:   Did your guys drive out to my house last night?

KO:   I mean there were

SB:   The um, Rich (UI) neighborhood.

JW:   The reason why I say that . . .

SB:   Rich went out there.

JW:   Cause someone drove up the driveway.

KO:   No, we didn't have anybody

2

SB:         I, I

JW:        No, an an Chief said somebody was, and they called, you know? Coast Guard PD because a neighbor reported somebody's looking in his window.

SB:         Did they, did they, did you see what kind of vehicle it was?

JW:        No I didn't. I wasn't going to go outside.

KO:        I mean, there's about 300 leads that came in to the Coast Guard . . .

JW:        No, no, I'm just saying. I've got a long driveway man. They drove up what we call the circle then they backed back down but,

KO:        Ok.

SB:         I got ya. They didn't actually come up like, right to your house. They just kinda like uh,

JW:         No, and that's that's that generally nobody drives up that driveway.

KO:        Oh.

SB:         Yea.

KO:        I mean, it's just like I said there's about 300 leads that came in to the Coast Guard PD last night. The rumor mill was . . .

JW:        Oh yea yea

KO:        absolutely just ridiculous.

JW:        No, I was just just saying.

SB:         No, that (UI)

KO:        No, I appreciate you asking cause we loved to know who that was that drove up in to the driveway if you've got a plate or a description of a vehicle?

JW:    Naw, it's too, it was too it was dark. It was, I don't even.

KO:    Yea, we uh,

JW:    I don't even know what time it was.

KO:    Yea, we. I mean, we had people out scouring the the whole town. You know, doing different interviews and things like that but um, no one I know of specifically would have gone to your house and up in your driveway.

JW:    Just, just, just curious cause, like I said, you know, Chief said, you know.

SB:    (UI) that was Belisle's neighborhood maybe he live beside that. . .

JW:    Oh yea, I see it across from mine.

SB:    in that area. so I think one of the leads was stemming as a result of him living down there. Neighbors calling up and things. I may very well been one of us.

JW:    I don't know.

KO:    Um, again, we appreciate your patience yesterday uh. I I hope that CISM training was able to help you. I'm sure this is a traumatic thing for you and I'm glad that the resources are being brought to to to to help people deal with the uh the emotions of it, um. With the, I guess as we're going through this um again we're just trying to rule out as many possibilities as we can. And and you've been here for so long you know how things have worked and how they've changed and you know kind of the the atmosphere that has has been and has changed and is changing and things like that so. You're our subject matter expertise on the command and how things have been, um. So we're really looking for you to kind of give us give us a feel for, you know, what the command climate is here because you've seen it over so many different commands and and, you know, you know the people that have been here and you see the differences in in the reactions and and relationships that are here. You are subject matter expertise in your field and just on this command because you've been here so long. So um, I mean, I you probably know that shop inside and out. I I mean, what doors are what .

. .

JW:        Oh yea.

KO:        and windows. What gears in there you know.   If people are interested, you
           know. Is it a robbery gone bad or is it, you know, we just don't . . .

JW:        Well, the the question that we've been talking about amongst ourselves is is
           you guys don't know the shop so how so how do you know what's,   what's
           not right? You know what I'm saying; if anything is misplaced.

SB:        Exactly, and those are some of the field. Those are some of the questions
           that we field from from down there and often times, you know. Maybe the
           Chief or somebody is able to answer those things but you know, certainly if
           we come across . . .

JW:        Probably, without a visual, you know. I mean you you don't know by
           looking at it.

KO:        What's out of place

JW:        What's out, of place.

SB:        Absolutely.

JW:        And and and we talked about that yesterday. Everybody wanted, I don't
           know what they want to necessarily volunteer but we're questioning why.
           You know, how how, you know. How do we what's what's wrong down
           there if, you know, we can't go look?

SB:        Sure.

SB:        And that's more of a procedural thing.

JW:        Ok.

SB:        That's the, that's the thing is once we have the scene it's law enforcement
           only unless we have, you know, a bonafide court experts to come in and do
           things for us so. It's not that we don't appreciate the assistance. We doubt

5

|  | that we wouldn't want to invite you down there but for the legalities and making sure that everything stays clean. Um, for our prosecution down the road. |
|---|---|
| JW: | No, I understand that. It's just that. Eh' just, you guys don't know what's normal and what's abnormal. |
| KO: | And that's why we take a ton of pictures an then and as we, you know, get more leads and we can come back. These these things take time. |
| JW: | Ah, ok. |
| KO: | And you know we may be coming back at a certain time and saying, hey can you take a look at these pictures, you know cause we're not able to . . . |
| JW: | Ah, ok. |
| KO: | follow up on more leads and say, hey, look at this picture. What's right, what's wrong? Is there anything out of the ordinary? I mean, those are tools that we have um, available to us um, as things progress. But, it. You know, we're still gathering information down there. We're um, you know, the the bodies are obviously going to tell us some things an things like that so. Uh, it it's a process and we're trying to get through it as quickly as possible. Also, because we understand the importance of it, um. I mean,  that's why the FBI's here. It's not just the CGIS. It's a joint thing uh, because we have a lot of resources that we can bring to it. They have a lot of expertise and the people and the procedures of the military so, um. |
| SB: | Smooth smooth… (UI) |
| KO: | Yea, so |
| SB: | (UI) Online. |
| KO: | It's just . . . |
| JW: | And we have our proceedures. |

