Case: 70A-AN-15667
Date: 04/21/2012
Session: 6 of 6
Audio Recording: 0:00:00 - 00:04:39
/yjb

KO = Kirk Oberlander
JW = Jim Wells
SB = Sean Bottary

KO	So again doing the recording uh Special Agent Kirk Oberlander uh date is Friday 13th of April, 13:43.  We are here with Jim Wells and TFO Sean Bottary.  So Jim kind of gave you some time to reflect um you know is there, did you want to shed some light on uh...  Well basically.....

JW:	(UI)

KO	Yes go ahead Sean um.....

SB	Well I mean you know we went over it uh 45 minutes ago.   I laid out the fact time line that we have, um sequence of events, how your stories aren't lining up with the factual time lines that we have, with no explanation um.   That puts us in a situation where you know here we have a set of facts, we have a set of circumstances, we have a story that's not matching up.   Now am I saying, am I saying you're lying?   Absolutely not.  Things like this you know a lot of times to half the battle is actually coming out and saying you know what I did it and you know and I'll respect you know if you don't have a reason, 'cause I've run into that, I'll respect if was an accident, you know 'cause I've run into that too um, but another thing that I'd like to expect because I've given it to you throughout this entire interview process is the truth and that's really all we're asking for, you know I mean you know ten people weren't murdered, wasn't ten, wasn't twenty.   There are two, there are two dead, okay.   I'm not trying to take away anything from that happened to them, but you know I want, I want to find out what happened, I'd like to understand what exactly occurred and I'd love to hear you talk about it.   I'd really love to hear....

JW	Talk about what?

1

| | |
|---|---|
| SB | Talk about what happened. |
| KO | 'Cause it's either you know it either happened in the heat of the moment or it was planned, Jim, it you know it's either in the heat of the moment or it was planned and like to think you know you're...... |
| JW | Are you accusing me? |
| KO | At this point, yes Jim. We, all the facts are, are lining up that are leading us to believe that you committed the crime and again we're just trying to figure out was it in the heat of the moment or was it planned, um. Did you plan on giving both of 'em or was it just one of 'em? Um we just need to find that truth. We've been truthful with you, Jim and like Sean was saying it, it's not like it was twenty people you know, it's not like you're the person that did it is a mass killer. It's just that something got out of hand and they, they lost control of their, their, lost control for a moment and you know it's not like it, you're complete. It's not like the person is a completely evil person. It is just, it was a one time lapse in the heat of the moment or, or was it planned, Jim? |
| JW | We ought to terminate this conversation. |
| KO | Okay. So, so you're saying it, it was, it was not a heat of the moment....it |
| JW | I'm not saying anything. |
| KO | Okay. So was it a conspiracy, were you acting alone or was there other people involved...... |
| JW | I'm not saying anything. |
| KO | Are you trying to protect other people or are you just trying to protect yourself? |
| JW | I guess it's, it's time for me to request a lawyer then, end of interview. |
| KO | Stopping the recording and um stepping out. |

2