KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **GOVERNMENT'S NOTICE** |
| | ) | **OF INTENT TO FILE** |
| v. | ) | **OBJECTIONS TO THE** |
| | ) | **MAGISTRATE JUDGE'S** |
| JAMES MICHAEL WELLS, | ) | **DISCOVERY ORDER** |
| | ) | **(DOCKET 131)** |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned

counsel, and gives notice of its intent to file objections to the District

Court to portions of the Magistrate Judge's Discovery Order at docket 131. The government will file objections pursuant to Fed. R. Crim. P. 59(a) and D. Ak. LMR 6 (a). Because the Magistrate Judge's authority to issue the discovery order derives from 18 U.S.C. § 636(b)(1)(A), D. Ak. LMR 6 (b) does not apply, and the government files this objection directly with the District Court.

The government intends to file its brief in support of this motion within 14 days of the date the order was issued, as provided by Rule 59

//

//

//

//
//

Fed. R. Crim. P., which is September 25, 2013, unless the Court establishes an alternative briefing schedule.

RESPECTFULLY SUBMITTED on September 19, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2013,
a copy of the foregoing was served via the
CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 3 of 3