| | | |
|---|---|---|
| KO | = | SA KIRK OBERLANDER |
| SB | = | SEAN BOTTARY |
| JW | = | JAMES "JIM" WELLS |
| UNK | = | UNKNOWN |
| (UI) | = | UNINTELLIGIBLE |

KO: This is Special Agent Kirk Oberlander, again, with Jim Wells, ah, continuing an interview, also, accompanied by Sean, TFO Sean Bottary. Time is 20:04 approximately by my watch and it is still 4/12/12. Ah hum.

SB: Ah. Okay.

KO: Go ahead.

SB: Did (UI). Ah, another follow up question is ,you know, we fill in your calls from everywhere and we are starting to get a lot of leads in. I'm kind of curious, you knew them pretty very well. Ah hum. If we get somebody. If we finger the guy.

KO: When.

SB: It's not if, yeah. Ah. I like that better.

KO: [Laughs.]

SB: It's more when. Because we will get our guy. Ah. What do you think should happen to a person that did what they down there?

UNK: [Whispers.] Excuse me. It's seems like a fucking day (UI).

JW: I'd have to answer that in two parts.

SB: Okay.

JW: I'm not sure I can say one of them in front of a law enforcement official.

KO: [Laughs.]

1

| | |
|---|---|
| SB: | (UI) |
| JW: | So. I guess, I let. I'd say let the law take, take it, in their hands. |
| SB: | Just. Whatever, whatever happens in the judicial system. |
| JW: | Yes. |
| SB: | Happens? |
| JW: | Yes. |
| SB: | Okay. So. |
| KO: | What's the second part? |
| JW: | Ah, I probably can't say that. |
| KO: | Ah. Okay. Is there, I mean, would it be like. I mean, are you saying you might incriminate yourself? Or. It, I, you know, mean is that kinda? |
| JW: | No, I'm saying that I probably be very angry. |
| KO: | Ah. Okay. You'd, ah, be angry with the person? Or? |
| JW: | Yes. |
| KO: | Okay. |
| JW: | It would be like somebody, you know, hurt one of your family members. What would you, you know. What would you, you know, take matters into your own hands, as opposed to letting somebody else take care of it . |
| SB: | Sure. |
| JW: | So. |
| KO: | So, you'd like, in a way, there's part of you that would like to take care of the |

2

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

|      |                                                                                      |
|------|--------------------------------------------------------------------------------------|
|      | justice on your own?                                                                 |
| JW:  | Yes.                                                                                 |
| KO:  | Yeah.  Okay.  Now I get that.  [Laughs.]                                             |
| SB:  | No.  Like, like I definitely get that.                                               |
| KO:  | Yeah.                                                                                |
| SB:  | Too.                                                                                 |
| KO:  | But the.                                                                             |
| SB:  | And, and you know.                                                                   |
| JW:  | And you're recording this conversation. (UI)                                         |
| SB:  | And that's, and..                                                                    |
| KO:  | Nah.                                                                                 |
| SB:  | And it's perfectly natural and like I said.  The recording.  We're not trying to get you to put |
| JW:  | Don't.  I know.                                                                      |
| SB:  | Words in your mouth or anything like that.  I've ask my.                             |
| JW:  | I'm just saying.  My son's a cop.  So.                                               |
| SB:  | On the island?                                                                       |
| JW:  | No.                                                                                  |
| SB:  | (UI)                                                                                 |
| JW:  | Oregon.  Portland.                                                                   |

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

| | |
|---|---|
| KO: | The Oregon guy? |
| JW: | Yeah. |
| KO: | Okay. |
| SB: | I'm sure he told all the stories? |
| JW: | Yeah. |
| SB: | There's a lot of sick people out there.   They do a lot of, lot of bad. |
| JW: | He's just recovering from an incident.   So. |
| KO: | Oh really.    He get in a shooting? |
| JW: | No.   Ah.   He said he came close. |
| SB: | Ah. Okay.   But. |
| JW: | Anyway. |
| SB: | It's a tough job.   I mean it really is.   It's kinda of under appreciated job. I'll give it that.   Ah hum, okay.   Ah. |
| KO: | We were, ah hum.   You mentioned, ah, you know, about getting the flat and you mentioned the tire is, is. |
| JW: | Ah hum (UI) |
| KO: | In the back of your truck. |
| JW: | Ah hum. |
| KO: | Just, you know, to check that box.   Do you mind, can we get consent to search your truck?   To just kinda verify? |
| JW: | Sure. |

