Case:   70A-AN-15667
Date: 04/19/2012
Session: 3 of 6
Audio Recording: 00:00:00 - 00:03:44
/yjb


KO = Kirk Oberlander
JW = Jim Wells
SB = Sean Bottary
(UI) =UNINTELLIGIBLE


KO	Again Special Agent Kirk Oberlander here with Jim Wells and TFO Bottary. Time is 21:05 by my watch on Thursday, 4/12 uh just continuing interview um there we go.   Um so we're wanting to cut you loose um but we need to still, we're getting some more information from down on the scene that we need to do follow up questions like you saw me talk to Petty Officer Acosta we're doing some follow up with them tomorrow 'cause, you know, there's still stuff, but just because you're coworker with these guys and um concern for your health with the uh diabetes and that stuff.   What we'd like to do is take you home, get you your medicine, um so that, you know you can, so we don't run in to an emergency or anything like that and then um you know you can grab something to eat um, but because of the medical condition we want to continue the interview we hadn't started the other interviews with those guys so we just cut them loose, but we'd like to continue the interview with you um and so we can hash out some of these other questions that are coming up um so if you would we'd like to take you back to your house, get you your medicine and then uh we can come back here if you want to get some food or something while you're home too um and apologize for the lateness of the evening, but.....

JW	What questions? I mean can we just ask 'em or?

KO	Um well we're more, we want to get past the medical stuff right now because you know there's some just, we don't want it to go beyond um and get into a situation and you know a medical situation with the diabetes so let's get you home uh we'll get you your medication and then we can continue 'cause we're still gathering some more information from some other areas too so......

SB?	Unfortunately,........it's a slow process down there and they have to be very

1

|      | |
| ---- | - |
| | methodical and uh they're finding you know they find little bits and pieces here and there, but you know the biggest thing is that you've been in the shop for a long time so you know every inch of the shop you know so if they like if they find stuff we can run it by and say hey you know this is kind of odd, oh yeah that's odd or no it's not odd, you know oh yeah I remember seeing that you know and kind of it prevents us from having to waste precious man hours trying to run down things that may not turn into anything. Those are our biggest concerns so and that's probably the biggest reason, but the medical thing is you know with the diabetes. Is this a regular thing that you take..... |
| JW | Yeah. |
| SB | ......or is this some? Okay, yeah we want to make sure you get your medicine and then we can come back and chat for a little bit...... |
| JW | Alright. |
| KO | So what we'll do is probably just drive you back um again because a medical concern we... it's just a liability thing since we've kind of you know you've been here for so long we don't want to send you on to the road and then you get hurt and you know something like that.... |
| JW | (UI)....going to happen. |
| KO | .....so what we'll do is uh we'd like to take you back um we'll go with you into the house and uh make sure you get your medicine and um then we'll come on back and again because you've been in our care um for you know the last couple hours..... |
| SB | Yeah, at least. |
| KO | ......we just want to make sure that um.... |
| SB | We'll make sure that you're taken care of. |
| KO | ....we continue that so. |
| JW | Alright. |
| KO | So I'm going to stop recording um it's 21:09 approximately by my watch. |

2

Case 3:13-cr-00008-SLG   Document 138-4   Filed 09/24/13   Page 2 of 2

Exhibit 3
Page 2 of 2
004793