CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst

JW:        Well, she, she wants want's to retire next year so.

KO:        Ok.

JW:        We're still.

SB:        Now is there any any talk. I know you uh, uh WG-10 right? Rich was a
           WG?

JW:        Eight.

SB:        Eight. Any talk of talk of Rich wanting to fleet up to your uh?
JW:        Oh well, that was, that was probably, you know, when I retire he would
           probably, you know. Take that job.

SB:        Kind of the way, yea.

JW:        Higher another, another. His technical term was, I think a antenna rigger as
           opposed to antenna mechanic.

KO:        Oh, ok.

SB:        I understand the ET-1 was not retiring but getting close?

JW:        Naw, he put his letter in for retirement.

SB:        Oh, really?

JW:        Yea.

SB:        Yea?

JW:        He just showed me last week.

SB:        I thought he was looking at possibly, I thought stay on the island?

JW:        No.

SB:        At least that's what some people were saying. That he was kind of kicking

                                    41

that around.

JW:     Well, last I heard they were planning on. They just bought a motor or a travel trailer and they were going to.

KO:     That doesn't do much good in Kodiak.

JW:     No.

KO:     Ha, ha, ha

JW:     You know, but they were going to, you know. Take a trip back to Vermont er' yea, Vermont I guess is where they grew up.

KO:     Ok.

JW:     Yea it's . . .

SB:     I mean, it's one of those things (UI)

JW:     Yea, cause he showed me last, he showed me his letter probably last week.

SB:     Sure.

JW:     E' yea, you know, here's my retirement letter. So . . .

KO:     So I guess it would have to be a little bit intimidating for the ET-1 position to be working here now in a supervisory role with, you know, a retired Chief, two retired Chief's.

JW:     Two retired Chief's.

KO:     Yea, I mean, was there any ever. Was there ever any uh, animosity towards that or, you know, did you guys give him a hard time saying, hey, you know, E-6, uh, I'm I'm, you know.

SB:     Once a Chief, always a Chief yea?

KO:     Once a Chief, ha ha.

JW:        Well, I don't know if I'd call it animosity but,

KO:        You ever sense the?

JW:        The, you know, there was some ribbing, you know, occasionally but, you know. I don't think,

KO:        Which direction uh,

JW:        Both ways. We, we got a lot of give and go down there.

KO:        Ok.

JW:        I think Rich is a Boatswain Mate.

KO:        M,m.

JW:        Ok? And his idea of ET's was they sleep til they. Or they eat 'til they're tired and then they sleep 'til they're hungry.

SB:        Yep, that what it was,

JW:        That was his definition . . .

SB:        running cycle.

JW:        That was his definition . . .

KO:        That's what it was on the ship, heck yea.

JW:        definition of an ET. You know, or call them the twidget, but.

KO:        Yea, I can understand that. Cutter (UI.)

JW:        So, we uh we, we went several rounds on that.

KO:        Ha, ha, ha. Ok.

43

SB:            Ok.

KO:            Alright. Any ever, were you would call it getting out of control? Heated discussions on it or just in good fun or?

JW:            Oh no.

SB:            Oh and anything at all that you remember? Did you guys have any issues with a man e' different leadership styles but uh, did you and Rich have any issues or ever? Two Chief's an uh?

JW:            No, not really.

SB:            Two civilians and he likes things a certain way and you like things a different way?

JW:            No, we usually worked it out.

SB:            Ok. Alright. Now uh, someone's mentioned, one of the other, something about a warehouse? Is there a warehouse?

JW:            Uh, m.

SB:            That uh, is getting uh,

JW:            Oh

SB:            gutted or something?

JW:            Well no, they were just cleaning it out a bunch of old stuff.

SB:            Yea. A bunch of old stuff?

KO:            Ok.

SB:            I know that was a. They were talking about that. They were saying there's a pretty um. It was a topic that that I guess uh, Belisle had been working on for a while. They was try uh, trying to get that . . .

44

JW:               yeah,

SB:               taken care of. I think that was last week

JW:               Well, it's been an ongoing project for probably the last couple months.

SB:               Ok, no issues with that?

JW:               No.

SB:               It's a major project I guess from what people are saying so. I don't know anything about it.

KO:               What type of stuff were they getting rid of? Was it like DRMO?

JW:               No.

KO:               Was it like personal gear?

JW:               No. Without. Mostly old Coast Guard. Old cabinets old they, they, they replaced a bunch of transmitters here so all the old transmitter parts were down there so. You know, then the store keepers would put chair and old desks down there then then nobody would ever do anything with them. They just sat there.

