| FD-395 | FEDERAL BUREAU OF INVESTIGATION |
| Revised | **ADVICE OF RIGHTS** |
| 11-05-2002 | |

## LOCATION

Place: Kodiak, AK  
Date: 13 April 2012  
Time: 1140 HRS

## YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: *James Wells*

## WITNESS

Witness: *[signature]*

Witness: *[signature]*

Time: 4/13/12

Exhibit 7
Page 1 of 1

FD-395 (Revised 11-05-2002) Case 3:13-cr-00008-SLG  Document 138-9  Filed 09/24/13  Page 1 of 1  FEDERAL BUREAU OF INVESTIGATION
Page 1 of 1