Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-0008-RRB-JDR<br><br>**DEFENDANT'S OBJECTIONS TO MAGISTRATE'S ORDER EXCUSING SECOND DEFENSE COUNSEL** |

        Defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, hereby submits to the District Court his objections to the Magistrate Judge's *Order Regarding Motion to Excuse Second Defense Counsel* (Docket No. 132).

        The government filed a motion to excuse second defense counsel, Peter Offenbecher, at Docket No. 112. Mr. Wells opposed that motion at Docket No. 115. The magistrate judge granted the government's motion, and excused Mr. Offenbecher on September 11, 2013 (Docket No. 132).

Mr. Wells now files his objections to that order directly to the District Court pursuant to Fed. R. Crim. P. 59(a) and D. Alaska Loc. Magis. R. 6(a).

## I. MR. OFFENBECHER'S APPOINTMENT

Peter Offenbecher was appointed as second counsel in this case on March 8, 2013. Over the past seven moths, Mr. Offenbecher has worked with first counsel and the investigative staff at the Federal Defender to review over 20,000 pages of discovery documents and 3.5 terabytes of digital discovery, including many hours of video evidence. Mr. Offenbecher necessarily has taken the lead on pretrial motions and retention of experts in preparation for trial, since first counsel has the responsibility of managing the Federal Defender office and the CJA Panel during the current sequester financial crisis.

Mr. Offenbecher is very familiar with the discovery and pretrial motion litigation and investigation. He has established an excellent working relationship with Mr. Wells. This court already has made a great investment in Mr. Offenbecher's experience and expertise.

It would be "penny wise and pound foolish" to excuse Mr. Offenbecher at this late stage of the proceedings.

## II. THE GOVERNMENT HAS NO STANDING

The magistrate judge's order should be reversed by this Court because the government lacks standing to interfere with the appointment of Mr. Wells' counsel.

The government is responsible for the budget of the United States Attorney's Office. The court, much less defense counsel, cannot dictate how the government manages its finances. Defense counsel has no standing to ask the court to excuse two of the three government trial counsel assigned to this case. And, the government has no business challenging the appointment of counsel for Mr. Wells.

It is this court's responsibility, not the government's, to assure that the trial in this case goes forward as scheduled, without compromising Mr. Wells' right to the adequate representation of counsel.

## III. THE EXTENUATING CIRCUMSTANCES OF THIS CASE SUPPORT THE CONTINUED APPOINTMENT OF MR. OFFENBECHER.

The GUIDE TO JUDICIARY POLICIES AND PROCEDURES, vol. 7, ch. 6, § 630.30.20(b), provides for the continued appointment of counsel where extenuating circumstances support the continued appointment of two counsel:

> B. In deciding whether there are extenuating circumstances, the court should consider the following factors:
>
> (1) a need to avoid disruption of the proceedings; (2) whether the decision not to seek the death penalty occurred late in the litigation; (3) whether the cause is unusually complex; and (4) any other factors that would interfere with the need to ensure effective representation of the defendant.

These factors support the continued appointment of Mr. Offenbecher.

1. <u>The Need to Avoid Disruption of the Proceedings</u>.

Since the indictment in this case, the Office of the Federal Defender has had to balance the budgetary cuts of our office with the availability of CJA resources in order to continue the management of the office *and* for Mr. Wells' defense team to be prepared for a February 18, 2014, trial date.

That balancing has been upset with the magistrate judge's order excusing second CJA counsel. The Federal Defender has had to release three employees by the end of this fiscal year. The budget is being cut by an additional 9.38 percent, which will call for a further reduction of two full-time employees.

Under the current fiscal crisis, excusal of second counsel could certainly disrupt the litigation schedule in this case.

2. <u>The Excusal of Mr. Offenbecher is Late in the Litigation</u>.

Mr. Offenbecher has devoted a great deal of time to pretrial litigation and trial preparation. His removal from the case is merely five months before the scheduled trial date. The one Assistant Federal Defender familiar with this case, Sue Ellen Tatter, is now retired.

The removal of Mr. Offenbecher is too late for any substitution of an Assistant Federal Defender as second chair.

3. <u>This Case Is Unusually Complex</u>.

This case is tremendously complex. The government has invested unlimited resources to its investigation. It has three trial counsel assigned for pretrial litigation and trial.

The defense already has had to wade through unprecedented discovery, including over 20,000 pages of written discovery and approximately 3.5 terabytes of discovery that cannot be printed.

The defense investigation has required numerous trips to Kodiak Island, at the same time that the Federal Defender office is dealing with severe travel restrictions.

4. <u>All of These Factors Interfere with the Need to Ensure Effective Representation of Mr. Wells</u>.

The end result of the above factors is that Mr. Wells faces a trial for a double homicide with one attorney who also has the burden of managing an office with responsibilities to the entire district during a budgetary crisis. And, that attorney is up against three trial counsel and the unlimited resources of the government.

Under these unique circumstances, the trial of Mr. Wells could hardly be deemed a "fair fight."

DATED this 24th day of September, 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on September 24, 2013,
a copy of **Defendant's Objections to Magistrate's Order Excusing Second Defense Counsel** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                    Page 6

Case 3:13-cr-00008-SLG   Document 139   Filed 09/24/13   Page 6 of 6