Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO SUPPRESS PHYSICAL EVIDENCE** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

JAMES MICHAEL WELLS moves this court for an order suppressing the physical evidence obtained from search warrants executed by law enforcement personnel from April 12, 2012 to the present.  To date the government has executed twenty-six search warrants.  This motion is based on the Fourth Amendment to the United States Constitution, the attached memorandum of law, and any testimony which may be given at an evidentiary hearing.

Mr. Wells asserts that the physical evidence obtained from the search warrants should be excluded because:

- the search warrants lack probable cause;

- the affidavits in support of the searches are based on material misstatements and omissions;

- the search warrants are the product of prior illegality;

- some of the search warrants are overbroad;

- a number of the search warrants are stale; and

- a number of the seizures exceed the scope of the warrants.

In the interest of efficiency, the defense requests an evidentiary hearing, pursuant to *Franks v. Delaware*, 438 U.S. 154 (1978), after defense counsel receives and reviews the full statements from individuals whose remarks were included in the search warrant affidavits.

DATED this 4th day of October 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on October 4, 2013,
a copy of the **Motion to Suppress Physical Evidence** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner