| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:12-mj-Redacted-DMS | Iphone 907-942-4844 | 4/15/12 5:45 PM | N/A | N/A | N/A | Residence: 365 Pavloff Circle Kodiak, AK 99615 Description: Blue 2 story dwelling/reddish colored roof/bells flats area. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine) , knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. Master Bathroom: Finger nail clippings in sink, long dark hairs in sink and on counter similar to those found at the crime scene, material from drain trap beneath sink. | N/A | N/A | N/A |
| 3:12-mj-00155-DMS | 2001 Honda - EJR582 | 4/13/12 6:33 PM | 4/15/12 7:50 PM | 4/15/2012 | 4/15/2012 | Vehicle: 2001 Blue Honda CR-V AK Plate EJR582 VIN: JHLRD18491C042288, Registered to James or Nancy Wells of 365 Pavloff Circle Kodiak, AK | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine) , knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. | "See Attached Inventory on FD-597" | Vaccum sweepings, swabbings, tire impressions, small piece of rock | 1. Vacuum sweepings - front drivers side & console<br>2. Vacuum sweepings - front drivers side & console<br>3. Vacuum sweepings - front passenger's side<br>4. Vacuum sweepings - rear driver's side<br>5. Vacuum sweepings - rear passenger's side<br>6. Vacuum sweepings - rear area<br>7. Vacuum sweepings - rear area<br>8. Small piece of rock with red substance - between front driver's side & passenger's side on floor<br>9. Swabbing of possible blood - front driver's interior door<br>10. Swabbing of possible blood - front driver's interior door<br>11. 5 known tire impressions |
| 3:12-mj-00156-DMS | 2002 Dodge Ram - VCG520 | 4/13/12 6:42 PM | 4/16/12 5:40 PM | 4/16/2012 | 4/16/2012 | Vehicle: 2002, extended cab, two door, white, Dodge Ram 2500 Pickup truck, AK Plate VCG 520, VIN: 3B7KF23622m307642, with white camper top over the bed, registered to James or Nancy Wells of 365 Pavloff Circle, Kodiak, AK. The camper top has a horizontally oriented race track shaped window extending about 3/4 the length with two smaller vertically oriented racetrack shaped windows toward the rear. The back window of the camper top is not present and the roof line slopes upward toward the rear of the vehicle. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine) , knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. | "See Attached Inventory on FD-597" | right leather glove, left leather glove, empty 7mm Remington ammo box, blue latex glove, shoe lace, empty shell casings, swabbings, tape lifts, vacuum sweepings, camouflage pants | 1. Vaccum sweepings - front driver's side floor<br>2. Vaccum sweepings - front driver's seat<br>3. Tape lift (3) - front passenger seat<br>4. Swabbing - driver's door handle interior<br>5. Swabbing - steering wheel<br>6. Leather glove (right) - under front passenger seat<br>7. Leather glove (left) - under front passenger seat<br>8. Empty 7mm Remington ammo box - under front passenger seat<br>9. Blue latex glove - under driver's seat<br>10. Shoe lace - under passenger front seat<br>11. Empty shell casings (2) - gearshifts<br>12. Camouflage pants - back seat, driver's side |
| 3:12-mj-00157-DMS | 365 Pavloff Circle | 4/13/12 6:39 PM | 4/14/12 8:10 PM | 4/15/2012 - 4/16/2012 | 4/14/2012 - 4/16/2012 | Residence: 365 Pavloff Circle Kodiak, AK 99615 Description: Blue 2 story dwelling/reddish colored roof/bells flats area. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine) , knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. | "See Attached Inventory on FD-597" | Revolver 81-07900 Ruger Super blackhand in brown case .44 mag, Black belt, revolver holster & 3 speed loader holster, 2 Black holsters, 8 rounds assorted calibers ammunition, 20 rounds .22 Winchester magnum in plastic container, plastic bag with 10 rounds, 2 casings .44 caliber, 40 rounds in a box. 9mm Luger, brown pistol holster, 11 rounds + 2 empty handgun casings, one pair rigging boots with reddish substance, magnifying lamp with US Coast Guard property sticker, LCD projector Model PV 235 S/N 0002620 with sticker property of US Coast Guard, Ruger P 345 45 Auto S/N 664-68380 in case with shell casing, empty magazine & one magazine with 4 rounds of .45 ammunition, swabbings, white towel with stripes, brown pouch with miscellaneous reloading materials, glass tube with black powder, partial box (20 rounds) of American Eagle .44 Rem Magnum pistol cartridges, green bag with miscellaneous reloading items & Leupold digital range finder R122830P. Hoppes black powder solvent, JAD Pyrodex muzzle loading propellant, tool containing CO2 cartridge + 1 CO2 cartridge, tissue, Goex black rifle powder, receipts, miscellaneous ammunition, opened bag of zip ties (USCG property), 4 Mustang suits (USCG property), 6 boxes fluorescent light bulbs (USCG property), USCG Commsta drill, fingernail clippings, hair, MPC laptop computer Transport T-3200 Model S/N 4420525-0001 (USCG property), sink trap Page 2: S/N 003165 Knight 54 caliber black powder; S/N AF014257 Mossberg 930 12 gauge; S/N 71-58967 Ruger M77; S/N 2411268 Remington Nylon 66; S/N B987187M Remington 870 Express Magnum 126A; S/N 786527121, Crosman 2100 Classic .177 Caliber Pellet BB Repeater; S/N 15650376 Marlin Firearms Co. Model 25 Micro-groove barrel Cal. 22; S/N 6525630 Winchester Model 94AE Cal. 44; S/N L3133853 Winchester Model | 1. Revolver 81-07900 Ruger Super blackhand in brown case .44 mag - case topshelf closet room K<br>2. Black belt, revolver holster & 3 speed loader holster - Closet room k topshelf<br>3. 