# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Lot ▮▮▮▮▮▮▮▮▮▮, Alaska, having )   Case No. 3:13-mj-00285-DMS
the address ▮▮▮▮▮▮, Kodiak, Alaska. )
Legal Description: ▮▮▮▮▮▮▮▮ )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of _____ Alaska _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1111(a) | Murder |

The application is based on these facts:
See Affidavit of SA Andersen

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SIGNATURE REDACTED

_____
Applicant's signature

Denise F. Andersen, Special Agent, CGIS
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/20/13

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
_____
Judge's signature

City and state: Anchorage, Alaska

Deborah M. Smith, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF ALASKA

IN THE MATTER OF THE SEARCH OF:
Lot ███████████████, Alaska,
having the address ███████, Kodiak,
Alaska.

Case No. 3:13-mj-00285-DMS

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE BULLETS

I, **Denise F. Andersen**, being first duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search for and seize bullets and bullet fragments from property surrounding the residence of James Wells located at ███████, Kodiak, Alaska 99615.

2. I am a Special Agent (SA) Denise F. Andersen of the United States Department of Homeland Security, Coast Guard Investigative Service (CGIS). I have been so employed for approximately six and one half years. I am currently assigned to the CGIS Resident Agent Office, Anchorage, Alaska and the FBI Joint Terrorism Task Force, Anchorage Field Division, and have been so assigned for the past three years. As a part of my official duties, I investigate violent crimes committed in areas under the special maritime and territorial jurisdiction of the United States.

### PROBABLE CAUSE

3. The evidence set forth in this affidavit provides probable cause to believe that contraband, fruits of crime, other items illegally possessed, or evidence regarding the murders of United States Coast Guard Electronics Technician First Class (ET1) James A. Hopkins and United States Coast Guard Civilian Employee Richard W. Belisle on April 12, 2012, at Building T2 (Rigger Shop) United States Coast Guard Communications Station Kodiak, AK (approximately mile two (2) of Anton Larsen Bay Road, Kodiak, AK) in violation of Title

SEP 20 2013

18, United States Code, Section 1111(a) (Murder) and 1114 (Murder of a Federal Officer or Employee) may be found at the locations described in Attachment A.

4. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge; my review of documents, interview reports and computer records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

5. The following search warrants have been previously issued as part of this investigation:

| Warrant # | Date | Location to be Searched | Items to be Seized | Judicial Officer |
|---|---|---|---|---|
| 3:12-mj-00155 | 4/13/12 | Blue Honda CR-V | Guns, gun accessories, blood stained items | Roberts |
| 3:12-mj-00156 | 4/13/12 | White Dodge Pickup | Guns, gun accessories, blood stained items | Roberts |
| 3:12-mj-00157 | 4/13/12 | Wells' Residence | Guns, gun accessories, blood stained items | Roberts |
| 3:12-mj-00158 | 4/13/12 | Wells' iPhone | GPS Location Data | Roberts |
| 3:12-mj-00160 | 4/15/12 | Wells' Residence | Fingernail clippings, hair, drain trap | Burgess |
| 3:12-mj-00161 | 4/15/12 | Wells' iPhone | GPS Location Data | Burgess |

2

SEP 20 2013

| | | | | |
|---|---|---|---|---|
| 3:12-mj-00163 | 4/16/12 | Blue Honda CR-V | Trace evidence Tire impressions Photo/video | Thompson |
| 3:12-mj-00164 | 4/16/12 | White Dodge Pickup | Trace evidence | Thompson |
| 3:12-mj-00166 | 4/18/12 | Wells' Residence – Septic System | Guns, gun accessories, blood stained items | Thompson |
| 3:12-mj-00167 | 4/18/12 | Person of James Wells | Photographs, DNA samples, fingerprints, fingernail scrapings | Thompson |
| 3:12-mj-00168 | 4/18/12 | White Dodge Pickup | Spare Tire | Thompson |
| 3:12-mj-00172 | 4/21/12 | Wells' Residence | Guns, gun accessories | Burgess |
| 3:12-mj-00182 | 5/23/12 | Wells' Office Desk | Evidence of motive, purchases, travel, photographs, and telephone numbers | Smith |
| 3:12-mj-00251 | 8/17/12 | Wells' Residence | Electronically stored information | Oravec |
| 3:12-mj-00252 | 8/17/12 | Person of James Wells | Electronically stored information | Oravec |
| 3:12-mj-00253 | 8/27/12 | Apple iPhone | Electronically stored information | Oravec |
| 3:12-mj-00347 | 11/13/12 | Wells' Residence | Nail gun | Roberts |
| 3:12-mj-00348 | 11/13/12 | James Wells | Hair | Roberts |

