KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | **MOTION FOR RESCHEDULING OF** |
| vs. | ) ) | **STATUS CONFERENCE** |
| JAMES MICHAEL WELLS, | ) ) ) | **[FILED ON SHORTENED TIME]** |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned

counsel, and hereby requests to reschedule the status conference in the

above captioned case, currently scheduled for Tuesday, October 15, 2013, at 10:00 a.m. Because of a misunderstanding of the record, the government did not have the status conference on its schedule. The government was informed of the hearing as a copy addressee on an electronic mail by defense counsel, and yesterday by phone call from the court clerk. Unfortunately, government counsel AUSA Schroder has a previously scheduled appointment with his child's teachers that conflict with the status conference. The conflicting appointment would be very difficult for the school to change.1

The government requests that the Court move the time of the status conference, either earlier, such as 9:00 am, or after the lunch hour. The government is available at the convenience of the Court. Government counsel has attempted to contact defense counsel by phone and electronic mail to discuss the schedule change, but counsel has been unavailable.

//

---

[1] U.S. Attorney Loeffler is out of the District on October 15, 2013.

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 2 of 3

The government requests that the Court reschedule the status conference on October 15, 2013 for the reasons cited above.

RESPECTFULLY SUBMITTED on October 11, 2013, in Anchorage, Alaska.

        s/ Karen L. Loeffler
        KAREN L. LOEFFLER
        United States Attorney

        s/ Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        United States of America

        s/ Katheen A. Duignan
        KATHLEEN A. DUIGNAN
        Special Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 3 of 3