IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[proposed]** |
| | ) **ORDER GRANTING MOTION** |
| vs. | ) **FOR RESCHEDULING OF** |
| | ) **STATUS CONFERENCE** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

The United States filed a motion to reschedule the Status Conference set for October 11, 2013.  IT IS HEREBY ORDERED.

The Status Conference is reset for October 11, 2013 at _____.

Date: _____          _____

                                                U.S. Magistrate Judge