```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   KAREN LOEFFLER AND BRYAN SCHRODER

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER

PROCEEDINGS: STATUS CONFERENCE HELD OCTOBER 16, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard parties discovery issues, production and objections.

Court and counsel heard re defendant's medical concerns while at the jail and the possibility of getting an inhaler for the defendant while in custody.

Court and counsel heard re Mr. Curtner's inquiry regarding medical report being sent to Mrs. Wells regarding the defendant's medical conditions; court will check into that issue.

Court and counsel heard re motion deadlines and parties to request any additional status conference if needed.

At 10:08 a.m. court adjourned.

DATE:   October 16, 2013      DEPUTY CLERK'S INITIALS:   CME

Revised 9-28-09