KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **GOVERNMENT'S REQUEST TO FILE OVERLENGTH BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE** |
| vs. | ) ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned

counsel, and requests permission to file an over-length response to the

Defendant's Motion to Suppress Physical Evidence (Docket 142). The Defendant's Memorandum of Law in support of his motion was 22 pages. The Government's response is 49 pages.

The Government conducted 24 searches in various phases of investigation in this case, using a "running affidavit" which added information obtained from additional searches. The defendant seeks to invalidate all of the warrants based on a number of claims including staleness, over breadth, misstatement, etc. The circumstances surrounding the warrants must be explained to include the status of the investigation at that point in time, the information actually included in the affidavits, and analysis of each of the claims made by defendant in his memorandum.

The defense used several attachments in support of its motion to suppress, whereas the government chose to include its explanation of the warrants within the body of the motion itself. This choice, as well as use of 14-point font for easier reading, caused the government's brief to exceed the standard page limit.

Counsel for the government contacted defense counsel, who did not oppose this motion. Therefore, the United States requests that it be allowed to file the attached 49-page brief in support of its opposition to the defense motion.

RESPECTFULLY SUBMITTED on October 18, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR			Page 3 of 3