IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) | **[proposed] ORDER GRANTING UNITED STATES' REQUEST TO FILE OVERLENGTH BRIEF** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

Having considered the United States' motion to file an over-length response to the Defendant's Motion to Supress Physical Evidence (Docket 142), the United States' Motion is hereby GRANTED.

Date: _____          _____

                                                    U.S. District Court Judge