```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS  CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:      KAREN LOEFFLER AND KATLEEN DUIGNAN

DEFENDANT'S ATTORNEY:          F. RICHARD CURTNER

PROCEEDINGS: ORAL ARGUMENT ON OBJECTIONS TO MJ ORDER (DKT 140)
            HELD OCTOBER 21, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Court and counsel heard re Order I: the language in the order
will be changed to "Encouraged to Follow" rather than "Directed
to Follow".

Court and counsel heard re Order II: Brady Materials, Jenks Act,
Giglio and production of evidence.

Court and counsel heard re Order III: witness statements.

Court and counsel heard re Order IV: The Government is ordered to
produce and provide the defendant with a list of Evidence that
"Might Reasonably be Subject to a Motion to Suppress or other
Pretrial Challenge"; court will strike that clause.

Court and counsel heard re Order V: The Government is ordered to
provide the names and contact information for all law enforcement
witnesses (1) Participated in the search warrants (2) Seized the
defendant's property by consent (or other warrant exception), (3)
Entered the crime scene; **GRANTED** court will strike that clause.

Court and counsel heard re Motion for Leave to File Excess Pages
(DKT 151) **GRANTED.**

Court and counsel heard re Mr. Curtner to file an affidavit
outlining the facts and frame the issues to be filed on or before
**October 25, 2013.**

Evidentiary Hearing set **November 12, 2013 at 9:30 a.m.**

Court and counsel heard re court will allow telephonic witnesses
if the parties are in agreement.

At 10:45 a.m. court adjourned.


DATE:    October 21, 2013    DEPUTY CLERK'S INITIALS:    CME
Revised 9-28-09