UNCLASSIFIED

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



1000 Custer Hollow Road
Clarksburg, WV   26306

File Number: 70A-AN-15667

Requesting Official(s) and Office(s): Kirsten Wise, Anchorage

Task Number(s) and Date Completed: 5650, 10/2/2012

Name and Office of Linguist(s): Linda A. Johnson, WVTAC

Name and Office of Reviewer(s): Judith L. Snedeker, WVTAC

Source Language(s): English

Target Language: English

Source File Information
    Name of Audio File or CD:  02_5650 Session 2

VERBATIM TRANSCRIPTION

Participants:
    JS          SA Joe Sturgis, CGIS
    MJ          SA Matthew Judy, FBI
    DR          Don Rudat

Abbreviations:
    PH          Phonetic
    UI          Unintelligible
    IA          Inaudible
    OV          Overlapping Conversation
    [ ]         Translator's Notes

UNCLASSIFIED

JS: This is Joe Sturgis of the Coast Guard Investigative Service, uh, doing a joint interview with --

MJ: With Matthew Judy of the FBI.

JS: -- at twenty-two zero six [2206]. Uh, we're going to interview a Mister Don Rudat.

MJ: Alright. Yeah, we just want you to, to start from when you left on your run and just walk us through that, --

DR: [OV] Okay.

MJ: -- that morning.

DR: [OV] Well, I left the hotel this morning, the Comfort Inn. Um, it was about six thirty-eight [0638]. Um, I was shooting for thirty minutes out and thirty minutes back, and it wasn't a run. It was just a walk. Um, I went all the way past the COMMSTA, I don't know, maybe a hundred yards past the COMMSTA, and turned around at, I'd say, probably, uh, seven-ten [0710] and came back to the hotel.

MJ: Okay. When you were up there, did you see any cars parked alongside the road as you were going up or…?

DR: No, um, I noticed all the cars coming into work, maybe a few cars going out. I figured it was shift turnover. Um, you know, it was daylight so… you know, most of the-the personnel I saw going towards the, uh, COMMSTA were all in Coast Guard uniform, Um, with the exception of one, maybe two, vehicles that had people in civilian clothes.

MJ: Mm-hmm.

DR: Um, I've been… this is my third trip to Kodiak. So… knowing that, you know, I guess, I was kind of curious in a way where they worked, or if they worked at the COMMSTA or not.

MJ: Mm-hmm.

DR: Um, nothing out of the ordinary. There were no cars parked alongside the road. Everything I saw was moving, like they were going towards the COMMSTA.

MJ: Okay.

DR: Going to work, maybe. That's what I assumed.

MJ: Alright. How about any cars not going there? Did you see any, like, when you passed it, that just kept going?

DR: Well, no. Um, the-the main drive and then, you know, where the main building is --

MJ: [OV] Mm-hmm.

DR: -- and then, I'm assuming, the maintenance shed, um, I-I probably didn't go a hundred yards past that. That's about thirty minutes walking time --

MJ: Okay.

DR: -- from the hotel, and, um, I saw no cars going past that point. I mean, cars that I passed were coming back towards the hotel, um, I assumed were going to the COMMSTA --

MJ: Okay.

DR: -- just because I know that the golf course is down that way. I've played golf there before, but not assuming there was anybody going to work anywhere beyond that point, you know?

MJ: Yeah. Okay. And you didn't see anybody in the trees, you know, anybody walking out from --

DR: [OV] No.

MJ: -- anywhere?

DR: No.

MJ: Uh, anybody else on foot?

DR: No. I was it.

MJ: Okay. Any cars that stood out to you at all that, for some reason, you thought that's just--

DR: [OV] No, um,...

MJ: -- different?

DR: Now, I can't say with a hundred percent certainty, I saw one, I think, a pickup. It was a pickup. I would say a red Dodge --

MJ: Mm-hmm.

DR: -- that had somebody in civilian, you know, obviously a civilian with a beard. Um, that stuck out to me. You know, because I'm expecting to see nothing but Coast Guard members --

MJ: [OV] Mm-hmm.

DR: -- headed that direction. Um, that was the only one that stuck out to me.

