```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  __JAMES MICHAEL WELLS__  CASE NO. __3:13-cr-00008-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:        KAREN LOEFFLER

DEFENDANT'S ATTORNEY:           RICHARD CURTNER

PROCEEDINGS: STATUS CONFERENCE HELD OCTOBER 21, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re pending motions referred to Magistrate Judge Roberts.

Court and counsel heard re trial scheduling.

Final Pretrial Conference set for February 5, 2014 at 9:00 a.m. and Trial by Jury set for February 18, 2014 at 8:30 a.m. were **VACATED.**

Court found excludable under 18 U.S.C. § 3161(h)(7)(B)(i) Failure to Continue would result in miscarriage of justice.

Final Pretrial Conference set for **February 18, 2014 at 10:30 a.m.**

Trial by Jury set for **February 24, 2014 at 8:30 a.m.**

Court and counsel heard re jury selection.

Status Conference set for **December 19, 2013 at 10:30 a.m.**

At 9:16 a.m. court adjourned.

DATE:   October 21, 2013    DEPUTY CLERK'S INITIALS:   NXL

Revised 9-28-09