Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION ON SHORTENED TIME FOR A ONE-WEEK EXTENSION TO FILE REPLY TO GOVERNMENT OPPOSITION TO MOTION TO SUPPRESS PHYSICAL EVIDENCE (Docket No. 142)** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, requests a one-week extension of time to file his reply to the government's opposition (Docket No. 153) to his *Motion to Suppress Physical Evidence* (Docket No. 142).

Assistant U.S. Attorney Kathleen Duignan does not oppose this motion. The government is working on providing this office with discovery for additional briefing.

This motion is being filed on shortened time because our reply is currently due this Friday, October 25, 2013.

DATED this 23rd day of October 2013.

        Respectfully submitted,

        /s/Rich Curtner
        Federal Defender
        601 West Fifth Avenue, Suite 800
        Anchorage, AK 99501
        Phone:   907-646-3400
        Fax:   907-646-3480
        E-Mail:   rich_curtner@fd.org

Certification:
I certify that on October 23, 2013,
a copy of the **_Unopposed Motion on Shortened Time for a One-Week Extension to File Reply to Government Opposition to Motion to Suppress Physical Evidence (Docket No. 142)_** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR    Page 2

Case 3:13-cr-00008-SLG   Document 156   Filed 10/23/13   Page 2 of 2