# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time for a One-Week Extension to File Reply to Government Opposition to Motion to Suppress Physical Evidence (Docket No. 142), the motion is GRANTED.

IT IS HEREBY ORDERED that Mr. Wells may have until November 1, 2013, to file his reply to the government's opposition to his motion to suppress physical evidence.

DATED this _____ day of October 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE