## NOJ-CWO
## LOG-03 Modified
### 12 Apr 2012

| ENTRIES | FREQ | SITE | TIME |
|---|---|---|---|
| **SIGN ON:** OS1 MIKE B. HASELDEN ON WATCH, PREV SIGN OFF NOTED. | | | 1525Z |
| **OOD:** CONDUCTED ROUND OF T1 PRIOR TO RELIEF. ALL DOORS AND WINDOWS APPEAR TO BE SECURE. ALL TOWER LIGHTS ARE BURNING BRIGHTLY WITH THE EXCEPTION OF T-9 BECON EXTINGUISHED. | ZUB | | 1526Z |
| **CWO:** WATCH SUPERVISOR CONDUCTED WTW PRIOR TO RELIEF - COMTAC/PERS ACCOUNTED FOR - CMS 25S CHECKED AGAINST SKL FOR CONTINUITY - NO DISCREPS FOUND | ZUB | | 1527Z |
| **QUALITY CHECK:** NAVTEX X, ZBZ5 | 516.3 | | 1540Z |
| **QUALITY CHECK:** WEAFAX, ZBZ5 | 2/4/8/12 | | 1540Z |
| **OOD:** RCDV CALL FM ET3 BEAUFORD REPORTING ET1 HOPKINS AND MR. BELISLE UNCONCIOUS AND IN A POOL OF BLOOD AT T-2. | ZUB | | 1541Z |
| **OOD:** WATCH SUPERVISOR CALLED 911 TO REPORT INJURY, OS1 HASELDEN IN ROUTE TO T2 | ZUB | | 1546Z |
| **OOD:** WATCH SUPERVISOR CALLED CGPD TO REPORT POSSIBLE INJURIES TO ET1 HOPKINS AND MR BELISLE. | ZUB | | 1547Z |
| **OOD:** WATCH SUPERVISOR NTFD COMMAND OF INJURIES TO ET1 HOPKINS AND MR. BELISLE AT T2. SPOKE WITH OPS/CMC, LEFT MSG ON XO/CO NUMBERS. | ZUB | | 1548Z |
| MBH OFF TO JSG | ZUB | | 1600Z |
| JSG OFF TO RJA | ZUB | | 1615Z |
| **OPNOTE:** OSC ANDERSON ASSUMED THE WATCH FROM OSC GERASIMOF. | ZUB | | 1618Z |
| **CWO:** OSC GERASIMOF REPORTS HE HAS BRIEFED NOJ OPS AGAIN | ZTA5 | | 1620Z |
| **OPNOTE:** OSC GERASIMOF TASKED SK1 CARTIER WITH ACCOUNTING FOR ALL PERSONNEL CURRENTLY AT T1 AND ANYONE ELSE WHO ENTERS BUILDING. | ZUB | | 1630Z |
| **OPNOTE:** WATCH SUPERVISOR TASKED WITH CALLING ALL OFF-DUTY PERSONNEL TO ACCOUNT FOR ALL PERSONNEL | ZUB | | 1635Z |
| **QUALITY CHECK:** VOBRA, QSA5 | 6501 | | 1645Z |
| **CWO:** OSC GERASIMOF REPORTS HE HAS BRIEFED NOJ CO | ZUB | | 1645Z |
| **OPNOTE:** ALASKA STATE TROOPERS ARRIVED AT T1 TO VIEW SURVEILLENCE VIDEOS OF T2/T1. OFFICER PAUL FUSSEY CONDUCTED COMPLETE SECURITY ROUND OF T1 WITH CWO OSC ANDERSON. ROUND COMPLETE, ALL SECURE. | ZUB | | 1659Z |
| **OPNOTE:** D17 NTFD/BRIEFED ON CURRENT SITUATION AT NOJ | ZTA5 | | 1703Z |
| **OOD:** GATE SECURED TO T1. DUTY ET TASKED WITH ESCORTING ANY NON-COMMSTA PERSONNEL THROUGHOUT THE BUILDING. ALL HANDS BRIEFED THAT NO ONE ALLOWED TO ENTER/DEPART T1 WITHOUT PRIOR KNOWLEDGE OF CWO/CSO DUE TO ACTIVE CRIME SCENE AT T2. | ZUB | | 1710Z |
| **CWO:** BROWN OUT OCCURED AT T1. GENERATOR DID NOT COME ONLINE. DUTY ET (ET3 ACOSTA) NTFD. CALLED SENSAPHONE TO CHECK R2. NOISE LEVEL AND TEMP OK. | ZUB | | 1850Z |
| **CWO:** HF DISTRESS VOICE BOOTH REPORTS ALL CIRCUITS OPS NML. CONDUCTED SAT RADIO CHECKS ON ALL CIRCUITS. | ZUB | | 1853Z |
| **CWO:** AIR-TO-GROUND BOOTH REPORTS ALL CIRCUITS OPS NML WITH EXCEPTION OF 5/8 MHZ AND SVN A TRANSMITTERS. SAT RADIO CHECKS CONDUCTED ON ALL OTHER CIRCUITS. | ZUB | | 1854Z |
| **CWO:** NTFD SECTOR ANCHORAGE THAT NOJ HAS 02 AIR GUARDS (CG1715 AND CG1704) AND JUST HAD A BROWN OUT. REQUESTED THEY ASSUME THEIR RADIO GUARDS IF POSSIBLE. | ZTA5 | | 1855Z |
| **CWO:** GMDSS BOOTH REPORTS ALL CIRCUITS OPS NML EXCEPT DSC ATG TRANSMITTER (XMTR 16) AND SHEMYA AND ST. PAUL REMOTE TRANSMITTERS. | ZUB | | 1856Z |
| **CWO:** SECTOR ANCHORAGE REPORTS THEY HAVE ASSUMED THE RADIO GUARD FOR CGCG1715 | ZTA5 | | 1858Z |
| **QUALITY CHECK:** NAVTEX J, ZBZ5 | 516.3 | | 1900Z |

