0859 P.1
T2
13 APRIL 2012
SK2 Bratcher
Log 2↳

0859  SK2 Bratcher relieves ME3 Swearingen and assumes the watch

1004  FBI D. Espeland, J. Decou, B. Finley, A. Strause on board

1011  SK2 Bratcher relieved; MILPOL assumes the watch



*Paula Bratcher*

NO FURTHER ENTRIES

**e911Pro - Call Card Information**
**ISC Military Police, Kodiak**
Printout made 04/12/12 21:35:19

| | |
|---|---|
| Entered by | W253 |
| Control Number | 20120412074741 |
| Received | 04/12/12 07:47:41 |
| Dispatched | 04/12/12 07:47:44 |
| Arrived | 04/12/12 07:48:08 |
| Finished | 04/12/12 13:12:20 |
| Address/Location | T2 TRANSMITTER SUPPORT FACILITY |
| Business Name | |
| Beat/Area | A/L |
| Type Call | T2 investigation |
| Additional Info | |
| Complainant | OS2 O'Conner |
| Contact at | |
| Unit Assigned | 250 |
| Backup | |
| Disposition | CLEAR CODE A (Advised/Mission Complete) |

**Incident Notes**

04/12/12 07:47:43- Rcvd call from OS2 O'Conner from COMSTA stating that 2 of his members found people passed out at T2 with blood in the area. OS2 called 911. ET3 Beuford and 1 other uk member. The two unconscious members were found inside of T2 in the machine shop room.

07:49:18- City medics, FIRE 402, 250, 240 and 245 E/R.

07:51:59- All unit's o/s. OOD in dispatch.

07:55:26- CGPD and F/H state scene is safe F/H will be rendering 1st aid. F/H and CGPD states members have gunshot wounds.

07:57:40- City Medics and F/H are giving care to member's status currently unknown.

08:00:40- CGIS NTFD and OOD and CGIS will be E/R to T2. All CGPD units setting up a parameter. AST o/s w/ 03 troopers and members have been declared deceased.

08:09:24- SQD 42, 47 and Fire 402 securing from scene. CGPD starting log for all persons o/s.

08:15:56- F/H units in quarters. CGIS o/s.