Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF NOA OREN**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

        I, Noa E. Oren, declare under penalty of perjury that the following is true and

correct:

        1.      Rich Curtner is the attorney in the above-captioned case.  I am

working with Mr. Curtner on this case.  I am a Staff Attorney at the Federal Defender for

the District of Alaska.  I have reviewed the discovery related to law enforcement

interrogations of Mr. Wells.

        2.      The discovery related to the interrogations of Mr. Wells demonstrate

that he was illegally seized and/or in custody on April 12 and 13, 2012.  The discovery

related to the interrogations show that Mr. Wells was denied access to his diabetes

medication and appropriate food. Any statements made under these conditions were involuntary. The discovery related to the interrogations also indicate that law enforcement did not administer *Miranda* warnings to Mr. Wells on April 12, 2012. The discovery related to the interrogations also demonstrate that Mr. Wells did not waive his *Miranda* rights intelligently, voluntarily and knowingly on April 13, 2012. The following facts, support these allegations:

3.      It is my understanding that Mr. Wells was held in a secure area, T1, belonging to the United States Coast Guard, a branch of the United States military, on April 12 and 13, 2012.

4.      Mr. Wells was ordered not to leave the T1 building. (*See* Exhibit A from supplemental briefing, Docket No. 158.)

5.      USCG command was in communication with the FBI and other law enforcement personnel when placing Mr. Wells under order not to leave T1. (*See* Exhibit B from supplemental briefing, Docket No. 158.)

6.      Mr. Wells was interrogated by the FBI and USCGIS at T1 on April 12 and 13, 2012 (Docket Nos. 133-3 - 133-11).

7.      It is my understanding that Mr. Wells has diabetes (Docket No. 133-4, p. 9). Mr. Wells was not given access to his medications or appropriate food while he was at T1 during the interrogation (Docket Nos. 133-3 - 133-7).

8.      Interrogators did not administer *Miranda* warnings for the first four sessions of Mr. Wells' interrogation, which occurred on April 12, 2012 (Docket Nos. 133-3 - 133-7).

9.     On April 13, 2012, during session five, the FBI administered *Miranda*
warnings to Mr. Wells (Docket No. 133-8, pp. 7-9).


DATED at Anchorage, Alaska this 25th day of October 2013.

Respectfully submitted,

_____
Noa E. Oren
Staff Attorney


Declarations have the same legal force as affidavits.  28 U.S.C. § 1746.



Certification:
I certify that on October 25, 2013,
a copy of the *Declaration of Noa Oren*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner