KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
       bryan.schroder@usdoj.gov
       kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE OF EXPERT WITNESSES** |
| vs. | ) | |
| JAMES MICHAEL WELLS, | ) | |
| Defendant. | ) | |

In compliance with the Court's Second Pretrial Scheduling Order

at Docket 56 issued on April 30, 2013, and Fed. R. Evid. 702, 703, and 705, the United States hereby identifies the potential expert witnesses it may use at trial. If additional expert witnesses are identified, they will be disclosed in a supplemental notice. Any additional reports, along with biographical information on the witnesses' qualifications will be provided to the defense as soon as possible. Most reports and C.V.s have been already provided as enclosures by separate letter. The defense has also been informed about expected delivery dates for the remaining outstanding materials.

## POTENTIAL GOVERNMENT EXPERT WITNESSES

### Non-Government Experts

**Gary Bolden** – Director of Forensics, Standards Testing Lab, Transportation Technologies Investigative Sciences. Mr. Bolden will testify as to his examination of the tire and nail seized from defendant's truck.

**William Gifford** – Crime Scene Expert (consultant, retired APD).

**Angelo Toglia** – Mechanical Engineer, forensic photo and video analyst, and accident reconstruction expert.

**Neil Schmidt** – Technical Specialist, Honda North America. Mr.

Schmidt will testify regarding the characteristics of different models and years of Honda vehicles.

**Dr. Reid Meloy** – Expert in targeted and intentional murders, multiple murders, and workplace homicide. Dr. Meloy will testify about the characteristics of these crimes and those who commit them.

## FBI Experts

**Brett Mills** – firearms/toolmark examiner. Mr. Mills will testify about ballistics and firearms information.

**Robert Morton** – FBI Behavioral Analyst and Crime Scene Analyst. Mr. Morton will provide crime-scene analysis.

**Richard W. Vorder Bruegge** – video analyst expert. Mr. Vorder Bruegge may provide testimony about video analysis.

**Chris Iber** – Forensic Audio, Video and Image Analysis Unit. Mr. Iber may testify about video analysis.

**Constance L. Fisher, Ph.D.** – Dr. Fisher is a Mitochondrial DNA examiner and may testify about DNA analysis.

**Eric Gilkerson** – Mr. Gilkerson is from the FBI's Questioned Documents Unit and may testify about analysis of tire impressions

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

3

taken from outside of the crime scene.

**Jennifer Lynn Raymond** – fingerprint expert. Ms. Raymond may testify about fingerprint analysis she performed as part of the investigation.

**Jeremy C. Fletcher** – Nuclear DNA expert. Mr. Fletcher may testify about DNA analysis performed in the course of the investigation.

**Jessica Walker** – Physical scientist and forensic examiner. Ms. Walker may testify about fiber and hair analysis done in this case.

**Special Agent Holly J. Steeves** – Computer Analysis Response Team. SA Steeves may testify about forensic computer analysis done in this case.

## Alaska State Experts

**Dr. Meredith Lann, M.D.** – Medical examiner in Kodiak, Alaska. Dr. Lann will testify about the autopsies and cause of death of Richard Belisle and James Hopkins.

**Robert J. Shem** – Ballistics and firearms expert (Alaska State Crime Lab). Mr. Shem will testify regarding firearms and ballistics analysis he performed in this case.

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

4

**Dawn N. Sherwood** – Forensic Toxicologist, NMS Labs (contracted by the State of Alaska). Ms. Sherwood may testify about blood testing she conducted in this case.

**Susan Crookham** – Forensic Toxicologist, NMS Labs (contracted by the State of Alaska). Ms. Crookham may testify about blood analysis she conducted in this case.

**Debra L. Gillis** – Forensic Scientist, biological screening expert (blood), Alaska State Crime Lab. Ms. Gillis may testify about blood analysis she conducted in this case.

**Sara Graziano** – DNA expert, Alaska State Crime Lab. Ms. Graziano may testify about DNA testing she conducted in this case.

**Tom Wortman** – fingerprint analysis expert, Alaska State Crime Lab. Mr. Wortman may testify about fingerprint analysis he performed in this case.

Because the investigation is ongoing, the government intends to supplement this filing by providing additional information as it comes available. For instance, further ballistics testing is pending at this time. The government may also notice additional experts, if new information or investigatory leads support their relevance.

RESPECTFULLY SUBMITTED October 25, 2013, in Anchorage, Alaska.

s/ KAREN L. LOEFFLER
KAREN L. LOEFFLER
United States Attorney

s/ BRYAN SCHRODER
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ KATHLEEN A. DUIGNAN
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2013, a true and correct copy of the foregoing was served electronically via the CM/ECF system, on all counsel of record.

s/ KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR