Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DEFENDANT'S UNOPPOSED REQUEST TO FILE OVER-LENGTH REPLY TO GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE** |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, requests permission to file an over-length reply to the government's opposition (Docket No. 153) to his Motion to Suppress Physical Evidence (Docket No. 142). The government's opposition was 61 pages, including a 12-page exhibit.

Counsel contacted Kathleen Duignan, Assistant U.S. Attorney, who did not oppose this motion. Therefore, Mr. Wells requests that he be allowed to file the attached 27-page reply to the government's opposition to his motion to suppress physical evidence.

DATED this 1st day of November 2013.

        Respectfully submitted,

        /s/Rich Curtner
        Federal Defender
        601 West Fifth Avenue, Suite 800
        Anchorage, AK 99501
        Phone:   907-646-3400
        Fax:   907-646-3480
        E-Mail:   rich_curtner@fd.org

Certification:
I certify that on November 1, 2013,
a copy of the *Defendant's Unopposed Request to File Over-Length Reply to Government Opposition to Defendant's Motion to Suppress Physical Evidence* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner