UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Unopposed Request to File Over-Length Reply to Government Opposition (Docket No. 153) to his Motion to Suppress Physical Evidence (Docket No. 142), the motion is GRANTED.

IT IS HEREBY ORDERED that James Wells may file his over-length reply to the government's opposition to his motion to suppress physical evidence

DATED this _____ day of November 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE