From: IBER, CHRISTOPHER W. (OTD) (FBI)
Sent: Friday, August 10, 2012 4:53 AM
To: ALLISON, DARYL (AN) (FBI)
Subject: Information about the images from the questioned video

Classification: UNCLASSIFIED
================================================================

Agent Allison,

In reference to your phone call yesterday here is some information that might help.

There are multiple factors contributing to my inability to come to a conclusion on the vehicle in question. These include; low resolution, poor image quality, low frame rate and blurring caused by motion through the frame. All of these factors not only make a conclusion that the car in the video is the same as the suspect's car impossible it also makes a conclusion about the class characteristics of the vehicle's make and model not viable.

What do I mean when I say low resolution? The prints that I sent back to you have two images on them. The image in the corner represents the full image resolution of the image in the video. This is spatial resolution which if my memory is correct was 320x240 pixels. This means that every image in the video (a video is just a sequence of still images shown at a rate in which the viewer perceives motion) has a total of 320 pixels (a pixel is the smallest element of an image) in width and 240 pixels in height. The vehicle of interest does not take up the whole image and is just a small subsection of the image. This means the vehicle in question has considerable less pixels. The more pixels you have the more detail that you can see. The enhancements (enlargements) on the same print with the full image, represents section of the frame which has been interpolated (pixels have been added) so to try to show the vehicle of interest larger. This process cannot reveal details that are not there in the original full image. Simply, there are not enough pixels in the frame of the image where the questioned vehicle is traveling.

What do I mean when I say poor image quality? Videos take up a lot of memory space on the DVR (digital video recorders) storage device. (Hard drive, data tape, thumb drive) To save on space they do several things, one is keep the frame size small (320x240, that is 76,800 pixels in one frame), keep the frame rate low (how many images per second that are captured) so a 3 fps (frames per second) rate would give you 180 frames per minute. This explains why we only have ~9 to 10 frames of the questioned vehicle. For us to perceive fluid motion we need at least 24 fps. Finally the other way they save space on the memory storage is they compress the digital file. Using an algorithm they remove repetitive pixels values to compress the file and then uncompress file when opening the file. This process is destructive and produces what are called compression artifacts. In this case the artifacts are 8x8 blocks of pixels. The blocks eliminate detail which we didn't have much of to start with.

And then there was loss of detail from motion blurring in some of the capture frames. So the video is a sequence of still images and the questioned vehicle was travelling through the frame during capture. This gives a blurring effect which degrades the detail of the questioned vehicle.

The reason measuring individual pixels to determine if there is a darker area of the vehicle will not be accurate is due to all the factors I just listed. The front of the vehicle is represent by just a few pixels. This pixels are not consistent due to compression artifacts, motion blurring. In my analysis I have to be able to repeat the measurement over several frames to make sure that what I'm measuring is not just a anomaly.

I hope this helps. Let me know if it does not. You can always show the images to a person (car dealer

or mechanic) and they might be able to recognize the make and model.

Christopher W. Iber
OTD / DES / FAVIAU
703-985-1077
202-306-6654
christopher.iber@ic.fbi.gov

---

Classification: UNCLASSIFIED

Exhiubit U - Page 2 of 2
19220
file:///X|/...CED/Produced%20Information%20Document%20Page%2...b%20questionare%20of%2 10/24/2013 3:48:52 PM]
Case 3:13-cr-00008-SLG Document 163-2 Filed 11/01/13 Page 2 of 2