| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-4608-1 (Rev. 1-11) | COAST GUARD INVESTIGATIVE SERVICE MEMORANDUM OF ACTIVITY (MOA) | CLASSIFICATION STAMP UNCLAS / FOUO / LES |
|---|---|---|
| TYPE OF ACTIVITY Other - COMMSTA Property ID | | CASE CONTROL NUMBER 0059-12 GNW 0026 7B[GA] |
| SUBJECT WELLS, JAMES M./WM/CIV/BELLS FLATS, AK | | |

1. On 07 November 2012, S/A Aaron WOODS CGIS Resident Agent Office (RAO) Kodiak, AK presented Thirty Six (36) digital photographs (**Attachment A**) to ITC Scott A. RECKNER, and ET3 Cody J. BEAUFORD, USCG Communications Station (COMMSTA) Kodiak, AK. These photographs were taken pursuant to a seach warrant served on James M. WELLS' (**SUBJECT**), Civilian, COMMSTA Kodiak, AK residence in Bells Flats, Kodiak, AK on 13 April 2012.

2. Photograph #1 depicted two (2) aluminum ladder sections, and one (1) approximately fourty (40) foot fiberglass extention ladder. ITC RECKNER and ET3 BEAUFORD positively identified the aluminum ladder sections as COMMSTA Kodiak property but could only identify the fiberglass extention ladder as similar to an unaccounted for ladder that was purchased by COMMSTA (**Attachment B**). Photograph #2 depicted two (2) plastic Hazardous Materials (HAZMAT) over packs which ITC RECKNER and ET3 BEAUFORD positively identified as CG property belonging to Base Kodiak Environmental. Photograph #3 depicted an intermediate view of the previously mentioned over packs. Photograph #4 depicted assorted property items of which none were identified by ITC RECKNER or ET3 BEAUFORD. Photograph #5 depicted multiple assorted tools. ITC RECKNER and ET3 BEAUFORD positively identified one (1) blue pair of CG issued hearing protection. Both individuals noted numerous "C" clamps and a pair of gold colored snow shoes of the same style used at COMMSTA, but could not positively identify the items as CG property. Photograph #6 depicted a wider angled view of the previous photograph. ITC RECKNER and ET3 BEAUFORD positively identified a partially depleated spool of Cat 5 computer cable as COMMSTA property. Both individuals noted Tupperware containers filled with what appeared to be GSA purchased screw drivers, and a bag filled with "U" bolts, but were unable to make a positive ID. Photograph #7 depicted a silver colored MPC laptop computer which ITC RECKNER and ET3 BEAUFORD positively identified as COMMSTA property. Photograph #8 depicted the opposite side view of the laptop. Photographs #9, #10, and #11 depicted a Polaroid slide projector which was positively identified by ITC RECKNER and ET3 BEAUFORD as COMMSTA property. Photographs #12 and #13 depicted a black case containing an electric impact wrench which was positively identified by both individuals as COMMSTA property. Photograph #14 depicted a bag of white plastic zip ties which both individual positively identified as CG property. Photograph #15 depicted numerous assorted items. ITC RECKNER and ET3 BEAUFORD positively identified one (1) Husquavarna chain saw case, one (1) spool of black colored electrical cable, one (1) spool of blue colored nylon line, and one (1) silver colored come-a-long as COMMSTA property. Photograph #16 depicted numerous garaged items. Both individuals positively identified bags of concrete mix, and a yellow colored utility light as COMMSTA property. Photographs #17 and #18 depicted numerous garaged items. Both individuals positively identified one (1) yellow utility light, one (1) pair of gloves, and three (3) bundle of Stihl chain saw chain as COMMSTA property. Photographs #19 and #20 depicted numerous garaged items. ITC RECKNER and ET3 BEAUFORD positively identified multiple piles of electrical cable, multiple spools and coils of nylon line, several silver turn buckles, and one (1) yellow parts bin as COMMSTA property. Photograph #21 depicted a close-up view of previously identified concrete mix, electrical cable, and turn buckles. Photographs #22, #23, and #24

| Investigator's Name, Title, and Signature 11/8/2012 X  Aaron W. Woods Aaron W. Woods Special Agent | Approving Official's Name, Title, and Signature 11/8/2012 X  R. SHELTON FOR G. Russell BARKER Special Agent-in-Charge |
|---|---|

**WARNING**

THIS DOCUMENT IS THE PROPERTY OF THE COAST GUARD INVESTIGATIVE SERVICE. INFORMATION CONTAINED HEREIN IS LAW ENFORCEMENT SENSITIVE IN CHARACTER AND ITS SECURITY FROM UNAUTHORIZED DISCLOSURE MUST BE PRESERVED. THE CONTENTS OF THIS REPORT MAY BE DISCLOSED ONLY TO THOSE PERSONS WHOSE OFFICIAL DUTIES REQUIRE ACCESS. NO COPIES SHALL BE MADE AND CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED WITHOUT SPECIFIC AUTHORIZATION FROM DIRECTOR, COAST GUARD INVESTIGATIVE SERVICE

PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 USC 552 AND 552(a)

CLASSIFICATION STAMP
UNCLAS / FOUO / LES

Local Reference No

Exhibit V - Page 1 of 2

Case 3:13-cr-00008-SLG   Document 163-3   Filed 11/01/13   Page 1 of 2

17663

depicted numerous garaged items. Both individual positively identified four (4) Stihl chain saws, (2) Stihl brush trimmers, and numerous sets of Stihl safety equipment as COMMSTA property. Photograph #25 depicted numerous garaged items. ITC RECKNER, and ET3 BEAUFORD positively identified four (4) GSA purchased drill bits, one (1) Stihl trimmer, one (1) silver come-a-long, one (1) red bucket containing a pair of hearing protection and red nylon line as COMMSTA property. Photographs # 26, #27, #28, #29, and #30 depicted several cases of fluorescent light bulbs. ITC RECKNER, and ET3 BEAUFORD positively identified theses light bulbs as CG property. Photograph #31 depicted three (3) Mustang anti exposure coveralls which both individuals identified as CG property. Photographs #32 and #33 depicted numerous garaged items. ITC RECKNER and ET3 BEAUFORD positively identified nylon hoisting straps, and one (1) box of Stihl chain saw chain. Photograph #34 depicted numerous garaged items. Both individuals positively identified two (2) Warn winches as COMMSTA property. Photograph #35 depicted items removed from WELLS' vehicle. ITC RECKNER and ET3 BEAUFORD positively identified several anchor bolts, parachute cord, an insect suit, and a green military duffle bag as COMMSTA property. Photograph #36 depicted tires and multiple additional stored articles. Both individuals positively identified nylon straps as COMMSTA property.

3. Original MOA will be maintained in FBI case file, case number **70A-AN-15667**.

**ATTACHMENTS:**

    **(A) Thirty six (36) digital photographs**
    **(B) GSA Advantage order form dated 03 May 2002.**

| PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 USC 552 AND 552(a) | CLASSIFICATION STAMP UNCLAS / FOUO / LES | PAGE 2 OF 2 PAGES |
|---|---|---|

Exhibit V - Page 2 of 2

Case 3:13-cr-00008-SLG   Document 163-3   Filed 11/01/13   Page 2 of 2

17664