Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF NOA OREN**<br><br>(Filed Pursuant to 28 U.S.C. §1746) |

I, Noa E. Oren, declare under penalty of perjury that the following is true and correct:

1. Rich Curtner, Federal Defender for the District of Alaska, is the attorney in the above-captioned case. I am working with Mr. Curtner on this case. I am a Staff Attorney at the Federal Defender. I have reviewed the discovery related to the search warrants of Mr. Wells and his property.

2. In the search warrant affidavits, the government supports its theory that Mr. Wells drove the blue Honda CR-V to commit the homicides by analyzing USCG video footage of T2 at the time of the homicides.

3. That video footage has images of a blue car at T2 at the purported time of the homicides.

4. It is my understanding that FBI case agents in Alaska sent USCG video footage of the blue car to the FBI crime lab in Quantico, Virginia to ascertain whether the Wells' blue Honda CR-V was a match with a blue car seen in USCG video.

5. The correspondence between the FBI lab in Quantico and FBI agents in Anchorage from April 20, 2012 and August 10, 2012, makes it clear that FBI experts examining the USCG video of the blue car were not able to identify the make or model of the car.

6. This discovery was provided to Mr. Wells after he filed the motion to suppress physical evidence.

7. It does not appear that this information is in any of the search warrant affidavits to the magistrates reviewing the search warrant applications.

8. The statements in the search warrants allege that Mr. Wells owns a blue Honda CR-V which appears in USCG video footage of T2. The following statements from the affidavits were necessary for a magistrate to make a probable cause determination in this case.

- Exhibit B, ¶¶ 21, 37
- Exhibit C, ¶¶ 21, 37
- Exhibit D, ¶¶ 21, 37
- Exhibit E, ¶¶ 21, 37
- Exhibit F, ¶¶ 21, 37, 45

- Exhibit G, ¶¶ 21, 37
- Exhibit H, ¶¶ 17, 21, 23
- Exhibit I, ¶¶ 24, 28, 30
- Exhibit J, ¶¶ 24, 28, 30
- Exhibit K, ¶¶ 24, 28, 30
- Exhibit L, ¶¶ 24, 28, 30
- Exhibit M, ¶¶ 24, 28, 30, 54
- Exhibit N, ¶¶ 24, 28, 30, 54
- Exhibit O, ¶¶ 24, 28, 30
- Exhibit P, ¶¶ 24, 28, 30
- Exhibit Q, ¶¶ 24, 28, 30
- Exhibit R, ¶¶ 24, 28, 30

9. The above-mentioned statements were recklessly or deliberately made by the affiants in violation of *Franks v. Delaware*, 438 U.S. 154 (1978).

DATED at Anchorage, Alaska this 1st day of November 2013.

Respectfully submitted,

*/s/ Noa E. Oren*
Noa E. Oren
Staff Attorney

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

<u>Certification:</u>
I certify that on November 1, 2013,
a copy of the ***Declaration of Noa Oren***
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

<u>United States v. James Michael Wells</u>
Case No. 3:13-cr-00008-RRB-JDR                                                                                   Page 4

Case 3:13-cr-00008-SLG   Document 164   Filed 11/01/13   Page 4 of 4