KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | **[FILED ON SHORTENED TIME]** |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby requests the Court to move the scheduled

evidentiary hearing date from November 12, 2013 to the week of November 18, 2013. At the evidentiary hearing, the government intends to call Commander Peter Van Ness, who was the Commanding Officer at U.S. Coast Guard Communications Station Kodiak at the time of the homicides on April 12, 2012. Commander Van Ness is currently assigned to U.S. Coast Guard Headquarters in Washington, D.C. as a program manager in the Office of Strategic Management. Commander Van Ness is not available the week of November 12, 2013 because he is participating in a yearly meeting of all Coast Guard admirals, known as a Flag Conference. Additionally, the government

//

//

//

//

must arrange for the witness to travel from Washington, DC to Anchorage. The government has contacted defense counsel, who does not oppose this request.

RESPECTFULLY SUBMITTED on November 5, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Katheen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2013,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 3 of 3