IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[proposed]** |
| | ) **ORDER GRANTING MOTION** |
| vs. | ) **TO CONTINUE** |
| | ) **EVIDENTIARY HEARING** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

The United States filed a motion to reschedule the evidentiary hearing set for November 12, 2013. IT IS HEREBY ORDERED.

The evidentiary hearing is reset for _____, 2013 at _____.

Date: _____         _____
                             U.S. Magistrate Judge