# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>   U.S.A.   </u>  v.  <u>  JAMES MICHAEL WELLS  </u>

THE HONORABLE JOHN D. ROBERTS

<span style="font-variant:small-caps">Deputy Clerk</span>                CASE NO.  <u>3:13-cr-00008-RRB-JDR</u>

<u> Natalie Day </u>

<u>PROCEEDINGS</u>: **MINUTE ORDER FROM CHAMBERS** DATE: November 6, 2013

  Any previously issued Order For the Progression of a Criminal Case, filed in this case, is hereby amended to include the following:

  Any party requesting a continuance or delay for any reason (including but not limited to motions to continue trial, motions to continue the time for the filing or responding to pretrial motions, an evidentiary hearing, or a discovery status hearing), must state in the first paragraph of the motion the likely Speedy Trial Act implications. First, the party must state whether the resulting delay will be excludable under the Speedy Trial Act (STA) and, if so, which subsection of the STA authorizes the exclusion. Second, the party must also state the number of days remaining before trial must commence pursuant to the STA as of the date the motion is filed. For example:

"A period of excludable delay under 18 U.S.C. §3161(h) _____ will occur as a result of the filing of this motion. As of the date of this motion, _____ days remain before trial must begin pursuant to the Speedy Trial Act."

             **OR**

"Excludable delay under 18 U.S.C. §3161(h) will not occur as a result of this motion. As of the date of this motion, _____ days remain before trial must begin pursuant to the Speedy Trial Act."

[]{IA.WPD*Rev.12/96}
Case 3:13-cr-00008-SLG   Document 170   Filed 11/06/13   Page 1 of 2

No motion for an extension of pretrial motion deadline or continuance of trial in a criminal case will be accepted for filing by the Clerk unless it contains a statement regarding the Speedy Trial Act implications. (A statement that a period of excludable delay may or may not occur as a result of the motion is insufficient.)

Should the opposing party disagree with any portion of the statement of Speedy Trial Act implications, including the number of days remaining before trial must commence to be timely, the responding party must state the disagreement clearly in the first paragraph of the opposition or response to the motion.

All motions to continue trial will be decided by the District Court Judge. Magistrate Judges considering motions to continue or extend time which do not require an extension of the trial date will rule on whether the additional time requested is excludable and, if so, pursuant to which subsection of the STA. The Magistrate Judge's reasoning will be preserved.