KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500

Email: karen.loeffler@usdoj.gov
       bryan.schroder@usdoj.gov
       kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:12-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) **MOTION TO RESPOND TO** |
| | ) **NEW INFORMATION** |
| | ) **RAISED FOR THE FIRST** |
| JAMES MICHAEL WELLS, | ) **TIME IN THE DEFENSE** |
| | ) **REPLY TO GOVERNMENT** |
| Defendant. | ) **OPPOSITION TO MOTION** |
| | ) **TO SUPPRESS PHYSICAL** |
| | ) **EVIDENCE** |

COMES NOW the United States, by and through undersigned counsel, and moves this Court to allow the government to respond to the Defense's Reply to the Government Opposition to their Motion to Suppress Physical Evidence filed at Docket 163. In his reply, the defendant has made new allegations which the government feels compelled to address. The government's proposed response is filed as attached.

In the defendant's original motion to suppress physical evidence, he made a limited and unsupported request for a hearing under *Franks v. Delaware*, 438 U.S. 154 (1978). Docket 143, pp. 13-14. The government, in its opposition, pointed out the lack of support. Docket 153, pp. 26-36. The defendant, in his reply, has now added an additional *Franks* argument specifically related to the blue SUV caught on video arriving and departing the murder scene on April 12, 2012. The government has not had an opportunity to respond to the new information, and believes it would assist the Court to have the government's arguments. The defendant has also added an argument based on the good faith exception to his reply. Docket 163, pp. 7-9. He

*United States v. Wells*
3:12-cr-00008-RRB-JDR

2

made no good faith exception argument in his original motion. Included in this argument, is citation and argument related to *United States v. Grant*, 682 F.3d 827 (9th Cir. 2012). The government also believes it would assist the Court to have the government's arguments related to this new case.

For the above stated reasons, the government requests the Court allow it to file a response to defendant's reply at docket 163.

RESPECTFULLY SUBMITTED November 8, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2013,
a copy of the foregoing was served via the
CM/ECF system on all counsel of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States v. Wells*
3:12-cr-00008-RRB-JDR

3
Case 3:13-cr-00008-SLG   Document 172   Filed 11/08/13   Page 3 of 3