IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:12-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING MOTION TO RESPOND TO DEFENSE REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS PHYSICAL EVIDENCE** |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After review of government's Motion to Respond to Defense Reply to Government's Opposition to Motion to Suppress Physical Evidence, Government's Motion is GRANTED/DENIED.

IT IS SO ORDERED.

Dated: _____

_____
United States District Court Judge