KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
       bryan.schroder@usdoj.gov
       kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S UNOPPOSED REQUEST FOR ONE-WEEK EXTENSION OF TIME TO PROVIDE F.R.E. 404(B) NOTICE** |
| vs. | |
| JAMES MICHAEL WELLS, | *[FILED ON SHORTENED TIME]* |
| Defendant. | |

The government requests a one-week extension to provide its

F.R.E. 404(b) notice to the defense. The Court's second scheduling

order filed at Docket 56 sets the F.R.E. 404(b) notice due four weeks prior to the Motions *In Limine* deadline, set as December 16, 2013. The government realized this morning that this deadline fell today, and did not have sufficient time to prepare an adequate notice.

The government therefore requests additional time to file its notice, until Friday, November 22, 2013. This should not impact any of the other deadlines, because the trial start date has moved by one week until Monday, February 24, 2014.

//

//

//

//

//

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR                    2

The government contacted the defense to notify them about this request, and they do not oppose the extension of time.

RESPECTFULLY SUBMITTED November 15, 2013, in Anchorage, Alaska.

        s/ KAREN L. LOEFFLER
        KAREN L. LOEFFLER
        United States Attorney

        s/ BRYAN SCHRODER
        BRYAN SCHRODER
        Assistant U.S. Attorney
        United States of America

        s/ KATHLEEN A. DUIGNAN
        KATHLEEN A. DUIGNAN
        Special Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2013,
a copy of the foregoing was served via the
CM/ECF system on all counsel
of record.

s/ Kathleen A. Duignan
Office of the U.S. Attorney

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR        3