IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **[proposed] ORDER** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

Having considered the United States' Unopposed Request for One-Week Extension of Time to Provide F.R.E. 404(B) Notice, the United States' Motion is hereby GRANTED.

**IT IS SO ORDERED.**

Government's 404(B) Notice is now due November 22, 2013.

Date: _____     _____
U.S. District Court Judge