```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS  CASE NO. 3:13-cr-00008-RRB-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:       BRYAN SCHRODER/KAREN LOEFFLER

DEFENDANT'S ATTORNEY:          RICHARD CURTNER

PROCEEDINGS: EVIDENTIARY HEARING ON OBJECTIONS TO MAGISTRATE
             JUDGE ORDER (DKT 140)/MOTIONS TO SUPPRESS
             (DKT 120, 122) HELD NOVEMBER 18, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:30 a.m. court convened.

Court and counsel heard re Motion to Suppress (DKT 120).

Court and counsel heard re Unopposed Motion for Extension of Time (DKT 176); **GRANTED.**

Witness exclusion rule invoked.

Peter Russell Van Ness sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 1 **ADMITTED**. Defendant's exhibit A; **ADMITTED.**

At 10:45 a.m. court recessed until 11:03 a.m.

Kirk Oberlander sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 2 and 3 **ADMITTED**. Defendant's exhibit B **IDENTIFIED.**

Closing Arguments heard.

Defendant's exhibit B **ADMITTED.**

Court ordered clerk to order and expedited transcript of this proceeding.

Motion to Suppress (DKT 120) matter to be taken under advisement upon filing of the transcript.

At 12:27 p.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

DATE:   November 18, 2013    DEPUTY CLERK'S INITIALS:    NXL

Revised 9-28-09