(Rev 11/13)                          **LIST OF EXHIBITS**

---

Case No. 3:13-cr-00008-RRB-JDR      Magistrate Judge: John D. Roberts

Title      UNITED STATES OF AMERICA
        vs.
           JAMES MICHAEL WELLS

Dates of Hearing:     November 18, 2013

Deputy Clerk:     Nancy Lealaisalanoa

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | Richard Curtner |
| Karen Loeffler | |
| Kathleen Ann Duignan | |

---------------------------------------------------------**EXHIBITS**---------------------------------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | √ | 11/18/13 | Photo- Communication Station | A | √ | 11/18/13 | Watch log |
| 2 | √ | 11/18/13 | Sketch, T1 office space | B | √ | 11/18/13 | Question Matrix |
| 3 | √ | 11/18/13 | Sketch, Interview office diagram | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |