Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE EVIDENTIARY HEARING AND ORAL ARGUMENT** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, moves to continue his evidentiary hearing scheduled for December 2, 2013, at 9:30 a.m. (*See* Order setting hearing at Docket No. 180.) This hearing is on Mr. Wells' Motion to Suppress Statements (Fifth and Sixth Amendments) filed August 30, 2013 at Docket No. 122.

Mr. Wells also moves to continue the oral argument on his Motion to Suppress Physical Evidence (Docket No. 142), scheduled to follow the evidentiary hearing on December 2, 2013. (*See* Order at Docket No. 182.)

Counsel for the defendant will be out of the district and unavailable from December 2, 2013, through December 6, 2013. Therefore, Mr. Wells respectfully requests

that his evidentiary hearing and oral argument, currently scheduled for December 2, 2013, be continued to the week of December 16, 2013.

This motion is being filed on shortened time because these hearings are currently scheduled for Monday, December 2, 2013.

Bryan Schroder, Assistant U.S. Attorney, and Kathleen Duignan, Special Assistant U.S. Attorney, do not oppose a continuance of these hearings to the week of December 16, 2013.

DATED this 25th day of November 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on November 25, 2013,
a copy of the *Unopposed Motion on Shortened Time to Continue Evidentiary Hearing and Oral Argument* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 2

Case 3:13-cr-00008-SLG   Document 183   Filed 11/25/13   Page 2 of 2