UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Evidentiary Hearing and Oral Argument, the motion is granted.

IT IS HEREBY ORDERED that the evidentiary hearing and oral argument scheduled for December 2, 2013, is continued to December _____, 2013, at _____ __.m.

DATED this _____ day of November 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE