Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING NOTICE OF REBUTTAL EXPERTS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, moves to continue the deadline for filing the notice of rebuttal experts, which is currently due November 29, 2013. (*See* Second Pretrial Scheduling Order at Docket No. 56, p. 2.) Mr. Wells requests until December 11, 2013, to file his notice of rebuttal experts.

Defense counsel has conferred with the government, and they stated that they will be providing Mr. Wells with additional discovery. Karen Loeffler, U.S. Attorney, and Bryan Schroder, Assistant U.S. Attorney, do not oppose moving the deadline for Mr.

Wells to file the notice of experts from November 29 to December 11, 2013. This should not change the trial date.

This motion is being filed on shortened time because the deadline is Friday, November 29, 2013.

DATED this 26th day of November 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on November 25, 2013,
a copy of the *Unopposed Motion on
Shortened Time to Continue Deadline
for Filing Notice of Rebuttal Experts* was
served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

United States v. James Michael Wells
Case No. 3:13-cr-00008-RRB-JDR                                                              Page 2