UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Unopposed Motion on Shortened

Time to Continue Deadline for Filing Notice of Rebuttal Experts, the motion is GRANTED.

IT IS HEREBY ORDERED that the deadline for Mr. Wells to file his notice of

rebuttal experts is continued from November 29, 2013, to December 11, 2013.


DATED this _____ day of November 2013.


_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE