Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION ON SHORTENED TIME TO ACCEPT LATE-FILED MOTION FOR *DAUBERT* HEARINGS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, asks this court on shortened time for an order accepting as late-filed his:

1. Motion for a *Daubert* Hearing Re: Crime Scene concerning "expertise" about the crime scene (copy attached as Exhibit A, without attachments);

2. Motion for a *Daubert* Hearing Re: Mr. Wells' Tire concerning "expertise" on (1) the rate of air loss to a tire on Mr. Wells' white Dodge truck on April 12, 2012; (2) the condition and orientation of a nail embedded in the tire; and (3) all opinions derived from the expert's assessments of the tire and nail (copy attached as Exhibit B);

3. Motion for a *Daubert* Hearing Re: Issues of Violence and Psychological Characteristics of Perpetrators of Violent Crimes concerning "expertise" on targeted and intended violence, workplace violence, multiple murders, and the personality and other psychological characteristics of those who commit these types of crimes (copy attached as Exhibit C, without attachments);

4. Motion for a *Daubert* Hearing Re: Identification of Blue Vehicle in USCG Video Footage concerning "expertise" on identification of a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides (copy attached as Exhibit D, without attachments); and

5. Motion for a *Daubert* Hearing Re: Modeling of Wells' Vehicle Over USCG Footage concerning "expertise" on modeling of the Wells' vehicle over a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides (copy attached as Exhibit E, without attachments).

This request is appropriate because counsel has been out of the district and unavailable the week of December 2, 2013.

Assistant U.S. Attorney Bryan Schroder does not oppose this motion.

This motion is being filed on shortened time because the *Daubert* motions were due on December 3, 2013. Trial in this case is scheduled for February 24, 2014.

DATED this 5th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 5, 2013,
a copy of the *Unopposed Motion on Shortened Time to Accept Late-Filed Motions for a Daubert Hearing* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner