UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Accept Late-Filed Motions for a *Daubert* Hearing, the motion is GRANTED.

IT IS HEREBY ORDERED that the Clerk of Court is directed to accept the following James Wells' motions for *Daubert* hearing as late-filed:

1. Motion for a *Daubert* Hearing Re: Crime Scene;

2. Motion for a *Daubert* Hearing Re: Mr. Wells' Tire;

3. Motion for a *Daubert* Hearing Re: Issues of Violence and Psychological Characteristics of Perpetrators of Violent Crimes;

4. Motion for *Daubert* Hearing Re: Identification of Blue Vehicle in USCG Video Footage; and

5. Motion for a *Daubert* Hearing Re: Modeling of Wells' Vehicle Over USCG Footage.

DATED this ____ day of December 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE