UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of the Defendant's Motion for a *Daubert* Hearing Re: Crime Scene, the motion is GRANTED.

IT IS HEREBY ORDERED that a hearing pursuant to FRE 401-403, FRE 702, Criminal Rule 16, and *Daubert* prior to opinion testimony concerning "expertise" about the crime scene, is scheduled for _____, 2014, at ____ ___.m.

DATED this ____ day of December 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE