

THE FEDERAL PUBLIC DEFENDER
for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

November 21, 2013

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513

Re:  United States v. James Wells
     Case No. 13-cr-00008-RRB-JDR

Dear Karen, Bryan and Kathleen:

We are working on proving our notice of defense experts. However, in order to do so we are requesting the following from these government experts:

### Bolden, Gary – Tire Expert

- All examination bench notes;
- Photo CD of examination (Bates 18050);
- A copy of the 360° X-ray (Bates 17954);
- Readouts from the static air retention study (Bates 17954).

### Fisher, Dr. Constance L - Mitochondrial DNA Unit

- All examination bench notes.

### Fletcher, Jeremy C - Nuclear DNA Unit

- All examination bench notes.

### Gifford, William - Crime Scene Expert

- Any and all field notes and examination bench notes;
- Copies of any and all photos taken at the scene on or about 1/2/2013, and at the evidence view on or about 2/26/13 by expert;
- Identification and copies (if not previously provided to the defense) of all documents, reports and photos relied upon for his expert report;
- Identification and copies of all recordings or transcripts relied upon for his expert report;
- Identification of all physical evidence viewed and relied upon for his expert report.

Exhibit A - Page 1 of 3

Case 3:13-cr-00008-SLG   Document 193-1   Filed 12/05/13   Page 1 of 3

### Gilkerson, Eric - Questioned Documents Unit Tire Impression

- Copy of Photo CD of recorded images (Bates 17946);
- All examination bench notes.

### Graziano, Sara - Forensic Scientist III State of Alaska DNA

- All examination bench notes (Bates 17971).

### Meloy, Dr. J. Reid - Forensic Psychologist

- Grand Jury testimony relied upon in his case review and report (Bates 19720);
- Audio recordings and transcripts of interviews relied upon in his case review and report (Bates 19720);
- Identification of any and all books, treatises, reports, articles used in forming the basis of his expert testimony.

### Mills, Brett - ATF Firearms/Toolmarks Expert

- All examination bench notes;
- Any and all photo documentation of examination(s).

### Raymond, Jennifer Lynn - FBI Latent Print Examiner

- All examination bench notes.

### Schmidt, Neil - Tech Specialist Honda North America

- A copy of the Vehicle Identification Number Query of JHLRD18491C042288 (Bates 19294).

### Shem, Robert – State of Alaska Firearms Expert

- All examination bench notes;
- All examination photo documentation.

### Toglia Jr., Angelo - PE - Vehicle animation and comparison

- Copy of raw Total Station data collected from scene visit;
- Copies of any and all photo documentation taken during scene visit;
- Identification of CAD program used to render 3D images;
- Copies of all aerial photos used in creating 3D images (Bates 19303);
- Identification of the source for 3D model of the first generation Honda used in the 3D image (Bates 19304);
- Copies of all photo/computer images of other vehicles used in analysis (Bates 19306).

### Walker, Jessica - Trace Evidence Unit - Hair and Fibers

- All examination bench notes;
- All examination photo documentation.

Sincerely,

Rich Curtner
Federal Defender
Attorney for Defendant

RC/km