UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

　　　　After due consideration of the Defendant's Motion for A *Daubert* Hearing Re: Issues of Violence and Psychological Characteristics of Perpetrators of Violent Crimes, the motion is GRANTED.

　　　　IT IS HEREBY ORDERED that a hearing pursuant to FRE 401-403, FRE 702, Criminal Rule 16, and *Daubert* prior to opinion testimony concerning "expertise" on targeted and intended violence, workplace violence, multiple murders, and the personality and other psychological characteristics of those who commit these types of crimes, is scheduled for _____, 2014, at \_\_\_\_ \_\_\_.m.

　　　　DATED this \_\_\_\_ day of December 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE