Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION FOR A *DAUBERT* HEARING RE: IDENTIFICATION OF BLUE VEHICLE IN USCG VIDEO FOOTAGE** |

　　　　The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, moves this court for a hearing pursuant to FRE 401-403, FRE 702, Criminal Rule 16, and *Daubert* prior to opinion testimony concerning "expertise" on identification of a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides.  The government has indicated that it intends to call an expert to testify to his opinion that the blue vehicle in the footage is more likely than not a Honda CR-V.  This motion is based on the attached memorandum of law.

DATED this 5th day of December 2013.

    Respectfully submitted,

    /s/Rich Curtner
    Federal Defender
    601 West Fifth Avenue, Suite 800
    Anchorage, AK 99501
    Phone: 907-646-3400
    Fax: 907-646-3480
    E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 5, 2013, a copy of the **Motion for a Daubert Hearing Re: Identification of Blue Vehicle in USCG Video Footage** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner