UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion for A *Daubert* Hearing Re: Identification of Blue Vehicle in USCG Video Footage, the motion is GRANTED.

IT IS HEREBY ORDERED that a hearing pursuant to FRE 401-403, FRE 702, Criminal Rule 16, and *Daubert* prior to opinion testimony concerning "expertise" on identification of a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides, is scheduled for _____, 2014, at _____.m.

DATED this \_\_\_\_ day of December 2013.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE