

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  03/04/2013

    NEIL SCHMIDT, Technical Specialist, Honda North America, Inc, 700 Van Ness Avenue, Building 300, Torrance, California 90501, telephone number 310-783-3595, was interviewed at his place of employment. Prior to the interview, SCHMIDT was provided a document, maintained in captioned case file as serial 549, with photos of various vehicles. SCHMIDT had agreed to review this document and compare these vehicles with video of a small blue SUV travelling on Anton Larsen Road near the COMMSTA T2 building at approximately 7:09 am and 7:14 am on 04/12/2012.

    SCHMIDT provided a detailed comparison of each listed vehicle with the vehicle depicted in the video. A detailed spreadsheet of differences between these vehicles and the vehicle in the video can be found in the 1A attached to this document.

    SCHMIDT stated that he believes that the vehicle in the video is consistent in size, shape, proportion, and tail light position to a first generation Honda CR-V. As noted in the attached spreadsheet, SCHMIDT believes that, if tail light positioning were ignored, there are approximately twenty two vehicles from the referenced vehicle list that are close enough in size, shape and proportion that they should be considered as candidates to be the vehicle in the video. The only vehicle that was consistent in size, shape, proportion **and tail light position** to the vehicle in the video was the Volvo XC90.

Investigation on  02/06/2013  at  Long Beach, California, United States (In Person)

File #  70A-AN-15667                                                    Date drafted  03/04/2013

by  Daryl Allison

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit B - Page 1 of 1

19299

Case 3:13-cr-00008-SLG   Document 199-2   Filed 12/05/13   Page 1 of 1