Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR A *DAUBERT* HEARING RE: MODELING OF WELLS' VEHICLE OVER USCG FOOTAGE** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, JAMES MICHAEL WELLS, through counsel, Rich Curtner, Federal Defender, moves this court for a hearing pursuant to FRE 401-403, FRE 702, Criminal Rule 16, and *Daubert* prior to opinion testimony concerning "expertise" on modeling of the Wells' vehicle over a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides. The government has indicated that it intends to call an expert to testify to his opinion that the blue vehicle in the footage is identical to the Wells' vehicle. This motion is based on the attached memorandum of law.

DATED this 5th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 5, 2013, a copy of the *Motion for a Daubert Hearing Re: Modeling of Wells' Vehicle Over USCG Footage* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner