J-I (Rev. 2-15-2011)



**Federal Bureau of Investigation**
**Digital Evidence Laboratory**

Operational Technology
ERF Building 27958A
Quantico, Virginia 22135

## REPORT OF EXAMINATION

| | | | |
|---|---|---|---|
| To: | Anchorage<br>Squad C-2<br>Attention: SA Daniel A. Gaston | Date:<br>Case ID No.: | April 20, 2012<br>70A-AN-15667 |
| | | Lab No.: | 120418251 QT |

Reference: Communication dated April 16, 2012

Ref. No.: Serial 5

Title: UNSUB(S):
JAMES HOPKINS – DECEASED;
RICHARD BELISLE – DECEASED;
CRIME ON GOVERNMENT RESERVATION -
CRIME OF VIOLENCE

Date specimen received: April 18, 2012

Specimens:

Q1     One 80min, 700MB, CD-R disk marked in part "Building TI CAM". (1D1, E02543808)

Requested:

The Forensic Audio, Video and Image Analysis Unit was requested, by electronic communication dated April 16, 2012 which was submitted by SA Daniel Gaston from the Anchorage Field Office, to enhance the video and provide make and model of the questioned blue sports utility vehicle depicted in the Q1 video.

**UPLOADED**
**APR 2 0 2012**

Page 1 of 2

An ASCLD/LAB-*International*
Accredited Laboratory
Since January 16, 2007



For Official Use Only

WELLS_19101

Opinions and Conclusions:

> Due to the insufficient detail of the questioned vehicle depicted in the Q1 images no conclusion of the make or model could be reached.

Summary of Examination:

> Specimen Q1 was reviewed to locate the area of interest. The area of interest was located and seven images were extracted, processed and printed.

Details of Examination:

> Specimen Q1 was reviewed and found to contain one security video file. The video file was reviewed and the area of interest was located; seven images that depicted the questioned vehicle were extracted from the video, processed and printed. Due to the insufficient detail of the questioned vehicle depicted in the Q1 images, no conclusion to the make or model could be reached.
>
> The enhanced images were recorded to a CD-R disk and labeled DE1. Three copies of DE1 were produced of which two were labeled working copy and one labeled file copy. The file copy will be retained in the file.

Disposition of Evidence:

> Specimen Q1, DE1 and seven prints were forwarded to your office on April 20, 2012 via FedEx.

Examiner: _/s/ Christopher W. Iber_
Christopher W. Iber

Operational Technology Division
Forensic Audio, Video and Image Analysis Unit

70A-AN-15667
120418251 QT
Page 2 of 2

For Official Use Only

WELLS_19102

Case 3:13-cr-00008-SLG   Document 201-1   Filed 12/05/13   Page 2 of 2   Exhibit A - Page 2 of 2