MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY:  BRYAN SCHRODER, KAREN LOEFFLER AND
                          KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:     F. RICHARD CURTNER

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO SUPPRESS (DKT 122)
             AND MOTION TO SUPPRESS (DKT 142)
             HELD DECEMBER 16, 2013:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:31 a.m. court convened.

Court and counsel heard re defendant's Motion to Suppress Statements (Fifth and Sixth Amendments) (Dkt 122).

Para Danielle Upchurch sworn and testified on behalf of the defendant.

Sue Ellen Tatter sworn and testified on behalf of the defendant.

Plaintiff exhibit 1 **ADMITTED.**

Aaron W. Woods sworn and testified on behalf of the plaintiff.

Closing arguments heard re defendant's Motion to Suppress Statements (Fifth and Sixth Amendments) (Dkt 122); matter to be taken under advisement upon filing of the transcript.

Arguments heard re defendant's Motion to Suppress Physical Evidence (Dkt 142); matter to be taken under advisement upon filing of the transcript.

Court ordered clerk to order an expedited transcript of this proceeding.

Court and counsel heard re government's oral motion for motion in limine extended deadline to **December 19, 2013; GRANTED.**

At 10:59 a.m. court adjourned.

Admitted exhibits forwarded to the court.

Witness List and Exhibit List to be filed separately.

DATE:    December 16, 2013   DEPUTY CLERK'S INITIALS:    SDW