# LIST OF EXHIBITS

--------------------------------------------------------------------------------------------------------------------

Case No.   3:13-cr-00008-RRB-JDR                    Magistrate Judge: **JOHN D. ROBERTS**

Title    UNITED STATES OF AMERICA

     vs.

       JAMES MICHAEL WELLS

Dates of Trial:   December 16, 2013

Deputy Clerk/Recorder:  Suzannette David-Waters

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Karen Loeffler | F. Richard Curtner |
| Bryan Schroder | |
| Kathleen Duignan | |

-------------------------------------------------------------**EXHIBITS**-------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| X | X | 12/16/13 | CD of  Recorded Conversations | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |