```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY:    BRYAN SCHRODER, KAREN LOEFFLER AND
                            KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:       F. RICHARD CURTNER

PROCEEDINGS: STATUS CONFERENCE HELD DECEMBER 16, 2013:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 12:06 p.m. court convened.

Court and counsel heard re Final Pretrial Conference and Trial by Jury dates.

Final Pretrial Conference set for February 18, 2014 at 10:30 a.m. was **VACATED** and **RESET for February 18, 2014 at 9:00 a.m.**

Court and counsel heard re government's trial presentation; additional tv screens for the jurors; Government to make arrangements with the clerk's office for access to courtroom.

Court and counsel heard re using the JERS system during trial.

Court and counsel heard re status with discovery issues.

Court and counsel heard re jury selection and Kodiak jurors on panel; 16 jurors, 4 alternates.

Court and counsel heard re estimated length of trial: 3-4 weeks.

Court and counsel heard re pending motions.

At 12:15 p.m. court adjourned.

DATE:    December 16, 2013   DEPUTY CLERK'S INITIALS:      SDW

Revised 9-28-09