KAREN L. LOEFFLER
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| Plaintiff, | ) | **FOR EXTENSION OF TIME** |
| | ) | **TO FILE MOTIONS** *IN* |
| vs. | ) | *LIMINE* **PENDING RECEIPT** |
| | ) | **OF RECIPROCAL** |
| JAMES MICHAEL WELLS, | ) | **DISCOVERY** |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through counsel, and requests the court to extend the government's deadline for filing its motions *in limine* until 14 days after the defense produces reciprocal discovery and its expert reports.

No defense reciprocal discovery has been produced to date pursuant to Rule 16. As government counsel stated on the record at the status hearing on December 16, 2013, the government has complied with its Rule 16 discovery obligations, recognizing its continuing obligation to produce additional discovery as it is obtained or identified.

Without having reciprocal discovery, the government could only guess at what evidence the defense might seek to introduce. After receiving reciprocal discovery, the government will be in a position to file accurate motions *in limine*. The defense and prosecution have a meeting currently set for December 20, 2013, to discuss the outstanding discovery issues.

*United States v. Wells*
Case No. 3:13-00008-RRB-JDR     -2-

Moreover, the government has yet to receive any expert reports from the defense. There may be matters in the expert reports that could be the subject of motions *in limine.*

The government hereby requests that its deadline to file motions *in limine* be moved until a date 14 days after the defense has provided its reciprocal discovery and its expert reports.

RESPECTFULLY SUBMITTED this 18th day of December, 2013 in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney


s/ Bryan D. Schroder
BRYAN D. SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A DUIGNAN
Special Assistant U.S. Attorney
United States of America

*United States v. Wells*
Case No. 3:13-00008-RRB-JDR    -3-

Certificate of Service

I hereby certify that on December 18, 2013, the foregoing was served electronically via the CM/ECF system on counsel of record.

s/ Kathleen A. Duignan

*United States v. Wells*
Case No. 3:13-00008-RRB-JDR     -4-