IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | ) No. 3:13-cr-00008-RRB-JDR<br>)<br>) [Proposed]<br>) **ORDER GRANTING**<br>) **GOVERNMENT'S MOTION**<br>) **FOR EXTENSION OF TIME**<br>) **TO FILE MOTIONS *IN***<br>) ***LIMINE* PENDING RECEIPT**<br>) **OF RECIPROCAL**<br>) **DISCOVERY** |

Upon due consideration of the government's Motion for Extension of Time to file its motions *In Limine* Pending Receipt of Reciprocal Discovery, said motion is GRANTED.

The government's Motions *In Limine* shall be due 14 days after receipt of defendant's reciprocal discovery and its expert reports.

DATED _____.


_____
U.S. District Court Judge