Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br><br>**MOTION TO EXCLUDE<br>EVIDENCE OF PRIOR BAD<br>ACTS UNDER FED. R. EVID.<br>404(b) BASED ON VAGUENESS** |

James Wells asks this court for an order precluding the government from introducing evidence pursuant to Fed.R.Evid. 404(b) because the notice the government provided under this court's order at Docket No. 181 is impermissibly vague in that it proffers no reasons explaining why these alleged acts should be admissible.  Based on the government's notice, this information is not relevant and could be misleading to the jury.

This motion is submitted pursuant to Fed.R.Evid. 401-403, 404(b) and D.Ak.L.Crim.R. 47.1.  It is also based upon the memorandum of law filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on December 19, 2013,
a copy of the *Motion to Exclude Evidence*
*of Prior Bad Acts Under Fed. R. Evid. 404(b)*
*Based on Vagueness* was served electronically
on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner_____