UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Motion to Exclude Evidence of Prior Bad Acts Under Fed.R.Evid. 404(b) Based on Vagueness, the motion is GRANTED.

DATED this \_\_\_\_ day of _____ 201\_\_\_\_.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE