Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE OF PRIOR BAD ACTS UNDER FED.R.EVID. 404(b) BASED ON VAGUENESS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

I.  INTRODUCTION.

The district court is charged with effectuating the speedy and orderly administration of justice.  In carrying out this mandate, the court has authority to enter pretrial orders governing pretrial case management which are designed to ensure that relevant pretrial issues are identified and litigated so that trial can proceed efficiently and intelligently.  *United States v. W.R. Grace*, 526 F.3d 499, 508-09 (9th Cir. 2008) (*en banc*).

At Docket No. 56, the court ordered the government to disclose evidence it anticipates using at trial under Fed.R.Evid. 404(b).  In accordance with this order, the government provided a notice detailing six bad acts it intends to introduce at trial pursuant to Fed.R.Evid. 404(b).  *See* Docket No. 181, pp. 2-4.

Mr. Wells respectfully submits that the government has failed to reasonably identify why these prior bad acts are admissible under Fed.R.Evid. 404(b). The vagueness of the government's notice prevents Mr. Wells meaningfully objecting to the admissibility of the government's currently described and proffered Fed.R.Evid. 404(b) evidence. The government has also labeled these acts "intrinsic." The government has failed to provide appropriate notice as to how these acts are "intrinsic" to the charged crimes.

## II. THE GOVERNMENT'S NOTICE IS INADEQUATE BECAUSE IT IS VAGUE.

The government's notice provides the following reason for the admissibility of Mr. Wells' alleged prior bad acts:

> It is the government's contention that the below types of acts committed by the defendant should be admitted into evidence as intrinsic to an element of the offense charged, and are not subject to Fed.R.Evid. 404(b). (Docket No. 181, p. 2)

This notice is inadequate because it fails to describe why these acts should be admissible pursuant to Fed.R.Evid. 404(b). Evidence of prior bad acts may be admitted only if (1) the evidence tends to prove a material point; (2) the prior bad act is not too remote in time; (3) the evidence is sufficient to support a finding that the defendant committed the other act; and (4) in cases where knowledge and intent are at issue, the act is similar to the offense charged. *United States v. Castillo*, 181 F.3d 1129, 1134 (9th Cir. 1999). The government has provided no explanation for why these alleged acts are relevant, material, or intrinsic; when the acts occurred; that Mr. Wells committed these alleged incidents; and that the acts are similar to the offense charged.

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR    Page 2

Case 3:13-cr-00008-SLG   Document 212   Filed 12/19/13   Page 2 of 3

### III. CONCLUSION.

Mr. Wells respectfully requests that government evidence proffered under Fed.R.Evid. 404(b) be excluded because the notice of alleged prior bad acts is inadequate due to its failure to proffer any rationale for why the alleged acts should be admitted. The acts proffered by the government are also irrelevant and could mislead members of a jury, so should be excluded under Fed.R.Evid. 401-403.

DATED at Anchorage, Alaska this 19th day of December 2013.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 19, 2013,
a copy of the *Memorandum of Law in Support of Motion to Exclude Evidence of Prior Bad Acts Based on Vagueness Under Fed.R.Evid. 404(b)* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                      Page 3