Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION *IN LIMINE* TO EXCLUDE TESTIMONY BY CRIME SCENE "EXPERTS"** |

James Wells moves this court for an *in limine* order precluding testimony from Mr. William Gifford and Mr. Robert Morton. The government provided notice of its intent to elicit testimony from both so-called experts regarding their analysis of the crime scene. The notice reports that both men will be called to testify to their analysis of the crime scene. These purported experts reach conflicting conclusions about how the homicides occurred. Neither has provided any testable methodology to describe how they reach their conclusions or how anyone might replicate their work. Mr. Wells has a pending *Daubert* motion regarding their testimony. *See* Docket Nos. 192, 193. In the event the court admits

their testimony under Fed.R.Evid. 702, Mr. Wells contests this testimony as irrelevant because of its lack of reliability.

This motion is submitted pursuant to Fed.R.Evid. 401-403 and is based on the declaration of counsel filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 19, 2013,
a copy of the *Motion in Limine to Exclude Testimony by Crime Scene "Experts"* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner