UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>  Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

On consideration of the defendant's Motion *in Limine* to Exclude Testimony by Crime Scene "Experts" the motion is GRANTED.

IT IS HEREBY ORDERED that the government is precluded from eliciting testimony from William Gifford and Mr. Robert Morton in this matter.

DATED this \_\_\_\_ day of _____ 20\_\_\_.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE