Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ON ISSUES OF VIOLENCE AND PSYCHOLOGICAL CHARACTERISTICS OF PERPETRATORS OF VIOLENT CRIMES** |

James Wells asks this court for an *in limine* order precluding testimony from psychologist Dr. J. Reid Meloy. The government provided notice of its intent to elicit testimony from Dr. Meloy regarding targeted and intended violence, workplace violence, multiple murders and the personality and other characteristics of those who commit these types of crimes. The notice reports that Dr. Meloy will not be asked to give an opinion about how these characteristics apply to the known facts concerning Mr. Wells. The notice does not explain the relevance or admissibility of testimony regarding these issues of general character. Expert evidence is not admissible when it is not reliable and tested. Mr.

Wells has reserved his right to file supplemental briefing in a *Daubert* motion at Docket No. 196 in order to exclude Dr. Meloy under FRE 702.

This motion is submitted pursuant to Fed.R.Evid. 401-403, 404(a), and 608 and is based on the declaration of counsel filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 19, 2013, a copy of the *Motion in Limine to Exclude Testimony on Issues of Violence and Psychological Characteristics of Perpetrators of Violent Crimes* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                                          Page 2

Case 3:13-cr-00008-SLG   Document 216   Filed 12/19/13   Page 2 of 2