UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion *in Limine* to Exclude Testimony on Issues of Violence and Psychological Characteristics of Perpetrators of Violent Crimes, the motion is GRANTED.

IT IS HEREBY ORDERED that the government is precluded from eliciting testimony from Dr. J. Reid Meloy in this matter.

DATED this ____ day of _____ 20 ___.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE