Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL** |
| JAMES MICHAEL WELLS, | (Filed Pursuant to 28 U.S.C. §1746) |
| Defendant. | |

I, Rich Curtner, declare under penalty of perjury that the following is true:

**Introduction**

1. I am the attorney for James Wells.

2. Trial is presently scheduled to begin on February 24, 2014.

3. The purpose of this motion is to ask the court to exclude testimony by Dr. Meloy because his proffered testimony is irrelevant and because there is no foundation for its admissibility.

## Background

4. This court's Second Pre-Trial Scheduling Order at Docket No. 56 provided that the government disclose expert notices by October 25, 2013.

5. The government provided written notice of its intent to call Dr. Meloy on October 25, 2013. The notice included a letter summarizing general topics about which Dr. Meloy would testify. On December 16, 2013, the government provided a report summarizing Dr. Meloy's proffered testimony and a list of references which have helped him form his general opinions. Dr. Meloy provides no methodology for reaching his general opinions, nor does he explain how his research is directly applicable to this case. *See* Exhibit A (Report from J. Reid Meloy, Ph.D. Forensic Psychology), filed separately under seal. Dr. Meloy's testimony is not reliable because he has provided no methodology for arriving at his proposed testimony.

6. Specifically, the notice advises that Dr. Meloy will testify about "targeted and intended violence, workplace violence, multiple murder, and the personality and psychological characteristics of individuals who commit such acts." *See* Exhibit A. Dr. Meloy's report outlines the traits of a person who carries out targeted workplace homicides of more than one victim. Exhibit A, p. 8.

7. The notice further advises that Mr. Meloy is of the opinion "that we all have the biological capacity to be either affective or predatorily violent [*i.e.*, to engage in intended and targeted violence]." Exhibit A, p. 4. Dr. Meloy's footnote to this assertion underscores that there is no human research that has directly measured this biological mechanism. Dr. Meloy cites no relevant support for his theory.

8. Dr. Meloy's proffered testimony would constitute a set of inferences that is not supported by any scientific data and which he claims is universally applicable to all humans.

### The Proffered Testimony Is Irrelevant And Without Foundation

9. The proffered testimony is irrelevant and without foundation. The government has provided no discovery demonstrating that Dr. Meloy's opinions regarding targeted and intended violence are based on reliable, scientific data. Further, the government has provided no information as to why it should be allowed to present theories that pertain universally to all humans, according to Dr. Meloy.

10. Dr. Meloy has not examined anyone associated with the case and does not have information relevant to any particular person so much as all people.

11. There is real risk in this situation that the jury will interpret this general, unsupported proffered testimony by Dr. Meloy as vouching for the actions and general character of Mr. Wells.

### Conclusion

12. For all these reasons, Mr. Wells asks for an order precluding the proffered testimony of Dr. Meloy.

DATED at Anchorage, Alaska this 19th day of December 2013.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:
I certify that on December 19, 2013,
a copy of the *Declaration of Counsel*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner