Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION *IN LIMINE* TO EXCLUDE TESTIMONY BY GARY BOLDEN** |

James Wells moves this court for an *in limine* order precluding testimony from Gary Bolden. The government provided notice of its intent to elicit "expert" testimony from Mr. Bolden regarding a tire from Mr. Wells' truck and a nail lodged in the tire on the morning of the homicides. The government's notice does not provide enough information for the defense to test Mr. Bolden's assertions nor why the information is relevant to this case. Mr. Wells has reserved his right to challenge the admissibility of this testimony in its *Daubert* motion at Docket Nos. 194, 195. In the event the court permits Mr. Bolden's testimony under *Daubert*, Mr. Wells reserves his right to contest Mr. Bolden's opinions as irrelevant.

This motion is submitted pursuant to Fed.R.Evid. 401-403 and is based on the declaration of counsel filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 19, 2013,
a copy of the **Motion in Limine to Exclude Testimony by Gary Bolden** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner