Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Rich Curtner, declare under penalty of perjury that the following is true:

### Introduction

1. I am the attorney for James Wells.

2. Trial is presently scheduled to begin on February 24, 2014.

3. The purpose of this motion is to ask the court to exclude Mr. Bolden's testimony because it is irrelevant and there is no foundation for its admissibility.

## Background

4. This court's Second Pre-Trial Scheduling Order at Docket No. 56 provided that the government disclose information regarding its experts by October 25, 2013.

5. The government provided written notice of its intent to call Mr. Bolden. The notice included a letter summarizing Mr. Bolden's proffered testimony and a copy of his *Curriculum Vitae*. *See* Exhibit A, filed separately under seal.

6. The notice advises that Mr. Bolden has drawn a number of conclusions regarding Mr. Wells' tire and the nail embedded in it. *See* Exhibit A.

## The Proffered Testimony Is Irrelevant

7. The proffered testimony is irrelevant. It is unclear how Mr. Bolden formed his opinions and conducted his tests. It is unclear at this time whether the methods Mr. Bolden used in his tests can be replicated. If the test cannot be replicated then Mr. Bolden's methodology should not be considered reliable.

8. There is real risk in this situation that the jury will interpret proffered testimony by Mr. Bolden as an accurate description of the condition of Mr. Wells' tire on April 12, 2012, when it is unclear whether Mr. Bolden's tests accurately capture the condition of Mr. Wells' tire on that date.

## Conclusion

9.   For all these reasons, Mr. Wells asks for an order precluding the proffered testimony of Mr. Bolden.

DATED at Anchorage, Alaska this 19th day of December 2013.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:        907-646-3480
E-Mail:    rich_curtner@fd.org

Declarations have the same legal force as affidavits.  28 U.S.C. § 1746.

Certification:
I certify that on December 19, 2013,
a copy of the *Declaration of Counsel*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner