Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION *IN LIMINE* TO EXCLUDE TESTIMONY ON ALLEGED EXPERTISE RE: CHARACTERISTICS OF HONDA CARS** |

  James Wells asks this court for an *in limine* order precluding testimony from Neil Schmidt. The government provided notice of its intent to elicit testimony from Mr. Schmidt regarding his "expertise" to identify a blue vehicle in United States Coast Guard video footage of COMMSTA at the approximate time of the homicides. Mr. Schmidt is a technical specialist at Honda North America. The government has disclosed that Mr. Schmidt was unable to make out anything about the vehicle in the video. The notice reports that Mr. Schmidt will testify that the vehicle in the COMMSTA video is the correct size and proportion as that of a Honda CR-V first generation vehicle, similar to Mrs. Nancy Wells' car. The notice does not explain how Mr. Schmidt formed his opinion. Mr. Wells has reserved his right to supplement a *Daubert* motion regarding Mr. Schmidt's

methodology. The government has disclosed evidence from FBI agents indicating that it was impossible for them to ascertain the make and model of the vehicle in the video based on the poor quality of the footage. Examining Mr. Schmidt's full statements in context, it is unclear why his testimony is relevant and whether it is more probative than prejudicial.

This motion is submitted pursuant to Fed.R.Evid. 401-403 and is based on the declaration of counsel filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 19, 2013,
a copy of the *Motion in Limine to Exclude Testimony on Alleged Expertise Re: Characteristics of Honda Cars* was
served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner