UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion *in Limine* to Exclude Testimony on Alleged Expertise Re: Characteristics of Honda Cars, the motion is GRANTED.

IT IS HEREBY ORDERED that the Government is precluded from eliciting testimony from Neil Schmidt in this matter.

DATED this \_\_\_\_ day of _____ 20 \_\_\_\_.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE