Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL** |
| JAMES MICHAEL WELLS, | **(Filed Pursuant to 28 U.S.C. §1746)** |
| Defendant. | |

I, Rich Curtner, declare under penalty of perjury that the following is true:

**Introduction**

1.      I am the attorney for James Wells.

2.      Trial is presently scheduled to begin on February 24, 2014.

3.      The purpose of this motion is to ask the court to exclude testimony by

Mr. Schmidt because his proffered testimony is neither reliable, relevant, nor probative.

## Background

4.      The government has abided by this court's Second Pretrial Order for the Progression of a Criminal Case at Docket No. 56 with respect to the notice of experts re:  Neil Schmidt.

5.      The government provided written notice of its intent to call Mr. Schmidt on October 25, 2013.  The notice included a report from the FBI outlining interviews they had with Mr. Schmidt.  Some of the interviews indicate that Mr. Schmidt "cannot tell anything about the vehicle in the video."  *See* Exhibit A, p. 4 (filed separately under seal).  Some indicate that he believes the vehicle is the correct size and proportion consistent with a Honda CR-V.  *See* Exhibit A, p. 1.  Mr. Schmidt provides no methodology for reaching his general opinions.  *See* Exhibit A.  Mr. Schmidt's testimony is not reliable because he has provided no methodology for arriving at his proposed testimony.

6.      Mr. Schmidt's proffered testimony would constitute speculation that is not supported by any data.  Also, Mr. Schmidt's proffered testimony seems to contain contradictions that undermine the relevance of any statements he has made regarding the proportions of the vehicle.

## The Proffered Testimony Is Irrelevant And Without Foundation

7.      The proffered testimony is irrelevant and without foundation.  The government has not demonstrated that Mr. Schmidt's statements about the proportion of the vehicle are relevant when placed in context with Mr. Schmidt's claims that he cannot tell anything about the vehicle in the video.  *See* Exhibit A, p. 4.  The government has

provided no discovery demonstrating that Mr. Schmidt's opinions are based on a reliable methodology.

8.      There is real risk in this situation that the jury will interpret this general, unsupported proffered testimony by Mr. Schmidt as explanatory of the type of vehicle in the video, whose poor quality makes it impossible for Mr. Schmidt to tell anything about the vehicle in the video.

**Conclusion**

9.      For all these reasons, Mr. Wells asks for an order precluding the proffered testimony of Mr. Schmidt.

DATED at Anchorage, Alaska this 19th day of December 2013.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:      rich_curtner@fd.org

Declarations have the same legal force as affidavits.  28 U.S.C. § 1746.

Certification:
I certify that on December 19, 2013,
a copy of the *Declaration of Counsel*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov


/s/Rich Curtner_____