Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY BY VIDEO ANALYST AND ACCIDENT RECONSTRUCTION EXPERT TOGLIA** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells moves this court for an *in limine* order precluding testimony from Mr. Angelo Toglia. The government provided notice of its intent to elicit testimony from Mr. Toglia about a model that he has created of the rigger shop area on the morning of the homicides. Mr. Toglia has indicated that he has imported a wireframe model that he generated into a 3-D modeling, animation, and rending software program. Using this program, Mr. Toglia has recreated a model of the incident area and then imported an image of a blue Honda CR-V onto the image of the blue vehicle present in the USCG footage. The notice does not explain the methodology Mr. Toglia utilized in sufficient detail for Mr. Wells to recreate his work or test his methodology. In his *Daubert* motion, Mr. Wells has reserved his right to file supplemental briefing once he receives discovery that would

allow him to test Mr. Toglia's findings. (*See* Docket Nos. 200, 201.) Based on the information currently available to Mr. Wells, this model is irrelevant, potentially misleading, and lacks foundation.

This motion is submitted pursuant to Fed.R.Evid. 401-403 and is based on the declaration of counsel filed herewith.

DATED this 19th day of December 2013.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on December 18, 2013,
a copy of the *Motion in Limine to Exclude Expert Testimony by Video Analyst and Accident Reconstruction Expert Toglia*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner