UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Motion *in Limine* to Exclude Expert Testimony by Video Analyst and Accident Reconstruction Expert Toglia, the motion is GRANTED.

IT IS HEREBY ORDERED that the government is precluded from eliciting testimony from Angelo Toglia in this matter.

DATED this \_\_\_\_ day of _____ 20 \_\_\_.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE