Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Rich Curtner, declare under penalty of perjury that the following is true:

**Introduction**

1.      I am the attorney for James Wells.

2.      Trial is presently scheduled to begin on February 24, 2014.

3.      The purpose of this motion is to ask the court to exclude testimony by

Mr. Toglia because his proffered testimony is irrelevant, potentially misleading, and

because there is no foundation for its admissibility.

**Background**

4.       This court's Second Pretrial Order for the Progression of a Criminal Case at Docket No. 56 ordered the government to provide notice of its experts to the defense by October 25, 2013.

5.       The government provided written notice of its intent to call Mr. Toglia on October 25, 2013.  The notice included a summary of Mr. Toglia's proffered testimony. *See* Exhibit A, filed separately under seal.

6.       The notice advises that Mr. Toglia will testify about a model he created to attempt to replicate the area surrounding the rigger shop at COMMSTA on the morning of the homicides.  *See* Exhibit A.  Mr. Toglia's model superimposes an image of a vehicle identical to the Wells' vehicle onto the model it creates, which creates the impression that the Wells' vehicle was at the crime scene.  *See* Exhibit A.

7.       The notice provides no clear information about how this model was created. *See* Exhibit A.

8.       Fed.R.Crim.P.16 discovery to date fails to disclose how Mr. Toglia knew the precise locations of the vehicle in the original video footage on the ground near the rigger shop.  Mr.  Toglia would need this information in order to properly superimpose an image of the Wells' vehicle on the correct location.


**The Proffered Testimony Is Irrelevant And Without Foundation**

9.       The proffered testimony is irrelevant and without foundation unless it can be tested and replicated.  Without information about the precise location of the vehicle

and Mr. Toglia's methods for creating this model, his tests and modeling cannot be tested by reliable scientific methods and replicated. Additionally, the government has provided no discovery demonstrating that any of Mr. Toglia's proffered testimony or model are produced in a reliable fashion or replicable.

10.     There is a real risk in this situation that the jury will interpret Mr. Toglia's proffered testimony and model as accurate depictions of the crime scene, which place the Wells' vehicle at the scene of the crime. This would be misleading because there is no actual evidence to support this contention and no other expert has been able to identify the make or model of the vehicle from the video footage. *See* Docket Nos. 222-224 (Motion *in Limine* to Exclude Testimony on Alleged Expertise Re: Characteristics of Honda Cars ).

## Conclusion

11.     For all these reasons, Mr. Wells asks for an order precluding the proffered testimony of Mr. Toglia.


DATED at Anchorage, Alaska this 19th day of December 2013.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org


Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:
I certify that on December 19, 2013,
a copy of the *Declaration of Counsel*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner