KAREN L. LOEFFLER
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JAMES MICHAEL WELLS,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:13-cr-00008-RRB-JDR<br><br>**MOTION TO ACCEPT OVERLENGTH DOCUMENT:** GOVERNMENT'S CONSOLIDATED MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTIONS FOR *DAUBERT* HEARINGS (AND REQUEST FOR A DETERMINATION BY THE DISTRICT COURT) |

COMES NOW the United States of America, by and through its

undersigned counsel, and requests permission to file an over-length

response to the Defendant's Motions Requesting *Daubert* hearings.

(Dockets 192-201). The Government intends to file a consolidated

response to address Defendant's arguments, many of which overlap in

the separate filings. The Government seeks to do so in the interests of

judicial economy. The Government's response is 36 pages and includes

12 exhibits.

Counsel for the government contacted the defense, and they do not

oppose this motion.

Therefore, the United States requests that it be allowed to file the

attached 36-page opposition with exhibits.

RESPECTFULLY SUBMITTED this 19th day of December, 2013

in Anchorage, Alaska.


s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney


s/ Bryan D. Schroder
BRYAN D. SCHRODER

*United States v. Wells*
Case No. 3:13-cv-00008-RRB                                          Page 2 of 3
Case 3:13-cr-00008-SLG   Document 228   Filed 12/19/13   Page 2 of 3

Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A DUIGNAN.
Special Assistant U.S. Attorney
United States of America

Certificate of Service

I hereby certify that on December 19, 2013,
the foregoing was served electronically via
the CM/ECF system on counsel of record.

s/ Kathleen A. Duignan

*United States v. Wells*
Case No. 3:13-cv-00008-RRB                                  Page 3 of 3