IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) [Proposed] |
| vs. | ) **ORDER GRANTING GOVERNMENT'S MOTION TO ACCEPT OVER-LENGTH OPPOSITION TO DEFENDANT'S *DAUBERT* MOTIONS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Upon due consideration of the government's Motion to Accept Overlength Document, said motion is GRANTED.

DATED _____.

_____
U.S. District Court Judge