# National Center for the Analysis of Violent Crime
**Behavioral Analysis Unit**
*Part of the Critical Incident Response Group*



## ROBERT J. MORTON
### Supervisory Special Agent

## EMPLOYMENT

SSA Morton is currently employed as a Supervisory Special Agent (SSA) for the Federal Bureau of Investigation's (FBI), and is assigned to the Behavioral Analysis Unit 4 (BAU-4) National Center for the Analysis of Violent Crime (NCAVC), FBI Academy, Quantico, Virginia. The NCAVC serves as a national and international resource center for law enforcement agencies, providing assistance in unusual, bizarre, and repetitive violent crimes. SSA Morton has been assigned to the NCAVC since 1997, and has consulted in hundreds of cases both domestically and internationally. SSA Morton has extensive experience analyzing homicide cases and other types of violent crimes, including serial murder and sexual homicide. In examining these cases, he has provided a variety of services, including crime scene assessment and analysis; investigative strategies; case linkage analysis in serial cases; development of unknown offender characteristics; the development of interview designs for suspects; major management issues; and assistance with strategies for prosecution.

Prior to joining the NCAVC, SSA Morton was assigned to the FBI's Chicago, Illinois Field Division. Investigative assignments included violent crime, gang investigations, terrorism, and he was also the Weapons of Mass Destruction Coordinator. Additionally, He was the Primary Team Leader on the Chicago FBI's Evidence Response Team (ERT), and supervised the processing of crime scenes in major FBI cases that required forensic examination, as well as select local cases that requested forensic assistance. These included homicides and a number of serial murder cases. SSA Morton participated in processing a number of high priority national crime scenes, including the Oklahoma City Bombing, the 1996 Atlanta Olympic Park Bombing and the 9/11/01 attack on the Pentagon. SSA Morton testified in the federal trials of Timothy McVeigh and Terry Nichols, as well as the Oklahoma State trial of Nichols for the bombing of the Murrah Federal Building. His testimony outlined the evidence collection procedures utilized at the bombing scene, as well as specific individual evidence that was collected.

SSA Morton thirty years of law enforcement experience working with the FBI, and the Virginia State Police. He also previously worked for the Federal Bureau of Prisons, and the New York State Mental Health Department and Psychiatric System.

## EDUCATION

M.S. Criminal Justice, Virginia Commonwealth University, Richmond, Virginia, 2002
B.A. Sociology, Canisius College, Buffalo, New York, 1978
A.A.S. Criminal Justice, Erie Community College, Amherst, New York, 1976

## SPECIALIZIED TRAINING RECEIVED

### FBI IN-service Training

Terrorism International and Domestic, 40 hours
Theories of Terrorism, 40 hours
Middle East Terrorism, 40 hours
Fingerprint Classification, 40 hours
Post-Blast and Bombing Investigation, 40 hours
Basic ERT Training Course, 80 hours
Detection and Recovery of Human Remains, 40 hours
Advanced Latent Fingerprint Technician, 40 hours
Advanced Death Investigation, 40 hours
International Symposium on Forensic Aspects of Arson Investigation, 40 hours
Instructor Development Course, 40 hours
Violent Crime Seminar, 40 hours
NCAVC Coordinator, 40 hours
Weapons of Mass Destruction Coordinator, 40 hours
Behavioral Analysis Training, 400 hours

### Other Training

Advanced Forensic Investigation, Naperville Police Department, 40 hours
Practical Crime Scene Workshop, Northwestern University Traffic Institute, 40 hours
Advanced Crime Scene Technology Workshop, Institute of Applied Forensic Technology, 40 hours
Cause and Origin of Fire and Explosions, National Association of Fire Investigators, 40 hours
Forensic Entomology Evidence Recovery Techniques, Council of American Forensic

