# Curriculum Vitae

## William D. Gifford
(907) 398-1512

### Professional Experience

| | |
|---|---|
| 2010 to 2013 | Alaska State Troopers Cold Case Unit |
| 2002 to 2011 | Gifford Consulting and Training |
| 2002 to 2005 | Alaska State Troopers<br>    Cold Case Homicide Unit |
| 1978 to 2002 | Anchorage Police Department |
| |   2001  Promoted to Captain/Detective Division |
| |   2000  Assigned/Acting Captain/Support Services |
| |   2000  Transfer/Lieutenant/Support Services |
| |   1998  Transfer/Lieutenant Patrol Division/District Commander |
| |   1992  Transfer/Lieutenant Person Crimes/Detective Division |
| |   1990  Transfer/Lieutenant Property Crimes/Detective Division |
| |   1990  Promoted to Lieutenant/Patrol Division |
| |   1985  Promoted to Sergeant/Patrol Division |
| |   1982  Promoted to Corporal/Patrol Division |
| |   1978  Patrol Officer |
| 1972 to 1978 | Redding Police Department<br>    Police Officer |
| 1970 to 1972 | Shasta College Campus Police, Redding California<br>    Captain |

### Education and Training

| | |
|---|---|
| 1992 | FBI National Academy (3 months) |
| 1978 | Anchorage Police Department Training Academy (320 hours) |
| 1972 | State of California Police Academy (360 hours) |
| 1970-71 | Shasta College, Associates Degree in Police Science |
| 1972-2005 | Additional training: |
| | 1988 to the present: Independent Study in Blood Stain Pattern Analysis |
| | 2012  Buried body Scattered remains 16 hrs. Anchorage Ak |
| | 2009  ACSR Colorado 24 hours |
| | 2009  TCDLA Huston Texas 24 hours |
| | 2008  TCDLA Irving Texas 24 hours |
| | 2008  IABPA Colorado |
| | 2007  TCDLA Dallas Texas 24 hours |
| | 2007  ACSR Tacoma, Wa, 20 hours |
| | 1999  IABPA meeting, Huston, Tx., 32 hours |
| | 1999  Northwest Association of Forensic Science Examiners, 32 hours |
| | 1998  FBI National Academy Associates Re-trainer, 32 hours |

| Year | Training |
|------|----------|
| 1997 | FBI National Academy Associates Re-trainer, 32 hours |
| 1997 | Annual meeting of IABPA/ACSR, Seattle, Wa., 32 hours |
| 1997 | Mass Fatalities, 24 hours |
| 1997 | Alaska Peace Officers Association conference, 32 hours |
| 1996 | Annual meeting of IAPBA/ACSR, New Mexico, 32 hours |
| 1996 | Blunt Trauma, Dr. Humphry Germaniuk, Washington D.C. 2 hours |
| 1996 | Sexual Assault Response Team/Sexual Assault Nurse Examiner training, 40 hours |
| 1996 | Pathology of Blunt Trauma, Dr. Mary Chase, 2 hours |
| 1995 | Masters Course Death Investigation, St. Louis School of Medicine, 40 hours |
| 1995 | Bloodstain Pattern Analysis, FBI, Anchorage, 40 hours |
| 1995 | FBI National Academy Associates Re-trainer, 32 hours |
| 1995 | Forensic Scientist Conference, 40 hours |
| 1995 | American Society of Law Enforcement Trainers, 32 hours |
| 1994 | Death Investigation, St. Louis School of Medicine, 40 hrs. |
| 1994 | Child Abuse and Exploitation Investigation Techniques, 32 hours |
| 1994 | Blood Evidence, Herb McDonnel, 4 hours |
| 1994 | FBI National Academy Associates Re-trainer, 32 hours |
| 1994 | Detection and Recovery of Human Remains, Quantico, Va., 40 hours |
| 1993 | Basic Evidence Response and Physical Evidence, FBI Anchorage, 40 hours |
| 1993 | FBI National Academy Associates Re-trainer, 32 hours |
| 1992 | IABPA training conference, Colorado, 32 hours |
| 1990 | Homicide Investigations Seminar, 80 hours |
| 1989 | Unusual Death Investigations, Florida, 32 hours |
| 1988 | Homicide Investigations Seminar, 80 hours |
| 1987 | Bloodstain Interpretations, 16 hours |
| 1983 | FBI Instructor Training, 40 hours |
| 1982 | Death Investigations, 40 hours |
| 1980 | Advanced Crime Scene Investigations, 16 hours |
| 1979 | Uniformed Investigations, 40 hours |

## Certifications

Basic and Intermediate Certificates from the State of California
Basic, Intermediate and Advanced Certificates from the State of Alaska

## Publications

"Bloodstain Survival in Water," International Association of Blood Pattern Analysis, September 1999, Volume 15, Number 2.

