# STANDARDS TESTING LABORATORIES, INC.

PO Box 758, 1845 Harsh Ave SE
Massillon, Ohio 44648 USA
330-833-8548

## RESUME

## GARY C. BOLDEN

### EDUCATION

B.S. Civil Engineering, December 1971 - University of Akron. This degree represents completion of a five year, full time curriculum combining academic and on-the-job training in related fields.

### OCCUPATIONAL EXPERIENCE

STANDARDS TESTING LABORATORIES, INC

Director of Forensics – October 2009 to present
Coordinate department projects, examination and failure analysis of rims, vehicles, related products and testing involved in litigation. Research in failure mechanics and modes.

Principal Engineer - December 1997 – October 2009
Examination and failure analysis of tires, rims, vehicles, related products and testing involved in litigation. Research in tire failure mechanics and modes.

THE GOODYEAR TIRE & RUBBER COMPANY, AKRON, OHIO

Principal Engineer - October 1990 - December 1997
Analysis of tires and related components involving property damage or personal injury, providing expert testimony regarding these examinations and providing technical assistance to legal counsel.

Quality Assurance Contact Engineer - March 1989 - September 1990
Responsible for quality issues on specific OE accounts. Act as Quality representative on each account team. Primary accounts are Honda (Auto and ATV), Audi/VW, BMW, Navistar, Teledyne, Tactical Truck, and miscellaneous RV, Lawn and Garden and Industrial tire accounts.

THE KELLY-SPRINGFIELD TIRE COMPANY, CUMBERLAND, MARYLAND

Manager of Product Service - November 1985 - February 1989
Responsible for issuing corporate warranty policy, standard warranty adjustments, customer relations and product liability claim processing.

**RESUME** - Gary C. Bolden
Page 2

Product Analysis Engineer - April 1979 - October 1985
Inspection and analysis of tires and related products involved in product liability claims; provided sworn testimony regarding these examinations, and provided technical assistance to legal counsel.

THE KELLY-SPRINGFIELD TIRE COMPANY, DEVELOPMENT DIVISION

Senior Field Engineer - April 1978 - March 1979

Monitored field performance of all products, trained field personnel, and promoted recommended practices and procedures to the consumer.

THE KELLY-SPRINGFIELD TIRE COMPANY, CUMBERLAND, MARYLAND

Quality Assurance Engineer - February 1976 - March 1978
Analysis of returned tires, investigation of customer complaints, conducting quality system audits, and collecting quality control data from all production facilities and reporting to management.

THE KELLY-SPRINGFIELD TIRE COMPANY, FREEPORT, ILLINOIS

Quality Control Engineer - December 1972 - January 1976
Implementation of new quality programs; developed new quality control procedures; established guidelines for use of special equipment and supervised the destructive and non-destructive testing of finished tires.

THE GOODYEAR TIRE & RUBBER COMPANY, AKRON, OHIO

Quality Control Engineer - September 1971 - November 1972
Design of quality procedures on a corporate level, quality systems audits and assisted in in-house customer survey audits.

Quality Control Inspector - February 1970 - August 1971
Work experience covered quality aspects of the tire manufacturing process from incoming raw materials to outgoing quality of the finished product.

B.F. GOODRICH AEROSPACE DIVISION, AKRON, OHIO

Quality Control Inspector - April 1969 - August 1969
Responsible for sampling, testing and certifying materials used in the manufacture of inflatable escape slides.

**RESUME** - Gary C. Bolden
Page 3

<u>Draftsman</u> - April 1968 - March 1969
Responsibilities included drawing components, assemblies and applications of electrical and pneumatic de-icers used in the aviation industry. Other products included inflatable escape slides used in commercial aircraft and inflatable seals.

B.F. GOODRICH ACOUSTICS LAB

<u>Lab Technician</u> - September 1967 - March 1968
Testing and evaluation of acoustic and vibration damping materials and their applications.

**PROFESSIONAL ORGANIZATIONS**

American Society for Quality Control (ASQC)
Tire Society
Akron Rubber Group
Society of Automotive Engineers (SAE)
American Society for Testing and Materials (ASTM)

**PUBLICATIONS**

*Drag and Steering Effects from Tire Tread Belt Separation and Loss,* Richard J. Fay and Ric D. Robinette, Fay Engineering Corporation; John Smith, Tim Flood and Gary Bolden, Standards Testing Laboratories. Presented at the SAE International Congress and Exposition, Detroit, MI, March 1-4, 1999.

*Effects of Over-Deflection on the Tire/Rim Interface*, C.L. Schnuth, J.M. Smith, G.C. Bolden, and T.R. Flood. Based on Paper No. 31A, Presented at the International Tire Exhibition and Conference, Akron, OH, September 15-17, 1998, and Testing Expo '99, Hamburg, Germany, June 8-10, 1999

*Simulation of Road Hazard Impacts and Their Effect on the Tire/Wheel System in an Indoor Laboratory Setting*, G. C. Bolden, J.M. Smith and T.R. Flood. Based on paper presented at ITEC Conference in Akron, OH, September 13, 2000, and Testing Expo 2000, Hamburg, Germany, June 14-16, 2000

*Component Interfacial Tearing Appearances,* G.C. Bolden, J.M. Smith and T.R. Flood. Based on paper No. 51-B presented at ITEC Conference in Akron, Ohio, September 22, 2004.

*Impact Simulations,* G.C. Bolden, J.M. Smith and T.R. Flood, Standards Testing Labs, USA. Published in Tire Technology International 2005

*Structural Impact Damage Under Varying Laboratory Conditions*, G.C. Bolden, J.M. Smith and T.R. Flood, Standards Testing Labs, USA. Published in Tire Technology International 2006