# NEIL SCHMIDT

CURRICULUM VITAE

**Work Experience and Training**

2007-  **Honda North America**  Torrance, CA
       **Technical Specialist**
- Conduct product and scene inspections.
- Provide technical assistance to in-house and outside counsel, experts, and other parties.
- Perform interpretations of SRS download data.
- Function as corporate representative during trial for product liability matters.

2007
- Completed course in Traffic Accident Reconstruction, Northwestern University

1994-2007  **American Honda**  Torrance, CA

2005-2007  **Sr. Coordinator/ Engineer**
- Defined and input Service/ Technical requirements to new model pre-development, representing Service/ Technical Operations in the development process.
- Supported design teams with the development and integration of new technology.
- Participated in prototype vehicle builds and evaluate maintenance-ability.
- Represented Service/Technical Operations in the American Honda launch process.
- Gathered new model information for the development of service materials (Owners Manual, Service Manual, Electrical Troubleshooting Manual, Flat Rate Manual, Training, etc.)
- Reported launch plan/readiness/results to American Honda executives & factories.
- Attended SEMA and CES trade shows.

1997-2005  **Model Engineer**
- Identified, investigated and reported vehicle quality concerns to multiple factories on Honda and Acura products working with R&D, Service Engineering Information, Honda Overseas Service and factory teams.
- Member of Global Assignment Program, stationed at Honda's Quality Center in Japan
- Developed diagnostic, repair and service procedures for distribution to dealerships.
- Provided technical and engineering expertise for other American Honda departments.
- Conducted quality audits of production vehicles at port and factory facilities (US, Canada, Japan, Europe)

1995-1997  **Techline Specialist**
- Provided technical assistance to Honda/Acura dealers using problem solving and diagnostic skills.
- Developed troubleshooting and repair information using systems knowledge.
- Participated in vehicle disassembly for documentation validation.

1994-1995  **Shop Technician**
- Performed/validated repair procedures on Honda/Acura vehicles.
- Assisted in engineering investigations.
- Performed maintenance on prototype electric vehicles.
- Prepared press vehicles and attended multiple long lead events.

| 1986-1994 | **Douglas Aircraft Co.** | Long Beach, CA |

**Engineer/Scientist Specialist**
- Structural Design engineer on USAF C-17 cargo aircraft.
- Lead engineer for cargo floor, underfloor bulkheads, frames, landing gear support. Performed design, analysis, and created production drawings.
- Supervised team of engineers, scheduled work packages, prepared and presented change proposals to review board.
- Liaison with Manufacturing, Quality Analysis, Quality Engineering, Tooling, & suppliers.
- Familiar with castings, forgings, extrusions, sheet metal, and machined parts. Extensive usage of 3-D CAD system.

| 1980-1985 | **Electro-Optical Industries** | Goleta, CA |

**Engineering Assistant**
- Assisted in design, manufacture, and assembly of infrared and optical products for defense related applications.
- Performed mechanical assembly, optical assembly and alignment, prototype and production machining, and NC mill programming.

## Education

| 1987 | **University of California, Irvine** | Irvine, CA |

- B.S., Mechanical Engineering
- Regents Scholar

## Projects

- Assisted with development and implementation of systems modifications for Mid-Ohio Driving School cars, CART PPG pace cars and camera car.
- Coordinate Los Angeles Marathon Pace Vehicle preparation and event implementation

1984-present
- Involvement with automotive road racing, production based vehicles in amateur and professional series, crew/mechanic/fabricator/engineer.

1988-1995
- Prepared vehicles and competed in amateur and professional autocross events in Honda/Acura vehicles.