# Collision Research & Analysis, Inc.
## Accident Reconstruction Specialists

David Blaisdell
Andrew Levitt
Gregory Stephens
Ernest Klein
Uwe Meissner
Angelo Toglia
Samuel White
Susan Levitt
David Michalski
Mark Meissner

2707 Jahn Avenue NW B-1
Gig Harbor, WA 98335
Telephone (253) 851-0790
Facsimile (253) 851-0791
mailnorth@collisionresearch.com

*Main Office*
2209 W. 190th Street
Torrance, CA 90504
Telephone (310) 400-7559
Facsimile (310) 400-7566
mail@collisionresearch.com

October 24, 2013

Mr. Bryan Schroder
**UNITED STATES DEPARTMENT OF JUSTICE**
Federal Building and U.S. Courthouse
222 West 7th Avenue #9
Suite 253
Anchorage, AK 99513

Re: U.S. v Wells

Dear Mr. Schroder:

As a research and consulting engineer with over 20 years of experience in the area of automotive crash safety, which includes a background in collision analysis, accident reconstruction, vehicle crash testing, film and video analysis, and related research, I was asked to review and analyze material related to the referenced incident. In particular, I was asked to analyze video footage acquired on the day of and weeks following the subject incident, which occurred on April 12, 2012. I obtained Bachelor and Master of Science degrees in Mechanical Engineering from the University of Arizona in 1991 and 1993, respectively, and I am a licensed Professional Engineer in four states around the country. My qualifications and experience are set forth more fully in my CV, which is attached.

In preparation for my preliminary analysis of this incident I have reviewed the following items:
1) T-1 back gate surveillance video recorded 4/12/12.
2) T-2 surveillance video recorded 4/12/12.
3) T-1 back gate surveillance video recorded 4/19/12 and 4/20/12.
4) Early photographs of the incident area.
5) Photographs of the suspect Honda CR-V.
6) COMMSTA survey data of incident area.
7) Publically-available aerial photographs of the incident site taken before the incident.
8) Aerial photographs of the incident site taken after the incident.
9) Various news articles related to subject incident.
10) Various other documents.

In addition to my review of the above material, I visited the incident site and performed a detailed site inspection on February 12-13, 2013. During that time, calibrated photographs, measurements, and video were taken of the scene, as well as several exemplar vehicles, and the scene was also electronically surveyed.

**INCIDENT SCENE ANALYSIS**

The subject incident occurred on April 12, 2012 at the U.S. Coast Guard Communications Station in Kodiak, AK. The station is comprised of two main buildings. The larger, generally rectangular-shaped building, T-1,

1

is located slightly north and east of the smaller, L-shaped T-2 building. Anton Larsen Bay Road provides ground-based vehicular access to the station. In the immediate area of the station, Anton Larsen Bay Road is a two-lane highway with a generally northwest-southeast alignment that borders the west side of the station. Travelling in a northbound direction, the main entrance to the station is a paved roadway that angles and curves off to the right from the main highway. This entrance subsequently provides access to the T-2 building via a dirt driveway to the north (left). Following the paved roadway to the east past T-2 provides gated access



to the T-1 building, which is located north of the access road. T-2 can also be directly accessed from Anton Larsen Bay Road via two dirt driveways on the east side of the highway, north of the main entrance.

At the time of my site inspection, I identified and documented the location of the T-1 and T-2 video cameras. The T-1 video camera is mounted at the top of a utility pole located in the southeast corner of the fenced area southeast of the T-1 building. This camera's field of view can be adjusted, but generally points to the west towards the T-2 building and Anton Larsen Bay Road. The T-2 camera is located on the southwest corner of east-west portion of the T-2 building. This camera's field of view can also be adjusted, but generally points to the south. Both cameras record color digital images. The overall layout of the station, including the entrance roadway, parking lots, T-1 and T-2 buildings, terrain and various landmarks, as well as portions of Anton Larsen Bay Road were located, measured, and photographically documented with a calibrated camera. The site was also electronically surveyed using a Nikon Nivo 5.M total station. This instrument is a state-of-the-art professional surveying tool that acquires three-dimensional data with an accuracy of several millimeters per kilometer. In addition, aerial photographs of the site were acquired to aid in the creation of a detailed, scaled, three-dimensional scene.

