# Collision Research & Analysis, Inc.
*Accident Reconstruction Specialists*

David Blaisdell
Andrew Levitt
Gregory Stephens
Ernest Klein
Uwe Meissner
Angelo Toglia
Samuel White
Susan Levitt
David Michalski
Mark Meissner

2707 Jahn Avenue NW B-1
Gig Harbor, WA 98335
Telephone (253) 851-0790
Facsimile (253) 851-0791
mailnorth@collisionresearch.com

*Main Office*
2209 W. 190th Street
Torrance, CA 90504
Telephone (310) 400-7559
Facsimile (310) 400-7566
mail@collisionresearch.com

## ANGELO TOGLIA, JR., P.E.
### CURRICULUM VITAE

**POSITION**

Research and Consulting Engineer specializing in accident reconstruction and analysis. Consulting activities include the engineering analysis, reconstruction, and computer simulation of automobile collisions, as well as industrial and slip/trip-and-fall accidents. Activities also include vehicle crash and performance analysis and testing, occupant kinematics analysis as it relates to accident reconstruction, forensic video and photograph analysis, as well as the testing of vehicle components, including seats, door latches, restraint systems, and other vehicle safety systems.

**EXPERIENCE**

**Collision Research & Analysis, Inc.,** Research and Consulting Engineer - 2001 to present.

Has participated in the analysis and reconstruction of hundreds of automobile collisions, including single- and multiple-vehicle impacts, rollovers, and pedestrian and bicycle impacts involving passenger cars, motorcycles, buses, and light, medium, and heavy trucks. Utilizes various advanced computer programs in the reconstruction, simulation, and animation of vehicle dynamics and occupant kinematics. Also analyzes and reconstructs industrial and slip/trip-and-fall accidents.

Additional activities include employing photogrammetric techniques for the forensic analysis of photographs and video, using three-dimensional surveying and scanning equipment for the documentation and analysis of accident scenes, vehicles, and various vehicle subcomponents, fabricating scale models and other exhibits for trial, and offering deposition and trial testimony.

**Exponent Failure Analysis Associates**, Consulting/Test Engineer - 1993 to 2001.

Conducted hundreds of full-scale static and dynamic tests on automobiles, as well as automotive and non-automotive components, designed to evaluate the collision performance of safety-related components. Full-scale tests on vehicles included single- and multiple-vehicle impact, sled deceleration, rollover, roof crush, and inverted drop tests. Components analyzed included fuel systems, doors and door latch systems, seat systems (including child safety seats), and restraint systems. Performed various FMVSS standardized testing of automobiles and their components. Documented and analyzed vehicle tests, vehicles, accident scenes, and hundreds of automotive components using still photography, including macro-photography and microscopy.

Conducted hundreds of dynamic aircraft seat development and certification tests. Analyzed occupant kinematics using film analysis techniques. Performed static and dynamic tests on bicycles and race car components to determine compliance with federal and international standards.

Registered Professional Mechanical Engineer in the states of Alabama (#28555), Arizona (#32868), Mississippi (#19634LTD), and Washington (#42151).

**EDUCATION**

Master of Science in Mechanical Engineering - University of Arizona, Tucson, AZ - 1993
Bachelor of Science in Mechanical Engineering with Honors - University of Arizona, Tucson, AZ - 1991

**PROFESSIONAL AFFILIATIONS**

Associate Member of the Society of Automotive Engineers (SAE)
Associate Member of the Association for the Advancement of Automotive Medicine (AAAM)
Member of the American Society of Mechanical Engineers (ASME)
Member of Tau Beta Pi National Engineering Society

# ANGELO TOGLIA, JR., P.E.

**PUBLICATIONS & PRESENTATIONS**

Hovey, C.B., Toglia, A., "Four-Point Planar Homography Algorithm for Rectification Photogrammetry: Development and Applications," Society of Automotive Engineers Paper 2013-01-0780, 2013.

Toglia, A., Stephens, G.D., Michalski, D.J., Rodriguez, J.L., "Applications of Photomodeler in Accident Reconstruction", American Society of Mechanical Engineers Paper IMECE2005–79250. Presented by A. Toglia at the 2005 ASME International Mechanical Engineering Congress and Exposition in Orlando, Florida.

Moffatt, E.A., Cooper, E.R., Croteau, J.J., Parenteau, C., Toglia, A., "Head Excursion of Seat Belted Cadaver, Volunteers and Hybrid III ATD in a Dynamic/Static Rollover Fixture," Society of Automotive Engineers Paper 973347. Presented by E. Moffatt and A. Toglia at 41st Stapp Car Crash Conference (1997) in Detroit, MI, and included in the Conference Proceedings.