**J. REID MELOY, Ph.D.**
**A Forensic Psychological Corporation**
**P.O. Box 90699**
**San Diego, CA 92169**

FAX 551-8096
CELL 858–922-1528
reidmeloy@gmail.com

## Education

| | |
|---|---|
| Acad. Cert. | San Diego Psychoanalytic Institute, 2006 |
| Ph.D. | Clinical Psychology, United States International University, 1981 (Alliant International University) |
| M. Div. | Theology, McCormick Theological Seminary, 1975 |
| M.S.W. | Clinical Social Work, University of Illinois, 1974 |
| B.A. | History, College of Wooster, 1971 |

## Training and Experience

| | |
|---|---|
| June, 1995 to present | Forensic Psychology Consultation Only |
| July, 1982- August, 1995 | Private Practice, Forensic and Clinical Psychology |
| Aug., 1986 – June, 1997 | Chief, Forensic Mental Health Division, San Diego County Department of Health Services (Court Services only beginning April 15, 1992 on a part time basis); Conditional Release Program Director, San Diego County (1986-1994) |
| August, 1982 – July, 1986 | Director, Psychiatric Security Unit, San Diego County Central Detention Facility |
| May, 1978 – June, 1981 | L.C.S.W. Private practice, psychotherapy and psychodiagnostic evaluations |
| Sept., 1979 – July, 1982 | Senior Psychiatric Social Worker, San Diego County Mental Health Department |
| July, 1975 – Aug., 1977 | Program Coordinator, Adult Day Treatment, Oak Park Family Service and Mental Health Center |
| Sept., 1974 – June, 1975 | Clinical Social Worker, Adult Day Treatment, Oak Park |

Family Service and Mental Health Center

Sept.1973-June, 1974     Internship, Oak Park Family Service and Mental Health Center

Sept., 1972-June, 1973     Internship, Bernard Horwich Jewish Community Center

July-Aug., 1972     Internship, Industrial Areas Foundation

Sept., 1971-June, 1972     Clinical Practicums, Illinois Masonic Medical Center and Michael Reese Hospital

## Licenses and Certifications

Licensed Psychologist, State of California, PSY 7510
Licensed Clinical Social Worker (inactive), State of California, 6558
Diplomate in Forensic Psychology, American Board of Professional Psychology, 1991

## Active Clearances

FBI TS/SCI

## Elections, Appointments, and Awards

Clinical Professor, Department of Psychiatry, University of California, San Diego, School of Medicine (2006-present)
Associate Clinical Professor, Department of Psychiatry, University of California, San Diego, School of Medicine (1994-2006)
Assistant Clinical Professor, Department of Psychiatry, University of California, San Diego, School of Medicine (1991-4)
Clinical Associate Professor, California School of Professional Psychology, San Diego (1996-1999)
Faculty, San Diego Psychoanalytic Institute (2006- present)
Adjunct Professor, University of San Diego School of Law (since 1986, but only during time of course being taught)
Visiting Professor, The Menninger Clinic (October, 1995)
Adjunct Faculty, Mesa Vista Hospital Internship Program
Member, California Psychological Association Continuing Education Committee (1985 - 1988)
Member, California Jail Mental Health Standards Committee (1985)
Vice-President, San Diego Psychology-Law Society (1985 - 1987)
Consultant, Specialized Training Services (1985-     )
President, San Diego Psychology-Law Society (1987 - 1989)
Presidential Nominee, San Diego Academy of Psychologists (1985)
Program Chairman, California Psychological Association Annual Convention, 1987
Liaison Psychologist, San Diego County Mental Health (1983 - 1986)

Member, Forensic Committee, San Diego Academy of Psychologists (1987 - 1989)
Instructor, San Diego County Sheriff's Academy, Southwestern College (1982-88)
Psychologist of the Year, San Diego County Department of Health Services, Mental
         Health Division, 1989
Dissertation Awards Committee, Psychology-Law Division (41), American
Psychological Association (1989 - 1990)
Onsite co-chairperson, Society for Personality Assessment Annual Meeting, San Diego,
   1990
Fellow, Society for Personality Assessment (1989)
Fellow, San Diego Academy of Psychologists (1991)
Fellow, American Academy of Forensic Psychology (1991)
Distinguished Contribution to the Profession of Psychology Award, California
Psychological Association (1992)
Secretary, American Academy of Forensic Psychology (1992 - 1994)
Vice President, American Academy of Forensic Psychology (1994-1996)
Member, Criminal Justice Committee, Addictions Treatment Center, UCSD
President, American Academy of Forensic Psychology (1996-1998)
Member, Advisory Board, Forensic Psychology Program, Behavioral Sciences Unit,
Federal Bureau of Investigation
President and Chairman of the Board,  Forensis, Inc. (1998-   )
National Achievement Award (1998), Association of Threat Assessment Professionals
William T. Rossiter Award (1999), Forensic Mental Health Assoc. of California
Fellow, American Academy of Forensic Sciences
Honorable Mention, Manfred Guttmacher Award, American Psychiatric Association,
(2000) for edited book, The Psychology of Stalking: Clinical and Forensic
Perspectives (Academic Press, 1998).
Consultant, Behavioral Analysis Program, Counterintelligence Division, FBI (2000-   )
Consultant, Counterterrorism Division, FBI (2001-2005)
Curriculum Committee, San Diego Psychoanalytic Institute (2002-2004)
Consultant, CSI, CBS Television (2001-    )
Consultant, Fixated Persons Study, The Home Office, London (2003-2010)
Elected Member, Society for the Scientific Study of Psychopathy (2005)
Elected Affiliate Member, International Criminal Investigative Analysis Fellowship
(2005)
Consultant, Paladin Special Operations Branch, LLC (2002-    )
Academic Hall of Fame, Defiance High School (2007)
Board of Directors, San Diego Psychoanalytic Society and Institute (2006-2008)
Faculty, Centro Internacional de Formacion e Investigacion en Psicopatologia Criminal
         Y Forense, Madrid (2006-    )
Consultant, Team Psychologie and Sicherheit, Darmstadt, Germany (2009-    )
Consultant, Threat Evaluation and Risk Management, Inc. (2009-    )
Consultant, Work Trauma Services, Inc. (2007-    )
Terrorism Research and Analysis Program, Behavioral Science Unit, FBI (2010-2012)
Consultant, Black Swan Forensics, Amsterdam (2011-    )
Member, Education Committee, San Diego Psychoanalytic Institute (2013-    )

**Memberships**

> American Psychological Association (1982-2006)
> San Diego Psychological Association
> San Diego Psychoanalytic Society (2006-present)
> Society for Personality Assessment
> American Academy of Forensic Sciences
> American Academy of Forensic Psychology
> Association of Threat Assessment Professionals
> Association of European Threat Assessment Professionals
> Canadian Association of Threat Assessment Professionals
> American Psychoanalytic Association (academic affiliate) (2006-present)

**Peer Reviewed and Published Scientific Papers, Abstracts, Letters, and Chapters**

1. Working with the judge. <u>Voices: Journal of the American Academy of Psychotherapists</u>. 14, 49-50, 1978.

2. The effect of assertiveness training on the personality construct extraversion. <u>Personality and Individual Differences</u>. 1, 176-77, 1980.

3. Thought organization and primary process in the parents of schizophrenics. <u>British Journal of Medical Psychology</u>. 57, 279-281, 1984.

4. The psychiatric security unit. <u>Newsletter of the San Diego Academy of Psychologists</u>. September, 1984.

5. Concept and percept formation in object relations theory. <u>Psychoanalytic Psychology</u>. 2, 35-45, 1985.

6. Book review: J. Zeigenfuss, Law, Medicine, and Health Care: A Bibliography, in <u>Bulletin of the American Academy of Psychiatry and Law</u>, 13, 107, 1985.

7. Book review: R. Roesch, C. Webster, D. Eaves, The Fitness Interview Test, in <u>Bulletin of the American Academy of Psychiatry and Law</u>, 13, 419-420, 1985.

8. with Burkman, K. The black mirror: Joseph Conrad's the nigger of the narcissus and Flannery O'Connor's "the artificial nigger," <u>The Midwest Quarterly</u>, 28, 230-47, 1987.

9. Rapid classification of the functionally psychotic individual in custody, <u>Criminal Justice and Behavior</u>, 13, 185-195, 1986.

10. Narcissistic psychopathology and the clergy. <u>Pastoral Psychology</u>, 35, 50-55, 1986.

11. A countertransference sonnet. <u>Newsletter of the San Diego Academy of Psychologists</u>,

June, 1985.

12.  On the relationship between primary process and thought disorder. <u>Journal of the American Academy of Psychoanalysis</u>. 14, 47-56, 1986.

13.  The schizophrenic suspect. <u>Journal of California Law Enforcement</u>. 19, 3, 1985.

14.  Inpatient psychiatric treatment in a county jail. <u>Journal of Psychiatry and Law</u>, 14, 377-396, 1985.

15.  Prediction of violence in outpatient psychotherapy. <u>American Journal of Psychotherapy</u>, 16, 38-45, 1987.

16.  Book review: R. Rogers, Rogers Criminal Responsibility Assessment Scales, in <u>Bulletin of the American Academy of Psychiatry and Law</u>, 14, 99, 1986.

17.  Assessing violence risk during psychotherapy. In: <u>Innovations in Clinical Practice, Vol. 7</u>, ed., P. Keller. Sarasota, Florida: Professional Resource Exchange, Inc., 1988.

18.  Abstract: the prediction of violence in outpatient psychotherapy. <u>Psychiatry Digest</u>, 8, 18-20, 1987.

19.  Book review: D. Doren, Understanding and Treating the Psychopath, in <u>Journal of Psychiatry and Law</u>, 303-310, 1988.

20.  Raw psychological data protected. <u>The California Psychologist</u>, 22, 7, 1987.

21.  Book review: D. Cameron and E. Frazer, The Lust to Kill: A Feminist Investigation of Sexual Murder, in <u>Journal of Psychiatry and Law</u>, 477-485, 1988.

22.  Book review: L. Roth, ed., Clinical Treatment of the Violent Person, in <u>American Journal of Psychotherapy</u>, 42:647-48, 1988.

23.  The mass murderer: a clinical profile. <u>Newsletter of the Academy of San Diego Psychologists</u>, February, 1988.

24.  The mass murderer: a clinical profile. <u>The California Psychologist</u>, Vol. 23, January - February, 1988.

25.  Violent and homicidal behavior in primitive mental states. <u>Journal of the American Academy of Psychoanalysis</u>, 16:381-94, 1988.

26.  Unrequited love and the wish to kill. <u>Newsletter of the Academy of San Diego Psychologists</u>, March, 1988.

27.  The forensic interview. In: <u>Clinical and Diagnostic Interviewing</u>, R. Craig, ed., Jason

Aronson, Inc., 1989.

28. Unrequited love and the wish to kill. <u>California Psychologist</u>, March - April, 1988.

29. with K. DiFrancesca. A comparative clinical investigation of the MMPI "Charlie" and "How" subtypes. <u>Journal of Personality Assessment</u>, 53:396-403, 1989.

