OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 11/23/2012

Neil Schmidt, Technical Specialist, Honda North America, Inc. 700 Van Ness Avenue, Building 300, Torrance, California 90501, telephone number (310) 783-3595, was interviewed by FBI Special Agent Mark Matthews at his place of employment. After being advised of the identity of the interviewing agent and the purpose of the interview, Schmidt provided the following information:

Schmidt was shown video footage that captured the movements of a vehicle on April 12, 2012 at approximately 7:09 am and 7:14 am and asked if he could identify the vehicle. Schmidt stated he could not be 100% certain, but the vehicle was the correct size and proportion as that of a Honda CRV first generation vehicle. Schmidt explained that the first generation of Honda CRV's in the United States were made from 1997-2001. Schmidt further added that the vehicle's headlights and the position of the vehicle's tail lights and off-center, rear mounted spare tire were also consistent with the first generation of Honda CRVs.

Schmidt stated that the Honda CRV had a relatively unique tail light location. The tail lights ran up to the roof line from about the midline of the CRV. The tail lights were also on the rear corners of the CRVs.

Vehicles similar to the Honda CRV would be the Toyota RAV 4 and Volvo XC-90. However, the RAV 4's tail lights are down low on the vehicle in a more conventional location. The Volvo XC-90's tail lights are on the rear of the vehicle and not on the corners.

Schmidt queried Vehicle Identification Number (VIN) JHLRD18491C042288 and determined this was a 2001 Honda CRV LX 4WD (four wheel drive). The paint code for this vehicle was B95P (Electron Blue Pearl) and was only available on the Honda Prelude and CRV in 2001. B95P came out in 2000 and was used that year and in 2001. In 2002, the color changed to B96P (Eternal Blue Pearl) which was a darker blue color.

At the conclusion of the interview, Schmidt provided SA Matthews with Body Specifications drawings for the Honda CRV for years 1997-2001, 2002-2006, and 2007-2011.

Investigation on 11/20/2012 at Torrance, California, United States (In Person)

File # 70A-AN-15667 Date drafted 11/23/2012

by Mark F. Matthews

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Schmidt also provided his Curriculum Vitae.




**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 11/26/2012

Neil Schmidt, Technical Specialist, Honda North America, Inc. 700 Van Ness Avenue, Building 300, Torrance, California 90501, telephone number (310) 783-3595, was interviewed telephonically. After being advised of the identity of the interviewing Agent and the nature of the interview, Schmidt provided the following information:

[WRITER's NOTE: Schmidt was previously interviewed on 11/20/2012. During this interview, Schmidt was shown the video depicting a small blue SUV arriving at COMMSTA Kodiak at 7:09am and departing at 7:14am]

Regarding the video of the small blue SUV arriving at COMMSTA Kodiak on 04/12/2012 at 7:09am, Schmidt believes the light colored area high on the rear of the SUV is too concentrated to be anything other than part of the tail light assembly or a reflector. The only vehicle other than the Honda CR-V that Schmidt knows to have a light assembly or reflector high on the rear of the vehicle is the Volvo XC90, although there may be other Volvo models with this feature.

The body size and proportions of the vehicle in the video are similar to the Toyota Rav4, although the Rav4 does not have a rear tail light or reflector in the same area as the vehicle in the video. When asked about the Ford Escape, Schmidt stated that the Escape was also similar in shape and proportion to the vehicle in the video, but did not have a tail light assembly or reflector in the same position. Schmidt volunteered that he did not know if Hyundai or Kia manufactured vehicles of this size and shape.

When asked about the Kia Soul, Schmidt replied that the Soul had a different shape and rides lower to the ground than the vehicle in the video.

Investigation on 11/26/2012 at Anchorage, Alaska, United States (Phone)

File # 70A-AN-15667 Date drafted 11/26/2012

by Daryl Allison

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.




**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 01/02/2013

NEIL SCHMIDT, Technical Specialist, Honda North America, Inc, 700 Van Ness Avenue, Building 300, Torrance, California 90501, telephone number 310-783-3595, was interviewed at his place of employment. Also present during the interview were Assistant United States Attorneys (AUSAs) Dan Cooper and Bryan Schroder. After being advised of the identity of the interviewing Agent and the nature of the interview, SCHMIDT provided the following information:

SCHMIDT reviewed the videos taken from the Communications Station (COMMSTA) at the Kodiak Coast Guard Base on 4/12/2012, 4/19/2012, and 4/20/2012. SCHMIDT stated in looking at the vehicle in the 4/12/2012 video, he looked at the overall proportions of the vehicle, including, but not limited to the wheel overhang, the light positioning, the distance between the wheels, and the greenhouse, meaning the glass area of the car. SCHMIDT stated the vehicle in the video does not appear to have wheel covers, as that area is dark. The Honda CRV comes with silver colored alloy covers. SCHMIDT said the nose the of the car appears a little darker, which could indicate the presence of bra, but SCHMIDT cannot tell for sure. SCHMIDT advised the Honda CRV typically has a chrome grill, but he cannot tell anything about the vehicle in the video.

