IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) [Proposed] |
| vs. | ) **ORDER RE: DEFENSE MOTION FILED AT DOCKET 198 (Neil Schmidt)** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Based upon the information submitted and proffered in the pleadings, the government expert testimony in question meets the threshold standard to be admitted under the criteria set out in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

The court hereby finds that Mr. Neil Schmidt possesses the relevant expertise and is qualified to testify as a an expert on automobile characteristics and identification in this case, that his testimony will be relevant to the matters at issue, and that his experience and methodology renders his opinion of sufficient reliability to be admitted at trial.

It is therefore ordered that the expert may be called at trial. The court may also allow voir dire of the witness's qualifications at that time.

DATED _____.

_____
U.S. District Court Judge