KAREN L. LOEFFLER
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **GOVERNMENT MOTION REQUESTING FOUR-DAY EXTENSION OF DEADLINE FOR FILING ITS REPLIES TO DEFENSE MOTIONS IN LIMINE** |
| vs. | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | *Filed under Shortened Time* |

COMES NOW the United States, by and through above-named

counsel, and requests the Court to extend the government's deadline for

filing its replies to the defense motions *in limine* from Thursday, January 2, 2014 until Monday, January 6, 2014.

The government intended to make every effort to file its replies to the defense motions *in limine* on the established deadline of January 2, 19, 2014, but members of the trial team and support staff had holiday plans, as well as family and friends visiting from outside of Alaska. Moreover, the defense has filed five motions and one reply to the *Daubert* motions, raising similar arguments that cross over into the motions *in limine*, as well as a few new arguments. The government would like the chance to review and respond to these pleadings thoroughly.

//
//
//
//
//
//
//

Case 3:13-cr-00008-SLG   Document 235   Filed 12/31/13   Page 2 of 3

The government has attempted to contact the defense regarding this request, but has not been able to reach counsel.

RESPECTFULLY SUBMITTED this 31st day of December, 2013 in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan D. Schroder
BRYAN D. SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A DUIGNAN.
Special Assistant U.S. Attorney
United States of America

Certificate of Service

I hereby certify that on December 31, 2013, the foregoing was served electronically via the CM/ECF system on counsel of record.

s/ Kathleen A. Duignan

Page 3 of 3

Case 3:13-cr-00008-SLG   Document 235   Filed 12/31/13   Page 3 of 3