KAREN L. LOEFFLER
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | No. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

Plaintiff's motion to extend the government's deadline for filing its replies to the defense motions *in limine* from Thursday, January 2, 2014 until Monday, January 6, 2014, is hereby GRANTED.

IT IS SO ORDERED.

Dated:_____          _____
                                  United States District Court Judge