Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **DEFENSE NOTICE OF EXPERT WITNESSES** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

In compliance with Fed.R.Evid. 702, 703, and 705, the defense identifies the following potential expert witnesses that it may use at trial.

<u>Potential Defense Witnesses</u>

- Bruce Currie – Tire Expert (Curriculum Vitae, Exhibit A);

- Michael DiTallo – Accident Reconstructionist and Video Analyst (Curriculum Vitae, Exhibit B);

- Paul Kish – Blood Spatter Expert (Curriculum Vitae, Exhibit C);

- Michael Nault – Homicide Investigation Expert (Curriculum Vitae, Exhibit D);

- Donald Reay, M.D. – Forensic Pathologist (Curriculum Vitae, Exhibit E);

- Jaco Swanepoel – Firearm and Toolmark Expert (Curriculum Vitae, Exhibit F); and

- Kay Sweeny – Criminalist (Curriculum Vitae, Exhibit G).

The court ordered that the defense disclose its experts by Nov. 29, 2013. *See* Docket No. 56. The government did not oppose a continuance for the defense to file its notice by December 11, 2013. *See* Docket No. 186. The court has not issued a new order on this matter yet.

Because discovery is ongoing, if additional expert witnesses are identified, they will be disclosed in a supplemental notice. Additionally, once Mr. Wells receives outstanding discovery, he will be able to provide brief explanations of his experts' testimony. Any reports and witness qualifications will be provided to the government as soon as available. Mr. Wells reserves his right to file supplemental briefing on the matter.

DATED this 6th day of January 2014.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 6, 2014,
a copy of the *Defense Notice of Expert Witnesses* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner