# Curriculum Vitae

Bruce A. Currie, P.E.
Currie Engineering LLC
15638 U.S. 224 East
Findlay, Ohio  45840
419-422-0553 home
419-306-0879 cell
email: bcurrie@woh.rr.com
web: Currieengineeringllc.com

| | |
|---|---|
| **Engineering Experience** | **Currie Engineering, LLC**<br>Findlay, Ohio  45840 |
| January 2005<br>To Present | **TECHNICAL AND FORENSIC CONSULTANT** – Findlay, Ohio<br>Provide engineering consulting services for the forensic inspection of tires, wheels and inner tubes. Also provide assistance for case preparation and review of technical documents. Provide expert witness testimony for affidavits, depositions and at trial. Contract with Cooper Tire after retirement on 1/1/2005 until 11/28/2008 provided for representation of Cooper on various industry technical and standardization committees of the Tire and Rim Association, American Society for Testing and Materials, International Organization for Standardization (ISO) and Society of Automotive Engineers. Consultation with the various Product Development and Plant Technical departments concerning tire design technical systems, manufacturing and testing equipment, the review of technical information related to product liability claims and the analysis and inspection of product claim tires and wheels. |
| | **Cooper Tire & Rubber Company**<br>Findlay, Ohio  45840 |
| April 2003<br>To<br>December 2004 | **SENIOR MANAGER, TECHNICAL RELATIONS** - Cooper Tire, Findlay, Ohio<br>Represent Cooper on various industry technical and standardization committees of the Tire and Rim Association, Rubber Manufacturers Association, American Society for Testing and Materials, Society of Automotive Engineers, International Organization for Standardization (ISO) and others. Consult with the various Product Development and Plant Technical departments concerning tire design technical systems, manufacturing and testing equipment. Responsible for the review of technical information related to product liability claims. Responsible for the analysis of product claim tires and wheels. |
| March 2002<br>To<br>April 2003 | **SENIOR MANAGER, TECHNICAL STANDARDS** - Cooper Tire, Findlay, Ohio<br>Represent Cooper on various industry technical and standardization committees of the Tire and Rim Association, Rubber Manufacturers Association, American Society for Testing and Materials, Society of Automotive Engineers, International Organization for Standardization (ISO) and others. Consult with the various Product Development and Plant Technical departments concerning tire design technical systems, manufacturing and testing equipment. Responsible for the review of technical information related to product liability claims. Responsible for the analysis of product claim tires and wheels. |
| February 1999<br>To<br>March 2002 | **MANAGER, TECHNICAL STANDARDS** - Cooper Tire, Findlay, Ohio<br>Represent Cooper on various industry technical and standardization committees of the Tire and Rim Association, Rubber Manufacturers Association, American Society for Testing and Materials, Society of Automotive Engineers, International Organization for Standardization (ISO) and others. Consult with the various Product Development and Plant Technical departments concerning tire design technical systems, manufacturing and testing equipment. Responsible for the review of technical information related to product liability claims. Responsible for the analysis of product claim tires and wheels. |

| | |
|---|---|
| December 1987 to February 1999 | **MANAGER, INNER TUBE and CURING BLADDER DEVELOPMENT and SYSTEMS ENGINEER** - Cooper Tire, Findlay, Ohio. Responsible for the design and initiation of computer based engineering systems for Product Development used to design and develop tires. Responsible for inner tube development from initial design to field service support and the design and development of curing bladders, which are used in the manufacture of tires. Responsible for the analysis of product claim tires and wheels and providing technical advice on the cause of the condition. |
| October 1984 to December 1987 | **SYSTEMS ENGINEER** - Cooper Tire, Findlay, Ohio. Responsible for the design and initiation of computer based engineering systems for Product Development used to design and develop tires. This assignment also included total product responsibility for inner tubes from initial design to field service support. In October of 1985 this assignment was expanded to include the technical product support for the start up of our recently purchased inner tube facility in Piedras Negras, Mexico. Responsible for the analysis of product claim tires and wheels and providing technical advice on the cause of the condition. |
| November 1982 to October 1984 | **MANAGER, TRUCK TIRE DEVELOPMENT and ENGINEERING** - Cooper Tire, Findlay, Ohio. Responsible for the supervision of the development of all radial and bias truck tires. This responsibility includes the development from initial design to introduction into production, including continuous product improvement and analysis of returned tires throughout the product life cycle. Responsible for the analysis of product claim tires and wheels and providing technical advice on the cause of the condition. |
| October 1979 to November 1982 | **MANAGER, RADIAL TRUCK TIRE DEVELOPMENT** - Cooper Tire, Findlay, Ohio. Responsible for the supervision of the development of all radial truck tires. This responsibility includes the development from initial design to introduction into production, including continuous product improvement and analysis of returned tires throughout the product life cycle. Responsible for the analysis of product claim tires and providing technical advice on the cause of the condition. |
| January 1978 to October 1979 | **SUPERVISOR, RADIAL PASSENGER TIRE DEVELOPMENT** - Cooper Tire, Findlay, Ohio. Responsible for the supervision of the development of all radial passenger tires. This responsibility includes the development from initial design to introduction into production, including continuous product improvement and analysis of returned tires throughout the product life cycle. |
| November 1976 to December 1977 | **TIRE CONSTRUCTION MANAGER** - Cooper Tire, Texarkana, Arkansas. Responsible for all technical aspects of bias highway and truck tire production. This included responsibility for tire building specs, operational machine and material specs, tire curing mold specs, and rubber extruder set-up specifications, die development and trouble shooting the manufacturing process. |
| October 1974 to November 1976 | **RADIAL TECHNICAL MANAGER** - Cooper Tire, Texarkana, Arkansas. Responsible for all technical aspects of radial tire production. This included responsibility for tire building specifications, operational material and machine specifications and trouble shooting the manufacturing process. |
| January 1974 to October 1974 | **RADIAL TIRE PRODUCTION ENGINEER** - Cooper Tire, Texarkana, Arkansas. Responsible for the startup of Radial Passenger Tire Production in Texarkana Plant from the standpoint of tire specification development, defect analysis, process improvement and operational specifications. |
| March 1972 | **RADIAL TIRE DEVELOPMENT ENGINEER** - Cooper Tire, Findlay, Ohio. |

