

# Dynamic Safety L.L.C.

## Curriculum Vitae of Michael A. DiTallo

### Employment History

| | |
|---|---|
| 09/03 to Present | **Dynamic Safety, LLC** (formerly Dynamic Safety, Inc.), Consultant<br>*Lake Zurich, Illinois*<br>An independent consulting company offering services to industry, government, law enforcement, insurance companies, the legal field and the private sector. Services offered include accident reconstruction and vehicle systems analysis. Responsible for accident investigation, accident reconstruction, 2D and 3D computer accident reconstruction and simulation, vehicle inspections, crash testing, standards research, video and photographic analysis, technical reports, trial exhibit preparation, technical assistance and consulting. |
| 12/00 to Present<br>1994 to 1996 | **Northwestern University Center for Public Safety** (formerly Northwestern University Traffic Institute), Adjunct Faculty Member<br>*Evanston, Illinois*<br>Responsible for developing and presenting educational program in traffic accident investigation and reconstruction.<br><br>Classes taught include:<br><br>• Bosch CDR Technician Level 1<br>• Bosch CDR Technician Level 2<br>• Accident Investigation 1<br>• Accident Investigation 2<br>• Math & Physics for Traffic Crash Reconstruction<br>• Vehicle Dynamics<br>• Traffic Crash Reconstruction 1 (TCR 1)<br>• Traffic Crash Reconstruction 2 (TCR 2)<br>• Traffic Crash Reconstruction 3 (TCR 3)<br>• Traffic Crash Reconstruction Refresher<br>• Motorcycle Crash Reconstruction |

Main Office: 1400 Ensell Road, Lake Zurich, IL 60047  Phone: 847-550-8560  Fax: 847-550-8529
info@dynamicsafetyllc.com  Website: www.dynamicsafetyllc.com
Satellite Office: 2937 Vinburn Road, Sun Prairie, WI 53590  Phone: 608-320-9219  Fax: 608-834-9219

- Heavy Vehicle Accident Reconstruction
- Hit & Run/Pedestrian Reconstruction
- Lamp Examination
- Total Stations Mapping/Surveying
- Preserving and Analyzing Information From Heavy Vehicle EDRs
- Traffic Crash Reconstruction for Engineers
- Specialized Accident Reconstruction (Ford and General Motors)
- Computerized Traffic Accident Reconstruction 1
- Introduction to EDCRASH (COMPTAR 1)
- Computerized Traffic Accident Reconstruction 3 Introduction to EDSMAC (COMPTAR 3)
- Computerized Traffic Accident Reconstruction 4 (COMPTAR 4)
- Microcomputer Assisted Traffic Accident Reconstruction (MATAR)
- Traffic Management *(for the School of Police Staff and Command)*

| | |
|---|---|
| 01/04 to 10/07 | **The Village of South Barrington Police Department**, Part time Police Officer, Traffic Accident Reconstructionist *South Barrington, Illinois* |
| 04/03 to 05/04 | **Island Lake Police Department**, Part time Police Officer, Traffic Accident Reconstructionist *Island Lake, Illinois* |
| 06/02 to 09/03 | **DiTallo & Associates**, Principal Traffic Accident Reconstruction Consultant *Long Grove, Illinois* |
| 12/00 to 06/02 | **Fricke Cooper Engineering, LLC**, Principal Traffic Accident Reconstruction Consultant *Lake Zurich, Illinois* |

## Employment History, continued

**11/96 to 12/00**     **Northwestern University Traffic Institute**, Associate Director, Accident Investigation Division
*Evanston, Illinois*
Consultant to law enforcement agencies, attorneys and other in the area of traffic accident investigation and reconstruction.
Responsible for researching and writing technical publications.
Responsible for supervision and training of adjunct staff in the area of traffic accident investigation and reconstruction. Responsible for technical support for an independent study course called Algebra: A refresher course for traffic accident investigation.

