# Curriculum Vitae of
# PAUL ERWIN KISH
**FORENSIC CONSULTANT**
**BLOODSTAIN PATTERN ANALYST**

P.O. Box 814
Corning, New York 14830
(607) 962-8092
Fax: (607) 962-2093
e-mail: paul@paulkish.com
www.paulkish.com

## FORMAL EDUCATION:

| | |
|---|---|
| M.S., Education, Elmira College, Elmira, New York | 1994 |
| Graduate Certificate in Training of Trainers, Elmira College, Elmira, New York | 1994 |
| B.S., Criminal Justice, Elmira College, Elmira, New York | 1991 |
| A.A.S., Criminal Justice Administration, Corning Community College, Corning, New York | 1989 |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| Paul Erwin Kish Forensic Consultant & Associates, Corning, New York | 2000- Present |
| Faculty Associate, Criminal Justice Department, Elmira College, Elmira, New York | 1991-2003 |
| Research Assistant / Associate, Laboratory of Forensic Science, Corning, New York | 1990-2000 |
| Research Assistant, for Dr. Kathleen Gale, Elmira College, Elmira, New York | 1991 |

Examination and Interpretation of Evidence in over 500 cases

Examination and Interpretation of Evidentiary Materials related to Death Cases from the majority of the States within the United States, Australia, Afghanistan, Canada, Denmark, England, Germany, Iceland, Iraq, Japan, Netherlands, New Zealand, and Sweden

Crime Scene Examinations have been conducted for the Prosecution and /or Defense in the following locations:

| | | | | |
|---|---|---|---|---|
| Australia | Delaware | Minnesota | Ohio | West Virginia |
| Alabama | Florida | New Hampshire | Oklahoma | Wisconsin |
| Alaska | Georgia | New Jersey | Pennsylvania | Iceland |
| California | Indiana | New Mexico | South Carolina | |
| Colorado | Illinois | New York | Tennessee | |
| Connecticut | Maryland | North Carolina | Virginia | |

## PROFESSIONAL EXPERIENCE: (continued)

Presented expert testimony on the topic of bloodstain pattern analysis, and/or crime scene reconstruction in the criminal and/or civil courts.

*Within the United States:*

| | | | | |
|---|---|---|---|---|
| Alaska | District of Columbia | Maryland | New Hampshire | Rhode Island |
| Arkansas | Florida | Massachusetts | New Jersey | South Carolina |
| California | Georgia | Minnesota | New York | Tennessee |
| Colorado | Indiana | Mississippi | Pennsylvania | Virginia |
| Delaware | Illinois | Missouri | | |

*Outside of the United States:*
Provinces of Canada: Ontario
Newfoundland & Labrador

## COLLEGE LEVEL INSTRUCTION:

2006 - 2007  Affiliate Professor of Criminal Justice, Elmira College, Elmira, New York
1993 - 2005  Adjunct Instructor, Elmira College, Elmira, New York
Courses taught:
- Introduction to Forensic Science
- Introduction to Criminal Justice
- Criminal Investigations
- Physical Significance of Human Bloodstain Evidence

1990  Assistant Instructor to Herbert Leon MacDonell, *Criminalistics II*, Corning Community College, Corning, New York

## INSTRUCTOR AT BASIC 40-HR BLOODSTAIN PATTERN COURSES:

2013  University of Arkansas System Criminal Justice Institute, Little Rock, Arkansas
2012  Ohio Bureau of Criminal Identification & Investigation, London, Ohio
2011  Cellmark Forensic Services, Chorley, England
2010  Suffolk University, Boston, Massachusetts
2009  Criminal Justice Department, Fox Valley Technical College, Appleton, Wisconsin
  New York City Police Department Crime Laboratory, Jamaica, New York
  Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York
  Ohio Bureau of Criminal Identification & Investigation, London, Ohio
  Orchid Cellmark Forensic Services, Chorley, England
2008  Metropolitan Police Service, London, England
  Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York
  East Windsor Police Department & Paul Erwin Kish Forensic Consultant & Associates, East Windsor, New Jersey
  Indianapolis-Marion County Forensic Services Agency, Indianapolis, Indiana
2007  Elmira College, Elmira, New York
  Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York
2006  Elmira College, Elmira, New York
  Nashua Police Department, Nashua, New Hampshire
2005  Metropolitan Police Service, London, England
  Metropolitan Police Department, Washington, D.C.
  New Jersey State Police Academy, Sea Girt, New Jersey

