# APPENDIX A

## CIRRICULUM VITAE AND RESUME

T. Michael Nault
Nault and Associates, LLC
Litigation Consultant: Police and Corrections Practices
526 1st Ave. South #527
Seattle, WA. 98104
Phone/FAX: 206-447-1230
Email: Marenerman@aol.com

My Curriculum Vitae is attached. The pertinent CV data includes, but are not limited to, the following qualifications.

My experience and expertise in the Criminal Justice field includes both **Corrections and Law Enforcement.**

I retired in 1994 as Commander of the Major Investigations Section of the Criminal Investigations Division, for the King County Police/Sheriff's Department, Seattle, Washington.

In the course of my 27½ years active duty law enforcement career, I investigated, reviewed, critiqued, and/or commanded numerous major crimes investigations, particularly homicide and sexual assault. Additionally, my expertise extends to all police practices and investigations. My career includes various uniformed patrol positions including Deputy Sheriff/Police Officer; Sergeant, Lieutenant, and Patrol Precinct Commander (Captain/Major), and an interim assignment as Commander of the Patrol Division, and Chief of the Criminal Investigations Division.

My background is unique in that I have commanded *two* serial murder investigations. My rare experience in this unique genre led me to being invited by the FBI Behavioral Sciences Support Unit to be a lecturer on serial murder and serial murder task force management for the period 1989-1994/5, at the FBI academy in Quantico Virginia. It was my privilege to work under the auspices of the FBI's Behavioral Sciences Support Unit, and to interface with such preeminent experts as Roy Hazelwood and John Douglas during this time. Additionally, I have been an invited guest speaker and lecturer both nationally and internationally on the topic of serial murder.

I have a Master's Degree in Public Administration, as well as Bachelor Degrees in Police Science and Administration, and Sociology/Speech (Double Major). I have taught courses at Seattle University in various law enforcement topics.

I was a consultant/technical advisor to the United States Department of Justice International Criminal Investigations Training Assistance Program assigned to the Indonesian Program. Formerly I worked in the U.S. DOJ ICITAP Uzbekistan Program. Additionally, I was a contract

instructor/lecturer in law enforcement matters to the Federal Law Enforcement Training Center, United States Department of Homeland Security, and to the U.S. DOJ, Drug Enforcement Agency (DEA).

## Overview

I am a multi-faceted professional offering a diverse background in Public Safety (Law Enforcement) including, but not limited to:

> Major Crimes Investigations: Homicide, Sexual Assault, Drugs:
> *Theory/Practice: Malicious Prosecution, Liability*
>
> Policy and Procedures relating to Law Enforcement practices
> *Investigations, Use of Force, Pursuit, Search and Seizure, et al*
>
> Police Management Issues:
> *Strategic Planning, Policy and Procedures, Training and Supervision*
>
> Corrections: Former Interim Chief of the King County Jail System (Seattle, WA.)

Currently, I do expert witness consultancy within my fields of expertise, as well as having developed and conducted seminars nationally and internationally, under the auspices of the United States Department of Justice.

### Education:

> Master's Degree in Public Administration: University of Puget Sound, (1974)
> Bachelor Degree in Sociology/Speech: University of Washington (1968)
> Bachelor Degree: Police Science and Administration: Seattle University (1976)

### Litigation Consultant: Police and Corrections Practices:

#### Client Firms / References

> Gibson/Dunn PLC (Los Angeles, California)
> Browne/Woods, (Beverley Hills, California)
> Doll & Amir (Century City, California)
> Jones, Skelton, Hochuli (Phoenix, Arizona)
> The Spence Law Firm (Jackson, Wyoming)
> Lorman Education Services (CLE Training)
> Mary E. Schultz & Associates (Spokane, Washington)
> Doherty & Venezia, P.C. (Phoenix, Arizona)

City of Tacoma, City Attorney's Office (Tacoma, Washington)
The Sweetser Law Firm (Spokane, Washington)
Doerfler Law Firm (La Crosse, Wisconsin)
Harris Berne Christensen (Lake Oswego, Oregon)
Jacobs & Dow Law (Hartford, Connecticut)
Paukert & Troppman (Spokane, Washington.)
Connelly Law, (Tacoma, Washington)
Fiorito Law Office, (Seattle, Washington)
Devinney Law Offices (Ponca City, Oklahoma)
Beeler, Walsh & Walsh (Oklahoma City, Oklahoma)
Barr & Hutton Law Offices (Redding, California)
Office of the City Attorney, (Phoenix, Arizona)
Peterson Wampold Rosato Luna Knopp, (Seattle, Washington)

**Investigations / Instruction:**

Retired Commander of Major Investigations, King County, Seattle, WA.

