# CURRICULUM VITAE

## PERSONAL:

Donald T. Reay    Date of Birth:    14 May 1937
1431 N West Beach Rd    Place of Birth:    Rock Springs, WY
Oak Harbor, WA 98277    Married: Judith    Children: 4
360-675-5980    e-mail: dreay@comcast.net    Fax: 360-675-2641

## EDUCATION:

| | | |
|---|---|---|
| Undergraduate: | University of Notre Dame<br>South Bend, Indiana | Bachelor of Science<br>1955-1959 |
| Medical Education: | University of Utah<br>Salt Lake City, Utah | Doctor of Medicine<br>1959-1963 |
| Internship: | University of Utah<br>Salt Lake City, Utah | Med-Path Intern<br>1963-1964 |
| Residency: | University of Utah &<br>Holy Cross Hospital<br>Salt Lake City, Utah | AP-CP Resident<br>1964-1967 |
| Fellowship: | Cleveland Clinic<br>Cleveland, Ohio | Forensic Pathology<br>1967-1968 |
| Graduate: | Seattle University<br>Seattle, Washington | Masters in Public<br>Administration<br>1978 |

## BOARD CERTIFICATION:

Anatomic and Clinical Pathology:    May 1969

Forensic Pathology:    May 1970

## LICENSE TO PRACTICE:

Washington    1973 not renewed in 2013

Previous Licensure: Utah, Wyoming

**MILITARY SERVICE:**

Active Duty USAF    Lt. Col.    1968 to 1973

USA Reserve  (Retired) Colonel    1980 to 1995

Active Duty USA
11 Jan 91 to 12 Apr 91    Madigan Army Medical Center
Operation Desert Storm

**MEMBERSHIP IN MEDICAL AND SCIENTIFIC SOCIETIES:**

American Academy of Forensic Science (Fellow)
Washington Society of Pathologists (retired)
National Association of Medical Examiners
Pacific Northwest Society of Pathologists (retired)
King County Medical Society
Washington State Medical Association
American Medical Association
College of American Pathology (Fellow)

**OFFICES IN MEDICAL/SCIENTIFIC SOCIETIES/BOARDS:**

National Association of Medical Examiners:
    a) President    (1987-1988)
    b) Chairman, Board of Directors    (1988-1989)
    c) Board of Directors & Executive Committee    (1981-1989)
    d) Pro-Tem Secretary Treasurer    (1988-1989)

Washington State Society of Pathologists:    Past President (1981-1983)

Editorial Board: Journal of Forensic Science    (1990-2005)

American Journal of Forensic Medicine & Pathology, Editorial Board (1990-2004)

Exhibit E - Page 2 of 12

Case 3:13-cr-00008-SLG   Document 237-5   Filed 01/06/14   Page 2 of 12

College of American Pathology Forensic Committee (1990-2004)
Chair of Committee – 2000-2004

American Board of Pathology:
    Forensic Test Committee (1981-1986)

Washington State Medical Association: Interspecialty Committee Past Member (1980)

American Society of Clinical Pathologists:
    Forensic Council - Continuing Medical Education Committee
    (1984 to 1990)

American Society of Clinical Pathologists:
    Committee - In-service Examination for AP Residents
    (1984)

## COMMITTEE AND PUBLIC POLICY BOARDS:

Governor's Forensic Investigation Council, January 1984, Chairman - 1986 to June 1999

Forensic Committee, College of American Pathologists 1990 to 2004

Member - Panel selected to review Maga autopsy in the Singapore - Philippine controversy, 1995

DNA Fingerprinting Technical Advisory Committee Chairman, King County, 1988

DNA Identification Oversight Committee, (Appointed by Governor), 1989

King County Executive's Committee to study use of force in detention facilities December 1983

Mayor's Committee on drunk drivers - August 1983 - 1984

Corrections Standard Board Advisor, Olympia, Washington - 1981

Washington State Medical Association Committee on drunk driving - 1983

Executive Committee, King County Medical Society - Anti-Drinking and Driving Committee - 1985

Recombinant DNA Committee, University of Washington - 1985 - 1986

Serial Murder Multi-Agency Investigation Team Project - Texas Criminal Justice Center - Sam Houston State University 1986

