

Forensic Analytical Sciences, Inc.

## PROFESSIONAL EXPERIENCE

Jaco M. Swanepoel is a Senior Forensic Scientist with specialties in firearm and toolmark examination, fingerprint collection and identification, crime scene investigation, reconstruction and crime scene photography. He also has specialties in shoe and tire track impression examination. Mr. Swanepoel has been working as a Senior Forensic Scientist in the United States since 2005. He began his career after graduating from the South Africa Police Services College in 1989. That same year he accepted the position of Forensic Scientist with the Crime Scene Investigation Division of the South African Police Service. In 1999 he transferred to the Ballistics Section of the South African Police Service Forensic Science Laboratory. He also served as a training officer and was responsible for training personnel in specific elements of fingerprints and ballistic photo-documentation. Mr. Swanepoel has qualified and testified as an expert witness in South Africa, California and Alaska. He reviews, consults and examines forensic cases that originate from both the prosecution and defense sectors. He has presented technical papers to various professional organizations and has held training sessions and lectures for public defender agencies and defense investigator's organizations. Mr. Swanepoel has also lectured at California State University, East Bay in impression evidence and fingerprints.

## PROFESSIONAL AFFILIATIONS

Association of Firearm and Toolmark Examiners
California Association of Criminalists
International Association for Identification

## EDUCATION

National Senior Certificate in Police Administration from the University of South Africa. After review of his education, training and experience the Foundation for International Services issued Mr. Swanepoel an equivalency to a Bachelor of Science Degree.

## SPECIALIZED TRAINING

Analysis and Distortion in Latent Prints, California Department of Justice, 2009
Detection, Recovery and Examination of Footwear Impression Evidence, Bodziak Forensics, Florida, USA, 2008
Forensic Shooting Scene Reconstruction, Forensic Science Consultants, Arizona, USA, 2007
Pathology of Wounds, California Department of Justice, 2006

Exhibit F - Page 1 of 3

## SPECIALIZED TRAINING (continued)

Comparison and Identification of Tire Track Impression Evidence, Ron Smith and Associates, Michigan, USA, 2006
Bullet Trajectory Reconstruction, Federal Bureau of Investigation, SA, 2002
Techniques in Firearms Identification, Federal Bureau of Investigation, SA, 2002
Gunpowder and Gunshot Residue, Federal Bureau of Investigation, SA, 2002
Theoretical and Practical Application of the Forensic Ballistic Science, South African Police Services, 1999-2001 (three year training coarse)
Refresher Course Fingerprint Experts, South African Police Services, 1997
Junior Commanders Course, South African Police Services, 1993
Finishing Course Fingerprint Experts, South African Police Services, 1992
Crime Scene Photography and Drafting, South African Police Services, 1992
Crime Scene Examination, South African Police Services, 1992
Gathering of Forensic Evidence for Scientific Analysis, South African Police Services, 1992
Induction Course Fingerprint Experts, South African Police Services, 1990
Counter Insurgence, South African Police Services, 1990
Unrest, Riot and Crowd Control, South African Police Services, 1989

## OTHER PROFESSIONAL EXPERIENCE

**Crime Scene Profiling** - Latent Fingerprints, Law of Evidence, Approach to Crime Scenes, Crime Scene Procedure, Presentation of Evidence, Fingerprint Theory, Photography of Fingerprint Exhibits, Searching and Identification Techniques, Powders and Reagents, Transplantation-Forgery and the Age of Fingerprints, Fingerprint Classification, Powders and Reagents and Criminal Record Centre Administration)
**Forensic Firearm and Toolmark Examination** - Identification of Ammunition, Fired Bullets and Cartridge Cases, Identification of Cartridge Manufacture and Cartridge Case Development, Use of Microscopic Equipment, Microscopic Individualization of Fired Bullets, Cartridge Cases and Toolmarks, Firearm Mechanisms, Examination of Homemade Devices, Recovery of Obliterated Numbers and Figures on Metal, Reloading and Manufacturing of Ammunition, Shot Range Determination, Crime Scene Investigation, Result Documentation, Physical Matching, Firearms and the Firing Process, Propellant Burning Rate and Gas Pressure, Transfer of Markings from Firearm to Cartridge Cases and Bullets, Hot Gases and Intermediate Targets Before and After Bullet Entry or Exit, Secondary Missiles from Intermediate Targets, Bullet Trajectory from Muzzle to Target, Wounding Effects of Bullets, Effects of Targets on Bullets, Internal Ballistics, Intermediate Ballistics, External Ballistics and Wound Ballistics.
**Foot and Tire Impression Evidence** - Detection, Recovery, Comparison and Identification of Foot and Tire Impressions.

Forensic Analytical Sciences, Inc.
3777 Dep... Case 3:13-cr-00008-SLG   Document 237-6   Filed 01/06/14   Page 2 of 3 ...-4451

## PEER-REVIEWED PUBLICATIONS

Jacobson, J., Swanepoel, J.M., Wong, K., *"Evaluation of Plumbtesmo® and Cuprotesmo® Test Paper for Sensitivity to Lead and Copper Residues"*, Association of Firearm and Toolmark Examiners Journal, Volume 42 Number 1, 49-55, Winter 2010

Swanepoel J.M., *"Physical Matching as a Duty of a Firearms and Toolmark Examiner"*, Association of Firearm and Toolmark Examiners Journal, Volume 39 Number 3, 219-321, Winter 2007

Swanepoel J.M., *"Physical Matching as a Duty of a Firearms and Toolmark Examiner"*, The CAC News, News of the California Association of Criminalists, 38-42, First Quarter, 2009

## TECHNICAL PRESENTATIONS

Swanepoel J.M. *Physical Matching as a Duty of a Firearms and Toolmark Examiner*. Presented at 2007 (October) California Association of Criminalists, Semi-Annual Seminar, Berkeley, CA.

Swanepoel J.M. *Physical Matching as a Duty of a Firearms and Toolmark Examiner*. Presented at 2008 (May) Association of Firearm and Toolmark Examiners, Annual Training Conference, Honolulu, Hawaii

## COURT TESTIMONY SUBJECTS (QUALIFIED AS EXPERT)

Fingerprints
Shoe and Tire Impression Evidence
Forensic Firearm and Toolmark Examinations
Crime Scene Reconstruction
Crime Scene Examination and Collection of Evidence

Revised 05/13/2010

Forensic Analytical Sciences, Inc.
Case 3:13-cr-00008-SLG Document 237-6 Filed 01/06/14 Page 3 of 3