# CURRICULUM VITAE

## Kay M. Sweeney

**PROFESSIONAL EXPERIENCE**

Principal Forensic Scientist for **KMS FORENSICS INC.**, an independent Forensic Laboratory and Consulting enterprise - January 1995 to present, located at:

KMS FORENSICS INC
PO Box 8580
Kirkland, Washington 98034
425-814-3244

Vice President, co-founder and member of the faculty of the **Pacific Coast Forensic Science Institute**: September 1998 to present. Ongoing board duties include developing and directing Institute goals and objectives as well as managing and monitoring content and quality of classes, courses and research projects.

**Instructor of Forensic Science**, Shoreline Community College - 1996 to 2000

**Washington State Patrol, Crime Laboratory Division (WSP/CLD) Headquarters** state-wide Program Manager for the WSP Crime Scene Response Team (CSRT), CLD Quality Assurance, and CLD Training - May 1992 to December 1994

> CSRT duties included the design of the CSRT program, development of training for team members, writing of WSP Regulation Manual chapter defining CSRT role and operation, writing WSP Training Bulletins detailing CSRT function, writing announcements for distribution to law enforcement agencies relative to services available from the CSRT and protocols for call-out, and coordinating all activities of the CSRT including receiving all calls via pager, dispatching customized teams for response to scene assistance requests, and responding in person to scenes.

> Quality Assurance duties included establishing a Crime Laboratory System Standard Operating Procedures Manual, Technical Procedures Manuals for all Technical Sections of the Crime Laboratory System, Quality Assurance Manuals for all Technical Sections of the Crime Laboratory, designing, writing, publishing and implementing a Quality Assurance Inspection checklist for the DNA section to meet national standards set by the Technical Working Group on DNA Analysis Methods (TWGDAM), and developing, implementing and directing the re-accreditation plan for a WSP Crime Laboratory which had failed two ASCLD accreditation inspections.

**Crime Laboratory Manager, WSP/CLD, Seattle** - February 1985 to May 1992
Technical responsibilities included; selecting personnel and coordinating the development of a DNA section in the WSP/CLD capable of state-wide service in casework and implementation of a "convicted felon" program where blood samples from convicted felons are subjected to DNA analysis using restriction fragment length polymorphism (RFLP) methods with the results stored in a database for

Kay M. Sweeney
Curriculum Vitae

comparison to DNA evidence samples from unknown sources submitted in criminal investigations, oversight of all scientific laboratory sections, conducting occasional firearm and toolmark casework, responding to crime scenes upon calls for assistance, and crime scene reconstruction including blood spatter interpretation.

**Chief Criminalist, WSP/CLD, Seattle** - July 1975 to February 1985
Technical responsibilities included; development of a comprehensive training plan and protocol for criminalists, technical section oversight, case management, occasional firearm and toolmark casework, crime scene assistance response, and crime scene reconstruction including blood spatter interpretation.

**Crime Laboratory Director, King County Sheriff's Office** - November 1971 to July 1975
Technical responsibilities included; all firearms and toolmark casework, all microanalysis casework, all serological casework, criminalist training, crime scene response to all major crimes, crime scene reconstruction including blood spatter interpretation.

**Supervising Criminalist, Seattle Police Department Crime Laboratory** - June 1968 to November 1971
Technical responsibilities included; firearms and toolmark casework, microanalysis casework, serological casework, non-drug chemical analysis casework, crime scene response, and crime scene reconstruction including blood spatter interpretation.

**Assistant Criminalist, Seattle Police Department Crime Laboratory** - October 1966 to June 1968.
Technical responsibilities included; firearms and toolmark casework, microanalysis casework, serological casework, non-drug chemical analysis casework, drug analysis, crime scene response, and crime scene reconstruction including blood spatter interpretation.

