# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**ORDER<br>REGARDING<br>DAUBERT MOTIONS**<br><br>(Dockets 192, 194, 196, 198, 200;<br>211, 213, 216, 219, 222, 225) |

A hearing is hereby set on defendant's Daubert and related In Limine Motions filed at Dockets: 192, 194, 196, 198, 200; 211, 213, 261, 219, 222, and 225, for **Tuesday, January 14, 2014 at 10:00 AM, Courtroom 6**. To assist the court in gathering information necessary to make an admissibility evaluation as to the government's expert witnesses, the parties shall be prepared with respect to each expert designated to address the four factors listed in Daubert if the proposed evidence is "scientific" in nature. If the subject matter of the testimony relates to another field of specialized knowledge, the government shall be prepared to state the principles on which it relies in asserting that the expert's methodology is sound.

The defendant should be prepared to reference in his arguments all evidence he has to argue that the government expert's testimony is <u>inadmissible</u>, including the defendant's counter experts if any. Any new written material the parties intend to rely upon at the hearing on these motions should be filed, and served on the opposing party, no later that one business day prior to the hearing. After the hearing is conducted the court shall determine whether an evidentiary hearing is warranted to determine the motions addressed.

DATED this 7th day of January, 2014, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge