Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION TO ACCEPT SUPPLEMENTAL BRIEFING** |

James Wells, through counsel, Rich Curtner, Federal Defender, hereby requests that this court accept for filing His *Supplemental Briefing to Exclude Dr. Reid Meloy*. This briefing is necessary because it will guide the court's evaluation of Dr. Meloy's "expert" testimony as unreliable. The Central District Court in California has excluded similarly general testimony from Dr. Meloy.

A copy of the supplemental briefing (without exhibits)[1] is attached for the court's review (Exhibit A).

---

[1] The exhibits to Mr. Wells' supplemental briefing are voluminous, so the briefing without exhibits is attached herewith.

DATED at Anchorage, Alaska this 7th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 7, 2014,
a copy of the *Motion to Accept
Supplemental Briefing* was served
electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR  Page 2