Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**SUPPLEMENTAL BRIEFING TO EXCLUDE DR. REID MELOY** |

Mr. Wells renews his request to exclude the testimony of psychologist Dr. Meloy. Dr. Meloy's alleged expertise includes: targeted and intended violence, workplace violence, multiple murders, and the personality and other psychological characteristics of those who commit these types of crimes.

Mr. Wells attaches a federal court order (Exhibit A)[1] excluding the testimony of Dr. Meloy regarding traits and behaviors characteristic of "the psychopathic personality." Similar to this case, the proponent of Dr. Meloy's testimony did not provide the data upon which Dr. Meloy will base his opinion. In this case, the government has not disclosed this

---

[1] Mr. Wells is attaching the supporting briefs as well (Exhibit B).

data so Mr. Wells does not have access to it. On this basis alone, this testimony should be excluded.

Also, like the attached case, the government has not met its burden of showing this testimony is sufficiently relevant or reliable under Fed. R. Evid. 702 to qualify as admissible based on the lack of methodology and disclosed facts and data which form the basis of Dr. Meloy's testimony.

DATED at Anchorage, Alaska this 6th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 6, 2014, a copy of the *Supplemental Briefing to Exclude Dr. Reid Meloy* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 2

Exhibit A - Page 2 of 2

Case 3:13-cr-00008-SLG   Document 244-1   Filed 01/07/14   Page 2 of 2