UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of Defendant's Motion to Accept Supplemental Briefing, the motion is GRANTED.

IT IS HEREBY ORDERED that Mr. Wells may file His *Supplemental Briefing to Exclude Dr. Reid Meloy* with exhibits for the court's review.

DATED this _____ day of January 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE