

Not Reported in F.Supp.2d, 2001 WL 36114161 (C.D.Cal.)
**(Cite as: 2001 WL 36114161 (C.D.Cal.))**

H
Only the Westlaw citation is currently available.[Text of Order extracted from docket entry.]

United States District Court,
C.D. California.
USA
v.
BUSSELL.

No. 01cr00056.
April 30, 2001.

Named Expert: Dr. J. Reid Meloy, Dr. Gamini Hethumuni, Peter Spero

Ranee Katzenstein, U.S. Attorneys, Los Angeles, CA, for USA.

Order

ALICEMARIE H. STOTLER, Judge.

**\*1** Crt grants Plf's mot in limine to excl testimony of defendant's experts Dr J Reid Meloy. Crt grants Plf's motion in limine to exclude to limit the testimony of defendant's designated experts, Dr. Gamini Hethumuni, Peter Spero.

C.D.Cal.,2001.
U.S. v. Bussell
Not Reported in F.Supp.2d, 2001 WL 36114161 (C.D.Cal.)

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.