Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S PARTIAL NON-OPPOSITION TO GOVERNMENT'S MOTION TO COMPEL DISCOVERY (Docket No. 250)** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells is not opposed to providing the government with the opinions and reports of experts discovery requested. Based on the government's failure to produce discovery requested under Fed.R.Crim.P. 16(a)(1)(e)(i), the defense does not have any of this material, in particular, expert reports and opinions. Currently, those materials do not exist.

Mr. Wells has never agreed to produce early *Jencks* material. The court has never ordered Mr. Wells to produce early *Jencks* material. Fed.R.Crim.P. 26.2(a), which the government cites, provides no support for requiring Mr. Wells to turn over early *Jencks* material. The government provides no case law to support its position that Mr. Wells

should turn over this information. Mr. Wells asks the court to focus on the real issue, which is that the defense has not been given the information necessary for Mr. Wells to comply with the court's pretrial scheduling order with regard to defense experts.

Mr. Wells relayed a list of materials that defense experts requested in order to evaluate the government expert reports and opinions to the United States Attorney's Office. (*See* Exhibit A, letters from November 21, 2013 and December 12, 2013, filed separately under seal.) These items are material to the preparation of the defense because defense experts are unable to evaluate the government's proposed expert testimony absent these items. Mr. Wells has already alerted the court to the government's failure to produce this information. *See Daubert* Motions, Docket Nos. 192-201, 247.

The following items have still not been disclosed to the defense, although the government has stated that they will be producing this information:

1. All examination photo documentation associated with Robert Shem's report.

2. Total station data used by Angelo Toglia.

3. All examination bench notes and photos of examinations conducted by Brett Mills, ATF Firearms and Toolmarks' Expert.

4. A curriculum vitae for Dr. Meredith Lann, M.D., a pathologist in this case.

5. A report of forensic examination of bullets retrieved from a hillside adjacent to the Wells' residence, pursuant to search warrant 258.

Additionally, Mr. Wells specifically requested the government disclose the items listed below. These items are critical for Mr. Well's experts to evaluate the government's proposed expert testimony and models in order to form their own opinions

and reports. The following items have still not been disclosed to the defense, and the government has not stated if and when they will be producing this information:

<u>Missing Items Related to Testimony of Proposed Expert Richard Bruegge</u>

- Printed color 8 ½ x 11 images and electronic copies of all the original selected images in the format originally saved and/or exported. Please provide .jpeg files. When photos have been edited, please provide the originally edited saved file in its original format and .jpeg file format with labels that clearly denote that they are edited files.

- Printed copies (in color if that was their original form) of the overlays in the same size used in the analysis. If these overlays were matched to other materials, attach to the other materials as analyzed. If these overlays were also saved electronically, please provide the electronic files in a commonly saved file format.

<u>Missing Items Related to Testimony of Proposed Expert Neil Schmidt</u>

- Honda CR-V Body specification drawings. [BS 19294]

- Electronic copy of the spreadsheet prepared by Schmidt in excel format.

<u>Missing Items Related to Testimony of Proposed Expert Angelo Toglia</u>

- T-1 back gate surveillance video recorded 4/19/2012 relied upon in creating model.

- Early photographs of incident area used in creating model.

- COMMSTA survey data used in creating model – both in electronic and paper format. [BS 19303]

- Aerial photographs of incident site on which Toglia relied.

- Articles and various other documents related to this subject on which Toglia relied in creating his model.

- Copies, both color printed and electronically saved in common file formats of all items collected on 12/13/13 including but not limited to those listed on BS 19302.

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 3

Case 3:13-cr-00008-SLG   Document 252   Filed 01/10/14   Page 3 of 8

- Measurements Mr. Toglia took to create his model.

- Exemplar vehicle surveys that Toglia used from Digimation.

- Details on the cameras used for the "calibrated photographs" including camera make, model, lenses, and settings. [BS 19302-03]

- Cameras' calibration file in paper and electronic form. [BS 19302-03]

- Copies, both color prints and electronic files, of all items and measurements collected on 12/13/12 including but not limited to those listed on BS 19303 regarding the topography station layout, entrances, parking lots, T-1 and T-2 buildings and surrounding terrain, landmarks, and Anton Larsen Bay Road.

- Survey data with Nikon 5.M total station.

