IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed Government's Motion to Strike Defense Pleadings at docket 240, it is hereby GRANTED/DENIED.

**IT IS SO ORDERED.**

Date: _____          _____
                                U.S. DISTRICT COURT JUDGE