Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**NOTICE OF FILING AFFIDAVIT OF BRUCE A. CURRIE IN SUPPORT OF** *MOTION FOR A DAUBERT HEARING RE: MR. WELLS' TIRE* **(Docket Nos. 194, 195)** |

James Wells, through counsel, Rich Curtner, Federal Defender, hereby files the attached Affidavit of Bruce A. Currie (Exhibit A) in support of Mr. Wells' *Motion for a Daubert Hearing Re: Mr. Wells' Tire* (filed December 5, 2013, at Docket Nos. 194, 195).

DATED at Anchorage, Alaska this 13th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 13, 2014,
a copy of the **Notice of Filing Affidavit of Bruce A. Currie in Support of Motion for a Daubert Hearing Re: Mr. Wells' Tire (Docket Nos. 194, 195)** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner