Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**NOTICE OF FILING ADDITIONAL EXHIBIT IN SUPPORT OF *MOTION FOR A DAUBERT HEARING RE: IDENTIFICATION OF BLUE VEHICLE IN USCG VIDEO FOOTAGE* (Docket Nos. 198, 199)** |

In addition to Exhibits A and B to Mr. Wells' *Motion for a Daubert Hearing Re: Identification of Blue Vehicle in USCG Video Footage* to exclude proposed government expert Neil Schmidt (filed December 5, 2013, at Docket Nos. 198, 199), Mr. Wells would like to direct the court's attention to the statements of Gerald Richards, who was also unable to identify the make or model of the car in the USCG video (Exhibit C).

///

///

///

DATED at Anchorage, Alaska this 13th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 13, 2014,
a copy of the *Notice of Filing Additional Exhibit in Support of Motion for a Daubert Hearing Re: Identification of Blue Vehicle in USCG Video Footage (Docket Nos. 198, 199)*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner