

Date of entry    01/02/2013

GERALD B. RICHARDS, Examiner of Questioned Documents and Photographs, 15307 ALAN DRIVE, LAUREL, MARYLAND 20707, telephone number ▓▓▓▓▓▓ was interviewed at his residence. Also present during the interview were Assistant United States Attorneys (AUSAs) Dan Cooper and Bryan Schroder. After being advised of the identity of the interviewing Agent and the nature of the interview, RICHARDS provided the following information:

RICHARDS explained the quality of the video was poor, and there was not much he could do to enhance the image. RICHARDS stated the vehicle in the 4/12/2012 video was a dark grey or blue. The brake lights appear to be high on the rear roof post, but with the snow in the background it was hard to tell for sure. RICHARDS stated the wheels in the 4/12/2012 video were dark, in comparison to silver colored wheels. RICHARDS could not see a bra or spare tire.

RICHARDS stated there were similarities in the characteristics of the vehicles when comparing the vehicles in the videos from 4/12/2012 and 4/20/2012. The quality of the pixels was about the same, but there were too few to make any determination.

---

Investigation on  12/20/2012  at  Laurel, Maryland, United States (In Person)

File #  70A-AN-15667                                        Date drafted  01/02/2013

by  WICKMAN ELIZABETH A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit C - Page 1 of 1

Case 3:13-cr-00008-SLG   Document 256-1   Filed 01/13/14   Page 1 of 1

21559