Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br><br>**DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION TO STRIKE PLEADINGS 213 THROUGH 227 (Docket No. 243)** |

James Wells files this opposition to the government's motion to strike his motions in limine (Docket No. 243, filed January 7, 2014, at 11:44 a.m.), to which the government has already filed its response. The government has waived the right to strike the pleadings since it has already contested them. (*See* Docket No. 238, filed January 6, 2014, at 3:55 p.m.) The government has not filed a motion to strike its response at Docket No. 243.

Mr. Wells' *motions in limine* were filed in accord with District of Alaska Local Crim. Rule 47.1(a) and District of Alaska Local Rule 7.1 because the points and authorities relied upon are the Federal Rules of Evidence referenced in the underlying motions. A

declaration filed pursuant to 28 U.S.C. § 1746 supports each of the motions, as is accepted

under District of Alaska Local Rule 7.1(a)(4)(ii).


DATED this 13th day of January 2014.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:            907-646-3480
E-Mail:         rich_curtner@fd.org

Certification:
I certify that on January 13, 2014,
a copy of the *Defendant's Opposition to Government's Motion to Strike Pleadings 213 Through 227 (Docket No. 243)* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/Rich Curtner