Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING EXHIBIT IN SUPPORT OF** *MOTION FOR A DAUBERT HEARING RE: MR. WELLS' TIRE* **(Docket Nos. 194, 195)** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells, through counsel, Rich Curtner, Federal Defender, hereby files the attached Exhibit A in support of Mr. Wells' *Motion for a Daubert Hearing Re: Mr. Wells' Tire* (filed December 5, 2013, at Docket Nos. 194, 195).

Mr. Wells would like to bring the attached excerpt from Mr. Bolden's report to the court's attention. It includes the conditions under which Mr. Bolden conducted his experiment about air pressure loss to Mr. Wells' tire. The conditions specify that the testing was done at a temperature of over 95 degrees Fahrenheit. This is significantly different from conditions in Kodiak, Alaska at the time of the incident. For that reason, Mr. Bolden's

tests are not an accurate replication of the conditions to which Mr. Wells' tire was subject at the time of the incident. The court should exclude these tests because of their lack of probative value pursuant to Fed. R. Evid. 403. There is a very real risk the jury will be misled by this experiment, which will not accurately convey the air loss to Mr. Wells' tire.

DATED at Anchorage, Alaska this 13th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 13, 2014,
a copy of the *Notice of Filing Exhibit in Support of Motion for a Daubert Hearing Re: Mr. Wells' Tire (Docket Nos. 194, 195)*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                      Page 2