

**STL** STANDARDS TESTING LABS
Tough On Testing.™

# ALASKA FBI

| | | | |
|---|---|---|---|
| JOB NO. | **T2-559** | DATE | **8/03/12** |
| SPEC NO. | **CUSTOMER** | TEST NO. | **TT12-3386** |
| TEST DURATION | **24 HOURS** | STATION NO. | **69** |
| PO NO. | | | |

| | | | | |
|---|---|---|---|---|
| TIRE NAME | **BFGOODRICH COMMERCIAL TRACTION T/A** | | LOAD RANGE | **E** |
| TIRE SIZE | **LT265/75R16** | ID.NO. **BFW8A5112508** | TT/TL | **TL** |
| MAX.INFLA.SINGLE | **80** | MAX.LOAD.SINGLE **3415** | D.O.T. | **Y** |
| DUAL | **80** | DUAL **3085** | T.W.I. | **Y** |
| CARCASS CORD MAT. | **P** | BELT CORD MAT. **P,S,N** | RIM NO. | |
| NO. PLIES SIDEWALL | **2** | NO.PLIES TREAD **5** | CONSTR. | **R** |
| TEST RIM SIZE | **MOUNTED** | | | |

### SPECIAL INSTRUCTIONS
**USE ROTARY AIR UNION**
**RECORD INFLATION PRESSURE EVERY HOUR**
**TERMINATE TEST IF PRESSURE DROPS BELOW 60 PSI**
**DO NOT REMOVE NAIL FROM TIRE**
**DO NOT DISMOUNT**

### TEST DATA

| INSPECTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHLD. TEMP OS (°F) | | | | | | | | |
| SHLD. TEMP SS (°F) | | | | | | | | |
| CENTER CROWN (°F) | | | | | | | | |
| AIR PRESSURE (psi) | 80/80 | 80.2 | 79.8 | 78.5 | 77.2 | 75.8 | 74.5 | 72.9 |
| AMBIENT TEMP (°F) | 97 | 98 | 99 | 99 | 99 | 99 | 99 | 99 |
| TEST LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| ACTUAL LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| TEST SPEED (mph) | 0 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| TECHNICIAN | MP/PH | MP/PH | RP | RP | RP | RP | RP | RP |
| DATE | 8/3 | 8/3 | 8/3 | 8/3 | 8/3 | 8/3 | 8/3 | 8/3 |
| CHECK TIME | 1340 | 1440 | 1540 | 1640 | 1740 | 1840 | 1940 | 2040 |
| TEST MILES | 0 | 2/75 | 12/150 | 84/225 | 247/300 | 310/375 | 372/450 | 434/525 |
| TEST CYCLE HOURS | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| TOTAL HOURS | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TEST DURATION: | 24.0 | DATE COMPLETED: | 8/04/12 | TOTAL MILES: | 1,800.0 1488 | |

REASON FOR REMOVAL **Test Complete. No visual defects.**

TECHNICIAN: **P. Smith** APPROVED BY:

See above referenced
test spec. for operational
tolerances.

Exhibit A - Page 1 of 4
STLF 09.1
20956



# ALASKA FBI

| | | | |
|---|---|---|---|
| JOB NO. | T2-559 | DATE | 8/03/12 |
| SPEC NO. | **CUSTOMER** | TEST NO. | TT12-3386 |
| TEST DURATION | **24 HOURS** | STATION NO. | 69 |
| PO NO. | | | |

| | | | | | |
|---|---|---|---|---|---|
| TIRE NAME | **BFGOODRICH COMMERCIAL TRACTION T/A** | | LOAD RANGE | E | |
| TIRE SIZE | **LT265/75R16** | ID.NO. **BFW8A5112508** | TT/TL | TL | |
| MAX.INFLA.SINGLE | 80 | MAX.LOAD.SINGLE 3415 | D.O.T. | Y | |
| DUAL | 80 | DUAL 3085 | T.W.I. | Y | |
| CARCASS CORD MAT. | P | BELT CORD MAT. P,S,N | RIM NO. | | |
| NO. PLIES SIDEWALL | 2 | NO.PLIES TREAD 5 | CONSTR. | R | |
| TEST RIM SIZE | **MOUNTED** | | | | |

### SPECIAL INSTRUCTIONS
*USE ROTARY AIR UNION*
*RECORD INFLATION PRESSURE EVERY HOUR*
*TERMINATE TEST IF PRESSURE DROPS BELOW 60 PSI*
*DO NOT REMOVE NAIL FROM TIRE*
*DO NOT DISMOUNT*

### TEST DATA

| INSPECTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHLD. TEMP OS (°F) | | | | | | | | |
| SHLD. TEMP SS (°F) | | | | | | | | |
| CENTER CROWN (°F) | | | | | | | | |
| AIR PRESSURE (psi) | 71.2 | 69.5 | 69.5 | 69.6 | 69.1 | 69.3 | 68.1 | 62.3 |
| AMBIENT TEMP (°F) | 99.2 | 99 | 95 | 95 | 95 | 95 | 95 | 95 |
| TEST LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| ACTUAL LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| TEST SPEED (mph) | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| TECHNICIAN | RP | RP | TF | TF | TF | TF | TF | TF |
| DATE | 8/3 | 8/3 | 8/3 | 8/4 | 8/4 | 8/4 | 8/4 | 8/4 |
| CHECK TIME | 2140 | 2240 | 2340 | 0040 | 0140 | 0240 | 0340 | 0440 |
| TEST MILES | 496 600 | 558 675 | 620 750 | 682 825 | 744 900 | 806 975 | 868 1,050 | 930 1,125 |
| TEST CYCLE HOURS | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| TOTAL HOURS | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |

TEST DURATION: _____ DATE COMPLETED: _____ TOTAL MILES: _____

REASON FOR REMOVAL _____

TECHNICIAN: _____ APPROVED BY: _____

See above referenced
test spec. for operational
tolerances.

8/10/00 Rev. 0

Exhibit A - Page 2 of 4
STLF 09.1
20957



**STL™**
**STANDARDS TESTING LABS**
*Tough On Testing.℠*

# ALASKA FBI

| | | | | |
|---|---|---|---|---|
| JOB NO. | T2-559 | | DATE | 8/04/12 |
| SPEC NO. | CUSTOMER | | TEST NO. | TT12-3386 |
| TEST DURATION | 24 HOURS | | STATION NO. | 69 |
| PO NO. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TIRE NAME | BFGOODRICH COMMERCIAL TRACTION T/A | | | LOAD RANGE | E |
| TIRE SIZE | LT265/75R16 | ID.NO. | BFW8A5112508 | TT/TL | TL |
| MAX.INFLA.SINGLE | 80 | MAX.LOAD.SINGLE | 3415 | D.O.T. | Y |
| DUAL | 80 | DUAL | 3085 | T.W.I. | Y |
| CARCASS CORD MAT. | P | BELT CORD MAT. | P,S,N | RIM NO. | |
| NO. PLIES SIDEWALL | 2 | NO.PLIES TREAD | 5 | CONSTR. | R |
| TEST RIM SIZE | MOUNTED | | | | |

### SPECIAL INSTRUCTIONS

**USE ROTARY AIR UNION**
**RECORD INFLATION PRESSURE EVERY HOUR**
**TERMINATE TEST IF PRESSURE DROPS BELOW 60 PSI**
**DO NOT REMOVE NAIL FROM TIRE**
**DO NOT DISMOUNT**

### TEST DATA

| INSPECTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHLD. TEMP OS (°F) | | | | | | | | |
| SHLD. TEMP SS (°F) | | | | | | | | |
| CENTER CROWN (°F) | | | | | | | | |
| AIR PRESSURE (psi) | 60.5 | 62.1 | 62.1 | 68.5 | 68.5 | 66.9 | 65.7 | 64.5 |
| AMBIENT TEMP (°F) | 96.5 | 97.1 | 98 | 98 | 98 | 98 | 98 | 99 |
| TEST LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| ACTUAL LOAD (lbs.) | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 | 2,732 |
| TEST SPEED (mph) | 62 | 62 | 62 | 62 | 62 | 62 | 62 | 62 |
| TECHNICIAN | TM | TM | PS/PH | MB | MB | PS | PS | PS |
| DATE | 8/4 | 8/4 | 8/4 | 8/4 | 8/4 | 8/4 | 8/4 | 8/4 |
| CHECK TIME | 0540 | 0640 | 0740 | 0840 | 0940 | 1040 | 1140 | 1240 |
| TEST MILES | 1,200 | 1,275 | 1,350 | 1,425 | 1,500 | 1,575 | 1,650 | 1,725 |
| TEST CYCLE HOURS | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| TOTAL HOURS | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |

TEST DURATION:      DATE COMPLETED:      TOTAL MILES:

REASON FOR REMOVAL ——————————————

TECHNICIAN:      APPROVED BY:

See above referenced
test spec. for operational
tolerances.

Exhibit A - Page 3 of 4
STLF 09.1
20958

Case 3:13-cr-00008-SLG   Document 260-1   Filed 01/13/14   Page 3 of 4



# ALASKA FBI

| | | | |
|---|---|---|---|
| JOB NO. | **T2-559** | DATE | **8/04/12** |
| SPEC NO. | **CUSTOMER** | TEST NO. | **TT12-3386** |
| TEST DURATION | **24 HOURS** | STATION NO. | **69** |
| PO NO. | | | |

| | | | | | |
|---|---|---|---|---|---|
| TIRE NAME | **BFGOODRICH COMMERCIAL TRACTION T/A** | | | LOAD RANGE | **E** |
| TIRE SIZE | **LT265/75R16** | ID.NO. | **BFW8A5112508** | TT/TL | **TL** |
| MAX.INFLA.SINGLE | **80** | MAX.LOAD.SINGLE | **3415** | D.O.T. | **Y** |
| DUAL | **80** | DUAL | **3085** | T.W.I. | **Y** |
| CARCASS CORD MAT. | **P** | BELT CORD MAT. | **P,S,N** | RIM NO. | |
| NO. PLIES SIDEWALL | **2** | NO.PLIES TREAD | **5** | CONSTR. | **R** |
| TEST RIM SIZE | **MOUNTED** | | | | |

## SPECIAL INSTRUCTIONS

**USE ROTARY AIR UNION**
**RECORD INFLATION PRESSURE EVERY HOUR**
**TERMINATE TEST IF PRESSURE DROPS BELOW 60 PSI**
**DO NOT REMOVE NAIL FROM TIRE**
**DO NOT DISMOUNT**

## TEST DATA

| INSPECTION | OK | | | | | | |
|---|---|---|---|---|---|---|---|
| SHLD. TEMP OS (°F) | | | | | | | |
| SHLD. TEMP SS (°F) | | | | | | | |
| CENTER CROWN (°F) | | | | | | | |
| AIR PRESSURE (psi) | 62.8 | | | | | | |
| AMBIENT TEMP (°F) | 99 | | | | | | |
| TEST LOAD (lbs.) | 2,732 | | | | | | |
| ACTUAL LOAD (lbs.) | 2,732 | | | | | | |
| TEST SPEED (mph) | 62 | | | | | | |
| TECHNICIAN | PS | | | | | | |
| DATE | 8/4 | | | | | | |
| CHECK TIME | 1340 | | | | | | |
| TEST MILES | 1480,800 | | | | | | |
| TEST CYCLE HOURS | 1 | | | | | | |
| TOTAL HOURS | 24 | | | | | | |

| | | | |
|---|---|---|---|
| TEST DURATION: | DATE COMPLETED: | | TOTAL MILES: |

REASON FOR REMOVAL —————————————————————————

TECHNICIAN:                                                APPROVED BY:

See above referenced
test spec. for operational
tolerances.

8/10/00 Rev. 0

Exhibit A - Page 4 of 4

STLF 09.1
20959

Case 3:13-cr-00008-SLG   Document 260-1   Filed 01/13/14   Page 4 of 4