Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME FOR PERMISSION TO FILE A DVD CONVENTIONALLY AND UNDER SEAL** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells, through counsel, Rich Curtner, Federal Defender, hereby requests the Court's permission to file conventionally and under seal, a DVD as Exhibit C in support of Mr. Wells' *Motion for a Daubert Hearing Re: Modeling of Wells' Vehicle Over USCG Footage* (filed December 5, 2013, at Docket Nos. 200, 201).

Mr. Wells submits for conventional filing a video file that Mr. Toglia has prepared for the court's attention.  Since it is labeled "work in progress," it is unclear if the government will seek to introduce this at trial.  If the government seeks to introduce a different video, Mr. Wells has not received it.

This exhibit is being filed under seal because it is a possible trial exhibit, and should not be available to the public at this time.

DATED at Anchorage, Alaska this 13th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 13, 2014,
a copy of the **Motion on Shortened Time for Permission to File a DVD Conventionally and Under Seal** was
served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner