UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of defendant's *Motion on Shortened Time for Permission to File a DVD Conventionally and Under Seal*, the motion is GRANTED.

It is hereby ORDERED that the Clerk of Court is directed to accept for filing conventionally and under seal a DVD as described in Docket No. 259.

DATED this _____ day of January 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE