KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES MICHAEL WELLS, )<br>)<br>Defendant. ) | No. 3:13-cr-00008-RRB-JDR<br><br>**NOTICE OF ADDITIONAL PRECEDENT** |

COMES NOW the United States, by and through undersigned counsel, and notifies the court of additional precedent on which the government intends to rely at oral argument on January 14, 2014.

At docket 242, this Court set oral argument on defendant's *Daubert* motions for January 14, 2014. In preparation for those arguments, the government has discovered an additional case from the Ninth Circuit Court of Appeals. The case, *United States v. Quinn*, 18 F.3d 1461 (9th Cir 1994), discusses the admission of expert evidence on the subject of photogrammetry. Id. at 1464-65. The Court may find this case useful in considering the defense request for a *Daubert* hearing related to Mr. Angelo Toglia, challenged by the defendant at

//

//

//

docket 200 and 225. The government will have copies of the case available for all parties at the oral argument.

RESPECTFULLY SUBMITTED on January 13, 2014, in Anchorage, Alaska.

<u>s/ Karen L. Loeffler</u>
KAREN L. LOEFFLER
United States Attorney

<u>s/ Bryan Schroder</u>
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

<u>s/ Katheen A. Duignan</u>
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2014,
a copy of the foregoing was served via the
CM/ECF system on all counsel of record.

<u>s/ Bryan Schroder</u>
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                Page 3 of 3

Case 3:13-cr-00008-SLG   Document 264   Filed 01/13/14   Page 3 of 3