```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody
```

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY:      BRYAN SCHRODER, KAREN LOEFFLER AND
                              KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER

PROCEEDINGS: HEARING ON MOTION FOR DAUBERT AND RELATED IN LIMINE
             MOTIONS RE DOCKETS 192, 194, 196, 198, 200, 211,
             213, 216, 219, 222 AND 225 HELD JANUARY 14, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:01 a.m. court convened.

Court and counsel heard re Government's Motion to Strike Defense
Pleadings (Dkt 243); **DENIED.**

Court and counsel heard re Government's Motion to Strike Defense
Pleadings (Dkt 254); **DENIED as moot.**

Arguments heard on related Motions in Limine.

Court ordered government to file briefing relating to motions
heard by **January 17, 2014**; Defendant to file response in **3
business days.**

At 11:26 a.m. court adjourned.

OFF RECORD NOTE: Court ordered clerk to order a daily transcript
of this proceeding.

DATE:  January 14, 2014     DEPUTY CLERK'S INITIALS:     SDW