KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF** |
| JAMES MICHAEL WELLS, | ) **LODGING EXHIBIT** |
| Defendant. | ) |

COMES NOW the United States, by and through undersigned counsel, and hereby files the attached Exhibit 1, inadvertently not attached to Government's Motion to Compel Discovery, at docket 250.

Government apologizes for any inconvenience to the court.

RESPECTFULLY SUBMITTED this 15th day of January, 2013, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2014,
a copy of the foregoing was served
electronically on:

Rich Curtner

s/ Bryan D. Schroder
Office of the U.S. Attorney

*U.S. v. Wells*
Case No. 3:13-cr-00008-RRB        -2-