

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     05/02/2013

GARY BOLDEN, date of birth (DOB) ▓▓▓▓▓▓ was interviewed at his place of employment STANDARDS TESTING LABS, 1845 Harsh Avenue S.E., Massillon, Ohio. Also present were Assistant United States Attorneys Daniel Cooper and Bryan Schroeder. BOLDEN provided the following information:

BOLDEN reviewed the information included in the report provided to SA Allison on 08/17/2012 regarding the LT265/75R16 BF Goodrich Commercial Traction T/A Tire seized from the bed of the pickup truck owned by JAMES WELLS. In addition to the observations noted in the report, BOLDEN stated that the curvature of the inner liner of the tire adjacent to the nail indicated that the nail had been pulled outward after it was inserted. BOLDEN also stated that the edges of the hole made by the nail were sharp and unworn. Had the tire been in service after the nail was picked up the edges of the hole would have been worn.

BOLDEN provided a CD with photos from his examination.

Investigation on  04/10/2013  at  Massilon, Ohio, United States (In Person)

File #  70A-AN-15667                                                Date drafted  05/02/2013

by  Daryl Allison

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



August 16, 2012

Daryl Allison, Special Agent
Alaska FBI
101 East 6th Avenue
Anchorage, Alaska 99501

Subject: LT265/75R16 BF Goodrich Commercial Traction T/A Tire Analysis

For reference purposes, the tire is marked with clock positions by designating the DOT serial as 12:00 with the clock face correctly displayed on the serial number side of the tire. The non serial side of the tire is marked in a similar fashion but in reverse so the clock positions correspond on either side of the tire. The tread ribs and grooves are numbered sequentially starting with 1 on the serial side of the tread. The analysis of the tire was visual and the tire was not altered.



Overall Serial Side

The subject tire was received 6/4/12 secured in a wooden crate. As received the tire was mounted on a steel wheel with both beads seated and pressurized. The tire/wheel assembly was removed from the crate and the inflation pressure gauge reading was 20 psi on 6/22/12. A visual inspection of the outer surfaces of the tire revealed a nail embedded

2

in tread groove 1 at 3:00. The head of the nail was well below the surface of the adjacent ribs and there was no indication of pavement contact or corrosion on the exposed portion of the nail. Leak detector was sprayed around the nail and a very slight leakage of air was noted. There was no evidence of wear or abrasion around the shank where it penetrated the tire casing. The orientation of the nail was nearly perpendicular to the tread surface.



Nail in groove 1 @ 3:00

The tire was carefully dismounted from the wheel to expose the beads and inner liner. Both beads and the inner liner condition were good except for the shank of the nail that had penetrated the liner. The nail appears to be a 16d or 20d size and is oriented nearly perpendicular to the liner surface. There was no chafing, abrasion or cutting associated with the nail. Furthermore there was no evidence that the nail had been "working" while the tire was in service.



Nail Shank Through Liner
03/07/2013

G-000003

Case 3:13-cr-00008-SLG   Document 274-4   Filed 01/23/14   Page 3 of 5

Exhibit D - Page 3 of 5

A 360° tread X-ray was taken and was normal except for the nail embedded in the tread. There was no evidence of component damage around the nail shank. There was no chafing or fracturing of the belt cables adjacent to the nail.

The tire was remounted and inflated to 80 psi to conduct a static air retention study. The inflated assembly was not loaded but left standing undisturbed and the air pressure was checked periodically over a 2 week time span. After 13 days, the air pressure had dropped from 80 psi to 73 psi, a change of 7psi or approximately .5 psi per day. This would be an imperceptible loss both visually and in terms of vehicle response.

The static air retention study was followed by a dynamic study. The tire pressure was set at 80 psi and the assembly was installed on a laboratory dynamometer. The tire was loaded to 2732 lbs. (80% of its maximum rated load), and the running speed was set at 62 mph for 24 hours. A rotary air union was attached to the wheel valve to enable pressure checks without stopping the dynamometer. Pressure readings were taken every hour for 24 hours. After 24 hours and 1488 miles, the tire pressure was 62.8 psi (a loss of 17.2 psi). The tire showed no evidence of structural damage or weakening at the completion of this protocol.

## CONCLUSIONS

1. The condition of the nail head indicates the tire was never in service while the nail was present. There is no evidence of pavement or debris abrasion on the nail head that would necessarily be there if the nail were actually picked up during operation.
2. The location of the nail head (in the groove, below the tread surface) indicates it was not picked up while the truck was operating. If the nail were picked up on the pavement, the head would not go beyond the surface of the tread and would subsequently be abraded by the pavement.
3. The orientation of the nail indicates it did not penetrate the tire during normal operation. The nail shank penetrated the tire in a nearly perpendicular orientation to the tread surface. A nail of this size could only penetrate the tire at an oblique angle or the shank would be bent as the tire rolled over it.
4. The rate of air loss occurring as a result of this puncture would necessitate the addition of air at the earliest after several hundred miles of service. Clearly this tire has not been in service with this nail present. There is no abrasion to the nail head and there is no wearing or wallowing of the nail in the puncture hole.
5. The nail in this tire was inserted manually for the following reasons:
    a. It is oriented perpendicular to the tread surface.
    b. There is no evidence of road or debris abrasion on the nail head.
    c. The nail head has been forced below the tread surface in the groove.
    d. The nail location (groove 1) is the outermost groove which would be the most accessible without removing the tire/wheel assembly from the truck.

The opinions and conclusions stated above are made with a reasonable degree of engineering and scientific certainty.

*Gary Bolden*

Gary Bolden
Director of Forensics
Standards Testing Labs