KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| | ) | |
| | ) | **GOVERNMENT'S REQUEST** |
| Plaintiff, | ) | **FOR EXTENSION TO FILE** |
| | ) | **MOTIONS *IN LIMINE*** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | **[FILED ON SHORTENED TIME]** |
| | ) | |
| Defendant. | ) | |

The United States, through counsel, requests an extension to file its motions *in limine* because the defense has yet to comply with the Court's orders to provide reciprocal discovery.

The government initially requested the defense's reciprocal discovery on February 20, 2013, and subsequently on numerous occasions thereafter. Not having received any reciprocal discovery, the government then filed a motion with the Court to compel defense discovery, which was filed on July 26, 2013 at docket 99.

The Court entered an order granting the government's motion and setting out a schedule on September 11, 2013, entered as docket 130. In that order, the defense was required to file rebuttal expert notices on November 29, 2013 and provide their reciprocal discovery 30 days from the date the government fulfilled its obligations under F.R.Cr.P. 16(a)(1)(A). The government stated on the record at a hearing on December 16, 2013 that it had met that obligation. This should have required the defense to provide reciprocal discovery on January 15, 2014.

Additionally, the Court ordered the defense at docket 249 to provide their expert reports no later than January 15, 2014 and the government to file its motions *in limine* on January 24, 2014. The government has not received any expert reports or reciprocal discovery to date.

*United States. v. Wells*
3:13-cr-00008-RRB-JDR    Page 2 of 3

Case 3:13-cr-00008-SLG   Document 275   Filed 01/24/14   Page 2 of 3

Therefore, the government requests that the Court extend the government's deadline to file its motions *in limine* from January 24, 2014 until a date 14 days following the government's receipt of the defense's expert reports and reciprocal discovery.

RESPECTFULLY SUBMITTED on January 24, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney