IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **PROPOSED ORDER** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having duly considered the United States' Request for Extension to File Motions *In Limine,* the motion is hereby granted.

IT IS SO ORDERED

DATED:_____  _____
U.S. DISTRICT COURT JUDGE