Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATIONS** |

James Wells, through counsel, requests the court extend his deadline for filing objections to the Magistrate Judge's report and recommendation filed at Docket No. 267 (re: *Motion to Suppress Statements (Fourth and Fifth Amendments)*, Docket No. 120), the report and recommendation filed at Docket No. 268 (re: *Motion to Suppress Statements (Fifth and Sixth Amendments)*, Docket No. 122), and the report and recommendation filed at Docket No. 270 (re: *Motion to Suppress Physical Evidence*, Docket No. 142). Mr. Wells' objections to these report and recommendations are currently due January 27, 2014. Mr. Wells is requesting until January 31, 2014, to file his objections.

This extension is necessary because in the last three weeks the government has disclosed thousands of pages of discovery and hundreds of interviews (including a CD containing 601 megabytes of discovery received late yesterday). Those interviews include multiple statements from Scott Reckner, who was Mr. Wells' supervisor; Para Upchurch, one of Mr. Wells' co-workers; Aaron Coggins, another of Mr. Wells' co-workers; information from Aaron Woods related to the COMMSTA watch logs and 911 report; and COMMSTA watch logs from April 10 through April 15, 2012.

Counsel requested this information over a year ago in order to avoid delays and for the sake of efficiency. Now counsel needs to review this discovery because it has bearing on the issues of Mr. Wells' custody at T1, and the statements whose excerpts are included in the search warrants.

Counsel is certain that a complete review of the files will not be possible by January 27, 2014. Counsel is uncertain that a complete review of the files will be possible by January 31, 2014. However, if counsel is unable to complete that review in order to adequately respond to the report and recommendations based on the recently discovered information, counsel will apprise the court.

This motion is being filed on shortened time because objections are currently due Monday, January 27, 2014.

Counsel contacted the government to obtain a non-opposition to this motion, but as of this time, the government has not responded.

DATED at Anchorage, Alaska this 24th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on January 24, 2014,
a copy of the *Motion on Shortened Time to
Continue Deadline for Filing Objections to
Report and Recommendations* was served
electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner