UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of Defendant's Motion on Shortened Time to Continue Deadline for Filing Objections to Report and Recommendations, the motion is GRANTED.

IT IS HEREBY ORDERED that Mr. Wells' objections to the Report and Recommendations at Docket Nos. 267, 268 and 270 shall be due by close of business on January 31, 2014. Replies to the objections shall be due by February 7, 2014.

DATED this _____ day of January 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE