Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **DEFENSE NOTICE OF EXPERT DANIEL REISBERG** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

In compliance with Fed.R.Evid. 702, 703, and 705, the defense identifies the following potential expert witness.

Daniel Reisberg is the Patricia & Clifford Professor of Psychology at Reed College, and also chair of Reed's Psychology Department. He specializes in perception and cognitive psychology, and has published extensively on these topics, with his publications including journal articles, book chapters, and a lengthy series of books. In addition to his work in the academic world, he has worked in several capacities with the justice system – he has provided CLE's for several groups (including groups of defenders,

prosecutors and investigators), has provided in-service training for law enforcement, and has testified on eyewitness memory before the Oregon state legislature. He has consulted extensively on specific cases, and testifies several times a year on issues of perception and memory. Professor Reisberg has testified in state courts in California, Idaho, Oregon and Washington, and in federal court.

If called to testify in this case, Professor Reisberg will testify, first, about the broad phenomenon on confirmation bias, and, specifically, about the role of confirmation bias in forensic analyses, and, with that, the increased risk of error if a forensic analysis is conducted by someone who knows what outcome is expected by the party that has retained the relevant expert. Professor Reisberg will also discuss the steps one can take to avoid confirmation bias, and thus the types of investigation that are less vulnerable to confirmation bias.

Second, Professor Reisberg will also testify about how someone's perception of low-quality visual inputs can be altered (and in some cases, distorted) by the person's expectations or knowledge about what the inputs are 'supposed to' show. Here, Professor Reisberg will focus on so-called "top-down" influences on perception, a term referring to the processes in which knowledge and expectations can powerfully shape what we see. He will also discuss issues related to these "top-down" effects, including (a) the degree to which one cannot reverse these effects (and so cannot return to a 'neutral' perception, once one has learned what a display supposedly shows); (b) the degree to which an initial (top-down) perception of a display can undermine perceptual accuracy, making it more difficult to perceive what is actually present; (c) the evidence that someone, knowing what

a display is "supposed to show," will mistakenly believe that others, viewing the display 'naively' (*i.e.*, without foreknowledge), would see the same patterns.

Daniel Reisberg's curriculum vitae is attached as Exhibit A.

DATED at Anchorage, Alaska this 24th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on January 24, 2014,
a copy of the *Defense Notice of Expert
Daniel Reisberg* was served electronically
on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                         Page 3

Case 3:13-cr-00008-SLG   Document 278   Filed 01/24/14   Page 3 of 3