23 January 2014

## VITA

# Daniel Reisberg
### *Patricia & Clifford Lunneborg Professor of Psychology*

Psychology Department, Reed College        Voice:  (503) 517-7402  or  (503) 770-0636
3203 SE Woodstock Blvd.                     Fax:    (503) 914-0477
Portland, Oregon 97202                      Email:  reisberg@reed.edu

Education:  B.A. Swarthmore College, Psychology and Philosophy, 1975
M.A. University of Pennsylvania, Psychology, 1976
Ph.D. University of Pennsylvania, Psychology, 1980

Positions:  Assistant Professor, New School for Social Research, 1980–1986.
Assistant Professor, Reed College, 1986–1989.
Associate Professor, Reed College, 1989–1993.
Visiting Scientist, Applied Psychology Unit, Medical Research Council,
   Cambridge, England, 1994.
Professor, Reed College, 1993–2013.
Patricia & Clifford Lunneborg Professor of Psychology, 2013–present.
*Also: Department Chair, 1995–97, 2002–04, 2006–07, 2009–2011, 2012– .*

Honors and Awards:

High Honors, Swarthmore College, 1975
Sigma Xi  (Promoted from Associate Member to Member, May 1984)
Phi Beta Kappa
National Science Foundation Graduate Fellow, 1975-78
University of Pennsylvania University Fellow, 1978
National Institute of Mental Health Predoctoral Fellow, 1978-80
Fellow of the American Association for the Advancement of Science
  (elected to the rank of Fellow in October 1994)
Fellow of the Western Psychological Association
  (elected to the rank of Fellow in September, 1995)
Visiting Fellow of the British Psychological Association (September, 1999)
Fellow of the American Psychological Association, Division 3
   (Experimental Psychology; elected to the rank of Fellow in August, 1999)
First-place team (with James Kalat and Nancy Felipe Russo) in
   the WPA's "Psychology Jeopardy" (April, 2000)
Fellow of the Association for Psychological Science
  (Elected to the rank of Fellow in January, 2007)

For the readers' convenience, recent additions to my CV are boxed.

Case 3:13-cr-00008-SLG   Document 278-1   Filed 01/24/14   Page 1 of 22

**Publications** (*books marked with* **b**):

1. Reisberg, D. (1972). Objects to the SST. In Siegel, K. (Ed.), *Talking back to The New York Times* (pp. 319-320). N.Y.: Quadrangle Books.

2. Schwartz, B., Reisberg, D. and Vollmecke, T. (1974). Effects of treadle training on autoshaped keypecking: Learned laziness and learned industriousness, or response competition? *Bulletin of the Psychonomic Society, 3,* 369-372.

3. Reisberg, D. (1978). Looking where you listen: Visual cues and auditory attention. *Acta Psychologica, 42,* 331-341.

4. Reisberg, D., Baron, J. and Kemler, D. (1980). Overcoming Stroop interference: The effects of practice on distractor potency. *Journal of Experimental Psychology: Human Perception and Performance, 6,* 140-150.

5. Reisberg, D., Scheiber, R. and Potemken, L. (1981). Eye position and the control of auditory attention. *Journal of Experimental Psychology: Human Perception and Performance, 7,* 318-323.

6. Reisberg, D. (1983). General mental resources and perceptual judgments. *Journal of Experimental Psychology: Human Perception and Performance, 9,* 966-979.

7. Reisberg, D., Rappaport, I. and O'Shaughnessy, M. (1984). The limits of working memory: The digit digit-span. *Journal of Experimental Psychology: Learning, Memory and Cognition, 10,* 203-221.

8. Reisberg, D. and O'Shaughnessy, M. (1984). Diverting subjects' attention slows figural reversals. *Perception, 13,* 461-468.

9. Reisberg, D. and McLean, J. (1985). Meta-attention: Do we know when we are being distracted? *Journal of General Psychology, 112,* 291-306.

10. Chambers, D. and Reisberg, D. (1985). Can mental images be ambiguous? *Journal of Experimental Psychology: Human Perception and Performance, 11,* 317-328.

11. Reisberg, D. and Morris, A. (1985). Images contain what the imager put there: A non-replication of illusions in imagery. *Bulletin of the Psychonomic Society, 23,* 493-496.

12. Reisberg, D., Culver, C., Heuer, F. and Fischman, D. (1986). Visual memory: When imagery vividness makes a difference. *Journal of Mental Imagery, 10,* 51-74.

13. Heuer, F., Fischman, D. and Reisberg, D. (1986). Why does vivid imagery hurt colour memory? *Canadian Journal of Psychology, 40,* 161-175.

**Publications** (continued; *books marked with* **b**):

14. Reisberg, D. and Chambers, D. (1986). Neither pictures nor propositions: The intensionality of mental images. In C. Clifton (Ed.), *The Eighth Annual Conference of the Cognitive Science Society* (pp. 208-222). Hillsdale, N.J.: Erlbaum Associates.

15. Reisberg, D. and Leak, S. (1987). Visual imagery and memory for appearance: Does Clark Gable or George C. Scott have bushier eyebrows? *Canadian Journal of Psychology*, *41*, 521-526.

16. Reisberg, D., McLean, J. and Goldfield, A. (1987). Easy to hear but hard to understand: A lip-reading advantage with intact auditory stimuli. In R. Campbell and B. Dodd (Eds.), *Hearing by Eye: The Psychology of Lip-Reading* (pp. 97-114). Hillsdale, N.J.: Erlbaum Associates.

17. Reisberg, D. (1987). External representations and the advantages of externalizing one's thought. In E. Hunt (Ed.), *The Ninth Annual Conference of the Cognitive Science Society* (pp. 281-293). Hillsdale, N.J.: Erlbaum Associates.

18. Reisberg, D. and Heuer, F. (1987). Commentary on "Image Psychology and the Empirical Method." *Journal of Mental Imagery*, *11*, 120-129.

19. Reisberg, D., Heuer, F., McLean, J. and O'Shaughnessy, M. (1988). The quantity, not the quality, of affect predicts memory vividness. *Bulletin of the Psychonomic Society*, *26*, 100-103.

20. Janata, P. and Reisberg, D. (1988). Response-time measures as a means of exploring tonal hierarchies. *Music Perception*, *6*, 163-174.

21. Reisberg, D. and Heuer, F. (1988). Vividness, vagueness, and the quantification of visualizing. *Journal of Mental Imagery*, *12*, 89-102.

22. Winters, L. and Reisberg, D. (1988). Mental practice or mental preparation: Why does imagined practice help? *Journal of Human Movement Studies*, *15*, 279-290.

23. Reisberg, D. (1989). Review of Fred Dretske's *Explaining Behavior*. *American Scientist*, *77*, 397.

24. Reisberg, D., Smith, D., Baxter, D. and Sonenshine, M. (1989). "Enacted" auditory images are ambiguous; "pure" auditory images are not. *Quarterly Journal of Experimental Psychology*, *41A*, 619-641.

25. Heuer, F. and Reisberg, D. (1990). Vivid memories of emotional events: The accuracy of remembered minutiae. *Memory & Cognition, 18*, 496-506.

26. Reisberg, D. and Chambers, D. (1991). Neither pictures nor propositions: What can we learn from a mental image? *Canadian Journal of Psychology*, *45*, 336-352.

**Publications** (continued; *books marked with* **b**):

27. Reisberg, D., Smith, J.D., and Wilson, M. (1991). Auditory imagery. In R. Logie and M. Denis (Eds.), *Mental images in human cognition* (pp. 59-81). Amsterdam: Elsevier.

28. Dodson, C. and Reisberg, D. (1991). Post-event misinformation has no impact on implicit memory. *Bulletin of the Psychonomic Society*, *29*, 333-336.

**b** 29. Schwartz, B. and Reisberg, D. (1991). *Learning and Memory*. New York: Norton.

30. Chambers, D. and Reisberg, D. (1992). What an image depicts depends on what an image means. *Cognitive Psychology*, *24*, 145-174.

31. Smith, J.D., Wilson, M. and Reisberg, D. (1992). The role of inner speech in auditory imagery. In D. Reisberg (Ed.), *Auditory imagery* (pp. 95-119). Hillsdale, N.J.: Erlbaum Associates.

32. Burke, A., Heuer, F. and Reisberg, D. (1992). Remembering emotional events. *Memory & Cognition*, *20*, 277-290.

33. Heuer, F. and Reisberg, D. (1992). Emotion, arousal and memory for detail. In S.-Å. Christianson (Ed.), *Handbook of Emotion and Memory* (pp. 151-180). Hillsdale, N.J.: Erlbaum Associates.

34. Reisberg, D. and Heuer, F. (1992). Flashbulbs and memory for detail from emotional events. In E. Winograd and U. Neisser (Eds.), *Affect and accuracy in recall: The problem of "flashbulb" memories* (pp. 162-190). New York: Cambridge University Press.

**b** 35. Reisberg, D., *editor*. (1992). *Auditory Imagery*. Hillsdale, N.J.: Erlbaum Associates.

36. Doenias, J., Langland, S. and Reisberg, D. (1992). A versatile, user-friendly tachistoscope for the Macintosh. *Behavior Research Methods, Instruments, & Computers*, *24*, 434-438.
   [The software described in this article has been distributed nationally, © The Reed Institute, and produced modest revenues for Reed. The software is listed on COMPSYCH, a national software listing for psychology software relevant to instruction or research, and was selected for the 1993 COMPSYCH Software Exposition. A demonstration version of this program was also selected by Apple Computer for inclusion on their CD-ROM demonstration package for the Humanities, Arts, and Social Sciences. The software was also selected for inclusion in the CTI Directory of Psychology Software, published by the *Computers in Teaching Initiative*, University of York.]

37. Reisberg, D. and Logie, R. (1993). The ins and outs of working memory. In M. Intons-Peterson, B. Roskos-Ewoldsen, R. Blake and K. Clayton (Eds.), *Imagery, creativity and discovery* (pp. 39-76). Hillsdale, N.J.: Erlbaum Associates.

**Publications** (continued; *books marked with* **b**):

38. Reisberg, D. (1993). The limits of mental imagery. *Computational Intelligence*, *9*, 346-348.

39. Reisberg, D. (1994). "Visual imagery;" "Eyewitness testimony;" "Synesthesia;" and "Working memory." Entries in *Encyclopedia of Psychology,* 2nd Edition. N.Y.: John Wiley & Sons.

40. Reisberg, D. (1994). Equipotential recipes for unambiguous images: Comment on Rollins. *Philosophical Psychology*, *7*, 359-366.

41. Reisberg, D. (1994). Review of *The Imagery Debate*, by Michael Tye. *Philosophical Psychology*, *7*, 512-515.

42. Reisberg, D. (1995). Emotion's multiple effects on memory. In J. L. McGaugh, N. Weinberger, and G. Lynch (Eds.), *Brain and Memory: Modulation and mediation of neuroplasticity* (pp. 84-92). New York: Oxford University Press.

43. Gallun, E. and Reisberg, D. (1995). On the perception of interleaved melodies. *Music Perception*, *12*, 387-398.

**b** 44. Cornoldi, C., Logie, R., Brandimonte, M., Kaufmann, G. and Reisberg, D., Editors. (1996). *Stretching the imagination: Representation and transformation in mental imagery*. New York: Oxford University Press.

45. Reisberg, D. (1996). The non-ambiguity of mental images. In Cornoldi, C., Logie, R., Brandimonte, M., Kaufmann, G. and Reisberg, D. (Eds.), *Stretching the imagination: Representation and transformation in mental imagery* (pp. 119-172). New York: Oxford University Press.

46. Smith, J.D., Wilson, M. and Reisberg, D. (1996). The role of subvocalization in auditory imagery. *Neuropsychologia*, *33*, 1433-1454.

**b** 47. Reisberg, D. (1997). *Cognition: Exploring the Science of the Mind*. New York: Norton

48. Heuer, F. and Reisberg, D. (1997). The memory effects of *thematically-induced* emotion. In Conrad, F. and Payne, D. (Eds.), *A synthesis of basic and applied approaches to human memory* (pp. 133-132). Hillsdale, NJ: Erlbaum Associates.

49. Porter, R. and Reisberg, D. (1997). Autobiography and memory. *Studies in Autobiography*, *13*, 61-70.

50. Reisberg, D. (1997). "Learning." Entry in the *MIT Encyclopedia of the Cognitive Sciences*. Wilson, R. A. and Keil, F. C. (Eds.). Cambridge, MA: MIT Press.

51. Reisberg, D. (1998). Constraints on image-based discovery: A comment on Rouw et al. (1998). *Cognition*, *66*, 95-102.

**Publications** (continued; *books marked with* **b**):

**b**   52. Gleitman, H., Fridlund, H. and Reisberg, D. (1999). *Psychology, 5th edition*. New York: Norton.

53. Wilson, M., Smith, J.D., and Reisberg, D. (2000). Interplay between the inner voice and inner ear. In Behrmann, M., M. Jeannerod and S. Kosslyn (Eds.), *The neuropsychology of mental imagery, 2nd edition*.

54. Reisberg, D. (2000). The detachment gain: The advantage of thinking out loud. In Landau, B., Sabini, J., Newport, E., and Jonides, J. (Eds.), *Perception, Cognition and Language: Essays in honor of Henry and Lila Gleitman*. Cambridge, MA: MIT Press.

**b**   55. Gleitman, H., Fridlund, H. and Reisberg, D. (2000). *Basic Psychology, 5th edition*. New York: Norton.

**b**   56. Reisberg, D. (2001). *Cognition: Exploring the Science of the Mind, 2nd edition*. New York: Norton.

57. Reisberg, D. and Reed's Multimedia Lab (2001). In the ear of the beholder – Some tutorial demonstrations in music perception. Available on line at:
       http://academic.reed.edu/psychology/projects/music/tutorial.html

58. Reisberg, D., Pearson, D., and Kosslyn, S. (2003). Intuitions and introspections about imagery: The role of *imagery experience* in shaping an investigator's theoretical views. *Applied Cognitive Psychology*, 17, 147-160.

59. Laney, C., Heuer, F. and Reisberg, D. (2003). Thematically-induced arousal in naturally-occurring emotional memories. *Applied Cognitive Psychology, 17*, 995-1004.

**b**   60. Gleitman, H., Fridlund, H. and Reisberg, D. (2004). *Psychology, 6th edition*. New York: Norton.

**b**        (Also published in Portuguese: *Psicologia*, published in Lisbon by Fundaçao Calouste Gulbenkian. *then re-issued, in a new edition, in 2009*)

**b**   61. Reisberg, D. and Hertel, P., Editors (2004). *Memory and emotion.* New York: Oxford University Press. (This edited volume is part of Oxford's series in Affective Science; the series editors are Richard Davidson, Klaus Scherer, and Paul Ekman.)

62. Reisberg, D. and Heuer, F. (2004). Remembering emotional events. In Reisberg, D. and Hertel, P. (Eds.), *Memory and emotion* (pp. 3-41). New York: Oxford University Press.

63. Laney, C., Campbell, H., Heuer, F. and Reisberg, D. (2005). Memory for thematically-arousing events. *Memory & Cognition, 32*, 1149-1159.

**Publications** (continued; books marked with **b**) and manuscripts in preparation:

64. Heuer, F. and Reisberg, D. (2005). Visuospatial imagery. In A. Miyake and P. Shah (Eds.), *Handbook of visuospatial thinking* (pp. 35-80). New York: Cambridge University Press.

**b** 65. Reisberg, D. (2005). *Cognition: Exploring the Science of the Mind, 3rd edition.* New York: Norton.

66. Reisberg, D. (2006) Memory for emotional episodes: The strengths and limits of arousal-based accounts. (pp. 15-36) In Uttl, B., Ohta, N. & Siegenthaler, A. (*Eds.*), *Memory and Emotion: Interdisciplinary Perspectives.* N.Y.: Blackwell.

67. Kosslyn, S., Reisberg, D. and Behrman, M. (2006). Introspection and mechanism in mental imagery. In Harrington, A. & Zajonc, A. (eds). *The Dalai Lama at MIT* (pp. 79-114). Cambridge, MA: Harvard University Press.
*(This book reports on the 2003 two-day meeting between 13 western researchers and Tenzin Gyatso, His Holiness the Fourteenth Dalai Lama.)*

**b** 68. Reisberg, D. (2007). *Cognition: Exploring the Science of the Mind, Media edition.* New York: Norton.

69. Heuer, F. and Reisberg, D. (2007). The memory effects of emotion, stress and trauma. In Ross, D., Toglia, M., Lindsay, R. and Read, D. (Eds.), *Handbook of Eyewitness Psychology: Volume 1 – Memory for Events* (pp. 81-116). Mahwah, NJ: Erlbaum Associates.

70. Reisberg, D. (2007). How big is a stimulus? Learning about imagery by studying perception. In Peterson, M., Gillam, B. and Sedgwick, H. (Eds.), *In the mind's eye: Julian Hochberg on the perception of pictures, film and the world* (pp. 467-472). New York: Oxford University Press.

**b** 71. Gleitman, H., Reisberg, D. and Gross, J. (2007). *Psychology, 7th edition.* New York: Norton.

**b** (Also published in Portuguese: *Psicologia,* published in Sao Paulo by *artmed.*)

**b** 72. Reisberg, D. (2010). *Cognition: Exploring the Science of the Mind, 4th edition.* New York: Norton.

**b** 73. Reisberg, D. (2010). *The Cognition Workbook: Essays, Demonstrations & Explorations.* New York: Norton.

**b** 74. Gleitman, H., Gross, J. & Reisberg, D. (2010). *Psychology, 8th edition.* New York: Norton.

75. Reisberg, D. (2011). Auditory Imagery. In Goldstein, B. (Ed.), *Encyclopedia of Perception.* Thousand Oaks, CA: SAGE Publications.

**Publications** (continued; books marked with **b**):

76. Reisberg, D., Scheiber, R. & Potemken, L. (2011). Eye position and the control of auditory attention. In Proctor, R. & Read, L. (Eds.), *Attention.* London: Sage Publications. (This is a reprint of a 1981 article, published in a volume that brings together what the editors believe to be "key articles by leading figures in the field.")

77. Reisberg, D. (2011). Visual imagery. In Pashler, H. (Ed.), *Encyclopedia of the Mind.* Thousand Oaks, CA: SAGE Publications.

**b** 78. Reisberg, D. (2013). *Cognition: Exploring the Science of the Mind, 5th edition.* New York: Norton.

**b** 79. Reisberg, D. (2013). *The Cognition Workbook: Essays, Demonstrations & Explorations, to accompany the 5th edition.* New York: Norton.

**b** 80. Reisberg, D., Editor (2013). *The Oxford Handbook of Cognitive Psychology.* New York: Oxford University Press. (In press; this is the companion volume for Kosslyn, S. & Ochsner, K. (Eds.), *Handbook of Cognitive Neuroscience.* New York: Oxford University Press.)
As editor of this volume, I am also the author of Chapter 1 (*Introduction to the Handbook*) and Chapter 64 (*Epilogue: Looking Forward*).
The next (paperback) edition of this volume is due out in January 2014.

81. Reisberg, D. (2013). Visual imagery, spatial imagery. In Reisberg, D. (Ed.), *The Oxford Handbook of Cognitive Psychology.* New York: Oxford University Press.

82. Porter, D., Moss, A. & Reisberg, D. (2013). The impact of the appearance-change instruction on identification accuracy for same-race and cross-race identifications. *Applied Cognitive Psychology.*

**b** 83. Reisberg, D. (2013). *The science of perception and memory: A pragmatic guide for the justice system.* New York: Oxford University Press. (This book is part of OUP's series in Neuroscience, Philosophy & Law, edited by Lynn Nadel, Walter Sinnott-Armstrong & Fred Schauer.)

**b** 84. Reisberg, D. (*In press*). *Cognition: Exploring the Science of the Mind, 6th edition.* New York: Norton.

**b** 85. Reisberg, D. (*In press*). *The Cognition Workbook: Essays, Demonstrations & Explorations, to accompany the 6th edition.* New York: Norton.

86. Houston, A. & Reisberg, D. (*In preparation*). The interpretation of fingerprint evidence: How do perceivers weigh their own assessment against that of fingerprint experts?

**Papers presented at meetings**:

Reisberg, D. Preselective processing: Does an identification stage exist? Paper presented at the meetings of the Eastern Psychological Association, New York, April 1975.

Chambers, D. and Reisberg, D. Can images have alternate interpretations? Paper presented at the meetings of the Eastern Psychological Association, Baltimore, April 1984.

McLean, J., Goldfield, A. and Reisberg, D. Lipreading with fully audible stimuli: Speech perception is an amodal process. Paper presented at the meetings of the Eastern Psychological Association, Baltimore, April 1984.

Reisberg, D., Heuer, F. and O'Shaughnessy, M. Predicting the vividness of autobiographical memories. Paper presented at the meetings of the Psychonomic Society, San Antonio, Texas, November 1984.

Winters, L. and Reisberg, D. Mental practice. Paper presented at the meetings of the Eastern Psychological Association, Boston, March 1985.
  (Also published as: Does imagined practice help in learning a motor skill? *Resources in Education*, Document #SP026624, 1986.)

O'Shaughnessy, M., Winters, L. and Reisberg, D. The cognitive component of perception. Paper presented at the meetings of the Eastern Psychological Association, Boston, March 1985.

Reisberg, D. and Chambers, D. Images, pictures and percepts. Paper presented at the meetings of the Society for Philosophy and Psychology, Toronto, May 1985.

Reisberg, D. and Heuer, F. Imagery vividness reliably (but negatively!) predicts visual memory. Paper presented at the meetings of the Psychonomic Society, Boston, November 1985.

Reisberg, D., Smith, J.D. and Sonenshine, M. Can subjects detect ambiguity in auditory imagery? Paper presented at the meetings of the Eastern Psychological Association, New York, April 1986.

Chambers, D. and Reisberg, D. What governs the phenomenal appearance of mental images? Paper presented at the meetings of the Eastern Psychological Association, New York, April 1986.

Reisberg, D. and Chambers, D. The intensionality of mental images. Paper presented at the meetings of the Cognitive Science Society, Amherst, August 1986.

Reisberg, D., Chambers, D. and Rueger, W. Mental images as mental representations: What does an image *resemble*? Paper presented at the meetings of the Psychonomic Society, New Orleans, November 1986.

**Papers presented at meetings** (continued):

Reisberg, D. External representations and the advantages of externalizing one's thought. Paper presented at the meetings of the Cognitive Science Society, Seattle, August 1987.

Heuer, F. and Reisberg, D. Vivid memories of emotional events: The accuracy of remembered minutiae. Paper presented at the meetings of the Psychonomic Society, Seattle, November 1987.

Chambers, D. and Reisberg, D. Images are not everywhere dense: An image of a duck does not include a rabbit's nose. Paper presented at the meetings of the Eastern Psychological Association, Buffalo, N.Y., April 1988.

Baxter, D. and Reisberg, D. Auditory imagery is not ambiguous. Paper presented at the meetings of the Western Psychological Association, San Francisco, April 1988.

Wilson, M. and Reisberg, D. Two species of auditory imagery. Paper presented at the meetings of the Western Psychological Association, San Francisco, April 1988.

Reisberg, D., Smith, D. and Baxter, D. "Pure" and "enacted" auditory images. Paper presented at the meetings of the Psychonomic Society, Chicago, November 1988.

Chambers, D. and Reisberg, D. What an image includes depends on what an image means. Paper presented at the meetings of the Psychonomic Society, Chicago, November 1988.

Dodson, C. and Reisberg, D. Does post-event misleading information erase prior memories? Paper presented at the meetings of the Oregon Academy of Sciences, Portland, February 1989.

Reisberg, D. and Heuer, F. The consequences of vivid imagery: An empirical handle on the function of phenomenal states? Paper presented at the meetings of the Society for Philosophy and Psychology, Tucson, April 1989.

Reisberg, D., Lenoir, G. and Heuer, F. Anticipations and after-thoughts: How far does the "present" extend? Paper presented at the meetings of the Psychonomic Society, Atlanta, November 1989.

Reisberg, D. Do laboratory studies of imagery bear on what we call "being imaginative"? Paper presented at the meetings of the Society for Philosophy and Psychology, College Park, Maryland, June 1990.

Reisberg, D. Shades of Watson: Auditory imagery and its relation to inner speech. Distinguished Guest Lecture delivered at the Workshop on Imagery and Cognition, Aberdeen Scotland, August 1990.

**Papers presented at meetings** (continued):

Reisberg, D., Smith, J. David, and Wilson, M. Subvocalization and auditory imagery: Interactions between the "inner ear" and the "inner voice." Paper presented at the meetings of the Psychonomic Society, New Orleans, November 1990.

Reisberg, D. and Logie, R. The ins and outs of working memory. Paper presented at the conference on Imagery, Creativity, and Discovery, Nashville, May 1991.

Reisberg, D. and Chambers, D. Images depict, images describe. Paper presented at the meetings of the Society for Philosophy and Psychology, San Francisco, June 1991.

Logie, R. and Reisberg, D. The nature of rehearsal in working memory. Paper presented at the International Conference on Memory, Lancaster, England, July 1991.

Reisberg, D. and Gossett, D. Some subjects are not influenced by how a problem is framed. Paper presented at the meetings of the Psychonomic Society, San Francisco, November 1991.

Karbo, W. and Reisberg, D. Post-event misinformation about actions: Remembering actions that never occurred. Paper presented at the meetings of the Oregon Academy of Sciences, February 1992.

Reisberg, D. Voices, music and hallucinations: What is auditory imagery? Invited address presented at the meetings of the Western Psychological Association, Portland, May 1992.

Reisberg, D. Emotion and learning. Invited paper presented at the Fifth Conference on the Neurobiology of Learning and Memory, University of California, Irvine, October 1992.

Logie, R. and Reisberg, D. Inner eyes and inner scribes: A partnership in visual working memory. Paper presented at the Fourth European Workshop in Imagery and Cognition, Tenerife, December 1992.

Reisberg, D. What is contained within an image? Evidence from massive failures to make discoveries from imagery. Paper presented at the Seventh International Conference on Event Perception and Action, Vancouver, B.C., August 1993.

Reisberg, D., Karbo, W., and Scully, J. The laboratory creation of false memories: How generalizable? Paper presented at the annual meetings of the Psychonomic Society, Washington D.C., November 1993

Reisberg, D. and Heuer, F. The complex interaction between memory and emotion. Paper presented at the Practical Aspects of Memory Conference, College Park, Maryland, July 1994.

**Papers presented at meetings** (continued):

Canseco-Gonzales, E., Hutchinson, M., Reisberg, D., Robinson, S., and Vigileos, A. Arithmetic and bilingualism: Why can't I add in Spanish? Paper presented at the meetings of the Oregon Academy of Science, February 1995.

Koch, Z. and Reisberg, D. Motoric support for visual imagery: Is imagery visual, spatial, or movement-based? Paper presented at the meetings of the Oregon Academy of Science, February 1995.

Porter, R. and Reisberg, D. Autobiography and memory. Paper presented at the meetings of the Modern Languages Association, Chicago, December 1995.

Reisberg, D. and Koch, Z. A role for motoric support in (so-called) visual imagery. Paper presented at the meetings of the Psychonomic Society, Los Angeles, November 1995.

Reisberg, D. and Usui, V. The role of subvocalization in auditory imagery and working memory. Paper presented at the meetings of the Psychonomic Society, Chicago, November 1996.

Reisberg, D. Cognition: Where is the state of the art? Invited paper presented at the meetings of the National Institute for the Teaching of Psychology, Tampa, FL, January 1997.

Schwartzreich, E. and Reisberg, D. Individual differences in perception: The relationship between Inattentional Blindness and Spearman's *g*. Poster presented at the 4th Annual Meeting of the Cognitive Science Association for Interdisciplinary Learning, Hood River, OR, August 1997.

Reisberg, D. What do we know about emotion's effects on memory? Paper presented at special conference, "Memory Overwhelmed: Interdisciplinary Approaches to Trauma." Atlanta, GA, October 1997.

Reisberg, D. Mental imagery for musical timbre. Paper presented at the 5th Annual Meeting of the Cognitive Science Association for Interdisciplinary Learning, Hood River, OR, August 1998.

Miner, N., Boelter, D., and Reisberg, D., Verbal overshadowing of face memory: When *doesn't* it occur? Paper presented at the Annual Meetings of the Society for Applied Research in Memory and Cognition (SARMAC), Boulder, CO, July 1999.

Reisberg, D. Imagery: The state of the art. Keynote address presented at the meetings of the British Psychological Society, York, England, September 1999.

Reisberg, D. Internal representations, external representations, and the intensionality of mental imagery. Invited paper presented at *Intensionality and the Natural Mind*, Washington University in St. Louis, March 19-20, 1999.

**Papers presented at meetings** (continued):

Reisberg, D., Heuer, F., and Laney, C. Memory and emotion: Comparing memory for visually-arousing and thematically-arousing events. Paper presented at the meetings of the Psychonomic Society, New Orleans, November 2000.

Reisberg, D. Thinking out loud: The contrasts between stimulus-based and imagery-based discovery. Keynote address presented at the meetings of the meetings of the NorthWest Cognition and Memory (NoWCaM) Society, Vancouver, B.C., May, 2001.

Goard, M. and Reisberg, D. Retrieval-induced forgetting in the recall of complex episodes. Paper presented at the meetings of the Psychonomic Society, Orlando, FL, November 2001.

Laney, C., Heuer, F. and Reisberg, D. Thematic-arousal, visual-arousal, and memory for emotional events. Paper presented at the meetings of the Society for Applied Research in Memory and Cognition (SARMAC), Aberdeen, Scotland, July, 2003.

Reisberg, D. and Heuer, F. Remembering emotional events. Paper presented at the meetings of the annual Cognitive Science And Interdisciplinary Learning (CSAIL) meeting, Hood River, Oregon, July, 2003.

Reisberg, D. Presentation as part of *"The 10th Mind and Life Conference: Exchanges between Buddhism and Biobehavioral Science with His Holiness the XIVth Dalai Lama,"* Massachusetts Institute of Technology, September, 2003.
*This event featured candid discussions between the Buddhist and scientific communities about the nature of mental imagery (that is the session in which I was participating), emotion, and the nature of attention and concentration. The Dalai Lama was a central participant in all of the discussions. Recordings of this meeting are available on video, and the organizers are planning a book molded out of the transcripts of the meeting.*

Weingarten, E. and Reisberg, D. What makes a police photo line-up *suggestive?* Paper presented at the annual meetings of the Psychonomic Society, Vancouver, B.C., November, 2003.

Reisberg, D. Memory for emotional events – The need for some distinctions. Invited Distinguished Speaker address delivered at the meetings of the Sixth Tsukuba International Conference on Memory: Memory and Emotion, Tsukuba, Japan, March 2005.

Reisberg, D. Remembering emotional events – Getting beyond a simple "arousal model." Invited address delivered at the meetings of the Western Psychological Association, Portland, Oregon, April 2005.

Getz, S. and Reisberg, D. The effects of training on imagery skills. Paper presented at the Mind and Life Summer Research Institute, Garrison, NY, June 2005.

**Papers presented at meetings** (continued):

Ogle, C. and Reisberg, D. A comparison of elimination, sequential and simultaneous lineup procedures. Paper presented at the meetings of the Association for Psychological Science, New York, NY, May 2006.

Kushlev, K. and Reisberg, D. The effects of mindfulness on the emotional experience of choosing. Paper presented at the meetings of the Western Psychological Association, Portland, OR, April 2009.

**Extramural activities / Community Service** (*partial list*):

Committee of Examiners for the Graduate Record Examination (GRE) Psychology Test, Educational Testing Service, 1992-1998.

Director and organizer, Reed College's Second Annual Conference on Music and the Liberal Arts: *In the ear of the beholder – The psychology of music perception.* (February, 2000).

Presentation at the Multnomah Athletic Club as part of Reed College's Luncheon Seminars: *Eyewitness Testimony and the Fallibility of Memory: Implications for the Criminal Justice System.* (March, 2000).

Presentation for the Detective Division, Portland Bureau of Police: *Using the science of memory to improve police work.* (September, 2000).

Presentation for the Reed College Board of Trustees: *The Fallibility of Memory.* (October, 2000).

Presentation for the Oregon State Bar, Continuing Legal Education (CLE) Program: *The science of memory and eyewitness testimony.* (Portland, OR; October, 2000).

Presentation for the Multnomah County District Attorney's Office, Continuing Legal Education (CLE) Program: *Expert witnesses on eyewitness memory.* (Portland, OR; January, 2001).

Member, Advisory Board for the City of Portland's Bureau of Police Long-Term Training and Development Action Plan (2001 - 2002)

Presentation for Reed College's 'Reed on the Road' series: Eyewitness testimony and The Fallibility of Human Memory. (San Francisco; March, 2002).

Presentation for the annual meeting of the National Defender Investigator Association: *Detecting false memories.* (Portland, OR; April, 2002).

Presentation for the Federal Public Defender's Office, Continuing Legal Education (CLE) Program: *Eyewitness identification: When is it likely to be reliable, and when not?* (Portland, OR; May, 2003).

**Extramural activities / Community Service** (*partial list;* continued):

Presentation for Metropolitan Public Defenders, Continuing Legal Education (CLE) Program: *Evaluating eyewitness identifications.* (Portland, OR; July, 2003).

Two-part presentation for the Oregon Criminal Defense Lawyers Association Program (CLE). *Eyewitness identifications: How accurate are they?* and *False memories: Remembering things that never happened.* (Portland, OR; December 2003).

Presentation for Congregation Neveh Shalom. *When and how should religious beliefs evolve? Possible lessons from the Tibetan Buddhists.* (Portland, OR, February, 2004.)

Presentation for the American Inn of Court. *Questioning a witness: Scientific, legal and professional issues.* (Portland, OR, March, 2004.)

Presentation for the Oregon Society for Clinical Hypnosis. *From the laboratory to the Dalai Lama: What do know about visualization skill?* (Portland, OR: February, 2006).

Presentation for the Oregon Criminal Defense Lawyers Association, as part of their Juvenile Law Seminar: Allegations of Sexual Abuse (CLE). (Newport, OR; April, 2006).

Interview for *Viewpoints,* a nationally-syndicated weekly radio broadcast, highlighting current affairs, and featured on over 340 stations. *Eyewitness testimony: Can we trust it?* (March 2007; available as an mp3 download at < www.mediatracks.com/vp0712 >.)

Member, Advisory Panel for the American Psychological Association's Board of Scientific Affairs, reviewing the *National Standards for High School Psychology Curricula,* July 2007 - .

Two part presentation for the King County (WA) Prosecutor's office (CLE). Scientific research on eyewitness memory: Is it probative? Is it prejudicial? Is it useful? Part 1: Identification procedures; Part 2: Eyewitness narratives & the problem of false memories. (Seattle, WA: September 2007).

Presentation for the 12th Annual Insurance Fraud Conference, a year meeting sponsored by the insurance industry's International Association of Special Investigation Units (IASIU). Witness Interview Techniques. (Portland, OR: October 2007).

**Extramural activities / Community Service** (*partial list;* continued):

> Two part presentation for Detective Division, Portland Bureau of Police, co-presented with Sergeant Wayne Svilar. Can we use what we know about memory to improve interview procedures? and Improving identification procedures. (Portland, OR: October 2007).
> [This presentation was over-subscribed in advance, and, when given, was very well received. Therefore, we offered an 'encore' performance in November 2007.]

> Presentation for fraud investigators, SAIF corporation. Interviewing witnesses: A scientific perspective. (Salem, OR: October 2008).

> Presentation for Premium Auditors Training, SAIF corporation. *Detecting lies, and getting complete information; What can a scientific perspective tell us about interviewing?* (Salem, OR: October 2008).

> Presentation for the 29th annual meeting of the Oregon Paralegal Association. What can you learn from witnesses; what can't you learn? (Bend, OR: October 2008).

> Presentation for the Oregon Criminal Defense Lawyers Association, as part of their Juvenile Law Seminar: Working with younger children (CLE). Interviewing young children: The view from the laboratory. (Newport, OR; April, 2009).

> Presentation for Premium Auditors Training, SAIF corporation. Getting the best interview you can – Worries about honesty and memory accuracy. (Kelso, WA: April, 2009).

> Presentation for "OTIS" – the "Old Timers Investigator Society" (a group of investigators working for attorneys). Evaluating Witness I.D.'s. (Portland, OR: June, 2009).

> Presentation for Metropolitan Public Defenders (CLE). Getting the best of, and the most from, witness narratives. (Portland, OR: October 2009).

> Presentation for the National Association of Paralegals. Preparing witnesses, learning from witnesses. (Portland, OR: October 2009).

> Presentation for the Oregon Criminal Defense Lawyers Association: Mastering & controlling the trial venue: A new perspective. (Co-presented with Laura Graser; Portland OR: December 2010). *This presentation focused on the effects of pre-trial publicity, building on what we know about jurors' memory and judgment processes. How (and when) does pre-trial publicity influence a jury? How effective are the standard "remedies" to pre-trial publicity's impact?*

**Extramural activities / Community Service** (partial list; continued):

Interview on Oregon Public Radio's *Think Out Loud* program: "Changing the Child Sex-Crime Law." Broadcast March 28, 2011.

Presentation for the Oregon Criminal Defense Lawyers Association: Using and choosing expert witnesses. (Co-presented with Sara Snyder; Newport, OR: September 2011).

Interview on Oregon Public Radio's *Think Out Loud* program: "Memory and Eyewitness Evidence." Broadcast November 2, 2011.

Presentation for the Oregon Criminal Defense Lawyers Association: Evaluating (and improving) eye-witness identifications. (Portland, OR: December 2011).

Invited testimony before a joint meeting of the House and Senate Judiciary Committees: The Science of Eyewitness I.D.'s. (Salem, OR: May 2012).

Interview on KATU television news, re: "Witnesses can be wrong; task force to look at how." (Portland, OR: May 2012).

Presentation for the Oregon Criminal Defense Lawyers Association: Oregon's new 2012 Interviewing Guidelines. (Co-presented with Dr. Wendy Bourg and Lisa Maxfield; Newport, OR: April 2013).

Presentation for the Oregon Criminal Defense Lawyers Association: *Classen*, *Lawson* and Eyewitness Law: The scientific evaluation of eyewitness identifications. (Bend, OR: June 2013).

Presentation at the Center for Advanced Study in the Behavioral Sciences, Second Annual Behavioral Science Summit, on *Creativity & Innovation*. (Palo Alto, CA: July 2013).

Chair, External Evaluators Committee for the Psychology Department at Whitman College. (Walla Walla, WA: September 2013).

Consultant and expert witness in judicial proceedings concerning eyewitness testimony.
My courtroom testimony spans a range of issues, including the proper procedures for eliciting children's memories; eyewitness identifications and also their narrative reports on crimes; earwitness identifications of someone's voice; memory for conversations; evaluation of confession evidence, and more. I have testified in state court in Oregon, Washington, California, and Idaho, and in federal court.

**Professional activities** (*partial list*):

Member:     American Psychological Association (Member, Division 3)
                 *Elected Fellow of Division 3 in 1999*
            American Psychological Association (Member, Division 41)
                 *This is the American Psychology-Law Society*
            American Psychological Society
            Oregon Academy of Science
            Psychonomic Society
            Society for Applied Research in Memory and Cognition
            Society for Philosophy and Psychology
                 *Executive Committee, 1989-1992, 1996 - 1999*
            Western Psychological Association
            *Elected Fellow in 1995*
            *Host Committee for 2000 meeting in Portland*
            *Program Review Committee, 1999, 2000, 2003, 2004.*

Service as Editor:

| | |
|---|---|
| Applied Cognitive Psychology | (*Editorial board*, 2004-2010) |
| Cognitive Science | (*Editorial board*, 1990-1998) |
| Journal of General Psychology | (*Consulting editor*, 1984-2000) |
| Journal of Mental Imagery | (*Associate Editor*, 1988- 2009) |
| Memory & Cognition | (*Consulting editor*, 1993-1998) |
| Philosophical Psychology | (*Editorial Advisory Board*, 1990- ) |
| The PsychReport | (*Board of Scientific Advisors*, 2013- ) |
| Psychological Bulletin | (*Associate Editor*, 2000-2002) |
| Psychological Science | (*Editorial Board*, 1998- 2006) |
| Review of General Psychology | (*Editorial Board*, 2006- ) |
| Emerging Trends in the Social & Behavioral Sciences: | |
| Interdisciplinary Directions | (*Consulting editor*, 2012- ). |

**Professional activities** (*partial list, continued*):

Service as Reviewer, journals and funding agencies (*partial list*):

       Air Force Office of Scientific Research
       Applied Cognitive Psychology
       Behavioral and Brain Sciences
       Cognition & Emotion
       Cognitive Psychology
       Current Directions in Psychological Science
       Emotion
       Experimental Neurology
       European Journal of Cognitive Psychology
       International Journal of Psychology
       Journal of Applied Developmental Psychology
       Journal of Experimental Child Psychology
       Journal of Experimental Psychology:  General
       Journal of Experimental Psychology:  Human Perception & Performance
       Journal of Experimental Psychology:  Learning, Memory and Cognition
       Journal of Memory and Language
       Journal of Police and Criminal Psychology
       Law and Human Behavior
       Legal and Criminological Psychology
       Memory
       Memory & Cognition
       National Science Foundation
       NATO Scientific Affairs Division
       Neurobiology of Learning & Memory
       Perception & Psychophysics
       Psychological Bulletin
       Quarterly Journal of Experimental Psychology: Human Experimental Psychology
       Review of General Psychology

Addendum 1: Community Service at Reed College:

| | | |
|---|---|---|
| 1987-8 | Chair: | Human Subjects Committee |
| | Member: | Technological Resources Committee |
| 1988-9 | Chair: | Division of Philosophy, Education, Religion and Psychology<br>Search Committee in Psychology<br>Technological Resources Committee |
| | Member: | Administration Committee<br>Human Subjects Committee |
| 1989-90 | Chair: | Human Subjects Committee |
| | Member: | Committee on Academic Policy and Planning (CAPP)*<br>Judicial Review Committee<br>Search Committee in Linguistics<br>Committee on Alcohol and Drug Policy |
| 1990-91 | (On sabbatical, Fall semester) | |
| | Member: | Search Committee in Anthropology |
| 1991-92 | Chair: | Division of Philosophy, Education, Religion and Psychology |
| | Member: | Committee on Academic Policy and Planning (CAPP)*<br>Search Committee in Psychology |
| 1992-93 | Chair: | CAPP Ad Hoc Subcommittee on Cognitive Science<br>Search Committee in Psychology |
| | Member: | Committee on Advancement and Tenure (CAT)*<br>Human Subjects Committee |
| 1993-94 | (On leave, Fall semester; Vollum Sabbatical, Spring semester) | |
| 1994-95 | Member: | Committee on Academic Policy and Planning (CAPP)*<br>President's Ad Hoc Committee to Review<br>Admissions & Recruiting |
| | Chair: | Search Committee in Psychology |
| 1995-96 | Chair: | Psychology Department<br>Search Committee in Psychology |
| | Member: | College Computing-Policy Committee<br>Off-campus Study Committee |

* Elected Committee.

Addendum 1 (*continued*):  Community Service at Reed College:

| 1996-97 | Chair: | Psychology Department<br>Search Committee in Psychology |
| | Member: | College Computing-Policy Committee |
| 1997-98 | Chair: | Search Committee in Psychology |
| | Member: | Committee on Academic Policy and Planning (CAPP)*<br>Search Committee in Computer Science |
| 1998-99 | Chair: | Search Committee in Psychology (Developmental)<br>Committee on Academic Policy and Planning (CAPP)*<br>CAPP Subcommittee Investigating Class Size |
| | Member: | Search Committee in Computer Science |
| 1999-2000 | [Half time because of sabbatical] | |
| | Chair: | Search Committee in Psychology (Developmental & Clinical) |
| 2000-01 | Member: | Committee on Academic Policy and Planning (CAPP)*<br>Search Committee in Psychology (Behavioral Neuroscience)<br>Search Committee for Reed College President |
| 2001-02 | [Half time because of leave] | |
| | Member: | Search Committee for Reed College President |
| 2002-03 | Chair: | Department of Psychology<br>Paid Leave Award Committee |
| | Member: | Committee on Advancement and Tenure (CAT)*<br>[elected Faculty Secretary in the Spring term]<br>Search Committee in Political Science<br>Search Committee in Anthropology |
| 2003-04 | Chair: | Department of Psychology |
| | Member: | Committee on Academic Policy and Planning (CAPP)* |
| 2004-05 | Member: | Committee on Academic Policy and Planning (CAPP)*<br>CAPP Subcommittee on FTE planning |

---

* Elected Committee.

Addendum 1 (*continued*):  Community Service at Reed College:

| | | |
|---|---|---|
| 2005-06 | [Half time because of sabbatical] | |
| | Member: | CAPP Subcommittee on Thesis Loads<br>Search Committee in Psychology (Psychobiology) |
| 2006-07 | Chair: | Department of Psychology<br>Search Committee in Psychology (Clinical Psychology) |
| | Member: | Search Committee in Psychology (Psychobiology)<br>Paid Leave Awards Committee<br>Human-Subjects Research Committee |
| 2007-08 | Chair: | Search Committee in Psychology (Cognitive Psychology) |
| | Member: | Paid Leave Awards Committee |
| 2008-09 | [Half time because of leave] | |
| | Member: | Grievance Review Panel |
| 2009-10 | Chair: | Department of Psychology<br>Ad Hoc Committee on Advising<br>Search Committee in Psychology (Cognitive Neuroscience) |
| | Member: | Physical Plant Committee |
| 2010-11 | Chair: | Department of Psychology<br>Search Committee in Psychology (Cognitive Neuroscience)<br>Search Committee in Psychology (visiting position in Cognition) |
| | Member: | Physical Plant Committee |
| 2011-12 | [Sabbatical year] | |
| 2012-13 | Chair: | Department of Psychology |
| 2013-14 | Chair: | Department of Psychology<br>Sabbatical Fellowship Awards Committee |