UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion for Second Bail Review Hearing , the motion is granted.

IT IS HEREBY ORDERED that a bail review hearing is scheduled in Anchorage on February _____, 2014, at \_\_\_\_ \_\_\_.m.

DATED this \_\_\_\_ day of January 2014.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE