UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of Defendant's Motion on Shortened Time for an Order Directing the Government to Provide Additional Discovery to James Wells , the motion is GRANTED.

It is hereby ORDERED that the government shall immediate disclose to Mr. Wells the following discovery related to its proposed expert, Mr. Toglia:

1. All Studio Max electronic files (Bates No. 19303);

2. All photogrammetry – Photomodler electronic files (Bates No. 19304);

3. SonyDSC-R1 lenses and setting used for photographs;

4. Identify all the "approximate parameters" that were determined and all the used data for those parameters including focal length (Bates No. 19304);

5. List of papers relied upon in this matter for "camera matching" (Bates No. 19304);

6. Final copy of fly-in video.

DATED this _____ day of January 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE