Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF FILING EXHIBIT A TO MOTION ON SHORTENED TIME FOR AN ORDER DIRECTING THE GOVERNMENT TO PROVIDE ADDITIONAL DISCOVERY TO JAMES WELLS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells, through counsel, Rich Curtner, Federal Defender, hereby files Exhibit A to his *Motion on Shortened Time for an Order Directing the Government to Provide Additional Discovery to James Wells*, filed January 27, 2014, at Docket No. 284.

DATED this 27th day of January 2014.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:            907-646-3480
E-Mail:      rich_curtner@fd.org

<u>Certification</u>:
I certify that on January 27, 2014,
a copy of the ***Notice of Filing Exhibit A to Motion on Shortened Time for an Order Directing the Government to Provide Additional Discovery to James Wells***,
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner