

**THE FEDERAL PUBLIC DEFENDER**
**for the DISTRICT OF ALASKA**

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

January 22, 2014

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513

Re: *United States v. James Wells*
Case No. 13-cr-00008-RRB-JDR

Dear Karen, Bryan and Kathleen:

In your letter dated January 13, 2014, regarding discovery production, you stated that the government has provided all the materials necessary for our expert to independently review Mr. Toglia's report. We understand that you cannot provide the "exemplar vehicle surveys" / vehicle specifications / vehicle wire frame diagrams because of possible copyright violations, and we are prepared to purchase these from a commercial provider.

However, our expert has advised us that he does not have the materials he needs to complete his independent analysis. Today he informed me that the following are essential to <u>start</u> his analysis:

1. Defined descriptions for total station survey data points (index for file abbreviations); (what do the abbreviations in column E stand for?).

2. Brand setting details of camera T1 and T2, including but not limited to frames per second.

Our expert has also advised us that he would need the following materials in order to complete his review of Mr. Toglia's report. With this information he can complete his analysis in approximately 80 hours. Without this information our expert would be required to travel to Kodiak for a site inspection and testing, which would take an additional estimated 80 hours to complete.

3. All Studio Max electronic files (Bates No. 19303);

4. All photgrammetry – Photomodler electronic files (Bates No. 19304);

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
January 21, 2014
Page 2

5. SonyDSC-R1 lenses and setting used for photographs;

6. Identify all the "approximate parameters" that were determined and all the used data for those parameters including focal length (Bates No. 19304);

7. List of papers relied upon in this matter for "camera matching" (Bates No. 19304);

8. Final copy of fly-in video;

9. Body Specification Drawings (Schmidt Bates No. 19294);

10. Electronic copy of spreadsheet provided by Schmidt (Bates No. 19299).

Please let me know how we can expedite this process so that we can conduct an independent analysis without delaying our trial date.

Sincerely,

Rich Curtner
Federal Defender
Attorney for Defendant

RC/km