KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
|  | ) |  |
|  | ) | **GOVERNMENT'S MOTION** |
| Plaintiff, | ) | **TO ACCEPT** |
|  | ) | **SUPPLEMENTAL REPLY TO** |
| vs. | ) | **DEFENDANT'S** |
|  | ) | **SUPPLEMENTAL** |
| JAMES MICHAEL WELLS, | ) | **OPPOSITION AT DOCKET** |
|  | ) | **274** |
| Defendant. | ) |  |

COMES NOW the United States, by and through undersigned counsel, and moves the Court to accept the supplemental reply attached as exhibit 1. At the evidentiary hearing on January 14, 2013, the Court asked the government to file supplemental briefing on specific questions posed by the Court at the hearing. The government filed its briefing on schedule on January 17, 2014. Docket 273. The defendant, who was scheduled to file his response within 3 business days, filed a "reply" on January 23, 2014. Docket 274.

The government requests leave to file the attached reply under D.Ak. L.R. 7.1(i)(1). The defendant continues to try to distract the Court from making a decision based on the applicable law under *Daubert* and its progeny about the relevancy and reliability of the government's expert witnesses. Instead, the defendant tries to turn the Court's attention to an entirely separate matter, discovery. And even there, the defendant tries to steer the Court's focus away from the F.R.Cr.P. 16(a)(1)(G) & 16(a)(1)(F), which directly apply to expert discovery, and asks the Court to decide in his favor based on general

principles, unsupported by rule or precedent.  The government requests to file the attached reply to assist the Court in seeing through that misdirection, back to the applicable law.

The defendant does so by misrepresenting both the facts and the law.  Consistent with the requirements of a reply under D.Ak. L.R. 7.1(b), the government's attached briefing is restricted to a rebuttal of the factual and legal arguments raised by the defendant in docket 274.

RESPECTFULLY SUBMITTED on January 28, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 4 of 4