MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB-JDR
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  KAREN LOEFFLER/BRYAN D. SCHRODER
                          KATHLEEN ANN DUIGNAN

DEFENDANT'S ATTORNEY:     F. RICHARD CURTNER, TELEPHONIC
                          NOA OREN

PROCEEDINGS: STATUS HEARING (HEARING ON MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE (DKT 275), MOTION TO COMPEL DISCOVERY (DKT 250) AND MOTION FOR ORDER DIRECTING GOVERNMENT TO PROVIDE ADDITIONAL DISCOVERY (DKT 284)) HELD JANUARY 29, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:30 a.m. court convened.

Court and counsel heard re Motion for Order Directing Government to Provide Additional Discovery (DKT 284).

Court and counsel heard re Motion in Limine (DKTS 250 AND 275).

Court and counsel heard re discovery issues.

Court ordered the parties to meet and confer re discovery as soon as possible.

Court ordered the parties to file a joint pleading re proposed deadline dates, discovery time-line of discovery turned over, production of discovery by defendant, pending motions and if parties are unable to agree then file separately on or before **February 6, 2014.**

Court and counsel heard re possibility of filing motion to continue trial date.

Court and counsel heard re defendant's pending motions.

Defendant's detention continued.

At 9:50 a.m. court adjourned.

DATE:  January 29, 2014        DEPUTY CLERK'S INITIALS:   CME
Revised 10-25-13