Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATIONS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells, through counsel, renews his request that the court extend his deadline for filing objections to the Magistrate Judge's report and recommendation filed at Docket No. 267 (re:  *Motion to Suppress Statements (Fourth and Fifth Amendments)*, Docket No. 120), the report and recommendation filed at Docket No. 268 (re: *Motion to Suppress Statements (Fifth and Sixth Amendments)*, Docket No. 122), and the report and recommendation filed at Docket No. 270 (re: *Motion to Suppress Physical Evidence*, Docket No. 142).  Mr. Wells' objections to these report and recommendations are currently due January 31, 2014.  Mr. Wells is requesting until February 14, 2014, to file his objections.

This extension is necessary because in the last three weeks the government has disclosed thousands of pages of discovery and hundreds of interviews (including a CD containing 601 megabytes of discovery received on January 23, 2014). Counsel has reviewed forty-two interviews and two grand jury transcripts in the last week. A large number of these interviews were conducted in April and May of 2012. Counsel must still review 309 interviews and thousands of pages of discovery.

Counsel must continue to review this discovery because it has bearing on the issues of Mr. Wells' custody at T1, and the statements whose excerpts are included in the search warrants. In the review of the forty-two interviews read thus far, counsel has uncovered one interview with Scott Reckner, Mr. Well's supervisor at the COMMSTA, that unequivocally states that COMMSTA was on lock down on April 12, 2012. This is critical to the court's determination of custody for Mr. Wells' motion to suppress his statements. Counsel is unaware what material information the rest of the interviews hold.

Counsel is certain that a complete review of the files will not be possible by February 7, 2014. Counsel is uncertain that a complete review of the files will be possible by February 14, 2014. However, if counsel is unable to complete that review in order to adequately respond to the report and recommendations based on the recently discovered information, counsel will apprise the court.

This motion is being filed on shortened time because objections are currently due today, January 31, 2014.

DATED at Anchorage, Alaska this 31st day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on January 24, 2014,
a copy of the **Motion on Shortened Time
to Continue Deadline for Filing Objections
to Report and Recommendations** was served
electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner_____