KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
       bryan.schroder@usdoj.gov
       kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR ) ) |
| Plaintiff, | ) **GOVERNMENT'S NOTICE OF** ) **SUPPLEMENTAL EXPERT** |
| vs. | ) **WITNESSES AND** ) **SUPPLEMENTAL** |
| JAMES MICHAEL WELLS, | ) **INFORMATION PROVIDED BY** ) **WITNESSES IN PRETRIAL** |
| Defendant. | ) **PREPARATION** |

The United States hereby files this supplemental expert witness

notice regarding Alaska State Trooper Dennis Dupras, FBI Computer Forensic Analyst Holly Steeves, and government jurisdiction expert Richard Beyer. In addition, the government has provided supplemental discovery as to information Mr. Morton has given in response to questions in pretrial review. As to Trooper Dupras, the government provides this information in an abundance of caution in an effort to make sure that testimony that might be deemed expert opinion, as opposed to direct observations of a police officer, is provided to the defense.

## POTENTIAL ADDITIONAL GOVERNMENT EXPERT WITNESSES

### FBI Experts

**Holly Steeves** – FBI Computer Forensic Analyst. Ms. Steeves will testify about the sign-on times and patterns of computer use for one or both of the victims in this case. Ms. Steeves' review will show that Mr. Beslisle signed onto his computer at approximately 7:00 a.m. and his last action was at approximately 7:07 a.m., and that Mr. Hopkins had not signed onto his computer on the morning of April 12. Ms. Steeves C.V. will be forwarded upon receipt. Ms. Steeves' review is not

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

2

yet complete but any further information will be forwarded to the defense upon receipt.

**Robert Morton** – The government has already provided notice for Mr. Morton, but would like to add notice that he may be questioned about how people describe gun shots. When asked the question, Mr. Morton noted that based on his review of hundreds if not thousands of interviews with witnesses to shootings, people describe the sound of gun shots in all sorts of different ways and many, if not most, do not immediately ascribe the noise to gunfire.

## Alaska State Experts

**Trooper Dennis Dupras** – Trooper Dupras will testify about the actions he took the morning of the murders to secure the crime scene. Based on his law enforcement experience and his observations that morning his immediate view was that the shooter appeared to be someone familiar with the setting in which the murders occurred and appeared to target the victims. Trooper Dupras's C.V. is attached.

## U.S. Coast Guard

**Richard Beyer** – Mr. Beyer will be called to testify about the

Coast Guard's control, ownership, and jurisdiction over the property.

Attached is a copy of Mr. Beyer's Biography.

RESPECTFULLY SUBMITTED January 31, 2014, in Anchorage, Alaska.

s/ KAREN L. LOEFFLER
KAREN L. LOEFFLER
United States Attorney

s/ BRYAN SCHRODER
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ KATHLEEN A. DUIGNAN
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, a true and correct copy of the foregoing was served electronically via the CM/ECF system, on all counsel of record.

s/ KATHLEEN A. DUIGNAN
Office of the U.S. Attorney

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

4