**TRP DUPRAS EXPERIENCE**

I have been employed as an Alaska State Trooper since September 1998. I attended the Alaska Department of Public Safety Academy in Sitka Alaska and after completing the academy, I was assigned to the Fairbanks Post as a recruit for field training. I completed the Field Training Program while assigned to "D" Detachment Fairbanks Post and I was assigned to patrol duties in Fairbanks from December 1999 to October 2000. My duties included investigation of misdemeanor and felony crimes as well as traffic enforcement. Other duties included Search and Rescue Operations and Court Service. I also assisted the Rural Patrol Unit in Fairbanks on several occasions with ongoing investigations in remote areas of Alaska.

In October of 2000, I transferred to "B" Detachment Glennallen Post. I was stationed at the Glennallen Post from October 2000 to March 2003. My duties were the same as Fairbanks, but also include all major crimes to include felony assaults, homicides, sexual assaults, sexual abuse of minors, narcotics, felony thefts and burglaries. The Glennallen Post is on the road system in a remote area that covers a large area with a dispersed population. While assigned to the Glennallen Post, I investigated several sexual assaults, numerous death investigations both accidental and natural, and numerous burglaries at both remote cabins and residences.

In March 2003 I transferred from Glennallen to "the C" Detachment at Kodiak Post. My duties in Kodiak are identical to the previous two other assignments, but they also included investigating both major felonies and misdemeanors in villages off the road system. While in Kodiak I have investigated and assisted with numerous felony assaults, death investigations and sexual assault investigations; specifically on the road system, off road villages, in remote areas and at vessels underway at sea. At the Kodiak Post I have worked with several other agencies in investigations on the island to include the Kodiak Police Department, the US Coast Guard Investigative Service, the USCG Police, the US Naval Criminal Investigative Service, the FBI and the IRS.

In summary, I have been an Alaska State Trooper for almost 16 years with the majority my time spent in rural posts. I have completed the 5 month DPS Academy, 4 months of a Field Training Officer Program and I have had approximately 15 years of work as a patrol trooper. I have been assigned to investigate both misdemeanors and major felony crimes throughout my time as a trooper. My law enforcement career has allowed me to receive training in evidence collection, documentation and processing of crime scenes as well as interrogation and interview techniques. The training I have received, as well as applying those skills in techniques to situations I have experienced as a law

enforcement officer, have enabled me to correctly apply those skills in a practical and meaningful manner.