

# BIOGRAPHY

**UNITED STATES COAST GUARD**

**MR. RICHARD R. BEYER**

Mr. Beyer has served at the Coast Guard Legal Service Command in Alameda, California, since September, 2004, as Attorney-Advisor for all aspects of acquisition, management, and disposal of real property and planning and execution of major U.S. Coast Guard civil engineering projects throughout California, Oregon, Washington, Alaska, and Hawaii. His practice includes environmental compliance related to real property, litigation risk analyses of property transactions, fiscal law, tidelands and submerged lands use and ownership, including navigational servitudes, human health risk communications pertaining to Coast Guard brownfields projects and restoration sites, law of military installations, and review and drafting federal legislation and responding to Congressional inquiries.

Photo should be 2"W x 2.5"L an updated for current rank and ribbons (if applicable)

Mr. Beyer is a graduate of University of Maryland with a B.A. in Soviet Area Studies. He received a Juris Doctor from University of Baltimore School of Law and is a member of the Maryland Bar. Mr. Beyer was commissioned as a Lieutenant in the Coast Guard in 1994 following ten years service in the U.S. Navy as a Cryptologic Technician (Interpretive), and retired in July, 2004. As a JAG he served as the Coast Guard Liaison to the U.S. Department of Justice as a trial attorney in the Aviation & Admiralty Section, Torts Branch, Civil Division (2002-2003); at the Coast Guard Maintenance and Logistics Command, Pacific (1998-2002) as the Chief of the Claims and Litigation Branch, Chief of Military Justice Section, and as a General Law staff attorney. In 1996-1998 he served as Appellate Defense Counsel and personally appeared before the U.S. Supreme Court as Counsel of Record in Edmond v. United States, 520 U.S. 651 (1997). In 1995-1996 appeared in nearly 100 courts-martial as detailed Defense Counsel at Norfolk Navy Legal Service Office. Served two tours in Sinop, Turkey, two tours at the National Security Agency, and deployed on U.S.S. CARON (DD-970) for Black Sea Operations in 1986.

In 2013 he received the Commander's Award for Civilian Service for performance as legal advisor in Houma, LA, for MODU DEEPWATER HORIZON oil spill. Nominated by the Coast Guard for the 2007 Federal Employee of the Year (Professional category) in San Francisco Bay area. Military awards include: Defense Meritorious Service Medal, Joint Service Commendation Medal, Coast Guard Commendation Medal (2), Navy Commendation Medal, Navy Achievement Medal (3), Southwest Asia Service Medal.

Mr. Beyer and his wife, Maggi reside in San Ramon, CA, with their sons Matthew and Duncan.

Updated (June 2013)