Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER REGARDING DEFENSE EXPERT KAY SWEENEY** |

Pursuant to this Court's order at Docket No. 295, James Wells, through counsel Rich Curtner, hereby files his response to the government's *Motion for Order Regarding Defense Expert Kay Sweeney* (Docket No. 294).

The government has filed a motion for an order regarding defense expert Kay Sweeney, requesting that this Court order the defense to:

1. return ballistics evidence provided to defense expert Jaco Swanepoel directly to the FBI after testing, and

2. provide a summary of Mr. Sweeney's expected testimony, opinions and the reasons for those opinions by February 7, 2014.

Such an order is not necessary, and Mr. Wells does not object to the requested order.

Mr. Sweeney is not in possession, nor will he possess, any evidence provided by the government in this case. The defense entered into a stipulation that the ballistics evidence referenced in the government's motion that is, or will be, provided to Mr. Swanepoel will be returned directly to the FBI after the completion of testing. (Mr. Swanepoel has not yet received the evidence identified as 1B469 for examination.) The defense has no intention of violating that stipulation.

The defense also intends to provide a summary of Mr. Sweeney's expected testimony and opinions in compliance with Fed.R.Crim.P. 16(b)(1)(C) to the government by the close of business on February 7, 2014.

DATED at Anchorage, Alaska this 4th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on February 4, 2014,
a copy of the ***Defendant's Response to Government's Motion for Order Regarding Defense Expert Kay Sweeney*** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                      Page 3

Case 3:13-cr-00008-SLG   Document 296   Filed 02/04/14   Page 3 of 3