IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:13-cr-00008-RRB-JDR<br><br>**[Proposed]**<br><br>**ORDER GRANTING MOTION FOR ORDER REGARDING DEFENSE EXPERT KAY SWEENEY [DOCKET 294]** |

The government's Motion for Order Regarding Defense Expert

Kay Sweeney, filed at Docket 294, is GRANTED.

Counsel for defendant is hereby ordered to:

1) Return the evidence listed below directly to the FBI after Mr.

Swanepoel's testing:

> Piece of metal, designated 1B7
> Bullet fragment, designated 1B9
> Trash can, designated 1B10
> Bullet fragment, designated 1B13
> Pieces of metal, designated 1B34
> Bullets found under the body of Richard Belisle, designated:
> 1B37
> 1B38
> Projectiles removed at autopsy of Richard Belisle and James
> Hopkins, designated:
> 1B166
> 1B174

1B175
1B199
1B202

2)    Return the nail, identified as 1B469, directly to the FBI once defense expert Jaco Swanepoel has completed his testing and examination; the evidence shall not be diverted to Mr. Sweeney.

3)    The defense shall produce Mr. Sweeney's report forthwith, and at least by Friday, February 7, 2014.

IT IS SO ORDERED.

Date: _____

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Case 3:13-cr-00008-SLG   Document 299-1   Filed 02/04/14   Page 2 of 2