UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendants. | 3:13-cr-008-RRB-JDR<br><br>**<u>ORDER<br>REGARDING<br>MOTION FOR ORDER<br>REGARDING DEFENSE EXPERT<br>KAY SWEENEY</u>**<br><br>**<u>DOCKET 294</u>** |

      The government's Motion for Order Regarding Defense Expert Kay Sweeney, filed at Docket 294, is GRANTED.

      Counsel for defendant is hereby ordered to:

1) Return the evidence listed below directly to the FBI after Mr. Swanepoel's testing:

    Piece of metal, designated 1B7
    Bullet fragment, designated 1B9
    Trash can, designated 1B10
    Bullet fragment, designated 1B13
    Pieces of metal, designated 1B34
    Bullets found under the body of Richard Belisle, designated:
        1B37
        1B38
    Projectiles removed at autopsy of Richard Belisle and James Hopkins, designated:
        1B166
        1B174
        1B175
        1B199
        1B202

2) Return the nail, identified as 1B469, directly to the FBI once defense expert Jaco Swanepoel has completed his testing and examination; the evidence shall not be diverted to Mr. Sweeney.

3) The defense shall produce Mr. Sweeney's report forthwith, and at least by Friday, February 7, 2014.

DATED this 5th day of February, 2014, at Anchorage, Alaska.

        /s/ John D. Roberts
        JOHN D. ROBERTS
        United States Magistrate Judge