Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL FOR FOUR WEEKS** |

Comes now Defendant James Wells, through counsel, Rich Curtner, Federal

Defender, and moves this Court to continue the trial date for four weeks from the currently

scheduled trial date of February 24, 2014.  Due to the complex nature of this case, the

ends of justice served by the continuance outweigh the best interest of the public and the

defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).

This Court found this case to be unusual and complex on March 13, 2013

(Docket No. 34), based on a joint motion of the parties (Docket No. 18).  That motion was

based on the nature of this case:

> Thus, the parties will be faced with difficult issues involving the motive, opportunity and means of the crime. The indictment came at the end of a lengthy investigation, which generated 343 recorded interviews and 268 non-recorded interviews. The government also executed 20 search warrants, and obtained information through 62 grand jury subpoenas. There is also important video evidence. All of this discovery material must also be analyzed to determine whether there may be new or novel legal issues.

*(*Docket No. 18, p. 5.)

Those predictions have proven to be accurate. The defense has to date received 24,492 pages of "Bates numbered" discovery. In addition to the "Bates numbered" discovery, the government has provided approximately 12,000 pages of other discovery generated by the investigation. The total number of pages of material that can be printed totals over 36,000 pages. That also includes a total of 1,781 photographs. From January 3, 2014 through February 4, 2014, the defense has received a total of 366 recorded interviews.

The investigation has also presented multiple legal issues before the Magistrate Judge. As predicted, the complexity of this case has challenged counsel for Mr. Wells to effectively prepare for the scheduled trial date.

From the defense perspective, counsel for Mr. Wells can be prepared for trial only if the trial date is continued for four weeks.

The government agrees to a four-week continuance of the trial date. The government has received this motion, has reviewed it, and does not oppose this motion for a continuance. The government will file a separate pleading concerning a continuance of the trial date.

Based on the above considerations, Mr. Wells respectfully requests a trial continuance of four weeks.

DATED at Anchorage, Alaska this 5th day of January 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:
I certify that on February 5, 2014,
a copy of the **Unopposed Motion to Continue
Trial for Four Weeks** was served electronically
on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner