UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of the Unopposed Motion to Continue Trial for Four Weeks, the motion is GRANTED.

It is hereby ORDERED that the trial in this case is continued from February 24, 2014, to March \_\_\_\_, 2014, at \_\_\_\_\_ \_\_.m. The final pretrial conference currently set for February 18, 2014, is rescheduled for March \_\_\_\_, 2014, at \_\_\_\_ \_\_.m.

DATED this \_\_\_\_ day of February 2014, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE