KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071; Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) [*Filed on Shortened Time*] |
| Defendant. | ) |

COMES NOW the United States, by and through undersigned counsel, and hereby replies to defendant's motion for continuance, filed

at Docket 301. The government is willing to non-oppose a continuance for 2-4 weeks, but will oppose any continuance longer than approximately one month.

At Docket 56, the magistrate judge set the second pretrial scheduling order in this case. The government has met its required deadlines in order to keep this case moving toward the scheduled trial date. However, in order to ensure the integrity of the final outcome of the trial in this case, the government is willing to agree to a limited continuance to allow the defendant to be fully prepared for trial. Defense counsel has indicated to the government that a continuance of one month will meet that purpose. The government will agree to a continuance of approximately one month.

The government will oppose any continuance longer than approximately one month, for two primary reasons. First, the victims' families deserve closure in this matter. We are approaching two years since the death of James Hopkins and Richard Belisle on April 12, 2012.

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 2 of 5

Their families have been living with the horrible way their loved ones were ripped from them, and are awaiting justice.

Second, based on the assigned trial date, the Coast Guard has assigned an active duty attorney, Captain Kathleen Duignan, to serve as a member of the trial team. Captain Duignan was given a one-year assignment to the U.S. Attorney's Office, and has already been given a new assignment starting in the Spring/Summer of 2014, as the Coast Guard's chief of Arctic policy. Her reporting schedule for the new assignment is flexible enough to accept a one-month continuance, but anything over one month jeopardizes whether she can continue as a member of the government's trial team.

The government understands that the Court has set aside a block of its schedule for this trial. Thus, moving the trial may be difficult. A two-week continuance may be more acceptable to the Court's schedule. In order to assist the defendant and his counsel to be prepared for trial, the government has agreed to turn over transcripts of over 70 recordings, approximately one-fifth of the recordings provided to the

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                Page 3 of 5

defendant in this case. While the defendant is not agreeing to a two-week continuance, and maintains that a one-month continuance is necessary, the government offers the alternative of a two-week continuance if the Court's schedule makes a one-month continuance impossible. In preparation for trial, the government now believes its case-in-chief to be approximately 2 ½ to 3 weeks in length, and the trial should take about 4 weeks.

RESPECTFULLY SUBMITTED on February 5, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2014,
a copy of the foregoing was served
via ECF on counsel of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR					Page 5 of 5