Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant James Wells


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**NOTICE OF LODGING PROPOSED ORDER OF DEADLINE DATES FOR PRETRIAL MATTERS** |

On January 29, 2014, the court ordered the parties to meet and confer regarding the discovery process in this case (Docket No. 290).  The parties met on February 4, 2014, and discussed a time-line for the production of discovery by the parties. From that discussion, the parties agreed for Mr. Wells to file a non-opposed motion to continue the scheduled trial date for four weeks.  This motion was filed by Mr. Wells on February 5, 2014 (Docket No. 301).  The District Court has not yet ruled on that motion.

Pursuant to the Magistrate Judge's order at Docket No. 290, counsel for Mr. Wells submits the following for purposes of a proposed discovery time-line:

1.    To date the defense has received over 36,000 pages of discovery, 1,791 photographs, and 3,800 hours of video discovery. From January 3, 2014 through February 6, 2014, the defense has received 366 recorded interviews.

The government has indicated that there were 62 grand jury subpoenas. The defense has only received transcripts for two grand jury witnesses.

The defense proposes that all government discovery be completed by February 14, 2014.

2.    The defense has provided the government with 3,843 pages of reciprocal discovery, along with an expert report from Bruce Currie.

3.    The defense will provide the government with an expert report from Daniel Reisberg by the close of business on February 7, 2014. The defense does not plan to call Kay Sweeney as an expert witness

4.    The defense will provide the government with an expert report from Jaco Swanepoel by the close of business on February 21, 2014.

5.    An expert report from Michael DiTallo will not be available until March 17, 2014.

DATED at Anchorage, Alaska this 6th day of February 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on February 6, 2014,
a copy of the **Notice of Lodging
Proposed Order of Deadline Dates
for Pretrial Matters** was served
electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR

Page 3