UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER OF DEADLINE DATES FOR PRETRIAL MATTERS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

IT IS HEREBY ORDERED the following time-line for the production of discovery is GRANTED:

1. The government will complete the production of all discovery to the defense by **February 14, 2014**.

2. The defense will provide the government with an expert report from Daniel Reisberg by **February 7, 2014**.

3. The defense will provide the government an expert report from Jaco Swanepoel by **February 21, 2014**.

4. The defense will provide the government an expert report from Michael DiTallo by **March 17, 2014**.

DATED this _____ day of February 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE