KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: Karen.loeffler@usdoj.gov
E-mail: Bryan.schroder@usdoj.gov
E-mail: Kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **MOTION TO ACCEPT LATE-FILED RESPONSE TO DEFENDANT'S NOTICE OF LODGING PROPOSED ORDER OF DEADLINE DATES FOR PRETRIAL MATTERS** |
| vs. | ) | |
| JAMES MICHAEL WELLS, | ) | |
| Defendant. | ) | |

The United States, through counsel, respectfully moves the court

to accept its late-filed Response to Defendant's Notice of Lodging

Proposed Order of Deadline Dates for Pretrial Matters. The response was due yesterday, February 6, 2014. The government attempted to timely file its response remotely from Kodiak, Alaska, but experienced technical issues with e-mail. The government's response is attached hereto.

RESPECTFULLY SUBMITTED on February 7, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on February 7, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.
s/ Bryan Schroder
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR          Page 2 of 2