IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **ORDER GRANTING GOVERNMENT'S MOTION TO ACCEPT LATE-FILED RESPONSE TO DEFENDANT'S NOTICE OF LODGING PROPOSED ORDER OF DEADLINE DATES FOR PRETRIAL MATTERS** |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The United States' Motion to Accept Late-Filed Response to Defendant's Notice of Lodging Proposed Order of Deadline Dates for Pretrial Matters is GRANTED. The Clerk of Court shall accept the government's late-filed response as timely.

IT IS SO ORDERED.

Date: _____

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE