KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071; Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S NOTICE** |
| vs. | ) ) | **OF LODGING PROPOSED ORDER OF DEADLINE** |
| JAMES MICHAEL WELLS, | ) ) | **DATES FOR PRETRIAL MATTERS** |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned

counsel, and hereby responds to defendant's Proposed Order of Deadline

Dates for Pretrial Matters at Docket 305.  While the government concurs with the defendant's opening paragraph, we do not concur with the defendant's proposed deadlines.

The government strongly opposes the defendant's proposal that all government discovery shall be completed by February 14, 2014.  The government has a continuing obligation to provide discovery under Fed. R. Crim. P. 16(c). The defendant cites no precedent to force the government to stop its investigation that could lead to additional discovery.  Moreover, the defendant makes no allegation of discovery violations that would call for such a sanction.  The government has provided discovery in this case beyond what is required, and has met or exceeded the schedule set by this Court in the Second Pretrial Scheduling Order at Docket 56.  The Court should deny this unsupported request.

As for the defendant's expert witness schedule, the government understands from the defendant's filing, as well as from our discussions

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 2 of 4

on February 4, 2014, that the following expert witnesses noticed in Docket 237 will not provide reports because they will not testify at trial:

- Paul Kish
- Michael Nault
- Donald Reay
- Kay Sweeney

Of the remaining experts, they have committed to providing the report of Daniel Reisberg on February 7, 2014, the report of Jaco Swanepoel by February 21, 2014, and the report of Michael DiTallo by March 17, 2014. If the District Court continues the trial for one month as requested by the defendant, those dates are acceptable. If the District Court does not grant the continuance, all expert reports should be ordered due by no later than February 14, 2014. The defendant has already missed multiple discovery deadlines for their expert witnesses, contrary to the government providing expert reports and notices to the defendant on October 25, 2013, according to the schedule set by the Court at Docket 160.

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 3 of 4

Case 3:13-cr-00008-SLG   Document 307-2   Filed 02/07/14   Page 3 of 4

RESPECTFULLY SUBMITTED on February 7, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2014,
a copy of the foregoing was served
via ECF on counsel of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR        Page 4 of 4