IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **[PROPOSED]** |
| vs. | ) ) ) | **ORDER GRANTING MOTION *IN LIMINE* REGARDING DEFENSE** |
| JAMES MICHAEL WELLS, | ) ) | **EXPERT DANIEL REISBERG** |
| Defendant. | ) | |

The government's Motion in Limine Regarding Defense Expert Daniel Reisberg is GRANTED.

IT IS SO ORDERED.

Dated:_____          _____
                                                    John D. Roberts
                                                    U.S. Magistrate Judge