```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__   CASE NO. __3:13-cr-00008-RRB-JDR__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:         KAREN LOEFFLER/BRYAN D. SCHRODER

DEFENDANT'S ATTORNEY:            F. RICHARD CURTNER

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL [301]
             HELD FEBRUARY 11, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

Court and counsel heard re Motion to Continue Trial (DKT 301); **GRANTED.**

Court found excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) Failure to continue would result in miscarriage of justice.

Final Pretrial Conference set for **March 24, 2014 at 10:00 a.m.** Trial by Jury set for **March 31, 2014 at 8:30 a.m.**

Court and counsel heard re Government's Oral Motion to Reset Trial Document Deadlines; **GRANTED.**

Trial Briefs, proposed voir dire and proposed jury instructions due by **March 14, 2014.**

At 2:11 p.m. court adjourned.

OFF RECORD NOTE: Final Pretrial Conference set for February 18, 2014 at 9:00 a.m. and Trial by Jury set for February 24, 2014 at 8:30 a.m. were **VACATED.**

DATE:       February 11, 2014     DEPUTY CLERK'S INITIALS: ___NXL___

Revised 10-25-13