UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**ORDER OF DEADLINE DATES<br>FOR PRETRIAL MATTERS** |

　　　　IT IS HEREBY ORDERED the following time-line for the production of discovery is GRANTED:

1. The government will complete the production of all discovery to the defense by **February 14, 2014**. This deadline does not relieve the government from fulfilling its continuing obligation to disclose additional discovery pursuant to F.R.Cr.P. 16(c).

2. The defense will provide the government an expert report from Jaco Swanepoel by **February 21, 2014**.

3. The defense will provide the government an expert report from Michael DiTallo by **February 28, 2014**.

DATED this 11th day of February 2014, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　 /s/ John D. Roberts
　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE