```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO.   3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:        BRIAN D. SCHRODER
UNITED STATES' ATTORNEY:        KAREN LOEFFLER
UNITED STATES' ATTORNEY:        KATHLEEN ANN DUIGNAN

DEFENDANT'S ATTORNEY:           F. RICHARD CURTNER

PROCEEDINGS: HEARING ON GOVERNMENT'S MOTION FOR RECONSIDERATION
             (DKT 38) HELD FEBRUARY 19, 2014:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:00 a.m. court convened.

Court and counsel heard re Motion for Reconsideration (DKT 38); **GRANTED**.

Court modified Order (DKT 317), re Paragraph 1 Completion of the Production of all discovery to the defense by February 14, 2014 is VACATED. This does not relieve the government from fulfilling its continuing obligation to disclose additional discovery pursuant to F.R.Cr. P. 16(c); all other deadlines remain as set.

At 10:22 a.m. court adjourned.

DATE:   February 19, 2014     DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13