Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATIONS** |

James Wells, through counsel, renews his request that the court extend his deadline for filing objections to the Magistrate Judge's report and recommendation filed at Docket No. 267 (re: *Motion to Suppress Statements (Fourth and Fifth Amendments)*, Docket No. 120), the report and recommendation filed at Docket No. 268 (re: *Motion to Suppress Statements (Fifth and Sixth Amendments)*, Docket No. 122), and the report and recommendation filed at Docket No. 270 (re: *Motion to Suppress Physical Evidence*, Docket No. 142). Mr. Wells' objections to these report and recommendations currently are due February 21, 2014. Mr. Wells is requesting until March 3, 2014, to file his objections.

This extension is necessary because in the last few weeks the government has disclosed thousands of pages of discovery and hundreds of interviews (including approximately hundreds of pages of discovery and 14 audio files received on February 19, 2014). The defense team has reviewed approximately 114 of 384 interviews. A large number of these interviews were conducted in April and May 2012. Counsel still must review 270 interviews and thousands of pages of discovery.

Counsel must continue to review this discovery because it has bearing on the issues of Mr. Wells' custody at T1, and the statements whose excerpts are included in the search warrants. In the review of nearly 104 interviews and grand jury transcripts read thus far, counsel has uncovered one interview with Scott Reckner, Mr. Wells' supervisor at the COMMSTA, that unequivocally states that COMMSTA was on lock down on April 12, 2012. The defense team also has uncovered an interview with USCG member Acosta stating that the USCG workers <u>had to</u> stay at T1 for 15-16 hours on April 12, 2012. This week, the defense team has reviewed statements from Sr. Chief Reed indicating a concerted effort by USCG command to keep all the T2 workers in a fixed location. These workers were not told to recommence work activities. This information is critical to the court's determination of custody for Mr. Wells' motion to suppress his statements. Counsel is unaware what material information the rest of the interviews hold.

Counsel is certain that a complete review of the files will not be possible by February 21, 2014. Counsel is uncertain that a complete review of the files will be possible by March 3, 2014. However, if counsel is unable to complete that review in order to

adequately respond to the report and recommendations based on the recently discovered information, counsel will apprise the court.

This motion is being filed on shortened time because objections currently are due today, February 21, 2014.

DATED at Anchorage, Alaska this 21st day of February, 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on February 21, 2014, a copy of the foregoing, with attachments, was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner