UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of Defendant's Motion on Shortened Time to Continue Deadline for Filing Objections to Report and Recommendations, the motion is GRANTED.

IT IS HEREBY ORDERED that Mr. Wells' objections to the Report and Recommendations at Docket Nos. 267, 268, and 270 shall be due by close of business on March 3, 2014. Replies to the objections shall be due by March 10, 2014.

DATED this _____ day of February 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE