Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**JAMES WELLS' OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDATION REGARDING MOTION TO SUPPRESS PHYSICAL EVIDENCE (FOURTH AMENDMENT) PURSUANT TO D.AK.L.M.R. 6(a).** |

Mr. Wells files the following objections to the magistrate judge's Recommendation Regarding Motion to Suppress Statements (Fourth and Fifth Amendments) (Docket No. 270).

**I. OBJECTIONS TO THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AT DOCKET NO. 270.**

Pursuant to D.Ak.L.M.R. 6(a), the defendant takes exception to, and therefore objects to, the following findings and conclusions of the magistrate judge:

(1) That the agents acted in good faith reliance on the first four search warrants (Docket No. 270 at pp. 15-20); *see* Memorandum of Law in Support of Motion to Suppress Physical Evidence (Docket No. 143 at pp. 6-14); Reply to Government Opposition to Motion to Suppress Physical Evidence (Docket No. 163 at pp. 2-9);

(2) That the investigators were entitled to rely on the good faith exception for the additional search warrants (Docket No. 270 at pp. 21-31); *see* Docket No. 143 at pp. 6-7, 12; Docket No. 163 at pp. 7-9;

(3) That, to the extent the magistrate judge made any such finding, that the search warrants stated probable cause for their issuance; *see* Docket No. 143 at pp. 6-14; Docket No. 163 at pp. 2-9;

(4) That the information contained in the search warrant affidavits was not stale at the time of the issuance of the warrants (Docket No. 270 at pp. 32-36); *see* Docket No. 143 at pp. 8, 17-18; Docket No. 163 at pp. 12-15;

(5) That the search warrants were not overbroad; *see United States v. Spilotro*, 800 F.2d 959, 963 (9th Cir. 1986) (Docket No. 270 at pp. 36-46); *see* Docket No. 143 at pp. 8, 18-20; Docket No. 163 at pp. 16-19;

(6) That the officers did not exceed the scope of the search warrants in their execution (Docket No. 270 at pp. 46-47); *see* Docket No. 143 at p. 20; Docket No. 163 at pp. 19-20;

(7) That the search warrants were not defective because information used in all search warrant affidavits was obtained from the unlawful interrogation (Fourth and Fifth Amendment violations) of the defendant (Docket No. 270 at p. 47); *see* Memorandum of Law in Support of Motion to Suppress Statements (Docket No. 121); Reply to Opposition to Motion to Suppress Statements (Docket No. 141); Docket No. 143 at pp. 15-16; Docket No. 163 at p. 15;

(8) The magistrate judge correctly found that Mr. Wells' desk was illegally searched on two separate occasions (Docket No. 270 at pp. 47-48), but incorrectly concluded

that the independent source doctrine applied, as an exception to the exclusionary rule (*id*.); *see* Docket No. 143 at pp. 7-8, 15-17; Docket No. 163 at pp. 15-16;

      (9)    The magistrate judge incorrectly found that the caution letter found in Mr. Wells' desk should be admissible (Docket No. 270 at p. 53); *see* Docket No. 143 at pp. 7-8, 15-17; Docket No. 163 at pp. 15-16;

      (10)    The magistrate judge incorrectly found that probable cause exists following excision of certain information contained in the affidavit, as discussed in the last full paragraph of page 17 of the Recommendation (Docket No. 270 at p. 53); *see* Docket No. 143 at pp. 7-8, 13-14, 16-17; Docket No. 163 at pp. 15-16;

      (11)    The magistrate judge incorrectly found that the search warrants were not based on material misstatements and omissions (Docket No. 270 at pp. 53-54); *see* Docket No. 143 at pp. 7, 14-15; Docket No. 163 at pp. 10-12;

      (12)    The defense objects to the magistrate judge's finding that the phone numbers and logs seized pursuant to FW 285 are properly within the scope of SW 285 (Docket No. 270 at pp. 55, 58-59); *see* Docket No. 143 at p. 20; Docket No. 163 at pp. 19-20.

      DATED at Anchorage, Alaska this 28th day of February 2014.

      Respectfully submitted,

      /s/ Rich Curtner
      Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:    907-646-3400
      Fax:    907-646-3480
      E-Mail:    rich_curtner@fd.org

Certification:
I certify that on February 28, 2014,
a copy o f *James Wells' Objections to the Magistrate Judge's Recommendation Regarding Motion to Suppress Physical Evidence (Fourth Amendment) Pursuant to D.Ak.L.M.R. 6(a)* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
United States Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner