SR: ...to the conference room because we were... You know, obviously we were the closest to the situation. That's our shop, that's where we worked, those are our guys. Okay, so... [clears throat] so not anybody even-even the crew. They were letting just anybody come in there because we were dealing with it pretty-pretty hard and that, so. [clears throat] So he didn't really, uh, in-in that--that was really the first time that we were alone together if you will. The girls were in there too, but, um, without any kind of filter and there-there was--there was nobody--no law enforcement or anybody in there. And nothing of significance happened other then, um, I mean really nothing. We were just talking in pretty general terms. He didn't really have much to say. He just kind of sat there, um...

JS: What was his demeanor like at the time?

SR: He was quiet. He was-he was saying that he's, uh, he's diabetic. Um, he was talking about he needed to get something to eat soon. Um, and so then I said well we can get you something to eat. You know, we can get you... Because we were all on lockdown. Nobody could come or go.

JS: Right.

SR: [clears throat] And, uh, I said, "Well we can get you food in here if we need to get you food, you know, that kind of thing." And he's just like, "no." [clears throat] Upchurch and I talked about this yesterday up on--at the 150 foot level, on the tower. Her and I stayed at the 150 foot level with the rescue bag. And, uh, and she remembers that conversation because, uh, well... I think now she thinks it's strange because I have a very strong feeling on who did this and it took her a little bit longer to get to this point. But, uh, but she remembers that conversation. And she was like, she was like, "Do you, uh, and she asked me, "Do you remember that conversation? And I said, yeah. And she said, "Why"...She was asking me why I was--I was showing concern if I thought he did it. And I told her well--I felt like he did it, but I didn't know for sure and you don't want to believe these things. You don't want to believe that a person that we work with could come in there and do that.

SB: Sure.

SR: And it was the day of, you know, so... You know a part of me wanted to scream why did you do it, but the other part didn't want to believe it at all. So, you know, so it was...

SB: Kind of the angel devil syndrome--

SR: Yeah.

SB: --on your shoulder.

SR: So, yeah, yeah, exactly. So I was just trying to do what I do which is, you know, take care of my people and if he was going into a diabetic whatever I wanted to make sure that he had food so I was like you need food, so.