LH: Yes. He retires on Friday.

JP: ET1--ET1s gun went to Senior Chief Reed?

LH: Yes, I believe so. I know they were moving. I think they live real close to each other.

JP: Okay.

LH: Yeah, I-I don't know why he had ET1s gun or--or why they were taken out of the house. I'm not sure.

JP: Okay. Okay. Do you have anything else?

LH: Nope.

JP: That you'd like to add?

LH: That's it.

JP: Or that you've thought of since you've been interviewed the first time?

LH: No.

JP: No.

LH: Nope.

JP: Um, I don't know if they've, uh, they went over this with you before or not. This is a non-disclosure form. Okay, this basically says you that can't discuss anything that you, uh, that we discussed here in this interview.

LH: Mm-hmm.

JP: Um, if you can just read this first paragraph right here and put your first name, middle initial, and last name on that first line there.

LH: Okay. Read it aloud?

JP: Uh, sure you can read it aloud.

LH: I, Leah J. Henry have been advised by Special Agent Jerry Pr--

JP: Prichard.

LH: --Pricherd of the Coast Guard investigative service of an ongoing investigation concerning the following matters. Interview regarding deaths of ET1 Hopkins and Rich Belisle. I've been advised and understand the following. This is an ongoing investigation. As such I understand that I am not to discuss this investigation with any other, or any other information regarding aspects of this investigation with any persons outside of the Coast Guard investigative service and appropriate legal counsel.

JP: Do you understand that?

LH: Yes.

JP: Go ahead and initial there. Okay. All right, and you understand this statement as well?

LH: Mm-hmm.

JP: Okay. And this says I have carefully read the above statements and any questions I have asked concerning these statements have been answered in my complete satisfaction.

LH: Mm-hmm.

JP: Is that correct?

LH: Yes.

JP: And if you don't have any questions, sign your name, date, and time. The time is 2:03. It's the 6th of August.

LH: I'm sorry, what was the time?

JP: 6th of August and I'm sorry it's--

DA: 2:03.

JP: --2:03. Any other questions?

LH: Uh, no sir.

JP: And we're going to conclude this interview. The time is 2:04. It's Monday, August 6th 2012.

[End of Recording]