UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | **PROPOSED ORDER** |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of James Wells' Motion for New Evidentiary Hearing Pursuant to D.Ak.L.M.R. 6(c)(3) on Defense Motion to Suppress Statements and Evidence, the motion is GRANTED.

IT IS HEREBY ORDERED that an evidentiary hearing on defense Motion to Suppress Statements and Evidence (Docket No. 120) is scheduled for March _____, 2014, at ___ __.m.

DATED this ____ day of _____ 2014, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE