KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008 RRB-JDR |
| | ) | |
| | ) | **_ON SHORTENED TIME_** |
| Plaintiff, | ) | NOTICE OF VICTIMS' |
| | ) | REPRESENTATIVES' INTENT |
| vs. | ) | TO GIVE STATEMENTS AT |
| | ) | DETENTION HEARING AND |
| JAMES MICHAEL WELLS, | ) | NOTICE OF FILING VICTIM |
| | ) | IMPACT STATEMENT. |
| Defendant. | ) | |
| | ) | 18 U.S.C. 3771(a)(4) and (e) |
| | ) | |

COMES NOW the United States of America, by and through counsel, and provides notice that Nicola Belisle, as representative of the victim named in Counts 1 through 6 of the Indictment, Richard Belisle, may make a statement at the detention hearing scheduled for March 3, 2014, at 1:30 p.m.

Pursuant to 18 U.S.C. § 3771(a)(4), victims of crimes have the right to be reasonably heard at any public proceeding in the district court involving release. 18 U.S.C. § 3771(e) provides, in the instance where, as here, a victim is deceased, that family members may assume the rights of the victims. Nicola Belisle is the widow of victim Richard Belisle. Thus, she has standing to speak as a family member. Attached as Exhibit 1 is a statement of Mrs. Belisle. Other family members, including children and siblings, along with community members, have also stated their intent to submit written statements concerning the detention of the defendant. One of these statements, from Patricia Gibbs, a friend of Mr. and Mrs. Belisle, is attached as Exhibit 2. If any additional statements are received, they will be filed promptly.

This pleading will also be served upon the Pre-Trial Services Officer.

RESPECTFULLY SUBMITTED on March 3, 2014, in Anchorage, Alaska.

        s/ Karen L. Loeffler
        KAREN L. LOEFFLER
        United States Attorney

        s/ Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        United States of America

        s/ Katheen A. Duignan
        KATHLEEN A. DUIGNAN
        Special Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States v. Wells*
Case No. 3:13-cr-0008-RRB-JDR       Page 3 of 3