# Opposition Bail Statement

On April 12, 2012 my husband of 20 years, Richard W. Belisle, was murdered at COMSTA Kodiak before he could finish his morning coffee. The Alaska State Troopers and the US Coast Guard came to my office to notify me and after I had stopped screaming, I stated "what the $%@# did Jim Wells do to my husband". I knew he killed Rich then and I know it now.

For 10 months and 13 days I lived in terror of that man. His house is opposite our home; it can be seen from almost every inch of my property. I watched lights turn on in that house, the woodstove be lit, saw him and his wife moving around, driving up and down that driveway and going about their daily lives, while ours has been destroyed. If his truck wasn't in that driveway, I had panic attacks thinking I was going to pass him on the road – there is only one road leading to the community where we live. I had been unable to leave my house for days at a time because I was terrified that I would come across him. That happened twice and the experience left me unable to function for many hours afterwards. Every time I see a white pick up truck or a blue small SUV, I still to fight to maintain some sort of emotional control. Every time I see a man with scraggly hair and a long white beard – no matter where I am I have to fight to maintain control.

After Rich and James Hopkins were murdered, that man continued to live his daily life as normal, appearing in our community as if nothing has happened. Our three girls and I had to leave Kodiak in May, 2012 for almost two months as we did not feel physically or emotionally safe. I left again for 3 months in November 2012 after he and his wife approached me at the polling station where I was setting up for the General Election. The polls were not even open and he came right up to me and wished me a good morning. What sort of man does that?

The type of man who approaches the widow of the man he is suspected of killing is a man who thinks he has got away with it. He has no remorse, he thinks he is smarter than the rest of us. For 10 months and 13 days, my family, friends and co-workers of my husband lived in fear of that man coming after one of us. After his arrest we all breathed a little easier. In May, 2013 he had a bail hearing which was denied, and again we breathed a little easier. Now he asks for bail again, this time he wants to be released into the Anchorage community where witnesses and family and friends will be staying during the trial. That thought terrifies me; In a pair of seconds that man has the opportunity to cause physical harm or disappear. Facing life in prison, he now really has nothing to loose.

I implore you to keep that man behind bars where he belongs, unto and including the trial, until a verdict has been determined by a jury of his peers.

Respectfully,

Mrs. Nicola A. Belisle

Exhibit 1