February 28, 2014

Dear Judge Roberts,

I am a resident of the Women's Bay community here in Kodiak, Alaska. I was a friend of Mr. Richard Belisle and continue a friendship with his wife, Nicola.

I cannot stress strongly enough how devastated our community was and continues to be as we work through losing both Rich and Mr. Hopkins. I have written statements in the past when Mr. Wells has requested a bail hearing urging the court to deny him this opportunity. This letter is being written to once again strongly state how opposed I am at the idea of Mr. Wells being released on bail. It would seem that this close to the trial starting that Mr. Wells could be a serious flight risk.

Ms. Belisle and Ms. Hopkins have endured almost two years of sorrow at the loss of their husbands. Though this trial will never bring these two men back, I am hopeful that it will somehow help them bring closure to this horrific act so that they continue their healing knowing that the individual responsible has been held accountable.

Please do not allow Mr. Wells the opportunity to be released on bail. Help these families and all of us that loved these two men know that there is no chance of something happening from now until this trial begins.

I recognize that I have put before you only emotional reasons for denying this bail as I have no proof that Mr. Wells' release would pose a risk. I'm hopeful you recognize how incredibly important emotions are in this case and once again deny Mr. Wells to be released.

Respectfully,


Patricia B. Gibbs
539 Visna Way
Kodiak, Alaska 99615
(907)487-4096

Exhibit 2