```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   JAMES MICHAEL WELLS     CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SUZANNETTE DAVID-WATERS

UNITED STATES' ATTORNEY:      BRYAN D. SCHRODER & KATHLEEN ANN DUIGNAN

DEFENDANT'S ATTORNEY:          F. RICH CURTNER

U.S.P.O.:                      CHARLENE HENSEL

PROCEEDINGS: BAIL REVIEW HEARING HELD MARCH 3, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Court and counsel heard re defendant's oral motion to release defendant with conditions.

Arguments heard.

Defendant's oral motion to release defendant with conditions; **DENIED**.

Defendant's detention continued.

At 1:52 p.m. court adjourned.

DATE:    March 3, 2014          DEPUTY CLERK'S INITIALS:    SDW

Revised 10-25-13