KAREN L. LOEFFLER
United States Attorney

BRYAN D. SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | ) No. 3:13-cr-00008-RRB-JDR<br>)<br>) **REPLY TO DEFENDANT'S**<br>) **OBJECTIONS TO**<br>) **MAGISTRATE JUDGE'S**<br>) **REPORT AND**<br>) **RECOMMENDATIONS**<br>)<br>)<br>) |

COMES NOW the United States, by and through above-named

counsel, and replies to the defendant's objections, filed at dockets 328

and 329.   The defendant's objections are not a true challenge to the Court's reports and recommendations; he simply cites to his original motion arguments.  The defendant's objections should be denied.

On January 16, 2014, this Court issued three initial reports to the defendant's motions to suppress statements and motion to suppress physical evidence.   Dockets 267, 268, and 270.   After a number of continuances, the defendant has filed objections to two of the reports, dockets 267 and 270.  Dockets 328 and 329.  The defendant did not file objections to the Court's report and recommendation at docket 268, thus the Court may simply adopt its initial report as final.

 As to the remaining sets of objections, the defendant has made no attempt to fashion an argument based on the Court's analysis or evidence from the evidentiary hearing.  The defendant simply listed the Court's findings and cited to his original arguments, which were filed months ago.  This gives the Court no new substance to consider, and no reason for the government to file a substantive response.   The Court attempted to preclude this type of response by instructing the parties in the initial report and recommendation that objections "shall not merely

Case 3:13-cr-00008-SLG   Document 335   Filed 03/05/14   Page 2 of 4

reargue positions presented in motion papers." Docket 267, p. 45, and docket 270, p. 60. Nonetheless, that is all the defendant has deigned to do. The defendant did not even take the time to reargue his previous positions, tasking the Court to look up the arguments for itself. Because the Court already reviewed the defendant's original pleadings at the time they were filed, there is no additional need for review. The defendant's objections in both dockets 328 and 329 should be rejected, and the original reports deemed final.

RESPECTFULLY SUBMITTED this 5th day of March, 2014 in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney


s/ Bryan D. Schroder
BRYAN D. SCHRODER
Assistant U.S. Attorney
United States of America


s/ Kathleen A. Duignan
KATHLEEN A DUIGNAN.
Special Assistant U.S. Attorney
United States of America

Certificate of Service

I hereby certify that on March 5, 2014,
the foregoing was served electronically via
the CM/ECF system on counsel of record.

s/ Kathleen A. Duignan

Case 3:13-cr-00008-SLG   Document 335   Filed 03/05/14   Page 4 of 4