Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF ASSOCIATION OF CO-COUNSEL** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

   Comes now Rich Curtner, Federal Public Defender, counsel of record for defendant James Wells in this matter, and gives notice that he is associating Mr. Peter Offenbecher, of the Skellenger Bender law firm, as co-counsel for the trial and remaining pretrial matters in this case. Mr. Curtner will remain as lead counsel for Mr. Wells. A copy of Mr. Offenbecher's *pro hac vice* application is attached to this notice.

///

///

///

DATED at Anchorage, Alaska, this 7th day of March, 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on March 7, 2014, a copy of the foregoing, with attachments, was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner