Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. 3:13-cr-00008-RRB-JDR |
| v. | |
| JAMES MICHAEL WELLS, | NOTICE OF APPEARANCE AS CO-COUNSEL |
| Defendant. | |

COME NOW Peter Offenbecher, and Skellenger Bender, P.S., and give notice that Mr. Offenbecher is appearing as co-counsel with Rich Curtner for the defendant James Wells in this matter. Mr. Curtner remains as lead counsel.

All pleadings and notices should also be sent to Mr. Offenbecher at the address set out above.

DATED this 7th day of March 2014.

                                      s/ Peter Offenbecher
                                      Peter Offenbecher
                                      SKELLENGER BENDER, P.S.
                                      Attorneys for James Michael Wells

## CERTIFICATE OF SERVICE

I certify that on March 7, 2014, I electronically filed the Notice of Appearance as Co-Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all attorneys of record.

DATED this 7th day March 2014.

                                                s/ Jule Sprenger
                                                Jule Sprenger
                                                SKELLENGER BENDER, P.S.
                                                Paralegal