# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | Case No. 3:13-cr-00008-RRB-JDR<br><br>MOTION AND APPLICATION FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Peter Offenbecher, hereby apply for permission to appear and participate pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska, as co-counsel for James Wells, in the above matter.

I hereby designate Rich Curtner, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

I have previously participated in this matter as co-counsel for Mr. Wells from March 8, 2013 to September 11, 2013.

I have also previously appeared in the United States District Court in the District for Alaska as trial counsel for the defendant in *United States v. Richard Corum* (No. 1:12-CR-00001 TMB).

DATED this 7th day of March 2014.

         s/ Peter Offenbecher
Peter Offenbecher
Washington State Bar No. 11920
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501
poffenbecher@skellengerbender.com

## CONSENT OF LOCAL COUNSEL

I am a member of the Bar of the United States District Court for the District of Alaska. I hereby consent to the granting of the foregoing application.

DATED this 7th day of March 2014.

         s/ Rich Curtner
Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

## DECLARATION OF ATTORNEY

Full Name:  Peter Offenbecher

Business Address:  1301 Fifth Avenue, Suite 3401, Seattle, WA 98101

Business Telephone:  206-623-6501

Email Address:  poffenbecher@skellengerbender.com

Other Names/Aliases:  None

Jurisdictions to which admitted and year of admission:

| COURT | DATE OF ADMISSION |
|---|---|
| California Supreme Court | December 16, 1980 |
| Washington Supreme Court | November 17, 1981 |
| United States District Court<br>    Western District of Washington<br>    Eastern District of Washington | August 26, 1983<br>October 30, 1986 |
| United States Court of Appeals<br>    Ninth Circuit | March 1, 1984 |
| United States Supreme Court | June 1, 1992 |

I am not subject to any pending disciplinary proceedings in any jurisdiction to which I am admitted.

I have never been suspended from practice or disbarred in any jurisdiction to which I am admitted.

In accordance with D.AK. LR 83.1(d)(4)[A](iv), I certify that I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices in the courts to which I am regularly admitted.

A Certificate of Good Standing from the Washington Supreme Court, a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C §1746, I hereby declare under penalty of perjury that the forgoing information is true, correct, and accurate.

DATED this 7th day of March 2014.

s/ Peter Offenbecher

Peter Offenbecher
Washington State Bar No. 11920

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )       BAR NO. 11920

OF )       **CERTIFICATE**

PETER ALAN OFFENBECHER )       **OF**

TO PRACTICE IN THE COURTS OF THIS STATE )       **GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**PETER ALAN OFFENBECHER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on October 27, 1981, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 5th day of
February, 2014.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court