```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS     CASE NO. 3:13-cr-00008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ALISON HURST

UNITED STATES' ATTORNEY:        KAREN LOEFFLER/BRIAN D. SCHRODER

DEFENDANT'S ATTORNEY:           F. RICH CURTNER

PROCEEDINGS: HEARING ON MOTION IN LIMINE TO EXCLUDE EXPERT
             TESTIMONY OF DANIEL REISBERG (DKT 312), MOTION FOR
             LEAVE TO APPEAR PRO HAC VICE (DKT 339)
             HELD MARCH 10, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

Court and counsel heard re Motion for Leave to Appear Pro Hac Vice (DKT 339); **GRANTED.**

Court and counsel heard re Government may file a motion re CJA Act on allowing for publicly and privately funded counsel if needed.

Court ordered that Mr. Offenbecher may join the case as co-counsel as is/where is.

Court and counsel heard re Motion In Limine to Exclude Expert Testimony of Daniel Reisberg (DKT 312).

Arguments heard.

Court and counsel heard re Motion In Limine to Exclude Expert Testimony of Daniel Reisberg (DKT 312); **matter taken UNDER ADVISEMENT, written ruling to issue.**

At 2:24 p.m. court adjourned.

DATE:    March 10, 2014       DEPUTY CLERK'S INITIALS:    AJH

Revised 10-25-13