KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **GOVERNMENT'S MOTION TO ACCEPT SUPPLEMENTAL REPLY TO DEFENDANT'S NOTICE OF LODGING AT DOCKET 340** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned counsel, and moves the Court to accept the supplemental reply attached hereto as Exhibit 1. At the evidentiary hearing on March 10, 2014, defense counsel mentioned a new article on the issue of "confirmation bias," certainly leaving government counsel with the impression that Dr. Reisberg was one of the authors of the report. Counsel lodged the article at docket 340-1. Because Dr. Reisberg was not one of the authors, nor mentioned anywhere in the report, the government requests leave to comment under D.Ak. L.R. 7.1(i)(1).

Consistent with the requirements of a reply under D.Ak. L.R. 7.1(b), the government's attached briefing is restricted to a rebuttal of the factual and legal arguments raised by the defendant in the hearing before this Court on March 10, 2014, and in docket 340.

//
//
//
//

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 2 of 3

Case 3:13-cr-00008-SLG   Document 342   Filed 03/11/14   Page 2 of 3

RESPECTFULLY SUBMITTED on March 11, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney