IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[Proposed]** **ORDER GRANTING GOVERNMENT'S MOTION** |
| vs. | ) **TO ACCEPT SUPPLEMENTAL REPLY TO** |
| JAMES MICHAEL WELLS, | ) **DEFENDANT'S NOTICE OF LODGING AT DOCKET 340** |
| Defendant. | ) |

The United States' Motion to Accept Supplemental Reply to Defendant's Notice of Lodging at Docket 340, pursuant to D.Ak. L.R. 7.1(i)(1), is GRANTED. The Clerk of Court is directed to accept the government's filing.

IT IS SO ORDERED.

Date: _____ _____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE