# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**ORDER REQUESTING<br>IN CAMERA DISCLOSURE<br>OF FUNDS<br>and<br>SETTING HEARING** |

    Defendant James Michael Wells has been declared indigent and was appointed counsel under the CJA. It appears from the statements of defense counsel Rich Curtner at the March 10, 2014 hearing that the source of the money used for retaining Peter Offenbecher, is not the Federal Public Defender.

    Accordingly, it is hereby ordered that Mr. Offenbecher shall on or before close of business March 13, 2014, disclose to the court, <u>ex parte and under seal</u>, the source of the funds used to secure his representation of Mr. Wells based upon his

appearance as counsel filed March 10, 2014. This shall be a continuing obligation through his attorney-client relationship in this case should the source of the funds change.

The court will hold a hearing to determine whether defendant's representation by counsel comports with 18 U.S.C. § 3006A on **Monday, March 17, 2014 at 10:00 AM.**

DATED this 11th day of March, 2014, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge

2

Case 3:13-cr-00008-SLG   Document 346   Filed 03/12/14   Page 2 of 2