KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **REPLY TO DEFENDANT'S NOTICE OF LODGING AT DOCKET 340** |
| vs. | ) | |
| JAMES MICHAEL WELLS, | ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned counsel, and submits this pleading solely to make two points about counsel's comments in court on March 10, 2014, and the supplemental submission filed in support of said comments. At the evidentiary hearing on March 10, 2014, defense counsel mentioned a new article on the issue of "confirmation bias," that, to the best of the government's ability to recall, he indicated was written by Dr. Reisberg. Counsel lodged the article at docket 340-1.

As the court can see, Dr. Reisberg was not an author of the submitted article, nor is he referenced anywhere in the article. As the government pointed out in its original motion at docket 312 p. 16, reading articles written by others does not necessarily qualify one as an expert. See *United States v. Herra*. 768 F.Supp.2d 1026, 1032 (N.D. Cal. 2011)(excluding purported expert on eye witness identification on grounds witness miscited and improperly relied on article containing research by others).

RESPECTFULLY SUBMITTED on March 12, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR      Page 3 of 3