KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **JOINT MOTION TO EXTEND TIME FOR FILING OF TRIAL DOCUMENTS** |
| vs. | ) ) | *Filed Under Shortened Time* |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned counsel, and files this joint motion with defense counsel to extend the

date for the filing the trial brief, voir dire questions, and jury instructions by both parties, currently due on Friday, March 14, 2014. The parties request a 3-day extension until Monday, March 17, 2014.

From March 12-14, 2014, both Ms. Loeffler and Captain Duignan will be out of the District. Their travel limits their ability to work on finalizing the trial brief, jury instructions and recommended voir dire questions. They will be in a position over the weekend, and on Monday to assist with finalizing the trial documents.

The government has consulted with defense counsel, who did not oppose the government's request, but asked for the same consideration. Thus, this motion is being filed jointly.

For the foregoing reasons, the parties request that this motion to extend time be granted.

RESPECTFULLY SUBMITTED on March 12, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder  
BRYAN SCHRODER  
Assistant U.S. Attorney  
United States of America

s/ Katheen A. Duignan  
KATHLEEN A. DUIGNAN  
Special Assistant U.S. Attorney  
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2014, a copy of the foregoing was served via the CM/ECF system on all counsel of record.

s/ Bryan Schroder  
Office of the U.S. Attorney

U.S. v Wells  
3:13-cr-00008-RRB-JDR        Page 3 of 3