IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| vs. | ) **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF TRIAL DOCUMENTS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The Parties' Joint Motion for an Extension of Time to file their trial briefs, voir dire questions and jury instructions until Monday, March 17, 2014, is GRANTED.

Dated_____      _____
                          John D. Roberts
                          U.S. Magistrate Judge