IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) ) | **[PROPOSED]** |
| vs. | ) ) ) | **ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE DEFENSE PLEADINGS AT DOCKET 343** |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

Upon due consideration of the government's Motion to Strike Pleadings at Docket 343, said motion is GRANTED.

Reisberg's declaration is stricken and his testimony is excluded.

IT IS SO ORDERED.

Dated_____     _____
                                John D. Roberts
                                U.S. Magistrate Judge