UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS STATEMENTS**<br>**(Fourth and Fifth Amendments)**<br><br>**Docket 120** |

In a recommendation filed at Docket 267, I advised that defendant Wells' Motion to Suppress be denied. The defendant timely filed objections at Docket No. 328. The government filed a response. Docket No. 335. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 14th day of March, 2014, at Anchorage, Alaska.

                                              /s/John D. Roberts
                                              JOHN D. ROBERTS
                                              United States Magistrate Judge