# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff,<br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>              Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS STATEMENTS**<br>**(Fourth and Fifth Amendments)**<br><br>**Docket 122** |

In a recommendation filed at Docket 268, I advised that defendant Wells' Motion to Suppress be denied. No objections were filed by counsel. Accordingly, this matter will be forwarded to the assigned district judge for his determination.

DATED this 14th day of March, 2014, at Anchorage, Alaska.

                          /s/ John D. Roberts
                          JOHN D. ROBERTS
                          United States Magistrate Judge