# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | 3:13-cr-008-RRB-JDR<br><br>**FINAL RECOMMENDATION REGARDING MOTION TO SUPPRESS PHYSICAL EVIDENCE**<br><br>(Docket No. 142) |

In a recommendation filed at Docket 270, I advised that defendant Wells' Motion to Suppress be denied. The defendant timely filed objections at Docket No. 329. The government filed a response. Docket No. 335. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

DATED this 14th day of March, 2014, at Anchorage, Alaska.

          /s/ John D. Roberts
          JOHN D. ROBERTS
          United States Magistrate Judge