THE FEDERAL PUBLIC DEFENDER
for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

March 12, 2014

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue
Anchorage, Alaska 99513

Re: *United States v. James Wells*
    Case No. 3:13-cr-00008-RRB-JDR
    Discovery Request

Dear Karen, Bryan and Kathleen:

This letter is our request for the following additional discovery. The nature of our request addresses our need to conduct an adequate investigation on behalf of Mr. Wells.

1. <u>Mr. Wells' *Request for Leave or Approved Absence*</u> – We have received Mr. Wells' certified time and accounting summary and leave records. What we are requesting is Mr. Wells' leave requests (OPM Form 71) for the same time period. I am attaching a blank OPM Form 71 in order to be specific about what we are requesting.

2. <u>Audio *Jenks* Interviews</u> – The audio of an interview with Nate Pacheco (1D166) that we received will not play. Could we get another copy of this audio recording?

3. <u>Bench Notes of Brett Mills and Higher Resolution Photos From Gary Bolden</u>
We are renewing our request for Mr. Mills' bench notes and higher resolution photos from Gary Bolden since you now have Mr. Swanepoel's report. Mr. Swanepoel needs the bench notes and higher resolution photos in order to finalize his report regarding the nail.

Sincerely,

*Rich Curtner*
Rich Curtner
Federal Defender
Attorney for Defendant

RC/km
Enclosure



THE FEDERAL PUBLIC DEFENDER
for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

February 18, 2014

Karen Loeffler, U.S. Attorney
Bryan D. Schroder, Assistant U.S. Attorney
Kathleen Duignan, Special Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513

        Re:    *United States v. James Wells*
                Case No. 13-cr-0008-RRB-JDR

Dear Karen, Bryan, and Kathleen:

      In preperation for tomorrow's hearing regarding discovery deadlines, I feel that we need to discuss the status of our previous requests for discovery. There is discovery that I need and that is material to preparing our defense. Here is a list of discovery that we have requested and that, to my knowledge, has not been provided. Please let me know if this discovery will be provided; if so, when; and if not, why not.

I.    **Requests Related to Experts**

      Our expert Jaco Swanepoel is trying to complete his examination of the evidence in this case. He has requested the following items from the Government so he can compete his review.

      A.    Original images of Bolden photos 08-09.jpg. The images already provided in discovery have been greatly reduced in size from the original image. The image sizes of images 08 and 09 are 164kb and 281kb respectively. This reduction cause the image to pixelate when you try to view detail in the photographs. The original image size of these photos should be somewhere around 2.5MB (average high quality photo). Mr. Swanepoel has requested a copy of Bolden's images 08 and 09 in their original format and size.

      B.    Bench notes and photo documentation from FBI Analyst Brett Mills of his examination of the nail and tire (see pages 18045-49). I have been unable to locate Mr. Mills's bench notes or photo documentation of the nail removal process or examination. See Mills Report at Bates 18045-49.

II. **Miscellaneous Discovery Requests**

    A.    An <u>unredacted</u> transcript of Denise Anderson's testimony before the Grand Jury. (Bates 24520-24525).

    B.    An <u>unredacted</u> summary of the interview of Theresa Kiele (Bates 24490-24492).

    C.    All addresses and phone numbers that have been <u>redacted</u> from any interview summarries.

    D.    A copy of the "non-disclosure" form provided to witnesses interviewed by law enforcement in this case.

    E.    James Wells' leave requests (referred to in Bates 21811, item 7).

    F.    Four DVDs of seized data from Van Ness and Reckner (referred to in Bates 21930, Item 2).

    G.    Unredacted Bates pages 22676; 22694; 22821; 22874.

    H.    Any interviews, recordings, notes, or reports re Dennis Zecca (referred to in Bates 21561).

    I.    Screen capture of 1B378 video of Main Gate Camera (referred to in Bates 22886).

    J.    One DVD of the published Kodiak ORION Instance (referred to in Bates 22880).

    K.    Emails between Jennifer Donaho and Vs (referred to in Bates 21842).

Please let me know if you have any questions about these requests.

Sincerely,

Rich Curtner
Federal Defender
Attorney for James Wells

RC/lr