IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:13-cr-0008-RRB |
| vs. | |
| JAMES MICHAEL WELLS, | **ORDER REGARDING MOTIONS AT DOCKETS 120, 122, AND 142** |
| Defendant. | |

Before the Court are several motions that have been fully briefed and are the subject of Final Recommendations from the Magistrate Judge.

At Docket 357 the Magistrate Judge, after considering Defendant's objections at Docket 328 and the Government's response at Docket 335, reaffirmed his original Recommendation regarding Motion to Suppress Statements (Fourth and Fifth Amendment) at Docket 267. The Court has carefully reviewed all of the relevant pleadings and, for the reasons set forth by the Magistrate Judge at Docket 267, hereby **DENIES** Defendant's Motion to Suppress Statements at **Docket 120**.

At Docket 358 the Magistrate Judge reaffirms his Recommendation at Docket 268 that the Motion to Suppress Statements (made to Para Upchurch) at **Docket 122** be denied. No objections were filed regarding this Recommendation, which Recommendation

the Court accepts it in its entirety. The Motion to Suppress Statements at **Docket 122** is hereby **DENIED** for the reasons set forth by the Magistrate Judge.

At Docket 359, after considering the Defendant's objections at Docket 329 and the Government's response at Docket 335, the Magistrate Judge reaffirmed his Recommendation at Docket 270 that the Motion to Suppress Physical Evidence at **Docket 142** be granted in part and denied in part. The Court has now studied the Magistrate Judge's initial sixty page Recommendation Regarding Motion to Suppress Physical Evidence, which the Court finds to be thorough and well reasoned. The Court has also reviewed the parties' responses to this report and agrees with the Magistrate Judge that they establish no reason to alter the initial recommendation. The Court therefore, for the reasons set forth by the Magistrate Judge at Docket 270, hereby **GRANTS IN PART AND DENIES IN PART** the Motion to Suppress Physical Evidence at **Docket 142**.

**IT IS SO ORDERED** this 17th day of March, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE