```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   JAMES MICHAEL WELLS   CASE NO.  3:13-cr-0008-RRB-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   BRYAN D. SCHRODER/KATHLEEN ANN DUIGNAN

DEFENDANT'S ATTORNEY:        PETER OFFENBECHER/F. RICHARD CURTNER

PROCEEDINGS: HEARING TO DETERMINE REPRESENTATION
             HELD MARCH 17, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

Court and counsel heard re Government's Exhibit 1. Government's Exhibit 1 **ADMITTED**.

Court and counsel heard re government's concerns of possible private monies re retaining of co-counsel.

Court and counsel heard re Defendant's Oral Motion to Proceed in an Exparte Hearing; **GRANTED**.

At 10:07 a.m. court recessed to proceed in exParte matter until 10:19 a.m.

Court ordered removal of court appointed attorney would not serve the interest of justice; Mr. Offenbecher to remain as co-counsel with Mr. Curtner; defendant may be ordered to reimburse the federal public defenders for up to $25,000.00.

At 10:20 a.m. court adjourned.

List of Exhibits to be filed separately.

Admitted exhibit forwarded to chambers.


DATE:    March 17, 2014       DEPUTY CLERK'S INITIALS:    NXL
Revised 10-25-13