(Rev 3/14)  **LIST OF EXHIBITS**

---

Case No. 3:13-cr-00008-RRB-JDR        Magistrate Judge: John D. Roberts

Title        UNITED STATES OF AMERICA
    vs.
        JAMES MICHAEL WELLS

Dates of Hearing:    March 17, 2014

Deputy Clerk:    Nancy Lealaisalanoa

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan D. Schroder | F. Richard Curtner |
| Kathleen Ann Duignan | Peter Offenbecher |
|  |  |

---------------------------------------------------------**EXHIBITS**---------------------------------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | √ | 3/17/14 | Mr. Wells TSP statement |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |