Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DEFENSE NOTICE OF EXPERT DR. MARIO SCALORA** |

In compliance with Fed.R.Evid. 702, 703, and 705, the defense identifies the following potential expert witness.

Mario Scalora is a Professor of Psychology with the Clinical Training and Law-Psychology Programs at the University of Nebraska-Lincoln. In addition to his graduate training responsibilities, he performs and supervises research regarding various aspects of targeted violence including threat assessment and management, counter-terrorism, school violence, as well as workplace violence.

Dr. Scalora has extensive relationships with federal, state and local law enforcement agencies related to threat assessment issues. He currently serves as the consulting psychologist to the Threat Assessment Unit of the United States Capitol Police – assisting with case consultation and research activity related to threatening activity toward members of Congress. Dr. Scalora also serves as a consulting psychologist with the University of Nebraska-Lincoln Police regarding campus safety, threat management, as well as emergency preparedness. Dr. Scalora coordinates one of the most active academic research programs in the country engaging in collaborative research in this area. He has testified in more than 50 cases.

In the event that Dr. Meloy is called to testify in this case, Dr. Scalora will testify about targeted violence and workplace violence.

Mario Scalora's curriculum vitae is attached as Exhibit A.

DATED at Anchorage, Alaska this 19th day of March 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on March 19, 2014,
a copy of the *Defense Notice of Expert
Dr. Mario Scalora* was served electronically
on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner