# CURRICULUM VITAE

## Mario J. Scalora, Ph.D.

## PERSONAL INFORMATION

Business Address:
Department of Psychology                           mscalora1@unl.edu
University of Nebraska-Lincoln                      (402) 472-3126
238 Burnett Hall                                   (402) 472-4637 (fax)
Lincoln, NE 68588-0308

## EDUCATION/CREDENTIALS

Saint Joseph's University
Major: Psychology
Degree: B.S. (Magna Cum Laude)                     1983
Honors: Alpha Sigma Nu, Sigma Xi, Psi Chi
        Moore Psychology Award.

University of Nebraska
Major: Psychology
        Clinical Psychology Program (APA approved),
        Law-Psychology Program (subspecialty program)
Degree: M.A.                                       1986
        Ph.D.                                      1989

## PROFESSIONAL EXPERIENCE

Professor                                          2011-present
Associate Professor                                2003-2011
Assistant Professor                                1997-2003
Department of Psychology
University of Nebraska-Lincoln

Consultant                                         1997-present
Protective Services Bureau
Threat Assessment Section
United States Capitol Police
Washington, D.C.

Consulting Psychologist                            1990-2010

Forensic Mental Health Service
Lincoln Regional Center
Lincoln, NE

Consulting Psychologist                          1993-2006
Diagnostic & Evaluation Center
Nebraska Dept of Correctional Services
Lincoln, NE

Consultant                                       1996-2008
Executive Protection Division                    2011-present
Sex Offender Registry
Nebraska State Patrol
Lincoln, NE

Research Assistant Professor of Psychology       September, 1989 to August, 1997
Center on Children, Families, and the Law
University of Nebraska-Lincoln
Lincoln, NE

Consulting Psychologist                          1989 to 1994
Lincoln-Lancaster Child Guidance Center
Lincoln, NE

Postdoctoral Fellow in Forensic Psychology       September 1988 to August 1989
University of Massachusetts Medical Center
Worcester, MA

Clinical Psychology Intern                       July 1987 to July 1988
University of Oklahoma Health Sciences Center
Child Study Center and Department of Psychiatry
        and Behavioral Sciences
Oklahoma City, OK

## **PROFESSIONAL AFFILIATIONS**

American Psychological Association               Member, 1983
                                                Fellow, 2011
        Division 18 (Psychologists in Public Service)
        Division 19 (Military Psychology)
        Division 41 (American Psychology-Law Society)
Nebraska Psychological Association
Association of Threat Assessment Professionals

Vice President Great Plains Chapter
Distinguished Achievement Award 2013
International Association of Chiefs of Police
Psychological Services Section

## PROFESSIONAL CERTIFICATIONS/LICENSES

Licensed Psychologist- State of Nebraska        1989
Certified Clinical Psychologist- State of Nebraska    1989

## EDITORIAL ACTIVITIES

Editorial Board, Journal of Threat Assessment & Management
Editorial Board, Journal of Strategic Security
Ad hoc Reviewer, Law and Human Behavior
Ad hoc Reviewer, Behavioral Sciences and the Law
Ad hoc Reviewer, Journal of Interpersonal Violence
Ad hoc Reviewer, Psychology, Crime, & Law
Ad hoc Reviewer, International Journal of Law & Mental Health
Ad hoc, Reviewer, International Journal of Offender Therapy and Comparative Criminology
Ad hoc, Reviewer, Criminal Justice and Behavior

## PUBLICATIONS

(* denotes peer reviewed publication)

**Scalora**, M. J. (in press). Electronic threats and harassment. In Meloy J.R., & Hoffmann J. (Eds). *International Handbook of Threat Assessment*. New York: Oxford Univ. Press.

*Spice, A., Viljoen, J. L., Elkovitch, N., **Scalora,** M.J., & Ullman, D. L. (2013) Risk and protective factors for recidivism among juveniles who have offended sexually. *Sexual Abuse: A Journal of Research and Treatment, 25, 347-369.*

*Gonsalves, V. M., McLawsen, J. E., Huss, M. T., & **Scalora,** M. J. (2013). Factor structure and construct validity of the psychopathic personality inventory in a forensic sample. *International Journal of Law and Psychiatry*. Advance online publication. doi:10.1016/j.ijlp.2013.01.010

*Gonsalves, V. M., Walsh, K., & **Scalora**, M. J. (2012). Staff perceptions of risk for prison rape perpetration and victimization. *The Prison Journal, 92(2), 253-273.* doi:10.1177/0032885512439014

*McLawsen, J. E., **Scalora,** M. J., & Darrow, C. (2012). Civilly committed sex offenders: A description and interstate comparison of populations. *Psychology, Public Policy, and Law, 18*(3), 453-476. doi:10.1037/a0026116

*Walsh, K., Gonsalves, V., **Scalora**, M.J., King, S., & Hardyman, P. (2012). Child maltreatment histories among female inmates reporting sexual victimization in prison: The mediating role of emotion dysregulation. *Journal of Interpersonal Violence, 27, 469-489.*

*Marquez, A. J. & **Scalora**, M. J. (2011). Problematic approach of legislators: Differentiating stalking from isolated incidents. *Criminal Justice & Behavior, 38, 1115-1126.*

*Schoeneman, K.A., **Scalora**, M. J., Darrow, C. D., McLawsen, J. E., Chang, G. H., & Zimmerman, W. J. (2011). Written content indicators of problematic approach behavior toward political officials. *Behavioral Sciences and the Law, 29, 284-301.*

*Latzman, N.E., Viljoen, J.L., **Scalora**, M.J., & Ullman, D.L. (2011). Sexual offending in adolescence: A comparison of sibling offenders and nonsibling offenders across domains of risk and treatment need. *Journal of Child Sexual Abuse*, 20, *245-263.*

*Walsh, K., DiLillo, D. L., & **Scalora**, M. J. (2011). The cumulative impact of sexual revictimization on emotion regulation difficulties: An examination of female inmates. *Violence Against Women, 17, 1-16.*

*James, D. V., Mullen, P. E., Meloy, J. R., Pathé, M. T., Preston, L. F., Darnley, B., Farnham, F. R., **Scalora**, M. J., (2011). Stalkers and harassers of British royalty: An exploration of proxy behaviours for violence. *Behavioral Sciences and the Law, 29, 64-80.*

*Bader, S. M., Welsh, R., & **Scalora**, M. J. (2010). Recidivism among female child molesters. *Violence and Victims, 25(3), 349-362.*

*Skovran, L. C., Huss, M. T., & **Scalora**, M. J. (2010). Sexual fantasies and sensation seeking among psychopathic sexual offenders. *Psychology, Crime & Law*, *16(7)*, 617-629.

*DeGue, S., DiLillo, D., & **Scalora**, M. (2010). Are all perpetrators alike? Comparing risk factors for sexual coercion and aggression. *Sexual Abuse: Journal of Research and Treatment*, *22(4)*, 402-426.

**Scalora**, M.J., Simons, A., & Van Slyke.S. (2010). Campus safety: Assessing and managing threats. *FBI Law Enforcement Bulletin, 79, 1-10.*

* Viljoen, J. L., Elkovitch, N., **Scalora**, M. J., & Ullman, D. (2009). Assessment of

Case 3:13-cr-00008-SLG   Document 370-1   Filed 03/19/14   Page 4 of 30

reoffense risk in adolescents who have committed sexual offenses: Predictive validity of the ERASOR, PCL:YV, YLS/CMI, and Static-99. *Criminal Justice and Behavior*, *36(10)*, *981-1000*.

*Gonsalves, V. M., **Scalora**, M. J., & Huss, M. T. (2009). Prediction of recidivism using the Psychopathy Checklist-Revised and the Psychological Inventory of Criminal Thinking Styles within a forensic sample. *Criminal Justice and Behavior, 36(7), 741-756*.

**Scalora,** M.J. (2009). Top down and bottom up: Consulting within hierarchical organizations. In Hays, K.F. (Ed.) *Performance Psychology in Action*. Washington D.C.: American Psychological Association.

**Scalora**, M. J. (2009). Quagmire ahead!: The sticky role of behavioral science in capital sentencing. In Schopp, Robert F. (Ed); Wiener, Richard L. (Ed); Bornstein, Brian H. (Ed); Willborn, Steven L. (Ed), Mental disorder and criminal law: Responsibility, punishment and competence. (pp. 179-187). New York, NY, US: Springer Science.

**Scalora**, M.J., Plank, G.L. & Shoeneman, K. A. (2009). The assessment of anonymous threats. In M. St-Yves & M. Tanguay (Eds), *Psychology of Criminal Investigation: The research of the truth*. Éditions Yvon Blais, Cowansville (Québec), Canada

*Oxley, D.R, Smith, K.B., Alford, J.R., Hibbing, M.V., Miller, J.L., **Scalora**, M. J., Hatemi, P.K., & Hibbing, J.R. (2008). Political Attitudes Vary with Physiological Traits. *Science, 321, 1667-1670*.

**Scalora**, M.J., Zimmerman, W., & Wells, D.G., (2008). Use of Threat Assessment for the Protection of Congress. In Meloy J.R., Sheridan L, Hoffmann J. (Eds). *Stalking, Threats, and Attacks Against Public Figures*. New York: Oxford Univ. Press.

*Bader, S. M., Schoeneman-Morris, K. A., **Scalora,** M. J., & Casady, T. K. (2008). Exhibitionism: Findings from a Midwestern police contact sample. *International Journal of Offender Therapy and Comparative Criminology*, *52*, *270-279*.

*Bader, S. M., **Scalora**, M. J., Casady, T. K., & Black, S. (2008). Female sexual abuse and criminal justice intervention: A comparison of child protective service and criminal justice samples. *Child Abuse & Neglect*, *32*, *111-119*.

* DeGue, S., **Scalora**, M.J., & Ullman, D. L. (2008). Long-Term Placement Recommendations for Juvenile Offenders: Clinical Decision-Making and Risk Assessment Factors. *International Journal of Forensic Mental Health, 7, 15-28*.

*McLawsen, J. E., Jackson, R. L., Vannoy, S. D., Gagliardi, G. J., & *Scalora*, M. J. (2008). Professional perspectives on sexual sadism. *Sexual Abuse: A Journal of Research and Treatment,*

Case 3:13-cr-00008-SLG   Document 370-1   Filed 03/19/14   Page 5 of 30

20(3),272-304.

*Elkovitch,, N. Viljoen, J., *Scalora*, M. J., & Ullman, D.L. (2008). Assessing Risk of Reoffending in Adolescents Who Have Committed a Sexual Offense: The Accuracy of Clinical Judgments after Completion of Risk Assessment Instruments. *Behavioral Sciences and the Law*, 26, 511-528.

*Viljoen, J. L., **Scalora**, M., Cuadra, L., Bader, S., Chávez, V., Ullman, D., & Lawrence, L. (2008). Assessing Risk for Violence in Adolescents Who Have Sexually Offended: A Comparison of the J-SOAP-II, J-SORRAT-II, and SAVRY. *Journal Criminal Justice and Behavior, 35, 5-23.*

*Hatch-Maillette, M.A., **Scalora**, M. J., Bader, S.M., & Bornstein, B. (2007). A Gender-Based Incidence Study of Workplace Violence in Psychiatric and Forensic Settings. *Violence and Victims, 22, 449-462.*

*Schoeneman, K. A., **Scalora**, M. J., Chang, G. H., Zimmerman, W., Rogers, F., & Garner, Y. (2007). A comparison of email vs. letter threat contacts toward legislators. *Journal of Forensic Sciences, 52, 1142-1147.*

**Scalora**, M.J., Plank, G.L. & Shoeneman, K. A. (2007). L'évaluation des menaces anonymes. (The evaluation of anonymous threats.) In M. St-Yves & M. Tanguay (Eds), *Psychologie des enquêtes criminelles: la recherche de la vérité (Psychology of Criminal Investigation: The research of the truth).* Éditions Yvon Blais, Cowansville (Québec), Canada

*Borum, R., Shumate, R. S., & **Scalora,** M.J. (2006). Psychology of "Leaking" Sensitive Information: Implications for Homeland Security. *Homeland Security Review, 1, 97-112.*

*Elbogen, E. B.; Huss, M. T.; Tomkins, A. J.; **Scalora,** M. J. (2005). Clinical Decision Making About Psychopathy and Violence Risk Assessment in Public Sector Mental Health Settings. *Psychological Services, 2, 133-141.*

*Page, G. L. & **Scalora**, M. J. (2004). The utility of locus of control for assessing juvenile amenability to treatment. *Aggression and Violent Behavior, 9, 523-534.*

*Elbogen, E. B., Pothuloori, A., Tomkins, A. J. & **Scalora**, M. J. (2003). Documentation of violence risk factors in psychiatric hospital patient charts: An empirical examination. *Bulletin of the American Academy of Psychiatry and the Law, 31, 58-64.*

***Scalora**, M. J., Washington, D.O., Newell, S. P., Casady, T., & Hansen, L. (2003). Epidemiological data of non-fatal workplace violence from local and state police law enforcement samples. *Journal of Threat Assessment, 2, 17-33.*

*Bresler, S., **Scalora**, M. J., Elbogen, E. B., & Moore, Y. S. (2003). Suicide by cop: Traumatic brain injury and the insanity defense. *Journal of Forensic Sciences, 48, 190-4.*

*Elbogen, E. B., Patry, M., & **Scalora**, M. J. (2003). The impact of community notification laws on sex offender treatment attitudes. *International Journal of Law and Psychiatry, 26, 207-219.*

***Scalora**, M. J., & Garbin C. P. (2003). Toward a Multivariate Model of Sex Offender Recidivism. *International Journal of Offender Therapy and Comparative Criminology, 47, 309-323.*

***Scalora**, M. J., Baumgartner, J. V., & Plank, G. L. (2003). The Relationship of Mental Illness to Targeted Contact Behavior Toward State Government Agencies and Officials. *Behavioral Sciences and the Law, 21, 239-249.*

***Scalora**, M. J., Washington, D. O., Casady, T., & Newell, S. P. (2002). Non-Fatal Workplace Violence: Risk Factors: Data From a Police Contact Sample. *Journal of Interpersonal Violence, 18, 310-327.*

***Scalora**, M.J., Baumgartner, J. V., Callaway, D., Zimmerman, W., Hatch-Maillette, M. A., Covell, C. N., Palarea, R. E., Krebs, J. A., & Washington, D. O. (2002). An epidemiological assessment of problematic contacts to members of Congress. *Journal of Forensic Sciences, 47, 1360-1364.*

***Scalora**, M.J., Baumgartner, J. V., Callaway, D., Zimmerman, W., Hatch-Maillette, M. A., Covell, C. N., Palarea, R. E., Krebs, J. A., & Washington, D. O. (2002). Risk factors for approach behavior toward the U.S. Congress. *Journal of Threat Assessment, 2, 35-55.*

*Baumgartner, J. V., **Scalora**, M. J., & Huss, M. T. (2002). Assessment of the Wilson Sex Fantasy Questionnaire among child molesters and non-sexual forensic offenders. *Sexual Abuse: A Journal of Research and Treatment, 14, 19-33.*

*Elbogen, E. B., Mercado, C., Tomkins, A. J., & **Scalora**, M. J. (2002). Perceived relevance of factors for violence risk assessment: A survey of clinicians. *International Journal of Forensic Mental Health, 1, 37-47.*

*Covell, C. N., & **Scalora**, M. J. (2002). Empathic deficits in sexual offenders: An integration of affective, social, and cognitive constructs. *Aggression and Violent Behavior, 7, 251-270.*

*Hatch-Maillette, M. A., **Scalora**, M. J. (2002). Gender, sexual harassment, workplace violence and risk assessment: Convergence around psychiatric staff's perceptions of public safety.

*Aggression and Violent Behavior, 7, 271-291.*

\*Baumgartner, J.B., **Scalora**, M.J., & Plank, G.L. (2001). Case Characteristics of Threats Toward State Officials Investigated by a Midwestern State. *Journal of Threat Assessment, 1, 41-60.*

\*Calkins-Mercado, C., Elbogen, E., & **Scalora**, M. J., (2001). Judgments of dangerousness: Differential risk assessment for sex offenders v. civil psychiatric patients. *Journal of Psychiatry, Psychology, & Law, 8, 146- 153.*

\*Calkins-Mercado, C., & **Scalora**, M. J. (2001). Child molestation: Factors related to level of violence. *Journal of Threat Assessment, 1, 21-34.*

Elbogen, E. B., Mercado, C., Tomkins, A. J., & **Scalora**, M. J. (2001). Clinical practice and violence risk assessment: Availability of MacArthur Risk Factors. In D. Farrington, C. R. Hollin, & M. McMurran (Eds.) *Sex and violence: The psychology of crimes and risk assessment* (pp. 38-55). New York: Routledge.

\*Elbogen, E. B., Williams, A., Kim, D., Tomkins, A. J., & **Scalora**, M. J. (2001). Gender and violence risk assessment in psychiatric populations. *Legal and Criminological Psychology, 6, 215-228.*

\*Hatch-Maillette, M. A., **Scalora**, M. J., Huss, M. T., & Baumgartner, J. V. (2001). Criminal thinking patterns: Are sex offenders unique? *International Journal of Offender Therapy and Comparative Criminology, 45, 102-117.*

**Scalora**, M. J. (1999). No place else to go: The changing role of state forensic hospitals. *New Directions in Mental Health, 84, 59-70.*

\*Schopp, R. F., **Scalora**, M. J., & Pearce, M. (1999). Civil commitment as a sexual predator after <u>Hendricks:</u> Expert testimony and professional judgment. *Psychology, Public Policy, & Law, 5, 120-174.*

\*Schopp, R. F., Pearce, M., & **Scalora**, M. J. (1998). Expert testimony and sexual predator statutes after Hendricks. *Expert Evidence, 6, 1-21.*

Thompson, R. A., & **Scalora**, M. J. (1992). Grandparents' visitation rights: Emergent psychological and psycholegal issues. In D. K. Kagehiro & W. S. Laufer (Eds.), *Handbook of Psychology and Law* (pp. 292-317). New York: Springer-Verlag.

\*Small, M. A., & **Scalora**, M. J. (1991). Assessing mental injury claims arising from privacy invasions. *Forensic Reports, 4, 337-352.*

*Thompson, R. A., **Scalora**, M. J., Limber, S., & Castriano, L. (1990). Grandparents' visitation rights: A psycholegal analysis. *Family and Conciliation Courts Review.*

*Thompson, R. A., Tinsley, B. R., **Scalora**, M. J., & Parke, R. D. (1989). Grandparents' visitation rights: Legalizing the ties that bind. *American Psychologist, 44, 1217-1222.*

## PRESENTATIONS AT SCHOLARLY MEETINGS

Scalora, M.J. (2013, October). *Managing Emerging Challenges in Campus (and non-campus) Threat Assessment.* Invited address to the Canadian Association of Threat Assessment Professionals Annual Conference, Banff, Canada.

Boulas, J.C., Seifert, K. M., Huss, M.T., & **Scalora**, M. J. (2013, August). *Juvenile Risk Factors Predicting Adult Psychopathy*, Poster presented at the Annual Conference of the American Psychological Association, Honolulu, Hawaii.

Hoff, S., Hollister, B.A., Hodges, H., & **Scalora**, M. J., (2013, March). *Assessing Religious Content in Threatening and Harassing Communications Toward Political Figures.* Paper presented at the American Psychology-Law Society Annual Conference, Portland, Oregon.

Hollister, B.A., Hoff, S., Marquez, A.J., & **Scalora**, M. J., (2013, March). *Exposure to Pre-Incident Behavior and Reporting in College Students.* Paper presented at the American Psychology-Law Society Annual Conference, Portland, Oregon.

Marquez, A.J., Hamm. J., & **Scalora**, M. J., (2013, March). *Inmates' Attitudes toward Mental Health Services and Providers.* Paper presented at the American Psychology-Law Society Annual Conference, Portland, Oregon.

Boulas, J.C., Seifert, K. M., Huss, M. T., **Scalora**, M. J., (2012, August). *Juvenile Risk Factors Predicting Adult Psychopathy.* Paper presented at the 120th Annual Convention of the American Psychological Association, Orlando, Florida.

Hodges, H., & **Scalora**, M. J.,, Huss, M. T., (2012, March). *How Different Are Sex Offenders? An Analysis Across a Diverse Forensic Sample.* Paper presented at the American Psychology-Law Society Annual Conference, San Juan, Puerto Rico.

Marquez, A.J., & **Scalora**, M. J., (2012, March). *Personality Correlates of Intrusive and Aggressive Behaviors among College Students.* Paper presented at the American Psychology-Law Society Annual Conference, San Juan, Puerto Rico.

Marquez, A.J., & **Scalora**, M. J., (2012, March). *Predicting Victimization among College*

*Students on Social Networking Sites.* Paper presented at the American Psychology-Law Society Annual Conference, San Juan, Puerto Rico.

Hollister, B.A., Bockoven, J.N., & **Scalora**, M. J., (2012, March). *An Examination of Reporting Tendencies for Campus Threat Assessment.* Paper presented at the American Psychology-Law Society Annual Conference, San Juan, Puerto Rico.

**Scalora**, M. J., (2011, May). *Campus Threat Assessment.* Paper presented at the 164th Annual Meeting of the American Psychiatric Association, Honolulu, Hawaii.

**Scalora**, M. J., (2011, May). *Treatment & Management of Stalking.* Paper presented at the 164th Annual Meeting of the American Psychiatric Association, Honolulu, Hawaii.

Golba, L., & **Scalora**, M. J., (2011, March). *Military Investigator Perceptions of Coercion in Anti-terrorism Contexts.* Paper presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Norris, S., Marquez, A. , **Scalora**, M. J., & Bulling, D. (2011, March). *Exploring the Range of Troubling Behaviors in Campus Threat Assessment Situations.* Paper presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Seifert, K.M., Boulas, J.C., Huss, M. T., & **Scalora**, M.J. (2011, March). *Response Bias in Self-Report Measures of Sexual Fantasies.* Paper presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Marquez, A. & **Scalora**. M. J. (2011, March) *Social Networking Sites: Drawing Distinctions Between Normative and Abusive Use Behaviors.* Paper presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Marquez, A., Norris, S., & **Scalora**, M. J. (2011, March). *Identifying Persistent Problematic Cases on a University Campus.* Paper presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Darrow, C.D., Hollister, B., & **Scalora**, M. J. (2011, March). *Threats Against Political Figures: An Examination Of Thematic Content And Approach Behavior Displayed by Mentally Ill and Threat/Control Override Contactors.* Poster presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Marquez, A. & **Scalora**, M.J. (2011, March). *Obsessive Relational Intrusion: Associations with Emotion Regulation and Coping Strategies.* Poster presented at the Fourth International Congress on Psychology and Law, Miami, Florida.

Scalora, M.J. (2010, October). Campus Threat Assessment Partnerships: Linking Across Agencies. Invited presentation to the 117th Annual Conference of the International Association of Chiefs of Police, Orlando, Florida.

Viljoen, J.L., Elkovitch, N., Ullman, D.L., & **Scalora**, M. J. (2010, May). *Dynamic Changes in SAVRY and J-SOAP-II Scores During Treatment for Adolescent Sexual Offending: Relationship to PCL:YV Scores*. Paper presented at the Tenth Annual Conference of the International Association of Forensic Mental Health Services, Vancouver, Canada.

**Scalora**, M. J. (2010, April). *Content Analysis and Threat Assessment.* Paper presented at the Association of European Threat Assessment Professionals Conference, The Hague, Netherlands.

**Scalora**, M. J. (2010, April). *Campus Threat Assessment and Event Management.* Paper presented at the Association of European Threat Assessment Professionals Conference, The Hague, Netherlands.

**Scalora**, M. J., (2010, March). *The Psychology of Terrorism and Extremist Violence.* Chair of plenary session presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Marquez, A.J., & **Scalora**, M.J., (2010, March). *Interpersonal Information Seeking & Monitoring: The Potential for Problematic Social Networking Site Usage*. Paper presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

McLawsen, J. E., Darrow, C., & **Scalora**, M.J. (2010, March). *Factors Predicting the Civil Commitment of Sex Offenders: A Comparison of One State's Two Sex Offender Civil Commitment Statutes*. Paper presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Schoeneman, K., **Scalora**, M. J., Darrow, C., & Zimmerman, W. (2010, March). *The Language of Threat: Assessing Written Content for Indicators of Targeted Violence toward Political Officials*. Paper presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Norris, S., **Scalora**, M.J., Bulling, D., & Yardley, O. (2010, March). *Managing Campus Violence: An Empirical Consideration of Legal and Policy Issues*. Paper presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Golba, L.W., Darrow, C., **Scalora**, M.J., & Bulling, D. (2010, March). *Striking the Balance: The Importance of Balancing Risk and Information Value in Intelligence Collection Decision Making*. Poster  presented at the American Psychology-Law Society Annual

Conference, Vancouver, Canada.

Darrow, C., Golba, L.W., **Scalora**, M.J., & Zimmerman, W. (2010, March). *Threats Against Political Figures: An Examination of Thematic Content and Approach Behavior Displayed by Mentally Ill and Non-Mentally Ill Contactors*. Poster presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Gonsalves, V., Emge, T., & **Scalora**, M. J. (2010, March). *Relationship Between Online Sexual Behavior and Sexually Coercive Acts*. Poster presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Golba, L.W., **Scalora**, M.J., & Darrow, C. (2010, March). *The impact of affective expression in subsequent problematic approach toward legislators*. Poster presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

Giresi-Ficarra, M., Chavez, V., & **Scalora**, M.J., (2010, March). *Reliability and Validity of the NCAR, JRM, and SAVRY: Risk Assessment Tools for Juvenile Offenders*. Poster presented at the American Psychology-Law Society Annual Conference, Vancouver, Canada.

McLawsen, J.E., & **Scalora**, M. J. (September, 2009). Sex Offender Civil Commitments: *The Relationship Between Statutory Elements and Committed Populations*. Poster presented at the Twenty-eighth Annual ATSA Research and Treatment Conference, Dallas, Texas.

**Scalora**, M.J. (2009, July). *Threat Assessment of Targeted Violence: An Overview and Practical Considerations*. Paper presented at the Thirty-first International Conference on Law and Mental Health, New York City.

**Scalora**, M.J., & Yardley, O. (2009, April). *Campus Threat Assessment Teams*. Paper presented at the Association of Threat Assessment Professionals Regional Conference, Baltimore, Maryland.

Marquez, A., & **Scalora**, M.J. (2009, March). *A Comparative Analysis Across Levels of Harassment and Problematic Approach Towards Legislators*. Poster presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Golba, L. W., Darrow, C.D., & **Scalora**, M.J. (2009, March). Threat *Assessment Decision Making Processes of Informant Handlers*. Poster presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Darrow, C.D., & **Scalora**, M.J. (2009, March). *Violent Threats as Indicators of Approach: A Descriptive Analysis of Threats and Targeted Violence Against Political Figures.*

Paper presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

**Scalora**, M.J. (2009, March). *A Structural Equation Model for the Prediction of Problematic Approach Toward Political Figures.* Paper presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Cacialli, D.O., Golba, L.W., & **Scalora,** M.J. (2009, March). *Exploring moderators of the relationship between threat issuance and problematic approach behavior toward Congressional members.* Paper presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Chavez, V., & Cacialli, D. O., & **Scalora**, M.J. (2009, March). *Relationship Between Victimization and Exposure to Community Violence on Violence Perpetration Across Latino Subgroups.* Poster presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Mordell, S.L., Viljoen, J., Crosby, A., Elkovitch, N., **Scalora**, M.J., & Ullman, D.L. (2009, March). *A confirmatory factor analysis of the SAVRY in a sample of youth who have sexually offended.* Paper presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

Spice, A., Viljoen, J., Elkovitch, N., **Scalora**, M.J., & Ullman, (2009, March). *Risk and Protective Factors for Recidivism Among Juveniles Who Have Offended Sexually.* Paper presented at the annual meeting of American Psychology-Law Society, San Antonio, Texas.

McLawsen, J. E., & **Scalora**, M. J. (2008, November). *Educating school personnel on behavioral threat assessment: A promising strategy for evidence-based school violence prevention and intervention.* Poster presented at Association for Behavioral and Cognitive Therapy Conference, Orlando, FL.

**Scalora**, M. J., Zimmerman, W.L., & Wells, D.G (2008, March). *Combining the efforts and resources of the academic world and law enforcement agencies.* Paper presented at the Association of European Threat Assessment Professionals Conference, Lucerne, Switzerland.

**Scalora**, M. J., Zimmerman, W.L., & Wells, D.G (2008, March). *Threats against Members of the United States Congress.* Paper presented at the Association of European Threat Assessment Professionals Conference, Lucerne, Switzerland.

Cantone, J., Giresi-Ficarra, M., Walsh, K., Gonsalves, V., & **Scalora**, M. J. (2008, March). *Sexual violence of female prisoners: A public policy analysis of midwestern rape statistics.* Paper presented at the annual meeting of American Psychology-Law Society,

Jacksonville, FL.

Gonsalves, V. M., McLawsen, J. E., Huss, M., & **Scalora**, M. J. (2008, March). *Factor structure and construct validity of the psychopathic personality inventory in a forensic sample.* Paper presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Schoeneman-Morris, K. A., **Scalora**, M. J., Chang, G., McLawsen, J. E., Darrow, C., Zimmerman, W., & Wells, D. (2008, March). *Threat assessment of letter, email and weblog contacts: Identifying thematic targeted violence risk factors.* Paper presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Golba, L. W., **Scalora,** M. J., Darrow, C., Zimmerman, W., & Wells, D. (2008, March). *Mental illness as a distinguishing factor in problematic contact behavior toward legislators.* Paper presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Marquez, A. J., **Scalora**, M. J., Chang, G., Schoeneman-Morris, K. A., Zimmerman, W., & Wells, D. (2008, March). *Predictive factors of single approach versus intrusive harassment behaviors towards legislators.* Paper presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Viljoen, J., Elkovitch, N., Bader, S. M., **Scalora**, M. J., Ullman, D. L., (2008, March). *The predictive validity of the ERASOR, PCL:YV, and YLS/CMI among adolescents who have sexually offended.* Paper presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Gonsalves, V., Walsh, K., Giresi-Ficarra, M., Cantone, J., & **Scalora**, M. (2008, March). *Violence and psychopathy: Examination of the ppi and past violence in a female correctional sample.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Walsh, K., Gonsalves, V., Giresi-Ficarra, M., Cantone, J., & **Scalora**, M. (2008, March). *Predicting sexual victimization among female inmates: Relative contributions of prior institutional victimization and emotion dysregulation.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Chang, G., **Scalora**, M. J., Schoeneman-Morris, K. A., McLawsen, J. E., Darrow, C., Barksdale, L., & Plank, G. (2008, March). *Effectiveness of content analysis in assessing suspect credibility.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Johnson, J. M., Schulte, M., Huss, M., **Scalora**, M. J., (2008, March). *Criminal thinking patterns: Are there differences among different offender types?* Poster presented at the annual

meeting of American Psychology-Law Society, Jacksonville, FL.

Bader, S. M., Elkovitch, N., Viljoen, J., & **Scalora**, M.J. (2008, March) *Treatment process and participation among adolescent sexual offenders with psychopathic traits*. Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Gonsalves, V. M., **Scalora**, M. J., & Huss, M. (2008, March). *Prediction of recidivism using the PCL-R and the PICTS within a forensic sample.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Cuadra, L. E., DeGue, S., DiLillo, D. & **Scalora**, M. J., (2008, March). *Child maltreatment and adult criminal behavior: Criminal thinking as a mediator.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Elkovitch*, N.,* Bader, S. M., Viljoen, J., **Scalora**, M.J., & Ullman, D. L. (2008, March). *Risk, need, and recidivism in adolescent sex offenders: A comparison of intrafamilial and extrafamilial offenders.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

Chavez, V., Cacialli, D. O., **Scalora**, M.J., & Reay,W. (2008, March). *The value of the Child and Adolescent Functional Assessment Scale (CAFAS) in predicting juvenile recidivism.* Poster presented at the annual meeting of American Psychology-Law Society, Jacksonville, FL.

**Scalora**, M. J. (2008, February). *Threat assessment activity by the US Capitol Police: An overview*. Paper presented at the Annual Conference of the Royal College of Psychiatry, Liverpool, England.

McLawsen, J., E., Guyton, M. R., Vannoy, S. D., Gagliardi, G. J.,Jackson, R. L., Richards, H. J., & **Scalora,** M.J. (2007, November). *Professional perspectives on sexual sadism.* Poster presented at  the Association for the Treatment of Sexual Abusers Conference,  San Diego, California.

**Scalora**, M. J., Wells, D. G, & Zimmeramn, W. L. (2007, August). *Managing Difficult Mentally Ill Subjects: Recent Research and Case Examples*. Paper presented at the Annual Association of Threat Assessment Professionals Conference, Anaheim, California.

Viljoen, J. L., Ullman, D., **Scalora**, M., Chavez, V. Bader, S., Cuadra, L., Elkovitch, N. & Lawrence, L. (2007, June). *Assessing risk for violence in adolescents who have sexually offended: A comparison of the J-SOAP-II, SAVRY, and J-SORRAT-II.* Paper presented at the Annual Conference of the International Association of Forensic Mental Health Services, Montreal, Quebec.

Elkovitch, N. E., Viljoen, J. L., & **Scalora**, M. (2007, June). *Structured clinical judgments of adolescent sex offenders' risk of violence: Relationship between confidence and accuracy of judgments*. Paper presented at the Annual Conference of the International Association of Forensic Mental Health Services, Montreal, Quebec.

Bader, S. M**.**, **Scalora, M. J**., Casady, T. K., & Black, S. (2006, September). *Female Sexual Offender Recidivism*. Poster presented at the Annual Meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Walsh, K., Gonsalves, V., **Scalora, M. J.**, Bader, S., Hardyman, P., & King, S. (2006, September). Risk Appraisal for Prison Sexual Violence and Victimization. Poster presented at the annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Gonsalves, V., Walsh, K., **Scalora, M. J.**, Bader, S., Hardyman, P., & King, S. (2006, September). Staff Predictions of Prison Rape. Poster presented at the annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Bader, S. M., **Scalora, M. J**., Casady, T. K., & Black, S. (2006, March). *Female Sexual Abuse and Criminal Justice Intervention.* Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Walsh, K., Gonsalves, V., & **Scalora, M. J**. (2006, March). *Risk Factors for Prison Rape Victimization and Perpetration*. Paper presented at the annual meeting of the American Psychology-Law Society, St. Petersburg, FL.

Chang, G.H., **Scalora, M.J.**, Schoeneman, K.A., Zimmerman, W., & McGaffin, C. (2006, March). *Factors Predictive of Potential Threat Toward Political Officials Based on the Type of Approach Behavior*. Poster presented at the American Psychology and Law Society Conference, St. Petersburg, Florida.

Chávez, V., Cacialli, D. O., **Scalora**, M. J., Garbin, C., & Reay, W. (2006, March). Delinquent and At-Risk Youth Recidivism: Comparing Youth Response to Multi- Systemic Therapy and Intensive Case Management Programs. Poster presented at the Annual American Psychology Law Society Conference, St. Petersburg, FL.

Schoeneman, K. A., **Scalora, M. J**., Chang, G. H., Zimmerman, W. J., & McGaffin, C. M. (2006, March). *Differential risk factors for problematic approach toward legislators: Are letter writers or emailers more dangerous?* Poster presented at the annual meeting of the American Psychology and Law Society, St. Petersburg, Florida.

Bader, S. M., Schoeneman, K. A., Scalora, M. J., & Casady, T. K. (2005, November). *Exhibitionism: Findings from a Midwestern Police Contact Sample*. Poster presented at the

Annual Meeting of the Association for the Treatment of Sexual Abusers, Salt Lake City, UT.

Chang, G.H., **Scalora, M.J.**, Schoeneman, K., Fischer, J.B., & Bruhn, S. (2005, March). Factors Predictive of Intrusive Harassment and Stalking Behavior Toward Legislators. Paper presented at the American Psychology-Law Society Annual Conference, La Jolla, California.

Schoeneman, K., Fischer, J.B., **Scalora, M.J.**,Chang, G.H., & Bruhn, S. (2005, March).Risk Factors Pertaining to Threatening Written Contacts Toward Legislators. Paper presented at the American Psychology-Law Society Annual Conference, La Jolla, California.

DeGue, S., DiLillo, D., & **Scalora, M.J.** (2005, March). Examining a Predictive Model of Male Sexual Coercion. Poster presented at the American Psychology-Law Society Annual Conference, La Jolla, California.

Chavez, V., **Scalora, M.J.**, Reay, W. E., & Garbin, C. (2005, March). Level of Service Decision Making for Juvenile Delinquents and At-risk Youth: The Validity of the Child and Adolescent Functional Assessment Scale (CAFAS). Poster presented at the American Psychology-Law Society Annual Conference, La Jolla, California.

Bruhn, S. Cuadra, L., DeGue, S., **Scalora, M.J.**, & Huss, M.T. (2005, March). To Change or Not to Change? Factors Related to Willingness to Change in Sex Offenders. Poster presented at the American Psychology-Law Society Annual Conference, La Jolla, California.

Palarea, R.L., & **Scalora, M.J.** (2005, February). Stalking as a Risk Factor for Domestic Violence. Paper presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, Louisiana.

**Scalora, M. J**., (2004, March). Stalking and Intrusive Harassment of Political Figures. Paper presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

**Scalora, M. J**., (2004, March). Threat Assessment Research: Domestic Applications. Paper presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

**Scalora, M. J**., (2004, March). Psychologists' Contributions to Terrorism. Chair of symposium presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

Bader, S. M, & **Scalora, M. J**., & Black, S.(2004, March). The Role of Mental Illness in Workplace Violence: Implications for Risk Assessment. Poster presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

Bruhn, S., Cuadra,L., **Scalora, M. J**., & Huss, M. (2004, March). Treatment Amenability: The Relationship of Willingness to Change and Cognitive and Affective Factors in Sex Offenders. Poster presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

Bruhn, S., **Scalora, M. J**., & Huss, M. (2004, March). The Interrelationship of Psychopathy and Criminal Thinking Patterns in Offenders. Poster presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

Chang, G.H., **Scalora, M. J**., Schoeneman, K., Bruhn, S. & DeGue, S. (2004, March). A Comprehensive Assessment of Risk Factors for Intrusive Harassment and Problematic Approach toward Legislators. Poster presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

Schoeneman, K., , **Scalora, M. J**., Chang, G.H., Bruhn, S. & DeGue, S. (2004, March). A Comprehensive Analysis of Differential Risk Factors of Email vs. Letter Threat Contacts toward Legislators. Poster presented at the American Psychology-Law Society Annual Conference, Scottsdale, Arizona.

**Scalora**, M. J., (2003 August). Litigation for independent hospital practice rights: Benefits and risks. Paper presented at the Annual Conference of the American Psychological Association, Toronto, Canada.

Schoeneman, K. A., **Scalora**, M. J.,  Chang, Grace, H., Bruhn, S. L., DeGue, S., Garner, Y., & Zimmerman, W. (2003, July). A comparison of e-mail versus letter threat contacts toward legislators. Paper presented at the Biennial Conference of the European Psychology-Law Society, Edinburgh, Scotland.

Chang, G.H., **Scalora**, M. J.,  Schoneman, K. A., Bruhn, S. L., DeGue, S., Garner, Y., & Zimmerman, W. (2003, July). Intrusive harassment and stalking behavior toward legislators. Paper presented at the Biennial Conference of the European Psychology-Law Society, Edinburgh, Scotland.

Reay, W.E., Garbin, C.P., & **Scalora**., M. (2003, March). Unwrapping Wraparound: Results of Five Years of Programming.  Paper presented at A System of Care for Children's Mental Health, Expanding the Research Base, 16th Annual Research Conference, Tampa, Florida

Bruhn, S. W., Huss, M. T., **Scalora**, M.J., & Soto, R. D. (2002, August). An examination of criminal thinking, Psychopathy, and personality functioning in offenders.  Paper presented at the Annual Conference of the American Psychological Association, Chicago, Illinois.

DeGue, S., **Scalora**, M. J., & Ullman, D. L. (2002, March). Long-term placement recommendations for juvenile offenders: Clinical decision-making and risk assessment factors. Paper presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

**Scalora**, M. J.,  Baumgartner, J. V.,  Zimmerman, W., & Callaway, D. (2002, March).  A large-scale study of problematic contacts toward the U.S. Congress. Paper presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Baumgartner, J. V.,  **Scalora**, M. J., & Plank, G. L. (2002, March) The impact of mental illness symptomatology on characteristics of state government security cases. Paper presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Huss, M. T., **Scalora**, M. J., Baumgartner, J. V., & Soto, R. (2002, March). Predicting sexual violence: The relative contribution of structured methods. Paper to be presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Elbogen, E. B., Patry, M., Tomkins, A.J., & **Scalora**, M. J. (2002, March).  Clinician characteristics and violence risk assessment in psychiatric facilities. Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Elbogen E. B**.,** Mercado, C., Pothuloori, A., Tomkins, A. J., & **Scalora**, M. J. (2002, March).  Influences on documentation of violence risk factors in psychiatric settings. Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Krebs, J. A., Baumgartner, J. V., **Scalora**, M. J.,  & Plank, G. L. (2002, March). The relationship of offense-related alcohol use to child molester offending behavior. Poster to be presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Hatch-Maillette, M. A.,  Covell, C. N., & **Scalora**, M. J. (2002, March). A gender-based incidence study of workplace violence in psychiatric and forensic settings. Poster to be presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Hatch-Maillette, M. A.,  **Scalora**, M. J.,  & Bornstein, B. (2002, March). Perceptions of workplace violence in psychiatric settings: Does gender play a role? Poster to be presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Page, G. L.,  & **Scalora**, M. J. (2002, March).  Assessing treatment response of juvenile sexual offenders in a residential treatment facility. Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Soto, R. D., Bruhn, S. L., **Scalora**, M. J.,  & Huss, M. T. (2002, March). The interrelationship of psychopathy, sexual fantasy, and criminal thinking patterns in sex offenders.

Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Baumgartner, J. V., Krebs, J. A., **Scalora**, M. J., & Plank, G. L. (2002, March). The effect of offender and offense variables on length of incarceration among convicted child molesters. Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Newell, S. P., **Scalora**, M. J., & Slawson, H. (2002, March). Reporting trends for harassing and threatening contacts toward a state legislature. Poster presented at the American Psychology-Law Society Biennial Conference, Austin, Texas.

Reay, W.E., Garbin, C.P., **Scalora**, M., Dekraai, M. (2002, March). An overview of the 6-year Nebraska Family Central System of Care-The Use of Evaluation Data to Reform Services. Paper presented at A System of Care for Children's Mental Health, Expanding the Research Base, 15th Annual Research Conference, Tampa, Florida.

**Scalora**, M. J., Zimmerman, W. & Stanley, A. (2001, August). Threateners who impact multiple jurisdictions. Paper presented at the Association of Threat Assessment Professionals Tenth Annual Threat Management Conference, Anaheim, California.

Mercado, C.C. & **Scalora**, M.J. (2001, February). The association between offense characteristics, psychopathy, and displays of violence within sexual offenses. Poster presented at the American Academy of Forensic Sciences, Seattle, WA.

**Scalora**, M. J., & Callaway, D. F. (2000, August). Assessing threat toward the United States Congress: A large scale study. Paper presented at the Association of Threat Assessment Professionals Ninth Annual Threat Management Conference, Anaheim, California.

Baumgartner, J. V., Krebs, J. A., **Scalora**, M. J., & Plank, G. L. (2000, August). Sexual recidivism: Easily accessible factors for risk assessments. Paper presented at the Annual Conference of the American Psychological Association, Boston, Massachusetts.

Baumgartner, J. V., **Scalora**, M. J., & Plank, G. L. (2000, August). Demographic and background characteristics of individuals who threaten state officials. Paper presented at the Annual Conference of the American Psychological Association, Boston, Massachusetts.

Covell, C., **Scalora**, M. J., Huss, M., & Hoage, E. (2000, August). The Weinberger Adjustment Inventory: Dimensional approach to sex offender typology. Paper presented at the Annual Conference of the American Psychological Association, Boston, Massachusetts.

Hatch-Maillette, M., Baumgartner, J. V., **Scalora**, M. J., Huss, M., & Johnson, M. (2000, August). Attitudes toward women across crime types. Paper presented at the Annual Conference

of the American Psychological Association, Boston, Massachusetts.

Krebs, J. A., Baumgartner, J. V., **Scalora**, M. J., & Plank, G. L. (2000, August). Offense pathways and drug use: Differentiating types of child molesters. Paper presented at the Annual Conference of the American Psychological Association, Boston, Massachusetts.

Mercado, C.C. & **Scalora**, M.J. (2000, August). Violent child molestation: Predictive factors. Poster session presented at the Annual Conference of the American Psychological Association, Boston, MA.

Reay, W.E., Garbin, C.P. **Scalora**, M. (2000, March). Restrictiveness of care and behavioral impairment. Paper presented at A System of Care for Children's Mental Health, Expanding the Research Base, 13th Annual Research Conference, Tampa, Florida.

Baumgartner, J. V., Hatch, M., **Scalora**, M. J., Huss, M., & Tomjack, B. (2000, March). The Sexual Fantasy Questionnaire: Factor analytic structure of fantasy behavior. Paper presented at the Biennial American Psychology-Law Society Conference, New Orleans, Louisiana.

Mercado, C.C., Claussen-Schulz, A., Elbogen, E.B., **Scalora**, M.J., & Tomkins, A.J. (2000, March). Clinicians' judgments of dangerousness: Differential risk assessment for sex offenders and civil psychiatric patients? Poster session presented at the meeting of the American Psychology-Law Society, New Orleans, LA.

Mercado, C.C., **Scalora**, M.J., Huss, M., & Tomjack, B. (2000, March). An analysis of sexual violence, sex crime type, and psychopathy in incarcerated sex offenders. Poster session presented at the meeting of the American Psychology-Law Society, New Orleans, LA.

Osborn, L., Bresler, S., & **Scalora**, M. J. (2000, March). Neurocognitive assessment of risk: Decision-making and psychopathy. Paper presented at the Biennial American Psychology-Law Society Conference, New Orleans, Louisiana.

Soto, R., **Scalora**, M. J., Huss, M., & Benson, C. (2000, March). The utility of a sex fantasy questionnaire in differentiating offense behavior among sex offenders and non-sex offenders. Paper presented at the Biennial American Psychology-Law Society Conference, New Orleans, Louisiana.

Williams, A., **Scalora**, M. J., & Huss, M. (2000, March). Sensation seeking and sexual compulsivity in sex offenders. Paper presented at the Biennial American Psychology-Law Society Conference, New Orleans, Louisiana.

Elbogen, E. B., Williams, A., Kim, D., Tomkins, A. J., & **Scalora**, M. J. (1999, November). Gender and clinical assessments of dangerousness in civil psychiatric hospitals.

Paper presented at the Conference on Risk Assessment and Risk Management, Vancouver, Canada.

Elbogen, E. B., Calkins, C., **Scalora**, M. J., & Tomkins, A. J. (1999, November). <u>Clinician perceptions of violence risk factors: A comparison of actuarial instruments</u>. Paper presented at the Conference on Risk Assessment and Risk Management, Vancouver, Canada.

Elbogen, E.B., Tomkins, A.J., **Scalora**, M.J., & Calkins, C.A. (1999, July). <u>The influence of clinical context in violence risk assessment: Availability of MacArthur risk cues in mental health settings.</u> Poster session presented at the joint meeting of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Moss, M. M., & **Scalora**, M. (1999, July). <u>A factor study of sex offender cognitive distortions.</u> Paper presented at the joint meeting of the American Psychology-Law Society and the European Psychology and Law Society, Dublin, Ireland.

Pearce, M., Schopp, R., Penrod, S., Claussen-Schulz, A., & **Scalora**, M. (1999, July). Condemning the 'insane': An analysis of the expressive function of sexual predator commitments. Paper presented at the Joint Conference of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Washington, D. O., & **Scalora**, M. J. (1999, July). Non-fatal workplace violence: International applications of empirically derived American risk factors. Paper presented at the Joint Conference of the American Psychology-Law Society and the European Association of Psychology and Law, Dublin, Ireland.

Claussen-Schulz, A., Calkins, C.A., Elbogen, E., Tomkins, A., & **Scalora**, M. (1999, March). <u>Sex offenders, dangerousness, and recidivism: A review of predictive risk factors.</u> Poster session presented at the Prediction and Management of Violence Conference, Lincoln, NE.

Elbogen, E., Calkins, C.A., Pothuloori, A., Tomkins, A., & **Scalora**, M. (1999, March). <u>Violence risk assessment in the psychiatric crisis center: Do clinicians have enough information to make accurate predictions of dangerousness?</u> Poster session presented at the Prediction and Management of Violence Conference, Lincoln, NE.

Plank, G. L., Baumgartner, J. V., Palarea, R. E., **Scalora**, M. J., Covell, C. N., Hatch, M. (1998, August). <u>Analysis and assessment of threats to state government officials.</u> Paper presented at the Association of Threat Assessment Professionals Eighth Annual Threat Management Conference, Anaheim, California.

Covell, C., **Scalora**, M., & Hatch, M. (1998, November). <u>Predicting treatment response</u>

from plethysmographic patterns.  Poster session presented at the 32nd annual meeting of the Association for the Advancement of Behavior Therapy, Washington, DC.

Monroe-DeVita, M., Elbogen, E. B., **Scalora**, M. J., & Baust, S. (1998, November). Level of care decision-making by managed care and risk factors.  Poster presented at 32nd annual meeting for the Association for the Advancement of Behavior Therapy, Washington, DC.

Baumgartner, J. V., **Scalora**, M. J., & Huss, M. T.  (1998, August).  Sexual fantasies and reported perceptions of responsibilities for molesting behavior in a forensic population.  Paper presented at the Annual Conference of the American Psychological Association, San Francisco, California.

Hatch, M. A., **Scalora**, M. J., Huss, M. T., & Osborne, L.  (1998, August).  Criminal thinking in sex offenders.  Paper presented at the Annual Conference of the American Psychological Association, San Francisco, California.

Patry, M. W., & **Scalora**, M. J.  (1998, August).  Megan's Law: Impact on sex offender attitudes.  Paper presented at the Annual Conference of the American Psychological Association, San Francisco, California.

**Scalora**, M. J., & Garbin, C. P.  (1998, August).  Impact of sex offender amenability to treatment upon recidivism.  Paper presented at the Annual Conference of the American Psychological Association, San Francisco, California.

Washington, D. O., **Scalora**, M. J., & Casady, T.  (1998, August).  Workplace violence: Risk factors from a Midwestern sample.  Paper presented at the Annual Conference of the American Psychological Association, San Francisco, California.

Baumgartner, J. V., Ernst, R., Huss, M., **Scalora**, M. J.  (1998, March).  What do sexual fantasies mean for sex offenders? An analysis of molesting behavior patterns in a forensic population.  Paper presented at Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Baumgartner, J. V., **Scalora**, M. J., Huss, M. T.  (1998, August).  Sexual fantasies and reported perceptions of responsibility for molesting behavior in a forensic population.  American Psychological Association annual convention, San Francisco, CA.

Ernst, R., Baumgartner, J. V., Huss, M., **Scalora**, M. J.  (1998, March).  Sexual deviance and personality types: Relationship of psychopathy to type and intensity of sexual deviance.  Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Huss, M., Weyers, S., & **Scalora**, M. J.  (1998, March).  Criminal thinking styles among

incarcerated offenders. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Monroe-DeVita, M. B., **Scalora**, M. J., & Elbogen, E. (1998, March). Utilization review in public sector mental health: An analysis of the application of risk assessment principles. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Moss, M., **Scalora**, M. J., & Hatch, M. A. (1998, March). Predictive validity of the Multiphasic Sex Inventory on sex offender treatment response. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

**Scalora**, M. J., Garbin, C. P., Blum, S., & Roy, S. (1998, March). Does Involvement in treatment matter? Comparing the recidivism of treated sex offenders with an untreated correctional sample. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

**Scalora**, M. J., Schopp, R. F., & Pearce, M. (1998, March). The incremental validity of social framework evidence on sexual predators: Does expert testimony improve decision making accuracy. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Washington, D. O., **Scalora**, M. J., & Casady, T. (1998, March). Workplace violence in middle America: An epidemiological study. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Weyers, S., Huss, M., Jones-Hazeldine, C., & **Scalora**, M. J. (1998, March). The relationship of cognitive thinking styles and personality traits in offenders. Paper presented at the Biennial American Psychology-Law Society Conference, Redondo Beach, California.

Elbogen, E. B., Osborn, L., Gordon, K., Tomkins, A. J., **Scalora**, M. J., Penrod, S., Monroe-DeVita, M. & Washington, D. (1998, March). Clinical considerations in violence risk assessment: A comparison of psychiatric hospitals – preliminary findings. Poster presented at the American Psychology-Law Society Biennial conference, Redondo Beach, California.

**Scalora**, M. J., & Hecht, D. (1998, March). Basic research and functional assessment of utilization review data. Paper presented at the Eleventh Annual Research Conference – A System of Care for Children's Mental Health: Expanding the Research Base, Tampa, Florida.

**Scalora**, M. J., Blum, S. L., Roy, S., & Garbin, C. (1996, November). Sex offender recidivism: The impact of treatment. Paper presented at the Annual American Conference of the Association for the Treatment of Sexual Abusers, Chicago, Illinois.

Cacioppo, B., Graef, M. I., & **Scalora**, M. J. (1996, September). Partnerships for Protecting Children: Nebraska's competency based case management training program. Paper presented at the National Conference on Child Welfare, Memphis, Tennessee.

**Scalora**, M. J., Ullman, D. L., DeKraai, M., & Garbin, C. (1996, March). Sex offender recidivism: A comparison with an untreated correctional sample. Paper presented at the Biennial American Psychology-Law Society Conference, Hilton Head, South Carolina.

**Scalora**, M. J., Ullman, D. L., DeKraai, M., & Garbin, C. (1994, March). Sex offender recidivism and amenability to treatment. Paper presented at the Biennial American Psychology-Law Society Conference, Santa Fe, New Mexico.

**Scalora**, M. J., Ullman, D. L., & Garbin, C. (1992, April). Sex offender amenability to treatment: A preliminary analysis. Paper presented at the Biennial American Psychology-Law Society Conference, San Diego, California.

**Scalora**, M. J. (1992, September). Rural forensic mental health: Recent trends and developments. Paper presented at the Fifth Annual National Rural Mental Health Conference, Lincoln, Nebraska.

Castriano, L., Limber, S., **Scalora**, M. J., & Thompson, R. L. (1990, March). Grandparent visitation rights. Paper presented at the Biennial American Psychology-Law Society Conference, Williamsburg, Virginia.

**Scalora**, M. J., Melton, G. B., & Schwartz, I. (1990, August). Psychologists as child advocates: Administrative and regulatory structures. Paper presented at the Annual American Psychology Association Convention, Boston, Massachusetts.

**Scalora**, M. (1988, March). Mentally disordered sex offenders: Clinical and legal decision making. Paper presented at the Biennial American Psychology-Law Society Conference, Miami Beach, Florida.

Thompson, R. A., & **Scalora**, M. J. (1987, August). Grandparents' visitation rights: An agenda for psycholegal and policy study. Paper presented at the Annual American Psychological Association Convention, New York City, New York.

**Scalora**, M. J. (1986, March). Proprietary hospitals and children's mental health care: The Certificate of Need process. Paper presented at the Biennial American Psychology-Law Society Conference, Tucson, Arizona.

**Scalora**, M. J., & Laguzza, R. (1985, August). Seventy years of family courts: A critical

<u>review</u>.  Paper presented at the Annual American Psychological Association Convention, Los Angeles, California.

      Melton, G. B., & **Scalora**, M. J.  (1984, June).  <u>Social science research on Appalachia: Have we learned anything since the Great Society</u>?  Paper Presented at the Fifth Annual Conference on Appalachian Children and Families, Morehead, Kentucky.

## <u>SERVICE OUTSIDE THE UNIVERSITY</u>

| | |
|---|---|
| American Psychological Association, Member | 1983-present |
|                Fellow | 2011-present |
| American Psychological Association – Karl F. Heiser | |
| Presidential Award for advocacy on behalf of the profession | 2002 |
| | |
| Distinguished Alumni Award, University of Massachusetts | |
| Medical Center Law & Psychiatry Program | 2007 |
| | |
| American Psychology- Law Society, Chair Grant in Aid Committee | 2004-2007 |
| | |
| Member-Nebraska State Foster Care Review Board | 2006-present |
|      Vice-Chair | 2010-present |
| | |
| Member of Nebraska Disaster Mental Health Planning Committee | 2004-present |
| | |
| Member of Lincoln-Lancaster County MMRS (Metropolitan | |
| Management and Response Service) | 2004-present |
| | |
| Vice Chair- Nebraska Behavioral Health Reform Oversight | |
| Commission | 2005-2007 |
| | |
| Association of Threat Assessment Professionals, Member | 2006-present |
|      Vice President, Great Plains Chapter | 2009-present |
|      Member of Practice Standards Development group | 2006 |
|      Member, Ethical Standards Development group | 2009-2010 |
| | |
| Nebraska Psychological Association- Secretary | 1994-1996 |
|             President-Elect | 1996-1998 |
|             President | 1999-2000 |
|             Past President | 2001-2002 |
|             Legislative Committee | 2002-present |

Nebraska Psychological Association- Psychologist of the Year     2001

Member- Advisory & steering Committee of Nebraska
     Credentialing Review 2000                                1999-2002

Advisory Panel Member, National Center for the Analysis
of Violent Crime, Federal Bureau of Investigation      2001-2004

Appointed Steering Committee Member, Governor's Work
Group on the Management of Sex Offender's In Nebraska      2000-2002

Board of Directors, Family Service Association, Lincoln, Nebraska 1993-1999

Citizen Review Volunteer United Way of Lincoln-Lancaster
County                                                    2000-2005

## COMPLETED DOCTORAL DISSERTATIONS CHAIRED

Charles Darrow, August, 2013: Targeted Threats: An examination of thematic content and approach behavior displayed by mentally ill and non-mentally ill contactors

Larry Golba, August, 2013: Decision making processes of informant handlers

Allissa Marquez, August, 2013: Emotional, social, & cognitive correlates of stalking and intrusive harassment

Michelle Giresi-Ficara, May, 2012: Mental health and needs assessment in juvenile justice: the use of the YLS/CMI and MAYSI-2 with a diversion sample.

Douglas O. Cacialli, August, 2010: Predicting problematic approach behavior toward politicians: Exploring the potential contributions of control theory

Verónica Chávez, August 2010: Is everyone rated equal? An examination of factors related to sexual risk in ethnically diverse male adolescents who have sexually offended

Valerie Gonsalves, August, 2010: Exploring online sexually explicit material: What is the relationship to sexual coercion?

Julia McLawsen, May, 2010: Factors associated with the civil commitment of sex offenders: A comparison between four states.

 Katherine Schoeneman, December, 2008: Targeted violence toward political figures: Identifying violence risk factors through thematic content analysis.

Grace Chang, June, 2008: Effectiveness of content analysis in assessing suspect credibility: Counterterrorism implications.

Richard Soto, June, 2007: Criminogenic personality and behavioral characteristics in substance abusers: An examination of the lifestyle model of substance abuse.

Shannon Bader, June, 2007: Antisocial thinking as a dynamic risk factor in rapists and child molesters.

Stephanie Bruhn, May, 2006: To change or not to change: an examination of factors related to willingness to change in sex offenders .

Russell Palarea, May, 2004: Stalking as a risk factor for domestic violence.

Jerome Baumgartner, August, 2003: Protective security cases: An examination of characteristics related to multiple approach contact behavior towards the U.S. Congress.

Christmas Covell, December, 2002: Empathic deficits in sexual offenders: An integration of affective, social, and cognitive constructs.

Mary A. Hatch-Maillette, August, 2002: Perception of Workplace violence in psychiatric settings: Does Gender play a role?

William E. Reay, December, 1999: The relationship between restrictiveness of care and behavioral impairment.

David O. Washington, June, 1999: Non-fatal workplace violence: Epidemiology, risk factors, and legal implications.

## MASTER'S EQUIVALENCY RESEARCH PROJECTS CHAIRED

Sarah Hoff, August, 2013: Assessing Religious Content in Threatening and Harassing Communications Toward Political Figures

Brandon, Hollister, May, 2013: Exposure to Pre-Incident Behavior and Reporting in College Students

Charles Darrow, August, 2010: Violent Threats as Indicators of Approach: A Descriptive Analysis of Threats and Targeted Violence Against Political Figures

Allissa Marquez, May, 2009: Risk Factors for Single Approach versus Intrusive Harassment Behaviors towards Legislators.

Larry Golba, May, 2008: Mental Illness as a Distinguishing Factor in Problematic Contact Behavior toward Legislators.

Julia McCraw, December, 2007: Professional Perspectives on Sexual Sadism.

Valerie M. Gonsalves, May, 2007: Prediction of Recidivism using the Psychopathy Checklist-Revised and the Psychological Inventory of Criminal Thinking Styles within a forensic mental health sample.

Shannon M. Bader, May, 2006: Systemic Processing of Female Sex Offenders and the Effect on Risk Assessment.

Veronica Chavez, May, 2006: The value of the Child and Adolescent Functional Assessment Scale (CAFAS) in predicting juvenile recidivism.

Katherine A. Schoeneman, August, 2004: Differential Risk Factors of Email vs. Letter Threat Contacts toward Members of the United States Congress.

Grace H. Chang, May, 2004: A Comprehensive Assessment of Risk Factors for Intrusive Harassment and Stalking Behavior Toward Legislators.

Jason A. Krebs, December, 2001: The relationship of offense specific alcohol use to child molester offending behavior.

Richard D. Soto, November, 2001: Assessment of sexual fantasy themes in sex offenders and non-sex offenders: Implications for assessment and treatment of sex offenders.

Mallie Moss, October, 2001: Predictive validity of the Multiphasic Sex Inventory on sex offender treatment response.

Christmas N. Covell, May, 1998:  Incremental validity of pethysmographic data in predicting sex offender treatment response.

Mary A. Hatch, March, 1998: Criminal thinking patterns: Are sex offenders unique?

## HONOR'S RESEARCH PROJECTS CHAIRED

Ally Evans, December, 2012: Counterterrorism policy in France and the UK: National security or civil rights violation?

Sarah P. Newell, June, 2001: Thematic and motivational characteristics of problematic approachers within the public sector.