KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **ON SHORTENED TIME** <br> ) **UNITED STATES' MOTION** <br> ) **TO COMPEL PRODUCTION** |
| vs. | ) **OF AN EXPERT REPORT** <br> ) **AND SUMMARY OF** |
| JAMES MICHAEL WELLS, | ) **EXPECTED TESTIMONY** <br> ) **FOR DEFENSE EXPERT,** |
| Defendant. | ) **DR. MARIO SCALORA** |

COMES NOW the UNITED STATES OF AMERICA and files its Motion to Compel the Defense to provide an expert report and summary of expected testimony for its recently named expert, Dr. Mario Scalora, Ph.D.

Defendant filed this expert notice only yesterday – on March 19, 2014 – stating that its expert will testify to contradict the government's expert, Dr. J. Reid Meloy. (Docket 370) The court set out a second schedule of pretrial deadlines, which was proposed by and agreed upon by both parties. (Docket 56). The government noticed its experts on the originally set expert deadline date of October 25, 2013 and provided a summary of testimony at that time. (Docket 160) Instead of providing its notice on or close to its own deadline, the defense waited until the eve of trial to spring the name of its current expert upon the government. The defense continues to flout the Court's orders and totally ignored the Court's pretrial order to provide notice of its experts on November 29, 2013. (Docket 56). The defense has stated in its own pleading that Dr. Scalora is testifying on matters to contradict Dr.

*United States. v. Wells*
3:13-cr-00008-RRB-JDR　　　　　　　Page 2 of 4

Meloy. The government gave proper notice of Dr. Meloy on October 25, 2013. The defense has taken five full months to notice its expert in opposition. There is no reason given for this excessive delay. Trial in this case is set to begin on March 31, 2014.

In addition to the defense's repeated failure to meet the Court's established deadlines, the defense has also ignored the requirements of Rule 16. Rule 16(b)(1)(C) requires that the defense provide information to the government that supplies the "witness's opinions, the bases and reasons for those opinions, and the witness's qualifications." The defense has only complied with Rule 16 in one respect. They have provided a summary of the witness's qualifications – provided as an attached C.V. (Docket 370, Exhibit A)  But without knowing the nature of this witness's testimony, it is impossible to assess whether the testimony is within his area of expertise. The government is entitled to adequate notice regarding this witness's expected testimony, so it may assert any legal challenges to the expert before trial.

WHEREFORE the UNITED STATES OF AMERICA requests that this Court enter an Order requiring the defense to provide an expert report and summary of expected testimony for Dr. Scalora forthwith, or preclude the defense's expert from testifying at trial pursuant to Rule 16(d)(2)(C).

RESPECTFULLY SUBMITTED on March 20, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on March 20, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.
s/ Kathleen A. Duignan
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 4 of 4