IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| vs. | ) **ORDER TO COMPEL EXPERT REPORT AND SUMMARY OF EXPECTED TESTIMONY FOR DEFENSE EXPERT, DR. MARIO SCALORA** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Upon consideration of the government's Motion to Compel the Expert Report and Summary of Expected Testimony for Defense Expert, Dr. Mario Scalora, said motion is GRANTED.

The defense is hereby ordered to produce the report and summary of expected testimony for defense expert, Dr. Mario Scalora, forthwith, and no later than the close of business on _____, 2014.

Dated:_____        _____
                                John D. Roberts
                                United States Magistrate Judge