KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| | ) | |
| | ) | ***ON SHORTENED TIME*** |
| Plaintiff, | ) | **JOINT MOTION TO PERMIT** |
| | ) | **VIDEO TESTIMONY OF** |
| vs. | ) | **WITNESS WILLIAM REED** |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, the United States of America and James

Wells, and jointly request the court to permit video testimony of witness

William Reed. This motion is being filed by the United States after consultation with the defense, as noted in the attached stipulation. (Exhibit A). This motion is filed on shortened time because trial is scheduled to begin Monday, March 31, 2014.

Both parties have requested the testimony of witness William Reed, United States Coast Guard (retired). Upon contacting Mr. Reed, the government learned that his wife is gravely ill and he was not in a position to leave her and travel to Alaska for trial. Upon learning of this issue, the government consulted the clerk's office to make sure that video testimony was logistically possible, and then consulted the defense. In lieu of a Rule 15 deposition, the parties have agreed to seek video testimony of Mr. Reed. Mr. Wells has agreed to waive his rights under the Sixth Amendment of the United States Constitution requiring the physical presence of Mr. Reed to give his testimony, as noted in the attached stipulation. (Exhibit A)

Based on this agreement, the parties request that the court sign an order permitting live video testimony. The parties further request

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 2 of 3

that the court address Mr. Wells directly on the record regarding this issue, because it requires his waiver of a constitutional right. Upon receiving an order from the court, the government will work with the clerk's office to set up Mr. Reed's testimony.

RESPECTFULLY SUBMITTED on March 20, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Kathleen A. Duignan
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR			Page 3 of 3