KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | No. 3:13-cr-00008-RRB-JDR<br><br>**WAIVER OF SIXTH AMENDMENT RIGHTS TO PERMIT VIDEO TESTIMONY OF WILLIAM REED** |

PRELIMINARY FACTS:

Exhibit A - Page 1

Case 3:13-cr-00008-SLG   Document 372-1   Filed 03/20/14   Page 1 of 3

1. Both parties in the case have requested the testimony of United States Coast Guard Electronics Technician Senior Chief (Retired) (ETCS, Ret.) William Reed.

2. The government learned, and informed the defense, that Mr. Reed's wife is suffering in the late stages of terminal cancer, and he is therefore unable to travel to Alaska for trial.

3. In lieu of requesting a deposition under Fed. R. Crim. P. 15 that would require travel to Little Rock, Arkansas, the parties have agreed to request the court to permit Mr. Reed to testify live, but through video conferencing.

THEREFORE:

1. Mr. Wells understands that pursuant to the Sixth Amendment to the United States Constitution he has a right to confront witnesses against him, which includes the right to be personally present when a witness testifies.

2. Mr. Wells understands that based on Mr. Reed's circumstances, the court would likely find exceptional circumstances

permitting a deposition under Fed. R. Crim. P. 15, and that he would be permitted to be present at such a deposition.

3. With his signature below, Mr. Wells waives his Sixth Amendment rights as to Mr. Reed's in-person testimony, to the extent that such waiver would permit Mr. Reed to testify through live video feed in the courtroom, such testimony to be taken in the presence of Mr. Wells, but without Mr. Reed's personal attendance at the trial in Anchorage, Alaska.

DATED: 6 MAR 2014

*JAMES M. WELLS*
JAMES M. WELLS

DATED: 3/6/2014

*Rich Curtner*
RICH CURTNER
Attorney for JAMES M. WELLS

*United States. v. Wells*
3:13-cr-00008-RRB-JDR     Page 3 of 3