IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| | ) **ORDER GRANTING** |
| | ) **JOINT MOTION TO PERMIT** |
| vs. | ) **VIDEO TESTIMONY OF** |
| | ) **WITNESS WILLIAM REED** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Upon consideration of the parties' Joint Motion to Permit Video Testimony of Witness William Reed, said motion is GRANTED.

In lieu of a Rule 15 deposition, the parties have agreed to seek video testimony of Mr. Reed. Mr. Wells has agreed to waive his rights under the Sixth Amendment of the United States Constitution requiring the physical presence of Mr. Reed to give his testimony, as noted in the stipulation at Exhibit A to the parties' joint motion.

Based upon their agreement, the court hereby issues its order permitting live video testimony of Mr. Reed.

Further, the court shall address Mr. Wells directly on the record regarding this issue, since it requires his waiver of a constitutional right.

The Clerk's Office is directed to work with the government to effectuate Mr. Reed's testimony.

Dated:_____          _____
                                Ralph R. Beistline
                                U.S. District Court Judge