# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**ORDER**<br>**REGARDING MOTION TO**<br>**COMPEL PRODUCTION OF AN**<br>**EXPERT REPORT AND**<br>**SUMMARY OF EXPECTED**<br>**TESTIMONY RE DR. MARIO**<br>**SCALORA**<br><br>(Docket 371) |

The government moves the court for a Motion to Compel the defense to provide an expert report and summary of expected testimony for expert Dr. Mario Scalora, Ph.D. Docket 371.

Pursuant to Federal Criminal Rule 16(d)(2)(C) the defense shall provide an expert report and summary of expected testimony for Dr. Scalora <u>forthwith</u>, or risk not having the defense's expert testify at trial.

Rule 16(b)(1)(C) requires that the defense provide the government . . . "witness's opinions, the bases and reasons for those opinions, and the witness's qualifications."

DATED this 20th day of March, 2014, at Anchorage, Alaska.

*/s/ John D. Roberts*
JOHN D. ROBERTS
United States Magistrate Judge