# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendants. | 3:13-cr-00008-RRB-JDR<br><br>**ORDER**<br>**REGARDING JOINT MOTION TO**<br>**PERMIT VIDEO TESTIMONY OF**<br>**WITNESS WILLIAM REED**<br><br>(Docket 372) |

      The parties have filed a joint motion to permit video testimony of witness William Reed. Docket 372.

      A hearing on this motion is hereby set for Monday, March 24, 2014 at 11:00 AM. Prior to the scheduled hearing the parties should have their logistics worked out and a proposed time, date and place that this video testimony may be taken.

      DATED this 20th day of March, 2014, at Anchorage, Alaska.

                                /s/ *John D. Roberts*
                                JOHN D. ROBERTS
                                United States Magistrate Judge