# U.S.

## -V-

# Wells

---

## Collision Research and Analysis

Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 1 of 90

27524



Case 3:13-cr-00008-SLG  Document 478-1  Filed 03/24/14  Page 2 of 90

**Collision Research & Analysis**

# T-1 CAMERA FIELD OF VIEW



4/12/2012 07:09:20.796

Case 3:12-cr-00068-SLG   Document 375-1   Filed 03/21/14   Page 3 of 90

**Collision Research & Analysis**

27526

# T-2 CAMERA FIELD OF VIEW



4/12/2012 07:04:53.733

Google earth

Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 4 of 90

Collision Research & Analysis

Exhibit A, Part 1 - Page 4 of 90

27527

# SCENE GENERATION
## AERIAL PHOTOGRAPH



**Collision Research & Analysis**

Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 5 of 90

27528

# SCENE GENERATION
## CRA SITE SURVEY



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 6 of 90

**Collision Research & Analysis**

27529

# SCENE GENERATION
## COMMSTA SITE SURVEY



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 7 of 90

Collision Research & Analysis

Exhibit A, Part 1 - Page 7 of 90

27530

# SCENE GENERATION
## PHOTOGRAMMETRY ANALYSIS



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 8 of 90

**Collision Research & Analysis**

27531

# SCENE GENERATION
## PHOTOGRAMMETRY ANALYSIS



Collision Research & Analysis

27532

# CAMERA MATCHING



Case 3:13-cr-00003-SLG   Document 375-1   Filed 03/21/14   Page 10 of 90

**Collision Research & Analysis**

# CAMERA MATCHING



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 11 of 90

**Collision Research & Analysis**

# CAMERA MATCHING



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/31/14   Page 12 of 90

**Collision Research & Analysis**

27535



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 13 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 14 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 15 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 16 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 17 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 18 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 19 of 90

19

Collision Research & Analysis

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 20 of 90

Collision Research & Analysis

27543



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 21 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 22 of 90



**Collision Research & Analysis**

Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 23 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 24 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 25 of 90

25

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 26 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 27 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 38 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 28 of 90

27551



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 29 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 30 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 31 of 90

**Collision Research & Analysis**

27554



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 32 of 90

32

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 33 of 90

33

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG  Document 375-1  Filed 03/21/14  Page 34 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 35 of 90

**Collision Research & Analysis**

27558



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 36 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 37 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 38 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 38 of 90

27561



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 39 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 40 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 40 of 90

27563



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 41 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 41 of 90

27564



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 42 of 90

**Collision Research & Analysis**

27565



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 43 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 44 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 44 of 90

27567



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 45 of 90



**Collision Research & Analysis**

Case 3:13-cr-00009-SLG   Document 375-1   Filed 03/21/14   Page 46 of 90

Exhibit A, Part 1 - Page 46 of 90

27569



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 47 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 47 of 90

27570



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 48 of 90



Case 3:13-cr-00008-SLG Document 375-1 Filed 03/21/14 Page 49 of 90

49

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 50 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 51 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 52 of 90

Collision Research & Analysis

27575

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - SOUTHBOUND



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 53 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 54 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 54 of 90

27577



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 55 of 90



Case 3:13-cr-00003-SLG   Document 375-1   Filed 03/21/14   Page 56 of 90



**Collision Research & Analysis**

Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 57 of 90



Case 3:13-cr-00003-SLG   Document 375-1   Filed 03/21/14   Page 58 of 90

58

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 59 of 90

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - SOUTHBOUND



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 60 of 90

**Collision Research & Analysis**

27583



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 61 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 62 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 63 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 64 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 65 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 66 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 67 of 90

**Collision Research & Analysis**

27590



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 68 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 69 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 70 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 70 of 90

27593



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 71 of 90

**Collision Research & Analysis**

27594



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 72 of 90



Case 3:13-cr-00008-SLG Document 375-1 Filed 03/21/14 Page 73 of 90

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 74 of 90

74

**Collision Research & Analysis**



Case 3:13-cv-00008-SLG  Document 375-1  Filed 03/31/14  Page 75 of 90

# VIDEO ANALYSIS
## SCENE INSPECTION - DURANGO



Case 3:13-cr-00008-SLG Document 375-1 Filed 02/21/14 Page 76 of 90

Collision Research & Analysis

27599



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 77 of 90

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 78 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 79 of 90

Collision Research & Analysis

27602

# VIDEO ANALYSIS
## 4/19/12 – CR-V NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 80 of 90

Collision Research & Analysis

27603



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 81 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 81 of 90

27604



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 82 of 90

Collision Research & Analysis

Exhibit A, Part 1 - Page 82 of 90

27605



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 83 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 83 of 90

27606



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 84 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 84 of 90

27607



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/31/14   Page 85 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 85 of 90

27608



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/31/14   Page 86 of 90

**Collision Research & Analysis**

27609



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/31/14   Page 87 of 90



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 88 of 90

**Collision Research & Analysis**

Exhibit A, Part 1 - Page 88 of 90

27611



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/21/14   Page 89 of 90

# VIDEO ANALYSIS
## 4/19/12 – CR-V NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-1   Filed 03/31/14   Page 90 of 90

Collision Research & Analysis

27613