

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 1 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 2 of 84

**Collision Research & Analysis**

27615



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 3 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 4 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 5 of 84

**Collision Research & Analysis**

27618



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 6 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 7 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 8 of 84



Case 3:13-cr-00009-SLG   Document 375-2   Filed 03/21/14   Page 9 of 84

**Collision Research & Analysis**

27622

# VIDEO ANALYSIS
## 4/19/12 – CR-V SOUTHBOUND



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 10 of 84

**Collision Research & Analysis**

27623



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 11 of 84

101

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 12 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 102 of 174

27625



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 13 of 84

**Collision Research & Analysis**



Collision Research & Analysis

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 14 of 84

Exhibit A, Part 2 - Page 104 of 174

27627



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 15 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 105 of 174

27628



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 16 of 84

# VIDEO ANALYSIS
## 4/19/12 – CR-V SOUTHBOUND



Case 3:10-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 17 of 84

107

**Collision Research & Analysis**

27630



Collision Research & Analysis

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 18 of 84

Exhibit A, Part 2 - Page 108 of 174

27631



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 19 of 84

Collision Research & Analysis

Exhibit A, Part 2 - Page 109 of 174

27632



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 20 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 21 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 22 of 84

**Collision Research & Analysis**

27635

# VIDEO COMPARISON

**4-12-2012**

**4-19-2012**




Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 23 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 113 of 174

27636

# VIDEO COMPARISON

**4-12-2012**

**4-19-2012**





Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 24 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 114 of 174

27637



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 25 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 115 of 174

27638



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 26 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 116 of 174

27639



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 27 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 117 of 174

27640



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 28 of 84

Collision Research & Analysis

Exhibit A, Part 2 - Page 118 of 174

27641



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 29 of 84

Exhibit A, Part 2 - Page 119 of 174

**Collision Research & Analysis**

27642



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 30 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 31 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 121 of 174

27644

# VEHICLE COMPARISON
## CR-V v DURANGO



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 32 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 33 of 84

Collision Research & Analysis

27646

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 34 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 124 of 174

27647



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 35 of 84

Exhibit A, Part 2 - Page 125 of 174



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 36 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 126 of 174

27649



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 37 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 38 of 84

# VEHICLE COMPARISON
## CR-V v ACCORD



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 39 of 84

**Collision Research & Analysis**

27652

# VIDEO ANALYSIS – ALTERNATE VEHICLES



HONDA CR-V



VOLVO XC90



VOLVO XC70

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 40 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 41 of 84

**131**

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 42 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 132 of 174

27655



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 43 of 84

Exhibit A, Part 2 - Page 133 of 174

**Collision Research & Analysis**

27656



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 44 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 45 of 84

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 46 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 136 of 174

27659



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 47 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 137 of 174

27660

# VIDEO ANALYSIS – ALTERNATE VEHICLES
## DAY OF INCIDENT – VOLVO XC70



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 48 of 84

**Collision Research & Analysis**

# VIDEO ANALYSIS
## DAY OF INCIDENT, 4/12/12 - NORTHBOUND



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 49 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 139 of 174

27662



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 50 of 84

Collision Research & Analysis

Exhibit A, Part 2 - Page 140 of 174

27663



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 51 of 84

Exhibit A, Part 2 - Page 141 of 174

**Collision Research & Analysis**

27664



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 52 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 53 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 143 of 174

27666



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 54 of 84

Exhibit A, Part 2 - Page 144 of 174

**Collision Research & Analysis**

27667

# VIDEO ANALYSIS – ALTERNATE VEHICLES

**HONDA CR-V**



**FORD ESCAPE**



**KIA SOUL**



**TOYOTA RAV4**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 55 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 56 of 84

146

**Collision Research & Analysis**



**Collision Research & Analysis**

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 57 of 84

Exhibit A, Part 2 - Page 147 of 174

27670



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 58 of 84

Exhibit A, Part 2 - Page 148 of 174

27671



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 59 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 149 of 174

27672



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 60 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 61 of 84

**Collision Research & Analysis**

# VEHICLE COMPARISON
## CR-V v ESCAPE



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 62 of 84

**Collision Research & Analysis**

27675



Case 3:13-cr-00008-SLG Document 375-2 Filed 03/21/14 Page 63 of 84



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 64 of 84

**Collision Research & Analysis**

27677



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 65 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 66 of 84

**Collision Research & Analysis**



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 67 of 84



Case 3:13-cr-00008-SLG  Document 375-2  Filed 03/21/14  Page 68 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 158 of 174

27681

# VEHICLE COMPARISON
## CR-V v SOUL



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 69 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 159 of 174

27682



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 70 of 84

**Collision Research & Analysis**



161

Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 71 of 84

**Collision Research & Analysis**

27684



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 72 of 84
Exhibit A, Part 2 - Page 162 of 174
27685



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 73 of 84
Exhibit A, Part 2 - Page 163 of 174

**Collision Research & Analysis**

27686



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 74 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 164 of 174

27687



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 75 of 84

**Collision Research & Analysis**

27688

Exhibit A, Part 2 - Page 165 of 174

# VEHICLE COMPARISON
## CR-V v RAV4



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 76 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 166 of 174

27689

# IMAGE PIXELIZATION
## PHOTO MOSAIC



**Collision Research & Analysis**

Case 3:13-cr-00008-SLG  Document 375-2  Filed 03/31/14  Page 77 of 84

27690

# IMAGE PIXELIZATION
## PHOTO MOSAIC



Case 3:13-cr-00008-SLG  Document 575-2  Filed 03/21/14  Page 78 of 84

Collision Research & Analysis



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 79 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 169 of 174

27692

# IMAGE PIXELIZATION
## PHOTO MOSAIC



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 80 of 84

**Collision Research & Analysis**

# IMAGE PIXELIZATION



**Collision Research & Analysis**

27694

# IMAGE PIXELIZATION



Case 3:13-cv-00000-SLG   Document 375-2   Filed 00/21/14   Page 82 of 83

Collision Research & Analysis

27695



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/31/14   Page 83 of 84

**Collision Research & Analysis**

Exhibit A, Part 2 - Page 173 of 174

27696

# IMAGE PIXELIZATION



Case 3:13-cr-00008-SLG   Document 375-2   Filed 03/21/14   Page 84 of 84

**Collision Research & Analysis**

27697