KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AS TO** |
| vs. | ) | **AUTHENTICATION OF VIDEO** |
| | ) | **EXHIBITS** |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, the United States of America and James M. Wells, and stipulate and agree to authentication of video exhibits pursuant to Fed.R.Evid. 901 and 1003 as follows:

1. That the item of evidence designated 1B231 (QAN3_1), a computer hard drive, contains video taken from the cameras located outside buildings T1 and T2 at COMMSTA Kodiak, Alaska depicting events from April 2, 2012 to April 21, 2012.

2. That the item of evidence designated 1B249 (QAN25), a computer hard drive, contains video taken from the camera located on the guard post at the entrance to the United States Coast Guard Base Support (BSU), Kodiak, Alaska depicting events from March 28, 2012 to April 13, 2012.

The parties specifically stipulate and agree that said exhibits, and any portions therefrom, meet the authentication requirements of the Federal Rules of Evidence without the need to call witnesses for authentication purposes. This stipulation does not waive any other objections a party may have to the introduction of such evidence.

DATED: _____    _____
                            JAMES M. WELLS

DATED: _____    _____
                            RICH CURTNER
                            Attorney for JAMES M. WELLS

STIPULATION AS TO AUTHENTICATION OF VIDEO EXHIBITS
*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 2 of 3

DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　KAREN L. LOEFFLER
　　　　　　　　　　　　　　　　　　U.S. Attorney
　　　　　　　　　　　　　　　　　　United States of America


DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　BRYAN SCHRODER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　United States of America


DATED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　KATHLEEN A. DUIGNAN
　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　United States of America