KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) | |
| | ) | **STIPULATION AS TO** |
| vs. | ) | **JURISDICTION** |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties, the United States of America and James Wells, and stipulate and agree to the following fact:

United States Coast Guard Communications Station Kodiak, Alaska, is within the special maritime and territorial jurisdiction of the United States in that it is located on land reserved or acquired for the use of the United States as defined in 18 U.S.C. § 7(3).

DATED: _____        _____
                                JAMES M. WELLS


DATED: _____        _____
                                RICH CURTNER
                                Attorney for JAMES M. WELLS


DATED: _____        _____
                                KAREN L. LOEFFLER
                                U.S. Attorney
                                United States of America


DATED: _____        _____
                                BRYAN SCHRODER
                                Assistant U.S. Attorney
                                United States of America


DATED: _____        _____
                                KATHLEEN A. DUIGNAN
                                Special Assistant U.S. Attorney
                                United States of America