KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AS TO JURISDICTION** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

COME NOW the parties, the United States of America and James Wells, and stipulate and agree to the following fact:

United States Coast Guard Communications Station Kodiak, Alaska, is within the special maritime and territorial jurisdiction of the United States in that it is located on land reserved or acquired for the use of the United States as defined in 18 U.S.C. § 7(3).

DATED: 6 MAR 2014

_JAMES M. WELLS_
JAMES M. WELLS

DATED: 3/6/2014

RICH CURTNER
Attorney for JAMES M. WELLS

DATED: 3/21/2014

KAREN L. LOEFFLER
U.S. Attorney
United States of America

DATED: 3/21/2014

BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

DATED: 3/19/2014

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 2 of 2