MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA

U.S.A. vs.    JAMES MICHAEL WELLS   CASE NO.   3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER
UNITED STATES' ATTORNEY:    BRYAN D. SCHRODER
UNITED STATES' ATTORNEY:    KATHLEEN ANN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD MARCH 24, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Court and counsel heard re alternates, preempts, voir dire and media.

Court and counsel heard re Order (DKT 366) re Motions at dockets 120, 122 and 142.

Court and counsel heard re JDR Order (DKT 303) previously accepted.

Court ordered witnesses to talk to defense counsel with option of government counsel present.

Court and counsel heard re Request for New Hearing to Reconsider Order at docket 267 re Motion to Suppress Statements (DKT 120 ); **DENIED.**

Court and counsel heard re estimate of trial to be 4 weeks.

Witness exclusionary rule invoked.

Court and counsel heard re Joint Motion to Allow Video Testimony (DKT 372); **GRANTED.**

Court and counsel heard re Defendant to file sealed proffer for testimony re Ms. Hopkins as soon as possible.

Court and counsel heard re Government to file in-camera review re Jencks discovery by close of business on **March 24, 2014.**

Defendant's detention continued.

At 10:47 a.m. court adjourned.

**OFF RECORD NOTE:** Hearing on Motion to Allow Video Testimony (DKT 372) set for March 24, 2014 at 11:00 a.m. was **VACATED.**

DATE:      March 24, 2014      DEPUTY CLERK'S INITIALS:    NXL
Revised 10-25-13