KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **UNITED STATES' SUMMARY OF PROPOSED TESTIMONY OF FORENSIC PSYCHOLOGIST DR. REID MELOY** |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the UNITED STATES OF AMERICA and files the attached bulleted summary of proposed testimony of forensic psychologist Dr. Reid Meloy.

At the pretrial conference on March 24, 2014, the court suggested that the government might further inform the court of questions that would be asked of Dr. Meloy. The attached summary was provided to the defense on October 25, 2013, and details the testimony the government expects to elicit from Dr. Meloy.

RESPECTFULLY SUBMITTED on March 25, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

                                        s/ Kathleen A. Duignan
                                        KATHLEEN A. DUIGNAN
                                        Special Assistant U.S. Attorney
                                        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR             Page 3 of 3