J. Reid Meloy, Ph.D. (resume attached).

Area of expertise: Dr. Meloy will testify as an expert in targeted violence and intended violence, workplace violence, multiple murders and the personality and other psychological characteristics of those who commit these types of crimes.

Information provided to Dr. Meloy: Dr. Meloy was provided case materials as detailed in the attached letter dated April 11, 2013. You should have copies of all of the information listed with the exception of the power point presentation. I believe you may already have seen that presentation, but we will provide you with a copy as soon as I can verify with Mr. Schroder what power point was provided to Mr. Meloy. We should be able to get that to you next week.

Summary of testimony to be given at trial:

Dr. Meloy will elaborate on targeted and intended violence, workplace violence, multiple murders and the personality and other psychological characteristics of those who commit these types of crimes. Note: Dr. Meloy **will not** be asked to give an opinion about how those characteristics apply to the known facts concerning Mr. Wells. Some of the characteristics that he will describe and explain are:

**Targeted and intended violence:**

- Perpetrators engage in significant preparation and planning.

- The crime is carried out carefully in a tactical manner evidencing the above noted preparation and planning.

- The victims are typically specific individuals selected in advance.

- The violence is not impulsive; it is not highly emotionally charged; it is not reactive to any immediate threat.

- This type of violence is much less common than impulsive or reactive violence.

**Workplace violence:**

- Most workplace homicides are committed in the course of a robbery.

- The second most common workplace homicide occurs between work associates. This has been a consistent finding between 1997 and 2010 (Source: Bureau of Labor statistics).

- There has been a steady decrease in the actual numbers of workplace homicides between 1997 and 2010.

- Homicidal violence in the workplace is rare, but can occur anywhere.

- It is a myth that these individuals "snap;" they decide to act violently for various reasons.

- These individuals progress along a pathway to violence from a grievance, to violent ideas, to planning and preparation, to implementation of the attack.

- Some perpetrators have experienced an accumulation of losses and humiliations, real or perceived or a combination of both.

- Most workplace homicides involve one perpetrator and one victim.

**Multiple Murders:**

- Multiple murders are virtually always committed by males.

- The majority of individuals who commit multiple murders are psychotic; psychotic multiple murders tend to have significantly higher numbers of casualties.

- Psychotic multiple murderers will typically kill more strangers.

- The annual frequency of multiple murders in the United States has been stable since the 1970s (3 or more victims including the perpetrator), with an uptick over the past year.

**Personality and other psychological characteristics:**

- Workplace homicide is usually motivated by a profound sense of rejection and felt injustice, and a determination for revenge-- to "have the last word". It usually begins with a grievance that is deeply felt.

- The next step is the development of violent thoughts that culminate in a decision that the only alternative is to commit a homicide.

- Individuals following this decision to intend to commit homicide engage in a series of stages, including research, planning and preparation.

- They typically feel justified in their actions, see no alternative, accept the consequences, and have the ability to do the act (JACA, de Becker, 1997).

- Oftentimes the grievance is a result of a perceived or series of perceived humiliations and insults.

- The shame and anger felt, if not expressed, usually leads to violent retaliatory fantasies that may fester, and be elaborated upon, for months, if not years.

- Oftentimes these feelings are magnified because of the presence of narcissistic personality traits: an inflated sense of self (grandiosity),

entitlement, a sense of specialness, and reduced empathy toward others, often treating them in a dismissive manner.

- Feelings of humiliation are intensified if criticism is done in front of other people.

- The humiliation typically involves a loss of status, or rejection of one's skills, or knowledge.

- Risk can be further magnified by a combination of extreme job attachment and objective job problems.

- Other contributory problems may include losses and personal stressors outside the workplace, such as relationship, financial, or health problems.

- Other risk factors are isolation and withdrawal from others, emotional detachment, and a history of conflicts with authority figures in the workplace.

- The actual timing of the homicide is usually triggered by an event that is experienced by the perpetrator as a humiliating loss in the hours or days beforehand.

- Such intentional killings are typically planned and prepared for in great secrecy, which can be enhanced by skill at deception.

- There is typically no directly communicated threat to the victims beforehand; however, the perpetrator may leak his intentions to third parties.

- There is typically more than one motivation for such acts.

- The 5 red flag indicators for imminent risk of intended workplace homicide are: a motive for violence, homicidal ideas and preoccupation, violent

intent, weapons skill and access, and pre-attack planning and preparation (WAVR-21).

- Crime scene evidence infers a cool rationality on the part of the perpetrator.