KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) *Filed on Shortened Time* |
| | ) **NOTICE OF LODGING** |
| vs. | ) **PROPOSED ORDER RE:** |
| | ) **UNITED STATES' MOTION** |
| | ) **FOR EXCEPTION TO** |
| JAMES MICHAEL WELLS, | ) **WITNESS EXCLUSIONARY** |
| | ) **RULE PURSUANT TO 18** |
| Defendant. | ) **U.S.C. § 3771 [Docket 381]** |

COMES NOW the UNITED STATES OF AMERICA and submits herewith its proposed order for consideration in connection with its Motion for Exception to Witness Exclusionary Rule Pursuant to 18 U.S.C. § 3771 filed March 25, 2014, at Docket 381.

RESPECTFULLY SUBMITTED on March 26, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR        Page 2 of 2