IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| | ) **ORGER GRANTING** |
| vs. | ) **UNITED STATES' MOTION** |
| | ) **FOR EXCEPTION TO** |
| JAMES MICHAEL WELLS, | ) **WITNESS EXCLUSIONARY** |
| | ) **RULE PURSUANT TO 18** |
| Defendant. | ) **U.S.C. § 3771** |

Upon consideration of the United States' Motion for Exception to Witness Exclusionary Rule Pursuant to 18 U.S.C. § 3771, said motion is GRANTED.

Deborah Hopkins shall not be excluded from the courtroom.

Dated:_____     _____
                                Ralph R. Beistline
                                Chief U.S. District Court Judge