KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | No. 3:13-cr-00008-RRB-JDR<br><br>**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM** |

COMES NOW the United States, by and through undersigned

counsel, and hereby notifies this Court of its intention to use the Digital

Evidence Presentation System during the trial of the above-captioned case, scheduled to commence on March 31, 2014, at 8:30 a.m.

RESPECTFULLY SUBMITTED on March 27, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2014, a copy of the foregoing was served via the CM/ECF system on all counsel of record.

s/ Bryan Schroder
Office of the U.S. Attorney