IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:13-cr-0008-RRB |
| vs. | |
| JAMES MICHAEL WELLS, | **ORDER REGARDING** <br> **DOCKETS 381 AND 390** |
| Defendant. | |

Before the Court are several matters raised at the Final Pretrial Conference which the Court now resolves.

At **Docket 381** is the Government's Motion for Exception to the Exclusionary Rule. Having reviewed the relevant pleadings, as well as U.S.C. Section 3771, the Court hereby **GRANTS** said motion. There is no reason to believe that it would be highly likely that Mrs Hopkins' presence at trial before being called as a defense witness would alter her trial testimony, especially given the fact that she could be the first witness Defendant calls.

At **Docket 390** is the Government's Notice of Lodging Redacted Material Under *Jencks* Act. The Court has reviewed the redactions and finds nothing inappropriate therein. None of the redacted materials would be admissible at trial or would likely lead to admissible evidence. Therefore no changes thereto are required.

**IT IS SO ORDERED** this 27th day of March, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE