Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Peter Offenbecher, Esq.
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
206-623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**MOTION TO DIRECT THE GOVERNMENT TO SUPPLY "THE BASES AND REASONS" FOR TROOPER DUPRAS' EXPERT OPINION, Rule 16(a)(1)(G)** |

The government has notified counsel that Trooper Dupras will testify as an expert witness at trial. James Wells, through counsel, Rich Curtner, Federal Defender, and Peter Offenbecher, Esq., moves this Court to direct the government to supply the defendant with the "bases and reasons" for Dupras' opinions, pursuant to Rule 16(a)(1)(G). The notice provided by the government states as follows:

> Trooper Dupras will testify about the actions he took the morning of the murders to secure the crime scene. Based on his law enforcement experience and his observations that morning his immediate view was that the shooter appeared to

be someone familiar with the setting in which the murders occurred and appeared to target the victims. Trooper Dupras's CV is attached.

Rule 16(a)(1)(G) provides that the government must "give to the defendant a written summary of any [expert] testimony that the government intends to use." "The summary provided under this subparagraph must describe the witness's opinions, the bases and reasons for those opinions, and the witness's' qualifications."

The notice provided regarding Trooper Dupras' expert testimony fails to explain the basis and reasons for his opinions, and therefore fails to comply with Rule 16. The purpose of the rule is to give the defendant a fair opportunity to prepare for cross-examination of an expert witness by learning the bases and reasons for the expert's opinion. The notice provided by the government fails to satisfy that purpose. Further exacerbating the problem, although he was a witness at the scene of the homicides, Trooper Dupras did not prepare any type of police report of his activities on April 12, 2012, nor has he prepared any other type of expert report.

Rule 16(d)(2) provides that if a party fails to comply with this rule, the Court may order that party to produce the discovery, grant a continuance, or prohibit that party from introducing the undisclosed evidence. In this case, the Court should direct the government to provide the bases and reasons for Trooper Dupras' expert opinion, or prohibit the government from eliciting his expert opinion at trial.

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                                   Page 2

Case 3:13-cr-00008-SLG   Document 480   Filed 03/29/14   Page 2 of 3

DATED at Anchorage, Alaska this 29th day of March 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher, Esq.
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
Phone: 206-623-6501
Fax: Fax: 206-447-1973
Email: poffenbecher@skellengerbender.com

Certification:
I certify that on March 29, 2014,
a copy of the **Motion to Direct the Government to Supply "The Bases and Reasons" for Trooper Dupras' Expert Opinion, Rule 16(a)(1)(G)** was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR       Page 3