UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

　　　　　After due consideration of Defendant's Motion to Direct the Government to Supply "The Bases and Reasons" for Trooper Dupras' Expert Opinion, Rule 16(a)(1)(G), the motion is GRANTED.

　　　　　IT IS HEREBY ORDERED that the government is directed to supply to defendant the bases and reasons for Trooper Dupras' expert opinion.

　　　　　DATED this _____ day of March 2014, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE