KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | **UNITED STATES' RESPONSE TO DEFENSE MOTION TO EXCLUDE AUTOPSY PHOTOS [481]** |
| vs. | ) ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned

counsel, and hereby submits its response to Defense's Motion to Exclude

Admission of the Autopsy Photos, filed on March 29, 2014 at Docket 481.

The government provided the autopsy photos to the defense in discovery one year ago. The defense could have filed this motion during the normal deadlines for suppression of evidence within the original deadlines the court established to suppress evidence. Yet, the defense instead chose to file this motion to exclude the photos on the eve of trial. This Court should deny the defense motion at Docket 481 for this reason alone.

But the Court can deny this motion on the merits. The government is only seeking to introduce approximately ten of the autopsy photos during its case-in-chief. Dr. Meredith Lann, the forensic pathologist who performed the autopsies in this case, needs these photos to illustrate her testimony and give her expert opinion about the cause of death. The government is required to prove the fact that these men were intentionally and deliberately murdered. Dr. Lann's

testimony is one part of that proof, and she will rely on the photos to explain why she arrived at her expert conclusion.

Additionally, the government specifically limited the number and type of photos selected to those necessary to prove its case. The selected photos are not unduly graphic. For instance, instead of the photos that would show the nature of the spinal and head wounds to each victim, the government is using x-ray photos to demonstrate these injuries instead. The government has taken every step possible to ensure the selected photos were sufficient to support its expert, but not inflame the passions of the jury or be unduly prejudicial. Introduction of the photos meets or surpasses the relevance standard of Fed. R. Evid. 401 and is not unduly prejudicial under Fed. R. Evid. 403.

The government therefore respectfully requests this Court deny the defense motion at Docket 481.

//

//

RESPECTFULLY SUBMITTED on March 29, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Kathleen A. Duignan
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR         Page 4 of 4