IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) | No. 3:13-cr-00008-RRB-JDR<br><br>**[PROPOSED]**<br><br>**ORDER DENYING MOTION TO EXCLUDE AUTOPSY PHOTOS UNDER EVIDENCE RULE 403**<br>**[DOCKET 481]** |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| JAMES MICHAEL WELLS, | | |
| Defendant. | | |

Upon due consideration of the defendant's Motion to Exclude Autopsy Photos Under Evidence Rule 403, and the government's opposition thereto, the defendant's motion to exclude is DENIED.

Dated_____     _____
                                                            Ralph R. Beistline
                                                            U.S. District Court Judge