IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-0008-RRB<br><br>**ORDER DENYING<br>MOTION AT DOCKET 481** |

Upon due consideration of the Defendant's Motion to Exclude Autopsy Photos Under Evidence Rule 403 at **Docket 481** and the Government's opposition thereto, the Defendant's motion to exclude is **DENIED**. The Court, however, will review the exhibits in question, outside the presence of the jury, to assure that the probative value of the exhibits outweighs any potential prejudice.

**IT IS SO ORDERED** this 30th day of March, 2014.

                                          S/RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE