IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER DENYING** |
| vs. | ) ) | **DEFENDANT'S MOTION TO DIRECT THE GOVERNMENT** |
| JAMES MICHAEL WELLS, | ) ) | **TO SUPPLY "THE BASES AND REASONS" FOR TROOPER DUPRAS' EXPERT** |
| Defendant. | ) ) | **OPINION, Rule 16(a)(1)(G) [Docket 480]** |

Upon due consideration of the defendant's Motion to Direct the Government to Supply "the Bases and Reasons" for Trooper Dupras' Expert Opinion, Rule 16(a)(1)(G) [Docket 480], and the government's response thereto, the defendant's motion is DENIED as moot.

Dated:_____         _____
                              Ralph R. Beistline
                              U.S. District Court Judge