KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR ) |
| Plaintiff, | ) **NOTICE OF FILING** ) **PLAINTIFF'S EXHIBIT LIST** ) |
| vs. | ) ) |
| JAMES MICHAEL WELLS, | ) ) |
| Defendant. | ) |

COMES NOW the United States, by and through undersigned counsel, and hereby submits to the Court its proposed exhibit list for trial in this case, which is attached hereto.

RESPECTFULLY SUBMITTED on March 31, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2014,
a copy of the foregoing was served via
the CM/ECF system on all counsel of
record.

s/ Bryan Schroder
Office of the U.S. Attorney