| | USA v. WELLS<br>3:13-cr-00008<br>Exhibit List | | |
|---|---|---|---|
| Exhibit Number | ID'd | Admit'd | Description |
| **Wells Background** | | | |
| 1 | | | Photo of victim, Mr. Richard Belisle |
| 2 | | | Photo of victim, ET1 James Hopkins |
| 3A | | | Wells' Personnel Records (Military Medical) |
| 3B | | | Wells' Personnel Records (Military Performance) |
| 3C | | | Wells' Personnel Records (Civilian Performance) |
| 3D | | | Wells Personnel Record - Supervisor's Copy |
| 4 | | | Photo - Wells' gun safe |
| 5 | | | Letter of Caution to Wells on Wells' desk |
| 6 | | | Letter of Reprimand to Wells in Room 6 brown file cabinet (given in 2003) |
| 7 | | | Cartier's invx start at p. 7, 12, 13, 14 |
| 8 | | | Fuel Card Investigation Report |
| 9 | | | Meloy Expert Report |
| 10 | | | Not Used |
| 11 | | | Not Used |
| 12 | | | Not Used |
| 13 | | | Not Used |
| 14 | | | Not Used |
| 15 | | | Not Used |
| 16 | | | Not Used |
| 17 | | | Not Used |
| 18 | | | Not Used |
| 19 | | | Not Used |
| **Wells Statements & Alibi Response** | | | |
| 20 | | | Wells Statement 1 |
| 20A | | | Excerpts from Exhibit 20 (TR16 highlights on pp. 1, 6-8, 9, 11) |
| 20B | | | Excerpts from Exhibit 20 (TR16 pp. 24, 27) |
| 21 | | | Wells Statement 2 |
| 22 | | | Wells Statement 3 |
| 23 | | | Wells Statement 4 |
| 24 | | | Wells Statement 5 |
| 24A | | | Excerpts from Exhibit 24 (TR9 p. 29) |
| 24B | | | Excerpts from Exhibit 24 (TR9 pp. 34, 44) |
| 24C | | | Excerpts from Exhibit 24 (TR9 pp. 62-65) |
| 24D | | | Excerpts from Exhibit 24 (TR9 highlights on pp. 67-72) |
| 25 | | | Wells Statement 6 |
| 26 | | | Wells' Cell Phone Records for day of murder and around that time |
| 27 | | | Wells' home phone records |
| 28 | | | Not Used |
| 29 | | | Curtner's statement of Wells' alibi re: low tire |
| 30 | | | Defense Response to Notice of Specificity of Alibi |
| 31A | | | Island Air Photo |
| 31B | | | Island Air Photo |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 31C | | | Island Air Photo |
| 31D | | | Island Air Photo |
| 32A | | | Kodiak Airport Parking Lot |
| 32B | | | Kodiak Airport Parking Lot |
| 32C | | | Kodiak Airport Parking Lot |
| 32D | | | Kodiak Airport Parking Lot |
| 32E | | | Kodiak Airport Parking Lot |
| 33 | | | Not Used |
| 34 | | | Not Used |
| 35 | | | Not Used |
| 36 | | | Not Used |
| 37 | | | Not Used |
| 38 | | | Not Used |
| 39 | | | Not Used |
| 40 | | | Not Used |
| **Geography** | | | |
| 41 | | | Google Satellite Map of Kodiak Locations with Distances |
| 42 | | | Google Satellite Map of Kodiak Airport Area |
| 43 | | | Aerial Photo of COMMSTA - T1/T2 |
| 44 | | | Aerial Photo of T2- far shot of roads heading in |
| 45 | | | Aerial Photo of COMMSTA |
| 46 | | | Aerial Photo of COMMSTA |
| 47 | | | Aerial photo from behind COMMSTA with road further away |
| 48 | | | Further aerial photo of COMMSTA with water tower, taken on 04/21/12 |
| 49 | | | Aerial photo of COMMSTA with roads taken on 04/21/12 |
| 50 | | | Aerial photo of airport road to COMMSTA |
| 51 | | | Photo - Airport aerial view (closer) |
| 52 | | | Photo - Airport aerial view (further) |
| 53 | | | Photo - Wells' driveway |
| 54 | | | Photo - Wells' driveway |
| 55 | | | Photo - Wells' driveway and garage junk |
| 56 | | | Photo - Wells' garage with car buried in junk |
| 57 | | | Photo - Wells' garage with car buried in junk - different angle |
| 58 | | | Photo - Wells' house - outside garage with junk |
| 59 | | | Photo - Wells' house crawlspace |
| 60 | | | Not Used |
| 61 | | | Photo - Wells' garage junk |
| 62 | | | Photo Garage Junk |
| 63 | | | Photo - Full view of Wells House |
| 64 | | | Diagram of T2 |
| 65 | | | Photo - Front of Island Air |
| 66 | | | Photo - Desk at Island Air |
| 67 | | | Photo - Waiting area at Island Air |
| 68 | | | Photo - Close up of 2d camera |
| 69 | | | Photo - Kodiak Airport Parking Lot |
| 70 | | | Photo - Belisle Residence |
| 71 | | | Google Satellite Map of COMMSTA Kodiak Area |
| 72 | | | Google Satellite Map of Kodiak Bells Flats Area |
| 73 | | | Plain Map with distances |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 74 | | | Plain Map without Distances |
| 75 | | | Not Used |
| 76 | | | Not Used |
| 77 | | | Not Used |
| 78 | | | Not Used |
| 79 | | | Not Used |
| 80 | | | Not Used |
| **Jurisdiction** | | | |
| 81 | | | Chart, statute, federal register notices |
| 82 | | | SF-50 hiring Belisle as GS employee |
| 83 | | | Last Enlistment contract (need to get a copy) |
| 84 | | | Not Used |
| 85 | | | Not Used |
| 86 | | | Not Used |
| 87 | | | Not Used |
| 88 | | | Not Used |
| 89 | | | Not Used |
| 90 | | | Not Used |
| **Car Exhibits** | | | |
| 91 | | | Registration - Well's white truck |
| 92 | | | Registration - Well's blue SUV |
| 93 | | | Not Used |
| 94 | | | Not Used |
| 95 | | | Not Used |
| 96 | | | Photo confirming the time difference of camera recording system - morning |
| 97 | | | Photo confirming the time difference of camera recording system - evening |
| 98 | | | APSIN Report - Stolen cars in Kodiak |
| 99 | | | Photo - Wells' White truck |
| 100 | | | Photo - Tires in white truck |
| 101 | | | Photo - White truck w/ license plate |
| 102 | | | Photo - White truck search |
| 103 | | | Photo - Nancy's blue CR-V, where found at airport |
| 104 | | | Photo - Nancy's blue CR-V, where found at airport |
| 105 | | | Photo of Nancy's car taken at airport |
| 106 | | | Photo of Nancy's car taken at airport |
| 107 | | | Photo of Nancy's car before search |
| 108 | | | Photo matching photo above, showing date of search and who took photos |
| 109 | | | Photo of inside of Wells' white truck - driver's side (truck search) |
| 110 | | | Nine photographic prints from Q9 (1B231), Vorder Bruegge shots |
| 111 | | | Toglia Powerpoint Presentation |
| 112 | | | Toglia Slide 38 |
| 113 | | | Toglia Slide 39 |
| 114 | | | Toglia Slide 63 |
| 115 | | | Toglia Slide 64 |
| 116 | | | Toglia Slide 100 |
| 117 | | | Toglia Slide 101 |
| 118 | | | Togla Slide 119 |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 119 | | | Toglia Slide 120 |
| 120 | | | Toglia Slide 128 |
| 121 | | | Toglia Slide 129 |
| 122 | | | Vehicle Make Model Spreadsheet |
| 123 | | | Vehicle Make Model Spreadsheet Addendum |
| 124 | | | Vehicle Make Model Spreadsheet |
| 125 | | | Vehicle Make Model Spreadsheet |
| 126 | | | Vehicle Make Model Spreadsheet |
| 127 | | | Wells Truck Search |
| 128 | | | Wells Truckbed Search |
| 129 | | | Vorder Brugge Presentation Complete |
| 130 | | | Vorder Brugge Presentation Slide 29 |
| 131 | | | Vorder Brugge Presentation Slide 30 |
| 132 | | | Vorder Brugge Presentation Slide 31 |
| 133 | | | Vorder Brugge Presentation Slide 32 |
| 134 | | | Vorder Brugge Presentation Slide 49 |
| 135 | | | Vorder Brugge Report |
| 136 | | | Toglia Report |
| 137 | | | Not Used |
| 138 | | | Not Used |
| 139 | | | Not Used |
| 140 | | | Not Used |
| **Videos** | | | |
| 141 | | | Video from BSU Front Gate Camera 0630-0830(real time) 12 Apr 2012 |
| 142 | | | Video from BSU Front Gate Camera 7:06:22am-7:06:24am |
| 143 | | | Video from BSU Front Gate Camera 7:40:08am - 7:40:11am (Clip of Wells coming back from airport) 12 Apr 2012 |
| 144 | | | Video from BSU Front Gate Camera 8:34:23 - 8:34:26am (Clip of Wells truck heading back to work) 12 Apr 2012 |
| 145 | | | Video from BSU Front Gate Camera 6:53:02am - 6:53:06am (Clip of Susan Mcentee's car) 12 Apr 2012 |
| 146 | | | Video from BSU Front Gate Camera 9:59:30pm - 9:59:34pm (Clip of Wells truck going past BSU gate evening 12 Apr 2012) |
| 147 | | | Video T2 Commsta Camera 7 Apr 2012 14:46:41 - 14:51:50 (Nate Pacheco airing tires at work) |
| 148 | | | Video from T1 Commsta Camera 12 Apr 2012 06:45-07:45 |
| 149 | | | Video from T2 Commsta Camera 12 Apr 2012 06:45-07:45 |
| 150 | | | Video from T1 Commsta Camera 12 Apr 2012 07:30-08:30 |
| 151 | | | Video from T2 Commsta Camera 12 Apr 2012 07:30-08:30 |
| 152 | | | Video from T1 Commsta Camera 12 Apr 2012 Clip 7:00:18am - 7:34:00 |
| 153 | | | Video from T1 Commsta Camera 12 Apr 2012 Clip 7:09:10 - 7:09:22 |
| 154 | | | Video from T1 Commsta Camera 12 Apr 2012 Clip 7:14:30 - 7:14:33 |
| 155 | | | Video from T1 Commsta Camera 12 Apr 2012 Clip 7:09:10-7:14:33 |
| 156 | | | Collision Research Side by Side of T1 and T2 Video |
| 157 | | | Collision Research Fly-in |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 158 | | | Recording of voice mail left for ET1 Hopkins at x375 |
| 159 | | | Recording of voice mail left for ITC Reckner |
| 160 | | | Video from T1 Commsta Camera 12 Apr 2012 Clip 7:12:06-7:12:16 |
| 161 | | | Video from T1 Commsta Camera 12 Apr 2012 7:02:57-7:03:00 (Clip Schilbach heading in to the golf course) |
| 162 | | | Video from T1 Commsta Camera 12 Apr 2012 7:09:09-7:09:13 (Clip Schilbach leaving golf course) |
| 163 | | | Video from T1 Commsta Camera 12 Apr 2012 7:25:13-7:25:17 (Clip Art Bors red truck heading in to golf course) |
| 164 | | | Video from T1 Commsta Camera 12 Apr 2012 7:42:34-7:42:38 (Clip Black Mini heading in to golf course) |
| 165 | | | Video from T2 Commsta Camera 12 Apr 2012 7:33:33-7:34:24 (Clip ET2 Acosta dropping off ET3 Beauford) |
| 166 | | | Collision Research Fly-in - Grey CRV |
| 167 | | | Collision Research Fly-in - Clipped |
| 168 | | | Not Used |
| 169 | | | Not Used |
| 170 | | | Not Used |
| 171 | | | Not Used |
| 172 | | | Not Used |
| 173 | | | Not Used |
| 174 | | | Not Used |
| **Lab Reports/Forensic Evidence** | | | |
| 175 | | | Photo of Ammo cabinet |
| 176 | | | Photo of Ammo pouch |
| 177 | | | Photo of Ammo found in Wells' home |
| 178 | | | Photo of Ammo pouch on table closed |
| 179 | | | Photo of open Ammo pouch |
| 180 | | | Autopsy of James Hopkins and Richard Belisle |
| 181 | | | Autopsy report for James Hopkins dated 4-13-2012 |
| 182 | | | Autopsy report for Richard Belisle dated 4-13-2012 |
| 183 | | | Belisle Autopsy Addendum |
| 184 | | | Autopsy photos for James Hopkins |
| 184A | | | Photo - body before autopsy |
| 184B | | | Photo - front head wound |
| 184C | | | Photo - back head wound |
| 184D | | | Photo - skull fracture with bullet fragments |
| 184E | | | Photo - right ear bruise |
| 184F | | | Photo - injuries above navel |
| 184G | | | Photo - graze wound on back of left arm |
| 185 | | | Autopsy photos for Richard Belisle |
| 185A | | | Photo - body before autopsy |
| 185B | | | Photo - back of right arm/shoulder |
| 185C | | | Photo - x-ray of spine, with bullet |
| 185D | | | Photo - projectile taken from neck |
| 185E | | | Photo - right chest wounds x2 |
| 185F | | | Photo - relational body shot, left side |
| 185G | | | Photo - abdomen wound, left side |
| 185H | | | Photo - Right index finger (laceration) |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 186 | | | Toxicology Reports for victims Hopkins and Belisle |
| 187 | | | Photo - Belisle right finger injury |
| 188 | | | Photo - Belisle right hand stippling |
| 189 | | | Photo - Shirt with white fibers |
| 190 | | | Photo - Right side metal fragment |
| 191 | | | Photo - Hopkins prior to autopsy - pants |
| 192 | | | Photo - Hopkins prior to autopsy - shirt |
| 193 | | | Photo - Hopkins prior to autopsy - shirt |
| 194 | | | Photo - Hopkins prior to autopsy - right side |
| 195 | | | Photo - Hopkins prior to autopsy - right side clean |
| 196 | | | Photo - Fingerprints on Woodshop door. |
| 197 | | | Photo - Fingerprints on backside woodshop door. |
| 198 | | | Not Used |
| 199 | | | Not Used |
| 200 | | | Not Used |
| 201 | | | Not Used |
| 202 | | | Not Used |
| 203 | | | Not Used |
| 204 | | | Not Used |
| 205 | | | Not Used |
| 206 | | | Not Used |
| 207 | | | Not Used |
| 208 | | | Not Used |
| 209 | | | Not Used |
| 210 | | | Not Used |
| 211 | | | Not Used |
| 212 | | | Not Used |
| 213 | | | Not Used |
| 214 | | | Not Used |
| **Physical Evidence** | | | |
| 215 | | | Coast Guard ceremonial sword engraved with the name John A. Stein with case. |
| 216 | | | Uniform Coat (ODU Uniform Blue Blouse) |
| 217 | | | Brown Wallet Containing 3 $20 bills |
| 218 | | | Blue USCG t-shirt Hopkins was wearing |
| 219 | | | Blue USCG ODU pants worn by Hopkins |
| 220 | | | Belisle's money from pocket ($66.51) |
| 221 | | | Projectile (bullet) from Belisle's neck |
| 222 | | | 19" blade Japanese sword (Stein's) |
| 223 | | | 29" blade Japanese sword (Stein's) |
| 224 | | | Not Used |
| 225 | | | Nail pulled from Wells' tire |
| 226 | | | Suspected bullet fragment under table |
| 227 | | | Red plastic bowl on top of refrigerator |
| 228 | | | Not Used |
| 229 | | | Belisle's Black Undershirt |
| 230 | | | Belisle's Brown Top Shirt |
| 231 | | | One BF Goodrich Studded 265/75 R116 Tire |
| 232 | | | Envelope of John Stein documentation related to his firearms collection pgs. 1-14 |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 233 | | | X-ray of the tire with the nail embedded |
| 234 | | | Not Used |
| 235 | | | Not Used |
| 236 | | | Bullet fragment on microwave |
| 237 | | | Trashcan |
| 238 | | | Bullet under Belisle's body |
| 239 | | | Bullet jacket & fragments under Belisle's body |
| 240 | | | Camoflauge ammo pouch & 12 rounds |
| 241 | | | Not Used |
| 242 | | | Envelope of John Stein documentation related to his firearms collection pgs. 15-20 |
| 243 | | | Not Used |
| 244 | | | Not Used |
| 245 | | | Not Used |
| 246 | | | Not Used |
| 247 | | | Not Used |
| 248 | | | Not Used |
| 249 | | | Not Used |
| 250 | | | Not Used |
| **Timeline/Crime Scene** | | | |
| 251 | | | T2 Access Log |
| 252 | | | Belisle computer access log - Holly Steeves Report |
| 253 | | | Dupras Recording |
| 254 | | | Photo of door into T2 |
| 255 | | | Photo - View of Hopkins from entryway into T2 office |
| 256 | | | Photo - Closer view of Hopkins |
| 257 | | | Photo - View of office entryway |
| 258 | | | Photo - View of Belisle from office doorway |
| 259 | | | Photo - View of Hopkins lying on office floor, on back |
| 260 | | | Photo - Closer view of Hopkins on his back |
| 261 | | | Photo - 2nd view of Hopkins and wounds |
| 262 | | | Photo - View of Belisle on office floor |
| 263 | | | Photo - Closer view of Belisle on floor |
| 264 | | | Photo of trash can with bullet hole |
| 265 | | | Photo of T2 front of building with 6 cars (through testimony eliminate the 2 extra) |
| 266 | | | Photo of T2 from west side |
| 267 | | | Photo of T2 from south side |
| 268 | | | Photo of T2 showing 2nd entrance and part of 3rd |
| 269 | | | Photo of side of T2 showing garage doors |
| 270 | | | Photo of tire tracks into the 3rd entrance of T2 |
| 271 | | | Photo - T2 (East side) |
| 272 | | | Photo - Rigger Shop sign |
| 273 | | | Photo - T2 Entrance |
| 274 | | | Photo - T2 shop |
| 275 | | | Photo - T2 Bobcat garage |
| 276 | | | Photo - T2 Bobcat garage |
| 277 | | | Photo - Main shop (telescope) wide-angle |
| 278 | | | Photo - T2 main shop equipment |
| 279 | | | Photo - T2 main shop equipment |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 280 | | | Photo - T2 main shop equipment |
| 281 | | | Photo - T2 TV & Radios |
| 282 | | | Photo - T2 Boiler room |
| 283 | | | Photo - T2 Wood shop |
| 284 | | | Photo - Entry to T2 office |
| 285 | | | Photo - Coversheet |
| 286 | | | Photo - T2 office entrance |
| 287 | | | Photo - Hopkins' desk |
| 288 | | | Photo - Belisle |
| 289 | | | Photo - Belisle |
| 290 | | | Photo - Belisle on floor with dark residue |
| 291 | | | Photo - Belisle (hand stipling) |
| 292 | | | Photo - Hopkins |
| 293 | | | Photo - Hopkins |
| 294 | | | Photo - Table/Hopkins |
| 295 | | | Photo - Table/Hopkins |
| 296 | | | Photo - Hopkins blue cup? |
| 297 | | | Photo - Hopkins |
| 298 | | | Photo - Hopkins on floor impact in relation to blood |
| 299 | | | Photo - Hopkins left arm |
| 300 | | | Photo - Hopkins left hand |
| 301 | | | Photo - T2 entryway |
| 302 | | | Photo - Wall near Hopkins |
| 303 | | | Photo - Hopkins' ODU blouse |
| 304 | | | Photo - T2 Microwave |
| 305 | | | Photo - T2 Microwave w/ fragment |
| 306 | | | Photo - T2 Microwave & Fridge |
| 307 | | | Photo - T2 Office floor w/ bullet holes |
| 308 | | | Photo - T2 Blood/tissue spot on wall |
| 309 | | | Photo - Blood/tissue spot close up |
| 310 | | | Photo - Bullet jacket on floor |
| 311 | | | Photo - Bullet jacket close-up |
| 312 | | | Photo - T2 Fridge & broken bowl |
| 313 | | | Photo - T2 Fridge & broken bowl |
| 314 | | | Photo - Wells' desk |
| 315 | | | Photo - Blood spot on floor |
| 316 | | | Photo - Blood spot on floor |
| 317 | | | Photo - Bullet from floor (office) |
| 318 | | | Photo - Bullet under floor (office) |
| 319 | | | Photo - Tooth on desk |
| 320 | | | Photo - Tooth on desk |
| 321A | | | Audio - Beauford call to ops deck |
| 321B | | | Audio - O'Connor call to 911 |
| 321C | | | Audio - O'Connor call to MILPOL |
| 322 | | | T2 Access Log -swipe card log |
| 323 | | | Annotated crime scene photo by Dan Smith re: moving Belisle |
| 324 | | | Annotated crime scene photo by Dan Smith re: moving Belisle |
| 325 | | | Nancy Wells flight records |
| 326 | | | Photo - Wall near Hopkins |
| 327 | | | Photo - Wall near Hopkins |
| 328 | | | Photo - Wall near Hopkins |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 329 | | | Photo - Wall near Hopkins |
| 330 | | | Photo - Wall near Hopkins |
| 331 | | | Photo - Floor right side near Hopkins |
| 332 | | | Photo - Floor right side near Hopkins |
| 333 | | | Photo - Floor with black substance |
| 334 | | | Photo - Floor without black substance |
| 335 | | | Photo - Floor by Belisle - removed |
| 336 | | | Photo - Floor by Belisle - removed |
| 337 | | | Photo - Trash can |
| 338 | | | Photo - Trash can |
| 339 | | | FBI Lab Exam - Brown shirt fiber |
| 340 | | | FBI Lab Exam - Brown shirt fiber |
| 341 | | | FBI Lab Exam - Blue t-shirt fiber |
| 342 | | | FBI Lab Exam - Blue t-shirt fiber |
| 343 | | | FBI Lab Exam - Blue t-shirt fiber |
| 344 | | | FBI Lab Exam - Blue t-shirt fiber |
| 345 | | | FBI Lab Exam - Blue t-shirt fiber |
| 346 | | | FBI Lab Exam - Blue t-shirt fiber |
| 347 | | | FBI Lab Exam - Blue cargo pants |
| 348 | | | FBI Lab Exam - Blue cargo pants |
| 349 | | | FBI Lab Exam - Blue cargo pants |
| 350 | | | FBI Lab Exam - Blue cargo pants |
| 351 | | | FBI Lab Exam - Blue cargo pants |
| 352 | | | COMMSTA Watch Log - Apr 12, 2012 |
| 353 | | | Morton Report |
| 354 | | | Morton CV |
| 355 | | | Morton Scanned Docs Belisle |
| 356 | | | Morton Scanned Docs Hopkins |
| 357 | | | Shem Reports |
| 358 | | | Shem CV |
| 359 | | | Gifford Report |
| 360 | | | Gifford CV |
| 361 | | | Not Used |
| 362 | | | Not Used |
| 363 | | | Not Used |
| 364 | | | Not Used |
| 365 | | | Not Used |
| 366 | | | Not Used |
| 367 | | | Not Used |
| 368 | | | Not Used |
| 369 | | | Not Used |
| 370 | | | Not Used |
| 371 | | | Not Used |
| 372 | | | Not Used |
| 373 | | | Not Used |
| 374 | | | Not Used |
| 375 | | | Not Used |
| 376 | | | Not Used |
| 377 | | | Not Used |
| 378 | | | Not Used |
| 379 | | | Not Used |

| Exhibit Number | ID'd | Admit'd | Description |
|---|---|---|---|
| 380 | | | Not Used |
| **Miscellaneous /Charts/Demonstrative Exhibits** | | | |
| 381 | | | Not Used |
| 382 | | | Timeline Presentation from FBI HQ |
| 383 | | | Time schedule of T2 arrivals and departures |
| 384 | | | Rigger Shop Organization Chart |
| 385 | | | Printable Timeline slides from FBI HQ. |
| 386 | | | T2 Model (3D physical model) |
| 387 | | | Photo - Windows/binoculars Wells' house |
| 388 | | | Chart of Evidence Collected to be Admitted |
| 389 | | | Chart of Lab Evidence Collected |
| 390 | | | Chart of Vehicles Identified on T1 & T2 camera |
| 391 | | | Not Used |
| 392 | | | T2 Building Floor Plan |
| 393 | | | COMMSTA Organization Chart |
| 394 | | | Not Used |
| 395 | | | Not Used |
| 396 | | | Not Used |
| 397 | | | Not Used |
| 398 | | | Not Used |
| 399 | | | Not Used |
| 400 | | | Not Used |
| 401 | | | Not Used |
| 402 | | | Not Used |
| 403 | | | Not Used |
| 404 | | | Not Used |