```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD MARCH 31, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened without the jury panel present.

Court and counsel heard re 2 stipulations at dockets 378 and 379, re lead Coast Guard Case Agent be allowed to be present at the trial to listen, voir dire, media publicity, witness list, exhibit list to be filed as soon as possible, Dr. Malloy testimony in opening statement, pending motions, peremptory challenger and voir dire of jurors.

Mr. Curtner stated that at this time a lesser included is not anticipated.

At 8:42 a.m. court recessed until 9:11 a.m. with 62 prospective jurors present.

Oath as to qualifications administered.

General voir dire conducted.

Juror #6, 19 and 49 excused for cause.

At 10:59 a.m. court recessed until 11:17 a.m. without the prospective jury panel present.

At 11:19 a.m. 59 prospective jurors entered the courtroom.

Continued To Page 2

DATE:   March 31, 2014       DEPUTY CLERK'S INITIALS:   NXL/CME

Revised 10-25-13

```
                    Continuation - Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 1
                         March 31, 2014
```
-----------------------------------------------------------------

General voir dire continued.

Jurors 2, 11, 21, 37 and 54 excused for cause.

Court instructed clerk to call 38 numbers; 38 numbers called.

Individual voir dire conducted.

Court admonished prospective jury panel.

At 12:51 p.m. 54 prospective jurors exited the courtroom.

Court and counsel heard re preempts.

At 12:54 p.m. court recessed until 1:47 p.m. without the prospective jurors present.

Peremptory challenges taken.

At 1:59 a.m. court recessed until 2:01 p.m. without the prospective jurors present.

Court and counsel heard re peremptory challenges.

At 2:12 p.m. 54 prospective jurors entered the courtroom.

Court instructed clerk to call 15 numbers; 15 numbers called.

Court thanked excused the excess prospective jurors.

Oath as to trial jurors administered.

Preliminary instructions read.

At 2:35 p.m. the jury panel exited the courtroom to reconvene on Tuesday, April 1, 2014 at 9:00 a.m.

Court and counsel heard re opening statements.

At 2:39 p.m. court recessed to reconvene on Tuesday, **April 1, 2014 at 9:00 a.m.**

DATE:____March 31, 2014____   DEPUTY CLERK'S INITIALS: ____NXL/CME____

Revised 10-25-13