```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                                KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD APRIL 1, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:51 a.m. court convened without the jury panel present.

Court and counsel heard re opening statements and trial scheduling.

Court and counsel heard re Juror 5 number confusion during impaneling.

Court and counsel heard re clarification of named juror 5 correct juror meant to be impaneled, no objections from the parties.

At 9:14 a.m. the jury panel entered the courtroom.

Court read preliminary instruction re opening statements.

Opening Statements heard.

At 10:53 a.m. the jury panel exited the courtroom.

At 10:54 a.m. court recessed until 11:12 a.m. without the jury panel present.

Court and counsel heard re first witness.

At 11:14 a.m. the jury panel entered the courtroom.

Continued To Page 2

DATE:   April 1, 2014         DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                     Trial by Jury - Day 2
                         April 1, 2014
------------------------------------------------------------------
```
Nickola Anne Belisle sworn and testified on behalf of the government. Government's Exhibit 1 **ADMITTED.**

Scott W. Hopkins sworn and testified on behalf of the government. Government's Exhibit 2 **ADMITTED.**

At 11:49 a.m. the jury panel exited the courtroom.

At 11:51 a.m. court recessed until 1:03 p.m. without the jury panel present.

At 1:05 p.m. the jury panel entered the courtroom.

Dennis Victor Dupras sworn and testified on behalf of the government. Government's Exhibit 42, 43, 44, 46, 47, 49, 51, 104, 231, 243, 244, 245, 255, 257, 258, 259, 261, 262, 386 and 392 **ADMITTED.** Defendant's Exhibits DE-044 and DE-062 **IDENTIFIED.** Defendant's Exhibits DE-038, DE-039, DE-040 and DE-043 **ADMITTED.**

At 2:51 p.m. the court recessed until 3:15 p.m. without the jury panel present.

At 3:16 p.m. the jury panel entered the courtroom.

Aaron Scott Coggins sworn and testified on behalf of the government. Government's Exhibit 390 **IDENTIFIED.** Government's Exhibits 151 and 152 **ADMITTED.** Defendant's Exhibits DE-060 and DE-061 **ADMITTED.**

Hernando Acosta sworn and testified on behalf of the government. Government's Exhibits 165 and 393 **ADMITTED.**

At 4:23 p.m. the jury panel exited the courtroom to reconvene on Wednesday, April 2, 2014 at 8:30 a.m.

Court and counsel heard re Batson concerns on diversity of jury panel.

At 4:25 p.m. court recessed to reconvene on Wednesday, **April 2, 2014 at 8:30 a.m.**

DATE:＿＿April 1, 2014＿＿   DEPUTY CLERK'S INITIALS: ＿＿NXL＿＿

Revised 10-25-13