```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD APRIL 2, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:21 a.m. court convened without the jury panel present.

Court and counsel heard re remarking exhibits if necessary.

At 8:35 a.m. the jury panel entered the courtroom.

Cody Jay Beauford sworn and testified on behalf of the
government. Government Exhibits 381 and 384 **ADMITTED.**

At 9:52 a.m. court recessed until 10:13 a.m. without the jury
panel present.

Court and counsel heard re jury panel questions and concerns.

At 10:19 a.m. the jury panel entered the courtroom.

Court read preliminary jury instruction to the jury panel re not
to discuss the case, and media reading or viewing.

Jason Anthony Bullis sworn and testified on behalf of the
government. Government's Exhibits 267 and 361 **ADMITTED.**
Defendant's Exhibits DE-035, DE-036, DE-036, DE-064, DE-065, DE-
068, DE-069, DE-070, DE-071, DE-073 **ADMITTED.**

Kevin Ryan O'Connor sworn and testified on behalf of the
government. Government's Exhibits 321A, 321B, 321C and 352
**ADMITTED.**

At 11:51 a.m. court recessed until 1:15 p.m. without the jury
panel present.
                       Continued To Page 2

DATE:   April 2, 2014       DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

------------------------------------------------------------------

At 1:16 p.m. the jury panel entered the courtroom.

Michael Birch Haselden sworn and testified on behalf of the government. Government's Exhibit 169 **ADMITTED**.

Kelly Kolodzik sworn and testified on behalf of the government. Government's Exhibits 45 and 48 **ADMITTED**.

Kristen Small fka Sweringen sworn and testified on behalf of the government.

Pedro Elizando sworn and testified on behalf of the government. Defendant's Exhibit DE-052 **IDENTIFIED**.

At 3:06 p.m. the jury panel exited the courtroom.

At 3:07 p.m. court recessed until 3:27 p.m. without the jury panel present.

At 3:28 p.m. the jury panel entered the courtroom.

William Weth sworn and testified on behalf of the government. Government's Exhibit 260 **IDENTIFIED**.

Andrew DeVries sworn and testified on behalf of the government. Government Exhibit 260 **ADMITTED**.

Daniel Smith sworn and testified on behalf of the government. Government's Exhibits 323 and 324 **ADMITTED**.

Robert Mathis Jr. sworn and testified on behalf of the government.

Aaron Scott Coggins re-sworn and testified further on behalf of the government. Government's Exhibit 265 **ADMITTED**.

At 4:01 p.m. the jury panel exited the courtroom to reconvene on Thursday, April 3, 2014 at 8:30 a.m.

Court and counsel heard re autopsy photo exhibits. Government's Exhibit 184E **IDENTIFIED**.

At 4:09 p.m. court recessed to reconvene on Thursday, **April 3, 2014 at 8:30 a.m.**

DATE:	April 2, 2014	DEPUTY CLERK'S INITIALS:	NXL

Revised 10-25-13