MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:      KAREN LOEFFLER/BRYAN D. SCHRODER
                              KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 4 HELD APRIL 3, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits on autopsy photographs.

At 8:34 a.m. the jury panel entered the courtroom.

Meredith Lann sworn and testified on behalf of the government as an expert. Government's Exhibit 184E **IDENTIFIED**. Government's Exhibits 184A, 184B, 184C, 184D, 184F, 184G, 185A, 185B, 185C, 185D, 185E, 185F, 185G, 185H, 198 and 199 **ADMITTED.**

At 9:45 a.m. the jury panel exited the courtroom.

At 9:46 a.m. court recessed until 10:09 a.m. without the jury panel present.

At 10:10 the jury panel entered the courtroom.

Vicki June Grimes sworn and testified on behalf of the government. Government's Exhibits 200, 201, 218, 219, 221, 229, 230 and 388 **ADMITTED.**

Stephen Mark Cartier sworn and testified on behalf of the government. Government's Exhibit 8 **IDENTIFIED.**

Steven Harold Salas sworn and testified on behalf of the government.

Continued To Page 2

DATE:   April 3, 2014        DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

```
                    Continuation - Page 2
        U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                     Trial by Jury - Day 4
                        April 3, 2014
-----------------------------------------------------------------
```

Thomas Jefferson Eskew III sworn and testified on behalf of the government.

At 11:54 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's concerns on testimony re characterization.

At 11:56 a.m. court recessed until 1:12 p.m. without the jury panel present.

At 1:13 p.m. the jury panel entered the courtroom.

James Encinas sworn and testified on behalf of the government.

Scott Allen Reckner sworn and testified on behalf of the government. Government's Exhibits 3D, 99 and 159 **ADMITTED.**

At 2:39 p.m. court recessed until 2:59 p.m. without the jury panel present.

At 3:00 p.m. the jury panel entered the courtroom.

Scott Allen Reckner resumed the stand and testified further on the behalf of the government. Government's Exhibits 274 and 280 **IDENTIFIED.** Government's Exhibits 275, 276, 277, 278, 279, 281 and 283 **ADMITTED.**  Defendant's Exhibit DE-084 **ADMITTED.**

Court admonished the jury panel.

At 4:01 p.m. the jury panel exited the courtroom to reconvene on Monday, April 7, 2014 at 8:30 a.m.

Court and counsel heard re video play backs and no request for lesser and included.

At 4:04 p.m. court recessed to reconvene on Monday, **April 7, 2014 at 8:30 a.m.**


DATE:     April 3, 2014      DEPUTY CLERK'S INITIALS:     NXL


Revised 10-25-13