KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 3:13-cr-00008-RRB-JDR |
| Plaintiff, | ) ) | **NOTICE OF THE UNITED STATES IN RE** |
| vs. | ) ) | **PRODUCTION OF LAW ENFORCEMENT** |
| JAMES MICHAEL WELLS, | ) ) | **ELECTRONIC MAILS** |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned

counsel, and hereby files with the court a Notice In Re Production of

Law Enforcement Electronic Mails to the defense and provides specific information below for purposes of documenting the record in this case.

A. BACKGROUND AND FACTS

On March 26, 2014, government counsel sent an electronic mail to counsel for defendant Wells, Richard Curtner. In that communication, counsel for the defendant was advised that electronic mails from United States Coast Guard (USCG) witnesses were available for review. In response, counsel for defendant Wells indicated he would examine the emails at the office of the U.S. Attorney on March 27, 2014 after meeting with a witness. During that meeting, no request to view or review the emails was made.

Thereafter, on March 28, 2014, and while at the offices of the Federal Public Defender, government counsel advised defense counsel that the USCG emails had not been reviewed, that the United States also had FBI emails for review. During that conversation, the United States offered to make all the emails available for review over the

weekend of March 29-30, 2014. As of this writing, no request to review the emails has been received by the United States.

Given that the emails have yet to be reviewed, and have been made available under the United States' *Jencks, Brady and Giglio* obligations, the United States notifies the court, contemporaneous with the filing of this motion that it has produced hard copies of the USCG and FBI email communications (and some text traffic) referenced above to the defense on April 6, 2014.

## B. BRIEF ADDRESS OF THIS MATTER TO THE COURT

The United States has made available the information contained in the attached communications on several occasions under its discovery obligations, and, in some circumstances, the communications in the government's view go beyond the government's discovery obligations. However, in an abundance of caution, because the defense has either not had the time in the press of trial, or simply elected not to review these documents, the communications have now been provided directly to defense counsel by hard copy. The government has not provided a

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                Page 3 of 5

copy to the Court, but a copy is available should an issue arise at some point.

Finally, in connection with this filing, the United States wishes to discuss this matter briefly with the court on Monday morning prior to the jury being seated.

RESPECTFULLY SUBMITTED on April 6, 2014, in Anchorage, Alaska.

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney

s/ Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

s/ Kathleen A. Duignan
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

*United States. v. Wells*
3:13-cr-00008-RRB-JDR                    Page 5 of 5