MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:     KAREN LOEFFLER/BRYAN D. SCHRODER
                             KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 5 HELD APRIL 7, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:30 a.m. court convened without the jury panel present.

At 8:34 a.m. the jury panel entered the courtroom.

Scott Allen Reckner resumed the stand and testified further on behalf of the government. Defendant's Exhibits DE-103 **IDENTIFIED.**

Nathaniel Pacheco sworn and testified on behalf of the government. Government's Exhibit 147 **ADMITTED.**

At 9:42 a.m. the jury panel exited the courtroom.

Court and counsel heard re pending investigation with the State of Alaska regarding witness Pacheco.

Court and counsel heard re Juror note #1.

At 9:56 a.m. court recessed until 10:10 a.m. without the jury panel present.

At 10:11 a.m. the jury panel entered the courtroom.

Nathaniel Pacheco resumed the stand and testified further on behalf of the government.

Leah Henry sworn and testified on behalf of the government.

Para Upchurch sworn and testified on behalf of the government.

At 11:55 a.m. the jury panel exited the courtroom.

Court and counsel heard re cross examination leading questions.

Court and counsel heard re juror note #2.

                        Continued To Page 2

DATE:   April 7, 2014        DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

```
                    Continuation - Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                      Trial by Jury - Day 5
                         April 7, 2014
```
----------------------------------------------------------------

At 12:02 p.m. court recessed until 1:06 p.m. without the jury panel present.

At 1:07 p.m. the jury panel entered the courtroom.

Para Upchurch resumed the stand and testified further on behalf of the government.

David Charles Pizzurro sworn and testified on behalf of the government. Government's Exhibit 8 **ADMITTED**. Defendant's Exhibit DE-116 **IDENTIFIED**.

At 2:51 p.m. court recessed until 3:11 p.m. without the jury panel present.

At 3:12 p.m. the jury panel entered the courtroom.

David Charles Pizzurro resumed the stand and testified further on behalf of the government. Defendant's Exhibits DE-080, DE-081, DE-082 and DE-083 **ADMITTED.**

Peter Van Ness sworn and testified on behalf of the government.

At 4:41 p.m. the jury panel exited the courtroom.

Court and counsel heard re objections to witness Van Ness testimony.

Court and counsel heard re Defendant's Oral Motion for Mistrial.

At 4:52 p.m. the jury panel entered the courtroom.

Court instructed jury panel regarding witness testimony on personal impressions and evidence.

At 4:55 p.m. the jury panel exited the courtroom to reconvene on Tuesday, April 8, 2014 at 9:00 a.m.

Court and counsel heard re Defendant's Oral Motion for Mistrial; **DENIED.**

At 4:57 p.m. court recessed to reconvene on Tuesday, **April 8, 2014 at 8:30 a.m.**


DATE:____April 7, 2014____   DEPUTY CLERK'S INITIALS: ____NXL_____

Revised 10-25-13