MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant: X Present  X In Custody

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: NANCY LEALAISALANOA

UNITED STATES' ATTORNEY: KAREN LOEFFLER/BRYAN D. SCHRODER
KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY: F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 6 HELD APRIL 8, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:38 a.m. court convened without the jury panel present.

Court and counsel heard re Defendant's Oral Motion to Recall Witness Van Ness.

Court and counsel heard re Defendant's Oral Motion to Reconsider Ruling on Motion for Mistrial; **DENIED**.

At 8:51 a.m. court recessed until 9:04 a.m. without the jury panel present.

Court and counsel heard re Unopposed Defendant's Oral Motion to Recall Witness Van Ness; **GRANTED**.

At 9:09 a.m. the jury panel entered the courtroom.

William Thomas Reed sworn and testified on behalf of the government by video conference.

At 9:46 a.m. the jury panel exited the courtroom.

Court and counsel heard re parties unopposed to recall witness Peter Van Ness.

At 9:49 a.m. court recessed until 10:10 a.m. without the jury panel present.

At 10:12 a.m. the jury panel entered the courtroom.

Peter Van Ness resumed the stand and testified further on behalf of the government. Defendant's Exhibit DE-118 **IDENTIFIED**.

Continued To Page 2

DATE: April 8, 2014      DEPUTY CLERK'S INITIALS: NXL

Revised 10-25-13

--------------------------------------------------------------------

Jere Mills sworn and testified on behalf of the government. Government's Exhibit 83 **ADMITTED**.

John Reid Meloy sworn and testified on behalf of the government as an expert. Government's Exhibit 10 **IDENTIFIED**. Defendant's Exhibit DE-106 **ADMITTED**.

At 11:57 a.m. the jury panel exited the courtroom.

At 11:58 a.m. court recessed until 1:14 p.m. with the jury panel present.

John Reid Meloy resumed the stand and testified further on behalf of the government as an expert. Defendant's Exhibit DE-107 **IDENTIFIED**.

Derek Expeland sworn and testified on behalf of the government. Government's Exhibits 196, 197, 202B, 203B, 205A, 205B, 205C, 206B, 206C, 207A, 207B, 207C, 207D, 208, 209, 210, 211, 213, 216, 226, 227, 236, 237, 238, 239, 246, 247, 297, 303, 304, 305, 306, 310, 311, 312, 313, 317, 318, 335, 338, 362, 363, 364 and 389 **ADMITTED**.

At 2:43 p.m. court recessed until 3:09 p.m. without the jury panel present.

At 3:10 p.m. the jury panel entered the courtroom.

Derek Espeland resumed the stand and testified further on behalf of the government. Government's Exhibits 365, 368 and 369 **IDENTIFIED**. Government's Exhibits 53, 54, 55, 56, 57, 58, 59, 61, 62, 63, 102, 107, 109, 127, 128, 175, 176, 177, 178, 179,  and 240 **ADMITTED**. Defendant's Exhibits DE-121 and DE-122 **IDENTIFIED**.

At 4:17 p.m. the jury panel exited the courtroom to reconvene on Wednesday, April 9, 2014 at 8:30 a.m.

Court and counsel heard re witness scheduling.

Court and counsel heard re Defendant's Ex Parte Motion (DKT 556) and government's inability to respond due to ex parte filing.

At 4:22 p.m. court recessed to reconvene on Wednesday, **April 9, 2014 at 8:30 a.m.**


DATE:____April 8, 2014_____   DEPUTY CLERK'S INITIALS: ____NXL_____


Revised 10-25-13