```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS  CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER/BRYAN D. SCHRODER
                            KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 7 HELD APRIL 9, 2014:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:32 a.m. court convened without the jury panel present.

Court and counsel heard re juror notes #3 and #4.

Court and counsel heard re defendant's request to instruct the jury panel on expert testimony.

At 8:38 a.m. the jury panel entered the courtroom.

Court read jury instruction to the jury panel re sworn testimony, exhibits, evidence, attorney statements and experts.

Jennifer Raymond sworn and testified on behalf of the government. Government's Exhibit 394 **ADMITTED**.

Robert Morton sworn and testified as an expert witness on behalf of the government as an expert. Government's Exhibits 370 and 371 **ADMITTED**.

At 10:22 a.m. court recessed until 10:42 a.m. without the jury panel present.

At 10:43 a.m. the jury panel entered the courtroom.

Robert Morton resumed the stand and testified further as an expert witness further on behalf of the government.

Angela Strause sworn and testified on behalf of the government. Government's Exhibit 253 **IDENTIFIED**. Government's Exhibits 287, 372A, 372B, 372C, and 372D **ADMITTED**. Defendant's Exhibit DE-119 **ADMITTED**.

Continued To Page 2

DATE:  April 9, 2014      DEPUTY CLERK'S INITIALS:  NXL

Revised 10-25-13

```
                    Continuation - Page 2
        U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                      Trial by Jury - Day 7
                         April 9, 2014
```
---
Denise Anderson sworn and testified on behalf of the government. Government's Exhibit 383 **ADMITTED**.

At 11:36 a.m. the jury panel exited the courtroom.

At 11:37 a.m. court recessed until 1:06 p.m. without the jury panel present.

At 1:07 p.m. the jury panel entered the courtroom.

Holly Steeves sworn and testified on behalf of the government.

Vance Newby sworn and testified on behalf of the government. Government's Exhibit 390 **IDENTIFIED**.

Joshua Sanders sworn and testified on behalf of the government. Government's Exhibits 148, 148 and 150 **ADMITTED**.

Jacob Gerasimof sworn and testified on behalf of the government. Government's Exhibits 156 and 390 **ADMITTED**. Government's Exhibit 155 **WITHDRAWN**.

Phillip Jordinelli sworn and testified on behalf of the government.

Raymond John Anderson sworn and testified on behalf of the government.

At 2:28 p.m. the jury panel exited the courtroom.

Court and counsel heard re witness scheduling.

At 2:29 p.m. court recessed until 2:50 p.m. without the jury panel present.

At 2:51 p.m. the jury panel entered the courtroom.

Arthur Bors sworn and testified on behalf of the government.

James Richard Schilbach sworn and testified on behalf of the government.

At 3:03 p.m. the jury panel exited the courtroom to reconvene on Thursday, April 10, 2014 at 8:30 a.m.

At 3:03 p.m. court recessed to reconvene on Thursday, **April 10, 2014 at 8:30 a.m.**

DATE:     April 9, 2014       DEPUTY CLERK'S INITIALS:    NXL

Revised 10-25-13