KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AS TO** |
| vs. | ) | **AUTHENTICITY AND** |
| | ) | **ADMISSIBILITY OF** |
| JAMES MICHAEL WELLS, | ) | **DOCUMENT EXHIBIT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW the parties, the United States of America and James M. Wells, and stipulate and agree to authenticity and admissibility of the following document exhibit pursuant to Fed.R.Evid. 803(6), 901 and 1003:

1.  That the item of evidence designated Government Exhibit 82, a document entitled "Notification of Personnel Action" effective date 11/13/2005 for Richard W. Belisle, signed and dated 11/18/2005.

The parties specifically stipulate and agree that said exhibit, and any portions therefrom, meet the authentication requirements of the Federal Rules of Evidence without the need to call witnesses for authentication purposes. In addition, the parties agree that the document is admissible as a record kept in the ordinary course of business and is not subject to a hearsay objection.

DATED: 9 APR 2014

*JAMES M. WELLS*
JAMES M. WELLS

DATED: April 9, 2014

*Rich Curtner*
RICH CURTNER
Attorney for JAMES M. WELLS

DATED: 4/9/14

PETER OFFENBECHER
Attorney for JAMES M. WELLS

STIPULATION AS TO AUTHENTICATION OF VIDEO EXHIBITS
*United States. v. Wells*
3:13-cr-00008-RRB-JDR           Page 2 of 3

DATED: 4/9/14

*signature*
KAREN L. LOEFFLER
U.S. Attorney
United States of America

DATED: 4/9/14

*signature*
BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

DATED: 4/9/14

*signature*
KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
United States of America

STIPULATION AS TO AUTHENTICATION OF VIDEO EXHIBITS
*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 3 of 3