```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER/BRYAN D. SCHRODER
                            KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:       F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 8 HELD APRIL 10, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re victim's presence in courtroom.

At 8:34 a.m. the jury panel entered the courtroom.

Don Aleen Rudat sworn and testified on behalf of the government. Government's Exhibit 75 **ADMITTED**.

Sean Micheal Bottary sworn and testified on behalf of the government. Government's Exhibits 158, 170 and 170A **ADMITTED**.

Willard Ellis sworn and testified on behalf of the government. Government's Exhibits 52, 103 and 154 **ADMITTED**. Defendant's Exhibits DE-128 and DE-129 **ADMITTED**.

Alan Warren Jones sworn and testified on behalf of the government. Government's exhibits 266 and 271 **IDENTIFIED**. Government's exhibits 268, 269 and 272 **ADMITTED**. Defendant's Exhibits DE-127A and DE-127T **IDENTIFIED**. Defendant's Exhibits DE-127B, DE-127C, DE-127D, DE-127E, DE-127I, DE-127J, DE-127K, DE-127L, DE-127M, DE-127Q and DE-127S **ADMITTED**.

At 10:29 a.m. court recessed until 10:51 a.m. without the jury panel present.

Court and counsel heard re government's exhibits 266 and 271 previously admitted as defendant's exhibits DE-064 and DE-069.

Continued To Page 2

DATE:   April 10, 2014      DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 2
          U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 8
                          April 10, 2014
```
-----------------------------------------------------------------

Government's Exhibits 266 and 271 **ADMITTED**.

At 10:53 a.m. the jury panel entered the courtroom.

Alan Warren Jones resumed the stand and testified further on behalf of the government. Defendant's Exhibits DE-127U, DE-127W, DE-127X, DE-127Y and DE-131 **ADMITTED**.

Charlene Ann Bell sworn and testified on behalf of the government. Government's Exhibit 72 **ADMITTED**.

Annette K. Ecret sworn and testified on behalf of the government.

Lynn Concepcion-Glover sworn and testified on behalf of the government. Government's Exhibit 27 **ADMITTED**.

At 11:22 a.m. court recessed until 12:34 p.m. without the jury panel present.

At 12:35 p.m. the jury panel entered the courtroom.

Brett Ashley Mills sworn and testified as an expert on behalf of the government. Government's Exhibits 137 and 225 **ADMITTED**.

At 1:25 p.m. the jury panel exited the courtroom.

Court and counsel heard re Juror #3 knowing one of the witnesses.

Court and counsel heard re objections to government's exhibit 171.

Court found government's exhibit 171 non prejudicial, allowed with conditions.

At 1:38 p.m. the jury panel entered the courtroom.

Aaron Woods sworn and testified on behalf of the government. Government's Exhibits 32A, 32C, 32E, 73, 171, 215, 222 and 223 **ADMITTED**.

Continued To Page 3

DATE:   April 10, 2014        DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 3
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 8
                          April 10, 2014
-----------------------------------------------------------------
```
At 2:19 p.m. the jury panel exited the courtroom.

At 2:20 p.m. court recessed until 2:39 p.m. without the jury panel present.

At 2:40 p.m. the jury panel entered the courtroom.

Aaron Woods resumed the stand and testified further on behalf of the government.

Court admonished the jury panel.

At 2:43 p.m. the jury panel exited the courtroom to reconvene on Monday, April 14, 2014 at 8:30 a.m.

Court and counsel heard re proposed jury instructions.

At 2:45 p.m. court recessed to reconvene on Friday, **April 11, 2014 at 9:00 a.m.**

DATE:     April 10, 2014      DEPUTY CLERK'S INITIALS:    NXL

Revised 10-25-13