```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody
```

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 9 HELD APRIL 11, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened without the jury panel present.

Court and counsel heard re play backs on video, audio and witness testimony.

Court and counsel heard re parties presence during play backs.

Court and counsel heard re proposed jury instructions.

Court and counsel heard re trial scheduling and witnesses.

At 9:32 a.m. court recessed to reconvene on Monday, **April 14, 2014 at 8:30 a.m.**


DATE:   April 11, 2014     DEPUTY CLERK'S INITIALS:    NXL

Revised 10-25-13