UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of the Defendant's Motion on Shortened time for Reconsideration of Ruling Admitting Exhibit 171 and Motion to Strike the Exhibit, the motion is GRANTED.

DATED this _____ day of April 2014, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE