```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__  CASE NO. __3:13-cr-00008-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 10 HELD APRIL 14, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened without the jury panel present.

Court and counsel heard re Motion in Limine (DKT 573) and Motion for Reconsideration (DKT 574); not ripe waiting for response.

Court and counsel heard re exhibits and defendant's Jencks and witness list for the government.

At 8:40 a.m. the jury panel entered the courtroom.

Joseph Michael Sturgis sworn and testified on behalf of the government. Government's exhibit 385 **IDENTIFIED**. Government's Exhibits 74, 91, 92, 94, 95, 96, 97, 142, 142A, 143, 143A, 155, 391 and 395 **ADMITTED**.

At 9:57 a.m. the jury panel exited the courtroom.

At 9:58 a.m. court recessed until 10:17 a.m. with the jury panel present.

Joseph Michael Sturgis resumed the stand and testified further on behalf of the government. Government's Exhibit 373 **ADMITTED**.

At 10:45 a.m. the jury panel exited the courtroom.

At 10:46 a.m. court recessed until 12:35 p.m. without the jury panel present.

At 12:36 p.m. the jury panel entered the courtroom.

Continued To Page 2

DATE: __April 14, 2014__    DEPUTY CLERK'S INITIALS: __NXL__
Revised 10-25-13

----------------------------------------------------------------

Gary Charles Bolden sworn and testified as an expert on behalf of the government. Government's Exhibits 93C and 93D **ADMITTED**. Defendant's Exhibit DE-134 **IDENTIFIED**.

Robert J. Shem sworn and testified as an expert on behalf of the government. Government's Exhibit 374 **ADMITTED**.

At 2:04 p.m. the jury panel exited the courtroom.

At 2:05 p.m. court recessed until 2:24 p.m. without the jury panel present.

At 2:25 p.m. the jury panel entered the courtroom.

John Stein sworn and testified on behalf of the government. Government's Exhibits 232A and 232B **ADMITTED**.

Terrence Lee Stein sworn and testified on behalf of the government. Government's Exhibit 242 **ADMITTED w/o page 4**.

James P. Sine sworn and testified on behalf of the government. Government's Exhibit 241 **IDENTIFIED**.

Robert Mitchell Pletnikoff sworn and testified on behalf of the government.

Luke Paul Robinson sworn and testified on behalf of the government.

Gary Charles Bolden resumed the stand and testified further as an expert on behalf of the government. Government's Exhibit 93B **ADMITTED**.

At 3:51 p.m. the jury panel exited the courtroom to reconvene on Tuesday, April 15, 2014 at 8:30 a.m.

Court and counsel heard re defendant's Jencks and proposed witness list to be provided to the government on **April 14, 2014 by 6:00 p.m.**

At 3:52 p.m. court recessed to reconvene on Tuesday, **April 15, 2014 at 8:30 a.m.**

DATE:___April 14, 2014___   DEPUTY CLERK'S INITIALS: ___NXL___

Revised 10-25-13