IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[Proposed]** |
| vs. | ) **ORDER DENYING DEFENDANT'S MOTION TO STRIKE GOVERNMENT** |
| JAMES MICHAEL WELLS, | ) **EXHIBIT 171 [Docket 574]** |
| Defendant. | ) |

Upon consideration of the Defendant's Motion to for Reconsideration of Ruling Admitting Exhibit 171 and Motion to Strike the Exhibit [Docket 574], and the government's opposition thereto, said motion is DENIED.

Dated_____            _____
                                 Ralph R. Beistline
                                 U.S. District Court Judge