```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__ CASE NO.__3:13-cr-00008-RRB__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:     KAREN LOEFFLER/BRYAN D. SCHRODER
                             KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 11 HELD APRIL 15, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened without the jury panel present.

Court and counsel heard re parties stipulations.

Court and counsel heard re defendant's objections to government's exhibit 168.

At 8:38 a.m. the jury panel entered the courtroom.

Court and counsel heard re parties stipulation to jurisdiction and Government's Exhibit 82 **ADMITTED by stipulation.**

Russell A. Doran sworn and testified on behalf of the government. Government's Exhibit 168 **ADMITTED.** Defendant's Exhibits DE-136 and DE-136B **IDENTIFIED.**

Amanda Sanford sworn and testified on behalf of the government. Government's Exhibit 28 **ADMITTED.**

Richard W. Vorder Bruegge sworn and testified as an expert on behalf of the government. Government's Exhibit 129 **IDENTIFIED.** Government's Exhibits 130, 131, 132, 133 and 134 **ADMITTED.**

At 10:09 a.m. court recessed until 10:31 a.m. without the jury panel present.

At 10:32 a.m. the jury panel entered the courtroom.

Continued To Page 2

DATE:__April 15, 2014__    DEPUTY CLERK'S INITIALS: __NXL__

Revised 10-25-13

```
                    Continuation - Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                      Trial by Jury - Day 11
                         April 15, 2014
------------------------------------------------------------------
```

Richard W. Vorder Bruegge resumed the stand and testified further as an expert on behalf of the government. Government's Exhibit 135 **IDENTIFIED.**

Neil Schmidt sworn and testified as an expert on behalf of the government. Government's Exhibit 224 **ADMITTED.**

At 11:38 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's objections to upcoming witness testimonies re hearsay.

Court and counsel heard re statements reviewed by court in docket 390.

At 11:41 a.m. court recessed until 1:04 p.m. without the jury panel present.

At 1:05 p.m. the jury panel entered the courtroom.

Theresa Kiele sworn and testified on behalf of the government.

Donald Cecil Kiele sworn and testified on behalf of the government.

Patrick Hopkins sworn and testified on behalf of the government.

At 1:19 p.m. the jury panel exited the courtroom to reconvene on Wednesday, April 16, 2014 at 8:30 a.m.

Court and counsel heard re Defendant's Oral Motion to Excuse Mrs. Belisle during testimony of Hannah Belisle; **matter taken UNDER ADVISEMENT.**

At 1:20 p.m. court recessed to proceed in sealed matter.

At 1:20 p.m. court recessed this matter to reconvene on Wednesday, **April 16, 2014 at 8:30 a.m.**


DATE:___April 15, 2014___   DEPUTY CLERK'S INITIALS: ___NXL___

Revised 10-25-13