IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[Proposed]** |
| | ) **ORDER GRANTING** |
| | ) **UNITED STATES' MOTION** |
| vs. | ) **IN LIMINE RE:** |
| | ) **PROHIBITION ON DEFENSE** |
| JAMES MICHAEL WELLS, | ) **INTRODUCTION OF** |
| | ) **DEFENDANT'S PRIOR** |
| Defendant. | ) **HEARSAY STATEMENTS** |

Upon due consideration of the government's Motion In Limine Re: Prohibition on Defense Introduction of Defendant's Prior Hearsay Statements, said motion is GRANTED.

If the defendant wants to present evidence, he must do so through live witnesses, not hearsay. Defendant is precluded from introducing his own prior statements during the government's case in chief.

Dated:_____     _____
                          Chief Judge Ralph R. Beistline