Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
907-646-3400

Peter Offenbecher, Esq.
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
206-623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **STATEMENT OF SUPPLEMENTAL AUTHORITY REGARDING ADMISSIBILITY OF EVIDENCE RELATED TO DEBORAH HOPKINS** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

       James Wells, through counsel Rich Curtner, Federal Defender, and Peter Offenbecher, Esq., submits this supplemental authority for presenting evidence that Deborah Hopkins lied to the FBI about participating in "swinging" while Jim Hopkins was still alive, and lied to the FBI about sexual activity with Carson Stoeckler six weeks after Mr. Hopkins was killed (Docket No. 485).

**I.    MEMORANDUM OF LAW**

       Fed.R.Evid. 608 permits inquiry into specific acts of misconduct if probative of truthfulness or untruthfulness of a witness.  The 2011 Amendments to Fed.R.Evid. 608

state that the Committee is aware that the Rule's limitation of bad-act impeachment to "cross examination" is trumped by Fed.R.Evid. 607, which allows a party to impeach witnesses on direct examination. Courts have not relied on the term "on cross-examination" to limit impeachment that would otherwise be permissible under Fed.R.Evid. 607 and 608. The Committee therefore concluded that no change to the language of Fed.R.Evid. 608 was necessary in the context of a restyling project.

## II. CONCLUSION

Mr. Wells respectfully requests that this court permit him to inquire about Deborah Hopkins' lies to the FBI about participating in "swinging" while Jim Hopkins was still alive, and lies to the FBI about sexual activity with Carson Stoeckler six weeks after Mr. Hopkins was killed.

DATED at Anchorage, Alaska this 17th day of April 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Peter Offenbecher, Esq.
Skellenger Bender, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
Phone: 206-623-6501
Fax: Fax: 206-447-1973
Email: poffenbecher@skellengerbender.com

Certification:
I certify that on April 17, 2014,
a copy of the *Statement of Supplemental Authority Regarding Admissibility of Evidence Related to Deborah Hopkins* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Kathleen A. Duignan
Special Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: kathlee.duignan@usdoj.gov

/s/ Rich Curtner
_____