```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 12 HELD APRIL 16, 2014:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:38 a.m. court convened without the jury panel present.

Court and counsel heard re pending transportation order on witnesses.

Court and counsel heard re Motion in Limine (DKT 607) pending response.

At 8:40 a.m. the jury panel entered the courtroom.

Angelo Toglia Jr. Sworn and testified as an expert on behalf of the government. Government's Exhibit 111 **IDENTIFIED**. Government's Exhibits 112, 112A, 113, 113A, 114, 114A, 115, 115A, 116, 117A, 118, 118A, 119, 119A, 120, 120A, 121, 121A, 173A, 173B, 173C, 173D, 173E, 173F, 173G, 173H and 173I **ADMITTED**.

At 10:09 a.m. the jury panel exited the courtroom.

Court and counsel heard re Motion in Limine (DKT 607), case law provided for counsel to review during break.

At 10:10 a.m. court recessed until 10:31 a.m. without the jury panel present.

Court and counsel heard re defendant's objections to government's exhibits 24A, 42B, 24C and 24D **IDENTIFIED**.

Continued To Page 2

DATE:   April 16, 2014        DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

---

Court and counsel heard re Defendant's Oral Motion for the Completeness of Transcripts of Mr. Wells Statements to be Used; matter taken **UNDER ADVISEMENT.**

At 10:44 a.m. the jury panel entered the courtroom.

Joshua Christian Honour sworn and testified on behalf of the government.

Kelly Kolodzik resworn and testified further on behalf of the government.

At 11:01 the jury panel exited the courtroom.

Court and counsel heard re Defendant's Oral Motion for the Completeness of Transcripts of Mr. Wells Statements to be Used; **DENIED.**

Arguments heard.

Court and counsel heard re defendant's objections to government's exhibit 24D.

At 11:11 a.m. court recessed until 11:22 a.m. without the jury panel present.

Court and counsel heard re defendant's correction on misstatements during argument.

Court found that rule of completeness did not apply on these facts in this case.

At 11:24 a.m. the jury panel entered the courtroom.

Kirk Oberlander sworn and testified on behalf the government. Government's Exhibits 20A and 20A-1 **ADMITTED.**

At 11:39 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's pending motion for witness transportation.

At 11:40 a.m. court recessed until 1:06 p.m. with the jury panel present.

Continued To Page 3

DATE:   April 16, 2014         DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 3
            U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 12
                          April 16, 2014
-----------------------------------------------------------------
```
Kirk Oberlander resumed the stand and testified further on behalf of the government. Government's Exhibit 415 **IDENTIFIED**. Government's Exhibits 20B, 20B-1, 24A, 24A-1, 24B and 24B-1, 24C, 24C-1, 24D, 24D-1, 34, 415-1, **ADMITTED**. Defendant's Exhibits DE-161, DE-162, DE-163, DE-164 and DE-165 **IDENTIFIED**.

Douglas Klein sworn on behalf of the government.

Olivia Mattsuura Terry sworn and testified on behalf of the government. Government's Exhibits 31A, 31B, and 32B **ADMITTED**.

At 2:20 p.m. the jury panel exited the courtroom.

At 2:21 p.m. court recessed until 2:37 p.m. without the Jury panel present.

Court and counsel heard re Defendant's Oral Motion to Excuse Mrs. Belisle during testimony of Hannah Belisle; **DENIED as moot.**

At 2:40 p.m. the jury panel entered the courtroom.

Hannah Josephine Belisle sworn and testified on behalf of the government. Defendant's Exhibits DE-042, DE-0150, DE-154 and DE-156 **IDENTIFIED.**

Government rested.

At 3:42 p.m. the jury panel exited the courtroom to reconvene on Thursday, April 17, 2014 at 8:30 a.m.

Court and counsel heard re Government's Exhibit 415 **ADMITTED.**

Court and counsel heard re Defendant's Oral Motion to Dismiss; **DENIED.**

Court and counsel heard re Motion in Limine (DKT 627); defendant to respond as soon as possible.

At 3:50 p.m. court recessed this matter to reconvene on Thursday, **April 17, 2014 at 8:30 a.m.**

```
        DATE:    April 16, 2014     DEPUTY CLERK'S INITIALS:    NXL
```

Revised 10-25-13