```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER/BRYAN D. SCHRODER
                            KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:       F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 13 HELD APRIL 17, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened without the jury panel present.

Court and counsel heard re victims testimony, Motion in Limine (DKT 627).

At 8:43 a.m. the jury panel entered the courtroom.

Song-Qing Gan sworn and testified on behalf of the defendant. Government's Exhibit 412 **IDENTIFIED**. Defendant's Exhibit DE-135 **ADMITTED**.

Michael DiTallo sworn and testified on behalf of the defendant. Defendant's Exhibit DE-167 **IDENTIFIED**.

At 9:23 a.m. the jury panel exited the courtroom.

Court and counsel heard re governments objection to defendant's exhibit DE-167.

At 9:25 a.m. court recessed until 9:37 a.m. without the jury panel present

At 9:38 a.m. the jury panel entered the courtroom.

Michael DiTallo resumed the stand and testified further on behalf of the defendant. Government's Exhibit 419 **ADMITTED**. Defendant's Exhibits DE-167, DE-168, DE-169 and DE-170 **IDENTIFIED**. Defendant's Exhibit DE-034 **ADMITTED**.

Continued To Page 2

DATE:   April 17, 2014      DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 2
             U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 13
                          April 17, 2014
-----------------------------------------------------------------
```

At 10:25 a.m. court recessed until 10:44 a.m. without the jury panel present.

Court and counsel heard re juror notes #5 and #6 received.

At 10:45 a.m. the jury panel entered the courtroom.

Deatrich Sheffield sworn and testified on behalf of the defendant. Government's Exhibit 421 A **IDENTIFIED**. Defendant's Exhibit DE-159 **IDENTIFIED**.

At 11:23 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's offer of proof re witness.

At 11:32 a.m. court recessed until 1:29 p.m. without the jury panel present.

Court and counsel heard re jury note #5.

Court and counsel heard re defendant's offer of proof re Mrs. Deborah Hopkins.

Court and counsel heard re Defendant's Oral Motion to Exclude Mrs. Hopkins from the Courtroom During Daughter's Testimony; **DENIED**.

Court and counsel heard re Defendant's Exhibit DE-159 **ADMITTED with redactions**.

At 1:38 p.m. the jury panel entered the courtroom.

Deborah Hopkins sworn and testified on behalf of the defendant. Defendant's Exhibits DE-019, DE-020 and DE-021 **IDENTIFIED**.

At 2:09 p.m. the jury panel exited the courtroom.

At 2:09 p.m. court recessed to proceed in sealed matter until 3:07 p.m. with the jury panel present.

Deborah Hopkins resumed the stand and testified further on behalf of the defendant. Defendant's Exhibit DE-021 **IDENTIFIED**.

Continued To Page 3

DATE: April 17, 2014     DEPUTY CLERK'S INITIALS: NXL

Revised 10-25-13

--------------------------------------------------------------------

Angela M. Birchfield sworn and testified on behalf of the defendant. Defendant's Exhibit DE-014 **IDENTIFIED.**

Jillian R Martinez sworn and testified on behalf of the defendant.

At 4:09 p.m. the jury panel exited the courtroom to reconvene on Friday, April 18, 2014 at 8:30 a.m.

Court and counsel heard re juror note #6.

Court and counsel heard re defendant's witness scheduling and transportation.

At 4:16 p.m. court recessed this matter to reconvene on Friday, **April 18, 2014 at 8:30 a.m.**

DATE:     April 17, 2014      DEPUTY CLERK'S INITIALS:     NXL

Revised 10-25-13