```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:   KAREN LOEFFLER/BRYAN D. SCHRODER
                           KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:      F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 14 HELD APRIL 18, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened without the jury panel present.

Court and counsel heard re testimony of Jason Barnum offer of proof.

Jason Barnum sworn and testified on behalf of the defendant.

Court found insufficient connection to this case to allow testimony of Jason Barnum.

Court and counsel heard re witness scheduling and unavailability.

At 8:51 a.m. the jury panel entered the courtroom.

Court and counsel heard re government's objection to relevance to defendant's witness.

Jonathan Musman sworn and testified on behalf of the defendant.

Greg Tlapa sworn and testified on behalf of the defendant.

Gary Allan Carver sworn and testified on behalf of the defendant.

Court and counsel heard re witness scheduling and unavailability.

At 9:33 a.m. the jury panel exited the courtroom.

Court and counsel heard re government's concerns on advisement of 5th amendment rights to defendant's witnesses.

Continued To Page 2

DATE:   April 18, 2014        DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

---------------------------------------------------------------

Court and counsel heard re possible government's rebuttal case.

At 9:41 a.m. court recessed until 1:33 p.m. without the jury panel present.

Court and counsel heard re government's unopposed to defendant witnesses if not questioned on self-incriminating matters.

Court and counsel heard re court's discretion on advising witnesses on 5th amendment rights.

At 1:36 p.m. the jury panel entered the courtroom.

Everett Grass sworn and testified on behalf of the government. Defendant's Exhibit DE-158 **ADMITTED.**

Travis Dwayne Biocic sworn and testified on behalf of the government.

Court admonished the jury panel.

At 2:28 p.m. the jury panel exited the courtroom to reconvene on Monday, April 21, 2014 at 8:30 a.m.

Court and counsel heard re witness scheduling.

Court and counsel heard re Defendant's request for contact visitation for the defendant with his children over the weekend.

Court and counsel heard re court unable to direct BOP on visitation policies.

At 2:30 p.m. court recessed this matter to reconvene on Monday, **April 21, 2014 at 8:30 a.m.**


DATE:   April 18, 2014    DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13