```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER/BRYAN D. SCHRODER
                             KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 15 HELD APRIL 21, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:30 a.m. court convened without the jury panel present.

Court and counsel heard re government's request for in-custody witness to be in civilian clothes.

At 8:40 a.m. the jury panel entered the courtroom.

Henry McKinley Pennington sworn and testified on behalf of the defendant.

Doris Sanderson sworn and testified on behalf of the defendant. Defendant's Exhibits DE-032 (redacted) and DE-179 **ADMITTED.**

Laura Anne Demi sworn and testified on behalf of the defendant.

Cable Eric Wells sworn and testified on behalf of the defendant.

Matthew Wells sworn and testified on behalf of the defendant. Defendant's Exhibits DE-181 and DE-182 **ADMITTED.**

At 9:56 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness scheduling and proposed jury instructions.

At 9:58 a.m. court recessed until 10:15 a.m. without the jury panel present.

Court and counsel heard re recalling defendant's witness.

Continued To Page 2

DATE:   April 21, 2014       DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

```
                    Continuation - Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 15
                          April 21, 2014
-----------------------------------------------------------------
```

At 10:18 a.m. the jury panel entered the courtroom.

Casey Brennick sworn and testified on behalf of the defendant.

At 10:53 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness lineup and jury instruction.

At 10:54 a.m. court recessed until 11:01 a.m. without the jury panel present.

At 11:02 a.m. the jury panel entered the courtroom.

Collette Francisco sworn and testified on behalf of the defendant.

Wilton Thomas Nelson sworn and testified on behalf of the defendant.

Dale Larkin Rice sworn and testified on behalf of the defendant.

Mabel Marie Rice sworn and testified on behalf of the defendant.

At 11:39 a.m. the jury panel exited the courtroom.

Court and counsel heard re government's request for offer of proof from witnesses.

At 11:42 a.m. court recessed until 1:01 p.m. without the jury panel present.

Court and counsel heard offer of proof re testimony of witnesses.

Christine Burton sworn and testified on behalf of the defendant.

Linda Hinson sworn and testified on behalf of the defendant.

Lindsey Fisher sworn and testified on behalf of the defendant. Defendant's Exhibit DE-200 **ADMITTED**.

                       Continued To Page 3

DATE:   April 21, 2014        DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

```
                    Continuation - Page 3
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                      Trial by Jury - Day 15
                         April 21, 2014
-----------------------------------------------------------------
```
Daniel Thyen sworn and testified on behalf of the defendant.

Arek Walter Parsley sworn and testified on behalf of the defendant.

Court and counsel heard arguments re proffer of witness testimony relevance.

Court and counsel heard re Government's Oral Motion in Limine to Exclude Witness Testimony; **GRANTED,** written order to issue.

At 1:48 p.m. the jury panel entered the courtroom.

Court addressed the jury panel re trial scheduling.

Court admonished the jury panel.

At 1:51 p.m. the jury panel exited the courtroom to reconvene on Tuesday, April 22, 2014 at 8:30 a.m.

Court and counsel heard re witness scheduling and proposed jury instructions.

At 1:54 p.m. court recessed this matter to reconvene on Tuesday, **April 22, 2014 at 8:30 a.m.**

DATE:＿＿April 21, 2014＿＿   DEPUTY CLERK'S INITIALS: ＿＿NXL＿＿

Revised 10-25-13