IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
| | ) |
| | ) **[PROPOSED]** |
| Plaintiff, | ) |
| | ) **ORDER RE: DEFENDANT'S** |
| vs. | ) **REQUESTED JURY** |
| | ) **INSTRUCTION REGARDING** |
| JAMES MICHAEL WELLS, | ) **DEFENDANT'S CHARACTER** |
| | ) **FOR PEACEFULNESS AND** |
| Defendant. | ) **NON-VIOLENCE** |

Upon due consideration of the defense's proposed jury instruction and the government's Response to Defendant's Requested Jury Instruction Regarding Defendant's Character for Peacefulness and Non-Violence, the defense's proposed jury instruction is DENIED.

Dated:_____          _____

                                  Ralph R. Beistline
                                  Chief U.S. District Court Judge