IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:13-cr-0008-RRB |
| vs. | **ORDER REGARDING EXHIBIT 171** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Defendant's Motion on Shortened Time at **Docket 574** for Reconsideration of Ruling Admitting Exhibit 171 and Motion to Strike Exhibit, which is opposed by the Government at Docket 597 is hereby **DENIED**. The exhibit in question merely demonstrates what the witness did and was not unduly prejudicial given other testimony in the record regarding possible routes of travel near the airport and given the Court's clear admonition, made three times, that the exhibit in question was to demonstrate the witness's testimony and for nothing else.

**IT IS SO ORDERED** this 22nd day of April, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE