```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:     KAREN LOEFFLER/BRYAN D. SCHRODER
                             KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 16 HELD APRIL 22, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:30 a.m. court convened without the jury panel present.

Court and counsel heard re government's objection to witness being called as an expert.

At 8:38 a.m. the jury panel entered the courtroom.

Gerald B. Richards sworn and testified as an expert on behalf of the defendant. Defendant's Exhibit DE-195 **IDENTIFIED.**

Casey Jones sworn and testified on behalf of the defendant.

Ryan Miller sworn and testified on behalf of the defendant.

Steven Cesar Acosta sworn and testified on behalf of the defendant.

At 10:09 a.m. the jury panel exited the courtroom.

Court and counsel heard re witness scheduling.

At 10:09 a.m. court recessed until 10:33 a.m. without the jury panel present.

At 10:34 the jury panel entered the courtroom.

Joseph Michael Sturgis sworn and testified on behalf of the defendant. Defendant's Exhibit DE-208 page 158 only **ADMITTED.**

Continued To Page 2

DATE:  April 22, 2014        DEPUTY CLERK'S INITIALS:  NXL
Revised 10-25-13

Continuation - Page 2
U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
Trial by Jury - Day 16
April 22, 2014
----------------------------------------------------------------

Daryl Allison sworn and testified on behalf of the defendant. Defendant's Exhibit's DE-204 and DE-205 **ADMITTED**.

Bruce Allan Currie sworn and testified as an expert on behalf of the defendant. Defendant's Exhibit DE-203 **IDENTIFIED**. Defendant's Exhibits DE-202B, DE-202C, DE-202E, DE-202F and DE-202G **ADMITTED**.

At 11:51 a.m. the jury panel exited the courtroom.

Court and counsel heard re government's objection to proposed jury instruction.

At 11:53 a.m. court recessed until 1:04 p.m. without the jury panel present.

Court and counsel heard re government's request on offer of proof re witness testimony; parties to abide by court previous rulings.

At 1:07 p.m. the jury panel entered the courtroom.

Anthony Michael Pecararo sworn and testified on behalf of the defendant.

Deatrich Sheffield recalled, resworn and testified further on behalf of the defendant. Defendant's Exhibits DE-193 and DE-194 **ADMITTED**.

Jacogues Michael Swanepoel sworn and testified as an expert on behalf of the defendant. Defendant's Exhibits DE-172, DE-172, DE-176 and DE-178 **ADMITTED**.

At 1:49 p.m. the jury panel exited the courtroom.

Court and counsel heard re rebuttal case, closing statements and trial scheduling.

At 1:55 p.m. the jury panel entered the courtroom.

Continued To Page 3

DATE:   April 22, 2014        DEPUTY CLERK'S INITIALS:   NXL

Revised 10-25-13

----------------------------------------------------------------

Jacogues Michael Swanepoel resumed the stand and testified further as an expert on behalf of the defendant. Defendant's Exhibit DE-175 **ADMITTED**.

At 2:10 p.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's intent to rest, and defendant's decision to not testify.

At 2:14 p.m. the jury panel entered the courtroom.

Defendant rested.

Court addressed the jury panel on trial scheduling, rebuttal, closing statements and deliberations.

Court admonished the jury panel.

At 2:16 p.m. the jury panel exited the courtroom to reconvene on Wednesday, April 23, 2014 at 8:30 a.m.

Court and counsel heard re government's witness list for rebuttal case.

At 2:17 p.m. court recessed this matter to reconvene on Wednesday, **April 23, 2014 at 8:30 a.m.**

DATE:    April 22, 2014    DEPUTY CLERK'S INITIALS:    NXL

Revised 10-25-13