IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | ) No. 3:13-cr-00008-RRB-JDR<br>)<br>) **[PROPOSED]**<br>) **ORDER GRANTING**<br>) **GOVERNMENT'S MOTION IN**<br>) **LIMINE REGARDING**<br>) **INTRODUCTION OF**<br>) **REBUTTAL EVIDENCE**<br>)<br>) |

Upon due consideration of the governments Motion in Limine Regarding Introduction of Rebuttal Evidence, said motion is GRANTED.

The jury is entitled to hear the government's proposed rebuttal evidence in order to have a complete picture of the nature and purpose of the defendant's activities the day following the murders.

Dated_____    _____
                       Ralph R. Beistline
                       U.S. District Court Judge