**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:  KAREN LOEFFLER/BRYAN D. SCHRODER
                          KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:     F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 17 HELD APRIL 23, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:40 a.m. court convened without the jury panel present.

Court and counsel heard re Defendant's Exhibit DE-032 redacted and DE-159R **ADMITTED** and replaced DE-159.

Court and counsel heard re Defendant's Oral Motion to Reopen or Allow Extensive Cross Examination.

Court and counsel heard argument on offer of proof of Ms. Nicola Belisle's testimony.

*Nicola Anne Belisle sworn and testified on behalf of the defendant.

Daryl Allison resumed the stand, sworn and testified further on behalf of the defendant.

Court addressed parties and ordered testimony non-admissible; not allowed.

At 9:13 a.m. the jury panel entered the courtroom.

Court and counsel heard re concerns on witness testimony.

Nicola Anne Belisle sworn and testified on behalf of the government on rebuttal.

Judy Pelnikoff sworn and testified on behalf of the government on rebuttal.

Continued To Page 2

DATE:  April 25, 2014     DEPUTY CLERK'S INITIALS:  NXL

Revised 10-25-13

```
                              AMENDED
                       Continuation - Page 2
            U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 17
                          April 23, 2014
--------------------------------------------------------------------
```

Susan Ann McEntee sworn and testified on behalf of the government on rebuttal. Government's Exhibit 145A **ADMITTED**.

Joseph Michael Sturgis sworn and testified on behalf of the government on rebuttal. Government's Exhibits 50, 385, 424, 425 and 426 **ADMITTED**.

At 10:00 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's objection to witness testimony of Servant Air.

At 10:07 a.m. court recessed until 10:29 a.m. without the jury panel present.

Court and counsel heard re defendant's objection to rebuttal witness testimony.

At 10:43 a.m. the jury panel entered the courtroom.

Kelvin Dale Skonberg sworn and testified on behalf of the government on rebuttal. Government's Exhibit 416 **ADMITTED**. Defendant's Exhibit DE-211 **IDENTIFIED**. Defendant's Exhibit DE-210 **ADMITTED**.

Tim Williamson sworn and testified on behalf of the government on rebuttal. Government's Exhibit 428 **ADMITTED**. Defendant's Exhibit DE-211 **IDENTIFIED**.

Kevin Wade Brennick sworn and testified on behalf of the government on rebuttal.

John Stein sworn and testified on behalf of the government on rebuttal.

Daryl Allison resumed the stand and testified further on behalf of the government on rebuttal. Government's Exhibit 234 **ADMITTED**.

Court and counsel heard re defendant's request to reserve on cross examination.

Continued To Page 3

DATE:   April 25, 2014       DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

```
                         AMENDED
                    Continuation - Page 3
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                      Trial by Jury - Day 17
                         April 23, 2014
```
------------------------------------------------------------------
Song-Qing Gan sworn and testified on behalf of the government on rebuttal. Defendant's Exhibit DE-209 **IDENTIFIED**. Government's Exhibit 412A **ADMITTED.**

John Pearson sworn and testified on behalf of the government on rebuttal.

At 11:59 a.m. the jury panel exited the courtroom.

Court and counsel heard re Defendant's Oral Motion to Reopen or Allow Extensive Cross Examination; **GRANTED.**

Daryl Allison resumed the stand and testified further on behalf of the defendant.

Court and counsel heard re Defendant's Oral Motion to Strike Witness Testimony; **matter taken UNDER ADVISEMENT.**

Court and counsel heard re proposed jury instruction on evidence.

At 12:16 p.m. court recessed until 1:22 p.m. without the jury panel present.

Court and counsel heard re instruction on striking evidence.

Court and counsel heard re Defendant's Exhibit DE-127N **ADMITTED**; and clarified that DE-127M, was not admitted.

Court and counsel heard re Defendant's Oral Motion to Strike Witness Testimony; **GRANTED.**

Defendant rested.

At 1:26 p.m. the jury panel entered the courtroom.

Government rested on rebuttal.

Court read jury instruction re stricken evidence.

At 1:28 p.m. the jury panel exited the courtroom to reconvene on Thursday, April 24, 2014 at 8:30 a.m.

Court and counsel heard re proposed jury instructions.

At 1:38 p.m. court recessed this matter to reconvene on Thursday, **April 23, 2014 at 8:30 a.m.**

*Amended Information.

DATE:     April 25, 2014      DEPUTY CLERK'S INITIALS:     NXL

Revised 10-25-13