```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:      DENALI ELMORE/NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:    KAREN LOEFFLER/BRYAN D. SCHRODER
                            KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:       F. RICHARD CURTNER/PETER OFFENBECHER

PROCEEDINGS: TRIAL BY JURY - DAY 18 HELD APRIL 24, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:36 a.m. court convened without the jury panel present.

Court and counsel heard re jury instructions and the verdict form.

At 8:38 a.m. the jury panel entered the courtroom

Court read jury instruction to the jury re closing arguments.

Government's closing argument heard.

At 10:00 a.m. the jury panel exited the courtroom.

At 10:00 a.m. court recessed until 10:18 a.m. with the jury panel present.

Government's closing argument continued.

At 10:54 a.m. court recessed until 11:25 a.m. with the jury panel present.

Defendant's closing argument heard.

At 1:00 p.m. court recessed until 1:23 p.m. without the jury panel present.

At 1:24 p.m. the jury panel entered the courtroom.

Defendant's closing argument continued.

                        Continued To Page 2

DATE:   April 24, 2014         DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13

```
                    Continuation - Page 2
          U.S.A. vs. James Michael Wells, 3:13-cr-00008-RRB
                       Trial by Jury - Day 18
                          April 24, 2014
-----------------------------------------------------------------
```

At 2:14 p.m. court recessed until 2:28 p.m. with the jury panel present.

Government's rebuttal closing argument heard.

Court read jury instructions.

Court thanked and excused jurors #1, #4 and #12 as the alternate jurors.

At 3:36 p.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re parties to be present for play backs.

Court and counsel heard re Mr. Offenbecher Oral Motion to Participate Telephonically for the Remainder of the Trial; **GRANTED**.

At 3:38 p.m. court adjourned.

At 5:00 p.m. the jury panel recessed deliberations to resume on **Friday, April 25, 2014 at 8:30 a.m.**

**OFF RECORD NOTE:** All admitted exhibits, with the exception of exhibits 215, 222, 223 and 234 to be shown upon demand by the case agent, blank jury notes, original verdict form and original jury instructions forwarded to the jury panel.




DATE:  April 24, 2014   DEPUTY CLERK'S INITIALS:  NXL

Revised 10-25-13