```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        NANCY LEALAISALANOA

UNITED STATES' ATTORNEY:      KAREN LOEFFLER/BRYAN D. SCHRODER
                              KATHLEEN DUIGNAN

DEFENDANT'S ATTORNEY:         F. RICHARD CURTNER
DEFENDANT'S ATTORNEY:         PETER OFFENBECHER - TELEPHONIC

PROCEEDINGS: TRIAL BY JURY - DAY 19/VERDICT HELD APRIL 25, 2014:
```

At 8:30 a.m. the jury panel resumed deliberations.

At 2:00 p.m. court convened without the jury panel present.

Court and counsel heard re jury note; verdict reached.

At 2:02 p.m. the jury panel entered the courtroom.

Verdicts published. Defendant found **GUILTY** on counts 1, 2, 3, 4, 5 and 6 of the Indictment.

Jury polled; all answered in the affirmative.

Court thanked and excused the jury panel.

At 2:07 p.m. the jury panel exited the courtroom.

Defendant referred to P.O. for Presentence Report.

Imposition of Sentence set for **July 8, 2014 at 9:00 a.m**.

Original Verdict forms and Jury Instructions **FILED.**

Defendant's detention continued.

At 2:07 p.m. court adjourned.

All admitted exhibits returned to counsel.
List of Exhibits and List fo Witnesses to be filed separately.

DATE:   April 25, 2014        DEPUTY CLERK'S INITIALS:   NXL
Revised 10-25-13