(Rev 4/14)
# LIST OF EXHIBITS

---

Case No. __3:13-cr-00008-RRB__ Judge: Ralph R. Beistline __

Title _____UNITED STATE OF AMERICA_____
    vs.
    _____JAMES MICHAEL WELLS_____

Dates of Trial: _____March 31, 2014 through April 25, 2014_____

Deputy Clerk: _____Nancy Lealaisalanoa

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Karen Loeffler | F. Richard Curtner |
| Bryan D. Schroder | Peter Offenbecher |
| Kathleen Ann Duignan | |

---------------------------------------------------------**EXHIBITS**---------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | √ | 4/1/2014 | Photo of Richard Belisle | DE-001 | | | |
| 2 | √ | 4/1/2014 | Photo of James Hopkins | DE-002 | | | |
| 3A | | | | DE-003 | | | |
| 3B | | | | DE-004 | | | |
| 3C | | | | DE-005 | | | |
| 3D | √ | 4/3/2014 | Wells Personnel record, supervisor's copy | DE-006 | | | |
| 4 | | | | DE-007 | | | |
| 5 | | | | DE-008 | | | |
| 6 | | | | DE-009 | | | |

| Case No:  3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 8 | √ | 4/7/2014 | Fuel 'Card investigation report | DE-011 | | | |
| 9 | | | | DE-012 | | | |
| 10 | √ | | Dr. Meloy power point presentation | DE-13 | | | |
| 11 | | | | DE-014 | √ | | Transcript of Angela Birchfield |
| 12 | | | | DE-015 | | | |
| 13 | | | | DE-016 | | | |
| 14 | | | | DE-017 | | | |
| 15 | | | | DE-018 | | | |
| 16 | | | | DE-019 | √ | | Interview of Debra Hopkins |
| 17 | | | | DE-020 | √ | | Interview of Deborah Hopkins |
| 18 | | | | DE-021 | √ | | Deborah of Debra Hopkins |
| 19 | | | | DE-022 | | | |
| 20 | | | | DE-023 | | | |
| 20A | √ | 4/16/2014 | Audio recording of Wells' statements | DE-024 | | | |
| 20A-1 | √ | 4/16/2014 | Audio recording of Wells' statements Transcript | DE-025 | | | |
| 20B | √ | 4/16/2014 | Audio recording of Wells' statements | DE-026 | | | |
| 20B-1 | √ | 4/16/2014 | Audio recording of Wells' statements Transcript | DE-027 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 21 | | | | DE-028 | | | |
| 22 | | | | DE-029 | | | |
| 23 | | | | DE-30 | √ | 4/17/2014 | Video - Alaska airlines, cargo clip 4/10/12 |
| 24 | | | Wells statements 5 | DE-31 | √ | 4/17/2014 | Video - Alaska airlines clip 4/10/12 |
| 24A | √ | 4/16/2014 | Wells' statement excerpt (pg 29) | DE-32 | √ | 4/21/2014 | Redacted - Newspaper article/ with pictures white truck |
| 24A-1 | √ | 4/16/2014 | Wells' statement excerpt (pg 29) Transcript | DE-33 | | | |
| 24B | √ | 4/16/2014 | Wells' statement excerpt (pgs 34, 44) | DE-34 | √ | 4/17/2014 | Side views DiTallo's side |
| 24B-1 | √ | 4/16/2014 | Wells' statement excerpt (pgs 34, 44) Transcript | DE-035 | √ | 4/2/2014 | Photo -side by side white trucks |
| 24C | √ | 4/16/2014 | Wells' statement excerpt (pgs 62-65) | DE-036 | √ | 4/2/2014 | Video 4/12/2012 03:00 a.m. OS11 |
| 24C-1 | √ | 4/16/2014 | Wells' statement excerpt (pgs 62-65) Transcript | DE-037 | √ | 4/2/2014 | Video 4/12/2012 03:00 a.m. OS12 |
| 24D | √ | 4/16/2014 | Wells' statement excerpt (pgs 67-72) | DE-038 | √ | 4/1/2014 | Photo - ranch |
| 24D-1 | √ | 4/16/2014 | Wells' statement excerpt (pgs 67-72) Transcript | DE-039 | √ | 4/1/2014 | Photo - ranch |
| 25 | | | | DE-040 | √ | 4/1/2014 | Photo - ranch |
| 26 | | | | DE-041 | | | |
| 27 | √ | 4/10/2014 | Wells' home phone records | DE-042 | √ | | Photo - Jason Barnum |
| 28 | √ | 4/15/2014 | Photo - Drawing of airport terminal | DE-43 | √ | 4/1/2014 | Photo - Map OS-013 |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 29 | | | | DE-044 | √ | | OPM, Operations Program Manual |
| 30 | | | | DE-045 | | | |
| 31A | √ | 4/16/204 | Photo- Island air lobby | DE-046 | | | |
| 31B | √ | 4/16/2014 | Photo - Island air lobby | DE-047 | | | |
| 31C | | | | DE-048 | | | |
| 31D | | | | DE-049 | | | |
| 32A | √ | 4/10/2014 | Photo - Kodiak airport parking lot | DE-050 | | | |
| 32B | √ | 4/16/2014 | Photo - Island air outside | DE-051 | | | |
| 32C | √ | 4/10/2014 | Photo Kodiak airport parking lot | DE-052 | √ | | Statement of Kolodzik |
| 32D | | | | DE-053 | | | |
| 32E | √ | 4/10/2014 | Photo - Kodiak airport parking lot | DE-054 | | | |
| 33 | | | | DE-055 | | | |
| 34 | √ | 4/16/2014 | Drawing by Mr. Wells' of T2 | DE-056 | | | |
| 35 | | | | DE-057 | | | |
| 36 | | | | DE-058 | | | |
| 37 | | | | DE-059 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 38 | | | | DE-060 | √ | 4/1/2014 | Photo - Commsta Garage bates 811 |
| 39 | | | | DE-061 | √ | 4/1/2014 | Photo - Commsta Garage bates 809 |
| 40 | | | | DE-062 | √ | | Photo - map Commsta diagram |
| 41 | | | | DE-063 | | | |
| 42 | √ | 4/1/2014 | Photo - aerial map | DE-064 | √ | 4/2/2014 | Photo - Back of T2 (Govt ex 266) |
| 43 | √ | 4/1/2014 | Photo - aerial map | DE-065 | √ | 4/2/2014 | Photo - Back of T2 (Govt ex 267) |
| 44 | √ | 4/1/2014 | Photo - aerial map | DE-066 | | | |
| 45 | √ | 4/2/2014 | Photo -aerial map of Commsta | DE-067 | | | |
| 46 | √ | 4/1/2014 | Photo - aerial map | DE-068 | √ | 4/2/2014 | Photo - T2 Back door |
| 47 | √ | 4/1/2014 | Photo - aerial map | DE- 069 | √ | 4/2/2014 | Photo - T2 Front view from road (Govt Ex 271) |
| 48 | √ | 4/2/2014 | Photo - aerial map | DE-070 | √ | 4/2/2014 | Photo - T2 side view garage |
| 49 | √ | 4/1/2014 | Photo - aerial map | DE-071 | √ | 4/2/2014 | Photo -T2 side view back |
| 50 | √ | 4/23/2014 | Photo, aerial map, Kodiak | DE-072 | | | |
| 51 | √ | 4/1/2014 | Photo - aerial map , airport (closer) | DE-073 | √ | 4/2/2014 | Jason A. Bullis drawing |
| 52 | √ | 4/10/2014 | Photo- aerial map, (further) | DE-074 | | | |
| 53 | √ | 4/8/2014 | Photo - Wells' residence | DE-074A | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 54 | √ | 4/8/2014 | Photo - Wells' residence | DE-075 | | | |
| 55 | √ | 4/8/2014 | Photo - Wells' residence | DE-076 | | | |
| 56 | √ | 4/8/2014 | Photo's Wells' residence | DE-077 | | | |
| 57 | √ | 4/8/2014 | Photo- Wells garage door | DE-078 | | | |
| 58 | √ | 4/8/2014 | Photo- Wells' house/ outside garage | DE-079 | | | |
| 59 | √ | 4/8/2014 | Photo- Wells' house crawlspace | DE-077 | | | |
| 60 | | | | DE-078 | | | |
| 61 | √ | 4/8/2014 | Photo- Wells' garage | DE-079 | | | |
| 62 | √ | 4/8/2014 | Photo - Wells' residence - garage | DE-080 | √ | 4/7/2014 | Performance evaluation for Mr. Wells 2006 |
| 63 | √ | 4/8/2014 | Photo - Wells' residence | DE-081 | √ | 4/7/2014 | Performance evaluation for Mr. Wells 2007 |
| 64 | | | | DE-082 | √ | 4/7/2014 | Performance evaluation for Mr. Wells 2008 |
| 65 | | | | DE-083 | √ | 4/7/2014 | Performance evaluation for Mr. Wells 2009 |
| 66 | | | | DE-084 | √ | 4/3/2014 | Performance evaluation for Mr. Wells 2010 |
| 67 | | | | DE-085 | | | |
| 68 | | | | DE-086 | | | |
| 69 | | | | DE-087 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 70 | | | | DE-088 | | | |
| 71 | | | | DE-089 | | | |
| 72 | √ | 4/10/2014 | Photo - Kodiak Bells Flats area | DE-090 | | | |
| 73 | √ | 4/10/2014 | Map with distances | DE-091 | | | |
| 74 | √ | 4/14/2014 | Map without distances | DE-092 | | | |
| 75 | √ | 4/10/2014 | Photo- aerial map of T1 and T2 | DE-093 | | | |
| 76 | | | | DE-094 | | | |
| 77 | | | | DE-095 | | | |
| 78 | | | | DE-096 | | | |
| 79 | | | | DE-097 | | | |
| 80 | | | | DE-098 | | | |
| 81 | | | | DE-099 | | | |
| 82 | √ | 4/15/2014 A/S | SF-50 hiring Belisle as GS employee | DE-100 | | | |
| 83 | √ | 4/8/2014 | Enlistment contract | DE-101 | | | |
| 84 | | | | DE-102 | | | |
| 85 | | | | DE-103 | √ | | Coast Guard Commandant Inst. 5370.1 Workplace Violence |
| 86 | | | | DE-104 | | | |
| 87 | | | | DE-105 | | | |
| 88 | | | | DE-106 | √ | 4/8/2014 | Dr. Meloy's power point presentation |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 89 | | | | DE-107 | √ | | Article by Meloy - Mass Murder in America |
| 90 | | | | DE-108 | | | |
| 91 | √ | 4/14/2014 | DMV record - Mr. Wells' truck | DE-109 | | | |
| 92 | √ | 4/14/2014 | DMV record - Mrs. Wells CR-V | DE-110 | | | |
| 93A | | | | DE-111 | | | |
| 93B | √ | 4/14/2014 | Photo - Tire | DE-112 | | | |
| 93C | √ | 4/14/2014 | Photo - nail in tire grove | DE-113 | | | |
| 93D | √ | 4/14/2014 | Photo - nail in tire | DE-114 | | | |
| 94 | √ | 4/14/2014 | Photo - base camera time w/ iphone | DE-115 | | | |
| 95 | √ | 4/14/2014 | Photo - | DE-116 | √ | | FBI - Transcript - Interview with Pizzurro |
| 96 | √ | 4/14/2014 | Photo - Clock reflection | DE-117 | | | |
| 97 | √ | 4/14/2014 | Photo - metadata | DE-118 | √ | | Transcript - interview with Nicola |
| 98 | | | | DE-119 | √ | 4/9/2014 | FBI Receipt of Property |
| 99 | √ | 4/3/2014 | Photo - Wells' white truck | DE-120 | | | |
| 100 | | | | DE-121 | √ | | Photo - boot print on door |
| 101 | | | | DE-122 | √ | | Photo- T2 Watch log 4/11/2012 |
| 102 | √ | 4/8/2014 | Photo - Inside Wells white truck cab | DE-123 | | | |
| 103 | √ | 4/10/2014 | Photo - Nancy Wells' blue CR-V at airport | DE-124 | | | |
| 104 | √ | 4/1/2014 | Photo-Nancy Wells' blue CR-V at airport | DE-125 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 105 | √ | | Photo - Nancy Wells' car at airport | DE-126 | | | |
| 106 | | | | DE-127 | | | |
| 107 | √ | 4/8/2014 | Photo - Nancy Wells' CR-V | DE-127A | √ | | Photo - T2 |
| 108 | | | | DE-127B | √ | 4/10/2014 | Photo - T2 |
| 109 | √ | 4/8/2014 | Photo - inside White truck | DE-127C | √ | 4/10/2014 | Photo - T2 |
| 110 | | | | DE-127D | √ | 4/10/2014 | Photo - T2 |
| 111 | √ | | Toglia's power point presentation | DE-127E | √ | 4/10/2014 | Photo - T2 |
| 112 | √ | 4/16/2014 | Toglia's slide 38 | DE-127F | | | |
| 112A | √ | 4/16/2014 | Toglia's slide 38 enlargement | DE-127G | | | |
| 113 | √ | 4/16/2014 | Toglia's slide 39 | DE-127H | | | |
| 113A | √ | 4/16/2014 | Toglia's slide 39 enlargement | DE-127 I | √ | 4/10/2014 | Photo - T2 |
| 114 | √ | 4/16/2014 | Toglia's slide 63 | DE-127J | √ | 4/10/2014 | Photo - T2 |
| 114A | √ | 4/16/2014 | Toglia's slide 63 enlargement | DE-127K | √ | 4/10/2014 | Photo- T2 |
| 115 | √ | 4/16/2014 | Toglia's slide 64 | DE-127L | √ | 4/10/2014 | Photo - T2 |
| 115A | √ | 4/16/2014 | Toglia's slide 64 enlargement | DE-127M | | | |
| 116 | √ | 4/16/2014 | Toglia's slide 100 | DE-127N | √ | 4/10/2014 | Photo - T2 |
| 116A | √ | 4/16/2014 | Toglia's slide 100 enlargement | DE-127O | | | |

| Case No: | 3:13-cr-00008-RRB | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 117 | √ | 4/16/2014 | Toglia's slide 101 | DE-127P | | | |
| 117A | √ | 4/16/2014 | Toglia's slide 101 enlargement | DE-127Q | √ | 4/10/2014 | Photo - T2 |
| 118 | √ | 4/16/2014 | Toglia's slide 119 | DE-127R | | | |
| 118A | √ | 4/16/2014 | Toglia's slide 119 enlargement | DE-127S | √ | 4/10/2014 | Photo - T2 |
| 119 | √ | 4/16/2014 | Toglia's slide 120 | DE-127T | √ | | Photo - T2 |
| 119A | √ | 4/16/2014 | Toglia's slide 120 enlargement | DE-127U | √ | 4/10/2014 | Photo - T2 |
| 120 | √ | 4/16/2014 | Toglia's slide 128 | DE-127V | | | |
| 120A | √ | 4/16/2014 | Toglia's slide 128 enlargement | DE-127W | √ | 4/10/2014 | Photo - |
| 121 | √ | 4/16/2014 | Toglia Slide  129 | DE-127X | √ | 4/10/2014 | Photo - |
| 121A | √ | 4/16/2014 | Toglia's slide 129 enlargement | DE-127Y | √ | 4/10/2014 | Photo - |
| 122 | | | | DE-127Z | | | |
| 123 | | | | DE-128 | √ | 4/10/2014 | Video - T2 Commsta camera 4/11/2012 |
| 124 | | | | DE-129 | √ | 4/10/2014 | Video - T2 Commsta camera 4/11/2012 |
| 125 | | | | DE-130 | | | |
| 126 | | | | DE-131 | √ | 4/10/2014 | Photo - |
| 127 | √ | 4/8/2014 | Photo -Wells' truck search | DE-132 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 128 | √ | 4/8/2014 | Photo - Wells truck bed search | DE-133 | | | |
| 129 | √ | | Vorder Bruegge power point presentation complete | DE-134 | √ | | Bolden's report |
| 130 | √ | 4/15/2014 | Vorder Bruegge presentation slide 29 | DE-135 | √ | 4/17/2014 | Mr. Wells medical record |
| 131 | √ | 4/15/2014 | Vorder Bruegge presentation slide 30 | DE-136 | √ | | Video - |
| 132 | √ | 4/15/2014 | Vorder Bruegge presentation slide 31 | DE-136A | | | |
| 133 | √ | 4/15/2014 | Vorder Brugge presentation slide 32 | DE-136B | √ | | Video - |
| 134 | √ | 4/15/2014 | Vorder Bruegge presentation slide 49 | DE-137 | | | |
| 135 | √ | | Vorder Bruegge report | DE-138 | | | |
| 136 | | | | DE-139 | | | |
| 137 | √ | 4/10/2014 | Photo - Wells' tire with nail | DE-140 | | | |
| 138 | | | | DE-141 | | | |
| 139 | | | | DE-142 | | | |
| 140A | √ | 4/15/2014 | Questionnaire | DE-143 | | | |
| 140B | √ | 4/15/2014 | Questionnaire | DE-144 | | | |
| 141 | | | | DE-145 | | | |
| 142 | √ | 4/14/2014 | Video | DE-146 | | | |

**Case No: 3:13-cr-00008-RRB**          **Judge: Ralph R. Beistline**

| | | PLAINTIFF | | | | DEFENDANT | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 142A | √ | 4/14/2014 | Photo - still shot | DE-147 | | | |
| 143 | √ | 4/14/2014 | Video | DE-148 | | | |
| 143A | √ | 4/14/2014 | Photo - still shot | DE-149 | | | |
| 144 | | | | DE-150 | √ | | Hannah Belisle's text messages |
| 145A | √ | 4/23/2014 | Photo, blue car | DE-151 | | | |
| 146 | | | | DE-152 | | | |
| 147 | √ | 4/7/2014 | Video-T2 Camera 4/7/2012 14:46:41 to 14:51:50 - Nate Pacheco airing tires | DE-153 | | | |
| 148 | √ | 4/9/2014 | Video -T1 Commsta Camera 4/12/2012 6:45 to 7:45 | DE-154 | √ | | Hannah Belisle's transcript |
| 149 | √ | 4/9/2014 | Video -T1 Commsta Camera 4/12/2012 6:45 to 7:45 | DE-155 | | | |
| 150 | √ | 4/9/2014 | Video -T1 Commsta Camera 4/12/2012 7:30 to 8:30 | DE-156 | √ | | Hannah Belisle's transcript |
| 151 | √ | 4/1/2014 | Video from T2 Commsta Calmera 4/12/2012 7:30 to 8:30 | DE-157 | | | |
| 152 | √ | 4/1/2014 | Video from T1 Commsta Camera 4/12/2012 7:00:18 am to 7:34:00 am | DE-158 | √ | 4/18/2014 | Aerial map of Kodiak |
| 153 | | | | DE-159 | √ | | Ble SUV Chart - Deatrich |
| 154 | √ | 4/10/2014 | Video - T1 Commsta Camera 4/12/12 7:14:30 to 7:14:33 | DE-159R | √ | 4/23/2014 | Redacted DMV blue SUV chart by Deatrich Sheffield |
| 155 | √ | 4/14/2014 | Video - T1 COMMSTA Camera 4/12/2012 7:09:10 to 7:14:33 | DE-161 | √ | | Wells' interview transcript |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 156 | √ | 4/9/2014 | Video - side by side of T1 and T2 video | DE-162 | √ | | Wells' interview transcript |
| 157 | | | | DE-163 | √ | | Wells' interview transcript |
| 158 | √ | 4/10/2014 | Audio recording Hopkins voice mail | DE-164 | √ | | Wells' interview transcript |
| 159 | √ | 4/3/2014 | Audio recoding of Voice mail left for Reckner | DE-165 | √ | | Wells' interview transcript |
| 160 | | | | DE-166 | | | |
| 161 | | | | DE-167 | √ | | DiTallo's power point presentation slides |
| 162 | | | | DE-168 | √ | | DiTallo's power point presentation slides |
| 163 | | | | DE-169 | √ | | |
| 164 | | | | DE-170 | √ | | |
| 165 | √ | 4/1/2014 | Video from T2 Camera 4/12/2012 7:33:33 am to 7:34:24 am | DE-171 | √ | 4/22/2014 | Nail head - close up by Mr. Swanepoel |
| 166 | | | | DE-172 | √ | 4/22/2014 | Photo - nail head |
| 167 | | | | DE-173 | | | |
| 168 | √ | 4/15/2014 | Video - by Doran | DE-174 | | | |
| 169 | √ | 4/2/2014 | Video | DE-175 | √ | 4/22/2014 | Photo of nail hole |
| 170 | √ | 4/10/2014 | Audio recording of Hopkins voice mail | DE-176 | √ | 4/22/2014 | Photo, nail head microscope |
| 170A | √ | 4/10/2014 | Transcript of Hopkins voice mail | DE-177 | | | |
| 171 | √ | 4/10/2014 | Video - by Spc. Agt Woods | DE-178 | √ | 4/22/2014 | Photo - magnified nail head |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 172 | | | | DE-179 | √ | 4/21/2014 | Kodiak aerial map - overview |
| 173 | | | | DE-180 | | | |
| 173A | √ | 4/16/2014 | Photo - Toglia's slide | DE-181 | √ | 4/21/2014 | Photo - Wells' Holsters |
| 173B | √ | 4/16/2014 | Photo - Toglia's slide | DE-182 | √ | 4/21/2014 | Photo - Mr. Wells' gun Ruger .44 |
| 173C | √ | 4/16/2014 | Photo - Toglia's slide | DE-183 | | | |
| 173D | √ | 4/16/2014 | Photo - Toglia's slide | DE-184 | | | |
| 173E | √ | 4/16/2014 | Photo - Toglia's slide | DE-185 | | | |
| 173F | √ | 4/16/2014 | Photo - Toglia's slide | DE-186 | | | |
| 173G | √ | 4/16/2014 | Photo - Toglia's slide | DE-187 | | | |
| 173H | √ | 4/16/2014 | Photo - Toglia's slide | DE-188 | | | |
| 173I | √ | 4/16/2014 | Photo - Toglia's slide | DE-189 | | | |
| 174 | | | | DE-190 | | | |
| 175 | √ | 4/8/2014 | Photo - Ammo cabinet | DE-191 | | | |
| 176 | √ | 4/8/2014 | Photo Ammo pouch | DE-192 | | | |
| 177 | √ | 4/8/2014 | Photo - Ammo in Wells' home | DE-193 | √ | 4/22/2014 | Screen prints of video - 4/12/2012 3:00 a.m. Commsta T2 |
| 178 | √ | 4/8/2014 | Photo - pouch on table | DE-194 | √ | 4/22/2014 | Video  - 4/12/2012 3:00 a.m. Commsta T2 |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 179 | √ | 4/8/2014 | Photo - open pouch | DE-195 | √ | | Photo slide by Mr. Richards 4/22/2014 Demo only |
| 180 | | | | DE-196 | | | |
| 181 | | | | DE-197 | | | |
| 182 | | | | DE-198 | | | |
| 183 | | | | DE-199 | | | |
| 184A | √ | 4/3/2014 | Photo – autopsy of Mr. Hopkins body | DE-200 | √ | 4/21/2014 ** | Linda Fisher's police report *admitted for offer of proof hearing only* |
| 184B | √ | 4/3/2014 | Photo -  front head wound | DE-201 | | | |
| 184C | √ | 4/3/2014 | Photo - back  head wound | DE-202A | | | |
| 184D | √ | 4/3/2014 | Photo - Skull fracture with bullet fragments | DE-202B | √ | 4/22/2014 | Photo- Tire |
| 184E | √ | | Photo - right ear bruise | DE-202C | √ | 4/22/2014 | Photo Tire nail hole |
| 184F | √ | 4/3/2014 | Photo - injuries above navel | DE-202D | | | |
| 184G | √ | 4/3/2014 | Photo - abdomen wound, left side | DE-202E | √ | 4/22/2014 | Photo tire with paper clip |
| 185 | | | | DE-202F | √ | 4/22/2014 | Photo - |
| 185A | √ | 4/3/2014 | Photo of Mr. Belisle - body before autopsy | DE-202G | √ | 4/22/2014 | Photo- nail |
| 185B | √ | 4/3/2014 | Photo - back of right arm | DE-203 | | | |
| 185C | √ | 4/3/2014 | Photo-x-ray of spine, with bullet | DE-204 | √ | 4/22/2014 | Photo - Tire |
| 185D | √ | 4/3/2014 | Photo-projectile taken from neck | DE-205 | √ | 4/22/2014 | Photo - Tire |
| 185E | √ | 4/3/2014 | Photo - right chest wounds | DE-206 | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 185F | √ | 4/3/2014 | Photo - relational body shot, left side | DE-207 | | | |
| 185G | √ | 4/3/2014 | Photo - abdomen wound, left side | DE-208 | √ | 4/22/2014 pg. 158 only | Photo, diagram diving search Buskin river. |
| 185H | √ | 4/3/2014 | Photo - right index finger | DE-209 | √ | | Medical records of Mr. Wells surgery |
| 186 | | | | DE-210 | √ | 4/23/2014 | Photo - lobby of Servant Air |
| 187 | | | | DE-211 | √ | | Flight Info 600 of Servant Air |
| 188 | | | | | | | |
| 189 | | | | | | | |
| 190 | | | | | | | |
| 191 | | | | | | | |
| 192 | | | | | | | |
| 193 | | | | | | | |
| 194 | | | | | | | |
| 195 | | | | | | | |
| 196 | √ | 4/8/2014 | Photo- Fingerprints wood shop | | | | |
| 197 | √ | 4/8/2014 | Photo- Fingerprints back side wood shop door | | | | |
| 198 | √ | 4/3/2014 | Diagram of Hopkins Body by Dr. Lann | | | | |
| 199 | √ | 4/3/2014 | Diagram of Belisle Body by Dr. Lann | | | | |
| 200 | √ | 4/3/2014 | Photo - Wallet - Mr. Hopkins | | | | |
| 201 | √ | 4/3/2014 | Photo - wallet , money Mr. Belisle | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 202B | √ | 4/8/2014 | Photo | | | | |
| 203B | √ | 4/8/2014 | Photo | | | | |
| 204 | | | | | | | |
| 205A | √ | 4/8/2014 | Photo | | | | |
| 205B | √ | 4/8/2014 | Photo | | | | |
| 205C | √ | 4/8/2014 | Photo | | | | |
| 206A | | | | | | | |
| 206B | √ | 4/8/2014 | Photo | | | | |
| 206C | √ | 4/8/2014 | Photo | | | | |
| 207A | √ | 4/8/2014 | Photo | | | | |
| 207B | √ | 4/8/2014 | Photo | | | | |
| 207C | √ | 4/8/2014 | Photo | | | | |
| 207D | √ | 4/8/2014 | Photo | | | | |
| 208 | √ | 4/8/2014 | Photo | | | | |
| 209 | √ | 4/8/2014 | Photo | | | | |
| 210 | √ | 4/8/2014 | Photo | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 211 | √ | 4/8/2014 | Photo | | | | |
| 212 | | | | | | | |
| 213 | √ | 4/8/2014 | Photo | | | | |
| 214 | | | | | | | |
| 215 | √ | 4/10/2014 | Coast Guard ceremonial sword with name of John A. Stein | | | | |
| 216 | √ | 4/8/2014 | Uniform coat ( Blue blouse) | | | | |
| 217 | | | | | | | |
| 218 | √ | 4/3/2014 | Shirt of Hopkins | | | | |
| 219 | √ | 4/3/2014 | Pants of Hopkins | | | | |
| 220 | | | | | | | |
| 221 | √ | 4/3/2014 | Bullet from Belisle's neck | | | | |
| 222 | √ | 4/10/2014 | 19" blade Japanese sword (Stein's) | | | | |
| 223 | √ | 4/10/2014 | 29" blade Japanese sword (Stein's) | | | | |
| 224 | √ | 4/15/2014 | Brochure Honda CR-V | | | | |
| 225 | √ | 4/10/2014 | Nail pulled from Wells' tire | | | | |
| 226 | √ | 4/8/2014 | Jacket of bullet | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 227 | √ | 4/8/2014 | Red bowl | | | | |
| 228 | | | | | | | |
| 229 | √ | 4/3/2014 | Belisle's black undershirt | | | | |
| 230 | √ | 4/3/2014 | Belisle's brown top shirt | | | | |
| 231 | √ | 4/1/2014 | Tire - BF Goodrich studded 265/75 R116 | | | | |
| 232A | √ | 4/14/2014 | Stein's loss firearm report to Alaska State Troopers | | | | |
| 232B | √ | 4/14/2014 | J. Stein's inventory list | | | | |
| 233 | | | | | | | |
| 234 | √ | 4/23/2014 | Gun | | | | |
| 235 | | | | | | | |
| 236 | √ | 4/8/2014 | Bullet Fragments on Microwave | | | | |
| 237 | √ | 4/8/2014 | Trash can with fragments | | | | |
| 238 | √ | 4/8/2014 | Bullet | | | | |
| 239 | √ | 4/8/2014 | Bullet Jacket and fragments | | | | |
| 240 | √ | 4/8/2014 | Camouflage ammo pouch | | | | |
| 241 | √ | | Inventory list by T. Stein | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 242 | √ | 4/14/2014 w/o pg. 4 | Inventory list by T. Stein | | | | |
| 243 | √ | 4/1/2014 | Photo | | | | |
| 244 | √ | 4/1/2014 | Photo | | | | |
| 245 | √ | 4/1/2014 | Photo | | | | |
| 246 | √ | 4/8/2014 | Door knob | | | | |
| 247 | √ | 4/8/2014 | Black glove | | | | |
| 248 | | | | | | | |
| 249 | | | | | | | |
| 250 | | | | | | | |
| 251 | | | | | | | |
| 252 | | | | | | | |
| 253 | √ | | Dupras Recording | | | | |
| 254 | | | | | | | |
| 255 | √ | 4/1/2014 | Photo- View of Hopkins from Entryway into T2 office | | | | |
| 256 | | | | | | | |
| 257 | √ | 4/1/2014 | Photo-View of office entryway | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 258 | √ | 4/1/2014 | Photo- View of Belisle from office doorway | | | | |
| 259 | √ | 4/1/2014 | Photo- View of Hopkins lying on office floor | | | | |
| 260 | √ | 4/2/2014 | Photo - View of Hopkins | | | | |
| 261 | √ | 4/1/2014 | Photo-2nd view of Hopkins and wounds | | | | |
| 262 | √ | 4/1/2014 | Photo-View of Belisle on office floor | | | | |
| 263 | | | | | | | |
| 264 | | | | | | | |
| 265 | √ | 4/2/2014 | Photo -T2 front fo building 6 cars | | | | |
| 266 | √ | 4/10/2014 | Photo - T2 from west side (DE-064) | | | | |
| 267 | √ | 4/2/2014 | Photo- South side of T2 | | | | |
| 268 | √ | 4/10/2014 | Photo - T2 showing 2nd entrance and part of 3rd | | | | |
| 269 | √ | 4/10/2014 | Photo - T2 showing garage doors | | | | |
| 270 | | | | | | | |
| 271 | √ | 4/10/2014 | Photo T2 East side (DE-069) | | | | |
| 272 | √ | 4/10/2014 | Photo - Rigger shop sign | | | | |
| 273 | | | | | | | |
| 274 | √ | | Photo - T2 shop | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 275 | √ | 4/3/2014 | Photo - T2 bobcat garage | | | | |
| 276 | √ | 4/3/2014 | Photo - Bobcat garage | | | | |
| 277 | √ | 4/3/2014 | Photo - Main Shop Telescope | | | | |
| 278 | √ | 4/3/2014 | Photo - T2 main shop equipment | | | | |
| 279 | √ | 4/3/2014 | Photo - T2 main shop equipment | | | | |
| 280 | √ | | Photo - T2 main shop equipment | | | | |
| 281 | √ | 4/3/2014 | Photo - T2 t.v. and radios | | | | |
| 282 | | | | | | | |
| 283 | √ | 4/3/2014 | Photo - T2 wood shop | | | | |
| 284 | | | | | | | |
| 285 | | | | | | | |
| 286 | | | | | | | |
| 287 | √ | 4/9/2014 | Photo - Hopkins desk | | | | |
| 288 | | | | | | | |
| 289 | | | | | | | |
| 290 | | | | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 291 | | | | | | | |
| 292 | | | | | | | |
| 293 | | | | | | | |
| 294 | | | | | | | |
| 295 | | | | | | | |
| 296 | | | | | | | |
| 297 | | | | | | | |
| 297 | √ | 4/8/2014 | Photo | | | | |
| 299 | | | | | | | |
| 300 | | | | | | | |
| 301 | | | | | | | |
| 302 | | | | | | | |
| 303 | √ | 4/8/2014 | Photo - Hopkins ODU blouse | | | | |
| 304 | √ | 4/8/2014 | Photo- T2 microwave | | | | |
| 305 | √ | 4/8/2014 | Photo - T2 Microwave w/ fragments | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 306 | √ | 4/8/2014 | Photo - T2 Microwave and fridge | | | | |
| 307 | | | | | | | |
| 308 | | | | | | | |
| 309 | | | | | | | |
| 310 | √ | 4/8/2014 | Photo - Bullet jacket on floor | | | | |
| 311 | √ | 4/8/2014 | Photo - Bullet jacket close-up | | | | |
| 312 | √ | 4/8/2014 | Photo - T2 Fridge and broken bowl | | | | |
| 313 | √ | 4/8/2014 | Photo - T2 Fridge and broken bowl | | | | |
| 314 | | | | | | | |
| 315 | | | | | | | |
| 316 | | | | | | | |
| 317 | √ | 4/8/2014 | Photo - Bullet from floor - office | | | | |
| 318 | √ | 4/8/2014 | Photo - Bullet under floor - office | | | | |
| 319 | | | | | | | |
| 320 | | | | | | | |
| 321A | √ | 4/2/2014 | Audio recording-Beauford's call to ops deck | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 321B | √ | 4/2/2014 | Audio recording- O'Connor call to 911 | | | | |
| 321C | √ | 4/2/2014 | Audio recording - O'Connor call to MILPOL | | | | |
| 322 | | | | | | | |
| 323 | √ | 4/2/2014 | Photo  - Annotated by Dan Smith re moving Belisle | | | | |
| 324 | √ | 4/2/2014 | Photo - Annotation by Dan Smith re moving Belisle | | | | |
| 325 | | | | | | | |
| 326 | | | | | | | |
| 327 | | | | | | | |
| 328 | | | | | | | |
| 329 | | | | | | | |
| 330 | | | | | | | |
| 331 | | | | | | | |
| 332 | | | | | | | |
| 333 | | | | | | | |
| 334 | | | | | | | |
| 335 | √ | 4/8/2014 | Photo - Floor by Belisle - removed | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 336 | | | | | | | |
| 337 | | | | | | | |
| 338 | √ | 4/8/2014 | Photo - Trash can | | | | |
| 339 | | | | | | | |
| 340 | | | | | | | |
| 341 | | | | | | | |
| 342 | | | | | | | |
| 343 | | | | | | | |
| 344 | | | | | | | |
| 345 | | | | | | | |
| 346 | | | | | | | |
| 347 | | | | | | | |
| 348 | | | | | | | |
| 349 | | | | | | | |
| 350 | | | | | | | |
| 351 | | | | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 352 | √ | 4/2/2014 | Commsta watch log - 4/12/2012 | | | | |
| 353 | | | | | | | |
| 354 | | | | | | | |
| 355 | | | | | | | |
| 356 | | | | | | | |
| 357 | | | | | | | |
| 358 | | | | | | | |
| 359 | | | | | | | |
| 360 | | | | | | | |
| 361 | √ | 4/2/2014 | Photo - Boiler room door (inside) | | | | |
| 362 | √ | 4/8/2014 | Photo- T2 (room 2) | | | | |
| 363 | √ | 4/8/2014 | Photo | | | | |
| 364 | √ | 4/8/2014 | Photo | | | | |
| 365 | √ | | Log of fingerprints | | | | |
| 366 | | | | | | | |
| 367 | | | | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 368 | √ | | Evidence log | | | | |
| 369 | √ | | Evidence log | | | | |
| 370 | √ | 4/9/2014 | Photo - Annotated by Morton re Belisle | | | | |
| 371 | √ | 4/9/2014 | Photo- Annotated by Morton re Belisle removed | | | | |
| 372A | √ | 4/9/2014 | Photo | | | | |
| 372B | √ | 4/9/2014 | Photo | | | | |
| 372C | √ | 4/9/2014 | Photo | | | | |
| 372D | √ | 4/9/2014 | Photo | | | | |
| 373 | √ | 4/14/2014 | MP round log | | | | |
| 374 | √ | 4/14/2014 | Photos - bullets and jackets analysis of Mr. Shem | | | | |
| 375 | | | | | | | |
| 376 | | | | | | | |
| 377 | | | | | | | |
| 378 | | | | | | | |
| 379 | | | | | | | |
| 380 | | | | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 381 | √ | 4/2/2014 | Chart | | | | |
| 382 | | | | | | | |
| 383 | √ | 4/9/2014 | Time schedule of T2 arrivals and departures | | | | |
| 384 | √ | 4/2/2014 | Rigger Shop Organization Chart | | | | |
| 385 | √ | 4/23/2014 | Printable time line slides from FBI HQ | | | | |
| 386 | √ | 4/1/2014 | T2 Model (3D physical model) | | | | |
| 387 | | | | | | | |
| 388 | √ | 4/3/2014 | Chart of Evidence collected | | | | |
| 389 | √ | 4/8/2014 | Chart lab - evidence collected | | | | |
| 390 | √ | 4/9/2014 | Chart of Vehicles Identified on T1 & T2 camera | | | | |
| 391 | √ | 4/14/2014 | Chart by Stugis, chart with time and distances | | | | |
| 392 | √ | 4/1/2014 | Photo/ T2 Building Floor Plan (Poster board) | | | | |
| 393 | √ | 4/1/2014 | Commsta organization chart | | | | |
| 394 | √ | 4/9/2014 | Table by Dr. Raymond | | | | |
| 395 | √ | 4/14/2014 | Chart with speed and distances | | | | |
| 396 | | | | | | | |

| Case No:  3:13-cr-00008-RRB | | | Judge: Ralph R | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 397 | | | | | | | |
| 398 | | | | | | | |
| 399 | | | | | | | |
| 400 | | | | | | | |
| 401 | | | | | | | |
| 402 | | | | | | | |
| 403 | | | | | | | |
| 404 | | | | | | | |
| 405 | | | | | | | |
| 406 | | | | | | | |
| 407 | | | | | | | |
| 408 | | | | | | | |
| 409 | | | | | | | |
| 410 | | | | | | | |
| 411 | | | | | | | |
| 412 | √ | | Mr. Wells' medical records | | | | |
| 412A | √ | 4/23/2014 | Mr. Wells' medical records | | | | |

| Case No: 3:13-cr-00008-RRB | | | | Judge: Ralph R. Beistline | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 413 | | | | | | | |
| 414 | | | | | | | |
| 415 | √ | 4/16/2014 | Audio recording Wells' statements | | | | |
| 415-1 | √ | 4/16/2014 | Audio recording Wells' statements transcripts | | | | |
| 416 | √ | 4/23/2014 | Photo - Lobby of Servant Air | | | | |
| 417 | | | | | | | |
| 418 | | | | | | | |
| 419 | √ | 4/17/2014 | blue color pixels | | | | |
| 420 | | | | | | | |
| 421A | √ | | | | | | |
| 422 | | | | | | | |
| 423 | | | | | | | |
| 424 | √ | 4/23/204 | Photo - light behind Commsta T2 | | | | |
| 425 | √ | 4/23/2014 | Video with bug | | | | |
| 426 | √ | 4/23/2014 | Photo - camera of Commsta T2 with fox | | | | |
| 427 | | | | | | | |
| 428 | √ | 4/23/2014 | Redacted, flight info for Servant Air | | | | |