IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-0008-RRB |
|---|---|
| Plaintiffs, | |
| vs. | **VERDICT 2** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

We, the jury, duly empaneled to try the above-entitled matter, do find the Defendant, JAMES MICHAEL WELLS, _Guilty_ (Guilty/Not Guilty) of the crime of Murder in the First Degree, in Violation of Sections 7(3) and 1111(a) and (b) of Title 18 of the United States Code, as charged in Count 2 of the Indictment.

DATED this _25_ day of April, 2014.

**SIGNATURE REDACTED**

JURY FOREPERSON