IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-0008-RRB |
|---|---|
| Plaintiffs, | |
| vs. | **VERDICT 3** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

We, the jury, duly empaneled to try the above-entitled matter, do find the Defendant, JAMES MICHAEL WELLS, __guilty__ (Guilty/Not Guilty) of the crime of Murder in the First Degree, in violation of Sections 1114 and 1111 of Title 18 of the United States Code, as charged in Count 3 of the Indictment.

DATED this 25 day of April, 2014.

**SIGNATURE REDACTED**

JURY FOREPERSON