IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | Case No. 3:13-cr-0008-RRB<br><br><br>**VERDICT 4** |

We, the jury, duly empaneled to try the above-entitled matter, do find the Defendant, JAMES MICHAEL WELLS, __guilty__ (Guilty/Not Guilty) of the crime of Murder in the First Degree, in violation of Sections 1114 and 1111 of Title 18 of the United States Code, as charged in Count 4 of the Indictment.

DATED this 25 day of April, 2014.

**SIGNATURE REDACTED**

JURY FOREPERSON