IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-0008-RRB |
|---|---|
| Plaintiffs, | |
| vs. | **VERDICT 6** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

We, the jury, duly empaneled to try the above-entitled matter, do find the Defendant, JAMES MICHAEL WELLS, ___Guilty___ (Guilty/Not Guilty) of the crime of Using or Carrying a Firearm During and in Relation to the Murder of James A. Hopkins in violation of Section 924(c)(1)(A) & (B)(ii); and 924(j)(1) of Title 18 of the United States Code, as charged in Count 6 of the Indictment.

DATED this _25_ day of April, 2014.

**SIGNATURE REDACTED**

JURY FOREPERSON