KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

KATHLEEN A. DUIGNAN
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: bryan.schroder@usdoj.gov
E-mail: kathleen.duignan@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |
| vs. | ) ) | **[D. Ak. LR 11.1(c)(4)]** |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby requests that pursuant to D. Ak. LR 11.1(c)(4), the

Court no longer serve pleadings in the above-captioned matter on Special Assistant United States Attorney, Kathleen A. Duignan.

RESPECTFULLY SUBMITTED this 24th day of June, 2014, at Anchorage, Alaska.

s/ Karen L. Loeffler<br>
KAREN L. LOEFFLER<br>
United States Attorney<br><br>
s/ Bryan Schroder<br>
BRYAN SCHRODER<br>
Assistant U.S. Attorney<br>
United States of America<br><br>
s/ Katheen A. Duignan<br>
KATHLEEN A. DUIGNAN<br>
Special Assistant U.S. Attorney<br>
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2014,
a copy of the foregoing was served
via the CM/ECF system on all counsel
of record.

s/ Bryan Schroder
Office of the U.S. Attorney

U.S. v Wells
3:13-cr-00008-RRB-JDR             Page 2 of 2