Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **JAMES WELLS' SENTENCING MEMORANDUM** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The defendant, James Wells, through counsel, Rich Curtner, Federal Defender, submits this memorandum to assist the court at his imposition of sentence scheduled for July 8, 2014.

It is extremely rare that defense counsel is left without any argument concerning the sentencing of a client. However, in this case there is no alternative available to a mandatory sentence of life imprisonment.

Mr. Wells has always maintained his innocence. He will continue to pursue any chance to prove his innocence. But that is an issue he cannot address at this sentencing.

What should be stated and presented in this memorandum is that Mr. Wells' family and closest friends believe that Mr. Wells is innocent of the crimes for which he is being sentenced, and continue to support him.

Letters from Mr. Wells' wife, Nancy Wells, his son, Matt Wells, his brother Art Wells, his sister-in-law Mrs. Kay Wells, his brother-in-law, John Terry, and his long-time friend, Hank Pennington, are attached as Exhibit A.

In addition to their beliefs in Mr. Wells' innocence and testaments to Mr. Wells' character, these letters and the presentence report also address James Wells' numerous medical issues. Mr. Wells does request that this Court recommend that Mr. Wells serve his sentence where medical care is available, preferably FCI Terminal Island or FCI Sheridan.

DATED at Anchorage, Alaska this 1st day of July 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   rich_curtner@fd.org

Certification:
I certify that on July 1, 2014,
a copy of *James Wells' Sentencing Memorandum* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

/s/ Rich Curtner