Nancy J. Wells
P O Box ▮▮▮
Kodiak, AK 996▮▮
(907) 4▮▮▮▮▮▮▮

June 24, 2014

The Honorable Judge Ralph R. Beistline
US District Court for Alaska
222 West 7th Avenue #4.

Re: James Michael Wells, DOB: 06/24/1951

I have prayed and thought long and hard about how to write this letter. I have no idea why the good Lord allows evil things to happen to good people. That is a mystery that all humans struggle with and I believe won't truly be answered until we all face our final judge. I do know that God does not cause evil to happen but if we choose to trust Him and rely on His grace, He does use these situations for the ultimate glory of His name and for our ultimate good.

I have decided not to raise questions about how Jim could be convicted of a crime that he didn't commit. There are so many angry and bitter things that I could say, but to what purpose. I will let his attorneys deal with the legal system. Bitterness simply rots the vessel from within. So I have chosen instead to paint a truthful picture of the man I have been married to for 42 ½ years. I want the record to reflect some truthfulness, rather than just the caricature created by lies and innuendo.

First, Jim Wells is a good man, a good husband, a wonderful father and a faithful and loyal friend. When we were married the officiant said he prayed that as we grew as a couple and as individuals that Jim and I would remain friends. We did. Jim is my best friend and I miss him terribly. He isn't perfect, but then neither am I. Our life together has had good times and bad, but the good far outnumbers the other times. We made a commitment to each other. We raised 3 children who are all responsible and wonderful adults. Laughingly we used to tell them that we could never get a divorce because neither of us was willing to take them on by our self, so they were stuck with the both of us; humorous but very true. Jim's sense of humor is one of the things I love most about him. We can often glance across a room and both smile and know what the humor is we are seeing in a situation. He is a lot of fun and possesses patience that far surpasses mine. Our children and granddaughter can testify to that.

Jim has always had many talents and interests. To allege that his job defined him as a person is a joke to those who know him well. He chose his occupation and he worked hard to be good at it; but it changed and varied drastically over the years. Frankly, I don't know of any occupation that has not required people to adapt, learn and grow in the past 50 years. I think a bit of history is appropriate.

Jim joined the Navy on Dec. 31, 1969. He graduated high school during the Vietnam War when the motto for young men seemed to be, "pick a branch or we (the draft board) will pick one for you." He chose the Navy because they promised that if he would sign up for 6 years, they would guarantee him over 2 years of electronics schooling. He thought that with boot camp included, the war would have to be over before he finished school. I met him in 1970 when he was assigned to a Navy school in the San Francisco Bay Area. Unfortunately Jim miscalculated on the end of the war and got to spend 11 months in sunny Southeast Asia. He was assigned to the USS Mt. Katmai, an ammunition carrier, hauling ordinance and barrels of chemicals between Subic Bay and Vietnam. His "unique cluster of immunological disorders" is probably attributable to the chemicals he was exposed to during those months.

Jim was a electronic technician in the Navy specializing in cryptographic equipment. Crypto techs were required to have a specialty security clearance higher than a top secret clearance. It required an extensive background check, repeated at regular intervals. Jim finished his naval career working at the Naval Ground Electronics Unit at Alameda, CA. We had a toddler and had purchased a beautiful piece of property north of Spokane, WA. One week before his discharge he met a Coast Guard Chief who took one look at the patch on Jim's arm and said, don't you want to join the Coast Guard. Jim replied that the only reason he would join the Coast Guard would be to go to Alaska. Alaska and Scotland had always been the only two places he had listed on his navy dream sheets. The Chief called the detailer and Jim came home asking how I felt about going to Kodiak, "only for 2 years, honey." I remember asking what the heck was a Kodiak.

So in April 1978 we moved to Kodiak and Jim began duty on the USCGC Storis. Jim loved Kodiak and he loved the Coast Guard. He left the Storis and went to COMMSTA Kodiak in 1980. At the beginning he traveled "red tail" airlines (USCG C-130) and maintained the microwave systems linking the isolated Loran Stations with the COMMSTA. Then he became Mr. SARSAT. It is hard to imagine now, but there used to be great sections of the world with no radio coverage, let alone phone coverage. Planes and ships could disappear in the vast expanse and never be heard from again. One of the last cooperative projects between the US and the old Soviet Union was the Satellite Aided Search and Rescue System, SARSAT. Canada and France were the other partners. The Coast Guard was responsible for two of the terminal sites located at COMMSTA Kodiak and COMMSTA San Francisco.

The system required the installation of a different type of antenna and a room full of computer components. Jim was in charge of the installation, training, maintenance and operation in Kodiak. That was of course in addition to being the electronic chief responsible for the receiver site at Holiday Beach. To put it bluntly I used to joke that I lived in Kodiak and Jim visited. In 5 ½ years he averaged being away from home 3-4 months total per year. I complained. He didn't. When we arrived in Kodiak in 1978 king crab was king and safety equipment was negligible. The port of Kodiak averaged 2 boats and all crew members lost per month, every month, every year. In the early 1980's the Coast Guard started to make a difference in those horrible statistics. Jim was proud of being part of that.

In 1983 we were transferred from Kodiak to COMMSTA San Francisco, located in Point Reyes Station, CA. The choice was simple, this was the other SARSAT site. It should have been a choice duty. Unfortunately, it wasn't. For Jim the nervous breakdown of his supervisor resulted in Jim's marks being reduced so substantially it looked like Jim must have had a lobotomy. When Jim requested an explanation, the rationale provided held him responsible for things that occurred before Jim had even received orders to COMMSTA SF. The reason I mention this is because Jim appealed his marks to Admiral Costello. Every active duty Coast Guardsman has the right to appeal to the admiral, few do and Jim was one of the rarest ones. Admiral Costello ordered a review and redo of Jim's marks. Jim knew then how to assert his rights in the face of discriminatory actions by a supervisor just as he knew his rights as a civil service employee.

In 1987 Jim was transferred to the Ship Repair Detachment in Seattle, WA. Within 2 weeks of arriving he had his first episode of anaphylaxis. We had no idea what was happening. He started to get hives, and it was 911 time within minutes. These episodes continued and medical gave him a bee sting kit to carry since they had no idea what was causing them. We had more harrowing trips to the ER and no answers until Jim was transferred to one of the Polar boats. They were headed to Antarctica and Jim asked the ship's Physician Assistant to order him a new bee sting kit, since his would expire during the voyage. The PA said not a problem, there are no bees in the Antarctic. Jim had to explain that it wasn't bees that were the problem, it was just having anaphylactic reactions. That led to a quick review of his medical record and a visit with the Captain who said on any voyage accidents meant there was a good chance of bringing someone back in the freezer, and there was no way he was going to start a voyage with someone who had a life threatening condition that medical couldn't explain. That led to Jim seeing specialists, a diagnosis of idiopathic anaphylaxis, and a medical board determination that he was not fit for overseas duty. Since he had over 18 ½ years of active duty, he had to be

allowed to complete his 20 years for retirement, but no more. Medical recommended that Jim be moved out of the Seattle area since they could not guarantee that his anaphylaxis was not the result of something he was coming into contact with in the area. In the "logic" of the Coast Guard Jim was told he could be transferred to the USCG station closest to his home of record. Our home of record was Kodiak, Alaska. Unfortunately, the CG considered Kodiak an overseas duty station and the medical officer in charge in Kodiak would not waive the requirement that Jim pass the overseas physical. Even though there is only one treatment for anaphylaxis, it didn't matter. Jim appealed through the system, even enlisting the aid of Senator Ted Stevens, who investigated, tried influence and was forced to conclude that the medical officer was standing on his right to be an obstructive bureaucrat.

We remained in the Seattle area until Jim completed his 20 years and then the CG moved us back to Kodiak, which is just one of the 50 states in retirement. Four months later, after twice being the only individual in the US to apply for the antenna mechanic position, Jim went to work for the CG as a civilian employee. He was a good employee and his record speaks for itself. The DA's office had to work hard to find blemishes in his record. He never claimed to be perfect, and he was certainly not working in a perfect system. His "mistakes" were in putting the good of the CG and public safety above the interests of "supervisors." Ask anyone who he trained in the 34 years of service to the CG what was Well's number one priority; if they answer honestly it will be "safety." He cared. He may not have liked them, he may not have agreed with them, but he always put their safety first. He was old school military that way. He shared that trait with Rich Belisle and Jim Hopkins. They didn't have to be best friends, or share interests or agree amongst themselves; but they belonged with and to each other. They worked together and that work was oftentimes dangerous. They watched out for each other. The irony is that Jim would have protected them at the cost of his own life. I believe that they would have done the same for him and for each other. They were all old military types. Jim didn't harm them and had he been there he would be dead, too.

There was so little presented during the trial of who Jim the person is. Most of what was presented was slanted to the point of distortion or outright lies. The disgruntled employee is a fiction. Jim was extremely ill the winter of 2011-2012. He didn't talk about it at work. He never talked outside of the family about his health even with close friends. We had no idea what was wrong, given his health history and that of his family, he was concerned about living, not that he keep working. He did not know if his pancreas was failing, if he had cancer, or if he had developed some other new and horrible disorder. We had planned for over a year to take our children and grandchild on a trip in January 2012 to celebrate our 40th wedding anniversary. Jim made the decision that we go as planned. He always believed in making memories, good memories. He was able to go with nausea medication that is typically given to individuals on extreme chemotherapy regime. We went praying that the gall bladder tests he had at the end of December were correct and that surgery would help; knowing that his doctor was unsure.

The NATE conference in 2012 was never an option for Jim. He was too ill to even consider going. His surgery was scheduled as close to our return from our family trip as it could be. As far as his reaction to being given a letter of reprimand by the CO for allegedly misusing a government fuel card, if Jim had felt anything other than disappointment in the poor judgment of the command he could have availed himself of the appeals processes available through the civil service system. Given all that he had been through that winter, worrying about his job was not a top priority.

Jim is a talented photographer and he always intended to more fully develop that business after he retired. He has always been an involved father and he loves his grandchild dearly. He wanted to spend more time with his family. They were and are his number one priority. We had lived through my cancer, parents' deaths, my mother's diagnosis of Alzheimer's and how to spend the remainder of our lives was our pressing concern. Jim did not NEED to continue working. He was considering retirement. Was he discussing this at work? No. Was he discussing this with family and very close friends? Yes.

There are two reasons why I am absolutely certain that Jim is innocent of this crime. First, Jim spent his entire life making the safety of others his priority; it just became intrinsic to who he is. I believe that started essentially at the beginning of his career. The safety necessary to work on the old electronic systems was irrevocably reinforced a lifetime ago in Subic City, Philippines. When Jim was in the Navy being a responsible, non-drinker earned him the "privilege" of being permanently assigned to ship's shore patrol duty. He hated shore patrol in Subic City. The reprehensible behaviors, the degradation of human beings was something he found extremely repugnant. When he shared stories about those times, they were short, and his attitude was typically one of either compassion or disgust, sometimes a combination of both. Those shared memories all paled however to one incident that he shared with such a voice of horror and helplessness that I never forgot it. He started by explaining that US service men on shore patrol could not interfere with the local law "enforcement" in Subic City. This was during the time Marcos declared martial law. The people living in the City were poor, not American on welfare poor, but desperately struggling to eat poor. One day Jim watched as a young boy, 9 or 10, ran by a market stall and snatched a wrist watch, just a small item. The owner yelled and a local militiaman pulled out a gun and shot the child without hesitation. That child bled out and died there in the street and Jim had to watch and there was nothing that he could do. Jim saw firsthand how easily a society can disregard the value of human life. Whenever he was asked about spending time overseas, he would always talk about how blessed it is to live in a country where a life is considered sacred. Take a life, take two lives over alleged disgruntlement? Idiotic especially since the "source" of irritation was neither Rich nor Jim Hopkins. Chief Rechner was the self-appointed thorn in Jim's life. Unless I am mistaken Chief Rechner was alive, well and lying on the witness stand during the trial.

Finally, I know Jim is innocent because he said he had nothing to do with these murders. You see, in all the years I have known him, Jim Wells has never told me a lie. There have been times when he has withheld information. But if I have had the courage to ask the question, no matter how much he has known that the answer would hurt me, could damage our relationship or that I would intensely dislike it, he has always told me the truth. Jim Wells doesn't tell lies. Actually, telling the truth makes life so much simpler. So Jim knows the truth, I know the truth, his children, close family members know the truth and his closest friends know the truth. There are many in our community who know the truth. There is also a murderer or murderers out there that know the truth; but most importantly GOD knows the truth.

I trust God and my faith resides with the Lord because ultimately He always reveals the truth. I simply pray that the truth is revealed sooner rather than later. Until that time, we will abide in God's love and pray for all those who have been affected by this tragedy, for those who are innocent victims and for those whose actions and words merit our forgiveness.

Sincerely,

*Nancy J. Wells*
Nancy J. Wells

Matthew J Wells


Saint Helens, OR 97

June 25, 2014

Honorable Judge Beistline
US District Court
Anchorage, AK 99501

Dear Judge Beistline,

I never would have imagined I would be writing a letter in this situation.  After sitting through a week of my father's trial it became very clear that the US District Attorney's office cared little for the truth, they cared only about convicting my father of these crimes.

What was not talked about is the good character of my father and the reputation he has built over the course of his lifetime.  The DA's clearly only wanted to present a microscope's view of my father's life to support their theory of the case.  They did not want the jury to hear about his years of service to this country, both enlisted and as a civilian.  They did not want the jury to hear about the loving father and husband who got up every morning to start a fire in a cold house or make breakfast for his children before school.  No they did not want the jury to hear about the man who taught his children to leave something better than when they found it, and to acknowledge and reward the hard work of others.

Out of the many pains we have endured as a family over the course of this debacle, what pains me the most is the thought my son may never learn life's valuable lessons from his grandfather.  I credit where I am in my life to all of the lessons and teachings my father passed along to me, and I hope I can pass a fraction of those on to my son.

Ultimately I do not believe my father had anything to do with what happened that day and the actual evidence, or lack thereof, supports my belief.  I believe the jury demanded he prove himself innocent and not that the prosecution prove him guilty.  As such we have taken a horrible tragedy and somehow compounded it to make it even worse.

Respectfully,

*Matthew J Wells*

Matthew J Wells

June 20, 2014

Honorable Judge Beistline

U.S. District Court

Anchorage, Alaska

Your Honor,

Jim has asked friends to write the court on his behalf. I believe he is expecting a flood of negativity from those who are ignorant or misguided at his sentencing. Since he is not guilty, some of the comments will be difficult for him to listen to.

For me, it is difficult to know what to say.

Since I am his older brother, I have known him all his life. We were close as children. As we have grown older, our views differ to some extent. And that is ok.

I do know several things about him. I know that he is honest. He cares about others. As an example, look to see who plays Santa Claus each Christmas on Kodiak. He is not capable of the crimes with which he is charged. This I know.

He does not know at the moment all the reasons why the events of the past two years have happened. I assure you and it is most remarkable, that he bears no malice. That is not his style or way of being.

I admire his ability to live day by day staying centered and balanced and I look forward to time when this personal trial is over and the truth can be made known.

I love him and I am proud to call him my brother.

Sincerely,

Art Wells

June 20, 2014

Honorable Judge Beistline

U.S. District Court

Anchorage, Alaska

Your Honor,

I am writing to you on behalf of my brother-in-law James Michael Wells. I am married to Jim's older brother and Jim is married to my younger sister. I have known Jim since he was in high school many years ago.

I know in my heart and soul that Jim is innocent. He has always been a kind, gentle and above all else honest person. He is a man who would choose to forgive and move on in the face of anger and discord. I have seen him do that many times. He is a good man, a good husband, a good father and grandfather.

Something has gone terribly wrong with our Justice System for this outcome to have occurred. James Michael Wells is innocent and Truth and Justice have not been served in this case. There is still a murderer in our midst. Nothing has been solved.

I am extremely saddened by this verdict, not just for Jim and our families, but for the victims and their families too. Truth can be painful but it is important to the healing process and to Justice. There seems to me to be far more questions to be asked than have been answered.

Thank you for your time in reading this.

Sincerely,

*Kay Wells*

Mrs. Kay Wells

To Honorable Judge Beistline

My name is John (Jack) Terry. I am Jim Wells brother-in-law. Nancy Wells is my older sister. They, last year, celebrated their fortieth wedding anniversary. That gives you a time line, on how long I have known Jim. He is a very caring husban, father, uncle and good friend. I think of Jim, as a brother. He and Nancy, have raised three great children, to be proud of. Their children are now raising Grandchilden in the same loving and caring manner, as they were raised. It breaks my heart to have Jim, in this situation.

I know the verdict has read. I personally do not believe that Jim was responsible for this horrid crime. When we heard of the murders, and that Jim was not present, at the riggers shack, we prayed to God, that he was spared, and prayed for the victims and their families. Jim Wells has been very special in my life and my families life. He is my youngest daughters - God-father. I do not believe, Jim, has the anger or malice of heart, to harm anyone.

He is the last person, I would ever think of harming anyone.

Jim loves people and life. He has been Santa Claus in Kodiak for years. He has served his country, honorably. I wonder if that can be said for his main accuser, Chief Scott Rechner. Rechner has, without his superiors knowledge, traded and sold guns in the rigger shack, a federal violation. Chief Rechner also, took the weapons from the Hopkins home, before F.B.I. searchs, and took the weapons to his home. This should raise red flags, it seems it did not.

As you can see, I am upset with the verdict. I know I was not there, at the crime. Only God, the victims and the murderer, know the truth. It would be a lot easier to except the verdict, if there was solid proof. Circumstancial evidence, leaves too many unanswered questions.

Thank you for the opportunity to express my feelings for Jim Wells.

God bless you and all of us
Josh Perry

20 June 2014

Honorable Judge Beistline
US District Court
Anchorage, Alaska

Dear Sir,

I'm writing on behalf of James Wells. While my wife and I heartily believe he's innocent, this is not the time to make those points.

Instead I am addressing his upcoming sentencing.

My wife and I have been friends with Jim and his family for twenty years and know all of them well. We are deeply concerned about Jim's wellbeing and health in incarceration. His health is fragile and challenging, and I hope your choice of venue for his sentence will be a facility that can adequately and responsively meet his health needs. He's also a very peaceful person, or as my wife refers to him, a "gentle soul." I further hope that the venue for his incarceration does not destroy that in him.

Thank you for your consideration.

Sincerely,

Hank Pennington
Kodiak, Alaska