To the Honorable Judge Beistline, U.S. District Court, Anchorage, AK,

For as long as I can remember, I have believed that the American justice system was fair. I believed that our nation's prosecutors pursued truth and justice and that our nation's law enforcement officers worked tirelessly to solve crimes and keep the public safe. I no longer believe those things to be true.

I now know that our justice system is inherently unfair and error-prone, that some prosecutors are far more concerned with winning a conviction than they are with truth or justice, and that some members of law enforcement will do anything to close cases and hide their own errors from the public eye.

But I do have some beliefs that remain intact – unshaken – by the recent conviction of James Wells. I believe my Uncle Jim is a good man, a kind man, a caring man who is fundamentally incapable of the crimes that have been wrongfully attributed to him. He is a quiet and gentle man, with a dry and sometimes unexpected sense of humor. (Yes, Uncle Jim, I still like Hawaiian punch. Aloha!)

I know that my belief in my uncle's goodness and his innocence will have no impact on the sentence to be handed down today. I don't care. What I do care about is that no matter what some prosecutors and law enforcement officers would have you believe, his real friends and family know the truth. We love you Uncle Jim and we believe in you!

Sincerely,

Melinda Kirkland

█████████████████
████████ CA 93422

To the Honorable Judge Beistline,

U.S. Districk Court, Anchorage AK

I am writing this letter with the full understanding that it will not impact the sentencing of my Uncle Jim Wells. I am writing this letter for him. I have had my belief in the justice system shaken to the core. My uncle, an innocent man, has been convicted of a crime he did not commit, by lies and false accusations. I do not want those lies and false accusations to be the only thing heard at his sentencing. I want everyone to know the kind and loving uncle he has always been to me. The uncle who never raised his voice but always made me laugh. The Uncle that flew far for my wedding to take my pictures and would not let me give him a dime. He has always been there for me and now it is my turn to be there for him. I love him. I believe in him. I believe he is innocent. There is nothing that can be said that will ever make me believe otherwise. I will continue to pray that this nightmare will end and that an innocent man be set free.

Sincerely,

Jessica Taylor