```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.   JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-RRB
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:             NANCY LEALAISALANOA

OFFICIAL REPORTER:                 NOT PRESENT

UNITED STATES ATTORNEY:            KAREN LOEFFLER
UNITED STATES ATTORNEY:            BRYAN D. SCHRODER
UNITED STATES ATTORNEY:            KATHLEEN ANN DUIGNAN

DEFENDANTS ATTORNEY:               F. RICHARD CURTNER
DEFENDANTS ATTORNEY:               PETER OFFENBECHER

U.S.P.O.:                          MARCI LUNDGREN - TELEPHONIC

PROCEEDINGS: IMPOSITION OF SENTENCE HELD JULY 8, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of Life term on Counts 1 and 3 to be served concurrent to each other and consecutive to all other terms; Life term on Counts 2 and 4 to be served concurrent to each other and consecutive to all other terms; Life term on Count 5 to be served consecutive to all other terms; and Life term on Count 6, to be served consecutive to all other terms. No Supervised Release imposed.

_X_ Restitution Hearing set for **September 10, 2014 at 1:15 p.m.** Parties to file briefing re restitution by **August 29, 2014.**

_X_ Special Assessment $ 600.00 , due immediately.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

At 9:42 a.m. court adjourned.

DATE:         July 8, 2014        DEPUTY CLERK'S INITIALS:    NXL

Revised 5-29-14