Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR LEAVE TO APPOINT CJA COUNSEL** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Rich Curtner, Federal Defender for the District of Alaska, as counsel for defendant James Michael Wells, asks this Court on shortened time for an order permitting the Federal Defender to withdraw as counsel of record and for leave to appoint CJA Counsel.

This motion is based upon the declaration of counsel filed herewith.

DATED at Anchorage, Alaska this 23rd day of July 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:   907-646-3480
E-Mail:   rich_curtner@fd.org

Certification:
I certify that on July 23, 2014
a copy of the *Motion to Withdraw as Counsel of Record and Request for Leave to Appoint CJA Counsel* was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov


/s/ Rich Curtner