UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

      After due consideration of defendant's Motion on Shortened Time to Withdraw as Counsel of Record and Request for Leave to Appoint CJA Counsel, the motion is GRANTED.

      IT IS HEREBY ORDERED that the Federal Defender for the District of Alaska is withdrawn as counsel for Mr. Wells.

      IT IS FURTHER ORDERED that the Office of the Federal Public Defender is directed to appoint substitute counsel from the CJA Panel list to represent James Wells.

      DATED this \_\_\_\_\_ day of July 2014, in Anchorage, Alaska.

                                          RALPH R. BEISTLINE
                                          U.S. DISTRICT JUDGE