Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Rich Curtner, declare under penalty of perjury that the following is true:

1. I am the attorney of record for James Wells in the above-styled matter.

2. Mr. Wells' imposition of sentence occurred on July 8, 2014 (Docket No. 683). His judgment was issued July 9, 2014 (Docket No. 684).

3. Mr. Wells intends to file an appeal of his sentence and judgment with the Ninth Circuit Court of Appeals.

4. Mr. Wells is presently incarcerated at the Anchorage Jail in Anchorage, Alaska.

5. The purpose of this motion is to ask that the Federal Defender for the District of Alaska be permitted to withdraw as counsel of record, and for leave to appoint CJA counsel to represent Mr. Wells on appeal to the Ninth Circuit.

6. This motion is being filed on shortened time because counsel has filed a notice of appeal concurrently with this motion.

DATED at Anchorage, Alaska this 23rd day of July 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    rich_curtner@fd.org

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:
I certify that on July 23, 2014,
a copy of the *Declaration of Counsel*
was served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov

/s/ Rich Curtner