Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Notice is hereby given that James Michael Wells, appeals to the United States Court of Appeals for the Ninth Circuit from the

    ( )    Conviction only (Fed.R.Crim.P. 32(b))

    (X)    Conviction and sentence

    ( )    Sentence only (18 U.S.C. § 3742)

Judgment was entered on this action on: July 9, 2014.

Sentence imposed: Life Imprisonment.

Transcript required (yes or no): Yes.

If yes, date ordered or to be ordered: Six Weeks.

DATED at Anchorage, Alaska this 23rd day of July 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on July 23, 2014,
a copy of the **Notice of Appeal** was
served electronically on:

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov

/s/ Rich Curtner