IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:13-cr-0008-RRB |
| vs. | |
| JAMES MICHAEL WELLS, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| Defendant. | |

After due consideration of the Motion on Shortened Time to Withdraw as Counsel of Record and Request for Leave to Appoint CJA Counsel at **Docket 686,** the motion is **GRANTED.**

**IT IS HEREBY ORDERED** that the Federal Defender for the District of Alaska is withdrawn as counsel for Mr. Wells. **IT IS FURTHER ORDERED** that the Office of the Federal Public Defender is directed to appoint substitute counsel from the CJA Panel list to represent James Wells on appeal to the Ninth Circuit.

**IT IS SO ORDERED** this 23rd day of July, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE