| USDCA 435 (Rev. 07/14) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| Read Instructions Page | | |

| 1. NAME: Davina T. Chen | 2. PHONE NUMBER: (323) 474-6390 | 3. DATE: 08/07/2014 | |
|---|---|---|---|
| 4. MAILING ADDRESS: P.O. Box 9176 | 5. CITY: Glendale | 6. STATE: CA | 7. ZIP CODE: 91226 |
| 8. CASE NUMBER: CR 13-0008/CA14-30146 | 9. JUDICIAL OFFICIAL: Ralph J. Beistline | DATES OF PROCEEDINGS | |
| | | 10. FROM 2-19-13 | 11. TO 07-08-14 |
| 12. CASE NAME: U.S. v. James Michael Wells | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Anchorage | 14. STATE Alaska |

15. ORDER FOR
☒ APPEAL ☒ CRIMINAL ☒ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☒ OPENING STATEMENT (Plaintiff) | | | |
| ☒ OPENING STATEMENT (Defendant) | SEE | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | ATTACHED | ☒ PRE-TRIAL PROCEEDING (Specify) | |
| ☒ CLOSING ARGUMENT (Defendant) | LIST | | |
| ☒ OPINION OF COURT | | | |
| ☒ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | | | |
| ☒ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page ☐ | ☐ | NO. OF COPIES | | |
| 14 DAY | $4.25 per page ☐ | ☐ | NO. OF COPIES | | |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE [signature]

PROCESSED BY

19. DATE 08/07/2014

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)
DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# Transcript Designation List

## *United States v. James Michael Wells*
### D. Alaska, CR No. 13-00008-RRB-1
### Ninth Circuit , CA No.  14-30146

By:   Davina T. Chen, CJA Attorney for James Michael Wells
Law Office of Davina T. Chen
P.O. Box 9176
Glendale, CA 91226
phone:   (323) 474-6390
fax:   (323) 345-6380
davina@davinachen.com

| Date | Dkt | Proceeding |
|---|---|---|
| 02-19-13 | 11 | Arraignment [before Hon. John D. Roberts] |
| 03-13-13 | 34 | Hearing on Joint Motion to Continue Trial and Declare Case Complex |
| 04-05-13 | 42 | Motion Hearing on Motion to Compel  [before Hon. John D. Roberts] |
| 04-29-13 | 55 | Status Conference/Hearing on Motion for Reconsideration [before Hon. John D. Roberts] |
| 05-10-13 | 73 | Hearing re Notice of Objections  [before Hon. John D. Roberts] |
| 05-14-13 | 75 | Status Conference |
| 05-20-13 | 81 | Bail Review Hearing  [before Hon. John D. Roberts] |
| 06-12-13 | 92 | Status Conference  [before Hon. John D. Roberts] |
| 07-22-13 | 95 | Status Conference |

| | | |
|---|---|---|
| 07-29-13 | 99 | Status Conference [before Hon. John D. Roberts] |
| 08-29-13 | 119 | Status Conference [before Hon. John D. Roberts] |
| 10-16-13 | 147 | Status Conference [before Hon. John D. Roberts] |
| 10-21-13 | 152 | Oral Argument on Objections to MJ Order [before Hon. John D. Roberts] |
| 10-21-13 | 154 | Status Conference |
| 11-18-13 | 177 | Evidentiary Hearing on Objections to Magistrate Judge Order [before Hon. John D. Roberts] [previously transcribed] |
| 12-16-13 | 206 | Motion Hearing [before Hon. John D. Roberts] [previously transcribed] |
| 12-16-13 | 209 | Status Conference |
| 01-14-14 | 265 | Motion Hearing [before Hon. John D. Roberts] [previously transcribed] |
| 01-29-14 | 290 | Status Conference [before Hon. John D. Roberts] |
| 02-11-14 | 313 | Hearing on Motion to Continue Trial |
| 02-19-14 | 323 | Hearing on Government's Motion for Reconsideration [before Hon. John D. Roberts] |
| 03-03-14 | 333 | Bail Review Hearing [before Hon. John D. Roberts] |
| 03-10-14 | 341 | Hearing on Motion In Limine to Exclude Expert Testimony of Daniel Reisberg [before Hon. John D. Roberts] |
| 03-17-14 | 367 | Hearing to Determine Representation [before Hon. John D. Roberts] |

| | | |
|---|---|---|
| 03-24-14 | 380 | Final Pretrial Conference |
| 03-31-14 | 508 | Jury Trial Day 1 [all proceedings, including voir dire] |
| 04-01-14 | 541 | Jury Trial Day 2 [all proceedings, including opening statements] |
| 04-02-14 | 546 | Jury Trial Day 3 [all proceedings] |
| 04-03-14 | 547 | Jury Trial Day 4 [all proceedings] |
| 04-07-14 | 559 | Jury Trial Day 5 [all proceedings] |
| 04-08-14 | 561 | Jury Trial Day 6 [all proceedings] |
| 04-09-14 | 565 | Jury Trial Day 7 [all proceedings] |
| 04-10-14 | 571 | Jury Trial Day 8 [all proceedings] |
| 04-11-14 | 572 | Jury Trial Day 9 [all proceedings] |
| 04-14-14 | 595 | Jury Trial Day 10 [all proceedings] |
| 04-15-14 | 605 | Jury Trial Day 11 [all proceedings] |
| 04-16-14 | 642 | Jury Trial Day 12 [all proceedings] |

| | | |
|---|---|---|
| 04-17-14 | 647 | Jury Trial Day 13<br>[all proceedings] |
| 04-18-14 | 653 | Jury Trial Day 14<br>[all proceedings] |
| 04-21-14 | 656 | Jury Trial Day 15<br>[all proceedings] |
| 04-22-14 | 661 | Jury Trial Day 16<br>[all proceedings] |
| 04-23-14 | 664 | Jury Trial Day 17<br>[all proceedings] |
| 04-24-14 | 666 | Jury Trial Day 18<br>[all proceedings, including closing arguments and jury instructions] |
| 04-25-14 | 668 | Jury Trial Day 19<br>[all proceedings] |
| 07-08-14 | 683 | Imposition of Sentence |