# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __14-30146__  U.S. District Court # __13-00008-RRB-1__

Short Case Title __U.S. V. James Wells__

Date Notice of Appeal Filed by Clerk of District Court __7/23/2014__

**Section A - To Be Completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| See attached list | | VOIR DIRE |
| See attached list | | OPENING STATEMENTS |
| See attached list | | SETTLEMENT INSTRUCTIONS |
| See attached list | | CLOSING ARGUMENTS |
| See attached list | | JURY INSTRUCTIONS |
| See attached list | | PRE-TRIAL PROCEEDINGS |
| See attached list | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __08/07/2014__  Estimated Date for Completion ____

Signature of Attorney __[signature]__  Phone Number __(323) 474-6390__

Address __P.O. Box 9176, Glendale CA 91226__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
    (Signature of Court Reporter)

( ) Arrangements for payment were made on ____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages ____  Due Date ____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed ____  Court Reporter's Signature ____

# Transcript Designation List

## *United States v. James Michael Wells*
## D. Alaska, CR No. 13-00008-RRB-1
## Ninth Circuit , CA No.  14-30146

By:   Davina T. Chen, CJA Attorney for James Michael Wells
      Law Office of Davina T. Chen
      P.O. Box 9176
      Glendale, CA 91226
      phone:      (323) 474-6390
      fax:        (323) 345-6380
      davina@davinachen.com

| Date | Dkt | Proceeding |
|---|---|---|
| 02-19-13 | 11 | Arraignment [before Hon. John D. Roberts] |
| 03-13-13 | 34 | Hearing on Joint Motion to Continue Trial and Declare Case Complex |
| 04-05-13 | 42 | Motion Hearing on Motion to Compel  [before Hon. John D. Roberts] |
| 04-29-13 | 55 | Status Conference/Hearing on Motion for Reconsideration [before Hon. John D. Roberts] |
| 05-10-13 | 73 | Hearing re Notice of Objections  [before Hon. John D. Roberts] |
| 05-14-13 | 75 | Status Conference |
| 05-20-13 | 81 | Bail Review Hearing  [before Hon. John D. Roberts] |
| 06-12-13 | 92 | Status Conference  [before Hon. John D. Roberts] |
| 07-22-13 | 95 | Status Conference |

1

| | | |
|---|---|---|
| 07-29-13 | 99 | Status Conference [before Hon. John D. Roberts] |
| 08-29-13 | 119 | Status Conference [before Hon. John D. Roberts] |
| 10-16-13 | 147 | Status Conference [before Hon. John D. Roberts] |
| 10-21-13 | 152 | Oral Argument on Objections to MJ Order [before Hon. John D. Roberts] |
| 10-21-13 | 154 | Status Conference |
| 11-18-13 | 177 | Evidentiary Hearing on Objections to Magistrate Judge Order [before Hon. John D. Roberts] [previously transcribed] |
| 12-16-13 | 206 | Motion Hearing [before Hon. John D. Roberts] [previously transcribed] |
| 12-16-13 | 209 | Status Conference |
| 01-14-14 | 265 | Motion Hearing [before Hon. John D. Roberts] [previously transcribed] |
| 01-29-14 | 290 | Status Conference [before Hon. John D. Roberts] |
| 02-11-14 | 313 | Hearing on Motion to Continue Trial |
| 02-19-14 | 323 | Hearing on Government's Motion for Reconsideration [before Hon. John D. Roberts] |
| 03-03-14 | 333 | Bail Review Hearing [before Hon. John D. Roberts] |
| 03-10-14 | 341 | Hearing on Motion In Limine to Exclude Expert Testimony of Daniel Reisberg [before Hon. John D. Roberts] |
| 03-17-14 | 367 | Hearing to Determine Representation [before Hon. John D. Roberts] |

| | | |
|---|---|---|
| 03-24-14 | 380 | Final Pretrial Conference |
| 03-31-14 | 508 | Jury Trial Day 1 [all proceedings, including voir dire] |
| 04-01-14 | 541 | Jury Trial Day 2 [all proceedings, including opening statements] |
| 04-02-14 | 546 | Jury Trial Day 3 [all proceedings] |
| 04-03-14 | 547 | Jury Trial Day 4 [all proceedings] |
| 04-07-14 | 559 | Jury Trial Day 5 [all proceedings] |
| 04-08-14 | 561 | Jury Trial Day 6 [all proceedings] |
| 04-09-14 | 565 | Jury Trial Day 7 [all proceedings] |
| 04-10-14 | 571 | Jury Trial Day 8 [all proceedings] |
| 04-11-14 | 572 | Jury Trial Day 9 [all proceedings] |
| 04-14-14 | 595 | Jury Trial Day 10 [all proceedings] |
| 04-15-14 | 605 | Jury Trial Day 11 [all proceedings] |
| 04-16-14 | 642 | Jury Trial Day 12 [all proceedings] |

| | | |
|---|---|---|
| 04-17-14 | 647 | Jury Trial Day 13 [all proceedings] |
| 04-18-14 | 653 | Jury Trial Day 14 [all proceedings] |
| 04-21-14 | 656 | Jury Trial Day 15 [all proceedings] |
| 04-22-14 | 661 | Jury Trial Day 16 [all proceedings] |
| 04-23-14 | 664 | Jury Trial Day 17 [all proceedings] |
| 04-24-14 | 666 | Jury Trial Day 18 [all proceedings, including closing arguments and jury instructions] |
| 04-25-14 | 668 | Jury Trial Day 19 [all proceedings] |
| 07-08-14 | 683 | Imposition of Sentence |