DAVINA T. CHEN
Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390

Attorney for Defendant
JAMES MICHAEL WELLS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO TRANSCRIBE SEALED HEARINGS AND DELIVER TRANSCRIPTS TO COUNSEL, UNDER SEAL** |

James Michael Wells, by attorney Davina T. Chen, asks this court for an order that transcripts for the sealed portions of proceedings that occurred on March 17, 2014; April 15, 2014; April 17, 2014; and April 25, 2014, be prepared and delivered under seal to undersigned counsel for the purpose of Mr. Wells's appeal.

This request is appropriate because undersigned counsel is representing Mr. Wells on appeal, and access to a transcript of this hearing is essential to preparation of the appeal.

The request to unseal the status hearing is for transcription purposes only. Distribution of the transcript will be limited to appellant's counsel on the appeal to the U.S. Court of Appeals for the Ninth Circuit. Should the proceedings have occurred in the

presence of government counsel, government counsel should also have access to the transcripts.

Government counsel does not oppose this motion.

DATED this 13th day of August, 2014.

Respectfully submitted,

/s/ Davina T. Chen
P.O. Box 9176
Glendale, CA 91226
Ph:    (323) 474-6390
Fax:   (323) 345-6380
E-mail: davina@davinachen.com

**Certification:**
I certify that on August 13, 2014
a copy of the Motion to Transcribe
Sealed Proceedings and Deliver
Them, Under Seal, to Counsel
 was served electronically on:

Karen Loeffler
United States Attorney
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: Karen.Loeffler@usdoj.gov

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

/s/  Davina T. Chen

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                                      Page 2

Case 3:13-cr-00008-SLG   Document 694   Filed 08/13/14   Page 2 of 2