UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr00008-RRB-JDR<br><br>**PROPOSED ORDER** |

On consideration of the Defendant's Motion on Shortened Time to Transcribe Sealed Hearings and Deliver Transcripts to Counsel, under Seal, the motion is granted.

IT IS HEREBY ORDERED that the March 17, April 15, April 17, and April 25, 2014, hearings shall be unsealed so that they can be transcribed for purposes of appeal.

IT IS FURTHER ORDERED that the completed transcript shall be distributed only to counsel for defendant-appellant.

IT IS FURTHER ORDERED that any proceedings that were conducted in the presence of government counsel shall also be made available to government counsel.

DATED this _____ day of _____, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE