DAVINA T. CHEN
Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390

Attorney for Defendant
JAMES MICHAEL WELLS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>DECLARATION OF COUNSEL |

I, Davina T. Chen, hereby state and declare as follows:

1.　　I am the attorney appointed to represent James Michael Wells on his appeal from the above-entitled action.

2.　　I have been advised by the transcript office that portions of the proceedings from March 16, April 15, April 17, April 25, 2014, were sealed.

3.　　As this is a cold-record appeal, I require the transcripts of these proceedings to determine whether they raise or relate to any issue on appeal. The transcripts should, however, remain under seal. Therefore, I request that this Court order that the transcripts be prepared and delivered to me under seal, and that the proceedings remain under seal until further order of this Court.

4. On August 13, 2014, I spoke with United States Attorney Karen Loeffler. Ms. Loeffler advised me that she does not oppose this motion, on condition that government counsel be given access to any proceedings that were not conducted ex parte.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 13th day of August, 2014, in Los Angeles, California.

/s/ Davina T. Chen
P.O. Box 9176
Glendale, CA 91226
Ph:   (323) 474-6390
Fax:  (323) 345-6380
E-mail: davina@davinachen.com

**Certification:**
I certify that on August 13, 2014
a copy of the **Declaration of Counsel**
 was served electronically on:

Karen Loeffler
United States Attorney
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: Karen.Loeffler@usdoj.gov

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

/s/  Davina T. Chen