# Laura J. Taylor, PhD
523 SE 19th Avenue
Portland, Oregon 97214
Phone: (503)347-7894; E-mail: ljtaylorphd@comcast.net

---

**Education**

| | | |
|---|---|---|
| 2006 | | PhD, Economics<br>Colorado State University, Fort Collins, CO<br>Dissertation: "The Role of Informal Institutions in the Transition: How Households in Krasnodar, Russia are Coping with Change"<br>Advisor: Dr. J. Ron Stanfield |
| 2000 | | MA, Economics<br>DePaul University, Chicago, IL |
| 1994 | | BA (Honors), Economics; BA, Russian<br>Goucher College, Towson, MD |

**Academic Experience**

January 2012 – Present    Chair, International Studies Program
Willamette University, Salem OR

June 2009 – May 2012    Chair, Department of Economics
Willamette University, Salem OR

August 2005 – July 2012    Assistant Professor, Department of Economics
Willamette University, Salem OR

August 2012 – Present    Associate Professor, Department of Economics
Willamette University, Salem OR

    Courses taught: Principles of Microeconomics, Principles of Macroeconomics, Intermediate Macroeconomics, Comparative Economic Systems, Senior Seminar, College Colloquium

Spring 2001 – Fall 2005    Instructor, Department of Economics
Colorado State University, Fort Collins, CO

    Courses taught: Principles of Microeconomics, Principles of Macroeconomics, Intermediate Macroeconomics, Money and Banking, Recent Economic Thought, History of Economic Thought and Institutions

**Professional Experience**

June 2006 – Present    Forensic economic consultant, private practice

    Expert testimony provided in U.S. District Court (Alaska, Guam, Hawaii, Oregon), State Court (Alaska, Oregon, Washington), Military Courts-Martial

| | |
|---|---|
| December 1994 – 2000 | Office of Investigations and Audits<br>Chicago Board of Trade, Chicago, IL |

**Field Research and Outreach**

| | |
|---|---|
| Fall 2003 - Spring 2004 | Dissertation Research as an Independent Field Study<br>Krasnodar, Russia |
| June 2004 – August 2004 | Researcher<br>Pine Ridge Indian Reservation<br>Pine Ridge, SD<br>Principal Investigator: Dr. Kathleen Pickering |
| June 2003 – August 2003 | Researcher<br>Pine Ridge Indian Reservation<br>Pine Ridge, SD<br>Principal Investigator: Dr. Kathleen Pickering |
| Summer 2002 - Spring 2003 | Project Administrator, Survey Research<br>Grand Teton National Park and the National Elk Refuge<br>Jackson Hole, WY<br>Principal Investigator: Dr. Lynne Caughlan, USGS |
| Summer 2002 | Research Assistant, Colorado State University<br>Social Capital Project<br>Principal Investigator: Dr. J. Ron Stanfield |
| Fall 2001 | Researcher, Survey Research<br>Rocky Mountain National Park<br>Estes Park, CO<br>Principal Investigator: Dr. John Loomis |
| Summer 2001 | Research Assistant, Colorado State University<br>The Russian Revolution and the Russian Transition<br>Principal Investigator: Dr. J. Ron Stanfield |

**Peer-Reviewed Publications**

"Estimating Bias in the Inflation Forecasts of the OASDI Trustees Report," with Nathan Sivers Boyce, PhD, submitted for publication to the *Journal of Forensic Economics*, June 2011

"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of Alaska," *Journal of Forensic Economics*, 21(2), June 2010.
"The Financial Cost of an Involuntary Military Separation," with Paul C. Taylor, PhD, *Journal of Legal Economics*, 14(1), February 2007 (lead article).

"Forging New Relationships: Social Capital in the Transition," with Mary V. Wrenn, PhD, *Forum for Social Economics* 33(1), Fall 2003: 1-12 (lead article).

## Conference Papers and Presentations

September 2011 IARP Conference, Santa Barbara CA, invited speaker: "Making the most of the Vocational Expert – Economic Expert relationship" (co-presenter)

June 2011 WEA Conference, San Diego CA, panel chair: "Employment Discrimination in Forensic Economics"

June 2011 AREA Conference, Seattle WA, invited speaker: "Making the most of the Vocational Expert – Economic Expert relationship" (co-presenter)

March 2010 CPDE Conference, Las Vegas, NV, panel chair: "Fringe Benefits"

April 2009 CPDE Conference, Las Vegas, NV, panel chair: "Personal Injury Cases"

April 2009 AAEFE Conference, Las Vegas, NV, panel chair: "Business Practices in Forensics"

April 2006 WSSA Conference, Phoenix, AZ, paper presentation: "The Economist-Ethnographer"

January 2005 ASSA Conference, Philadelphia, PA, paper presentation: "The Experience of Ordinary Russians with Rapid Privatization"

July 2003 History of Economics Society Conference, Durham, NC, paper presentation: "Social Capital in the Social Sciences" (co-author)

January 2003 ASSA Conference, Washington, DC, paper presentation: "Forging New Relationships: Social Capital in the Transition" (co-author); panel chair: "Economic Inequality in Asia"

## Awards and Accomplishments

Curriculum Development Grant: Summer 2010

Atkinson Professional Development Grant: Summer 2007

Finalist, Professor of the Year 2006 – 2007: Willamette University

Professor of the Semester (Fall 2005, Fall 2006, Spring 2007, Fall 2007): Pi Beta Phi, Willamette University

Graduate Research Award 2002-2003: Department of Economics, Colorado State University.
Pass with Distinction 1999: Department of Economics, DePaul University. Mark received on each of three comprehensive exams taken in Microeconomics, Macroeconomics and History of Economic Thought.

Trustee 1994-1997: Elected for a three-year position on the Board of Trustees of Goucher College.

Restitution_000080

**University Service**
Retirement Plan Advisory Committee (2010 – present)
General Education Working Group (2009 – present)
Faculty Advisor, Mortar Board Honor Society (2007 – present)
Academic Status Committee (2006 – 2008, 2009 - 2010)
Faculty/Staff Campaign (2006 – 2007, 2010)

**Professional Organizations**
Member, National Association of Forensic Economics
    Member, NAFE Nominating Committee, Summer 2011
Member, American Academy of Economic and Financial Experts
Member, Past President (2010 – 2011), Collegium of Pecuniary Damages Experts

Restitution_000081

# List of Testimony (2008 – present)
## Laura J. Taylor, PhD

### 2008

| | | | |
|---|---|---|---|
| AD v. State of Alaska, et al | 3AN-05-12709 CI | deposition | plaintiff |
| Alves (Navy) | SSN redacted | sentencing | defense/pro bono |
| Asplund v. Stephens | 3AN-06-12773 CI | deposition | defense |
| Beck v. Beck | 4FA-07-879 CI | trial | NA/divorce |
| Becker (Coast Guard) | SSN redacted | sentencing | defense/pro bono |
| Cates (Army) | SSN redacted | sentencing | defense/pro bono |
| Fleener v. Fleener | 4FA-07-2761 CI | trial | NA/Divorce |
| Gall-Martin (Army) | SSN redacted | sentencing | defense/pro bono |
| Haynes (Army) | SSN redacted | sentencing | defense/pro bono |
| Ibarra (Army) | SSN redacted | sentencing | defense/pro bono |
| Johnson (Navy) | SSN redacted | sentencing | defense/pro bono |
| Kiefer (Navy) | SSN redacted | sentencing | defense/pro bono |
| Lacy v. USA | Cv. No. 06-0013 | deposition | defense |
| Mijares (Navy) | SSN redacted | sentencing | defense/pro bono |
| Miller (Coast Guard) | SSN redacted | sentencing | defense/pro bono |
| Mize (Navy) | SSN redacted | sentencing | defense/pro bono |
| Paskvan v. USA | 4:07-cv-0004-RRB | deposition | defense |
| Probert v. Probert | 4FA-07-2024 CI | trial | NA/divorce |
| Quintanillasaravia (Marines) | SSN redacted | sentencing | defense/pro bono |
| Rutledge v. USA | Cv. No. 06-00008 | trial | defense |
| Savage (Coast Guard) | SSN redacted | sentencing | defense/pro bono |
| Sharp (Army) | SSN redacted | sentencing | defense/pro bono |
| Simpson v. State Farm | NA/arbitration | arbitration | defense |
| Strickland, S. (Navy) | SSN redacted | sentencing | defense/pro bono |
| Strickland, J. (Navy) | SSN redacted | sentencing | defense/pro bono |
| Swick (Army) | SSN redacted | sentencing | defense/pro bono |
| Waites v. Infinity Insurance Company | 3AN-06-7028 CI | deposition, arbitration | defense |
| Walker (Navy) | SSN redacted | sentencing | defense/pro bono |
| Williams (Army) | SSN redacted | sentencing | defense/pro bono |
| Wright (Navy) | SSN redacted | sentencing | defense/pro bono |

### 2009

| | | | |
|---|---|---|---|
| Aiyetoro (Army) | SSN redacted | sentencing | defense/pro bono |
| Atwater et al and Walstrand et al. v. City of Homer | 3AN-07-8769 CI | trial | defense |
| Barnet (Navy) | SSN redacted | sentencing | defense/pro bono |
| Boughner (Army) | SSN redacted | sentencing | defense/pro bono |
| Chalmers (Navy) | SSN redacted | sentencing | defense/pro bono |
| C.M. v. State of Alaska, et al. | 3AN-07-11698 CI | trial | plaintiff |
| Garcia (Army) | SSN redacted | sentencing | defense/pro bono |
| Herndon (Navy) | SSN redacted | sentencing | defense/pro bono |
| Holmes (Navy) | SSN redacted | sentencing | defense/pro bono |
| Lintz (Navy) | SSN redacted | sentencing | defense/pro bono |
| McGrath (Navy) | SSN redacted | sentencing | defense/pro bono |
| McWhite (Navy) | SSN redacted | sentencing | defense/pro bono |
| Murns (Army) | SSN redacted | sentencing | defense/pro bono |
| Nix (Navy) | SSN redacted | sentencing | defense/pro bono |
| Noble (Navy) | SSN redacted | sentencing | defense/pro bono |
| Serranto (Navy) | SSN redacted | sentencing | defense/pro bono |
| Standridge (Navy) | SSN redacted | sentencing | defense/pro bono |
| Stewart v. Martin | King County No. 07-2-36853-1 | deposition (2), trial | plaintiff |

| | | | |
|---|---|---|---|
| Stewart v. Martin | King County No. 07-2-36853-1 | deposition (2), trial | plaintiff |
| Valldejuli (Navy) | SSN redacted | sentencing | defense/pro bono |
| Wright (Navy) | SSN redacted | sentencing | defense/pro bono |
| Zaun (Navy) | SSN redacted | sentencing | defense/pro bono |

2010

| | | | |
|---|---|---|---|
| Alfano v. BRP, Inc. | 2:08-cv-01704 | deposition | plaintiff |
| Barnet (Navy) | SSN redacted | sentencing | defense/pro bono |
| Bault (Army) | SSN redacted | sentencing | defense/pro bono |
| Berry v. Berry | 4FA-09-1965 CI | trial | NA/divorce |
| Bolt v. USA | F02-0021 CV | deposition | defense |
| Campbell (Navy) | SSN redacted | sentencing | defense/pro bono |
| Cobb (Army) | SSN redacted | sentencing | defense/pro bono |
| Chinn (Navy) | SSN redacted | sentencing | defense/pro bono |
| Eckert (Navy) | SSN redacted | sentencing | defense/pro bono |
| Edlin v. State Farm, et al. | Mult. County No. 0801-01215 | trial | plaintiff |
| Fellman v. Fellman | 4FA-09-2165 CI | trial | NA/divorce |
| Gonzalez (Army) | SSN redacted | sentencing | defense/pro bono |
| Guilmartin (Navy) | SSN redacted | sentencing | defense/pro bono |
| Hamilton (Navy) | SSN redacted | sentencing | defense/pro bono |
| Hayes (Navy) | SSN redacted | sentencing | defense/pro bono |
| Johnson v. USA | 07-00585 CV | deposition | defense |
| Koorndyk (Navy) | SSN redacted | sentencing | defense/pro bono |
| LaFrenz (Navy) | SSN redacted | sentencing | defense/pro bono |
| Maiden (Army) | SSN redacted | sentencing | defense/pro bono |
| Majanomejia (Army) | SSN redacted | sentencing | defense/pro bono |
| McCoy (Navy) | SSN redacted | sentencing | defense/pro bono |
| McMinn (Navy) | SSN redacted | sentencing | defense/pro bono |
| Morin v. Morin | 4FA-09-2949 CI | trial | NA/divorce |
| Nauman (Army) | SSN redacted | sentencing | defense/pro bono |
| Robb (Navy) | SSN redacted | sentencing | defense/pro bono |
| Roberson (Army) | SSN redacted | sentencing | defense/pro bono |
| Sherrill (Navy) | SSN redacted | sentencing | defense/pro bono |
| Skilbred v. Skilbred | 4FA-09-2763 CI | trial | NA/divorce |
| Stewert v. Stewart | 4FA-09-2106 CI | trial | NA/divorce |
| Thomas v. United Rentals Northwest, et al. | 08-2-40711-0 | deposition | plaintiff |
| Valdez (Navy) | SSN redacted | sentencing | defense/pro bono |
| Yelvington (Army) | SSN redacted | sentencing | defense/pro bono |

2011

| | | | |
|---|---|---|---|
| Abrahamson (Navy) | SSN redacted | sentencing | defense/pro bono |
| August v. Provident Life and Accident Ins. Co., et al. | 2:09-cv-01951 | deposition | plaintiff |
| Barnhill (Navy) | SSN redacted | sentencing | defense/pro bono |
| Beck v. Beck | 4FA-10-2527 CI | trial | NA/divorce |
| Brown (Navy) | SSN redacted | sentencing | defense/pro bono |
| Cain (Army) | SSN redacted | sentencing | defense/pro bono |
| Ceballos (Navy) | SSN redacted | sentencing | defense/pro bono |
| Cheatum (Navy) | SSN redacted | sentencing | defense/pro bono |
| De La Vega (Army) | SSN redacted | sentencing | defense/pro bono |
| Dillon v. Dillon | 4FA-10-1320 CI | trial | NA/divorce |
| Duff (Army) | SSN redacted | sentencing | defense/pro bono |
| Franks (Army) | SSN redacted | sentencing | defense/pro bono |
| Frederick (Navy) | SSN redacted | sentencing | defense/pro bono |
| Gillespie (Navy) | SSN redacted | sentencing | defense/pro bono |

List of testimony, Laura J. Taylor
Page 2 of 4

| | | | |
|---|---|---|---|
| Gransee (Navy) | SSN redacted | sentencing | defense/pro bono |
| Hetzel v. Golden Glen Creamery, Inc., et al. | Island County No. 09-2-00757-2 | deposition, trial | plaintiff |
| Jordan (Army) | SSN redacted | sentencing | defense/pro bono |
| Kingsbury (Navy) | SSN redacted | sentencing | defense/pro bono |
| Lehnert (Army) | SSN redacted | sentencing | defense/pro bono |
| Leland (Navy) | SSN redacted | sentencing | defense/pro bono |
| Lopez (Army) | SSN redacted | sentencing | defense/pro bono |
| Magee (Army) | SSN redacted | sentencing | defense/pro bono |
| Malik (Army) | SSN redacted | sentencing | defense/pro bono |
| Martin (Army) | SSN redacted | sentencing | defense/pro bono |
| Martin (Navy) | SSN redacted | sentencing | defense/pro bono |
| McClenden (Army) | SSN redacted | sentencing | defense/pro bono |
| Milligan (Navy) | SSN redacted | sentencing | defense/pro bono |
| Mitchell v. Stonebridge Realty Advisors, Inc., et al. | 3AN-09-11650 CI | deposition | defense |
| Morin v. Morin | 4FA-09-2949 CI | trial | NA/divorce |
| Muru (Navy) | SSN redacted | sentencing | defense/pro bono |
| Pemberton (Army) | SSN redacted | sentencing | defense/pro bono |
| Perkins (Army) | SSN redacted | sentencing | defense/pro bono |
| Pritchard (Navy) | SSN redacted | sentencing | defense/pro bono |
| Raymond (Army) | SSN redacted | sentencing | defense/pro bono |
| Smelley (Navy) | SSN redacted | sentencing | defense/pro bono |
| Stephens (Navy) | SSN redacted | sentencing | defense/pro bono |
| Thomas (Navy) | SSN redacted | sentencing | defense/pro bono |
| Tucker v. Cascade General, Inc., et al. | Cv. No. 09-1491 | deposition | defense |
| USA v. Spino | Cr. No 09-00071 | sentencing | prosecution |
| Wheaton (Navy) | SSN redacted | sentencing | defense/pro bono |
| Willis (Navy) | SSN redacted | sentencing | defense/pro bono |

<u>2012</u>

| | | | |
|---|---|---|---|
| Amaechi (Navy) | SSN redacted | sentencing | defense/pro bono |
| Amidon v. Semco Energy, Inc. | 3AN-11-5961 CI | deposition | defense |
| Bird (Navy) | SSN redacted | sentencing | defense/pro bono |
| Blumenthal (Army) | SSN redacted | sentencing | defense/pro bono |
| Bowen (Army) | SSN redacted | sentencing | defense/pro bono |
| Brandon (Army) | SSN redacted | sentencing | defense/pro bono |
| Breeds (Army) | SSN redacted | sentencing | defense/pro bono |
| Brown (Navy) | SSN redacted | sentencing | defense/pro bono |
| Castagna (Navy) | SSN redacted | sentencing | defense/pro bono |
| Champlin v. Champlin | 4FA-10-2260 CI | trial | NA/divorce |
| Crawford (Navy) | SSN redacted | sentencing | defense/pro bono |
| Creekmore (Navy) | SSN redacted | sentencing | defense/pro bono |
| Florea (Navy) | SSN redacted | sentencing | defense/pro bono |
| Frederick (Navy) | SSN redacted | sentencing | defense/pro bono |
| Frey (Navy) | SSN redacted | sentencing | defense/pro bono |
| Gill (Navy) | SSN redacted | sentencing | defense/pro bono |
| Gillaspie (Navy) | SSN redacted | sentencing | defense/pro bono |
| Haggins (Army) | SSN redacted | sentencing | defense/pro bono |
| Hernandez Perez (Navy) | SSN redacted | sentencing | defense/pro bono |
| Moore (Navy) | SSN redacted | sentencing | defense/pro bono |
| Natzke v. USA | 11-00579 | deposition | defense |
| Niccum (Army) | SSN redacted | sentencing | defense/pro bono |
| Parrish (Navy) | SSN redacted | sentencing | defense/pro bono |
| Phillips (Army) | SSN redacted | sentencing | defense/pro bono |
| Pitzer (Army) | SSN redacted | sentencing | defense/pro bono |

| | | | |
|---|---|---|---|
| Pugh (Navy) | SSN redacted | sentencing | defense/pro bono |
| Puma (Army) | SSN redacted | sentencing | defense/pro bono |
| Sandifer (Navy) | SSN redacted | sentencing | defense/pro bono |
| Schmidt (Army) | SSN redacted | sentencing | defense/pro bono |
| Shoemaker (Navy) | SSN redacted | sentencing | defense/pro bono |
| Skeate (Navy) | SSN redacted | sentencing | defense/pro bono |
| Stadther (Navy) | SSN redacted | sentencing | defense/pro bono |
| Sullivan v. Seattle Children's Hospital, et al. | King County No. 09-2-13898-2 | deposition | plaintiff |
| Thomas (Navy) | SSN redacted | sentencing | defense/pro bono |
| Treen (Navy) | SSN redacted | sentencing | defense/pro bono |
| Tumbaga v. USA | 3:06-cv-00247 | trial | plaintiff |
| Varney (Navy) | SSN redacted | sentencing | defense/pro bono |
| Willie (Army) | SSN redacted | sentencing | defense/pro bono |