Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>                       Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>MOTION FOR PETER OFFENBECHER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JAMES WELLS |

      Peter Offenbecher moves this Court for an order permitting Mr. Offenbecher to withdraw as counsel for Mr. Wells.

      Alaska Federal Public Defender Rich Curtner has been lead counsel for Mr. Wells since he was charged in the United States District Court for the District of Alaska in Case No. 3:13-00008-RRB-JDR in February 2013. Mr. Offenbecher appeared as co-trial counsel, second chair, for Mr. Wells on March 7, 2014. Dkt. No. 338. On April 25, 2014, after a four week jury trial,

Mr. Wells was found guilty as charged. Dkt. No. 672. Judgment was entered on July 9, 2014. Dkt. No. 684.

On July 23, 2014, Mr. Curtner filed a motion to withdraw as counsel and for the appointment of CJA counsel on appeal (Dkt. No. 686) and filed a Notice of Appeal on Mr. Wells' behalf. Dkt No. 688. That same day, the District Court granted the motion and ordered that the Office of the Federal Public Defender appoint substitute counsel to represent Mr. Wells on appeal to the Ninth Circuit. Dkt. No. 689. On August 1, 2014, CJA Panel Attorney Davina Chen was appointed to present Mr. Wells.

Undersigned counsel now therefore requests that the Court permit Mr. Offenbecher to withdraw as counsel for Mr. Wells.

DATED this 2nd day of September 2014.

                                                s/ Peter Offenbecher
                                              Peter Offenbecher
                                              SKELLENGER BENDER, PS

## CERTIFICATE OF SERVICE

I certify that on September 2, 2014, I electronically filed the Motion for Peter Offenbecher to Withdraw as Counsel of Record for Defendant James Wells (together with the proposed form of Order) with the Clerk of the United States District Court for the District of Alaska by using the appellate CM/ECF system, which will send notification of such filings to all attorneys of record.

DATED this 2nd day of September 2014.

s/ Jule Sprenger
Jule Sprenger
SKELLENGER BENDER, P.S.
Paralegal