Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Peter Offenbecher
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
(206) 623-6501

Attorneys for Defendant James Wells

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>                       Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PETER OFFENBECHER TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT JAMES WELLS |

       This Court has considered the Motion for Peter Offenbecher to Withdraw as Counsel of Record for Defendant James Wells, this proposed form of Order, and the records and pleadings already on file. It is therefore,

       ORDERED that the Motion for Peter Offenbecher to Withdraw as Counsel of Record for Defendant James Wells is GRANTED.

DATED this _____ day of _____ 2014.

                                                                  RALPH R. BEISTLINE
                                                                   UNITED STATES DISTRICT JUDGE

Presented By:


       s/ Peter Offenbecher
Peter Offenbecher, WSBA No. 11920
SKELLENGER BENDER, P.S.