FILED

SEP 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant - Appellant. | No. 14-30146<br><br>D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

    Court Reporter Nancy Lealaisalanoa's motion for an extension of time to file the reporter's transcript is granted. This order waives the mandatory fee reduction provided the transcripts are filed within the time allowed. The transcripts are due September 22, 2014. The opening brief is due November 3, 2014. The answering brief is due December 3, 2014. The optional brief is due within 14 days after service of answering brief.

    The Clerk shall provide a copy of this order to Court Reporter Lealaisalanoa at the district court.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court


                              Alihandra M. Totor
                              Deputy Clerk
                              Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 02Sept2014