IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES MICHAEL WELLS, Defendant. | Case No. 3:13-cr-0008-RRB<br><br>**ORDER GRANTING MOTION<br>TO WITHDRAW AS COUNSEL** |
|---|---|

This Court has considered the Motion for Peter Offenbecher to Withdraw as Counsel of Record for Defendant James Wells at **Docket 702**, this proposed form of Order, and the records and pleadings already on file. It is therefore **ORDERED** that the Motion for Peter Offenbecher to Withdraw as Counsel of Record for Defendant James Wells is **GRANTED.**

**IT IS SO ORDERED** this 9th day of September, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE