```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. ___JAMES MICHAEL WELLS___ CASE NO.__3:13-cr-00008-RRB__
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       NANCY LEALAISALANOA

OFFICIAL REPORTER:           NOT PRESENT

UNITED STATES' ATTORNEY:     BRYAN D. SCHRODER

DEFENDANT'S ATTORNEY:        F. RICHARD CURTNER

U.S.P.O.:                    MARCI LUNDGREN - TELEPHONIC

PROCEEDINGS: RESTITUTION HEARING HELD SEPTEMBER 10, 2014:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:17 p.m. court convened.

Court and counsel heard re restitution.

Laura Taylor sworn and testified as an expert on behalf of the plaintiff.

Closing arguments heard.

Court ordered Restitution in the amount of $770,470.00 to the Estate of Richard Belisle and $713,005.00 to the Estate of James Hopkins. Parties to submit briefing re Mr. Wells' available assets to recover restitution by **October 8, 2014.** Amended Judgment to be entered after completion of briefing.

At 1:53 p.m. court adjourned.

List of Witnesses to be filed separately.

DATE:___September 10, 2014___ DEPUTY CLERK'S INITIALS: ___NXL___

Revised 5-29-14