IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:13-cr-0008-RRB |
| vs. | *** AMENDED *** <br> **RESTITUTION ORDER** <br> (Correct Restitution Amount) |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

For the reasons set forth by the Government at Dockets 699 and 701, and based on the testimony and exhibits presented at the September 10, 2011, evidentiary hearing in this matter, the Court concludes that the restitution amounts requested by the Government have been established by a preponderance of the reasonably reliable evidence. The Court, therefore, hereby awards restitution against Defendant James Michael Wells in favor of the estate of James Hopkins in the amount of $713,005.00. The Court awards restitution against Defendant James Michael Wells in favor of the estate of Richard Belisle in the amount of $770,470.00.

Before a final judgment can enter, however, the parties must address 18 U.S.C. § 3664(f)(2)(A)-(C) so that the specific assets against which this judgment will enter can be more clearly identified. The parties shall have until **October 8, 2014**, to submit briefing on the matter and may submit a proposed judgment at that time as well.

**IT IS SO ORDERED** this 11th day of September, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

AMENDED RESTITUTION ORDER