1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
2
   UNITED STATES OF AMERICA,    )      Case No. 3:13-cr-00008-RRB-JDR
3                                )
                 Plaintiff,      )      Anchorage, Alaska
4                                )      Friday, May 10, 2013
      vs.                        )      3:01 p.m.
5                                )
   JAMES MICHAEL WELLS,          )      HEARING RE NOTICE OF
6                                )      OBJECTIONS (DKT 57)
                 Defendant.      )
7                                )

8                      TRANSCRIPT OF PROCEEDINGS
                       Pages 1 - 6, inclusive
9
                  BEFORE THE HONORABLE JOHN D. ROBERTS
10                   UNITED STATES MAGISTRATE JUDGE

11   A P P E A R A N C E S:
     For Plaintiff:    DANIEL COOPER, JR., ESQ.
12                     BRYAN D. SCHRODER, ESQ.
                       U.S. Attorney's Office
13                     222 W. 7th Avenue, #9
                       Anchorage, Alaska 99513
14                     Ph: 907/271-5071

15   For Defendant:    F. RICHARD CURTNER, ESQ.
                       Federal Public Defender's Agency
16                     601 W. 5th Avenue, Suite 800
                       Anchorage, Alaska 99501
17                     Ph: 907/646-3400

18                     PETER OFFENBECHER, ESQ. (Telephonic)
                       Skellenger Bender, P.S.
19                     1301 5th Avenue, Suite 3401
                       Seattle, Washington 98101-2605
20                     Ph: 206/623-6501

21   Court Recorder:   BRENDA McGURN
                       U.S. District Court
22                     222 W. 7th Avenue, Box 4
                       Anchorage, Alaska 99513
23                     Ph: 907/677-6154

24

25

1  A P P E A R A N C E S:  (Continued)

2  Transcribed by:    LEONARD J. DIPAOLO, RPR, CRR, CCP
                      Peninsula Reporting
3                     110 Trading Bay Road, Suite 100
                      Kenai, Alaska 99611
4                     Ph: 907/283-4429

5

   Proceedings recorded by digital sound recording, transcript
6  produced by stenographic transcription service.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                P R O C E E D I N G S
 2            ANCHORAGE, ALASKA - FRIDAY, MAY 10, 2013
 3       (Log 3:01:37)
 4          (Defendant present)
 5               THE CLERK:  All rise.  His Honor the Court, the United
 6    States District Court for the District of Alaska is now in
 7    session, the Honorable John D. Roberts presiding.  Please be
 8    seated.
 9               And Your Honor, on the overhead we have Mr. Peter
10    Offenbecher and Tony Pecoraro on behalf of the Hopkins family,
11    and then other members of the families.
12               THE COURT:  Thank you.  Good afternoon.  I assume
13    those participating by telephone can hear.  This is a hearing in
14    3:13-cr-08, U.S. versus Wells.  The defendant is here.  Both
15    sides are represented.
16               The record reflects that the Court entered a second
17    pretrial scheduling order on April 30 at Docket 56.  The United
18    States filed objections thereto on May 6 at Docket 57.  Mr.
19    Wells has filed a response to objections on May 10 at Docket No.
20    70.
21               When this hearing was set, there was no response yet
22    from the defense, and since I have received that, I decided to
23    keep it on the docket.  I don't know if there is anything to add
24    to the pleadings, but does the government have anything else to
25    add to your pleadings?
```

1          MR. SCHRODER:  No, Your Honor, we stand on the

2    pleadings.

3          THE COURT:  Mr. Curtner, anything further?

4          MR. CURTNER:  No, Your Honor.

5          THE COURT:  All right.  Well, counsel, I will have an

6    order out probably before you reach your office on the matter.

7    I'm not changing the schedule.  If the government wants to

8    appeal, please do so in shortened time so that Judge Beistline

9    can have it before him at his next hearing, which the status

10   conference is set for May 14.

11         I am in communications with Judge Beistline, we're on

12   the same track or page in terms of proceeding, but you're

13   welcome to object further if you choose.

14         MR. SCHRODER:  Your Honor, just if I can clarify,

15   please.  Is it your understanding -- we've read Rule 6, and I

16   guess my understanding of Rule 6, it appears that the objections

17   would go directly to the judge with any additions by the

18   magistrate but would not necessary require a separate filing by

19   the government.  Is it your understanding we're going to have to

20   file another appeal document?

21         THE COURT:  Because I'm putting out an order, probably

22   so.

23         MR. SCHRODER:  Okay.

24         THE COURT:  And if you'll indicate, you know, that

25   it's an appeal -- actually, I'll look for it.  If it says

1  objections, I'm not going to address it, I will divert it to the

2  district judge.  I mean, it's time to move it on.  But the

3  magistrate judge has pretrial management of the case at this

4  point, and in terms of scheduling, I think it's a

5  non-dispositive matter, but you certainly have the right to have

6  the district judge review that.  So I'll assist on anything that

7  you file in having it moved to his docket.

8              MR. SCHRODER:  All right.  Thank you, Your Honor.

9              THE COURT:  All right.  We have a bail hearing set in

10  this case on the 20th, so I believe that's the next proceeding,

11  at least before me.  So thanks for your input on this, and I'll

12  put out an order forthwith.

13              MR. SCHRODER:  Thank you, Your Honor.

14              MR. CURTNER:  Thank you, Your Honor.

15              THE COURT:  Have a good day.

16              MR. CURTNER:  Okay, I'll see you in the morning.

17              THE CLERK:  All rise.  This matter is now adjourned.

18  This Court now stands adjourned subject to call.

19              (Proceedings adjourned, 3:05:10 p.m.)

20

21

22

23

24

25

CERTIFICATION

    I, LEONARD J. DiPAOLO, RPR, CRR, CCP, court-approved
transcriber, certify that the foregoing is correct transcript
from the official digital electronic sound recording of the
proceedings in the above-entitled matter.

_____        __9/10/14___
Leonard J. DiPaolo, RPR, CRR, CCP         Date