```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )    Case No. 3:13-cr-00008-RRB-JDR
                             )
          Plaintiff,         )    Anchorage, Alaska
                             )    Wednesday, June 12, 2013
   vs.                       )    2:02 p.m.
                             )
JAMES MICHAEL WELLS,         )    STATUS CONFERENCE
                             )
          Defendant.         )
                             )

                     TRANSCRIPT OF PROCEEDINGS
                       Pages 1 - 7, inclusive

                BEFORE THE HONORABLE JOHN D. ROBERTS
                    UNITED STATES MAGISTRATE JUDGE
```

A P P E A R A N C E S:

| | |
|---|---|
| For Plaintiff: | KAREN LOEFFLER, ESQ. |
| | KATHLEEN ANN DUIGNAN, ESQ. |
| | U.S. Attorney's Office |
| | 222 W. 7th Avenue, #9 |
| | Anchorage, Alaska 99513 |
| | Ph: 907/271-5071 |
| For Defendant: | F. RICHARD CURTNER, ESQ. |
| | Federal Public Defender's Agency |
| | 601 W. 5th Avenue, Suite 800 |
| | Anchorage, Alaska 99501 |
| | Ph: 907/646-3400 |
| | PETER OFFENBECHER, ESQ. (Telephonic) |
| | Skellenger Bender, P.S. |
| | 1301 5th Avenue, Suite 3401 |
| | Seattle, Washington 98101-2605 |
| | Ph: 206/623-6501 |
| Court Recorder: | BRENDA McGURN |
| | U.S. District Court |
| | 222 W. 7th Avenue, Box 4 |
| | Anchorage, Alaska 99513 |
| | Ph: 907/677-6154 |

```
 1    A P P E A R A N C E S:  (Continued)

 2    Transcribed by:    LEONARD J. DIPAOLO, RPR, CRR, CCP
                         Peninsula Reporting
 3                       110 Trading Bay Road, Suite 100
                         Kenai, Alaska 99611
 4                       Ph: 907/283-4429

 5

      Proceedings recorded by digital sound recording, transcript
 6    produced by stenographic transcription service.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                    P R O C E E D I N G S
            ANCHORAGE, ALASKA - WEDNESDAY, JUNE 12, 2013
 (Log 2:02:17)
   (Defendant present)
```

THE CLERK: All rise. His Honor the Court, the United States District Court for the District of Alaska is now in session with the Honorable John D. Roberts presiding. Please be seated.

THE COURT: The hearing has been set at this time in case No 3:13-cr-08, U.S. versus James Wells. Defendant is here. Both sides are represented by counsel. Do we have parties participating on the telephone? Please identify yourself.

MR. OFFENBECHER: Peter Offenbecher in Seattle, Your Honor. Good afternoon.

THE COURT: Good afternoon. And do we have any victims who wanted to participate?

MS. LOEFFLER: Mrs. Belisle is here. I don't think she's planning on participating. She is present as is her right.

THE COURT: Thank you. This is a status conference that was set as a precaution to make sure things move smoothly in pretrial management in this case. I don't recall receiving any filings from any of the parties to put anything on the calendar, but let me just open it up. Did the government have anything to bring up?


1  　　　　　MS. LOEFFLER:  No, Your Honor.  Other than may I
2  introduce Capt. Kathleen Duignan, who is a special assistant
3  U.S. attorney assigned to this case, and I am not sure that you
4  had met her before.
5  　　　　　THE COURT:  Good afternoon.
6  　　　　　CAPT. DUIGNAN:  Good afternoon, Your Honor.
7  　　　　　THE COURT:  Mr. Curtner, anything that you want to
8  have brought up in particular?
9  　　　　　MR. CURTNER:  No, Your Honor.  Just to inform the
10 Court, I think we're on track with the schedule that you
11 provided to us.  We are following up on discovery and we're
12 providing a written discovery request as followup to what we've
13 received so far with the government.  So we're trying to work
14 out as many issues as we can before our deadline for filing any
15 type of motions on discovery.
16 　　　　　THE COURT:  Thank you.  I will inform counsel that
17 Judge Beistline will be handling directly the dispositive
18 motions, including motions to suppress.  So that may speed up
19 the process in terms of deciding issues because there will be
20 one judicial officer, not two, involved in such issues.
21 　　　　　Non-dispositive matters, of course, will be handled
22 here by the magistrate judge, so if there are any discovery
23 motions or other non-dispositive motions, then they will receive
24 my attention, and I hope to be able to resolve those promptly,
25 because it is my intent to help everyone keep on the schedule

```
 1  that we have, not that we're trying to rush to any particular
 2  judgment, but there are different angles and facets to the case,
 3  and certainly giving the parties due time to be heard, the case
 4  should move along at a reasonable progression.  So I intend to
 5  keep the schedule that we have, if at all possible.
 6           I propose setting another scheduling hearing, again,
 7  to see if there is anything that we need to address.  Judge
 8  Beistline has a conference -- status conference set --
 9           MS. LOEFFLER:  I believe it's July 20 --
10           THE COURT:  July 22nd.
11           MS. LOEFFLER:  Yeah, sorry.
12           THE COURT:  Correct.  So I would like to set one
13  before me for July 29 at 2 p.m. to be handled just as this one
14  here.  So you'll have the benefit of anything that he puts out
15  at his status hearing.  Trial by jury remains set for February
16  18, 2014.
17           So with that, unless there is anything else to take
18  up, then I think that will shorten the hearing to just affirming
19  the dates that we have.
20           MS. LOEFFLER:  Your Honor, if I may, I forgot to
21  mention.  I think you had asked earlier before I was involved in
22  the case about a timing, but just to let you know that things
23  are going forward.  The government's memorandum to the
24  Department of Justice has been forwarded.  I don't have anything
25  else to report on that, but I know you had asked earlier about
```

```
 1  that and I wanted to let you know.
 2              THE COURT:  All right, I appreciate that, because that
 3  is certainly an important factor in the case, and counsel will
 4  be working on that issue.
 5              MS. LOEFFLER:  Thank you.
 6              THE COURT:  Perhaps we'll have some response by July
 7  22nd.
 8              MS. LOEFFLER:  I have no idea, Your Honor.  My
 9  experience is that it always takes longer than we hope or think
10  to resolve matters that the Court needs to know, but I will tell
11  you I have no control over that one.
12              THE COURT:  Well, nor a crystal ball, I understand.
13              MS. LOEFFLER:  Yeah.
14              THE COURT:  But at least it's moving forward from your
15  office.  I appreciate the promptness on that.
16              Thanks for your participation here today.  This will
17  conclude the proceeding.
18              MR. CURTNER:  Thank you, Your Honor.
19              THE CLERK:  All rise.  This matter is now adjourned.
20  This court stands in recess for the 3:00 matter.
21              (Proceedings adjourned, 2:07:04 p.m.)
22
23
24
25
```

```
 1                        CERTIFICATION
 2
 3      I, LEONARD J. DiPAOLO, RPR, CRR, CCP, court-approved
 4   transcriber, certify that the foregoing is correct transcript
 5   from the official digital electronic sound recording of the
 6   proceedings in the above-entitled matter.
 7
 8
 9   _____          ___9/10/14___
     Leonard J. DiPaolo, RPR, CRR, CCP             Date
10
```