```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )    Case No. 3:13-cr-00008-RRB-JDR
                             )
          Plaintiff,         )    Anchorage, Alaska
                             )    Thursday, August 29, 2013
   vs.                       )    10:01 a.m.
                             )
JAMES MICHAEL WELLS,         )    STATUS CONFERENCE
                             )
          Defendant.         )
                             )

                   TRANSCRIPT OF PROCEEDINGS
                     Pages 1 - 8, inclusive

              BEFORE THE HONORABLE JOHN D. ROBERTS
                  UNITED STATES MAGISTRATE JUDGE
```

A P P E A R A N C E S:

For Plaintiff:    KAREN LOEFFLER, ESQ.
                   BRYAN D. SCHRODER, ESQ.
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, Alaska 99513
                   Ph: 907/271-5071

For Defendant:    F. RICHARD CURTNER, ESQ.
                   Federal Public Defender's Agency
                   601 W. 5th Avenue, Suite 800
                   Anchorage, Alaska 99501
                   Ph: 907/646-3400

                   PETER OFFENBECHER, ESQ. (Telephonic)
                   Skellenger Bender, P.S.
                   1301 5th Avenue, Suite 3401
                   Seattle, Washington 98101-2605
                   Ph: 206/623-6501

Court Recorder:   BRENDA McGURN
                   U.S. District Court
                   222 W. 7th Avenue, Box 4
                   Anchorage, Alaska 99513
                   Ph: 907/677-6154

```
 1   A P P E A R A N C E S:  (Continued)

 2   Transcribed by:    LEONARD J. DIPAOLO, RPR, CRR, CCP
                        Peninsula Reporting
 3                      110 Trading Bay Road, Suite 100
                        Kenai, Alaska 99611
 4                      Ph: 907/283-4429

 5

     Proceedings recorded by digital sound recording, transcript
 6   produced by stenographic transcription service.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

ANCHORAGE, ALASKA - THURSDAY, AUGUST 29, 2013

(Log 10:01:06)

(Defendant present)

THE CLERK: All rise. His Honor the Court, the United States District Court for the District of Alaska is now in session, the Honorable John D. Roberts presiding. Please be seated.

And, Your Honor, we do have Mr. Offenbecher on the overhead as well as other parties.

THE COURT: Thank you. Good morning.

MR. CURTNER: Good morning, Your Honor.

MR. SCHRODER: Morning.

MS. LOEFFLER: Good morning.

THE COURT: We convene at this time for a status conference set in 13-cr-08, U.S. versus James Wells. Defendant and counsel are present in the courtroom and online as indicated.

It looks like we are proceeding on schedule. The discovery matters -- the government's motion for reciprocal discovery is ripe. I'm prepared to put an order out on that. The motion by the defense for order directing government to provide additional discovery to the defendant, Docket 105, the reply is due September 3rd. When that becomes ripe, I should be able to put out an order on that without oral argument.

```
 1              There are two other matters that I'm aware of, a
 2   motion to excuse second defense counsel.  I can hear from
 3   counsel now, but if you want to wait until that's ripe, there is
 4   a reply due August 30, which is tomorrow.  So I don't think
 5   that's been filed yet.  It's not come to my attention, so we can
 6   wait on that.
 7              Docket 113, motion to compel, specificity and notice
 8   of alibi, response is due the 4th of September, so that one's
 9   not ripe yet.
10              So those are the matters that I'm aware of that are
11   pending, the pretrial motions, and I'm prepared to move those
12   along.
13              The next date we have is expert notices due October
14   25.
15              Do counsel have any comments, matters that you want to
16   bring up at this hearing?
17              MR. SCHRODER:  Your Honor, on the issue of excusing
18   second counsel, I think we are ready to go ahead and make
19   argument.  I don't think we need to file a response to that.  I
20   think we're ready to answer any questions or make argument to
21   the Court, and I think we've stated everything we needed to
22   state in our opening brief.
23              THE COURT:  I don't envision oral argument, I just
24   simply want both sides to have a chance to address the issue.
25              MR. SCHRODER:  I understand, Your Honor.
```

```
 1              THE COURT:  It's --
 2              MR. SCHRODER:  And then -- you know, I guess we
 3   have -- I have one point I'd like to make on the reciprocal
 4   discovery motion.
 5              THE COURT:  All right, go ahead.
 6              MR. SCHRODER:  And that is, Your Honor, I mean, I
 7   think we're probably in agreement with most parts of that.  It's
 8   just when -- if you look at the attachment A the defendant made
 9   to their response, which is a letter, they talk about providing
10   Rule 16 discovery at the time that the government is scheduled
11   to provide Jencks and Giglio material.  I just think -- I don't
12   understand why it needs to wait that long.  That seems --
13   there's no basis I can see for waiting that long for Rule 16
14   discovery.
15              If it's Jencks related material or material like that
16   from the defendant, I certainly can understand that, but I don't
17   see any reason for that kind of delay on Rule 16 material.  I
18   think it ought to be turned over now.  Thank you, Your Honor.
19              THE COURT:  Mr. Curtner.
20              MR. CURTNER:  Well, Your Honor, that's exactly the
21   argument we made on a number of -- in our discovery motions
22   before the Court.
23              But I did want to address one thing, Your Honor, as
24   far as the motion for discovery that our reply is due on
25   September 3rd.  Mr. Offenbecher is working on the reply, and he
```

Peninsula Reporting
110 Trading Bay Dr., Ste. 100, Kenai, AK 99611 907/283-4429
Case 3:13-cr-00008-SLG Document 719 Filed 09/12/14 Page 5 of 8

```
 1  was asking if he could have that reply to the Court by Friday
 2  the 6th of September.  I talked to Mr. Schroder, and he's not
 3  opposed to that.  So I would ask the Court orally today if we
 4  could have until September the 6th to do our reply, and then
 5  that issue would be ripe before the Court.
 6            THE COURT:  All right.  I don't see any objection to
 7  that, so I'll accept that --
 8            MR. CURTNER:  Thank you, Your Honor.
 9            THE COURT:  -- and grant that request.  I would think
10  that the reciprocal discovery ordinarily should be provided
11  after the government has provided their discovery.  So unless
12  anyone wants to address that point, I mean, that's the way it
13  works.  All right.  I'm prepared then to rule on the motions as
14  they become ripe.
15            With respect to the medical issue, there has been some
16  correspondence sent on that, and I can have a response out on
17  that to Nancy Wells.  So rather than do it in open court, I'll
18  just respond.
19            And I see that her correspondence was copied to the
20  Public Defender, but I don't see that it was copied to the
21  government.
22            MR. SCHRODER:  That's correct, Your Honor.  We
23  certainly would like a copy.
24            THE COURT:  Mr. Curtner.
25            MR. CURTNER:  Yeah, we can provide that copy, Your
```

1  Honor.  I'm sorry, I didn't know that the government was not in
2  the loop on that, but I can -- we'll get that to them today.
3           THE COURT:  All right.  There is a July 30, '13 letter
4  from Ms. Wells.  There's July 30 letter to the marshal's office,
5  certainly the government should receive a copy of that and the
6  attachments that she sent.
7           So anything else for the open court?
8           MR. SCHRODER:  Not from the government, Your Honor.
9           MR. CURTNER:  No, Your Honor, thank you.
10          THE COURT:  That will conclude the proceeding then.
11  We'll have the next one as scheduled, thank you.
12          THE CLERK:  All rise.  This matter is now adjourned.
13  This court now stands in recess for the 11:00 matter.
14           (Proceedings adjourned, 10:07:22 a.m.)

```
 1                          CERTIFICATION

 2

 3       I, LEONARD J. DiPAOLO, RPR, CRR, CCP, court-approved

 4    transcriber, certify that the foregoing is correct transcript

 5    from the official digital electronic sound recording of the

 6    proceedings in the above-entitled matter.

 7

 8    [signature]

 9    _____                ___9/10/14___
      Leonard J. DiPaolo, RPR, CRR, CCP                  Date
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```