1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
2
   UNITED STATES OF AMERICA,    )      Case No. 3:13-cr-00008-RRB-JDR
3                                )
                Plaintiff,       )      Anchorage, Alaska
4                                )      Wednesday, October 16, 2013
     vs.                         )      10:02 a.m.
5                                )
   JAMES MICHAEL WELLS,          )      STATUS CONFERENCE
6                                )
                Defendant.       )
7                                )

8                      TRANSCRIPT OF PROCEEDINGS
                       Pages 1 - 8, inclusive
9
                 BEFORE THE HONORABLE JOHN D. ROBERTS
10                 UNITED STATES MAGISTRATE JUDGE

11  A P P E A R A N C E S:
    For Plaintiff:    KAREN LOEFFLER, ESQ.
12                    BRYAN D. SCHRODER, ESQ.
                      U.S. Attorney's Office
13                    222 W. 7th Avenue, #9
                      Anchorage, Alaska 99513
14                    Ph: 907/271-5071

15  For Defendant:    F. RICHARD CURTNER, ESQ.
                      Federal Public Defender's Agency
16                    601 W. 5th Avenue, Suite 800
                      Anchorage, Alaska 99501
17                    Ph: 907/646-3400

18  Court Recorder:   CAROLINE EDMISTON
                      U.S. District Court
19                    222 W. 7th Avenue, Box 4
                      Anchorage, Alaska 99513
20                    Ph: 907/677-6103

21

22

23

24

25

1    A P P E A R A N C E S:  (Continued)

2    Transcribed by:    LEONARD J. DIPAOLO, RPR, CRR, CCP
                        Peninsula Reporting
3                       110 Trading Bay Road, Suite 100
                        Kenai, Alaska 99611
4                       Ph: 907/283-4429

5

     Proceedings recorded by digital sound recording, transcript
6    produced by stenographic transcription service.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2          ANCHORAGE, ALASKA - WEDNESDAY, OCTOBER 16, 2013
 3   (Log 10:02:34)
 4      (Defendant present)
 5          THE CLERK:  All rise.  His Honor the Court, the United
 6   States District Court for the District of Alaska is now in
 7   session, the Honorable John D. Roberts presiding.  Please be
 8   seated.
 9          And Your Honor, we have Mrs. Wells on the overhead
10   listening.
11          THE COURT:  Who is on the overhead?
12          THE CLERK:  Mrs. Wells.
13          THE COURT:  Mrs. Wells, okay.  Good morning.  13-cr-08
14   has been set for one of our routine status conferences.
15   Defendant and counsel are present.
16          Let me inquire first regarding the status of
17   discovery.  The next due date, I believe, is expert notices due
18   October 25, and I believe Judge Beistline, the trial judge, has
19   a hearing set coming up maybe the 21st.
20          MR. SCHRODER:  I think it's next week, Your Honor,
21   yes.
22          THE COURT:  So how is the government doing in
23   producing its discovery, at least what's not objected to?
24          MR. SCHRODER:  Your Honor, I think we've -- we're on
25   schedule to provide the discovery that's due on the experts, so
```

1   that will happen on schedule.

2          I think we are -- we have produced what we have not --

3   what was not objected to, I think we've produced that.  We are

4   certainly doing some quality control kind of work to make sure

5   that we've got all the documents out there.  But I think at this

6   point we have produced all the things that we've not objected

7   to.

8          THE COURT:  Thank you.  Is there anything that you

9   have to bring up at this hearing?

10          MR. SCHRODER:  No, Your Honor.

11          THE COURT:  All right, Mr. Curtner.

12          MR. CURTNER:  Yeah, as far as discovery is concerned,

13   we've been working with the government on what has been ordered

14   and not objected to.  And I guess there are certain objections

15   that Judge Beistline will address hopefully next week.

16          I did want to bring up a couple issues about the --

17   Mr. Wells' medical concerns at the jail.  One was that I think

18   this Court, when we were here last for a status hearing,

19   indicated that there would be a report that would be released to

20   Mrs. Wells, and we haven't seen that yet.  I think it would

21   probably outline what type of procedures might be in place for

22   Mr. Wells in custody and when he's in court as far as a medical

23   condition.  So I don't know if the Court was going to release

24   some type of a report or order to Mrs. Wells or to Mr. Wells on

25   that basis.

1      And the only other issue we're dealing with -- we've
2  been dealing with the marshals with the conditions at the jail.
3  And one thing we're hopeful of doing is having Mr. Wells possess
4  an inhaler, which would be the -- you know, that I think would
5  be safe for him to possess in the jail -- that would address his
6  medical condition if he were to have an attack, at least on a
7  short-term basis enough for further medical intervention.

8      And there's some confusion with the jail about what
9  type of inhaler, whether they can have it available.  I think we
10 can work those things out.  If the jail is willing to let Mr.
11 Wells have an inhaler, we can make sure the right inhaler is
12 available to them.

13     So we're working on that issue, but as far as any type
14 of report to Mrs. Wells, she has contacted my office, and she
15 was hoping to get some kind of a written response from the Court
16 on that.

17     THE COURT:  Well, I believe I responded as I intended
18 to.  I am not aware of anything outstanding.  I'll have to check
19 into it.  I don't have the correspondence in front of me now, so
20 I'll look into that and see.  And I think we did send her
21 something.  We can send it again.  I'll see if there's a report.

22     MR. CURTNER:  Thank you.

23     THE COURT:  With respect to the inhaler, normally
24 that's a matter to work through with the jail facility.
25 Pretrial Service may be able to offer some insight.  I know that

1  issue has been discussed, and the marshal was part of that
2  discussion, I believe.  So I don't think you need court
3  intervention at this point, but I'll see if there is any further
4  report that I have that I can provide to counsel.
5            MR. CURTNER:  Thank you, Your Honor.
6            THE COURT:  Would you like to have another status
7  conference set before me, or do you want to wait and see what
8  Judge Beistline does?
9            After the expert notices, there was rebuttal expert
10 notice due November 29, Daubert motions due December 3rd,
11 motions in limine due December 16.  So with those dates in mind,
12 we could simply leave it that counsel request a status
13 conference if you need one.
14           MR. SCHRODER:  I think the government -- that would
15 be -- I think that's a good plan from the government's
16 perspective, Your Honor.
17           THE COURT:  Mr. Curtner, is that satisfactory?
18           MR. CURTNER:  Yes, Your Honor.
19           THE COURT:  All right.  We'll leave it that way then.
20 It looks like the case is proceeding with fair deliberate speed,
21 and Judge Beistline can address the matters that are before him.
22           So if there be no further business at this time, then
23 we'll be in recess right now.
24           MR. SCHRODER:  Thank you, Your Honor.
25           THE CLERK:  All rise.  This matter is now adjourned.

1  The court stands in recess subject to call.

2            (Proceedings adjourned, 10:07:58 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I, LEONARD J. DiPAOLO, RPR, CRR, CCP, court-approved transcriber, certify that the foregoing is correct transcript from the official digital electronic sound recording of the proceedings in the above-entitled matter.

_____          ___9/10/14___
Leonard J. DiPaolo, RPR, CRR, CCP              Date