```
 1                 UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
 2
    UNITED STATES OF AMERICA,    )    Case No. 3:13-cr-00008-RRB
 3                               )
              Plaintiff,         )    Anchorage, Alaska
 4                               )    Monday, October 21, 2013
      vs.                        )    9:01 a.m.
 5                               )
    JAMES MICHAEL WELLS,         )    STATUS CONFERENCE
 6                               )
              Defendant.         )
 7                               )

 8                    TRANSCRIPT OF PROCEEDINGS
                      Pages 1 - 16, inclusive
 9
                BEFORE THE HONORABLE RALPH R. BEISTLINE
10                  UNITED STATES DISTRICT JUDGE

11  A P P E A R A N C E S:
    For Plaintiff:    KAREN LOEFFLER, ESQ.
12                    KATHLEEN ANN DUIGNAN, ESQ.
                      U.S. Attorney's Office
13                    222 W. 7th Avenue, #9
                      Anchorage, Alaska 99513
14                    Ph: 907/271-5071

15  For Defendant:    F. RICHARD CURTNER, ESQ.
                      Federal Public Defender's Agency
16                    601 W. 5th Avenue, Suite 800
                      Anchorage, Alaska 99501
17                    Ph: 907/646-3400

18  Court Recorder:   NANCY LEALAISALANOA
                      U.S. District Court
19                    222 W. 7th Avenue, Box 4
                      Anchorage, Alaska 99513
20                    Ph: 907/677-6111

21  Transcribed by:   LEONARD J. DIPAOLO, RPR, CRR, CCP
                      Peninsula Reporting
22                    110 Trading Bay Road, Suite 100
                      Kenai, Alaska 99611
23                    Ph: 907/283-4429

24
    Proceedings recorded by digital sound recording, transcript
25  produced by stenographic transcription service.
```

P R O C E E D I N G S

ANCHORAGE, ALASKA - MONDAY, OCTOBER 21, 2014

1   (Log 9:01:45)

2       (Defendant present)

3           THE CLERK:  All rise.  His Honor the Court, the United

4   States District Court for the District of Alaska is now in

5   session with the Honorable Ralph R. Beistline presiding.  Please

6   be seated.

7           THE COURT:  Good morning.

8           MR. CURTNER:  Good morning, Your Honor.

9           MS. LOEFFLER:  Good morning, Judge.

10          THE COURT:  We're on the record, United States of

11  America versus James Michael Wells, Case 3:13-8.  This is a

12  status conference in this matter.

13          I have a number of issues that I wanted to address.

14  We'll hear -- before I get to that, I'll first from the

15  government.  What's on your mind, anything?

16          MS. LOEFFLER:  No, Your Honor.  I think everything

17  we're dealing with has, you know, been filed on -- or got Court

18  orders on it.

19          THE COURT:  Okay.

20          MS. LOEFFLER:  I'm not aware of anything else we need

21  your --

22          THE COURT:  Okay.  All right, Mr. Curtner.

23          MR. CURTNER:  I'm waiting for your issues, Judge.

1          MS. LOEFFLER:  Yeah.

2          THE COURT:  Okay.  Well, Judge Roberts is working on

3   the pending motions, and I'm going to continue the referral to

4   him for all motions filed to date.  Mr. Curtner remains counsel

5   of record.

6          Trial is currently set to begin Tuesday the 18th;

7   that's a Tuesday.  You think that any -- any thought about maybe

8   moving it to the following Monday and using the 18th as the

9   final pretrial conference, any thoughts in that regard, starting

10  on Monday as opposed to the Tuesday?

11         MR. CURTNER:  I wouldn't have any objection to that

12  Your Honor, so...

13         THE CLERK:  President's Day, holiday.

14         THE COURT:  Yeah, the 18th is a -- I'm going to the

15  following Monday.  See, Monday the 17th is a holiday.  The 18th

16  is when we have trial set.  I have no objection to moving it to

17  the following Monday, which would be what, the 24th, and then

18  using the 18th as our final pretrial conference.  But it doesn't

19  matter to me.  I don't know in terms of scheduling just a few

20  days one way or the other.  Any thoughts, any concerns, any

21  issues?

22         MS. LOEFFLER:  The only thing I'm waiting -- as far as

23  I know today, Your Honor, I don't have any problems with that.

24  Mr. Schroder is not in town today.

25         THE COURT:  Okay.

1          MS. LOEFFLER:  But one second, let me speak to Mrs.
2  Belisle, who is here.
3          THE COURT:  Okay.  Either way it doesn't matter.  It's
4  starting --
5          MS. LOEFFLER:  Well, she's right here.  Let me just
6  ask her a second --
7          THE COURT:  Okay.
8          MS. LOEFFLER:  -- before I speak for the government.
9          Your Honor, I just consulted with Mrs. Belisle, and
10  the only issue that we have, and I assured her that the Court, I
11  know, is committed to having the trial go forward, you know,
12  close to the schedule.  But I know --
13          THE COURT:  No, I -- it doesn't matter to me either
14  way.
15          MS. LOEFFLER:  We're just trying not to get it
16  delayed.
17          THE COURT:  No, I agree.
18          MS. LOEFFLER:  It's hard obviously on the victims'
19  families.  I'm fine with that date.
20          THE COURT:  Well, let's just keep it on -- let's keep
21  it on the 18th then, if that's -- if there is any concern
22  whatsoever, we'll just keep it as scheduled.
23          MS. LOEFFLER:  Okay.  Mr. Curtner, are you okay with
24  that too?
25          MR. CURTNER:  I'm okay, Your Honor.  I just think that

1  your suggestion makes sense since, you know, we're kind of

2  shorthanded now with the budget.

3          THE COURT:  It's just a three or four days' thing.  It

4  doesn't matter to me one way or the other.  That way --

5          MR. CURTNER:  And there may be enough issues that we

6  may want to just settle on the 18th before we can really get

7  ready to go on the 24th.  I mean, to me it --

8          MS. LOEFFLER:  Than that's okay with me, Your Honor.

9  I'll explain it.  It's fine to make it all efficient and get

10  things -- have the trial take place as fast as possible.

11          THE COURT:  Well, I can go either way.  I have a

12  conference call I have to take part in on the 20th, and I

13  figured when -- and we'd have to break for a few hours.  If we

14  started on the 24th, that wouldn't be an issue, we would just

15  start and go clean without any breaks.

16          MS. LOEFFLER:  That's fine, that's fine.

17          MR. CURTNER:  That would be my preference, Your Honor.

18          MS. LOEFFLER:  Okay.

19          THE COURT:  That's your preference is to --

20          MR. CURTNER:  Yes.

21          THE COURT:  So we'll use the 18th as the final

22  pretrial conference?

23          MR. CURTNER:  Yes.

24          THE COURT:  We'll spend that whole day on any issues?

25          MR. CURTNER:  Yes.

1          MS. LOEFFLER:  Sure.

2          THE COURT:  And then we'll start with jury selection

3   on the morning of the 24th, which is a Monday -- make sure I've

4   got this right.  The 24th is a Monday.  We'll meet at 8:30, and

5   at 9:00 we'll begin jury selection on the 24th.

6          I think that proceeding in that fashion is certainly

7   in the interest of justice and outweighs the interest of the

8   community in proceeding earlier.  And that way we can take care

9   of everything smoothly, and there won't be any breaks.  And I'm

10  comfortable with that, and I hear no objections from the other

11  party.

12         MS. LOEFFLER:  No, Your Honor.

13         THE COURT:  That's a defendant request, yes.

14         MS. LOEFFLER:  I'm sorry, it raised something in my

15  mind that I thought I would ask Mr. Curtner.

16         When you summon in, I assume, you know, the jury panel

17  for this, it just -- this came to mind so I'd ask Mr. Curtner.

18         THE COURT:  Okay.

19         MS. LOEFFLER:  The question is whether we want to just

20  exclude people from Kodiak both of us jointly so that we end up

21  not flying people -- something I'll just ask Mr. Curtner to

22  think about.  It would be -- if you agree to that, it might be a

23  way to save some money about flying people in that probably

24  shouldn't --

25         MR. CURTNER:  Yes, and we can discuss that, Your

1  Honor, before.

2         THE COURT:  You can discuss it, although frankly we

3  would probably not get very many from Kodiak just in terms of

4  the large perspective.

5         MS. LOEFFLER:  Okay.

6         THE COURT:  And either way, people from Kodiak, you

7  know, probably -- many of them probably are familiar with it,

8  but you never --

9         MS. LOEFFLER:  Okay.

10        THE COURT:  -- you'd be surprised who's never heard of

11  it.  So parties can bring that up if they wish.  Anything else

12  along those lines?

13        Mr. Cooper, when he was running things, kept saying he

14  wanted to use Courtroom 1.  I still want to use Courtroom 2, and

15  that's this courtroom.  I'm comfortable in this courtroom.

16        MS. LOEFFLER:  Your Honor, I don't have any problem.

17  One of the things, the logistic things we're going to be working

18  out, is that the -- we have a -- one of the pieces of evidence,

19  which is the video of the small blue SUV going by --

20        THE COURT:  Right.

21        MS. LOEFFLER:  -- we're going to want to figure out a

22  way to put TV screens in front of the jury.  Because running it

23  through the projector onto the screen makes the image bad.  The

24  one you look at, the one the defendant looks at and us on the

25  computer screen --

```
 1            THE COURT:  Right.

 2            MS. LOEFFLER:  -- is clear.

 3            THE COURT:  Okay.

 4            MS. LOEFFLER:  When you send it on that, it's not.

 5  But I don't -- doesn't seem to me which --

 6            THE COURT:  Okay, but that doesn't matter what

 7  courtroom we're in to deal with that.

 8            MS. LOEFFLER:  No.

 9            THE COURT:  You just have to bring in your TVs and set

10  them up.

11            MS. LOEFFLER:  That's what I think.  So I don't care

12  what courtroom we do this in.

13            THE COURT:  Okay.  Any concern?

14            MR. CURTNER:  We had a big trial here last year.

15            THE COURT:  This is where I do my trials, you know.

16            MR. CURTNER:  That's fine with me.

17            THE COURT:  Okay.

18            MS. LOEFFLER:  I know.  I've done plenty of trials in

19  here.  I don't know what that concern was, so...

20            THE COURT:  I think it had to do with the jury room,

21  but we've got a fine jury room here.  I don't know.

22            MS. LOEFFLER:  I have no idea, Your Honor.  I -- you

23  know, I've known Mr. Cooper a long time, but I don't claim I

24  understand everything.

25            THE COURT:  Yeah, it had something to do with
```

1    exhibits, and maybe that was the issue.

2            CAPT. DUIGNAN:  I think it was the issues that he

3    thought there was more technological capability in the other

4    courtroom.  If we can work it here --

5            MS. LOEFFLER:  Oh, Capt. Duignan was -- thought that

6    he -- for some reason he thought there was more technological --

7    but we've already figured out we're going to have to bring in --

8            CAPT. DUIGNAN:  Television.

9            MS. LOEFFLER:  -- TV screens so that people can see

10   what everybody else is seeing on some of that video evidence.

11           THE COURT:  Okay.  Makes sense.  And you've got access

12   to the courtroom from now until February to do whatever you have

13   to do.

14           MS. LOEFFLER:  Okay, yeah.

15           THE COURT:  So those are the issues.  I wanted to set

16   another status hearing in December just to make sure that things

17   are -- and I tentatively set it for December 13th at 9:00.

18           MS. LOEFFLER:  I think I am --

19           THE COURT:  Well, we don't have to have that date.  I

20   just pulled it out of the air.

21           MS. LOEFFLER:  Yeah.  I didn't bring in my calendar.

22   I think that's the week I'm gone.

23           THE COURT:  Well, we just want to keep on top of --

24           MS. LOEFFLER:  I have -- the week before and the week

25   after works for me.

1    (Whispered discussion off the record)

2              MS. LOEFFLER:  Mr. Curtner, you're looking at a

3    calendar.  What's the second week in December?

4              MR. CURTNER:  Well, the Friday in December after

5    December 20th I'm available.

6              MS. LOEFFLER:  Yeah, I'm available then too.  I'm --

7    actually, can you show me your calendar for just a second?  I

8    know exactly when I'm unavailable.  I'm sorry, Your Honor.

9              THE COURT:  That's all right.

10             MS. LOEFFLER:  I didn't bring it in.

11             THE COURT:  That's okay, that's all right.

12             MS. LOEFFLER:  Just give me the month.  Yeah, I'm gone

13   I'm gone the 9th through the 13th.  The Friday before, the

14   Monday after, any of that's fine for me.

15             THE COURT:  Do you want to do it December 19th, that's

16   a Thursday?

17             MS. LOEFFLER:  Fine, uh-huh.

18             MR. CURTNER:  That would be fine, Your Honor.

19             MS. LOEFFLER:  Great.

20             THE COURT:  Let's do it at 10:30.  So 10:30 December

21   19th, final pretrial conference.

22             MR. CURTNER:  I'm sorry, that's a status hearing or --

23             THE COURT:  Just another status hearing.

24             MR. CURTNER:  Okay.

25             MS. LOEFFLER:  Okay.

 1          THE COURT:  Just one of these things that we're doing

 2   right now.

 3          MR. CURTNER:  Okay, that's fine.

 4          THE COURT:  By then we'll know more about courtrooms

 5   and we'll know about whatever concerns anyone has.

 6          MS. LOEFFLER:  Okay.

 7          THE COURT:  Let's go through this again.  I indicated

 8   that Judge Roberts is working on the motions.  You're all well,

 9   I saw that that's proceedings.  And my plan is to continue to

10   use him as a magistrate judge until he retires or decides that

11   he's through, which is going to be by the end of the year.

12          We've established, Mr. Curtner, that you're counsel of

13   record; is that right?

14          MR. CURTNER:  That's right.

15          THE COURT:  Okay, that's clear as a bell.

16          MR. CURTNER:  Last one standing, yes.

17          THE COURT:  Okay, good.  We've set -- we're going to

18   use February 18th as the final pretrial conference, and then

19   we'll start trial the following Monday, February 24th.  And it's

20   my conclusion that that's in the interest of justice to proceed

21   in that fashion given the complexity of the issues and the

22   number of issues that we might have to address at the pretrial

23   conference.

24          In terms of jury selection, we decided we're going to

25   use the standard process unless the parties think that there is

1  some reason to look at the Kodiak issue, but for now we're going

2  to summons as we always do.  I presume we're going to go with

3  two alternates.  Is that the thinking at this time, fourteen

4  jurors, two of whom will be alternates?

5          Parties can think about if they want to use the random

6  method of selecting alternates like we've been doing where we

7  put 14 names in the spindle at the end, and at the last we pull

8  out two names and those people become the alternates so no one

9  knows who the alternates are throughout the trial, or we can

10  just use the old fashioned system of picking 12 jurors and then

11  picking two alternates, and they know who they are from

12  beginning to end.  It doesn't matter to me.  I don't know if

13  counsel have a preference.  Is that too early to make a

14  commitment on that regard?

15          MR. CURTNER:  I'm fine with a random selection at the

16  end of the case.

17          MS. LOEFFLER:  Your Honor, I'd just like to discuss

18  with Mr. Curtner, and we'll get back to you.  Because I've done

19  a number of really lengthy trials, and I'm not -- don't remember

20  how many alternates we had, but I think this trial will take a

21  month, so I just want to make sure we have a --

22          THE COURT:  It really will take a whole month?

23          MS. LOEFFLER:  What?

24          THE COURT:  It really will take a whole month you

25  think?

1          MS. LOEFFLER:  I think it probably will, and I just
2     want to make sure we have enough alternates.  And what I'd like
3     to do is just discuss it with Mr. Curtner.  I have no reason to
4     think it's something that's a prosecution or a defense theory.
5     We all want, once we do this, to make sure we don't lose
6     anybody.
7          THE COURT:  So you're thinking of maybe getting more
8     alternates?
9          MS. LOEFFLER:  Just one more I was thinking, but I --
10    but again, I would want to discuss it with Mr. Curtner --
11         THE COURT:  Well, we could -- it's fine with me.
12         MS. LOEFFLER:  -- because I have no reason to -- you
13    know.
14         THE COURT:  We could put another alternate over there
15    if I had to.
16         MS. LOEFFLER:  I have had an 11 person jury, but I did
17    have to litigate it on, you know, the Ninth Circuit.
18         THE COURT:  Well, that's been -- thanks to Judge
19    Fitzgerald, that's been litigated and resolved.
20         MS. LOEFFLER:  Yes, well, you know, I did the appeal
21    on that.  I just want to make sure we don't have to do it again.
22         THE COURT:  Okay.  All right.  I don't mind -- if it
23    really is going to be a month, I don't have a problem with three
24    alternates.  But think about it and just let me know.
25         MS. LOEFFLER:  Yeah.

1          THE COURT:  And then tell me if you want the random
2   method, which is --
3          MS. LOEFFLER:  Right.
4          THE COURT:  We can do that too.
5          MS. LOEFFLER:  The only other thing I just ask to
6   clarify, Your Honor, is it sounds like what you've done is
7   you've now referred all of the motions to Judge Roberts --
8          THE COURT:  Yes.
9          MS. LOEFFLER:  -- which is, of course, your choice.  I
10  was just -- the only reason I was clarifying it was because
11  previously you said you were taking them and --
12         THE COURT:  I know that.
13         MS. LOEFFLER:  Okay.
14         THE COURT:  And he brought that to my attention.  I've
15  cleared that up.
16         MS. LOEFFLER:  Okay.
17         THE COURT:  That's why we have these pretrial
18  conferences, to clear up those things.  For now, for now.
19  Things will change.  You know, he's retiring at the end of the
20  year, so...
21         MS. LOEFFLER:  Right.
22         THE COURT:  I've got a whole hour.
23         MS. LOEFFLER:  Well, we -- you know, we're happy to go
24  back to work if you're done, Judge.  I don't have anything else.
25         THE CLERK:  What time is the final pretrial

1  conference?

2          THE COURT:  At 10:30.  Come on.

3          MS. LOEFFLER:  No, Your Honor, I don't have anything.

4          THE COURT:  Usually if we sit in silence, someone

5  thinks of something.

6          MS. LOEFFLER:  I don't have anything.

7          MR. CURTNER:  I'm fine, Your Honor.

8          THE COURT:  Do we have anyone on the telephone today?

9  Okay.

10          MR. CURTNER:  I don't think so.

11          THE COURT:  I think at one point the victims had

12  requested that they be able to participate.

13          MS. LOEFFLER:  Oh, Mrs. Belisle is here, and I'm sure

14  Mrs. Hopkins has probably been notified.  We have our victim

15  witness coordinator here.

16          THE COURT:  What I ruled real early on is that was up

17  to the government to make -- take care of that issue --

18          MS. LOEFFLER:  Right.

19          THE COURT:  -- whenever necessary.  Okay.  Thank you

20  all very much.

21          THE CLERK:  All rise.  This matter stands adjourned.

22  Court stands in recess until our 10 a.m. matter.

23              (Proceedings adjourned, 9:16:17 a.m.)

24

25

```
 1                      CERTIFICATION

 2

 3       I, LEONARD J. DiPAOLO, RPR, CRR, CCP, court-approved

 4    transcriber, certify that the foregoing is correct transcript

 5    from the official digital electronic sound recording of the

 6    proceedings in the above-entitled matter.

 7

 8

 9    _____          ___9/10/14___

10    Leonard J. DiPaolo, RPR, CRR, CCP           Date

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Peninsula Reporting**
**110 Trading Bay Dr., Ste. 100, Kenai, AK  99611 907/283-4429**