KAREN L. LOEFFLER
United States Attorney

E. Bryan Wilson
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.: 3:13-CR-00008 RRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | **OF COUNSEL** |
| | ) | |
| JAMES MICHAEL WELLS | ) | |
| | ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant United States Attorney E. Bryan Wilson now appears as co-counsel for the United States of America in the above-entitled action. The undersigned should be

included in future service distribution and correspondence relating to this matter.

RESPECTFULLY SUBMITTED this 17th day of September, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Bryan Wilson
E. Bryan Wilson
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true and correct copy
of the foregoing was served electronically upon the following:

F. Richard Curtner
Office of the Public Defender

s/ E. Bryan Wilson
Office of the U.S. Attorney

U.S. v. WELLS
Case No.: 3:13-cr-00008 RRB            Page 2 of 2