

U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
**NOTE:** Use additional sheets where space on this form
is insufficient or continue on back of last page.

### FINANCIAL STATEMENT OF DEBTOR

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y. Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274. Disclosure of the information is voluntary. If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

---

**Section 1**
**Personal Information**

1. Full Name(s) _____
_____
Street Address _____
City_____State_____ Zip_____
County of Residence_____
How long at this residence? _____

1a. Home Telephone: (\_\_\_\_) _____
     Best Time to Call _____a.m. _____ p.m.
1b. Cellular Number: (\_\_\_\_) _____
2. Marital Status:
☐Married       ☐Separated
☐Unmarried (single, divorced, widowed)

_____

3. Your Social Security No. (SSN) _____
4. Spouse's Social Security No.     _____

3a. Your Date of Birth (mm/dd/yy)_____
4a. Spouse's Date of Birth (mm/dd/yy)_____
_____
_____
_____

5. ☐ Own Home  ☐Rent  ☐Other (specify, i.e. share rent, live with relative)_____
_____
6. List the dependants you can claim on your tax return: (Attach sheet if more space is needed)

| First Name | Relationship | Age | Does this person live with you? | First Name | Relationship | Age | Does this person live with you? |
|---|---|---|---|---|---|---|---|
| _____ | | | ☐No  ☐Yes | _____ | | | ☐No  ☐Yes |
| _____ | | | ☐No  ☐Yes | _____ | | | ☐No  ☐Yes |

---

**Section 2**
**Your Business Information**

7. Are you or your spouse self-employed or operate a business? (Check "Yes" if either applies)
     ☐ No   ☐ Yes  If yes, provide the following information:
7a. Name of Business _____  7c. Employer Identification No:_____
7b. Street Address _____  7d. Do you have employees?     ☐ No   ☐ Yes
City_____State_____ Zip_____  7e. Do you have accounts receivable? ☐ No  ☐ Yes
                                                                                                If yes, please complete section 8 on page 5.

☞ **ATTACHMENTS REQUIRED**: Please provide proof of self-employment income for the **prior 3 months**
(e.g. invoices, commissions, sales records, income statement).

---

**Section 3**
**Employment Information**

8. Your employer_____  9. Spouse's Employer_____
Street Address _____  Street Address _____
City_____State_____ Zip_____  City_____State_____ Zip_____
Work telephone no. (\_\_\_\_)_____  Work telephone no. (\_\_\_\_)_____
May we contact you at work? ☐ No     ☐ Yes  May we contact you at work? ☐ No     ☐ Yes
8a. How long with this employer? _____  9a. How long with this employer?_____
8b. Occupation_____  9b. Occupation_____

☞ **ATTACHMENTS REQUIRED**: Please provide proof of gross earnings and deductions **for the past 3 months from each employer** (e.g. pay stubs, earnings statements). If year-to-date information is available, send only 1 such statement as long as a **minimum of 3 months** is represented.

**Section 4**
Other Income Information

10. Do you receive income from sources other than your own business or your employer? (Check all that apply.)

☐ Pension    ☐ Social Security    ☐ Other (specify, e.g. child support, alimony, rental)_____

☞ **ATTACHMENTS REQUIRED**: Please provide proof of pension/social security/other income for the past 3 months from each payor, including any statements showing deductions. If year-to-date information is available, send only 1 statement as long as **3 months** is represented.

___

**Section 5**
Banking, Investment, Cash, Credit and Life Insurance Information

11. **CHECKING ACCOUNTS**. List all checking accounts. (If you need additional space, attach a separate sheet.)

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 11a. | Checking | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 11b. | Checking | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 11c. | | Total Checking Accounts Balances | | $_____ |

12. **OTHER ACCOUNTS**. List all accounts, including brokerage, savings and money market, not listed in 11.

| | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |
|---|---|---|---|---|
| 12a. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 12b. | _____ | Name_____ Address_____ City/State/Zip_____ | _____ | $_____ |
| 12c. | | Total Other Account Balances | | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements (checking, savings, money market and brokerage accounts) for the past **3 months** for **all** accounts.

___

13. **INVESTMENTS**. List all investment assets below. Include stocks, bonds, mutual funds, stock options, certificates of deposits and retirement assets such as IRAs, Keogh and 401(k) plans.

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount (if any) | Used as collateral on loan? |
|---|---|---|---|---|---|
| 13a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 13b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 13c. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |

13d. **Total Investments**    $_____

___

14. **CASH ON HAND**. Include any money that you have that is not in the bank.

14a. Total Cash on Hand    $_____

_____

**Section 5**  15. **AVAILABLE CREDIT**. List all lines of credit, including credit cards. ( If you need additional space, attach a
continued      separate sheet.)

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |
|---|---|---|---|---|
| 15a. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |
| 15b. | Name_____ Address_____ City/State/Zip_____ | _____ | _____ | $_____ |

15c. **Total Minimum Payments**    $_____
_____
16. **LIFE INSURANCE**. Do you have life insurance with a cash value?    ☐ No   ☐ Yes
    (Term Life Insurance does not have a cash value.)
16a. Name of Insurance Company_____
16b. Policy Number(s)_____
16c. Owner of Policy_____
16d. Current Cash Value $_____    16e. Outstanding Loan Balance $_____

**Subtract "Outstanding Loan Balance: line 16e from "Current Cash Value" line 16d = 16f $_____**

☞ **ATTACHMENTS REQUIRED**: Please include a statement from the life insurance companies that includes type and cash/loan value amounts. If currently borrowed against, include loan amount and date of loan.
_____

**Section 6**  17. **OTHER INFORMATION**. Respond to the following questions related to your financial condition:
Other             (Attach a separate sheet if you need more space.)Information
17a. Do you have a safe deposit box? ☐ No  ☐ Yes
     If yes, please include the name and address of location of box, the box number and the contents below:
     _____
     _____

17b. Do you have a will? ☐ No    ☐ Yes; if yes, where is it kept?_____
17c. Are there any garnishments against your wages? ☐ No   ☐ Yes
     If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17d. Are there any judgments against you? ☐ No    ☐ Yes
     If yes, who is the creditor?_____ Date of Judgment_____ Amount of debt $_____
17e. Are you a party to a lawsuit? ☐ No    ☐ Yes
     If yes, amount of suit $_____   Possible completion date_____   Court_____
     Subject matter of suit_____
17f. Did you ever file bankruptcy? ☐ No    ☐ Yes
     If yes, date filed_____    Date discharged _____
17g. In the past 10 years did you transfer any assets out of your name for less than their actual value?
     ☐ No ☐ Yes
     If yes, what asset?_____ Value of asset at time of transfer $_____
     When was it transferred?_____ To whom was it transferred? _____
17h. Do you anticipate any increase in household income in the next 2 years? ☐ No    ☐ Yes
     If yes, why will the income increase?_____ (Attach sheet if you need more space.)
     How much will it increase? _____
17i. Are you a beneficiary of a trust or an estate? ☐ No      ☐ Yes
     If yes, name of the trust or estate_____  Anticipated amount to be received $_____
     When will the amount be received?_____
17j. Are you a participant in a profit sharing plan? ☐ No    ☐ Yes
     If yes, name of plan_____ Value in plan $_____

**Section 7**
Assets and Liabilities

*Current Value is the amount you could sell the asset for today

18. **PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS**. Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | *Current Value | Current Loan Balance | Name of Lender | Purchase Date | Monthly Payment |
|---|---|---|---|---|---|---|
| 18a. | _____ | $_____ | $_____ | _____ | _____ | $_____ |
| 18b. | _____ | $_____ | $_____ | _____ | _____ | $_____ |

**LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS**. Include boats, RV's, motorcycles, trailers, etc. (If you need additional space, attach a separate sheet.)

| | Description (year, make, model) | Lease Balance | Name and Address of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 18c. | _____ | $_____ | _____ | _____ | $_____ |
| 18d. | _____ | $_____ | _____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include your current statement from lender with monthly car payment and current balance of the loan for each vehicle purchased or leased.

_____

20. **REAL ESTATE**. List all real estate you own. (If you need additional space, attach a separate sheet.)

| Street Address, City State, Zip, County Lender/Lien Holder | Date Purchased | Purchase Price | *Current Value | Loan Balance | Monthly Pymt |
|---|---|---|---|---|---|
| 20a._____ | _____ | $_____ | $_____ | $_____ | $_____ |
| 20b._____ | _____ | $_____ | $_____ | $_____ | $_____ |

_____

21. **PERSONAL ASSETS**. List all personal assets below. (If you need additional space, attach a separate sheet.)
*Furniture/Personal effects* includes the total current market value of your household such as furniture and appliances
*Other Personal Assets* includes all artwork, jewelry, collections, antiques or other assets

| | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|---|---|---|---|---|---|---|
| 21a. | Furniture/Personal Effects | $_____ | $_____ | _____ | $_____ | _____ |
| | Other: (List below) | | | | | |
| 21b. | Artwork | $_____ | $_____ | _____ | $_____ | _____ |
| 21c. | Jewelry | $_____ | $_____ | _____ | $_____ | _____ |
| 21d. | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 21e. | _____ | $_____ | $_____ | _____ | $_____ | _____ |

Name_____    SSN_____    Page 5
_____

**Section 7**
continued

22. **BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (If you need additional space, attach a separate sheet.) *Tools used in Trade or Business* includes the basic tools or books used to conduct your business, excluding automobiles. *Other Business Assets* includes machinery, equipment, inventory or other assets.

|        | Description | Current Value | Loan Balance | Lender | Monthly Payment | Date of Final Pymt |
|--------|-------------|---------------|--------------|--------|-----------------|--------------------|
| 22a.   | Tools used in Trade/Business | $_____ | $_____ | _____ | $_____ | _____ |
|        | Other: (List below) | | | | | |
| 22b.   | Machinery | $_____ | $_____ | _____ | $_____ | _____ |
| 22c.   | Equipment | $_____ | $_____ | _____ | $_____ | _____ |
| 22d.   | _____ | $_____ | $_____ | _____ | $_____ | _____ |
| 22e.   | _____ | $_____ | $_____ | _____ | $_____ | _____ |

_____

**Section 8**
Accounts/
Notes
Receivable

*Use only if needed*

23. **ACCOUNTS/NOTES RECEIVABLE.** List all accounts separately, including contracts awarded, but not started. (If you need additional space, attach a separate sheet.)

|       | Description | Amount Due | Date Due | Age of Account |
|-------|-------------|------------|----------|----------------|
| 23a.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23b.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23c.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23d.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23e.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |
| 23f.  | Name_____<br>Address_____<br>City/State/Zip_____ | $_____ | _____ | ☐ 0-30 days<br>☐ 30-60 days<br>☐ 60-90 days<br>☐ 90+ days |

**Add "Amount Due" from lines 23a through 23f = 23g $_____**

Name_____    SSN_____    Page 6
_____

**Section 9**    **Total Income**                                **Total Living Expenses**

| | Source | Gross monthly | Expense Items[1] | Actual Monthly |
|---|---|---|---|---|
| Monthly Income and Expense Analysis | 24. Wages (yourself) | $_____ | 35. Rent/Mortgage | $_____ |
| | 25. Wages (spouse) | _____ | 36. Electric | _____ |
| | 26. Interest - Dividends | _____ | 37. Natural Gas | _____ |
| | 27. Net Business Income | _____ | 38. Cable TV | _____ |
| **If only one spouse has a debt, but both have income, list the total household income and expenses.** | 28. Net Rental Income | _____ | 39. Telephone | _____ |
| | 29. Pension/Social Security | _____ | 40. Water | _____ |
| | 30. Pension/Social Security (Spouse) | _____ | 41. Food | _____ |
| | 31. Child Support | _____ | 42. Car Payment | _____ |
| | 32. Alimony | _____ | 43. Gasoline | _____ |
| | 33. Other | _____ | 44. Car Insurance | _____ |
| | **34. Total Income** | $_____ | 45. Cell Phone/Pager | _____ |
| | | | 46. Other Utilities | _____ |
| | | | 47. Clothing & Misc. | _____ |
| | | | 48. Health Care | _____ |
| | | | 49. Court Ordered Payments | _____ |
| | | | 50. Child/Dependant Care | _____ |
| | | | 51. Life Insurance | _____ |
| | | | 52. Other secured debt | _____ |
| | | | 53. Other expenses | _____ |
| | | | 54. Education Expenses | _____ |
| | | | **55. Total Living Expenses** | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include;
- A copy of your last Form 1040 with all Schedules
- Proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.
- Proof of all non-business transportation expenses (e.g car payments, lease payments, fuel, oil, insurance, parking, registration)
- Proof of payments for health care, including health insurance premiums, co-payments and other out-of-pocket expenses
- Copies of any court order requiring payment and proof of such payments for the past 3 months

_____

| **CERTIFICATION** |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment. |
| _____<br>Signature                                            Social Security No.                   Date |
| **WARNING** |
| **False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.** |

---

[1] Expenses generally not allowed: We generally do not allow you to claim tuition for private schools, public or private college expenses, charitable donations, voluntary retirement contributions, payments on unsecured debts such as credit card bills and other similar expenses. However, we may allow these expenses, if you can prove that they are necessary for the health and welfare of you or your family. **EX. A page 6**

Case 3:13-cr-00008-SLG Document 789-1 Filed 09/18/14 Page 6 of 6