KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

E. Bryan Wilson
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.wilson@usdoj.gov
FL Bar No. 0604501
Email: karen.loeffler@usdoj.gov
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JAMES MICHAEL WELLS,<br><br>                    Defendant. | ) No. 3:13-CR-00008-RRB-JDR<br>)<br>) **PROPOSED ORDER**<br>) **UNITED STATES' MOTION**<br>) **TO RESTRAIN**<br>) **DISSIPATION OF ASSETS**<br>)<br>)<br>)<br>) |

PLAINTIFF'S motion is hereby granted. The Defendant is restrained from sale or dissipation of assets owned or controlled by Defendant, including his home and retirement accounts, to insure their availability for restitution. Defendant is further required to complete the financial affidavit, attached to the United States' Motion as Exhibit A, within 21 days from the date of this Order. The Court also requests the Defendant's wife to complete a financial affidavit for purposes of assisting the Court in determining the manner and schedule of payment of restitution in this case.

DATED this ____ day of _____, 2014, in Anchorage, Alaska.

_____
HONORABLE RALPH BEISTLINE
U.S. DISTRICT COURT JUDGE