1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ALASKA

3    UNITED STATES OF AMERICA,        )    Case 3:13-cr-00008-RRB
                                      )
4            Plaintiff,               )    Anchorage, Alaska
                                      )    Friday, April 11, 2014
5        vs.                          )    9:01 o'clock a.m.
                                      )
6    JAMES MICHAEL WELLS,             )
                                      )
7            Defendant.               )
     _____ )    **TRIAL BY JURY – DAY 9**

8
                      **TRANSCRIPT OF PROCEEDINGS**
9
               BEFORE THE HONORABLE RALPH R. BEISTLINE
10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:        KAREN L. LOEFFLER
                               U.S. Attorney
13                             BRYAN SCHRODER
                               KATHLEEN ANN DUIGNAN
14                             Assistant U.S. Attorneys
                               Office of the U.S. Attorney
15                             222 West 7th Avenue, #9, Room 253
                               Anchorage, Alaska  99513-7567
16                             (907) 271-5071

17   For the Defendant:        F. RICHARD CURTNER
                               Federal Defender
18                             Office of the Federal Public Defender
                               601 West 5th Avenue, Suite 800
19                             Anchorage, Alaska  99501
                               (907) 646-3400
20
                               PETER OFFENBECHER
21                             Skellenger Bender, P.S.
                               1301 5th Avenue, Suite 3401
22                             Seattle, Washington  98101-2605
                               (206) 623-6501

23

24

25

1  APPEARANCES (Continued):

2  Court Recorder:              NANCY LEALAISALANOA
                                U.S. District Court
3                               222 West 7th Avenue, #4, Room 229
                                Anchorage, Alaska  99513-7564
4                               (907) 677-6111

5  Transcription Service:       A & T Transcripts
                                6299 West 111th Avenue
6                               Westminster, Colorado  80020
                                (720) 384-8078
7

8  Proceedings recorded by electronic sound recording; transcript
   produced by transcription service.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   **ANCHORAGE, ALASKA - FRIDAY, APRIL 11, 2014**

2

3       (Call to Order of the Court at 9:01 a.m.)

4       (Defendant present; jury not present)

5           THE CLERK:  All rise.  His Honor the Court, the United

6   States District Court for the District of Alaska is now in

7   session, with the Honorable Ralph R. Beistline presiding.

8   Please be seated.

9           THE COURT:  Okay.  Good morning.  How's everybody

10  doing?

11          MS. LOEFFLER:  Good morning.

12          MR. SCHRODER:  Good.

13          MR. CURTNER:  Good.

14          THE COURT:  First issue, playback of videos.  Oh, there

15  we are.  We got our number 1 IT man right here.  It always

16  becomes a problem if we don't think about it well in advance.

17  I've been down this road too many times before, so I'm thinking

18  about it well in advance.

19          The old-fashioned way is, if the jury wants to listen

20  to a video, they come back in the courtroom.  Whoever has the

21  computer -- what -- we put it up, and we all sit quietly and

22  they do it.  I don't like that, because then we are in the

23  middle of their deliberations.  I don't like to impinge on the

24  deliberations.

25          Another option is someone suggested the other day that

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 3 of 38
(720) 384-8078  attrans@sbcglobal.net

1  every video we put on a CD and somehow mark so that the jury

2  knows what it is, and that we provide a machine in the jury

3  room, they can do what they want with it.  Is that possible?

4          MR. SCHAEFER:  Yes.

5          THE COURT:  Could you explain that?

6          MR. SCHAEFER:  Sure.  Basically, we -- we've tested a

7  few -- for audio, we're assuming that things are in mp3 format.

8  Is that correct?

9          MS. LOEFFLER:  I think so, yeah.  We don't have much

10 audio, but we have -- because the two voicemails.  I don't know

11 how much else there is.

12         UNIDENTIFIED SPEAKER:  We use Windows Player for those.

13         MS. LOEFFLER:  We use Windows Player.  But whatever you

14 need the audio to be in -- there isn't much -- we can make that

15 happen.

16         MR. SCHAEFER:  Okay, I mean, we just --

17         MS. LOEFFLER:  Okay.

18         MR. SCHAEFER:  -- know right now that mp3 will work

19 fine.

20         MS. LOEFFLER:  Yeah.

21         MR. SCHAEFER:  And if there was something different,

22 and we had a little bit of time, we could test it on there --

23         THE COURT:  Could you -- do you have a -- could you get

24 a microphone down there, just so that everybody's on the same

25 wave here.  Okay.  We're discussing -- we're anticipating a

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 4 of 38
(720) 384-8078  attrans@sbcglobal.net

1   problem in advance and trying to solve it in advance.  And the

2   issue -- because there have been so many exhibits that have

3   been put up on the screen, I want to get it solved before the

4   first question --

5            MS. LOEFFLER:  Right.

6            THE COURT:  -- comes in, and be able to instruct them

7   about that.  Okay.  Now, I'm interested in -- I mean, I'm

8   interested in listening in to this dialogue because you are

9   much more sophisticated in these kind of things than I am.  So

10  that's why I brought IT in here.  Okay, keep talking.

11           MS. LOEFFLER:  So I -- and I may be wrong.  I -- right

12  now, I think the only audios we have are the two voicemails,

13  but there may be more.  But -- and anyway, I don't think that

14  that's a -- and I'm not a big tech -- but I don't think that's

15  a technically difficult issue.  If it's not exactly what you

16  want, it can be made exactly what you want.

17           And we did talk -- on the videos, we did talk to Kim

18  Dickson last night, our person.

19           THE COURT:  Yeah.

20           MS. LOEFFLER:  And I think you guys -- Bruce had the

21  same thing.  We can put any videos that are admitted on a CD.

22  And what Kim's thought was, she was actually going to type out

23  the exact instructions that it would take to play them, so

24  nobody screws it up.  And then they can be run by everybody.

25  But her idea was, she can make it so that they're on a -- you

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 5 of 38
(720) 384-8078   attrans@sbcglobal.net

1  know, a CD that they can play, and then have an exact

2  instruction that says this is --

3          THE COURT:  And they will not requ --

4          MS. LOEFFLER:  -- how you do it.

5          THE COURT:  -- they will not require our presence to do

6  it?

7          MS. LOEFFLER:  No.

8          MR. SCHRODER:  Well --

9          MS. LOEFFLER:  But I -- but -- what (indiscernible).

10          MR. SCHRODER:  Yeah, the issue is this, is that some of

11  the video played from the T1 and T2 cameras goes through a

12  piece of software, proprietary software --

13          MS. LOEFFLER:  Oh, (indiscernible).

14          MR. SCHRODER:  -- that that company uses.

15          THE COURT:  Okay.

16          MS. LOEFFLER:  So --

17          THE COURT:  So --

18          MR. SCHRODER:  View Com --

19          MS. LOEFFLER:  View Commander.

20          MR. SCHRODER:  -- that's View Commander.

21          MS. LOEFFLER:  Okay.

22          MR. SCHRODER:  So it needs --

23          MS. LOEFFLER:  Yeah.

24          MR. SCHRODER:  -- to be played through a computer,

25  not --

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 6 of 38

```
 1            THE COURT:  Well, now we're get --

 2            MR. SCHRODER:  -- just a --

 3            THE COURT:  Now we're getting into the problems I had

 4    anticipated.

 5            MR. SCHRODER:  No, I understand that, Judge, and that's

 6    why --

 7            THE COURT:  Okay.

 8            MR. SCHRODER:  -- it's a good idea we're doing this.

 9    So --

10            MR. SCHAEFER:  If need be, we could provide a PC.  It

11    would have no network connection at all, it would --

12            MS. LOEFFLER:  Right.

13            MR. SCHAEFER:  -- just be a -- a standalone for this.

14    And then if -- is the -- the software is something that can be

15    put on a -- another computer?

16            MR. SCHRODER:  It -- it'd be on -- it'd -- I think

17    actually it would probably be on --

18            MR. CURTNER:  Well --

19            MR. SCHRODER:  -- the CD.

20            MS. LOEFFLER:  Yeah, I don't think they have --

21            MR. SCHAEFER:  Oh, the software's on the --

22            MR. SCHRODER:  Yeah, you --

23            MR. SCHAEFER:  -- CD?

24            MR. SCHRODER:  -- just click it and run the software,

25    and then it would bring up the video.
```

1       MR. SCHAEFER:  Yeah.  So, I mean, if it comes down to

2  that, we could provide the PC to be able to do it as well.

3  What --

4       THE COURT:  Okay.

5       MR. SCHAEFER:  What we were talking about initially is

6  essentially it's just a -- it's a combination VHS/DVD player,

7  but the DVD player plays a bunch of different formats.

8       MS. LOEFFLER:  Yeah -- no, no, no, that wouldn't work.

9  It would have to be a PC.  I'm sorry, I was assuming that there

10  would be a PC that we would have -- you know, like ours, that

11  the defense -- they'd play some too and that they'd have it on

12  a CD.  I thought Bruce had said sort of the same thing.  And

13  then we'd have instructions, this is what you do, you know, you

14  put it in and they can play it.  It's just a piece of evidence

15  like anything else, but you need a PC to do it.  And that it --

16  yeah, of course it not be Internet connected.

17       MR. SCHAEFER:  Okay.

18       THE COURT:  Are we working towards a solution, or not?

19       MR. CURTNER:  You know, Judge -- can I speak?

20       THE COURT:  Yes.  I want everybody to speak.

21       MS. LOEFFLER:  Okay.

22       MR. CURTNER:  Well, you know, I'm old-fashioned, and I

23  think, you know, we're just looking at potential problems.  I

24  don't mind being here through all the replays.  I think that's

25  the way we avoid, you know, any kind of technical problems in

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 8 of 38
(720) 384-8078  attrans@sbcglobal.net

1   the jury room or -- you know.

2         THE COURT:  So tell me this.  What do you envision?

3         MR. CURTNER:  I'm -- I envision that it they want a --

4   some -- to see something again or to hear something again, we

5   can come back and we could show it to them just like we did in

6   the trial.

7         THE COURT:  So that -- does that mean that each IT

8   person has to be here with their computer?

9         MR. CURTNER:  Well, if they wanted to see a defense

10   exhibit, that would be the safest way.  We could just replay

11   what we did in court.  And if they wanted to see a government

12   exhibit, I think they could be here and do the same thing we

13   did in court.  I think both our sides are capable of doing

14   that.

15         THE COURT:  So would it be up here on the big screen?

16         MR. CURTNER:  Uh-huh (affirmative).  Just like in

17   court, just a replay.  It would be a real replay of what the

18   evidence was.

19         THE COURT:  Like the old-time -- like we used to do

20   it --

21         MR. CURTNER:  Yeah.

22         THE COURT:  -- in the old days.

23         MR. CURTNER:  Just like it's worked for a long time.

24         THE COURT:  But they wouldn't have the -- would it

25   be -- sometimes it's clearer on the little screen, but -- okay.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 9 of 38
(720) 384-8078  attrans@sbcglobal.net

1    So they'll get in -- the question will come in, "We want to see

2    replay of" -- whatever.  And they'll all come in and here and

3    we'll all come in here, and --

4           MR. CURTNER:  Uh-huh (affirmative).

5           THE COURT:  -- we'll sit down.

6           MR. CURTNER:  Uh-huh (affirmative).  It's worked for a

7    long time.

8           THE COURT:  And then I'll deal with whoever the

9    foreperson is.  I'll say, "Is that adequate, or do you want to

10   see it again?"

11         MR. CURTNER:  And we'll stay as long as they want to

12  look at it.

13         THE COURT:  And they'll say, "We want to see it again."

14         MR. CURTNER:  We'll be --

15         THE COURT:  But they can't talk about it.

16         MR. CURTNER:  Right.  Until --

17         THE COURT:  And I'll have to talk to --

18         MR. CURTNER:  -- they get back, yeah.

19         THE COURT:  Yeah.  The -- this is -- and we can't say

20  anything.

21         MR. CURTNER:  Absolutely not.

22         THE COURT:  Other than me saying, "Is that adequate, or

23  do you want to" --

24         MR. CURTNER:  We can't even roll our eyes or anything.

25         THE COURT:  You can't do anything.  What if they say,

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 10 of 38
(720) 384-8078  attrans@sbcglobal.net

1 "Okay, we're all done with the videos, but now we would like to
2 have playback of Officer -- Agent So-and-So's testimony"?  Do
3 you want to be here for that too or do you want to all be gone?
4          MR. CURTNER:  Yes.
5          THE COURT:  Okay.  So we've solved that issue.  We
6 could be here -- we could retry the whole trial then, all
7 sitting here.
8          MR. CURTNER:  That's not unusual in my cases.
9          THE COURT:  And do you --
10          MR. CURTNER:  It's happened before.
11          THE COURT:  Do you usually come back for playback?
12          MR. CURTNER:  Yes, I'm always here.
13          THE COURT:  You are the exception to the rule.
14          MR. CURTNER:  I hope so.
15          THE COURT:  Well, you are, because usually the --
16          MS. LOEFFLER:  Yeah.
17          THE COURT:  -- we're -- none of us are here.  But the
18 rule is, it's all or nothing.  But no -- it's not open to the
19 public, it's --
20          MR. CURTNER:  Right.
21          THE COURT:  -- because it -- my concern, it's part of
22 their deliberations.
23          MR. CURTNER:  Absolutely.
24          THE COURT:  So have we reached an agreement, or have we
25 reached a impasse?

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 11 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MR. OFFENBECHER:  And as Mr. Wells pointed out, Your

2     Honor, he's here.

3          THE COURT:  He's here, yeah.  He's here for everything

4     we do, actually.

5          MR. OFFENBECHER:  Okay.

6          THE COURT:  There are some exceptions, but I don't know

7     what -- where they would apply in this case.  Technically, he

8     doesn't have to be here to go over jury instructions, but he is

9     here, so he might as well stay.

10          MR. CURTNER:  Yeah, we're not going to send him

11     anywhere.

12          THE COURT:  Okay.  All right.

13          MS. LOEFFLER:  Your Honor?

14          THE COURT:  Yes.

15          MS. LOEFFLER:  With regard to the, you know, witness

16     playbacks, my understanding of the law is if the defense wants

17     to be present, that's the way it has to be.

18          THE COURT:  True.

19          MS. LOEFFLER:  So we have an agreement on that.  I

20     think that's --

21          THE COURT:  True.

22          MS. LOEFFLER:  -- a defense call.  My -- unless the

23     law's changed.  With regard to the ability to see the videos,

24     where we are is -- I -- I'm not sure on the law on that, so

25     where we are is what the defense wants should be the rule now.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 12 of 38
(720) 384-8078  attrans@sbcglobal.net

1   And if we think that under the law the jury has a right to --
2   if it's technically possible to look at it on their own, we
3   will file something with some law behind it.  So I'm not --
4         THE COURT:  But you have to file more than the law
5   behind it.  You have to file the means of how we accomplish it.
6         MS. LOEFFLER:  Right.  That's what I'm saying.
7         THE COURT:  That's what I'm --
8         MS. LOEFFLER:  We're either under an agreement or we
9   will file something with law and the means and lay it out.  So
10   you may already -- I just don't know enough about the law on
11   that.  So for where we are --
12         THE COURT:  Okay.
13         MS. LOEFFLER:  -- now, it's what the defense wants.
14   We're --
15         THE COURT:  Well, they haven't been unreasonable so far
16   today, so we're doing good.  Okay, so we've got a -- we've made
17   a decision.  If they want to do playback, we're going to
18   have -- each party's IT person is going to be here in the
19   courtroom, prepared to do what they're asked to do, and able to
20   quickly find what they want.
21         MR. CURTNER:  Uh-huh (affirmative).  Yeah, Mr.
22   Johnson -- he cannot leave town until, like, July or something,
23   so --
24         THE COURT:  Okay, you've got him -- but he's not here
25   now.  That's what I'm worried about.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 13 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MR. CURTNER:  Oh, well, no, he's --

2          THE COURT:  His water bottle is, if that means

3     anything.  Okay.  Sorry, IT, what kind of thought -- it looks

4     like you're off the hook.

5          MR. SCHAEFER:  Okay.

6          THE COURT:  Does that bother you?

7          MR. SCHAEFER:  No.  No --

8          THE COURT:  No, okay.  Good.

9          MR. SCHAEFER:  -- that's fine.

10         THE COURT:  Okay.  Let's go over these instructions.

11    We've already given 1 through 18, so let's go -- let's turn to

12    number 18.  Don't -- we're not going to change the numbers,

13    we're just going to go over this.  I like to be -- have these

14    things resolved well in advance instead of keeping the jury

15    waiting at the last minute.  So I'm just turning to 18, and

16    this is a pattern one that I usually read at the close of

17    trial.  So I'm now turning to 19.

18         MS. LOEFFLER:  I'm sorry, Your Honor, let me just catch

19    up, because I'm --

20         THE COURT:  Okay.

21         MS. LOEFFLER:  -- trying to figure out -- oh, the

22    set -- I have it -- is not in that order.

23         THE COURT:  Well, then you didn't get the --

24         MS. LOEFFLER:  Hold on.

25         THE COURT:  -- set I passed out last night.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 14 of 38
(720) 384-8078  attrans@sbcglobal.net

 1          MS. LOEFFLER:  No, no, no.  No, I -- I'm getting there.

 2   Oh, I see.  I see.  I see, okay.  There were a couple of

 3   numbers of one too.  There were our numbers and your numbers.

 4   So I --

 5          THE COURT:  Okay.

 6          MS. LOEFFLER:  -- I'm there.

 7          THE COURT:  Okay.  I'm looking at 18 now.

 8          MS. LOEFFLER:  Oh, sorry, I'm on 19.  Okay.

 9          THE COURT:  I want to read this before closing

10   arguments.  Then 19.  Then I will read that at -- may -- I

11   don't know -- the order I may change if it flows better.  Okay,

12   that's right, though.  Then I'll read 19.  Then we have the

13   counts, 20, 21, 22, 23, 24, and 25.  Any objection to those?

14   Those are -- I think the government submitted those.  I'm not

15   certain.  But those are the charges setting forth the elements.

16   You tell me when you're ready to move on.

17          MR. OFFENBECHER:  Yeah, we're fine with this.

18          THE COURT:  So it's okay from the defense standpoint?

19          MR. CURTNER:  Yes.

20          MR. OFFENBECHER:  Yeah.

21          MR. SCHRODER:  Yes, Your Honor.

22          THE COURT:  Okay.  So now I'm at 26.  This is the one

23   Mr. Curtner always asks me to give and I never do.  But it's

24   good that he's continuing to ask.  I'm going to stick with the

25   pattern on reasonable doubt.  Then we go to 27.  This is the

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 15 of 38
(720) 384-8078  attrans@sbcglobal.net

1  one that the defense has submitted on third-party culpability.

2  I've done quite a bit of research on the subject, and I haven't

3  heard back from the government on this subject.  This is one of

4  many possibilities.  I'm looking at another one slightly

5  modified from this one, but I won't make a final decision until

6  I hear from the government.

7  　　　　　MS. LOEFFLER:  Well, where we are on this one is I

8  think -- I know you want to get everything done today, but I

9  think we're --

10  　　　　　THE COURT:  No, I don't.  I just wanted --

11  　　　　　MS. LOEFFLER:  No, no.  Okay.  But I think we're going

12  to have to revisit this at the end of the defense case.

13  Because our position right now is there is no evidence yet

14  that's been admitted of --

15  　　　　　THE COURT:  I --

16  　　　　　MS. LOEFFLER:  -- third-party culpability.  But I'm not

17  saying -- I -- you know --

18  　　　　　THE COURT:  Okay.

19  　　　　　MS. LOEFFLER:  -- we can't even make a legal argument

20  until the end of the defense case --

21  　　　　　THE COURT:  I understand that.

22  　　　　　MS. LOEFFLER:  -- on this one.  So --

23  　　　　　THE COURT:  But I'm throwing it out because this is the

24  one I'm focusing on, I'm looking at.  And there's no pattern.

25  If there --

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 16 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MS. LOEFFLER:  Right.

2          THE COURT:  -- were a pattern, I wouldn't even -- I

3   would just move quickly on.  There's not a pattern, but there

4   are many samples.  There's South Carolina and North Carolina.

5   There's -- Montana has one.  The Ninth Circuit has kind of an

6   alibi instruction.  South Dakota has them.  I have all the

7   other places where they've been given and have even looked at

8   some articles on it.  The -- I'm -- I don't know where the

9   defense came -- got theirs from, but it's not much different

10  than some I find in other places.  But that's one we're going

11  to have to work on, because that --

12         MS. LOEFFLER:  Right.

13         THE COURT:  It's going to be a subject of discussion.

14  So let's keep that in mind, 27.  28 appears to be a pattern on

15  alibi.

16         MS. LOEFFLER:  I don't think we have an alibi defense

17  yet, so --

18         THE COURT:  Well, I'm just basing --

19         MS. LOEFFLER:  Well --

20         THE COURT:  -- on what I've heard in opening statements

21  and what I know so far, that if this -- if the evidence --

22         MS. LOEFFLER:  Oh.

23         THE COURT:  -- supports that this is a pattern

24  instruction for alibi.

25         (Side conversation)

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 17 of 38
(720) 384-8078  attrans@sbcglobal.net

```
 1          THE COURT:  6.1.

 2          MS. LOEFFLER:  We're just -- yeah, we're just --

 3          THE COURT:  Okay.

 4          MS. LOEFFLER:  -- looking some -- yeah, I mean, I don't

 5  have -- I -- well, anyway, let me -- we're just double checking

 6  the pattern --

 7          THE COURT:  Okay.

 8          MS. LOEFFLER:  -- if we can, Your Honor.

 9          THE COURT:  No problem.  We got another 44 minutes.

10      (Side conversation)

11          MS. LOEFFLER:  Yes, Your Honor.  If you think it's

12  appropriate, this is the one.  This is the right one.

13          THE COURT:  This is the alibi one.

14          MS. LOEFFLER:  Yeah.

15          THE COURT:  And this is probably the one we'll give if

16  the --

17          MS. LOEFFLER:  Okay.

18          THE COURT:  -- defense meets its burden.  Okay?

19          MS. LOEFFLER:  Yeah.

20          THE COURT:  But they've already submitted a desire for

21  alibi.  We -- it's not a secret.  Didn't you submit -- file an

22  ali --

23          MR. CURTNER:  Yes.  We filed a notice, yeah.

24          THE COURT:  Okay.  All right.

25          MS. LOEFFLER:  Okay.
```

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 18 of 38
(720) 384-8078  attrans@sbcglobal.net

1          THE COURT:  So --

2          MS. LOEFFLER:  Okay.

3          THE COURT:  So we'll look at 6.1.  Then we go to 29.

4    I've got a big X through it, because --

5          MS. LOEFFLER:  Yeah.

6          THE COURT:  -- that's not applicable.

7          MS. LOEFFLER:  No.

8          THE COURT:  Keep the numbering, though, because my

9    secretary tells me don't change the numbers.

10         MS. LOEFFLER:  Okay.

11         THE COURT:  Okay, so -- but I put a big X through 29,

12   because that means we will probably not use it.  And I'm

13   turning to 30.  I have a big X towards 30.  Tell me if I'm

14   wrong.

15         MR. CURTNER:  You're not wrong, no.

16         THE COURT:  Okay.  All right.

17         MS. LOEFFLER:  Okay.

18         THE COURT:  Then I have -- I turn to 31.  I've got a

19   big X through 31.

20         MS. LOEFFLER:  Yeah.

21         MR. CURTNER:  Yes.

22         MS. LOEFFLER:  That's off.

23         MR. CURTNER:  That's correct.

24         THE COURT:  32 -- what is this all about?  Is that

25   deleted too?

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 19 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MS. LOEFFLER:  Let me just look back at the elements

2    one and --

3          THE COURT:  Yeah.

4          MS. LOEFFLER:  -- see if it's already been given, Your

5    Honor.

6          THE COURT:  I think it's been given.  I mean --

7          MS. LOEFFLER:  I think that may be, but -- I'm a little

8    behind you.  And so let me --

9          THE COURT:  Okay, I'll slow down.

10         MS. LOEFFLER:  -- take a look.

11         THE COURT:  I'll slow down.

12         MR. SCHRODER:  Yeah, I believe that's 24 and 25.

13         MS. LOEFFLER:  Yeah, I think so.

14         THE COURT:  Okay.  So I'm going to (indiscernible) X in

15    32.

16         MS. LOEFFLER:  Yeah.

17         THE COURT:  There's no lesser included, so I'm going to

18    put an X through 33.

19         MS. LOEFFLER:  Yeah.

20         THE COURT:  I'm going to put an X through 34, because

21    I -- I've already given it.

22         MR. SCHRODER:  Yep --

23         MS. LOEFFLER:  Okay.

24         MR. SCHRODER:  -- sir.

25         THE COURT:  35, there is some stipulated testimony.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 20 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MS. LOEFFLER:  Yeah.

2          THE COURT:  But I haven't read it, and I don't even

3     know where it is in this pile of paperwork.  But at some point

4     I'm supposed to read the stipulations.

5          MS. LOEFFLER:  Right.

6          THE COURT:  And you'll tell me when and have copies

7     available if I can't find it in this mess.

8          MS. LOEFFLER:  Okay.

9          THE COURT:  Okay.

10          MS. LOEFFLER:  How about we pull them for you again

11     Monday morning?

12          THE COURT:  That's fine.  I have them, I'm sure, in

13     piles of documents.  But -- okay, so I will read 35.

14          MR. OFFENBECHER:  Yeah.

15          THE COURT:  36.  Are there any stipulated facts?

16          MS. LOEFFLER:  The stipulated testimony is stipulated

17     fact, so I think --

18          THE COURT:  So is it --

19          MS. LOEFFLER:  -- you could combine these two.

20     Would -- what did -- I don't care if the defense wants to, but

21     you could combine these two.  Because, like, one of the -- for

22     example --

23          THE COURT:  Well, wait a second.  Stipulated testimony.

24     There is no stipulated testimony, is there?

25          MS. LOEFFLER:  I think they're stipulated facts, not

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 21 of 38
(720) 384-8078  attrans@sbcglobal.net

1  stipulated testimony.

2          THE COURT:  Okay.

3          MS. LOEFFLER:  Would probably be the better --

4  otherwise it's confusing.

5          THE COURT:  I'm going to put an X through 35, unless --

6          MS. LOEFFLER:  Yeah.  That's better.

7          THE COURT:  Party -- okay, so 36, though, we'll keep,

8  because the parties have entered into some stipulated facts.

9          MS. LOEFFLER:  Yeah.

10         THE COURT:  Okay.  Let's look at number 37.  Other

11 crimes -- you -- no, not "You are about hear."  "You have

12 heard," and so that --

13         MR. CURTNER:  Right.

14         THE COURT:  Probably number -- okay, so I don't think

15 37 applies, because you'll see 39.

16         MS. LOEFFLER:  Oh, okay.

17         MR. OFFENBECHER:  Well, Your Honor, 37's a --

18         MS. LOEFFLER:  I --

19         MR. OFFENBECHER:  -- 404(b) instruction.

20         MS. LOEFFLER:  Yeah, 37 is a 404(b) instruction, I

21 agree.  But I -- as --

22         THE COURT:  Well, have --

23         MS. LOEFFLER:  Sorry.

24         THE COURT:  Have I given one yet?  No.

25         MS. LOEFFLER:  Well, I think in -- no, you haven't.  I

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 22 of 38
(720) 384-8078  attrans@sbcglobal.net

1  think 37 has to be in there.  And I suspect --

2          THE COURT:  I know, but no one's asked me to give 37

3  yet.

4          MR. OFFENBECHER:  Well --

5          THE COURT:  Usually I keep it up here and someone gives

6  me an advance warning, and then I read it.

7          MS. LOEFFLER:  I think --

8          MR. OFFENBECHER:  Thank you.

9          MS. LOEFFLER:  -- it's appropriate in this case,

10  because I think that at least -- certainly there's been

11  evidence introduced that --

12          THE COURT:  Okay.

13          MS. LOEFFLER:  -- somebody might think was a prior

14  wrong or act.  The word "crime" should not be in there.

15          MR. OFFENBECHER:  Should just say "acts," Your Honor.

16          MS. LOEFFLER:  Just say "acts," is what I think.

17          MR. OFFENBECHER:  And you probably --

18          THE COURT:  Wait, this -- I -- that's not 39.

19          MR. OFFENBECHER:  Whenever you're done.

20          THE COURT:  There's another instruction that says "You

21  have heard," right.  I guess that's not -- "You have heard" --

22  okay, I don't think --

23          MS. LOEFFLER:  Oh, that -- oh, I see.  This one says

24  "You're about to hear."

25          THE COURT:  Yeah.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 23 of 38
(720) 384-8078  attrans@sbcglobal.net

1        MS. LOEFFLER:  You're right.

2        THE COURT:  Yeah.  I'm looking --

3        MS. LOEFFLER:  We -- there should be a "You have

4    heard."

5        THE COURT:  There is, and I just -- it's not in the

6    packet.  So what -- there's another number, and it's not 2.10,

7    it's some -- and I just -- didn't grab my book -- that says

8    "You have heard."

9        MS. LOEFFLER:  Yeah, you're right.  That's the one I

10   was thinking of.  I didn't read it close enough.  I'm sorry.

11   There should be one that says --

12       THE COURT:  "You have heard evidence that the defendant

13   committed other" -- what?  "Act"?

14       MR. OFFENBECHER:  "Acts."

15       MS. LOEFFLER:  Think "acts" is all we want.

16       THE COURT:  Okay.  "Other acts not charged here.  May

17   consider this evidence only for its bearing, if any, on the

18   questions of the defendant's" -- what?

19      (Side conversation)

20       THE COURT:  Okay, let's go off the record just for a

21   second while you figure out how to fill out that one.  I'm

22   going to grab my book, my main one.

23       THE CLERK:  Off record.

24      (Off record at 9:20 a.m.; on record at 9:21 a.m.)

25      (Jury not present)

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 24 of 38
(720) 384-8078  attrans@sbcglobal.net

1          THE CLERK:  Be seated.  Back on record.

2          MS. LOEFFLER:  Your Honor, if --

3          THE COURT:  Yes.

4          MS. LOEFFLER:  -- I may, on Exhibit 37 I think there

5    should be some form of this, but what form it takes will

6    probably have to wait till the end of the evidence.  Because

7    there could be stuff that comes in.  Neither side -- we need to

8    make it the -- make sure it's the fairest and covers

9    everything, we should --

10          THE COURT:  Okay.

11          MS. LOEFFLER:  -- probably say --

12          THE COURT:  Well, remember, we got to fill the blanks

13   here.

14          MS. LOEFFLER:  I know, but I don't think we can fill

15   the blanks out until the --

16          THE COURT:  I understand.

17          MS. LOEFFLER:  -- end of the evidence.

18          THE COURT:  But --

19          MS. LOEFFLER:  Okay.

20          THE COURT:  -- I -- this is always the issue that I'm

21   back in my room by myself, trying to figure out.  And I've

22   decided I want to do it with all of us together --

23          MS. LOEFFLER:  Yeah.

24          THE COURT:  -- at some point in time.

25          MR. OFFENBECHER:  I think you're right, Your Honor,

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 25 of 38
(720) 384-8078  attrans@sbcglobal.net

1  the --

2       THE CLERK:  Mr. Offenbecher --

3       MR. OFFENBECHER:  -- we probably neglected to ask you

4  to give the one during the trial.  This --

5       THE COURT:  Well --

6       MR. OFFENBECHER:  This should come at the end of the

7  trial, for sure.

8       THE COURT:  Well, no, it -- there's a different one

9  that says "You have heard," and that's the one I'm looking for.

10      MR. OFFENBECHER:  Right, but I think it's the same

11 instruction.

12      THE COURT:  Oh, it is the same instruction.

13      MR. OFFENBECHER:  Yeah.

14      THE COURT:  But it actually has its own number.

15      MR. OFFENBECHER:  Right.  But I think you're right.

16 Probably should have been given during the trial, before the

17 evidence.  And perhaps I'll suggest that you --

18      THE COURT:  Well, I keep it up here --

19      MR. OFFENBECHER:  -- give it on Monday.

20      THE COURT:  -- whenever --

21      MS. LOEFFLER:  Yeah.

22      THE COURT:  I keep it up here.  But --

23      MR. OFFENBECHER:  Yeah.

24      THE COURT:  But before you ask for it, you have to have

25 known in advance what you're talking about -- intent, motive,

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 26 of 38
(720) 384-8078  attrans@sbcglobal.net

1  opportunity, preparation.

2         MR. OFFENBECHER:  Yeah.

3         THE COURT:  See what I'm saying?

4         MR. OFFENBECHER:  Yeah.

5         THE COURT:  Because I don't want to make that decision

6  on the spur of the moment.

7         MR. OFFENBECHER:  Sure.  Why don't we take a look at

8  that today and see if we'll --

9         THE COURT:  Sure, that's fine.  I'm just trying to --

10        MS. LOEFFLER:  Yeah.

11        MR. OFFENBECHER:  -- submit that.

12        THE COURT:  I know there's a "You have heard," I'm just

13 not putting my fingers on it.

14        MS. LOEFFLER:  Yeah.  Just don't think you could --

15        THE COURT:  Okay, I --

16        MS. LOEFFLER:  -- find it --

17        THE COURT:  -- here it is.  And I'm -- I may -- I'm

18 getting closer.

19        MR. SCHRODER:  It's 2.10 on the pattern instruction --

20        THE COURT:  No, 2.10 is --

21        MR. SCHRODER:  -- or 2.10's the first one.

22        THE COURT:  Yeah, I'm looking for the second one, so --

23        MS. LOEFFLER:  But there's another one.

24        THE COURT:  So it's a three --

25        MR. SCHRODER:  4.3.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 27 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MS. LOEFFLER:  4.3 --

2          THE COURT:  4.3.

3          MS. LOEFFLER:  -- there, yeah.

4          THE COURT:  Okay.

5          MS. LOEFFLER:  Thank you, Bryan.

6          THE COURT:  4.3.  Okay.  I'm going to need the parties

7   to at some time help me fill in the blanks here.  We know it's

8   going to read -- 4 -- we're going to give -- so my secretary is

9   listening, we're going to give 4.3 in place of 37.  So 4.3 will

10  become 37, and it will read:  "You have heard evidence that

11  defendant committed other acts not charged here."  And at some

12  point later we're going to determine which one of the bracketed

13  words goes in there, one or more.  But I think what we've

14  decided is that 4.3 should replace 2.10 as the proper

15  instruction to be given at the end of the trial.

16          I -- the parties, all they have to do is submit to me

17  their 2.10 and I will give it any time it's appropriate during

18  the course of the trial.  Okay?

19          MR. OFFENBECHER:  Thank you.

20          MS. LOEFFLER:  Yes, Your Honor.

21          THE COURT:  38.  That's pattern?

22          MR. SCHRODER:  Yep.  Yes, sir.

23          MS. LOEFFLER:  Yep.

24          THE COURT:  39.

25          MS. LOEFFLER:  Yep.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 28 of 38
(720) 384-8078  attrans@sbcglobal.net

1          THE COURT:  Pattern.  40.  I have a question mark

2    besides that, "hearing summaries not received in evidence."

3    Have there been any summaries not received in evidence?

4          MS. LOEFFLER:  So far, I think they've been admitted,

5    but --

6          THE COURT:  Right.

7          MS. LOEFFLER:  -- there may be some that aren't.

8          THE COURT:  So 40 is a big question mark.  We --

9          MR. SCHRODER:  Yeah.

10         THE COURT:  -- probably won't give it unless something

11   occurs --

12         MS. LOEFFLER:  Actually, let me ask a second.

13      (Side conversation)

14         MS. LOEFFLER:  Okay, so far it looks like we've

15   admitted them all, but it --

16         THE COURT:  Well, so that'll be addressed then by 41,

17   "Certain charts and summaries have been admitted."

18         MS. LOEFFLER:  Yeah.

19         THE COURT:  And remind them that they're only as good

20   as the supporting material.

21         MS. LOEFFLER:  Yep.

22         THE COURT:  Okay.  Mr. Curtner, Mr. Offenbecher, are

23   you good so far?

24         MR. CURTNER:  We're good.

25         THE COURT:  Speak up.  You know how to talk if --

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 29 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MR. CURTNER:  No, we --

2          THE COURT:  -- you have an objection.

3          MR. CURTNER:  We -- we'll speak up.

4          THE COURT:  Okay.  42.  Here's the proof beyond a

5  reasonable doubt.  I've already given it once.  I usually give

6  it again at the end.  I'm not sure this is the proper spot, but

7  this is the proper language.  It's a pattern one.  43.  44.

8  We'll use one of those two, depending on defendant's decision

9  whether or not he's going to testify.  Do we need 45?

10          MR. OFFENBECHER:  Not really, Your Honor.

11          MS. LOEFFLER:  I don't know how it -- do you want to

12  think -- that -- I don't think it really is -- it's --

13          THE COURT:  I'm putting a big X through 45.

14          MS. LOEFFLER:  Yeah, I think it's confusing in this

15  case.  And I think 46 is the same.  It's --

16          THE COURT:  Big X through 46.

17          MR. OFFENBECHER:  Same with 47, Your Honor.

18          MS. LOEFFLER:  And I think --

19          THE COURT:  Big X through --

20          MS. LOEFFLER:  -- 47 is confusing.

21          THE COURT:  Big X through 47.  See the progress we're

22  making?  48 is a proper instruction?

23          MS. LOEFFLER:  Yeah.

24          THE COURT:  I think that I've -- 49, I've already

25  given, so big X through 49.

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 30 of 38
(720) 384-8078  attrans@sbcglobal.net

1      MS. LOEFFLER:  Have -- did you -- already given this?

2      THE COURT:  Yeah, I gave this -- yes.

3      MS. LOEFFLER:  Okay.

4      THE COURT:  Yes, I gave that -- I've already read that

5  one.

6      MR. OFFENBECHER:  I'm not sure.

7      MS. LOEFFLER:  Okay.

8      THE COURT:  Questions?

9      MS. LOEFFLER:  Right.  That's on there.

10     THE COURT:  50 is --

11     MS. LOEFFLER:  Standard.

12     THE COURT:  Standard.  51 is standard.  I'll probably

13  read 52 again, because I've read it -- I mean, it never hurts

14  to do that one too many times.

15     MS. LOEFFLER:  No.

16     THE COURT:  "Verdict forms will be prepared."  And then

17  the -- 54 is the final one.  Those are all the instructions

18  that have been submitted to me.  We've deleted the ones that

19  are no longer relevant.  We have to review a couple as the

20  trial proceeds.  But this gives my secretary a lot to work

21  with.  Okay.  Any other issues or questions regarding jury

22  instructions?

23     (Side conversation)

24     MS. LOEFFLER:  No, Your Honor.

25     THE COURT:  How's that for being ahead of the game?

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 31 of 38
(720) 384-8078  attrans@sbcglobal.net

1              MR. CURTNER:  It's not even half an hour yet.

2              THE COURT:  I know.  And we -- so is the trial half

3    over?

4              MS. LOEFFLER:  We will finish, we believe, our case on

5    Wednesday.

6              THE COURT:  Okay.  I'm glad you said that, because I

7    want the defense to be prepared --

8              MR. CURTNER:  No, we are planning --

9              MS. LOEFFLER:  No, we've talked about it.

10             MR. CURTNER:  -- to start on Thursday.  I don't think

11   we could start sooner than that, but --

12             THE COURT:  Okay.  All right.

13             MR. CURTNER:  But we're lining everybody up for

14   Thursday, Friday, and then the week following, hopefully.

15             THE COURT:  Okay.  So what you're telling me -- and I

16   know this is not -- you're not committed to this -- is that we

17   will probably go to the jury sometime the week of the 21st.

18             MR. CURTNER:  No.  Let me see.  What's -- next week is

19   the --

20             THE COURT:  Next week is --

21             MR. OFFENBECHER:  21st.

22             THE COURT:  No, next week is the 14th.

23             MR. OFFENBECHER:  Oh.

24             MR. CURTNER:  Right, so we'll get the end of that week

25   and we'll have the week of the 21st, and we hope to be done by

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 32 of 38
(720) 384-8078  attrans@sbcglobal.net

1  the 25th.

2          THE COURT:  That's what I meant, sometime that week

3  you'll finish.

4          MR. CURTNER:  Hopefully, yes.  But --

5          THE COURT:  So --

6          MR. CURTNER:  -- we have some --

7          THE COURT:  I -- the --

8          MR. CURTNER:  -- scheduling experts that -- that's kind

9  of -- we have some that have to be here on the 25th.  I mean,

10  that's the only time we can get them up here.

11          THE COURT:  Okay.  Well, then you're talk --

12          MR. CURTNER:  And then we'll --

13          THE COURT:  You've answered my question.  I have

14  sentencings --

15          MR. CURTNER:  Yeah.

16          THE COURT:  -- in Fairbanks on the 25th.

17          MR. CURTNER:  Oh, yeah, so --

18          THE COURT:  So I better move those.

19          MR. CURTNER:  Well --

20          THE COURT:  Well, if you're still giving testimony on

21  the 25th.  I'm --

22          MR. CURTNER:  Can we check with you on Monday?  Because

23  if you wanted to be in Fairbanks --

24          THE COURT:  No, no, no, no, no.  I'm just worried

25  that -- no, I don't want to.  I don't want to stop this

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 33 of 38
(720) 384-8078  attrans@sbcglobal.net

1 anymore.

2      MR. CURTNER: Well, I mean, it may be easier for the --

3      THE COURT: My --

4      MR. CURTNER: -- experts on Friday -- the Monday, or

5 should we just --

6      THE COURT: No, no.

7      MR. CURTNER: -- go ahead what's -- ever -- we got

8 lined up?

9      THE COURT: Go ahead. The earlier the better. I'm

10 already worried there's going to be a big gap this week. If

11 you don't have people till the 25th, and you've started, we're

12 going to have a gap. So if you can get your people here

13 earlier than the 25th, that's good. Otherwise --

14      MR. CURTNER: We plan to keep you busy from Thursday,

15 Friday, and the whole week after, to the 25th.

16      THE COURT: Really?

17      MR. CURTNER: Well, that's the plan.

18      THE COURT: So we're not going to go to the jury until

19 the week of the 28th?

20      MR. CURTNER: Yes.

21      THE COURT: See, I learned a lot today. So I'm going

22 to be rescheduling again. But I'm not planning on going any

23 more four-day weeks. This jury's getting spoiled. They really

24 like that. This is a good --

25      MR. CURTNER: Can we --

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 34 of 38
(720) 384-8078  attrans@sbcglobal.net

1          THE COURT:  -- jury, by the way.  There's very --

2          MR. CURTNER:  No --

3          THE COURT:  -- they're here on time.  They're paying

4    attention.

5          MR. CURTNER:  Uh-huh (affirmative).  I agree.

6          THE COURT:  They're interested.  They're -- just seem

7    to be one of the best juries I've ever had.  And they are the

8    most diverse jury I've ever had, so it's good.

9          MR. CURTNER:  See, diversity works.  That's great.

10         THE COURT:  Working well here, that's -- no question

11   about that.

12         MS. LOEFFLER:  All right.  One other thing.

13         THE COURT:  Yes.

14         MS. LOEFFLER:  You know, we'd like our Jencks and our

15   witness list from the defense.  That was the deal we made.

16         THE COURT:  Okay.  Well, that's -- you made the deal.

17   I'm sure they'll keep it.

18         MS. LOEFFLER:  I just want to know when.

19         THE COURT:  Okay --

20         MS. LOEFFLER:  When are we going to get the Jencks and

21   the witness list?

22         MR. CURTNER:  I mean, hopefully -- that's what we're

23   working on this weekend, so hopefully we can get it to you --

24   kind of our lineup, and --

25         MS. LOEFFLER:  Monday morning?

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 745   Filed 09/23/14   Page 35 of 38
(720) 384-8078  attrans@sbcglobal.net

1          MR. CURTNER:  Yeah --

2          MS. LOEFFLER:  Sunday?

3          MR. CURTNER:  -- soon as we can.  Hopefully, we can.

4          THE COURT:  Monday's reasonable.  It gives you all

5  weekend.  Because otherwise -- I'm trying to avoid a con -- you

6  know --

7          MR. CURTNER:  I understand.  No, I understand.  So --

8          THE COURT:  Okay, well, do your --

9          MR. CURTNER:  -- we'll be working all weekend on that,

10  Judge.

11          THE COURT:  Okay.  Do your best.  Here's the deal for

12  Monday.  We start at 8:30.  We stop at five to 11.  At 11

13  o'clock, there's a big ceremony in the next courtroom that I've

14  got to be at, okay, the naming of the court -- of the building.

15  Okay, and that goes from 11 till 12.  We could start at 12:30

16  or we can start at 1.  We'll make that decision on Monday.  But

17  I'm just alerting you that that's going to be a lot of activity

18  here.  This is going to be a very busy place Monday.

19          Wednesday, I've got a commitment at noon, so I'll be

20  leaving here at probably 11:30 on Wednesday, and we'll try to

21  start at 1:30.  Other than that, we'll go -- we'll -- full

22  speed ahead.  What else can I tell you?  This is the time --

23  listen, we got 30 minutes.  And you've got all my attention.

24  What else do you want to talk about?

25          MS. LOEFFLER:  I think all of us have lots of work on

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG  Document 745  Filed 09/23/14  Page 36 of 38
(720) 384-8078  attrans@sbcglobal.net

1  our schedule, so I think --

2          MR. CURTNER:  Yeah.

3          MS. LOEFFLER:  -- we're happy --

4          THE COURT:  I do too.

5          MS. LOEFFLER:  -- you got it done, and we'd like all to

6  get back and get a -- the millions of work that we all have to

7  do.

8          THE COURT:  I got a sentencing at 10 o'clock, so --

9  okay, things are going well.  Thank you all.  And we'll see you

10  next week at 8:25.

11          THE CLERK:  All rise.  This matter stands adjourn --

12  recess until Monday at 8:30 a.m.

13      (Proceedings concluded at 9:32 a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net

1                          CERTIFICATE

2    I certify that the foregoing is a correct transcript from the
     electronic sound recording of the proceedings in the above-
3    entitled matter.

4
     ____s/Teresa K. Combs_____      _____9/2/14_____
5    Teresa K. Combs, Transcriber       Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net