```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF ALASKA

 3   UNITED STATES OF AMERICA    )  Case 3:13-cr-00008-RRB
                                 )
 4        Plaintiff,             )  Anchorage, Alaska
                                 )  Friday, April 25, 2014
 5      vs.                      )  2:00 o'clock p.m.
                                 )
 6   JAMES MICHAEL WELLS,        )
                                 )
 7        Defendant.             )
                                 )  TRIAL BY JURY - DAY 19/VERDICT
 8
                   PARTIAL TRANSCRIPT OF PROCEEDINGS
 9
                 BEFORE THE HONORABLE RALPH R. BEISTLINE
10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Plaintiff:      KAREN L. LOEFFLER
                             U.S. Attorney
13                           BRYAN SCHRODER
                             KATHLEEN ANN DUIGNAN
14                           Assistant U.S. Attorneys
                             Office of the U.S. Attorney
15                           222 West 7th Avenue, #9, Room 253
                             Anchorage, Alaska   99513-7567
16                           (907) 271-5071

17   For the Defendant:      F. RICHARD CURTNER
                             Federal Defender
18                           Office of the Federal Public Defender
                             601 West 5th Avenue, Suite 800
19                           Anchorage, Alaska   99501
                             (907) 646-3400
20
        (Telephonically)     PETER OFFENBECHER
21                           Skellenger Bender, P.S.
                             1301 5th Avenue, Suite 3401
22                           Seattle, Washington   98101-2605
                             (206) 623-6501
23

24

25
```

Case 3:13-cr-00008-SLG  Document 758  Filed 09/23/14  Page 1 of 9

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net

1  APPEARANCES (Continued):

2  Court Recorder:            NANCY LEALAISALANOA
                              U.S. District Court
3                             222 West 7th Avenue, #4, Room 229
                              Anchorage, Alaska  99513-7564
4                             (907) 677-6111

5  Transcription Service:     A & T Transcripts
                              6299 West 111th Avenue
6                             Westminster, Colorado  80020
                              (720) 384-8078
7

8  Proceedings recorded by electronic sound recording; transcript produced by transcription service.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:13-cr-00008-SLG   Document 758   Filed 09/23/14   Page 2 of 9

```
                                                                    3951
```

1          **ANCHORAGE, ALASKA - FRIDAY, APRIL 25, 2014**

2

3          (Call to Order of the Court at 2:00 p.m.)

4          (Defendant present; jury not present)

5              THE CLERK: His Honor the Court, the United States

6    District Court for the District of Alaska is now in session,

7    with the Honorable Ralph R. Beistline presiding. Please be

8    seated.

9              THE COURT: Okay. We're back on the record, United

10   States of America versus James Michael Wells. The note says,

11   "We have a -- we have reached a verdict." Any reason why I

12   shouldn't bring the jury in to take the verdict, from the

13   government?

14             MS. LOEFFLER: No, Your Honor.

15             MR. CURTNER: No, Your Honor.

16             THE COURT: Counsel? Okay. Where's my law clerk?

17   Want to get the jury?

18         (Jury present)

19             THE COURT: All right, that looks like the foreperson.

20   Could you just deliver me the verdict, please? If you can make

21   it real easy -- just leave it upside down for me there. Thank

22   you. Okay, please be seated. Okay, ladies and gentlemen,

23   apparently you reached a verdict. Is that true? And I'll

24   address it to the foreperson. Did you reach a verdict?

25             THE FOREPERSON: Yes, we did.

A & T TRANSCRIPTS
(720) 384-8078   attrans@sbcglobal.net

1  THE COURT: All right. What we're going to -- I'm just
2  going to read the verdict into the record, and then my clerk is
3  going to ask if it's your true and correct verdict. And you
4  just say "Yes" or "No," and then we'll be about done. All
5  right.

6  United States of America versus James Michael Wells,
7  verdict number 1. We, the jury duly empaneled to try the
8  above-entitled matter, do find the defendant, James Michael
9  Wells, guilty of the crime of murder in the first degree, in
10 violation of 7(3) and 111(a) [sic] and (b) of Title 18 of
11 United States Code, as charged in Count 1.

12 Verdict number 2 is guilty with regard to Count 2. We,
13 the jury duly empaneled to try the above-entitled matter, do
14 find the defendant, James Wells, guilty of the crime of murder
15 in the first degree, in violation of 7(3), 1111(a) and (b) of
16 Title 18, United States Code, as charged in Count 2.

17 Verdict 3 is guilty. We, the jury duly empaneled to
18 try the titled matter, do find the defendant, James Michael
19 Wells, guilty of the crime of murder in the first degree, in
20 violation of Section 1114 and 1111 of Title 18 of the United
21 States Code, as charged in Count 3 of the indictment.

22 Verdict number 4 is guilty. We, the jury duly
23 empaneled to try the above-entitled matter, do find the
24 defendant, James Michael Wells, guilty of the crime of murder
25 in the first degree, in violation of 1114 and 1111 of Title 18

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net

1  of the United States Code, as charged in Count 4 of the
2  indictment.
3  Verdict 5 is guilty.  We, the jury duly empaneled to
4  try the entitle -- above-entitled matter, do find the
5  defendant, James Michael Wells, guilty of the crime of using
6  a -- or carrying a firearm during and in relation to the murder
7  of Richard W. Belisle, in violation of Section 924(c)(1)(A) and
8  (B)(ii) and 924(j)(1) of Title 18 of United States Code, as
9  charged in Count 5 of the indictment.
10 And verdict number 6 is guilty.  We, the jury duly
11 empaneled to try the above-entitled matter, do find the
12 defendant, James Michael Wells, guilty of the crime of using or
13 carrying a firearm during and in relation to the murder of
14 James A. Hopkins, in violation of Section 924(c)(1)(A) and
15 (B)(ii) and 924(1) -- (j)(1) of Title 18 of United States Code,
16 as charged in Count 6 of the indictment.
17 Madam Clerk, if you'll poll the jury.  Start at that
18 end there.
19 THE CLERK:  Juror number 2, is this -- are these your
20 correct and true verdicts?
21 JUROR NO. 2:  Yes.
22 THE CLERK:  Okay.  Juror number 3, are these your true
23 and correct verdicts?
24 JUROR NO. 3:  Yes.
25 THE CLERK:  Juror number 5, are these your true and

Case 3:13-cr-00008-SLG   Document 758   Filed 09/23/14   Page 5 of 9
A & T TRANSCRIPTS
(720) 384-8078   attrans@sbcglobal.net

```
 1  correct verdicts?
 2          JUROR NO. 5:  Yes, they are.
 3          THE CLERK:  Okay.  Juror number 6, are these your true
 4  and correct verdicts?
 5          JUROR NO. 6:  Yes, ma'am.
 6          THE CLERK:  Juror number 7, are these your true and
 7  correct verdicts?
 8          JUROR NO. 7:  Yes, ma'am.
 9          THE CLERK:  Juror number 8, are these your true and
10  correct verdicts?
11          JUROR NO. 8:  Yes, ma'am.
12          THE CLERK:  Oh.
13          THE COURT:  You got to get back down --
14          THE CLERK:  Juror number 9, is -- are these your true
15  and correct verdicts?
16          JUROR NO. 9:  Yes, it is.
17          THE CLERK:  Okay.  Juror number 10, are these your true
18  and correct verdicts?
19          JUROR NO. 10:  Yes.
20          THE CLERK:  Juror number 11, are these your true and
21  correct verdicts?
22          JUROR NO. 11:  Yes.
23          THE CLERK:  Juror number 13, are these your true and
24  correct verdicts?
25          JUROR NO. 13:  Yes.
```

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 758   Filed 09/23/14   Page 6 of 9
(720) 384-8078  attrans@sbcglobal.net

1     THE CLERK: Juror number 14, are these your true and
2 correct verdicts?
3     JUROR NO. 14: They are.
4     THE CLERK: Juror number 15, are these your true and
5 correct verdicts?
6     JUROR NO. 15: Yes.
7     THE CLERK: So say you one, so say you all. Your
8 Honor, all have answered in the affirmative.
9     THE COURT: All right, very well. Counsel, any reason
10 why not -- I should not accept the verdicts, from the
11 government?
12     MS. LOEFFLER: No, Your Honor.
13     MR. CURTNER: No, Your Honor.
14     THE COURT: Okay. And I have the verdict forms for the
15 parties to review. I do accept the verdicts of guilt -- of
16 guilty with regard to each of the six counts, enter
17 adjudication of guilt based thereon. Order that a presentence
18 report be prepared. We've got the probation officer here.
19 That report will assist me in determining what a appropriate
20 sentence is in this matter. Set sentencing for July 8th, 2014.
21     Ladies and gentlemen, thank you very, very much. I
22 will be with you in just a moment to answer any questions you
23 have. We will stand in recess, and you are excused. See you
24 in a moment.
25     (Jury not present)

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 758   Filed 09/23/14   Page 7 of 9
(720) 384-8078   attrans@sbcglobal.net

1       THE COURT:  I do have copies of the ver -- I do have
2  the verdict forms, for anyone who would like to review them.
3  They're here.  As I said before, sentencing is set for July
4  8th, 2014.  Probation Officer, is that date okay with you?
5       THE PROBATION OFFICER:  Yes, Your Honor.
6       THE COURT:  That's more than 72 days.  Government, can
7  you be prepared by then?
8       MS. LOEFFLER:  Yes, Your Honor.
9       THE COURT:  Okay.  Mr. --
10      MR. CURTNER:  Yes, Your Honor.
11      THE COURT:  All right.  Anything else that we need to
12 accomplish before I go talk to the jury?  Obviously, we need to
13 get the exhibits back.  We'll take care of that.  Anything else
14 from the government?
15      MS. LOEFFLER:  No, Your Honor.
16      THE COURT:  Does Probation have anything I need to be
17 concerned about?
18      THE PROBATION OFFICER:  No, Your Honor.
19      THE COURT:  Mr. Curtner, anything?
20      MR. CURTNER:  No.
21      THE COURT:  Okay.  We'll stand in recess.  Thank you
22 all very much.
23      THE CLERK:  All rise.  This matter stands adjourned.
24 Court stands -- subject to call.
25      (Proceedings concluded at 2:07 p.m.)

A & T TRANSCRIPTS
Case 3:13-cr-00008-SLG   Document 758   Filed 09/23/14   Page 8 of 9
(720) 384-8078  attrans@sbcglobal.net

1  CERTIFICATE

2  I certify that the foregoing is a correct transcript from the
   electronic sound recording of the proceedings in the above-
3  entitled matter.

4
      s/Teresa K. Combs                    9/22/14
5  Teresa K. Combs, Transcriber        Date

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net
Case 3:13-cr-00008-SLG  Document 758  Filed 09/23/14  Page 9 of 9