**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED James Michael Wells | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 3:13-mj-00027-JDR | 4. DIST. DKT./DEF. NUMBER 3:13-cr-0008-RRB-1 | 5. APPEALS DKT./DEF. NUMBER 14-30146 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) US v. James Michael Wells | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 USC §§ 7(3), 1111(a),(b); 18 USC §§1114,1111; 18 USC § 934(c), (j)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
Appeal.

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
See attached list of all pretrial, trial, and post-trial hearings. I require openings, closing and rebuttal argumetns, voir dire, & jury instructions for this cold-record appeal to review for legal error and to show prejudice from errors in other parts of the record.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney — 08/07/2014
Davina T. Chen
Telephone Number: (323) 474-6390
☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

**SIGNATURE REDACTED**
Signature of Presiding Judge or By Order of the Court
8/11/14 Date of Order

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☑ Contract ☑ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Peninsula Reporting
Lenny DiPaolo, RPR, CRR
110 Trading Bay Drive, Suite 100
Kenai, AK 99611
907-283-4429

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
**REDACTED**

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | 1416 | 3.65 | $5168.40 | | $5168.40 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ____ Date ____

**ATTORNEY CERTIFICATION**
...red and that the transcript was received.

**SIGNATURE REDACTED** 9/23/14

**APPROVED FOR PAYMENT – COURT USE ONLY**

**SIGNATURE REDACTED**
Signature of Judge or Clerk of Court — 9/24/14

24. AMOUNT APPROVED
$5168.40

Case 3:13-cr-00008-RRB Document 692-1 Filed 08/07/14 Page 1 of 1
Case 3:13-cr-00008-SLG Document 759 Filed 09/24/14 Page 1 of 1