IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　Defendant. | Case No. 3:13-cr-0008-RRB<br><br>**ORDER RESTRAINING<br>DISSIPATION OF ASSETS** |

Plaintiff's Motion to Restrain Dissipation of Assets at **Docket 739** is **GRANTED**. The Defendant is restrained from sale or dissipation of assets owned or controlled by Defendant, including his home and retirement accounts, to insure their availability for restitution. Defendant is further required to complete the financial affidavit, attached to the United States' Motion as Exhibit A, within 21 days from the date of this Order. The Court also requests the Defendant's wife complete a financial affidavit for purposes of assisting the Court in determining the manner and schedule of payment of restitution in this case.

**IT IS SO ORDERED** this 8th day of October, 2014.

　　　　　　　　　　　　　　　　　　S/RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RESTRAINING DISSIPATION OF ASSETS

Case 3:13-cr-00008-SLG   Document 761   Filed 10/07/14   Page 1 of 1