KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
       bryan.schroder@usdoj.gov
       bryan.wilson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF** |
| vs. | ) | **TIME TO FILE MEMORANDUM** |
| | ) | **REGARDING ASSETS** |
| JAMES MICHAEL WELLS, | ) | **AVAILABLE FOR** |
| | ) | **RESTITUTION** |
| Defendant. | ) | |

COMES NOW the UNITED STATES OF AMERICA and files its Unopposed Motion for Extension of Time to File Memorandum Regarding Defendant's Assets Available for Restitution as follows:

On September 10, 2014, this Court held a hearing to establish the amount of restitution due and owning by Defendant to the victims. Following the hearing, the Court awarded restitution in favor of the estate of James Hopkins in the amount of $713,005.00 and in favor of the estate of Richard Belisle in the amount of $770,470.00. Doc. 708. The Court also requested that the parties file briefs no later than October 8, 2014 on the issue of what assets were available to satisfy the restitution. *Id.*

As part of its attempt to ascertain the exact amount available for restitution, the Government requested that Defendant and his wife each complete a financial affidavit. Doc. 739. To date, neither has complied with the request. This Court entered an Order on October 7, 2014, giving Defendant 21 days to complete the affidavit. Doc. 721. Without the affidavits, the Government can only make rough estimates as to the scope and value of Defendant's assets. The Government has also requested Defendant's personnel records from the USCG, but has

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

2

been advised that the USCG cannot release the records without an order from the Court. A Motion for such an order is being filed contemporaneously with this motion.

It is anticipated that an extension of 30 days will give the Government enough time to gather the necessary information and prepare the memorandum.

WHEREFORE the UNITED STATES OF AMERICA requests that this Court enter an Order extending the time to file the memorandum until November 10, 2014.

RESPECTFULLY SUBMITTED this October 8, 2014, in Anchorage, Alaska.

>KAREN L. LOEFFLER
>United States Attorney
>
>s/ E. BRYAN WILSON
>E. BRYAN WILSON
>Assistant U.S. Attorney
>United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014 a true and correct copy of the foregoing was served electronically via the CM/ECF system, on all counsel of record.

<u>s/ E. Bryan Wilson</u>
Office of the U.S. Attorney