IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **[PROPOSED]** |
| vs. | ) **ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING MEMORANDUM REGARDING ASSETS AVAILABLE FOR RESTITUTION** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The United States' Unopposed Motion for Extension of Time to File Memorandum Regarding Defendant's Assets Available for Restitution until November 10, 2014, is GRANTED.

Dated_____          _____
                                Ralph R. Beistline
                                U.S. District Judge