KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
 bryan.schroder@usdoj.gov
 bryan.wilson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | No. 3:13-cr-00008-RRB-JDR <br><br> **GOVERNMENT'S MOTION FOR PROTECTIVE ORDER** |

COMES NOW the UNITED STATES OF AMERICA and moves pursuant to Fed. R. Cr. P. 12(d) for a Protective Order authorizing the United States Coast Guard (USCG) to release Defendant's personnel records to the United States Attorney's Office as part of its efforts to establish a rate for payment of Defendant's restitution obligations. The records are those of Defendant and are maintained by the USCG, which will not release the records absent a court order.

A proposed order is attached.

WHEREFORE the UNITED STATES OF AMERICA requests that this Court enter the attached Protective Order.

RESPECTFULLY SUBMITTED this October 8, 2014, in Anchorage, Alaska.

> KAREN L. LOEFFLER
> United States Attorney
>
> s/ E. BRYAN WILSON
> E. BRYAN WILSON
> Assistant U.S. Attorney
> United States of America

*UNITED STATES v. WELLS*
3:13-cr-00008-RRB-JDR

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2014 a true and correct copy of the foregoing was served electronically via the CM/ECF system, on all counsel of record.

<u>s/ E. Bryan Wilson</u>
Office of the U.S. Attorney