Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR MR. WELLS TO COMPLETE FINANCIAL AFFIDAVIT** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

       James Wells, through counsel Rich Curtner, Federal Defender, moves this court for an extension of time to file his financial affidavit as ordered by the Court at Docket No. 761. The current due date is October 28, 2014.

       The reason for this shortened time request is that Mr. Wells was moved from the Anchorage Jail to the Nevada Southern Detention Center. A copy of the Court's order and a copy of the financial affidavit was mailed to Mr. Wells on October 9, 2014. However, Mr. Wells was moved to USP Florence and did not have a chance to complete his financial affidavit before he was transferred. Mr. Wells was not allowed to take the financial affidavit with him in transport. On October 27, 2014, another copy of the financial affidavit was mailed to Mr. Wells to his current location at USP Florence.

Mr. Wells will need thirty days to receive, complete and return the affidavit to counsel. Therefore, counsel respectfully requests that the deadline for Mr. Wells to complete his financial affidavit be continued from October 28, 2014, to December 1, 2014.

This motion is being filed on shortened time because the deadline is currently set for tomorrow, October 28, 2014.

DATED at Anchorage, Alaska this 27th day of October 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on October 27, 2014,
a copy of the *Motion to Continue Deadline
for Mr. Wells to Complete Financial Affidavit*
was served electronically on:

Davina T. Chen, Esq.
Appellate Counsel for James Wells
PO Box 9176
Glendale, CA 91226
Email: davina@davinachen.com

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Edward Bryan Wilson
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.wilson@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov


/s/ Rich Curtner

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-RRB-JDR                                                                 Page 3

Case 3:13-cr-00008-SLG   Document 766   Filed 10/27/14   Page 3 of 3