UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Motion on Shortened Time to Continue Deadline for Mr. Wells to Complete Financial Affidavit, the motion is GRANTED.

It is hereby ORDERED that the deadline for Mr. Wells to complete the financial affidavit is continued from October 28, 2014, to December 1, 2014.

DATED this _____ day of October 2014, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE