UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 14-30146 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska,<br>Anchorage |
| v. | |
| JAMES MICHAEL WELLS, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed late motion for an extension of time to file the opening brief is granted. The opening brief is due May 4, 2015. The answering brief is due June 3, 2015. The optional reply brief is due within 14 days after service of the answering brief.

Amt√/Pro Mo commish 27Oct2014