Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**NON-OPPOSED MOTION ON SHORTENED TIME TO CONTINUE DEADLINE FOR MR. WELLS TO COMPLETE FINANCIAL AFFIDAVIT** |

James Wells, through counsel Rich Curtner, Federal Defender, moves this court on shortened time for an extension of time to file his financial affidavit as ordered by the Court at Docket No. 767.  The current due date is today, December 1, 2014.

The reason for this request is that Mr. Wells needs additional time to file the affidavit.  On October 27, 2014, a copy of the financial affidavit was mailed to Mr. Wells to his current custody location at USP Florence.  As of today's date, counsel has yet to receive the completed financial affidavit from Mr. Wells, but anticipates its arrival soon.

Therefore, counsel respectfully requests that the deadline for Mr. Wells to complete his financial affidavit be continued for two weeks.

This motion is being filed on shortened time because the deadline is currently set for today, December 1, 2014.

This motion is unopposed by the government through Assistant United States Attorney Bryan D. Schroder.

DATED at Anchorage, Alaska this 1st day of December 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on December 1, 2014,
a copy of the *Motion to Continue Deadline
for Mr. Wells to Complete Financial Affidavit*
was served electronically on:

Davina T. Chen, Esq.
Appellate Counsel for James Wells
PO Box 9176
Glendale, CA 91226
Email: davina@davinachen.com

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Edward Bryan Wilson
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.wilson@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov


/s/ Rich Curtner