UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of defendant's Motion on Shortened Time to Continue Deadline for Mr. Wells to Complete Financial Affidavit, the motion is GRANTED.

It is hereby ORDERED that the deadline for Mr. Wells to complete the financial affidavit is continued from December 1, 2014, to _____ ___, 2014.

DATED this _____ day of December 2014, in Anchorage, Alaska.

_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE