Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO EXTEND DEADLINE FOR MR. WELLS TO FILE FINANCIAL AFFIDAVIT** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Wells, through counsel Rich Curtner, Federal Defender, moves this court on shortened time for a one-day extension of time to file his financial affidavit as ordered by the Court at Docket No. 770. The current due date is today, December 15, 2014; the proposed new due date is December 16, 2014.

The reason for this request is that Mr. Wells needs additional time to file the affidavit. On October 27, 2014, a copy of the financial affidavit was mailed to Mr. Wells to his current custody location at USP Florence. As of today's date, counsel has yet to receive the completed financial affidavit from Mr. Wells. If Mr. Wells' financial affidavit is not received by December 16, 2014, counsel will file a financial statement completed by Mrs. Nancy Wells. Counsel is currently in possession of Mrs. Wells' financial statement

that sets forth the joint assets and liabilities of both James and Nancy Wells.

Therefore, counsel respectfully requests that the deadline for Mr. Wells to file his financial affidavit be extended by one day.

This motion is being filed on shortened time because the deadline is currently set for today, December 15, 2014.

DATED at Anchorage, Alaska this 15th day of December 2014.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

<u>Certification:</u>
I certify that on December 15, 2014,
a copy of the ***Motion to Continue Deadline
for Mr. Wells to Complete Financial Affidavit***
was served electronically on:

Davina T. Chen, Esq.
Appellate Counsel for James Wells
PO Box 9176
Glendale, CA 91226
Email: davina@davinachen.com

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Edward Bryan Wilson
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.wilson@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov


/s/ Rich Curtner
_____