UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Motion on Shortened Time to Continue Deadline for Mr. Wells to File Financial Affidavit, the motion is GRANTED.

It is hereby ORDERED that the deadline for Mr. Wells to file his financial affidavit is continued from December 15, 2014, to December 16, 2014.

DATED this _____ day of December 2014, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE