STATUTORY WARRANTY DEED

The Grantors, JOHN R. PRYOR and LUCY L. PRYOR, whose address is 1015 Mission Rd., Kodiak, Alaska 99615, for and in consideration of the sum of Ten Dollars and other good and valuable consideration in hand paid, convey and warrant to JAMES M. WELLS and NANCY J. WELLS, husband and wife, whose address is P. O. Box 8284, Kodiak, Alaska 99615, the following described real estate:

> LOTS THREE "B" (3-B) and THREE "C" (3-C), of the Resubdivision of LOT THREE (3), BLOCK ONE (1), BELLS FLATS ALASKA SUBDIVISION, according to Plat No. 77-15, located in the Kodiak Recording District, Third Judicial District, State of Alaska.

Subject to easements, restrictions, reservations, and covenants of record.

DATED this __4th__ day of __DECEMBER__, 1990.

GRANTORS:

_____    _____
JAMES R. PRYOR               LUCY L. PRYOR

State of Alaska         )
                        ) ss.
Third Judicial District )

This is to certify that on this __4th__ day of __DECEMBER__, 1990, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared JAMES R. PRYOR and LUCY L. PRYOR, to me known and known to me to be the individuals described in and who executed the within instrument and acknowledged they signed and sealed the the same freely and voluntarily as their own act and deed for the uses and purposes therein mentioned.

DATED at __KODIAK__, Alaska the day, month and year herein last above written.

Return to:
JAMES M. WELLS
NANCY J. WELLS                    _____
P.O. Box 8284                     Notary Public in and for Alaska
KODIAK, ALASKA 99615              My commission expires: __12-12-92__

90-3016

10-CC
RECORDED-FILED
KODIAK RECORDING
DISTRICT

DEC 6 2 05 PM '90

REQUESTED BY WALTCO

ADDRESS _____

L. BEN HANCOCK
ATTORNEY AT LAW
BRECHAN BLDG.
506 MARINE WAY
P. O. BOX 481
KODIAK, ALASKA 99615
(907) 486-5769