Laura J. Taylor, PhD

December 11, 2014

Mr. Bryan Wilson
Assistant U.S. Attorney
U.S. Attorney's Office
District of Alaska
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

RE: USA v. Wells; Case No. 3:13-cr-00008

Dear Mr. Wilson,

Pursuant to your request, I have completed an analysis of the present value of the defined benefit pension income for James M. Wells. The December 11, 2014 present values of each of Mr. Wells' three defined benefit retirements are as follows:

1. U.S. Department of Veterans Affairs disability benefits: Current benefit amount is $901.15/monthly, or $10,814/annually[1]. Total present value comes to **$199,333**.

2. U.S. military retirement benefits: Current benefit amount is $1725.00/monthly, or $40,700/annually[2]. Total present value comes to **$381,561**.

3. Civil Service Retirement System retirement benefits: Estimated at $844.00/monthly, or $10,128/annually[3]. Total present value comes to **$186,688**.

The present value calculations are based on a presumed remaining life expectancy of 18.8 years to age 82.2 (2033.7)[4], an assumed inflation rate of 2.6%[5], and a discount rate of 2.8%[6].

In addition to the above defined benefit pensions, Mr. Wells also participated in the Thrift Savings Plan, a defined contribution plan for Federal employees and members of the uniformed services. The estimated value of this plan as of August 2014 was **$461,000**[7]. Please be advised that this market value will fluctuate. Current market values should be requested from the defense in order to accurately assess the value of this account.

---

[1] From Retiree Statement of Monthly Income for James Wells, Department of Homeland Security, U.S. Coast Guard, September 30, 2014.
[2] *Ibidem*.
[3] From Doc. 698 (Sealed).
[4] From Centers for Disease Control and Prevention, National Center for Health Statistics, National Vital Statistics System, 2009 United States Life Tables, Vol. 62, No. 7, January 6, 2014, Table 2 (males).
[5] Social Security Administration, 2014 Annual Report of the Board of Trustees of the Federal Old Age and Survivors Insurance and Federal Disability Insurance Trust Funds, July 28, 2014, Table V.B1.
[6] Prevailing rate (month ended December 5, 2014) on long-term government securities. The discounting to present value was done with the long-term interest rate as required by AS 09.17.040(b).
[7] From Doc. 698 (Sealed).

523 SE 19th Avenue • Portland, Oregon 97214 • telephone: 503.347.7894 • e-mail: ljtaylorphd@comcast.net

Finally, as you are aware, Mr. Wells is presumably eligible for some amount of retirement income from the Social Security system. At this point, no information has been received regarding Mr. Wells' estimated Social Security payment. Be advised that Mr. Wells' is now eligible to receive early Social Security benefits at a reduced amount. His normal retirement age for full benefits under the Social Security system is age 66.0 (2017.5).

Please let me know if I can provide any additional information.

Regards,

Laura J. Taylor, PhD