KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov
bryan.schroder@usdoj.gov
bryan.wilson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE OF** |
| | ) | **FILING PROPOSED** |
| vs. | ) | **RESTITUTION ORDER** |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the UNITED STATES OF AMERICA and submits herewith a proposed "Final Order of Restitution – Division of Assets" for the court's consideration pursuant to its order at docket 775.

RESPECTFULLY SUBMITTED January 8, 2015, in Anchorage, Alaska.

s/ KAREN L. LOEFFLER
KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
E. BRYAN WILSON
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2015
a true and correct copy of the foregoing was
served electronically via the CM/ECF system
on all counsel of record.

s/ E. Bryan Wilson
Assistant U.S. Attorney

*United States v. Wells*
3:13-cr-00008-RRB-JDR

2
Case 3:13-cr-00008-SLG   Document 776   Filed 01/08/15   Page 2 of 2