UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-0008-RRB |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL WELLS, | FINANCIAL AFFIDAVIT OF NANCY J. WELLS |
| Defendant. | |

I, Nancy J. Wells, swear, depose and state:

1. I am the wife of James Michael Wells.

2. I am a party to a pending divorce action with Mr. Wells, Case No. 3AN-14-8995 CI.

3. I've been retired since April 2013.

4. I am 63 years old.

5. My current assets and debts, which are martial, are as outlined below.

6. Bank Accounts and balances

   a. Alaska USA Federal Credit Union (shared savings)        $213.39

   b. Verity Credit Union (shared savings)                    $771.90

   c. Credit Union 1 (shared savings & checking)              $1,176.65

   d. Credit Union 1 (shared savings & checking)              $731.45

   e. Credit Union 1 (individual savings)                     $600.00

1

7. Investments & Retirement

   a. TSP Account (fluctuates) $448,106.31

   b. Veteran Affairs Account (anticipated monthly payment) $900.00

   c. Civil Service Account (anticipated monthly payment) $800.00

   d. USCG Military Retirement (anticipated monthly payment) $908.50

8. Personal Property

   a. 2002 Dodge Ram Pick-Up Truck $12,000.00

   b. Furniture/Clothing/Tools/Miscellaneous $55,000.00

9. Real Property

   a. Marital Home $284,000.00

10. Debt

    a. 401(k) (depleted for legal representation of Jim Wells) $150,000.00

    b. First National (mortgage) $24,000.00

    c. Visa $16,454.00

    d. Visa $19,136.00

    e. MasterCard $16,030.00

    f. Legal fees $2,700.00

    g. Loan for legal fees in divorce action $10,000.00

    h. Anticipated 2014 Tax penalty for early withdrawal of 40(k) $60,000.00

Further your affiant sayeth naught.

DATE: *Oct. 16, 2014*  *Nancy J. Wells* (signature)
Nancy J. Wells

SUBSCRIBED AND SWORN to before me on October 16th, 2014.

*Sandi Farrell* (signature) SF
Notary Public in and for ~~Alaska~~ CALIFORNIA
My commission expires: June 16 2018

SANDI FARRELL
COMM. #2069003
Notary Public - California
SAN LUIS OBISPO COUNTY
My Comm. Exp. Jun. 16, 2018