Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska   99501
907-646-3400

Attorney for Defendant James Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | NO. 3:13-cr-00008-RRB-JDR<br><br>NOTICE OF APPEAL |

      Notice is hereby given that James Michael Wells, appeals to the United States Court of Appeals for the Ninth Circuit from the:

- District Court's Final Order of Restitution, dated January 21, 2015 (Docket No. 777);

- District Court's Order Denying Motion for Reconsideration, dated February 17, 2015 (Docket No. 784).

      An Amended Judgment was entered on this action on: <u>January 23, 2015</u> (Docket No. 778).

      Transcript required (yes or no): **No**.

DATED at Anchorage, Alaska this 19th day of February 2015.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on February 19, 2015,
a copy of *Notice of Appeal* was
served electronically on:

Davina T. Chen, Esq.
Appellate Counsel for James Wells
PO Box 9176
Glendale, CA 91226
Email: davina@davinachen.com

Bryan D. Schroder
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.schroder@usdoj.gov

Karen L. Loeffler
U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: karen.loeffler@usdoj.gov

Edward Bryan Wilson
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: bryan.wilson@usdoj.gov

Steven E Skrocki
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
Email: steven.skrocki@usdoj.gov

/s/ Rich Curtner