IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS | ) **<u>WRIT OF GARNISHMENT</u>** |
| Defendant. | ) |

TO:  Department of Homeland Security
     United States Coast Guard
     Retiree Annuitant Payment Processing Center

Judgment was entered against the defendant in the above captioned case on July 8th, 2014, in the United States District Court, District of Alaska.  On September 11th, 2014, an Amended Restitution Order was entered, and on January 21st, 2015, a Final Order of Restitution-Division of Assets, Dkt 777, was entered, ordering the defendant, James Michael Wells (SSN: xxx-xx-0365, year of birth 1951, and last-known address of 365 Pavloff Circle, P.O. Box 1814, Kodiak, Alaska 99615) to pay restitution in the amount and terms as set forth in the Final Order at Dkt 777.

The Judgment Restitution is for the following sums:

   $1,483,475.00   restitution

$ 600.00   special assessment

$1,484,075.00  JUDGMENT AS ENTERED.

According to Plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$219.47  accrued interest.

CREDIT must be given for payments and partial satisfactions in the amount of:

$          0.00          which has been credited to the judgment
                        debt, leaving a net balance of:

$1,484,294.47          ACTUALLY DUE on February 19, 2015,
                        the date of the request for issuance of this writ, of
                        which

$1,484.075.00          is due on the judgment as entered and bears simple
                        interest at the rate of .18% per annum in the
                        amount of $7.32 per day.

YOU ARE HEREBY REQUIRED by law to answer in writing under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, disposable earnings or retirement benefit pay.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly or monthly.

Within ten (10) days of your receipt of this writ, you must file an original + 1 copy of your written Answer to the writ by mailing or delivering it to:

Clerk of Court
United States District Court

2

U.S. v. Wells
Case 3:13-cr-00008 RRB

Room 261, Federal Bldg. & U.S. Courthouse
222 W. 7th Avenue # 4
Anchorage, Alaska 99513-7564.

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to James Wells c/o Rich Curtner, Federal Public Defender, 601 West Fifth Avenue, Ste. 800, Anchorage, Alaska 99501. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form, which you will receive with this writ.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver to the defendant any item attached by this writ.</u>

Dated this _____ of _____, 2015.

MARVEL HANSBRAUGH
CLERK OF COURT

_____

By: Deputy Clerk

3

U.S. v. Wells
Case 3:13-cr-00008 RRB