IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008 RRB |
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) **CLERK'S NOTICE AND INSTRUCTIONS TO DEBTOR OF POST-JUDGMENT GARNISHMENT** |
| Defendant. | ) |

To: James M. Wells
c/o Rich Curtner
Federal Public Defender's Office
601 West Fifth Ave., Ste. 800
Anchorage, Alaska 99513-7564

You are hereby notified that the United States of America seeks to attach property to enforce a judgment debt which was obtained against you, the Defendant, in the above captioned case. The judgment debt is in the sum of $1,484,075.00, and the total unpaid debt of $1,484,294.47.

Additionally, you are hereby notified that there are exemptions under the law which may protect certain property from being taken by the United States if you, the debtor, can show that the exemptions apply. Attached to this Clerk's Notice is a Notice and Instructions to Debtor to Claim Exemptions. Also attached are 2 copies of a Claim of Exemptions and Request for Hearing form.

You have a right to ask the court to return your property to you if you think you do not owe the money that the United States claims you owe, or if you think the property qualifies for one of the above exemptions.

If you want a hearing, you must notify the court within twenty (20) days after receipt of the notice. Your request must be in writing.

You should use the attached <u>Claim of Exemptions and Request for Hearing</u> forms to request a hearing. You must either mail or hand-deliver two (2) copies of the form to the following address:

>Clerk of Court
>United States District Court
>District of Alaska
>Room 261, Federal Bldg. & U.S. Courthouse
>222 W. 7th Avenue # 4
>Anchorage, Alaska 99513-7564.

You must also let the United States know that you want a hearing by sending one (1) copy of the form to counsel for the United States at the following address:

>United States Attorney
>Attn: Financial Litigation Unit 222
>West 7th Avenue # 9, Room 253
>Anchorage, Alaska 99513-7567.

The hearing will take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the United States. If you do not have a right to ask

U.S. V. Wells
Case No.: 3:13-cr-00008 RRB

the court to return your property to you if you think you do not owe the money that the United States claims you owe, or if you think the property qualifies for one of the above exemptions.

If you want a hearing, you must notify the court within twenty (20) days after receipt of the notice. Your request must be in writing.

You should use the attached <u>Claim of Exemptions and Request for Hearing</u> forms to request a hearing. You must either mail or hand-deliver two (2) copies of the form to the following address:

> Clerk of Court
> United States District Court
> District of Alaska
> Room 261, Federal Bldg. & U.S. Courthouse
> 222 W. 7th Avenue # 4
> Anchorage, Alaska 99513-7564.

You must also let the United States know that you want a hearing by sending one (1) copy of the form to counsel for the United States at the following address:

> United States Attorney
> Attn: Financial Litigation Unit 222
> West 7th Avenue # 9, Room 253
> Anchorage, Alaska 99513-7567.

The hearing will take place within five (5) days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

U.S. V. Wells
Case No.: 3:13-cr-00008 RRB
Case 3:13-cr-00008-SLG   Document 786-2   Filed 02/19/15   Page 3 of 4

At the hearing you may explain to the judge why you think you do not owe the money to the United States. If you do not request a hearing within twenty (20) days of receiving this notice, your property may be sold at public auction, and the proceeds of the sale will be applied to the debt you owe the United States.

If you live outside the District of Alaska, no later than twenty (20) days after you receive this notice, you may request the court to transfer these proceedings to the federal judicial district in which you reside. You must make your request in writing, and you must either mail it or deliver it in person to the Clerk of Court at the address provided above. You must also let the United States know you want the proceeding transferred by sending a copy of your request to the United States Attorney at the address provided above.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk's Office is not permitted to give legal advice.

Dated this ____day of _____ 2015.

                                   MARVEL HANSBRAUGH
                                   CLERK OF COURT

                                   _____
                                   By: Deputy Clerk