KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:13-CR-00008 JDR |
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS | ) **PLAINTIFF'S APPLICATION** |
| Defendant. | ) **FOR WRIT OF GARNISHMENT** |

Plaintiff, the United States of America, by and through the United States Attorney for the District of Alaska, in accordance with 28 U.S.C. § 3205(b)(1), hereby applies to the Clerk of the United States District Court for issuance of a Writ of Garnishment upon the judgment entered in this action against defendant James Michael Wells, SSN: xxx-xx-0365, year of birth:

1951, and last known address of 365 Pavloff Circle, P.O. Box 1814, Kodiak, Alaska 99615.

(1.) Judgment was entered against the Defendant on July 8th, 2014, Dkt. 684, for $600.00 special assessment and determination of restitution deferred until later date. An Amended Restitution Order was entered on September 11th, 2014, Dkt. 708, ordering Defendant to pay restitution in the amount of $1,483,475.00. A Final Order of Restitution-Division of Assets was entered on January 21st, 2015, Dkt. 777 sect. III p. C, which sets forth the percentage available for garnishment from Defendant's monthly United States Coast Guard Retiree Benefit/Annuity, the Defendant's monthly Civil Service Retirement Benefit/Pension, and the Defendant's monthly Veteran's Disability Benefit.

(2). Amounts which have accrued since entry of judgment are: $219.47 post-judgment interest, pursuant to 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612.

(3). Credit must be given for payments and partial satisfaction in the total amount of $0.00.

(4). There remains a current unpaid balance of $1,483,475.00 in restitution, $600.00 in special assessments, $219.47 in post-judgment interest for a total amount of $1,484,294.47, which is due and owing as of February 19, 2015. Post-judgment interest continues to accrue at the rate of .18% ($7.32 per day).

(5). At least one demand for payment of the judgment debt has been made upon the debtor not less than thirty (30) days from the date of this application, and debtor has failed to satisfy the debt.

(6). The holder of the property, the garnishee, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

(7). The name and address of the garnishee or the authorized agent for the garnishee is:

United States Office Personnel Management
Court Order Benefit Branch
P.O. Box 17
Washington, DC  20044

RESPECTFULLY SUBMITTED this 19th day of February, 2015, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
E. BRYAN WILSON
Assistant U.S. Attorney
United States of America