IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS | ) **WRIT OF GARNISHMENT** |
| Defendant. | ) |

TO: United States Office Personnel Management
   Court Order Benefit Branch
   P.O. Box 17
   Washington, DC  20044

   Judgment was entered against the defendant in the above captioned case on July 8th, 2014, in the United States District Court, District of Alaska.  On September 11th, 2014, an Amended Restitution Order was entered, and on January 21st, 2015, a Final Order of Restitution-Division of Assets, at Dkt. 777, was entered ordering the defendant, James Michael Wells (SSN: xxx-xx-0365, year of birth 1951, and last-known address is 365 Pavloff Circle, or P.O. Box 1814, Kodiak, Alaska  99615) to pay restitution in the amount and terms as set forth in the Final Order at Dkt 777.
The Judgment Restitution Order is for the following sums:

$1,483,475.00   restitution

$ 600.00   special assessment

$1,484,075.00  JUDGMENT AS ENTERED.

According to Plaintiff's application for this writ, it appears that further sums have accrued since the entry of judgment, to-wit:

$219.47 accrued interest.

CREDIT must be given for payments and partial satisfactions in the amount of:

$ 0.00      which has been credited to the judgment debt, leaving a net balance of:

$1,484,294.47      ACTUALLY DUE on February 19, 2015 the date of the request for issuance of this writ, of which:

$1,484,075.00      is due on the judgment as entered and bears interest at the rate of .18% per annum in the amount of $7.32 per day.

YOU ARE HEREBY REQUIRED by law to answer in writing under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, disposable earnings or retirement benefit pay.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, biweekly or monthly.

Within ten (10) days of your receipt of this writ, you must file an original + 1 copy of your written Answer to the writ by mailing or delivering it to:

Clerk of Court
United States District Court

2

U.S. v. Wells
Case 3:13-cr-00008 RRB

Room 261, Federal Bldg. & U.S. Courthouse
222 W. 7th Avenue # 4
Anchorage, Alaska 99513-7564

You are also required by law to serve a <u>copy</u> of your Answer to this writ upon the debtor by sending it to James Wells c/o Rich Curtner, Federal Public Defender, 601 West Fifth Avenue, Ste. 800, Anchorage, Alaska 99501. Finally, you must also serve a <u>copy</u> of your Answer upon the United States Attorney, Financial Litigation Unit, 222 West 7th Avenue # 9, Room 253, Anchorage, Alaska 99513-7567.

Under the law, certain types of property are fully or partially exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed in the Notice and Instructions to Claim Exemptions form, which you will receive with this writ.

If you fail to answer this writ or if you fail to withhold property in accordance with this writ, the United States of America may apply for an order requiring you to appear before the Court. If you fail to appear, or if you do appear but cannot show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. <u>It is unlawful to pay or deliver to the defendant any item attached by this writ.</u>

Dated this _____of _____, 2015.

            MARVEL HANSBRAUGH
            CLERK OF COURT

            _____
            By: Deputy Clerk

3

U.S. v. Wells
Case 3:13-cr-00008 RRB

Case 3:13-cr-00008-SLG   Document 787-1   Filed 02/19/15   Page 3 of 3