FILED

FEB 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant - Appellant. | Nos. 14-30146, 15-30036<br><br>D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: LEAVY and MURGUIA, Circuit Judges.

    Appellant's motion to consolidate appeal Nos. 14-30146 and 15-30036 is granted. The appeals are now consolidated.

    Appellant's unopposed emergency motion for a partial stay of the district court's January 21, 2015 restitution order, as amended by the district court's February 17, 2015 order, is granted. Appellee shall take all necessary steps to ensure that the Thrift Savings Plan does not pay the criminal restitution order during the pendency of this stay. Further, appellant and his spouse are enjoined from the sale or dissipation of their home and appellant's Thrift Savings Plan account. This stay shall remain in effect until the issuance of the mandate or further order of the court.

LSC/MOATT

The following briefing schedule shall govern these consolidated appeals: the consolidated opening brief and excerpts of record are due May 21, 2015; the consolidated answering brief is due June 22, 2015; and the consolidated optional reply brief is due within 14 days after service of the answering brief.