| USDCA 435 (Rev. 07/14) Read Instructions Page | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME: Davina T. Chen | 2. PHONE NUMBER: (323) 474-6390 | | 3. DATE: 08/07/2014 | |
| 4. MAILING ADDRESS: P.O. Box 9176 | 5. CITY: Glendale | | 6. STATE: CA | 7. ZIP CODE: 91226 |
| 8. CASE NUMBER: CR 13-0008/CA15-30036 | 9. JUDICIAL OFFICIAL: Ralph J. Beistline | | DATES OF PROCEEDINGS | |
| | | | 10. FROM 2-19-13 | 11. TO 07-08-14 |
| 12. CASE NAME: U.S. v. James Michael Wells | | | LOCATION OF PROCEEDINGS | |
| | | | 13. CITY Anchorage | 14. STATE Alaska |
| 15. ORDER FOR ☒ APPEAL ☐ NON-APPEAL | ☒ CRIMINAL ☐ CIVIL | ☒ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY ☐ OTHER (Specify) | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | SEE | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | ATTACHED | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | LIST | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | restitution hearing | 9/10/2014 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page ☐ | ☐ | NO. OF COPIES | | |
| 14 DAY | $4.25 per page ☐ | ☐ | NO. OF COPIES | | |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE [signature]

19. DATE 2/26/2015

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

| USDCA 435      | Instructions |
|----------------|--------------|
| (Rev. 07/14)   | General      |

| | |
|---|---|
| Use. | Use this form to order transcript of proceedings. Complete a separate order form for each case number for which transcript is ordered. |
| Completion. | Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use. |
| Order Copy. | Keep a copy for your records. |
| Submitting to the court. | Mail, e-file or deliver the original to the court. |
| Deposit Fee. | The court will notify you of the amount of the required deposit fee and give you the name and phone number of the transcription firm assigned via email, or phone or fax if no email address. The email will be cc: to the transcription firm. The transcription firm will contact you regarding deposit payment arrangements. |
| Deliver time. | Delivery time is computed from the date of receipt of the deposit fee by the transcription firm. |
| Completion of Order. | The transcript will be produced and the transcription firm will contact you regarding any remaining balance due. The transcript will be provided as either a pdf or hard copy, per arrangements you make with the transcription firm. |

## SPECIFIC

| | |
|---|---|
| Items 1-19. | These items should always be completed. |
| Item 8. | Only one case number may be listed per order. |
| Item 15. | Place an "X" in each box that applies. |
| Item 16. | Place an "X" in the box for each portion request. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed. |
| Item 17. | *Categories.* Only four (4) categories of transcripts may be ordered. These are: <br> *Ordinary.* A transcript to be delivered within thirty (30) calendar days after receipt of an order. (Order is considered received upon receipt of the deposit.) <br> *Expedited.* A transcript to be delivered within seven (7) calendar days after receipt of an order. <br> *14 Day.* A transcript to be delivered within fourteen (14) calendar days after receipt of order. <br> *Daily.* A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day. |

NOTE: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary *delivery* rate.

| | |
|---|---|
| | *Ordering.* Place an "X" in each box that applies. Indicate the number of additional copies ordered. <br> *Original.* Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the free copy for the court. <br> *First Copy.* First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered. <br> *Additional Copies.* All other copies of the transcript ordered by the same party. |
| Item 18. | Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.) |
| Item 19. | Enter the date of signing. |
| Shaded Area. | Reserved for the court's use. |