# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __15-30036 [cons'd w/ 14-30146]__  U.S. District Court # __13-00008-RRB-1__

Short Case Title __U.S. V. James Wells__

Date Notice of Appeal Filed by Clerk of District Court __2/19/2015__

**Section A - To Be Completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| 9/10/2014 | recorder/Nancy Lealaisalanoa | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __02/26/2015__  Estimated Date for Completion _____

Signature of Attorney __[signature]__  Phone Number __(323) 474-6390__

Address __P.O. Box 9176, Glendale CA 91226__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

Approximate Number of Pages _____  Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____  Court Reporter's Signature _____

(Trscrpt.dcs)
USDCA - Form 46 (revised 10/04)