KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:23-CR-00008-RRB |
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) **GARNISHEE UNITED STATES** |
| | ) **COAST GUARD~RETIREE** |
| Defendant, | ) **ANNUITANT PAYMENT** |
| and | ) **PROCESSING CENTER** |
| UNITED STATES OFFICE OF | ) **ANSWER TO WRIT OF** |
| PERSONNEL MANAGEMENT | ) **GARNISHMENT** |
| Garnishee. | ) |

From:   CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Room 261 U.S. Courthouse 222
West 7th Avenue # 4
Anchorage, Alaska 99513-7564

1

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

To: United States ~~Office of Personnel Management~~ *Coast Guard Pay & Personnel Center (LGL)*
~~Court Order Benefit Branch~~ *444 SE Quincy*
~~P.O. Box 17~~ *Topeka KS 66683*
~~Washington, D.C. 20044~~

You are instructed that, by law, you must do the following:

1. Complete the following information and mail or deliver the original of this form to the Court, at the address listed above, within 10 days. Distribute the other copies of this form as shown in the "Distribution of Copies" on the final page of this form.

2. Is the judgment debtor receiving retirement or disability payments from your agency?

   (X) Yes. ( ) No.

   If "No," skip Sections 3-7 and fill out the information requested in Section 8.

3. Gross monthly payments are $ *2671 $\frac{13}{}$*

4. Retiree's *current* voluntary and involuntary (tax) *and other* withholding obligations:

|   | Amount | Entity |
|---|---|---|
| $ | 100 $\frac{00}{}$ | Federal Withholding Tax |
| $ | 917 $\frac{13}{}$ | Veterans Affairs Offset |
| $ | 15 $\frac{21}{}$ | Survivor Benefit Plan Premium |
| $ |   |   |
| TOTAL $ | 1032 $\frac{34}{}$ |   |

2

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

5.  Retiree's *required* tax withholding _and other_ obligations *estimated with one (1) withholding allowance*:

|   | Amount | Entity |
|---|---|---|
| $ | 51⁵⁸ | Federal Withholding Tax |
| $ | 917¹³ | Veterans Affairs Offset |
| $ | 15²¹ | Survivor Benefit Plan Premium |
| TOTAL $ | 983⁹² | |

6.  In the <u>Final Order of Restitution</u> (at Dkt. 777) the Court Ordered the Defendant to pay 50% of his monthly retirement and disability payments. In order to determine that amount, please compute the following:

    Monthly Gross Payments :  $ 2671 ¹³

    Subtract Required Tax Obligations (in paragraph 5)  − 983 ⁹²

    $ = 1687 ²¹

    Multiply by .50 (50%)  $ 843 ⁶⁰

    TOTAL GARNISHMENT AMOUNT  $ 843 ⁶⁰

You must withhold and retain the amount calculated in paragraph six (6), recalculated as each month as necessary. **Do NOT pay out any <u>garnishable retirement and disability benefits until further order of the Court.</u>**

7.  Check and complete the applicable sections below if you claim that you <u>do</u> <u>not</u> hold property subject to attachment by this Writ of Garnishment.

3

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

Case 3:13-cr-00008-SLG   Document 795   Filed 04/06/15   Page 3 of 5

(a)\_\_\_\_\_ The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply the employee's earnings held by Garnishee to the United States' claim:

_____
_____.

(b)_____ The Garnishee is in no manner and upon no account indebted or under liability to the judgment debtor; the Garnishee does not have in his/her possession or control any earnings belonging to the judgment debtor or in which the judgment debtor has an interest; and Garnishee is in no manner liable to the judgment debtor in this action.

8. GARNISHEE NAME AND ADDRESS:

Garnishee Name: *Coast Guard Pay & Personnel Center, Attn LGL*

Garnishee Address: *444 SE Quincy, Topeka KS 66683-3591*

Garnishee Phone: *785-339-3596*

Form completed by: *[signature]*

SIGNATURE

*4/2/15*       *Robert D. Teetsel Chief, Legal Services Office*

Date            NAME AND TITLE (Please print)

## DISTRIBUTION FOR <u>ANSWER OF GARNISHEE</u>

The <u>original + 1 copy</u> of Answer of Garnishee must be sent to the Court:

    Clerk of Court
    United States District Court

4

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

District of Alaska
Room 261, Federal Bldg. & U.S. Courthouse
222 West 7th Avenue # 4
Anchorage, Alaska 99513-7564.

One copy of this Answer of Garnishee must be sent to Plaintiff at:

United States Attorney
Attn: Financial Litigation Unit 222
West 7th Avenue # 9, Room 253
Anchorage, Alaska 99513-7567

One copy of this Answer of Garnishee must be sent to the Defendant at:

James M. Wells
c/o Rich Curtner, Federal Public Defender's Office
601 West Fifth Ave., Ste. 800
Anchorage, Alaska 99513-7564

SUBSCRIBED AND SWORN TO before me this __2nd__ day of __April__, 2015.

*Teresa E. Fulton*

TERESA E. FULTON
Notary Public - State of Kansas
My Appt. Expires Jan. 26, 2019

NOTARY PUBLIC
State of Kansas.

My Commission Expires: Jan 26, 2019