KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No.: 3:23-CR-00008-RRB |
|---|---|
| Plaintiff, | |
| vs. | |
| | **GARNISHEE UNITED STATES** |
| JAMES MICHAEL WELLS, | **COAST GUARD~RETIREE** |
| | **ANNUITANT PAYMENT** |
| Defendant, | **PROCESSING CENTER** |
| and | |
| | **AMENDED** |
| UNITED STATES COAST GUARD | **ANSWER TO WRIT OF** |
| Garnishee. | **GARNISHMENT** |

From:   CLERK OF COURT
        UNITED STATES DISTRICT COURT
        DISTRICT OF ALASKA
        Room 261 U.S. Courthouse 222
        West 7th Avenue # 4
        Anchorage, Alaska 99513-7564

1

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

To:     United States Coast Guard Pay and Personnel Center (LGL)
        444 SE Quincy
        Topeka, KS  66683

You are instructed that, by law, you must do the following:

1. Complete the following information and mail or deliver the original of this form to the Court, at the address listed above, within 10 days. Distribute the other copies of this form as shown in the "Distribution of Copies" on the final page of this form.

2. Is the judgment debtor receiving retirement or disability payments from your agency?

   (X) Yes. ( ) No.

   If "No," skip Sections 3-7 and fill out the information requested in Section 8.

3. Gross monthly payments are  $ 2671 ¹³ _____.

4. Retiree's *current* voluntary and involuntary (tax) and other withholding obligations:

   |        | Amount    | Entity                         |
   |--------|-----------|--------------------------------|
   |        | $ 100 ⁰⁰  | Federal Withholding Tax        |
   |        | $ 917 ¹³  | Veterans Affairs Offset        |
   |        | $ 15 ²¹   | Survivor Benefit Plan Premium  |
   |        | $         |                                |
   | TOTAL  | $ 1032 ³⁴ |                                |

2

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

Case 3:13-cr-00008-SLG   Document 796   Filed 04/09/15   Page 2 of 5

5. Retiree's *required* tax <ins>and only</ins> withholding obligations *estimated with one (1) withholding allowance*:

|   | Amount | Entity |
|---|---|---|
| $ | 51⁵⁸ | Federal Withholding Tax |
| $ | 917¹³ | Veterans Affairs Offset |
| $ | 15²¹ | Survivor Benefit Plan Premium |
| TOTAL $ | 983⁹² | |

6. In the <u>Final Order of Restitution</u> (at Dkt. 777) the Court Ordered the Defendant to pay 50% of his monthly retirement and disability payments. In order to determine that amount, please compute the following:

| | |
|---|---|
| Monthly Gross Payments: | $ 2671¹³ |
| Subtract Required Tax Obligations (in paragraph 5) | − 983 ⁹² |
| | $ = 1687 ²¹ |
| Multiply by .50 (50%) | $ 843 ⁶⁰ |
| TOTAL GARNISHMENT AMOUNT | $ 843 ⁶⁰ |

You must withhold and retain the amount calculated in paragraph six (6), recalculated as each month as necessary. **<u>Do NOT pay out any garnishable retirement and disability benefits until further order of the Court.</u>**

7. Check and complete the applicable sections below if you claim that you <u>do not</u> hold property subject to attachment by this Writ of Garnishment.

3

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

(a)\_\_\_\_ The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply the employee's earnings held by Garnishee to the United States' claim:

_____

_____.

(b)\_\_\_\_ The Garnishee is in no manner and upon no account indebted or under liability to the judgment debtor; the Garnishee does not have in his/her possession or control any earnings belonging to the judgment debtor or in which the judgment debtor has an interest; and Garnishee is in no manner liable to the judgment debtor in this action.

8. GARNISHEE NAME AND ADDRESS:

   Garnishee Name: _Coast Guard Pay & Personnel Center (LGL)_,

   Garnishee Address: _444 SE Quincy St. Topeka KS 66683-3591_,

   Garnishee Phone: _785-339-3596_.

Form completed by: _[signature: Robert D. Teetsel]_
SIGNATURE

_4/3/15_                    _Robert D. Teetsel  Chief, Legal Services Office_
Date                         NAME AND TITLE (Please print)

## DISTRIBUTION FOR ANSWER OF GARNISHEE

The original + 1 copy of Answer of Garnishee must be sent to the Court:

   Clerk of Court
   United States District Court

4

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB

District of Alaska
Room 261, Federal Bldg. & U.S. Courthouse
222 West 7th Avenue # 4
Anchorage, Alaska 99513-7564.

One copy of this Answer of Garnishee must be sent to Plaintiff at:

United States Attorney
Attn: Financial Litigation Unit 222
West 7th Avenue # 9, Room 253
Anchorage, Alaska 99513-7567

One copy of this Answer of Garnishee must be sent to the Defendant at:

James M. Wells
c/o Rich Curtner, Federal Public Defender's Office
601 West Fifth Ave., Ste. 800
Anchorage, Alaska 99513-7564

SUBSCRIBED AND SWORN TO before me this __3rd__ day of __April__, 2015.

_Diane M Reynolds_
NOTARY PUBLIC

State of __KS__.

My Commission Expires: _____

DIANE M. REYNOLDS
Notary Public - State of Kansas
My Appt. Expires Jan. 26, 2019

5