**FILED**

MAY 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant - Appellant. | Nos. 14-30146 and 15-30036<br><br>D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for a further extension of time to file the opening brief is granted. The opening brief is due September 21, 2015.

The answering brief is due October 21, 2015. The optional reply brief is due within 14 days after service of the answering brief.

This order was issued prior to the expiration of time within which a response may be filed. *See* Fed. R. App. P. 27(b).

Amt√/Pro Mo commish 04May2015