KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: bryan.wilson@usdoj.gov
Florida Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.: 3:13-CR-00008-RRB |
| Plaintiff. | ) |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant, | ) |
| and | ) MOTION FOR ENTRY OF FINAL |
| | ) ORDER OF GARNISHMENT |
| UNITED STATES COAST GUARD | ) PURSUANT TO WRIT OF |
| | ) GARNISHMENT |
| Garnishee. | ) |

Plaintiff the United States of America, by and through the United States Attorney for the District of Alaska, hereby moves the Court for a final Order for garnishment of the Defendant's monthly annuity benefits administered by the United States Coast Guard Pay and Personal Center.

1. Plaintiff filed an Application for Writ of Garnishment pursuant to the Final Order of Restitution–Division of Assets issued January 21, 2015 (Dkt 777). The Court's Final Restitution Order states in part that "this Court authorizes the Government to garnish up to 50% of Defendant's military, VA and Civil Service payments through the provisions of the MVRA and All Writs Act" (Dkt 777. p. 11).

2. Accordingly, two Writs of Garnishment were issued on March 2, 2015, attaching property owned and payable to the Defendant and in custody of the Garnishee United States Coast Guard and the United States Office of Personnel Management Court Order Benefit Branch.

3. Garnishee United States Coast Guard Pay and Personnel Center filed its Amended Answer to Writ of Garnishment on April 9, 2015, acknowledging possession of funds owned by and payable to the Defendant and provided an estimate calculation of the net dollar amount available, after taxes and VA offset, for garnishment each month. (Dkt.

796). Defendant was served a copy of the Garnishee's Amended Answer via electronic service and U.S. Mail.

4.  Defendant was served a copy of Plaintiff's Application for Garnishment, Clerk's Notice, and Writ of Garnishment via electronic service on March 2, 2015. Defendant was delivered a copy of the Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing on or about March 10, 2015.

More than thirty (30) days have elapsed since the Garnishee filed its Amended Answer and the Defendant was served the Writ of Garnishment. Defendant has not filed a claim, objection, or other pleading in opposition to Plaintiff's garnishment. Pursuant to 28 U.S.C. § 3205(c)(7), Defendant's right to object to Plaintiff's attachment of the funds has now passed.

THEREFORE, Plaintiff hereby requests the Court issue an final order directing that property in the amount of 50% (Fifty Percent) of the Defendant's monthly net benefit, after the subtraction of minimum withholding allowances itemized in Garnishee's Answer on page (3) paragraph (5), be withheld by Garnishee United States Coast Guard Pay and Personnel Center, and sent to the Clerk of Court <u>via a check made payable to the "United States Treasury"</u>

<u>and delivered to the United States District Court, 222 West 7th Ave., Box 4,</u>

<u>Room 229, Anchorage, Alaska 99513-7564.</u>

RESPECTFULLY SUBMITTED this 15th day of May, 2015, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        <u>s/ E. Bryan Wilson</u>
        E. BRYAN WILSON
        Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2015,
a true and correct copy of the foregoing
was served via electronic service upon:

F. Richard Curtner
Federal Public Defender's Agency

Davina T. Chen
Law Office of Davina T. Chen

<u>s/ E. Bryan Wilson</u>
Office of the U.S. Attorney

4

U.S. v. Wells
Case No.: 3:13-cr-00008 RRB