IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-CR-00008 RRB-01 |
| Plaintiff, ) | |
| vs. ) | |
| JAMES MICHAEL WELLS, ) | |
| Defendant, ) | **PROPOSED** |
| and ) | **FINAL ORDER OF** |
| ) | **GARNISHMENT AND RELEASE** |
| UNITED STATES COAST GUARD ) | **OF FUNDS TO CLERK OF** |
| ) | **COURT** |
| Garnishee. ) | |

A Writ of Garnishment has been issued and served upon Garnishee, United States Coast Guard Pay and Personnel Center. Pursuant to that Writ, the Garnishee filed an Amended Answer on April 9, 2015, acknowledging possession of funds owned and payable to the Defendant each month and providing a calculation of the net dollar amount available as well as the current withholding obligations.

On March 2, 2015, the Defendant was served a copy of Plaintiff's Application for Garnishment, the Clerk's Notice, and Writ of Garnishment, via electronic service. Defendant was delivered a copy of the Notice and Instructions to Claim Exemptions, Claim of Exemptions and Request for Hearing on or about March 10, 2015. More than thirty (30) days have elapsed and the Defendant has not file a claim, objection, or other pleading in opposition to Plaintiff's garnishment. Pursuant to 28 U.S.C. § 3205(c)(7), Defendant's right to object to Plaintiff's attachment of the funds has now passed.

IT IS HEREBY ORDERED:

1. The Garnishee, United States Coast Guard Pay and Personnel Center, shall garnish, and withhold from the Defendant's monthly gross benefit payment a sum equal to 50% of the net monthly benefit calculated with the minimum federal tax withholding estimated with one withholding allowance, the Veteran Affairs Offset, and the Survivor Benefit Plan Premium amount, as detailed in Garnishees Amended Answer (Dkt 796) page (3), paragraph (5).

2. Garnishee shall continue to make said payments until the debt to the Plaintiff is satisfied; or until the Garnishee no longer has custody, possession, or control of any property belonging to the debtor, or until further

order of this court.

    3.  Funds shall be released and sent by check made payable to the "United States Treasury" to the United States District Court Unit, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564.


    DATED this ____day of _____, 2015.


    _____
    UNITED STATES DISTRICT COURT JUDGE

3

Case 3:13-cr-00008-SLG   Document 800-1   Filed 05/15/15   Page 3 of 3