DAVINA T. CHEN
Attorney at Law
P.O. Box 9176
Glendale, California 91226
Tel: (323) 474-6390
Fax: (323) 345-6380
E-mail: DavinaTChen@gmail.com

Appellate Counsel to James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant. | ) No. 3:13-cr-00008-RRB-JDR<br>)<br>)<br>) **APPELATE COUNSEL'S**<br>) **NOTICE OF FILING**<br>) **STIPULATION AND PROPOSED**<br>) **ORDER**<br>)<br>)<br>) |

　　COMES NOW appellate counsel to defendant James Wells, Davina T. Chen, and submits herewith a fully executed "Stipulation For Order Releasing Sealed And Ex Parte Pleadings To Appellate Counsel And For A Protective Order" and a proposed Order for the court's consideration.

RESPECTFULLY SUBMITTED May 20, 2015, in Los Angeles, California.

s/ Davina T. Chen  
DAVINA T. CHEN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015
a true and correct copy of the foregoing was
served electronically via the CM/ECF system
on the following counsel
of record:

Karen Loeffler
United States Attorney

Bryan D. Schroder
E. Bryan Wilson
Assistant U.S. Attorneys


s/ Davina T. Chen
DAVINA T. CHEN

*United States v. Wells*
3:13-cr-00008-RRB-JDR