DAVINA T. CHEN
Attorney at Law
P.O. Box 9176
Glendale, California 91226
Tel: (323) 474-6390
Fax: (323) 345-6380
E-mail: DavinaTChen@gmail.com

Appellate Counsel to James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-RRB |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR ORDER** |
| | ) | **RELEASING SEALED AND EX** |
| vs. | ) | **PARTE PLEADINGS TO** |
| | ) | **APPELLATE COUNSEL AND** |
| JAMES MICHAEL WELLS, | ) | **FOR A PROTECTIVE ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties,

Karen L. Loeffer, United States Attorney for the District of Alaska, Bryan

Schroder, Assistant United States Attorney, and E. Bryan Wilson, Assistant United

States Attorney, and Davina Chen, counsel for James Wells, that for purpose of

defendant's appeal now pending in the United States Court of Appeals for the

Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via e-

mail or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed under seal:

**Docket numbers 104, 124, 125, 148, 297, 298, 549, 554, 555, 558, 606, 648, 667, 685.**

IT IS FURTHER STIPULATED AND AGREED between the same parties that, for the purpose of defendant's appeal now pending in the United States Court of Appeals for the Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via e-mail or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed ex parte by the government:

**Docket numbers 166, 171, 232, 390, 427, 483, 552, 564**

IT IS FURTHER STIPULATED AND AGREED between the same parties that the Court enter the following protective order with regard to the documents (Docket numbers 166, 171, 232, 390, 427, 483, 552, 564) filed ex parte by the government:

**That neither the documents, nor the information in the documents, may be shared with the defendant or any member of his family without a further motion to the court, to which the government will have the opportunity to respond.**

*U.S. v. Wells*
3:13-cr-00008-RRB

Page 2 of 3

RESPECTFULLY SUBMITTED this ___ day of May, 2015, in
Glendale, California
Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
United States of America

E. BRYAN WILSON , FOK
Assistant U.S. Attorney
United States of America

DAVINA T. CHEN
Appellate Counsel for Defendant
James Wells

**CERTIFICATE OF SERVICE**

I hereby certify that on May ___ 2015,
the foregoing was served electronically via
the CM/ECF system on the following counsel
of record:

Karen Loeffler
United States Attorney

Bryan D. Schroder
E. Bryan Wilson
Assistant U.S. Attorneys

/s/ Davina T. Chen

_____
Davina T. Chen

*U.S. v. Wells*
3:13-cr-00008-RRB

Page 3 of 3