IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-RRB-JDR |
|---|---|
| Plaintiff, | ) **PROPOSED ORDER** |
| vs. | ) **REGARDING SEALED** |
| | ) **DOCUMENTS AND** |
| JAMES MICHAEL WELLS, | ) **PROTECTIVE ORDER** |
| Defendant. | ) |

The parties' "Stipulation For Order Releasing Sealed And Ex Parte Pleadings To Appellate Counsel And For A Protective Order" in this case is hereby GRANTED.

1. For the purpose of defendant's appeal now pending in the United States Court of Appeals for the Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via e-mail or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed under seal:

    Docket numbers 104, 124, 125, 148, 297, 298, 549, 554, 555, 558, 606, 648, 667, 685.

2. For the purpose of defendant's appeal now pending in the United States Court of Appeals for the Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via e-mail or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed ex parte by the government:

   Docket numbers 166, 171, 232, 390, 427, 483, 552, 564

3. With regard to the documents filed ex parte by the government (166, 171, 232, 390, 427, 483, 552, 564), neither the documents, nor the information in the documents, may be shared with the defendant or any member of his family without a further motion to the court, to which the government will have the opportunity to respond.

IT IS SO ORDERED.

Dated_____          _____
                                Ralph R. Beistline
                                Chief U.S. District Court Judge

*United States. v. Wells*
3:13-cr-00008-RRB-JDR          Page 2 of 2