IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-0008-RRB<br><br>**ORDER REGARDING**<br>**SEALED DOCUMENTS AND**<br>**PROTECTIVE ORDER** |

The parties' "Stipulation For Order Releasing Sealed And Ex Parte Pleadings To Appellate Counsel And For A Protective Order" in this case is hereby **GRANTED.**

1.    For the purpose of Defendant's appeal now pending in the United States Court of Appeals for the Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via email or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed under seal: Docket numbers 104, 124, 125, 148, 297, 298, 549, 554, 555, 558, 606, 648, 667, 685.

2.    For the purpose of Defendant's appeal now pending in the United States Court of Appeals for the Ninth Circuit, CA No. 14-30164, the court clerk shall make available (either via email or mailed paper copies) to appellant's counsel only, for purposes

of evaluating the appeal, the following documents filed ex parte by the Government: Docket numbers 166, 171, 232, 390, 427, 483, 552, 564.

3. With regard to the documents filed ex parte by the Government (166, 171, 232, 390, 427, 483, 552, 564), neither the documents, nor the information in the documents, may be shared with the Defendant or any member of his family without a further motion to the court, to which the Government will have the opportunity to respond.

**IT IS SO ORDERED** this 21st day of May, 2015.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE