UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-30146, 15-30036 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:13-cr-00008-RRB-1 District of Alaska, Anchorage |
| v. | |
| JAMES MICHAEL WELLS, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's opposed motion for a third extension of time to file the opening brief is granted.

The opening brief is now due March 23, 2016. Any further motion to extend the due date of the opening brief is disfavored.

The answering brief is due April 22, 2015. The optional reply brief is due within 14 days after service of the answering brief.

GS   11/23/2015/Pro Mo