UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant - Appellant. | Nos. 14-30146, 15-30036<br><br>D.C. No. 3:13-cr-00008-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

　　　The motion of appellant's appointed counsel, Davina T. Chen, Esq., for appointment of co-counsel in these consolidated appeals is granted. *See* 7 Guide to Judiciary Policy § 230.53.20. The Clerk shall amend this court's dockets to reflect that counsel Peter Offenbecher, Esq., 1301 5th Avenue, Suite 3401, Seattle, Washington 98101, (206) 623-6501 is appellant's appointed co-counsel of record, effective August 14, 2014. Counsel Offenbecher may claim up to 36 hours for this representation.

　　　The previously established briefing schedule remains in effect.

　　　The Clerk shall serve this order on counsel and appellant individually at Reg. No. 16800-006, United States Penitentiary, P.O. Box 7000, Florence, Colorado 81226.

DV/AppComm Direct Criminal