FILED

APR 19 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant - Appellant. | Nos. 14-30146 and 15-30036 <br><br> D.C. No. 3:13-cr-00008-RRB-1 <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for leave to file an oversized opening brief is granted. The clerk will file the opening brief submitted by electronic filing on March 7, 2016.

The consolidated answering brief is due May 23, 2016. The consolidated optional reply brief is due 14 days after service of the consolidated answering brief.

amt\/Pro Mo commish 18Apr2016