UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant - Appellant. | No. 14-30146 <br><br> D.C. No. 3:13-cr-00008-RRB-1 <br> District of Alaska, <br> Anchorage <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant - Appellant. | No. 15-30036 <br><br> D.C. No. 3:13-cr-00008-RRB-1 <br> District of Alaska, <br> Anchorage |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to seal volume 8 of the excerpts of record is granted. The Clerk shall seal volume 8 of the excerpts of record.

Appellant has filed a notice of intent to file previously sealed documents publicly pursuant to Interim Ninth Circuit Rule 27-13(f), and submitted volume 7

PTK/Sealed Documents

of the excerpts of record provisionally under seal. If appellee does not file a motion to seal volume 7 of appellant's excerpts of record within 21 days from the filing of the notice, the Clerk shall unseal volume 7 and file it, and shall also publicly file the opening brief and volumes 1-6 of the excerpts of record. The existing briefing schedule shall continue in effect unless appellee files a motion to seal volume 7.

PTK/Sealed Documents