UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES MICHAEL WELLS, Defendant-Appellant. | Nos. 14-30146<br>15-30036<br><br>D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska, Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellee's unopposed motion (docket entry #53) for a second extension of time to file the answering brief is granted. The consolidated answering brief is due September 30, 2016.

The consolidated optional reply brief is due within 14 days after service of the consolidated answering brief.

amt/Pro Mo commish 10Aug2016