UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff-Appellee,<br><br> v.<br><br> JAMES MICHAEL WELLS,<br><br>              Defendant-Appellant. | Nos.   14-30146<br>            15-30036<br><br>D.C. No.<br>3:13-cr-00008-RRB-1<br>District of Alaska,<br>Anchorage<br><br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellee's unopposed third motion (Docket No. 55) for an extension of time to file the consolidated answering brief is granted. The consolidated answering brief is due October 17, 2016. The optional consolidated reply brief is due within 14 days after service of the consolidated answering brief.

SM/Pro Mo/9/26/2016