UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES MICHAEL WELLS, Defendant-Appellant. | Nos. 14-30146<br>15-30036<br><br>D.C. No. 3:13-cr-00008-RRB-1<br>District of Alaska, Anchorage<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellee's motion (docket entry #57) for leave to file an oversized answering brief is granted. The Clerk shall file the consolidated answering brief submitted by electronic filing on October 17, 2016. Appellee's counsel is reminded that all motions in criminal cases should include appellant's bail status. *See* 9th Cir. R. 27-8.1.

The consolidated optional reply brief is due within 14 days after the date of this order.

amt/Pro Mo commish 17Oct2016