

**FILED**

MAR 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 14-30146 |
| --- | --- |
| Plaintiff-Appellee, | 15-30036 |
| v. | D.C. No. 3:13-cr-00008-RRB-1 District of Alaska, Anchorage |
| JAMES MICHAEL WELLS, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner

The appellant's unopposed motion (Docket Entry No. 68) to file an oversized reply brief (Docket Entry No. 69) is granted.

The Clerk shall file the reply brief (Docket Entry No. 69) submitted on March 14, 2017.

GS / AC /03/27/2017 /Pro Mo