

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES MICHAEL WELLS, Defendant-Appellant. | No. 14-30146 15-30036 D.C. No. 3:13-cr-00008-RRB-1 District of Alaska, Anchorage ORDER |

Before: TASHIMA and NGUYEN, Circuit Judges, and WALTER,[*] District Judge.

The government's unopposed motion for a 30-day extension of time in which to file a petition for rehearing or rehearing en banc is GRANTED.

---

[*] The Honorable Donald E. Walter, United States District Judge for the Western District of Louisiana, sitting by designation.