BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant United States Attorney Kimberly R. Sayers-Fay now appears as counsel for the United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

> KIMBERLY R. SAYERS-FAY
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: kim.sayers-fay@usdoj.gov

RESPECTFULLY SUBMITTED January 31, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on January 31, 2018,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Office of the US Attorney