BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-RRB |
| Plaintiff, | ) ) ) | **NOTICE OF ATTORNEY APPEARANCE** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant United States Attorney Jonas M. Walker now appears as counsel for the United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

    JONAS M. WALKER
    Assistant United States Attorney
    Federal Building & U.S. Courthouse
    222 West Seventh Avenue, #9, Room 253
    Anchorage, Alaska 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-1500
    Email: jonas.walker@usdoj.gov

RESPECTFULLY SUBMITTED February 1, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Jonas M. Walker
JONAS M. WALKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on February 1, 2018,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Jonas M. Walker
Office of the US Attorney

U.S. v. Wells
3:13-cr-00008-RRB         Page 2 of 2