UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 09 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JAMES MICHAEL WELLS, Defendant - Appellant. | No. 14-30146 D.C. No. 3:13-cr-00008-RRB-1 U.S. District Court for Alaska, Anchorage **MANDATE** |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JAMES MICHAEL WELLS, Defendant - Appellant. | No. 15-30036 D.C. No. 3:13-cr-00008-RRB-1 U.S. District Court for Alaska, Anchorage |

The judgment of this Court, entered December 19, 2017 opinion amended January 11, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7