# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>  vs.<br>JAMES MICHEL WELLS,<br><br>                       Defendant. | Case No. 3:13-cv-00008-SLG |

## **SCHEDULING ORDER**

IT IS HEREBY ORDERED that a status conference shall be held on **March 12, 2018 at 10:00 a.m.** before Judge Sharon Gleason in Anchorage Courtroom 3.

IT IS FURTHER ORDERED that the United States Marshal Service shall transport Mr. Wells to Anchorage, Alaska for the hearing.

DATED this 14th day of February, 2018 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE