Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

Attorney for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE FOR DEFENDANT** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Rich Curtner, Federal Defender for the District of Alaska, hereby gives notice of his appearance as counsel for Defendant James Michael Wells in this case.

All future filings and correspondence in this matter should be sent to:

Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

DATED at Anchorage, Alaska this 15th day of February, 2018.

Respectfully submitted,

*/s/ Rich Curtner*
Rich Curtner
Federal Defender

Certification:

I, Rich Curtner, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 15, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Rich Curtner*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG                                                          Page 2

Case 3:13-cr-00008-SLG   Document 821   Filed 02/15/18   Page 2 of 2