DAVINA T. CHEN (California State Bar. No. 202272)
Law Office of Davina T. Chen
P.O. Box 9176
Glendale, California 91226
Email: Davina@DavinaChen.com
Telephone (323) 474-6390
Facsimile (323) 345-6380
*Appellate Attorney for Jonathan Lee Read*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>JONATHAN LEE READ,<br><br>    Defendant. | NO. CR 15-0933-PHX-DLR<br><br>**Motion to Unseal Docket Items for Purposes of Assembling Appellate Record** |

    Defendant Jonathan Lee Read has filed a notice of appeal (Dkt # 110) from this Court's judgment and commitment order. On November 3, 2017, the Court appointed CJA attorney Davina T. Chen to represent Mr. Read in his pending direct appeal. (Dkt. # 113). Ms. Chen did not represent Mr. Read in his proceedings before this Court.

    A review of the docket in this case suggests that certain docket entries are under seal and were not included in the case file provided by trial counsel. To properly review this case for potential appellate issues, appellate counsel must review these documents. Accordingly, counsel respectfully asks the Court to unseal these items for the purpose of providing them to Mr. Read's appellate counsel. (The docket items requested are listed in the attached proposed order.)

    Counsel further respectfully requests that the Court deliver these documents

electronically to facilitate assembly of the electronic excerpts of record. *See generally* 9th Cir. R. 30-1. If counsel determines that any of the sealed items should be included in the excerpts of record, she will follow 9th Circuit Interim Rule 27-13, with respect to Sealed Documents.

Respectfully submitted,

DATED: February 15, 2018  */s/ Davina T. Chen*
DAVINA T. CHEN
Appellate Attorney for Jonathan Lee Read

Copy of the foregoing transmitted on February 15, 2018, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Clerk of Court
United States District Court

Gayle Helart
Assistant United States Attorney

An additional copy was transmitted by e-mail to:
Honorable Douglas L. Rayes
rayes_chambers@azd.uscourts.gov

/s/Davina T. Chen
DAVINA T. CHEN