UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN LEE READ,<br><br>　　　　　Defendant. | NO. CR 15-0933-PHX-DLR<br><br>**[Proposed] Order** |

Upon motion of appellate counsel and good cause appearing:

IT IS ORDERED that the following docket items be unsealed for the limited purpose of delivering them to appellate counsel:

4, 5, 9, 14, 19, 20, 24, 33, 42, 44, 51-54, 56, 65, 69, 74, 100, 101, 104-106

These items shall remain under seal for all other purposes unless otherwise ordered by the Court.

The Clerk is directed to deliver these items to Defendant's appellate counsel in PDF format if feasible. Counsel shall provide electronic delivery media, such as a blank CD or thumb drive, if the Clerk so requests.

Counsel shall comply with applicable Ninth Circuit rules regarding filing sealed documents if she determines that any of these items should be submitted to that court.

| | |
|---|---|
| 1 | Copy of the foregoing transmitted on February 15, 2018, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to: |
| 2 | |
| 3 | Clerk of Court<br>United States District Court |
| 4 | |
| 5 | Gayle Helart<br>Assistant United States Attorney |
| 6 | An additional copy was transmitted by e-mail to:<br>Honorable Douglas L. Rayes |
| 7 | rayes_chambers@azd.uscourts.gov |
| 8 | /s/Davina T. Chen<br>DAVINA T. CHEN |
| 9 | |
| 10 | |
| ... | |
| 28 | |