RICH CURTNER
Federal Public Defender
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

DAVINA T. CHEN
Law Office of Davina T. Chen
P.O. Box 9176
Glendale, California 91226
Tel: (323) 474-6390
Fax: (323) 345-6380
E-mail: DavinaTChen@gmail.com

Attorneys to James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-RRB |
|---|---|---|
| Plaintiff, | ) ) ) | **Wells's Motion to Return Funds and Terminate Garnishment and** |
| vs. | ) ) | **Seizures** |
| JAMES MICHAEL WELLS, | ) ) ) | |
| Defendant. | ) | |

Defendant James Michael Wells, through counsel Federal Public Defender Rich Curtner and appellate counsel Davina T. Chen, moves this Court to return funds being held in the registry of the court, to terminate the ongoing garnishment of period payments of retirement and disability payments, and to take any steps

necessary to prevent any further funds being seized pursuant to the vacated restitution order.

**Factual Background**

After Mr. Wells's conviction and pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A, the Hon. Judge Beistline approved a Final Order of Restitution (Exhibit A (Dkt 777) ), and a Final Order of Garnishment (Exhibit B (Dkt 803)) that permitted the United States to commence collecting the special assessment fees and restitution, with the proviso that any funds collected for restitution be "held in the registry of the Court to be immediately disbursed once the appeal is decided" (Exhibit C (Dkt 784)). [1]

On December 19, 2017, as amended on January 11, 2018, the Ninth Circuit Court of Appeals reversed all six counts of conviction, remanded for a new trial, and ordered reassignment. As part of its decision reversing conviction on all counts, the Ninth Circuit vacated the restitution order. (Exhibit D (Dkt 815) at 12.)

---

[1] An additional writ of garnishment was issued (Dkt 787), but the court's docket does not reflect that it was honored. The Ninth Circuit Court of Appeals ordered a partial stay of this Court's Final Restitution Order by ordering the government to take all necessary steps to ensure that the Thrift Savings Plan does not pay the criminal restitution order during the pendency of the stay.

On February 20, 2018, Jennifer Gamble, Administrative Manager, U.S. District Court in Anchorage, Alaska, advised that the court has collected $600 in special assessment fees and $26,995.20 in restitution from Mr. Wells. She had previously advised that the court receives $843.60 per month from the United States Coast Guard Pay and Personnel Center. (Declaration of Counsel at ¶4).

**Argument**

The Mandatory Victims Restitution Act requires the court to order restitution when sentencing a defendant convicted of a covered offense. 18 U.S.C. § 3663A(a)(1). It does not provide for, and undersigned counsel is unaware of any statutory authority that permits, either the seizure or prejudgment restraint of funds from non-convicted criminal defendants for a future potential restitution order. Indeed, in the 2005 GAO Report on Criminal Debts in Financial Fraud Cases, the General Accounting Office noted that the Department of Justice complained that there is "no general statutory authority for Justice to obtain pretrial restraint of assets in order to satisfy a potential criminal judgment that may result in a restitution debt." GAO-05-80 at pp. 12-13.

There being no authority for the Court to continue holding, garnishing, or seizing Mr. Wells's funds, this Court should Order that the Clerk of Court return $27,595.20 ($600 special assessment fee and $26,995.20 restitution) to James

Michael Wells, in care of Rich Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501.

This Court should further order that the government take all necessary steps to terminate the ongoing garnishment by the Coast Guard Pay and Personnel Center (LGL), to take any steps necessary to prevent any further funds being seized pursuant to the vacated restitution order, and to report to the Court its accomplishment of the above.

RESPECTFULLY SUBMITTED this 26th day of February, 2018.

*s/ Davina T. Chen*
DAVINA T. CHEN
Appellate Counsel for Defendant
James Wells

U.S. v. Wells                                                    Page 4 of 7
3:13-cr-00008-RRB

Case 3:13-cr-00008-SLG   Document 824   Filed 02/26/18   Page 4 of 7

RICH CURTNER
Federal Public Defender
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

DAVINA T. CHEN
Law Office of Davina T. Chen
P.O. Box 9176
Glendale, California 91226
Tel: (323) 474-6390
Fax: (323) 345-6380
E-mail: DavinaTChen@gmail.com

Attorneys to James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-RRB |
|---|---|---|
| Plaintiff, | ) ) ) | **Declaration of Counsel** |
| vs. | ) ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

I, Davina T. Chen, hereby state and declare under penalty of perjury as

follows:

1. I am the attorney who was appointed to represent James Michael Wells on his appeal from the above-entitled action. This declaration is prepared in support of Mr. Wells's motion for return of funds and to terminate garnishment and seizures.

2. Attached as Exhibits A, B, and C are copies of the Honorable Judge Beistline's Mr. Final Order of Restitution (A, Dkt 777), Final Order of Garnishment (B, Dkt 803), and Order Denying Reconsideration of Stay (C, Dkt 784).

3. Attached as Exhibit D to this Declaration is the Ninth Circuit Court of Appeals' Opinion, Filed December 19, 2017, as amended on January 11, 2018 (D, Dkt. 815).

4. On February 1, 2018, I spoke with Jennifer Gamble, Administrative Manager, U.S. District Court in Anchorage, Alaska. Ms. Gamble advised me that the court has collected $600 in special assessment fees and $26,151.60 in restitution from Mr. Wells. She further advised me that the court receives $843.60 per month from the United States Coast Guard Pay and Personnel Center. On February 20, 2018, Ms. Gamble advised that the current restitution total is $26,995.20.

5. I have discussed this motion with First Assistant United States Attorney E. Bryan Wilson. The parties were unable to reach an agreement to resolve the issue by stipulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 20th day of February, 2018, in Los Angeles, California.

/s/ *Davina T. Chen*
Davina T. Chen
P.O. Box 9176
Glendale, CA 91226
Ph: (323) 474-6390
Fax: (323) 345-6380
E-mail: davina@davinachen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, the foregoing was served electronically via the CM/ECF system on the following counsel of record:

E. Bryan Wilson
First Assistant U.S. Attorney

Kimberly R. Sayers-Fay
Assistant U.S. Attorney

Jonas M. Walker
Assistant United States Attorney

/s/ *Davina T. Chen*
Davina T. Chen