UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:13-cr-00008-RRB |
| ) | |
| Plaintiff, ) | **Proposed Order** |
| ) | |
| vs. ) | |
| ) | |
| JAMES MICHAEL WELLS, ) | |
| ) | |
| Defendant. ) | |

On consideration of Wells's Motion to Return Funds and Terminate Garnishment and Seizures, the motion is granted.

IT IS HEREBY ORDERED that the Clerk of Court return $ 27,595.20 ($600 special assessment fee and $26,995.20 restitution) to James Michael Wells, in care of Rich Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501.

IT IS FURTHER ORDERED that the government, through First Assistant United States Attorney E. Bryan Wilson, take all necessary steps to terminate the ongoing garnishment by the Coast Guard Pay and Personnel Center (LGL), to take any steps necessary to prevent any further funds being seized pursuant to the vacated restitution order, and to report to the Court its accomplishment of the above

DATED this ____ day of _____ , in Anchorage, Alaska.

_____
Hon. Sharon L. Gleason
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, the foregoing was served electronically via the CM/ECF system on the following counsel of record:

E. Bryan Wilson
First Assistant U.S. Attorney

Kimberly R. Sayers-Fay
Assistant U.S. Attorney

Jonas M. Walker
Assistant United States Attorney

*/s/ Davina T. Chen*
Davina T. Chen

*United States. v. Wells*
3:13-cr-00008-RRB-JDR            Page 2 of 2