RICH CURTNER
Federal Public Defender
601 West Fifth Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

DAVINA T. CHEN
Law Office of Davina T. Chen
P.O. Box 9176
Glendale, California 91226
Tel: (323) 474-6390
Fax: (323) 345-6380
E-mail: DavinaTChen@gmail.com

Attorneys to James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-RRB |
|---|---|---|
| Plaintiff, | ) ) ) | **Declaration of Counsel** |
| vs. | ) ) ) | **In Support of Wells's Motion to Return Funds and Terminate Garnishment and Seizures; Exhibits** |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

I, Davina T. Chen, hereby state and declare under penalty of perjury as

follows:

1. I am the attorney who was appointed to represent James Michael Wells on his appeal from the above-entitled action. This declaration is prepared in support of Mr. Wells's motion for return of funds and to terminate garnishment and seizures.

2. Attached as Exhibits A, B, and C are copies of the Honorable Judge Beistline's Mr. Final Order of Restitution (A, Dkt 777), Final Order of Garnishment (B, Dkt 803), and Order Denying Reconsideration of Stay (C, Dkt 784).

3. Attached as Exhibit D to this Declaration is the Ninth Circuit Court of Appeals' Opinion, Filed December 19, 2017, as amended on January 11, 2018 (D, Dkt. 815).

4. On February 1, 2018, I spoke with Jennifer Gamble, Administrative Manager, U.S. District Court in Anchorage, Alaska. Ms. Gamble advised me that the court has collected $600 in special assessment fees and $26,151.60 in restitution from Mr. Wells. She further advised me that the court receives $843.60 per month from the United States Coast Guard Pay and Personnel Center. On February 20, 2018, Ms. Gamble advised that the current restitution total is $26,995.20.

5. I have discussed this motion with First Assistant United States Attorney E. Bryan Wilson. The parties were unable to reach an agreement to resolve the issue by stipulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 20th day of February, 2018, in Los Angeles, California.

/s/ *Davina T. Chen*
Davina T. Chen
P.O. Box 9176
Glendale, CA 91226
Ph:   (323) 474-6390
Fax:  (323) 345-6380
E-mail: davina@davinachen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, the foregoing was served electronically via the CM/ECF system on the following counsel of record:

E. Bryan Wilson
First Assistant U.S. Attorney

Kimberly R. Sayers-Fay
Assistant U.S. Attorney

Jonas M. Walker
Assistant United States Attorney

/s/ *Davina T. Chen*
Davina T. Chen

*U.S. v. Wells*  Page 3 of 3
3:13-cr-00008-RRB