IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-RRB<br><br>**ORDER DENYING MOTION<br>FOR RECONSIDERATION<br>AND REQUEST FOR STAY** |

Before the Court, at **Docket 780,** is Defendant James Michael Wells with a Motion for Reconsideration of this Court's Order of Restitution at Docket 777. The Government opposes at Docket 783. For the reasons set forth by the Government at Docket 783, the Motion for Reconsideration is hereby **DENIED.**

Moreover, given Defendant's obvious guilt, the egregious nature of the murders, the need to avoid further victimizing the decedents' families, and in an effort to avoid further dissipation of the assets available for restitution, the request for stay is **DENIED** as well. The Government may proceed with its collection efforts with the understanding that any funds obtained will be held in the registry of the Court to be immediately disbursed once the appeal is decided.

**IT IS SO ORDERED** this 17th day of February, 2015.

                                        S/RALPH R. BEISTLINE
                                      UNITED STATES DISTRICT JUDGE

ORDER DENYING RECONSIDERATION AND STAY

Case 3:13-cr-00008-SLG  Document 825-3  Filed 02/26/18  Page 1 of 1
Case 3:13-cr-00008-RRB  Document 784  Filed 02/17/15  Page 1 of 1