BRYAN SCHRODER
United States Attorney

E. Bryan Wilson
First Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO |
|  | ) DISMISS FINAL ORDER OF |
| JAMES MICHAEL WELLS, | ) WRIT OF GARNISHMENT |
|  | ) AND RELEASE OF FUNDS |
| Defendant. | ) NON-OPPOSED |

COMES NOW the UNITED STATES OF AMERICA, by and through the undersigned counsel, and files a Motion to Dismiss the Court's Final Order of Writ of Garnishment entered June 1, 2015 (Dkt 803). This motion is filed pursuant to the United States' Response to

the Defendant's Motion to Return Funds and Terminate Garnishment and Seizures, filed as Non-Opposed at Docket 826.  The Court's Final Order of Writ of Garnishment was served on the United States Coast Guard Pay and Personnel Center and the Office of Personnel Management in June, 2015, and funds belonging to the Defendant are being received and are being held in the Court's Registry.

In accordance with the Government's Response to the Defendant's Motion to Terminate Garnishment and Seizures (Dkt 826), the Government herein requests the Court's Final Order of Writ of Garnishment in this case be Dismissed.

RESPECTFULLY SUBMITTED this March 8, 2018, in Anchorage, Alaska.

> BRYAN D. SCHRODER
> United States Attorney
>
> s/ BRYAN WILSON
> E. BRYAN WILSON
> First Assistant U.S. Attorney
> United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018,
a true and correct copy of the foregoing was served
electronically via the CM/ECF system, on all
counsel of record.

s/ E. Bryan Wilson
Office of the U.S. Attorney