BRYAN SCHRODER
United States Attorney

E. Bryan Wilson
First Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.wilson@usdoj.gov
FL Bar No. 0604501

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008-RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PROPOSED ORDER** |
| | ) **FINAL ORDER OF WRIT OF** |
| JAMES MICHAEL WELLS, | ) **GARNISHMENT IS** |
| | ) **DISMISSED** |
| Defendant. | ) |

PLAINTIFF'S motion is hereby granted. The Court's Final Order of Writ of Garnishment in this case is Dismissed.

DATED this ____ day of _____, 2018, in Anchorage, Alaska.

                                                  _____
                                                  HONORABLE RALPH BEISTLINE
                                                  U.S. DISTRICT COURT JUDGE