## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br><br>                      Defendant. | Case No.3:13-cr-00008-SLG |

### ORDER

Upon consideration of Wells's Motion to Return Funds and Terminate Garnishment and Seizures (Docket 824) and the United States' Response (Docket 826), the Court hereby GRANTS the motion. IT IS ORDERED that the Clerk of Court shall return $27,595.20 ($600 special assessment fee and $26,995.20 restitution) to James Michael Wells, in care of Rich Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501.

IT IS FURTHER ORDERED that the United States' Motion to Dismiss Final Order of Writ of Garnishment and Release of Funds Non-Opposed (Docket 827) is also GRANTED. The Final Order of Garnishment at Docket 803 is VACATED AND DISMISSED.

DATED this 12th day of March, 2018 at Anchorage, Alaska.

                                                          */s/ Sharon L. Gleason*
                                                          UNITED STATES DISTRICT JUDGE