MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS CASE NO. 3:13-cr-00008-SLG
Defendant: X Present X In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

OFFICIAL REPORTER: SONJA L. REEVES

UNITED STATES' ATTORNEY: JONAS M. WALKER/KIMBERLY SAYERS-FAY

DEFENDANT'S ATTORNEY: MATTHEW MCCRARY SCOBLE/F. RICHARD CURTNER

PROCEEDINGS: STATUS HEARING HELD MARCH 12, 2018

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:10 a.m. court convened.

Court and counsel heard re status of case, 9th Circuit Opinion, date of Mandate, status of counsel and speedy trial issues.

Court and counsel heard re Ms. Sayers-Fay request that a trial date be set in April and within the speedy trial. Estimate trial to be 2-3 weeks.

Court and counsel heard re Mr. Scoble's oral motion to set a status of counsel hearing in two weeks. Mr. Scoble stated that CJA Counsel may be appointed or he will keep the case and at the hearing will request speedy trial be extended for complexity issues.

Court heard re Ms. Sayers-Fay's non-opposition to request as long as the issue of counsel is resolved at hearing and a court date will be set at the next hearing.

Court heard; Mr. Scoble's oral motion to set hearing in two weeks **GRANTED.**

Status of Counsel/Trial Setting Hearing set **April 2, 2018 at 10:00 a.m.**

Continued To Page 2

(Revised 1-29-2015)

```
                   Continuation – Page 2
       U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                        Status Hearing
                        March 12, 2018
-------------------------------------------------------------------
```

Court and counsel heard re Mr. Scoble's oral motion to allow Mr. Wells to wear a sweatshirt his wife purchased for him due to his health and being cold.

Arguments heard.

Court heard; Mr. Scoble's oral motion for Mr. Wells to wear a sweatshirt **GRANTED in part**.

Court ordered that Mr. Wells may wear the sweatshirt in court for hearings only and Mr. Scoble to have custody of the sweatshirt and bring to the USM for inspection prior to hearings.

Court and counsel heard re Mr. Scoble's oral motion to allow Mr. Wells to purchase shoes from another facility and wear them; **DENIED**.

At 10:21 a.m. court adjourned.

DATE:   March 23, 2018        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)