Rich Curtner
Federal Defender
Matthew M. Scoble
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org
Matthew_scoble@fd.org

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION *ON SHORTENED TIME* FOR LEAVE FOR TELEPHONIC OBSERVATION** |

Defendant, James Wells, by and through counsel, hereby moves this Court on shortened time for leave to allow Mrs. Nancy Wells to telephonically observe the status hearing scheduled for April 2, 2018, at 10:00 a.m. Mrs. Wells is currently in Portland, Oregon, but is obviously concerned for her husband's case and would like to listen to the proceedings.

DATED at Anchorage, Alaska this 30th day of March 2018.

Respectfully submitted,

*/s/ Matthew M. Scoble*
Matthew M. Scoble
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of Court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on March 30, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/    Matthew M. Scoble*