# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br>JAMES MICHAEL WELLS,<br>                  Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*Proposed* **ORDER** |

After due consideration of defendant's Motion for Leave for Telephonic Observation, filed on shortened time, the court GRANTS the motion.

IT IS ORDERED that Mrs. Nancy Wells is permitted to call in to the status hearing scheduled in this case for April 2, 2018, at 10:00 a.m. Mrs. Wells is directed to call (907) _____ five minutes before the scheduled hearing time.

DATED March ____, 2018, in Anchorage, Alaska.

_____
Sharon L. Gleason
UNITED STATES DISTRICT COURT