# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>　　　　Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE SHORTENED TIME MOTION

Upon consideration of Defendant's Motion on Shortened Time for Leave for Telephonic Observation (Docket 834), the Court hereby GRANTS the motion.

IT IS ORDERED that Nancy Wells is permitted to telephonically listen to the April 2, 2018 at 10:00 a.m. status hearing scheduled before Judge Sharon Gleason in Anchorage Courtroom 3. Ms. Wells may call (907) 677-6227 five minutes before the start of the hearing.

DATED this 30th day of March, 2018 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT