IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | No. 3:13-cr-00008-SLG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: TIMING OF COMPLIANCE WITH F.R.C.P. 12.1 ALIBI NOTICE** |

The United States of America and Defendant James Michael Wells, by and through his counsel, Assistant Federal Public Defender Matthew Scoble, hereby submit the following joint stipulation and proposed order concerning the timing of disclosures pursuant to Federal Rule of Criminal Procedure 12.1, Notice of Alibi Defense.

## STIPULATION

The parties agree to the following facts:

1. Federal Rule of Criminal Procedure 12.1, Notice of Alibi Defense, provides that the United States may request in writing that the defendant's attorney notify an attorney for the government of any intended alibi defense, and that "within 14 days after the request, or at some other time the court sets, the defendant must serve written notice of any intended alibi defense stating (A) each specific place where the defendants claims to have been at the time of the alleged offense; and (B) the name, address, and telephone number of each alibi witness on whom the defendant intends to rely."

2. The United States made a written request pursuant to FRCrP 12.1 on April 2, 2018.

3. The defense has requested an additional 45 days to comply with the request and the United States agrees to the defense request for additional time to comply.

4. Defendant shall comply with the United States' FRCrP 12.1 request by May 17, 2018.

5. The United States shall have 45 days, after the defendant's compliance, to comply with FRCrP 12.1(b).

6. The parties have an ongoing duty to disclose pursuant to FRCrP 12.1(c).

Date: April 24, 2018

KIMBERLY SAYERS-FAY
Assistant United States Attorney

Date: 19 APR 2018

MATTHEW SCOBLE,
Assistant Federal Public Defender

Consistent with the parties' agreement, IT IS ORDERED that defendant shall comply with the Rule 12.1(a)(2) by May 17, 2018. IT IS FURTHER ORDERED that the United States shall have 45 days from when defendant complies with the United States' Rule 12.1 request to reply.

A party's failure to comply with this order may result in exclusion of testimony of any undisclosed witnesses.

US v. Wells
3:13-cr-00008-RRB

DATED this \_\_\_\_ day of April, 2018, at Anchorage, Alaska.

_____
HON. SHARON GLEASON
United States District Court Judge

US v. Wells
3:13-cr-00008-RRB