IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>JAMES MICHAEL WELLS,<br><br>      Defendant. | Case No. 3:13-cr-00008-SLG |

## **ORDER RE JOINT STIPULATION**

Upon consideration of the parties' Joint Stipulation and [Proposed] Order re: Timing and Compliance with F.R.C.P. 12.1 Alibi Notice (Docket 838), the Court hereby APPROVES the stipulation.

IT IS ORDERED that Defendant shall comply with the Government's Rule 12.1(a)(2) request by **May 17, 2018**.

IT IS FURTHER ORDERED that the United States shall have 45 days from when Defendant complies with the United States' Rule 12.1 request to reply.

A party's failure to comply with this order may result in exclusion of testimony of any undisclosed witnesses.

DATED this 25th day of April, 2018 at Anchorage, Alaska.

            */s/ Sharon L. Gleason*
            UNITED STATES DISTRICT JUDGE