Gary C. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | |
| vs. | **MOTION *ON SHORTENED TIME* FOR LEAVE FOR TELEPHONIC OBSERVATION** |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

Defendant, James Wells, by and through counsel, hereby moves this Court on shortened time for leave to allow Mrs. Nancy Wells to telephonically observe the status of counsel hearing scheduled for June 21, 2018, at 1:30 p.m. Mrs. Wells will be in Portland, Oregon, on June 21, and wishes to listen to the proceedings.

This motion is filed on shortened time because the status hearing is set for tomorrow.

DATED at Anchorage, Alaska this 20th day of June 2018.

Respectfully submitted,

*/s/ Gary C. Colbath*
Gary C. Colbath
Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of Court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on June 20, 2018.   All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
<u>/s/      Gary C. Colbath                              </u>