BRYAN SCHRODER
United States Attorney

KIMBERLY SAYERS-FAY
JONAS WALKER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | No. 3:13-cr-00008-SLG<br><br>JOINT STIPULATION AND [PROPOSED] ORDER FOR PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS CONTAINING PROTECTED PERSONAL IDENTIFYING INFORMATION (PII) |

The United States, by undersigned Assistant United States Attorney, and Defendant James Michael Wells, by and through his counsel, Assistant Federal Defender Gary Colbath, hereby submit the following joint stipulation and proposed order concerning protection of records comprising Protected Inmate Records.

//

Fed R. Crim. P. 16(d)(1) provides that the Court may restrict discovery for good cause. Good cause exists here. The United States anticipates reproducing materials previously produced in this case, as well as new materials required under *Brady*, *Jencks* and *Giglio* materials. Good cause exists to control dissemination of such records that contain personally identifying information (PII) such as

Therefore, the parties have agreed, and respectfully request the Court order, that:

(1) Other than the defendants own records and financial records in this case and those of his immediate family members, records containing any PII of any other person may not be distributed to the defendant, or to any other person who not part of the defense legal team, unless and until such PII is redacted.

(2) "PII" includes all non-public information that can be used on its own or with other information to establish or authenticate the identity of a person. Other than for inmate witnesses, names shall not generally be considered protected PII. However, social security numbers, dates or places of birth, addresses, telephone numbers, and email addresses do constitute PII.

(3) Members of the defense legal team shall make every effort to prevent unauthorized distribution of PII produced in discovery (i.e., the defense team may not leave the discovery unattended in a place where others not associated with the defense team may view the discovery).

(4) Counsel for the defendant shall notify members of the defense team of this order.

U.S. v. James Michael Wells
3:13-cr-00008-SLG 2

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18 U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42.

RESPECTFULLY SUBMITTED July 16, 2018, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly Sayers-Fay
KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
United States of America

On behalf of defendant James Wells, I agree to the terms of this stipulated protective order.

GARY COLBATH
Assistant Federal Defender for
James Michael Wells

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2018,
a true and correct copy of the foregoing
was served electronically on the following:

Gary Colbath

s/ Kimberly Sayers-Fay
Office of the U.S. Attorney