IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
| Plaintiff/Respondent, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| JAMES MICHAEL WELLS, | ) |
| Defendant/Movant. | ) |

Consistent with the parties' agreement in the Joint Stipulation and [Proposed] Order for Protective Order Regarding Discovery Materials Containing Protected Personal Identifying Information (PII) pursuant to Federal Rule of Criminal Procedure 16(d)(1), the motion is hereby GRANTED. The court finds good cause to restrict discovery in the following manner: Therefore, the parties have agreed, and respectfully request the Court order, that:

(1) Other than the defendant's own records and financial records in this case and those of his immediate family members, records containing any PII of any other person may not be distributed to the defendant, or to any other person who not part of the defense legal team, unless and until such PII is redacted.

(2) "PII" includes all non-public information that can be used on its own or with other information to establish or authenticate the identity of a person. Other than for inmate witnesses, names shall not generally be considered

protected PII. However, social security numbers, dates or places of birth, addresses, telephone numbers, and email addresses do constitute PII.

(3) Members of the defense legal team shall make every effort to prevent unauthorized distribution of PII produced in discovery (i.e., the defense team may not leave the discovery unattended in a place where others not associated with the defense team may view the discovery).

(4) Counsel for the defendant shall notify members of the defense team of this order.

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18, U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42.

DATED this \_\_\_\_ day of July, 2018, at Anchorage, Alaska.

_____
HON. SHARON GLEASON
United States District Court Judge