BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>                   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES MICHAEL WELLS,  )<br>  )<br>                  Defendant.  )<br>  ) | No. 3:13-cr-00008-SLG<br><br>NOTICE OF COMPLIANCE WITH COURT'S DISCOVERY ORDER |

Comes now, the United States of America, through its attorneys, Bryan Schroder, United States Attorney, Kimberly R. Sayers-Fay, Assistant United States Attorney, and Jonas M. Walker and hereby files its Notice of Compliance with Court's Discovery Order as discussed during the Status of Counsel Hearing held on June 21, 2018.

On June 21, 2018, the Court ordered the government to produce past discovery by July 19, 2018. The government provided all past discovery from the 2012 trial to Wells' counsel on Tuesday, July 17, 2018. The government also included with this production some defendant statements (i.e., jail calls) that have been recently acquired.

As the Court is aware, the government uploaded all 2012 previously produced discovery into a new database program to facilitate access and organization. While the new program provides many benefits, it required that new Bates numbers be applied to the previously produced 2012 discovery. To avoid confusion, the new Bates numbering convention is distinct from the old and no prior Bates numbers will be repeated.

The government recognized that defense counsel may prefer to utilize the previously produced iterations of these re-produced items. To correlate past discovery with old Bates numbers to the new Bates numbered material, the government prepared and provided to defense counsel a searchable and sortable electronic version of its discovery log. This log included the old Bates number paired with the new, details concerning the filename, description of the documents, and the date of prior production. The log also highlighted newly produced evidence.

A review of the past trial revealed that some items of evidence had apparently been produced without a Bates number, or at least without a Bates number recorded. The government included these items this time around with the date of past production but with a blank prior Bates range.

//

Previously, a number of items were produced to the defense on a hard drive. Because of the nature of these items, which included forensic images and the like, they were often not amenable to being Bates numbered. The discovery log the United States provided to defense counsel contained a separate worksheet that itemized which items were previously produced on the hard drive. The United States did not produce these items again. However, as is now customary, the government included a Bates-numbered placeholder sheet in the production that will assist in referring to particular items of evidence.

The government will continue to produce discovery as it becomes available.

RESPECTFULLY SUBMITTED July 20, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

All Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney