Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S SUPPLEMENTAL BRIEFING ON JENCKS ACT APPLICABILITY** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, files this response to Docket No. 849, the government's supplemental briefing on the issue of the Jencks Act applicability. In light of the government's statements on page 2 of its filing, indicating that it intends to "voluntarily produce such documents pursuant to a protective order that comprises Docket 846, so long as there is scrupulous adherence to that order," the Defendant will not address the merits of the government's briefing as the matter does appear to be in fact moot. Counsel has provided to the government a statement, signed by each member of the defense team, acknowledging an awareness of the terms of the protective order and an assurance of compliance with the same. Therefore, counsel

expects to receive the relevant discovery from the government forthwith and without issue or the need for further court involvement. If some problem occurs with such process, counsel will alert the court to the issue and more fully respond to the government's filing immediately.

DATED at Anchorage, Alaska this 23rd day of July, 2018.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 23, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*

Case 3:13-cr-00008-SLG   Document 852   Filed 07/23/18   Page 2 of 2