BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | No. 3:13-cr-00008-SLG<br><br>UNITED STATES' DISCOVERY PRODUCTION STATUS REPORT |

   The United States of America, by and through undersigned counsel provides this notice to inform the court of the government's discovery production. On July 30, 2018, the United States voluntarily produced 329 pages of Jencks material prior early. These materials, which consist of cooperator's statements, are protected by the protective order that comprises Docket 846. Rolling production will continue.

//

RESPECTFULLY SUBMITTED July 31, 2018 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney

U.S. v. Wells
3:13-cr-00008-SLG          Page 2 of 2
Case 3:13-cr-00008-SLG   Document 853   Filed 07/31/18   Page 2 of 2