BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) ) | UNITED STATES' DISCOVERY PRODUCTION STATUS REPORT |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through undersigned counsel, provides this notice to inform the court of the government's discovery production. On August 3, 2018, the United States voluntarily produced 71 pages of early Jencks material. These materials, which consist of inmate history and assignments, are protected by the protective order at Docket 846. Rolling production will continue.

//

//

RESPECTFULLY SUBMITTED August 8, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney