BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' NOTICE OF PROPOSED DISCLOSURE DEADLINES |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

In anticipation of the scheduling hearing set for August 16, 2018, on August 1, 2018, the United States began a dialogue with defense counsel concerning establishment of reasonable and realistic disclosure deadlines that are consistent with the trial date in this matter: February 19, 2019.

Attached hereto as Exhibit A is the result of this effort. The United States kept in mind the Court's advisement that expert witness disclosures would likely be due no later than October 1, 2018. The United States is working diligently to produce its expert witness reports by that date, which it proposes as a reciprocal deadline applied to the defense as well.

The proposed schedule reflects government accommodation of some defense suggestions. Specifically, following its initial proposal and receipt of defense comments, the United States modified the deadline for the disclosure of rebuttal experts' reports, or reports generated in response to the proposed October 1, 2018 initial expert disclosures. At defense's suggestion, the United States pushed this deadline back two weeks, to November 16, 2018.

Additionally, at defense suggestion, the United States advanced the date it initially proposed for Giglio disclosures – which are already underway, especially as to CW1 – in order for such disclosures to precede a reasonable deadline for the filing of motions in limine, which it proposes for mid-January 2019.

Despite the mutual good faith efforts to meet and confer, the attached remains solely a government proposal. The United States understands from discussions with defense counsel Gary Colbath that defense is unable to endorse or commit to this proposed schedule at this time.

The United States continues to believe that the retrial should transpire no later than February 2019. As the Court is aware, the government has made atypical and very early voluntary disclosures of Jencks materials toward that end.

RESPECTFULLY SUBMITTED July 19, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Gary Colbath, Esq.
Richard Curtner, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney