| | Disclosures | Government Disclosures | Defense Disclosures |
|---|---|---|---|
| 1 | Rule 16(a)(1)(A)— Defendant's Oral Statements | Done. | |
| 2 | Rule 16(a)(1)(B)— Defendant's Written / Recorded Statements | Ongoing (as to jail calls) | |
| 3 | Rule 16(a)(1)(D)- Defendant's Prior Record | Done. | |
| 4 | Rule 16(a)(1)(E) & Rule 16(b)(1)(A)-- Documents and Objects | October 1, 2018 (Updates of prior expert witness reports should be produced by both prosecution and defense at this time, along with any new expert witness reports) | |
| 5 | Rule 16(a)(1)(F) & Rule 16(b)(1)(B) Reports of Examinations or Tests | | |
| 6 | Rule 16(a)(1)(G) & Rule 16(b)(1)(C) Expert Witness – Written Summaries and Expert Reports | | |
| 7 | Further Rule 16(a)(1)(E) & Rule 16(b)(1)(A)-- Documents and Objects (prompted by 10/1/18 disclosures). | November 2, 2018 | |
| 8 | Motions Concerning Discovery Materials Produced on or before October 1, 2018 | | |
| 9 | Further Expert Witness Summaries and Reports (Primarily defense rebuttal experts) | November 16, 2018 | |
| 10 | Responses to Motions Concerning Discovery Materials Provided on or before October 1, 2018 | November 20, 2018 | |
| 11 | Final Expert Witness Disclosure (i.e., sur-rebuttal experts) | December 21, 2018 | |
| 12 | *Giglio* Materials | January 7, 2018 * (Government's voluntary early production of Jencks materials already underway, as is production of *Giglio* materials on CW1) | |
| 13 | Motions in Limine/ Motions Relating to Discovery Produced after October 1, 2018 | January 14, 2019 | |
| 14 | Motion in Limine Responses | January 28, 2019 | |
| 15 | Final Pretrial Conference | | |
| 16 | Trial | February 19, 2019 | |