BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REVISED** |
| | ) | **DISCLOSURE DATES** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In anticipation of the forthcoming defense motion to continue and the Court hearing the day following it, the United States provides the attached Revised Proposed Discovery Dates for the Court's consideration. The United States opposes a trial continuance beyond April 29, 2018.

RESPECTFULLY SUBMITTED August 23, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2018, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney

U.S. v. Wells
3:13-cr-00008-SLG                    Page 2 of 2
Case 3:13-cr-00008-SLG   Document 859   Filed 08/23/18   Page 2 of 2