Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br><br>MOTION TO CONTINUE TRIAL |

A period of excludable delay under 18 U.S.C. § 3161(h) will occur as a result of the filing this motion, and should be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Counsel is unable to advise at this point as to the exact calculation of the Speedy Trial Act days remaining as of the date of the filing of this motion. However, the undersigned became lead defense counsel on June 21, 2018, at which time, the current trial date of February 19, 2019, was set. At that time, counsel and the defendant agreed that all time, between then and the current trail date was excludable pursuant to the above cited provisions of the Speedy Trial Act. Counsel further agrees that any further period, between the current trial date and the new trial date requested herein is excludable for the same reasons.

Defendant, James Michael Wells, through counsel, Gary G. Colbath,

Assistant Federal Defender, moves for a continuance of all deadlines and dates,

including trial, now set in this matter. Defendant requests a five month continuance

for the reasons set forth in the declaration of counsel and declaration of the lead

investigator both filed under separate cover herewith. The defense proposed new schedule of deadlines and dates is contained in Exhibit A filed with this motion.

Defendant cannot receive Due Process or a fair trial with adequate, effective assistance of counsel under the current deadlines set by the Court for all the reasons set forth in the attached declarations. To hold the defense to the current deadlines and trial date would so limit the preparation and presentation of any defense such that the proceedings would be fundamentally unfair to the Defendant. The defense is working with all due diligence and maximizing the resources it has both financially and on a man-hour basis and cannot under any scenario reasonably meet the requirements of the current court schedule. Accordingly, a five month continuance of trial, until the date of July 15, 2019, with an adjustment of all preceding deadlines is requested.

DATED at Anchorage, Alaska this 23rd day of August, 2018.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 23, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*