United States v. James Wells, Case No. 3:13-cr-00008-SLG        08/20/2018

| Disclosures | Government Disclosures | Defense Disclosures | |
|---|---|---|---|
| Rule 16(a)(1)(A)— Defendant's Oral Statements | Done. | | |
| Rule 16(a)(1)(B)— Defendant's Written / Recorded Statements | Ongoing (as to jail calls) | | |
| Rule 16(a)(1)(C)- Defendant's Prior Record | Done. | | |
| Rule 16(a)(1)(D) & Rule 16(b)(1)(A)-- Documents and Objects | | Mar. 1, 2019 - Government<br>April 1, 2019 - Defense | |
| Rule 16(a)(1)(F) & Rule 16(b)(1)(B) Reports of Examinations or Tests | | Mar. 1, 2019 - Government<br>April 1, 2019 - Defense | |
| Rule 16(a)(1)(G) & Rule 16(b)(1)(C) Expert Witness – Written Summaries and Expert Reports | | Mar. 1, 2019 - Government<br>April 1, 2019 - Defense | |
| Motions Concerning Discovery Materials Produced on or before October 1, 2018 | March 25, 2019 | | |
| Responses to Motions Concerning Discovery Materials Provided on or before October 1, 2018 | April 12, 2019 | | |
| Further Expert Witness Summaries and Reports (Rebuttal Experts) | May 1, 2019<br>(Final Expert Witness Disclosure - May 13, 2019) | | |
| Motions in Limine/ Motions Relating to Discovery Produced after October 1, 2018 | June 10, 2019 | | |
| Jencks (Reciprocal Voluntary Early Production) & *Giglio* Materials | June 3, 2019<br>* (Government production already underway) | | |
| Evidence of other crimes, wrongs or acts – Rule 404(b) | June 15, 2019 | | |
| Motion in Limine Responses | June 24, 2019 | | |
| Final Pretrial Conference | June 24, 2019 | | |
| Trial | July 15, 2019 | | |

**Exhibit A, Page 1 of 1**