IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

After due consideration of the Defendant's Motion to Continue Trial, the motion is GRANTED.

IT IS ORDERED that the defendant's motion to continue trial will be considered at the motion hearing currently set for August 24, 2018, at 4:00 p.m.

DATED this _____ day of August, 2018, in Anchorage, Alaska.

_____
Sharon L. Gleason
UNITED STATES DISTRICT COURT