# UNITED STATES' REVISED PROPOSED DISCLOSURE DEADLINES

| Disclosures | Status/ Proposed Disclosure Date |
|---|---|
| Rule 16(a)(1)(A)— Defendant's Oral Statements | Done. |
| Rule 16(a)(1)(B)— Defendant's Written / Recorded Statements | Ongoing (as to jail calls) |
| Rule 16(a)(1)(D)- Defendant's Prior Record | Done. |
| Rule 16(a)(1)(E) & Rule 16(b)(1)(A)-- Documents and Objects | December 7, 2018 |
| Rule 16(a)(1)(F) & Rule 16(b)(1)(B) Reports of Examinations or Tests | December 7, 2018 |
| Rule 16(a)(1)(G) & Rule 16(b)(1)(C) Expert Witness – Written Summaries and Expert Reports | December 7, 2018 (Government) |
| Further Rule 16(a)(1)(E) & Rule 16(b)(1)(A)-- Documents and Objects (Responsive to Dec. disclosures). | January 11, 2019 |
| Further Expert Witness Summaries and Reports | January 11, 2019 (Primarily defense rebuttal experts) |
| MOTIONS | January 25, 2019 |
| Final Expert Witness Disclosure (i.e., sur-rebuttal experts) | February 8, 2019 (i.e., Government sur-rebuttal experts) |
| MOTION RESPONSES | February 22, 2019 |
| Giglio Materials | February 22, 2019 * (Government's voluntary early production of Jencks materials already underway) |
| Motions in Limine | March 8, 2019 |
| Motion in Limine Responses | March 22, 2019 |
| Final Pretrial Conference | April 5, 2019 |
| Exchange of Exhibits in digital and hard copy form | April 10, 2018 |
| **Trial** | **April 29, 2019** |