| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev_PROD Bates | Native Included | Pit Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00053277 | Wells18_00053277 | 1 | DSC_0072.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053278 | Wells18_00053278 | 1 | DSC_0073.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053279 | Wells18_00053279 | 1 | DSC_0074.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5889 | x | x |
| Wells18_00053280 | Wells18_00053280 | 1 | DSC_0075.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5889 | x | x |
| Wells18_00053281 | Wells18_00053281 | 1 | DSC_0076.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053282 | Wells18_00053282 | 1 | DSC_0077.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053283 | Wells18_00053283 | 1 | DSC_0078.jpg | FBI Serial\1A1\A271\Disk 1 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053284 | Wells18_00053284 | 1 | DSC_0001.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053285 | Wells18_00053285 | 1 | DSC_0002.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053286 | Wells18_00053286 | 1 | DSC_0003.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053287 | Wells18_00053287 | 1 | DSC_0004.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053288 | Wells18_00053288 | 1 | DSC_0005.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053289 | Wells18_00053289 | 1 | DSC_0006.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053290 | Wells18_00053290 | 1 | DSC_0007.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053291 | Wells18_00053291 | 1 | DSC_0008.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053292 | Wells18_00053292 | 1 | DSC_0009.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053293 | Wells18_00053293 | 1 | DSC_0010.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5859 | x | x |
| Wells18_00053294 | Wells18_00053294 | 1 | DSC_0011.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3B641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |

**Exhibit A, Page 1 of 73**



PROTECTED DOCUMENT

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvdType | IBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev_PROD Bates | Native Included | IPII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00053403 | Wells18_00053403 | 1 | DSC_0120.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053404 | Wells18_00053404 | 1 | DSC_0121.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053405 | Wells18_00053405 | 1 | DSC_0122.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053406 | Wells18_00053406 | 1 | DSC_0123.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053407 | Wells18_00053407 | 1 | DSC_0124.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053408 | Wells18_00053408 | 1 | DSC_0125.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053409 | Wells18_00053409 | 1 | DSC_0126.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053410 | Wells18_00053410 | 1 | DSC_0127.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053411 | Wells18_00053411 | 1 | DSC_0128.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053412 | Wells18_00053412 | 1 | DSC_0129.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053413 | Wells18_00053413 | 1 | DSC_0130.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053414 | Wells18_00053414 | 1 | DSC_0131.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053415 | Wells18_00053415 | 1 | DSC_0132.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053416 | Wells18_00053416 | 1 | DSC_0133.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053417 | Wells18_00053417 | 1 | DSC_0134.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053418 | Wells18_00053418 | 1 | DSC_0135.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053419 | Wells18_00053419 | 1 | DSC_0136.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053420 | Wells18_00053420 | 1 | DSC_0137.jpg | FBI Serial\1A\1A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664L Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |

**Exhibit A, Page 3 of 73**



| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvdType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev_PROD Bates | Native Included | Pill Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00053475 | Wells18_00053475 | 1 | DSC_0192.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053476 | Wells18_00053476 | 1 | DSC_0193.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053477 | Wells18_00053477 | 1 | DSC_0194.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053478 | Wells18_00053478 | 1 | DSC_0195.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053479 | Wells18_00053479 | 1 | DSC_0196.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053480 | Wells18_00053480 | 1 | DSC_0197.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 3A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053481 | Wells18_00053481 | 1 | DSC_0198.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053482 | Wells18_00053482 | 1 | DSC_0199.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 2A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053483 | Wells18_00053483 | 1 | DSC_0200.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053484 | Wells18_00053484 | 1 | DSC_0201.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053485 | Wells18_00053485 | 1 | DSC_0202.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053486 | Wells18_00053486 | 1 | DSC_0203.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053487 | Wells18_00053487 | 1 | DSC_0204.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053488 | Wells18_00053488 | 1 | DSC_0205.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053489 | Wells18_00053489 | 1 | DSC_0206.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053490 | Wells18_00053490 | 1 | DSC_0207.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053491 | Wells18_00053491 | 1 | DSC_0208.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053492 | Wells18_00053492 | 1 | DSC_0209.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photo from search of 36641, Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |



PROTECTED DOCUMENT

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_D ate | Prev_PROD_ Bates | Native Included | Pri Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00053601 | Wells18_00053601 | 1 | DSC_0318.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053602 | Wells18_00053602 | 1 | DSC_0319.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053603 | Wells18_00053603 | 1 | DSC_0320.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053604 | Wells18_00053604 | 1 | DSC_0321.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053605 | Wells18_00053605 | 1 | DSC_0322.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053606 | Wells18_00053606 | 1 | DSC_0323.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285.5839 | X | X |
| Wells18_00053607 | Wells18_00053607 | 1 | DSC_0324.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053608 | Wells18_00053608 | 1 | DSC_0325.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053609 | Wells18_00053609 | 1 | DSC_0326.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053610 | Wells18_00053610 | 1 | DSC_0327.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053611 | Wells18_00053611 | 1 | DSC_0328.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053612 | Wells18_00053612 | 1 | DSC_0329.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053613 | Wells18_00053613 | 1 | DSC_0330.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053614 | Wells18_00053614 | 1 | DSC_0332.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053615 | Wells18_00053615 | 1 | DSC_0333.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053616 | Wells18_00053616 | 1 | DSC_0334.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053617 | Wells18_00053617 | 1 | DSC_0335.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |
| Wells18_00053618 | Wells18_00053618 | 1 | DSC_0336.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | X | X |

**Exhibit A, Page 7 of 73**



PROTECTED DOCUMENT

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | kvdType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev_PROD_Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00053799 | Wells18_00053799 | 1 | DSC_0543.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, _Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053800 | Wells18_00053800 | 1 | DSC_0544.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053801 | Wells18_00053801 | 1 | DSC_0545.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053802 | Wells18_00053802 | 1 | DSC_0546.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053803 | Wells18_00053803 | 1 | DSC_0547.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053804 | Wells18_00053804 | 1 | DSC_0549.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053805 | Wells18_00053805 | 1 | DSC_0550.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053806 | Wells18_00053806 | 1 | DSC_0553.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053807 | Wells18_00053807 | 1 | DSC_0554.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, _Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053808 | Wells18_00053808 | 1 | DSC_0557.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, _Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053809 | Wells18_00053809 | 1 | DSC_0558.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053810 | Wells18_00053810 | 1 | DSC_0559.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, _Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053811 | Wells18_00053811 | 1 | DSC_0560.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (M) Photos from search of 3664I Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5839 | x | x |
| Wells18_00053812 | Wells18_00053812 | 1 | DSC_0561.jpg | FBI Serial\1A1\A271\Disk 2 | MAIN | 1A0000271 | (U) Photos from search of 3664I Chiniak Highway, Chiniak, _Alaska placed in 1A | 3/15/2013 | 5285-5835 | x | x |
| Wells18_00053876 | Wells18_00053876 | 64 | 1A272.pdf | FBI Serial\1A1\A272 | MAIN | 1A0000272 | (U) LATENT PRINT REPORT | 12/19/2013 | 20404-20521 | | x |
| Wells18_00053877 | Wells18_00053877 | | 02_dp1_A.8297.tif | FBI Serial\1A1\A272\CVC ontents of Disc Dated 06-08-12\12S04024\0ja | MAIN | 1A0000272 | (U) LATENT PRINT REPORT | 12/19/2013 | 20404-20521 | x | x |
| Wells18_00053878 | Wells18_00053878 | 1 | 02_dp2_A.8298.tif | FBI Serial\1A1\A272\CVC ontents of Disc Dated 06-08-12\12S04024\0ja | MAIN | 1A0000272 | (U) LATENT PRINT REPORT | 12/19/2013 | 20404-20521 | x | x |

**Exhibit A, Page 9 of 73**

Case 3:13-cr-00008-SLG   Document 862-1   Filed 08/23/18   Page 9 of 73

**UNCLASSIFIED**

 **FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Anchorage
NS-1
SA Jacqueline A. DeCou

Date: June 22, 2012

Case ID No.: 70A-AN-15667 -

Lab No.: 120504024 ABL ABM
120621005 ABL ABM

Reference: Communications dated May 1, 2012, and June 18, 2012

Your No.:

Title: UNSUB (S);
RICHARD BELISLE - VICTIM
JAMES HOPKINS - VICTIM
CGR-Crime of Violence

Date specimens received: May 4, 2012, and June 21, 2012

The specimen listed below was submitted under cover of communication dated May 1, 2012, assigned Laboratory number 120504024, and examined in the Latent Print Operations Unit:

Q2        Glove from hallway near room 6 (1B15, E5123415)

The specimen listed below was submitted under cover of communication dated June 18, 2012, assigned Laboratory number 120621005, and examined in the Latent Print Operations Unit:

K1        Fingerprints of JAMES MICHAEL WELLS (1B242, E5123664)

This report contains the results of the examination of friction ridge prints.

**Results of Examinations:**

Five latent fingerprints and one latent palm print of value were detected on Q2.

Page 1 of 3

**UNCLASSIFIED**

PROTECTED DOCUMENT

As a result of an automated search, the latent fingerprints detected on Q2, a glove from hallway near room 6, have been identified as fingerprints of PEDRO ELIZONDO, born ████, 1979.

**Methods:**

Items of evidence submitted to the Latent Print Operations Unit for examination may be examined visually, examined with various light sources, and/or processed with chemicals and powders to detect the presence of latent friction ridge prints. The specific sequence of examinations and processes depends upon the nature of the evidence.

Friction ridge print examinations are conducted using the Analysis, Comparison, Evaluation, and Verification methodology (ACE-V), which includes an assessment of the quantity and quality of the information present. The steps of ACE-V are applied to each examination as appropriate.

Analysis is the assessment of a friction ridge print to determine if sufficient reliable details are present to conduct a comparison with another print and to reach an identification conclusion. If these conditions are met, the print is determined to be of value.

Comparison is the direct side-by-side observation of friction ridge prints of value to determine whether or not the information in two prints is in agreement.

Evaluation is the formulation of a conclusion based on the information gathered during the analysis and comparison of the friction ridge prints.

Conclusions that can be reached are as follows:

- Identification - the determination that there is sufficient quality and quantity of detail in agreement to conclude that two friction ridge prints originated from the same source.

- Exclusion - the determination that there is sufficient quality and quantity of detail in disagreement to conclude that two friction ridge prints did not originate from the same source.

- Inconclusive - the determination that corresponding areas of friction ridge prints are absent and/or unreliable and therefore cannot be identified or excluded.

120504024 ABL ABM

PROTECTED DOCUMENT

Verification is the independent application of the analysis, comparison, and evaluation phases of the ACE-V methodology to a friction ridge print by another examiner.

**Interpretations:**

The presence of a friction ridge print on an item of evidence indicates contact was made between the source and the item of evidence. The presence of a friction ridge print alone does not necessarily indicate the significance of the contact nor the time frame during which the contact occurred.

Due to the many factors involved in the deposition of a friction ridge print, neither the absence of a friction ridge print on evidence nor the exclusion of a friction ridge print with a given source disassociate that source from having touched the evidence.

**Remarks:**

Fully and clearly recorded fingerprints and palm prints for PEDRO ELIZONDO, born            , 1979, and JAMES MICHAEL WELLS, born            , 1951, recorded in connection with this case, should be submitted to the FBI Laboratory's Evidence Control Unit with correspondence referencing FBI Laboratory number 120504024. The submitted prints will be used for comparisons and any latent print testimony you may desire in this matter.

For questions about the content of this report, please contact Physical Scientist/Forensic Examiner Jennifer Lynn Raymond at (703) 632-8489.

For questions about the status of your submissions, including any remaining forensic examinations, please contact Request Coordinator Rebecca Ann Reynolds at (703) 632-7600.

The specimens and photographs of the detected latent prints of value are being returned under separate cover. The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files.

Jennifer Lynn Raymond
Latent Print Operations Unit

Technical Reviewer: _Michelle Thompson_  Date: 7/23/12

Administrative Reviewer: _Michelle Perguicel_  Date: 8/2/2012

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 3 of 3

120504024 ABL ABM

PROTECTED DOCUMENT

# LABORATORY DIVISION
# SUPPORTING DOCUMENTATION ENVELOPE

Case ID/ Sub _____

IA Serial # _iA - 272_

_1_ of _1_

## Please Print Clearly

The Enclosed material for _Jennifer Lynn Raymond_ supports Laboratory Report _70A·AN-15667 - 316_
Name                                                        Case ID, Sub and Serial

Lab Number(s)      _120504024_
Or W/O Number     _120421005_
                  _____
                  _____

Description of Enclosures

_2 CD/DVDs_                                    _4 pgs_   Chain of Custody
_2 Photographs of Known Cards_                 _27 pgs_  Communication and Activity Log
_9 Administrative Photographs_                 _6 pgs_   Notes
_12 pgs Administrative Documents_              _____   Instrument Print Outs, Charts, Graphs
                                               _____   Negatives
                                               _17_      Photographs
                                               _2 pgs_   ECS Search Slip
                                               _____   Shipping Invoice

## Please Return This Envelope And All Contents To The
## Laboratory Division File Room

PROTECTED DOCUMENT



# FEDERAL BUREAU OF INVESTIGATION
# LATENT PRINT OPERATIONS UNIT
# LABORATORY CASE NOTES

June 22, 2012 – JLR –
4-14

*Request for Examinations:*

Examine the submitted item for the presence of latent prints. Compare any detected latent prints to the prints of JAMES MICHAEL WELLS, born      1951, SSN:      0365

*Inventory:*

06/04/2012 – Q2 – Black glove

*Processing:*

Notes:
- Q2 was allowed to sit overnight to develop after DFO processing
- Q2 had to be resubmitted to photo to be reshot on 06/12/2012 – see photo req #2
- Q2 was rinsed with water prior to PDV processing

| | | | | | | Gray | DFO 6/4/12 | | RAM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Item** | **Description** | **Visual** | **Laser** | **UV** | **SGF** | **Mag Powder** | **Laser** | **NIN** | **Laser** | **CS (455nm)** | **UV** | **PDV** |
| Q2 (Outside) | Black glove | NL 6/4/12 | NL 6/4/12 | NL 6/4/12 | NL 6/4/12 | NL 6/4/12 | NLV 6/7/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 |
| Q2 (Inside) | Black glove | NL 6/4/12 | NL 6/4/12 | NL 6/4/12 | NLV 6/4/12 | NL 6/4/12 | Photo Req #1 6/7/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 | NL 6/14/12 |

**SEMI-POROUS ITEMS**

June 13, 2012 – JLR –

*Claiming:*

Five (5) latent fingerprints and one (1) latent palm print of value were detected on Q2, a glove from hallway near room 6.

June 15, 2012 – JLR –

*IAFIS Subject Searches:*
- SSN:      0365 – no record located
- JAMES MICHAEL WELLS, DOB:      1951, Sex: Male, Race: Unknown – no record located

CASE ID# : 70A-AN-15667
LABORATORY # : 120504024
EXAMINER : Jennifer Lynn Raymond
PAGE _____1_____ OF ___5___

PROTECTED DOCUMENT

Case 3:13-cr-00008-SLG   Document 862-1   Filed 08/23/18   Page 14 of 73



FEDERAL BUREAU OF INVESTIGATION
LATENT PRINT OPERATIONS UNIT
LABORATORY CASE NOTES

## June 22, 2012 – JLR –

*Comparisons:*

> Received fingerprint card for JAMES MICHAEL WELLS, born ▮▮▮, 1951
> Laboratory #120621005

> The latent fingerprints are not fingerprints of WELLS.

*IAFIS Searches:*

| IAFIS SEARCHES | | | | | | |
|---|---|---|---|---|---|---|
| Image Information | | Position | Search | Dates | | Result |
| | | | | Launched | Compared | |
| Name: Q2DFO1A | | 1 | CMF-0001 | 06/22/12 | | Not compared - See notes |
| Class: RS | | 1 | CIV-0002 | 06/22/12 | 06/22/12 | Ø#1 CRN #V02364211 |
| Added to ULF: Yes / Removed | | *Notes:* Ø#1 PEDRO ELIZONDO, CRN #V02364211, DOB 03/10/1979 | | | | |
| SCNA: 1075751253 | | Record requested | | | | |

*Comparisons Continued:*

> The remaining latent fingerprints detected (DFO) on Q2, a glove from hallway near room 6, have been identified as fingerprints of ELIZONDO (1Ø#2, 1Ø#3, 1Ø#4, 1Ø#5).

> 5Øs verified by _____ on 6/22/12

No palm prints were located in the main files for ELIZONDO.

Fully and clearly recorded fingerprints and palm prints for ELIZONDO and WELLS, recorded in connection with this case, should be submitted to the FBI Laboratory's Evidence Control Unit with correspondence referencing FBI Laboratory number 120504024. The submitted prints will be used for comparisons and any latent print testimony desired in this matter.

Images of latent prints are being retained.

Specimens and photographs of the detected latent prints of value are being returned under separate cover.

CASE ID# : 70A-AN-15667
LABORATORY # : 120504024
EXAMINER : Jennifer Lynn Raymond
PAGE _____2_____ OF _____.

PROTECTED DOCUMENT



06/22/2012 09:29:08

D#1 Pedro Eltrado

120504024 Page 3

PROTECTED DOCUMENT

*Photo Req #1*

# LATENT FINGERPRINT SECTION
## PHOTOGRAPHIC UNIT
### REQUISITION

Specialist __Raymond x 8489__    Unit # __LPOU__    Date __6/7/12__

Latent Case # _____    Lab # __120504024__    Bufile # __70A-AN-156667__

## EVIDENCE MUST BE SECURED AT ALL TIMES

☒ **SPECIAL**    ☐ **BIOHAZARD**    ☒ **HANDLE WITH GLOVES**

| | |
|---|---|
| _____ Negatives | _____ Photographs |
| _____ Transparent Lifts | _____ Adhesive Tape |
| _____ Paper Specimens | _____ Plastic Bags |
| _____ Checks/Money | _____ Ten Print Cards |
| _____ Boxes | _____ Palm Print Cards |
| __1__ __Glove__ | _____ Charts |

__Q2__

Process used ☐ Vis  ☐ Glue  ☐ D Stain  ☐ Powder  ☒ DFO  ☐ Nin  PD ☐ _____

## WORK REQUESTED
☐ As is  ☒ Reverse Color  ☐ Reverse Position  ☐ Reverse Position & Color
☐ Enlarge/Reduce to Approximate Natural Size
☐ Enlarge on 16"x 20" Paper with _____ inch border  ☐ Dry Mount # _____

## LASER AND ALTERNATE LIGHT SOURCE REQUESTS
☒ Laser - _____ Street  ☐ Alternate Light Source _____
☒ Barrier Filter # Used __532 nm__ _____

☒ # of Copies ___6___   ☐ Negatives Only  ☐ Front Only  ☐ Front & Back

Negatives
ⓓ DVD/Thomas
Rev Color Neg
__6/8/12__
Prints
ⓟ Thomas
Enlargements

Finishing
__Williams 6-8-12__

Digital Imaging
Digital Capture Device
☐ Flatbed Scanner  ☐ Film Scanner
☐ Digital Camera
Processing
☐ Basic  ☐ Adv
Software
Photoshop  ☐ CS2/CS3
☐ Other_____
Printer
☐ Noritsu 2901
☐ Noritsu 3311
Mode  ☐ RGB ☐ GS

**EVIDENCE RECEIVED BY:**

_____ __6.7.12__
Photographer        Date

__M Thomas__  __6/12/12__
Delivered by        Date

_____  __6/12/12__
Specialist        Date

Page # ___8 4___ of _____

PROTECTED DOCUMENT

7-230 (Rev. 12-3-08)

# LATENT FINGERPRINT SECTION
## PHOTOGRAPHIC UNIT
### REQUISITION

Specialist _Raymond x8489_    Unit # _LPU_    Date _6/12/12_

Latent Case # _____    Lab # _120504024_    Bufile # _7CA-AN-15667_

## EVIDENCE MUST BE SECURED AT ALL TIMES

☒ **SPECIAL**    ☐ **BIOHAZARD**    ☒ **HANDLE WITH GLOVES**

| | |
|---|---|
| _____ Negatives | _____ Photographs |
| _____ Transparent Lifts | _____ Adhesive Tape |
| _____ Paper Specimens | _____ Plastic Bags |
| _____ Checks/Money | _____ Ten Print Cards |
| _____ Boxes | _____ Palm Print Cards |
| _1_ _Glove_ | _____ Charts |

_Q2_

**Process used** ☐ Vis ☐ Glue ☐ D Stain ☐ Powder ☒ DFO ☐ Nin PD ☐ _____

### WORK REQUESTED
☐ As is ☒ Reverse Color ☐ Reverse Position ☐ Reverse Position & Color
☐ Enlarge/Reduce to Approximate Natural Size
☐ Enlarge on 16"x 20" Paper with _____ inch border ☐ Dry Mount # _____

### LASER AND ALTERNATE LIGHT SOURCE REQUESTS
☒ Laser - _____ Street ☐ Alternate Light Source _____
☒ Barrier Filter # Used _532nm_

☒ # of Copies _6_    ☐ Negatives Only ☐ Front Only ☐ Front & Back

Negatives
_DVD/Thomas_
Rev Color Neg
_6/12/12_
Prints
_(4)/Thomas_
Enlargements
_____
Finishing
_Mullins 6/13/12_

Digital Imaging
Digital Capture Device
☐Flatbed Scanner ☐Film Scanner
☐Digital Camera
Processing
☐ Basic ☐ Adv
Software
Photoshop ☐CS2/CS3
☐ Other _____
Printer
☐ Noritsu 2901
☐ Noritsu 3311
Mode ☐RGB ☐GS

**EVIDENCE RECEIVED BY:**

_M Thomas_    _6/12/12_
Photographer    Date

_M Thomas_    _6/13/12_
Delivered by    Date

_____    _6/13/12_
Specialist    Date

Page # _4 5_ of _____

PROTECTED DOCUMENT

Wells18_00053821 (9 of 64)
**Exhibit A, Page 18 of 73**

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                    **Date:** 05/01/2012

**To:** Laboratory              **Attn:** Evidence Control Center
                                        Latent Fingerprint Section
                                        DNA
                                        Firearms
       Anchorage               **Attn:** ECT Kyndall Jones

**From:** Anchorage
          NS-1
          **Contact:** SA Jacqueline A. DeCou, 907-265-8125

**Approved By:** Klein Sandra L*PM/SUX*

**Drafted By:** DeCou Jacqueline A:jad *JAO*

                                               120504024

**Case ID #:** 70A-AN-15667    (Pending) */S*

**Title:** UNSUB(S);
           RICHARD BELISLE - VICTIM
           JAMES HOPKINS - VICTIM
           CGR-Crime of Violence

**Synopsis:** To request laboratory examinations.

**Package Copy:** Being forwarded under separate cover is item 1B15
(barcode E5123415).

**Details:** On 04/12/2012 at approximately 7:45 am, the victims in
this matter, United States Coast Guard civilian employee Richard
Belisle and Petty Officer First Class James Hopkins, were
discovered unresponsive in their offices at the Commsta Kodiak
Rigger Shop, part of the U.S. Coast Guard facility in Kodiak,
Alaska. Efforts by fire and rescue personnel to revive Belisle
and Hopkins were unsuccessful and both victims were pronounced
dead at the scene.

        Anchorage Evidence Response Team (ERT) members traveled
to Kodiak on 04/12/2012 and processed the crime scene. The
victims were flown to Anchorage for autopsies. The cause of
death for both victims was gunshot wounds.

UNCLASSIFIED

PROTECTED DOCUMENT

To:  Laboratory  From:  Anchorage
Re:  70A-AN-15667, 05/01/2012


     During the crime scene search by ERT, a black latex type glove (1B15 barcode E5123415) was found in the hallway of the Commsta Kodiak Rigger Shop.

     It is requested that item 1B15 be examined for DNA, gunshot residue and latent fingerprints.

120504024

UNCLASSIFIED

2

PROTECTED DOCUMENT

To:   Laboratory   From:   Anchorage
Re:   70A-AN-15667, 05/01/2012


**LEAD(s):**

**Set Lead 1:   (Action)**

    <u>LABORATORY</u>

       <u>AT QUANTICO, VA</u>

       Please perform requested examinations.

◆◆

120504024

UNCLASSIFIED

3

PROTECTED DOCUMENT

# Evidence Control Unit
## Evidence Check-In Notes

Laboratory Number:   120504024 ABL                    Case ID: 70A-AN-15667

<u>One sealed box bearing FedEx tracking number 5151 5212 1269 containing:</u>

    A) One sealed paper bag (contents not removed) labeled "... 1B15  #15  black glove (latex) in hallway near room 6 ... B/C E5123415" containing:

    Q2     Glove from hallway near room 6 (1B15, E5123415, Item 15)

*NOTE: 1B number and barcode verified in EC and ACS; item number verified in ACS.*

Initials of Preparer:
Date: 05/07/2012
Page   1   of   1

PROTECTED DOCUMENT

FBI Laboratory
Examination Plan

Laboratory Number: 12050404 624

Request Coordinator: Reynolds / ABL

Total Items Received: 02

Case ID Number: 7OA-AN-15667

Contributor:

Evidence Storage Area: Anchorage Bay 7

| Items | Unit | Examiner/Symbols | Delivered | Remarks | Returned |
|-------|------|------------------|-----------|---------|----------|
| 02 | TEU | Walker | 1 | | ☑ Evidence<br>☐ Secondary Evidence |
| 02 | MDU | Flatter | ✓ | | ☒ Evidence<br>☐ Secondary Evidence |
| 02 | CPOU | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |

ECU Notations:

Initials: _____

Date: _____

Page 1 of 1

7-262 (Rev. 07-05-11)

PROTECTED DOCUMENT

## ECS Search Slip

**Violation(s)**
Crime On Government Reservation-Crime Of Violence

**Violation date:**
**Violation Location:**

**Victim:**
BELISLE, RICHARD
HOPKINS, JAMES

**Cross Reference:**

**Remarks:** Package received damaged - see attached photo(s).

**Lab No:** 120504024
**City:** Anchorage, Alaska
**Agency:** FBI
**Form:** Electronic Communication, 05/01/2012
**CaseID:** 70A-AN-15667      **Serial:** 15
**Latent Number:**
**Contributor No:** 70A-AN-15667

**Subject:**

ECC Delivered to Unit:_____

**Previous Submission(s)**

```
120418251    QT
Anchorage, Alaska
FBI
Electronic Comm.:04/16/2012 Serial:5 Final:04/20/2012
Qs:1        Ks:            NE Items:
```

arcel Method and No: Federal Express - 515152121269
oxes - 1  Date Received: 05/04/2012
eceived in ECC: 05/04/2012
5/04/2012  5:19:47 PM - jeneves

PROTECTED DOCUMENT

**UNCLASSIFIED**

Federal Bureau of Investigation
Laboratory Division

**LABORATORY WORK SHEET**

To:    Anchorage
       NS-1
       SA Jacqueline A. DeCou

Date:  May 7, 2012

Case ID No.:  70A-AN-15667

Lab No.:  120504024 ABL ABM

Reference:  Communication dated May 1, 2012

Your No.:

Title:     UNSUB (S);
         RICHARD BELISLE - VICTIM
         JAMES HOPKINS - VICTIM
         CGR-Crime of Violence

Date specimens received:  May 4, 2012

Specimens:

Q2        Glove from hallway near room 6 (1B15, E5123415)

Page 1 of 1

**UNCLASSIFIED**

PROTECTED DOCUMENT

# FBI Laboratory
# Chain-of-Custody Log

| Laboratory No.: | 120504024 | Case ID No.: | 70A-AN-15667 |
|---|---|---|---|

☐ Request Coordinator's Log      Unit Name: _____

☑ Intraunit Log      Unit Name: **LPOU**

☐ Other      Unit Name: _____

| Item(s) | Delivered By | Accepted By | Date | Remarks |
|---|---|---|---|---|
| Q2 | Retrieved from LPU Evidence Storage *Signature* *Unit* | *[signature]* LPOU *Unit* | 6/1/12 | |
| Q2 | *[signature]* LPOU *Unit* | *[signature]* FIU *Unit* | 6/7/12 | |
| Q2 | Michael W Thomas FIU/TIG *Unit* | *[signature]* LPOU *Unit* | 6/12/12 | |
| Q2 | *[signature]* LPOU *Unit* | Michael W Thomas FIU/TIG *Unit* | 6/12/12 | |
| Q2 | Michael W Thomas FIU/TIG *Unit* | *[signature]* LPOU *Unit* | 6/13/12 | |
| Q2 Secondary Evidence | *[signature]* LPOU *Unit* | Placed in LPU Evidence Storage for ECU *Unit* | 6/14/12 | See secondary evidence log for description |
| | *Signature* *Unit* | *Signature* *Unit* | | |
| | *Signature* *Unit* | *Signature* *Unit* | | |
| | *Signature* *Unit* | *Signature* *Unit* | | |

Chain-of-Custody   Page ____ of ____

PROTECTED DOCUMENT

7-243a (Rev. 02-07-11)

## FBI Laboratory
# Chain-of-Custody Log

| Laboratory No.: 120504424 | Case ID No.: 70A-AN-15667 |

☐ Request Coordinator's Log  Unit Name: _____

☑ Intraunit Log  Unit Name: _FIU_____

☐ Other  Unit Name: _____

| Item(s) | Delivered By | Accepted By | Date | Remarks |
|---------|--------------|-------------|------|---------|
| Q2 | *[signature]* FIU | PLACED IN FIU EVIDENCE STORAGE _Unit_ | 6/7/12 | |
| Q2 | RETRIEVED FROM FIU EVIDENCE STORAGE _Unit_ | Michael K Thomas FIU/TIG | 6/8/12 | |
| Q2 | Michael K Thomas FIU/TIG | PLACED IN FIU EVIDENCE STORAGE _Unit_ | 6/8/12 | |
| Q2 | RETRIEVED FROM FIU EVIDENCE STORAGE _Unit_ | Michael K Thomas FIU/TIG | 6/12/12 | |
| Q2 | Michael K Thomas FIU/TIG | PLACED IN FIU EVIDENCE STORAGE _Unit_ | 6/13/12 | |
| Q2 | RETRIEVED FROM FIU EVIDENCE STORAGE _Unit_ | Michael K Thomas FIU/TIG | 6/13/12 | |
| | _Signature_ _Unit_ | _Signature_ _Unit_ | | |
| | _Signature_ _Unit_ | _Signature_ _Unit_ | | |
| | _Signature_ _Unit_ | _Signature_ _Unit_ | | |

Chain-of-Custody  Page ____ of ____

PROTECTED DOCUMENT

Wells18_00053830 (18 of 64)

# LPU Secondary Evidence Log

**Lab #:** 120504024          **Date:** 06/14/2012

| K/Qs | Quantity | Description |
|------|----------|-------------|
| Q2 | 6 | Photographs |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PROTECTED DOCUMENT

Wells18_00053831 (19 of 64)
**Exhibit A, Page 28 of 73**

# FBI Laboratory
## Activity and Communication Log

Laboratory No.: 120504024     Case ID No.: 70A-AN-15667

| Date | Activity/Communication and Outcome |
|------|-----------------------------------|
| 5/7/12 By: RAR | Email sent to SA DeCou - see attached |
| | Upload ack Ltr - Serial 24 |
| 5/16/12 By: RAR | Spoke to SA Allison - glove was really needed for GSR. Above lab invloed in case - doing all DNA - wouldn't work glove - have (S) local lab has known sample. (S) works @ Scene would have glove @ work, if his profile found on glue |
| _/_/_ By: | doesn't mean anything - SA will call back with more details. informed him of fault here. DNA cancel exams. |
| 5/17/12 By: RAR | Spoke to SA Allison - wants DNA now - (S) claims wasn't in building at that time - glove could prove he was there when he said he didn't |
| 5/17/12 By: RAR | email from SA Allison - attached DNA bench notes and lab report containing profile |
| 6/4/12 By: RAR | Call to SA DeCou - advised of receipt of evidence |
| 6/13/12 By: RAR | Left voice mail for SA DeCou requesting she call me back and that I had some preliminary results for her. |
| | SA DeCou returned call - left voice mail with cell # 907-947-9274 |

PROTECTED DOCUMENT

# FBI Laboratory
## Activity and Communication Log

Laboratory No.: _120504024_          Case ID No.: _70A-AU-156607_

| Date | Activity/Communication and Outcome |
|------|-----------------------------------|
| 6/14/12 By: TLR | Left voice mail for SA DeCou asking for information on Jim (James) wells. |
| | Received voice mail from Andy Walton - James Michael Wells DOB 6/24/51 SSN: 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 |
| 6/15/12 By: TLR | See attached emails |
| 6/21/12 By: TLR | See attached emails |
| | Call from SA DeCou - mailed known card out yesterday. It is ok for it to wait until I return and if that changes she will notify Mike Smith |
| 6/21/12 By: TLR | Notify DC Reynolds of incoming known cards |
| 6/22/12 By: TLR | Left voice mail for SA DeCou with results of comparisons (preliminary) |
| __/__/__ By:_____ | |
| __/__/__ By:_____ | |

Activity and Communication Log  Page ___ of ___

PROTECTED DOCUMENT

| | |
|---|---|
| **From:** | REYNOLDS, REBECCA ANN (LD) (FBI) |
| **Sent:** | Monday, May 07, 2012 12:10 PM |
| **To:** | DECOU, JACQUELINE A. (AN) (FBI) |
| **Subject:** | 70A-AN-15667 serial 15 |

Classification: UNCLASSIFIED
========================================================

Good morning,

The lab has received the evidence submitted under the referenced case id. It has been assigned lab# **120504024**. We have this set to a priority due to the Coast Guard involvement. Since 2005 the Lab no longer does gunshot residue, we will do a distance determination on the victim's clothes to place how far away the muzzle would be, and we will do swipes of bullet strikes to test for the metal composition. The DNA and Latents request is not a problem, we can certainly do those. I'm also going to send the glove to Trace Evidence to collect any potential hair and fiber evidence. Was there any other evidence in the case that may be helpful for us to look at? Were the bullets recovered from the victim's bodies? Let us know if there is anything else we can do.

Thanks,
Rebecca

*********************
Rebecca Reynolds
Request Coordinator
Evidence Control Unit
FBI Laboratory
(D) 703-632-7600
(BB) 703-898-9309


========================================================
Classification: UNCLASSIFIED

1

*120504024*



# State of Alaska
### Department of Public Safety
## SCIENTIFIC CRIME DETECTION LABORATORY REPORT

Sean Parnell, Governor

Joseph A. Masters, Commissioner

May 14, 2012

| | |
|---|---|
| Requesting Agency: | Federal Bureau of Investigation |
| Agency File Number: | 70A-AN-15667 |
| Report To: | Andrew Walton |
| **Requested Service:** | **DNA Major Crimes** |

Laboratory Number: 12-02091



**Items Analyzed**

Item #

| Item # | |
|---|---|
| 1B102 | Swab of front driver's interior door from the Honda |
| 1B103 | Swab of steering wheel from the Honda |
| 1B114DG1 | Stain 1B114-1 from the right boot |
| 1B122DG | Stain 1B122-3 from the towel |
| 1B130 | Swabs of stain from the gray tote room F |
| 1B131 | Stain from the (paper towel) |
| 1B208 | Swab of driver door handle from the Dodge |
| 1B209 | Swab of steering wheel from the Dodge |
| 1B232 | Known buccal from Jim (James) WELLS |
| 25425 | Known blood from James HOPKINS |
| 25426 | Known blood from Richard BELISLE |

**Results, Conclusions and Opinions**

**Reference Biological Screening report dated May 9, 2012 by Debra Gillis.**

**1B102 (Swab of front driver's interior door from the Honda)**
**1B103 (Swab of steering wheel from the Honda)**
**1B208 (Swab of driver door handle from the Dodge)**
**1B209 (Swab of steering wheel from the Dodge)**
**1B130 (Swabs of stain from the gray tote room F)**
These samples tested negative to a presumptive test for blood. No further analysis was conducted on these samples.

**1B122DG (Stain 1B122-3 from the towel)**
Jim (James) WELLS cannot be excluded as the source of DNA detected in the partial genetic profile obtained from this sample. James HOPKINS and Richard BELISLE were excluded as the source of DNA detected in this sample.

**1B131 (Stain from the paper towel)**
Jim (James) WELLS cannot be excluded as the source of DNA detected in this sample. James HOPKINS and Richard BELISLE were excluded as the source of DNA detected in this sample.

**1B114DG1 (Stain 1B114-1 from the right boot)**
No genetic profile was obtained from this sample.

5500 East Tudor Road    Anchorage, AK 99507    Voice (907) 269-5740    Fax (907) 338-6614
Accredited by ASCLD-LAB Certificate #157

Page 1 of 2

*12050101d*

PROTECTED DOCUMENT



# State of Alaska
## Department of Public Safety
## SCIENTIFIC CRIME DETECTION LABORATORY REPORT

Sean Parnell, Governor

Joseph A. Masters, Commissioner

Laboratory Number:　　12-02091



## Methods

The human DNA recovered from the above item(s) was amplified by the polymerase chain reaction (PCR) using the Promega PowerPlex ® 16 kit. The following loci were amplified: D3S1358, TH01, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, CSF1PO, v WA, D8S1179, TPOX, FGA, Penta D, Penta E, and Amelogenin. The amplified DNA was analyzed by capillary electrophoresis using the Applied Biosystems 3130xl Genetic Analyzer.

Statistics are based on U.S. Department of Justice, FBI, POPSTATS (version 5. 7.4). Allele frequencies are from the Popstats database and the Alaska Scientific Crime Detection Laboratory. The following 13 CODIS core STR loci are used in calculating Popstats: D3S1358, TH01, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, CSF1PO, vWA, D8S1179, TPOX and FGA.

For mixtures: Mixture Formula is used.

For single source samples: Probability of Locus Genotype, NRC '96 random -match probability formulae;
θ = 0.01 for Caucasian and African American population groups.
θ = 0.03 for Athabaskan, Yupik, and Inupiat populations.

1 billion = 1,000,000,000; 1 trillion = 1,000,000,000,000; 1 quadrillion = 1,000,000,000,000,000;
1 quintillion = 1,000,000,000,000,000 ,000; 1 sextillion = 1,000,000,000,000,000,000,000 ;
1 septillion = 1,000,000,000,000,000,000,000,000

Profiles are entered into the Combined DNA Index System (CODIS) in accordance with state and national regulations. CODIS is a DNA database that has the potential to generate investigative leads in cases w here biological evidence is recovered from a crime scene.

**Disposition of Evidence :** Retained in Laboratory

Forensic Scientist III: Sara Graziano

Report Technically Reviewed by Jennifer Maryanopolis

5500 East Tudor Road　　Anchorage, AK 99507　　Voice (907) 269-5740　　Fax (907) 338-6614
Accredited by ASCLD-LAB Certificate #157

Page 2 of 2

*12050Y0CC1*

PROTECTED DOCUMENT

Issued: 12/28/11
Effective: 12/28/11

Version: FBP2011 R0
Status: Active

### STR Casework Review Checklist

Date: 4-MAY-2012
Technical Review Started: 5/7/12
Administrative Review Started: 5/7/12
Lab Number: 12-02091

| | ANALYST: SG | TECH REVIEWER: | ADMIN REVIEWER: |
|---|---|---|---|

**DNA CASEWORK REPORT AND BENCH NOTES**

| | ANALYST | TECH REVIEWER | ADMIN REVIEWER |
|---|---|---|---|
| Pages are numbered correctly, case # and analyst initials are on each page, report dated | ✓ | ✓ | ✓ |
| Requesting agency, agency case #, crime lab case #, and officer's name are correct | ✓ | ✓ | ✓ |
| Chain of Custody for all tested items can be tracked through RLS and LIMS | ✓ | ■ | ✓ |
| Item numbers and descriptions on report / DNA worksheet are consistent with RLS/LIMS | ✓ | ✓ | ✓ |
| Packaging / extraction procedure used for all items is documented on worksheets | ✓ | ✓ | ✓ |
| Q-PCR results documented on DNA worksheet | ✓ | ✓ | ■ |
| Screening results on DNA worksheets are accounted for in the report, if appropriate | ✓ | ✓ | ✓ |
| Disposition of sample extracts/slides documented; item created in LIMS (if appropriate) | ✓ | ✓ | ✓ |
| Technical Reviewer checked DNA worksheet: initialed and dated | ■ | ✓ | ■ |
| Technical review of all electropherograms: initialed and dated | ■ | ✓ | |
| PP16 printouts for all questioned and reference samples are present in bench notes | ✓ | ✓ | ✓ |
| Peak patterns on the electropherograms are consistent with the STR results table (if applicable) | ✓ | ✓ | ✓ |
| The correct DNA profile and descriptive information is entered into Popstats | N/A | N/A | N/A |
| Popstats printouts are included in the case file | ✓ | ✓ | |
| Popstats DNA profile frequencies are consistent with those shown on the report | ✓ | ✓ | ✓ |

| | ANALYST | TECH REVIEWER | ADMIN REVIEWER |
|---|---|---|---|
| Check Grammar/Spelling in DNA report | ✓ | ✓ | ✓ |
| Results/conclusions/opinions are given for each tested item | ✓ | ✓ | ✓ |
| Conclusions/opinions drawn from results comply with laboratory guidelines | ✓ | ✓ | ✓ |
| Initials and date of technical review(er) are on each page of the bench notes | ✓ | ✓ | ✓ |
| Verify content of Methods and Disposition sections of report | ■ | ✓ | ✓ |
| Stats are recorded in LIMS | ✓ | ✓ | ■ |
| SOPs are linked to request in LIMS | ✓ | ■ | ✓ |
| Disposition of evidence in LIMS is appropriate (HOLD or not) | ✓ | ■ | ✓ |

**CENTRAL LOG FOLDER LOCATION:** 12-0430SG

| | ANALYST | TECH REVIEWER | ADMIN REVIEWER |
|---|---|---|---|
| Central Log Folder location documented in LIMS | ✓ | ✓ | ✓ |
| Q-PCR plate set-up is documented | ✓ | ✓ | |
| Q-PCR standard curve Mx3000P printout: Results are acceptable. | ✓ | ✓ | ■ |
| Q-PCR Initial Template Quantity is documented by Mx3000P printout. | ✓ | ✓ | |
| Amplification volumes are documented. | ✓ | ✓ | |
| ICS checked by Technical Reviewer | ■ | ✓ | |
| Technical Reviewer checked Controls and Standards sheet: initialed and dated. | ■ | ✓ | |
| Disposition of blank extracts documented; item created in LIMS (if appropriate) | ✓ | ✓ | |
| PP16 printouts for negative control(s): Results are acceptable. | ✓ | ✓ | |
| PP16 printouts for reagent blank(s): Results are acceptable. | ✓ | ✓ | |
| PP16 printouts for positive control(s): correct DNA profile obtained. | ✓ | ✓ | |
| PP16 printouts for all appropriate Allelic Ladders. | ✓ | ✓ | ■ |
| Worksheets contain all lot #s and expiration dates for all reagents used. | ✓ | ✓ | |

| | ANALYST | TECH REVIEWER | ADMIN REVIEWER |
|---|---|---|---|
| List of eligible profiles to be entered into SDIS/NDIS (include specimen category) | N/A | N/A | |
| Correct profile(s) and agency information entered in CODIS | N/A | | N/A |
| Appropriate specimen category selected | | | |
| Source ID updated if applicable | ✓ | | |
| Offender/arrestee laboratory comments updated in LIMS, if applicable | ✓ | ✓ | ✓ |

Page **89** of **99**

All printed copies are uncontrolled.

Issued by Forensic Biology Supervisor
DNA Technical Manager

120509024

PROTECTED DOCUMENT

Wells18_00053837 (25 of 64)
**Exhibit A, Page 34 of 73**

# DNA STR Results Table

**Laboratory Case #12-02091**
**Batch: 12-0430SG**

**Analyst: Sara Graziano**

| Item # | 1B122DG | 1B131 | 25425 | 25426 | 1B232 |
|---|---|---|---|---|---|
| Description/ Locus | Stain 1B122-3: towel * | Stain: (paper towel) | Known blood: James HOPKINS | Known blood: Richard BELISLE | Known buccal: Jim (James) WELLS |
| D3S1358 | 16,17 | 16,17 | 17 | 14,16 | 16,17 |
| TH01 | 6,9.3 | 6,9.3 | 8,9 | 6,9 | 6,9.3 |
| D21S11 | 28,32.2 | 28,32.2 | 29,30 | 28,31.2 | 28,32.2 |
| D18S51 | 12,18 | 12,18 | 14,18 | 16,19 | 12,18 |
| Penta E NS | | 12 | 11,14 | 13 | 12 |
| D5S818 | 12,13 | 12,13 | 10,11 | 11,12 | 12,13 |
| D13S317 | 8,12 | 8,12 | 8,11 | 10,11 | 8,12 |
| D7S820 | 7,9 | 7,9 | 9,10 | 7,12 | 7,9 |
| D16S539 | 11 | 11 | 12 | 10,13 | 11 |
| CSF1PO | 10,12 | 10,12 | 10 | 10,11 | 10,12 |
| Penta D NS | 12 | 12 | 13 | 9,13 | 12 |
| Amelogenin | Y | XY | XY | XY | XY |
| vWA | 18 NS | 16,18 | 17 | 15,16 | 16,18 |
| D8S1179 | 14 NS | 10,14 | 13 | 12,13 | 10,14 |
| TPOX | 8 | 8 | 11 | 8 | 8 |
| FGA | 22 | 22 | 23,25 | 20,24 | 22 |

Notes:
1. The Amelogenin locus indicates gender: X = Female; XY = Male
2. "NS" indicates data not used in statistical analysis
3. "NR" indicates data not reported
4. " * " Indicates data below reporting threshold (100 RFU)
5. ( ) indicates minor component alleles
6. [ ] indicates Major/Minor components not separated
7. "A/TA" indicates artifact (e.g. stutter) or true allele
8. Genetic data unsuitable for comparison may not be included in the table

Page 1 of 15  SG

Effective 12/28/2011

From FBP2011 R0

120504021

PROTECTED DOCUMENT

Issued: 12/5/11
Effective: 12/5/11

Alaska Scientific Crime Detection Laboratory
DNA Case Extraction Worksheet

Version: CEW2011 R0
Status: Active

**Batch: 12-0430SG**
**Lab Number: 12-02091**
**Analyst: SG**

*Unless stated otherwise, all packages were tape sealed & labeled, and sufficient material remains for re-testing.*
*Workbenches were cleaned with bleach before & after each use.*
*Unless stated otherwise, all extractions were performed using the EZ1 Trace protocol. Question samples were eluted in 50uL TE buffer and known samples were eluted in 200uL TE buffer.*

| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
|---|---|---|---|---|---|
| **1B102**<br><br>Swab:<br>front driver's interior door<br>from the Honda | grey-ish black | **NEG** | | | One small sealed evidence box labeled "front driver's interior door swabbing, Honda, EJR 582". Inside there was a single swab with a broken stem stored within the box. |
| | **EXTRACTION METHOD**<br>Date: 4/30/2012<br>Sample size: N/A<br>Volume: N/A<br>EZ1-XL: N/A | | | | NOTE: the grey-ish black stain on the swab was NOT visually consistent with blood. Further, this item tested NEGATIVE to a presumptive test for blood, and was not analyzed for DNA. |
| Sample Code: **Q4** | | | | | |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B103**<br><br>Swab:<br>steering wheel<br>from the Honda | grey-ish black | **NEG** | | | One small sealed evidence box labeled "steering wheel swabbing, Honda, EJR 582". Inside there was a single swab with a broken stem stored within the box. |
| | **EXTRACTION METHOD**<br>Date: 4/30/2012<br>Sample size: N/A<br>Volume: N/A<br>EZ1-XL: N/A | | | | NOTE: the grey-ish black stain on the swab was NOT visually consistent with blood. Further, this item tested NEGATIVE to a presumptive test for blood, and was not analyzed for DNA. |
| Sample Code: **Q2** | | | | | |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B208**<br><br>Swab:<br>driver door handle<br>from the Dodge | blackish grey with dark specks | **NEG** | | | One small sealed evidence box labeled "driver door handle swabbing, Dodge 4X4, VCG 520". Inside there was a single swab with a broken stem stored within the box. |
| | **EXTRACTION METHOD**<br>Date: 4/30/2012<br>Sample size: N/A<br>Volume: N/A<br>EZ1-XL: N/A | | | | NOTE: the black-ish grey stain on the swab was NOT visually consistent with blood. Further, this item tested NEGATIVE to a presumptive test for blood, and was not analyzed for DNA. |
| Sample Code: **Q4** | | | | | |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B209**<br><br>Swab:<br>steering wheel<br>from the Dodge | grey-ish black | **NEG** | | | One small sealed evidence box labeled "steering wheel swabbing, Dodge VCG 520". Inside there was a single swab with a broken stem stored within the box. |
| | **EXTRACTION METHOD**<br>Date: 4/30/2012<br>Sample size: N/A<br>Volume: N/A<br>EZ1-XL: N/A | | | | NOTE: the grey-ish black stain on the swab was NOT visually consistent with blood. Further, this item tested NEGATIVE to a presumptive test for blood, and was not analyzed for DNA. |
| Sample Code: **Q5** | | | | | |

12050q024

PROTECTED DOCUMENT

Wells18_00053839 (27 of 64)
**Exhibit A, Page 36 of 73**

Issued: 12/5/11
Effective: 12/5/11

Alaska Scientific Crime Detection Laboratory
DNA Case Extraction Worksheet

Version: CEW2011 R0
Status: Active

**Batch: 12-0430SG**
**Lab Number: 12-02091**
**Analyst: SG**

*Unless stated otherwise, all packages were tape sealed & labeled, and sufficient material remains for re-testing.*
*Workbenches were cleaned with bleach before & after each use.*
*Unless stated otherwise, all extractions were performed using the EZ1 Trace protocol. Question samples were eluted in 50uL TE buffer and known samples were eluted in 200uL TE buffer.*

| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
|---|---|---|---|---|---|
| **1B130** <br><br> Swabs of stain: gray tote room F | burgundy-brownish stain on both swabs | NEG (SG - 5/4/12) | | | One small sealed evidence box labeled "swabbing of possible blood, gray tote Room F". Inside there were two swabs with a broken stems stored within the box. |
| | **EXTRACTION METHOD** | | | | This item tested NEGATIVE to a presumptive test for blood, and was not analyzed for DNA. |
| | Date: 4/30/2012 | | | | |
| | Sample size: N/A | | | | |
| | Volume: N/A | | | | |
| Sample Code: Q7 | EZ1-XL: N/A | | | | |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B122DG** <br><br> Stain 1B122-3: towel | diffuse reddish stain | POS by screening | | 0.008 | One sealed manila envelope labeled "Isolated stains #1B122-1, #1B122-2, and #1B122-3 from the towel". Inside there were three sealed coin envelopes labeled as described above. Only item "1B122-3" was opened and contained a swatch of towel fabric ~3 X 4cm with a diffuse reddish stain. |
| | **EXTRACTION METHOD** | | | | |
| | Date: 4/30/2012 | | | | |
| | Sample size: ~1cm X 1cm cutting | | | | |
| | Volume: 50ul | | | | |
| Sample Code: Q9 | EZ1-XL: 2 (LV) SG - 5/4/12 | | | | Extract(s) discarded |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B131** <br><br> Stain: (paper towel) | reddish brown | POS by screening | | 1.1 | One sealed brown paper bag labeled "tissue with red stain, garbage can". Inside there was a white paper towel (not actually tissue paper) with a few scattered blood stains. The largest stain was cut and analyzed. |
| | **EXTRACTION METHOD** | | | | |
| | Date: 4/30/2012 | | | | |
| | Sample size: ~0.5cm X 0.5cm cutting of one stain | | | | |
| | Volume: 50ul | | | | |
| Sample Code: Q11 | EZ1-XL: 2 (LV) SG - 5/4/12 | | | | Extract(s) discarded |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B114DG1** <br><br> Stain 1B114-1: right boot | blackish | weak POS by screening | | 0.003 / neg | One sealed manila envelope labeled "Isolated stain #1B114-1 (from the right boot)". Inside there was a tape-closed swab package containing one swab. |
| | **EXTRACTION METHOD** | | | | |
| | Date: 4/30/2012 | | | | |
| | Sample size: all of the swab | | | | |
| | Volume: 100ul | | | | |
| Sample Code: Q13 | EZ1-XL: 1 (LV) SG - 5/4/12 | | | | **Extract RETAINED.** |

PROTECTED DOCUMENT

Wells18_00053840 (28 of 64)
**Exhibit A, Page 37 of 73**

Case 3:13-cr-00008-SLG   Document 862-1   Filed 08/23/18   Page 37 of 73

Issued: 12/5/11
Effective: 12/5/11

Alaska Scientific Crime Detection Laboratory
DNA Case Extraction Worksheet

Version: CEW2011 R0
Status: Active

**Batch: 12-0430SG**
**Lab Number: 12-02091**
**Analyst: SG**

*Unless stated otherwise, all packages were tape sealed & labeled, and sufficient material remains for re-testing.*
*Workbenches were cleaned with bleach before & after each use.*
*Unless stated otherwise, all extractions were performed using the EZ1 Trace protocol. Question samples were eluted in 50uL TE buffer and known samples were eluted in 200uL TE buffer.*

| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
|---|---|---|---|---|---|
| **25425**<br><br>Known blood:<br>James HOPKINS | | | | 0.6 | One sealed foil-lined envelope labeled "Hopkins, James". Inside there was a section of a blood card with one stain, and a dessicant package. |
| | EXTRACTION METHOD | | | | |
| | Date: 5/1/2012 | | | | |
| | Sample size: ~0.5cm X 0.5cm | | | | |
| | Volume: 200ul | | | | |
| Sample Code: K1 | EZ1-XL: | 1 | | | Extract(s) discarded . |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **25426**<br><br>Known blood:<br>Richard BELISLE | | | | 3.8 | One sealed foil-lined envelope labeled "Belisle, Richard". Inside there was a section of a blood card with one stain, and a dessicant package. |
| | EXTRACTION METHOD | | | | |
| | Date: 5/1/2012 | | | | |
| | Sample size: ~0.5cm X 0.5cm | | | | |
| | Volume: 200ul | | | | |
| Sample Code: K3 | EZ1-XL: | 1 | | | Extract(s) discarded . . |
| ITEM | VISUAL | PHENO | | QF (~ng/µL) | PACKAGING & REMARKS |
| **1B232**<br>(SG - 5/0/12)<br>Known buccal:<br>Jim (James) WELLS<br>(SG - 5/4/12) | | | | 2.0 | One sealed manila envelope with an "EVIDENCE" sticker affixed and labeled "Two known DNA samples of Jim Wells, dob 6/24/51". Inside there was a swab carton containing two swabs. |
| | EXTRACTION METHOD | | | | |
| | Date: 5/1/2012 | | | | |
| | Sample size: a portion of the two swabs | | | | |
| | Volume: 200ul | | | | |
| Sample Code: K5 | EZ1-XL: | 1 | | | Extract(s) discarded . |

All printed copies are uncontrolled

Page 1 of 1

Page 4 - 15

Issued by: DNA Technical Manager
Forensic Biology Supervisor

PROTECTED DOCUMENT



PROTECTED DOCUMENT

Wells18_00053842 (30 of 64)

**Exhibit A, Page 39 of 73**



120504024

PROTECTED DOCUMENT



Page __7__ c: __15__   SG

Wed May 02,2012 12:22PM, AKDT          Printed by: sgraziano          Page 1 of 1

120504024

PROTECTED DOCUMENT



PROTECTED DOCUMENT

Wells18_00053845 (33 of 64)
**Exhibit A, Page 42 of 73**



Page 9 of 15

PROTECTED DOCUMENT



No genetic profile obtained. (SG -5/2/12).

PROTECTED DOCUMENT



No genetic profile obtained (SG - 5/2/12)

PROTECTED DOCUMENT

Wells18_00053848 (36 of 64)
Exhibit A, Page 45 of 73



PROTECTED DOCUMENT



PROTECTED DOCUMENT



GeneMapper® ID-X 1.2

PROTECTED DOCUMENT



$s_i \approx 11\% \approx 10\%$ elevated stutter NOT included in STR Table.

PROTECTED DOCUMENT

Wells18_00053852 (40 of 64)
Exhibit A, Page 49 of 73

| | |
|---|---|
| **From:** | RAYMOND, JENNIFER LYNN (LD) (FBI) |
| **Sent:** | Friday, June 15, 2012 6:47 AM |
| **To:** | DECOU, JACQUELINE A. (AN) (FBI) |
| **Cc:** | WALTON, ANDREW T. (AN) (FBI) |
| **Subject:** | 70A-AN-15667 |

Classification: UNCLASSIFIED
========================================================

Good morning SA DeCou,

I received the voice mail from SA Walton and have conducted an IAFIS search based on the information furnished on WELLS. Unfortunately I could not locate a record in the system. How would you like to proceed? Can you obtain prints of WELLS? If so you can submit them along with an EC to the Evidence Control Unit Attn: Rebecca Reynolds, she is the request coordinator for your case, and she will take care of getting them to me. If you could get fingerprints and palm prints that would be great. I developed five fingerprints and one palm print of value.

As you know I will be out of the office until mid July, however I will be able to come in next Friday, June 22 if you could get me WELLS prints by then. If you have any questions or concerns please give me a call on my cell ▮▮▮▮▮▮3 or email me on the low side jennifer.raymond@ic.fbi.gov and I will get back to you as soon as I can.

Thanks,
Jen

*Jennifer L. Raymond*
Physical Scientist / Forensic Examiner
Laboratory Division
Forensic Analysis Section
Latent Print Operations Unit
Office: 703-632-8489
Cell: 703-576-4623
Fax: 703-632-7397
Email: jennifer.raymond@ic.fbi.gov

========================================================
Classification: UNCLASSIFIED

1

PROTECTED DOCUMENT

| | |
|---|---|
| **From:** | RAYMOND, JENNIFER LYNN (LD) (FBI) |
| **Sent:** | Friday, June 15, 2012 7:19 AM |
| **To:** | DECOU, JACQUELINE A. (AN) (FBI) |
| **Cc:** | SMITH, MICHAEL J. (LD) (FBI) |
| **Subject:** | One more thing... |

Classification: UNCLASSIFIED
=====================================================

Hello SA DeCou,

I have talked to my supervisor, Mike Smith, about your case so that he is up to speed on the progression. If you need the comparisons done immediately and I am not available feel free to contact him, cc'd above, and he will take care of it. I would of course like to finish your case but I understand that this is a priority and you may need immediate results.

By the way, all results discussed are preliminary until the report is issued.

Thanks,
Jen

*Jennifer L. Raymond*
Physical Scientist / Forensic Examiner
Laboratory Division
Forensic Analysis Section
Latent Print Operations Unit
Office: 703-632-8489
Cell: 703-576-4623
Fax: 703-632-7397
Email: jennifer.raymond@ic.fbi.gov


=====================================================
Classification: UNCLASSIFIED

1

Wells18_00053854 (42 of 64)
**Exhibit A, Page 51 of 73**

| | |
|---|---|
| **From:** | RAYMOND, JENNIFER LYNN (LD) (FBI) |
| **Sent:** | Thursday, June 21, 2012 9:16 AM |
| **To:** | DECOU, JACQUELINE A. (AN) (FBI) |
| **Subject:** | RE: 70A-AN-15667 |

Classification: UNCLASSIFIED
========================================================

Hi Jackie,

I checked with RC Rebecca Reynolds this morning and she hasn't received the fingerprint card yet. Did you send it? Do you have a tracking number?

Thanks,
Jen

---

**From:** DECOU, JACQUELINE A. (AN) (FBI)
**Sent:** Sunday, June 17, 2012 4:28 PM
**To:** RAYMOND, JENNIFER LYNN (LD) (FBI)
**Cc:** WALTON, ANDREW T. (AN) (FBI)
**Subject:** RE: 70A-AN-15667

Classification: UNCLASSIFIED
========================================================

We do have fingerprints for Wells. I will prepare an EC and get them out to you ASAP.
Thanks for your assistance.
Jackie

---

**From:** RAYMOND, JENNIFER LYNN (LD) (FBI)
**Sent:** Friday, June 15, 2012 2:47 AM
**To:** DECOU, JACQUELINE A. (AN) (FBI)
**Cc:** WALTON, ANDREW T. (AN) (FBI)
**Subject:** 70A-AN-15667

Classification: UNCLASSIFIED
========================================================

Good morning SA DeCou,

I received the voice mail from SA Walton and have conducted an IAFIS search based on the information furnished on WELLS. Unfortunately I could not locate a record in the system. How would you like to proceed? Can you obtain prints of WELLS? If so you can submit them along with an EC to the Evidence Control Unit Attn: Rebecca Reynolds, she is the request coordinator for your case, and she will take care of getting them to me. If you could get fingerprints and palm prints that would be great. I developed five fingerprints and one palm print of value.

1

PROTECTED DOCUMENT

As you know I will be out of the office until mid July, however I will be able to come in next Friday, June 22 if you could get me WELLS prints by then. If you have any questions or concerns please give me a call on my cell 703-576-4623 or email me on the low side jennifer.raymond@ic.fbi.gov and I will get back to you as soon as I can.

Thanks,
Jen

*Jennifer L. Raymond*
Physical Scientist / Forensic Examiner
Laboratory Division
Forensic Analysis Section
Latent Print Operations Unit
Office: 703-632-8489
Cell: 703-576-4623
Fax: 703-632-7397
Email: jennifer.raymond@ic.fbi.gov


==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

==================================================
Classification: UNCLASSIFIED

2

PROTECTED DOCUMENT



PROTECTED DOCUMENT

Analysis File

Q2DF01A



Ø#1 Pedro Elizondo
CRU#V0234411
See IAFIS Printout

Front Edge of Glass

Comparison File





Ø#1 PEDRO ELIZONDO
CRN: V0234411
1 g verified 6/26/12

PROTECTED DOCUMENT







PROTECTED DOCUMENT







PROTECTED DOCUMENT







PROTECTED DOCUMENT

Wells18_00053861 (49 of 64)
**Exhibit A, Page 58 of 73**














# FEDERAL BUREAU OF INVESTIGATION
## LATENT PRINT OPERATIONS UNIT
## LABORATORY CASE NOTES

**June 22, 2012 – JLR –**

*Request for Examinations:*

Compare the submitted fingerprints of JAMES MICHAEL WELLS to the latent fingerprints detected in Laboratory #120504024.

*Inventory and Processing:*

K1 K2 – fingerprint card bearing the name JAMES MICHAEL WELLS, born          1951
 • Scanned and printed

*Results of Comparisons:*

The fingerprints detected in Laboratory #120504024 are not fingerprints of WELLS. See Laboratory #120504024 for more details.

The specimens will be returned under separate cover.

CASE ID# : 70A-AN-15667
LABORATORY # : 120621005
EXAMINER : Jennifer Lynn Raymond
PAGE _____1_____ OF ___[_____

PROTECTED DOCUMENT

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                     **Date:** 06/18/2012

**To:** Laboratory                 **Attn:** Evidence Control Unit
                                          Rebecca Reynolds

     Anchorage                     **Attn:** ECT Kyndall Jones

**From:** Anchorage
         NS-1
         **Contact:** SA Jacqueline A. DeCou, 907-265-8125

**Approved By:** Klein Sandra L꜠ᵏᵗᵘ\ᵖʰᵘ

                                          120621005

**Drafted By:** DeCou Jacqueline A:jad

**Case ID #:** 70A-AN-15667    (Pending) �register

**Title:** UNSUB(S);
         RICHARD BELISLE - VICTIM
         JAMES HOPKINS - VICTIM
         CGR-Crime of Violence

**Synopsis:** To request laboratory examinations.

**Package Copy:** Being forwarded under separate cover is item 1B242
(barcode E5123664).

**Details:** On 04/12/2012 at approximately 7:45 am, the victims in
this matter, United States Coast Guard civilian employee Richard
Belisle and Petty Officer First Class James Hopkins, were
discovered unresponsive in their offices at the Commsta Kodiak
Rigger Shop, part of the U.S. Coast Guard facility in Kodiak,
Alaska.  Efforts by fire and rescue personnel to revive Belisle
and Hopkins were unsuccessful and both victims were pronounced
dead at the scene.

     Anchorage Evidence Response Team (ERT) members traveled
to Kodiak on 04/12/2012 and processed the crime scene.  The
victims were flown to Anchorage for autopsies.  The cause of
death for both victims was gunshot wounds.

     On 06/15/2012, writer received an e-mail from Jennifer
Raymond from the Latent Print Operations Unit requesting that

UNCLASSIFIED

To: Laboratory  From: Anchorage
Re: 70A-AN-15667, 06/18/2012


fingerprints from James Wells be submitted for comparison purposes.

The following item is being submitted for analysis:

1B242 (barcode E5123664) Fingerprint card for James
Michael Wells


It is requested that any latent fingerprints developed
from item 1B15 (previously submitted to the FBI Laboratory) be
compared to 1B242.

120621005

PROTECTED DOCUMENT

To:  Laboratory  From:  Anchorage
Re:  70A-AN-15667, 06/18/2012

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>LABORATORY</u>

        <u>AT QUANTICO, VA</u>

        Please perform requested examinations.

◆◆

120621005

PROTECTED DOCUMENT

**UNCLASSIFIED**

Federal Bureau of Investigation
Laboratory Division

**LABORATORY WORK SHEET**

To:   Anchorage
      NS-1
      SA Jacqueline A. DeCou

Date:  June 22, 2012

Case ID No.:  70A-AN-15667

Lab No.:  120621005 ABL ABM

Reference:  Communication dated June 18, 2012

Your No.:

Title:     UNSUB (S);
         RICHARD BELISLE - VICTIM
         JAMES HOPKINS - VICTIM
         CGR - Crime of Violence

Date specimens received:  June 21, 2012

Specimens:

K1        Fingerprints of JAMES MICHAEL WELLS (1B242, E5123664)

Page 1 of 1

**UNCLASSIFIED**

PROTECTED DOCUMENT

# FBI Laboratory
# Activity and Communication Log

Laboratory No.: _1 20621005_          Case ID No.: _70A-AN-15662_

| Date | Activity/Communication and Outcome |
|---|---|
| 6/22/12<br>By: _PAR_ | email Sent to SA Allison + SA DeCou - See attached<br>Upload ack 6+ - Serial 90 |
| 6/22/12<br>By: _TIR_ | Left voice mail for SA DeCou advising of receipt of<br>evidence |
| ___/___/___<br>By:_____ | |
| ___/___/___<br>By:_____ | |
| ___/___/___<br>By:_____ | |
| ___/___/___<br>By:_____ | |
| ___/___/___<br>By:_____ | |

Activity and Communication Log  Page ___ of ___

PROTECTED DOCUMENT

| | |
|---|---|
| From: | REYNOLDS, REBECCA ANN (LD) (FBI) |
| Sent: | Friday, June 22, 2012 7:09 AM |
| To: | ALLISON, DARYL (AN) (FBI); DECOU, JACQUELINE A. (AN) (FBI) |
| Subject: | 70A-AN-15667 |

Classification: UNCLASSIFIED
=====================================================

Good morning,

The lab has received the fingerprint cards from Wells. I'll get these up to the Latent Print Unit immediately so they can start the comparisons. I'm out of the office all next week on travel, but if you need anything please shoot me an email, I'll have my Blackberry with me.

Thanks,
Rebecca

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Rebecca Reynolds
Request Coordinator
Evidence Control Unit
FBI Laboratory
(D) 703-632-7600
(BB) 703-898-9309


=====================================================
Classification: UNCLASSIFIED

1

120621005

PROTECTED DOCUMENT

FBI Laboratory
# Chain-of-Custody Log

| Laboratory No.: **120621005** | Case ID No.: **70A-AN-15667** |
|---|---|

☐ Request Coordinator's Log     Unit Name: _____

☑ Intraunit Log     Unit Name: **LPOU** _____

☐ Other     Unit Name: _____

| Item(s) | Delivered By | Accepted By | Date | Remarks |
|---|---|---|---|---|
| K1 | **Retrieved from LPU Evidence Storage** <br> _Unit_ | _Signature_ <br> _LPOU_ | 6/22/12 | |
| K1 | _Signature_ <br> _LPOU_ <br> _Unit_ | **Placed in LPU Evidence Storage for ECU** <br> _Unit_ | 6/22/12 | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |
| | _Signature_ <br> _Unit_ | _Signature_ <br> _Unit_ | | |

Chain-of-Custody   Page _____ of _____

PROTECTED DOCUMENT

# Evidence Control Unit
## Evidence Check-In Notes

Laboratory Number:   120621005 ABL          Case ID: 70A-AN-15667


One (1) sealed Fed Ex box, tracking # 5352 3228 7235.  Contains:
    One (1) sealed manila envelope - discarded in ECU.  Contains:
        One (1) sealed manila envelope labeled "1B242".  Contains:
            K1     Fingerprints of JAMES MICHAEL WELLS (1B242, E5123664)


Initials of Preparer: _ASL_
Date: 6/22/12
Page 1 of 1

PROTECTED DOCUMENT

7-262 (Rev. 07-05-11)

**FBI Laboratory**
**Examination Plan**

Laboratory Number: L2062100.05

Request Coordinator: Reynolds / ABL

Total Items Received: K1

Case ID Number: 7CA-AN-15766 7

Contributor: _____

Evidence Storage Area: Anchorage Bag

| Items | Unit | Examiner/Symbols | Delivered | Remarks | Returned |
|-------|------|------------------|-----------|---------|----------|
| K1 | LPu | Reymond | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |
| | | | | | ☐ Evidence<br>☐ Secondary Evidence |

ECU Notations:

Initials: _____

Date: 6/20/12

Page 1 of 1

PROTECTED DOCUMENT

# ECS Search Slip

**Violation(s)**
Crime On Government Reservation-Crime Of Violence

**Lab No:** 120621005
**City:** Anchorage, Alaska
**Agency:** FBI
**Form:** Electronic Communication, 06/18/2012
**CaseID:** 70A-AN-15667          **Serial:** 71
**Latent Number:**
**Contributor No:** 70A-AN-15667

**Violation date:**
**Violation Location:**

**Victim:**
BELISLE, RICHARD
HOPKINS, JAMES

**Subject:**

**Cross Reference:**

**Remarks:**

ECC Delivered to Unit:_____

**Previous Submission(s)**

```
120601252      QT
Anchorage, Alaska
FBI
Electronic Comm.:05/24/2012 Serial:56
Qs:9         Ks:              NE Items:

120530014    ABL   ABE JE
Anchorage, Alaska
FBI
Electronic Comm.:05/11/2012 Serial:31
Qs:3-8       Ks:              NE Items:

120504024    ABL   ABE ABY ABM
Anchorage, Alaska
FBI
Electronic Comm.:05/01/2012 Serial:15
Qs:2         Ks:              NE Items:

120418251      QT
Anchorage, Alaska
FBI
Electronic Comm.:04/16/2012 Serial:5 Final:04/20/2012
Qs:1         Ks:              NE Items:
```

arcel Method and No: Federal Express - 535232287235
oxes - 1  Date Received: 06/21/2012
eceived in ECC: 06/21/2012
/21/2012 5:20:21 PM - jeneves

PROTECTED DOCUMENT

Wells18_00053875 (63 of 64)



LEAVE BLANK CRIMINAL (STAPLE HERE) LEAVE BLANK

STATE USAGE
NFF SEGURO

SUBMISSION APPROXIMATE CLASS AMPUTATION SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Wells, James, Michael

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

JAMES WELLS

0365

LEAVE BLANK

FBI NO. STATE IDENTIFICATION NO. DATE OF BIRTH AGE SEX RACE HEIGHT WEIGHT EYES HAIR

51 M W 5/0 215 Blue Grey

1. R. THUMB 2. R. INDEX 3. R. MIDDLE 4. R. RING 5. R. LITTLE

6. L. THUMB 7. L. INDEX 8. L. MIDDLE 9. L. RING 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY L. THUMB R. THUMB RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

Lab #120621005
K1 JLR
06/22/2012

FBI
LABORATORY

PROTECTED DOCUMENT