| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev. PROD. Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00040051 | Wells18_00040051 | 1 | 070A-AN-15667_0000322_1A0000275_0000001_PHYSICAL.pdf | FBI Serial | MAIN | 1A0000275 | 070A-AN-15667_0000322_1A0000275_0000001_PHYSICAL.pdf | 2/22/2013 | 2819, 4941-4959 | | x |
| Wells18_00040052 | Wells18_00040052 | 1 | 070A-AN-15667_0000324.pdf | FBI Serial | MAIN | 0000324 | (U) Autopsy of James Hopkins and Richard Belisle | 3/15/2013 | 008698 | | x |
| Wells18_00040053 | Wells18_00040053 | 1 | 070A-AN-15667_0000324_1A0000276_0000001_PHYSICAL.pdf | FBI Serial | MAIN | 1A0000276 | 070A-AN-15667_0000324_1A0000276_0000001_PHYSICAL.pdf | 3/15/2013 | 6029-6111 | | |
| Wells18_00040054 | Wells18_00040054 | 1 | 070A-AN-15667_0000366_1A0000299_0000001.pdf | FBI Serial | MAIN | 1A0000299 | upchurch_2012_08_15_17_36_45_812.pdf | 1/23/2014 | 023010 | | x |
| Wells18_00040055 | Wells18_00040057 | 3 | 070A-AN-15667_0000371.pdf | FBI Serial | MAIN | 0000371 | (U) Request interview of family members of victim James Hopkins | 2/18/2014 | 26641-26643 | | |
| Wells18_00040058 | Wells18_00040060 | 3 | 070A-AN-15667_0000372.pdf | FBI Serial | MAIN | 0000372 | (U) Request interview of family members of victim James Hopkins | 2/18/2014 | 26644-26646 | | x |
| Wells18_00040061 | Wells18_00040063 | 3 | 070A-AN-15667_0000373_1A0000300_0000001.pdf | FBI Serial | MAIN | 1A0000300 | astevidence8212012.pdf | 9/13/2013 | 18261-18263 | | x |
| Wells18_00040064 | Wells18_00040064 | 1 | 070A-AN-15667_0000374.pdf | FBI Serial | MAIN | 0000374 | (U) Evidence received from Crime Laboratory | 12/24/2013 | 021406 | | x |
| Wells18_00040065 | Wells18_00040067 | 3 | 070A-AN-15667_0000374_1A0000301_0000001.pdf | FBI Serial | MAIN | 1A0000301 | kodiak evidence 8212012_2012_08_21_19_11_29_270.pdf | 9/13/2013 | 18264-18266 | | |
| Wells18_00040068 | Wells18_00040072 | 5 | 070A-AN-15667_0000376.pdf | FBI Serial | MAIN | 0000376 | (U) Search of the person of James Wells - 3:12-mj-00252-DMS | 3/15/2013 | 8699-8703 | | x |
| Wells18_00040073 | Wells18_00040084 | 12 | 070A-AN-15667_0000377.pdf | FBI Serial | MAIN | 0000377 | (U) Search warrant executed at 365 Pavloff Circle, Kodiak, AK | 3/15/2013 | 8704-8715 | | x |
| Wells18_00040085 | Wells18_00040091 | 7 | 070A-AN-15667_0000377_1A0000302_0000001.pdf | FBI Serial | MAIN | 1A0000302 | Wells residence Search paperwork.pdf | 2/22/2013 | 2820-2832 | | x |
| Wells18_00040092 | Wells18_00040097 | 6 | 070A-AN-15667_0000377_1A0000302_0000002.pdf | FBI Serial | MAIN | 1A0000302 | Wells residence Search photo log and FD-597.pdf | 2/22/2013 | 2820-2832 | | x |
| Wells18_00040098 | Wells18_00040099 | 2 | 070A-AN-15667_0000378.pdf | FBI Serial | MAIN | 0000378 | (U/FOUO) Kodiak Police Department | 3/15/2013 | 8716-8717 | | x |
| Wells18_00040100 | Wells18_00040101 | 2 | 070A-AN-15667_0000379.pdf | FBI Serial | MAIN | 0000379 | (U) Acquisition of evidence. | 3/15/2013 | 8718-8719 | | x |
| Wells18_00040102 | Wells18_00040102 | 1 | 070A-AN-15667_0000384.pdf | FBI Serial | MAIN | 0000384 | (U) Interview of Angela Burza | 1/10/2014 | 022679 | | x |
| Wells18_00040103 | Wells18_00040104 | 2 | 070A-AN-15667_0000385.pdf | FBI Serial | MAIN | 0000385 | (U) 1A Submission | 12/24/2013 | 21734-21735 | | x |
| Wells18_00040105 | Wells18_00040142 | 38 | 070A-AN-15667_0000385_1A0000305_0000001.pdf | FBI Serial | MAIN | 1A0000305 | 1.pdf | 2/4/2014 | 24408-24413 | | x |
| Wells18_00040143 | Wells18_00040144 | 2 | 070A-AN-15667_0000385_1A0000307_0000001.pdf | FBI Serial | MAIN | 1A0000307 | 3_2012_09_06_17_09_37_560.pdf | 3/15/2013 | 6581-6582 | | x |
| Wells18_00040145 | Wells18_00040145 | 1 | 070A-AN-15667_0000385_1A0000308_0000001.pdf | FBI Serial | MAIN | 1A0000308 | 5_2012_09_06_17_11_47_115.pdf | 3/15/2013 | 006308 | | x |
| Wells18_00040146 | Wells18_00040146 | 1 | 070A-AN-15667_0000385_1A0000309_0000001.pdf | FBI Serial | MAIN | 1A0000309 | 5_2012_09_06_17_11_47_115.pdf | 3/15/2013 | 006584 | | x |
| Wells18_00040147 | Wells18_00040147 | 1 | 070A-AN-15667_0000385_1A0000310_0000001.pdf | FBI Serial | MAIN | 1A0000310 | 6_2012_09_06_17_12_40_867.pdf | 3/15/2013 | 006583 | | x |
| Wells18_00040148 | Wells18_00040153 | 6 | 070A-AN-15667_0000385_1A0000311_0000001.pdf | FBI Serial | MAIN | 1A0000311 | 7_2012_09_06_17_15_27_717.pdf | 3/15/2013 | 6585-6590 | | x |
| Wells18_00040154 | Wells18_00040154 | 1 | 070A-AN-15667_0000385_1A0000312_0000001.pdf | FBI Serial | MAIN | 1A0000312 | 8_2012_09_06_17_16_23_506.pdf | 2/4/2014 | 024414 | | |
| Wells18_00040155 | Wells18_00040168 | 14 | 070A-AN-15667_0000385_1A0000314_0000001.pdf | FBI Serial | MAIN | 1A0000314 | 10_2012_09_06_17_19_44_347.pdf | 2/22/2013 | 2673-2674, 6591-6602, 18267-18268 | | x |
| Wells18_00040169 | Wells18_00040207 | 39 | 070A-AN-15667_0000385_1A0000315_0000001.pdf | FBI Serial | MAIN | 1A0000315 | 11_2012_09_06_17_28_19_127.pdf | 9/13/2013 | 18269-18307 | | x |
| Wells18_00040208 | Wells18_00040211 | 4 | 070A-AN-15667_0000385_1A0000316_0000001.pdf | FBI Serial | MAIN | 1A0000316 | 12_2012_09_06_17_34_43_737.pdf | 2/22/2013 | 4613-4618 | | x |

May 2010 - May 2012

| | | | Sold | | | Purchased | | |
|---|---|---|---|---|---|---|---|---|
| 6228 | 44sp | S & W | 2/7/11 | 396ng | rev | 02/23/09 | 700.25 | David Brown - Anch |
| 6488 | 44 | S & W | 6/2/10 | 629-3 | rev | 06/29/09 | 400.00 | James Powell - Anch |
| 6525 | 44 | S & W | 8/30/10 | 329pd | rev | 07/09/09 | 729.95 | Benjamin Ahrens - Anch |
| 6635 | 44 | S & W | 7/16/10 | unty hunter | rev | 10/06/09 | 683.15 | Seth Rhodes - Anch |
| 6697 | 44 | S & W | 8/28/10 | 629-6 | rev | 11/09/09 | 749.95 | Michael Graham - Palmer |
| 6899 | 44 | Taurus | 6/24/10 | tracker | rev | 04/09/10 | 430.34 | Christopher Vinson - Chugiak |
| 6902 | 44 | Taurus | 12/11/10 | 444049ult | rev | 04/12/10 | 546.99 | Gary Croffut - Anch |
| 6924 | 44 | Taurus | 7/23/10 | m44 | rev | 04/21/10 | 451.57 | Christian Landfelt - Anch |
| 7004 | 44sp | S & W | 6/24/10 | 24-3 | rev | 05/10/10 | 200.00 | Sidney Caughman - Anch |
| 7174 | 44 | S & W | 6/4/10 | 29-2 | rev | 06/01/10 | | Paul Vozar - Anch |
| 7284 | 44 | S & W | 9/15/10 | 29-6 | rev | 07/21/10 | | Clayton Brazington Anch |
| 7305 | 44mag | Taurus | 2/14/11 | 44ss4 | rev | 07/30/10 | 451.57 | David Ford - Anch |
| 7391 | 44mag | S & W | 9/23/11 | 6296 | rev | 09/03/10 | 3500.00 | Chad - Anch |
| 7452 | 44 | S & W | 6/15/11 | 629 | rev | 09/27/10 | 699.67 | Shawn Stone (Stene?) Anch |
| 7595 | 44 | S & W | 7/11/11 | 629-6 | rev | 2/24/11 | 655.00 | John Kelly - Anch |
| 7602 | 44 | Taurus | 2/26/11 | 44ss4 | rev | 02/25/11 | 451.57 | ~~Lynette Tenney~~ David Ford Anch |
| 7604 | 44 | Taurus | 3/5/11 | 444-ss | rev | 02/25/11 | 0.00 | return Camfever |
| 7649 | 44 | Taurus | 6/25/11 | M44 | rev | 04/08/11 | 474.99 | Lynette Tenney - ERiver |
| 7686 | 44 | S & W | 6/2/11 | 29-2 | rev | 05/31/11 | 0.00 | ship to UI J (Dagweiser) |
| 7721 | 44 | S & W | 7/13/11 | 629-5 | rev | 07/08/11 | 650.00 | Erik Peterson Anch |
| 7727 | 44 | S & W | 3/22/12 | 29 | rev | 07/15/11 | 710.95 | Robert Beans Sr Wasilla |
| 7733 | 44 | Taurus | 7/26/11 | m44 | rev | 07/20/11 | 499.99 | Ray Williams Anch |
| 7734 | 44 | S & W | 2/8/12 | m629cl | rev | 07/20/11 | 499.99 | Roberta Croley Anch |
| 7743 | 44 | Taurus | 8/31/11 | m44 | rev | 07/29/11 | 499.99 | Andre Cote Chugiak |
| 7829 | 44 | Taurus | 2/11/12 | m44 | rev | 11/09/11 | 300.00 | Jessica Cantrall - JBER |
| 7899 | 44 | Taurus | 4/9/12 | 44 | rev | 03/05/12 | 275.00 | James Pettis - Cerutti Anch |
| 7924 | 44 | S & W | 4/5/12 | 629-8 | rev | 03/30/12 | 715.76 | James Osborne ~~Anch~~ E River |
| 7892 | 44 | S&W | 4/30/12 5/17/12 | 629-1 | rev | 2/22/12 | | Jason Rafael - Anch |

PROTECTED DOCUMENT

Wells18_00040143 (1 of 2)
Exhibit B, Page 2 of 7

Case 3:13-cr-00008-SLG   Document 862-2   Filed 08/23/18   Page 2 of 7

| # | cal | make | Sold date | model | type | Purchase date | price | name |
|---|---|---|---|---|---|---|---|---|
| 7391 | 44mag | S & W | 9/23/11 | 6296 | rev | 09/03/10 | 3500.00 | Chad |
| 7452 | 44 | S & W | 6/15/11 | 629 | rev | 09/27/10 | 699.67 | Shawn Stone (Steve?) |
| 7595 | 44 | S & W | 7/11/11 | 629-6 | rev | 2/24/11 | 655.00 | John Kelly |
| 7649 | 44 | Taurus | 6/25/11 | M44 | rev | 04/08/11 | 474.99 | Lynetta Tenney |
| 7686 | 44 | S & W | 6/2/11 | 29-2 | rev | 05/31/11 | 0.00 | ship to MI |
| 7721 | 44 | S & W | 7/13/11 | 629-5 | rev | 07/08/11 | 650.00 | Erik Peterson |
| 7727 | 44 | S & W | 3/22/12 | 29 | rev | 07/15/11 | 710.95 | Robert Beans Sr |
| 7733 | 44 | Taurus | 7/26/11 | m44 | rev | 07/20/11 | 499.99 | Ray Williams |
| 7734 | 44 | S & W | 2/8/12 | m629cl | rev | 07/20/11 | 499.99 | Roberta Croley |
| 7743 | 44 | Taurus | 8/31/11 | m44 | rev | 07/29/11 | 499.99 | Andre Cote |
| 7829 | 44 | Taurus | 2/11/12 | m44 | rev | 11/09/11 | 300.00 | Jessica Cantrell |
| 7892 | 44 | S & W | 5/17/12 | 629-1 | rev | 02/22/12 | 250.00 | Jason Rafael |
| 7899 | 44 | Taurus | 4/9/12 | 44 | rev | 03/05/12 | 275.00 | James Pettis-Cerutti |
| 7924 | 44 | S & W | 4/5/12 | 629-8 | rev | 03/30/12 | 715.76 | James Osborne |

PROTECTED DOCUMENT

Wells18_00040144 (2 of 2)
Exhibit B, Page 3 of 7

Case 3:13-cr-00008-SLG   Document 862-2   Filed 08/23/18   Page 3 of 7

**Match #: 1**             **Reason for Match: SSN of Claimant Driver**

Activity & Date: Property/Casualty 09/09/2010      File Number: 7K002828572

Type of Loss: Personal Automobile

Location of Loss: 36TH AVE/ A ST

     City: ANCHORAGE      State: AK      Zip:

Loss Description: CROSS FILE 0178678058

     ISO Received: 09/29/2010

     CAT Related?: N

     Company: ALLSTATE INSURANCE COMPANY      Phone: 5036922729

     Contact: LARSSON,M,G      Phone: 8884426219

     Address: OREGON CASUALTY (4280)

     : 7632 SW DURHAM RD #200

     City: TIGARD      State: OR      Zip: 97224

     Claim Number: 0178704250

     Policy Number: 000017014746


Involved Party: Claimant Driver

     Name: WELLS,JAMES,M

     Address: PO BOX 1814

     City: KODIAK      State: AK      Zip: 996151814

     DOB: /1951

     Gender: M

-->      SSN: 0365      (SSN ISSUED      CA/1968-1968)

     Business Phone: 9074875314

     Injury/Damage: WHIPLASH

PROTECTED DOCUMENT      Wells18_00040208 (1 of 4)

**Exhibit B, Page 4 of 7**

```
        Coverage Type: Bodily Injury
           Loss Type: Other Auto
         Claim Status: OPEN
              Contact: LARSSON,M,G                          Phone:
8884426219



       Involved Party: Insured
                 Name: THOMAS,DONALD,M
              Address: 8101 MAJESTIC CT
                 City: ANCHORAGE              State: AK     Zip: 995044750
                  DOB:         1960
               Gender: M
                  SSN:        9981     (SSN ISSUED      MO/1965-1967)
                       ***  More matches on this SSN outside this report ***
           Home Phone: 9079297273
                       ***  More matches on this Phone outside this report ***



       Involved Party: Insured
                 Name: THOMAS,DONALD,M
              Address: 8101 MAJESTIC CT
                 City: ANCHORAGE              State: AK     Zip: 995044750
                  DOB:         1960
               Gender: M
                  SSN:        9981     (SSN ISSUED      MO/1965-1967)
                       ***  More matches on this SSN outside this report ***
```

PROTECTED DOCUMENT

Home Phone: 9079297273

*** More matches on this Phone outside this report ***

**Match #: 2**                  **Reason for Match: SSN of Insured Driver**

Activity & Date: Property/Casualty 09/09/2010      File Number: 6M002828721

Type of Loss: Personal Automobile

Location of Loss: 36TH AVE/ A ST

       City: ANCHORAGE        State: AK     Zip:

Loss Description: CROSS FILE IS 0178704250

ISO Received: 09/29/2010

CAT Related?: N

     Company: ALLSTATE INSURANCE COMPANY      Phone: 2083231300

     Contact: MCCONNELL,TORREY      Phone: 8003595565

     Address: IDAHO/E WASHINGTON (1430)

            : PO BOX 6828

       City: BOISE        State: ID     Zip: 83707

Claim Number: 0178678058

Policy Number: 000917440962


Involved Party: Insured Driver

       Name: WELLS,JAMES,M

    Address: PO BOX 1814

       City: KODIAK        State: AK     Zip: 996151814

```
                   DOB:           1951
                Gender: M
-->             SSN:           0365      (SSN ISSUED      CA/1968-1968)
        Business Phone: 9074875314
        Injury/Damage: WHIPLASH
         Coverage Type: Medical Payments
            Loss Type: Other Auto
          Claim Status: OPEN
              Contact: MCCONNELL,TORREY                         Phone:
8003595565


         Coverage Type: Collision
            Loss Type: Collision
              Contact: MCCONNELL,TORREY                         Phone:
8003595565
                  VIN: 3B7KF23622M307642 (PASS)   Year:   2002
                 Make: DODGE                    Model: RAM PICKUP
       EDR Available?: NO
             Odometer: 0000000000
           Anti-Theft: Not Supplied



      Service Provider: Medical Doctor(M.D.)
                 Name: CREIGHTON CHIROPRACTIC
              Address: PO BOX 8963
                 City: KODIAK              State: AK      Zip: 996158963
 Business Phone: 9074879798
```

PROTECTED DOCUMENT