| PROD_BEGDOC | PROD_ENDDOC | Filename | PgCount | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev_PROD_Bates | Native Included | Pii Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00048410 | Wells18_00048436 | 1A261.pdf | 27 | FBI Serial\1A | MAIN | 1A0000261 | [U/FOUO] DOCUMENTATION OF PROPERTY FOUND AT WELLS' RESIDENCE | 3/15/2013 | 6181-6207 | | x |
| Wells18_00048437 | Wells18_00048441 | 1A262.pdf | 5 | FBI Serial\1A | MAIN | 1A0000262 | [U/FOUO] DMV PRINTOUTS AND PHOTOS OF BLUE FORD ESCAPE TRAVELING ON KIZHUYAK HWY REPORT AT 6:45AM ON 4/12/12 | 3/15/2013 | 7463-7474 | | x |
| Wells18_00048442 | Wells18_00048446 | 1A263.pdf | 5 | FBI Serial\1A | MAIN | 1A0000263 | [U/FOUO] ADMINISTRATIVE LOG, CRIME SCENE SIGN IN LOG PHOTO LOG | 9/13/2013 | 18260, 24339 | | x |
| Wells18_00048447 | Wells18_00048493 | 1A264.pdf | 47 | FBI Serial\1A | MAIN | 1A0000264 | [U/FOUO] EVIDENCE RECOVERY LOG, ADMINISTRATIVE NOTES LATENT PRINT LIFT LOG PHOTOGRAPHIC LOG | 2/22/2013 | 2053-2099 | | x |
| Wells18_00048494 | Wells18_00048515 | 1A265.pdf | 22 | FBI Serial\1A | MAIN | 1A0000265 | [U/FOUO] ADMIN LOG, EVIDENCE RECOVERY LOG, HUMAN SCENT LOG CRIME SCENE SIGN IN LOG PHOTO LOG, SKETCHES (2) LATENT PRINT LIFT LOG | 3/15/2013 | 5266-5284, 24340-24359 | | x |
| Wells18_00048516 | Wells18_00048580 | 1A266.pdf | 15 | FBI Serial\1A | MAIN | 1A0000266 | [U] Baseline | 2/22/2013 | 2100-2114 | | x |
| Wells18_00048531 | | 1A268.pdf | 2 | FBI Serial\1A | MAIN | 1A0000268 | [U] Search placed in 1A | 3/15/2013 | 6071-6075 | | x |
| Wells18_00048533 | Wells18_00048543 | 1A269.pdf | 11 | FBI Serial\1A | MAIN | 1A0000269 | [U] Search of Kodiak Landfill | 3/15/2013 | 5894-6000 | | x |
| Wells18_00048544 | | 1A271.pdf | 1 | FBI Serial\1A | MAIN | 1A0000271 | [U] Photos from search of 36641 Chiniak Highway, Chiniak, Alaska placed in 1A | 3/15/2013 | 5285-5859 | | x |
| Wells18_00048545 | Wells18_00048588 | 1A273.pdf | 44 | FBI Serial\1A | MAIN | 1A0000273 | [U] search of James Wells' residence, April 16-16, 2012 | 2/22/2013 | 2785-2818, 24960-24403 | | x |
| Wells18_00048592 | | 1A274.pdf | 4 | FBI Serial\1A | MAIN | 1A0000274 | [U] interview of CHRISTOPHER SHELTON | 2/4/2014 | 24404-24407 | | x |
| Wells18_00048593 | Wells18_00048594 | 1A275.pdf | 2 | FBI Serial\1A | MAIN | 1A0000275 | [U] Search of Septic Tank at 365 Pavloff Circle, Kodiak, AK | 2/22/2013 | 2819, 4941-4959 | | x |
| Wells18_00048595 | Wells18_00048603 | 1A276.pdf | 9 | FBI Serial\1A | MAIN | 1A0000276 | [U] Autopsy of James Hopkins and Richard Belisle | 3/15/2013 | 6029-6111 | | x |
| Wells18_00048604 | | 1A279.pdf | 1 | FBI Serial\1A | MAIN | 1A0000296 | [U] Interview of Para Lipchurch | 1/23/2014 | 023010 | | x |
| Wells18_00048605 | | 1A302.pdf | 13 | FBI Serial\1A | MAIN | 1A0000302 | [U] search warrant executed at 365 Pavloff Circle - Wells | 2/22/2013 | 2820-2832 | | x |
| Wells18_00048618 | Wells18_00048655 | 1A305.pdf | 38 | FBI Serial\1A | MAIN | 1A0000305 | [U] 1A Submission | 2/4/2014 | 24405-24413 | | x |
| Wells18_00048656 | | 1A306.pdf | 1 | FBI Serial\1A | MAIN | 1A0000308 | [U] 1A Submission | 3/15/2013 | 006508 | | x |
| Wells18_00048657 | | 1A309.pdf | 1 | FBI Serial\1A | MAIN | 1A0000309 | [U] 1A Submission | 3/15/2013 | 006584 | | x |
| Wells18_00048658 | | 1A310.pdf | 1 | FBI Serial\1A | MAIN | 1A0000310 | [U] 1A Submission | 3/15/2013 | 006583 | | x |
| Wells18_00048664 | | 1A311.pdf | 6 | FBI Serial\1A | MAIN | 1A0000311 | [U] 1A Submission | 3/15/2013 | 6585-6590 | | x |
| Wells18_00048665 | | 1A312.pdf | 1 | FBI Serial\1A | MAIN | 1A0000312 | [U] 1A Submission | 2/4/2014 | 024414 | | x |
| Wells18_00048666 | Wells18_00048679 | 1A314.pdf | 14 | FBI Serial\1A | MAIN | 1A0000314 | [U] 1A Submission | 2/22/2013 | 2673-2674, 6591-6602 | | x |
| Wells18_00048680 | Wells18_00048718 | 1A315.pdf | 39 | FBI Serial\1A | MAIN | 1A0000315 | [U] 1A Submission | 9/13/2013 | 18269-18307 | | x |
| Wells18_00048722 | | 1A316.pdf | 4 | FBI Serial\1A | MAIN | 1A0000316 | [U] 1A Submission | 2/22/2013 | 4613-4618 | | x |
| Wells18_00048723 | | 1A317.pdf | 1 | FBI Serial\1A | MAIN | 1A0000317 | [U] 1A Submission | 2/22/2013 | 2762-2769 | | x |
| Wells18_00048730 | | 1A318.pdf | 1 | FBI Serial\1A | MAIN | 1A0000318 | [U] 1A Submission | 2/22/2013 | 2762-2769 | | x |
| Wells18_00048731 | | 1A319.pdf | 7 | FBI Serial\1A | MAIN | 1A0000319 | [U] 1A Submission | 4/9/2013 | 17364-17370 | | x |
| Wells18_00048743 | | 1A320.pdf | 6 | FBI Serial\1A | MAIN | 1A0000320 | [U] 1A Submission | 2/22/2013 | 4609-4612 | | x |
| Wells18_00048744 | | 1A321.pdf | 1 | FBI Serial\1A | MAIN | 1A0000321 | [U] 1A Submission | 2/22/2013 | 4085-4548 | | x |

Dispatch

Sgt Hill

Trooper Dupras
Casey
Mitchell

CG's Joe

Verbal Authority

PROTECTED DOCUMENT

4/12/12

Gina Mozola    DOB [redacted]    1548

                                              L

Rm 121
Rm 12    Aviation loop
guest
house
trailer

Tricare Service Rep

Neighbor  James Hopkins  shot
police outside home
2 kids  4 + 6
            CDC  Peterson

Ms. Wallace  in  Alabama - have not talked
top

Amanda Breeden - works @ clinic
            but  in  Ketch.
            →              a
sent  text
                    Hopkins
→ think  Jim  ~~Wallace~~  is  shooter
        to AmBr              meaning victim
Gina said  its  my  neighbor → might
have confused w/ shooter + guessed @ shooter

Ms. Wallace family in Alabama
Mike Wallace was @ school there
just
Shane wall now

---

Neighbor w/ Jim Hopkins 4 yrs
husband knew bother
issues?
guy across street kicked out of
housing b/c beating wife

Deb Hopkins - wife of victim

Cody Beaufford          1600     4/12

Hernando Acosta    approx
                    0730  .

walk in door

smell gun powder when walk in

saw hole in trash can


issues?

JimWells — annoys people
        — no huge problems
        — pack rat
        — doesn't share info


Rich — job — master rigger
Belisle      — operate equipment
             — retired BMC

PROTECTED DOCUMENT



thought prank

saw "graze" on left tricep area

no shell casings

call watch officer @ comnsta

no sure who talk to

stepped outside

SN ~~Hassden~~ Upchurch – inside – told
go up hill

OSI Hasedon – looked over – shook
no response

then Milpol → female 1st (blond)
(ME3 Kelly M. Kolodzik)

PROTECTED DOCUMENT

Wells18_00048624 (7 of 38)
**Exhibit C, Page 8 of 43**

PROTECTED DOCUMENT

1st PD o/s Kelly Kolodzik

PROTECTED DOCUMENT

PROTECTED DOCUMENT

Dan
Cooper

Warrant for :    cav
                 house


AMMO

gun
blood
IPhone
Knives



Steve Wallace


VIN TRU
3B7KF2362ZM307642
JAMES or NANCY
Honda
James or Nancy

PROTECTED DOCUMENT

PROTECTED DOCUMENT

- Was it conspiracy or act alone?

- heat of the moment or planned ~~it told~~ ~~them?~~

- did you mean to get both of them or were you just going after one of them?

How long take change tire?

~~Noticed~~ How'd notice soft tire

Spoke with wife –

Other people

PROTECTED DOCUMENT

PROTECTED DOCUMENT



PROTECTED DOCUMENT



PROTECTED DOCUMENT

Wells18_00048633 (16 of 38)
Exhibit C, Page 17 of 43

tools

People just do random stuff

2001 Honda CRV Blue
    Airport
    2 hr parking

0650
    turned
    Probably comfort Inn
    got out looked
    no hissing
    no flat but low
    drive little under speed limit
    tire
    went in
    pants to put on (rain pants)
    30 min
    dump in bucket
    left house went to dump
    dump trash + plastic bags

PROTECTED DOCUMENT

PROTECTED DOCUMENT

0648

0722

124 broke sucker stick
put in mouth

PROTECTED DOCUMENT

PROTECTED DOCUMENT

Videos
- T1 camera @ T2

- Front gate

- T2

Stills:
- T1 camera @ T2

- Front Gate

- T2

PROTECTED DOCUMENT

PROTECTED DOCUMENT

To dos

- Doug find UTC vs cameras
- consolodate audio/video — ~~Kirk~~ ~~Doug~~ chris
- Lab enhancements
- Joe get hard drive video → CWO Robinson
- Ask XO for copy of HD — KIRK
- ~~Video of T1 door~~ none
- ~~Ops~~ ~~tear plan~~ — clear house

- Order Wells PDR / ~~MEDICAL~~ SECEN — Helena
  Belisle
  Hopkins

- Photo from Wells Porch panaramax out — can see Belisle house
- Duty IT burn voicemails [Rekner/ET] Belisle — Sean
- Tire pressures on truck, spare,
- electronic PDR? Stacey Hofler 942-2709 — Helena 4/16 shp
- New copy of Hard drive need to start w/ Chain of Custody — Sean
- Video from main gate thru 0830
- ~~Rankio~~ copies of Electronic profiles — (Wells, 2 victims)
- Door logs — 2 weeks — OS2 Curin
  OSC Richard

JOA-AN-15867

- ~~Video JT Wells walking up~~
- Photos of Wells on system - Jim
- Re-interview runner
- KPD - forensics on phone

---

Ltr ADIC to OTD to use outside agency

LT Milt Bohac
65[redacted]

---

Naughton, Julia
Doing laundry @ neighbors

---

Dirty towel

Public Drive

---

Interview of neighbor Carver
" " Dorothy Traudt
(sister of Belisle)

Denise
Jerry
Chris Hill
Dennis Dupra
KIRK
Doug
Ruth
Sean
Helena
Andy
Daryl

Geofract
oct 11

lantern
celebrate

Jeff Welch —
Eric @ Mac's
list
Chris

Selling manual

@ AT&T
Geos locate
based on tower

PROTECTED DOCUMENT

PROTECTED DOCUMENT

[redacted]

~~Hopkins~~

Joe Sturgis

Mil Pol — ETT Hopkins Bro in law
in from HI
closed → him + family
CGPD on scene

Judy Katelnakof

mom Elizabeth & Naughton ⟩ ᵔ 4/12
dad George Naughton
son Roy Naughton — problem attempt murder
custody Assault 3

Red Ford Ranger [redacted]
Inclusive Community Services — Judy K.?

PROTECTED DOCUMENT

Wells18_00048645 (28 of 38)
Exhibit C, Page 29 of 43

Don Rudat ~~Rudat~~ says dirt bike 280cc ish brown

saw enduro type

saw Red (Maroon) w/ groomed brown Beard

Construction Scott Griffin also saw truck

PROTECTED DOCUMENT

PROTECTED DOCUMENT

Reloads own .45
SWAB stuff

- Team of 5 going thru

- Be done w/in 2 hrs

→ On his desk - Belisle

- Cashe of black powder
- starting on garage
- buring blood bath finish w/in 2hrs

need security

Upchurch   .44 Rem mag   — Pacheco
            .38 snubnose

PROTECTED DOCUMENT



PROTECTED DOCUMENT

Wells18_00048649 (32 of 38)
**Exhibit C, Page 33 of 43**

Account ETI ~ guns revolvers
        Beliste  guns revolvers

PROTECTED DOCUMENT

Wells18_00048650 (33 of 38)
Exhibit C, Page 34 of 43

PROTECTED DOCUMENT

WARNER

Alaska/ERA
7·15
907
822
3:15

Definitely not tomorrow

PROTECTED DOCUMENT

PROTECTED DOCUMENT

Olivia @ AK air

Matt Judy

Wells went to pick up wife
very interested in cameras
someone asked if they
could help

PROTECTED DOCUMENT

COC
ETC Scott Rekner

to LT Pizzuro


Jim Wells

Civilian Appt – 9/4/1990
Antenna Mechanic
@ Commsta
WG-4701-10 step 5

12/31/1969 – 12/27/77 US Navy
2/28/78 – 4/25/1990
ETC                    Retired

married when hired
Spouse
Wells, Nancy
1/28/2009

PROTECTED DOCUMENT

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | EB No | EB Title | Prev_PROD_Date | Prev_PROD_Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00058797 | Wells18_00058811 | 15 | voucher1098448819.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058812 | Wells18_00058817 | 6 | voucher1098952159.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058818 | Wells18_00058822 | 5 | voucher1099059580.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058823 | Wells18_00058828 | 6 | voucher1099253004.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058829 | Wells18_00058833 | 5 | voucher1099305889.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058834 | Wells18_00058838 | 5 | voucher1099418506.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058839 | Wells18_00058843 | 5 | voucher1099520771.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058844 | Wells18_00058848 | 5 | voucher1099611945.pdf | FBI Serial\1A\1AA05 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 8329-8595 | | x |
| Wells18_00058849 | Wells18_00058853 | 5 | commetsproperty.pdf | FBI Serial\1A\1AA06 | MAIN | 1A000040S | (U) Documents obtained in investigation | 3/15/2013 | 6205-6269 | | x |
| Wells18_00058854 | Wells18_00058856 | 3 | sidneypruitt.pdf | FBI Serial\1A\1AA07 | MAIN | 1A000040T | (U) Documents obtained in investigation | 2/4/2014 | 34433-;34435 | | x |
| Wells18_00058857 | Wells18_00058868 | 12 | misc.pdf | FBI Serial\1A\1AA08 | MAIN | 1A000040R | (U) Documents obtained in investigation | 3/15/2013 | 6270, 24436-24441 | | x |
| Wells18_00058869 | Wells18_00058871 | 3 | an-15667-7264.pdf | FBI Serial\1A\1AA10 | MAIN | 1A000045D | (U) 1A Attachment | 9/13/2013 | 18330-18332 | | x |
| Wells18_00058872 | Wells18_00058926 | 55 | cys_firearms_record_book.pdf | FBI Serial\1A\1AA11 | MAIN | 1A000041 | (U) Documents obtained in investigation | 3/15/2013 | 6976-7068 | | x |
| Wells18_00058927 | Wells18_00058964 | 38 | cyfr.pdf | FBI Serial\1A\1AA12 | MAIN | 1A000012 | (U) Documents obtained in investigation | 3/15/2013 | 6976-7068 | | x |
| Wells18_00058965 | Wells18_00058967 | 3 | questionsmatrix.pdf | FBI Serial\1A\1AA13 | MAIN | 1A000043 | (U) Documents obtained in investigation | 9/13/2013 | 18333-18335 | | x |
| Wells18_00058968 | Wells18_00058968 | 1 | DSC_0079.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058969 | Wells18_00058969 | 1 | DSC_0080.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058970 | Wells18_00058970 | 1 | DSC_0081.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058971 | Wells18_00058971 | 1 | DSC_0082.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058972 | Wells18_00058972 | 1 | DSC_0083.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058973 | Wells18_00058973 | 1 | DSC_0084.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058974 | Wells18_00058974 | 1 | DSC_0085.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058975 | Wells18_00058975 | 1 | DSC_0086.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058976 | Wells18_00058976 | 1 | DSC_0087.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058977 | Wells18_00058977 | 1 | DSC_0088.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058978 | Wells18_00058978 | 1 | DSC_0089.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058979 | Wells18_00058979 | 1 | DSC_0090.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |
| Wells18_00058980 | Wells18_00058980 | 1 | DSC_0091.jpg | FBI Serial\1A\1AA14 | MAIN | 1A000014 | (U) Documents obtained in investigation | 9/13/2013 | 18336-18546 | x | x |

**Exhibit C, Page 40 of 43**

Pruitt Boys Honey Bucket Business

Sid Pruitt

Sidney G. Pruitt Jr.                    Dave Mills    4/17
                                        Ronnie Tippett
33__ M_____ __
Kodiak                              Cell ___ ___ ____
___ ____ @ house        1200 gallon tank

Arrvd c 1530- 1630  left
                           Kodiak  Honey Wagon
just do tank vacuuming


last then approx 12 yews ago

low profile, seen wound  but doesn't know

disb_head


paid by check - save recpt -


relatively quiet, don't say much

SA Tippett (DHS 016) Per 4/17/12
SA Mills (CGIS)

Sidney G. Pruitt                                            4/17/12
3328 Monashka Bay, Kodiak
Kodiak Honeywagon (Septic Company)
Pumped septic tank for Jim Wells on Wed
4/11/12. tanks
- Was to pump tank aat 5pm, arrived to
pump around 330p/departed around 445pm
- believes that last pump was 12yrs prior
- does not know Wells at all personally
- Wells began calling w/ phone call, need
sump pumped - Wells left 3-5 messages.
requesting pump
- Messages began approximately Sat, Apr. 7
- 1200gal tank
- Wells paid w/ check, Sid provided receipt

        [          ] (cell)

- Going to Anchorage, return approx May 1