| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev. PROD. Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00050465 | Wells18_00050465 | 1 | DSC_0051.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | | x |
| Wells18_00050466 | Wells18_00050466 | 1 | DSC_0052.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050467 | Wells18_00050467 | 1 | DSC_0053.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050468 | Wells18_00050468 | 1 | DSC_0054.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050469 | Wells18_00050469 | 1 | DSC_0055.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050470 | Wells18_00050470 | 1 | DSC_0056.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050471 | Wells18_00050471 | 1 | DSC_0057.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050472 | Wells18_00050472 | 1 | DSC_0058.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050473 | Wells18_00050473 | 1 | DSC_0059.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050474 | Wells18_00050474 | 1 | DSC_0060.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050475 | Wells18_00050475 | 1 | DSC_0061.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050476 | Wells18_00050476 | 1 | DSC_0062.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050477 | Wells18_00050477 | 1 | DSC_0063.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050478 | Wells18_00050478 | 1 | DSC_0064.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050479 | Wells18_00050479 | 1 | DSC_0065.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050480 | Wells18_00050480 | 1 | DSC_0066.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050481 | Wells18_00050481 | 1 | DSC_0067.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |
| Wells18_00050482 | Wells18_00050482 | 1 | DSC_0068.NEF | FBI Serial\1A\1A1\Disk 1 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | x | x |



PROTECTED DOCUMENT

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev. PROD. Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00051455 | Wells18_00051455 | 1 | DSC_0194.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051456 | Wells18_00051456 | 1 | DSC_0195.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051457 | Wells18_00051457 | 1 | DSC_0196.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051458 | Wells18_00051458 | 1 | DSC_0197.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051459 | Wells18_00051459 | 1 | DSC_0198.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051460 | Wells18_00051460 | 1 | DSC_0199.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051461 | Wells18_00051461 | 1 | DSC_0200.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051462 | Wells18_00051462 | 1 | DSC_0201.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051463 | Wells18_00051463 | 1 | DSC_0202.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051464 | Wells18_00051464 | 1 | DSC_0203.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051465 | Wells18_00051465 | 1 | DSC_0204.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051466 | Wells18_00051466 | 1 | DSC_0205.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051467 | Wells18_00051467 | 1 | DSC_0206.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051468 | Wells18_00051468 | 1 | DSC_0207.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051469 | Wells18_00051469 | 1 | DSC_0208.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051470 | Wells18_00051470 | 1 | DSC_0209.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051471 | Wells18_00051471 | 1 | DSC_0210.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |
| Wells18_00051472 | Wells18_00051472 | 1 | DSC_0211.NEF | FBI Serial\1A\1A1\Disk 4 | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515-001985, 29213-29238 | x | x |



PROTECTED DOCUMENT

Wells18_00051460 (1 of 1)
**Exhibit D, Page 4 of 4**

Case 3:13-cr-00008-SLG   Document 862-4   Filed 08/23/18   Page 4 of 4