Discovery Log
US v. Wells
3:13-cr-00008-SLG

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev. PROD. Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00040212 | Wells18_00040218 | 7 | 070A-AN-15667_0000385_1A0000317_0000001.pdf | FBI Serial | MAIN | 1A0000317 | 13_2012_09_06_17_39_18_677.pdf | 2/22/2013 | 2762-2769 | | x |
| Wells18_00040219 | Wells18_00040219 | 1 | 070A-AN-15667_0000385_1A0000318_0000001.pdf | FBI Serial | MAIN | 1A0000318 | 14_2012_09_06_17_40_34_259.pdf | 2/22/2013 | 2762-2769 | | x |
| Wells18_00040220 | Wells18_00040226 | 7 | 070A-AN-15667_0000385_1A0000319_0000001.pdf | FBI Serial | MAIN | 1A0000319 | 15_2012_09_06_17_41_54_382.pdf | 4/9/2013 | 17364-17370 | | x |
| Wells18_00040227 | Wells18_00040232 | 6 | 070A-AN-15667_0000385_1A0000320_0000001.pdf | FBI Serial | MAIN | 1A0000320 | 16_2012_09_06_17_44_14_243.pdf | 2/22/2013 | 4609-4612 | | x |
| Wells18_00040233 | Wells18_00040233 | 1 | 070A-AN-15667_0000385_1A0000321_0000001_PHYSICAL.pdf | FBI Serial | MAIN | 1A0000321 | 070A-AN-15667_0000385_1A0000321_0000001_PHYSICAL.pdf | 2/22/2013 | 4085-4543 | | x |
| Wells18_00040234 | Wells18_00040237 | 4 | 070A-AN-15667_0000385_1A0000322_0000001.pdf | FBI Serial | MAIN | 1A0000322 | 17_2012_09_06_17_45_24_602.pdf | 3/15/2013 | 6113-6114, 18308-18309 | | x |
| Wells18_00040238 | Wells18_00040243 | 6 | 070A-AN-15667_0000385_1A0000323_0000001.pdf | FBI Serial | MAIN | 1A0000323 | 18_2012_09_06_17_47_03_127.pdf | 2/22/2013 | 3259-3264 | | x |
| Wells18_00040244 | Wells18_00040244 | 1 | 070A-AN-15667_0000385_1A0000324_0000001_PHYSICAL.pdf | FBI Serial | MAIN | 1A0000324 | 070A-AN-15667_0000385_1A0000324_0000001_PHYSICAL.pdf | 3/15/2013 | Non-Bates numbered PDF | | x |
| Wells18_00040245 | Wells18_00040245 | 1 | 070A-AN-15667_0000385_1A0000326_0000001_PHYSICAL.pdf | FBI Serial | MAIN | 1A0000326 | 070A-AN-15667_0000385_1A0000326_0000001_PHYSICAL.pdf | 2/22/2013 | 2365-2492 | | x |
| Wells18_00040246 | Wells18_00040248 | 3 | 070A-AN-15667_0000385_1A0000327_0000001.pdf | FBI Serial | MAIN | 1A0000327 | 21_2012_09_06_18_00_27_023.pdf | 2/4/2014 | 24415-24417 | | x |
| Wells18_00040249 | Wells18_00040249 | 1 | 070A-AN-15667_0000385_1A0000328_0000001.pdf | FBI Serial | MAIN | 1A0000328 | 22_2012_09_06_18_03_00_466.pdf | 2/4/2014 | 024418 | | x |
| Wells18_00040250 | Wells18_00040250 | 1 | 070A-AN-15667_0000385_1A0000329_0000001.pdf | FBI Serial | MAIN | 1A0000329 | 23_2012_09_06_18_04_04_651.pdf | 2/4/2014 | 024419 | | x |
| Wells18_00040251 | Wells18_00040255 | 5 | 070A-AN-15667_0000385_1A0000337_0000001.pdf | FBI Serial | MAIN | 1A0000337 | era.pdf | 3/18/2015 | 010317 - 010321 | | x |
| Wells18_00040256 | Wells18_00040258 | 3 | 070A-AN-15667_0000386.pdf | FBI Serial | MAIN | 0000386 | (U) Interview of LCMDR Pecoraro | 1/10/2014 | 22680-22682 | | x |
| Wells18_00040259 | Wells18_00040260 | 2 | 070A-AN-15667_0000387.pdf | FBI Serial | MAIN | 0000387 | (U) Interview of Pecoraro | 2/18/2014 | 26647-26648 | | x |
| Wells18_00040261 | Wells18_00040261 | 1 | 070A-AN-15667_0000388.pdf | FBI Serial | MAIN | 0000388 | (U) 1A Attachment | 12/24/2013 | 021736 | | x |
| Wells18_00040262 | Wells18_00040262 | 1 | 070A-AN-15667_0000388.pdf^an-15667-1a.pdf | FBI Serial | MAIN | 0000388 | an-15667-1a.pdf | 12/24/2013 | 021737 | | x |
| Wells18_00040263 | Wells18_00040263 | 1 | 070A-AN-15667_0000388_1A0000339_0000001.pdf | FBI Serial | MAIN | 1A0000339 | an-15667-fd597.pdf | 9/13/2013 | 018310 | | x |
| Wells18_00040264 | Wells18_00040264 | 1 | 070A-AN-15667_0000389.pdf | FBI Serial | MAIN | 0000389 | (U) 1A Attachment | 12/24/2013 | 021738 | | x |
| Wells18_00040265 | Wells18_00040268 | 4 | 070A-AN-15667_0000389_1A0000340_0000001.pdf | FBI Serial | MAIN | 1A0000340 | image0.pdf | 2/22/2013 | 3265-3268 | | x |
| Wells18_00040269 | Wells18_00040269 | 1 | 070A-AN-15667_0000391.pdf | FBI Serial | MAIN | 0000391 | (U) Diagram of USCG Support Building T-2 | 3/15/2013 | 6415-6419 | | x |
| Wells18_00040270 | Wells18_00040272 | 3 | 070A-AN-15667_0000391.pdf^diagram of t-2 building.pdf | FBI Serial | MAIN | 0000391 | diagram of t-2 building.pdf | 3/15/2013 | 6415-6419 | | x |
| Wells18_00040273 | Wells18_00040273 | 1 | 070A-AN-15667_0000392.pdf | FBI Serial | MAIN | 0000392 | (U) CG MILPOL Incident Report | 3/15/2013 | 6282-6283 | | x |
| Wells18_00040274 | Wells18_00040276 | 3 | 070A-AN-15667_0000392.pdf^joe sturgis incident report.pdf | FBI Serial | MAIN | 0000392 | joe sturgis incident report.pdf | 3/15/2013 | 6282-6283 | | x |
| Wells18_00040277 | Wells18_00040279 | 3 | 070A-AN-15667_0000392_1A0000342_0000001.pdf | FBI Serial | MAIN | 1A0000342 | joe sturgis incident report.pdf | 9/13/2013 | 18311-13813 | | x |
| Wells18_00040280 | Wells18_00040280 | 1 | 070A-AN-15667_0000393.pdf | FBI Serial | MAIN | 0000393 | (U) 1A Attachment | 3/15/2013 | 5190-5194 | | x |
| Wells18_00040281 | Wells18_00040286 | 6 | 070A-AN-15667_0000393.pdf^search james wells+luggage.pdf | FBI Serial | MAIN | 0000393 | search james wells luggage.pdf | 3/15/2013 | 5190-5194 | | x |
| Wells18_00040287 | Wells18_00040292 | 6 | 070A-AN-15667_0000393_1A0000343_0000001.pdf | FBI Serial | MAIN | 1A0000343 | search james wells luggage.pdf | 2/22/2013 | 3269-3274 | | x |
| Wells18_00040293 | Wells18_00040294 | 2 | 070A-AN-15667_0000394.pdf | FBI Serial | MAIN | 0000394 | (U) Images of data retrieved from of Apple I phone taken off of the person of James Wells | 3/15/2013 | 8720-8721 | | x |

**Exhibit E, Page 1 of 4**



Rets Coggins
– barracks neighbors
during April
all underway
6-102 - FS3 Brayant Shaw - Munro
6-103 - MK3 Tristan Dillmeier - Munro
6-104 - SN Aaron Coggins - Consta
6-105 - FN Raymond Keaulana - Alex Haley
6-105 - SN Neil McCarthy - Alex Haley
6-106 - SN Daniel Bauerlein - Munro
6-106 - SN Zachary Drain - Munro
FN Keaulana
SN McCarthy
ISC Kodiak BEQ
Safe House
MK3 Dillmeier
FS3 Shaw
SN Coggins
SN Bauerlein
SN Drain
FIRST FLOOR PLAN
ENLISTED RM
BATHROOM
VESTIBULE
STAIRS
HALLWAY
LOBBY
SPRINKLER RISER
PHONE RM
BOILER ROOM
JANITOR'S CLOSET
ELECTRICAL
STORAGE
LAUNDRY
LOUNGE
KITCHEN
6-101
6-102
6-103
6-104
6-105
6-106
6-107
6-108
6-109
6-110
6-111
Barracks 3
Building 6
Rooms 6-101 to 6-106 Labeled
April 1-15th 2012

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | Prev_PROD_Date | Prev. PROD. Bates | Native Included | PII Protective Order |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00048745 | Wells18_00048748 | 4 | 1A322.pdf | FBI Serial\1A | MAIN | 1A0000322 | (U) 1A Submission | 3/15/2013 | 6113-6114, 18308-18309 | | X |
| Wells18_00048749 | Wells18_00048754 | 6 | 1A323.pdf | FBI Serial\1A | MAIN | 1A0000323 | (U) 1A Submission | 2/22/2013 | 3259-3264 | | X |
| Wells18_00048755 | Wells18_00048755 | 1 | 1a324.pdf | FBI Serial\1A | MAIN | 1A0000324 | (U) 1A Submission | 3/15/2013 | Non-Bates numbered PDF | | X |
| Wells18_00048756 | Wells18_00048756 | 1 | 1a326.pdf | FBI Serial\1A | MAIN | 1A0000326 | (U) 1A Submission | 2/22/2013 | 2365-2492 | | X |
| Wells18_00048757 | Wells18_00048759 | 3 | 1A327.pdf | FBI Serial\1A | MAIN | 1A0000327 | (U) 1A Submission | 2/4/2014 | 24415-24417 | | X |
| Wells18_00048760 | Wells18_00048760 | 1 | 1A328.pdf | FBI Serial\1A | MAIN | 1A0000328 | (U) 1A Submission | 2/4/2014 | 024418 | | X |
| Wells18_00048761 | Wells18_00048761 | 1 | 1A329.pdf | FBI Serial\1A | MAIN | 1A0000329 | (U) 1A Submission | 2/4/2014 | 024419 | | X |
| Wells18_00048762 | Wells18_00048765 | 4 | 1A340.pdf | FBI Serial\1A | MAIN | 1A0000340 | (U) 1A Attachment | 2/22/2013 | 3265-3268 | | X |
| Wells18_00048766 | Wells18_00048768 | 3 | 1A342.pdf | FBI Serial\1A | MAIN | 1A0000342 | (U) CG MILPOL Incident Report | 9/13/2013 | 18311-13813 | | X |
| Wells18_00048769 | Wells18_00048774 | 6 | 1A343.pdf | FBI Serial\1A | MAIN | 1A0000343 | (U) 1A Attachment | 2/22/2013 | 3269-3274 | | X |
| Wells18_00048775 | Wells18_00048777 | 3 | 1A346.pdf | FBI Serial\1A | MAIN | 1A0000346 | (U) 1a for copy of signed LHM to UNUM re: Belisle life insurance | 3/15/2013 | 8665-8667 | | X |
| Wells18_00048778 | Wells18_00048778 | 1 | 1A349.pdf | FBI Serial\1A | MAIN | 1A0000349 | (U) Firearm/Holster received from Nikola Belisle | 3/15/2013 | 006603 | | X |
| Wells18_00048779 | Wells18_00048846 | 68 | 1A350.pdf | FBI Serial\1A | MAIN | 1A0000350 | (U) BATF Firearms transaction records BSU Kodiak 2 of 4 | 3/15/2013 | 6604-6975 | | X |
| Wells18_00048847 | Wells18_00048909 | 63 | 1A351.pdf | FBI Serial\1A | MAIN | 1A0000351 | (U) BATF Firearms transaction records BSU Kodiak 1 of 4 | 3/15/2013 | 6604-6975 | | X |
| Wells18_00048910 | Wells18_00049025 | 116 | 1A352.pdf | FBI Serial\1A | MAIN | 1A0000352 | (U) BATF Firearms transaction records BSU Kodiak 3 of 4 | 3/15/2013 | 6604-6975 | | X |
| Wells18_00049026 | Wells18_00049151 | 126 | 1A353.pdf | FBI Serial\1A | MAIN | 1A0000353 | (U) BATF Firearms transaction records BSU Kodiak 4 of 4 | 3/15/2013 | 6604-6975 | | X |
| Wells18_00049152 | Wells18_00049153 | 2 | 1A360.pdf | FBI Serial\1A | MAIN | 1A0000360 | (U) FD-941 for LOREX security system | 3/15/2013 | 6001-6002 | | X |
| Wells18_00049154 | Wells18_00049163 | 10 | 1A361.pdf | FBI Serial\1A | MAIN | 1A0000361 | (U) T-2 Measurements | 2/4/2014 | 24420-24429 | | X |
| Wells18_00049164 | Wells18_00050204 | 1041 | 1A363.pdf | FBI Serial\1A | MAIN | 1A0000363 | (U) COMMSTA Access Logs | 3/15/2013 | Non-Bates numbered PDF | | X |
| Wells18_00050205 | Wells18_00050205 | 1 | DSC_0079.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050206 | Wells18_00050206 | 1 | DSC_0080.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050207 | Wells18_00050207 | 1 | DSC_0081.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050208 | Wells18_00050208 | 1 | DSC_0082.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050209 | Wells18_00050209 | 1 | DSC_0083.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050210 | Wells18_00050210 | 1 | DSC_0084.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050211 | Wells18_00050211 | 1 | DSC_0085.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |
| Wells18_00050212 | Wells18_00050212 | 1 | DSC_0086.jpg | FBI Serial\1A\1A1\body | MAIN | 1A0000001 | (U) OPENING COMMUNICATION. | 2/22/2013 | 000515 - 001985, 29213-29238 | X | X |

Exhibit E, Page 3 of 4



Rets Coggins
– barracks neighbors
during April
all underway
6-102 - FS3 Brayant Shaw - Munro
6-103 - MK3 Tristan Dillmeier - Munro
6-104 - SN Aaron Coggins - Consta
6-105 - FN Raymond Keaulana - Alex Haley
6-105 - SN Neil McCarthy - Alex Haley
6-106 - SN Daniel Bauerlein - Munro
6-106 - SN Zachary Drain - Munro
FN Keaulana
SN McCarthy
ISC Kodiak BEQ
Safe House
MK3 Dillmeier
FS3 Shaw
SN Coggins
SN Bauerlein
SN Drain
FIRST FLOOR PLAN
6-101
6-102
6-103
6-104
6-105
6-106
6-107
6-108
6-109
6-110
6-111
Barracks 3
Building 6
Rooms 6-101 to 6-106 Labeled
April 1-15th 2012