**From:** Gary Colbath <Gary_Colbath@fd.org>
**Sent:** Wednesday, August 08, 2018 10:06 AM
**To:** Sayers-Fay, Kim (USAAK); Walker, Jonas (USAAK) 5
**Subject:** Wells -- Dates and Issues

In response to the proposed dates you sent, here are my comments/position:

Rule 16(a)(1)(E)(**your proposal had a typo**) & (b)(1)(A) matters --- October 1 is fine recognizing that anything created after that date will be produced ASAP as available;
Rule 16(a)(1)(F) & (b)(1)(B) matters – October 1 for you is fine for you and we would comply with what we have at that point, but much of what we would produce would be in response to what the gov't produces;
Rule 16 (a)(1)(G) & (b)(1)(C) experts – October 1 is fine for you, I would like a date of Nov. 1 for us as all of my experts are rebuttal in nature and cannot produce final reports until we receive and review those from the gov't;
"Motions Concerning Discovery Produced by October 1, 2018" – I assume this is normal pretrial motions based on discovery received to date? If so, I propose a deadline of November 9 and a response date by November 21;
Rebuttal Experts & Further Reports – I propose December 14;
Motions in Limine and Jencks/Giglio disclosure – I would swap the order of these two and disclosure may generate motions and have a disclosure deadline of January 11 and a limine deadline of January 18;
Rule 404(b) Disclosure – I'm not sure why this is so late as I assume there is nothing "new" you have since my client has been in custody since the last trial so I would ask for this no later than January 7 so as to allow necessary limine motions to be done on the above schedule;
Limine Responses by January January 28 is fine;
FPTC – Discussion of outstanding Mtns January 28 as already scheduled.

Next, I have the following discovery questions, requests or issues:

1) I have received a batch of jail calls. These include calls from the time frame during and around the first trial, then some near the end of Jim's time at Florence, then those from his return to ANC until about the time I started representing him. There is a big time gap missing from the period of when he got to Florence until about the time of his appellate oral argument, I would request production of those and any others in your possession or reasonably obtainable by you. If no more are available I'd like an explanation as to why the gap?

2) I need some form of relief from the protective order regarding your BOP witness. I need to be able to investigate him and his claims (which you have been working on for months) and every day that goes by the I am prohibited from pursuing this jeopardizes our trial date. I would like to start by being able to contact BOP employees and officials regarding him, I assume that can be arranged as they can be told to keep information confidential. I also need to be able to speak with Nancy Wells about this person as your witness mentions receiving correspondence from her and possibly talking with her? Depending on what further discovery I get related to this person, I need to be able to follow up on that. Which leads to my next inquiry: I believe I am missing one of the letters your witness sent to the USA regarding his desire to cooperate (he refers to sending "two") but I only have one. Additionally, I would like the correspondence he claims to have had with Nancy Wells. I would like all BOP generated competency and mental health examinations done on this person, as well as any within the BOP's possession that were done by others. Finally, I would also like verification of when I will receive the rest of (entirety) the information regarding this person. Only then can I understand the scope of our necessary investigation regarding him.

Last, there is a chance I will need to be in Fairbanks next Friday so I will have to do the hearing telephonically, any opposition if that becomes necessary?

Exhibit A

Let me know if/when you want to discuss any of this.

Thanks

Gary G. Colbath, Assistant Federal Defender

601 W. 5th Ave., Ste 800

Anchorage, AK 99501

907-646-3400

907-646-3480 (fax)

Gary_colbath@fd.org