IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having duly considered the United States' motion to continue the trail setting hearing, the motion is hereby GRANTED.

The hearing set for today, August 24, 2018, at 4:00 is vacated and reset for _____ \_\_\_\_\_, 2018, at \_\_:_____.

DATED this _____ day of August, 2018, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE