BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay @usdoj.gov
　　　　Jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR VICTIM TO APPEAR TELEPHONICALLY**<br><br>**FILED ON SHORTENED TIME** |

　　　　The United States of America, by and through undersigned counsel, respectfully files this Motion for Victim to Appear Telephonically at the Status Conference in the above-entitled case for victim N.B. The hearing is set for September 24, 2018 at 9:30 a.m.

Victim N.B. is unable to attend the hearing in person. Therefore, undersigned counsel respectfully moves for her to be allowed to participate telephonically.

RESPECTFULLY SUBMITTED September 19, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Office of the U.S. Attorney