IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having duly considered the United States' unopposed motion for victim to appear telephonically, the motion is hereby GRANTED.

Victim N.B. may call (907) ___-_____ from a landline telephone five minutes prior to the scheduled hearing time.

DATED this _____ day of September, 2018, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE