BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' DISCOVERY PRODUCTION STATUS REPORT |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through undersigned counsel, provides this notice to inform the court of the government's discovery production. On September 17, 2018, the United States produced additional discovery including:

1. An audio interview with CW1,

2. A new discovery log that includes an additional field provided by the FBI that helps discern the content of files,

3. Additional documents, including coversheets/ transmittal reports from the FBI that are conducive to meaningful review of previously produced discovery.

Rolling production will continue.

RESPECTFULLY SUBMITTED September 20, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney