BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' STATUS |
| | ) | CONFERENCE REPORT AND |
| vs. | ) | DISCOVERY UPDATE |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States advises that since the last status conference on August 27, 2018, the following has transpired:

1) On August 27, 2018, the United States advised defense counsel by email that the large Excel spreadsheets to which they had alluded in court were the facility access logs from 2005 to 2012. The government provided the filename and sheets for the 14 sheets within that Excel file that pertain to 2012, the year of the murders.

2) On August 28, 2018, the United States requested via email that defense provide the file extensions for the several hundred files re-produced files that the defense could not open so that the government could assist with resolving access.

3) On August 29, 2018, the United States advised defense via email that it had investigated the defense complaint concerning FBI titles that were not sufficiently descriptive and had learned that the FBI also provided an FBI "File Description" field that contained more information that could be helpful. The "File Description" field was not previously produced because it is replete with PII. The parties subsequently concluded an agreement whereby the United States would produce a New Discovery Log, in digital form, that contained the FBI Description field, and defense would agree to treat that New Discovery Log as covered by the Inmate Records Protective Order, given the wealth of PII within it. The New Discovery Log was produced on September 20, 2018.

4) On August 28, 2018, defense sent the United States a two-page letter detailing seven categories of concerns/ issues with the re-produced discovery. The defense letter also sought 1) government assistance in arranging interviews with BOP personnel and CW1 and 2) further discovery of documents concerning CW1. The defense letter is attached hereto as Exhibit A.

5) On September 14, 2018, counsel was appointed for CW1.

//

//

//

U.S. v. Wells
3:13-cr-00008-SLG         Page 2 of 4
Case 3:13-cr-00008-SLG   Document 874   Filed 09/21/18   Page 2 of 4

6) On September 17, 2018, the United States sent defense a six-page letter with two annexes responding to each of the seven concerns defense had raised with the re-production of the old discovery materials. That letter is attached hereto as Exhibit B.

7) On September 17, 2018, the United States also sent defense a separate letter notifying them of the contact information for CW1's attorney, and advising that the United States anticipates producing many of the documents they seek concerning CW1 by early October 2018. *See* Exhibit C.

8) Also on September 17, 2018, the United States sent defense a third letter addressing several of the issues defense had raised in the Colbath and Smith declarations filed with the Court on August 25, 2018. The United States' letter addressing these points and some defense misunderstandings is attached hereto as Exhibit C.

9) On September 20, 2018, the United States produced key items discussed in the September 17, 2018 letter, including the following:

   a. the redacted audio interview with CW1,
   b. the New Discovery Log containing the searchable FBI File Description field that was previously omitted; and
   c. additional coversheet/s transmittal reports from the FBI that are conductive to resolving questions about who created certain reports and under what circumstances.

//

U.S. v. Wells
3:13-cr-00008-SLG                              Page 3 of 4
Case 3:13-cr-00008-SLG   Document 874   Filed 09/21/18   Page 3 of 4

10) On September 20, 2018 and September 21, 2018, the United States produced approximately half of CW1's BOP Central File, which comprises approximately 725 pages.

RESPECTFULLY SUBMITTED September 21, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

F. Richard Curtner, Esq.
Gary G. Colbath, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney

U.S. v. Wells
3:13-cr-00008-SLG     Page 4 of 4
Case 3:13-cr-00008-SLG   Document 874   Filed 09/21/18   Page 4 of 4