

**THE FEDERAL PUBLIC DEFENDER**
for the DISTRICT OF ALASKA

Gary G. Colbath
Assistant Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3414
Fax: (907) 646-3480
Email: gary_colbath@fd.org

August 28, 2018

Kim Sayers-Fay
United States Attorney's Office
222 W. 7th Ave. #9, Rm 253
Anchorage AK 99513

      RE:   *United States v. James Michael Wells*
             Case No.: 3:13-00008-SLG

Kim,

As you are aware, I will be out of district September 6-19. If an effort to confer on discovery matters and keep you apprised of concerns the defense has or issues we encounter, I can provide the following information and requests at this point:

Please provide us with the following:

1) A completely new discovery log - with both an accurate and detailed description of each bates stamped item. The log should not contain descriptions that are simply alphabetical or numerical names of items.

2) The programs required to open the unknown file types which include at least the following: .AB1, .ini, .ctb, .dwg, .dxf, .psd, .LST, .part, .spc, .qxd, .SPF, .asx, .xad.

3) Identification of officer/agent who authored handwritten field notes found at:
   - BS 48618 – 48655;
   - BS 58854 – 58856; and
   - BS 59651.
Also, if other field notes have been provided that are not listed here that you are aware of, indication of the author on those as well would be helpful.

4) Identification of the author and circumstances surrounding preparation of other handwritten documents including at least the following:
   - BS 43893;
   - BS 40143; and
   - BS 48761.

5) Explanation of what is contained at the following bates as they are completely redacted & no description in log:
   - BS 40212 – 40218; and
   - BS 48723 – 48729.

6) More information on the list of vehicles with no description:
   - BS 45248 – 45331; and
   - BS 45332 – 45385.

7) An explanation regarding the unknown photos included from case # 7A-AN-15642 2546 Spur Lane Anchorage, which the discovery log says memorialize crime scene photos of COMMSTA T2 building, which seems to be in error?
   - BS 57818 – 57894.

I will identify other issues as they arise but these are a start.

Next, with respect to the discovery and matters related to the new CW, I would ask that you assist with the following:

Make the following individuals available for interview, or provide their contact information and location:

1. G. Grisenti - BOP Counselor at Florence;
2. M. Castro - BOP Counselor at Florence;
3. M. Avalos - BOP Counselor at Florence;
4. Any and all roommates of CW during the time he was housed in the same unit as Wells
5. Lt. Fitzmaurice - Lt. at Lompoc UPS;
6. CO T. McIntyre BOP counselor; and
7. CW Himself.

Additionally, can you advise when the next batch of discovery that is related to this person that you referred to in court will be received? Pending receipt of that, the defense requests the following records:

8. Trial and/or hearing transcripts of all testimony of CW in cooperation cases;
9. A list of all cases and/or investigations where the CW helped or tried to help the Government;
10. Any and all requests for Clemency, including a copy of his clemency file with the BOP;
11. A copy of the CW's complete disciplinary file;
12. Any and all requests to Sen. Barbara Boxer's office by the CW for clemency;
13. A copy of CW's disciplinary records from any state facility he has been housed since 1995;

14. Any and all correspondence with AUSA Tony Arvin regarding cooperation or requests for a reduced sentence;
15. A copy of any and all books purchased by or for the CW while in BOP custody; and
16. Access to the CW's property now held by/in BOP.

Also please provide a complete record of all the criminal or civil cases the CW has been party to as a litigant, defendant, and/or witness.

Sincerely,

Gary G. Colbath
Assistant Federal Defender

cc: Bruce Johnson, Deatrich Sheffield, file

GGC