

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*James M. Fitzgerald U.S. Courthouse & Federal Building*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*

*Commercial: (907) 271-5071*
*Fax Number: (907) 271-3224*

September 17, 2018

Via Email Only

Gary Colbath, Esq.
Assistant Federal Defender
301 West 5th Avenue, Suite 800
Anchorage, AK 99501

Re: US v. James Wells/ Reproduction of Discovery Produced in 2012 & 2013

Dear Gary and Rich,

I appreciate your letter dated August 28, 2018, which responded to my emails of the days just before. As in all cases, the sooner you advise our office of issues or concerns, the sooner we can attempt to address those for you.

This letter addresses concerns you raised concerning the reproduction of materials first produced to the defense in 2012 and 2013. Your August 28, 2018 letter also pertained in part to CW1. The United States will address those requests under separate cover.

In preparing this response, I have consulted with Kim Hooper, our Discovery Center Coordinator. As you know, Ms. Hooper is available to you and can often help resolve many of your questions.

Should you have discovery questions for Ms. Hooper going forward on this case, please direct them to her via email copied to me, so that I am aware that a question is pending. Depending on the nature of your concern, it may be that a quick call from Ms. Hooper can resolve the issue.

This response adopts the same issue numbering system as your prior letter to me.

1

1. **New Discovery Log**.

Following receipt of your declaration and Exhibit B, I investigated and learned that the government has additional fields, including in some cases a corresponding FBI description field, which might be a significant aid to you. The Discovery Center initially omitted these file descriptions because they are replete with PII. (For example, a FBI description of an interview with a witness may include that person's SSN, DOB, home address, personal cell phone, etc.).

Those file descriptions are important and we want to produce them. I note, however, that the FBI did not provide a description for all files. You are getting what we have.

I appreciate your commitment to treat the New Discovery Log as subject to the Inmate Records Protective Order, given the PII contained therein. The New Discovery Log will be produced on September 18, 2018.

You will note that Column I now includes the "FBI Description." Additionally, we have added Column Q, which contains the MD5Hash values for the documents, which will assist you in detecting duplicates. Sometimes a duplicate document may have a better description than the original, or vice versa.

2. **Identification of Unknown and Inaccessible File Types**.

Your declaration noted the presence of approximately 400 files with file extensions that are unfamiliar to you, and that you are unable to open. At the government's request, you subsequently detailed the particular file extensions that are problematic.

The document attached hereto as Annex 1 provides further detail about the nature of each of the file types that you questioned. We obtained much of this information through a Google search.

The problematic file types you identified fall into 3 categories:

   a) *FBI proprietary lab proprietary files:* (.AB1, .spc, .qxd, .SPF, .asx, .xad).

   These files are generated by the FBI when using specialized lab equipment; they are often instrumentation results relating to scientific analysis. For example, you will note that the New Discovery Log shows that Wells18_00060607 through at least Wells18_00060625 are .abi files relating to DNA examinations entered by "FBI Author" Constance Fisher.

   Together, Annex 1 and the "FBI Description" enable you to determine whether

2

reviewing these files is important to the defense, and/or whether defense may have reviewed these files when they were produced in 2012 or 2013.

If -- after reviewing Annex 1 and the New Discovery Log -- you conclude that defense or a defense expert must review files generated by FBI proprietary lab instrumentation files, please detail which files you would like to review. With that information, we will identify the appropriate expert at FBI Quantico who can make these files available to you on site at the FBI lab.

Please note that three weeks lead time may be necessary to arrange for your access to the FBI lab and for the availability of the appropriate expert there.

### b) Other Proprietary Files: AutoCAD (.ctb, .dwg, .dxf.,) & Adobe Photoshop Files (.PSD)

The .ctb, .dwb, and .dxf file types are generated by AutoCAD proprietary software. The New Discovery Log's FBI Description eliminates much of the mystery around these files: you can see, for example, that Wells18_00059656 are "Autocad files and pdf with satellite imagery from the site survey of the COMMSTA." These are the same files produced on December 7, 2012.

The USAO does not have an AutoCAD license, and thus we are not able to access these files either. The same goes for .PSD files, which reflect a file created by Adobe Photoshop.

If, after reviewing the New Discovery Log, you conclude that defense or a defense expert must review files generated by AutoCAD and/or Adobe Photoshop, please detail exactly which files you would like to review. With that information, we will identify the appropriate expert at FBI Quantico who can make these files available to you on site at the FBI lab.

Please note that three weeks lead time may be necessary to arrange for your access to the FBI lab and for the availability of the appropriate expert there.

### c) System files (.ini, .part & .LST)

FPD Litigation Support staff and investigators are likely familiar with .ini extension, which is a non-case-specific, system created artifact file that can result from a number of actions, including when someone creates a .zip file or burns a file to a CD. Nowadays, our Discovery Center eliminates these type of files from productions, but they were produced again here to be faithful to the production of the same that occurred on 12/7/2012.

As Annex 1 reflects, .part files reflect partial/ incomplete files that are sometimes created, for example, by downloading something via Mozilla/ Firefox. A .part file is not something the USAO can open; nor do we believe them to contain relevant information. Like .ini files, these files were produced again to accurately reflect what was produced in 2012, but typify files that our Discovery Center would cleanse from the production. Finally, .LST are typically plain text files can be viewed with a text editor.

3. **Identification of Field Note Authorship**

Your August 28th letter and Exhibit C of your Declaration query the authorship of the field notes contained in certain Bates Numbers, including Wells 18_00048618.

Here is how you can find this information consistently:

> **STEP 1: Find the version that has the entire FBI filename; avoid looking at duplicates with shortened names.**

Your difficulty derives from the fact that you are looking at a duplicate of the document with a shortened filename, rather than at the original document that has the complete FBI filename. To avoid this type of difficulty, you may want to remove or identify duplicates from your database by filtering the New Discovery Log by hash value, which is found in Column Q.

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | EvidType | FBI Category | FBI No | FBI Title | FBI Description | MD5Hash | Sha1Hash |
|---|---|---|---|---|---|---|---|---|---|---|
| Wells18_00040105 | Wells18_00040142 | 38 | 070A-AN-15667_0000385_1A0000305_0000001.pdf | FBI Serial | MAIN | 1A0000305 | 1.pdf | (U) 1.pdf | 59C2E577D9A12E7DBF06 9EBF00D40933 | 6656F129E5DC22ED24F96E DB7BE635DBD26D3586 |
| Wells18_00048618 | Wells18_00048655 | 38 | 1A305.pdf | FBI Serial\1A | MAIN | 1A0000305 | (U) 1A Submission | (U) Investigative notes. | 59C2E577D9A12E7DBF06 9EBF00D40933 | 6656F129E5DC22ED24F96E DB7BE635DBD26D3586 |

As you know, FBI file names provide the route to the information you seek. Filtering the new discovery log by either "1A305" or by the hash value shows you that the production contains an exact duplicate, found at Wells18_00040105, which has the whole file name: 070A-AN-15667_0000385_1A0000305_0000001.pdf.

> **STEP 2: Use the file name to unpack the information you want.**

The FPD's investigators and litigation support staff are familiar with the importance of FBI file names and the information they convey. For your convenience, however, the United States has included a refresher in Annex 2.

In this case, the file name indicates that the notes are part of serial 385 to 1A305. Filtering the New Discovery Log's FBI No. field for "385" or using Control + F to search the entire New Discovery Log would produce the following entry, which gives

4

you the Bates number of the main serial: Wells18_00040103. Review of this document shows that Daryl Allison was the author.



If you filter the New Discovery Log as described above and use the results to refer back to the main serial, you will discover the following:

- BS 58854 - 58856;
    o See main serial for 1A407, serial 505 / BS 41467 for Author

- BS 59651.
    o See main serial for 1A44, serial 1 / BS 59618 for Author

### 4. Identification of Author and Circumstances Surrounding Preparation of Handwritten Documents.

a) BS 43893:

As the New Discovery Log makes clear, BS 43893 is part of 1A535. Indeed, if you filter the New Discovery Log FBI No. field by "535", you will find the following two documents:



You can tell by the identical MD5 hash values that these two documents are the same, and you can further note that FBI description is "Diagram of the residence of James Wells." To discern the author, though, you would need to examine the main serial report/ coversheet indicated by the file name, Serial 788.

These coversheets were not produced initially because we thought they contained no relevant information. Your query, however, alerted us to the fact that without them, you cannot discern authorship. Thus, on September 18, 2018, we produced these coversheets to you. Review of Serial 788 reveals that

5

Case 3:13-cr-00008-SLG   Document 874-2   Filed 09/21/18   Page 5 of 10

BS 43893, which is a sketch of the Wells' residence obtained by Daryl Allison and CGIS SA Aaron Woods during an interview of Robert & Judy Pletnikoff.

b) BS 48761. As above, sorting the New Discovery Log by FBI No. reveals two identical files, both of which show that they relate to 1A329 and Serial 385.



A search of the New Discovery Log's FBI No. field reveals the following:



Review of this document, BS 40103, reveals the authorship for 33 different items collected.

## 5. Explanation of Particular Bates Numbered Documents

a) BS 40212-40218. It appears these documents were scanned improperly by the FBI. We will produce new copies. In the interim, we note that these were previously produced on 2/22/13 as 2862-2769.

b) BS 48723-48729. These documents from 1A317/ Serial 385 are duplicates of BS40212-40218, described above.

## 6. More Information on List of Vehicles with No Description

Concerning BS45248 and BS 45332, as the file name reveals, both relate to Serial 990, 1A705. The coversheet for Serial 990 was omitted from the prior production for the reasons explained above, and will thus be produced shortly. Our review of that document shows that Daryl Allison authored the 1A submission.

## 7. Clarification re Photos Comprising BS 57818-57894.

The FBI Description field for BS57818-57894, which you can find and search on the New Discovery Log, provides the answer to your question. That description provides as follows:

6

*"(U) One CD containing 288 photographs. First 79 photographs are from a search conducted on 03/30/2012 for case 7A-AN-15642. The photos were inadvertently left on the memory card but included in evidence to maintain continuity. The remaining photos are the initial crime scene photos from the COMMSTA T2 building taken on 4/12/2012."*

Sincerely,

BRYAN SCHRODER
United States Attorney

/s

KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

KSF/

7

8

## ANNEX 1

a) .AB1 – FBI Lab proprietary file. We cannot open within the USAO office. Coordination with FBI Lab personnel to run these files in their software. The ab1 file is a file type produced by Data Collection software generating sequencing data, with the extension ".ab1".

b) .ini – INI is a file extension for an initialization file format, as the name implies, used by Microsoft Windows. INI files are plain text (ASCII) and are used to set parameters for the operating system and some programs. Any text editor can be used to view the contents of these files.

c) .ctb – AutoCAD proprietary file. We cannot open within the USAO office, we do not own licensing for this software. CTB is a file extension for a color settings file used with AutoDesk AutoCAD software. CTB files contain color-based plot styles, or mappings of colors to layers of objects; used to attach color and display settings to design objects.

d) .dwg - AutoCAD proprietary file. We cannot open within the USAO office, we do not own licensing for this software. DWG refers to both a technology environment and .dwg files, the native file format for Autodesk's AutoCAD® software

e) .dxf - AutoCAD proprietary file. We cannot open within the USAO office, we do not own licensing for this software. DXF is a file extension for a graphic image format typically used with AutoCAD (Computer Assisted Drafting) software. DXF stands for Drawing eXchange Format.

f) .psd - A .PSD file is a layered image file used in Adobe PhotoShop. PSD, which stands for Photoshop Document, is the default format that Photoshop uses for saving data. PSD is a proprietary file that allows the user to work with the images' individual layers even after the file has been saved.

g) .LST - An LST file is a data list used by many kinds of programs, including Microsoft Visual Studio and text editors. It contains a listing of various types of information such as a list of files to be installed by a software installer or a spreadsheet or database exported from another program. LST files are typically plain text files, which can be viewed and edited with a text editor.

h) .part - A Partial Download is a file created by a file sharing or download program to store incoming data. As the name suggests, this is only PART of the original file, as the download hasn't finished yet.

i) .spc - FBI Lab proprietary file. We cannot open within the USAO office. The SPC file format is a file format for storing spectroscopic data. The SPC file format is a file format in which all kinds of spectroscopic data, including amongst others infrared spectra, Raman spectra and UV/VIS spectra.

j) .qxd - FBI Lab proprietary file. We cannot open within the USAO office. QXD is a file extension for a document file used by QuarkXpress Desktop Publishing software. QXD stands for QuarkXpress Document. QXD files were used with QuarkXpress version 5 or earlier.

k) .SPF - FBI Lab proprietary file. We cannot open within the USAO office. SPF is a file extension for an image file in a format developed by the Joint Photographic Experts Group. SPF stands for Still Picture interchange file Format, also referred to as SPIFF.

l) .asx - The Advanced Stream Redirector format is a type of XML metafile designed to store a playlist of Windows Media files for a multimedia presentation. Contents of list should be reviewable in any text editor.

m) .xad - FBI Lab proprietary file. We cannot open within the USAO office. Coordination with FBI Lab personnel to run these files in their software. Agilent Bioanalyzer file types for lab DNA analysis.

# ANNEX 2

**GENERAL NOTE: UNDERSTANDING FBI FILE NAMES**

The bates numbered item Wells18_00040143 has a filename of 070A-AN-15667_0000385_1A0000307_0000001.pdf, which is broken down into 4 parts at each underscore.

- The first sequence of numbers and letters are the FBI case number 070A-AN-15667.

- The numbers after the 1st underscore represents the FBI serial number, in this example Serial 385.

- The numbers are the 2nd underscore represent the 1A attachment number, in this example is 1A307.

- The last set of numbers following the 3rd underscore represents the item number associated with that 1A item number.

In order to determine more detailed information, beyond the FBI Title and FBI Description on the log provide, regarding this specific 1A item, it would be necessary to review the top level serial number (385) to which the 1A is attached. This serial (385) was produced as Bates # Wells18_00040103 and it details a description of each attachment entered into evidence with this respective serial number

10

Case 3:13-cr-00008-SLG   Document 874-2   Filed 09/21/18   Page 10 of 10