

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*James M. Fitzgerald U.S. Courthouse*
*& Federal Building*     Commercial: (907) 271-5071
*222 West 7th Avenue, #9, Room 253*     Fax Number: (907) 271-3224
*Anchorage, Alaska 99513-7567*

September 17, 2018

Via Email Only

Gary Colbath, Esq.
Asst Federal Defender
301 West 5th Avenue, Suite 800
Anchorage, AK 99501

Re:  US v. James Michael Wells – Response Concerning Discovery Pertaining to CW1

Dear Gary & Rich,

In your letter of August 28, 2018, you requested several different categories of documents pertaining to CW1, including the following:

1. Trial and hearing transcripts of his prior testimony;
2. Lists of cases in which CW1 has attempted to assist the government;
3. Clemency related documents;
4. CW1's complete disciplinary file;
5. CW1's letters to Senator Barbara Boxer; and
6. State facility disciplinary records.

Some time ago, the United States initiated efforts to obtain documents in its possession that must be disclosed to satisfy discovery obligations, including Brady, Giglio and Jencks materials. Indeed, the United States has already produced materials relating to CW1, including the transcript of his statement concerning Wells and other documents concerning their period of incarceration together. Moreover, within the next day or so, we expect you will receive the audio recorded version of the same debrief, from which CW1's name has been redacted.

The United States anticipates continuing its early, voluntary production of further Jencks and Gilgio materials. We anticipate that many of the documents you seek will be produced by early October, 2018 – i.e., months before trial. Given the early production, we appreciate your adherence to the terms of the Inmate Records

Protective Order, which BOP notes is crucial to inmate safety.

Your August 28, 2018 letter also expressed a desire to interview CW1. We suggest you direct that request to Mr. Jeff Robinson, of Ashburn & Mason, who now represents CW1. Mr. Robinson's contact information is as follows:

> Jeff Robinson
> Ashburn & Mason
> Tel: (907) 276-4331

Your August 28, 2018 letter also expressed a desire to interview several BOP counselors concerning CW1. You will need to pursue that request through BOP Legal. We have reached out to BOP Legal to determine the appropriate contact person; we will inform you when we have BOP's response.

You also noted your desire to interview CW1's "roommates" during the time he was housed in the same unit as Wells. This does raise serious inmate safety concerns. Moreover, it is our understanding that BOP does not track cellmates, and that some inmates do not in fact have a "roommate." Wells, for example, often had his own cell. However, the United States anticipates producing documents obtained from BOP which show when Wells and CW1 were housed in the same zone and range.

Sincerely,

BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant United States Atttorney

KSF/eah
cc: Jeff Robinson