

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

James M. Fitzgerald U.S. Courthouse
& Federal Building
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-3224

September 17, 2018

Via Email Only

Gary Colbath, Esq.
Asst Federal Defender
301 West 5th Avenue, Suite 800
Anchorage, AK 99501

Re: US v. James Michael Wells – Response Re Disco Issues Raised in Declaration

Dear Gary & Rich:

As you know, the United States responded under separate cover regarding issues you raised in your August 28, 2018, letter concerning issues with the reproduction of discovery initially produced in 2012 and 2013. Your letter postdated your declaration to the court, which raised several other matters. To assist you in fully understanding the materials that we have reproduced, we address some of the issues raised in your declaration below.

In the future, we encourage your to meet and confer with the government concerning perceived discovery issues before raising such issues with the court. We intend to continue to prioritize resolution of discovery matters on this case. Given that our Discovery Center Coordinator and the litigation assistant for this case, Kim Hooper, is often in high demand, we would greatly appreciate at least seven days' response time, although Ms. Hooper can often resolve matters sooner.

If you do need clarification from Ms. Hooper on any Wells discovery matter, please forward your inquiry to her, copying me, via email. Ms. Hooper may well respond to resolve your concern via phone, but your email to me will enable me to troubleshoot when necessary and make sure that no request falls through the cracks.

1

1. **Exhibit A: Response Re "Incorrectly" Labeled Items.**

As a general matter, we note that items are labeled as the FBI labeled them. Unfortunately, sometimes labels are inaccurate. The government struggles with that issue as well. We expect, however, that defense may be greatly assisted by the New Discovery Log, which now includes not just the FBI Title, but also the FBI Description, which is often better.

The problems you cite in Exhibit A all appear to correspond to FBI Evidence Item 1A271, disk 2. It appears that the photos contained in disk # 2 of 1A271 are from multiple different locations, but were all taken by the same agent. That fact is not apparent from the FBI Description, but it is apparent when you review the photos in sequence, as we have done below. Before beginning to take photos at a new location, the agent took a picture that identified the new location.

- Ex A, pg. 1-2: As Bates # Wells18_00053284 makes clear, photos from Bates Wells18_00053284 – 53397, are photos of the Blue Honda CRV taken at the Kodiak Police Dept on 4/15/2012.

- Ex A, pg. 3-4: As Bates # Wells18_00053398 makes clear, photos from Bates Wells18_00053398 – 53431, are search photos COMMSTA T2 Rigger Shop on 4/16/2012.

- Ex A, pg. 5-6: As Bates # Wells18_00053432 makes clear, photos from Bates Wells18_00053432 – 53532, are search photos of 365 Pavloff Cir on 4/16/2012.

- Ex A, pg. 7-8: As Bates # Wells18_00053533 makes clear, photos from Bates Wells18_00053533 – 53603, are search photos of White Dodge Truck at AST Vehicle Bay on 4/16/2012.

- Ex A, pg. 9-73: As Bates # Wells18_00053813-53876 with a file name of 1A272.pdf makes clear, the description was accidentally copied from the item directly prior 1A271, but should have been labeled (U) LATENT PRINT REPORT as is reflected the 1A272 items immediately following the highlighted bates number. This error has been corrected on the New Discovery Log.

## 2. Further Review of Laptops, Desktops, Cell Phones and Hard Drives.

The Government previously produced forensic images of these items to defense. If those are not available to you, please advise. The items are physically located at the FBI and your access to them can of course be arranged.

## 3. Digitally Pixelated Photographs Contained in Your Declaration Exhibit D.

Defense has better copies of the photos contained in Exhbit D. It appears you just did not realize that fact.

As you know, we cannot bates number a native file/ native image. For Bates numbering purposes, therefore, we created a PDF'ed version which we number. The quality of the .pdf'd version may be subpar, but the point is simply to let you know that you have a native file resembling that photo. The native file has the same filename, but is found in the native folder.

To reiterate, as is customary in all our cases, a corresponding native file, if applicable, (ie, NEF, JPG, TIF, and/or CR2 file, etc), can be found in the NATIVE folder of the production with the same bates numbered filename as the PDF bates stamped version. In some instances, we have provided both an NEF and JPG for the same file. This is apparent when reviewing the log original filename field if it has been provided in both NEF & JPG then the filename will be the same and be consecutively listed on the discovery log.

In this instance, we produced .pdf'd versions (pixilated) that correspond to native NEF files that were also produced. We previously produced all the native JPG files for these same files and that is indicated on the log in the Previously Produced Date & Previously Produced Bates Range. The pixilated .pdfs you seem to be reviewing are for bates numbering purposes only. You will likely want to review the native file with the same filename.

3

## 4. Load Files

We also would like to begin a dialogue about the possibility of producing load files with all image, natives (excluding those records with redactions applied), and OCR (excluding the sections of text redacted), if that would be helpful for you. This would perhaps be useful to reduce the amount of time your staff is spending "processing" the searchable PDF production we have produced to you. Not being familiar with what review tool you are utilizing, we can't be sure this would be useful for you. However, the Discovery Center is willing to explore the possibility of creating load files for images if you believe doing so would help.

Sincerely,

BRYAN SCHRODER
United States Attorney

*s/ Kimberly R. Sayers-Fay*
KIMBERLY R .SAYERS-FAY
Assistant United States Attorney

KSF/

4