BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay @usdoj.gov
       Jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG <br><br> **NOTICE OF FILING PROPOSED ORDER PURSUANT TO COURT'S ORAL ORDER OF SEPTEMBER 24, 2018** |

Pursuant to the court's order given during the motion hearing held September 24, 2018, the government hereby files its proposed order to establish trial and pretrial deadlines.

//

//

RESPECTFULLY SUBMITTED September 24, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2018,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Office of the U.S. Attorney

U.S. v. Wells  Page **2** of **2**
3:13-cr-00008-SLG
Case 3:13-cr-00008-SLG   Document 879   Filed 09/24/18   Page 2 of 2