IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) ORDER GRANTING IN PART |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) CONTINUE TRIAL AND |
| | ) ESTABLISHING TRIAL AND |
| JAMES MICHAEL WELLS, | ) PRETRIAL DEADLINES |
| | ) SCHEDULING ORDER |
| Defendant. | ) |

After due consideration of the Defendant's Motion to Continue Trial [Docket 860], the motion is GRANTED in part. For the reasons the Court articulated during the September 24, 2018 motion hearing, which also served as a scheduling conference, trial will commence on **April 29, 2019 at 8:30 a.m.**

The Court hereby adopts as its Trial and Pretrial Deadlines Scheduling Order the deadlines memorialized in the table attached hereto as Exhibit A, which were also discussed during the aforementioned hearing.

In the event that any party files a substantive motion prior to the January 25, 2019 deadline, the opposing party shall have three weeks to respond. A reply brief may be filed two weeks after the response. For motions in limine, the opposing shall have two weeks to respond; no reply brief to motions in limine shall be filed unless the Court requests such a filing.

A final pretrial conference in this matter shall be held on **April 5, 2019 at 2:30 p.m.**

DATED this 26th day of September, 2018, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE