# ANNEX A: TRIAL AND PRETRIAL DEADLINES SCHEDULING ORDER, UNITED STATES V. JAMES MICHAEL WELLS, CASE NO. 3:13-CR-00008-SLG

| Disclosures | Status/ Proposed Disclosure Date |
|---|---|
| Rule 16(a)(1)(A)—Defendant's Oral Statements | Done. |
| Rule 16(a)(1)(B)—Defendant's Written / Recorded Statements | Ongoing (as to jail calls) |
| Rule 16(a)(1)(D)-Defendant's Prior Record | Done. |
| Rule 16(a)(1)(E) & Rule 16(b)(1)(A)--Documents and Objects | December 7, 2018 |
| Rule 16(a)(1)(F) & Rule 16(b)(1)(B) Reports of Examinations or Tests | December 7, 2018 |
| Government's Expert Witness Disclosure of Expert Witness Reports | December 7, 2018 |
| Discovery Motions Concerning Materials Produced on or Before 11/1/2018 | December 7, 2018 |
| Further Rule 16(a)(1)(E) & Rule 16(b)(1)(A)-- Documents and Objects (Responsive to Dec. disclosures). | January 4, 2019 |
| Defense Disclosure of Expert Witness Reports | January 4, 2019 |
| Discovery Motions Concerning Materials Produced After 11/1/2018 | January 11, 2019 |
| MOTIONS | January 25, 2019 |
| Government Disclosure of Responsive Expert Witness Reports | February 1, 2019 |
| Defense Disclosure of Surrebuttal Expert Witness Reports | February 15, 2019 |
| MOTION RESPONSES | February 15, 2019 |
| Giglio Materials | February 22, 2019 |
| MOTION REPLIES | March 1, 2019 |
| Motions in Limine | March 8, 2019 |
| Motion in Limine Responses (No replies unless ordered by Court) | March 22, 2019 |
| Final Pretrial Conference | April 5, 2019 at 2:30 p.m. |
| Exchange of Exhibits in digital and hard copy form | April 10, 2019 |
| **Trial** | **April 29, 2019** |