Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA  98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF ATTORNEY |
| v. ) | APPEARANCE |
| ) | |
| JAMES MICHAEL WELLS, ) | |
| ) | |
| Defendant ) | |
| ) | |

**Notice of Attorney Appearance**

Peter A. Camiel, hereby enters his appearance as CJA appointed co-counsel for defendant James Michael Wells in the above captioned matter.

Dated this 17th day of October, 2018.

    *Peter A.Camiel*
Peter A. Camiel, WSBA No 12596
Attorney for Defendant

**Certificate of Service**

I hereby certify that on the 17th day of October, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

*s/Peter A. Camiel*
Peter A. Camiel
Attorney for defendant

Notice of Attorney Appearance
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*

Case 3:13-cr-00008-SLG   Document 882   Filed 10/17/18   Page 2 of 2