Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION TO MODIFY |
| | ) | PROTECTIVE ORDER |
| v. | ) | |
| | ) | ORAL ARGUMENT REQUESTED |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

A period of additional excludable delay under 18 U.S.C. § 3161(h) will NOT occur as a result of the filing this motion as this motion will not result in any delay of trial as the Court has ruled this a complex case and has set trial for April 29, 2019, taking into account any pretrial motions that will be filed in this case.

James Michael Wells, through counsel, moves for an order modifying

certain provisions of the PROTECTIVE ORDER REGARDING DISCOVERY

MATERIALS COMPRISING PROTECTED INMATE RECORDS entered at docket no. 846.

This motion is based upon the defendant's right to effective counsel under the Sixth Amendment and the defendant's constitutional right to present a defense and the facts and arguments outlined in the memorandum filed under seal in support of this motion. Defendant requests that the Court hear oral argument on this motion.

DATED this 29th day of October , 2018.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Wells
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
(206)624-1551
(206)448-1843
petercamiel@yahoo.com

## Certificate of Service

I hereby certify that on the 29th day of October, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel