BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) ) | UNITED STATES' DISCOVERY PRODUCTION STATUS REPORT |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The United States of America, by and through undersigned counsel provides this notice to inform the court of the government's discovery production. On October 30, 2018, the United States produced 2,478 pages of discovery.

The majority of the 2,487 pages comprise the government's further voluntary early production of Jencks materials pertaining to CW1. These materials, which

are subject to the INMATE RECORDS PROTECTIVE ORDER at Docket 846, are produced six months before trial and before any trial testimony by CW1.

Further documents are Rule 16 materials. Rolling production will continue.

RESPECTFULLY SUBMITTED October 31, 2018 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2018, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney

U.S. v. Wells
3:13-cr-00008-SLG     Page 2 of 2
Case 3:13-cr-00008-SLG   Document 885   Filed 10/31/18   Page 2 of 2