Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEFENSE COUNSEL |
| | ) | TO APPEAR TELEPHONICALLY AT |
| vs. | ) | HEARING SET FOR NOVEMBER 8, |
| | ) | 2018 |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defense counsel Peter A. Camiel moves the court to allow him to appear via telephone at the status hearing set in Mr. Well's case for November 8, 2018. Mr. Camiel's office is in Seattle and he is unable to attend this hearing in person as he is scheduled to be in a felony criminal trial in King County Superior Court in Seattle during the week on November 5th.

Dated this 2nd day of November, 2018.

/s/Peter A. Camiel
Peter A. Camiel
Attorney for Defendant Wells

## Certificate of Service

I hereby certify that on the 2nd day of November, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.
I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/s/*Peter A. Camiel*
Peter A. Camiel

Notice of Unavailability-