Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | MOTION TO APPEAR |
| | ) | TELEPHONICALLY AT THE |
| JAMES MICHAEL WELLS, | ) | NOVEMBER 8, 2018 HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having duly considered defense counsel's motion to appear telephonically at the hearing scheduled for November 8, 2018 in the above captioned case, the motion is hereby GRANTED. Counsel for Defendant will call (907) _____-_____ from five minutes prior to the scheduled hearing time.

DATED this _____ day of November, 2018.

_____
United States District Judge