Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR LEAVE FOR TELEPHONIC PARTICIPATION,** *filed on shortened time* |

Defendant, James Wells, by and through counsel, hereby moves this Court for leave to allow Mrs. Nancy Wells to participate telephonically at the status hearing scheduled for this Thursday, November 8, 2018, at 1:00 p.m. The public in general…ha[s] a qualified right of access to court proceedings and records. This right is rooted in the common law.[1] The First Amendment also confers on the public a qualified right of access. In 1980, the Supreme Court held that the First Amendment right of access to court proceedings includes the public's right to attend criminal trials.[2]

The *Public Right of Access,* the common law and the Constitution afford the public a qualified right of access to judicial records and proceedings. The Constitution affords a

---

[1] *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 596–97 (1978).
[2] *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 580 (1980) (plurality opinion, quotation marks omitted).

criminal defendant both a right to public proceedings and limited protection from public proceedings.

DATED at Anchorage, Alaska this 5th day of November 2018.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of Court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on November 5, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*