BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' NOTICE OF |
| | ) | TOPICS FOR STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court has set a status conference concerning the Wells case for Thursday, November 8, 2018 at 1:00 p.m., and has directed that the parties file any notices of issues to be addressed by today, November 6, 2018.

//

//

//

The United States would appreciate the Court's guidance on the following two issues:

(1) The United States wishes to disclose to defense portions, as a further voluntary early disclosure, of a sealed PSR from another district. Must the United States obtain permission to do so from the United States District Court in the district of conviction, or may this Court provide such approval for the disclosure of relevant parts?

(2) Certain sealed pleadings in this case concern CW1, including Docket No. 884. May the United States forward these sealed pleadings to CW1's counsel? Or, alternatively, will the Court automatically forward Wells case pleadings concerning CW1 to CW1's attorney? As this situation may repeat, the United States would appreciate the Court's guidance on this matter.

RESPECTFULLY SUBMITTED November 6, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Gary Colbath, Esq.
Richard Curtner, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney

U.S. v. Wells
3:13-cr-00008-SLG           Page 2 of 2