Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-CR-00008-SLG |
| ) | |
| Plaintiff, ) | MOTION TO DISCLOSE NON- |
| ) | PRIVILEGED *EX-PARTE* |
| v. ) | PLEADINGS |
| ) | |
| JAMES MICHAEL WELLS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION**

     A period of additional excludable delay under 18 U.S.C. § 3161(h) will NOT occur as a result of the filing this motion as this motion will not result in any delay of trial as the Court has ruled this a complex case and has set trial for April 29, 2019, taking into account any pretrial motions that will be filed in this case.

     James Michael Wells, through counsel, moves for an order directing that non-privileged *ex-parte* pleadings filed in this case be produced to the

defendant's counsel.  Defendant's argument in this matter is contained in the memorandum in support, filed under seal.

DATED  this 12th day of November , 2018.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Wells
2101 Fourth Avenue, Suite 1900
Seattle, WA  98121
(206)624-1551
(206)448-1843
petercamiel@yahoo.com

## Certificate of Service

I hereby certify that on the 12th day of November, 2018,  I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel