BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
|---|---|---|
| Plaintiff, | ) ) | UNITED STATES' JOINDER TO DEFENDANT'S MOTION FOR DISCLOSURE OF EX-PARTE PLEADINGS (Doc 896) |
| vs. | ) ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The United States joins and supports defendant's motion to remove the ex parte designation from the pleadings comprising Dockets 867, 868, and 869, concerning the appointment of counsel for CW1. Removal of the ex parte designation will render these documents accessible the defense team – and only the defense team. Defense may then proactively access these documents through CMECF/ PACER.

However, the documents comprising Docket Nos. 867, 868, and 869 documents, should remain under seal and thus not be visible to others beyond the government and defendant in this case.

Attached, the United States supplies the requisite proposed order to this effect.

RESPECTFULLY SUBMITTED November 14, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Gary Colbath, Esq.
Richard Curtner, Esq.
Peter Camiel, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney