IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having duly considered the United States' Joinder to Defendant's Motion (Doc. 896), the motion is hereby GRANTED.

IT IS ORDERED that the ex-parte designation on the pleadings comprising Dockets 867, 868, and 869, concerning the appointment of counsel for CW1, shall be removed.

IT IS FURTHER ORDERED that Dockets 867, 868, and 869, **shall be sealed**.

DATED this _____ day of November, 2018, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE