BRYAN SCHRODER
United States Attorney

KIMBERLY SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Rm 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Email: kimberly.sayers-fay@usdoj.gov
      Jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) NOTICE OF FILING |
| | ) REVISED STIPULATED |
| vs. | ) PROTECTIVE ORDER REGARDING |
| | ) DISCOVERY MATERIALS |
| JAMES MICHAEL WELLS, | ) COMPRISING PROTECTED INMATE |
| | ) RECORDS |
| Defendant. | ) |

      The United States, by undersigned Assistant United States Attorney, pursuant to Federal Rule of Criminal Procedure 16(d)(1), and consistently with the Court's order at Docket 895, gives notice that the parties have reached an agreement regarding the attached proposed protective order. On November 28, 2018, defense counsel Peter Camiel indicated his approval to the government filing this notice and the attached proposed order.

//

Therefore, the government respectfully requests the Court enter the proposed attached order.

RESPECTFULLY SUBMITTED November 28, 2018, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly Sayers-Fay
KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2018,
a true and correct copy of the foregoing
was served electronically on the following:

Gary Colbath.
Peter Camiel

s/ Kimberly Sayers-Fay
Office of the U.S. Attorney

U.S. v. James Michael Wells
3:13-cr-00008-SLG