Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-CR-00008-SLG |
| Plaintiff, | MOTION FOR ACCELERATED DISCOVERY OF MATERIAL RELEVANT TO CW1 |
| v. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

**MOTION**

     A period of additional excludable delay under 18 U.S.C. § 3161(h) will NOT occur as a result of the filing this motion as this motion will not result in any delay of trial as the Court has ruled this a complex case and has set trial for April 29, 2019, taking into account any pretrial motions that will be filed in this case.

     James Michael Wells, through counsel, moves for an order accelerating the government obligation to disclose materials pertaining to CW1 and

MOTION FOR ACCELARATED DISCOVERY
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

requiring disclosures to be made by January 4, 2019. This motion is based on

*Brady v. Maryland*, and the Due Process Clause of the United States

Constitution. The memorandum in support of this motion is filed under seal.

Dated this 7th day of December, 2018.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Wells
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
(206)624-1551
(206)448-1843
petercamiel@yahoo.com

## Certificate of Service

I hereby certify that on the 7th day of December, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel

MOTION FOR ACCELARATED DISCOVERY
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--2*