Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEFENSE COUNSEL |
| | ) | TO APPEAR TELEPHONICALLY AT |
| vs. | ) | HEARING SET FOR DECEMBER 19, |
| | ) | 2018 |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Defense counsel Peter A. Camiel moves the court to allow him to appear via telephone at the status hearing set in Mr. Well's case for November 8, 2018 in the event counsel is unable to travel to Anchorage for the hearing. Mr. Camiel's office is in Seattle. He may be unable to attend this hearing in person due to a family medical situation. In that event he is seeking authorization to appear by phone.

    Dated this 12th day of December, 2018.

                                            */s/Peter A. Camiel*
                                            Peter A. Camiel
                                            Attorney for Defendant Wells

## Certificate of Service

I hereby certify that on the 121th day of December, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.
I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel

Notice of Unavailability-