Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
2101 Fourth Ave, Suite 1900
Seattle, WA 98121
(206) 624-1551
Fax: (206) 448-1843
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| Plaintiff, | ) ) | NOTICE OF ISSUES FOR STATUS CONFERENCE SET FOR DECEMBER 20, 2018 |
| v. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The Court has scheduled a status conference for December 20, 2018 and has directed the parties file notice regarding any topics the parties want addressed by December 17, 2018.

Defendant Wells has filed a motion at docket no. 901 for discovery concerning CW1. The government's response filed on December 14th is at docket no. 908.

NOTICE OF ISSUES FOR STATUS CONFERENCE
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

Dated this 17th day of December, 2018.

> Respectfully submitted,
>
> */s/Peter A. Camiel*
> Peter A. Camiel WSBA 12596
> Attorney for Defendant Wells
> 2101 Fourth Avenue, Suite 1900
> Seattle, WA 98121
> (206)624-1551
> (206)448-1843
> petercamiel@yahoo.com

## Certificate of Service

I hereby certify that on the 17th day of December, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel