BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' NOTICE OF |
| | ) | TOPICS FOR STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Concerning the status conference now set for Thursday, December 20, 2018, the United States would like to the bring to the Court's attention that, in the wake the earthquake and the systems and office closures that followed it, the parties agreed that the government could make the disclosures due on December 7, 2018, on December 14, 2018. The government thus made its expert witness disclosure and further Rule 16 disclosures on that date.

The parties further agreed that the defense expert witness disclosure deadline would likewise be continued from January 4, 2019, to January 11, 2019. The United States will make every effort to disclose any responsive expert witness disclosures by the original deadline of February 1, 2019, although defense has agreed that that deadline should also be continued one week, until February 8, 2019.

The United States is not aware of any other issues that merit the Court's attention at this time.

RESPECTFULLY SUBMITTED December 18, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Gary Colbath, Esq.
Richard Curtner, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney