Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**SUPPLEMENTAL NOTICE OF TOPICS FOR STATUS HEARING** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, hereby notifies the court and counsel of the following additional matters which the defense intends to raise with the court at the status hearing set herein for December 20, 2018 at 1:00 p.m. These matters are in addition to those already noticed by the parties in prior filings.

The government made its expert witness disclosure and partial Rule 16 disclosures on December 14, 2018. In its disclosure, the government noticed 17 potential experts anticipated to testify at trial. Three such experts were entirely new to the case so far as the defense was aware and have not previously testified in this matter. For two of these experts, extensive technical reports were provided detailing the experts' work and opinions. None of the experts CV's or contract documents were provided. Almost no

information, no report, and no documentary or digital materials were produced for the third new expert.

The parties have agreed that the defense expert witness disclosure deadline should be continued from January 4, 2019, to January 11, 2019 for the same reasons the government needed to move its original disclosure deadline. However, in light of the government's incomplete initial disclosure and its identification of three completely new experts, the defense may not be able to disclose its experts under the current court deadline. Some materials will certainly be available but others will certainly not be available. Moreover, the government disclosures may necessitate the filing of a continuance request by the defense.

Currently, the defense is NOT seeking any relief from the court relative to any issues at this point but rather is simply notifying the court of these developments.

DATED at Anchorage, Alaska this 19th day of December, 2018.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 19, 2018. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*