BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
JONAS M. WALKER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
Email: Jonas.walker@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
|---|---|---|
| Plaintiff, | ) ) ) | **UNITED STATES' SUPPLEMENTAL NOTICE OF TOPICS FOR STATUS CONFERENCE** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

Earlier today, December 18, 2018, defense filed a Supplemental Notice advising that the government's expert witness disclosure did not include the requisite CVs and contracts, and that a report for one potential witness was missing. The government's Expert Witness Notice advised that these materials would be promptly produced. However, defense is correct that the production did not immediately follow.

The government regrets the oversight, which it remedied as soon it became aware. As the attached letter makes clear, the government today produced the CVs, contracts, supporting files and video report for the three new expert witnesses.

The government had previously produced all the CVs for the other 13 potential expert witnesses, but also produced them again today for defense counsel's convenience.

RESPECTFULLY SUBMITTED December 18, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2018, a
true and correct copy of the foregoing was
served electronically on the following:

Gary Colbath, Esq.
Richard Curtner, Esq.
Peter Camiel, Esq.

s/ Kimberly R. Sayers-Fay
Assistant United States Attorney