

# U.S. Department of Justice

*United States Attorney*
*District of Alaska*

*James M. Fitzgerald U.S. Courthouse*
*& Federal Building*     *Commercial: (907) 271-5071*
*222 West 7th Avenue, #9, Room 253*     *Fax Number: (907) 271-3224*
*Anchorage, Alaska 99513-7567*

December 19, 2018

Via Email Only

Peter A. Camiel, Esq.
Camiel & Chaney, P.S.
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121-2315

Gary Colbath, Esq.
Asst Federal Defender
Rich Curtner, FPD
301 West 5th Avenue, Suite 800
Anchorage, AK 99501

Re:    US v. James Michael Wells
       Expert Witness Disclosure Follow-up and Clarifications

Dear Counsel:

The government's December 14, 2018, expert witness notification advised that we would promptly discover the expert witness CVs and contract documents that had not yet produced. Your notice to the court today brought to my attention that we had not yet done that. I apologize for that oversight. The further materials accompany this letter.

As you noted, the government gave notice of seventeen potential experts. Of these seventeen, thirteen were disclosed last time, and many of them testified at the prior trial. Thus, you already have most of the CVs that you seek. However, we are attaching the CVs of previously-disclosed experts again here for your convenience. If there is a new contract, we have included that as well.

As before, the Government notes that we have not made a final determination of forensic experts we plan to call; we have thus noticed some again simply out of an

abundance of caution. Because many of these experts are forensic experts who produced lab reports, you may find it useful to review the Rule 16(F) List of Lab Reports that was produced most recently on July 18, 2018, and comprises FBI_0000138157.

The government's December 14, 2018, notice advised of three new experts. These include the following:

A. **Steven Becker**: Mechanical Engineer, Robson Forensic, Inc.
   a. You previously received Becker's report.
   b. His contract and CV accompany this letter.

B. **Dr. Lalit K. Mestha**: Director of Biometric Research, KinetiCor, Inc.
   a. You previously received Dr. Mestha's report entitled "Color Analysis of Suspect & Known Vehicles," dated November 26 – December 10, 2018.
   b. Dr. Mestha's CV and contract accompany this letter.
   c. We are also producing with this letter a few Matlab files that Dr. Mestha wrote to facilitate his analysis.

C. **Rick "R.T." Wyant**: Analyst, WD Forensic, Inc.
   a. Mr. Wyant's CV and contract accompany this letter.
   b. Mr. Wyant's report consists of a narrated 2 minute and 33 second video that explains certain firearms and ballistics facts and concepts. Please VLC player to open this video file.

Should you have any further questions concerning the government's expert witness notification, please do not hesitate to contact me.

Sincerely,

BRYAN SCHRODER
United States Attorney

/s/ Kimberly Sayers-Fay
Kimberly Sayers-Fay
Assistant United States Attorney