BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steven.Skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>JAMES MICHAEL WELLS,  )<br>)<br>Defendant.  )<br>) | No. 3:13-cr-00008-SLG |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney Steven E. Skrocki now appears as counsel for the United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

//

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steven.Skrocki@usdoj.gov

RESPECTFULLY SUBMITTED December 21, 2018, at Anchorage, Alaska.

Bryan Schroder
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, a
true and correct copy of the foregoing was
electronically served on the following:

Gary Colbath
Richard Curtner
Peter Camiel

s/ Steven E. Skrocki
Office of the U.S. Attorney