BRYAN SCHRODER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES MICHAEL WELLS., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby

gives notice that Assistant U.S. Attorney, Christina Sherman, now appears as counsel for

the United States of America in the above-entitled action.

All future correspondence in this matter should be sent to:

//

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Christina.Sherman@usdoj.gov

RESPECTFULLY SUBMITTED December 21, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/Christina Sherman*
CHRISTINA SHERMAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, a
true and correct copy of the foregoing was
electronically served on the following:

Gary Colbath
Richard Curtner
Peter Camiel

s/ Christina Sherman
Office of the U.S. Attorney