MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS       CASE NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            JESSICA D. SOLNICK

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: KIMBERLY R. SAYERS-FAY & JONAS M. WALKER

DEFENDANT'S ATTORNEY:    GARY GEORGE COLBATH & PETER CAMIEL

PROCEEDINGS: STATUS HEARING/PENDING MOTION  HELD: DECEMBER 20, 2018
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:02 p.m. court convened.

Court and counsel heard re government's disclosure of three new
expert witnesses and defendant's request for extension of time to
file rebuttal expert reports.

Court and counsel heard re extension of deadlines.

Government's Rule 16 and Expert Witness Disclosures was due by
**December 14, 2018.**

Defendant's Expert Witness Disclosures are now due by **January 11,
2019** except in regard to defendant's three rebuttal expert
reports; names and CV's are to be provided by the January 11,
2019 deadline.

Government's Disclosures of Responsive expert witness reports are
now due **February 8, 2019.**

Defendant's Rebuttal Expert Reports for three experts are now due
**February 15, 2019.**

Government's Surrebuttal re three late disclosure reports due 3
weeks from February 15, 2019.

Court and counsel heard re expert budget and pending request for
approval of CJA funds for expert to be retained referred to U.S.
Magistrate Judge approximately 3 weeks ago. Court will review.

(Revised 1-29-2015)

Court and counsel heard re Defendant's Motion for Accelerated Discovery Material Relevant to CW1 (DKT 901); Arguments heard.

Defendant's Motion for Accelerated Discovery Material Relevant to CW1 (DKT 901); **GRANTED IN PART** with regard to CW1 and discovery in Government's possession awaiting redaction.

Court ordered Government to provide Defendant redacted discovery currently in U.S. Attorney's Office possession in regards to CW1 and file response to 24 points referenced in docket 902 by **January 18, 2019**; Defendant's Reply due **January 24, 2019.**

Court ordered AUSA to make a digital version of the documents available with regard to the BOP records for the defense, as Government agreed to at page 8 of docket 908.

Status Conference set for **January 25, 2019 at 1:00 p.m.**

At 1:42 p.m. court adjourned.

DATE: __December 20, 2018__          DEPUTY CLERK'S INITIALS: _JDS_

(Revised 1-29-2015)