BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
 christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) | |
| v. | ) | |
| JAMES MICHAEL WELLS | ) | |
| Defendant. | ) | |

**MOTION FOR BRIEF STATUS CONFERENCE
FILED ON SHORTENED TIME**

COMES NOW United States of America, by and through undersigned counsel, and requests a brief status conference before the court to discuss two trial related items. Said status conference will address one pretrial motions matter, as well as substitution of counsel by the government for trial. Wherefore, at a time convenient to the court the

United States seeks a brief status conference for the purpose of discussing those matters during the week of January 7, 2019.

RESPECTFULLY SUBMITTED this 8th day of February, 2018, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on January 4, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney

Motion to Hearing
US v. Wells
3:13-cr-00008-SLG

2