IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) **PROPOSED ORDER** |
| vs. | ) |
| JAMES MICHAEL WELLS | ) |
| Defendant. | ) |

Having duly considered the United States' Motion for Status Conference, the motion is hereby GRANTED. A status conference is set for January _____, 2019 at _____ am/pm before the Honorable Sharon L. Gleason in courtroom 3.

IT IS SO ORDERED

DATED: _____ _____
SHARON L. GLEASON
U.S. DISTRICT COURT JUDGE