BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | **NOTICE TO DISCONTINUE** |
| | ) | **ELECTRONIC SERVICE** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through counsel, and hereby notifies the Court that Jonas M. Walker, Assistant United States Attorney, is no longer an active participant in the above-referenced case. The government authorizes the Clerk's Office to terminate service on Mr. Walker of all future documents filed in this case.

//

//

//

RESPECTFULLY SUBMITTED January 8, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Jonas M. Walker
JONAS M. WALKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2019,
a copy of the foregoing was served
electronically on:

All counsel of record

s/ Jonas M. Walker
Office of the U.S. Attorney

U.S. v. Wells  Page 2 of 2
3:13-cr-00008-SLG