BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) | **NOTICE TO DISCONTINUE ELECTRONIC SERVICE** |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW, the United States of America, by and through counsel, and hereby notifies the Court that Kimberly R. Sayers-Fay, Assistant United States Attorney, is no longer an active participant in the above-referenced case. The government authorizes the Clerk's Office to terminate service on Ms. Sayers-Fay of all future documents filed in this case.

//

//

RESPECTFULLY SUBMITTED January 8, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2019,
a copy of the foregoing was served
electronically on:

All counsel of record

s/ Kimberly R. Sayers-Fay
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG

Page 2 of 2

Case 3:13-cr-00008-SLG   Document 921   Filed 01/08/19   Page 2 of 2