MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS CASE NO. 3:13-cr-00008-SLG
Defendant: X Present X In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

OFFICIAL REPORTER: SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI/CHRISTINA M. SHERMAN

DEFENDANT'S ATTORNEY: GARY COLBATH/PETER CAMIEL-TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD JANUARY 10, 2019

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:02 p.m. court convened.

Court and counsel heard re new government trial counsel.

Court and counsel heard re calling of certain witnesses and Docket Number 902 deadlines are not applicable anymore.

Mr. Skrocki will notify the defendant within 10 days regarding witnesses will be calling in case in chief and rebuttal case.

Mr. Skrocki addressed the court re producing rough notes of agent interviews and additional discovery to the defendant as soon as possible.

Mr. Skrocki will be complying with the defendant's requests regarding experts.

Mr. Skrocki will be producing email review of specific government witnesses from the first trial to the defendant.

Mr. Colbath will not be filing any motions or motions work regarding CW-1, in light of the information.

Mr. Colbath will be providing the government with a list of 9 experts, potentially 2 of which will be new.

Continued To Page 2

(Revised 1-29-2015)

---

Court and counsel heard re due to the government shutdown the defense is having trouble re allocating funds or able to commit funds for expenses and travel. Mr. Colbath is trying to find information or locate funds somewhere else. This is affecting

Court and counsel heard re deadlines on motions and experts to be addressed at the next status hearing.

Status Hearing set for 01/25/2019 is VACATED and rescheduled for 01/22/2019 at 1:30 p.m.

Parties appearing telephonically are to call the Meet Me Bridge at (907) 677-6248 and enter Access Code 668160 five minutes prior to the hearing, from a land line.

The parties informed the court they will be meeting after the hearing to go over issues.

At 3:28 p.m. court adjourned.

DATE: January 10, 2019 DEPUTY CLERK'S INITIALS: CME

(Revised 1-29-2015)