IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | |
| Vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

*Proposed* **Order**

After due consideration of the Defendant's Unopposed Motion to Continue Trial and Related Deadlines, the motion is GRANTED.

IT IS ORDERED that the defendant's unopposed motion to continue trial and related deadlines will be considered at the status conference currently set for January 22, 2019, at 1:30 p.m.

DATED this __ day of January, 2019, in Anchorage, Alaska.

Sharon L. Gleason
UNITED STATES DISTRICT COURT