BRYAN SCHRODER
United States Attorney

KELLEY L. STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email:  Kelley.L.Stevens@uscg.mil,
Kelley.stevens@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Special Assistant United States Attorney Kelley L. Stevens now appears as counsel for the for United States of America in the above-entitled action.

//

All future correspondence in this matter should be sent to:

KELLEY L. STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Kelley.L.Stevens@uscg.mil,
Kelley.stevens@usdoj.gov

RESPECTFULLY SUBMITTED January 17, 2019 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kelley L. Stevens
KELLEY L. STEVENS
United States of America
Special Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on January 17, 2019 a true and correct copy of the foregoing was served electronically on the following:

Peter Camiel
Gary Colbath
Richard Curtner

s/ Kelley L. Stevens
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG                    2