...

...

Gary G. Colbath  
Assistant Federal Defender  
FEDERAL PUBLIC DEFENDER  
FOR THE DISTRICT OF ALASKA  
601 West Fifth Avenue, Suite 800  
Anchorage, Alaska 99501  
Phone: (907) 646-3400  
Fax: (907) 646-3480  
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR LEAVE TO FILE MOTION UNDER SEAL**, *filed on shortened time* |

       Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court on shortened time for an order granting leave to file a motion under seal. The basis for granting the request to file Defendant's Motion for Pretrial Release, filed on shortened time, under seal is due to the sensitive nature of the content. It is not feasible to file a redacted copy of the motion, thus filing the motion under seal is appropriate.

       Counsel's declaration in support of this motion is filed separately and under seal.

       Consideration of this motion on shortened time is requested because a status conference set for January 22, 2019.

//

//

//

DATED at Anchorage, Alaska this 17th day of January, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 17, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*