IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG |

*Proposed* **Order**

After due consideration of the Defendant's Motion for Leave to File Motion Under Seal, filed on shortened time, the motion is GRANTED.

IT IS ORDERED that Mr. Wells may file his Motion for Pretrial Release, filed on shortened time, under seal.

DATED this __ day of January, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason
UNITED STATES DISTRICT COURT