| DEPARTMENT OF HOMELAND SECURITY<br>U.S. COAST GUARD<br>CG-4608-1 (Rev. 1-11) | COAST GUARD INVESTIGATIVE SERVICE<br>MEMORANDUM OF ACTIVITY (MOA) | CLASSIFICATION STAMP<br>UNCLAS / FOUO / LES |
|---|---|---|
| TYPE OF ACTIVITY<br>Witness Interview - Echo DAVIS | | CASE CONTROL NUMBER<br>0059-12 GNW 0026 7B[GA] |
| SUBJECT<br>WELLS, JAMES M./WM/CIV/BELLS FLATS, AK | | |

1. On 16 November 2012, S/A Aaron WOODS, CGIS Resident Agent Office (RAO) Kodiak, AK conducted a recorded interview with Echo DAVIS, Civillian, Kodiak, AK at RAO Kodiak. DAVIS provided the following information in response to questioning.

2. DAVIS stated she is a co-worker of Nancy WELLS, Civillian, Kodiak, AK who is the spouse of James WELLS **(SUBJECT)**, Civillian, COMMSTA Kodiak, AK. DAVIS informed S/A WOODS that N. WELLS has been openly discussing the murder investigation in their workplace at Kodiak Area Native Association (KANA). DAVIS stated that in August 2012, N. WELLS informed co-workers that J. WELLS had failed to tell investigators the actual reason he was late for work on 12 April 2012 was because he had deficated in his pants due to his recent gall bladder surgery. N. WELLS added that J. WELLS stopped at the Kodiak Airport to clean himself. N. WELLS asserted J. WELLS was too embarrassed to tell FBI and CGIS agents.

3. DAVIS stated N. WELLS has been continually claiming to have additional information of people who perpetrated the murders. DAVIS stated in October 2012, N. WELLS asserted Hanna BELISLE, Civillian, Kodiak, AK should be considered a suspect. DAVIS said in October 2012, N. WELLS claimed a strange tattooed man who had been residing in Bells Flats was a suspect. DAVIS then provided in early November 2012, N. WELLS asserted that Nicola BELISLE, Civillian, Kodiak, AK should be considered a suspect and described her as a "Screeching widow." DAVIS provided S/A WOODS with notes she has taken since the murders **(Attachment A)**. DAVIS said she had additional notes but could not locate them prior to the interview and would advise S/A WOODS if found.

4. DAVIS stated she believed J. WELLS was providing information to N. WELLS to intentionally disceminate false information. DAVIS explained she believed this because N. WELLS had been instructed by KANA management not to discuss the investigation at work but defiantly continued to do so.

5. Original MOA and video recording will be maintained in FBI case file, case number **70A-AN-15667**.

ATTACHMENT:

(A) Echo DAVIS; Notes dated 16 November 2012

| Investigator's Name, Title, and Signature<br>Aaron W. Woods<br>Aaron W. Woods<br>Special Agent | Approving Official's Name, Title, and Signature<br>R. SHELTON FOR<br>G. Russell BARKER<br>Special Agent-in-Charge |
|---|---|

**WARNING**
THIS DOCUMENT IS THE PROPERTY OF THE COAST GUARD INVESTIGATIVE SERVICE. INFORMATION CONTAINED HEREIN IS LAW ENFORCEMENT SENSITIVE IN CHARACTER AND ITS SECURITY FROM UNAUTHORIZED DISCLOSURE MUST BE PRESERVED. THE CONTENTS OF THIS REPORT MAY BE DISCLOSED ONLY TO THOSE PERSONS WHOSE OFFICIAL DUTIES REQUIRE ACCESS. NO COPIES SHALL BE MADE AND CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED WITHOUT SPECIFIC AUTHORIZATION FROM DIRECTOR, COAST GUARD INVESTIGATIVE SERVICE

PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 USC 552 AND 552(a)

| CLASSIFICATION STAMP<br>UNCLAS / FOUO / LES | Local Reference No<br>**GOVERNMENT EXHIBIT 3**<br>3:13-cr-00008-SLG |
|---|---|

PROTECTED DOCUMENT                                       Wells18_00088827 (1 of 1)