FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Evidence Log

**Event Title:** (U) Search of 365 Pavloff Circle  **Date:** 05/28/2013

**Approved By:** SSA OBERLANDER ELIZABETH A

**Drafted By:** Daryl Allison
            STRAUSE ANGELA MARIE

**Case ID #:** 70A-AN-15667      (U) JAMES WELLS;
                                 JAMES HOPKINS - VICTIM;
                                 RICHARD BELISLE - VICTIM;
                                 CRIME ON GOVERNMENT RESERVATION;
                                 CRIME OF VIOLENCE

**Full Investigation Initiated:** 04/12/2012

**Enclosure(s):** Enclosed are the following items:
1. (U) On CD containing photos from search of residence.
2. (U) Fedex shipping docs for shipment of swords from Kodiak to Anchorage
3. (U) FD-597 Receipt for warrant 3:13-mj-00144-jdr, nothing seized.
4. (U) FD-597 Receipt for three swords pursuant to warrant

**Acquired By:** Daryl Allison on 05/25/2013

**Acquired From:** (U) Self

**Receipt Given?:** No

**Holding Office:** ANCHORAGE

**Details:**

On 05/25/2013, search warrant 3:13-mj-00144-JDR, issued in the District of Alaska, signed by U.S. Magistrate Judge Deborah M. Smith, was executed at 365 Pavloff Circle, Kodiak, Alaska 99615, the residence of JAMES WELLS. The purpose of the search was to locate a Leupold rifle scope, serial number N157250. The scope was reported missing along with a .44 magnum Smith and Wesson model 629 revolver, from the

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

collection of JOHN STEIN. STEIN had left his gun collection with JAMES WELLS in June of 1996 through January of 1997. The following personnel participated in the search:

FBI Special Agent(SA) Daryl Allison

FBI SA Angela Strause

FBI SA Kajetan Groicher

Coast Guard (CG) Investigative Service (CGIS) SA Aaron Woods

CG Military Police (MILPOL) Officer Jeremiah Gonzales

CG MILPOL Officer Mike Fesser

CG MILPOL Officer Dana Rocque

At approximately 8:22 a.m. SAs Strause, Groicher, Woods, and Allison arrived at the aforementioned residence. SAs Strause and Groicher approached and knocked on the front door. At approximately 8:26 a.m. SA Allison attempted, unsuccessfully, to make contact with NANCY WELLS, DOB ▉▉▉/1950, SSN ▉▉▉▉▉▉, by telephone at the residential number 907-▉▉▉▉5 and on her cell phone 907-▉▉▉▉▉. SA Allison made another unsuccessful attempt to contact WELLS on her cell phone at approximately 8:32 a.m. SAs Allison and Woods then walked to the rear of the residence and unsuccessfully attempted to make contact with WELLS through the back door.

At approximately 8:40 a.m. WELLS approached and opened the front door and spoke to SAs Strause and Groicher. WELLS then led SAs Strause and Groicher to an upstairs bedroom where a gun safe was located.

At approximately 8:45 a.m. WELLS departed the residence in her Honda

UNCLASSIFIED

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

CR-V. Prior to departing, WELLS was asked if she needed agents to move any of their vehicles to facilitate her departure. WELLS replied "No, don't bother. If any cars are in my way I'll just hit them and you can send me the bill."

As WELLS was departing the residence MILPOL Officers Gonzales, Fesser, and Rocque arrived to assist with the search.

SA Allison took entry photos of the residence and all personnel then began searching.

At approximately 9:42 a.m., SA Allison called JOHN STEIN at 414-███████ and asked him if there were any other scopes missing from his collection. STEIN could not remember that any scopes were missing from his collection. SA Allison also asked STEIN where the safe containing his collection had been located in the WELLS residence. STEIN stated that the safe had been in the same room as the stairway that led to the garage. Stein stated that everyone in the WELLS family, including MATT WELLS, knew of the safe and where it was located.

At approximately 10:10 a.m., SA Woods and SA Groicher entered the crawl space under the residence. SA Woods then found a plastic ziplock bag next to a chain saw. The bag contained a pair of work gloves, sun glasses, a brown leather belt, a "leatherman" type tool, a socket/screwdriver type tool, keys, and some M&Ms. SA Woods identified this bag and it's contents as the items removed from the person of JAMES WELLS at the time of his arrest and placed on WELLS' ATV. The bag was placed on the steps of the front porch of the residence.

At approximately 10:20 a.m. WELLS returned to the residence. WELLS noticed the ziplock bag and it's contents and inquired as to what it was. After being informed of the origin of the bag and the location found, WELLS accused SA Woods of planting the bag in the crawl space.

At approximately 10:50 a.m. agents noticed STEIN's initials, J.A.S., on the protective case of a Coast Guard ceremonial sword located in a safe

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

in an upstairs bedroom. SA Allison called STEIN, who stated that he owned a similar sword but had assumed that it had been sold with his household goods. STEIN stated that he would not have nor did he sell or give the sword to JAMES WELLS. SA Allison took photos of the sword and emailed them to STEIN. STEIN called SA Allison at approximately 11:08 a.m. and confirmed that the sword in the picture belonged to him. SA Strause removed the sword from the scabbard and located the engraved name of "John A. Stein" on the blade of this sword.

WELLS entered the room and noticed agents inspecting the sword and inquired as to the agents interest in the sword. Agents asked WELLS who the sword belonged to. WELLS replied that JOHN STEIN, JAMES WELLS' best friend from many years ago, gave the sword to WELLS. WELLS also stated that she and JAMES WELLS sold STEIN's house and moved his household goods for him. WELLS did not know if STEIN was still alive and heard that he had dementia. WELLS stated that it was well know by many of JAMES WELLS' associates, including GREP TLAPA, that STEIN gave the sword to him. SA Allison asked WELLS for TLAPA's phone number, at which time WELLS left the room.

WELLS then returned to the room and made derogatory statements about SA Allison and the FBI in general. SA Allison informed WELLS that he would not argue with her as she has not been willing to engage in rational conversation in the past, preferring to level insults, unsubstantiated accusations, and threats at agents. WELLS then sat down on the bed and spoke to SA Allison and SA Strause.

WELLS began by accusing agents of taking the keys to her residence from JAMES WELLS on the day of his arrest and using them to surreptitiously enter the residence for unknown purposes. Agents explained to her that doing so would not be a rational course of action since they had never been denied a search warrant for WELLS' residence and had received eight warrants to date. WELLS then narrowed her accusations to include only CGIS SAs Woods and Sturgis. Agents again explained to WELLS that it was not rational to believe this for the same reason.

WELLS then accused agents of "tapping" her phones. Agents informed

UNCLASSIFIED

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

WELLS that they would have had to establish to a judge that they had probable cause to believe that JAMES WELLS was discussing the homicide of JAMES HOPKINS and RICHARD BELISLE over the phone to get a court order to monitor his conversations. Agents explained that not only did they not believe this probable cause existed, but that had they received the order, it would have already been disclosed to JAMES WELLS' defense counsel.

WELLS then accused agents of lying on search warrant affidavits, specifically a paragraph relating to the number of blue CR-Vs on Kodiak similar to hers. Agents informed WELLS that the paragraph was accurate and that she should read it again.

WELLS then accused SA Woods of attempting to kill JAMES WELLS by forgetting to take WELLS' medication to Anchorage subsequent to his arrest. SA Allison assured WELLS that it was not intentional, and that he had personally spoken with the jail medical staff on multiple occasions after his arrest and made sure that the jail had a list of the medications prescribed to JAMES WELLS.

WELLS then became agitated and stated to agents "No matter what the outcome, I know he didn't do this. There is a God in heaven and there is truth and it is powerful. I feel sorry for you."

WELLS then exited the room.

WELLS returned to the room and asked agents how long they would be in her residence. SA Allison informed WELLS that a warrant was being sought to seize the sword, and that agents would have to remain in the residence to insure that the sword was secure until it could be seized. WELLS told SA Allison to take the sword outside and wait. SA Allison told WELLS that he could not move the sword because moving it might constitute an illegal seizure. WELLS then took the sword and relocated it to the front porch of the residence.

SAs Allison and Strause relocated to the driveway of the residence to await the warrant to seize the sword.

UNCLASSIFIED

**UNCLASSIFIED**

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

At approximately 12:33 p.m. SAs Allison and Woods called STEIN. STEIN made the unsolicited comment that if WELLS had his Coast Guard sword, then he might also have his two Japanese swords that STEIN purchased in Okinawa, Japan. SAs Allison and Woods, having seen these two swords in the same safe as the Coast Guard sword was found, re-entered the residence and took photographs of the two Japanese swords and an additional sword found in the safe. The photographs were sent to STEIN at approximately 12:52 p.m. SA Allison called STEIN at approximately 12:56 p.m. STEIN verified that, while the two Japanese swords had no specific markings that he could identify, they were consistent in appearance with his missing swords. STEIN could not identify the third sword. SAs Allison and Woods then relocated to the driveway of the residence.

At approximately 3:00 p.m. WELLS exited the residence and placed the two Japanese swords next to the Coast Guard sword on the front porch of the residence. WELLS then re-entered the residence.

At approximately 3:45 p.m. SAs Allison and WOODS received a warrant to seize the three swords. SA Woods retrieved the swords from the front porch and SA Allison placed a copy of the warrant to seize the swords and two receipts, one for the original warrant for which nothing was seized, and another for the additional warrant for the seizure of the three swords, on the front porch near the door under a rock. A copy of warrant 3:13-mj-00144-JDR was left on the bed in the bedroom in which the safe containing the swords was located.

SA Woods sent the three swords via Fedex from Kodiak to SA Allison in Anchorage on 05/29/2013, tracking number 8015 3781 2060. The swords arrived in Anchorage on 05/30/2013.

**Item Type**      **Description**

UNCLASSIFIED

Title: (U) Search of 365 Pavloff Circle
Re: 70A-AN-15667, 05/28/2013

| | |
|---|---|
| 1D | (U) Partial recording of telephone conversation with JOHN STEIN.<br>Acquired On: 05/25/2013<br>ELSUR Evidence Type: Other<br>Intercept Type: Recording of Interview<br>Media Type: Computer Disk<br>Original Type: Original |
| 1B General | (U) Japanese style sword with approximately 19 inch blade. Received from CGIS SA Aaron Woods via Fedex, tracking number 8015 3781 2060.<br>Acquired On: 05/30/2013<br>Located By: Daryl Allison<br>Location Area: Fedex<br>Specific Location: Fedex |
| 1B General | (U) Japanese style sword with approximately 29 inch blade. Received from CGIS SA Aaron Woods via Fedex, tracking number 8015 3781 2060.<br>Acquired On: 05/30/2013<br>Located By: Daryl Allison<br>Location Area: Fedex<br>Specific Location: Fedex |
| 1B General | (U) Coast Guard ceremonial sword engraved with name John A. Stein with leather case. Received from CGIS SA Aaron Woods via Fedex, tracking number 8015 3781 2060.<br><br>Acquired On: 05/30/2013<br>Located By: Daryl Allison<br>Location Area: Fedex<br>Specific Location: Fedex |

♦♦