Date: 01/18/2018  
Time: 10:58 AM

Facility: FLX

# Federal Bureau of Prisons
## TRULINCS
### Message
#### Sensitive But Unclassified

**Message**

FROM: njw55@hotmail.com  
TO: 16800006 WELLS, JAMES MICHAEL  
SUBJECT: Good Tues am  
DATE: 10/24/2017 11:06 AM

Hi cutie. Well I hope something at breakfast was worth eating. I slept in this morning. Didn t wake up until 7:15 which is late for me.

Tomorrow I ll need to be out the door by then, Smiley face. We have sunshine today. Looks beautiful outside. Rain this weekend did more than cause landslides and flood Tillamook. Smiley face. It washed the air. Liz took the day off and is planning to bake. I am going to run our candy contribution to The church office, need to go to the store. We need dishwasher soap.. Then I need to clean and pack. I have thought about what I will take mr smarty pants. Clothes for warm weather. Smiley gave.. Glad I hadn t put my summer tops into totes in the storage room yet.

Davina s letter cheered me up.

And at the same time it made me sad. It reenforces my distrust and disgust with the feds. And it really hurts the victims while victimizing others. I have no idea if the guy is innocent or not. The picture painted of him is pretty bad, but is it true????
When you throw mud everything gets muddy and truth gets lost under the slime. Everyone loses when they don t really do their job. Very disheartening.

So I am going to switch my focus to the things we have to be thankful for. You are alive, we have God and many people praying to Him for the truth to come out and His promise that His plan is a good one, "a plan to prosper you and not to harm." So if He is in our corner we have an absolutely wonderful reason to hope.

Well I am going to get something to eat and finish my coffee. I love you froggie and will probably chat at you later.. Luv Nancy

