Date: 01/18/2018  
Time: 10:58 AM

Facility: FLX

**Federal Bureau of Prisons**
**TRULINCS**
**Message**
**Sensitive But Unclassified**

### Message

FROM: njw55@hotmail.com
TO: 16800006 WELLS, JAMES MICHAEL
SUBJECT: Changed flight
DATE: 12/01/2017 10:51 AM

Well lover I am returning to PDX tomorrow. Had to purchase a new ticket. Was cheaper than changing my existing ticket. Would have to pay $125 change fee to get a $108 credit. And then pay the difference in cost for the Seattle to PDX portion. Would have cost me $338 and a new ticket cost $222. So I plan to add costs and frustration to law suit. Any doubts about suing are quickly resolving. I will spend the rest of the days asking the Lord to help me with my anger and desire for revenge. I love you froggie. At least now Luz won't have to drive to work from Matt's Mon and Tues. will chat at you later. Luv Nancy



GOVERNMENT EXHIBIT
**6**
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 932-6   Filed 01/18/19   Page 1 of

PROTECTED DOCUMENT

Wells18_00086840