FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
Evidence Log

**Event Title:** (U) Search warrant executed at 365 Pavloff Circle, Kodiak, Alaska  **Date:** 02/26/2013

**Approved By:** SSA WALTON ANDREW T

**Drafted By:** STRAUSE ANGELA MARIE
Daryl Allison

**Case ID #:** 70A-AN-15667    (U) HOPKINS, JAMES BELISLE, RICHARD UNSUBS; JAMES HOPKINS-DECEASED; RICHARD BELISLE-DECEASED; CRIME ON GOVERNMENT RESERVATION; CRIME OF VIOLENCE

**Full Investigation Initiated:** 04/12/2012

**Enclosure(s):** Enclosed are the following items:
1. (U) FD-597 and Search sign-in log

**Acquired By:** STRAUSE ANGELA MARIE on 02/22/2013

**Acquired From:** (U) Nancy Wells
365 Pavloff Circle
Kodiak, Alaska

**Receipt Given?:** Yes

**Holding Office:** ANCHORAGE

**Details:**

On 02/22/2013, a search of 365 Pavloff Circle, Kodiak, Alaska was conducted pursuant to search warrant 3:12-CR-00039-JDR, issued in the U.S. District Court for the District of Alaska on February 21, 2013.

At approximately 12:30 p.m., Special Agents of the Federal Bureau of Investigation, Daryl Allison and Angela Strause and Special Agents of the Coast Guard Investigative Service (CGIS), Aaron Woods, Joseph Sturgis and Denise Andersen, arrived at the home of James and Nancy

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GOVERNMENT EXHIBIT
**8**
3:13-cr-00008-SLG

**UNCLASSIFIED**

Title: (U) Search warrant executed at 365 Pavloff Circle, Kodiak, Alaska
Re: 70A-AN-15667, 02/26/2013

Wells, located at 365 Pavloff Circle, Kodiak, Alaska, to execute the execute the aforementioned search warrant.

SA Allison approached and knocked on the front door of the residence. NANCY WELLS answered the door and SA Allison presented the search warrant to WELLS. WELLS stated that she needed to call her attorney. SA Allison allowed WELLS to close the door and make a phone call. WELLS was visible to agents though the front windows of her residence. After approximately five minutes, SA Allison knocked on the door again. WELLS answered the door and stated that she was still speaking with her attorney. SA Allison informed WELLS that agents would be initiating the search and that she was free to leave or stay at the residence, but that if she chose to stay her movements would be restricted and that an agent would be with her at all times. WELLS requested that agents remove their shoes to avoid tracking mud into the house. SA Allison agreed, but later instructed other agents to put on their shoes due to potentially hazardous conditions within the residence.

After initial entry into the residence, SA Allison informed WELLS that property that had been stolen from the Coast Guard had been seen by agents during prior searches. WELLS was asked if she would voluntarily relinquish the property to the Coast Guard. WELLS responded, "No. It's not in the warrant."

During the search, SA Allison found an iPhone on a washing machine. SA Allison asked WELLS if it was hers. WELLS responded that it was, and asked if that was a problem. SA Allison responded that that he just wanted to make sure an agent had not misplaced their phone. WELLS responded that if it was an agents phone and were left at her residence, she would smash it or "put it in a shredder."

WELLS began to bring fire wood in from a side porch of the house. SA Allison asked if she would like help bringing in the wood. WELLS responded that if she accepted help from "people like you" she would

UNCLASSIFIED

Title:  (U) Search warrant executed at 365 Pavloff Circle, Kodiak, Alaska
Re:  70A-AN-15667, 02/26/2013

probably end up paralyzed.  As she was bringing wood into the house, she passed by SA Sturgis and stated  "It would be nice if a piece of wood would fall and hit him in the head."

Alaska State Trooper Dennis Dupras arrived on scene with civilian VERLON PHERSON to assist with the search of the well.  Neither Dupras or PHERSON entered the residence at any time.

As agents, assisted by PHERSON, attempted to determine the best way to conduct a video search of the well, WELLS pointed out the electrical panel for the well and provided a volt meter to SA Woods.  WELLS subsequently stated to SA Woods "You know what I should do? I should just let you get electrocuted.  That would be hilarious."

Due to technical issues, the well was not searched.

During the search, CGIS Agents discovered several pieces of machinery and other property containing identification plates stamped "Property of U.S. Coast Guard".  Photographs were taken of those items, however, none of the property was seized.

The search of 365 Pavloff Circle was completed at approximately 3:17 p.m. on 2/23/2013.  SA Allison provided a copy of the signed FD-597 Receipt for Property to Wells and Agents departed the scene.


| Item Type | Description |
|---|---|
| 1B General | (U) Hilti booster strip - 9 of 10 in strip.<br>Acquired On:  02/22/2013<br>Receipt Number:  1<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  sunroom - SE side of house<br>Specific Location:  lower cabinet shelf |

UNCLASSIFIED

PROTECTED DOCUMENT                                            Wells18_00043463 (3 of 5)

UNCLASSIFIED

Title:  (U) Search warrant executed at 365 Pavloff Circle, Kodiak, Alaska
Re:  70A-AN-15667, 02/26/2013

PROTECTED DOCUMENT

| | |
|---|---|
| 1B General | (U) one (1) nail<br>Acquired On:  02/22/2013<br>Receipt Number:  2<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  2nd floor bathroom - S side of house<br>Specific Location:  on floor |
| 1B General | (U) one (1) nail<br>Acquired On:  02/22/2013<br>Receipt Number:  3<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  sunroom - SE side of house<br>Specific Location:  on 2nd shelf from bottom |
| 1B General | (U) two (2) nails<br>Acquired On:  02/22/2013<br>Receipt Number:  4<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  2nd floor bathroom - S side of house<br>Specific Location:  on floor |
| 1B General | (U) one (1) nail<br>Acquired On:  02/22/2013<br>Receipt Number:  5<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  sunroom - SE side of house<br>Specific Location:  in plastic bag in closet |
| 1B General | (U) four (4) nails<br>Acquired On:  02/22/2013<br>Receipt Number:  6<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  sunroom - SE side of house<br>Specific Location:  in plastic bag in closet |

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) Search warrant executed at 365 Pavloff Circle, Kodiak, Alaska
Re:  70A-AN-15667, 02/26/2013


| | |
|---|---|
| 1B General | (U) three (3) nails<br>Acquired On:  02/22/2013<br>Receipt Number:  7<br>Located By:  Daryl Allison<br>Other Locator:  SA Aaron Woods<br>Location Area:  garage - S side of house<br>Specific Location:  in bucket |
| 1B General | (U) twenty-four (24) nails<br>Acquired On:  02/22/2013<br>Receipt Number:  8<br>Located By:  Daryl Allison<br>Other Locator:  SA Angela Strause<br>Location Area:  crawl space - NE side of house<br>Specific Location:  in bucket |

♦♦