Date: 01/18/2018
Time: 10:58 AM

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

Facility: FLX

## Message

FROM: njw55@hotmail.com
TO: 16800006 WELLS, JAMES MICHAEL
SUBJECT: Phone call
DATE: 01/08/2018 02:36 PM

Hi lover. I need a nap. I remember why they can be so frustrating to talk to because it goes in circles. Why can't lawyers be succinct? Rhetorical question. Smiley face. So the long and short of it is there is no timeline. Everything waits until the 9th mandates back to district court. That depends on IF the DA asks for en banc OR review by Supreme Court. Both extremely unlikely since ruling was so clear and specific and hole case makes govt look so bad.

So Burgess is Senior judge. Currently only he and judge Gleason are hearing criminal cases in Anchorage. So question of their availability. Beistline is now semi-retired and he is out anyway. He is living in Fairbanks and his seat in Anchorage is vacant. So waiting for Trump to fill it. If he does before mandate comes back will probably be assigned to him. If still vacant Burgess can ask Washington District Court for a judge to hear the case. That could take 1-2 weeks to be settled. Once judge is assigned there will be a status meeting between judge, DA and Rich. Rich expects DA to say retry the case and since we had so many witnesses who are now scattered all over give us 30 days to see what would be a reasonable time frame to get ready for trial. Rich will notify judge re: no black box. He and Barb were on call and they had never heard of such a thing. They were rather horrified. He also said Davina had asked Peter to look into vacating restitution order and he is working on it. I will text Davina and ask if that is correct.

He said IF judge is in Washington the DA may ask to have trial heard there since so many witnesses have to fly through there anyway. So long answer is prepare to wait until probably end of Feb to be moved.

We went over my agenda and he said they will sit down with you and with me and have an open conversation about who would be best to represent you. Rich admits he can not do it alone. Las Vegas has offered one of their investigators to come up and work in case. He and Barb said they will do everything and drill down on things to cover all our questions and concerns. Rich said Las Vegas has expertise they did not have to see some of the technical stuff they should have. Asked if we had talked to them re: their findings so far. So we went over some of the motions etc things that need to be researched. He said if they represent you they will listen you run the show. BUT they still did not get the significance of the digital main gate feed. Said they would have investigator from LV drill down videos and timeline to really cover what it all means since he doesn't get it but understands it is very critical issue to us. Did agree that IF govt deliberately with held video that showed different time that is serious Brady violation. Just need to clearly prove 18 minutes can't be correct since he suspects video probably no longer exists.

So I think Davina and LV have given their office a great deal of valuable feedback and info and now we prepare to wait. I love you sweetie and I am now going to have something to eat. Take care froggie and I will talk with you later. Luv Nancy

GOVERNMENT EXHIBIT
9
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 932-9   Filed 01/18/19   Page 1 of 1

PROTECTED DOCUMENT

Wells18_00086682