Date: 01/18/2018
Time: 10:58 AM
Facility: FLX

Federal Bureau of Prisons
TRULINCS
Message
Sensitive But Unclassified

**Message**

FROM: njw55@hotmail.com
TO: 16800006 WELLS, JAMES MICHAEL
SUBJECT: Civil jurisdiction
DATE: 01/14/2018 05:06 PM

Hi cutie. Did my research since game is so lopsided already. Federal court has extremely limited jurisdiction over civil cases. Primarily suits against the federal government brought either by citizens or state governments, civil suits of more than $75,000 involving litigants who are residents of different states, and then cases specific to federal law like EPA or FCC etc. so states have jurisdiction over civil suits originating between state residents independent of who owns the land. So I think letter to Kodiak will simply say conviction has been overturned and I will include some language from ruling. That the DA requested an extension until Feb 1, 2018 to review their options. That you are asking court to postpone action in interest of fairness as you fully expect to be proven innocent of all charges.
I love you froggie. You rest your little ears and practice your jumping and I will see you in the morning. Luv Nancy

Case 3:13-cr-00008-SLG   Document 932-10   Filed 01/18/19   Page 1

GOVERNMENT
EXHIBIT
10
3:13-cr-00008-SLG

PROTECTED DOCUMENT

Wells18_00086661