```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                                DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    CASE NO.   3:13-cr-00008-SLG
Defendant:  X  Present  X  In Custody

BEFORE THE HONORABLE:        SHARON L. GLEASON

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

OFFICIAL REPORTER:           SONJA L. REEVES

UNITED STATES' ATTORNEY:     STEVEN SKROCKI/CHRISTINA M. SHERMAN
                             KELLEY L. STEVENS-TELEPHONIC

DEFENDANT'S ATTORNEY:  GARY COLBATH/PETER CAMIEL-TELEPHONIC

PROCEEDINGS: STATUS HEARING HELD JANUARY 22, 2019
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:33 p.m. court convened.

Court and counsel heard re Unopposed Motion to Continue Trial at Docket [926]; **GRANTED.**

Court and counsel heard re available dates for the trial by jury and trial estimated at 2 ½ to 4 weeks.

Final Pretrial Conference set 04/05/2019 at 2:30 p.m. is **VACATED.**
Trial by Jury set 04/29/2019 at 8:30 a.m. is **VACATED.**

Status Hearing set **03/27/2019 at 3:30 p.m.**
Final Pretrial Conference set **07/12/2019 at 1:30 p.m.**
Trial by Jury set **08/05/2019 at 8:30 a.m.**

Court and counsel heard re revised scheduling order; court ordered the parties to file a revised scheduling order by 01/25/2019.

Court and counsel heard re defendant's issues of funding for experts.

Court and counsel heard re no issues at this time regarding experts and discovery.

(Revised 1-29-2015)

```
                    Continuation – Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                        Status Hearing
                       January 22, 2019
-----------------------------------------------------------------
```

Court and counsel heard re Motion for Pretrial Release at Docket [931].

Court and counsel heard re defendant's motion to release the defendant to proposed Third Party Custodian with conditions.

Nancy Jean Wells sworn and testified on behalf of the defendant as proposed Third Party Custodian.

Continued Detention Hearing set 01/23/2019 at 10:00 a.m.

Parties may appear telephonically by calling the Meet Me Bridge at (907) 677-6248 and enter Access Code 668160 five minutes prior to the hearing on a land line.

At 2:45 p.m. court recessed this matter to reconvene on **Wednesday January 23, 2019 at 10:00 a.m.**

DATE: January 22, 2019       DEPUTY CLERK'S INITIALS:  CME

(Revised 1-29-2015)