MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS   CASE NO. 3:13-cr-00008-SLG
Defendant: X Present X In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

OFFICIAL REPORTER: SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI/CHRISTINA M. SHERMAN
KELLEY L. STEVENS-TELEPHONIC

DEFENDANT'S ATTORNEY: GARY COLBATH/PETER CAMIEL-TELEPHONIC

U.S.P.O.: YANG DAO MOUA

PROCEEDINGS: CONTINUED DETENTION HEARING HELD JANUARY 23, 2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

Court and counsel heard re parties proposed pretrial deadline,
court ordered the parties to file as soon as possible.

Arguments heard.

At 10:31 a.m. court recessed this matter until 10:38 a.m.

Court heard; defendant's motion to release the defendant to
proposed Third Party Custodian with conditions **is DENIED**.

Court stated ruling, findings and fact.

Defendant's detention continued.

At 10:46 a.m. court adjourned.

List of Witnesses to be filed separately.

DATE: January 23, 2019   DEPUTY CLERK'S INITIALS: CME

(Revised 1-29-2015)