(Rev 3/18)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

---

**Case No.:** 3:13-cr-00008-SLG  **Judge:** SHARON L. GLEASON

**Title:** UNITED STATES OF AMERICA
vs. JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** January 22, 2019 to January 23, 2019

**Deputy Clerk/Recorder:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

### WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 01/22/2019 | 1:58 p.m. | 2:41 p.m. | W-1 | NANCY JEAN WELLS | DEF |
| | | | | | |
| | | | | | |