BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| JAMES MICHAEL WELLS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE TO COURT OF FILING THE PARTIES AGREED UPON
PRETRIAL DEADLINES**

COMES NOW United States of America, by and through undersigned counsel,

and files with the court the attached set of pretrial deadlines. The parties met on January

22, 2019, and mutually agree the attached deadlines are appropriate in this matter. The

parties respectfully request the court adopt these deadlines.

RESPECTFULLY SUBMITTED this 23rd day of January, 2018, at Anchorage,

Alaska.

BRYAN SCHRODER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**
I hereby certify that on January 23, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Christina Sherman
Office of the US Attorney