UNITED STATES V. JAMES MICHAEL WELLS, Case No. 3:13-CR-00008-SLG

Parties Proposed Trial and Pretrial Deadlines

| **Type of pre-trial disclosure/deadline** | **Deadline** |
|---|---|
| Defense Disclosure of final expert witness reports | April 1, 2019 |
| Government Disclosure of Responsive Expert Witness Reports | April 15, 2019 |
| Giglio Materials | April 19, 2019 |
| Defense Disclosure of Surrebuttal Expert Witness Reports | April 29, 2019 |
| MOTIONS | May 3, 2019 |
| MOTION RESPONSES | May 17, 2019 |
| MOTION REPLIES | May 24, 2019 |
| Motions in Limine | June 14, 2019 |
| Motions in Limine Responses (No replies unless ordered by the Court) | June 28, 2019 |
| Trial Brief, Proposed Jury Instructions, Proposed Voir Dire | July 5, 2019 |
| Final Pretrial Conference | July 12, 2019 |
| Exchange of Exhibits in digital and hard copy | July 26, 2019 |
| **TRIAL** | **AUGUST 5, 2019** |