# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER ADOPTING THE PARTIES' JOINT PRETRIAL DEADLINES

Before the Court at Docket 939 is the joint notice of the Parties' Agreed Upon Pretrial Deadlines. Attached as an exhibit to the notice is a list of the proposed trial and pretrial deadlines.[1] Having consulted with the parties about these deadlines at the hearing on January 22, 2019,[2] the Court adopts the schedule set forth at Docket 939-1 as the revised scheduling order in this matter.

IT IS SO ORDERED.

DATED this 24th day of January, 2019, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE

---

[1] Docket 939-1.

[2] *See* Docket 936 (minutes of January 22 status hearing).