Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-0008-SLG |
| | ) | |
| Plaintiff, | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | OF COUNSEL |
| vs. | ) | |
| | ) | |
| JAMES M. WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Please take notice that the undersigned attorney for defendant Kit Karjala has changed his office address to:

    520 Pike Street, Suite 2500
    Seattle, WA  98101

All other contact information remains the same.

Dated this 30th day of January, 2019.

    */s/Peter A. Camiel*
    Peter A. Camiel
    Attorney for Defendant Karjala

## Certificate of Service

I hereby certify that on the 30th day of January 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*/
Peter A. Camiel

Notice of Unavailability-