Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480

Counsel for Defendant James Michael Wells

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES MICHAEL WELLS, Defendant. | Case No. 3:13-cr-00008-SLG-1 **NOTICE OF CHANGE OF ADDRESS** |

Gary G. Colbath, Assistant Federal Defender, counsel for James Michael Wells,

provides notice of the Office of the Federal Public Defender's new office address:

425 G Street, Suite 800
Anchorage, AK 99501

All other contact information for undersigned counsel remains the same.

DATED at Anchorage, Alaska this 1st day of March, 2019.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 4, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*