Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206) 624-1551
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION TO PROHIBIT |
| | ) | IRRELEVANT CHARACTER |
| v. | ) | EVIDENCE |
| | ) | |
| JAMES MICHAEL WELLS, | ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION**

  A period of additional excludable delay under 18 U.S.C. § 3161(h) will NOT occur as a result of the filing this motion as this motion will not result in any delay of trial as the Court has ruled this a complex case and has set trial for August 5, 2019, taking into account any pretrial motions that will be filed in this case.

  James Michael Wells, through counsel, moves for an order prohibiting

the introduction of irrelevant character evidence pursuant to F.R.E. 404 and

F.R.E. 403 as well as defendant's constitutional right to a fair trial.

MOTION TO PROHIBIT CHARACTER EVIDENCE
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*--1

Defendant's argument in this matter is contained in a separate memorandum filed in conjunction with this motion.

DATED this 19th day of March, 2019.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant Wells

## Certificate of Service

I hereby certify that on the 19th day of March, 2019 I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

*/s/Peter A. Camiel*
Peter A. Camiel