BRYAN SCHRODER
United States Attorney

CHRISTINA SHERMAN
STEVEN E. SKROCKI
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Christina.sherman@usdoj.gov
　　　　Steven.Skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
| Plaintiff, | ) **MOTION FOR VICTIMS TO APPEAR TELEPHONICALLY** |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) **FILED ON SHORTENED TIME** |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, respectfully files this Motion for Victims to Appear Telephonically at the Status Conference in the above-entitled case for victim N.B. and A.B. The hearing is set for March 27, 2019 at 3:30 p.m.

Victims N.B. and A.B. are unable to attend the hearing in person. Therefore, undersigned counsel respectfully moves for them to be allowed to participate telephonically.

RESPECTFULLY SUBMITTED March 21, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2019,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/Christina Sherman
Office of the U.S. Attorney

U.S. v. Wells                                        Page **2** of **2**
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 947   Filed 03/21/19   Page 2 of 2