BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:   steven.skrocki@usdoj.gov
         christina.sherman@usdoj.gov
         Kelley.L.Stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES MICHAEL WELLS ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE TO COURT REGARDING GOVERNMENT'S POSITION ON DEFENDANT'S MOTIONS IN LIMINE**

COMES NOW the United States of America, by and through undersigned counsel,

and files with the court this notice concerning the defendant's recently filed motions in

limine.

On January 24, 2019, the Court ordered a pretrial deadline schedule based on deadlines to which the parties agreed. (Dkt 940.) According to that schedule, motions in limine are to be filed by June 14, 2019, with responses due on June 28, 2019.

On March 19, 2019, the defendant filed two motions in limine with supporting memoranda. (Dkt 943-946.) The United States intends to file motions on similar issues as raised in these defense motions in limine in the timeline set forth in the pretrial deadlines.

The United States intends to adhere to the proposed deadlines for filing and responses as set forth in Docket 939-1, unless otherwise directed by this Court. The outline of pretrial deadlines was crafted with thought and care so that both parties could prepare for trial and handle their other unrelated cases and assignments, without being bombarded by and required to shift focus to the filing of multiple pleadings by the other party.

If the Court prefers responses to be filed as the motions rather than by the schedule set forth in the pretrial deadlines order, the United States respectfully requests two weeks to respond to these motions from the date of the Court's order.

RESPECTFULLY SUBMITTED March 25, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney