Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206) 624-1551

petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:13-CR-00008-SLG |
| Plaintiff, | DEFENSE RESPONSE TO GOVERNMENT'S NOTICE TO COURT REGARDING POSITION ON DEFENDANT'S MOTIONS IN LIMINE DOC. 940 |
| v. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

James Michael Wells, through counsel files this response to the Government's Notice regarding the timing of their response to defendant's motions *in limine* regarding character and 404(b) evidence.  [Doc. 943-946]

The defense filed the motions regarding character and 404(b) evidence well in advance of the pretrial motions and motion *in limine* filing deadlines in an attempt to resolve these evidentiary issues early to  allow adequate time both for the Court to consider these issues before an anticipated slew of other pretrial motions and motions

DEFENDANT'S RESPONSE TO GOVERNMENT NOTICE DOC. 940
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

*in limine* are filed, and to allow sufficient time for the defense to tailor its' trial preparation and investigation based on the Court's rulings .[1]

The defense has identified approximately twenty-nine Coast Guard and civilian witnesses who either testified at the first trial or were interviewed and provided almost exclusively information regarding either character or 404(b) rather than substantive evidence. In addition, the defense has identified at least another ten other witnesses who devoted a substantial portion of their trial testimony to character or 404(b) type evidence.

Given the number of witnesses whose testimony involves character or 404(b) evidence, the defense seeks to be efficient in the use of defense investigative resources and be fully prepared to meet such evidence at trial. Resolution of the defense motions impacts the interviewing, investigation and trial preparation for approximately forty witnesses. Early rulings regarding this evidence prevents the waste of resources and allows the parties to focus trial preparation.

Therefore, the defense requests that the Government be required to file a response to the defense motions on April 8, 2019 as indicated in the Court order. Doc. 950

Dated this 25th day of March , 2019.

                                          Respectfully submitted,

                                          */s/Peter A. Camiel*
                                          Peter A. Camiel WSBA 12596

---

[1] The revised trial and pretrial deadline sets the motions due date on May 3, 2019 with responses due on May 17, 2019 and motions *in limine* due on June14, 2019 and responses due on June 28, 2019.
DEFENDANT'S RESPONSE TO GOVERNMENT NOTICE DOC. 940
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--2*

## Certificate of Service

I hereby certify that on the 25th day of March, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*/
Peter A. Camiel