BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MICHAEL WELLS ) <br> ) <br> Defendant. ) <br> ) | No. 3:13-cr-00008-SLG |

**NOTICE OF FILING PROPOSED SCHEDULING ORDER**

COMES NOW United States of America, by and through undersigned counsel, and files with the court the attached proposed scheduling order pursuant to the Court's order at Docket 953. The attached proposed scheduling order is consistent with the Court's order at the March 27, 2019, status hearing.

RESPECTFULLY SUBMITTED this 29th day of March, 2019, at Anchorage, Alaska.

> BRYAN SCHRODER
> United States Attorney
>
> s/ Christina Sherman
> CHRISTINA SHERMAN
> Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**
I hereby certify that on March 29, 2019, a copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the US Attorney