# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>      Defendant. | Case No. 3:13-cr-00008-SLG |

## SCHEDULING ORDER

Having consulted with the parties regarding the status of the case and the parties' joint request regarding scheduling of trial in this action,[1] the Government having filed a proposed scheduling order,[2] and Defendant's telephonic notice of no objection thereto, the Court adopts the Scheduling Order attached hereto as the revised scheduling order in this matter.

DATED this 2nd day of April, 2019.

                */s/ SHARON L. GLEASON*
                Hon. Sharon L. Gleason
                United States District Judge

---

[1] *See* Docket 952, minutes of March 27, 2019, Status Conference.

[2] Docket 954.

*United States vs. James Michael Wells*, Case No. 3:13-cr-00008-SLG

Scheduling Order

| Type of pre-trial disclosure/deadline | Deadline |
|---|---|
| Defense Disclosure of final expert witness reports | April 1, 2019 |
| Government Disclosure of Responsive Expert Witness Reports | April 15, 2019 |
| Giglio Materials | April 19, 2019 |
| Defense Disclosure of Surrebuttal Expert Witness Reports | April 29, 2019 |
| Motions | June 14, 2019 |
| Motion Responses | 2 weeks after motion filed |
| Motion Replies | 1 week after response filed |
| Motions in Limine | June 14, 2019 |
| Motions in Limine Responses (No replies unless ordered by the Court) | June 28, 2019 |
| Trial Brief, Proposed Jury Instructions, Proposed Voir Dire | July 29, 2019 |
| Final Pretrial Conference | August 5, 2019, at 9:00 a.m. |
| Exchange of Exhibits in digital and hard copy/Lodge Copy of Exhibits with Court | August 26, 2019 |
| **TRIAL** | **September 9, 2019, at 8:30 a.m.** |