Gary C. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR LEAVE FOR TELEPHONIC OBSERVATION** |

　　　　Defendant, James Wells, by and through counsel, hereby moves this Court for leave to allow Mrs. Nancy Wells to telephonically observe the oral argument set for April 22, 2019, at , at 1:30 p.m., regarding Oral Argument concerning motions in limine. Mrs. Wells will be in Klawock, Alaska, on April 22, but is obviously concerned for her husband's case and wishes to listen to the proceedings.

　　　　DATED at Anchorage, Alaska this 18th day of April 2019.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Gary C. Colbath*
　　　　　　　　　　　　　　　　　　　　Gary C. Colbath
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing, and any attachments, with the Clerk of Court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on April 18, 2019.   All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/*　　Gary C. Colbath