# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>JAMES MICHAEL WELLS,<br>　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br>**ORDER** |

After due consideration of defendant's Motion for Leave for Telephonic Observation [963], the court GRANTS the motion.

IT IS ORDERED that Mrs. Nancy Wells is permitted to call in to the status hearing scheduled in this case for April 22, 2019, at 1:30 p.m. Mrs. Wells is directed to call (907) 677-6248 and enter Access Code 668160 five minutes before the scheduled hearing time.

DATED April 18, 2019, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　*s/Sharon L. Gleason*
　　　　　　　　　　　　　　　　　Sharon L. Gleason
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT