BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steven.Skrocki@usdoj.gov
        Christina.Sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:13-cr-00008-SLG <br><br> **MOTION FOR VICTIM TO APPEAR TELEPHONICALLY** |

The United States of America, by and through undersigned counsel, respectfully files this Motion for Victim to Appear Telephonically at the Motion Hearing in the above-entitled case for victim N.B. The hearing is set for April 22, 2019 at 1:30 p.m.

Victim N.B. is unable to attend the hearing in person. Therefore, undersigned counsel respectfully moves for her to be allowed to participate telephonically.

RESPECTFULLY SUBMITTED April 19, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
Steven E. Skrocki
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2019,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/Steven E. Skrocki
Office of the U.S. Attorney