

**THE FEDERAL PUBLIC DEFENDER**
**for the DISTRICT OF ALASKA**

Gary G. Colbath
Assistant Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3414
Fax: (907) 646-3480
Email: gary_colbath@fd.org

April 24, 2019

Mr. Steve Skrocki
Ms. Christina Sherman
United States Attorney's Office
222 W. 7th Ave. #9, Rm 253
Anchorage AK 99513

      RE: *United States v. James Michael Wells*
            Case No.: 3:13-00008-SLG
            Alibi Notice

Dear Counsel,

I believe the defense has previously filed a notice of alibi in this matter, see Docket 118. While I believe that notice complies with F.R.Cr.P. 12.1(a), this additional informal notice is provided in light of your recent renewed request. The rule demands that Defendant notify the government of the specific place or places he claims to have been at the time of the offenses, and the names and addresses of the witnesses upon whom he intends to rely to establish such an alibi.

Be advised that on April 12, 2012, between 6:48 a.m. and 7:22 a.m., Mr. Wells was at his residence at 365 Pavloff Circle, Kodiak, Alaska, and in transit from his residence to the vicinity of the Kodiak airport, to include the offices of Servant Air, and back to his residence. While driving from and back to his residence, Mr. Wells traveled on Middle Bay Drive, Sargent Creek Road, Rezanof Drive West and Airport Way. To his knowledge, two witnesses, already known to the government, Charlene Bell (Pudish) and Annette Ecret, may testify that they saw Mr. Wells along the above described route during the time frame identified by the government. No additional information will be provided in light of the government's knowledge regarding these individuals.

Further be advised that of course nothing in this notice is intended to limit or waive in any fashion, Mr. Wells right to testify at trial himself as to his whereabouts during the identified timeframe.

Sincerely,

Gary G. Colbath

Cc: Peter Camiel

**GOVERNMENT EXHIBIT 1**
3:13-cr-00008-SLG