| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG-4608-1 (Rev. 1-11) | COAST GUARD INVESTIGATIVE SERVICE MEMORANDUM OF ACTIVITY (MOA) | CLASSIFICATION STAMP **UNCLAS / FOUO / LES** |
|---|---|---|
| TYPE OF ACTIVITY **Witness Interview - SN Para UPCHURCH** | | CASE CONTROL NUMBER **0059-12 GNW 0026 7B[GA]** |
| SUBJECT **WELLS, JAMES M./WM/CIV/BELLS FLATS, AK** | | |

1. On 24 July 2012, S/A Joseph M. STURGIS, CGIS Resident Agent Office (RAO) Kodiak, AK conducted a recorded interview with SN Para UPCHURCH, USCG Communications Station (COMMSTA) Kodiak, AK at RAO Kodiak. SN UPCHURCH provided the following information in response to questioning.

2. SN UPCHURCH stated she received an unannounced visit from Nancy WELLS, Civilian (CIV), Kodiak, AK, spouse of James WELLS (**SUBJECT**), CIV, COMMSTA Kodiak, AK in the afternoon of 24 July 2012. SN UPCHURCH stated N. WELLS visited for approximately thirty minutes (30) and the topic of conversation for the majority of the visit was the murder investigation. SN UPCHURCH stated N. WELLS said she had not received any new information in regards to the case from authorities and believed the inactivity to be a "good sign." SN UPCHURCH stated N. WELLS projected blame or involvement of the murders at both victims' family members and stated she knew the investigation was not solely directed at J. WELLS.

3. SN UPCHURCH stated N. WELLS said J. WELLS had problems with a tire and had diarrhea which explained his tardiness for work the morning of the murders. SN UPCHURCH explained N. WELLS' visit as her way to "state Jim's case" for maintaining his innocence. SN UPCHURCH stated N. WELLS said she thought investigators publicly directed their attention at J. WELLS to keep the "real killer" unaware of the investigators next move. SN UPCHURCH explained N. WELLS seemed to be her "usual self" and "sincere" when she talked of J. WELLS' innocence. SN UPCHURCH stated N. WELLS said she is in fear for her safety because she believed the "real killer" is still out there. SN UPCHURCH stated N. WELLS said she had worked for the District Attorney's office and her son and daughter-in-law are police officers so she had experience in regards to criminal investigations. SN UPCHURCH stated N. WELLS believed the case investigators have done a poor job investigating the murders.

4. SN UPCHURCH did not provide a written statement.

5. Original MOA and audio recording will be maintained in FBI case file, case number **70A-AN-15667**.

| Investigator's Name, Title, and Signature 07/30/2012 X Joseph M. STURGIS Joseph M. STURGIS Special Agent | Approving Official's Name, Title, and Signature 8/1/2012 X R. SHELTON FOR G. Russell BARKER Special Agent-in-Charge |
|---|---|

**WARNING**
THIS DOCUMENT IS THE PROPERTY OF THE COAST GUARD INVESTIGATIVE SERVICE. INFORMATION CONTAINED HEREIN IS LAW ENFORCEMENT SENSITIVE IN CHARACTER AND ITS SECURITY FROM UNAUTHORIZED DISCLOSURE MUST BE PRESERVED. THE CONTENTS OF THIS REPORT MAY BE DISCLOSED ONLY TO THOSE PERSONS WHOSE OFFICIAL DUTIES REQUIRE ACCESS. NO COPIES SHALL BE MADE AND CONTENTS MAY NOT BE DISCLOSED TO THE PARTY(S) CONCERNED WITHOUT SPECIFIC AUTHORIZATION FROM DIRECTOR, COAST GUARD INVESTIGATIVE SERVICE

PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 USC 552 AND 552(a)

CLASSIFICATION STAMP
**UNCLAS / FOUO / LES**

Local Reference No.

GOVERNMENT EXHIBIT
**2**
3:13-cr-00008-SLG

PROTECTED DOCUMENT                                                                 Wells18_00040054 (1 of 1)