**U.S. Department of Transportation**

**United States Coast Guard**



Commanding Officer
United States Coast Guard
Communication Station Kodiak

PO Box 190017
Kodiak, Alaska 99619-0017
Phone 907-487-5346
FAX 907-487-5517
Email peter.r.vanness@uscg.mil

12700
January 4, 2012

From: P.R. Van Ness, CDR
CG COMMSTA KODIAK

To: J.M. Wells

Subj: LETTER OF CAUTION – MISUSE OF COMMSTA KODIAK'S GENERAL FUEL CARD

Ref: (a) Administrative Investigator's Report dated October 17, 2011
(b) Email dated October 13, 2011 from Jim Wells to SK1 Cartier
(c) COMDTINST M12750.4, Civilian Personnel Actions: Discipline, Performance, Adverse Actions, Appeals and Grievances, dated December 15, 1987

1. You are cautioned for allowing, and potentially participating in, the misuse of the COMMSTA Kodiak General Fuel Card. This cautionary action is based on the following:

   a. The Executive Officer ordered an administrative investigation of a missing general fuel card and an unauthorized charge made to this card. Reference (a) is the final report from this investigation.

   b. On August 30 and 31, 2011 ET1 Hopkins and ET3 Beauford used the fuel card to fill the COMMSTA line truck. During the week of September 12, 2011 the fuel card was reported missing from your desk by ET1 Hopkins after trying to locate it to fill the wood chipper. After a thorough search, the fuel card could not been found. ET1 reported the card as missing to ITC Reckner. With the upcoming deployment to Shemya, the Executive Officer decided to convene an investigation upon the team's return. From September 21 – 29 all Rigger shop personnel, except for you, deployed to Shemya or were on leave. On the morning of September 21, 2011 at 0837 and 0839 the fuel card was used for two consecutive purchases for a total of 47.641 gallons of diesel fuel, costing the government $232.44. The government vehicle capable of holding that amount of fuel, line truck, never left COMMSTA property nor entered Base Kodiak. During the investigation, you indicated that with the amount of the fuel purchased would have to have been used to refuel the 20 ton line truck, reference (b). Since Mr. Belisle and ET1 Hopkins were on their way to Shemya, you were the only one left to make the purchase.

   c. On or about October 4, 2011 after returning from his trip to Shemya, ET1 Hopkins found the fuel card back in its usual location in your desk drawer.

2. I am deeply troubled by the misuse of the general fuel card.

GOVERNMENT
EXHIBIT
1

3:13-cr-00008-SLG

PENGAD 800-631-6989

3.   You have been employed as a civilian with the Coast Guard and COMMSTA Kodiak for twenty (20) plus years and you are also retired from the Coast Guard as a Chief Petty Officer. You have a responsibility to both properly use and properly safeguard this government fuel card. This unauthorized purchase and supporting evidence of misuse severely undermines my confidence in you. You are a fiduciary steward of the taxpayer's monies and you did not fulfill your basic responsibilities. This letter of caution is imposed to impress upon you the seriousness of these offenses and to serve as a warning that any future misconduct will result in more severe disciplinary action.

4.   Your conduct was unacceptable and will not be tolerated. I consider this letter of caution to be the very minimum action necessary to correct your behavior and maintain good order and discipline in the organization. Any further misuse of government charge cards under your control or any future instances of misconduct may result in disciplinary action being taken against you, up to and including removal from Federal service.

5.   It is the policy of the U.S. Coast Guard to offer counseling to employees who may be experiencing personal problems affecting their work performance, attendance or conduct. If you believe that the Employee Assistance Program (EAP) could be of assistance, you are urged to contact a counselor at 1-800-222-0364. The EAP is a confidential, free and voluntary program.

6.   This letter is non-disciplinary and will not be placed in your Official Personnel Record; however, it will be retained in your supervisor's employee working folder and may be relied upon if future action is necessary.

7.   If you have any questions concerning the procedural aspects of this action, you may contact Ms. Stacey Hofler at 487-5458.

#

Copy:  CSA

I acknowledge receipt of this document. My signature does not signify agreement, merely acknowledgment of receipt.

_____
Employee signature

_____
Date