

| U.S. Department of Homeland Security  United States Coast Guard | Commanding Officer U.S. Coast Guard Communication Station Kodiak | PO Box 190017 Kodiak, AK 99619-0017 Phone: (907)487-5744 x127 Fax: (907) 487-5517 |

12000
2 NOV 2011

# MEMORANDUM

From: S.A. Reckner, ITC
IT/Rigger Shop Division Chief

To: J.M. Wells

Subj: MEMORANDUM FOR RECORD – Establishment of Expectations (other than performance)

1. Removing trees in the COMMSTA Kodiak transmit and receive antenna fields will only be conducted when a tree poses an imminent threat to an antenna or structure. Cutting trees adjacent to an access road is not authorized unless the tree poses an immediate threat of falling and blocking a road or its limbs actively prevent a vehicle from passing.

2. On Tuesday 9 AUG 2011, during a routine inspection of brush clearing operations at receive antenna 6, I noticed a significant number of trees that had rings cut around the base of their trunk (collared). Some were in close proximity to a guy wire, but a substantial number were a significant distance away including several in a wooded area well east of the tower and supporting hardware. There were also two or three large, mature trees by the road that were collared. On 11 AUG 2011, I met with you, Mr. Belisle and the rigger shop supervisor, ET1 Hopkins. During this meeting, I directed that the practice of collaring trees stop immediately. I also directed you to draft and submit a policy that dictates when the rigger shop is required to take a tree down. This policy will become the official COMMSTA tree removal policy and will be included in the COMMSTA Kodiak Organization Manual. This memo is a follow up to our conversation.

3. Trees will only be cut when there is a specific and verifiable operational need to do so in order to protect assets and personnel.

> (a) Trees shall not be collard at any time. This practice serves no practical purpose in mission execution and exposes personnel and facilities to increased risk of tree damage.
>
> (b) Preemptive cutting is not authorized. Trees shall not be removed based on a long-term "potential" concern. Trees must pose an imminent threat before being removed.
>
> (c) A tree must pose a direct threat to a tower, structure or road before being cut down. Trees in the immediate vicinity of the cut tree that may have its root systems damaged and therefore become unstable are to be removed concurrently.

GOVERNMENT EXHIBIT 2 3:13-cr-00008-SLG

Subj: MEMORANDUM FOR RECORD                                           12000
                                                                      2 NOV 2011

(d) You shall draft a policy outlining the COMMSTA tree removal and submit it to me NLT 1 December 2011.

(e) Processing of trees for firewood for personal use will be done on off-duty hours only. No rigger shop labor or equipment is to be used to process a tree for personal use.

(f) Trees taken down are available to all COMMSTA personnel on a first come first served basis.

(g) The previous instructions will remain in effect until superseded by official guidance from the Commanding Officer through the promulgation of instructions or written policy.

#

Please sign receipt acknowledgment below as evidence that you have received this letter. Your signature does not mean that you agree with the contents of the letter; nor by signing, are you forfeiting any of your rights:

Receipt Acknowledged: ____JIM WELL/____          ____2 Nov 11____
                        Employee's signature              Date

Encl: