

| U.S. Department of Homeland Security  United States Coast Guard | Commanding Officer U.S. Coast Guard Communications Station Kodiak | P.O. Box 190017 Kodiak, AK 99619-0017 Staff Symbol: EO Phone: (907) 487-5347 Fax: (907) 487-5517 Email: William.T.Reed@uscg.mil |

5370
29 APR 2011

# MEMORANDUM

From: W.T. REED, ETCS
       Engineering Officer

To: Rich Belisle
Thru: S.A. Reckner, ITC

Subj: EO EXPECTATIONS/CLARIFICATIONS

1) On 29 April 2011 ETCS Reed, ITC Reckner and ET1 Hopkins discussed the following points with you. You were given the opportunity to ask questions, voice concerns, and receive clarification on all subjects.

   a. Sick/Vacation Time.

      1. All time off will be taken in accordance with applicable rules and regulations.

      2. When reasonably able to do so, notify the Rigger Shop Supervisor in advance of time off. When advance notification is not possible, notify the Rigger Shop Supervisor, ITC, or EO via phone or email. Alternately, you may notify the CWO and request they notify ET1, ITC and EO via email.

   b. Travel.

      1. Travel opportunities will sent up the Chain Of Command for recommendations and approved by the EO.

      2. Expect to be able to articulate the value of the travel to the unit or the Coast Guard.

   c. ET1 Hopkins is the Rigger Shop supervisor. I expect ET1 to be able to say who is where, and what they are doing, when ITC or I ask him. To facilitate this it is necessary for all shop personnel to keep him informed of their destination when departing the unit.

   d. Trees dropped during the workday are available to all station personnel for use as firewood first come first served. Rigger shop personnel and work hours are only to be utilized to meet mission requirements. Extra cutting and loading wood beyond mission needs is to be done during non-work hours.

   e. I want a weekly work list emailed to ET1, CC to ITC and EO.



GOVERNMENT EXHIBIT
3
3:13-cr-00008-SLG

2)  I have high expectations of you as a former Chief in the Coast Guard.  Mainly I expect you to support, assist and mentor the ET1 assigned as the Rigger Shop Supervisor.  I recognize your knowledge and experience and require you to utilize it, and share it, in order to further the goals and support the mission of the Rigger Shop.  I expect you to bring up concerns or issues you may have. I expect you to support the decisions of the command and supervisors, especially in front of the non-rates and junior petty officers in the rigger shop.

\# JIM WELLS 2 NOV 11