6

| | |
|---|---|
| SB: | Absolutely. |
| KO: | Exactly, and we're going to talk about some of those procedures right now, um. |
| JW: | Ok |
| KO: | Again, you see this on on TV all the time. It's just something that we do when we talk to people, um. We probably should have done it yesterday and just with everything going on, um. This is an FD395. It's another form like we talked about yesterday. Um, It's called and Advice of Right's form. Um, again, we not accusing you uh, but what we need to do is just make you aware of the rights that are out there. Um, you know that you have the right to remain silent right? |
| JW: | Uh, hu. |
| KO: | Do do you want to evoke that right to remain silent. We're just going to continue to ask you questions like we've been doing, um. But, again you don't have to answer them. You can invoke that right to remain silent at anytime. Do you understand that one? |
| JW: | Yea. |
| KO: | Ok, so would you like to keep talking with us? |
| JW: | Well, I'm a little concerned now. |
| KO: | Again, this is just . . . |
| SB: | I, I, you know one of the things.   First of all,   I hate forms because they make it looks so, I don't want to say they make it look so official but, they make it look scary. Anytime you see someone with a piece of paper in front of you it it makes things scary. This is procedural. These are, these are the rights afforded to everybody. Just be the   . . . |
| KO: | Just like the consent to search that you signed yesterday. |
| SB: | Oh yea. |

7

JW:         I can have it, yea.

KO:         I mean, it's the same type of thing. I I It's again formalities that we go through.

SB:         And it's, it's nothing like television. So, if you watch uh, CSI or Law And Order.

KO:         I'm not going to get that bright spot light out.

SB:         If you're one of those types of fans.

KO:         If you want I can put this up here. If that makes you more comfortable?

JW:         I'll go get my sunglasses.

KO:         Ha ha

SB:         Like I said, it's not television. It is procedural and these are rights afforded to you by the uh, constitution that's the nuts and bolts of it and we want to make sure that you are at least make aware of these rights and that we go over them. So that's really the bottom line.

KO:         You understand you don't have to talk to us right?

JW:         Uh, hu.

KO:         And and we'd like to move forward in our investigation and we think you can bring some good insight into the investigation based on your experience here and the relationships that you see and interact in through out the invest' er' through out your, your duties here, um. Any anything that you say, um, can be used against you in court. Do you understand that?

JW:         Uh, hu.

KO:         Um, you have the right to talk to a lawyer uh, for advice before we ask you any questions um, you understand? I mean,

8

JW:                  Yes.

KO:                  These are all the same things that you're hearing on the TV, you know, when uh, their get, people are getting talk to. We have the says you have the right to a lawyer. Um, to have a lawyer with you during any questioning. Um, if you cannot afford a lawyer one will be appointed for you before any question if wish. Um, if you decide to answer questions now without a lawyer present you can, you stilll have the right to stop the answering questions at any time. Um, so I guess just asking you to agree that you have read this statement of my rights and I understand what my rights are at this time and I am willing to answer questions uh, without a lawyer present. And if you agree to that uh, just sign like you did yesterday here and I'll sign as a witness.

SB:                  I, I was just going to ask to you use blue ink because I thought it was black and it's purple. So, that works good.

KO:                  Ha ha, purple works.

SB:                  Make us. It's easier to distinguish as the original.

KO:                  And we'll get a second witness on that one.

SB:                  Absolutely. Yep, and I'll just hold on to this after. Just throw it in the binder.

KO:                  OK.

SB:                  Let's see. We all find the (UI) that says place, Kodiak Alaska. ah Today's date which is the 13th of April.

KO:                  We can show you that again. I should have filled that out before I

SB:                  2012.

KO:                  Put it in front of you.

SB:                  And the time on deck right now is approximately, 11:40 by my watch. 1140 hours.

KO:             Let's just show him that again then he can . . .

SB:             Yea, and like I said that's all. That's just the location information. We're in Kodiak. Date and time. Making sure we get all that covered.

KO:             So I, I guess you had a couple questions for us. Are there other questions that you have right now that we can we can answer for you ya?

JW:             Nope.

KO:             Ok. Um, have you ever known anybody to to camp out, like spend the night in, in the shop down there?

JW:             Not in the shop. We've had people out in the antenna fields.(UI.)

KO:             Ok, but is there like a couch or is there?

JW:             No, actu', I mean there, no actually, no I'd, well we've probably had people spend the night before. But they've been, you know, people at at the shop.

KO:             But it was, was it . . .

SB:             (UI)

KO:             with command approval?

JW:             No

KO:             type of thing or was it somebody . . .

JW:             Somebody just . . .

KO:             was in the dog house or something?

JW:             Yea, exactly.

SB:             Don't do anything stupid.

10

JW:         Yea.

SB:         Leave it neat and clean.

JW:         Yea, we've had we've had people sleep on the couch before.

KO:         So there is a couch there?

JW:         Yes.

KO:         Where is that located?

JW:         In uh, our office.

KO:         In office. And there's four desks in there right?

JW:         Well, I mean, we used to have. Yea, there's four desks in there. Well, we. The couch has been rotated between, between offices so now . . .

KO:         Oh, now

JW:         it's in that office.

KO:         And who's desks are in that office?

JW:         Mine, Rich's, ET1's and Chief's.

KO:         Chief's, ok. And Chief was down there how often? Cause I, doesn't he have an office up here too?

JW:         Yea, he he splits time between the two.

KO:         Ok, so on average how, how often?

JW:         Well, he usually shows up here every day.

KO:         Oh, ok.

SB:         This is Chief Reckner right?

11

JW:     Yea Chief Reckner

SB:     Got ya, ok.

KO:     Um, and then, I guess. If you could kind of describe the the sea' the layout down there? It's kinda L-shaped right? Um, the building it self?

JW:     Oh yea, the building.

KO:     And then, are there kind of office section and a locker section or eh' storage section?

JW:     Well, you got one g' garage on the long side of the L. The single, the single door garage, ok. And that's basically equipment storage.

SB:     I was going to say, I got I got a pad that will make it a little bit easier. If you could do us a favor and just. As much detail as you can um, on placement of items and desks and even just the little nuances that, you know, you notice. Is uh, of tremendous help. Like I said, this is your domain. You know, you know what in and out. What doors are open closed typically windows, uh. Did it have an alarm system?

JW:     Um

SB:     They don't have the swipe card but they did have like a, like a key pad that you had to turn an alarm off of anything.

JW:     No.

SB:     No, ok.

JW:     No, there's no alarm in here.

SB:     Sure.

KO:     Now is that the office there?, That (UI) Ok. The boiler room? Okay, good

JW:     Those are all desks and the couches. Couches there.

12

CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst

KO:              Can you label the desks? Maybe who, who has, who, which desk there? That's the garage?

JW:              Yea.

KO:              Is that a door there going into the garage?

JW:              Yea, there's a

KO:              Okay, I'm (UI) understands that's not to scale or anything.

JW:              Yea, that'll set a.

JW:              We can probably get you a print out of the. An and there's a door there and there's a door over here. And th' these these three are roll up doors.

KO:              Ok.

JW:              Then there's the . . .

KO:              and now my understanding this is like a smaller door. It's not as big as the other ones?

JW:              Yea, no, this is . . .

KO:              It's like a four wheeler door or something?

JW:              Well, no we can get tractors and stuff in there.

KO:              Ok.

JW:              We can get, we can get vehicles in there. I mean, it's probably,

KO:              Eight feet?

JW:              Eight feet and these are a little over nine.

KO:              Oh, ok.

Case 3:13-cr-00008-SLG   Document 133-8   Filed 09/13/13   Page 13 of 40

Exhibit 5
Page 13 of 73

004723

JW:     Yea, that's. Then there's . . . a desk there. Ugh, I mean, I don't know how much more detail you want?

SB:     But did you put window's on there?

JW:     Oh shit.

KO:     Ok, are there just a ton of them?

JW:     There's a, yea

SB:     Just, just,

JW:     There's window's along here, along here, along here, along. One, I think, in the boiler room. There's window's here. There's no window's in the garage what so ever.

SB:     Do they all open the same way?

JW:     No, I want, like I said. I want to say these ones are, in the front, I think are crank.

SB:     Ok, gotcha. Ok?

JW:     And then all these, all the other ones are sliders. Up in the, are vertical sliders.

SB:     Vertical sliders, ok.

KO:     Ok. That helps, um.

SB:     Did any of them have screens on them or any type of,

JW:     Some do some don't.

SB:     Some do some don't.

JW:     Maybe they all do it just depends.

14

| | |
|---|---|
| SB: | that's good. I I just dont' remember if they mentioned it |
| JW: | Uh. |
| SB: | Like screens coming in through the window. |
| JW: | I, I |
| SB: | Verses the doorway. |
| KO: | Somebody had mentioned that there's lockers . . . |
| JW: | Well, |
| KO: | And there's like a locker room or something in there? You want to use the blue one just to keep consistent I guess. If that's alright. |
| JW: | Well, actually, I should probably have drawn this like this. We'll make that, well there's no locker there but, |
| KO: | Ok. |
| JW: | There's lockers here. |
| KO: | Now is this uh, bulkhead that goes all the way to the top or is it just? |
| JW: | No, there's there's, no. This, this one there is. |
| KO: | Ok. |
| JW: | That one goes all the way to the top. That one goes all the way to the top. This one is just um, shit does it? Yea, I think this one does. |
| KO: | Now the, how high does the ceiling go 12, 14 feet or higher? |
| JW: | Probably not more than12. |
| KO: | Ok. |

15

JW:            In that, in the. In this section it's lower. In this section it's higher.

KO:            Ok.

JW:            This is probably 14.

SB:            Accommodating in the garage

JW:            Well there used to be two generators in there.

SB:            Oh, ok.

JW:            Two 500 K generators.

SB:            Com station used to be independent on it's own power?

JW:            Yes.

SB:            Ok, gotcha. Alright, makes perfect sense.

*Knock at the door*

SB:            One second.

UI:            Op sorry, is (UI) in here?

SB:            No.

KO:            No.

SB:            No problem.

KO:            Excellent.

SB:            Absolutely. Do you need anything else. You need water or juice? Something like that?

16

CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst

KO:        Sandwich?

JW:        No.

KO:        Ok.

JW:        I'm good at the moment.

KO:        Ok, very good.

SB:        Ok, so we got the, we got the windows. Now um, I'm sorry. I just lost my train of thought.

KO:        Now I guess, eh'. What we're trying to figure out is you know. Who could have gotten in there? How would they have gotten in there? And . . .

SB:        That's method of approach.

KO:        What's the best method of approach? Um, you know, are there camera's in there? Are there . . .

JW:        There's only one camera and it's mounted about here. And it, basically, is looking this way.

KO:        Ok.

JW:        It depends. They may have control of it up here in the office.

SB:        Is it uh, pan/tilt? Th' they can do things with it? Zoom?

JW:        Yea, pan/tilt, yes.

KO:        Zoom too er'?

JW:        Yea, I think so.

KO:        Ok.

SB:        Now you said this is a door right?

17

JW:             No. There's

SB:             There there's no doors?

JW:             The only door here is is is to the head.

SB:             On the inside?

JW:             Yea..

SB:             Ok. So so, basically,

JW:             It opens this way but

SB:             What we're looking at is, in order to get in you're going to have to . . .

JW:             Well, you have a roll up door here. You have a lock door here.

SB:             M'm.

JW:             You have, actually. There's, there's what I call the main door here. Ok, then you have the electronic door here.

SB:             Ok.

JW:             That's the little vestibule that comes out, ok.

KO:             Now the first guy in typically unlocks that?

JW:             First guy typically will come in, use his key card.

KO:             Are you often the first guy or?

JW:             Rich or I or u' or, you know an an . . .

KO:             Rich or I. The civilians came in earlier. So . . .

JW:             We start, our clock time is at 7.

                                        18

KO:     And everybody else was typically 7:30 to 8.

JW:     Well, technically it's 8. But, you know.

KO:     Ok. But they had to do colors and stuff.

JW:     Well, yea.

KO:     Junior guys.

JW:     They come in. So, those are three doors here plus, the roll up door. You got the two roll up doors here. And you got another arctic entry right here with a door. And then there's a back door on the boiler room.

SB:     Now were all these doors typ'. Once the first person's in do all these doors typically unlock?

JW:     No.

SB:     No. Ok. Which is that one?

JW:     Usually, we'll come in. There's actually a doorway here. We'll come in, come around, unlock the door, and go into the office or go to the head or, you know, w' whatever so.

SB:     Now that, that camera that's on there is it like right at door area is it elevated a little bit higher?

JW:     Yea, it's probably just under roof line so it's probably 12 feet up.

SB:     As it's purpose, basically, to look at this building from down there?

JW:     No, no.

SB:     So, what's its purpose?

JW:     It, it. Check, cover the parking lot and look at the flag.

19

SB:           Ok.

JW:           Y'you know.

KO:           So it kind of looks across the street down there. Across the parking lot across the street to the flag pole?

JW:           Yea.

KO:           Ok.

SB:           Ok, so it . . .

JW:           The OS's use it for if the flag gets hung up or the winds really, really whipping then they'll, then they'll lower the regular flags.

KO:           and put the smaller ones out?

JW:           Yea put the small out.

KO:           Ok.

JW:           Or take them down all together.

SB:           Ok, yea, and this is good. I guess, I guess one of the things I'm kinda getting hung up on is is, you know. Obviously, the the the two deceased were found inside so somebody had to go inside. I'm trying to figure out, you know, based on the expertise we got in this room. How would that work without, you know, without drawing a lot of attention to your self. I mean, how would that, how would somebody do that. I mean, what are your thoughts on that?

JW:           Any, any where along the back wall or the side.

SB:           The back wall or side?

JW:           Yea.

SB:           Because of the camera?

Case 3:13-cr-00008-SLG   Document 133-8   Filed 09/13/13   Page 20 of 40

Exhibit 5
Page 20 of 73

004730

JW:        Because of well, I suppose.

KO:        Do you know if you could like get in under this camera if you came around
           the back side . . .

JW:        I don't know.

KO:        and you came under it?

JW:        Don't know. Because depending on how, what their zoom and focus is

KO:        Oh, ok.

JW:        Couldn't, couldn't say.

KO:        Where they got it,

JW:        Where, yea

KO:        positioned and what their actually looking at

JW:        what their looking at yea.

KO:        Is it enclosed camera? Uh, we haven't even been able to go down there
           because our evidence response team guys are down there but, um. Have, is
           there. Is it an enclosed or can you see where it's panning and tilting in . . .

SB:        Like a bubble? Is it like in a black bubble?

JW:        Yea, it's in a, it's in a, it's in a black bubble.

SB:        Ok.

KO:        Ok.

SB:        So one of those types of cameras.

JW:        We don't, we don't even pay any attention to it.

SB:          Yea sure, naturally. I mean, it's not a big el', like I said somebody um, I' I'm thinking to myself and I'm sure Kirk is thinking the same way, that somebody would have had to think about that. That camera as potentially pointing in the direction that may expose them. Now we haven't seen any of the footage because the evidence response tech's are, you know, their dealing with, you know, all that and we're going to leave them alone until they're good to go. Um, so we are just running down theories and uh, that's one of my concerns, if I was going to do it, me personally. You're looking at a kind of an issue right there with the camera and then all these other doors, uh. So I'm just kinda like, so your saying kinda looking more like around here?

JW:          Well, yea cause there's no. We'd, we'd been talking about putting another camera back here.

SB:          Oh really?

JW:          Yea, because like we had a theft.of some of, some of the guys ski' snow machine s'stuff w'was stolen a couple weeks ago.

SB:          Personal, persona gear?

JW:          Yea, personal gear.

SB:          Ok.

JW:          There was, you know. Chief was talking about putting a, putting a camera back there.

SB:          That was a couple weeks ago?

JW:          Yea.

SB:          Yea, a couple of guy had their stuff jacked, Ok.

KO:          So is it pretty common for people to store stuff uh, here?

JW:          Yea.

KO:     Or is it kind of being frowned upon lately or is it?

JW:     Well it it, you know, they been running up, you know, going up the sk' ski chelate and so they've been parking their, their sleds and stuff and parking here and then until the road, you know, has been cleared up. It hasn't been but two weeks ago they . . .

KO:     Ok.

JW:     were all iced over so they were just parking.

KO:     Oh, ok.

JW:     And then they'd run up to, you know, and then run their sleds up the hill, up the road. I don't know how far the roads open yet.

SB:     Sure. that makes perfect sense. So, I guess uh,

KO:     Has anybody do you know where Jim and Rich were found or anything like that or where they were at?

JW:     Well, all I've heard. is I think Rich was found here somebody said by my desk and Jim was by the water fountain. Uh, there's another short wall here and the water fountain is on this wall here.

SB:     On the op' on the opposite side? So like he'd be standing here and there would be a wall with a water fountain.

JW:     Yea, well, ther', there, there's uh, there's another little, there's a little vestibule here.

KO:     See how much space kinda separates that area?

JW:     Oh, just a door, doorway width.

KO:     From this office to the water fountain is?

23

JW: Oh, ten feet maybe.

KO: Ten feet? Ok.

SB: That's a pretty uh, that's a pretty close proximity, you know, with um, with the two um,

JW: I mean, I that's just what I was told.

SB: Yea, no, no absolute. And that's fine. That's pretty accurate actually,

JW: So . . .

SB: So, I guess, I guess one of the things, if you're looking at this, but this is where t' people typically come in when they park right? Th' this, this, this area here?

JW: No, they'll come in this door here.

SB: They'll come in this door here? So Um, tech', you know. We'll say that when Rich and uh, Jim parked, Jim, you know, Hopkin's, that morning. Um, that they would have come in this door. Rich would have come in this door. He would have. Or maybe this door. This is the badge?

JW: Yea.

SB: Badged into this door and then maybe open this door or however, but then you got two, you know, the two deceased were so close that I, for me, becau' I, I personally kind of difficult for, for someone to come in the back and engage two people at the same time.

KO: What about, does, I mean, you wear your civilian clothes when . . .

JW: Uh, hu.

KO: you're working. I mean, you come to work in what your working in and . . .

JW: This is what I wear.

24

Exhibit 5
Page 24 of 73

004734

KO:         Um, What about ET-1? Does he come to work typically in his uniform?

JW:         He's in, yea. He's . . .

KO:         Or does he got a locker that he changes?

JW:         No, he he comes in uniform

KO:         Ok.

JW:         Some of the other guys change.

KO:         So I was just wondering, you know, would it, would it be feasible, you know. Is Jim uh, I'm getting 'em,

SB:         Rich, Rich was over there

KO:         Is Rich maybe in working on his computer. You know, Jim uh, Hopkins out here getting dressed in his locker?

JW:         No, no . . .cause,

KO:         Ok. An he,

JW:         Yea, he doesn't have a locker.

KO:         Ok, no locker.

SB:         Hm?

KO:         Can? Is this? There's a door here. Is it there anything open on the back side of this or is this a a closed in kinda three wall? Or is there,

JW:         No, there's a little, there's a little do', well er'. Ehhh. I want to say door. I'm trying to remember wether that wall goes all the way to the top or not.

KO:         But can you get around this desk?

25

JW:             Yes, yes. Yea.

KO:             There's like a loop that you can do.

JW:             Yea, yea.

KO:             So this is some what open. Here?

JW:             Yea, yea.

SB:             Some pass space right here?

JW:             Yea, it's a passage way.

KO:             Ok. So, you know, if uh, Hopkins was back here somewhere. Somebody could have gone in here and if he's back here he wouldn't necessarily see somebody go in there. Or, the person that came in wouldn't necessarily see him back here?

JW:             Yea, it just, just depends.

KO:             Ok. I was just wondered how open this was here. It, an.

JW:             Oh, it's pretty. Well, I'm saying not to scale but al' almost. It's off set a little bit but it's fairly, fairly straight shot.

KO:             Ok.

SB:             Now, just to engage two people. That's a very close proximity.

KO:             Yea.

SB:             That's the thing that I'm getting hung up on is that they were very close in distance so. Another theory I'm kicking around possibly is that e' one was here and then the other one . . .

KO:             Interrupted.

SB:             showed up and arrived.

26

JW:          Oh God.

SB:          E'

JW:          Shit.

SB:          You know, maybe it was, you know. Rich badged in first and he opened up the the shop. So maybe,

JW:          God I don't, I

SB:          he got

JW:          I, I have no idea.

SB:          Yea, yea, yea. No, no, no

KO:          An and we're just,

SB:          We're ki' b' brainstorming.

JW:          Yea.

SB:          Trying to get all of it.

KO:          and trying to get the feasability of, you know, our theories,

SB:          Yea.

KO:          is a theory feasible? I, I guess is. Could somebody be back here not realizing, you know, you know, uh. Rich, was it Rich?

SB:          Yep.

JW:          Yea.

KO:          Belisle. Belisle was in the office. Could somebody else come in while Jim's back in in this desk locker area. He not realize. He hears some gun shots. He

27

comes out this way. You know, cause like you accurately said,

JW:     Well, yea

KO:     You know,

JW:     Yea, depending, depending on,

KO:     You know, an

JW:     Well, you know, uh, where anybody was to start with,

KO:     Right.

JW:     who knows? But yea, I mean, you could, you could probably. If he was in here, over in, you could come in this door and go in here without being seen by somebody over there.

KO:     Ok.

SB:     That's good.

KO:     That's good.

SB:     Yea, and, and that's why

JW:     And visa versa. You'd come in here and go this way without anybody in the office knowing, knowing that you were there.

SB:     That's were the expertise comes in. Knowing that,

JW:     Yea, yea that's entirely possible.

SB:     knowing that layout.

JW:     Probably the only way not for that to happen is if he was coming out of the head or at the water fountain would be would be my guess. That, you know, that's just,

28

KO:     D' did anybody have a ritual in the morning? I know when I get to work sometimes. I, I gotta do my morning ritual, you know? Is with anybody.

JW:     No, generally speaking we would, we would come in open up the door and go logon the computer.

KO:     Ok.

SB:     And start rock and rolling, yea.

JW:     Just, just, you know, start, start up email. See what's was going on.

KO:     Ok.

SB:     That's, you know.

KO:     I try to do that sometimes but sometimes it just doesn't work out.

JW:     Same way with Jim. He'd, he'd come in and basically we'd throw the door open and come in the office an an an and, you know, we'd logon the computer.

KO:     Was it pretty cordial like, y' you'd greet each other when you come in?

JW:     Oh yea.

KO:     Or you just kinda go to work.

JW:     No, you know, whatever's, you know. Hi. How you doing?

KO:     Good morning.

SB:     Good morning, yea.

JW:     Is it still snowing er'

KO:     Yea

SB:     Hm,m

29

JW:                Just depending on, on, you know, with what's going on.

KO:               Sure.

SB:               fire up the bay. Whatever happened the week prior. You know, stuff around the shop.

KO:               Now was there like uh, a morning work brief or anything like that, that's assigning tasks like the Chief come down.

JW:                Yea but that wasn't until after 8:00 o'clock.

KO:               Ok.

JW:                Basically after, after they . . .

KO:               And, and who did?
JW:                did colors.

KO:               Who did the assignments then? Is it like ET-1?

JW:                Oh, Chief, Chief or ET-1 and then to ET-3.

KO:               So,

JW:                And then we'd, we'd sit there and talk about, you know, what,

KO:               So, did you kinda make your own work list. Were you independent or were like, the, the E-6,

JW:                Yes and no.

KO:               and the, you know, the civilians. Were they kinda peers or wer'

JW:                Oh, yea.

KO:               And then Chief's the supervisor?

30

JW:         Yes.

KO:         Ok. And then did you have any. Could you task like the, the ET-3 and the
            Seaman and. Was that your role or was that ET-1's or

JW:         Well, I wo'. It was usually discussed what,

KO:         Ok.

JW:         You know, what was, what was going to be planned.

KO:         So of the three of you.

JW:         Yea.

KO:         The E-6 and the civilians kind of talked about what, what the goals were and
            the tasked it out um, accordingly?

JW:         Yea.

SB:         And you got any issues with uh. I, is is the ET-1 that kinda runs the shop?

JW:         Yes.

SB:         Ok. Any issues with uh, ET-1 delegation of duties unfair to you, unfair to
            him,

KO:         Unfair to (UI)

SB:         Unfair to the non-rates(UI). Did it seem like he was a tyrant, you know, did,
            I mean. Th' things like that, you know? And then. Take your time if you
            have to cause it's the little details that definitely,

JW:         No, well,

SB:         Help out. I mean, everybody's got there own leadership,

JW:         Well, exactly. Different leadership styles. Ok, um, he, he, he had a sense,
            you know from my point of view to be a little rough.

31

SB:         Ok.

JW:         But other then that, and, and, and, and just his language sometimes in front
            of the girls was sometimes inappropriate.

SB:         Oh, really?

JW:         We had, we had. I had spoken with Chief about that. And he's got, he got, he
            had gotten a whole lot better, you know.

SB:         What kind of, what kind of language are we talking about?

JW:         Oh, just the "F" word.

SB:         Just the "F" word?

JW:         Just the "F" word. It's not like we don't all use it but,

SB:         Did it, did it upset the ladies or did it upset you saying it around the ladies?

JW:         Umm,

SB:         Or both?

KO:         Or both? (UI)

JW:         Probably, probably a little bit of both.

SB:         I'm sure if they were kind of,

JW:         It's not like I've never used the word in front of them, it's just,

KO:         The frequency or?

JW:         Yea.

SB:         (UI) sailor (UI)

32

KO:          Arrr.

JW:          So,

SB:          You know, but yea. Sometimes, sometimes in situations like that, you know, maybe it's. They get offended and they don't really know what to do.

JW:          Well yea, and that, and they had talked to, to both Rich and I, you know, a little bit about that.

SB:          Oh, really?

KO:          Yea?

JW:          Yea. We've had, we've had, we've had conversations on that.

SB:          Kinda sounds like you uh, you and Rich kind of

JW:          Well,

SB:          You kind of took the girls under your wings or something like that.

JW:          exactly. I hate to, to use the term father figure but you know it was call, called for (UI) It was, you know, it's their first assignment, you know, and and . . .

KO:          Now, let me add. Been on many units where, you know, there are females, and on on cutters it's a pretty small environment for . . .

JW:          Right. Yea, yea

KO:          young, uh, a . . .

JW:          You're in a confined space.

KO:          long time. I'm guessing a small unit like this, in a remote area, kinda gets that same feel were people grow close or they really butt heads. Um,

JW:          Naw, I would say, would say we didn't but heads.

Case 3:13-cr-00008-SLG   Document 133-8   Filed 09/13/13   Page 33 of 40     Exhibit 5
                                                 Page 33 of 73

004743

KO:         Would it be the opposite? You kind of you had a

JW:         Naw, we were, we were a . . .

KO:         close relationship with the

JW:         pretty tight unit because, you know, well what we do, especially when we're climbing towers or the work that we do is. You gotta rely on who you're working with,

KO:         No.

JW:         I mean, I don't climb with anybody I don't trust with my life.

KO:         Yea.

JW:         It's just, I mean, we teach climbing classes and if,

SB:         That's a respectful answer. Absolutely.

JW:         if, if, if I don't feel safe with you, you're not getting, you're not getting qualified.

KO:         Yea.

JW:         Cause basically I have to put my life in your hands. If you have to rescue me and if I don't feel safe then, you know, you don't and Rich, Rich this is, you know, we were together on that.

KO:         Who, who me', who makes the decision on those quals. I mean, I'm guessing you guys sign off on them and make a recommendation up the chain of command or do you? Are you the unofficial?

JW:         Basically, I'm, well, uh. I'm the qualifying official. Well, no I'm not. Ok, CEU Juneau is.

KO:         Ok.

34

JW:     Ok, but I won't send the recommendation to, to Juneau un', you know, or
        We won't send the recommendation to Juneau unless, unless we feel
        confident that, that their, that their qualified.

KO:     So when?

JW:     And that's happened, you know, several times.

KO:     I mean, so obviously since you've been here for you know 20 plus years,
        um. You know, you've signed off on a lot of quals

JW:     Uh,hm.

KO:     Are there times? Um, were there any people in the unit or at the rigger shop
        that hadn't got qualified recently?

JW:     No.

KO:     Or that,

JW:     No.

KO:     tried to get qualified?

JW:     No. The only people has has been outlying units. Like we qualify for the
        LORAN stations, we qualify for the ANT team, we qualified for the ESU,
        and you know those are the people thatwe we have turned down well and
        we normally hold 17th District training in Kodiak so we've had people from
        Ketchikan, Sitka, you know all over Alaska come in and and train. So, it's.
        I'm trying to think maybe one guy out of the COMMSTA and that's been
        probably 10 years or so.

KO:     Oh, ok.

JW:     Out of, out of

KO:     So the,

JW:     Literally hundreds that that that I , you know.

                                    35

KO:            So the pass rate is 99.9% (UI)?

JW:            Uh, for COMMSTA people, yea.

KO:            Ok.

JW:            It's probably 99% because they probably wouldn't even get in the class. We
               wouldn't offer them the position unless, you know,

KO:            Uh, okay.

JW:            we, we thought they we comp' competent to begin with.

KO:            Now were there physical fitness standards that go along with that? I mean,
               is there like?

JW:            No. Not as far as . . .

KO:            I mean. No. Now did the girls have a different standard then the guys?

JW:            No.

KO:            Like other physical fitness standards like age and all that?

JW:            No. No discrimination.

KO:            Ok.

JW:            Y' you have to, you have to be a volunteer and you have, you have to, you
               know, want to climb. Usually helps not to be afraid of heights.

KO:            Ok.

JW:            But, you know,

SB:            I imagine that would be a good caveat to throw in there.

JW:            But, but we've taken people up that have been scared and, you know. And I

36

uh, we usually train over the anger first.

KO:     I remember going up on a loft on the Eagle. I mean.

JW:     Well, don't no. We don't, we won't talk about that because that's totally illegal.

KO:     Ha, ha, ha

JW:     The climbing standards on the Eagle are, are just a disaster waiting to happen.

KO:     Yea.

SB:     Off subject, moving on.

KO:     Ha, ha, ha

SB:     Enough talking about the Eagle.

JW:     No, that's, that's . . .

KO:     But uh,

JW:     trouble waiting, waiting to happen.

SB:     An everybody fol'. Here, everybody follows the rules?

JW:     Yes.

SB:     Strict adherence to the guidelines.

JW:     Yes.

SB:     Sounds like you guys have passion about it?

JW:     S' safety comes first.

KO:     So who all is, you know, obviously you said CEU Juneau; signs off on the

37

|      |      |
|------|------|
|      | policy. But, who here is able to make that recommendation? Is it? |
| JW:  | Rich and I. |
| KO:  | Rich and you. |
| JW:  | Yea. |
| KO:  | So what about ET-1? |
| JW:  | Nope. |
| KO:  | Nope. Ok. Why, if you guys are all peers? |
| JW:  | Because um, to be a trainer it takes well, depending on who's standards you're following. And that's part of our problem is we don't have any Coast Guard weight standards. |
| KO:  | Mm. |
| JW:  | If, if, you know, huh. We, we've been designated in in, the letter, in a, in a written designation to be qualified trainers. |
| KO:  | Ok. |
| JW:  | And it, and it takes . . . |
| KO:  | Did you have to go to like a 40 hour train the trainer course or any of that? |
| JW:  | I, I have, yes. |
| KO:  | Oh. |
| JW:  | I've gone to two, two separate commercial uh, train the trainer classes. |
| KO:  | Ok, um. |
| JW:  | E', e', e'. You just can't climb once and then all of a sudden you can be, you can be an instructor. An and that's part of our problem in the tower |

38

|     |     |
|-----|-----|
|     | community is w', there's places that do that and it just drives us nuts. |
| SB: | Sure. Now (U) |
| JW: | Cause, well you, an an it happens at the CEU's because you get a lieutenant. That's normally a lieutenant billet. They come in. S' op' now you're the tower guy or gal, depending on who it is. Ok, so you. They go up on on the one qualifying, you know, climb and now all of sudden they're certifying other people and they don't have any experience. So it's just drives us nuts, |
| KO: | Sounds like, |
| JW: | because |
| KO: | You know, you go to school once an an you're the expert. |
| JW: | Well, yea, yea. |
| KO: | I mean, that's just kinda Coast Guard . . . |
| JW: | It's not even school. |
| KO: | culture. Just, yea. |
| JW: | It's yea. You go to a three day class er', you know . . . |
| KO: | Yea. |
| JW: | and now all of a sudden you're signing off letters, qualifying other people. |
| SB: | Jack's of all trades. Master's of none. |
| JW: | Yea well, it's not. This in, we don't need to get into this. |
| SB: | Ha, ha |
| JW: | Yea. |
| KO: | Just out of curiosity with the sign off. Is it Jim and Rich or is it Jim or Rich? |

39

|  | Is it one or the other or does it have to be both? |
|---|---|
| JW: | Oh, basically we teach classes together. So, I'm 'm being the senior guy. I'm usually the one signing the stuff off to, off to Juneau. |
| SB: | And you've been here since 90'? |
| JW: | Yea. |
| SB: | Any aspirations of retiring anytime soon or? |
| JW: | Yea, in another couple of years. Maybe. |
| SB: | When the job gets boring or just, knees give out? |
| JW: | When you're still having fun. Why, why quite? |
| SB: | You found a good thing. Ok. |
| KO: | I guess with that is uh, I'm guessing 27. Did you, I mean, while you're here, |
| JW: | Well, here at Kodiak I was, came two years on the STORIS and about three and a half years at the COMMSTA before I left. |
| KO: | Ok. |
| JW: | And then I retired and moved back so. |
| KO: | Your finances. I mean, you're doing all right? Could you retire now if you wanted to. You, you got enough? |
| JW: | No, I'm still making a house payment. |
| KO: | Oh really? |
| JW: | Yea. |
| KO: | And you got your wife working and she can't, |

40

Exhibit 5
Page 40 of 73

004750