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

| | |
|---|---|
| KO: | What's in there? |
| JW: | Knock yourself out. |
| KO: | Ah hum. So. . [Laughs] We're the government. Full of forms. Ah hum, so. [Laughs.] |
| JW: | How long have your worked for the government? |
| KO: | Ah. I don't know. I was Coastie before I came to the Bureau, so. |
| JW: | How long have you worked? |
| KO: | Ah hum. Since 1996. |
| JW: | Ah hum. So working on. |
| KO: | Yeah. |
| JW: | Over 42 years, so. |
| KO: | Yeah. So. So you understand. |
| JW: | (UI) |
| SB: | So I told you about a paperless government. I'm. I've yet to see that. |
| JW: | It will never happen. |
| SB: | No. |
| KO: | Yeah. |
| JW: | I still like to print stuff out and read it. |
| KO: | It. So, what we're going to do, is do exactly that. We're gonna give you the opportunity to consent to search. We'll put it in writing. You know, you can say what you consent to and what you don't consent to. Ahm, but the make and model of your vehicle. So basically what this says, it's a |

5

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

|        | Department of Justice, Federal Bureau of Investigation Consent to Search form. I've been asked by special agents of the Federal Bureau of Investigation to permit a complete search of and if we can put. |
|--------|---|
| JW:    | (UI) |
| KO:    | The title of your truck. You said it was a white. |
| JW:    | Dodge. |
| KO:    | Dodge. |
| JW:    | 2500. |
| KO:    | 2500. |
| JW:    | I wanta say a 2002. |
| KO:    | Ah, okay. 2002. Uh, do you know the license plate number on it? |
| JW:    | Yeah. B-C-G-5-2-0. |
| KO:    | B-C? |
| JW:    | V, Victor. |
| KO:    | Oh, Victor. |
| SB:    | V for veteran. |
| KO:    | Ah, okay. |
| SB:    | CG for Coast Guard. |
| KO:    | CG. Oh, cool. I didn't realize that. 5-2-0. And that's an Alaska plate. uhm, how many doors. |
| JW:    | Two. Well. |

6

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

| | |
|---|---|
| KO: | Is it an extended cab? |
| JW: | Extended cab. (UI) |
| KO: | Okay. Extended cab but two doors. |
| JW: | Two doors. Two. Ah. |
| SB: | Open the one in the front before you can open the other. |
| JW: | Yeah. |
| KO: | Okay. |
| JW: | So. Two doors and two half doors. How's that? |
| SB: | Sure, sure. |
| KO: | And those are the suicide doors? They kinda of open backwards. |
| JW: | Yeah. |
| KO: | Okay. |
| SB: | Yeah. They open opposing each other. |
| KO: | Okay. |
| SB: | Like you had to open the front door in order for you the (UI). |
| JW: | Before you can. Yeah. |
| KO: | Okay. |
| SB: | Suicide. Sure. |
| KO: | Rear opening. We just try to get a very complete description. uhm. Any other kind of. Is there a topper on it? |

7

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

| | |
|---|---|
| JW: | Yeah. There is. |
| SB: | Ah. Did you bring those fruit cups and stuff in here? |
| KO: | No. Ah. |
| SB: | Can we grab you a fruit cup? |
| JW: | Nah. |
| SB: | Some juice or something like that? |
| JW: | (UI) two of those. (UI) |
| KO: | And it has, ah, a bed topper? |
| JW: | Yes. |
| KO: | And, ah, |
| SB: | You okay? |
| KO: | Is that a good? Do you think that describes your truck pretty well? |
| JW: | Yeah. |
| KO: | I've been advised of my right to refuse consent. So we won't, you know, you can refuse this. This is totally voluntary. |
| JW: | Yeah. (UI) |
| KO | I give permission voluntarily and I authorize these agents to take any items which they determine may be related to their investigation. So if you can sign on that line. Date there. And I'll sign underneath you saying, uhm. It's the fourth, sorry it's 4 -12 -12. Yeah. |
| JW: | (UI). No, it's the 12. |
| SB: | Yeah. |

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

KO: Sorry, everybody does their. [Laughs.]

JW: Okay.

KO: And you're welcome to join us out there.

JW: Sure.

KO: While we do that. Ah hum.

SB: That actually helps us out you know; in case there is any issues with trying to get the door opened. Or the tailgate.

JW: No. Unlocked. Keys in ignition.

KO: And then also.

JW: (UI) thats

KO: You were going through your phone quite a bit, saying you made a bunch of calls. That's, that's just something else we typically like to take a look at and try to verify what's going on. So this is a. Phones are such much like computers now.

JW: Uh hum.

KO: We're basically calling it a computer and we like to ask you for your consent to just kinda of look at your logs and look at your phone.

JW: Sure.

KO: As well. uhm. So, I, James Wells, is that how you are, who you go by? James.

JW; Yeah.

KO: Wells. Have been asked by the Special Agents of the Federal Bureau of Investigation to prevent a complete search of, by the FBI, or it's designees,

9

Case 3:13-cr-00008-SLG   Document 138-3   Filed 09/24/13   Page 9 of 12

Exhibit 2
Page 9 of 12

004803

|    |    |
|----|----|
|    | of any and all computers. All electronics and, or optical storage and retrieval systems or medium, or any related computer peripherals described below. |
| JW: | Uh okay. |
| KO: | So what I'll do is to kinda of get a description of your phone. Can you take the cover off that? Or. |
| JW: | No. |
| KO: | Okay. |
| JW: | It's a Iphone 3. |
| KO: | Iphone 3. |
| JW: | I suppose I could. It's been on there so long. |
| KO: | Uhm. |
| SB: | Can you actually get a serial off those things? Do they print them (UI)? Is that what you're looking for, the serial? |
| KO: | I think it's actually under the battery cover. If uh. |
| JW: | I've, I haven't had this thing off since, since I got the phone. I haven't even [Laughs] sure. |
| KO: | I'll take a look it. |
| JW: | Go ahead. |
| KO: | We've. It's starting to come. Actually this is., one of those that slides, I think. |
| SB: | While he's doing that. Before we go into, ah, the vehicle. You'll obviously be there. Is there anything we need to be concerned with? Any guns in there? Knives, or any? |

10

| | |
|---|---|
| JW: | No. |
| SB: | Or anything, you, you know, pose a health hazard or? |
| JW: | I don't think there any knives. Well there's my leatherman in there. |
| SB: | Sure. Guns, no? |
| JW: | No. |
| SB: | No. Okay. Do you own guns? |
| JW: | Yes. |
| SB: | Okay. What? You know, I, I. You'd be surprise. |
| JW: | You know, there are. There are one or two people |
| SB: | One or two people. |
| JW: | On Kodiak that don't own a gun. |
| KO: | [Laughs.] |
| JW: | So. |
| SB: | There are. |
| JW: | I'm not one of them. But. |
| SB: | Gotcha. I ask you. What kind of guns do you got? I'm GMC by trade, so. |
| JW: | Oh. |
| SB: | I'm a gun freak. |
| JW: | Well my favorite is my .7 mm Mag. That's my primary hunting weapon. |

11

CASE: 70A-AN-15667
DATE: 04/12/2012
SESSION: wells2of 6.wav
Audio Recording 00:00:01 - 00:10:53 (Elapsed Time)
/ccc

SB: That's a nice flat shooter. I like them, too. A lot of power behind them.

KO: Hey, since I can't access.

JW: Yeah.

KO: The device right now. I'm going to put Iphone 3.

JW: Yeah.

KO: With black otter box. Is it?

JW: That's what it is. I didn't even put that cover on it so I couldn't even tell you. [Laughs.]

SB: I threw it away myself.

KO: Is there any password on it? Or just

JW: No.

KO: Okay. And, ah. I might give this to one of our other agents to look at while we're out at the car. If that's alright?

JW: No problem.

KO: Just try to speed things up. uhm, so there's no password. Ah hum. And, if you don't mind, the same type of deal. Uhm, signature here. I'll sign it below you. If you could date it over here. We'll drop this paper work off. And I'll drop that off. And I will go ahead and stop the recording. And this time is approximately 20:15 and.

[Sesssion end: 00:00:01.]