KO:               Ok. So what would happen to it? Just go to the dump or?

JW:               Uh, some of it did. Some of it didn't.

KO:               Ha ha. Ahh, ok. So is

JW:               Talk to the store keeper. What got, what got legally destroyed and and and surveyed.

KO:               Some of it got re-appropriated .

JW:               No, no. Nothing like that. I'm just say is is is. We had scrap me' scrap metal bins, and then trash bins, and then you know, like, wooden stuff. So, most of the stuff probably got surveyed and and and destroyed. And, you know,

record of destruction.

SB:         Sounds like a lot of raw materials. So, uh, things like that. Any uh, do you
            do you know if um, either the ET-1 or Rich, wether it's recent or over the
            past year or so had any disciplinary problems? Command coming . . .

JW:         No.

SB:         down on them for anything?

JW:         Not to my knowledge?

KO:         What about any of the the junior guys uh, Beauford or Upchurch, Coggins?
            Any of those guys? Was there any?

JW:         Mm, I don't think so. And then they don't. Unless, unless they came and
            talked to us we we weren't in that chain of command.

KO:         We being the, Jim and Rich?

JW:         JRich ', j', deri',

KO:         You and Rich?

JW:         Yes. That was, that's the military side and . . .

KO:         Sure.

JW:         and and, not that we wouldn't give advice. You know, if asked. It's not like
            something we, you know, voluntarily, you know, say something about.
            Although, sometimes we would.

SB:         There was a difference?

JW:         Usually about somebody up the hill so.

SB:         So, no no no disciplinary issues?

JW:         Not that I know of.

46

SB:         Did you have any disciplinary issues with the command?

JW:         Yes.

SB:         Since your time here?

JW:         Yes.

SB:         Ok. Just gotta ask. We're going around. We're trying to get a feel for ever
            body down there, so.

JW:         Ok.

SB:         Don't feel like we're singling you out or anything like that.

JW:         Ok.

SB:         But would you care to elaborate if you please?

JW:         You can ask them about it.

KO:         Ok.

SB:         No. Oh yea, we we definitely ask the commander if you're willing to talk
            about it. I will

JW:         Nope, I'd rather not

SB:         No. Ok. Fair enough.

KO:         Um, is. I've been dying to ask you. How long you been growing your beard?
            Ha ha ha. Holy cow, who is that guy? Ha ha ha.

JW:         What's the date on there?

KO:         Uh.

SB:         Let's see. 1990, April 24th.

47

JW:         April 24th. That's the last day I shaved.

KO:         Oh my God.

JW:         I trimmed it but . . .

SB:         Right.

JW:         but it's been down to my, my belly button before.

KO:         You got the whole ZZ Top thing going on with that.

JW:         Yea. I made two vows the day I retired. I'm never shaving again and I'm
            never wearing a tie.

KO:         Excellent. Yea uh. I tried to not shave and it just drives me, I can't.

SB:         No, I can't do it.

KO:         Can't do it.

JW:         I, I probably couldn't shave to save my life.

SB:         I guess you got to grow a tolerance for it. I couldn't.

KO:         Yea.

SB:         Sorry, I I just.

JW:         Well.

KO:         It's just very distinct so, you know

JW:         Ah, it's it's pretty short right now.

KO:         Ok, yea. Fair enough. I guess going back to some of these theories, um.
            We're trying to figure out motive. and why would somebody? So, ET-3
            Beauford, first guy on the scene. Does he. How can we rule him out?

48

SB:         Yea. Is he somebody that we should be interested in?

JW:         God I don't know.

SB:         Ok. What are your gut feelings?

JW:         I. I wouldn't think so.

KO:         Any, any way to clarif' quantify that? I mean, did he have a beef with ET-1 and, you know, was?

JW:         I don't think so. How can I say with a 100% certainty?

KO:         Well no, and we're not . . .

SB:         No, no, no . . .

KO:         100% certain . . .

SB:         we're just asking. I mean no, please . . .

KO:         trying to get your feel. You work . . .

SB:         We're just, we're just kicking stuff around

KO:         with these guys everyday.

JW:         I'd hate. God I don't, I don't think so.

SB:         And just e', e'. We work off facts but a lot of times thoughts, and feelings, and perceptions can point us in the general direction of facts. So, that's why we ask these things. And for somebody that's seen all these people come through over the years yu', I guess, pretty good judge of command climate at least what you see and we'll take that into consideration. We'll talk to everybody else as well but.

*CAUGH*

49

JW:         I, I hesitate to say anything but he, he's supposed to go up the hill like next week and a new guy come down. And and nobody's happy about going back up the hill.

KO:         Ok.

JW:         Just, just the way it is. E' everybody's happy about coming back down and working in the Rigger shop. But I, I, God can't see that as a motivation.

KO:         Alright yea.

SB:         Ok.

JW:         I mean, that, that's the only change, you know, that I see, you know, is, is, he was supposed to go, go back up the hill. And, you know, and, you know. I, I w', I would say there's some good natured grumbling about it but, you know, it was just,

KO:         Sure.

JW:         one of those things. We swap them out.

SB:         Yea, yea, now,

KO:         Sure, cross train em' a little bit.

JW:         Yes.

KO:         Ok.

RB:         That was actually one of my questions is uh, when, when people swap out. Hill, going up hill, what not. How much lee time do they get? Do they? Are they told pretty quickly? Hey, pack your stuff. You're leaving next week. Or is there a pretty good turn around?

JW:         It depends. Sometimes it's, you know, two weeks no' notice or, you know, I think this ones been in the works for a couple of months.

KO:         So he's kinda seen it for a little bit?

50

JW:        Yea.

KO:        Ok. So it wasn't something that just sprung on him?

JW:        No, no.

KO:        It's like new and I don't want to go. You guys are forcing me.

JW:        Well, I don't think he wants to go but like I said, nobody does.

SB:        Absolutely.

JW:        Once, you know, as we jokingly refer to ourselves as the Break Away
           Republic of T2. Nobody wants to go back up the hill.

SB:        I see, I see.

JW:        Cause, I would say, we' we're less structured as far as the ET work that goes
           up here. And we do a whole lot, lot more things that are a lot more fun,

KO:        Hm,m.

JW:        down in the shop. You get, you get to do a whole lot more that has nothing
           to do with of being an ET.

KO:        Ok.

JW:        Ya' you know? You learn to drive tractors, you know, ya', ya equipment,
           you know, your change saws

SB:        None typical Coast Guard stuff.

JW:        N' none typical Coast Guard stuff.

SB:        Good to get a little change.

JW:        They'll never, they'll, they'll never be another station any where in the Coast
           Guard that do what you do down in our shop. Just won't happen.

                                            51

SB:                Yea, sure.

KO:               So about Coggins. I mean, he's second guy on scene is there, you know. Could they have been in cohorts? Were they good buddy's? Did they have

JW:               Ah

KO:               leave together?

JW:               I was sick for a long time so I wasn't even here when he showed up.

KO:               Ok.

JW:               for a lot of the time so um, I. He's a new, I mean, his nick name is new guy. That's what their called him. They don't even call him name most of the time.

KO:               I mean,

JW:               New guy.

KO:               Is it FNG or is it?

JW:               No, no, just new guy.

KO:               Ha, ha. Ok.

SB:                 2012 (UI)

KO:               Ha, ha

SB:                 Can't do that.

JW:               No, but I,

KO:               Did he take offense to that? I mean, who's they? Is it?

JW:               Everybody.

52

Exhibit 5
Page 52 of 73

004762

KO:        Everybody. I mean, did that say who he was?

JW:        I didn't know his first name until today.

KO:        Alright.

SB:        Oh, ok.

JW:        Ha, ha. It was either Coggins or new guy. That's, you know, I normally, I
           normally try tal' to call people by their first names cause that's, that's what I
           have everybody call me. Not Mr. Wells or, you know, I don't really answer
           to hey Chief anymore but it's just Jim.

KO:        Ok.

JW:        Just, just Jim so.

SB:        Ok.

KO:        So no real feel for Coggins?

JW:        No.

KO:        Ok. Did he, was he a positive guy or was he kinda down in the dumps or?

JW:        E' he's new guy, he's quite, you know, he's. This, this coming out. I want to
           say, I'm pretty sure he just came out of boot camp.

KO:        Mm.

JW:        Ok, so hey. You know what it's like.

SB:        Sill a sponge.

JW:        Ye' well that and a quiet sponge, you know. He's not going to, he's not going
           to say anything to, to cause any trouble.

SB:        Go with the flow right?

Case 3:13-cr-00008-SLG   Document 138-7   Filed 09/24/13   Page 13 of 33     Exhibit 5
                                                                             Page 53 of 73

004763

| | |
|---|---|
| JW: | Exactly. So, you know. |
| KO: | Then uh, Para was in third. Upchurch. |
| SB: | Upchurch, yep. |
| KO: | What's her story? What's your feel for her? |
| JW: | Well, Para and I are good buds. So, I mean. She's, you can ask her to do anything and she'll do it without complaining. That, that gal will work til' the sun goes down. |
| KO: | How long has she been here? |
| JW: | Probably two years. |
| KO: | Okay.  Is she married, single? |
| JW: | No.  Single. |
| KO: | She? |
| JW: | She has a boyfriend, but he lives us in the (UI). |
| KO: | Ah.  She have any kids? |
| JW: | No |
| KO: | Okay. |
| JW: | So. |
| KO: | Then.  So.   I mean, you kinda of, couldn't say yes or no on, on, on the first couple of guys.  But Para. |
| JW: | No.   No.  Ah, I probably say that say no on the first couple of guys.  But Para, no way. |

54

KO:         Okay.

SB:         So Para's a definitely no and then the other guys are, they're a no, but

JW:         Yeah.

SB:         Just not as strong?

JW:         Oh yeah.

SB:         Because you always, I mean, you always have that one if in the background.

JW:         Well exactly.   I mean.

SB:         You know, you just (UI)..

JW:         And, and, we, you know, sat and talked about Para all day yesterday.
            Waiting around here.

SB:         That's the thing.   You never know what's going on with people's heads and.

JW:         So.

SB:         What makes them do the things they do.   And that's why we try to talk
            about these things.    And try to figure out.   Trying to figure out the why.
            First, we want to find out the who.    But then the why, it's the why.   We
            know the how.

JW:         Okay.

SB:         You know, things like that.   So, it's the who and the why behind it.   And
            that's why we try to get in to every other person and ask them about every
            other person.   Cause seven different people, you're going to get seven
            different answers.

JW:         (UI).

SB:         On, on emotions. And what not.   So.   So.   Any, any, I don't think we
            covered this yesterday.   Any.   But.   There's.   Were rolling a donut in

                                        55

some respects. So. Anybody comes to mind, you know, that we should be seriously consider talking to?

JW:      Well.

SB:      About that incident?

JW:      I, I didn't talk to my son last time but my wife did. She called me, and, and, he's the police officer down in Portland. And.

SB:      Uh hum.

JW:      You know, he, he. He said sometimes there's just random, random acts. And there's no accounting for them. And I, and, and, we don't know. We don't know what it was yet. I guess. But. You know, that's (UI), one of the other things we talked about. You know. Is. Is. What it just random? Or, was it, you know, a, a, robbery, or, we, we don't know.

SB:      And that actually brings me up to the another question. Is, is, you know, based upon your expertise in that shop. If, if somebody were originally going to go there to steal something. What would they be looking for?

JW:      Ah. Gee. We have lots of stuff in there worth stealing.

SB:      And keep in the mind the economics status these days is that a lot of people these days are going for things like the scrap copper and that, the things.

JW:      Yeah. No. We (UI).

SB:      That gives them a lot of money.

JW:      No, no. no. We got (UI). Thousands of dollars worth of tools.You know, we got. We've got other equipment in there. We got. Yeah

SB:      Yeah.

JW:      We've got. We've got a lot of stuff in there.

SB:      Okay. So now, I don't know if they've even done any type of inventory yet

56

|      |      |
|------|------|
|      | or looked around or? |
| JW:  | Well, yeah.   That's what.   That's what I was saying before.   You know. |
| SB:  | Right.   Yeah.   That's what, you know. (UI) was (UI). |
| JW:  | And until we actually look in the cabinets and look in drawers, and stuff. You know, you guys won't know if anything was missing or not. |
| KO:  | Yeah. |
| SB:  | Sure. |
| JW:  | So.   That's.   So, yeah.   I don't know Yeah.   No.   There's lots of valuable stuff down there. |
| SB:  | Okay.   Alright. |
| JW:  | And, and. and.   Over the years, we've had stuff stolen out of the shop. Come on. It's not, it's not like it hasn't happened before.   So, it has. |
| SB:  | First time, that there's been a violent, ah. |
| JW:  | Yeah. |
| SB:  | Confrontation or incidence?   If, if that's the case, if it was indeed. |
| JW:  | Well, well.   The only other thing that we had involved in the shop.   Is we had an attempted suicide several years ago.   But, I mean, that was |
| SB:  | Attempted suicide? |
| JW:  | Suicide. |
| SB:  | Not, not like a suicide, homicide? |
| JW:  | No.   No Yeah.   So, Other than that. Yeah. |
| SB:  | Yeah.   No, this definitely was not. |

57

JW:         We've had a.

SB:         Sure.

JW:         Ah.   That's what they told us this morning, that it wasn't a homicide
            suicide.

SB:         Correct.    Ah.   They told you, it's, ah definitely.

JW:         Yeah.

SB:         It was definitely a double homicide.    Whoever.   Whoever went into that
            building.   In my.   The way I'm seeing it, they knew what they were going
            in there for.

KO:         At least one.

SB:         At least one.   There could be more.   They could be multiple people.

KO:         Yeah.

SB:         Or maybe, you know, we've been kicking around the idea that one was the
            intended target and the other one, so happen to be there.    And got it.   Or
            maybe they're both the target.   And the person that went in had to try figure
            who's going to go first?   How they were going to do?   Ah, you know,
            along those lines.   So, so we're kicking around those ideas.   You know,
            we're pulling the tapes and trying to look at vehicles, and, ah, foot
            movement.    And.

JW:         Okay.

SB:         And, and things like that, you know.   That's why were, ah, were rattling,
            rattling our brains.

JW:         Yeah.   So, I, I.   I don't have a clue for that.   So.

SB:         And okay.    And I think, we've, we've talked to you yesterday about your
            time line, right?   That we.

                                           58

JW:        Uh huh.

SB:        Did we go into that in detail?

KO:        Maybe just review it a little bit?   I was, I was looking through my notes, and, they're not that extensive, ah.   Ah hum.

SB:        I just wanta go.

KO:        So okay.   It probably won't hurt to go.

SB:        I want to make sure we got this down pat.   And we're doing this with everybody.    Before we.

KO:        Because normally, when we do interviews, we kinda sit down at the end of the interview and say, go through our notes again.   And, and, make sure we have everything right.   And offer you an opportunity to give corrections and things like that.   And we didn't really take that opportunity yesterday because, you know, the medical stuff and so maybe we could run through. Ah.

SB:        Yes. (UI)

KO:        Give us the time line again.    Ah hum.   I think you mentioned, you left the house, what around, 6:50.   Something like that?

JW:        Probably I"m(UI).

KO:        Probably 6:45?   Ah hum.   And then, kind of walk us through again, ah hum.   Where, how, cause you end of going back home at some point and the flat tire and all that.   Can you just kinda give us your best guestimate on times, and, ah hum.

JW:        Well you wrote all that stuff down, right?

KO:        I got some of it.   But I can tell you.

SB:        I've, ah, yeah.   That's, that's another thing that we do is we make sure,

59

004769

we've, ah. Because there are things that you tell us. You say hey I was, I was in this spot or I did this at a certain time. And then when we go back and look at the cameras, we can say, "Oh yeah. There's,ah, white Dodge. Oh yeah there's the white Dodge. You know, he said he was in this spot at that time. We got him on tape. Great." You know, that works out. So that's why we go back over the time line. 6:00, 6:50 about that -ish. 6:50 at the house.

KO: Where is it?

SB: You know. We might, you know, we might have given it to, ah, Daryl.

KO: Hey. I got a couple of other ones, here but I don't have.

SB: I've been so many interviews, I can't even.

KO: I think Doug, we've counted. We did 11 interviews, yesterday.

SB: At least.

KO: Sometime.

SB: At least.

KO: Ah. It's all kinda. And with 10 minutes of sleep. [Laughs.]

SB: Sure. With 6, 6:50, at, you were driving your white

JW: Ah hum.

SB: Dodge pick. Did you have? Do you own any other vehicles?

JW: Oh, yeah. My wife has a vehicle.

SB: What does she have?

JW: Honda. CRV.

SB: On the CRV, color?

60

JW:    Blue.

SB:    Blue. Ah. Is it one of the newer ones? Or, is it, kinda like, one of the older?

JW:    2001.

SB:    2001. Okay. Ah hum. Is that car at the house?

JW:    No.

SB:    No. Where is?

JW:    At the airport.

KO:    Is it. She's using.

JW:    Pardon.

SB:    Yeah. (UI). Okay.

KO:    So. When did she left, Tuesday?

JW:    Yeah, I think so.

KO:    On that Tuesday? Now did she, she drove it there?

JW:    Uh.

KO:    And left it there in long term parking, then?

JW:    No. It's in short term parking.

KO:    Is short term like, a daily rate or like?

JW:    No. It's two hours.

KO:    Oh two.

SB:             By, by who's standards?

KO:             [Laughs.]

JW:             It's Kodiak's.

KO:             [Laughs.]

SB:             I'll, I'll leave that alone.   Okay, driving the white Dodge, 6:50.   You take
                your normal route from the flats.

JW:             (UI)

SB:             Which is up the highway.   You go pass the base.   You get to the airport?

JW:             Uh.   Yeah.   Pretty much.

SB:             Did you, did you. Did you go into the airport.

JW:             Yeah I turned, I turned there.

SB:             And that's were the passeng, passenger parking, is where your wife's
                vehicle would be in that area?   Is that, that the area.   Is that, is that the
                right?   What you think of?

JW:             Ah.   I thought I returned around, near the Comfort Inn.

SB:             But that's right?   Ah.   The Buskin (phonetic) right, right across from the
                passenger.

JW:             Yeah.

SB:             Okay.

KO:             So probably there at the Comfort Inn?

SB:             Okay.   So. Turn around Comfort Inn.   Now, now did you stop, did you
                get out?

                                        62

JW:            I finally got out and looked.

SB:            Okay.   How long were you out the vehicle for?

JW:            Shuu, I don't know.    I thought.    I don't know.

KO:            Did you hear any hissing, or?

JW:            No.

SB:            Okay.   So you kind of looked at it and said, "Ah shit."

JW:            Yeah.   Pretty much.

SB:            Yeah.   In so many words.

KO:            Was it compressed?   Or, was it?

JW:            No, it was, it was low.   I mean it was, it was definitely low.   It wasn't flat.

KO:            Okay.

SB:            Okay.   So we're at airport and you're kinda of turning there, that by the
               Comfort Inn.    File out and took a look at the tire.   And everything, and
               you could tell it was low.

JW:            Uh hum.

SB:            Made the tactical decision, I'm going to have to abort and go back to the
               house.   You said you were out at the airport?   Your at the car about a
               couple of minutes, maybe?

JW:            Yeah.

SB:            Did you realize you didn't have the tire to change it?

JW:            Yeah.

63

SB:        Okay.   So, he knew you didn't have equipment to handle the tire change
           right there.

JW:        Ah hum.

SB:        Ah hum.   And opted to go back home.

JW:        Yeah.

SB:        So. We're talking, ah. I don't know a time frame from.   Time frame from
           the house to the airport.   What's that about?   Seven or eight minutes,
           maybe?

JW:        No, it's probably closer to 10 or 15.    Depends on who your following.

SB:        Okay.   What's the, what's the speed limit on that resident?   It's 55?

JW:        It's 55 until you get to the base and now, before it's now, you get to last on
           45.

SB:        Okay.   You typically drive the speed limit?

JW:        No.   Usually a little under.

SB:        A little under?

JW:        Yeah.   It depends.   What kind of day.   What are the conditions.

SB:        Sure.   Okay.   So, at the airport, check the tire, a couple of minutes out of
           the car, and you head back?   To the house.

JW:        Uh hum.

SB:        Okay.   You get back to the house.   I remember we went over this, the
           other night and you said, that you did a couple of things.    Did a tire change
           and also made some calls to, I think, to the ET1, maybe, and Rich, or the
           Chief or somebody?

JW:        Uh hum.

64

SB:     And say, what you know?   FYI, I got some issues.

JW:     Yeah.

SB:     Okay.     And I remember we talked and you said you didn't remember if you made the call first or you did the tire first.

JW:     No.   Don't. Don't.

SB:     Okay.   Now.   How long did it take you to change that tire?

JW:     Well, I probably.   Well.   Well probably came into the house first and went to the bathroom.   Had to.   Had to get pants to put on.     And. You know, rain pants.   So I can put on and kneel in the dirt.

SB:     Sure.

JW:     At my house.     So, I don't know.   And I had to go find the jack     And I had to get the tire out.   So.   It could have been a half an hour right there. Easy.   I don't have any time lines there.

SB:     Okay.

KO:     So going to the bathroom.   Number one or number two?

JW:     Number two.

KO:     [Laughs.] So. [Laughs.]

JW:     That adds time.

KO:     Yeah. That adds time.   Ah.

SB:     The, the that depends.

KO:     Well.

SB:     Well didn't have to get into that.

65

JW:         We're going into a bucket at the moment. So.

KO:         Oh.

JW:         Septics? (UI)

KO:         Oh that's right, you mentioned they had some septic bill.

SB:         I understand you were talking about that yesterday, with the buckets.   So okay.   Now you, you.   So, after we went home we say we, you know, we did the tire.   We did the calls.   And we did the duty.   Then at that point did you?   What was your next move?

JW:         Went to the dumpster and dumped the poop bucket.

SB:         Okay.

KO:         Where's the dumpster?

JW:         It's the.

KO:         On the property?

JW:         No. No. No.   Down, down.   It's down in the flats.

KO:         Okay.

JW:         And came to work.   So.   And that was probably.   A little after 8.   I think.

KO:         Okay.

JW:         Right.

KO:         Did you make any other stops?   So is the dump south of your house or , or north of your house?

JW:         On the. On the way back.   But you got to detour.

66

KO:         Okay.

SB:         Okay.   And.   And. Correct me if I'm wrong.   I just want to make sure I've
            got it.   Because I'm not exactly 100% familiar.   But I use landmarks to
            judge my time and distances and what not.   I think if I drove it this
            morning, the, the distance from the front gate of the base to the airport is
            about 2 to 4 minutes.

JW:         Depending on who you're following.

SB:         Depending on who you're following. I should hope you're not following uh,
            somebody that's driving 20 miles an hour.

JW:         We're in Kodiak. You can get those people sometimes.

SB:         Got ya. So,

JW:         Depending on who's turning up Aviation hill.

KO:         Ok. So, we're looking at,

SB:         E' ok. We'll say, we'll say 4 minutes. I know it took me 2 speed limit and
            that's at 45. So, we're looking at 2 minutes to the airport. Couple minutes on
            the ground. Couple minutes on the way back I just want to make sure we got
            out time lines right. Does that, does that, does that jiving for ya or?

JW:         Could be. I don', it's hard to say.

KO:         I mean, how. You've lived here how many years? 20 . . .

JW:         26.

KO          . . .6

JW:         Something like that.

KO:         You drive that on average probably 4 out of the 7 days of the week?

JW:         Yea.

Case 3:13-cr-00008-SLG   Document 138-7   Filed 09/24/13   Page 27 of 33        Exhibit 5
                                                                                Page 67 of 73

                                                                                004777

KO:      Do you go home for lunch?

JW:      Sometimes

KO:      So ep', you know, that's 2 more trips that ye' ye' figure out the time one. I, I mean, I would think you have a, a good feel for kinda some of those landmarks and how long it take to get get to each one on average.

JW:      Don't don't stop to think about it.

KO:      Ok. Then from dropping off the poop bucket to work, did you make any stops.

JW:      I don't think so.

KO:      Don't think so. So you think you left. So, if you got here about 8:20, 8:30, somewhere in there?

JW:      Somewhere in there.

KO:      So, so, it's 6:50. Come back around. Got back to the house about 7:30. 30 minutes, take a . . .

JW:      Yea.

KO:      Do all that. Come back. No stop. How long do you think you spent at the dump? Like dumping your, the poop bucket?

JW:      No, no, no.

KO:      Is it just a stop and.

JW:      No, I dump trash and, you know, and, and, and the plastic bags. So yea. Couple minutes.

KO:      Ok.

SB:      Alright, well like I said, we're, we're working diligently to try and get

68

|     |     |
|-----|-----|
|     | camera coverage pulled. One of the camera's that we do have is at the front gate. |
| JW: | Uh,hm. |
| SB  | They have a camera that points. That covers, like from the guard shack out to the road. Um, and, you know, we, we look to that footage and we were looking for any anomalies. Things like that. We saw your truck. We saw your truck go past the uh, the guard shack headed northbound. |
| JW: | Ok. |
| SB: | Toward the airport. And then we also say it come back, you know, southbound. Which, which, which would coincide with your story of hey, you know, I went drive by, I got to the airport, had a flat tire, you know, |
| KO: | Yea and (UI) tire . . . |
| SB: | And then you turned around and came back. |
| KO  | changed and then we saw the tire yesterday with the nail in it. A' and we're just trying to piece it together and there's a couple holes. I mean, I understand yesterday was a traumatic day for you. |
| JW: | Yea. |
| KO: | There's going to be some holes in there but we're still just trying to fill in some of that stuff so that we can el' eliminate people but uh. |
| SB: | Yea and one of the, one of the things that we saw. I don't know if you can help us out with this or not but, like I said, we saw your truck pass. But on the camera the date time stamp. When your truck went past the guard shack northbound to the airport was approximately 6:48. And I say approximately cause I don't know the seconds count and . . . |
| JW: | Ok. |
| SB: | camera's usually reflect seconds. So, 0648 which coincides with your time. You left about 6:45. Um, but on the way back it date time stamped it at 7:22 |

69

|       | and that's. We're running into some issues here because that's a 34 minute window of, of time and if your. If you went passed the guard shack a couple minutes up the road to the airport, had the tire issue, and then turned around and come right back. We should have seen you relatively close but we have a huge gap of time. We wondered if you could kinda shed some light on that? |
|-------|---|
| JW:   | Yea, I, not at the moment. I mean, I jus'. I can't think of why there would be the time discrepancy. |
| SB:   | I, you know, I guess you can probably see that, you know, the the dilemma that we're in? We have a huge time discrepancy with the times your, your vehicle seen going one way and then going, you know, the inverse and going back the other. But we have no explanation for that, that lag. Uh, and I know it's an electronic system but typically with date time stamps on a, on a camera, you know, it's possible that the date or time may be off by a couple of minutes here and there but, |
| JW:   | Yea. |
| SB:   | But the length of time it's recording for is not. So, we're pretty certain we have a 34 minute window that we have to account for and try to, try to deal with, with this situation. Um, you know. I, I don't know if you knew this but with our evidence response teams down at the, down at the building and trying to piece everything together with when people start showing up. Uh, when, you know, the um, Rich. I want, I keep wanting to call him Chief because he used to be my Chief. Uh, when Rich badged in, when the ET-1 came into frame on the camera that's on that building. Um, we're looking at, we're looking at what we believe, that the shooting probably occurred somewhere between 7:08 when the ET- showed up and approximately 7:15. And the reason why we think about 7:15 is that on the camera down here in frame there's a vehicle leaving the area. And we have a witness that was along the road and they said they heard what appeared to be a loud like a, like a metal on metal crack. |
| JW:   | Ok. |
| SB:   | Um, about 7:10. So, we see, you know. The, Rich shows up at 7. The ET-1 shows up at 7:08. And keep in mind all times are approximate. Um, we have |

CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst

an eye witness account of hearing a, a crack which he didn't necessarily describe as a gunshot but he said it was a very very loud possible metal on metal crack. Then we've got the vehicle in frame leaving the area between this time window. 7:15. I guess you could see the dilemma we're in right now because, you know, we have a huge window of time that we're just trying to account for. Or, can you help us out with trying to figure this out?

JW:        No. I don't have a reasonable explanation for it.

SB:        Do you have a theory?

JW:        A theory? What are you suggesting?

KO:        W' we're baffled.

JW:        Well, so am I.

SB:        That's why I'm asking you. That's why I present you the information that, that we have thus far.

KO:        I mean, you know the comings and goings of shop. I mean, You're normally here during that time. Um, e' we're just trying to fill in some of those gaps that we don't know. I mean, you're, you're subject matter expertise. You know, you're normally in the shop at that time. I mean, thank, thank God you weren't in the shop because, you know, you could have been one of the victims as well. But, it, you know, we're just accounting for people and you know, you have, you know, the flat tire. Things aren't adding up with that story but there is that area of time and we're trying to make sure we have account for everybody and we're just trying to get, you know, your theory on. Or, your explanation on how, how we can fill those holes.

JW:        I, I don't have theory at the moment.

KO:        Ok.

SB:        Do you have anything,

JW:        No.

71

Exhibit 5
Page 71 of 73

004781

SB:             to add to any of that?

JW:             Nope.

SB:             Ok, hm. Yea, um. as a CGIS Agent, when I talk to a lot of people um, we, I've opened myself up to you and the information that I have and this is one thing I will, I will, I won't lie to you about the facts. And those are the facts. If, you know, and you can ponder this for a second. Um, if there is a possibility something may have happened, you may have done something. I'm saying if. And like I said, you know, think about this, If, if there's a possibility that something happened or, you may have more information or, there's something that you want to tell us, you know. I, I want to open that up to you. You know, now is, is, is a chance to let us know, you know, if something did happen that we should know about.

KO:             I know cause you said, you know, sometimes things aren't planned. There just, you know, random, random acts.

JW:             Ah, I think we.

KO:             You never know what's going to happen.

JW:             We better terminate this thing.

KO:             Ok,ok. We can, I mean lets, we can step out and um, we'll talk about some things and um, we'll, we'll, we'll come back to you ok?

SB:             Gotta use the restroom or anything?

JW:             Nope.

KO:             Ok. Um, stopping our recording at 12:51.

CASE: 70A-AN-15667
DATE: 04/16/2012
SESSION: 5 of 6
Audio Recording 0:00:00 - 01:25:51
/cst

Exhibit 5
Page 73 of 73

004783