2 Black holsters - Room K closet topshelf interior box<br>4. Ammunition - assorted calibers (8) - Room K closet top shelf in xerox box<br>5. .22 Winchester magnum (20 rounds) - in plastic container - Room K closet top shelf in xerox box<br>6. Plastic bag with 10 rounds, 2 casings .44 caliber - Room K closet top shelf in xerox box<br>7. Box of 9mm luger (40 rounds) - Room K closet top shelf in xerox box<br>8. Brown pistol holster - Room K closet top shelf in xerox box<br>9 11 rounds, 2 empty casings (handgun) - In bowl on window sill Room I<br>10. One pair rigging boot with reddish substance - Room F kitchenette<br>11. Magnifying lamp with sticker property of US Coast Guard Communications Station - Room L closet floor.<br>12. LCD projector, Polaroid Model PV 235 S/N 0002620 with sticker property of US Coast Guard Communications Station - Room L Closet 4th Shelf<br>13. Ruger P 345 45 Auto S/N 664-68380 in case with test shell casing - Safe room K<br>14. 1 empty magazine & one magazine with 4 rounds of .45 ammunition - in item #13<br>15. Swabbing of possible blood - floor of kitchenette<br>16. Swabbing of possible blood - floor of room E<br>17. Swabbing of possible blood - exterior of outside door room E<br>18. White towel with stripes - room D laundry basket<br>19. Brown pouch with miscellaneous reloading materials - room E kitchenette<br>19a. Glass tube with black powder found in brown pouch with misc. reloading materials - kitchenette Room F<br>20. Partial box (20 rounds) of american Eagle .44 Rem. Magnum pistol cartridges - Room F kitchenette in camouflage bag<br>21 Green bag with miscellaneous reloading items & Leupold digital range finder R 122830P<br>21a. Hoppes black powder solvent - found in item #21<br>21b. Pyrodex muzzle loading propellant (jar) - found in item #21<br>21c. Tool containing Co2 cartridge & Co2 cartridge - found in item #21<br>22. Swabbing of possible blood - gray tote room F<br>23. Tissue with reddish stain - garbage can<br>24. 19 cans of Goex black rifle powder - crawl space<br>24a. Two receipts, plastic bags & box - crawl space |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | S/N L3133853 Winchester Model 130020GA; S/N C8002464 Model 7400 Remington 30-06; S/N VS11059 Vanguard VGS .270; S/N 26199460 Marlin Firearms Model 40 .22 cal; S/N 489954 Seridan Products 5mm .20 cal pellets; separate barrel Remington 126A | 25. Two boxes of miscellaneous ammunition - room E cabinet<br>26. 5 cans of boex black rifle powder, 3 jars of pyrodex muzzle loading propellant - garage<br>27. Opened bag of zip ties (USCG property) - garage<br>28a. Mustang Suit (USCG property) - garage<br>28b. Mustang Suit (USCG property) - garage<br>28c. Mustang Suit (USCG property) - garage<br>29 Swabbing of red sustance - room I master bathroom<br>30a. Fluorescent light bulbs (USCG property) - crawl space<br>30b. Fluorescent light bulbs (USCG property) - crawl space<br>30c. Fluorescent light bulbs (USCG property) - crawl space<br>30d. Fluorescent light bulbs (USCG property) - crawl space<br>30e. Fluorescent light bulbs (USCG property) - crawl space<br>30f. Fluorescent light bulbs (USCG property) - crawl space<br>31 US Coast Guard Commsta drill - crawl space<br>32 Fingernail clippings, labelled 1,3,4,5,8 for photos - sink, room I bathroom<br>33 Hair labeled 2,6,7,9,10 for photos - sink, room I bathroom<br>34. MPC laptop computer S/N Model Transport T-3200 S/N 4420525-0001 Sticker Serial #S2SX51IA073300281, P/N NBK001936-03 USCG Property - Room F, desk<br>35 Sink trap - Room I bathroom |
| 3:12-mj-00158-DMS | Iphone 907-942-4844 | 4/13/12 6:45 PM | 4/16/2012 ??? | N/A | N/A | Apple iPhone phone number 907-942-4844 if on the person of James Michael Wells | For the period from 630 a.m. through 830 a.m. on April 12 2012 all historical GPS information from the device described in Attachment A, including where the phone was located and when in relation to Building T2 Rigger Shop United States Coast Guard USCG Communications Station COMMSTA Kodiak AK approximately mile two 2 of Anton Larson Bay Road Kodiak AK. | "No data existed" | N/A | N/A |
| 3:12-mj-00159-DMS | Iphone 907-942-4844 | 4/13/12 ??? | N/A | N/A | N/A | Apple iPhone phone number 907-942-4844 if on the person of James Michael Wells | For the period from 630 a.m. through 830 a.m. on April 12 2012 all historical GPS information from the device described in Attachment A, including where the phone was located and when in relation to Building T2 Rigger Shop United States Coast Guard USCG Communications Station COMMSTA Kodiak AK approximately mile two 2 of Anton Larson Bay Road Kodiak AK. | N/A | N/A | N/A |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:12-mj-00160-DMS | 365 Pavloff Circle | 4/15/12 5:58 PM | 4/15/12 5:58 PM | 4/16/2012 | 4/14/12 - 4/16/12 | Residence: 365 Pavloff Circle Kodiak AK, 99615 Description: Blue 2 story dwelling/reddish colored roof/bells flats area. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine), knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. Master Bathroom: Fingernail clippings in sink, long dark hairs in sink and on counter similar to those found at the crime scene, material from drain trap beneath sink. | "See Attached Inventory on FD-597" | Revolver 81-07900 Ruger Super blackhand in brown case .44 mag, Black belt, revolver holster & 3 speed loader holster, 2 Black holsters, 8 rounds assorted calibers ammunition, 20 rounds .22 Winchester magnum in plastic container, plastic bag with 10 rounds, 2 casings .44 caliber, 40 rounds in a box. 9mm Luger, brown pistol holster, 11 rounds + 2 empty handgun casings, one pair rigging boots with reddish substance, magnifying lamp with US Coast Guard property sticker, LCD projector Model PV 235 S/N 0002620 with sticker property of US Coast Guard, Ruger P 345 45 Auto S/N 664-68380 in case with shell casing, empty magazine & one magazine with 4 rounds of .45 ammunition, swabbings, white towel with stripes, brown pouch with miscellaneous reloading materials, glass tube with black powder, partial box (20 rounds) of American Eagle .44 Rem Magnum pistol cartridges, green bag with miscellaneous reloading items & Leupold digital range finder R122830P. Hoppes black powder solvent, JAD Pyrodex muzzle loading propellant, tool containing CO2 cartridge + 1 CO2 cartridge, tissue, Goex black rifle powder, receipts, miscellaneous ammunition, opened bag of zip ties (USCG property), 4 Mustang suits (USCG property), 6 boxes fluorescent light bulbs (USCG property), USCG Commsta drill, fingernail clippings, hair, MPC laptop computer Transport T-3200 Model S/N 4420525-0001 (USCG property), sink trap JAD S/N 003165 Knight 54 caliber black powder; S/N AF014257 Mossberg 930 12 gauge; S/N 71-58967 Ruger M77; S/N 2411268 Remington Nylon 66; S/N B987187M Remington 870 Express Magnum 126A; S/N 786527121, Crosman 2100 Classic .177 Caliber Pellet BB Repeater; S/N 15650376 Marlin Firearms Co. Model 25 Micro-groove barrel Cal. 22; S/N 6525630 Winchester Model 94AE Cal. 44; S/N L3133853 Winchester Model 130020GA; | 1. Revolver 81-07900 Ruger Super blackhand in brown case .44 mag - case topshelf closet room K<br>2. Black belt, revolver holster & 3 speed loader holster - Closet room k topshelf<br>3. 2 Black holsters - Room K closet topshelf interior box<br>4. Ammunition - assorted calibers (8) - Room K closet top shelf in xerox box<br>5. .22 Winchester magnum (20 rounds) in plastic container - Room K closet top shelf in xerox box<br>6. Plastic bag with 10 rounds, 2 casings .44 caliber - Room K closet top shelf in xerox box<br>7. Box of 9mm luger (40 rounds) - Room K closet top shelf in xerox box<br>8. Brown pistol holster - Room K closet top shelf in xerox box<br>9 11 rounds, 2 empty casings (handgun) - In bowl on window sill Room I<br>10. One pair rigging boot with reddish substance - Room F kitchenette<br>11. Magnifying lamp with sticker property of US Coast Guard Communications Station - Room L closet floor.<br>12. LCD projector, Polaroid Model PV 235 S/N 0002620 with sticker property of US Coast Guard Communications Station - Room L Closet 4th Shelf<br>13. Ruger P 345 45 Auto S/N 664-68380 in case with test shell casing - Safe room K<br>14. 1 empty magazine & one magazine with 4 rounds of .45 ammunition - in item #13<br>15. Swabbing of possible blood - floor of kitchenette<br>16. Swabbing of possible blood - floor of room E<br>17. Swabbing of possible blood - exterior of outside door room E<br>18. White towel with stripes - room D laundry basket<br>19. Brown pouch with miscellaneous reloading materials - room E kitchenette<br>19a. Glass tube with black powder found in brown pouch with misc. reloading materials - kitchenette Room F<br>20. Partial box (20 rounds) of american Eagle .44 Rem. Magnum pistol cartridges - Room F kitchenette in camouflage bag<br>21 Green bag with miscellaneous reloading materials & Leupold digital range finder R 122830P<br>21a. Hoppes black powder solvent - found in item #21<br>21b. Pyrodex muzzle loading propellant (jar) - found in item #21<br>21c. Tool containing Co2 cartridge & Co2 cartridge - found in item #21<br>22. Swabbing of possible blood - gray tote room F<br>23. Tissue with reddish stain - garbage can<br>24. 19 cans of Goex black rifle powder - crawl space<br>24a. Two receipts, plastic bags & box - crawl space |
| | | | | | | | | | S/N 6525630 Winchester Model 94AE Cal. 44; S/N L3133853 Winchester Model 130020GA; S/N C8002464 Model 7400 Remington 30-06; S/N VS11059 Vanguard VGS .270; S/N 26199460 Marlin Firearms Model 40 .22 cal; S/N 489954 Seridan Products 5mm .20 cal pellets; separate barrel Remington 126A JAD | 25. Two boxes of miscellaneous ammunition - room E cabinet<br>26. 5 cans of boex black rifle powder, 3 jars of pyrodex muzzle loading propellant - garage<br>27. Opened bag of zip ties (USCG property) - garage<br>28a. Mustang Suit (USCG property) - garage<br>28b. Mustang Suit (USCG property) - garage<br>28c. Mustang Suit (USCG property) - garage<br>29 Swabbing of red sustance - room I master bathroom<br>30a. Fluorescent light bulbs (USCG property) - crawl space<br>30b. Fluorescent light bulbs (USCG property) - crawl space<br>30c. Fluorescent light bulbs (USCG property) - crawl space<br>30d. Fluorescent light bulbs (USCG property) - crawl space<br>30e. Fluorescent light bulbs (USCG property) - crawl space<br>30f. Fluorescent light bulbs (USCG property) - crawl space<br>31 US Coast Guard Commsta drill - crawl space<br>32 Fingernail clippings, labelled 1,3,4,5,8 for photos - sink, room I bathroom<br>33 Hair labeled 2,6,7,9,10 for photos - sink, room I bathroom<br>34. MPC laptop computer S/N Model Transport T-3200 S/N 4420525-0001 Sticker Serial #S2SX51IA073300281, P/N NBK001936-03 USCG Property - Room F, desk |
| 3:12-mj-00161-DMS | Iphone 907-942-4844 | 4/15/12 5:45 PM | 4/16/2012 Time??? | 8/22/2012 | N/A | Apple iPhone phone number 907-942-4844 | For the period from 630 a.m. through 830 a.m. on April 12 2012 all historical GPS information from the device described in Attachment A including where the phone was located and when in relation to Building T2 Rigger Shop United States Coast Guard USCG Communications Station COMMSTA Kodiak AK approximatelymile two 2 of Anton Larson Bay Road Kodiak AK. | "No data extracted" | Cell Phone S/N 87014TB13NR - Apple iPhone 3GS; Images copied to media provided by AN Division (utilizing software - cellebrite and Lantern) | |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:12-mj-00163-DMS | 2001 Honda - EJR582 | 4/16/12 4:20 PM | 4/19/12 9:00 AM | 4/15/2012 | 4/15/2012 | Vehicle: 2001 Blue Honda CR-V AK Plate EJR582 VIN: JHLRD18491C042288, Registered to James or Nancy Wells of 365 Pavloff Circle Kodiak, AK | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine), knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. Fibers, hairs, liquids, dried liquids, stones, soil, gunshot residue, dust, and other trace material for comparison. Impressions, tracings, photographs and any other means of replicating or copying the treads of the tires on the vehicle. Move the vehicle to the location of the vehicle sighted on videotape near the crime scene on the morning of Apri112, 2012 (affidavit paragraph 21). Take photographs and video tape of the vehicle at that location. | "See Attached Inventory on FD-597. Photographs and video." | Vacuum sweepings, tire impressions, small piece of rock | 1. Vacuum sweepings - front drivers side & console 2. Vacuum sweepings - front drivers side & console 3. Vacuum sweepings - front passenger's side 4. Vacuum sweepings - rear driver's side 5. Vacuum sweepings - rear passenger's side 6. Vacuum sweepings - rear area 7. Vacuum sweepings - rear area 8. Small piece of rock with red substance - between front driver's side & passenger's side on floor 9. Swabbing of possible blood - front driver's interior door 10. Swabbing of possible blood - front driver's interior door 11. 5 known tire impressions |
| 3-12-mj-00164-DMS | 2002 Dodge Ram - VCG520 | 4/16/12 4:25 PM | 4/16/12 5:40 PM | 4/16/2012 | 4/16/2012 | Vehicle: 2002, extended cab, two door, white, Dodge Ram 2500 Pickup truck, AK Plate VCG 520, VIN: 3B7KF23622m307642, with white camper top over the bed, registered to James or Nancy Wells of 365 Pavloff Circle, Kodiak, AK. The camper top has a horizontally oriented race track shaped window extending about 3/4 the length with two smaller vertically oriented racetrack shaped windows toward the rear. The back window of the camper top is not present and the roof line slopes upward toward the rear of the vehicle. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine), knives, edged weapons, blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. Fibers, hairs, liquids, dried liquids, stones, soil, gunshot residue, dust, and other trace material for comparison. | "See attached FD-597" | right leather glove, left leather glove, empty 7mm Remington ammo box, blue latex glove, shoe lace, empty shell casings, swabbings, tape lifts, vacuum sweepings, camouflage pants | 1. Vaccum sweepings - front driver's side floor 2. Vaccum sweepings - front driver's seat 3. Tape lift (3) - front passenger seat 4. Swabbing - driver's door handle interior 5. Swabbing - steering wheel 6. Leather glove (right) - under front passenger seat 7. Leather glove (left) - under front passenger seat 8. Empty 7mm Remington ammo box - under front passenger seat 9. Blue latex glove - under driver's seat 10. Shoe lace - under passenger front seat 11. Empty shell casings (2) - gearshifts 12. Camouflage pants - back seat, driver's side |
| 3:12-mj-00166-DMS | 365 Pavloff Circle | 4/18/12 Time ??? | 4/19/12 10:00 AM | N/A | N/A | Septic system associated with residence located at: 365 Pavloff Circle Kodiak, AK 99615 Description: Blue 2 story dwelling/reddish colored roof/bells flats area. | Guns, gun parts, ammunition, expended shell casings, accessories (if needed for weapon to function, such as a magazine), blood stained articles, to include but not limited to: gloves, shoes, boots, towels, or clothing. | "Nothing seized" | N/A | N/A |
| 3:12-mj-00167-DMS | Person of James Michael Wells | 4/18/12 Time ??? | 4/24/12 10:00 AM | N/A | N/A | Person and clothing of: James Michael Wells Date of Birth: 6/24/1951 Height: 5'10" Weight: approximately 215 pounds Eye color: Blue Hair color: Grey and Black Facial hair: Bearded (Grey) Race: White | Photographs of James Wells' body markings and fingernails, DNA sample, fingerprints, finger nail scrapings. | Buccal Swab, Finger Prints | N/A | N/A |
| 3:12-mj-00168-DMS | 2002 Dodge Ram - VCG520 | 4/18/12 2:50 PM | 4/18/12 3:00 PM | 4/18/2012 | N/A | Vehicle: 2002, extended cab, two door, white, Dodge Ram 2500 Pickup truck, AK Plate VCG 520, VIN: 3B7KF23622m307642, with white camper top over the bed, registered to James or Nancy Wells of 365 Pavloff Circle, Kodiak, AK. The camper top has a horizontally oriented race track shaped window extending about 3/4 the length with two smaller vertically oriented racetrack shaped windows toward the rear. The back window of the camper top is not present and the roof line slopes upward toward the rear of the vehicle. | Extra studded tire, BF Goodrich Commercial T/A LT 265/75R16 LRE M+S, located in bed of the vehicle. Tire pressures from the extra tire and all tires on the vehicle. | 1.) One BF Goodrich Commercial T/A LT 265/75 R16. 2.) Photos | One BF Goodrich tire, LT 265/75 R16 | N/A |
| 3:12-mj-00172-TMB | 365 Pavloff Circle | 4/21/12 2:40 PM | 4/24/12 11:00 AM | 4/24/2012 | N/A | Residence and all surrounding property located at: 365 Pavloff Circle Kodiak, AK 99615 Description: Blue 2 story dwelling/reddish colored roof/bells flats area. | Items: .44 caliber handguns Guns gun parts ammunition expended shell casings accessories if needed for weapon to function such as a magazine. | "Nothing seized" | N/A | N/A |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:12-mj-00182-DMS | Work Desk and Locker of James Wells | 5/23/12 11:42 AM | 5/24/12 8:30 AM | N/A | 5/24/2012 | Desk and locker used by James Wells, located at Coast Guard Communications Station Kodiak, Alaska, building T2, as seen the these photographs taken on May 9, 2012. | a. Evidence of travel during the past 10 years, including notes, travel claims, itineraries, reservation documents, receipts, and photos. b. Evidence of motive in the forfii of notes, letters, memoranda or other written records regarding job performance, job evaluations, statements of dislike or animosity towards the victims or command personnel at COMMSTA Kodiak. c. Evidence related to planning the homicides or purchasing items needed or used in the homicide, such as firearms, ammunition, boots or shoes, gloves, coveralls, catalogs of equipment or firearms that could be used in a homicide. d. Photographs or any indicia of ownership by any person of silver or metallic colored handguns, or any .44 magnum handguns. e. All telephone numbers to determine if they are of vendors of firearms or ammunition. | "See attached evidence recovery log." | N/A | 1. Rolodex<br>2. Travel Vouchers & Related Documents<br>3. Note Pad Containing Several Numbers<br>4. Letter of Memorandum<br>5. Travel Vouchers<br>6. Travel Vouchers<br>7. Cancelled Travel Orders dated 4-10-12<br>8. Travel Vouchers & Related Documents to Item #2<br>9. Phone Numbers & Business Cards<br>10. Miscellaneous numbers<br>11. Business Cards & Pen Air Boarding Passes<br>12. Letter of Memorandum dated 29Apr11<br>13. Travel Vouchers<br>14. Performance Plan & Evaluation 07Apr-31Mar08 |
| 3:12-mj-00251-DMS | 365 Pavloff Circle | 8/17/12 8:45 AM | 8/22/12 7:38 AM | N/A | 8/22/2012 | The property to be searched is 365 PavloffCircle Kodiak, AK 99615, further described as Blue 2 story dwelling/reddish colored roof, located in the Bells Flats area. | (From Bate Nos. 397 - 399) 1. All electronically stored information relating to violations of Title 18, United States Code, Section IIII(a) (Murder) and 1114 (Murder of a Federal Officer or Employee) those violations involving James M. WELLS and occurring from January 1, 2000 through the date of the execution of the warrant, including: a. Photographs of WELLS while engaged in any activity in possession of any handgun that is silver or metallic colored, or any .44 magnum revolver; b. Records and information relating to researching or acquiring any firearm or ammunition; c. Records and information relating to possible sellers of firearms, including all telephone numbers, email addresses and addresses, with the names associated with those telephone numbers and addresses; d. Records and information relating to the finances of James WELLS including all records of banks, credit unions, savings and loan associations, credit card companies and accounts, debit cards, investment accounts; e. Records and information relating to the e-mail account | "See Attached" | Inventory for 312-mj-00251-DMS<br>Description<br>U WD External hard drive cable S/N WCASU3279523 Item 20<br>U Maxtor One Touch II External hard drive Item 19<br>U Magellan GPS Pioneer Item 18<br>U 256MB SanDisk Compact Flash card - 5 of 5 Item 17e<br>U 256MB Lexar Compact Flash card - 4 of 5 Item 17d<br>U 256MB Lexar Compact Flash card - 3 of 5 Item 17c<br>U 512MB Lexar Compact Flash card - 2 of 5 Item 17b<br>U 1GB Lexar Compact Flash card - 1 of 5 Item 17a<br>U Firefly Smartdisk Item 16<br>U Computer memory Item 15<br>U Gateway model 710 computer cable barcode 1100435918 Item 14<br>U Computer memory Item 13<br>U4GB SanDisk Compact Flash card - 5 of 5 Item 12e<br>U 256MB Lexar Compact Flash card - 4 of 5 Item 12d<br>U 256MB SanDisk SD card - 3 of 5 Item 12c<br>U 2GB SanDisk SD card - 2 of 5 Item 12b<br>U 2GB SanDisk SD card - 1 of 5 Item 12a<br>U Gateway ATX tower computer and cord s/n 0019183938 Item 11<br>U Samsung model SGH-A737 cell phone and power cable Item 10<br>U Kodak 4MB Compact Flash card Item 9<br>U Nokia 3595 cell phone Item 8b<br>U Nokia 6010 cell phone Item 8a<br>U SanDisk 16GB Cruzer memory stick Item 7<br>U 32MB SD card - 9 of 9 Item 6i<br>U 2GB SD card - 8 of 9 Item 6h<br>U 2GB SD card - 7 of 9 Item 6g | 1. iPhone charger s/n C8PJ21NDDTDC<br>2. SanDisk 16GB Compact Flash card<br>3. Lexar 512MB Compact Flash Card Item<br>4. Samsung power cable for cell phone<br>5. Gateway laptop s/n BKFW4360027 power cable<br>6a-f. 6-4GB Compact Flash cards<br>6g-h. 2-2GB Compact Flash cards<br>6i. 32MB SD card<br>7. SanDisk 16GB Cruzer memory stick<br>8a. Nokia 6010 cell phone<br>8b. Nokia 3595 cell phone<br>9. Kodak 4MB Compact Flash card<br>10. Samsung model SGH-A737 cell phone and power cable<br>11. Gateway ATX tower computer and cord s/n 0019183938<br>12a-b. 2-2GB SanDisk SD card<br>12c. 1-256MB SanDisk SD card<br>12d. 1-256MB Lexar Compact Flash card<br>12e. 1-4GB SanDisk Compact Flash card<br>13. Computer memory<br>14. Gateway model 710 computer cable barcode 1100435918<br>15. Computer memory<br>16. Firefly Smartdisk<br>17a. 1-1GB Lexar Compact Flash card<br>17b. 1-512MB Lexar Compact Flash card<br>17c-d. 2-256MB Lexar Compact Flash card<br>17e. 1-256MB SanDisk Compact Flash card<br>18. Magellan GPS Pioneer<br>19. Maxtor One Touch II External hard drive<br>20. WD External hard drive cable S/N WCASU3279523 |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | e. Records and information relating to the e-mail account jameswells69@hotmail.com and mjw55@hotmail.com;<br>f. Records and information related to travel by James WELLS; and<br>g. Records and information relating to the command or co-workers at COMMSTA Kodiak.<br>2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):<br>a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;<br>b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious | | U 4GB Compact Flash card - 6 of 9 Item 6f<br>U 4GB Compact Flash card - 5 of 9 Item 6e<br>U 4GB Compact Flash card - 4 of 9 Item 6d<br>U 4GB Compact Flash card - 3 of 9 Item 6c<br>U 4GB Compact Flash card - 2 of 9 Item 6b<br>U 4GB Compact Flash card - 1 of 9 Item 6a<br>U Gateway laptop s/n BKFW4360027 power cable Item 5<br>U Samsung power cable for cell phone Item 4<br>U Lexar 512MB Compact Flash Card Item 3<br>U SanDisk 16GB Compact Flash card Item 2<br>U iPhone charger s/n C8PJ21NDDTDC Item 1 | |
| | | | | | | | as well as evidence of the presence or absence of security software designed to detect malicious software;<br>c. evidence of the lack of such malicious software;<br>d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;<br>e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;<br>f. evidence of the times the COMPUTER was used;<br>g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;<br>h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;<br>i. records of or information about Internet Protocol addresses used by the COMPUTER;<br>j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and | | | |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | entered into any Internet search engine, and records of user-typed web addresses; k. contextual information necessary to understand the evidence described in this attachment. 3. Routers, modems, and network equipment used to connect computers to the Internet. | | | |
| 3:12-mj-00252-DMS | Person of James Michael Wells | 8/17/12 8:50 AM | 8/22/12 7:20 AM | 8/22/2012 | 8/22/2012 | Person and clothing of: James Michael Wells Date of Birth: 6/24/1951 Height: 5'10" Weight: approximately 215 pounds Eye color: Blue Hair color: Grey and Black Facial hair: Bearded (Grey) Race: White | (From Bate Nos. 360 - 362) 1. All electronically stored information relating to violations of Title 18, United States Code, Section IIII(a) (Murder) and 1114 (Murder of a Federal Officer or Employee) those violations involving James M. WELLS and occurring from January 1, 2000 through the date of the execution of the warrant, including: a. Photographs of WELLS while engaged in any activity in possession of any handgun that is silver or metallic colored, or any .44 magnum revolver; b. Records and information relating to researching or acquiring any firearm or ammunition; c. Records and information relating to possible sellers of firearms, including all telephone numbers, email addresses and addresses, with the names associated with those telephone numbers and addresses; d. Records and information relating to the finances of James WELLS including all records of banks, credit unions, savings and loan associations, credit card companies and accounts, debit cards, investment accounts; e. Records and information relating to the e-mail account | "One Apple iPhone, serial number 87014TB13NR" | My Passport hard drive S/N WXH1A2044912; My Passport hard drive, S/N WX11AA0A8607; WD hard drive S/N WXNX08SW6169; Samsung cellular phone model SGH-A157 S/N: R21C56CWVHM; laptop powercord; USB cord, 2 canon batteries; amazon kindle cord, card reader; power cords, Apple iPhone model A1303FCCIDBCGA1303A ICID579C-A1303A; Amazon Kindle Model No. D00901 FCCID: XSX-1013; HP Protect Smart laptop: 00196-125-129-968; San disk ultra compact Flash 15Mb/s 4GB #8, Sandisk extreme compact flash 60MB/s 32GB | 1. My passport hard drive S/N: WXH1A2044912 2. My Passport hard drive S/N: WX11AA0A8607 3. WD Hard drive S/N: WXNX08SW6169 4. Samsung cell phone model SGH-A157 S/N: R21C56CWVHM 5. Amazon Kindle - Model D00901 FCCID: XSX-1013 & Power Cord 6. 2-Canon batteries (rechargeable) 7. Apple iPhone model A1303 & power cord 8. Card Reader S/N: 21120436104905 9. Night light & power cords 10. HP Protector Smart laptop + powercord 11. Sandisk Ultra Compact Flash 15Mb/s 4GB #8; Sun Disk Extreme Compack Flash 60 MB/S 32GB |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | e. Records and information relating to the e-mail account jameswells69@hotmail.com and mjw55@hotmail.com;<br>f. Records and information related to travel by James WELLS; and<br>g. Records and information relating to the command or co-workers at COMMSTA Kodiak.<br>2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):<br>a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;<br>b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security | | | |
| | | | | | | | as well as evidence of the presence or absence of security software designed to detect malicious software;<br>c. evidence of the lack of such malicious software;<br>d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;<br>e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;<br>f. evidence of the times the COMPUTER was used;<br>g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;<br>h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;<br>i. records of or information about Internet Protocol addresses used by the COMPUTER;<br>J. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and | | | |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | and records of user-typed web addresses; k. contextual information necessary to understand the evidence described in this attachment. 3. Routers, modems, and network equipment used to connect computers to the Internet. | | | |
| 3:12-mj-00253-DMS | Iphone seized under SW-00158 | 8/17/12 8:55 AM | N/A | N/A | N/A | Apple iPhone, seized under search warrant 3 :12-mj-00158, currently located at the Kodiak Police Department in Kodiak, Alaska. | 1. All electronically stored information relating to violations of Title 18~ United States Code, Section 1111(a) (Murder) and 1114 (Murder of a Federal Officer or Employee) those violations involving James M. WELLS and occurring from January 1, 2000 through the date of the execution of the warrant, including: a. Photographs of WELLS while engaged in any activity in possession of any handgun that is silver or metallic colored, or any .44 magnum revolver; b. Records and information relating to researching or acquiring any firearm or ammunition; c. Records and information ·relating to possible sellers of firearms, including all telephone numbers, email addresses and addresses, with the names associated with those telephone numbers and addresses; d. Records and information relating to the finances of James WELLS including all records of banks, credit unions, savings and loan associations, credit card companies and accounts, debit cards, investment accounts; e. Records and information relating to the e-mail account jameswells69@hotmail.com and mjw55@hotmail.com; | N/A | N/A | N/A |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | f. Records and information related to travel by James WELLS; and<br>g. Records and information relating to the command or co-workers at COMMSTA Kodiak.<br>2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):<br>a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;<br>b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;<br>c. evidence of the lack of such malicious software; | | | |
| | | | | | | | d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;<br>e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;<br>f. evidence of the times the COMPUTER was used;<br>g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;<br>h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;<br>i. records of or information about Internet Protocol addresses used by the COMPUTER;<br>j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and<br>k. contextual information necessary to understand the evidence described in this attachment. | | | |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:12-mj-00347 JDR | 365 Pavloff Circle | 11/13/12 2:08 PM | 11/15/12 9:10 AM | 11/15/2012 | N/A | The property to be searched is 365 Pavloff Circle Kodiak, AK 99615, further described as Blue 2 story dwelling/reddish colored roof, and curtilage located in the Bells Flats area. | Automatic and pneumatic nailers. Nails configured for use in automatic or pneumatic nailers. | "See Attached Single Page from Case No. 70A-AN-15667" | (1) Hitiachi Nail Gun NR 90AE(S) (1) Hitachi Brad Nailer 50AE2(S) (8) Misc. Nails (12) Misc. Nails (4) Rows Hitachi Framing Nails (4) Rows Collated Framing Nails (4) Rows Collated Framing Nails (4) Rows Hitachi Nails Round Head Plastic | N/A |
| 3:12-mj-00348 JDR | Person of James Michael Wells | 11/13/12 2:52 PM | 11/14/12 6:15 PM | N/A | N/A | The person of JAMES MICHAEL WELLS, residing at 365 Pavloff Cir, Kodiak, Alaska. Date of Birth: 6/24/1951 SSN: 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 | a. Human head hairs, 5 hairs to be combed, and 5 hairs each from the top, front, back, and both sides to be plucked, for a total of 25 hairs to be plucked. b. The hairs will be collected by a member of the FBI Anchorage Evidence Response Team. | "25 plucked head hairs and combings" | N/A | N/A |
| 3:12-mj-00349 JDR | Person of Nancy Wells | 11/13/12 2:55 PM | 11/14/12 6:15 PM | N/A | N/A | The person of NANCY JEAN WELLS, residing at 365 Pavloff Cir, Kodiak, Alaska, Date of Birth: 11/07/1950 SSN: 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 | a. Human head hairs, 5 hairs to be combed, and 5 hairs each from the top, front, back, and both sides to be plucked, for a total of 25 hairs to be plucked. b. The hairs will be collected by a member of the FBI Anchorage Evidence Response Team. | "25 plucked head hairs and combings" | N/A | N/A |
| 3:13-CR-00028 JDR | Winchester Marlin 94AE 44 | 2/21/13 2:47 PM | 2/22/13 4:30 PM | 2/22/2013 | N/A | Winchester model 94AE .44 caliber rifle serial number 6525630 belonging to James Wells but currently in the custody of the Alaska State Troopers in Kodiak Alaska | Test fire the rifle described in ATTACHMENT A (Winchester model 94A8.44 caliber rifle serial number 6525630 belonging to James Wells but currently in the custody of the Alaska State Troopers in Kodiak Alaska) for the purpose of obtaining suitable casings for comparison to casings recovered from James WELLS pickup truck as authorized by search warrant 3:12-mj-00156. | "See attached receipt FD-597 dated 2/22/13 Case #3:13-CR-00028-JDR" | 2/22/13 1) One Winchester 94A (illegible) ser 6525630 | N/A |
| 3:13-CR-00039 JDR | 365 Pavloff Circle | 2/21/13 2:51 PM | 2/22/13 12:30 PM | 2/22/2013 | N/A | The property to be searched is 365 Pavloff Circle Kodiak AK 99615 further described as Blue 2 story dwelling reddish colored roof and curtilage located in the Belis Flats area. | Small caliber firearm type casings and material to which they are attached manufactured for use in any type of tool capable of driving a nail parts for reconfiguring such a tool to drive a larger or smaller nail as well as nails that appear to have been operated on by this type of tool or nails that appear to be capable of use in this type of tool | "See attached receipt FD-597 dated 2/22/13 case # 3:13-CR-00039-JDR" | Hilti booster strip; various nails (36) | N/A |
| 313-mj-00144 JDR | 365 Pavloff Circle | 5/23/13 1:25 PM | 5/25/13 8:22 AM | 5/25/2013 | N/A | The property to be searched is 365 Pavloff Circle Kodiak AK 99615 further described as a blue and beige two story dwelling reddish colored roof and curtilage located in the Bells Flats area. | Leupold rifle scope, serial number N157250. | "Nothing seized - See attached FBI form FD-597 signed by SA Daryl Allison on 5/25/13." | Nothing seized | N/A |
| 3:13-mj-00163 DMS | 365 Pavloff Circle | 5/25/13 3:33 PM | 5/25/13 3:45 PM | 5/25/2013 | N/A | The property to be searched is 365 Pavloff Circle Kodiak AK 99615 further described as a blue and beige two story dwelling/reddish colored roof and curtilage located in the Bells Flats area. | Photographs of miscellaneous swords. | "See attched FBI form FD-597 signed by SA Daryl Allison on 5/25/13." | 1.) One USCG Ceremonial sword engraved with name John A. Stein 2.) One case for item 1 with initials J.A.S/USCG 3.) One Japanese sword approx. 40 or 45 inches 4.) One Japanese sword approx 30 inches in length with scabbard | N/A |

| SW Number | Subject | Issue Date & Time | Return Date & Time | Property Receipt Date | Evidence Log Date | Attachment A, Places and Person(s) to be searched: | Attachment B, Items to be seized: | Seized items listed on 1st page of return | Seized items listed in FD-597 (Property Receipt) | Seized Items listed in Evidence Log |
|---|---|---|---|---|---|---|---|---|---|---|
| 3:13-mj-00285-DMS | 365 Pavloff Circle | 9/20/13 2:02 PM | N/A | 9/24/2013 | N/A | The property to be searched is Lot 3B and Lot 3C, block 1, Bells Flats, Alaska, having the address 365 Pavloff Circle, Kodiak, Alaska. All property with the exception of the residence. | Expended bullets and bullet fragments. | N/A | 1 - Possible slug<br>2 - Possible Slug<br>3- Possible slug<br>4- Possible slug<br>5 - Poss.ible slug<br>6 - Log with possible metal<br>7 - possible piece of metal<br>8 - Possible metal fragment<br>9 - Possible metal fragment<br>10 - Possible metal fragment<br>11- Possible metal fragment<br>12- Possible metal fragment<br>13 - Possible metal fragment<br>14- Possible slug<br>15- Possible piece of metal<br>16 - Possible metal fragment<br>17- Possible slug<br>18- possible slug<br>19- Possible slug<br>20- Possible slug           21- possible slug<br>22 - Possible slug<br>23 - Possible Slug<br>24 - Possible slug<br>25 - Possible slug<br>26 - Possible slug<br>27- Possible slug<br>28 - Possible slug<br>29- Possible slug<br>30- Possible Slug | N/A |
| | | | | | | | | | 31- Possible slug<br>32- Possible slug<br>33- Log<br>34- Log (large)<br>35 - Film cannister. TMAX 100 24 exposure<br>36- Piece of metal ·<br>37- Possible metal slug<br>38- Possible metal slug<br>39- Possible metal slug<br>40- Possible metal slug<br>41 - Possible slug<br>42- Log | |