3

SEP 2 0 2013

| | | | | |
|---|---|---|---|---|
| 3:12-mj-00348 | 11/13/12 | Nancy Wells | Hair | Roberts |
| 3:12-jdr-00028 | 02/21/13 | Winchester rifle | Test firing of rifle | Roberts |
| 3:12-jdr-00039 | 02/21/13 | Wells' Residence | Nail gun charges, nails | Roberts |
| 3:13-mj-144-jdr | 5/23/13 | Wells' Residence | Rifle scope | Smith |
| 3:13-mj-000163-dms | 5/25/13 | Wells' Residence | Three swords | Smith |

6. Suspect Name: James Michael Wells
   Date of Birth: ▇▇▇

7. Residence Address: ▇▇▇ Kodiak, AK 99615
   Residence Description: Blue and beige two-story dwelling/reddish colored roof

8. A review of property records in Kodiak Borough disclosed that James Michael WELLS and Nancy Jean WELLS are the owners of the residence described above. Employment records maintained by the United States Coast Guard disclose that James Michael WELLS resides at ▇▇▇, Kodiak, AK 99615.

**Jurisdictional Matters**

9. James M. WELLS is employed by the United States Coast Guard as an Antenna Maintenance Specialist (Wage Grade 10) at United States Coast Guard (USCG) Communications Station (COMMSTA) Kodiak, AK. He has been employed there since approximately 1990.

10. On April 12, 2012 at 7:47 a.m., Alaska State Troopers (AST) responded to a 911 emergency call from USCG COMMSTA Kodiak. On arrival, AST found Coast Guard Police Department (CGPD) and Coast Guard Fire Department (CGFD) on scene responding to the emergency call. On AST's entrance into the Rigger Shop, Troopers found two adult males on the floor of the Rigger Shop with several medical personnel present. Both victims appeared to be moved from their original positioning by medical personnel.

11. The first victim observed by AST was ET1 James Hopkins, who was lying on his back with one gunshot wound to his right torso and wounds to his mouth and nose area. He also had what appeared to be wounds to his right arm and lost a large amount of blood that had started to coagulate on the floor.

4

SEP 2 0 2013

12. The second victim observed by AST was USCG Civilian employee Richard W. Belisle. Belisle was found in a separate office from the first victim, lying on the floor with at least one gunshot wound to the torso, a small amount of blood on the floor, and Belisle's face had a dark discoloration.

13. Physically, COMMSTA Kodiak is comprised of two primary buildings, T1 and T2. Building T1 is the main facility, housing the command staff, operations personnel, and most of the maintenance personnel.

14. Building T2, also known as the Rigger Shop, is the workplace of the antenna maintenance staff. Building T2 is on the same grounds as T1, located approximately 100 yards away.

15. The COMMSTA, including Building T2, is on property owned by the United States Coast Guard, an agency of the Department of Homeland Security. USCG District 17 Legal Counsel has informed me that this building is within the Special Maritime and Territorial Jurisdiction of the United States as set forth in 18 U.S.C. § 7(3) because it has been reserved or acquired for the use of the United States.

16. ET1 (Petty Officer First Class – Electronics Technician) Hopkins was an active-duty member of the United States Coast Guard, and was an employee of the United States. He was present at the Rigger Shop for the performance of his official duties which began at 8:00 a.m. on April 12, 2012.

17. Mr. Belisle had been a civilian employee of the United States Coast Guard since November 13, 2005. He was present at the Rigger Shop for the performance of his official duties which began at 7:00 a.m. on April 12, 2012.

### Indictment of James Michael WELLS

18. On February 19, 2013, a Federal Grand Jury in the District of Alaska indicted James Michael WELLS for the murder of Richard Belisle and ET1 James Hopkins, in violation of 18 USC 1111 (a) and (b), and 1114, and for the use of a firearm during the commission of the murders in violation of 18 USC 924(c)(1)(A) and (B)(ii), and 924(j)(1).

### Evidence in Support of Probable Cause

19. Based on analysis by the Alaska medical examiner and the Alaska Crime Laboratory, Hopkins was shot two times and Belisle was shot three times, for a total of five shots. At the autopsy of Richard Belisle, the Medical Examiner removed a projectile from the cervical spine of Mr. Belisle. The projectile was intact, and was removed without further marking the item. That item has been submitted to forensic examination at the Alaska Scientific Crime Detection Laboratory. Findings are that the projectile is a .44 caliber bullet bearing markings of a 5-right twist, consistent with a Smith & Wesson Model 29/629 revolver, a Taurus revolver, or a Llama revolver. In searches conducted to date, investigators have not located

5

SEP 20 2013

Exhibit S - Page 6 of 19
Case 3:13-cr-00008-SLG   Document 143-19   Filed 10/04/13   Page 6 of 19

such a weapon. Thus, law enforcement does not have possession of the murder weapon at this time.

20. John Stein, a former supervisor and friend of WELLS, was interviewed on several occasions prior to this application. Stein stated that he briefly moved in to WELLS' residence in approximately 1996, while he was in the process of selling his house.[1] Stein brought his gun safe containing his collection of at least thirty firearms, including twenty-four to twenty-six hand guns, ten to twelve long guns, and a Thompson sub-machine gun, with him to WELLS' residence. After his brief stay at the WELLS' residence, Stein traveled internationally for approximately six months, leaving his firearms collection and safe with WELLS at WELLS' residence. Stein stated that when he returned to Kodiak and inspected his firearms, a .44 magnum caliber Smith and Wesson model 629[2] stainless steel revolver with a six-inch barrel, was missing from his collection. WELLS told Stein that he did not know what had happened to the revolver. Stein arranged for his collection of firearms to be sent to his brother, Terrence Stein, in Wauwatosa, Wisconsin.[3] Stein stated that his brother filed a police report regarding the missing firearm with the Wauwatosa Police Department, and that his brother maintained paperwork on all of the firearms.

21. Terrence Stein was interviewed by agents and produced a letter, signed by John Stein, addressed to the Alaska State Troopers (AST), Kodiak, Alaska. Notations on the letter indicate that it was faxed to AST at the phone number (907) 486-5810, at 11:53 a.m., on August 21, 1997. The letter stated that in June of 1996, "I decided to leave my gun safe and guns with a friend. He was provided the combination to the safe." The letter then stated "I then left the U.S. for a period of six months. When I returned to Kodiak in January of 1997, I noticed that one revolver was missing." The letter identified the missing firearm as a .44 magnum stainless steel Smith and Wesson model 629 revolver, serial number AJL2172. The letter also stated "For further information you may contact Mr. Jim WELLS on Pavloff Lane in Bells Flats."

---

[1] During the first interview of Stein, he stated that he lived with WELLS for approximately two months. During the second interview of Stein, he stated that he lived with WELLS for approximately two weeks.

[2] During the first interview, Stein stated that the missing firearm was a .44 magnum model **625**. During the second interview, without prompting from agents regarding the model number, Stein stated that he had misspoken during the initial interview and that the missing firearm was a model **629**.

[3] During the first interview with John Stein, he stated that he initially left the U.S. in 1996 and traveled internationally for approximately six months before returning to Kodiak, at which time he discovered the firearm was missing. He stated that he then resumed his international travel for approximately five years. During the second interview, Stein stated that he traveled internationally for five years, then returned to Kodiak and discovered that the weapon was missing.

6

SEP 20 2013

22. On June 12, 2013, agents interviewed Matthew Wells (hereinafter Matthew), the son of JAMES WELLS. Matthew stated that his family, along with STEIN, had fired guns into the hill beside WELLS' residence in the past.

23. On July 9, 2007, agents interviewed Henry Pennington, a friend of JAMES WELLS. Pennington stated that WELLS had asked him to come shoot at his (WELLS') residence in the past, stating "We shoot at our house, come by sometime." Pennington did not feel comfortable shooting guns at WELLS' residence and did not accept the offer.

24. On July 11, 2013, agents interviewed Robert Pletnikoff. Pletnikoff stated that WELLS told him that he (WELLS) engaged in target shooting off of his back porch and had invited Pletnikoff to come to his residence and participate. Pletnikoff declined the offer. Pletnikoff could not remember when WELLS invited him, but stated that it was at least five years ago.

25. On July 12, 2013, agents interviewed John Stein. Stein remembered shooting guns off the back porch at WELLS' residence. Stein did not recall shooting his missing .44 caliber revolver at WELLS' residence.

26. On August 6, 2013, agents interviewed several neighbors of WELLS, none of whom remembers seeing WELLS shooting guns at his residence. One neighbor did recall hearing gunshots in the area but could not determine from where the sound originated. Another neighbor of WELLS stated that he has fired his guns into the hill behind his own residence at times.

27. To date, the investigation has been unable to locate any individual that recalls seeing WELLS or anyone else shooting the firearm missing from Stein's collection at the WELLS' residence. The investigation has not been able to determine when the last time firearms were discharged at the residence.

28. An FBI laboratory employee, who is an expert in the field of metallurgy, has verified that the metals present in bullets, although subject to corrosion, may persist indefinitely in some conditions.

### Search Procedures

29. The search will be conducted using metal detectors and visual inspection of the search area. A member of the FBI Anchorage Evidence Response Team has tested and verified that the metal detectors to be used will detect both lead and copper. These tests were conducted on expended .44 magnum rounds. Excavation will be done with hand tools and limited to areas where agents believe, through visual inspection or positive response from metal detectors, that expended bullets may be present. Some removal of vegetation will be required to ensure a thorough search is conducted as well as to ensure the safety of the search team.

7



SEP 2 0 2013

## CONCLUSION

30. I submit that this affidavit supports probable cause for a warrant to search for and seize bullets from Lot ███████████████████████, Alaska, at the address ███████ Kodiak, Alaska, owned by JAMES and Nancy WELLS, as evidence relating to violations of Title 18, United States Code, Section 1111(a) (Murder) and 1114 (Murder of a Federal Officer or Employee) those violations involving James M. WELLS.

Respectfully submitted,

**SIGNATURE REDACTED**

DENISE F. ANDERSEN
Special Agent
Coast Guard Investigative Service

Subscribed and sworn to before me on September 19, 2013  DS 9/20/13

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
**SIGNATURE REDACTED**
UNITED STATES MAGISTRATE JUDGE

8

SEP 20 2013

## ATTACHMENT A

*Property to be searched*

The property to be searched is Lot ███████████████████████, Alaska, having the address ██████████, Kodiak, Alaska. All property with the exception of the residence.

| Property ID | ███████ |
|---|---|
| Last Name | WELLS |
| First Name | JAMES |
| Legal Description | ████████████████████████ |
| Street Address | ██████████ |
| Tax Code Area | 9 |
| School District | KISD |
| Exempt Code | N/A |
| Zoning Type | RR1 |
| Property Use | SFR |
| Mailing Address | ██████████ ████████ 15 |
| Land Value | 66000 |
| Misc Value | 0 |
| Building Value | 137000 |
| Total Value($) | 203000 |

9

SEP 2 0 2013



10

султ 20 2013

## ATTACHMENT B

*Property to be seized*

Expended bullets and bullet fragments.

SEP 20 2013

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Lot ▮▮▮▮▮▮▮▮▮▮▮▮▮, Alaska, having<br>the address ▮▮▮▮▮▮▮▮, Kodiak, Alaska.<br>Legal Description: ▮▮▮▮▮▮▮▮ | )<br>)<br>) Case No. 3:13-mj-00285-DMS<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    Oct. 4, 2013
                                                                                  *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    Deborah Smith
    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                                          ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 2:02 pm  9/20/13     /S/ DEBORAH M. SMITH
                                           U.S. MAGISTRATE JUDGE
                                           SIGNATURE REDACTED

City and state:  Anchorage, Alaska         Deborah M. Smith, U.S. Magistrate Judge
                                           *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:13-mj-00285-DMS | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is Lot ███████████████████████, Alaska, having the address ███████████, Kodiak, Alaska. All property with the exception of the residence.

| Property ID      | ███████ 1         |
|------------------|-------------------|
| Last Name        | WELLS             |
| First Name       | JAMES             |
| Legal Description| ███████████████   |
| Street Address   | ███████████       |
| Tax Code Area    | 9                 |
| School District  | KISD              |
| Exempt Code      | N/A               |
| Zoning Type      | RR1               |
| Property Use     | SFR               |
| Mailing Address  | ███████████<br>KODIAK, AK 99615 |
| Land Value       | 66000             |
| Misc Value       | 0                 |
| Building Value   | 137000            |
| Total Value($)   | 203000            |



10

SEP 2 0 2013

## ATTACHMENT B

*Property to be seized*

Expended bullets and bullet fragments.

11

SEP 2 0 2013

FD-597 (Rev 8-11-94)

Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 70A-AN-15667**

On (date)   9/24/2013

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)
(Street Address)
(City)    Kodiak, AK

**Description of Item(s):**

1 - Possible slug
2 - Possible Slug
3 - Possible slug
4 - Possible slug
5 - Possible slug
6 - Log with possible metal
7 - possible piece of metal
8 - Possible metal fragment
9 - Possible metal fragment
10 - Possible metal fragment
11 - Possible metal fragment
12 - Possible metal fragment
13 - Possible metal fragment
14 - Possible slug
15 - Possible piece of metal
16 - Possible metal fragment
17 - Possible slug
18 - possible slug
19 - Possible slug
20 - Possible slug

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 70A-AN-15667**

| 21 - possible slug |
| --- |
| 22 - Possible slug |
| 23 - Possible Slug |
| 24 - Possible slug |
| 25 - Possible slug |
| 26 - Possible slug |
| 27 - Possible slug |
| 28 - Possible slug |
| 29 - Possible slug |
| 30 - Possible Slug |
| 31 - Possible slug |
| 32 - Possible slug |
| 33 - Log |
| 34 - Log (large) |
| 35 - Film cannister. TMAX 100 24 exposure |
| 36 - Piece of metal |
| 37 - Possible metal slug |
| 38 - Possible metal slug |
| 39 - Possible metal slug |
| 40 - Possible metal slug |
| 41 - Possible slug |
| 42 - Log |

**Received By**  _Deah O Espelan_     **Received From** _____

(signature) _[signature]_         (signature) _____