MJ: Okay.

DR: Everyone else I saw was in Coast Guard uniform, and it struck me today, because today was a beautiful day, thinking, wow, this would be a great place to work, you know, seeing this kind of scenery.

MJ: Mm-hmm.

DR: Um, nothing else stood out.

MJ: Okay. Can you describe that guy a little bit more?

DR: Um, I would say he was heavyset. Um… uh… darker hair. Um, if I… again, seeing him in a car, but just looking at him, you know, more of a heavier weight. Um, that stuck out. Was not, uh, a military or Coast Guard member.

MJ: Okay.

DR: Um, heavier weight civilian. Um…

MJ: [OV] Mm-hmm. Wearing a ball cap, or…?

DR: No. There was no cap. It was, uh, just the… what stuck out to me was the beard. It was the first thing I recognized. And then, um, you know, civilian attire, obviously.

MJ: [OV] Mm-hmm.

DR: Um…

JS: [OV] What color was the beard?

DR: Dark. Dark color.

MJ: Was it, uh, like, n-neat-neatly cut?

DR: Yes-s. Yeah. It wasn't unkempt or anything. And it was, you know, one of many vehicles that I saw going by me. Um, I wouldn't have a good number. Just say ten cars, eight cars, six cars, but, um, it was that time of the morning where I figured everybody was going to work so, um, it didn't really stick out to me other than the fact that, well, that was a civilian. Um, uh, again, out that stretch of road, and knowing who works out there, you know, I would wave to most everybody, --

MJ: [OV] Mm-hmm.

DR: -- and I'd get a wave back. So…

MJ: Okay.

DR: Nothing stuck out from out of the ordinary, out of any of them other than that one-one vehicle.

MJ: Okay. Were you wearing earphones, listening to music or anything?

DR: Um, [clears throat] I was on the way out, um, about the time I turned around, I got a call from my-my assistant ops boss back in ATC Mobile [PH], and, pretty much, from there all the way back for probably, uh, fifteen minutes [15] on the phone, um, on the phone. I wasn't listening to headphones at that point.

MJ: Okay. Did you hear anything that sounded odd?

DR: Well, at-at the-the point that I turned around, I would say it was seven-ten [0710], when I turned around, um,…

[phone rings]

JS: That's me. Keep going.

DR: Okay. Yesterday, I had spent most of the day out there. [ringing] I'm here with two other members that had dropped me off [ringing] and then went back to work in the aircraft in. I was working the comms desk [UI], and there's a maintenance… I-I'm not sure what it's, but we assumed it was a maintenance facility separate from the, where the Communications Watch Desk is.

MJ: Mm-hmm.

DR: Um, at the point that I turned around to come back today, um, I did hear the, a-a-a clap that I thought was, like, sheet metal, like somebody had dropped a grate or, um, a piece of metal --

MJ: Mm-hmm.

DR: -- against the floor. That was probably right about seven-ten [0710].

MJ: Okay.

DR: Um, I chalked it up to that, you know, thinking that that's a maintenance facility, it's the, uh, the building with the two Sno-Cats parked next to it.

MJ: Mm-hmm.

DR: Um, I chalked it up to nothing more than that --

MJ: Okay.

DR: -- at that point in time.

MJ: At the time it didn't really seem --

DR: [OV] No. It, um,…

MJ: [OV] -- too odd?

DR: I haven't been around guns or anything at that point, you know, for a long time now, uh. To me, it struck me as somebody had just dropped a piece of metal gear or device, you know, on the floor, and --

MJ: Mm-hmm.

DR: -- a grate. You know, like, at across a hangar.

MJ: [OV] Mm-hmm.

DR: Um, that's what it struck me as.

MJ: Okay.

DR: Yeah.

[sniff]

JS: And you said that was around seven-ten [0710]?

DR: Well, I say seven-ten [0710] because that was the point I turned around.

JS: Okay.

DR: And the time stuck out to me because I was trying to get out early today.

JS: Right.

DR: You know? And it was convenient for us 'cause we were going in later than usual. Um, at six o'clock [0600] I-I razzed [PH] into my work account back in Mobile, --

JS: Mm-hmm.

DR: -- uh, with the intention of checking e-mails and getting out, and it being six thirty-eight [0638] before I left. You know, I mean, that's why the times are so stuck in my head was… you know, we were supposed to meet at eight thirty [0830] in the, in the lobby, --

JS: [OV] Right.

DR: -- and I wanted an hour total time out. Come back, get cleaned up, and go to work. Um, so I know, you know, I looked at my watch when I left, and… alright, thirty minutes

| | |
|---|---|
| | from now I'm going to turn around and come back, and I turned around at seven-ten [0710]. |
| JS: | Okay. |
| DR: | Um. |
| JS: | Where exactly did you turn around? |
| DR: | Um, do you know the… there-there's the two driveways that go into the COMMSTA? |
| JS: | Mm-hmm. |
| DR: | Um, I went past the second driveway, past that, maybe a hundred yards. |
| JS: | Okay, and y-you're talking about up at the, at the gated building COMMSTA -- |
| DR: | N-… |
| MJ: | -- or the-the… ? |
| DR: | No, I stayed on the main road the whole time. |
| JS: | Okay. |
| DR: | There's one driveway that goes, I want to say, one driveway that goes in, and then another one goes in by the maintenance, I'm thinking it's a maintenance facility, but -- |
| JS: | Mm-hmm. |
| DR: | -- um, I went past that maybe a hundred yards. |
| JS: | Okay. Um, did you notice any [vehic]les [IA] that were parked there? |
| DR: | Um, I want to say that there was a black pickup parked next to it. 'Cause when I heard the noise I glanced over. Um, I saw what I assumed were government, um, vehicles and then a black pickup parked there. |
| MJ: | Okay. [pause] On what side of the building? |
| DR: | Um, it would be on the-the far side. Going towards Larsen's Bay [PH]. West side. I'm assuming that's the west end of the… you have the-the main COMMSTA building where the Comm [PH] Watch is? |
| JS: | [OV] Can-can you draw me a picture? |
| DR: | Yeah. |

UNCLASSIFIED
Case # 70A-AN-15667
Job # 5650


JS: Okay. Hang on. [paper shuffling] Yeah, draw me a picture of what you, what you saw and where the…

DR: Mm-hmm, truck is? [pause] Um, I'll put COMMS where the, the secure door is, going in the front.

JS: Mm-hmm.

DR: Right here. And then here's the maintenance facility.

JS: Yeah.

DR: And then over here were some GOVs [PH] or… the track vehicles or something, at the, uh, Sno-Cats.

JS: Yeah.

DR: And right in here was where the pickup was.

JS: Okay.

DR: Parked between the-the building and the vehicles to the-the left hand side of it.

JS: And there was only the one black truck there?

DR: Right.

JS: Okay.

DR: And the turn-around point, you know how the road curves up?

JS: Yes.

DR: And comes on around?

JS: Did you cross the bridge?

DR: Yes, sir.

JS: Okay.

DR: What was it, Ruskin [PH] –

JS: [OV] Yeah, Bus-, the Buskin… Where's --

DR: [OV] Number Seven [7] or… Buskin?

JS: -- uh, where's that bridge at in relation to where you're-you're drawing?

DR: The bridge is back down here.

JS: Okay.

DR: Um…

JS: And your driveways that you talked about you ran past?

DR: Uh, it was here, and I think there's another entrance right here.

JS: Okay.

DR: Um, I was well past that --

JS: Okay.

DR: -- to this point, and I did the-the turn around and came back, and when I turned around to come back is when I heard the-the clap that I assumed was grating or…

JS: [OV] You're saying approximately around seven-ten [0710] there?

DR: [OV] Yes, sir.

JS: Okay.

MJ: When you were down at this point, were there any cars --

DR: [OV] No.

MJ: -- coming this way?

DR: [OV] No.

MJ: You never saw any?

DR: Never saw anything past this point 'cause I, you know, I assumed, the golf course,… there's no reason to go down there, especially on a weekday.

JS: Right.

DR: Maybe if the snow was melted down some, it would… people would be trying to go down to, uh, Larsen's Bay or whatever. But…

JS: Okay. Alright.

DR: I never saw anything past this point, and…

MJ: Did you see any cars just-just hauling, like they were going really fast down the road?

DR: No. Nothing really stood out.

MJ: Okay.

JS: Alright. Um… Do you have any more questions at this point?

MJ: I don't. I-… No, is there anything else --

DR: [OV] No, um,…

MJ: -- that you can think of?

DR: I just… It really struck me this morning, um, about the time I got back to the hotel, seven forty-five [0745], seven forty [0740], um, hearing the sirens, and, you know, I just assumed it was someone going to work today, and it was an accident or something. So...

MJ: Mm-hmm.

DR: Um… Yeah, it was kind of chilling going to the base and then hearing… holy smokes, I was just there yesterday, and now today, you know, doing a walk out that way, so…

JS: So you say you've arrived back at the, uh, hotel at around seven…?

DR: I was at the hotel, back at seven-forty [0740].

MJ: Okay.

[papers shuffling]

DR: It's a thirty [30] minute walk from Comfort Inn out to the COMMSTA and back.

MJ: Okay.

DR: And that's the second time I've done that walk, so…

MJ: You knew it?

DR: Yeah.

MJ: Alright.

JS: And you said, just so I-I have it correct, seven, about seven forty-five [0745]?

DR: Is when I heard the sirens, yeah.

JS: Okay, what time did you say you got back?

DR: Seven-forty [0740].

JS:   Seven-forty [0740], okay.

MJ:   So departed the hotel six thirty-eight [0638]. Turned around seven-ten [0710].

DR:   Right.

MJ:   Back at the hotel at seven-forty [0740].

DR:   Yeah.

MJ:   Okay.

DR:   Yeah, I was on-on headphones all the way out. Um, probably as soon as I crossed that bridge going back is when I got the phone call talking to my assistant ops boss. I would say, probably a good fifteen [15] minutes, ten [10] minutes, on the way back, and nothing stood out from extraordinary. I mean, I was more concerned about… wildlife than --

JS:   Right, right.

DR:   -- anything else.

MJ:   Alright.

JS:   So… okay. Yeah. A clap at… you heard a kind of a loud clap of metal clacking metal, um, around seven-ten [0710]?

DR:   [OV] Yes, sir.

JS:   [OV] Other than that, there was nothing that stood out? No vehicles, --

DR:   No.

JS:   -- no people, no…

MJ:   Okay.

JS:   Yeah.

DR:   And-and, that noise? It struck me in that it sounded like somebody had just dropped a grate or… you know? And that's why I'd even glanced at the building, and then noticed the black pickup sitting there. It was, well, somebody's already gotten to work, you know, um, I assumed. Seeing the equipment that was parked around there, that was a maintenance facility. So…

JS:   Okay.

MJ:   The truck, did you say what kind of model it was, or make? Dodge, Ford?

DR: I would… it looked to me like a Dodge. You know what I mean, thinking?

MJ: Okay.

DR: Um, I can't say with a hundred-percent certainty, but just glancing at it, it appeared to me, --

MJ: [OV] Just really quick?

DR: [OV] -- it was a black Dodge.

JS: There was no other vehicles than the two GVs [PH] and that black Dodge there?

DR: By the maintenance building? No, sir.

MJ: Okay.

JS: Alright.

MJ: I can't think of anything else.

JS: I can't think so. Um, we may want to talk to you again. When are you leaving town?

DR: Um, Wednesday, uh, eleven [1100], eleven-ten [1110].

MJ: And did my, uh, cell phone show up on your-your Caller ID, [OV] when I called you?

DR: [OV] Um, yes, it did.

MJ: Okay. If you think of anything else or, you know, have any questions, --

DR: [OV] Right.

MJ: -- give me a shout. And my phone isn't working really well here. For some reason it keeps dropping calls, but --

DR: [OV] Ah, mine, too.

MJ: -- just give me time. Alright. So it's not just me. [laughs]

DR: Alright.

JS: Okay. This concludes the interview with Mister Don Rudat. Uh, end time twenty-two twenty [2220].

[noise]

[end of conversation]