17450

FOR OFFICIAL USE ONLY
Public availability to be determined under 5 U.S.C. and 552

NOJ-CWO
LOG-03 Modified
12 Apr 2012

| ENTRIES | FREQ | SITE | TIME |
|---|---|---|---|
| **CWO:** AIR-TO-GROUND BOOTH REPORTS ALL CIRCUITS NOW OPS NML WITH EXCEPTION OF SVN A TRANSMITTER (XMTR 18). SAT RADIO CHECKS CONDUCTED ON 5/8 MHZ TRANSMITTERS. ET'S CONTINUE TROUBLESHOOTING. | ZUB | | 1904Z |
| **QUALITY CHECK:** NAVTEX X, ZBZ5 | 516.3 | | 1940Z |
| **QUALITY CHECK:** WEAFAX, ZBZ5 | 2/4/8/12 | | 2204Z |
| **CWO:** XMTR 16 AND XMTR 18 OPS NML. ALL TRANSMITTERS OPS NML ATT. | ZUB | | 2206Z |
| **CWO:** ALL NOJ PERSONNEL NOT CURRENTLY PRESENT AT NOJ HAVE BEEN ACCT FOR VIA PHONE CALLS | ZTA5 | | 2230Z |
| **CWO:** MADE ROUND, ALL SECURE | ZUB | | 2240Z |
| **QUALITY CHECK:** NAVTEX J, ZBZ5 | 516.3 | | 2300Z |
| **QUALITY CHECK:** NAVTEX X, ZBZ5 | 516.3 | | 2340Z |
| **OPNOTE:** OSC ANDERSON CURRENTLY ON WATCH VICE OS1 HASELDEN, END OF RADIO DAY. | ZUB | | 2359Z |

**END RADIO DAY:** OS1 MIKE B. HASELDEN ON WATCH.
ETR: 1. T-9 BEACON EXTINGUISHED
    2. SHEMYA GOTHAM 2
    3. XMT ANT 22
CTR: NIL
CASREP: 1. XMT ANT #2 - 110007
    2. RLPA ANT #15 - 11008
    3. XMT ANT #19 - 12003
    4. XMT ANT #21 - 12001
    5. XMT ANT #23/24 - 12005
    6. XMT ANT #25 - 12002
    7. XMT ANT #29 - 12004
SAR/MED/COMMSKED/UMIB: NIL
SMIB: 100523Z APR 12 SECTOR JUNEAU AK (GUNEX)
ZKP: NIL
ZFH2: 1. KEYS:
    A. HOLIDAY BEACH: IN
    B. BEAR VALLEY: IN
    2. NAVTEX AND GOTHAM ASSIGNMENTS:
    A. NAUTEL #1
    B. SPLIT SITE #1 (XMIT ANT DISCONNECTED)
    3. SHEMYA #2 DISCONNECTED
    4. FLAG POLE LIGHTS OUT, COLORS DAILY UFN
    (WORK REQUEST SENT).
    5. T2 CURRENTLY A CRIME SCENE BEING INVESTIGATED BY CGI AND   FEDERAL LAW ENFORCEMENT DUE TO EARLIER SHOOTING INCIDENT DESCRIBED EARLIER IN THIS LOG.
    6. ALL PERSONNEL CURRENTLY AT T1 HAVE BEEN ORDERED NOT TO LEAVE THE BUILDING DUE TO THE ACTIVE CRIME SCENE AT T2. GATE REMAINS SECURED. NO NON-ESSENTIAL NOJ OR OTHER PERSONNEL ALLOWED TO ENTER NOJ PROPERTY.

        2400Z

OS1 MIKE B. HASELDEN-RAN
OSC RAYMOND ANDERSON