Entomologists, 16 hours
Basic Sex Crime Investigators Seminar, 40 hours
Hazardous Materials First Responder Operations, 40 hours OSHA, Commonwealth of Virginia
Assessment of Violence Potential, Specialized Training Services, Inc., 8 hours
FBI National Symposium on School Violence, Leesburg, Virginia, 40 hours
Threat Assessment, Dr. Gavin DeBecker, FBI Academy, Quantico, Virginia, 8 hours
Kidnapping Survival: A Victim's Perspective, Ms. Anita Woolridge, FBI Academy, Quantico, Virginia, 8 hours
Advances in Forensic Anthropology, Dr. William Rodriguez, FBI Academy, Quantico, Virginia, 8 hours
Statement Analysis, SSA Susan Adams, FBI Academy, Quantico, Virginia, 8 hours
Forensic Psychiatry, Dr. Park Dietz, FBI Academy, Quantico, Virginia, 16 hours
Geographic Profiling, Dr. Kim Rossmo, FBI Academy, Quantico, Virginia, 8 hours
Reid Technique of Interviewing and Interrogation, Reid and Associates, FBI Academy, Quantico, Virginia, 40 hours
International Homicide Investigators Association 7th Annual Conference, FBI Academy, Quantico, 40 hours
Inside the Criminal Mind, Dr. Stanton Samenow, FBI Academy, Quantico, Virginia, 4 hours
Hare Psychopathy Check List Revised, 3 Day Workshop, Dr. Robert Hare, FBI Academy, Quantico, Virginia
FBI Symposium on Family Violence, Leesburg, Virginia, 40 hours
International Homicide Investigators Association 11th Annual Conference, Las Vegas, 40 hours
International Homicide Investigators Association 12th Annual Conference, Clearwater, Florida, 40 hours
International Homicide Investigators Association 14$^{h}$ Annual Conference, New Orleans, Louisiana, 40 hours

*Additionally, attended plethora of presentations at the American Academy of Forensic Sciences Annual Meetings, from 1999-2012.

## PROFESSIONAL ASSOCIATIONS

American Academy of Forensic Sciences, **Fellow**, General Section
International Association for Identification (IAI), Certified as a **Senior Crime Scene Analyst** (Credentialed since 1997)
International Homicide Investigators Association **Member** (Since 1998)

## RESEARCH EXPERIENCE

2005 – Present, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Characteristics of Serial Murderers

3

2000 – Present, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Characteristics of Sexually Motivated Murder

1998 – Present, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Interviews of Incarcerated Offenders – Serial Murderers

1999 – 2005, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Child Taphonomy and Disposal Scenarios

1998 – 2005, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Physical Trauma in Sexual Assault Cases: A Study of 200 Cases
*Cooperative research was conducted with the Fort Wayne Sexual Assault Treatment Center, Fort Wayne, Indiana, Virginia Commonwealth University, and NCAVC

1998 – 1999, FBI's NCAVC, FBI Academy, Quantico, Virginia:
**Focus:** Search Methodologies for Abducted Children
*Cooperative research was conducted with George Mason University, Fairfax, Virginia, and NCAVC

## ABSTRACTS

1. Morton, Robert J., Lord, Wayne D. & Goff, Lee. 1999. *Taphonomic Effects on Child Sized Remains Located in Surface Deposit and Shallow Burial Disposal Sites.* Proceedings of 1999 American Academy of Forensic Sciences.
2. Morton, Robert J. & Lord, Wayne D. 2000. *Predator and Scavenger Activities on Child Sized Remains Located in Surface Deposit and Shallow Burial Sites.* Proceedings of 2000 American Academy of Forensic Sciences.
3. Morton, Robert J. & Lord, Wayne D. 2001. *Animal Scavenging Activities on Child Sized Remains Located in Surface Deposit and Shallow Burial Disposal Sites Captured on Video Recordings.* Proceedings of 2001 American Academy of Forensic Sciences.
4. Morton, Robert J. 2001. *A Case of Sexual Homicide and Fantasy.* Proceedings of 2001 American Academy of Forensic Sciences.
5. Morton, Robert J. 2002. *The Case of a Staged Homicide.* Proceedings of 2002 American Academy of Forensic Sciences.
6. Morton, Robert J. 2004. *"Viking Funeral" Ritual Murder of Suicide.* Proceedings of 2004 American Academy of Forensic Sciences.
7. Morton, Robert J. 2005. *"The Most Dangerous Game" The Case of a Double Homicide.* Proceedings of 2005 American Academy of Forensic Sciences.
8. Germillian, Abigail, Morton, Robert J. & Lord, Wayne D. 2005. *Insect Colonization of Child-Sized Remains: Behavioral Analysis of Pig Carcasses via 24 Hour Resolution Video Surveillance* Proceedings of 2005 American Academy of Forensic Sciences.
9. Bright, Lisa N., Morton, Robert J. 2012. *Taphonomic Signatures of Animal Scavenging: The*

*Benefits of Using Remote Recording Equipment to Monitor Scavenging Activity.* Proceedings of 2012 American Academy of Forensic Sciences.
10. Grattagliano, Ignazio, Morton Robert J., Owens, Jessica N., Campobasso, Carlo P., Carabellese, Felicie F. & Catanesi, Roberto, 2012. *Female Sexual Offenders: Five Italian Case-Studies.* Proceedings of 2012 American Academy of Forensic Sciences.

## PUBLICATIONS

1. Morton, Robert J., & Lord, Wayne D. *Detection and Recovery of Abducted and Murdered Children: Behavioral and Taphonomic Influences.* IN *Advances in Forensic Taphonomy: Method, Theory, and Archaeological Perspectives.* Haguland, W. & Sorg, M., eds., CRC Press, 2002.
2. McNamara, James J. & Morton, Robert J. *Frequency of Serial Sexual Homicide Victimization in Virginia for a Ten-Year Period.* Journal of Forensic Sciences, Vol. 49, #3, May 2004.
3. Morton, Robert J. & McNamara, James J. *Serial Murder.* IN *Encyclopedia of Forensic and Legal Medicine.* 2005.
4. Morton, Robert J. & Lord, Wayne D. *Criminal Profiling.* IN *Encyclopedia of Forensic and Legal Medicine.* 2005.
5. Morton, Robert J. & Lord, Wayne D. *Taphonomy of Child-Sized Remains: A Study of Scattering and Scavenging in Virginia, USA.* Journal of Forensic Sciences, Vol. 51, #3, May 2006.
6. McNamara, James J. & Morton, Robert J. *Cracking the BTK Case.* The RCMP Gazette, Vol. 69, Issue 1, 2007.
7. Morton, Robert J. (ed) & Hilts, Mark A. (co-ed). *Serial Murder: Multi-disciplinary Perspectives for Investigators.* U.S. Department of Justice, Federal Bureau of Investigation (2007).
8. Myers, Wade C.; Bukanovshiy, Alexandr, Justen Elle; Morton, Robert J; Tilley, John; Adams, Kenneth; Vandagriff, Virgial. & Hazelwood, Robert R. *The Relationship Between Serial Murder and Autoerotic Asphyxiation.* Forensic Sciences International, 176, pp. 187-195 (2008).
9. Campobasso, Carlo P.; Colonna, Massimo F.; Carabellese, Felicie F.; Grattagliano, Ignazio; Candelli, Chiara; Morton, Robert J.; Catanesi, Roberto. *A Serial Killer of Elderly Women: Analysis of a Multi-victim Homicide Investigation.* Forensic Science International, 185, e7-e11 (2009).
10. Morotn, Robert J.; Campobasso, Carlo P.; McNamara, James J.; Colonna, Massimo F.; Carabellese, Felicie F.; Grattagliano, Ignazio; Catanesi, Roberto; Lawrence, Jennifer M. *Cross Cultural Comparison of Two Serial Sexual Murder Series in Italy and the United States.* Journal of Forensic Sciences, Vol. 55, #4, July 2010.
11. Morton, Robert J., Lawrence, Jennifer M. & Gaines, Stephanie J. *Serial Murder: Pathways for Investigators.* U.S. Department of Justice, Federal Bureau of Investigation (in print).
12. Morton, Robert J., Lawrence, Jennifer M. & Gaines, Stephanie J. & McNamara, James J. *Sexual Murder: A View from the Body Disposal to the Offender.* U.S. Department of Justice, Federal Bureau of Investigation (in print).

# EXPERT TESTIMONY

1995, United States District Court, Northern District of Illinois, Chicago, Illinois.
**Scope:** Testified concerning a fingerprint comparison/identification of a defendant in an *identity* hearing (U.S. v. Nick Giannello).

1995, United States District Court, Northern District of Illinois, Chicago, Illinois.
**Scope:** Testified concerning a fingerprint comparison/identification of a defendant in a *identity* hearing (U.S. v. Joh Doe).

2000, Porter County Superior Court, Valparaiso, Indiana.
**Scope:** Testified (trial in chief) concerning crime scene analysis, "staging," body disposal, and clandestine graves (Indiana v. David Malinski).

2000, Porter County Superior Court, Valparaiso, Indiana.
**Scope:** Testified (trial in chief) concerning crime scene analysis, and "staging." (Indiana v. Russell Brady).

2009, 21st Judicial District, Mesa County, Colorado.
**Scope:** Testified (trial in chief) concerning crime scene analysis, and "staging". (People v. Miriam Helmick).

2010, Malcomb County, Michigan.
**Scope:** Testified in motion hearing concerning crime scene analysis. (People v. Jabalee).

2011, 5th Judicial District, Chaves County, New Mexico.
**Scope:** Testified in motion hearing concerning crime scene analysis. (People v. Larry Harris).

2011, La Crosse County, Wisconsin.
**Scope:** Testified (trial in chief) in regards to defense theory of crime scene analysis. (State of Wisconsin v. Eric Koula).

# SIGNIFICANT AWARDS

Federal Bureau of Investigation: Quality Step Increase (QSI) Awards in 2001, 2004, & 2007. Additionally, received 8 Special Act Awards (1993-2011).

1998: Received Certificate of Recognition from Governor Jim Geringer, State of Wyoming for assistance in the investigation of the murder of Cristin Lamb.

2002: Received Chief's Letter of Commendation, St. Louis Metropolitan Police Department, for assistance in the Maury Travis serial murder investigation.

6

Case 3:13-cr-00008-SLG   Document 228-4   Filed 12/19/13   Page 6 of 8   Exhibit 2 - Page 6

2005: Received a Letter of Appreciation from U.S. Congressman Todd Tiahrt, Kansas, in recognition of assistance provided in the BTK serial murder investigation.

2007: Received the Wichita Police Department's Bronze Wreath of Merit for assistance provided in the BTK serial murder investigation.

2009: Received a Certificate of Appreciation from the Hungarian National Bureau of Investigation for assistance in a serial murder case involving the shooting and firebombing of homes belonging to people of *Roma* ethnic origin.

2011: Received the American Academy of Forensic Sciences, General Section's *John L. Hunt Award* in recognition of outstanding contributions to forensic science.

## SYMPOSIUMS

SSA Morton has developed and organized two separate multi-disciplinary symposiums which dealt with very specific law enforcement based topics:

In 2005, the Serial Murder Symposium was held in San Antonio, Texas sponsored by the FBI's NCAVC. The Symposium was attended by 135 law enforcement professionals, academics, mental health clinicians, and other experts in serial murder. Agenda encompassed case presentations, history, causality, and various other topics regarding serial murder. The results were memorialized in a U.S. Department of Justice publication titled *Serial Murder: Multi-Disciplinary Perspectives for Investigators,* which was published in 2007. SSA Morton was the primary editor of this monograph.

In 2012, the "No Body" Homicide Symposium was held in Stafford, Virginia, sponsored by the FBI's NCAVC. The Symposium was attended by 49 law enforcement professionals and prosecutors who had successfully investigated and prosecuted these unusual types of cases. Agenda encompassed case presentations and other aspects of "No Body" homicide cases. The results are being memorialized into a monograph which outlines the best practices for investigating and prosecuting these cases. Monograph is scheduled to be published in early 2013. SSA Morton was the primary editor of this monograph.

## TEACHING EXPERIENCE AND PRESENTATIONS

Since 1994, SSA Morton has presented over 150 training classes, presentations and workshops to international, federal, state and local law enforcement personnel, prosecutors, forensic scientists, medical examiners & coroners, and other criminal justice practitioners. Audiences included professional organizations including the American Academy of Forensic Sciences, FBI National Academy, International Homicide Investigators Association, Mid-States Homicide Investigators

Association, California Coroner's Association, Indiana Coroner's Association, Association of Colorado Sex Crimes Investigators, Virginia Institute of Forensic Science and Medicine, Delaware State Police Homicide Conference, Missouri Highway Patrol Homicide Conference, Crimes Against Women Conference, and a variety of other investigative and criminal justice associations.

Training provided to international law enforcement personnel included agencies from Canada, Italy, Hungary, Germany, France, Austria, Ireland, Denmark, Norway, Sweden, Finland, and various countries in the Pacific Rim.

SSA Morton has also provided classroom and practical training in crime scene processing and forensics for FBI Evidence Response Teams, as well as various state and local law enforcement agencies. He developed a unique multi-day practical homicide crime scene class for the Chicago Police Department. This class provided training to over 40 homicide detectives and crime scene investigators.

Since 1999, SSA Morton had provided instruction in a variety of forensic and behavioral topics during the specialized training course for new members of the FBI's National Center for the Analysis of Violent Crime. Additionally, he serves as an instructor and mentor in a formal training program for members of a number of law enforcement behavioral analysis units. Agencies have included the Royal Canadian Mounted Police, the Ontario Provisional Police, Surete de Quebec Police, Virginia State Police, South Carolina SLED Division, Florida Department of Law Enforcement, Georgia Bureau of Investigation, and the Texas Rangers. SSA Morton was the primary editor of this monograph.