"Development of a Crime Scene Response Vehicle," Bevis Magazine of Evidence (Norway), 1995 and Law Enforcement Bulletin, 1994.

"Limiting Angles," International Association of Blood Pattern Analysis, June 1993, Volume A, Number 2.

**Program Development, Implementation and Maintenance**

Sexual Assault Response Team
Alaska CARES
Medical Examiner System
Child Fatality Review Team
Governor's Task Force on Child Abuse and Neglect
Homicide Response Team

**Professional Associations**

Anchorage Task Force on Sexual Assault, Past Member and Past Chair
Alaska CARES Past Board of Directors
FBI National Academy Associates, Member and Past Board of Directors
Alaska Association of Chiefs of Police
International Association of Homicide Investigators
International Homicide Investigators Association
International Wound Ballistics Association
International Association of Bloodstain Pattern Analysis, Member and
    Past V.P. Pacific Region
Association of Crime Scene Reconstruction, Member and Past Editor
American Society of Law Enforcement Trainers
Alaska Peace Officers Association
Municipality of Anchorage Personnel Rules Committee
Municipality of Anchorage Human Resource Advisory Board

**Consultations**

Alaska State Troopers, Anchorage, Kenai, Kodiak
Soldotna Police Department
Kodiak Police Department
Ketchikan Police Department
State of Alaska Crime Detection Laboratory
Special Agent Bob Spalding, Quanico, Virginia
Dr. Vincent DiMaio
Dr. Henry Lee
Officers from the State of California
Mr. Norman Reeves
Mr. Tom Bevel

**Courses Instructed**

Advanced Crime Scene Investigation
Uniformed Investigations
Shooting Scene Reconstruction
Photography
Nighttime Photography
Blood Spatter Interpretation

Trial Preparation
Officer Involved Shootings
Role of Law Enforcement in the Criminal Justice System
Report Writing
Evidence Preservation
    *Anchorage Police Department*
Crime Scene Investigations
    *Anchorage Police Department*
    *Alaska State Troopers*
    *Ketchikan Police Department*
    *State of Alaska Crime Detection Laboratory*
    *Anchorage Airport Police*
    *Alaska Academy of Trial Lawyers (diagramming)*
    *Kodiak Police Department*
    *Department of Corrections*
    *University of Alaska Anchorage*
    *Texas Criminal Defense Lawyers*
Homicide Investigations
    *Officers from Departments across the State*
    *Texas Criminal Defense Lawyers*
Evidence Awareness
    *Alaska Regional Hospital Emergency Room Workers*
    *EMS first responders, Anchorage area*
    *EMS first responders, Palmer*
    *EMS first responders, Wasilla*
Sexual Assault Scene Investigations
    *SART/SANE members*
    *Standing Together Against Rape (STAR) case workers*

**Presentations**

"Developing a Homicide Response Team," ASLET Conference, 1995
"Opposing Viewpoints in Bloodstain Pattern Analysis," panel discussion, BSPA
IABPA Annual Meeting, 1996
"Suicidal Stabbing," IABPA/ACSR Conference, 1997
"Death by Moose Attack/Wound Patterns," IABPA/ACSR Conference, 1997
"Fuming Bodies at Crime Scenes," IABPA/ACSR Conference, 1997
"Crime Scene Reconstruction," NWAFS Conference, 1999
Homicide/Suicide case, IABPA Conference, 1999
"Domestic Homicide Staged Crime Scenes" ACSR conference Jan. 2006
Advanced crime scene investigation March 2007
Shooting Scene Forensics TCDLA October 2009
Investigative Analysis through police reports TCDLA October 2009
Crime scene investigation thought blood stain evidence ABI 2011

**Prior Expert Testimony**

State v David Williams, 3AN-88-8484, Judge Karl Johnstone
State v Lesley Beagel, 3AN-89-5658, Judge Karl Johnstone
State v John Motta, 3AN-92-4643, Judge Milton Souter
State v Jackson/Osborne 3AN-93-2338/9, Judge Milton Souter
State v Brodine, 3AN-93-9552, Judge Hopwood

State v Earl, 3AN-94-30, Judge Mark Rowland
State v Carter, Judge Hopwood
State v Malloy, 3AN-S95-9983, Judge Elaine Andrews
State v John Phillips
State v John Motta, retrial, Judge Milton Souter
State v Christopher Lindeman
State v Delano Hall
State v Jack Earl, Judge Sanders
State v Joe Mark
State v David Borg
State v Matthew Owens X2
State v James Harmon
State v Evenson
State v Rogers
State v Haube
State v Sawyer
State v Evenson
State v McDaniel
State v Summerall 3KO-10-279