## SCENE CONSTRUCTION

I supplemented the survey data acquired at my scene inspection with the COMMSTA survey provided to me. The survey data and aerial photographs were imported into a commercially-available CAD program, and a three-dimensional wireframe model of the site and surrounding area was generated. This wireframe model was subsequently imported into a commercially-available comprehensive, integrated 3-D modeling, animation, and rending software program. Using this modeling program, an accurate, photo-realistic, three-dimensional virtual

2

model of the incident area was generated from the wireframe model. Next, a still image from the T-1 camera recorded on the day of the incident was imported into a commercially-available photogrammetry program. Utilizing various features and landmarks depicted in the image, whose geometry was known from the scene survey, photogrammetry analysis was performed to determine the approximate parameters (e.g. focal length) of the T-1 video camera. The resulting camera, as well as the analyzed image, was exported from the photogrammetry program, imported into the three-dimensional model of the incident area, and positioned at the known three-dimensional location of the T-1 camera. The orientation and parameters of the modeled camera were refined so that objects and features in the modeled world aligned with the corresponding objects in the still image. Once this process was completed, it was now possible to "look through" the modeled virtual camera at the three-dimensional scene and "see" a view that closely matched what was recorded by the actual T-1 camera. This process, called "camera matching", and its applications to the field of forensic engineering have been validated in several peer-reviewed publications.

## VIDEO ANALYSIS

Multiple full-frame still images from the T-1 video footage (incident video) were then selected and aligned with the perspective of the virtual camera. These images depicted the suspect vehicle as it travelled first northbound and then southbound on Anton Larsen Bay Road on the day of the incident. As a result of the speed of the vehicle on the highway, in combination with the recording speed of the camera, there were five images that recorded the vehicle as it travelled northbound and four images of the vehicle as it travelled



southbound. Despite the fact that, in each image, a portion of the suspect vehicle was obscured due to objects in the foreground, such as vehicles in the parking lot and the structure of the T-2 building, it was still possible to identify various characteristic structures of the vehicle, such as headlights, wheels, windows, and overall vehicle geometry, as well as the vehicle color.

For each of the analyzed images, a publically-available three-dimensional model of a first-generation Honda CR-V was inserted into the virtual world and superimposed over the image such that the location and geometry of the vehicle model matched what was visible in the image. The combination of knowing the dimensions of vehicle, the location and parameters of the T-1 camera (determined by the scene survey and photogrammetry analysis, respectively), and ensuring the vehicle's wheels are on the ground, enables the use of principles associated with spatial geometry to reconstruct the accurate unique position of the vehicle in the virtual world. The location and orientation of the model vehicle in the virtual world thereby represents the location and orientation of the actual vehicle in the real world at the time the corresponding image was recorded by the T-1 camera. The vehicle could then be analyzed from any desired viewpoint in the virtual world.

Superimposing the 3-D vehicle models over the corresponding pixels in the analyzed images in the method described above resulted in the vehicle models being located in reasonable positions on Anton Larsen Bay Road. In other words, for each of the five analyzed images of the northbound vehicle, the alignment resulted

3

in the vehicle being located near the center of the northbound travel lane and oriented at an angle as if it were heading northbound. Likewise, for each of the four analyzed images of the southbound vehicle, the alignment resulted in the vehicle being located near the center of the southbound travel lane and oriented at an angle as if



it were heading southbound. Based on the principles of spatial geometry, a vehicle significantly larger (or smaller) in size would need to be farther away from (or nearer to) the camera in order to appear the size of the vehicle on the image. Such a vehicle would, therefore, not be appropriately located in the respective travel lane on the highway. These results indicate that the images from the T-1 video depict a vehicle that is consistent with the overall size and geometry of the suspect Honda CR-V.

Similar analysis was performed on video footage recorded on April 19, 2012. On this date, the suspect Honda CR-V was driven northbound and southbound on Anton Larson Bay Road, and the T-1 camera had a field of view similar to that of the incident date, April 12. The superimposed models the of the Honda CR-V overlaid well on top of images known to be the suspect Honda CR-V and resulted in good placement and orientation of the modeled vehicles on the highway. In addition, simple visual comparisons between the April 12th images and April 19th images were made and revealed a striking resemblance between the vehicles recorded on the different dates.



The robustness of this analysis was further verified with work performed during my site inspection. During my visit, the T-1 camera was adjusted to have a similar field of view to that of the incident date. Two exemplar vehicles, a Dodge Durango and Jeep Liberty, were each, in turn, placed at a predetermined location in the northbound travel lane on Anton Larson Bay Road. The location on the highway was surveyed and each vehicle was photographed in position using a calibrated digital camera. Three-dimensional models of the Durango and Liberty were acquired, and a single image of each vehicle from the T-1 video camera was analyzed in the prescribed manner. The geometry and size of each superimposed model overlaid well on top

4

of the image depicting the respective known vehicle and resulted in good placement and orientation of the modeled vehicle on the highway with respect to the known surveyed location. Thus, the validity of the overall methodology was confirmed through the analysis of known vehicles at known locations.

The analysis of the Durango and Liberty also demonstrated the observable difference in size and geometric shape between the Honda CR-V and other vehicle models. To further explore how these parameters might assist in identifying the vehicle depicted on the April 12th video, multiple vehicle models, including a Honda Accord, Ford Escape, Kia Soul, Toyota RAV4, Volvo XC70, and Volvo XC90, as well as the Durango and Liberty, were analyzed using an image from the incident day video. Several of these vehicles were specifically chosen due to their having similar size and/or characteristics of the suspect Honda CR-V. Together, this group of analyzed vehicles includes SUV and similar-type vehicles of various sizes, as well as a completely different vehicle style, a four-door sedan.



Of the five sequential images of the northbound vehicle recorded on the day of the incident, the third image was used to compare the various vehicle models because it depicts a large portion of the vehicle, including the entire front end. Recall that, from the prior analysis of the Honda CR-V, there was already a model CR-V superimposed over the image, which resulted in the model vehicle being located at a discrete location on the highway. Each of the aforementioned other vehicles was, in turn, placed on the highway such that the front wheels of the alternate vehicle lined up with the front wheels of the Honda CR-V. The model of the alternate vehicle was traced, and the outline was compared to the incident day image. The outlines of several of the analyzed vehicles were noticeably different in size and/or shape from the vehicle visible on the video image. This analysis makes it possible to eliminate vehicles that are significantly different from the Honda CR-V in size and/or shape from the potential vehicles that could be represented on the incident video.

In addition to vehicle geometry, color can also be used to further narrow down these potential vehicles. The vehicle depicted on the April 12th video travelling in the northbound and southbound directions is bluish-purplish in color. This color is very similar to that of the vehicle seen in the April 19th video, which is known to be the suspect CR-V. Despite the fact that the apparent color of an object can change due to variations in ambient conditions such as lighting and shadows, based upon my scene inspection, the video captured by the T-1 camera provides a fair and accurate overall representation of the colors present at the scene. For example, during my scene inspection, I observed and photographed the red "STOP" sign and green utility box in the area of the back gate, as well as the red fire hydrant and posts located west of the T-1 building. Furthermore, in images of the southbound vehicle recorded April 12th and April 19th, the front end of the vehicle appears to be somewhat darker than the rest of the vehicle body. This is consistent with the black "bra" that was present on the front end of the suspect CR-V.



Another aspect of the incident video I was asked to analyze was whether it was possible that the vehicle was turning into the dirt driveway accessing the T-2 building, instead of travelling northbound on Anton Larsen Bay Road. To address this issue, a model Honda CR-V was placed in the south dirt driveway area of the virtual scene. Due to the elevation change between the driveway and highway, the proximity of the vehicle relative to the T-1 camera, and the orientation of the vehicle as it aligned with the driveway, the vehicle model located in the driveway does not accurately overlay the vehicle in the video image. This confirms that the vehicle in the incident video is indeed travelling on Anton Larsen Bay Road.

5

In summary, multiple advanced three-dimensional modeling software programs were employed to use the principles of spatial geometry to reconstruct the three-dimensional location and orientation of various vehicle models from the two-dimensional images recorded by the subject T-1 digital video camera. The employed methodologies are validated by numerous technical publications. My analysis is based upon the three-dimensional data acquired during my scene inspection, knowledge of various vehicle geometries, and the information contained in the digital video images recorded by the subject T-1 camera. The images I used were extracted from the original version of the subject video and were not enhanced or altered in any way. Based on my analysis, I have concluded that the vehicle depicted travelling northbound and southbound in the incident video is consistent with the overall size, shape, and color of the suspect Honda CR-V, and that the vehicle was travelling on Anton Larsen Bay Road.

As additional information is made available to me or as new facts are uncovered during the investigation and discovery process, my professional opinions may be supplemented or amended to reflect the additional information. My opinions expressed herein are current and reflect my conclusions based upon the information reviewed and the analysis performed as of this date. I, therefore, reserve the right to amend this report as may be necessary or appropriate.

Sincerely,

Angelo Toglia, P.E.
Research Engineer

6