30. with C. Gacono. Cognitive style and defensive process in psychopathy. <u>Criminal Justice and Behavior</u>, 15:472-83, 1988.

31. with J. Walus-Wigle. Battered woman syndrome as criminal defense. <u>Journal of Psychiatry and Law</u>, 16:389-404, 1988.

32. The exclusion of attorneys during court-ordered evaluations. <u>The California Psychologist</u>, July, 1988.

33. A California commitment primer. <u>San Diego Psychiatry</u>, July, 1988.

34. Serial murder: a four book review. <u>Journal of Psychiatry and Law</u>, 17:85-108, 1989.

35. A California commitment primer. <u>California Psychologist</u>, September, 1988.

36. Voluntary intoxication and the insanity defense. <u>Newsletter of the American Academy of Psychiatry and the Law</u>, December, 1988.

37. The forensic interview, Part I. <u>California Psychologist</u>, October, 1988.

38. The forensic interview, Part II. <u>California Psychologist</u>, December, 1988.

39. Book review: S. Hymer, Confessions in Psychotherapy, <u>American Journal of Psychotherapy</u>, 44:147-48, 1990.

40. Unrequited love and the wish to kill: diagnosis and treatment of borderline erotomania. <u>Bulletin of the Menninger Clinic</u>, 53, 477-92, 1989.

41. Book review: C. Fitzmaurice and K. Pease, The Psychology of Judicial Sentencing, <u>Journal of Psychiatry and Law</u>, 17:641-46, 1989.

42. The forensic interview, Part III. <u>California Psychologist</u>, February, 1989.

43. The forensic interview, Part IV. <u>California Psychologist</u>, May, 1989.

44. with J. Adams and S. Moritz. Violence and neuropsychological deficits in incarcerated schizophrenics. <u>Journal of Nervous and Mental Disease</u>, 179:253-256, 1990.

45. The forensic interview, Part V. <u>California Psychologist</u>, July, 1989.

46.     The forensic interview, Part VI.  <u>California Psychologist</u>, November, 1989.

47.     Letter to the editor.  <u>Journal of Psychiatry and Law</u>, 531-535, 1988.

48.     with C. Gacono and T. Heaven.  A Rorschach investigation of narcissism and hysteria in antisocial personality.  <u>Journal of Personality Assessment</u>, 55, 270-279, 1990.

49.     Book review: E. Benedek and D. Cornell, eds., Juvenile Homicide, <u>Journal of Psychiatry and Law</u>, 18:221-24, 1990.

50.     with J. Singer.  A Psychoanalytic View of the Comprehensive System "Special Scores".  <u>Journal of Personality Assessment</u>, 56, 202-217, 1991.

51.     Nondelusional or borderline erotomania (letter to the editor).  <u>American Journal of Psychiatry</u>, 147:820, 1990.

52.     Book review: R. Holmes, Profiling Violent Crimes: An Investigative Tool, <u>Journal of Forensic Sciences</u>, 35:1247-48, 1990.

53.     with C. Gacono.  A Rorschach investigation of attachment and anxiety in antisocial personality disorder.  <u>Journal of Nervous and Mental Disease</u>, 179:546-552, 1991.

54.     with C. Weber and C. Gacono.  A Rorschach study of attachment and anxiety in inpatient conduct disordered and dysthymic adolescents.  <u>Journal of Personality Assessment</u>, 58:16-26, 1992.

55.     The construction of case studies: publish and perish?  <u>The California Psychologist</u>, January, 1991.

56.     with C. Gacono.  The aggression response and the Rorschach.  <u>Journal of Clinical Psychology</u>, 48:104-114, 1992.

57.     with C. Gacono and J. Berg.  Object relations, defensive operations, and affective states in borderline, narcissistic, and antisocial personality disorder.  <u>Journal of Personality Assessment</u>, 59:32-49, 1992.

58.     The psychologist, the patient, his weapons, and our data.  <u>The California Psychologist</u>, March, 1991.

59.     The psychopath and the death penalty.  <u>Newsletter of the American Academy of Psychiatry and Law</u>, 15:77-78, 1990.

60.     Revisiting the Rorschach of Sirhan Sirhan.  <u>Journal of Personality Assessment</u>, 58:548-570, 1992.

61.   The decision to criminally prosecute the psychiatric patient.  <u>American Journal of Forensic Psychiatry</u>, 12:69-80, 1991.

62.   with C. Gacono.  A psychotic (sexual) psychopath: "I just had a violent thought..." <u>Journal of Personality Assessment</u>, 58:480-493, 1992.

63.   with C. Gacono.  The Rorschach and DSM-IIIR antisocial personality: a tribute to Robert Lindner.  <u>Journal of Clinical Psychology</u>, 48:393-406, 1992.

64.   The "blurring" of ego boundary in projective identification (letter to the editor). <u>American Journal of Psychiatry</u>, 148:1761-2, 1991.

65.   Discussion of "dangerous mentally disordered criminals: unresolvable societal fear?" (letter to the editor).  <u>Journal of Forensic Sciences</u>, 36:1279-80, 1991.

66.   Psychological test data protected...again.  <u>The California Psychologist</u>, November, 1991, p. 21.

67.   Rorschach testimony.  <u>Journal of Psychiatry and Law</u>, 19:221-235, 1992.

68.   Discussion of "On the predictability of violent behavior: considerations and guidelines" (letter to the editor).  <u>Journal of Forensic Sciences</u>, 37:949-950, 1992.

69.   Discussion of "Alleged brain damage, diminished capacity, mens rea, and misuse of medical concepts" (letter to the editor).  <u>Journal of Forensic Sciences</u>, 37:370-371, 1992.

70.   with P. Werner.  Decision-making about dangerousness in releasing patients from long term hospitalization.  <u>Journal of Psychiatry and Law</u>, 20:35-47, 1992.

71.   with J. Schmuecker and D. Williams.  Disulfiram toxicity and catatonia in a forensic outpatient (letter to the editor).  <u>American Journal of Psychiatry</u>, 149:1275-76, 1992.

72.   Psychopathy and the Rorschach.  <u>The Correctional Psychologist</u>, 24:1-3, 1992.

73.   with C. Gacono.  Some thoughts on Rorschach findings and psychophysiology in the psychopath.  <u>British Journal of Projective Psychology</u>, in press.

74.   with C. Gacono.  A borderline psychopath: "I was basically maladjusted..." <u>Journal of Personality Assessment</u>, 61:358-373, 1993.

75.   Voluntary intoxication and the insanity defense.  <u>Journal of Psychiatry and Law</u>, 20:439-57, 1992.

76.   with C. Gacono and L. Kenney.  A Rorschach investigation of sexual homicide.  <u>Journal of Personality Assessment</u>, 62:58-67, 1994.

77. with C. Gacono. Assessing the psychopathic personality. In J. Butcher, ed., <u>Clinical Foundations in Personality Assessment</u>, Oxford University Press, 1994.

78. Treatment of antisocial personality disorder. In: G. Gabbard, ed., <u>Treatments of Psychiatric Disorders. Second Edition</u>. American Psychiatric Press, 1995.

79. with G. Morris. Out of Mind? Out of Sight: The uncivil commitment of the permanently incompetent criminal defendant. <u>University of California Davis Law Review</u>, 27:1-96,1993.

80. with C. Gacono. A neurotic criminal: "I've learned my lesson...". <u>Journal of Personality Assessment</u>, 63:27-38, 1994.

81. with W. Reid and J. Lion. Psychopathy and antisocial syndromes (audiotape). <u>American College of Psychiatrists-Psychiatric Update</u>, 14:1, 1994.

82. Assessing violence risk (videotape). <u>Menninger Video Productions</u>. Topeka, Kansas: Menninger Clinic, 1994.

83. with G. Morris. Dispositional issues involving mentally incompetent criminal defendants: A fifty state analysis. <u>Criminal Practice Law Report</u>, 2:130-136, 1994.

84. Orestes in Southern California: A forensic case of matricide. <u>J Psychiatry and Law</u>, 14:77-102, 1996.

85. Book review: M. Kantor, Diagnosis and Treatment of the Personality Disorders, <u>American Journal of Psychotherapy</u>, 48:471-472, 1994.

86. with S. Gothard. A demographic and clinical comparison of obsessional followers and mentally disordered offenders. <u>American Journal of Psychiatry</u>, 152:258-63, 1995.

87. with J. Meyers. A discussion of "A comparative study of erotomanic and obsessional subjects in a forensic sample" (letter to the editor). <u>Journal of Forensic Sciences</u>, 39:905-907, 1994.

88. A clinical investigation of the obsessional follower: "She loves me, she loves me not..." In L. Schlesinger, Editor. <u>Explorations in Criminal Psychopathology</u>. Springfield, IL: Charles C. Thomas, 1996, pp. 9-32.

89. with S. Gothard, D. Viglione and M. Sherman. Detection of malingering in competency to stand trial evaluations. <u>Law and Human Behavior</u>, 19:493-506, 1995.

90. with C. Gacono, K. Sheppard, E. Speth, A. Roske. A clinical investigation of malingering and psychopathy in hospitalized insanity acquittees. <u>Bulletin of the American Academy of Psychiatry and the Law</u>, 23:1-11, 1995.

91.     Stalking (obsessional following): A review of some preliminary studies.  <u>Aggression and Violent Behavior</u>, 1:147-162, 1996.

92.     A case study of stalking: "all I wanted was to love you..."  In: R. Meloy, M. Acklin, C. Gacono, J. Murray, C. Peterson (eds.)  <u>Contemporary Rorschach Interpretation</u>, Lawrence Erlbaum Associates, 1997, pp. 177-190.

93.     Pseudonecrophilia following spousal homicide.  <u>J. Forensic Sciences,</u> 41:706-8, 1996.

94.     The dangerous psychopath. (audiotape).  <u>Psychiatry</u>, 25:1, 1996.  Audio-Digest Foundation.

95.     with C. Gacono. Rorschach research and the psychodiagnosis of antisocial and psychopathic personalities.  <u>Rorschachiana</u>, 22:130-148, 1997.

96.     The psychology of wickedness: psychopathy and sadism.  <u>Psychiatric Annals</u>, 27:630-33, 1997.

97.     with C. Gacono.  The inner world of the psychopath.  In T. Millon, ed., <u>Psychopathy: Antisocial, Violent and Criminal Behaviors</u>, 1998.

98.     The nature and dynamics of sexual homicide: An integrative review.  <u>Aggression and Violent Behavior</u>, 5:1-22, 2000.

99.     Predatory violence during  mass murder.  <u>J. Forensic Sciences,</u> 42:326-329, 1997.

100.    The "polymorphously perverse" psychopath: understanding a strong empirical relationship.  <u>Bulletin of the Menninger Clinic</u>, 66, 2002.

101.    Author's response.  <u>J Forensic Sciences</u>, 41:1092-1093, 1996.

102.    with T. Hansen, I. Weiner.  The authority of the Rorschach: legal citations during the past fifty years.  <u>J Personality Assessment</u>, 69:53-62, 1997.

103.    The clinical risk management of stalking: "Someone is watching over me..."  <u>American Journal of Psychotherapy</u>, 51:174-184, 1997.

104.    Do restraining orders restrain?  Finally some data.  <u>Proceedings of the American Academy of  Forensic Sciences</u>, 3:173, 1997.

105.    with J. McEllistrem.  A study of bombing and its relationship to psychopathy. <u>Proceedings of the American Academy of Forensic Sciences</u>, 3:171, 1997.

106.    with K. Kienlen, D. Birmingham, K. Solberg, J. O'Regan.  A comparative study of psychotic and non-psychotic stalking.  <u>Journal of the American Academy of Psychiatry and the Law</u>, 25:317-334, 1997.

107.    with C. Gacono, E. Speth, A. Roske.  Above the law: Escapes from a maximum security psychiatric hospital and psychopathy.  <u>Journal of the American Academy of Psychiatry and the Law</u>, 25:547-550, 1997.

108.    Commentary on Geberth, VJ, Turco, RN. Antisocial personality disorder, sexual sadism, malignant narcissism, and serial murder.  <u>J Forensic Sciences</u>, 42:757, 1997

109.    with J. McEllistrem.  Bombing and psychopathy: an integrative review.  <u>Journal of Forensic Sciences</u>, 43:556-562, 1998.

110.    The psychology of stalking.  In J. R. Meloy, ed., <u>The Psychology of Stalking: Clinical and Forensic Perspectives</u>, 1998.

111.    with P. Cowett, S. Parker, B. Hofland, A. Friedland. Domestic protection orders and the prediction of subsequent criminality and violence toward protectees.  <u>Psychotherapy</u>, 34:447-458, 1997.

112.    Stalking: an old behavior, a new crime.  <u>Psychiatric Clinics of North America</u>, 22:85-99, 1999.

113.    Threats, stalking, and criminal harassment.  In: Georges-Franck Pinard, M.D., F.R.C.P., and Linda Pagani, Ph.D. (Eds.)  <u>Clinical Assessment of Dangerousness: Empirical Contributions</u>, Cambridge University Press,  2001.

114.    with L. Walker.  Stalking and domestic violence.  In R. Meloy, ed., <u>The Psychology of Stalking: Clinical and Forensic Perspectives</u>.  San Diego: Academic Press, 1998.

115.    with A. Raine, S. Bihrie, J. Stoddard, L. LaCasse and M. Buchsbaum.  Reduced prefrontal and increased subcortical brain functioning assessed using positron emission tomography in affective and predatory murderers.  <u>Behavioral Sciences and the Law</u>, 16:319-332, 1998.

116.    Erotomania, triangulation, and homicide.  <u>J Forensic Sciences</u>, 44:421-424, 1999.

117.    with C. Gacono.  Attachment deficits in antisocial and psychopathic personalities. <u>British Journal of Projective Psychology</u>,  42:47-55, 1997.

118.    with S. Holt and S. Strack.  Sadism and psychopathy in violent and sexually violent offenders.  <u>Journal of the American Academy of Psychiatry and the Law</u>, 27:23-32, 1999.

119.    with A. Hempel and T. Richards.  Offender and offense characteristics of a nonrandom sample of mass murderers.  <u>Journal of the American Academy of Psychiatry and the Law</u>, 27:213-225, 1999.

120.    with C. Gacono.  Psychopathy assessment and report writing.  In C. Gacono (ed.)  <u>The</u>

Clinical and Forensic Assessment of Psychopathy. Lawrence Erlbaum Assoc., 2000.

121. with S. Doyne, J. Bowermaster, D. Dutton, P. Jaffe, J. Bowermaster, S. Temko, P. Mones. Custody disputes involving domestic violence: making childrens' needs a priority. Juvenile and Family Court Journal, 50: 1-12, 1999.

122. On violence (letter to the editor). International Journal of Psychoanalysis, 80:626-7, 1999.

123. with G. Leach. Serial murder of six victims by an African-American male. Journal of Forensic Sciences, 44;1073-78, 1999.

124. with L. Rivers, L. Siegel, S. Gothard, D. Naimark, R. Nicolini. A replication study of obsessional followers and offenders with mental disorders. J Forensic Sciences, 45:147-152, 2000.

125. with C. Gacono, M. Bridges. A Rorschach comparison of psychopaths, sexual homicide perpetrators, and nonviolent pedophiles. Journal of Clinical Psychology, 56:757-777, 2000.

126. with K. Mohandie. Clinical and forensic indicators of "suicide by cop". J Forensic Sciences, 45:384-389, 2000

127. Book review: C.F. Alford, What Evil Means To Us. J American Psychoanalytic Association, in press.

128. with A. Hempel, R. Levine, J. Westermeyer. A cross-cultural review of sudden mass assault by a single individual in the Oriental and Occidental cultures. J Forensic Sciences, 45:582-588, 2000.

129. with A. Bukhanovsky, A. Hempel, W. Ahmed, A. Brantley, D. Cuneo, R. Gleyser. Assaultive eye injury and enucleation. J Am Academy Psychiatry and the Law, 27:590-602, 1999.

130. Antisocial personality disorder. In G. Gabbard, ed., Treatments of Psychiatric Disorders, 3rd edition, American Psychiatric Press, 2001.

131. with B. Davis, J. Lovette. Risk factors for violence among stalkers. J Threat Assessment, 1:3-16, 2001.

132. Book review: D. Dutton, The Abusive Personality. Bulletin of the Menninger Clinic, in press.

133. with C. Gacono. Assessing psychopathic and antisocial personalities. In J. Butcher, ed., Clinical Personality Assessment, 2nd edition. New York: Oxford Univ. Press, 2002.

134. with K. Mohandie. Investigating the role of screen violence in specific homicide cases. J Forensic Sciences, 46:1113-1118, 2001.

135. Book review: Stalkers and Their Victims, by P. Mullen, M. Pathe, R. Purcell. Journal of Forensic Psychiatry, 12:499-501, 2001.

136. Stalking and violence. In: J. Boon and L. Sheridan, eds., Stalking and Psychosexual Obsession, London: Wiley, 2002.

137. Communicated threats and violence toward public and private targets: discerning differences among those who stalk and attack. J Forensic Sciences, 46:1211-1213, 2001.

138. with A. Hempel, K. Mohandie, A. Shiva, T. Gray. Offender and offense characteristics of a nonrandom sample of adolescent mass murderers. J Am Acad Child Adolescent Psychiatry, 40:719-728, 2001.

139. Pathologies of attachment, violence, and criminality. In: Comprehensive Handbook of Psychology, Volume 11: Forensic Psychology. Ed., Alan Goldstein. New York: Wiley, 2002.

140. Spousal homicide and the subsequent staging of a sexual homicide at a distant location. J Forensic Sciences, 47:395-398, 2002

141. with A. Hempel, R. Stern, S. Ozone, T. Gray. Fiery tongues and mystical motivations: glossolalia in a forensic population is associated with mania and religious/sexual delusions. J Forensic Sciences, 47: 305-312, 2002

142. Criminal sentencing, case 2. In: K Heilbrun, G. Marczyk, D DeMatteo. Forensic Mental Health Assessment: A Casebook. New York: Oxford Univ. Press, 2002.

143. with A. Hempel, K. Mohandie, A. Shiva. The violent true believer: homicidal and suicidal states of mind. J Threat Assessment, 1 (4):1-1, 2001.

144. Entre la personnalite antisociale et la psychopathie grave, un gradient de severite. L'evolution Psychiatrique. 66:563-86, 2001.

145. Commentary: Stalking, threatening and harassing behavior by patients–the risk management response. J Am Academy Psychiatry and the Law, 30:230-1, 2002.

146. with M.J. Meloy. Autonomic arousal in the presence of psychopathy: A survey of mental health and criminal justice professionals. Journal of Threat Assessment, 2:21-33, 2002.

147. When stalkers become violent: the threat to public figures and private lives. Psychiatric Annals, 33:658-665, 2003.

148. with A. Hempel, A. Felthous.  Psychotic dream-related aggression: a critical review and proposal.  Aggression and Violent Behavior, 8:599-620,  2003.

149. with C. Boyd.  Female stalkers and their victims.  J Am Academy Psychiatry and the Law, 31:211-219, 2003.

150. Book review: Juvenile Sexual Homicide by W. Myers.  Contemporary Psychology, in press.

151. Indirect personality assessment of the violent true believer.  J Personality Assessment, 82:138-146, 2004.

152. The violent true believer: functional types, needs/sensitivities, and interview approaches. Behavioral Analysis Program, Counterintelligence Division, FBI. (July, 2002) (not a public document).

153. with K. Mohandie.  Interviewing the violent true believer.  Behavioral Analysis Program, Counterintelligence Division, FBI (Sept., 2002) (not a public document).

154. with A. Hempel, K. Mohandie, A. Shiva, T. Gray, T. Richards.  A comparative analysis of North American adolescent and adult mass murderers.  Behavioral Sciences and the Law,  22:291-309, 2004

155. with C. Gacono, L. Bannatyne-Gacono, M. Baity.  The Rorschach extended aggression scores.  Rorschachiana, 2005.

156. with A. Felthous.  Introduction to special issue on serial and mass homicide.  Behavioral Sciences and the Law, 22:289-90, 2004

157. Le stalking: Ou la prise de controle sur autrui: Un comportement ancien, un crime nouveau.  Pratiques Psychologiques, 2:45-57, 2001.

158. with D. James, F. Farnham, B. Darnley, M. Pathe, P. Mullen, L. Preston.  A research review of public figure threats, approaches, attacks, and assassinations in the United States.  J Forensic Sciences, 49:1086-1093, 2004.

159. with A. Shiva.  A psychoanalytic view of psychopathy.  In: A. Felthous & H. Sass, eds., International Handbook on Psychopathic Disorders and the Law, Volume 1.  New York: John Wiley, 2007 (this book won the 2007 Manfred Guttmacher Award from the American Psychiatric Association for outstanding publication in the field of forensic psychiatry).

160. The empirical basis and forensic application of affective and predatory violence. Australian and New Zealand Journal of Psychiatry, 40:539-547, 2006.

161. with T. Kockler, M. Stanford, K. Sanford, C. Nelson.  Testing the validity of a two

dimensional model of aggression in a forensic population.  <u>Am J Orthopsychiatry</u>, 76:80-85, 2006.

162.    with J. Reavis.  The dangerous cases: when treatment is not an option.  In: B. van Luyn, S. Akhtar, J. Livesley, eds., <u>Severe Personality Disorders: Major Issues in Everyday Practice</u>.  Cambridge Univ. Press, 2007.

163.    with W. Meyers, E. Gooch.  The role of psychopathy and sexuality in a female serial killer.  <u>J Forensic Sciences</u>, 50:1-6, 2005.

164.    Antisocial personality disorder.  In: G. Gabbard, ed., <u>Gabbard's Treatments of Psychiatric Disorders, 4th edition</u>.  Washington, D.C.: American Psychiatric Press, 2007, pp. 775-790.

165.    Some reflections upon <u>What's Wrong with the Rorschach?</u>   <u>J Personality Assessment</u>, 85:344-46, 2005.

166.    with S. Berardino, M. Sherman, D. Jacobs.  Validation of the Psychopathic Personality Inventory on a female inmate sample.  <u>Beh Sciences and the Law</u>, 23:819-836, 2005.

167.    with H. Fisher.  Some thoughts on the neurobiology of stalking.  <u>J Forensic Sciences</u>, 50:1472-1480, 2005.

168.    with K. Mohandie, M. McGowan, J. Williams.  The RECON  typology of stalking: Reliability and validity based upon a large sample of North American stalkers.  <u>J Forensic Sciences</u>, 51:147-155, 2006.

169.    When stalkers become violent.  <u>The Criminal Lawyer</u>, 156:3-8, 2005.

170.    with P. Mullen, D. James, M. Pathe, F. Farnham, L. Preston, B. Darnley.  Fixation and the pursuit of public figures<u>.  Journal of Forensic Psychiatry and Psychology</u>,  19:1-15, 2009

171.    The authority of the Rorschach: An update.  In: B. Evans, C. Gacono, N. Kaiser-Boyd, eds.,<u> The Handbook of Forensic Rorschach Psychology</u>, Routledge, 2007.

172.    with T. Gray, M. Jumes.  Dangerousness risk assessment.  In: B. Evans, C. Gacono, N. Kaiser-Boyd, eds., <u>The Handbook of Forensic Rorschach Psychology</u>, Routledge, 2007.

173.    Stalking: the state of the science.  <u>Criminal Behavior and Mental Health</u>, 17: 1-7, 2007.

174.    with Carl Gacono.  Assessing psychopathic and antisocial personalities.  In: J. Butcher, ed.,<u>Clinical Personality Assessment</u>, 3rd edition.  New York: Oxford University Press, in press.

175.    with P. Mullen, D. James, M. Pathe, F. Farnham, L. Preston, B. Darnley.  Attacks on the

British Royal Family: The role of psychotic illness.  <u>J Am Acad Psychiatry and the Law</u>, 36:59-67, 2008.

176.  with P. Mullen, D. James, M. Pathe, F. Farnham, L. Preston, B. Darnley.  Attacks on British and European Politicians 1990-2004: The Role of Mental Disorder and Pathological Fixations.  <u>Acta Psychiatrica Scandinavica</u>, 116:334-344, 2007.

177.  with T. Kockler.  The application of affective and predatory aggression to psycholegal opinions.  In R. Browne, ed., <u>Forensic Psychiatry Research Trends</u>.  Florida: Nova Science Publications, 2007.

178.  Stalking.  In: C. Edwards, ed., <u>Wiley Encyclopedia of Forensic Sciences</u>.  New York: Wiley, 2009

179.  with J. Reavis and E. Allen.  Psychopathy in a mixed gender sample of adult stalkers<u>.  J Forensic Sciences</u>, 53: 1214-1217, 2008.

180.  with K. Mohandie and P. Collins.  Suicide by cop in officer-involved shootings<u>.  J Forensic Sciences</u>, 54: , 2009.

181.  Stalking.  In I. Weiner and E. Craighead, eds., <u>The Corsini Encyclopedia of Psychology</u>, <u>fourth edition, volume 4.</u>  New York: Wiley, 2010, pp. 1693-1695.

182.  with J. Storey, S. Hart, and J. Reavis.  Psychopathy and stalking.  <u>Law and Human Behavior</u>, 2008.

183.  with J. Yakeley.  Treatment of antisocial personality disorder.  In J. Clarkin, P. Fonagy, G. Gabbard, eds.  <u>Psychodynamic Psychotherapy for Personality Disorders: A Clinical Handbook</u>.  American Psychiatric Press, 2010.

184.  with D. James, P. Mullen, M. Pathe, L. Preston, B. Darnley, F. Farnham.  Stalkers and harassers of royalty: the role of mental illness and motivation.  <u>Psychological Medicine</u>, 2009

185.  A catathymic infanticide.  <u>J Forensic Sciences</u>, 55:1393-96, 2010

186.  Book Review: Forensic and Medico-legal Aspects of Sexual Crimes and Unusual Sexual Practices.  <u>J Forensic Sciences</u>, 55:280, 2010

187. with D. James, T. McEwan, R. MacKenzie, P. Mullen, M. Pathe, F. Farnham, L.Preston, B. Darnley.  Persistence in stalking: A comparison of general and public figure stalking samples.  <u>J Forensic Psychiatry and Psychology</u>, 2010

188. with D. James, P. Mullen, M. Pathe, L. Preston, B. Darnley, F. Farnham.  Factors associated with escalation and problematic approaches toward public figures.  <u>J Forensic Sciences</u>, 56: S128-S135, 2011.

189. with D. James, P. Mullen, M. Pathe, L. Preston, B. Darnley, F. Farnham, M. Scalora. Stalkers and harassers of British Royalty: An exploration of proxy behaviors for violence. Behavioral Sciences and the Law, 2010

190. with D. James, P. Mullen, M. Pathe, L. Preston, B. Darnley, F. Farnham.  Abnormal attentions towards the British Royal Family: Factors associated with approach and escalation.  J Am Academy of Psychiatry and the Law, 38:329-340, 2010

191. with T. Evans.  Identifying and classifying juvenile stalking behavior.  J Forensic Sciences, 56: S266-270, 2011.

192.  with K. Mohandie.  Suicide by cop among females in officer involved shooting cases.  J Forensic Sciences, 56:664-668, 2011.

193.  with E. Unsgaard.  The assassination of the Swedish Minister for Foreign Affairs.  J Forensic Sciences, 56:555-559, 2011.

194. Approaching and attacking public figures: a contemporary analysis of communications and behavior.  In National Research Council.  Threatening communications and behavior: Perspectives on the pursuit of public figures. Board on Behavioral, Cognitive, and Sensory Sciences, Division of Behavioral and Social Sciences and Education.  Washington, DC: The National Academies Press, 2011, pp. 75-102.

195.  with K. Katsavdakis, S. White.  A female mass murder.  J Forensic Sciences, 56: 813-818, 2011.

196. with K. Mohandie.  Hostage and barricade incidents within an officer involved shooting sample: suicide by cop, intervention efficacy, and descriptive characteristics.  Int J Police Crisis Negotiation, 10:101-115, 2010.

197. The violent true believer.  FBI Law Enforcement Bulletin, July, 2011.

198. with M.E. O'Toole.  The concept of leakage in threat assessment.  Behavioral Sciences and the Law, 29:2011

199. with K. Mohandie, M. Green. The female stalker. Behavioral Sciences and the Law, 29:240-254, 2011.

200. with J. Hoffmann, A. Guldimann, A. Ermer.  Attacks on German public figures, 1968-2004: warning behaviors, potentially lethal and nonlethal attacks, psychiatric status, and motivation. Behavioral Sciences and the Law, 29: 155-179, 2011.

201. with A. Eke, Z. Hilton, K. Mohandie and J. Williams.  Predictors of recidivism by stalkers: A nine-year followup of police contacts.  Behavioral Sciences and the Law, 29: 271-283, 2011.

202. with T. Cunliffe, C. Gacono, E. Taylor.  A Rorschach study of the female psychopath.  In J.

Helfgott, ed., Criminal Psychology. Santa Barbara, CA: ABC-CLIO, 2013

203. Predatory violence and the psychopath. In: H. Hakkanen-Nyholm & R. Nyholm, eds., Psychopathy and Law for Practitioners. New York: Wiley, 2012 pp. 159-175.

204. with C. Gacono. Psychopathy and the Rorschach. In: J. Helfgott, ed., Criminal Psychology. Santa Barbara, CA: ABC-CLIO, 2013.

205. Stalking. In: Encyclopedia of Forensic Sciences, 2nd edition. Waltham: Academic Press, 2013, pp. 202-205.

206. with J. Hoffmann, A. Guldimann, D. James. The role of warning behaviors in threat assessment: An exploration and suggested typology. Behavioral Sciences and the Law, 30:256-279, 2012

207. with J. Yakeley. Understanding violence: does psychoanalytic thinking matter? Aggression and Violent Behavior, 17:229-239, 2012

208. with K. Mohandie. The value of crime scene and site visitation by forensic psychologists and psychiatrists. J Forensic Sciences, in press.

209. with P. Babiak, J. Folino, J. Hancock, R. Hare, M. Logan, E. Mayer, H. Hakkanen-Nyholm, M.E. O'Toole, A. Pinizzotto, S. Porter, S. Smith, M. Woodworth. Psychopathy: An important forensic concept for the 21st century. FBI Law Enforcement Bulletin, 3-8, 2012.

210. with B. van der Meer, L. Bootsma. Disturbing communications and problematic approaches to the Dutch Royal Family. J Forensic Psychiatry and Psychology, 23:571-589, 2012.

211. with S. White, S. Hart. Workplace assessment of targeted violence risk: the development and reliability of the WAVR-21. J Forensic Sciences, 58: 1353-58.

212. with T. Cunliffe, C. Gacono. Psychopathy and the Rorschach: Response to Wood et al. 2010. Archives of Assessment Psychology, 2012.

213. with J. Yakeley, Antisocial personality disorder. Gabbard's Treatments of Psychiatric Disorders 5th edition. Washington, DC: American Psychiatric Publishing, 2014.

214. with M. Pathe. Commentary: stalking by patients—psychiatrists' tales of anger, lust, and ignorance. J Am Acad Psychiatry and the Law, _____, 2013.

**Books and Monographs**

1.      The Psychopathic Mind: Origins, Dynamics, and Treatment, Jason Aronson, Inc., 1988.
        (French translation, Les Psychopathes. Paris: Frison Roche, 2000).

2.      with A. Haroun and E. Schiller, <u>Clinical Guidelines for Involuntary Outpatient Treatment</u>, Professional Resource Exchange, Inc., 1990.

3.      <u>Violent Attachments</u>, Jason Aronson, Inc., 1992, 1997, 2002.

4.      with C. Gacono, <u>Rorschach Assessment of Aggressive and Psychopathic Personalities</u>, Lawrence Erlbaum Associates, Inc., 1994.

5.      (Senior editor) <u>Contemporary Rorschach Interpretation</u>.  Lawrence Erlbaum Associates, Inc., 1997.

6.      (Editor)  <u>The Psychology of Stalking: Clinical and Forensic Perspectives.</u>  Academic Press, Inc., 1998.

**7.**      <u>Violence Risk and Threat Assessment: A Practical Guide for Mental Health and Criminal Justice Professionals</u>.  Specialized Training Services, 2000.

8.      (Editor)  <u>The Mark of Cain: Psychoanalytic Insight and the Psychopath</u>.  The Analytic Press, 2001.

9.      <u>The Scientific Pursuit of Stalking.</u> Specialized Training Services, 2006.

10.     with L. Sheridan and J. Hoffmann (editors).  <u>Stalking, Threatening, and Attacking Public Figures: A Psychological and Behavioral Analysis.</u> Oxford University Press, 2008.

11.     with J. Hoffmann (editors).  <u>The International Handbook of Threat Assessment</u>.  Oxford University Press, 2014.


**Scientific Instruments and/or Tests**

1.  with S. White, <u>The Workplace Assessment of Violence Risk (WAVR-21).</u>  San Diego, CA: Specialized Training Services, 2007.

**Select Presentations by Invitation**

        Southern California Kaiser Permanente (1989)
        The Menninger Clinic (1989-1991)
        Simon Fraser University (1992)
        Letterman Army Hospital, San Francisco (1992)
        Langley Porter Neuropsychiatric Institute, UCSF (Psychiatry Grand Rounds) (1992)
        Massachusetts General Hospital (Psychiatry Grand Rounds) (1992)
        Atascadero State Hospital (1991-1993)
        Patton State Hospital (1989-1991)
        Oregon State Hospital (1991)
        Balboa Naval Hospital (1990)

Mesa Vista Hospital (1990- 1992)
Napa State Hospital (1989)
Arkansas Psychological Association (1992)
California Psychological Association (1989-1991)
Ohio Psychological Association (1989)
Colorado Psychological Association (1991)
University of Florida (Classics Department) (1991)
Illinois Psychological Association (1991)
Pasadena Area Psychological Association (November 19, 1993)
Orange County Psychological Association (November 5, 1993)
University of California, San Diego, School of Medicine (1989-present)
CPC Westwood Hospital (January, 1993)
California School of Professional Psychology-San Diego and Berkeley campuses
National Association of Women Judges (October, 1992)
Rush-Presbyterian St. Luke's Hospital (Grand Rounds, June, 1993)
International Rorschach Congress (Portugal, July, 1993)
Boston College (October 28, 1993)
Harvard Medical School (CE Conference, October 29, 1993)
University of Texas School of Medicine, San Antonio (invited lecture, March 9, 1994)
CPC Rancho Lindo Hospital (July 14, 1994)
Central Intelligence Agency (September 22-23, 1994)
Wisconsin Resource Center (December 14-15, 1994)
Alta Bates Hospital, Berkeley, California (Grand Rounds, January 9, 1995)
Redwood Psychological Association, Sonoma (February 20, 1995)
California School of Professional Psychology, Alameda (February 21, 1995)
Harvard University Medical School (CE Conference, March 10, 1995)
New Mexico Psychological Association (March 24, 1995)
Miramar Naval Air Station, Consolidated Brig (March 28-29, 1995)
Division 39 (psychoanalysis), American Psychol Association (April 28, 1995)
The Cutting Edge, UCSD Dept. of Psychiatry Conference (April 30, 1995)
Kirby Forensic Psychiatric Center, New York (grand rounds, May 17, 1995)
Enright Inn at Court (June 1, 1995)
Vernon State Hospital, Vernon, Texas (July 31-Aug. 1, 1995)
Los Angeles Police Department Threat Management Conference (August 24, 1995)
Arizona State Hospital (Sept. 14, 1995)
American Correctional Health Services Association (Sept. 28, 1995)
Menninger Clinic (October 13, 1995)
American Public Health Association (Oct. 31, 1995)
Minnesota Rorschach Society (Dec. 1-2, 1995)
Naval Medical Center, San Diego (psychiatry grand rounds, Feb. 2, 1996)
Children's Hospital, San Diego (psychiatry grand rounds, Feb. 16, 1996)
San Diego Psych-Law Society (Feb. 23, 1996)
American Academy of Forensic Psychology (CE workshop, Feb. 24, 1996)
Society for Personality Assessment, Denver (conference, Mar. 9, 1996)
California Psychological Association (master lecture, March 22, 1996)
Sixth Annual National Symposium: Mental Health and the Law (University of

Miami School of Law, April 13-14, 1996)
California Sexual Assault Investigators' Association, San Diego (April 17, 1996)
Mental Health in Corrections Consortium, Kansas City (May 29, 1996)
Tavistock Clinic (location only), London (July 2-3, 1996)
Mesa Police Department, Mesa, Arizona (May 31, 1996)
International Rorschach Congress, Boston (July 7, 1996)
National District Attorneys Association Summer Conference, Nashville (July 22, 1996)
Los Angeles Police Department (July 26, 1996)
Summer Clinical Institute, National Addictions Training Center (Aug. 6, 1996)
"Violence and Criminality: A Gathering of Leading Experts", San Diego (August 29, 1996)
Sixth Annual Threat Management Conference, Los Angeles (Aug. 28-30, 1996)
Shadow Mountain Hospital, Tulsa, Oklahoma (Sept. 20, 1996)
Conference: Domestic Violence in the Workplace, Long Beach (Sept. 27, 1996)
American Prosecutors Research Institute, Chicago (Oct. 12, 1996)
Rochester Academy of Medicine, Rochester, N.Y. (Oct. 25, 1996)
Wisconsin Resource Center, Oshkosh, Wisconsin (Oct. 30, 1996)
American Academy of Forensic Sciences, New York (Feb, 21, 1997)
American Academy of Forensic Psychology, San Francisco (April 5, 1997)
California School of Professional Psychology, Alameda (April 8, 1997)
Naval Medical Center, San Diego (Psychiatry Grand Rounds, May 2, 1997)
Texas Forensic Mental Health Conference, Vernon, Texas (May 21-23, 1997)
Dr. Henri van der Hoeven Kliniek, Utrecht, the Netherlands (July 4, 1997)
Miramar Naval Air Station, Consolidated Brig (July 30, 1997)
"Sexual Offenders: A Gathering of Leading Experts", San Diego (Aug. 21, 1997)
Seventh Annual Threat Management Conference, Los Angeles (Aug. 28, 1997)
Mesa Vista Hospital, Grand Rounds (Sept. 26, 1997)
American Academy of Forensic Psychology, Santa Fe (Nov. 6, 1997)
International Countermeasures Conference, NSA (Dec. 1, 1997)
American Academy of Forensic Sciences, San Francisco (Feb. 10,1998)
American Academy of Forensic Psychology, San Diego (Feb. 20, 1998)
Massachusetts Mental Health Center/Harvard Conference (March 13-14, 1998)
Criminal Investigative Conference, Glendale, Ariz. (March  26, 1998)
30th Annual Southwestern School of Behavioral Health, Tucson (June 16, 1998)
Central Intelligence Agency (June 24, 1998)
Dr. Henri van der Hoeven Kliniek, Utrecht, Netherlands (June 29-30, 1998)
American Psychological Association, AAFP Symposium (August 16, 1998)
Eighth Annual Threat Management Conference, Los Angeles (August 26, 1998)
Investigation for Identification Educational Conference, Pensacola (Oct. 2, 1998)
Northwestern University, Chicago (psychiatry grand rounds, Nov. 11, 1998)
Rethinking Mental Disability Law, Univ. of San Diego (Feb. 20, 1999)
Keynote Address, California Forensic Mental Health Association (March 10, 1999)
Master Lecturer, California Psychological Association (March 26, 1999)
Ohio Forensic Psychiatric Centers Directors Conference (June 25, 1999)
Ninth Annual Threat Management Conference (July 15, 1999)
Stalking the Stalker Annual Conference, Keynote Speaker (Sept. 23, 1999)

Governor's Summit on Domestic Violence, Phoenix (Sept. 27, 1999)
ABA/APA Criminal Justice Conference, Washington (Oct. 15, 1999)
The Menninger Clinic, Grand Rounds (Dec. 10, 1999)
APA Continuing Education Conference, San Diego (Feb. 11, 2000)
American Academy of Forensic Sciences, Reno (Feb. 22 & 24, 2000)
Behavioral Analysis Program, National Security Division, FBI (March 2, 2000)
American Academy of Forensic Psychology, New Orleans (March 10, 2000)
L'Ecole Nationale de la Magistrature, Paris, France (April 20, 2000)
New Mexico Psychological Association, Albuquerque (April 28, 2000)
Massachusetts Mental Health Center/Harvard University (June 2-3, 2000)
Assessing and Treating Personality Disorders, Irvine, CA (July 20, 2000)
Tenth Annual Threat Management Conference, Anaheim, CA (Aug. 31, 2000)
Stalking the Stalker Statewide Conference, Boise, Idaho (Sept. 12, 2000)
The Commonwealth Club, San Francisco (Sept. 22, 2000)
National Conference on Science and the Law, National Institute of Justice (Oct. 13, 2000)
Youth and Violence, San Diego Psychoanalytic Institute (Oct. 28, 2000)
National Center for the Analysis of Violent Crime, FBI, Quantico (Jan. 9, 2001)
American Academy of Forensic Sciences, Seattle (Feb. 20, 2001)
Annual Stalking Conference, San Diego (March 23, 2001)
American Academy of Forensic Psychology, Vancouver (March 30, 2001)
University of California, Davis, Psychiatry Grand Rounds (April 20, 2001)
First Stalking Research Conference, Rutgers University (May 4-5, 2001)
Massachusetts General Hospital, Psychiatry Grand Rounds (May 17, 2001)
Annual Forensic Conference, Penetanguishene, Ontario, Canada (June 15, 2001)
American Psychological Association, San Francisco (August 27, 2001)
Eleventh Annual Threat Management Conference, Anaheim (August 29, 2001)
International Conference on Family Violence, San Diego (Sept. 10, 2001)
Institute of Law, Psychiatry, and Public Policy, Univ. of Virginia (Sept. 28, 2001)
California Western School of Law, San Diego (Oct. 25, 2001)
Doris Tate Crime Victims Foundation, Annual Conference (Oct. 26, 2001)
Assessing and Treating Personality Disorders, Orlando, FL (Nov. 1, 2001)
Threat Management Conference, Ontario Provincial Police (Nov. 6, 2001)
Memorial Medical Center, Springfield, IL (Nov. 29-30, 2001)
American Academy of Forensic Psychology, New Orleans (Jan. 13, 2002)
National Security Division, FBI Academy, Quantico (Feb. 20, 2002)
Conference on Homicide: Psychology, Motivations, and Behaviors, Las Vegas (March 13, 2002)
The Symfora Groep, Amsterdam, Netherlands (March 21-22, 2002)
Massachusetts Mental Health Center/Harvard (April 26-27, 2002)
Oregon Psychological Association, Portland (May 3, 2002)
FBI Workplace Violence Symposium (June 13, 2002)
Counterintelligence Division, FBI Academy, Quantico (July 16-19, 2002)
Meet the Press, NBC Washington (October 27, 2002)
Interagency Intelligence Committee on Terrorism, Langley (October 30, 2002)
Master Lecture, Society for Personality Assessment, San Francisco (March 21, 2003)
Massachusetts Mental Health Center/Harvard Conference (April 11-12, 2003)

California Coalition on Sexual Offending, San Diego (May 16, 2003)
American Psychiatric Association Annual Conference, San Francisco (May 22, 2003)
13th Annual Threat Management Conference, Anaheim (August 29, 2003)
Queens' College, Cambridge University, Cambridge, England (Sept. 15, 2003)
Association of Threat Assessment Professionals, San Diego (Oct. 1, 2003)
American Academy of Psychiatry and the Law, San Antonio (Oct. 18, 2003)
Fuller Theological Seminary, Pasadena (Nov. 11, 2003)
FBI Academy, Quantico (Dec. 11, 2003)
Harbor-UCLA Medical Center, Grand Rounds (Jan. 6, 2004)
San Diego County District Attorney's Office (Feb. 3, 2004)
North London Forensic Regional Service, London, England (Feb. 12, 2004)
14th Annual Threat Management Conference, Anaheim (August 26, 2004)
Queen's College, Cambridge University, Cambridge, England (Sept. 23-24, 2004)
Pacific Clinics M.I.L.E.S. Conference, Arcadia (October 6, 2004)
San Diego Psychological Association, San Diego (October 16, 2004)
Keynote Address, The Royal College of Psychiatrists, Faculty of Forensic Psychiatry, Belfast (Feb. 2, 2005)
Homicide: Behaviors, Motives, and Psychology, San Diego (April 6, 2005)
Nebraska Coalition for Victims' Rights Conference, Omaha (April 15, 2005)
California Coalition on Sex Offending, San Diego (May 4, 2005)
Texas Forensic Mental Health Conference (May 23-24, 2005)
Assessing, Managing, and Treating Personality Disorders, Columbus (June 3, 2005)
St. Elizabeths Hospital, Washington, DC (June 16-17, 2005)
15th Annual Threat Management Conference, Anaheim (August 26, 2005)
Illinois Forensic Forum, Chicago (Oct. 28, 2005)
Special Commitment Center, McNeil Island, Washington (Feb. 27, 2006)
Forensic Mental Health Association of California Annual Conference (March 17, 2006)
Society for Personality Assessment, San Diego (March 22, 2006)
FBI Academy, Quantico (May 21, 2006)
American Academy of Forensic Psychology, San Juan (June 9, 2006)
16th Annual Threat Management Conference, Anaheim (Aug. 17-18, 2006)
FBI/DHS Conference on Suicide Attacks on the US Homeland, Washington (Oct. 11, 2006)
National College of District Attorneys, San Diego (Nov. 30, 2006)
Special Feature for the film "Misery," Blue Collar Productions (Jan. 8, 2007)
San Diego Psychoanalytic Institute (Feb. 2, 2007)
Association of Threat Assessment Professionals, San Diego (Feb. 6, 2007)
Special Commitment Center, Seattle (Feb. 13-14, 2007)
American Academy of Forensic Psychology, Albuquerque (Feb. 24, 2007)
Alliant International University, Los Angeles (April 19, 2007)
NPR Science Friday (April 20, 2007)
Maine Department of Health Services, Portland (April 26, 2007)
Toronto Psychoanalytic Society and Institute, Toronto, Canada (April 28, 2007)
San Diego Psychological Association, San Diego (May 4, 2007)
American Psychiatric Association (May 21, 2007)
Ontario Provincial Police Threat Management Conference (May 29-30, 2007)

Human Services Education Council, Springfield, IL (Sept. 5, 2007)
T.K. Wolf, Inc., Tulsa, OK (Sept. 6-7, 2007)
National Association of State Mental Health Directors, San Antonio (Sept. 17, 2007)
Royal Canadian Mounted Police Threat Assessment, Vancouver (Sept. 21, 2007)
Seattle Psychoanalytic Society and Institute (Oct. 5-6, 2007)
Atascadero State Hospital, Atascadero, CA (Oct. 15, 2007)
Corning, Inc., Corning, NY (Nov. 13-14, 2007)
San Diego Psychoanalytic Institute (Jan. 12, 2008)
Youth Violence Conference, San Diego (Jan. 25, 2008)
Scotland Yard, FTAC, London (February 4, 2008)
Royal College of Psychiatrists, Faculty of Forensic Psychiatry, Liverpool (February 7, 2008)
Annual Threat Assessment Conference, Vancouver Police Department (Feb. 25-28, 2008)
California Psychological Association Annual Conference (April 4, 2008)
Michigan Psychological Association (April 11, 2008)
American Academy of Forensic Psychology, San Francisco (May 17, 2008)
Illinois Forensic Mental Health Conference, Chicago (July 17, 2008)
Behavioral Analysis Program, FBI, Quantico (Aug. 19, 2008)
Threat Management Conference, Anaheim (Aug. 21, 2008)
PCL-R Training Workshop, San Diego (Aug. 23-24, 2008)
Personality Disorder Conference, San Diego (Aug. 29, 2008)
National College of District Attorneys, San Diego (Sept. 10, 2008)
Iowa Death Investigators Association, Sioux City (Sept. 16, 2008)
North Texas State Hospital Annual Conference, Vernon (Oct. 15-16, 2008)
WAVR-21 Training Workshop, San Diego (Nov. 14-15, 2008)
Mental Health Showcase, Banff, Canada (Nov. 20, 2008)
Keynote Speaker, The Portman Clinic, Tavistock NHS (Dec. 5-6, 2008)
Psychologie & Sicherheit, Berlin, Germany (Dec. 10-11, 2008)
FBI, Behavioral Analysis Unit 1, Quantico (January 27, 2009)
PCL-R Training/Darkstone Research Group, Calgary (March 19-20, 2009)
Massachusetts Mental Health Center/Harvard Medical School (March 27, 2009)
American Academy of Forensic Psychology, Montreal (March 28, 2009)
Sixth Annual Forensic Psychiatry Conference, Vancouver (April 3, 2009)
Ontario Provincial Police Threat Management Conference (May 12-13, 2009)
Ontario Review Board, Toronto (May 22, 2009)
PCL-R Training/Darkstone Research Group, San Diego (June 15-16, 2009)
Sexual Offender—Current Trends Conference, San Diego (June 18, 2009)
WAVR-21 Training, Texas A&M University, College Station (July 7-8, 2009)
Nebraska Disaster Behavioral Health Conference, Omaha (July 17, 2009)
WAVR-21 Training Workshop, Garden Grove (August 9-10, 2009)
Keynote Speaker, Threat Management Conference, Anaheim (August 12, 2009)
Grand Rounds, Dept. of Psychiatry, Univ. of California, San Diego (Aug. 27, 2009)
National Academy of Sciences (NRC/USSS), Washington (Sept. 22, 2009)
WAVR-21 Training Workshop, Univ. of California, San Diego (Nov. 3-5, 2009)
Scripps Memorial Hospital Psychology Department, La Jolla (Nov. 11, 2009)
Netherlands National Police, The Hague (Jan. 18-22, 2010)

PCL-R Training/Darkstone Research Group, London (Jan. 25-26, 2010)
The Portman Clinic, London (Jan. 27, 2010)
WAVR-21 Training, Cisco, Inc., San Jose (March 17-18, 2010)
Society for Personality Assessment, San Jose (March 24, 2010)
PCL-R Training/Darkstone Research Group, Austin, TX (April 10-11, 2010)
Illinois Department of Mental Health, Chicago, IL (April 15, 2010)
FBI, Behavioral Analysis Units 1-3 First Course, Quantico (April 30, 2010)
ICIAF Annual Conference, Myrtle Beach, SC (May 4, 2010)
California District Attorneys Association, San Diego (May 17, 2010)
San Diego Psychology Association Forensic Committee (May 18, 2010)
Police Psychology Section, Division 18, APA Annual Convention (August 11, 2010)
Threat Management Conference, Anaheim (August 20, 2010)
Justice Institute of British Columbia, Vancouver (Sept. 13-14, 2010)
Canadian Association of Threat Assessment Professionals, Banff (Sept. 24, 2010)
Alliant International University, San Diego (Oct. 11, 2010)
National Association of Forensic Counselors, Concord, NH (Oct. 20-21, 2010)
Oregon Psychological Association Annual Conference, Portland (Nov. 5, 2010)
St. Louis University Psychiatry Grand Rounds, St. Louis (Jan. 6, 2011)
San Diego Psychoanalytic Institute, San Diego (Jan. 8, 2011)
Netherlands National Police, The Hague (Jan. 17-26, 2011)
Violence in the Workplace, San Diego (Feb. 3, 2011)
WAVR-21 Training, San Diego (Feb. 4-5, 2011)
Amarillo College, Amarillo, TX (Feb. 10-11, 2011)
WAVR-21 Training, Univ. of California, Santa Cruz (Feb. 23-24, 2011)
Forensic Therapy Associates, Albuquerque, New Mexico (March 11, 2011)
WAVR-21 Training, Univ. of California, Santa Barbara (March 30-31, 2011)
ATAP Regional Conference, Chicago (April 18-20, 2011)
WAVR-21 Training, Univ. of California, Irvine (April 26-27, 2011)
Executive Links, Edmonton & Calgary (May 16-17, 2011)
PCL-R Training, Atlanta, GA (May 20-21, 2011)
Defense Science Board, Dept. of Defense, Washington, DC (May 23, 2011)
WAVR-21 Training, Univ. of California, San Francisco (May 25-26, 2011)
Executive Links, Toronto & Winnipeg (June 6-7, 2011)
WAVR-21 Training, Univ. of California, San Diego (June 14-15, 2011)
ABPP Summer Institute, San Francisco (June 17, 2011)
AAFP Training Workshops, Portland (July 9, 2011)
21st Annual Threat Management Conference, Anaheim (August 17, 2011)
WAVR-21 Training, Univ. of California, Berkeley (Sept. 8-9, 2011)
Psychiatry Grand Rounds, Univ. of California, San Diego (Sept. 15, 2011)
Canadian Association of Threat Assessment Professionals, Banff (Sept. 23, 2011)
Executive Links, Saskatoon (Oct. 3, 2011)
WAVR-21 Training, Univ. of California, Riverside (Oct. 6-7, 2011)
The Walt Disney Company, Bristol, CT (Oct. 19-20, 2011)
WAVR-21 Training, Univ. of California, Los Angeles (Oct. 24-25, 2011)
Sempra Corporation, San Diego (Nov. 9, 2011)
WAVR-21 Training, Univ. of California, Davis (Nov. 14-15, 2011)

WAVR-21 Training, Univ. of California, Merced (Dec. 7-8, 2011)
PCL-R Training, Los Angeles (Dec. 9-10, 2011)
RINO Training, Utrecht, Netherlands (Jan. 16-18, 2012)
AIVD, The Hague, Netherlands (Jan. 19, 2012)
PCL-R Training, Amsterdam, Netherlands (Jan. 23-25, 2012)
Association of European Threat Assessment Professionals, Krakow (April 24-27. 2012)
PCL-R Training, The Portman-Tavistock NHS, London (April 30-May 1, 2012)
Workplace Violence Conference, Columbus, Ohio (May 10, 2012)
WAVR-21 Training, Columbus, Ohio (May 11-12, 2012)
PCL-R Training, Baltimore (June 22-23, 2012)
Keynote, Association of Threat Assessment Professionals, Anaheim (Aug. 15, 2012)
International Criminal Investigative Analysis Fellowship (Sept. 11-12, 2012)
Canadian Association of Threat Assessment Professionals, Banff (Sept. 26, 2012)
WAVR-21 Training, Sempra Inc., Los Angeles (Oct. 4-5, 2012)
Behavioral Analysis Program, FBI Academy, Quantico (Oct. 23, 2012)
FBI National Academy, Quantico (Oct. 23, 2012)
National Behavioral Intervention Team Association, Ft. Meyers (Nov. 29-Dec. 1, 2012)
ETH, Zurich, Switzerland (Jan. 21-22, 2013)
University of Basel, Switzerland (Jan. 24, 2013)
PCL-R Training, Amsterdam, The Netherlands (Jan. 28-30, 2013)
PCL-R Training, Oakland, CA (Feb. 7-8, 2013)
Higher Education Campus Safety Training Forum 2013, Roanoke, VA (Mar. 18, 2013)
Society for Personality Assessment, San Diego (March 21, 2013)
Sharp Mesa Vista Hospital Grand Rounds, San Diego (April 20, 2013)
Big Ten Threat Assessment Conference, Champagne-Urbana, IL (May 29, 2013)
PCL-R Training, Norwalk, CT (June 14-15, 2013)
Advanced Threat Assessment and Management, Washington, DC (June 17-18, 2013)
Maricopa County District Attorney, Phoenix, AZ (June 21, 2013)
Higher Education Threat Management Roundtable, UCLA (June 27, 2013)
Association of Threat Assessment Professionals, Anaheim (Aug. 14, 2013)
San Diego Psychoanalytic Institute (Sept. 6, 2013)
Justice Institute of British Columbia, Vancouver (Sept. 10-11, 2013)
The Walt Disney Company, Orlando (Sept. 17-19, 2013)
Advanced Threat Assessment and Management, Portland, OR (Sept. 26-27, 2013)
The Walt Disney Company, Anaheim & Burbank (Oct. 1-3, 2013)
Executive Links, Winnipeg & Vancouver (Oct. 7-8, 2013)
North Texas State Hospital, Vernon, TX (Oct. 21-22, 2013)
Canadian Association of Threat Assessment Professionals, Banff (Oct. 29, 2013)


**Peer Reviewer of Manuscripts for:**

Criminal Justice and Behavior
Journal of Nervous and Mental Disease
Law and Human Behavior
The Western Journal of Medicine

Journal of Personality Assessment
Applied and Preventive Psychology
Journal of Adolescence
Journal of Forensic Sciences
Journal of Criminal Justice
Behavioral Sciences and the Law
Psychological Assessment
Psychosomatic Medicine
Journal of the American Academy of Psychiatry and the Law
Journal of Family Violence
Journal of Interpersonal Violence
Perceptual and Motor Skills
Psychological Bulletin
Journal of Consulting and Clinical Psychology
Legal and Criminological Psychology
Collegium Antropologicum
Professional Psychology: Research and Practice
International Journal of Psychoanalysis
Professional Psychology: Research and Practice
International Journal of Psychiatry and the Law
Criminal Behavior and Mental Health
Scandinavian Journal of Psychology
Trauma, Violence, and Abuse: A Review Journal
Psychology, Crime, and Law
Child and Adolescent Psychiatry and Mental Health
Journal of Investigative Psychology and Offender Profiling
Psychological Medicine
Journal of Forensic Psychiatry and Psychology
Forensic Sciences International
Journal of Criminal Psychology

**Book Reviewer for:**

Bulletin of the American Academy of Psychiatry and the Law
American Journal of Psychotherapy
Journal of Psychiatry and Law
Journal of Forensic Sciences
Cambridge University Press
Lawrence Erlbaum Associates
Jason Aronson Inc.
American Psychological Association
Oxford University Press
Academic Press

**Editorial Board Member:**

Journal of Psychiatry and Law (1989-2009)
Criminal Justice and Behavior
Behavioral Sciences and the Law
Aggression and Violent Behavior
Journal of Forensic Psychology Practice
Journal of Threat Assessment (2001-2003)
L'evolution Psychiatrique
Journal of the American Academy of Psychiatry and the Law (2002-2008)
Journal of Forensic Sciences (1990-      )
Journal of Investigative Psychology and Offender Profiling (2004-2007)
Research and Reports in Forensic Medical Science (2010-      )
Intelligence (2010-      )
Journal of Criminal Justice (2013-      )
Gender and Violence (2013-      )

**Senior Action Editor:**

Journal of Threat Assessment and Management (2012-      )

**Expert Witness Experience**

Retained as an expert in civil or criminal matters in the following states and provinces since 1982: California, Connecticut, Wisconsin, Washington, Illinois, Tennessee, Arizona, Massachusetts, Missouri, Kansas, Oregon, South Carolina, New Mexico, New York, Hawaii, Colorado,  Michigan, Ohio, Florida, Nevada, Idaho, Oklahoma, Georgia, Texas, District of Columbia, Newfoundland, and multiple federal jurisdictions (to date).

Ratio of Civil to Criminal practice: 20/80.

Ratio of plaintiff/prosecution to defense: 40/60.

Trial testimony to date: 150

Depositions to date: 40

Formal, written forensic evaluations: 300

Clinical evaluations in criminal settings: 2,000+

**Areas of Particular Expertise** (publications, clinical experience, teaching, and testimony):

Violence Risk and Threat Assessment
Stalking
Sexual homicide (single and serial) and sexual aggression

Homicide (Complex, mass, stranger, familial, domestic, staging)
Criminal pairing; coercive persuasion; conspiracy
Psychological malpractice
Criminality and mental disorder
Personality disorder
Psychopathic and antisocial personality disorder
Insanity - criminal responsibility issues, disposition issues
Erotomania
Rorschach testing
Litigation and cross examination strategies

**Criminally and Civilly Retained Cases with Annotations**

People v. Susan Smith (1995).  Retained by the defense to analyze and interpret the psychological test data of the defendant.

People v. Richard Allen Davis (1995-6).  Retained by the defense in the death of Polly Klaas, the victim.

People v. Robert Hoskins (1995).  Retained by the prosecution as the psychological consultant on the stalking of Madonna Ciconne, the victim.

State of Colorado vs. Albert Petrosky, Jr. (1996).  Retained by the prosecution as a rebuttal expert at trial for the defense psychiatric and psychological evidence.  This case was a regional case involving mass murder after spousal estrangement: the defendant killed his wife, her lover, and a police officer.  The defendant subsequently committed suicide, which was noted in the New York Times on May 11, 1996.

People v. Danny Palm (1996).  Retained by the defense and testified as an expert witness on "predatory" vs. "affective" violence.  This case was covered by Court TV and focused on the murder of an antisocial victim who had frightened and intimidated a community for three years, and was subsequently shot to death by a retired Navy officer on behalf of his family and neighbors.

In Re: B.T.  (1996).  Consulted with the psychiatrist leading the team evaluating a six year old charged with attempted murder in the beating of an infant in Richmond, California.  My specific role, as requested by the psychiatrist, was to review the final draft of the report submitted to the court, review the psychological and neuropsychological test findings, and offer treatment recommendations.  Subsequent to this consult the report prompted the district attorney to drop the attempted murder charges and proceed on prosecution/disposition concerning lesser charges.

The United States v. Timothy James McVeigh (1996).  Retained by the prosecution as their forensic psychologist and mitigation rebuttal expert.

The United States v. Terry Lynn Nichols (1997). Retained by the prosecution as their forensic psychologist and mitigation rebuttal expert.

The United States v. John Hinckley, Jr. (1998). Retained by the prosecution as a forensic psychological consultant concerning release of the subject to involuntary outpatient treatment.

People v. Gerald Atkins (1998). Retained by the defense as a forensic psychologist to render opinions concerning the diagnosis and mental state at the time of the crime of the defendant. Testified at trial on April 13, 1998. Focus of testimony was erotomanic delusional disorder and triangulation as an explanation for his assault on a Ford plant outside Detroit which resulted in the homicide of a manager and the wounding of two police officers. The defendant was found guilty of all crimes charged and sane at the time of the crime.

Orenthal J. Simpson v. Louis Brown et al. (1998). Filed an amicus curiae brief with S. Doyne, D. Dutton, P. Jaffe, J. Bowermaster, and S. Temko concerning the special needs of children exposed to spousal violence. The brief was accepted by the Fourth Appellate District Court (Division Three) and sealed. On Nov. 10, 1998 the appeals court overturned the ruling that allowed Mr. Simpson to retain custody of his children and remanded the case back to the original commissioner for retrial. They opined that evidence from the killing of Nicole Brown Simpson would have to be considered. The California Supreme Court subsequently upheld the finding in February, 1999.

People v. Timothy Masters. (1997-1999). Retained by law enforcement agency and the prosecution in the investigation and subsequent trial of a defendant in a ten year old sexual homicide case. Testimony involved both an evidentiary hearing and jury trial. Defendant was convicted of first degree murder. The conviction was overturned in January, 2008.

People v. Lucas Salmon. (1997-1999). Retained by the defense in a capital trial involving a defendant who conspired with his friend and committed the abduction, rape, and killing of a 22 year old stranger female. My testimony at the guilt and penalty phases involved mitigating evidence that this defendant was a dependent personality disorder who became a compliant accomplice of a psychopath and sexual sadist to carry out the latter's sexually homicidal fantasies. Defendant was found guilty and sentenced to life in prison.

Turner v. Duncan. (1999). A federal habeas hearing following a finding by the ninth circuit court of appeals that defendant, in prison for murder, had incompetent representation at the time of his trial in 1981 (158 F.3d 449). I testified on behalf of the defendant that the jury was prejudiced at the time since they did not hear any expert testimony concerning the known facts and scientific expertise on serial sexual rapists (the victim) and rape trauma syndrome. My testimony was limited by the federal judge to extant research at the time of the original trial. The judge found prejudice and granted the writ. The Los Angeles County District Attorney's subsequently charged the defendant with manslaughter, he accepted a guilty verdict, and was released with time served.

Maria D. v. Westec et al. (1999). A civil trial in which the plaintiff sued the defendant following an alleged rape "under color of authority" by an employee of the defendant in 1997.

There was no criminal prosecution.  I evaluated the plaintiff and determined that she did have PTSD.  I was not called to testify at trial.  The jury found for the defendant.

People v. Derwin Anderson (1999).  A "third strike" case in which I was retained by the prosecution to determine whether or not the defendant was legally insane at the time of the crime.  I testified that he was not insane at the time of the crime.  The jury deadlocked, the defendant withdrew his insanity defense, and a plea bargain for 18 years in prison was accepted.

People v. Marquell Smith (1999).  Testified for the defense concerning the propensity of the state's prosecution witness to chronically lie in a death penalty trial of the two perpetrators of the "tri-cities robberies", a local San Diego case.

People v. Steve Larsen (1999).  Testified for the defense in a restoration of sanity case involving a paranoid schizophrenic man who murdered his physician in 1986.  Testimony focused upon research concerning schizophrenia, violence, and medication compliance.  Patient was restored to sanity.

National Crime Faculty (1999-2000).  Forensic psychological consultant on the Jill Dando case, a British news anchorwoman murdered in April, 1999 at her home in London.  Consultation subsequently led to the arrest and prosecution of Barry George. The defendant was found guilty of her murder on July 2, 2001, and sentenced to life in prison.  Verdict was overturned in 2008.

State v. Russell Dean (2000).  Testified for the defense  in a homicide case in which the common law husband of a stalking victim ambushed and killed the stalker in Baker City, Oregon.  Testimony focused upon a psychological autopsy of the victim and stalking research.  The jury convicted the defendant of voluntary manslaughter.

People v. Danielle Barcheers (2000).  Testified for the defense in a homicide case in which the defendant was the youngest female (age 15) ever tried as an adult for murder in California.  Testimony focused upon her sadomasochistic relationship with a dominant male which replicated her severe physical and sexual abuse as a child, age 2, culminating in the killing of the male's step grandmother.  The jury convicted her of first degree murder.

Colon v. Henderson (2000).  Retained by the U.S. Attorney in Florida as an expert witness in a civil case involving allegations of sexual harassment against the U.S. Post Office and certain employees.

State v. David Parker Ray (2000).  Retained by the defense in a case involving a man charged with various counts of abduction and sexual assault.  The FBI believed the man was also a serial killer and a sexual sadist whose criminal career spanned four decades.  Trial resulted in a hung jury and a declared mistrial; eventually convicted and died on arrival in prison.

People v. Dante Soiu (2000).  Retained by the prosecution as their expert witness in a California case involving a man who stalked the actress Gwyneth Paltrow over the course of a

year. The man entered a plea of guilty, and not guilty by reason of insanity. I opined that he was insane at the time of the crime, and agreed with the other experts. Both prosecution and defense stipulated to the NGRI finding.

State of Florida v. Dubravko Rajcevic (2001). Consulted with the prosecution concerning the criminal trial of a 46 year old man charged with stalking the tennis player Martina Hingis. The defendant was convicted of misdemeanor stalking in the Miami courtroom of Judge Kevin Emas.

People v. Ronald Blamey (2001). Retained by the prosecution in the case of a spousal homicide and subsequent staging of a sexual homicide at a distant location. Testified at trial. Defendant was convicted of second degree murder with a weapons enhancement.

Richardson v. Steptoe and Johnson (2000-2001). Retained by the defense in a civil case involving perjured testimony by criminalist Fred Zain in a murder trial in the State of West Virginia. The case settled before trial.

Silvas v. Southbay Community Services (2000-2001). Retained by the plaintiff in a civil case involving standard of practice by mental health practititioners preceding a domestic homicide involving stalking. The case settled out of court.

People v. Edward Allaway (2000-2001). Retained by the defense in a restoration of sanity case concerning a mass murder which occurred in 1976. Testified at the writ hearing on behalf of the insanity acquittee that he no longer constituted a danger if released to an involuntary outpatient treatment program. Release was denied by the court.

Nevada v. Peter Bergna (2002). Retained by the prosecution in the second trial of a man accused of murdering his wife and then staging it as an automobile accident. The defendant was convicted of first degree murder.

Conservatorship of Mark Hall (2002). Testified for the prosecution in a stalking case involving a defendant found permanently incompetent in California. The civil commitment hearing focused on current danger toward others. After two hearings, the juries could not reach a verdict.

Commitment of Rodney Yoder (2002). Testified for the State of Illinois in a forensic hospital civil commitment case involving danger to self and others. The defendant considered himself a political prisoner and was represented by the Church of Scientology. Defendant was recommitted by a jury.

State of Oregon v. Kathleen Blankenship (2003). Testified for the defense in a murder case on catathymic homicide. The judge ruled that it was a mental disorder. Defendant was found guilty.

Nevada v. Donald Phillips (2003). Retained by the prosecution and testified in a stalking case in which Steve Wynn was the victim and the plea was insanity. The defendant was found

Exhibit 8 - Page 32

guilty and sane on all counts, and sentenced to life in prison due to third strike.

People v. Scott Thorpe (2003).  Retained by the prosecution and testified in a mass murder case in which the defendant pleaded not guilty by reason of insanity.  Defendant was found insane in a bench trial in Nevada County, California.

May v. Franklin County (2003).  Retained by the plaintiff in a civil case which involved the failure of police to intervene in a domestic violence incident that subsequently resulted in the homicide of the female victim.  Case settled.

People v. Christopher Fiegehen (2003).  Retained by the defense in a murder case involving the death of the father and wounding of the mother of the estranged girlfriend following several weeks of stalking behavior by the defendant.  Defendant was found guilty of all charges.

Hoffman v. County of San Diego (2004).  Retained by the defense in a jail suicide case.  The case settled following deposition.

People v. Wayne Adam Ford (2000-2006).  Retained by the defense in a serial murder case of four female victims.  Testified during guilt phase of trial.  Defendant sentenced to death.

Driver v. Driver (2002-2004).  Retained by the plaintiff in a termination of parental rights case, Cook County Illinois jurisdiction.  Testified for three days concerning the stalking behavior of the ex-husband, who was also psychopathic.  Judge terminated parental rights of ex-husband.

People v. Gerardo Zavala (2004).  Retained by the defense.

Barcher v. Barcher (2004).  Retained by the court in a child custody case.

State of Nevada v. Reyes Olivares (2004).  Retained by the defense to evaluate for sanity. Testified on October 20, 2005.  Defendant was found sane and guilty of first degree murder. Conviction was overturned on appeal to the Nevada Supreme Court in 2008.

People v. Marcus Wesson (2005).  Retained by the prosecution.  Testified in an evidentiary hearing closed to the press and public on May 9, 2005.  Defendant convicted and sentenced to death for the murder of his nine children and grandchildren.

People v. Scott Krause (2004).  Retained by the prosecution.  Testified in a jury trial in Nevada County, California, July 20, 2005.  Defendant found sane following a plea of guilt to second degree murder.

People v. Mitchell Patterson (2004).  Retained by the prosecution.  Testified in a jury trial in Nevada County, California, June 28, 2005.  Found sane following a conviction for second degree murder.

Sabia v. SABH (2005). Retained by the plaintiff in a civil case involving allegations of malpractice against a mental health professional and clinic that subsequently resulted in a familicide. Summary judgment issued for the defense. Deposition given. Case filed in Tucson, AZ.

In re: Uyesugi Related Civil Cases (2005). Retained by the plaintiff in one of many civil cases subsequent to a mass murder in Honolulu. Case settled. No testimony or deposition given.

People v. Janeen Snyder (2005-2006). Retained by the defense in a California sexual homicide case. Testified during penalty phase of trial in this Riverside County Superior Court case, California. Defendant was sentenced to death.

People v. Frederick Engel (2005-2006). Retained by the prosecution in a California attempted murder/arson case. Testified during the sanity phase of the trial in this Nevada County Superior Court case, California. Defendant found sane.

State of Texas v. Andrea Yates (2006). Retained by a prosecution psychiatrist to peer review the psychological test data provided by the defense team for her retrial. Defendant found not guilty by reason of insanity. No testimony or deposition.

In re: Dante Soiu (2007). Testified defendant no longer constituted a physical danger to Gwyneth Paltrow. Jury released defendant to custody of his brother in Ohio. Testified in this Los Angeles County Superior Court case, California.

State of Wisconsin v. Zapata (2007). Retained by the prosecution. Filed a report. Criminal case settled following confession by defendant for murder of ex-spouse 25 years ago. No testimony or deposition.

State v. Stephen Ressa.(2007). Evaluated defendant and found him to be insane at the time of a mass murder using an automobile in Las Vegas. Prosecution agreed to a plea bargain of guilty but mentally ill. Not testimony or deposition.

Tracy Shue v. USAA. (2007). Retained in a civil case by the defense regarding an equivocal death of an Air Force surgeon. Judge ruled against the plaintiff, but stated that death was a homicide. No testimony or deposition in this San Antonio TX case.

People v. Steve Evans (2008). Testified for the defense in a sexual homicide case in Orange County Superior Court, CA. Defendant was found guilty and sentenced to death.

People v. Andrew Desenfants. (2008) Evaluated defendant charged with injury of his infant. No determination yet by prosecution as to trial. No testimony or deposition.

People v. Jon Merrill. (2008) Evaluated defendant and opined that he was insane at the time of his breaking and entering. Prosecution stipulated to a finding of not guilty by reason of insanity. No testimony or deposition.

State v. Kevin Underwood. (2008) Testified for the prosecution in a child sexual homicide case in Norman, Oklahoma, committed by a young man next door. Defendant sentenced to death.

Olsen v. Cannon et al. (2008). No testimony or deposition in this South Carolina trial involving the neighborhood sexual homicide of an older woman by a young man. Civil litigation is continuing.

State of Ohio v. Leubrecht (2008). Retained by defense and testified at sentencing on catathymic homicide of infant son.

People v. Mary Jo Markley (2009). Evaluated the defendant for the defense in a repetitive stalking case and found her not guilty by reason of insanity. Prosecution stipulated to finding, and defendant committed. No testimony.

Harrell v. AAE et al. (2008-2009). Civil case in San Diego, CA involving a woman who attempted suicide at a drug treatment center. Case settled 2010.

People v. Clinton Calhoun (2009). Evaluated defendant in this attempted rape case in Fresno, CA, for prosecution. Defense subsequently withdrew his insanity plea and settled.

People v. Steven Shuster (2009). Testified in this attempted murder/stalking case in Riverside County Superior Court, California, for the defense. First trial resulted in a hung jury.

Green v. Logan County (2009). Civil federal case in Ohio involving the sexual homicide of an elderly female neighbor of a juvenile sex offender living in a group home. No trial or settlement yet.

Jane Doe v. Marriott (2009-2010). Connecticut civil case involving oral rape of a mother in front of her two children. Deposed as to rapist's type and predatory violence, and their relationship to deterrence with adequate security. Case settled.

State of Arizona v. Henry Fischbacher (2010). Testified at sentencing in this spousal homicide case in Tucson, AZ for the defense. Defendant sentenced to 15 years.

State of Oregon v. Kathleen Blankenship (2010). Retained by defense in this retrial of defendant for the murder of her husband. Prosecution stipulated to manslaughter plea; defendant released in April, 2011.

State of Nevada v. Elizabeth Stack (2010). Retained by the defense in the trial of a defendant charged with murder of her child, then entered a plea of guilty to child abuse and neglect. Testified on Jan. 11, 2010 in Nevada District Court, the Honorable Michelle Leavitt. Defendant sentenced to minimum of six years.

People v. Austin Lewis (2011). Testified generically in an attempted murder case concerning

stalking, obsessional following, and erotomania on May 27, 2011, in Santa Clara County Juvenile Court.

State of Kansas v. Dana Chandler (2011).  Defendant convicted of double first degree murder.  She was the ex-wife of the victim and his girlfriend.  Retained by the prosecution but did not testify.

Resendez v. Audio Express (2011). Civil case settled, retained by plaintiff.

Rich v. Brunson (2011).  Civil case settled, retained by defense.

Brown v. Elite Show (2011).  Civil case settled, retained by plaintiff.

McKinlay v. Brian Bryne et al (2012). Civil case settled, retained by plaintiff.

In re: John Conca (2012).  In litigation currently.

People v. David Attias (2012).  University of California mass murder conditional release hearing.  Retained by prosecution.