SCHMIDT advised Honda just released the fourth generation of the CRV. The first generation, which was sold during 1997-2001, was more square than the following generations. SCHMIDT stated that each new model or generation has all new body panels, and nothing would be interchangeable between the models. The general trend for all Sport Utility Vehicles (SUVs) is they are becoming more aerodynamic for fuel economy.

The headlights of the older Honda CRVs were basically the same, slightly square or oblong. The more recent models have headlights that wrap around the sides. The taillights have always been above the belt line. On the third generation the taillights did extend slightly below the belt line. SCHMIDT stated the taillights are the biggest distinguishing factor of the CRV. SCHMIDT cannot think of another vehicle with high taillights like the CRV.

When the first generation of the CRV was sold, the Toyota RAV4 and the

Investigation on 12/17/2012 at Anchorage, Alaska, United States (In Person)

File # 70A-AN-15667 Date drafted 01/02/2013

by WICKMAN ELIZABETH A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Honda CRV were the main players in the small SUV market. SCHMIDT does not remember Toyota's color palate, but stated Toyota RAV4s have lower cladding, meaning plastic on the body of the vehicle, approximately below knee-height. SCHMIDT does not see lower cladding on the vehicle in the 4/12/2012 video. SCHMIDT stated Honda offered lower cladding on later generations of the CRV, but not on the earlier models.

Based on the videos, SCHMIDT stated he thinks it is more likely than not that the vehicle in the 4/12/2012 video is a Honda CRV, giving it a 70% likelihood. SCHMIDT stated he would eliminate the RAV4, as it looks like the wheel base is closer together. SCHMIDT does not think he ever saw a Ford Escape in that color, but he cannot rule it out. SCHMIDT stated the vehicle in the video looks square, like the boxier body from the first generation CRV .

SCHMIDT stated the model of the Honda CRV sold in the United States does not have daytime running headlights, only the models sold in Canada have them.

The vehicle in the 4/12/2012 video appears to have something either reflecting light or emitting light on the rear of the vehicle, above the belt line.

In viewing the video from 4/20/2012 of a known Honda CRV, SCHMIDT stated he could see something that was either reflecting light or emitting light on the back of the vehicle, above the belt line. On the video from 4/12/2012, the taillights appear higher, but SCHMIDT stated it could be the angle of the sun or light, as the day appears to be darker than the video from 4/20/2012.

SCHMIDT stated when the CRV headlights are on, the taillights are on. SCHMIDT explained the orientation of the taillights, and stated the turn indicator is on the top, the brake light is in the middle and the reverse light is on the bottom.

The interview was then terminated.

OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 03/04/2013

NEIL SCHMIDT, Technical Specialist, Honda North America, Inc, 700 Van Ness Avenue, Building 300, Torrance, California 90501, telephone number 310-783-3595, was interviewed at his place of employment. Prior to the interview, SCHMIDT was provided a document, maintained in captioned case file as serial 549, with photos of various vehicles. SCHMIDT had agreed to review this document and compare these vehicles with video of a small blue SUV travelling on Anton Larsen Road near the COMMSTA T2 building at approximately 7:09 am and 7:14 am on 04/12/2012.

SCHMIDT provided a detailed comparison of each listed vehicle with the vehicle depicted in the video. A detailed spreadsheet of differences between these vehicles and the vehicle in the video can be found in the 1A attached to this document.

SCHMIDT stated that he believes that the vehicle in the video is consistent in size, shape, proportion, and tail light position to a first generation Honda CR-V. As noted in the attached spreadsheet, SCHMIDT believes that, if tail light positioning were ignored, there are approximately twenty two vehicles from the referenced vehicle list that are close enough in size, shape and proportion that they should be considered as candidates to be the vehicle in the video. The only vehicle that was consistent in size, shape, proportion **and tail light position** to the vehicle in the video was the Volvo XC90.

Investigation on 02/06/2013 at Long Beach, California, United States (In Person)

File # 70A-AN-15667 Date drafted 03/04/2013

by Daryl Allison

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.