| | |
|---|---|
| to<br>January 1974 | Responsible for the design and development of Cooper's first polyester/steel and polyester/Fiberglas radial highway tires. This included complete tire design responsibilities with the analysis of wheel and road tested tires of various construction variations. |
| June 1971<br>to<br>March 1972 | **PROJECT ENGINEER** - Cooper Tire, Findlay, Ohio<br>Worked on various R & D projects. The most important projects were Tire Uniformity & Force Analysis and the design and development of a slide projector component alignment system for tire building. |
| September 1967<br>to<br>December 1970 | **PROJECT ENGINEERING CO-OP** - Cooper Tire, Findlay, Ohio.<br>Work assignment as co-op student from the University of Cincinnati. Worked on various project assignments related to Tire Uniformity and Statistical Analysis. |

## Education

| | | |
|---|---|---|
| January 1994<br>to<br>September 1995 | GMI Engineering & Management Institute | Flint, Michigan |

**Masters of Science in Engineering**, September 29, 1995.

| | | |
|---|---|---|
| September 1985<br>to<br>May 1989 | University of Findlay | Findlay, Ohio |

| | | |
|---|---|---|
| January 1975<br>to<br>December 1976 | East Texas State University | Texarkana, Texas |

**Masters in Business Administration**, December 16, 1976.

| | | |
|---|---|---|
| January 1972<br>to<br>May 1973 | Bowling Green State University | Bowling Green, Ohio |

| | | |
|---|---|---|
| August 1966<br>to<br>June 1971 | University of Cincinnati | Cincinnati, Ohio |

**Bachelor of Science in Chemical Engineering**, June 13, 1971.

## Professional Affiliations

**Registered Professional Engineer in the State of Ohio,**
July 25, 1980 to present.

**Member of the National Society of Professional Engineers.**
September, 1980 to present. Local chapter secretary June, 1992 through June, 1994. Local chapter president June 1994 through June, 1996. Chapter executive director and Ohio Society of Professional Engineers board member June, 1996 to Sept., 1999.

**Member of the Society of Automotive Engineers,**
July 24, 1981 to present.
Truck and Bus Military/Industry Tire Subcommittee June, 1999 to December, 2004.
Tire Pressure Monitoring Subcommittee July, 1999 to January, 2006.
Highway Tire Forum Committee June, 2002 to present.

**Member of the Society of Manufacturing Engineers,**

January 1, 1996 to March 31, 2007.

### The Tire and Rim Association
Truck-Bus Tire and Rim Standards Subcommittee November, 1982 to October, 1984.
Tube and Valve Standards Subcommittee October, 1984 to June, 1999.
Military Tire and Rim Subcommittee May, 1999 to December, 2003.
Standards Committee April, 1999 to January, 2006.
Technical Advisory Committee April 1999, to January, 2006, chairman 2003.
Trustee April 2003 to January, 2006.
Association April 2003 to January, 2006.

### Member of American Society for Testing and Materials
Committee F09 on Tires May, 1999 to present, Tire Aging Task Group November 2002 to present.

### Rubber Manufacturers Association
Government and Military Liaison Engineering Committee April, 1999 to December, 2003
Retread and Repair Materials Subcommittee 1999. DOT Size Code committee February, 1999 to December, 2003

### Member of American Chemical Society - Rubber Division
March, 2001 to present.

### Member of Tire Society
September, 2003.

**Patents**

UNITED STATES PATENT                No.  US 7,114,935 B2
CURING ENVELOPE FOR AND METHOD OF RETREADING TIRES
Inventors: Mark Thomas and Bruce A. Currie    Date: October 3, 2006

**Papers**

"How Oxygen Affects the Integrity of Tire Compounds, The Work Being Done to Test for This Degradation and the Consequences on Tire Durability", Hazardous Information Foundation, Inc., Houston, Texas, Bruce A. Currie, P.E., August 13, 2010

11/11/10

## Training Seminars

| | |
|---|---|
| August, 1971 | **"Introduction to Rubber Technology Correspondence Course"**<br>American Chemical Society - Division of Rubber Chemistry<br>University of Akron - Institute of Polymer Science<br>Akron, Ohio |
| April 24, 1981 | **"Product Liability"**<br>Ohio Legal Center Institute<br>Toledo, Ohio |
| November 6, 1981 | **"Forensic Engineering"**<br>National Society of Professional Engineers   (.6 CEU)<br>Pittsburgh, Pennsylvania |
| June 30, 1982 | **"Dale Carnegie Course in Effective Speaking and Human Relations"**<br>Class 3209<br>Findlay, Ohio |
| November 5, 1982 | **"Introduction to Finite Element Analysis"**<br>University of Wisconsin         (1.8 CEU)<br>Milwaukee, Wisconsin |
| October 13, 1983 | **"Comprehensive Fundamentals of IFPS Seminar"**<br>Execucom Systems Corporation<br>Findlay, Ohio |
| January 17, 1984 | **"Project Management"**<br>University of Cincinnati    (.6 CEU)<br>Columbus, Ohio |
| March 15, 1984 | **"Dale Carnegie Management Seminar"**<br>Findlay, Ohio          Class 527 |
| March 11, 1985 | **"Managing Computer-Aided Engineering"**<br>The American Society of Mechanical Engineers   (.6 CEU)<br>Chicago, Illinois |
| October 11, 1989 | **"Product Liability & The Engineer"**<br>Society of Automotive Engineers  (1.3 CEU)<br>Detroit, Michigan |
| February 6, 1992 | **"Managing Multiple Priorities"**<br>Dun & Bradstreet Seminar   (.6 CEU)<br>Columbus, Ohio |
| October 20, 1995 | **"Training The Engineering Expert Witness"**<br>University of Wisconsin         (1.2 CEU)<br>Madison, Wisconsin |
| 1996 | **"Access 2.0 for Windows Introduction"**<br>Productivity Point International<br>Maumee, Ohio |

| Date | Course |
|---|---|
| June 11, 1996 | "The Basics of Internet"<br>American Management Association Seminar<br>Fort Wayne, Indiana |
| July 18, 1997 | "Windows 95: Making the Transition"<br>KnowledgeLink<br>Findlay, Ohio |
| August 14, 1997 | "Access v8.0 Advanced"<br>KnowledgeLink<br>Maumee, Ohio |
| August 25, 1997 | "PowerPoint v8.0 Introduction"<br>KowledgeLink<br>Findlay, Ohio |
| February 11, 1998 | "Word v8.0 [Office 97] Level 2"<br>KnowledgeLink<br>Findlay, Ohio |
| April 15, 1999 | "Visual Basic Programmer"<br>ICS        (19.0 CEU)<br>Scranton, Pennsylvania |
| October 8, 1999 | "Outlook 98 for Windows 95/98/NT 4.0 Introduction"<br>Productivity Point International  (7CPE)<br>Findlay, Ohio |
| February 17, 2000 | "Access 97 for Windows 95/NT 4.0 Macros"<br>Productivity Point International  (7CPE)<br>Maumee, Ohio |
| April 25, 2000 | "Excel 97 for Windows 95/NT 4.0 Intermediate"<br>Productivity Point International  (7CPE)<br>Maumee, Ohio |
| May 23, 2000 | "Enhancing The Engineers Product Liability Litigation Experience"<br>University of Wisconsin        (1.2 CEU)<br>Madison, Wisconsin |
| November 9, 2000 | "Power Point 97 Advanced for Windows 95/NT 4.0"<br>Productivity Point International - @ FesTech  (7CPE)<br>Findlay, Ohio |
| June 8, 2001 | "Intermediate Rubber Technology Correspondence Course"<br>American Chemical Society - Rubber Division<br>University of Akron - Rubber Division Education Office (6 CEU)<br>Akron, Ohio |
| November 2, 2001 | "Advanced Rubber Technology Correspondence Course"<br>American Chemical Society - Rubber Division<br>University of Akron - Rubber Division Education Office (9 CEU)<br>Akron, Ohio |
| April 30, May 1, 2002 | "Strategies for Developing Effective Presentation Skills"<br>American Management Association ( 1.2 CEU)<br>Auburn, Indiana |

| | |
|---|---|
| September 17-19, 2002 | **"Managing and Leading the Cooper Way"**<br>Cooper Learning Center<br>Auburn, Indiana |
| November 6-8, 2002 | **"Motor Vehicle Accident Reconstruction"**<br>Society of Automotive Engineers (1.8 CEU)<br>Troy, Michigan |
| March 15-16, 2004 | **"Design for Six Sigma (DFSS)"**<br>Uniworld Consulting, Inc. (16 class hours)<br>Findlay, Ohio |