**1996 to 12/00**     **DiTallo & Associates**, Principal Traffic Accident Reconstruction Consultant
*Long Grove, Illinois*

**02/95 to 09/96**     **Rampart Investigation**, Accident Reconstructionist Consultant
*Campbell, California*

**11/90 to 11/96**     **The City of Sunnyvale Department of Public Safety**,
Public Safety Officer
*Sunnyvale, California*
Traffic Officer, Major Accident Investigator, Field Training Officer, Background Investigator, Department Instructor, Desk Officer
Also taught classes including:

- Accident Investigation
- Accident Reconstruction
- First Aid
- CPR
- Field Training

**5/88 to 11/90**     **The City of Newark Police Department**, Police Officer
*Newark, CA*
Traffic Officer, Major Accident Investigator, Department Instructor
Classes taught include:

- Accident Investigation
- Accident Reconstruction
- First Aid
- CPR

Page 3 of 14

Case 3:13-cr-00008-SLG   Document 237-2   Filed 01/06/14   Page 3 of 14

Exhibit B - Page 3 of 14

## Employment History, continued

1983 to 1988  **The City of Santa Clara Police Department**, Reserve Police Officer, Police Senior Cadet, Police Cadet
*Santa Clara, CA*

## Continuing Education

"Midwest Association of Technical Accident Investigators Annual Meeting and Training Seminar", Midwest Association of Technical Accident Investigators, Wisconsin Dells, Wisconsin, June 10-12, 2013

"2013 Crash Data Retrieval User's Summit", Collision Safety Institute, Houston, Texas, January 2013.

"CA2RS 2012 Fall Conference", California Association of Accident Reconstruction Specialists, South Lake Tahoe, California, November 1-3, 2012.

"Bosch CDR Tool Product Summit", Plymouth, Michigan, October 23-25, 2012.

"26th Annual Traffic Crash Reconstruction Conference", Illinois Association of Technical Accident Investigators, East Peoria, Illinois, September 20, 2012.

"2012 ARC-CSI Crash Conference", Las Vegas, Nevada, June 5, 2012.

"Crash Data Retrieval Data Analyst" Northwestern University Center for Public Safety, Evanston, Illinois, May 2012.

"NSPII 2011 Advanced Insurance Fraud Seminar", Bloomingdale, Illinois, November 2011.

"Bosch CDR Tool Product Summit", Plymouth, Michigan, November 2011.

"Tractor-Trailer Driving Training", Sage Corporation, Billings, Montana, September 2011.

"2011 ARC-CSI Crash Conference", Las Vegas, Nevada, May 2011.

"Bendix Brake Training School", Bendix Spicer Foundation Brake LLC, Huntington, Indiana, April 2011.

"Advanced Crash Reconstruction Utilizing Human Factors Research", Northwestern University Center for Public Safety, Evanston, Illinois, March 2011.

## Continuing Education, continued

"Crash Data Retrieval Trainer/Mentor Training", Collision Safety Institute, Houston, Texas, January 2011.

"2011 Crash Data Retrieval User's Summit", Collision Safety Institute, Houston, Texas, January 2011.

"Motorcycle Electronics and ERI Systems", Harley Davidson University, Milwaukee, Wisconsin, December 2010.

"Accessing and Interpreting Heavy Vehicle Event Data Recorders", SAE International, Cerritos, California, December 2010.

"Crash Reconstruction Utilizing Human Factors Research", Crash Safety Solutions, University of Massachusetts, Amherst, Massachusetts, October 2010.

"2008 Crash Data Retrieval User's Conference", Houston, Texas, January, 2008.

"Highway Vehicle Event Data Recorder Symposium", SAE International, Washington, D.C., September, 2007.

"MapScenes Upgrade to 2006 and Advanced Techniques Class", CSI Mapping Inc., Hoffman Estates, Illinois, December, 2006.

"Operator Computer Based In-Service Training Program for the Alco-Sensor FST", South Barrington Police Department, South Barrington, Illinois, November 10, 2006.

"Crash Data Retrieval (CDR) Data Analyst Certification Course", Collision Safety Institute, Overland Park, Kansas, July 2006

"Crash Data Retrieval (CDR) Technician Course", Collision Safety Institute, Overland Park, Kansas, July 11, 2006

"Insite 6 Familiarization", Cummins Virtual College, Hodgkins, Illinois, January 4, 2006

"Caterpillar Electronic Technician (ET) Training for Electronic Control Modules", Patten Power Systems Training Center, Elmhurst, Illinois, September 14, 2005

"DDEC Reports/Data Extraction", Detroit Diesel Training Center, Detroit, Michigan, August 2005

"Fats III Simulation Training", North East Multi-Regional Training, Inc., October 22, 2004.

## Continuing Education, continued

"40 Hour Law for Police Course", Illinois Law Enforcement Training and Standards Board Executive Institute, October 2003

"Photomodeler Pro 5 Collision Investigation", Eos Systems Inc., July 2003

"2003 MapScenes Systems Technical Training for Instructors", MicroSurvey, June 20, 2003

"4 Hour Mandatory Firearms Training", North East Multi-Regional Training, Inc., May 2003

"Illinois Wireless Information Network Training", Illinois State Police, May 2003

"3D NURBS Modeling" Rhino, 2002

"Braking Performance of Heavy Commercial Vehicles", SAE, September 2001

"Crash Data Retrieval Systems", Vetronix Corporation, June 2001

HVE Forum (EDC), 2001

HVE Forum (EDC), 2000

"PhotoModeler Pro Basic Training Workshop", DeChant Consulting Services, September 1999

"Vehicle Lamp Examination Workshop", Midwestern Association of Forensic Scientists, June 1999

HVE Forum (EDC), 1999

Society of Automotive Engineers (SAE) Congress, 1999

"Commercial Vehicle Accident Investigation", J.J. Keller & Associates, March 1998

"Operation and Maintenance of Heavy Duty Vehicle Air Components and Brake Systems", Bendix, November 1997

"Blow Out School", Michelin Vehicle Dynamics, September 12, 1997

"Heavy Truck Roll-Over '97", Forensic Accident Reconstructionists of Oregon, July 1997

"EDC Simulations" Engineering Dynamics Corporation, January 1997

## Continuing Education, continued

Society of Automotive Engineers (SAE) Congress, 1997

"Concept of Day/Night Visibility", Institute of Vehicular Safety, December 1996

"Computer Aided Accident Reconstruction / How to be a Successful Expert Witness / Restraint Systems / Perception of Headlamps: Pedestrians Point of View", Southwestern Association of Technical Accident Investigators, December 1996

"Pedestrian/Bicyclist Accident Reconstruction", Texas A & M University, April 1996

"Low Speed Impact Dynamics / Human Factors / PC Crash Presentation", Southwestern Association of Technical Accident Investigators, March 1996

"Moulage: The Art of Injury Simulation", Image Perspectives School of Moulage, March 1996

"Nikon Total Stationing", Northwestern University Traffic Institute, August 1995

"Computerized Traffic Accident Reconstruction Introduction to EDSMAC", Northwestern University Traffic Institute, March 1995

"Microcomputer-Assisted Traffic Accident Reconstruction-EDCRASH", Northwestern University Traffic Institute, March 1995

"Computerized Traffic Accident Reconstruction Introduction to EDCRASH", Northwestern University Traffic Institute, March 1995

"Computerized Traffic Accident Reconstruction Introduction to EDCAD", Northwestern University Traffic Institute, March 1995

"Heavy Vehicle Crash Reconstruction", Northwestern University Traffic Institute, February 1995

"Commercial Enforcement Training", California Highway Patrol, August 1994

"Traffic Accident Reconstruction II", Northwestern University Traffic Institute, March 1994

"Traffic Accident Reconstruction I", Northwestern University Traffic Institute, January 1994

"Vehicle Dynamics", Northwestern University Traffic Institute, December 1993

Page 7 of 14

Case 3:13-cr-00008-SLG   Document 237-2   Filed 01/06/14   Page 7 of 14

Exhibit B - Page 7 of 14

## Continuing Education, continued

"Behavior Analysis Interview & Interrogation Techniques", Behavior Analysis Training Institute, August 1993

"Field Training Officer Seminar", San Jose Police Department, January 1993

"Background Investigation", Evergreen Valley College, January 1993

"Fireground Truck Work Strategy & Tactics", Waterbury Fire Department, July 1992

"Drug Alcohol Recognition Training", Evergreen Valley College, May 1992

"Sunnyvale Basic Fire Academy", City of Sunnyvale Department of Public Safety, March 1991

"Association Leadership Seminar", Peace Officer Research Association of California, July 1990

"Traffic Accident Reconstruction", Sacramento City College, June 1990

"Advanced Traffic Accident Investigation", Los Medanos College, May 1990

"Hazardous Materials for First Responders", Los Medanos College, March 1990

"Intermediate Traffic Accident Investigation", Los Medanos College, January 1990

"Radar Operator", Sacramento City College, January 1990

"Monadnock PR-24 Defensive Police Baton", Monadnock Lifetime Products, September 1989

"Street Survival '89 The Tactical Edge Seminar", Calibre Press, Inc., August 1989

"Street Survival '89 The Win Seminar", Calibre Press, Inc., August 1989

"Telecommunications Training – Practitioner", State of California Department of Justice Training Center, May 1989

"Driver Training", Los Medanos College, November 1988

"Automatic Pistol Transition Training", Newark Police Department, October 1988

"Chemical Agents", Evergreen Valley College, September 1988

Page 8 of 14

Case 3:13-cr-00008-SLG   Document 237-2   Filed 01/06/14   Page 8 of 14

Exhibit B - Page 8 of 14

## Continuing Education, continued

"Traffic Accident Investigation", Evergreen Valley College, September 1988

"Basic Police Academy", Evergreen Valley College, September 1988

"ABC Laws", State of California Department of Alcoholic Beverage Control, June 1988

"Narcotic Enforcement & Influence", Gavilan College, December 1986

"C.J.T.C. Defensive Driving", San Jose City College, September 1986

"Reserve Level I", San Jose City College, February 1986

"Officer Safety and Survival", Advanced Officer Training Systems, October 1985

"ABC Laws", State of California Department of Alcoholic Beverage Control, September 1985

"Tear Gas Training for Citizens", Santa Clara Police Department, December 1984

"Reserve Level II", San Jose City College, June 1985

"Reserve Officer Training Level III", San Jose City College, October 1984

## Certifications and Registrations

Certified CDR System Operator, Collision Safety Institute, Evanston, Illinois, May 2012

Bosch CDR Trainer/Mentor, Collision Safety Institute, January 2011

Law Enforcement Agencies Data System Less Than Full Access Computer Based Training Course, Illinois State Police, August 6, 2006

Certified Child Safety Seat Technician. Cerification # T618613, Certification Date April 2006

Certified Crash Reconstructionist Specialist, Certification # PTB03351, State of Illinois, March 8, 2004

ACTAR Accredited Traffic Accident Reconstructionist, Registration # 1405, May 30, 2004

## Certifications and Registrations, continued

Law Enforcement Agencies Data System Less Than Full Access Recertification Computer Based Training Course, Illinois State Police, April 9, 2004

Registered Flagger (Illinois), American Traffic Safety Services Association, February 11, 2004

Illinois Law Enforcement Training and Standards Board, Police Training and Standards Waiver, January 2004

Hazardous Materials "First Responder Operational, Certificate # OR44438, The Governor's Office of Emergency Services California Specialized Training Institute, January 13, 1993

Intermediate Certificate, Commission on Peace Officers Standards and Training, July 14, 1992

Fire Fighter 1 Certification, Certification # 023677, California State Fire Marshal, June 9, 1992

Apparatus Driver/Pump Operator Certificate, Sunnyvale Department of Public Safety, March 8, 1991

Certified First Aid & CPR Instructor, Police Officers Standards and Training, April 1990

Basic Certificate, Commission on Peace Officers Standards and Training, November 7, 1989

CMI Intoxilyzer, Santa Clara County District Attorney Laboratory of Criminalistics Intoxilyzer 4011 & 5000, Certification # SA1807, California Highway Patrol, December 1986

Instructor Basic Life Support, American Red Cross

Instructor Community CPR, American Red Cross

Standard First Aid, American Red Cross

Basic Life Support, American Red Cross

Page 10 of 14

Case 3:13-cr-00008-SLG   Document 237-2   Filed 01/06/14   Page 10 of 14

Exhibit B - Page 10 of 14

## Licenses

- Illinois Class D & Class M

- Montana Class A Commercial Driver License (CDL) with Motorcycle, Tanker, Double/Triple, and Airbrake Endorsements (through April 2012)

- California Class B & M (through 1996)

## Professional Associations

Society of Automotive Engineers (SAE)
*Technical Paper Reviewer*

American Society for Testing and Materials (ASTM)
*Technical Paper Reviewer*

National Association of Professional Reconstruction Specialists

Southwestern Association of Technical Accident Investigators

Illinois Association of Technical Accident Investigators

Society of Accident Reconstructionists

Forensic Accident Reconstructionists of Oregon

California Association of Accident Reconstruction Specialists

National Society of Professional Insurance Investigators

Midwest Association of Technical Accident Investigators

## Presentations

Guest Speaker at 2013 Midwest Association of Technical Accident Investigators, *Heavy Truck Crash Reconstruction*, June 12, 2013, Wisconsin Dells, Wisconsin

Guest Speaker at 2013 Midwest Association of Technical Accident Investigators, *Advanced Energy Analysis (Force Balance)*, June 11, 2013, Wisconsin Dells, Wisconsin

## Presentations, continued

Guest Speaker at 2013 ARC-CSI Crash Conference, *Conservation of Energy,* May 14, 2013, Las Vegas, Nevada

Guest Speaker at 2013 CDR User's Summit, *An Examination of Data from "Cleared" Airbag Control Modules,* January 23, 2012, Houston, Texas

Guest Speaker at 2012 Bosch CDR Tool Product Summit, October 23-25, 2012, Plymouth, Michigan

Guest Speaker at Illinois Association of Technical Accident Investigators 26th Annual Traffic Crash Reconstruction Conference, *Advanced Energy in Crash Reconstruction,* September 20, 2012, East Peoria, Illinois

Guest Speaker at American Association for Justice 2012 Annual Convention, *3 D Laser Scanning – A Primer,* July 29, 2012, Chicago, Illinois

Guest Speaker at American Association for Justice 2012 Annual Convention, *Vehicle EDR Technology and Data Application,* July 29, 2012, Chicago, Illinois

Guest Speaker at 2012 ARC-CSI Crash Conference, *Closing Velocity Analysis,* June 5, 2012, Las Vegas, Nevada

Guest Speaker at NSPII Nashville Chapter, *Vehicle EDR Technology and Data Application,* December 6, 2011, Nashville, Tennessee

Guest Speaker at IASIU, *Vehicle "Black Box" Technology for Insurance Investigators,* November 18, 2011, Downers Grove, Illinois

Guest Speaker at NSPII 2011 Advanced Insurance Fraud Seminar, *Vehicle EDR Technology and Data Application,* November 14-15, 2011, Bloomingdale, Illinois

Guest Speaker at 2011 Bosch CDR Tool Product Summit, November 7-8, 2011, Plymouth, Michigan

*Vehicle Event Data Recorder (EDR) Technology and Data Application-Using "Black Box" data in your investigations,* Dynamic Safety LLC, October 12, 2011, Rosemont, Illinois

*Vehicle Event Data Recorder (EDR) Technology and Data Application-Using "Black Box" data in your investigations,* Dynamic Safety LLC, August 11, 2011, Rosemont, Illinois

## Presentations, continued

Guest Speaker at Commercial Auto Symposium, *Vehicle Event Data Recorder (EDR) Technology and Data Application,* July 14-15, 2011, HelpPoint Claims Services by Farmers, Scottsdale, Arizona

Guest Speaker at Commercial Auto Symposium, *Reconstruction – Simulation with Case Examples,* July 14-15, 2011, HelpPoint Claims Services by Farmers, Scottsdale, Arizona

*Vehicle Event Data Recorder (EDR) Technology and Data Application-Using "Black Box" data in your investigations,* Dynamic Safety LLC, June 17, 2011, Rosemont, Illinois

Guest Speaker at 2011 ARC-CSI Crash Conference, *The Relationships of Momentum, PDOF and Delta-V,* May 25, 2011, Las Vegas, Nevada

New York Statewide Accident Reconstruction Society (NYSTARS) Accident Reconstruction Refresher, March 14-15, 2011, New York State Police Academy, Albany, New York

Guest speaker at Lake County Major Crash Assistance Team training, February 26, 2010, Lake Zurich Police Department, Lake Zurich, Illinois

Guest Speaker at the Interstate Trucking Litigation Group Fall 2008 Seminar, *Accident Reconstruction, Heavy Vehicle Downloads,* October 3, 2008, Chicago, Illinois

Guest speaker at Safeco Insurance, *The Process of Accident Investigation and Reconstruction,* June 27, 2007, Hoffman Estates, Illinois

Guest speaker at Continental Western Group, *At Scene Photography and Measurements,* May 23, 2007, Des Moines, Iowa

Guest speaker at The Greater Des Moines Claims Managers Council Annual Fall Seminar, October 2006, Des Moines, Iowa

Momentum and Energy Refresher, Indiana Association of Certified Accident Investigators, September 20, 2006.

Guest speaker at Lake County Major Crash Assistance Team training, June 27, 2006, Buffalo Grove Police Department, Buffalo Grove, Illinois

Guest speaker at 40th Annual Illinois Traffic Court Conference, June 2, 2005, Bradley University, Peoria, Illinois

## Presentations, continued

Guest speaker at Quad Cities Claims Association 2004 Spring Seminar, April 22, 2004, Davenport, Iowa

Guest speaker at 2004 Continental Western Group Panel Counsel Meeting, March 31, 2004, St. Louis, Missouri

Guest speaker at The Greater Des Moines Claims Managers Council Annual Fall Seminar, September 2003, Des Moines, Iowa

Guest speaker at 2001 TIDA (Trucking Industry Defense Association) Ninth Annual Industry Seminar, October 10, 2001, Atlanta, Georgia

DUI Presentation, Northwestern University Traffic Institute, 1999

DUI Presentation, Northwestern University Traffic Institute, 1998

## Publications

*Traffic Crash Reconstruction 2nd Edition*, 2010, Northwestern University Center for Public Safety Co-Authored chapter "Use of Event Data Recorders in Commercial Vehicle Crash Reconstruction"

*Traffic Crash Reconstruction 2nd Edition*, 2010, Northwestern University Center for Public Safety Co-Authored chapter "Use of Event Data Recorders in Light Duty Vehicle Crash Reconstruction"

*Traffic Collision Investigation*, 2001, Northwestern University Center for Public Safety Co-Authored chapter with Calvin P. McClain, Jr. "Tire Examination after Motor Vehicle Collisions"

## Awards and Commendations

"Honorable Service", South Barrington Police Department, March 2005

"Excellent Police Duty", South Barrington Police Department, June 2004

"Certificate of Educational Achievement", South Barrington Police Department, June 2004

(06/2013)

Page 14 of 14

Case 3:13-cr-00008-SLG   Document 237-2   Filed 01/06/14   Page 14 of 14   Exhibit B - Page 14 of 14