**INSTRUCTOR AT BASIC 40-HR BLOODSTAIN PATTERN COURSES:** (continued)

| | |
|---|---|
| 2005 | New York State Division of Criminal Justices Services, New York State Police Forensic Investigation Center, Albany, New York |
| | Suffolk County Crime Laboratory, Hauppauge, New York |
| 2004 | Nebraska Forensic Medical Services, P.C., Lincoln, Nebraska |
| | Suffolk University / Boston Police Department Crime Laboratory, Boston, Massachusetts |
| | Elmira College, Elmira, New York |
| | Monroe County Public Safety Training Center, Rochester, New York |
| 2003 | New Jersey State Police Academy, Sea Girt, New Jersey |
| | Keith Borer Consultants, University of Newcastle-upon-Tyne, New Castle, England |
| 2002 | Henry C. Lee Institute of Forensic Science, University of New Haven, West Haven, Connecticut |
| | Criminal Justice Department, Fox Valley Technical College, Appleton, Wisconsin |
| 2001 | Henry C. Lee Institute of Forensic Science, University of New Haven, West Haven, Connecticut |
| | Centre of Forensic Sciences (2 consecutive courses) Toronto, Canada |
| | Institute for Criminal Investigation and Crime Science, Zutphen, The Netherlands |
| | Criminal Justice Department, Fox Valley Technical College, Appleton, Wisconsin |
| 2000 | Institute for Criminal Investigation and Crime Science, Zutphen, The Netherlands (2 consecutive courses) |
| | Laboratory of Forensic Science, Corning, New York (May / September) |
| | Elmira College, Elmira, New York |
| 1999 | Laboratory of Forensic Science, Corning, New York (May / September) |
| | Elmira College, Elmira, New York |
| | Keith Borer Associates / Laboratory of Forensic Science, University of Newcastle-upon-Tyne, New Castle, England |
| 1998 | Laboratory of Forensic Science, Corning, New York (May / September) |
| | Criminal Justice Department, Fox Valley Technical College, Appleton, Wisconsin |
| 1997 | Laboratory of Forensic Science, Corning, New York (May / September) |
| 1996 | Laboratory of Forensic Science, Corning, New York (May / September) |
| | Criminal Justice Department, Fox Valley Technical College, Appleton, Wisconsin |
| | Elmira College, Elmira, New York |
| 1995 | Laboratory of Forensic Science, Corning, New York |
| | Swedish National Police College / Laboratory of Forensic Science, Stockholm, Sweden |
| | Laboratory of Forensic Science / University of New Haven, West Haven, Connecticut |
| 1993 | Laboratory of Forensic Science, Corning, New York |
| 1992 | Laboratory of Forensic Science, Corning, New York (May / September) |
| 1991 | Laboratory of Forensic Science, Corning, New York (May / September) |
| 1990 | Tampa Police Academy, Tampa, Florida |
| | Oakland County Sheriff's Department, Pontiac, Michigan |

**INSTRUCTOR AT ADVANCED BLOODSTAIN PATTERN COURSES:**

| | |
|---|---|
| 2013 | 40-Hour Course, Metropolitan Police Service, London, England |
| 2012 | 40-Hour Course, Johnson County Sheriff's Office Criminalistics Laboratory & Paul Erwin Kish Forensic Consultant & Associates, Olathe, Kansas |
| 2011 | 20-Hour Course, Ohio Bureau of Criminal Identification & Investigation, London, Ohio |
| | 40-Hour Course, Kentucky State Police & Paul Erwin Kish Forensic Consultant & Associates, Burlington, Kentucky |
| 2009 | 40-Hour Course, Metropolitan Police Service, London, England |

## INSTRUCTOR AT ADVANCED BLOODSTAIN PATTERN COURSES: (continued)

| | |
|---|---|
| 2009 | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York |
| 2008 | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York |
| 2006 | 40-Hour Course, Metropolitan Police Service, London, England |
| | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Otay Mesa Firearms Training Facility, Otay Mesa, California |
| 2005 | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Harrisburg, Pennsylvania |
| 2004 | 40-Hour Course, Suffolk University / Boston Police Department Crime Laboratory, Boston, Massachusetts |
| 2003 | 40-Hour Course, Keith Borer Consultants, University of Newcastle-upon-Tyne, New Castle, England |
| 2001 | 20-Hour Course, Institute for Criminal Investigation and Crime Science, Zutphen, The Netherlands, (2 consecutive courses) |
| 1997 | 40-Hour Course, Laboratory of Forensic Science, Corning, New York |

## INSTRUCTOR AT VISUALIZATION OF LATENT BLOODSTAIN COURSES:

| | |
|---|---|
| 2011 | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York |
| 2010 | 40-Hour Course, Paul Erwin Kish, Forensic Consultant & Associates, Elmira College, Elmira, New York |

## EDITORIAL POSITIONS:

| | |
|---|---|
| 2011 – Present | Associate Editor, International Association of Bloodstain Pattern Analyst, *Journal of Bloodstain Pattern Analysis* |
| 2004 – 2010 | Associate Editor, International Association of Bloodstain Pattern Analyst, *IABPA News*. |
| 1999 – Present | Forensic Science Review Board, CRC Press LLC, Boca Raton, Florida |
| 2001 – 2003 | Editor, International Association of Bloodstain Pattern Analyst, *IABPA News*. |

## PUBLICATIONS:

Schuler, R.L., Kish, P.E., & Plese, C.A. (November 2012). Preliminary Observations on the Ability of Hyperspectral Imaging to Provide Detection and Visualization of Bloodstain Patterns on Black Fabrics, Journal of Forensic Sciences, Vol. 57, No. 6.

Illes, M.B., Dalley, I., Kish, P.E., Taylor, M.C., & Yamashita, A. B. (March 2010). Bloodstain Pattern Analysis Part 1. Training and Educational Materials, Canadian Society of Forensic Science Journal, 43, (1).

Kish, P.E. & Eversdijk, M. (2010). Visualization of Latent Bloodstains Laboratory Manual. Corning, New York. Paul Erwin Kish Forensic Consultant & Associates.

James, S.H., Kish, P.E., & Sutton, T.P. (October 2009). Recognition of Bloodstain Patterns, Forensic Science Series, Publication 313, Release 48, Chapter 37, Matthew Bender, New York, NY.

James S.H., Kish, P.E. & Sutton, T.P. (2009). Recognition of Bloodstain Patterns. In S. James & J. Nordby (Ed.), Third Edition Forensic Science An Introduction to Scientific and Investigative Techniques, Boca Raton, Florida: Taylor & Francis Group, CRC Press Inc.

James S.H., Kish, P.E. & Sutton, T.P. (2005). Principles of Bloodstain Pattern Analysis Theory and Practice, Boca Raton, Florida: Taylor & Francis Group, CRC Press Inc.

**PUBLICATIONS:** (continued)

James S.H., Kish, P.E. & Sutton, T.P. (2005). Recognition of Bloodstain Patterns. In S. James & J. Nordby (Ed.), Second Edition Forensic Science An Introduction to Scientific and Investigative Techniques. Boca Raton, Florida: Taylor & Francis Group, CRC Press Inc.

James S.H., Kish, P.E. & Sutton, T.P. (2002). Recognition of Bloodstain Patterns. In S. James & J. Nordby (Ed.), Forensic Science An Introduction to Scientific and Investigative Techniques. Boca Raton, Florida: CRC Press Inc.

Kish, P.E. & James S.H. (2001). Bloodstain Pattern Analysis Laboratory Exercises. Corning, New York, Paul Erwin Kish Forensic Consultant & Associates.

Kish, P. E. (1998, June). Approach to Case Evaluation & Report Writing. In S. James (Ed.), Scientific and Legal Applications of Bloodstain Pattern Interpretation. Boca Raton, Florida: CRC Press Inc.

Kish, P.E. (1997, November). Emergency Medical Personnel Assisting the Victim and the Criminal Investigator. Paper published in, 1997 Vital Signs Conference Proceedings. New York State Department of Health.

Kish, P.E. & MacDonell, H.L. (1996, March/April). Absence of Evidence is Not Evidence of Absence, Journal of Forensic Identification, 46 (2).

MacDonell, H. L. & Kish, P.E. (1995). Laboratory Manual for the Geometric Interpretation of Human Bloodstain Evidence (Fourth Edition). Elmira, New York: Laboratory of Forensic Science.

**TECHNICAL REPORT:**

Kish, P.E.; *Visible/NIR CONDOR Hyperspectral Imaging System: Bloodstain Pattern Analysis;* Technology Evaluation Report for Midwestern Forensic Resource Center (MFRC) and Forensic Technology Center of Excellence, Largo, FL, Unpublished work, February 2009.

**PROFESSIONAL PRESENTATIONS & ABSTRACTS:**

Kish, P.E., Eversdijk, M. (2011, October) Visualization of Latent Bloodstains – Course Development and Implementation. Abstract. Presented at International Association of Bloodstain Pattern Analyst Annual Training Conference, Milwaukee, Wisconsin.

Kish, P.E., James, S.H. (2010, August) Courtroom Testimony Responding to Cross-Examination. Abstract. Bloodstain Symposium, Midwestern Forensic Resource Center, Ames, Iowa.

Kish, P.E., Dalley,I., Illes, M., Taylor, M., and Yamashita, B. (2010, February) Current Status of the Scientific Working Group on Bloodstain Pattern Analysis (SWGSTAIN). Abstract, Presentation at the 62nd Annual Meeting, American Academy of Forensic Sciences, Seattle, Washington.

Allard, K.L., Gestring, B.J., and Kish, P.E. (2010, February) Evaluating the Validity of Angle of Impact / Incidence Determinations Made From Very Small Bloodstains. Abstract, 62nd Annual Meeting, American Academy of Forensic Sciences, Seattle, Washington.

Soda, R.C., Gestring, B.J., and Kish, P.E. (2010, February) Re-Evaluating Previously Published Methods for Determining the Volume of Dried Bloodstains and Its Height of Fall. Abstract, 62nd Annual Meeting, American Academy of Forensic Sciences, Seattle, Washington.

Kish, P.E. (2009, October) 9/11/01 Missing Person or Homicide - Case Presentation. Abstract, Presentation at the International Association of Bloodstain Pattern Analyst Annual Training Conference, Portland, Oregon.

Kish, P.E. (2009, October) Preparing for Expert Testimony in Bloodstain Pattern Analysis. Abstract, Presentation at the International Association of Bloodstain Pattern Analyst Annual Training Conference, Portland, Oregon.

Kish, P.E. & Schuler, R.L. (2009, February) Hyperspectral Imaging Provides Easy Detection and Visualization of Biological Stains. Abstract, Presentation at the 61st Annual Meeting, American Academy of Forensic Sciences, Denver, Colorado.

**PROFESSIONAL PRESENTATIONS & ABSTRACTS:** (continued)

Meneses, B.N., Kish, P.E., and Gestring, B.J. (2009, February) A Preliminary Study of the Error Rate Associated with Bloodstain Pattern Analysis. Abstract, 61st Annual Meeting, American Academy of Forensic Sciences, Denver, Colorado.

Kish, P.E. (2007, October) Case Reviews. Abstract, Presentation at the International Association of Bloodstain Pattern Analyst Annual Training Conference, San Antonio, Texas.

Kish, P.E. (2002, October) An Apparatus to Assist in the Photographic Documentation of Bloodstain Patterns on Garments and More. Abstract, Presentation at the International Association of Bloodstain Pattern Analyst Annual Training Conference, Harrisburg, Pennsylvania.

Kish, P.E. & Hall, G. (2000, October) An Evaluation of the Tangent Method for Determining Bloodstain Pattern Origins. Abstract. Presentation at the International Association of Bloodstain Pattern Analyst Annual Training Conference, Tucson, Arizona.

Kish, P.E. & MacDonell, H.L. (2000, February) A Comparison of Expirated Bloodstain Patterns with High Velocity Impact Spatter and Medium Velocity Impact Spatter Patterns. Abstract. Presentation at the 52nd Annual Meeting, American Academy of Forensic Sciences, Reno, Nevada.

Kish, P.E. & Hall, G. (1999, February) A 12-Day Study Evaluating the Durability of Blood spatters on Shoes. Abstract. Presentation at the 51st Annual Meeting, American Academy of Forensics, Orlando, Florida.

Kish, P.E. (1997, November). Emergency Medical Personnel Assisting the Victim and the Criminal Investigator. Presentation during the 7th Annual Southern Tier EMS Conference, Corning, New York. New York State 14th Annual EMS Conference, Saratoga Springs, New York.

Kish, P.E. (1996, February). Satellite Spatters Resulting from Single Drops of Blood and the Factors Affecting their Interpretation. Abstract. Presentation at the 48th Annual Meeting, American Academy of Forensic Sciences, Nashville, Tennessee.

Kish, P.E. & MacDonell, H.L. (1995). Bloodstain Pattern Interpretation in Serial Murder Cases, Abstract. Presentation at the Canadian Society of Forensic Science, 42nd Annual Conference, Toronto, Canada.

MacDonell, H.L. & Kish, P.E. (1995, February). The Science of Forensic Science for Attorneys Part One: Bloodstain Pattern Interpretation. Abstract. Presentation at the 47th Annual Meeting, American Academy of Forensic Sciences, Seattle, Washington.

Kish, P.E. & MacDonell, H.L. (1994). Absence of Evidence is Not Evidence of Absence. Abstract. Presentation at the 11th Annual IABPA Training Conference & 23rd Annual Midwestern Association of Forensic Scientist Meeting, Miami, Florida & Cleveland, Ohio.

Gale, K., Campbell, B., & Kish, P.E. (1992). Some unintended consequences of covering up campus crime. Abstract. ACJS Annual Meeting Program, Panel 62, p.155.

Kish, P.E. & MacDonell, H.L. (1992). Alleged Firearm Impact Injury, Tensile Strength, Logic, Common Sense Experiments and Medical Opinion. Presentation at the Eastern Regional Conference of Firearms and Toolmark Examiners Seminar, New Haven, Connecticut.

**FORMAL LECTURES PRESENTED:**

2013  Bloodstain Pattern Analysis, Bay Path College, Longmeadow, Massachusetts

Advanced Bloodstain Pattern Analysis Course, (2-Days-Phase III), New York City Police Department, Jamaica, New York

Advanced Bloodstain Pattern Analysis Course, (2-Days-Phase IV), New York City Police Department, Jamaica, New York

Bloodstain Pattern Analysis in Multiple Victim Homicides, Masters 15 Conference for Advanced Death Investigation, Saint Louis University, St. Louis, Missouri

**FORMAL LECTURES PRESENTED:** (continued)

2012  Advanced Bloodstain Pattern Analysis Course, (3-Days), New York City Police Department, Jamaica, New York

Advanced Bloodstain Pattern Analysis Course, (3-Days-Phase II), New York City Police Department, Jamaica, New York

Bloodstain Pattern Analysis for Forensic Scientists, (2.5-Days) sponsored by Phoenix Police Crime Laboratory, Phoenix, Arizona

2011  Role of Bloodstain Pattern Analysis in Death Investigations, Young Forensic Scientist Forum, American Academy of Forensic Sciences 63rd Annual Meeting, Chicago, Illinois

Bloodstain Pattern Analysis, Bay Path College, Longmeadow, Massachusetts

International Association of Bloodstain Pattern Analyst Annual Training Conference, Milwaukee, Wisconsin

2010  American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, Washington

Bloodstain Pattern Analysis for Forensic Scientists, (3-Days) sponsored by Monroe County Public Safety Laboratory, Rochester, New York

Bloodstain Pattern Analysis: Fact or Fiction, 3rd Annual North Carolina State University Forensic Science Symposium, Raleigh, North Carolina

The Forensic Tools Utilized to Reconstruct Death Scenes, 8-hour Workshop, Co-Chair (Co-Presenter) American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, Washington

2009  American Academy of Forensic Sciences 61st Annual Meeting, Denver, Colorado

International Association of Bloodstain Pattern Analyst Annual Training Conference, Portland, Oregon

Crime Scene Reconstruction: Bloodstain Pattern Analysis, Fifth National Seminar on Forensic Evidence and the Criminal Law, Philadelphia, Pennsylvania

2008  Advanced Bloodstain Pattern Analysis, (2-Days) Municipal Police Officers Education and Training Commission, sponsored by Paul Erwin Kish, Forensic Consultant & Associates, Harrisburg, Pennsylvania

Bloodstain Pattern Analysis, Arkansas Association of Criminal Defense Lawyers & Arkansas Public Defenders Commission, Fayetteville, Arkansas

Writing a Bloodstain Report, Symposium on Special Topics in Bloodstain Pattern Analysis, Midwestern Forensic Resource Center, Ames, Iowa

2007  Bloodstain Pattern Analysis for DNA Analyst, (2-Days) Forensic Biology & DNA Continuing Education Program sponsored by NIJ, WVU Forensic Science Initiative, Morgantown, West Virginia

Bloodstain Pattern Analysis for Forensic Scientists, (3-Days) sponsored by New York State Office of Forensic Services, Rochester, New York

Bloodstain Pattern Analysis for Forensic Scientists, (3-Days) sponsored by New Jersey Office of Forensic Sciences, Hamilton, New Jersey

International Association of Bloodstain Pattern Analyst Annual Training Conference, San Antonio, Texas

Case Reviews, International Association of Bloodstain Pattern Analyst Annual Training Conference, San Antonio, Texas

Forensic Science for Correctional Personnel, Monterey Shock Incarceration Correctional Facility, Beaver Dams, New York

2006  Bloodstain Pattern Analysis, Crime Scene Reconstruction sponsored by Nebraska Institute of Forensic Sciences, Inc. Lincoln, Nebraska.

## FORMAL LECTURES PRESENTED: (continued)

2005    3rd Annual National Crime Scene Investigation & Forensic Sciences Conference, Chicago, Illinois

          Bloodstain Pattern Analysis for the Bench Scientist, (4-hours), Mid-Atlantic Association of Forensic Scientists Annual Meeting, Pittsburgh, Pennsylvania.

          Bloodstain Pattern Analysis, 4-hours, Nineteenth Medicolegal Investigation of Death Seminar, West Virginia University, Morgantown, West Virginia.

          Shooting Reconstruction (Co-Presenter) (8-hours) Workshop, American Academy of Forensic Sciences 57th Annual Meeting, New Orleans, Louisiana.

2004    Bloodstain Pattern Analysis, Delaware State Police, 9th Annual Homicide Conference, Dover, Delaware

          Bloodstain Pattern Analysis Course (2-Days) Sponsored by the State of New York Division of Criminal Justice Services, Albany, New York

          Bloodstain Pattern Analysis Course, (1-Day) Sponsored by the Office of the District Attorney County of Monroe, Stroudsburg, Pennsylvania.

          Bloodstain Pattern Analysis for the Forensic Scientist (4-hours) Workshop Joint Meeting of SAFS, MAFS, MAAFS & CSFS, Orlando, Florida

          Bloodstain Pattern Analysis Course (2-Days) Sponsored by the New Castle County Police Department, New Castle, Delaware

          Bloodstain Pattern Analysis Course, (1-Day) Sponsored by the West Chester University Criminal Justice Club, West Chester, Pennsylvania

          Utilizing Bloodstain Pattern Analysis / Laboratory Session, (2.5 Days) Co-Sponsored by: Lancaster County Attorney's Office & Nebraska Forensic Medical Services, P.C., Lincoln, Nebraska

          Crime and Death Scene Reconstruction: Utilizing Bloodstain Pattern Analysis, (2.5 Days) Co-Sponsored by: Lancaster County Attorney's Office & Nebraska Forensic Medical Services, P.C., Lincoln, Nebraska

          Forensic Science Education Conference, Sponsored by Saint Louis University School of Medicine, American Academy of Forensic Sciences and The Saigh Foundation, St. Louis, Missouri

2003    Maryland Public Defenders Training Conference, Lancaster, Pennsylvania

          Masters "10" Conference for Advanced Death Investigation, Sponsored by the Division of Forensic & Environmental Pathology, Dept. of Pathology, School of Medicine, Saint Louis University, St. Louis, Missouri

2002    Bloodstain Pattern Analysis Workshop (3-Days) Sponsored by the Mid-Atlantic Association of Forensic Scientists, Baltimore, Maryland

          Bloodstain Evidence Institute / Laboratory of Forensic Science, Corning, New York

          California State Coroners' Association Advanced Training 2002, An Introduction to Bloodstain Pattern Analysis for Death Investigators, Orange, California

          Forensic Science Education Conference, Sponsored by Saint Louis University School of Medicine, American Academy of Forensic Sciences and The Saigh Foundation, St. Louis, Missouri

          International Association of Bloodstain Pattern Analyst Annual Training Conference, Harrisburg, Pennsylvania

          Tenth Annual Capital Defense Workshop, Bloodstain Pattern Analysis, Sponsored by the Criminal Law Section of The Virginia Bar Association, Richmond, Virginia

2001    Bloodstain Pattern Interpretation, (8-Hour Course), sponsored by United States Air Force Office of Special Investigations, Seattle, Washington

          Fireman's Association of the State of New York, Annual Seminar of the Emergency Medical Services Committee, State of New York Academy of Fire Science, Montour Falls, NY

## FORMAL LECTURES PRESENTED: (continued)

2001   The Wisconsin Association For Identification, 35th Annual Educational Conference, Kenosha, Wisconsin

Vermont Department of Health, Office of the Chief Medical Examiner, 2nd Annual Special Topics in Death Investigations Seminar, South Burlington, Vermont

2000   Advanced Medicolegal Death Investigation Seminar in Forensic Medicine, Sponsored by Lincoln Health Associates and Richland County Coroner's Office, Columbia, SC

American Academy of Forensic Sciences 52nd Annual Meeting, Reno, Nevada

Bloodstain Pattern Interpretation Seminar, (8-Hour Course), Fox Valley Technical College, Appleton, Wisconsin

Emergency Medical Response to Crime Scenes, Sponsored by Susquehanna County Coroner's Office, Montrose, Pennsylvania

Exploring the Basics of Bloodstain Pattern Interpretation, (4-hour) Workshop, American Academy of Forensic Sciences 52nd Annual Meeting, Reno, Nevada

International Association of Bloodstain Pattern Analyst Annual Training Conference, Tucson, Arizona

Key Concepts in Forensic Science for Attorneys and Investigators, New Hampshire Public Defenders Staff Retreat, Waterville Valley, New Hampshire

44th Annual Tri-State Identification Association Educational Conference & Training Seminar, Atlantic City, New Jersey

1999   American Academy of Forensic Sciences, 51st Annual Meeting, Orlando, Florida

Bloodstain Pattern Interpretation Seminar, (8-hour) Course, Fox Valley Technical College, Appleton, Wisconsin

Crime Scene Reconstruction Seminar in Forensic Medicine, Sponsored by Lincoln Health Associates & Richland County Coroners Office, Columbia, South Carolina

1998   Practical Bloodstain Recognition Seminar, (8-hour) Course, Sponsored by Susquehanna County Coroner's Office, Moosic, Pennsylvania.

1997   NYS Certified Police Crime Scene & Evidence Specialist Course, Ithaca Police Department, Ithaca, New York

Southern Tier Emergency Medical Services, 7th Annual Conference, Corning, New York

Vital Signs '97, New York State 14th Annual Emergency Medical Services Conference, Saratoga Springs, New York

1996   American Academy of Forensic Sciences, 48th Annual Meeting, Nashville, Tennessee

New York State Division, International Association For Identification, Fall Education Seminar, Corning, New York

1995   American Academy of Forensic Sciences, 47th Annual Meeting, Seattle, Washington

Homicide and Death Investigations, hosted by; Livingston County Sheriff's Department, Lakeville, New York

1994   Forensic Medicine Program, Colby College, Waterville, Maine

International Association of Bloodstain Pattern Analyst, 11th Annual Training Conference, Miami, Florida

Midwestern Association of Forensic Scientists, 23rd Annual Meeting, Cleveland, Ohio

1992   Eastern Regional Conference of Firearms and Toolmark Examiners, Fall Training Seminar, New Haven, Connecticut

9

Exhibit C - Page 9 of 13

Case 3:13-cr-00008-SLG   Document 237-3   Filed 01/06/14   Page 9 of 13

## PROFESSIONAL SEMINARS/MEETINGS ATTENDED:

- **2013** American Academy of Forensic Sciences 65th Annual Meeting, Washington, DC
  Masters 15 Conference for Advanced Death Investigation, Saint Louis University, St. Louis, Missouri
- **2012** American Academy of Forensic Sciences 64th Annual Meeting, Atlanta, Georgia
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Tucson, Arizona
- **2011** American Academy of Forensic Sciences 63rd Annual Meeting, Chicago, Illinois
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Milwaukee, Wisconsin
- **2010** American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, Washington
  3rd Annual North Carolina State University Forensic Science Symposium, Raleigh, North Carolina
- **2009** American Academy of Forensic Sciences, 61st Annual Meeting, Denver, Colorado
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Portland, Oregon
  Poser Workshop, (4-hours) International Association of Bloodstain Pattern Analyst Annual Training Conference, Portland, Oregon
- **2008** American Academy of Forensic Sciences, 60th Annual Meeting, Washington, D.C.
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Boulder, Colorado
  Symposium on Special Topics in Bloodstain Pattern Analysis, Midwestern Forensic Resource Center, Ames, Iowa
- **2007** American Academy of Forensic Sciences, 59th Annual Meeting, San Antonio, Texas
  International Association of Bloodstain Pattern Analyst Annual Training Conference, San Antonio, Texas
- **2006** American Academy of Forensic Sciences, 58th Annual Meeting, Seattle Washington
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Corning, New York
- **2005** American Academy of Forensic Sciences, 57th Annual Meeting, New Orleans, Louisiana
  Nineteenth Medicolegal Investigation of Death Seminar, Morgantown, West Virginia
- **2004** American Academy of Forensic Sciences, 56th Annual Meeting, Dallas, Texas
  Joint Meeting of The Southern Association of Forensic Scientists, The Midwestern Association of Forensic Scientists, The Mid-Atlantic Association of Forensic Scientists, & The Canadian Society of Forensic Science, Orlando Florida
- **2003** American Academy of Forensic Sciences, 55th Annual Meeting, Chicago, Illinois
- **2002** International Association of Bloodstain Pattern Analyst Annual Training Conference, Harrisburg, Pennsylvania
  19th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York
- **2001** American Academy of Forensic Sciences 53rd Annual Meeting, Seattle, Washington
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Tucson, Arizona
  18th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York
- **2000** American Academy of Forensic Sciences 52nd Annual Meeting, Reno, Nevada
  Advanced Medicolegal Death Investigation Seminar in Forensic Medicine, Sponsored by Lincoln Health Associates & Richland County Coroner's Office, Columbia, South Carolina
  International Association of Bloodstain Pattern Analyst Annual Training Conference, Tucson, Arizona
  17th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

## PROFESSIONAL SEMINARS/MEETINGS ATTENDED: (continued)

1999 American Academy of Forensic Sciences, 51st Annual Meeting, Orlando, Florida
Crime Scene Reconstruction Seminar in Forensic Medicine, Sponsored by Lincoln Health Associates & Richland County Coroner's Office, Columbia, South Carolina
16th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1998 American Academy of Forensic Sciences, 50th Annual Meeting, San Francisco, California
15th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1997 Advanced Bloodstain Pattern Interpretation Institute, 40-Hour Course, Corning, New York
American Academy of Forensic Sciences, 49th Annual Meeting, New York, New York
14th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1996 American Academy of Forensic Sciences, 48th Annual Meeting, Nashville, Tennessee
New York State Division, International Association for Identification, Fall Education Seminar, Corning, New York
13th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1995 American Academy of Forensic Sciences, 47th Annual Meeting, Seattle, Washington
Canadian Society of Forensic Science, Annual Meeting, Toronto, Canada

1994 Forensic Medicine Program, Colby College, Waterville, Maine
International Association of Bloodstain Pattern Analyst, 11th Annual Training Conference, Miami, Florida
Midwestern Association of Forensic Scientists, 23rd Annual Meeting, Cleveland, Ohio
New York State Association of County Coroners & Medical Examiners Annual Conference, Watkins Glen, New York

1993 Seminar in Forensic Medicine, Omaha, Nebraska
12th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1992 Colt Product Introduction and Maintenance Course, Colt All American, Model 2000, New Haven, Connecticut
The Forensic & Clinical Aspects of Ritual Crime and Abuse, 8-Hour Workshop, Hamilton, Ontario, Canada
Eastern Regional Conference of Firearms and Toolmark Examiners, Fall Training Seminar, New Haven, Connecticut
11th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York
15th Annual Canadian Identification Society, Forensic Identification Training Seminar and Conference, Hamilton, Ontario, Canada

1991 10th Annual Symposium on State and Local Corrections, Elmira College, Elmira, New York

1990 Bloodstain Pattern Interpretation Institute, 40-Hour Course, Tampa Police Academy, Tampa, Florida

1989 Onondaga County District Attorney Advisory Council, Seminar on Forensic Evidence, Syracuse, New York
Westmoreland County Coroner's Office, Seminar on Official Medical-Legal Investigations in Death Cases, Pittsburgh, Pennsylvania

## WORKING GROUP:

2002 – Present    SWGSTAIN (Scientific Working Group on Bloodstain Pattern Analysis)
- Executive Board Member since 2002
- Research sub-committee

## AWARDS / HONORS:

2005 American Academy of Forensic Sciences, General Section, Paul W. Kehres Meritorious Service Award, New Orleans, Louisiana

1997 American Academy of Forensic Sciences, General Section Achievement Award. This award was received for my presentation entitled: "Satellite Spatters Resulting From Single Drops of Blood and the Factors Affecting Their Interpretation."

1995 Certified as Competent Forensic Expert in Bloodstain Pattern Interpretation, by the Institute on the Physical Significance of Human Bloodstain Evidence, a division of the Laboratory of Forensic Science, Herbert Leon MacDonell, Director, Corning, New York.

## COMMITTEES:

| Year | Description |
|---|---|
| 2013 | Bylaws Committee, American Academy of Forensic Sciences |
| 2012-13 | General Section Ad hoc Long Term Planning Committee, American Academy of Forensic Sciences |
| 2011-13 | General Section Nominating Committee, American Academy of Forensic Sciences |
| 2011-13 | General Section Ad hoc Policy and Procedure Committee, American Academy of Forensic Sciences |
| 2010-13 | Long Term Planning Committee, American Academy of Forensic Sciences |
| 2010-11 | General Section Awards Committee, American Academy of Forensic Sciences |
| 2010 | Teller, American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, Washington |
| 2009 | Nominating Committee, American Academy of Forensic Sciences |
| 2009 | Co-Workshop Chairperson, American Academy of Forensic Sciences 61st Annual Meeting, Denver, Colorado |
| 2009 | Teller, American Academy of Forensic Sciences 61st Annual Meeting, Denver, Colorado |
| 2007-08 | Chair, General Section, American Academy of Forensic Sciences |
| 2007 | Co-Plenary Chairperson, American Academy of Forensic Sciences 59th Annual Meeting, San Antonio, Texas |
| 2005 - 06 | Secretary, General Section, American Academy of Forensic Sciences |
| 2006 | Co-Plenary Chairperson, American Academy of Forensic Sciences 58th Annual Meeting, Seattle, Washington |
| 2005 | Co-Workshop Chairperson, American Academy of Forensic Sciences 57th Annual Meeting, New Orleans, Louisiana |
| 2004 | Co-Plenary Chairperson, American Academy of Forensic Sciences 56th Annual Meeting, Dallas, Texas |
| 2001 - 04 | Education Committee, International Association of Bloodstain Pattern Analyst. |
| 1991 - 03 | Planning Committee Member, Symposium on State and Local Corrections, Elmira, New York |
| 2002 | Conference Program Coordinator, International Association of Bloodstain Pattern Analyst, Harrisburg, Pennsylvania |
| 2002 - 03 | Nominating Committee, General Section, American Academy of Forensic Sciences |
| 1999 | Co-Program Chairperson, General Section, American Academy of Forensic Sciences, Orlando, Florida |
| 1998 | General Section Awards Committee, American Academy of Forensic Sciences |
| 1996 - 99 | Chairman, Mentor Program, American Academy of Forensic Sciences |

**PROFESSIONAL AFFILIATIONS:**
American Academy of Forensic Sciences, *Fellow*
Canadian Identification Society
Canadian Society of Forensic Science
International Association for Identification
International Association of Bloodstain Pattern Analyst
Midwestern Association of Forensic Scientists
New York State Division, International Association for Identification
Northeastern Association of Forensic Scientist

---

**PAUL ERWIN KISH**
Forensic Consultant & Associates

| | |
|---|---|
| **FEDEX / COURIER:** | 228 East First Street<br>Corning, NY 14830 |
| **US MAIL:** | P.O. Box 814<br>Corning, NY 14830 |

30 July 2013