Consultant in Serial Murder and Criminal Psychopaths:

> Former Instructor, FBI National Academy:
> **"Serial Murder Task Force Management"**

Consultant/Instructor to the U.S. Department of Homeland Security Federal Law Enforcement Training Center:

> **Police Management and Administration**
> **Search and Seizure Issues**
> **Major Crimes Investigations**

Consultant to the U.S. Department of Justice, International Criminal Investigations Training Assistance Program (ICITAP):

> Develop and Present Police Executive Management Seminars for Indonesian National Police (2004-2005)

> Project leader and Senior Technical Advisor for Strategic Planning and Organizational Transformation, Indonesian National Police (1999-2003)

> Instructor in Police Management Issues: Uzbekistan National Police, 1998

> Former Adjunct Professor: Seattle University: Upper Division Classes:
> - Police Intelligence Systems
> - Law Enforcement Management: Public Sector Decision Theory
>   - Law Enforcement Management Seminar

**Corrections:**

Former Interim Chief of the King County Jail System, Seattle, Washington (1981-2)

Former Jail Officer (1967-68) and Sergeant (1974); King County Jail:

SEE FOLLOWING PAGES FOR RESUME

# RESUME

**T. Michael Nault**

<u>Police Career:</u>

1966 – 1994   King County Police/Sheriff's Department, Seattle, Washington:

I served in various ranks and assignments, including the King County Jail. Specifics available on request

I retired as <u>Commander of Major Investigations</u> in the Criminal Investigations Division, and periodically served as <u>Chief of Detectives</u>.

Served as Patrol Precinct Commander, Special Operations Division Commander (SWAT, Traffic Division, Hostage Negotiations), and Patrol Division Commander (All Precincts and Substations)

Chief of the Department of Adult Corrections (King County Jail System) (1981)

<u>Consultant / Lecturer:</u>

**Owner, Nault & Associates LLC: Police Practices, Policy and Investigations Consultant**

**U.S. Department of Justice: International Criminal Investigations Training Assistance Program (ICITAP)**

 Indonesian National Police, U.S. Embassy, Jakarta, Indonesia: (1999- 2005)

 Uzbekistan National Police, U. S. Consulate, Tashkent, Uzbekistan (1998)

**U. S. Department of Homeland Security: Federal Law Enforcement Training Center (1998- 2003)**

 Consultant/ Instructor: Major Crimes Investigations Perspective: Drug Task Force Management (

**U.S. Department of Justice:    FBI National Academy:**
Instructor: Task Force Management and Serial Homicide Investigation (1989-93)

**Member, University of Washington, President's Visitor Advisory Committee:**

Criminal Justice Department (1985-88)

Adjunct Professor: Seattle University, Police Science and Administration Department (1975-1977)

> Police Intelligence Systems
> Law Enforcement Management Issues Seminar
> Organization Theory: Public Sector
> Public Sector Decision Theory

**Education:**

> Master's Degree: Public Administration:
> University of Puget Sound (1974)
>
> Bachelor's Degree(s): Speech/Sociology:
> University of Washington (1968)
>
> Bachelor's Degree: Police Science and Administration
> Seattle University (1976)

**Of Significance:**

> Member, British-American Chamber of Commerce
>
> Guest Lecturer: Various U.S. Adult Learning Programs:
> "Criminal Psychopaths and Serial Murder Investigations"
>
>> Discover University, Seattle, WA (1996-1998)
>> Boston Center for Adult Education, (1997)
>> The Learning Annex, Hartford, Conn. (1997)
>> The Learning Connection, Providence, RI. (1997)
>
> Featured Guest Speaker, International Association for Identification Forensic Conference, Danvers, Mass. (1997)
>
> Featured Guest Speaker, the British Fingerprint Society, U.K. (1997)
>
> Invited Speaker, International Forensic Symposium, Israel (1995)
>
> Board of Directors (former), Operation Lookout, National Center for Missing & Exploited Children: U.S. Department of Justice (1995)
>
> The only American Law Enforcement official selected as a Committee Member for the International Symposium on Law Enforcement, Moscow, Russia (1991) (Cancelled due to 1991 Soviet Revolution)

Featured Guest Lecturer, Florida Department of Law Enforcement (1992): "Serial Murder: Two Contrasting Cases"

Committee Chairperson, International Association for Identification Ethics/Investigations Committee Chair

Washington State Law Enforcement Training Commission Loaned Executive Program: Consultant to Law Enforcement Agencies.

Washington State Legislative Sub Committee on Missing Persons

<u>Training and Education: Police Practices</u>

As a student of the law enforcement profession my studies and research include constant review of case studies and learned articles found online including but not limited to:

- The FBI Law Enforcement Journal;
- The International Association of Chiefs of Police publication "Police Chief Magazine";
- The Washington State Attorney General's Office Law Enforcement Bulletin Digest;
- The Federal Law Enforcement Training Center Legal Division website
- The National Institute of Justice website;
- The American Center for Effective Law Enforcement legal digest;
- FindLaw.Com case studies.

Select Training in addition to continuous police practices research and study:

    Homicide Investigation
    Advanced Crime Scene Investigation Training
    False Allegations of Rape: FBI Behavioral Sciences Training
    Threat Assessment Training: Dept. of Homeland Security
    Corrections Directors and Managers Seminar (1981)
    IBM Executive Planning Seminar
    U.S. Secret Service Dignitary Protection Seminar
    Boeing Co. Management Excellence Seminar
    Constitutional Law: 500 level MPA Graduate School

Exhibit D - Page 7 of 9

Case 3:13-cr-00008-SLG   Document 237-4   Filed 01/06/14   Page 7 of 9

# APPENDIX B

## T. Michael Nault: Expert Witness: Cases*

*Federal cases are so indicated; all others are State

**For the Defendant:**

1. Krone v. City of Phoenix (Arizona):2005: deposed but **settled** before trial. **Police Practices: Homicide Investigation**
2. Rodriguez, et. al. and Joshevama, et al v. Joseph Arpaio, et al, and Maricopa County (Arizona): 2005-06: settled before deposition or trial: **Police Pursuit.**
3. Kauffman-Bayne v. City of Scottsdale (Arizona); 2005-06; **settled** before deposition or trial: **Police Use of Force: Taser.**
4. Saville v. Maricopa County (Arizona); 2006: deposed but **settled** before trial: **Police Practices (Informants) and Jail/Prison issues.**
5. Sterling v. State of Arizona: 2005: **settled** before deposition or trial: **Police Pursuit**
6. Grafitti-Valenzuela v. City of Phoenix (Arizona): 2005: but settled before trial. **Police Practices: Criminal Psychopath Profiling**
7. Albertson, et al., v. State of Washington: City of Tacoma: 2008: consultant only; no deposition or trial: **Police Practices: Internet Child Porn Investigations**
8. Hinkle, et al. v. LaRoche, et al., Douglas County (Washington): 2008: consultant only no deposition or trial: **Police Practices: Vehicular Homicide and Administration (discipline & termination)**
9. Fraley v. Canteen Correctional Services Corporation: 2006-08, Settled: **Corrections practices: Standards of Care.**
10. Christy v. City of Phoenix: (2013): **Police Practices and Corrections:** Pending
11. Labine v. City of Phoenix: (2013): **Police Practices: Homicide:** Pending

**For the Plaintiff:**

1. Terry Harrington, et al, v. County of Pottawattamie, Iowa,: 2006: deposed and pending trial: **Police Practices: Overturned Homicide conviction: FEDERAL**
2. Alex Ramsey v. State of Arizona: 2007: **Police Practices: Sexual Assault Investigation**
3. Strange v. Spokane County (Washington): 2008: **Police Practices: Use of Force (Taser).Failure to Train.**
4. Burton v. City of Spokane (Washington):2008: **Police Practices: Search: (FEDERAL)**
5. Ballard v. City of Albany, County of Linn, State of Oregon: 2009 **Police Practices: Use of Force**
6. Estate of Hall v. Pend Oreille County, Washington (2011); pending: **Police Practice: Use of Force; TASER: Wrongful Death**
7. Brewer v. Spokane County, Washington (2011: **Police Practices: Use of Force; Unlawful Arrest (FEDERAL)**
8. Roman v. City of Hartford, Hartford, Conn. (2012): **Police Practices: Overturned**

Homicide conviction: Failure to Train. Innocence project) FEDERAL: pending deposition/trial

9. Bardwell v. Pierce County, Washington (2012); pending; **Corrections/Police Practices: Use of Force: (FEDERAL)**
10. Kirby v. City of East Wenatchee, Washington, et. al (2012): pending: **Police Practices: Excessive Force: Failure to Train/Supervise/adopt policies (FEDERAL)**
11. Falls v. Herring, et al, Oklahoma: pending: **Use of Force: Wrongful Death (TASER) (FEDERAL)**
12. Fontana v. City of Federal Way, Washington, pending: **Police Practices: Homicide Investigation: 4th Amendment: Seizure/Probable Cause; Failure to Train (FEDERAL)**
13. Haught vs. City of Anderson, California (2012), pending: **Police Practices: Failure to Train: Officer Rape of Suspect: Arrest/Prisoner handling (FEDERAL)**
14. Davis and Northrop v. Clark County, Washington, et al (2012), pending: **Police Practices: Failure to Train, Supervise and Retention: 4th Amendment: Wrongful Conviction: Innocence Project (FEDERAL)**
15. Amili and Chappelle v. City of Tukwila (2013): **Police Practices: 4th Amendment issues:** Pending (FEDERAL)