Executive Committee, Harborview Injury Prevention Center June 1986

## MAJOR POSITIONS:

| | |
|---|---|
| Chief Medical Examiner<br>King County, Seattle, Washington | 1 Nov 1975-Retired<br>June 1999 |
| Deputy Chief Medical Examiner<br>King County, Seattle, Washington | 17 Dec 1973 to<br>1 Nov 1975 |
| Chief, Department of Pathology USAF Academy<br>USAF Academy Hospital | 15 Jul 1972 to<br>15 Dec 1973 |
| Senior Specialist in Histopathology  RAF Halton<br>RAF Institute of Pathology and  Bucks, Eng.<br>Tropical Medicine | 15 Jul 1970 to<br>Jul 1972 |
| Chief, Accident Pathology Branch<br>Armed Forces Institute of Pathology, Wash, DC<br>and<br>Registrar, Registry of Accident Pathology | Aug 1968 to<br>15 Jul 1970 |

## ACADEMIC - RESEARCH - OTHER POSITIONS:

| | |
|---|---|
| Emeritus Professor, University of Washington | Nov 99 to present |
| Professor of Pathology, University of<br>Washington, Seattle, Washington | July 1990 to Nov 99 |
| Associate Professor of Pathology, University of<br>Washington, Seattle, Washington | 1 Jul 1983 to<br>1990 |
| Assistant Professor of Pathology, University of | 1 Mar 1974 to |

Donald T. Reay, M.D.                                                                 Page 5

<table>
<tr><td>Washington, Seattle, Washington</td><td>1 Jan 1983</td></tr>
<tr><td>Clinical Faculty, School of Health Sciences of<br>Seattle Pacific University, Seattle, Washington</td><td>1 Jun 1979 to<br>1 Jun 1980</td></tr>
<tr><td>Course Director, Annual Death Investigation Seminar<br>University of Washington, Seattle, Washington</td><td>Biennial<br>1980-19992</td></tr>
<tr><td>Police Instructor, Police Standards Council,<br>Sitka, Alaska</td><td>May 1978 to<br>May 1982</td></tr>
<tr><td>Lecturer in Forensic Medicine, USAF Academy<br>Colorado</td><td>Jul 1972 to<br>Dec 1973</td></tr>
<tr><td>AFIP Consultant, National Highway Safety Bureau<br>Dept. of Transportation, Washington, DC</td><td>Oct 1970 to<br>5 Jul 1973</td></tr>
<tr><td>Universities Associated for Research  Scientist<br>and Education in Pathology, AFIP Associate</td><td>1 Jan 1969 to<br>15 Jul 1970</td></tr>
<tr><td>Skylab Medical Recovery Team, Missions III & IV,<br>NASA-USAF</td><td>1972 - 1973</td></tr>
<tr><td>Member, NATO Committee on Traffic Safety<br>Wolfsberg, Germany</td><td>Sep 1968</td></tr>
</table>

## PUBLICATIONS:

Reay, D.T., Weissman, N., and Carnes, W.H.: Effects of elastase digestion and formic acid extraction on aortas from copper-deficient pigs, Fed Proc, 22:161, 1963

Weisman, N., Reay, D.T., Coulson, W.F. and Carnes, W.H.: Elastin content of aorta determined by elastase digestion and formic acid extraction, Lab Invest, 14:372, 1965

Adelson, L., Huntington, R.W., and Reay, D.T.: "A Prisoner is Dead". Police, 13:49, 1968

Reay, D.T., and Modic, J.L.: Splenic rupture in childhood infectious mononucleosis, Ohio St Med J, 65:388, 1969

Reay, D.T.: The time of death, Military Police Journal 19:11, 1969

Reay, D.T.: Case for diagnosis (traumatic pneumocephalus) Milit Med, 134:359, 1969

Reay, D.T. and Hazelwood, R.: Death in military police custody and confinement, Milit Med, 135:342, 1970

Reay, D.T.: Syllabus on accident pathology with 100 slides, 30 pp. Published by American Registry of Pathology, July 1970

Reay, D.T.: Accident Pathology, USAF Med Serv Dig, 21:15, Nov 1970

Reay, D.T.: USAF/RAF Exchange Program for Pathologists. USAF Med Serv Dig, 22:34, June 1971

Reay, D.T.: Current methods in automobile accident pathology. Int Acad of Path Bull, Spring Edition: 10, 1972

Reay, D.T.: Policies, procedures and structure. January 1977: Deaths under the jurisdiction of the Medical Examiner. February 1977: Natural death and the Medical Examiner. March 1977: When a Medical Examiner's autopsy is performed. April 1977: Release of autopsy examination. May 1977: The Medical Examiner and deaths in the emergency room. July 1977: Violent death in King County 1979: November 1980; Bulletin of King County Medical Society

Reay, D.T.: "The development of rational medicolegal death investigation in the United States: An Historical Perspective"? (Unpublished Master's Thesis, Seattle University, 1978)

Reay, D.T.: The investigation of sudden and violent death, University of Washington Medicine, Vol. 5, No. 4:3-10, Winter 1978

Reay, D.T.: Death investigation performed by Medical Examiner, University of Washington Hospitals SYNAPSE: Vol 6, No.1, February/March 1979

Reay, D.T. and Nakonechny, D.S.: Sudden death due to pneumococcal sepsis in splenectomy, J For Sci, 24:757-761, October 1979

Reay, D.T.: Forensic Medicine. Encyclopedia of Science and Technology 5th Edition, Fall 1980

Eisele, J.W. and Reay, D.T.: Death related to coffee enemas, JAMA, 224:1608-9, October 1980

Eisele, J.W. and Reay, D.T.: Sites of suicidal gunshot wounds, J For Sci, 6:480-485, July 1981

Reay, D.T. and Chevrier, M.I.: Policy and Procedural Manual - King County Division of Medical Examiner, September 1980

Wales, L.R., Morishima, M.S., Reay, D.T., and Johansen, K.: Nasogastric tube displacement in acute traumatic rupture of thoracic aorta: A study in victims in fatal motor vehicle accidents, Am J Roentgen, May 1982

Eisele, J.W., O'Halloran, R.L., Reay, D.T., Lindholm, G.R., Lewman, L.V., and Brady, W.J.: Deaths from acute volcanism, NEJM, 305:931-936, October 1981

Reay, D.T. and Eisele, J.W.: Deaths from law enforcement neck holds, Am J For Med & Path, 3:253-258, September 1982

Reay, D.T. and Halloway, G.A.: Changes in carotid blood flow produced by neck compression, Am J For Med & Path, 3:199-202 September 1982

Eisele, J.W., Bonnell, H.J., and Reay, D.T.: Boot top fractures in pedestrians: A forensic masquerade, Am J For Med & Path, 4:181-184, June 1983

Reay, D.T. and Mathers, R.L.: Physiological effects of neck holds, FBI Law Enforcement Bulletin, pp 12-15, July 1983

Reay, D.T. and Eisele, J.W.: Sexual abuse and death of an elderly woman by fisting, Am J For Med & Path, 4:347-349, December 1983

Eisele, J.W. and Reay, D.T.: Ethanol in sequestered hematomas: Quantitative evaluation, Am J Clin Path, 81:352-355, 1983

Reay, D.T., Insalaco, S.J. and Eisele, J.W.: Postmortem methemoglobin levels and their significance, J For Sci, 29:1160 1163, October 1984

Eisele, J.W., Frisino, J.D., Haglund, W.D. and Reay, D.T.: Teenage suicide in King County, King County Med Soc Bull, 63:24-25, May 1984

Reay, D.T., Eisele, J.W., Ward, R., Horton, W., and Bonnell, H.J.: A procedure for the investigation of anesthetic/surgical deaths. J For Sci, 30:822-827, July 1985

Luke, J.L., Reay, D.T., Eisele, J.W. and Bonnell, H.J.: Correlation of circumstances with pathological findings in asphyxial deaths by hanging: A prospective study of 61 cases from Seattle, Washington. J For Sci, 30:1140-47, October 1985.

Kellerman, A. and Reay, D.T.: Protection or Peril?: An analysis of firearm-related deaths in the home. NEJM., 314:1557-1560, June 1986.

Reay, D.T., Haglund, W.D., Bonnell, H.J.: Wah Mee Massacre: The Murder of Thirteen Chinese Adults in a Seattle Gambling Club. J For Med & Path, 7(4):330-336, 1986

Monnat, R.J. and Reay, D.T.: Nucleotide Sequence Identity of Mitochondrial DNA from Different Human Tissues. GENE, 43:205-211, 1986

Ward, R.J., Eisele, J.W., Reay, D.T., Horton, W.G.: Hemolysis and Hyperkalemia Complicate Malignant Hyperpyrexia during Anesthetic Death. J For Sci, 31:543-545, April 1986

Eisele, J.W., Frisino, J., Haglund, W., & Reay, D.T.: Teenage Suicide in King County, Washington: I. Rates of Suicides for 26 Years. Am J For Med & Path, 8:208209, September 1987

Eisele, J.W., Frisino, J., Haglund, W., & Reay, D.T.: Teenage Suicide in King County, Washington: II. Comparison with Adult Suicides. Am J For Med & Path, 8:210-216, September 1987

Haglund, W.D., Reay, D.T., & Snow, C.C.: Identification of Serial Homicide Victims in the Green River Murder Investigation. J For Sci, 32:1666-1675, November 1987

Reay, D.T. & Fligner, C.L.: Cause of Death (letter) JAMA 22:3253, 1987.

Reay, D.T., Howard, J.D., Fligner, C.L., & Ward, R.J.: Effects of Positional Restraint on Oxygen Saturation and Heartrate Following Exercise. Am J For Med & Path, 9(1):16-18, 1988.

Howard, J.D., Reay, D.T., Haglund, W.D., & Fligner, C.L.: Processing of Skeletal Remains: A Medical Examiner's Perspective. Am J For Med & Path, 9(3):258-264, 1988.

Haglund, W.D., Reay, D.T., & Swindler, D.R.: Tooth Artifacts and Survival of Bones in Animal-Scavenged Human Skeletons. J For Sci, 33:985-997, July 1988

Sloan, J.H., Kellermann, A.L., & Reay, D.T., et al: Handgun Regulations, Crime, Assaults, and Homicide: A Tale of Two Cities. NEJM, 319:1256-1262, November 1988.

Haglund, W.D., Reay, D.T., & Snow, C.C.: "Identification of Serial Homicide Victims in the `Green River Murder' Investigation," J For Sci, 32:1666-1675, November 1988.

Ward, R.J. & Reay, D.T.: Anesthetic Death Investigation, Legal Medicine 1989, Butterworth Legal Publishers, pp 39-58.

Reay, D.T. & Fligner, C.L.: Earlobe Creases (letter) Am J For Med & Path, 10(1):91, 1989.

Haglund, W.D., Reay, D.T., & Swindler, D.R.: Canid Scavenging/ Disarticulation Sequence of Human Remains in the Pacific Northwest, J For Sci, 34:587-606, May 1989.

Rivara, F.P., Reay, D.T., & Bergman, A.B.: Analysis of Fatal Pedestrian Injuries in King County, WA, and Prospects for Prevention, Public Health Reports, Vol. 104, No. 3:293-297, May-June 1989.

Sloan, J.H., Rivara, F.P., Reay, D.T., Ferris, J.A.J., & Kellermann, A.L.: Firearm Regulations and Rates of Suicide: A Comparison of Two Metropolitan Areas. NEJM, 322:369-373, February 1990.

Exhibit E - Page 9 of 12

Case 3:13-cr-00008-SLG   Document 237-5   Filed 01/06/14   Page 9 of 12

Haglund, W.D, Reay, D.T., & Tepper, S.L.: Identification of Decomposed Human Remains by Deoxyribonucleic Acid (DNA) Profiling, J For Sci, 35:724-729, May 1990.

Reay, D.T.: Handbook of Forensic Pathology, College of American Pathologists, Chapters - Asphyxial Deaths & Deaths in Custody, pp. 117-123 & 267-269, May 1990.

Kellermann, A.L., Rivara, F.P., Reay, D.T. & Fligner, C.L.: Validating Survey Responses to Questions about Gun Ownership Among Owners of Registered Handguns. Am J Epidemiology, 31:1080-4, 1990.

Tepper, S.L., Fligner, C.L., & Reay, D.T.: Atlanto-occipital Disarticulation: Accident Characteristics. Am J For Med & Path, 11(3): 193-197, 1990.

Eddy, A.C., Rusch, V.W., Fligner, C.L., Reay, D.T., & Rice, C.L.: The Epidemiology of Traumatic Rupture of the Thoracic Aorta in Children: A 13 year Review. J. Trauma, Vol. 30, No. 8: 989-992, 1990.

Haglund, W.D., Reay, D.T., & Fligner, C.L.: Death Notification. Am J For Med & Path, 11(4): 342-347, 1990.

Kellermann, A.L., Rivara, F.P., Banton, J., Reay, D.T., Fligner, C.L.: Validating Survey Responses to Questions About Gun Ownership Among Owners of Registered Handguns. Am J Epidemiol, 131:1080-4, 1990.

Loebel, J.P., Reay, D.T., et al: Anticipation of Nursing Home Placement May be a Precipitant of Suicide among the Elderly. JAGS,39:407-408, 1991

Haglund, W.D. & Reay, D.T.: Use of Facial Approximation Techniques in Green River Serial Murder Victims. Am J For Med & Path,12(2): 132-142,1991

Reay, D.T., Fligner, C.L., Stilwell, A.D., & Arnold, J.: Positional Asphyxia During Law Enforcement Transport. Am J For Med & Path., 13(2):90-97, 1992.

Luke, J.L. & Reay, D.T.: The Perils of Investigating and Certifying Deaths in Police Custody. Am. J For Med & Path, 13(2):98-100, 1992.

Kellermann, M.D., Rivara, F.P., Somes, G, Reay, D.T., Francisco, J., Banton, J.G., Prodzinski, Fligner, C.L., & Hackman, B.B.: Suicide in the Home in Relation to Gun Ownership. NEJM, 327(7):467-472, 1992.

Michaud, M.D., Rivara, F.P., Grady, M.S., & Reay, D.T.: Predictors of Survival and Severity of Disability after Severe Brain Injury in Children. Neurosurgery, Vol 31, No 2., August, 1992

Haglund, W.D. & Reay, D.T.: Problems of Recovering Partial Human Remains at Different Times and Locations: Concerns for Death Investigators. J For Sci, Vol 38, No 1. January, 1993

Kellermann, A.L., Rivara, F.P., Rushforth, N.B., Banton, J.G., Reay, D.T., et al: Gun Ownership as a Risk Factor for Homicide in the Home. NEJM, Vol 329, No 15:1084-1091, October, 1993

Reay, D.T., Cohen, W., & Ames, S.: Injuries Produced by Judicial Hanging: A Case Report. Am J For Med & Path, 15(3):183-186, 1994.

Wallace, S.K., Cohen, W.A., Stern, E.J., Reay, D.T.: Judicial Hanging: Postmortem Radiographic, CT, and MR Imaging Features with Autopsy Confirmation. Radiology, Vol 193, No 1:263-267, May 1994.

Reay, D.T.: So You're A Forensic Scientist, That Must Be Interesting. Forum, Supplement to Canadian Society of Forensic Science Journal, Vol 27, #4, December 1994.

Hartshorne, N.J. & Reay, D.T.: Judicial Hanging (letter) Am J For Med & Path, 16(1):87, 1995.

Reay, D.T.: Check Sample, Editorial Comment: Forensic Pathology No FP 95-1 (FP-202) ASCP, Vol 37, No 195, 1995.

Reay, D.T.: Suspect Restraint and Sudden Death: U.S. Department of Justice, Law Enforcement Bulletin. 22-25, May 1996.

Taylor, J.A. Krieger, J.W., Reay, D.T., Davis, R.L., Harruff, R.C., & Cheney, L.K.: Prone sleep position and the sudden infant death syndrome in King County, Washington: A case-control study. J of Pediatrics, Vol 128, No 5: 626-630, May 1996.

McCann, J, Reay, D.T., Siebert, J, Stephens, B.G., & Wirtz, S.: Postmortem perianal findings in children. Am J For Med & Path., 17(4):289-298, 1996.

Haddix, T.L., Harruff, R.C., Reay, D.T., & Haglund, W.D.: Asphyxial suicides

using plastic bags. Am J For Med & Path., 17(4):308-311, 1996.

Hartshorne, N.J., Reay, D.T. & Harruff, R.C.: Accidental firearm fatality involving a hand-crafted pen gun. Am J For Med & Path., 18(1):92-95, 1997.

Reay, D.T.: Death in Custody. Clinics in Laboratory Medicine, Vol 18, No 1, March 1998.

Raven, K.P., Reay, D.T. & Harruff, R.C.: Artifactual injuries of the larynx produced by resuscitative intubation. Am J For Med & Path, 20(1):31-36, 1999.

Grossman, D.C., Reay, D.T. & Baker, S.A.: Self-inflicted and unintentional firearm injuries among children and adolescents. Arch Pediatr Adolesc Med, Vol 153, Aug 1999

Reay, D.T. & Howard, J.D: Restraint position and positional asphyxia. (letter). Am J For Med & Path, Vol 20, No 3, September 1999.

Reay, D.T. Check Sample: Judicial Hanging. Am Soc Clin Path, For Path, No. 99-5 (FP – 246) October 1999

Associate Editor: Handbook of Forensic Pathology. College of American Pathology, April 2003; Author of chapter: Asphyxia and coauthor: Death in Custody

Revised October 2004

Case 3:13-cr-00008-SLG   Document 237-5   Filed 01/06/14   Page 12 of 12