Chemist, Pacific Resins and Chemicals - October 1965 to October 1966

Police Officer, Kirkland Police Department - January 1961 to October 1964

## EDUCATION

Bachelor of Science in chemistry, Seattle University - 1965

Graduate level "Mathematics Problems", University of Washington

## TEACHING POSITIONS

Designed and implemented a five credit hour course in Forensic Science offered at Shoreline Community College - 1996 to 2000

Washington State Criminal Justice Training Center; regular instructor for routinely scheduled courses for law enforcement personnel in: Crime Scene Investigation, Advanced Crime Scene Investigation, Homicide Investigation and Advanced Homicide Investigation - 1980 to 1994

2

Kay M. Sweeney
Curriculum Vitae

Co-instructor, along with Mary Gibbons, Md., in presenting the protocols to Standardize the Emergency Room Examination of Victims of Sexual Assault; ten sessions throughout the State of Washington for law enforcement personnel and medical practitioners - June 1993

Alaska State Trial Attorneys Association; Guest instructor on Physical Evidence and Forensic Science topics, 7 hours - October 1992

King County Prosecuting Attorneys office; Basic forensic science training for "new" prosecutors, twice yearly - 1980 to 1992

Washington/Oregon Homicide Detectives Seminar; Blood Spatter Interpretation - May 1991

Washington State Prosecuting Attorneys Association; Forensic science lecture every other year - 1983 to 1991

Highline Community College; Advanced Crime Scene Investigation, 40 hour course, 22 sessions from 1976 through 1980

University of Washington Law School Seminar; Expert Witness on Rape Evidence - 1974

Shoreline Community College; Crime Scene Investigation, 3 credit hour night school course - 1972 through 1976

Bellevue Community College; Crime Scene Investigation, 3 credit hour night school course - 1968 through 1971

## CONSULTING APPOINTMENTS

Invited to serve on the advisory board for the University of Washington's **Certificate in Forensics** program -- December 2003 to present.

Member: Advisory Commission for the Standardization of Emergency Room Protocols for Victims of Sexual Assault - 1992 through 1993

Member: Shoreline Community College Curriculum Advisory Committee - 1985 to 1992

Member: National Forensic Laboratory Information Systems Technical Board; One of six forensic laboratory directors in the United States assisting in the development of a nation-wide computerized forensic laboratory information system - 1990

Member: King County DNA Implementation Committee established to implement recommendations of the DNA Technical Advisory Committee - 1988 to 1989

Member: Representing forensic laboratory interests on the King County DNA Technical Advisory Committee established to recommend analytical techniques and necessary protocols in a program which requires certain convicted felons to submit their blood for DNA analysis - 1988

## RESEARCH PROJECTS

3

Exhibit G - Page 3 of 14

Case 3:13-cr-00008-SLG   Document 237-7   Filed 01/06/14   Page 3 of 14

Kay M. Sweeney
Curriculum Vitae

Co-investigator, National Institute of Justice (NIJ) grant for DNA Identification Protocol in Forensic Science, administered by the University of Washington from October 1987 through October 1989

Coordinator and authorizing supervisor, of a research grant to establish arson accelerant analysis and identification protocols for the WSP Crime Laboratory system - 1976 to 1978

## PROFESSIONAL ASSOCIATIONS

Member American College of Forensic Examiners International – January 2005

Life Member (for distinguished service) of the Northwest Association of Forensic Scientists (NWAFS) - October 1995

Certified as an American Society of Crime Laboratory Directors Laboratory Accreditation Board (ASCLD/LAB) accreditation inspector - February 1995

Certified Diplomate in Criminalistics by the American Board of Criminalistics - January 1994

Holder of the ASCLD/LAB Certificate of Accreditation, accrediting the Washington State Patrol Seattle Crime Laboratory in: Controlled Substances, Serology, Trace Evidence, Firearms/toolmarks - 1983 through 1988 and 1989 through 1994.

Original founding member, signing the articles of incorporation which identified purpose and standards, of the American Board of Criminalistics (ABC) establishing a national program to certify criminalists - 1989

Past member of ASCLD - 1987 to 1992

Selected as one of nine criminalists from the United States and Canada to serve on the Criminalistics Certification Study Committee - 1978 and 1979

Fellow, American Academy of Forensic Sciences (AAFS)

President, NWAFS - 1977

Charter, and founding, member of NWAFS – 1972

## PROFESSIONAL PRESENTATIONS

Kay M. Sweeney
Curriculum Vitae

**Gunpowder Particle and Vaporous Lead Deposit Patterns on Fabric from Hand Gun Discharges III,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Chicago Il, February 25, 2011.

**Evidence to Consider When Evaluating Bullet Defects in Clothing for Characteristics of Entrance Versus Exit in Instances Where Distance Precludes Gunpowder Deposition,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Denver, Colorado, February 22, 2009.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Michael Schwartz, Attorney at Law -- November 24, 2008.

**Gunpowder Particle and Vaporous Lead Deposit Patterns on Fabric from Hand Gun Discharges II,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Washington DC, February 23, 2008.

Primary instructor in a one day seminar on **Crime Scene Reconstruction based on Physical Evidence – Blood Spatter, Firearms and Trace Evidence;** designed for attorneys and investigators, certified in Washington for 5.0 hours of CLE credits and offered by Pacific Coast Forensic Science Institute, Inc. February 8, 2008.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Michael Schwartz, Attorney at Law – December 10, 2007.

**Forensic Science in Homicide Investigations,** Washington Association of Legal Investigators, 2007 Annual Conference, Issaquah, Washington, October 20, 2007.

**Maximizing the Potential of Physical Evidence; Including Dynamic Incident Reconstruction,** Washington State Bar Association Continuing Legal Education program, Seattle, Washington, May 18, 2007.

**Gunpowder Particle and Vaporous Lead Deposit Patterns on Fabric from Hand Gun Discharges,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, San Antonio, Texas, February 24, 2007.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Michael Schwartz, Attorney at Law – November 6, 2006.

**Gunpowder Stipple Patterns of Commonly Encountered Small Firearms,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Seattle, Washington February 24, 2006.

**Kay M. Sweeney**
Curriculum Vitae

Faculty lecturer on **Crime Scene Reconstruction** for **Winning: Hot Topics in Criminal Law**, a seminar designed for attorneys and certified in Washington for 6.25 CLE credits and offered by The Seminar Group in Seattle, May 24, 2005.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Michael Schwartz, Attorney at Law – November 8, 2004.

Primary instructor in a one day seminar on **Crime Scene Reconstruction based on Physical Evidence**, designed for attorneys, certified in Washington for 5.75 hours of CLE credits and offered by Pacific Coast Forensic Science Institute, Inc. May 7, 2004.

Invited lecturer on **Criminalistics-Scientific Evaluation of Physical Evidence and Crime Scene Reconstruction** for the 2004 Washington Defender Association Conference co-sponsored by the Washington State Criminal Justice Training Commission, April 23-24, 2004.

**The Interpretation of Gunpowder Particle Deposition and Impact Characteristics,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Dallas, Texas, February 20, 2004.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Michael Schwartz, Attorney at Law – October 27, 2003.

Primary instructor in a 32 hour course on **Crime Scene Evidence - Basic Principles of Scientific Collection and Preservation** offered by Pacific Coast Forensic Science Institute, Inc. and attended by employees of Public Defender agencies having responsibilities involving criminal evidence issues offered at the Washington State Criminal Justice Commission's Training Facility in Seattle, WA, September 22 – 26, 2003.

**Ear Print Evidence; State of Washington v. Kunze,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Chicago, Illinois, February 21, 2003.

Invited feature lecturer on **Homicide Crime Scene Investigation and Forensics** at the University of Washington's certificated Professional Investigator's class coordinated by Larry Freeman – January 28, 2003.

Primary instructor in a 32 hour course on **Crime Scene Evidence - Basic Principles of Scientific Collection and Preservation** offered by Pacific Coast Forensic Science Institute, Inc. and attended by employees of law enforcement agencies assigned to evidence related duties - Kent Police Department Training Facility, November 26 - 30, 2001.

Primary instructor in a 32 hour course on **Crime Scene Evidence - Basic Principles of Scientific Collection and Preservation** offered by Pacific Coast Forensic Science Institute, Inc. and attended by employees of law enforcement agencies assigned to evidence related duties - Bellevue Police Department Training Facility, April 16 – 20, 2001.

6

Kay M. Sweeney
Curriculum Vitae

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by William D. Haglund, PhD, Forensic Anthropologist- April, 2001.

**Structuring Complex Scientific Expert Testimony to Allow for Jury Comprehension,** Criminalistics Section scientific session, American Academy of Forensic Sciences meeting, Seattle, February 24, 2001.

Invited feature lecturer on **Homicide Crime Scene Investigation and Reconstruction** at the University of Washington's certificated Forensics class coordinated by Donald T. Reay, MD, King County Medical Examiner - April 2000.

Primary instructor in a 32 hour course on **Crime Scene Evidence - Basic Principles of Scientific Collection and Preservation** offered by Pacific Coast Forensic Science Institute, Inc. and attended by employees of law enforcement agencies assigned to evidence related duties - Kent Police Department Training Facility, January 31 through February 4, 2000.

**Criminalistics and Crime Reconstruction**, Continuing Legal Education session of Inns of Court (a professional legal association of judges and attorneys in Oregon) - Eugene Oregon, March 1999

**Crime Scene Reconstruction**, Washington Association of Criminal Defense Lawyers Continuing Legal Education Seminar - Seattle, February 1999

**Bullet Trajectory Identification and Documentation - From Scene to Courtroom**, NWAFS meeting, scientific session - October 1998

**Practical Low-Power Photomicrography**, NWAFS meeting, scientific session - April 1997

Inaugural Washington Criminal Justice Institute sponsored by the Washington State Bar Association. **"Crime Laboratory Developments - Relationship of Actual Crime Laboratory Services to Evidence at the Scene of the Crime, Resulting Scientific Conclusions, and Courtroom Impact"** - September 1994

**Computer Aided Crime Laboratory Management**, NWAFS meeting - October 1985

**Comparison Principles and Practices**, International Association of Identification (IAI) - Fall 1981

**Criminalistic Comparisons**, IAI - Fall 1972

**Fracture Separation Examination**, NWAFS meeting - May 1972

## CONTINUING EDUCATION

American College of Forensic Examiners Institute, Certified Medical Investigator Training Course (20 hours) - Atlanta, Georgia; January, 2005.

Innov-X Systems Radiation Safety and Operator Training for Field Portable X-Ray Fluorescence Spectrum Analyzers – May 25, 2004.

**Kay M. Sweeney**
Curriculum Vitae

American Society of Crime Laboratory Directors, Laboratory Accreditation Board (ASCLD/LAB) Inspection Team Training - February 1995

FBI Forensic Science Training Program, Laboratory Quality Assurance, FBI Academy, Quantico, Virginia, 24 hours - May 1993

Northwestern Quality Symposium, University of Idaho, 16 hours - October 1992

Bloodstain Pattern Interpretation, 16 hours - Kent Washington, 1992

Mid-management Development Seminar, Louis Gellerman, 40 hours - August 1985

Forensic Microscopy Workshop, Walter C. McCrone, McCrone Research Institute, Chicago, Illinois, 40 hours - November 1978

Crime Laboratory Management, FBI Academy - 1975

Modern Techniques for Characterizing Dried Bloodstains, Brian Culliford, Home Office, Scotland Yard - 1974

Thin Layer Chromatography, James W. Bobbit, American Chemical Society (ACS) short course - February 1968

Molecular Spectroscopy (relating to IR, MS, UV, & NMR) Silverstein and Bassler, ACS short course - October 1967

Appendix A

B

**Kay M. Sweeney**
Curriculum Vitae

During my more than 40 years of experience I have studied the dynamics of injury, the characteristics of various wounds and associated bleeding, and the relationship between resultant deceased body position and the involved injury dynamics and the relationship between wounds and suspected and potential weapons. My studies have occurred, in many instances, while consulting during actual case investigations with a number of forensic pathologists including; Dr. Gale Wilson (King County, WA), Dr. Charles Larson (Pierce County, WA), Dr. Donald Reay (King County, WA), Dr. Corrine Fligner (King County, WA), Dr. William Brady (Multnoma County, OR), and others.

I have received on-the-job training, attended training sessions, read textbooks and scientific journal literature and attended and participated in scientific sessions relating to this field. While performing my duties in criminalistics and conducting primary research into the Characteristics of Small Arms Penetration and Ricochet Characteristics I have specifically studied textbooks including the following;

Bloodstain Pattern Analysis by Tom Bevel and Ross Gardner,

Interpretation of Bloodstain Evidence at Crime Scenes by Stuart H. James and William Eckert,

Medicolegal Investigation of Death edited by William Eckert,
Spitz and Fisher's Medicolegal Investigation of Death edited by Werner Spitz,

Gunshot wounds by Vincent J. M. DiMaio,

Wound Ballistics and the Scientific Background by Karl G. Sellier and Beat P. Kneubuehl,

Neurotrauma edited by Raj K. Narayan, M.D., Jack E. Wilberger, Jr., M.D., and John T. Povlishock, Ph.D.

An Atlas of Forensic Pathology by Wetli, Mittleman, and Rao,
and others.

I have also specifically studied the following published articles, among others;

B. G. Stephens and T. B. Allen
Back Spatter of Blood from Gunshot Wounds - Observations and Experimental Simulation
Journal of Forensic Sciences, Vo. 28, No. 2, April 1983, pp.437-439.

J. Wilson
Wound Ballistics (Trauma Rounds)
West J. Med 127:49-54, Jul 1977

B. Karger, R. Nusse, H. D. Troger, B. Brinkmann
Backspatter from experimental close-range shots to the head. I. Macrospatter
Int J Legal Med (1996) 109;66-74

B. Karger, R. Nusse, H. D. Troger, B. Brinkmann
Backspatter from experimental close-range shots to the head. II. Microspatter
Int J Legal Med (1997) 110;27-30

Kay M. Sweeney
Curriculum Vitae

M. L. Fackler
Tissue Disruption Pattern used to Determine the Direction of Fire in an Unusual Bullet Wound
AFTE Journal Vol 27;No3, July 1995

Oehmichen M, Meissner C, Konig HG
Brain Injury after gunshot wounding; morphometric analysis of cell destruction caused by temporary cavitation
J Neurotrauma 2000 Feb; 17 (2):155-62

Pex JO, Vaughn CH
Observations of high velocity bloodspatter on adjacent objects.
J Forensic Sci 1987 Nov; 32(6): 1587-94

Krger B, Nusse R, Bajanowski T
Backspatter on the firearm and hand in experimental close-range gunshots to the head
Am J Forensic Med Pathol 2002 Sep;23(3):211-3

ML Fackler
Gunshot Wound Review
Annals of Emergency Medicine 28:2 August 1996

Burnett BR
Detection of bone and bone-plus-bullet particles in backspatter from close-range shots to the head
J Forensic Sci 1991 Nov;36(6):1745-52

Karger B, Puskas Z, Ruwald B, Teige K, Schuirer G
Morphological findings in the brain after experimental gunshots using radiology, pathology and histology
Int J Legal Med 1998;111(6):314-9

Betz P, Stiefel D, Husmann R, Eisenmenger W
Fractures at the base of the skull in gunshots to the head
Forensic Sci Int 1997 May 5;86(3):155-61

Kury G, Weiner J, Duval JV
Multiple self-inflicted gunshot wounds to the head: report of a case and review ot the literature
Am J Forensic Med Pathol 2000 Mar;21(1):32-5

Kong HG, Schmidt V
Observations of the propagation velocity and formation mechanism of burst fractures caused by gunshot
Beitr Gerichtl Med 1989;47:247-55

Thali MJ, Kneubuehl BP, Zollinger U, Dirnhofer R
The "skin-skull-brain model": a new instrument for the study of gunshot effects
Forensic Sci Int 2002 Feb 18:125(2-3):178-89

Thali MJ, Kneubuehl BP, Vock P, Allmen GV, Dirnhofer R
High-speed documented experimental gunshot to a skull-brain model and radiologic virtual autopsy
Am J Forensic Med Pathol 2002 Sep;23(3):223-8

Kay M. Sweeney
Curriculum Vitae

Nusholtz GS, Wylie EB, Glascoe LG
Internal cavitation in simple head impact model
J Neurotrauma 1995 Aug; 12(4):707-14

Abdolvahabi RM, Dutcher SA, Wellwood JM, Michael DB
Craniocerebral missile injuries
Neuol Res 2001 Mar-Apr;23(2-3):210-8

Ristenbatt RR 3rd, Shaler RC
A bloodstain pattern interpretation in a homicide case involving an apparent "stomping"
J Forensic Sci 1995 Jan;40(1):139-45

Tankisi A, Rolighed Larsen J, Rasmussen M, Dahl B, Cold GE
The effects of 10 degrees reverse trendelenburg position on ICP and CPP in prone positioned patients subjected to craniotomy for occipital or cerebellar tumors
Acta Neurochir 2002 Jul;144(7):665-70

Celens E, Pirlot M, Chabotier A
Terminal effects of bullets based on firing results in gelatin medium and on numerical modeling
J Trauma 1996 Mar;40(3 suppl):S27-30

Tan Y, Zhou S, Jian H
Biomechanical changes in the head associated with penetrating injuries of the maxilla and mandible: an experimental investigation
J Oral Maxillofac Surg 2002 May;60(5):552-6

Peters CE, Sebourn CL
Wound ballistics of unstable projectiles. Part II: Temporary cavity formation and tissue damage
J Trauma 1996 Mar;40(3 Suppl):S16-21

Fackler ML, Bellamy RF, Malinowski JA
The wound profile: illustration of the missile-tissue interaction
J Trauma 1998 Jan;29(1 Suppl):S21-9

Fackler ML
Ballistic injury
Ann Emerg Med 1986 Dec;15(12):1452-5

Yoganandan N, Pintaf FA
Biomechanics of penetrating trauma
Crit Rev Diomed Eng 1997:25(6):485-501

Yoganandan N, Pintar FA, Jumaresan S, Maiman DJ, Hargarten SW
Dynamic analysis of penetrating trauma
J Trauma 1997 Feb;42(2):66-72

Pintar FA, Kumaresan S, Yoganandan N, Yang A, Stemper B, Gennarelli A

ii

**Kay M. Sweeney**
Curriculum Vitae

Biomechanical modeling of penetrating traumatic head injuries:finite element approach
Biomed Sci Instrum 2001;37:429-34

Kleiber M, Stiller D, Wiegand P
Assessment of shooting distance on the basis of bloodstain analysis and histological examinations
Forensic Sci Int 2002 Jun 15;19(2):260-2

Carey ME, Sarna GS, Farrell JB, Happel LT
Experimental missile wound to the Brain
J Neurosurg 1989 Nov;71(5 Pt 1):754-64

Schneider GH, Bardt T, Lanksch WR, Unterberg A
Decompressive craniectomy following traumatic brain injury: ICP, CPP and neurological outcome
Acta Neurochir Suppl 2002;81:77-9

Thali MJ, Kneubuehl BP, Zollinger U, Dirnhofer R
A study of the morphology of gunshot entrance wounds, in connection with their dynamic creation, utilizing the "skin-skull-brain model"
Forensic Sci Int 2002 Feb 18;125(2-3):190-4

Madsen FF, Reske-Nielsen E
A simple mechanical model using a piston to produce localized cerebral contusions in pigs
Acta Neurochir (Wien)1987; 88:65-72

Dixon CE, Ph.D.,Lyeth BG, Ph.D., Povlishock JT, Ph.D.,Findling RK,. Hamm RJ, Ph.D., Marmarou A, Ph.D., Yound HF, M.D., Hayes RL, Ph.D.
A fluid percussion model of experimental brain injury in the rat
J Neurosurg Jul 1987;67:110-119

Ming L, Yu-Yuan M, Rong-Xiang F, Tian-Shum F
The characteristics of the pressure waves generated in the soft target by impact and its contribution to indirect bone fractures
J Trauma 1988 Jan;28(1-Suppl):S104-9

Nilsson B, M.D., Ponten U, M.D., Voigt G, M.D.
Experimental head injury in the rat: Part 1: Mechanics, phathophysiology, and morphology in an impact acceleration trauma model
J Neurosurg Aug 1977;47:241-51

Crockard HA
Early intracranial pressure studies in gunshot wounds of the brain
J Trauma 1975 April;15(4):339-47

And others.

# Kay M. Sweeney
Curriculum Vitae

I have visited and processed crime scenes, attended and consulted at autopsies, examined analyzed and interpreted evidence, and consulted with pathologists, investigators, and attorneys in more than 750 death investigations. Based on that work, I have developed conclusions regarding the events relating to these deaths and have presented testimony in court regarding my reconstruction conclusions at the request of attorneys for the prosecution and for the defense. Prosecutors requesting my assistance over the years have included William Kinsel, Patricia Aiken, Brian Gaine, Fred Yeatts, Roy Howson, William Downing, Jeff Baird, Lee Yates, Kerry Keefe, Kate Flack and others. Defending attorneys have included Irving Paul, Anthony Savage, Murray Guterson, Wesley Hohlbein, Barbara Durham, John Henry Browne, David Allen, Jeff Ellis and others.

Some of these death investigations have been shootings involving police officers. On occasion, I have been called on to present my reconstruction conclusions at police firearm review board inquiries and at inquests. Otherwise my reconstruction conclusions have been presented in Superior Courts in Washington, Oregon, Idaho, Montana, Nevada, Indiana and Alaska since 1967.

This table lists a few cases where reconstruction conclusions were important to trial strategies and judicial verdict.

| Date | Deceased | Case Information | County |
|------|----------|------------------|--------|

13

Exhibit G - Page 13 of 14

Case 3:13-cr-00008-SLG   Document 237-7   Filed 01/06/14   Page 13 of 14

Kay M. Sweeney
Curriculum Vitae

| | | | |
|---|---|---|---|
| 1/'75 | Donna Howard | Husband claimed victim died of accidental horse kick, scene reconstruction in **1984** for Attorney General; Husband found guilty | Yakima |
| 11/'87 | John Saxerud William Heffernan | Two police officers killed at station - self defense claim, reconstruction for Island Co. Prosecutor; Darrin Hutchison was found guilty | Island |
| 7/'89 | Larry Sturholm Debra Swiegart | Sturholm & girlfriend killed - reconstruction for Prosecutor; William Pawlyk found guilty | King |
| 9/'92 | Mayme Lui | Widow of Yen Lui found dead over embankment - reconstruction for Prosecutor; Guilty finding for two defendants. | King |
| 7/'94 | Rafay Family | Triple homicide in Bellevue - reconstruction for Bellevue Police Department; defendants convicted in February of 2004 | King |
| 12/'95 | Bendele, Finley, Williams | Triple homicide - reconstruction for defense; Conan Wayne Hale found guilty | Lane; Eugene, Oregon |
| 7/'96 | Clifford Barks, Reg. Williams | Barks & Reginald Williams found dead - reconstruction for defense attorney; Larry Lee Clark found not guilty | Pierce |
| 12/'96 | Fredrick Martin | Martin was found dead in his cabin - reconstruction for defense; Christopher Harding found not guilty | Okanogan |
| 10/'96 | Dale Bowers | Bowers was found dead at home - reconstruction in **April '97** for Adams Co. Sheriff to determine whether homicide or suicide - Homicide. | Adams |
| 7/'98 | Kim Benedict | Benedict was found dead in his car in the Cascade foothills - reconstruction for defense - Donald Simon found not guilty | Lewis |
| 2/'99 | Matthew Saeger | Saeger was found dead in the roadway May of '95- reconstruction in **February 1999** for prosecutor; Jeffery Sutherland found guilty | Mason |
| 9/'00 | Harold Roberts | Mr. Roberts was charged with murdering his son-in-law - reconstruction for the defense; found not guilty - self defense | Palmer, Alaska |
| 3/'01 | Kathryn Noonan | Mr. Noonan was found dead at home, his wife was charged with Murder - reconstruction for the defense; Kathryn Noonan found not guilty | Skagit |

14