- Electronic copies of any and all CAD files that were generated. [BS 19303]

- Raw data used to generate 3D Studio Max model. [BS 19303]

- Electronic copies of any and all wire frame models that were generated. [BS 19303]

- Identify brand and name the wire frame model software used and referenced for "a commercially-available CAD program, and a three dimensional wireframe model." [BS 19303]

- Provide electronic copies of any and all 3-D modeling – animation and rendering files. [BS 19303]

- Provide electronic copies of any and all 3-D modeling – animation and rendering final product such as an avi file. BS 19303.

- Identify brand and name the 3-D modeling – animation and rendering software used and referenced for "a commercially-available CAD program, and a three dimensional wireframe model." [BS 19303]

- Provide electronic copes of any and all photogrammetry files. [BS 19304]

- Identify in legible writing all the "approximate parameters" that were determined and all the used data for those parameters, including but not limited to focal length. [BS 19304]

- Provide a listing of papers relied upon for "camera matching." [BS 19304]

- Provide an electronic copy of the final model used for the "look through" application. [BS 19304]

- Identify the brand of software used for the "look through model" and "look through analysis." [BS 19304]

- Provide an electronic file of all three-dimensional models of the Honda CR-V used in Toglia's analysis. [BS 19304]

- Provide electronic copies of all five analyses of superimposing. [BS 19304]

- Provide a copy of the video taken on 4/19/2013. [BS 19305]

- Provide all the same materials requested above for the second analysis done with video shot on 4/19/13. [BS 19305]

- Provide an electronic file for all three-dimensional models of the Honda CR-V, Dodge Durango, and Jeep Liberty used in your analysis. [BS 19305]

- Provide all existing final analysis files.

- The brand setting details of cameras used at T-1 and T-2, including but not limited to frames per second.

Missing Items Related to Testimony of Proposed Expert Dr. J Reid Meloy

Recordings and/or transcripts of:

- Peter Van Ness x4 (We have four transcripts, but we are not certain if they are the transcripts on which Dr. Meloy relied.)

- Don Rudat x2 (We have one transcript, but we are not certain if it is a transcript on which Dr. Meloy relied.)

- Nate Pacheco x2

- Troy Loudermilk

- David Pizzurro x4

- Aaron Coggins x5

- Cody Beauford x4

- Hernando Acosta

- Vance Newby x3

- Monique Reckner

- Scott Reckner x8

- Leah Henry x5

- Para Upchurch x6  (We have three transcripts, but we are not certain if they are the transcripts on which Dr. Meloy relied.)

- Deborah Hopkins x3

- Nicola Belisle x2

- Emily Belisle x2

- Hanna Belisle x3

- Amy Belisle

- Steve Salas  (We have one transcript.  It appears that there are several interviews we do not have.  We are not certain if the transcript in our possession is the transcript on which Dr. Meloy relied.)

- Lyle Phillips x3

- Robert Pletnikoff

- Judith Pletnikoff  (We have one interview on CD 39.  Not sure if that is all there is.  We are not certain if it is the transcript on which Dr. Meloy relied.)

- Hank Pennington x2

<u>Missing Items Related to Testimony of Proposed Expert William Gifford</u>

- Report of Aaron Coggins
- Recordings of Aaron Coggins
- Report of Cody Beauford
- Recordings of Cody Beauford
- Recordings of Don Rudat
- Recording of Jason Bullis
- Report of Michael Haselden
- Recording of Michael Haselden

<u>Missing Items Related to Testimony of Proposed Expert Robert Morton</u>

We have not received a list of materials on which Mr. Morton relied informing his opinion.

**CONCLUSION**

The government disclosed expert reports on October 25, 2013. To date, the government still had not disclosed a great deal of the information required for the defense experts to evaluate the government expert reports and opinions. As outlined above, based on the large quantity of discovery the government has withheld, Mr. Wells' experts have not been able to form any opinions or produce any reports. Mr. Wells plans to disclose this information as soon as it exists.

DATED this 10th day of January 2014.

>Respectfully submitted,
>
>/s/Rich Curtner
>Federal Defender
>601 West Fifth Avenue, Suite 800
>Anchorage, AK 99501
>Phone: 907-646-3400
>Fax: 907-646-3480
>E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 10, 2014,
a copy of the ***Defendant's Opposition to Government's Motion to Strike Pleadings 213 Through 227 (Docket No. 243)*** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner