# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email:   expert@parkdietzassociates.com
Website:  www.parkdietzassociates.com

- Forensic Psychiatry
- Forensic Pathology
- Forensic Neurology
- Forensic Psychology
- Forensic Social Work
- Forensic Science
- Criminology
- Security

## CURRICULUM VITAE (January 2, 2019)

### Park Dietz, M.D., M.P.H., Ph.D.

## CURRENT POSITIONS:

1996-   President, Park Dietz & Associates, Inc., Newport Beach, California, and Washington, DC (Employer ID: 33-0690184) (PD&A is a forensic litigation consulting firm that grew out of a consulting practice begun in 1978.)

1990-   Clinical Professor of Psychiatry and Biobehavioral Sciences, Semel Neuropsychiatric Institute, David Geffen School of Medicine, University of California, Los Angeles

1987-   President, Threat Assessment Group,® Inc., Newport Beach, California (Employer ID: 54-1423864) (TAG® is a violence prevention consulting firm.)

1987-   Forensic Psychiatry Consultant, Forensic Sciences Unit, New York State Police, Albany, New York

1981-   Consultant, Critical Incident Response Group, Behavioral Science Unit, Profiling and Behavioral Assessment Unit, Behavioral Analysis Units, and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia

## EDUCATION:

1970 A.B.   Cornell University College of Arts and Sciences
Honors Program in Psychology, 1969-1970
Alpha Epsilon Delta, 1969 (Vice President)
Phi Beta Kappa, 1970
Phi Kappa Phi, 1970



GOVERNMENT EXHIBIT

1

3:13-cr-00008-SLG

PENGAD 800-631-6989

A.B. *cum laude* in Psychology and With Distinction in All Subjects, 1970

1975  M.D.  Johns Hopkins University School of Medicine
            Alpha Omega Alpha, 1975

1975  M.P.H.  Johns Hopkins School of Hygiene and Public Health

1984  Ph.D.  Johns Hopkins University (Sociology)

## POSTGRADUATE TRAINING:

Residencies:

1975-1977  Assistant Resident, Department of Psychiatry and Behavioral Sciences, Johns Hopkins Hospital

1977-1978  Resident, Department of Psychiatry, Hospital of the University of Pennsylvania

Fellowships:

1973-1977  M.D.-Ph.D. Fellow, M.D.-Ph.D Program in Behavioral Sciences, Johns Hopkins University (National Institute of General Medical Sciences Training Grant)

1976-1977  Robert Wood Johnson Foundation Clinical Scholar, Johns Hopkins University

1977-1978  Robert Wood Johnson Foundation Clinical Scholar, University of Pennsylvania

## FULL-TIME ACADEMIC APPOINTMENTS:

1975-1977  Fellow, Department of Psychiatry and Behavioral Sciences, Johns Hopkins University School of Medicine

1977-1978  Chief Fellow in Forensic Psychiatry, Center for Studies in Social-Legal Psychiatry, University of Pennsylvania School of Medicine

1978-1982  Assistant Professor of Psychiatry, Harvard Medical School, at the McLean Hospital

1982-1986     Associate Professor of Law and of Behavioral Medicine and Psychiatry, University of Virginia Schools of Law and Medicine

1986-1989     Professor of Law and Professor of Behavioral Medicine and Psychiatry, University of Virginia

## VISITING AND ADJUNCT APPOINTMENTS:

1975-1978     Lecturer in the Department of Public Health Administration, Division of Forensic Pathology, Johns Hopkins School of Hygiene and Public Health

1980-1983     Lecturer in the Department of Health Services Administration, Division of Forensic Pathology, Johns Hopkins School of Hygiene and Public Health

1981-         Guest Lecturer, Behavioral Science Unit and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia

1983-1989     Lecturer in the Department of Health Policy and Management, Johns Hopkins School of Hygiene and Public Health

1987-1988     Adjunct Scholar, Foundation for American Communications (FACS), Los Angeles, California

2001- ?       Member, Research Advisory Board, Child Abduction and Serial Murder Investigative Resources Center, F.B.I. Academy, Quantico, Virginia

2003          Visiting Professor of Psychiatry, University of Hawaii John A. Burns School of Medicine, Honolulu, Hawaii

2006          Visiting Professor of Psychiatry, University of Hawaii John A. Burns School of Medicine, Honolulu, Hawaii

2014-15       Distinguished Fellow, Center for Psychology & Law, School of Social Ecology, University of California, Irvine

2015-16       Distinguished Fellow, Center for Psychology & Law, School of Social Ecology, University of California, Irvine

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

1978-1982    Assistant Psychiatrist, McLean Hospital, Belmont, Massachusetts

1978-1980    Director of Forensic Psychiatry, McLean/Bridgewater Project, Bridgewater State Hospital, Massachusetts Correctional Institution at Bridgewater

1978-1982    Director, Medical Criminology Research Center, McLean Hospital/Harvard Medical School

1982-1988    Medical Director, Institute of Law, Psychiatry and Public Policy, University of Virginia

1983-1989    Psychiatrist, University of Virginia Hospitals

1987-1988    Associate Director (Public Policy), University of Virginia Center for the Prevention of Disease and Injury

1987-1990    Advisory Board, Johns Hopkins Injury Prevention Research Center

## INSTITUTIONAL COMMITTEE ASSIGNMENTS:

McLean Hospital
  Director, Forensic Psychiatry Fellowship Program, 1978-1980
  Member, Subcommittee on Clinical Research, Long Range Planning Committee, 1980
  Member, Subcommittee on New Frontiers, Long Range Planning Committee, 1980
  Chairman, Committee for the Scientific Review of Research, McLean/Bridgewater Program, 1978-1980

University of Virginia School of Law
  Academic Review Committee, 1984-1988
  Academic Policy and Grading Committee, 1985-1987
  Calendar Committee, 1984-1986
  Catalog Committee, 1984-1987
  Law Enforcement Liaison Committee, 1986-1987
  Library Committee, 1983-1988

University of Virginia School of Medicine
Director, Forensic Psychiatry Fellowship Program, 1982-1988

**LICENSURE (MEDICINE AND SURGERY) AND CERTIFICATION (PSYCHIATRY):**

| | |
|---|---|
| 1975-1988 | Maryland State Board of Medical Examiners License No. D18304 (currently on inactive status) |
| 1977-2004 | Pennsylvania State Board of Medical Education and Licensure Certificate No. MD-019311-E (currently on inactive status) |
| 1978-1988 | Massachusetts Board of Registration in Medicine Registration No. 043550 (currently on inactive status) |
| 1979- | American Board of Psychiatry and Neurology (Psychiatry) Certificate No. 19765 |
| 1982- | Virginia State Board of Medicine License No. 0101-034874 |

**AWARDS AND HONORS:**

| | |
|---|---|
| 1975 | First Prize Award, John P. Rattigan Student Essay Competition, American Society of Law and Medicine |
| 1977 | Wendell Muncie Award, Maryland Psychiatric Society and Maryland Association of Private Practicing Psychiatrists |
| 1979 | Corresponding Member, Australian Academy of Forensic Sciences |
| 1979 | Fellow, American Academy of Forensic Sciences |
| 1981 | Honorary Member, Asociacion Mexicana de Medicina Legal |
| 1984 | Alumni Lecturer, Robert Wood Johnson Foundation Clinical Scholars Program Annual Meeting |
| 1986 | Krafft-Ebing Award, Psychiatry Section, American Academy of Forensic Sciences |

| | |
|---|---|
| 1986 | Fellow, American Psychiatric Association |
| 1988-89 | Sesquicentennial Associate, Center for Advanced Studies, University of Virginia |
| 1992-93 | Selected for The Best Doctors in America in the categories of "Forensic Psychiatry" and "Violence" (inaugural edition) |
| 1992 | Kenneth G. Gray Memorial Lectureship, Annual Meeting of the Canadian Psychiatric Association, Montreal, Quebec, (sponsored by the Kenneth G. Gray Foundation, Clarke Institute of Psychiatry, Toronto) |
| 1993 | Outstanding Service Award, American Academy of Psychiatry and the Law |
| 1993 | Citation for "Exceptional Service in the Public Interest," Louis Freeh, Director, Federal Bureau of Investigation |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2009 | Citation as one of the "Top 25 Most Influential People in the Security Industry," Security magazine |
| 2010 | "Seymour Pollack Award for Distinguished Contributions to Education in Forensic Psychiatry," American Academy of Psychiatry and the Law |
| 2013 | G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University (sponsored by the Psi Chi Honors Society) |
| 2014 | Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014 |

## NATIONAL PUBLIC POLICY ACTIVITIES:

| | |
|---|---|
| 1980-1982 | Task Force on Families of Catastrophe (Mobilization I, The Iranian Hostage Crisis), The Family Research Institute, Purdue University |

| 1984-1985 | Committee on Trauma Research, National Research Council/National Academy of Sciences |
| 1985-1986 | Commissioner, Attorney General's Commission on Pornography, United States Department of Justice |
| 1986 | United States Delegate, Chancellor Helmut Kohl's Neurosciences and Ethics Conference, Bonn and Klostergut Jakobsberg, Federal Republic of Germany |

## EDITORIAL BOARDS:

| 1974-1977 | Assistant Editor, Johns Hopkins Medical Journal |
| 1974-1988 | Editorial Board, Bulletin of the American Academy of Psychiatry and the Law, Assistant Editor,1974-1978; Associate Editor, 1978-1988) |
| 1979-1990 | Editorial Board, Psychiatric Journal of the University of Ottawa |
| 1979-1994 | Editorial Board, Journal of Forensic Sciences |
| 1982-2000 | Editorial Board, Behavioral Sciences and the Law |
| 1984-1985 | Associate Editor, Legal Aspects of Psychiatric Practice |
| 2012- | Editorial Board, Journal of Threat Assessment and Management |

Editorial consultant/reviewer for:

Accident Analysis and Prevention
American Journal of Epidemiology
American Journal of Psychiatry
American Journal of Public Health
Archives of General Psychiatry
Behavioral Sciences and the Law
Biological Psychiatry
Bulletin of the American Academy of Psychiatry and the Law
Hospital & Community Psychiatry
Journal of Forensic Sciences
Journal of the History of the Behavioral Sciences
Journal of Nervous and Mental Disease

Journal of Psychiatric Research
Journal of Studies of Alcohol
Journal of Threat Assessment
Journal of Trauma
Law and Human Behavior
Psychiatric Journal of the University of Ottawa
Psychosomatics

## PROFESSIONAL SOCIETIES (MEMBERSHIPS, OFFICES, AND COMMITTEES):

American Academy of Forensic Sciences
Member, 1977-present
Fellow, 1979-present
Elective Offices:
Chairman, Psychiatry Section, 1979-1982 (three terms)
Fellow-at-Large, Psychiatry Section, 1982-1985
Executive Committee, 1982-1985
Annual Meeting Program Committee, 1979-1981
Council, 1979-1982
Nominating Committee, 1979-1982
Membership Committee, 1979-1982
Joint Committee on Accreditation of Training Programs in
Forensic Psychiatry, 1980-1986

American Academy of Psychiatry and the Law
Member, 1977-present
Elective Offices:
Secretary, 1979-1983 (two terms)
Councilor (Executive Council), 1983-1984
Vice President, 1984-1985
Councilor (Executive Council), 1990-1993
President-Elect, 1993-1994
President, 1994-1995
Immediate Past-President, 1995-1996
Awards Committee, 1985-1987
Budget Committee, 1995-1996
Committee on Criminal Behavior, 1985-1990 (Chairman, 1985-1990)
Committee on International Relations, 1982-1984; 1989-1992
(Chairman, 1982-1984)
Education Committee, 1977-1981
Ethics Committee, 1980-1982
Executive Council, 1983-1996 (Chairman, 1994-1995)

Long Range Planning Committee, 1996-1998
Nominating Committee, 1983-1984, 1990-1997 (Chairman, 1994-1995)
Committee on Liaison with the American Academy of Forensic Sciences, 1989-1994
Committee on Research, 1984-1987
Joint Committee on Accreditation of Training Programs in Forensic Psychiatry, 1980-1986
Program Chairman, 10th Annual Meeting, Baltimore, Maryland, October 25-28, 1979
Program Committee, 1977-1980 (Chairman, 1978-1979)
Rappeport Travel Fellowship Committee, 1984-1985
Task Force on Videotaping, 1993-1999

American Association for the Advancement of Science
Member, 1981-1983, 1988-1993

American Psychiatric Association
Member, 1977-present
Fellow, 1986-2003
Distinguished Fellow, 2003-2007
Distinguished Life Fellow, 2007-present
Consultant, Task Force on the Right to Treatment, 1974-1977
Committee on Misuse and Abuse of Psychiatry in the United States, 1979-1980
Committee on Abuse and Misuse of Psychiatry and Psychiatrists in the United States, 1980-1987 (Chairman, 1984-1986)
Advisory Committee on the Paraphilias, Task Force on Nomenclature and Statistics (DSM-III-R), 1985-1987
Advisory Committee on Disorders of Impulse Control Not Elsewhere Classified, Task Force on Nomenclature and Statistics (DSM-III-R), 1985-1987
Adviser, Sexual Disorders, DSM-IV
Adviser, Sexual Disorders, DSM-IV-TR

American Psychology-Law Society (Division 41, American Psychological Association)
Member-at-Large, 1979-unknown date

American Public Health Association
Member, 1974-1978

American Society of Criminology
Member, l974-1995

American Society of Law and Medicine
  Member, 1974-1987

American Sociological Association
  Member, 1975-1984
  Publications Committee, Medical Sociology Section, 1977-1978

Association for the Advancement of Psychotherapy
  Member, 1974-1979

Association of Directors of Forensic Psychiatry Fellowships
  Founding Member, 1986-1988
  Elective Office:  Vice President, 1986-1988

Forensic Mental Health Association of California
  Member, 1989-unknown date

Forensic Science Society (Great Britain)
  Member, 1973-unknown date

Group for the Advancement of Psychiatry
  Member, then Corresponding Member, 1980-2015
  Committee on Psychiatry and Law, 1980-unknown date

International Criminal Investigative Analysis Fellowship
  Affiliate Member, Unknown date - present

Johns Hopkins Medical and Surgical Association
  Member, 1975-present

Maryland Psychiatric Society
  Member, 1977

Massachusetts Psychiatric Society
  Member, 1978-1982
  Judicial Action Committee, 1979-1982

Orange County Psychiatric Society
  Member, 1990-present

Psychiatric Society of Virginia (formerly the Neuropsychiatric
Society of Virginia)
  Member, 1982-1990

Pennsylvania Psychiatric Society
  Member, 1977-1978

Society for the Study of Social Problems
  Member, 1970-1986

Society for the Scientific Study of Psychopathy
  Member, 2005-unknown date

## RESEARCH GRANTS:

"Battery and Murder Defendants:  A Psychiatric and Criminological Study," funded through a subcontract from the Center for the Interdisciplinary Study of Criminal Violence at the University of Pennsylvania, funded by National Institute of Justice grant No. 79-NI-AX-0127, November 15, 1980, through September 30, 1982 ($13,146).

"Psychiatrists and Their Settings:  Effects on Services," National Center for Health Services Research grant No. 1R03-HS04414-01, May 1, 1981, through April 30, 1982 ($27,834).

"Violence and Mental Disorder:  The Choice of Public Figures as Victims," National Institute of Justice grant No. 83-NI-AX-0005, October 1, 1983, through September 30, 1988 ($399,813).

"Crimes against the Children and Families of Public Figures:  Stalking, Threats, Kidnapping, and Murder," anonymously funded research, February 26, 2003, through August 30, 2004.

## RESEARCH ADVISORY POSITIONS:

| | |
|---|---|
| 1978-1981 | Consultant, "Longitudinal Study of Biosocial Factors Related to Delinquency and Crime" (Law Enforcement Assistance Administration grant to the University of Pennsylvania; Principal Investigator:  Marvin Wolfgang) |
| 1979 | Technical Review Committee for Advocacy Demonstration Project, National Institute of Mental Health |
| 1979-1981 | Advisory Committee, "The Movement of Offender Populations Between Mental Health and Correctional |

Institutions" (Law Enforcement Assistance Administration grant to the University of California Irvine, and the New York Department of Mental Hygiene; Principal Investigators: John Monahan and Henry J. Steadman)

1979-1981 Advisory Committee, "The Utilization of Psychiatric and Psychological Services by Criminal Court Judges" (Law Enforcement Assistance Administration grant to the Forensic Sciences Foundation; Principal Investigator: Jonas R. Rappeport)

1980-1981 Consultant, "Research on the Use of Children in Pornography" (National Center on Child Abuse and Neglect grant to Boston University; Principal Investigator: Ann Wolbert Burgess)

1984- 1992 Board of Trustees, Forensic Sciences Foundation (Vice President, 1985-1986)

2001- Research Advisory Board, Child Abduction and Serial Murder Investigative Resources Center, F.B.I. Academy, Quantico, Virginia

## SELECTED NOTABLE CASES THAT ARE PUBLIC INFORMATION:

1981-1982 Consultant to the United States Attorney's Office, Washington, D.C., in U.S. v. John W. Hinckley, Jr. (attempted assassination of President Reagan)

1982- Consultant to the F.B.I., the National Food Processors Association, and various corporations in product tampering cases, beginning with the Chicago Tylenol murders

1982- Consultant to the F.B.I. on unsolved serial homicides, serial bombings, serial rapes, and other active investigations

1987-1988 Consultant to the District Attorney of the County of New York, New York, in People v. Robert Chambers ("the Preppy Murder Case")

1988            Consultant to the Office of the Attorney General, State of New York, in the Grand Jury Investigation into allegations arising out of the matter of Miss Tawana Brawley (white law enforcement officials accused by Rev. Al Sharpton of kidnapping and raping African-American adolescent)

1988            Consultant to the Central Intelligence Agency in Mrs. David Orlikow et al. v. United States of America (alleged CIA-funded brainwashing of mental patients from 1957-61)

1990            Consultant to the United States Attorney's Office, New York, in U.S. v. Dial Information Services Corporation of New York (Dial-a-porn case; 2nd Circuit Opinion: 938 F.2d 1535 (2nd Cir. 1991))

1989-1990       Consultant to the United States Attorney's Office, Los Angeles, California, in U.S. v. Michael Lawrence Shields (threats by stalker against Stephanie Zimbalist)

1990            Consultant to the District Attorney of Monroe County, New York, in People v. Arthur Shawcross (serial murders of prostitutes)

1990-1991       Consultant to the U.S. Department of Justice in U.S. v. Walter Leroy Moody, Jr. (VANPAC case: mail bombs killing U.S. Circuit Court Judge Robert Vance of the 11th Circuit Court of Appeals in Birmingham, AL, and a civil rights lawyer in Savannah, GA)

1991            Consultant to the Office of the Public Defender of Los Angeles County, California, in People v. Robert Bardo (murder of actress Rebecca Schaefer)

1991            Consultant to the Office of the District Attorney, San Diego County, California, in People v. Elizabeth Broderick (murder of ex-husband and his new wife)

1991-1992       Consultant to the California Department of Justice in William George Bonin v. Vasquez (federal habeas petition of "the Freeway Killer"; 9th Circuit Opinion: 59 F.3d 815 (9th Cir. 1995))

1991-1992    Consultant to the Office of the District Attorney, Milwaukee County, Wisconsin, in State v. Jeffrey L. Dahmer (serial murders of men)

1992-1995    Consultant to the plaintiff in Gary Ramona v. Marche Isabella, M.F.C.C., Richard Rose, M.D., et al. (induction of false memories is malpractice)

1992-1999    Consultant to the Office of the Attorney General, State of California, in People v. Charles Ng (serial murders with Leonard Lake)

1993-1995    Consultant to the Office of the District Attorney, Nassau County, New York, and Office of the District Attorney, Suffolk County, New York, in People v. Joel Rifkin (serial murders of prostitutes)

1994    Consultant to the Office of County Attorney, Lancaster County, Nebraska, in People v. Arthur McElroy (attempted mass murder on campus of University of Nebraska, Lincoln)

1994    Consultant to the United States Attorney's Office, Washington, D.C., in U.S. v. James E. Swann, Jr. (serial murders by the "Shotgun Stalker")

1994-1995    Consultant to the defense in People of New York v. Ricardo Caputo (serial murders of lovers)

1994-1995    Consultant to the United States Attorney's Office, Rochester, NY, in U.S. v. Earl H. Figley and U.S. v. Michael T. Stevens (serial mail bombings and homicide)

1994-1995    Consultant to the Office of the District Attorney, Nassau County, New York, in People v. Colin Ferguson (mass murder on the Long Island Railroad)

1994-1995    Consultant to the Solicitor for the 16th Circuit, SC, in People v. Susan Smith (mother rolled car into lake, drowning her two children)

1994-1996    Consultant to the Office of the District Attorney, Sonoma County, California, in People v. Richard Allen Davis (abduction and murder of Polly Klaas)

1994-1996    Consultant to the defense in <u>People of California v. Ernesto Anguiano</u> (homicides of defendant's nephew and mother in the belief they were vampires)

1994-1996    Consultant to the Office of the District Attorney, Los Angeles, California, in <u>People v. Lyle and Erik Menendez</u> (double murder of parents)

1994-1996    Consultant to the Office of the District Attorney, New York, New York, in <u>People v. William Tager</u> (murder of NBC stage hand outside the "Today" show)

1994-1997    Consultant to the Office of the Public Defender, Orange County, California, in <u>People v. John Famalaro</u> (abduction and murder of woman whose body was kept in a freezer for years)

1995-1996    Consultant to the Office of the District Attorney, Norfolk County, Massachusetts, in <u>Commonwealth v. John Salvi</u> (murders at abortion clinics)

1995-1997    Consultant to the defense in <u>Estate of Shane Curry v. The Armada Inn</u> (Ohio civil suit alleging negligent security in the death of NFL football player)

1996-1997    Consultant to the plaintiffs in <u>Goldman v. O.J. Simpson</u> (civil suit for the murder of Ronald Goldman and Nicole Brown Simpson)

1996-1997    Consultant to the Office of the United States Attorney, Philadelphia, Pennsylvania, in <u>U.S. v. John Bennett, Jr.</u> (the New Era Philanthropy fraud case)

1996-1997    Consultant to the Office of the District Attorney, San Diego County, California, in <u>People v. Joshua Jenkins</u> (juvenile murdered five family members)

1996-1997    Consultant to the Office of the District Attorney, Delaware County, Pennsylvania, in <u>Commonwealth v. John duPont</u> (murder of Olympic wrestler Dave Schultz)

1996-1998    Consultant to the Office of the Attorney General, Delaware, in <u>Delaware v. Amy Grossberg</u> (neonaticide)

1996-1998   Consultant to the United States Department of Justice in U.S. v. Theodore Kaczynski (the Unabom case)

1996-2000   Consultant to the defense, Schaeffer v. Vera Wang Bridal Salon and Hotel Carlyle (negligent security claim against bridal salon victimized by armed robbers)

1997-1998   Consultant to the Monmouth County Prosecutor's Office in New Jersey v. Melissa Drexler (the "Prom Mom" case)

1997-1998   Consultant to the Office of the District Attorney, Queens County, New York, in People v. Heriberto Seda ("Zodiac killer")

1998-1999   Consultant to the Office of the District Attorney, Madison, Wisconsin, in Wisconsin v. Salim Amara (defendant threw gasoline on bus passengers and ignited it)

1998-2000   Consultant to the Office of the District Attorney, Westchester County, New York, in People v. Michael Laudor (Yale Law School graduate killed fiancé in the deluded belief she was a robot)

1998-2000   Consultant to the Office of the District Attorney, Dutchess County, New York, in New York v. Kendall Francois (serial killings of prostitutes, whose bodies were found in the defendant's parents' home)

1998-2005   Consultant to the United States Attorney's Office, Washington, D.C., in U.S. v. Russell E. Weston (killings of two officers of the U.S. Capitol Police at the U.S. Capitol)

1999   Consultant to the Office of the District Attorney, Lane County, Oregon, in Oregon v. Kipland Phillip Kinkel (school shootings)

1999   Consultant to the defense, Amedure v. Warner Bros. et al. (Jenny Jones show murder case)

1999-2000    Consultant to the United State's Attorney's Office, Fresno, California, in U.S. v. Cary Anthony Stayner (Yosemite murders)

1999-2000    Consultant to the Office of the District Attorney, Rockdale County Judicial Circuit, Georgia, in Georgia v. Anthony B. Solomon, Jr. (school shooting)

1999-2000    Consultant to the Office of the Public Defender, Orange County, California, in People v. Steven Abrams (killing of two children at preschool)

1999-2000    Consultant to the Office of the District Attorney, Riverside County, California, in People v. Joseph Neale (attempted murder of the mayor and city council)

1999-2000    Consultant to the defense, Hawaii v. Byran Uyesugi (mass murder at Xerox by employee)

1999-2001    Consultant to the United State Attorney's Office, Los Angeles, California, in U.S. v. Buford Furrow, Jr. (shootings of children at the Jewish Community Center and murder of a mail carrier by Aryan Nations associate)

2000-2001    Consultant to the San Francisco Public Defender's Office, San Francisco, California, in People v. Jonathan Haynes (homicides of hair colorist and plastic surgeon because they traded in "fake Aryan cosmetics")

2000-2001    Consultant to the Office of the District Attorney, Orange County, California, in People v. Edward Allaway (restoration of sanity of man acquitted by reason of insanity for 1976 mass murder at California State University, Fullerton)

2000-2002    Consultant to the Office of the District Attorney, Jefferson County, Colorado re. the Columbine Psychiatric Autopsy Project (mass murder and suicides by Eric Harris and Dylan Klebold at Columbine High School in April 1999)

| | |
|---|---|
| 2000-2002 | Consultant to the Mariposo County, California, District Attorney's Office in People v. Cary Anthony Stayner (murder of three tourists in Yosemite) |
| 2001-2006 | Consultant to the Office of the District Attorney, Harris County, Texas, in Texas v. Yates (mother charged with drowning her five children) |
| 2002-2004 | Consultant to the United States Attorney's Office, Cedar Rapids, Iowa, in U.S. v. Helder (serial mailbox bombings in multiple states) |
| 2003 | Consultant to the Office of the District Attorney, Prince William County, Virginia, in Commonwealth of Virginia v. John Allen Muhammad (sniper shootings) |
| 2003 | Consultant to the Office of the District Attorney, Fairfax County, Virginia, in Commonwealth of Virginia v. John Lee Malvo (sniper shootings) |
| 2003 | Consultant to the Office of the U.S. Attorney, Salt Lake City, UT, re. U.S. v. Brian David Mitchell (Elizabeth Smart kidnapping) |
| 2003-2005 | Consultant to the United States Attorney's Office, Birmingham, Alabama, in U.S. v. Eric Rudolph (serial bombings) |
| 2004-2008 | Consultant to the United States Attorney's Office, Kansas City, Missouri, in U.S. v. Lisa Montgomery (alleged fetus abduction homicide) |
| 2005-2010 | Consultant to the Habeas Corpus Resource Center re. Troy Ashmus v. Warden (sexual homicide of child) |
| 2006-2009 | Consultant to the Maricopa County District Attorney's Office, Phoenix, Arizona, in People of Arizona v. Samuel Dieteman and Dale Hausner (sniper shootings) |
| 2007-2009 | Consultant to the California Attorney General's Office re. Douglas Daniel Clark v. Warden (serial killings known as the work of the "Sunset Slasher" or "Sunset Slayer") |

2008-2009     Consultant to the California Attorney General's Office re. <u>Michael Dee Mattson v. Warden</u> (serial killings)

2008-2009     Consultant to the San Joaquin County District Attorney's Office in <u>People of California v. Roger Kibbe</u> (the "I-5 Strangler" serial murders)

2009          Consultant to the Skagit County Prosecuting Attorney, Mt. Vernon, WA, in <u>People of Washington v. Isaac Zamora</u> (mass murder)

2010-         Consultant to the Boys Scouts of America in civil suits alleging inappropriate conduct by participants in scouting

2010-2015     Consultant to appellant <u>in Re.: Cory Morris</u> (post-conviction relief for New Mexico serial killer accused of necrophilic motive)

2010-2014     Consultant to the United States Attorney's Office, St. Louis, MO, in <u>US v. Edward Bagley, Sr., et al.</u> (sadomasochistic sex trafficking)

2010-2014     Consultant to the defense in <u>U.S. v. David H. Brooks</u> (white collar crimes)

2010-2011     Consultant to the plaintiff in <u>Stevens v. U.S.</u> (anthrax attack)

2011-2012     Consultant to the United States Attorney's Office, Tucson, AZ, in <u>U.S. v. Jared Loughner</u> (Tucson mass murder and assassination attempt)

2011-2013     Consultant to the defense in litigation filed against PG&E in connection with an explosion and fire in San Bruno, CA.

2011- 2017    Consultant to the Orange County, CA, District Attorney's Office, and Office of the California Attorney General in <u>People of California v. Scott Evans Dekraai</u> (mass murder)

2011-2015     Consultant to the defense in <u>Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television Distribution</u>

<u>Group F/K/A/ CBS Paramount Domestic Television, Peteski Productions, Inc., et al.</u> (civil suit alleging defamation of the Kalpoe brothers for their involvement in the disappearance of Natalee Holloway in Aruba)

2012        Consultant to the Office of the U.S. Attorney, Anchorage, AK, in <u>U.S. v. Israel Keyes</u> (serial murder, including the abduction and murder of Samantha Koenig)

2012-2013   Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Itzcoal Ocampo</u> (serial murders)

2012-2013   Consultant to the Marin County, CA, District Attorney's Office in <u>People of California v. Joseph Naso</u> (serial murders, 1970s-1990s)

2012-2014   Consultant to the Federal Defenders of New York in <u>U.S. v. Gilberto Valle</u> (alleged "cannibal cop")

2012-2014   Consultant to the defense in the Miramonte School Case (allegations of teacher feeding semen to elementary school children)

2012-       Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Andrew Urdiales</u> (serial murders)

2014-2015   Consultant to the defense in <u>U.S. v. Ross Ulbricht</u> (prosecution of alleged founder of Silk Road)

2014-2015   Consultant to the defense in <u>People of New York v. Gigi Jordan</u> (homicide of autistic child by mother)

2014-2015   Consultant to the U.S. Department of Justice and the Office of the U.S. Attorney, Boston, MA, in <u>U.S. v. Dzhokhar Tsarnaev</u> (Boston Marathon Bombing mass murder)

2014-       Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Franc Cano and Steven Gordon</u> (serial murders)

2016-2017    Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Charleston, S.C., in U.S. v. Dylann Storm Roof (mass murder at the African Methodist Episcopal Church, Charleston, S.C.)

2017         Consultant to the NCAA in Paterno v. NCAA (alleged defamation)

2017         Consultant to the defense in Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al. (civil suit alleging false imprisonment and intentional infliction of emotional distress)

**EXPERT TESTIMONY, APRIL 1990-PRESENT:**

Joanne Goldman v. Sol I. and Gladys L. Goldman (Bangor, Maine)
Testified at deposition, 4/2/90

Armijo vs. Border Area Mental Health (Albuquerque, New Mexico)
Testified at deposition, 5/1/90

U.S. v. Dial Information Services Corporation of New York (New York, New York) [2nd Circuit Opinion: 938 F.2d 1535 (2nd Cir. 1991)]
Testified at deposition, 5/13/90
Testified in court (trial or hearing), 5/14/90

Jane Doe v. Stuart Brown, M.D. (San Diego, California)
Testified by deposition, 6/6/90

Carin Evans vs. Richard Benton, Ph.D. (Houston, Texas)
Testified at deposition, 5/25/90
Testified at deposition, 6/27/90

Curran v. Mount Diablo Council, Boy Scouts of America (Los Angeles, California)
Testified at deposition, 8/14/90

Izbicki v. Ridgeview (Atlanta, Georgia)
Testified at deposition, 8/27/90

Rima v. Kaiser Permanente (Fairfax, Virginia)
Testified at deposition, 8/17/90

U.S. v. Shields (Los Angeles, California)
Testified at sentencing hearing, 10/25/90

People v. Arthur J. Shawcross (Rochester, New York)
Testified at trial, 11/90 and 12/90

U.S. v. Walter Leroy Moody (Birmingham, Alabama; Atlanta, Georgia; and Savannah, Georgia)
Testified at trial, 12/13/90

McNeil v. P.F.I. (New York, New York)
Testified at deposition, 1/15/91

U.S. v. Keith Gordon Ham, et al. (Wheeling, West Virginia)
Testified at trial, 3/14/91

U.S. v. Randy Ryan (Birmingham, AL)
Testified at hearing, 3/15/91

Teresa Janus, Individually and as Special Administratrix of the Estate of Adam Janus, Deceased, vs. McNeil Consumer Products Company, a Division of McNeil-PPC, Inc.; and McNeilab, Inc. (Minneapolis, Minnesota)
Testified at deposition, 4/19/91

Vance v. Krause  (DeKalb County, Georgia)
Testified at trial, 5/17/91

State of New Mexico v. Chester, M.D. (Albuquerque, NM)
Testified at trial, 8/5/91

People of California v. Robert John Bardo (Los Angeles, California)
Testified for 6 days, ending 10/24/91

Mertz v. Brzeski (Milwaukee, Wisconsin)
Testified at deposition, 10/30/91

People of California v. Elizabeth Broderick (San Diego, California)
Testified at trial, 11/26/91 and 11/27/91

Senyard v. Radisson Hotel Stemmons (Dallas, Texas)
Testified by telephone deposition, 1/3/92

William George Bonin v. Vasquez (Los Angeles, California)
Testified at federal habeas hearing, 1/29/92

State of Wisconsin v. Jeffrey L. Dahmer (Milwaukee, Wisconsin)
Testified at trial, 2/12/92 and 2/13/92

Gregorio Garcia, et al. v. Avala of Texas, Inc., et al. (Houston, Texas)
Testified at deposition, 1/21/92
Testified at trial, 3/10/92 and 3/11/92

Moore et al. v. Serrano (Houston, Texas)
Testified at trial, 4/30/92

McWhorter and Daneker v. Burroughs Wellcome Company (Seattle, Washington)
Testified at deposition, 5/28/92

U.S. v. Loren Bellrichard (Minneapolis, Minnesota)
Testified at sentencing, 6/29/92 and 6/30/92

K.P./S.D. v. YMCA of Greater Miami (Miami, Florida)
Testified at deposition, 11/23/92

State of South Carolina v. Johnnie Kenneth Register, II (Conway, South Carolina)
Testified at trial, 1/22/93

Commonwealth of Massachusetts v. Kenneth G. Seguin (Cambridge, Massachusetts)
Testified at trial, 1/27/93 and 1/28/93

People of California v. Dale Akiki (San Diego, California)
Testified at trial, 11/1/93

Economy Fire & Casualty Co. v. Betty Ann Haste, et al. (Springfield, Missouri)
Testified at deposition, 11/18/93

Commonwealth of Pennsylvania v. Mari Molasky (Doylestown, Pennsylvania)
Testified at trial, 1/6/94

People of California v. Tiffany N. Sandeffer (Vista, California)
Testified at trial, 3/14/94 and 3/23/94

Gary Ramona v. Richard Rose, et al. (Napa Valley, California)
Testified in depositions, 2/5/92, 6/24/92, and 8/5/92
Testified at evidentiary hearing, 4/22/93 and 4/23/93
Testified at trial, 3/29/94 and 3/30/94

People of New York v. Joel Rifkin (Mineola, New York)
Testified at trial, 5/3/94, 5/4/94, and 5/5/94

R.M., etc., et al. v. A & M Industries et al. (Fort Lauderdale, Florida)
Testified at deposition, 5/27/94

Crews v. Wake County Hospital System and ServiceMaster (Wake
County, New Carolina)
Deposition by telephone, 6/28/94

U.S. v. James E. Swann, Jr. (Washington, D.C.)
Testified at trial, 9/26/94

A.H. et al. v. Mercy Hospital of Laredo et al. (Laredo, Texas)
Testified at deposition, 10/28/94

Nebraska v. Arthur McElroy (Lincoln, Nebraska)
Testified at trial deposition, 11/11/94

People of California v. Richard A. Davis (Santa Rosa, California)
Testified at pretrial hearing, 6/5/95
Testified at trial, 5/21/96

People of California v. LaBerge (Vista, California)
Testified at motion hearing, 6/12/95

In the Matter of the Appeal by John Perry (Sacramento, California)
Testified at administrative hearing, 6/29/95

Jerner v. Allstate (Orlando, Florida)
Testified at evidentiary hearing, 9/1/95

Am. Natl. Fire Ins. Co. v. Birmingham Fire Ins. Co. (Houston, Texas)
Testified at deposition, 10/4/95

People of CA v. Erik Menendez (Los Angeles, California)
Testified at trial, 2/8/96 and 2/9/96

Young v. Johnny's Hot Dog Stand (Los Angeles, California)
Testified at deposition, 2/16/96
Testified at deposition, 8/23/96

Garcia v. Fowler (Albuquerque, New Mexico)
Testified at deposition, 2/26/96

People of CA v. Sally McNeil (San Diego, California)
Testified at trial, 3/13/96

Fuscardo v. Lorello (Weirton, West Virginia)
Deposition testimony, 4/19/96.

Allen Klanika v. Stop 'N Go Markets of Texas (Dallas, Texas)
Testified at deposition, 5/10/96
Testified at trial, 6/27/96

Kathleen Ferguson v. US West Communications (Denver, Colorado)
Testified at arbitration, 5/17/96

Galligan v. Pyramid Management Group, et al. (Boston, Massachusetts)
Testified at deposition, 6/5/96

Estate of Shane Curry v. The Armada Inn (Cincinnati, Ohio)
Testified at deposition, 6/6/96

Goldman v. O.J. Simpson (Los Angeles, California)
Testified at deposition, 8/22/96
Testified at hearing, 11/7/96

State of Wisconsin v. Joseph Clark (Baraboo, Wisconsin)
Testified at trial, 9/17/96

Monney v. H.E. Butt Grocery Co (San Antonio, Texas)
Testified at deposition, 10/1/96

People of California v. Ernesto Anguiano (San Mateo, California)
Testified at trial, 10/8/96 and 10/9/96

Tracy/Vanderpool v. Holiday Inns (Long Beach, California)
Testified at deposition, 10/24/96
Testified at trial, 5/15/98 and 5/18/98

U.S. v. Gerard Gallant (Sacramento, California)
Testified at trial, 11/20/96

U.S. v. Norman Yazzie  (Phoenix, Arizona)
Testified at trial, 12/18/96

Commonwealth of PA v. John duPont (Media, Pennsylvania)
Testified at trial, 2/12/97 and 2/13/97

Matthews v. Roman Catholic Bishop of Portland (Portland, Maine)
Testified at deposition, 3/11/97

People of CA v. Joshua Jenkins (Vista, California)
Testified at trial, 3/19/97, 3/20/97, and 3/21/97

U.S. v. John Bennett (Philadelphia, Pennsylvania)
Testified at trial, 9/18/97

Cannon v. Marriott (St Louis, Missouri)
Testified at trial, 10/3/97

Ryan v. Kempner (Winston-Salem, North Carolina)
Testified at deposition, 10/21/97

Smith v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 10/28/97

Sears Canada Coroner's Inquest (Chatham, Ontario, Canada)
Testified at inquest, 11/13/97

Texas State Board of Medical Examiners v. James C. Johnston, M.D.
(Houston, Texas)
Testified through deposition by written questions, 11/25/97 and
11/26/97

WI v. Gerald Turner (Madison, Wisconsin)
Testified at trial, 1/26/98 and 1/27/98

Sara Stump and Andrew M. Ocrant v. Daryl G. Gates, et al. (Denver,
Colorado)
Testified at trial, 3/26/98

CA v. Robert Mark Edwards (Santa Ana, California)
Testifed at sentencing trial, 4/13/98

Allman v. Union Butterfield (Ashville, North Carolina)
Testified at deposition, 9/18/98
Testified at trial, 4/23/99

Schaeffer v. Vera Wang (New York, New York)
Testified at deposition, 9/11/98
Testified at deposition, 10/19/98

CA v. Parker (Santa Ana, California)
Testified at sentencing, 11/10/98

MI v. McRae (Lansing, Michigan)
Testified at trial, 12/10/98

CA v. Lewis (Santa Ana, California)
Testified at trial, 2/10/99

Amedure v. Warner Bros. (Bloomfield Hills, Michigan)
Testified at trial, 5/3/99 and 5/4/99

CA v. Jules Delpy (Vista, California)
Testified at trial, 7/28/99
Testified at re-trial, 02/03/04, 02/04/04, and 02/24/04
Testified at re-trial, 5/18/04 and 5/19/04

Jensen v. National Railroad Passenger Corporation (Philadelphia,
Pennsylvania)
Testified at deposition, 8/26/99
Testified at trial, 2/29/00 and 3/1/00

CA v. Brandon Wilson (Vista, California)
Testified at trial, 9/24/99

Pedraza v. City of San Jose (San Jose, California)
Testified at deposition, 10/28/99

U.S. v. Steven Gene Chase (Eugene, Oregon)
Testified at detention hearing (telephonic), 12/20/99

HI v. Uyesugi (Honolulu, Hawaii)
Testified at trial, 5/30/00

Gallego v. Woodford (Oakland, California)
Testified at deposition 6/8/00
Testified at trial, 12/6/00


Smith v. Equity Residential Properties Management (Atlanta, Georgia)
Testified at deposition, 7/21/00


Johnston v. North Orange County Community College District (Santa
Ana, California)
Testified at deposition, 8/22/00
Testified at trial, 9/5/00


Epps v. Preventative Security, Inc. (Philadelphia, Pennsylvania)
Testified at trial, 8/25/00


CA v. Joseph Neale (Riverside, California)
Testified at trial, 11/20/00


CA v. Rex Allan Krebs (Monterey, California)
Testified at penalty phase, 05/03/01


Saunders v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 6/27/01
Testified at trial, 1/30/02


Sigman v. U.S. (Spokane, Washington)
Testified at deposition, 6/28/01


Hamilton v. AIG Life Insurance Company (Washington, D.C.)
Testified at deposition (telephonic), 7/11/01


WA v. Brodie Walradt (Port Orchard, Washington)
Testified at trial, 8/1/01 and 8/2/01


U.S. v. Dieter Vogt (Key West, Florida)
Testified at sentencing hearing, 8/8/01, 8/9/01, and 8/10/01


Waddell v. Lockheed Martin (San Jose, California)
Testified at deposition, 10/12/01
Testified at trial, 10/31/01


Leanza v. McDonald Oil and Johnny Lovell (Columbus, Georgia)
Testified at deposition, 10/19/01

<u>Cabrera v. Patino and Lievano</u> (Miami, Florida)
Testified at deposition, 3/11/02

<u>TX v. Andrea Pia Yates</u> (Houston, Texas)
Testified at trial, 3/7/02, 3/8/02 and 3/9/02
Testified at trial, 7/13/06, 7/14/06 and 7/17/06

<u>U.S. v. SPC Lillie Morgan</u> (Mannheim, Germany)
Testified at trial, 4/10/02

<u>U.S. v. Aquilia Marcivicci Barnette</u> (Charlotte, NC)
Testified at trial, 8/8/02

<u>CA v. Cary Anthony Stayner</u> (San Jose, CA)
Testified at trial, 9/4/02, 9/5/02, 9/9/02, and 9/10/02

<u>CO v. Steven Michael Stagner</u> (Glendwood Springs, CO)
Testified at hearing, 10/8/02

<u>Holsey et al. v. Georgia Department of Human Resources et al.</u>
(Atlanta, Georgia)
Testified at deposition, 10/19/02

<u>Cabrera et al. v. Eller Media Corp. et al.</u> (Miami, FL)
Testified at deposition, 11/21/02

<u>FL v. Jeffrey Schlosberg</u> (West Palm Beach, FL)
Testified at deposition, 12/21/02
Testified at trial, 4/15/03

<u>Troy T. v. Does 1,2,3</u> (San Bernardino, CA)
Testified at deposition, 4/22/03

<u>NY v. Christine Wilhelm</u> (Troy, NY)
Testified at trial, 7/1/03, 7/2/03

<u>CA v. Vincent Henry Sanchez</u> (Ventura, CA)
Testified at trial, 8/25/03, 8/26/03

<u>City of Redondo Beach v. Stephen Shoemaker and Stephen McDonald</u>
(Los Angeles, CA)
Testified at trial, 9/19/03

FL v. Keith Adams (West Palm Beach, FL)
Testified at deposition, 9/22/03
Testified at trial, 1/15/04

VA v. John Allen Muhammad (Virginia Beach, VA)
Testified at hearings, 10/8/03, 10/9/03

Good, et al. v. Fluor Daniel Corp., et al. (Seattle, WA)
Testified at deposition, 10/30/03

US v. Wesley Purkey (Kansas City, MO)
Testified at trial, 11/17/03

CA v. Scott Erskine (San Diego, CA)
Testified at trial, 12/1/03 and 12/2/03
Testified at re-trial, 5/27/04

Jones v. Washington State Department of Social and Health Services,
et al. (Seattle, WA)
Testified at deposition, 12/9/03
Testified at trial, 2/10/04

FL v. Michael Connelly (Tampa, FL)
Testified at trial, 3/9/04

Wiley v. Frazer Center Inc., et al. (Atlanta, GA)
Testified at deposition, 3/20/04

IL v. Andrew Urdiales (Pontiac, IL)
Testified at trial, 5/6/04 and 5/20/04

WA v. Ronald Matthews (Seattle, WA)
Testified at trial, 8/11/04 and 8/12/04

CA v. George Williams (San Diego, CA)
Testified at trial, 10/19/04 and 10/20/04

US v. O.C. Smith (Memphis, TN)
Testified at trial, 1/25/05

CO v. Rebekah Amaya (Lamar, CO)
Testified at trial, 1/31/05

CA v. Alejandro Avila (Santa Ana, CA)
Testified at trial, 5/11/05

US v. Scott Blackstone (Fort Bliss, TX)
Testified at trial (telephonic), 5/11/05

CA v. Osorio (Santa Ana, CA)
Testified at trial, 5/17/05

In re: Loren Huss (Des Moines, IA)
Testified at trial, 5/19/05 and 5/20/05

Ronald Lee Deere v. Jeanne Woodford (Los Angeles, CA)
Testified at deposition, 11/11/05 and 2/14/06
Testified at hearing, 9/27/07

IL v. Paul Runge (Chicago, IL)
Testified at trial, 2/9/06

CA v. Patricia Johnson (San Diego, CA)
Testified at trial, 4/4/06

CA v. Ford (San Bernardino, CA)
Testified at trial, 5/31/06, 6/1/06 and 6/7/06

Plaintiffs v. Masonic Homes of California, et al. (Pomona, CA)
Testified at trial, 9/21/06 and 9/22/06

Ortego v. Diocese of Lafayette, et al. (Lafayette, LA)
Testified at deposition, 2/8/07

Rister v. Archdiocese of San Diego, et al. (San Diego, CA)
Testified at deposition, 2/9/07

Buser v. Archdiocese of Los Angeles, et al. (Los Angeles, CA)
Testified at deposition, 5/29/07

Hewlett-Packard Company v. Factory Mutual Insurance Company
(New York, NY)
Testified at deposition, 7/19/07

O'Donnabhain v. Commissioner (Boston, MA)
Testified at trial, 8/23/07 and 8/24/07

<u>AZ v. Samuel Dieteman and Dale Hausner</u> (Phoenix, AZ)
Testified at trial, 9/28/07

<u>US v. Lisa Montgomery</u> (Kansas City, MO)
Testified at trial, 10/17/07 and 10/18/07

<u>U.S. v. 2nd Lieutenant Eric Bailey (Washington, DC)</u>
Testified at competency hearing (telephonic), 1/23/08

<u>CA v. Sidney Nathaniel Landau</u> (Santa Ana, CA)
Testified at trial, 7/16/08, 7/17/08, 7/21/08, 7/22/08, and 7/23/08

<u>White v. Pasadena Police Department</u> (Pasadena, CA)
Testified at administrative hearing, 7/25/08

<u>CA v. Skylar Deleon</u> (Santa Ana, CA)
Testified at sentencing trial, 11/3/08

<u>CA v. Michael Gonzales</u> (San Diego, CA)
Testified at trial, 2/19/09

<u>Douglas Daniel Clark v. Warden</u> (Newport Beach, CA)
Testified at deposition, 3/24/09
Testified at deposition, 1/24/12

<u>Michael Dee Mattson v. Warden</u> (Los Angeles, CA)
Testified at trial, 3/26/09

<u>CA v. Jason Cooper</u> (San Diego, CA)
Testified at trial, 4/6/09, 4/7/09

<u>Troy Ashmus v. Warden</u> (San Francisco, CA)
Testified at trial, 1/26/10

<u>CA v. Ian Alex Suazo</u> (San Diego, CA)
Testified at trial, 4/5/10, 4/6/10

<u>Chauncey M. DePree, Jr. v. Martha D. Saunders as President of the
University of Southern Mississippi</u> (Hattiesburg, MS)
Testified at deposition, 4/20/10

<u>WA v. Daniel J. Mustard</u> (Port Orchard, WA)
Testified at hearing, 8/31/10 and 9/1/10
Testified at trial, 12/1/10, 12/2/10, 12/3/10, and 12/8/10

<u>Regina v. Sandra Rinella and Alexander Petraitis</u> (Toronto, Canada)
Testified at voir dire, 10/27/10 and 10/28/10
Testified at trial, 11/2/10 and 11/3/10

<u>CA v. Eric Russell Andreasen</u> (Vista, CA)
Testified at trial, 3/22/11

<u>Stevens v. U.S.</u> (West Palm Beach, FL)
Testified at deposition, 6/30/11

<u>Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television Distribution Group F/K/A/ CBS Paramount Domestic Television, Peteski Productions, Inc., et al.</u>
Testified at deposition, 10/19/11

<u>CA v. Brendan O'Rourke</u> (Vista, CA)
Testified at trial, 3/12/12

<u>CA v. Joseph Naso</u> (San Rafael, CA)
Testified at pre-trial hearing, 4/19/13
Testified at sentencing, 9/13/13

<u>US v. David Brooks</u> (Eastern District of New York, Central Islip, NY)
Addressed Court at sentencing, 8/12/13

<u>CA v. Sidney Nathaniel Landau</u> (Santa Ana, CA)
Testified at deposition, 10/4/13
Testified at trial, 11/7/13, 11/12/13, 11/13/13

<u>Michael Keister v. YMCA of Western North Carolina</u> (Asheville, NC)
Testified at deposition, 3/13/14
Testified at trial deposition, 3/14/14

<u>Judith Cox and Charles Cox v. State of Washington, Department of Social and Health Services</u> (Seattle, WA)
Testified at deposition, 5/9/14

<u>US v. Wesley Paul Coonce, Jr., and Charles Michael Hall</u> (Springfield, MO)
Testified at trial, 5/28/14, 5/29/14

<u>Does v. Los Angeles Unified School District</u> (Los Angeles, CA)
Testified at deposition, 5/30/14

In re. Barrett Linde (Miami, FL)
Testified at deposition, 10/1/14
Testified at trial, 10/6/14

John David Couzens v. Archdiocese of Kansas City (Kansas City, MO)
Testified at trial, 10/9/14 and 10/10/14

A.M. v. Los Angeles Unified School District, et al. (Los Angeles, CA)
Testified at deposition, 10/17/14 and 10/23/14

People of California v. Bryan Chang (Vista, CA)
Testified at trial, 11/3/14

Brooks v. Briar Bay Community Association, et al. (West Palm Beach, FL)
Testified at deposition, 6/8/16

Juania Ardizzone v. Jerry Ardizzone, et al. (Newport Beach, CA)
Testified at deposition, 12/22/16

Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al.
Testified at deposition, 8/23/17

John CJ Doe v. Roman Catholic Bishop of Los Angeles, St. Louis de Marrilac Catholic Church, Fr. Christopher Cunningham, et al.
Testified at deposition, 10/23/17

**PUBLICATIONS:**

Journal:

1.  Dietz PE, Baker SP:  Drowning:  Epidemiology and prevention. American Journal of Public Health 64:303-312, 1974.

2.  Rubin RR, Elkes J, Maris RW, Dietz PE:  Medicine and the behavioral sciences:  The Johns Hopkins M.D.-Ph.D. Program. Johns Hopkins Medical Journal 136:268-270, 1975.

3.  Dietz PE:  Clinical approaches to teaching legal medicine to physicians:  Medicolegal emergencies and consultations. American Journal of Law and Medicine 2:133-145, 1976.

4.    Dietz PE:  Toward a scientific forensic psychiatry.  Journal of Forensic Sciences 22:774-780, 1977.

5.    Dietz PE:  Social discrediting of psychiatry:  The protasis of legal disfranchisement.  American Journal of Psychiatry 134:1356-1360, 1977.

6.    Dietz PE:  Victim-precipitated criminal homicide.  Bulletin of the American Academy of Psychiatry and the Law  5:367-370, 1977.

7.    Dietz PE:  Cosmetic surgical treatment of offenders.  Bulletin of the American Academy of Psychiatry and the Law 5:465-469, 1977.

8.    Rappeport JR, Dietz PE:  Professional activities of Maryland and U.S. psychiatrists.  Maryland State Medical Journal 27:45-48, March 1978.

9.    Dietz PE:  Forensic and non-forensic psychiatrists:  An empirical comparision.  Bulletin of the American Academy of Psychiatry and the Law 6:13-23, 1978.

10.   Dietz PE:  Access to medical literature in medical criminology. Bulletin of the American Academy of Psychiatry and the Law 6:110-117, 1978.

11.   Matthews D, Dietz PE:  Labeling theory and the family dynamics of schizophrenia:  A theoretical synthesis.  Child Psychiatry Quarterly 11:83-97, 1978.

12.   Dietz PE:  Measuring the impact of Isaac Ray:  A citation analysis.  Bull Am Acad Psychiatry Law 6:249-255, 1978.

13.   Dietz PE: Male homosexual prostitution.  Bull Am Acad Psychiatry Law 6:468-471, 1978.

14.   Dietz PE:  Educating the forensic psychiatrist.  J Forensic Sciences 24:880-884, 1979.

15.   Baker SP, Teret SP, Dietz PE:  Firearms and the public health.  J Public Health Policy 1:224-229, 1980.

16.   Dietz PE, Dvoskin JA:  Quality of life for the mentally disabled.  J Forensic Sciences 25:926-931, 1980.

17. Dietz PE:  Psychiatrists who use and do not use ECT:  A comparative study.  Hillside J Clin Psychiatry 3:149-162, 1981.

18. Hazelwood RR, Dietz PE, Burgess AW:  The investigation of autoerotic fatalities.  J Police Sci and Admin 9:404-411, 1981. (Reprinted, with revisions, in Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 121-138.  Lexington, MA:  Lexington Books, 1983.)

19. Dietz PE:  Threats or blows?  Observations on the distinction between assault and battery.  International J Law and Psychiatry 4:401-416, 1981.

20. Dietz PE, Rada RT:  Battery incidents and batterers in a maximum security hospital.  Arch Gen Psychiatry 39:31-34, 1982.

21. Dietz PE, Rada RT:  Risks and benefits of working with violent patients.  Psychiatric Ann 12:502-508, 1982.

22. Mendelson JH, Dietz PE, Ellingboe J:  Postmortem plasma luteinizing hormone levels and antemortem violence.  Pharmacol Biochem Behav 17:171-173, 1982.

23. Hazelwood RR, Dietz PE, Burgess AW:  Sexual fatalities: Behavioral reconstruction in equivocal cases.  J Forensic Sciences 27:763-773, 1982.  (Reprinted, with revisions, in Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 139-153. Lexington, MA:  Lexington Books, 1983.)

24. Dietz PE, Evans B:  Pornographic imagery and prevalence of paraphilia.  Am J Psychiatry 139:1493-1495, 1982.

25. Dietz PE, Hazelwood RR:  Atypical autoerotic fatalities. Med & Law 1:307-319, 1982.  (Reprinted, with additional material, in Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 101-119. Lexington, MA:  Lexington Books, 1983.)

26. Dietz PE:  Victim consequences and their control.  Victimology 7:181-186, 1982.

27. Dietz PE, Cooke G, Rappeport JR, Silvergleit IT: Psychojargon in the psycholegal report: Ratings by judges, psychiatrists, and psychologists. Behav Sci & Law 1:77-84, 1983.

28. Dietz PE, Rada RT: Seclusion rates and patient census in a maximum security hospital. Behav Sci & Law 1:89-93, 1983.

29. Harry B, Dietz PE: Offenders in a silent world: Hearing impairment and deafness in relation to criminality, incompetence, and insanity. Bull Am Acad Psychiatry Law 13:85-96, 1985.

30. Dietz PE: Why the experts disagree: Variations in the psychiatric evaluation of criminal insanity. Ann Am Acad Polit Soc Sci 477:84-95, 1985.

31. Dietz PE, Harry B, Hazelwood RR: Detective magazines: Pornography for the sexual sadist? J Forensic Sciences 31:197-211, 1986. (Reprinted in Final Report of the Attorney General's Commission on Pornography, Washington, D.C.: U.S. Department of Justice, 1986, 1:55-69; excerpted in Spitzer RL et al., DSM-III-R Case Book, Washington, D.C.: American Psychiatric Press, 1989, pp. 32-35.)

32. Jagger J, Dietz PE: Death and injury by firearms: Who cares? JAMA 255:3143-3144, 1986.

33. Dietz PE: Mass, serial, and sensational homicides. Bull NY Acad Med 62:477-491, 1986.

34. Dietz PE, Reese JT: The perils of police psychology: Ten strategies for minimizing role conflicts when providing mental health services and consultation to law enforcement agencies. Behav Sci & Law 4:385-400, 1986. Reprinted in Reese JT (ed.): Behavioral Science in Law Enforcement. Quantico, VA: Federal Bureau of Investigation, 1987, pp. 81-96.

35. Dietz PE: The forensic psychiatrist of the future. Bull Am Acad Psychiatry Law 15:217-227, 1987.

36. Dietz PE, Baker SP: Murder at work. Am J Public Health 77:1273-1274, 1987.

37. Dietz PE: Dangerous information: Product tampering and poisoning advice in revenge and murder manuals. J Forensic Sciences 33:1206-1217, 1988.

38. Dietz PE, Sears AE: Pornography and obscenity sold in "adult bookstores": A survey of 5132 books, magazines, and films in four American cities. Michigan Journal of Law Reform 21:7-46, 1987/1988.

39. Dietz PE: Abnormal consumer behavior. Mobius: The Journal of the Society of Consumer Affairs Professionals in Business 8:14-15, Spring 1989.

40. Dietz PE, Hazelwood RR, Warren J: The sexually sadistic criminal and his offenses. Bull Am Acad Psychiatry Law 18:163-178, 1990.

41. Dietz PE, Matthews DB, Van Duyne C, Martell DA, Parry CDH, Stewart T, Warren J, Crowder JD: Threatening and otherwise inappropriate letters to Hollywood celebrities. J Forensic Sciences 36:185-209, 1991.

42. Warren JI, Fitch WL, Dietz PE, Rosenfeld BD: Criminal offense, psychiatric diagnosis, and psycholegal opinion: An analysis of 894 pretrial referrals. Bull Am Acad Psychiatry Law 19:63-69, 1991.

43. Dietz PE, Matthews DB, Martell DA, Stewart T, Hrouda DR, Warren J: Threatening and otherwise inappropriate letters to Members of the United States Congress. Journal of Forensic Sciences 36:1445-1468, 1991.

44. Hazelwood RR, Dietz PE, Warren J: The criminal sexual sadist. FBI Law Enforcement Bulletin 61(2):12-20, February 1992. (Reprinted in Hazelwood RR, Burgess AW (eds.): Practical Aspects of Rape Investigation: A Multidisciplinary Approach, 2nd Ed., CRC Press, Boca Raton, FL, 1995, pp. 361-371.)

45. Dietz PE: Product tampering: Crimes and complaints. Process (Newsmagazine of the National Food Processors Association) 3(2):8-10, Spring 1992.

46. Martell DA, Dietz PE: Mentally disordered offenders who push or attempt to push victims onto subway tracks in New York City.

Archives of General Psychiatry 49:472-475, 1992.  (Reprinted in Lundberg GD, Young RK, Flanagin A, Koop CE (eds.):  Violence, Chicago:  American Medical Association, 1992, pp. 399-402.)

47.  Dietz PE:  Mentally disordered offenders:  Patterns in the relationship between mental disorder and crime.  Psychiatric Clinics of North America 15:539-551, 1992.

48.  O'Halloran RL, Dietz PE:  Autoerotic fatalities with power hydraulics.  Journal of Forensic Sciences, 38:359-364, 1993.

49.  Hazelwood R, Warren J, Dietz P:  Compliant victims of the sexual sadist.  Australian Family Physician 22:474-479, 1993.

50.  Dietz PE:  The quest for excellence in forensic psychiatry.  Bull Am Acad Psychiatry Law 24:153-163, 1996.

51.  Warren J, Hazelwood RR, Dietz PE:  The sexually sadistic serial killer.  Journal of Forensic Sciences 41:970-974, 1996.

52.  Pitt SE, Spiers EM, Dietz PE, Dvoskin JA:  Preserving the integrity of the interview:  The value of videotape.  Journal of Forensic Sciences 44:1287-1291, 1999.

53.  Murrie DC, Warren JI, Kristiansson M, and Dietz P:  Asperger's syndrome in forensic settings.  Int. J. Forensic Mental Health, 1:59-70, 2002.

54.  Rivard JM, Dietz P, Martell, D, Widawski, M:  Acute dissociative responses in law enforcement officers involved in critical shooting incidents:  The clinical and forensic implications.  Journal of Forensic Sciences 47(5):1-8, 2002.

55.  Warren JI, Murrie DC, Chauhan P, Dietz PE, Morris J:  Opinion formation in evaluating sanity at the time of the offense:  An examination of 5,175 pre-trial evaluations.  Behav Sci & Law, 22:171-186, 2004.

56.  Warren JI, Murrie DC, Stejskal W, Colwell LH, Morris J, Chauhan P, Dietz P:  Opinion formation in evaluating the adjudicative competence and restorability of criminal defendants:  A review of 8,000 evaluations. Behav Sci & Law, 24:113-132, 2006.

57. Dietz P, Kenan J:  Children and violence.  Pediatric Research 62:119, 2007.

58. Kaplan D, Dietz P:  Use employee assistance to manage risk. Occupational Health & Safety, 76:82-85, July 2007.

59. Dietz P, Martell DA:  Approaching and stalking public figures:  A prerequisite to attack.  J Amer Acad Psychiatry Law, 38:341-348, 2010.

60. Dietz P:  Documenting a suspect's state of mind.  FBI Law Enforcement Bulletin, 81(11):13-18, November 2012.

61. Warren JI, Dietz PE, Hazelwood RR:  The collectors:  Serial sexual offenders who preserve evidence of their crimes. Aggression and Violent Behavior, 18:666-672, 2013.

62. Lanning KV, Dietz P:  Acquaintance molestation and youth-serving organizations.  Journal of Interpersonal Violence, 29(15):2815-2838, 2014.

63. Fischer CA, Beckson M, Dietz P:  Factitious disorder in a patient claiming to be a sexually sadistic serial killer.  Journal of Forensic Sciences, 62(3):822-826, 2017.

64. Warren JI, Wellbeloved-Stone JM, Dietz PE, & Millspaugh, SB:. Gender and violence risk assessment in prisons.  Psychological Services. Advance online publication.  (2017, November 27). http://dx.doi.org/10.1037/ser0000217

65. Dietz P:  Grooming and seduction.  Journal of Interpersonal Violence, 33(1):28-36, 2018.

Books and Reports:

1. Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities. Lexington, MA:  Lexington Books, 1983.  (Excerpted in Spitzer RL et al., DSM-III-R Case Book, Washington, D.C.:  American Psychiatric Press, 1989, pp. 14-15.)  (Reprinted in paperback by Houghten Mifflin Publishing Co., Boston, MA.)

2. Dietz PE:  Psychiatrists and Their Treatments:  A Study in the Sociology of Psychiatry.  Ann Arbor, MI:  University Microfilms International, 1984.

3. Dietz PE: <u>The Mad and the Bad:  Mentally Disordered Offenders</u>. Report submitted to the Center for the Interdisciplinary Study of Criminal Violence, University of Pennsylvania, Philadelphia, PA, 1985.

4. Dietz PE, Martell DA: <u>Mentally Disordered Offenders in Pursuit of Celebrities and Politicians</u>.  Report to the National Institute of Justice, Washington, DC, 1989.

<u>Book Chapters</u>:

1. Dietz PE: Mental health, criminal justice, and social control.  In: Ayd FJ, Jr. (Ed.): <u>Medical, Moral and Legal Issues in Mental Health Care</u>.  Baltimore:  Williams & Wilkins, 1974, pp. 204-210.

2. Dietz PE: Social factors in rapist behavior.  In: Rada RT (Ed.): <u>Clinical Aspects of the Rapist</u>.  New York:  Grune & Stratton, 1978, pp. 59-115.

3. Dietz PE, Platman S, Matthews D: The organization and delivery of mental health services.  In: Balis GU, Wurmser L, McDaniel E, Grenell RG (Eds.): <u>The Behavioral and Social Sciences and the Practice of Medicine</u>.  Boston:  Butterworth, 1978, pp. 607-619.

4. Baker SP, Dietz PE: Injury prevention.  In: The Institute of Medicine, National Academy of Sciences: <u>Healthy People:  The Surgeon General's Report on Health Promotion and Disease Prevention:  Background Papers</u>.  Washington, D.C.:  U.S. Government Printing Office, 1979 (DHEW (PHS) Publication No. 79-5507IA), pp. 53-80.

5. Baker SP, Dietz PE: The epidemiology and prevention of injury. In: Zuidema GD, Rutherford RB, Ballinger WF (Eds.): <u>The Management of Trauma</u>, 3rd ed.  Philadelphia:  W. B. Saunders, 1979, pp. 794-821.

6. Dietz PE: Sex offenses:  Behavioral aspects.  In: Kadish SH (Ed.): <u>Encyclopedia of Crime and Justice</u>.  New York:  Free Press, 1983, pp. 1485-1493.

7. Dietz PE, Rada RT: Interpersonal violence in forensic facilities. In: Lion JR, Reid WH (Eds.): <u>Assaults Within Psychiatric Facilities</u>.  New York:  Grune & Stratton, 1983, pp. 47-59.

8.  Dietz PE:  Sex offender profiling by the FBI:  A preliminary conceptual model.  In:  Forensic Science Research and Training Center, FBI Academy:  <u>Proceedings of a Forensic Science Symposium on The Analysis of Sexual Assault Evidence</u>. Washington, D.C.:  U.S. Department of Justice, 1985, pp. 179-187.  (Reprinted, with revisions, in Ben-Aron MH, Hucker SJ, Webster CD (Eds.):  <u>Clinical Criminology:  The Assessment and Treatment of Criminal Behaviour</u>, pp. 207-219.  Toronto:  Clarke Institute of Psychiatry, University of Toronto, 1985.)

9.  Dietz PE:  Hypothetical criteria for the prediction of individual criminality.  In:  Webster CD, Ben-Aron MH, Hucker SJ (Eds.):  <u>Dangerousness:  Probability and Prediction, Psychiatry and Public Policy</u>.  Cambridge, England:  Cambridge University Press, 1985, pp. 87-102.

10.  Dietz PE:  Aversion therapy.  In:  Kuper A, Kuper J (Eds.):  <u>The Social Science Encyclopedia</u>.  London:  Routledge & Kegan Paul, 1985, pp. 58-59.

11.  Dietz PE, Cox DJ, Wegener S:  Male genital exhibitionism. In: Curran WJ, McGarry AL, Shah SA (Eds.):  <u>Forensic Psychiatry and Psychology</u>.  Philadelphia:  F.A. Davis, 1986, pp. 363-385.

12.  Dietz PE:  Signed statement in the <u>Final Report of the Attorney General's Commission on Pornography</u>, Washington, D.C.:  U.S. Department of Justice, 1986, 1:37-53.

13.  Dietz PE:  Patterns in human violence.  In:  Hales RE, Frances AJ (Eds.):  <u>Psychiatric Update:  American Psychiatric Association Annual Review</u>.  Washington, D.C.:  American Psychiatric Press, 6:465-490, 1987.

14.  Dietz PE:  What motivates the tamperer?  In:  <u>Product Tampering and the Threat to Tamper</u>.  Los Angeles:  Foundation for American Communications, 1987, pp. 4-6.

15.  Dietz PE:  Combating the "madness of crowds."  In:  <u>FORTUNE</u>: <u>Crosscurrents in Corporate Communications</u>, Number 17, 1988, pp. 60-64.

16.  Dietz PE:  Defenses against dangerous people when arrest and commitment fail.  In:  Simon RI (Ed.):  <u>American Psychiatric</u>

Press Review of Clinical Psychiatry and the Law. Washington, D.C.: American Psychiatric Press, 1:205-219, 1989.

17. Dietz PE: The proliferation of product tampering. In: Product Tampering: A Worldwide Problem. Los Angeles: Foundation for American Communications, 1993, pp. 9-11.

18. Dietz PE: Criminal profiling and crime victim litigation. In: National Crime Victim Bar Association: Civil Actions for Criminal Acts. Washington, DC.: National Center for Victims of Crime, 2005, pp. 156-165.

19. Dietz PE: The serial killer who ticked: A diagnostic debate in criminal court. In: Spitzer RL, First MB, Williams JBW, Gibbon M (eds.): DSM-IV-TR® Case Book: Experts Tell How They Treated Their Own Patients, Vol. 2. Washington, DC: American Psychiatric Publishing, 2006, pp. 413-419.

20. Dietz P: Threat assessment, workplace. In: Jamieson A, Moenssens A (eds.): Wiley Encyclopedia of Forensic Science. West Sussex, UK: John Wiley & Sons, Ltd., 2009, pp. 2460-2465.

Committee Publications:

1. Task Force on the Right to Treatment of the American Psychiatric Association: Position statement on the right to adequate care and treatment for the mentally ill and mentally retarded. Am J Psychiatry 134:354-355, 1977.

2. Committee on Abuse and Misuse of Psychiatry in the U.S. of the American Psychiatric Association: Position statement on employment-related psychiatric examinations. Am J Psychiatry 142:416, 1985.

3. Committee on Trauma Research of the National Research Council and Institute of Medicine: Injury in America. Washington, D.C.: National Academy Press, 1985.

4. Attorney General's Commission on Pornography: Final Report of the Attorney General's Commission on Pornography. Washington, D.C.: U. S. Department of Justice, 1986.

5.  Committee on Psychiatry and the Law, Group for the Advancement of Psychiatry:  <u>The Mental Health Professional and the Legal System</u>.  New York:  Brunner/Mazel, 1991.

6.  Task Force on Videotaping Forensic Interviews, American Academy of Psychiatry and the Law:  Videotaping of forensic psychiatric evaluations.  <u>J Am Acad Psychiatry Law</u> 27:345-358, 1999.

<u>Audiotape Journal Lectures</u>:

1.  Rada RT, Dietz PE, Abel GG, Sadoff RL:  "The Dangerous Myth of the 'Typical' Rapist," <u>Audio-Digest Psychiatry</u> 5(16), 23 August 1976.

2.  Dietz PE:  "Defenses Against Dangerous Patients," <u>Audio-Digest Psychiatry</u> 20(6), 25 March 1991.

3.  Dietz PE:  "Keeping Your Private Life Private," <u>Audio-Digest Psychiatry</u> 20(7), 15 April 1991.

<u>Edited Works</u>:

1.  <u>Psychotherapy and the Human Predicament:  A Psychosocial Approach</u> by Jerome D. Frank.  New York:  Schocken Books, 1978.

2.  "Crime and Sexuality,"  Vol. 6, No. 3, of <u>Bulletin of the American Academy of Psychiatry and the Law</u> (1978).

3.  "Psychological Aspects of Violence," Vol. 12, No. 5, of <u>Psychiatric Annals</u> (May 1982).

<u>Brief Essays and Letters to the Editor</u>:

1.  Dietz PE:  Passive death.  <u>Lancet</u> 2:150-151, 1973.

2.  Dietz PE:  Ethics and law in medical education.  <u>Private Practice</u> 5:65, August 1973.

3.  Dietz PE:  Letter describing varieties of klismaphilia.  <u>Am J Psychotherapy</u> 28:322-323, 1974.

4.  Dietz PE, Baker SP:  Evitable injuries.  <u>Lancet</u> 2:963-964, 1974.

5. Dietz PE: Injury: Intent and change. <u>Am J Public Health</u> 65:184-185, 1975.

6. Dietz PE: Child poisoning and tablet containers. <u>Lancet</u> 1:1427, 1975.

7. Dietz PE: The Maryland Psychiatric Treatments Survey. <u>The Maryland Psychiatrist</u> 3:8, October 1976.

8. Rappeport JR, Dietz PE, Taylor IJ, Shave DW, Hitchman IL: The Maryland Psychiatric Treatment Survey: I. Impetus and design. <u>The Maryland Psychiatrist</u> 4:12-14, Summer 1977.

9. Dietz PE: Mechanism of rapists' arousal. <u>Med Aspects Human Sexuality</u> 11:77, 83, August 1977.

10. Dietz PE: SCUBA and Alcohol Don't Mix. <u>Med Times</u> 105:116, October 1977.

11. Dietz PE, Rappeport JR: Demographic and training characteristics of Maryland and U.S. psychiatrists. <u>The Maryland Psychiatrist</u> 5:4-5, February 1978.

12. Dietz PE: Insanity defense. Psychiatric News 14:2, March 16, 1979.

13. Dietz PE: Transsexual vs homosexual. <u>Med Aspects Human Sexuality</u> 16:54z, December 1982.

14. Dietz PE: Violence and the clinician. <u>Psychiatric Annals</u> 12:5:501, 1982.

15. Dietz PE: Long-term effect of rape. <u>Med Aspects Human Sexuality</u> 18:251, March 1984.

16. Dietz PE: Fears of a rape victim. <u>Med Aspects Human Sexuality</u> 21:58, 60, January 1987.

17. Jagger J, Dietz PE: Response to Miller JM. <u>JAMA</u> 256:2195, 1986.

18. Dietz PE: Television-inspired autoerotic asphyxiation. <u>Journal of Forensic Sciences</u> 34:528-529, 1989.

19. Dietz PE: Archeology and looting: Preserving the record. <u>Science</u> 251:498, 1 February 1991.

20. Dietz PE: Response to Chaffin DS. <u>Clinical Psychiatry News</u>, 20:6, March 1992.

21. Dietz PE: A stalker could be anyone. <u>USA Today</u>, January 11, 1995, p.11A.

22. Dietz P: Commonalities with the insider threat. <u>Security Technology & Design</u>, October 2008, p. 26.

23. Dietz P: Avoiding misconduct by insiders. <u>Security Technology Executive</u>, in press.

<u>Book Reviews</u>:

1. Dietz PE: Review of "Hustling: Prostitution in our Wide-Open Society" by Gail Sheehy. <u>Bull Am Acad Psychiatry Law</u> 1:294-295, 1973.

2. Dietz PE: Review of "Indecent Exposure" by John M. Macdonald. <u>Bull Am Acad Psychiatry Law</u> 2:57-59, 1974.

3. Dietz PE: Review of "The Early Diagnosis of the Acute Abdomen" by Sir Zachary Cope. <u>Arch Intern Med</u> 133:878-879, 1974.

4. Dietz PE: Review of "Deviant Reality: Alternative World Views" by Robert W. Winslow and Virginia Winslow. <u>Bull Am Acad Psychiatry Law</u> 2:199-201, 1974.

5. Dietz PE: Review of "Heritage of Excellence: The Johns Hopkins Medical Institutions, 1914-1947" by Thomas B. Turner, <u>Johns Hopkins Magazine</u> 26:6-8, January 1975.

6. Dietz PE: Review of "The Case on Cloud Nine" by Lucy Freeman. <u>Bull Am Acad Psychiatry Law</u> 3:114-115, 1975.

7. Dietz PE: Review of "The Madman Theory" by Ellery Queen. <u>Bull Am Acad Psychiatry Law</u> 3:115-116, 1975.

8.    Dietz PE:   Review of "Clinical Toxicology of Commercial Products: Acute Poisoning" by Robert E. Gosselin et al.   <u>Johns Hopkins Med J</u> 139:129-130, 1976.

9.    Dietz PE:   Review of "Adolescent Suicide" by Jerry Jacobs.   <u>Bull Am Acad Psychiatry Law</u> 4:364-366, 1976.

10.    Dietz PE:   Review of "The Doctor-Patient Relationship" by Kevin Browne and Paul Freeling.   <u>Johns Hopkins Med J</u> 140:80-81, 1977.

11.    Dietz PE:   Review of "Becoming Psychiatrists" by Donald Light.   <u>N Engl J Med</u> 304:796, 1981.

12.    Dietz PE:   Review of "Disposable Patients" by Daryl Matthews.   <u>Psychiatry</u> 44:280-281, 1981.

13.    Dietz PE:   Review of "Biobehavioral Aspects of Aggression" edited by David A. Hamburg and Michelle B. Trudeau.   <u>N Engl J Med</u> 306:1557-1558, 1982.

14.    Dietz PE:   Review of "The Perspectives of Psychiatry" by Paul R. McHugh and Phillip R. Slavney.   <u>N Engl J Med</u> 310:1198-1199, 1984.

15.    Dietz PE:   Sex offender treatment:  Art, science, and politics. Review essay of "The Sexual Aggressor:  Current Perspectives on Treatment" edited by Joanne G. Greer and Irving R. Stuart.   <u>Contemp Psychiatry</u> 3:167-172, 1984.

## ORIGINAL PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS:[1]

1.    Dietz PE, Baker SP:  "Drowning:  Etiologic Factors and Preventive Approaches," American Public Health Association, San Francisco, California, November 5, 1973.

2.    Dietz PE, Rappeport JR, Lion JR, et al.:  "Maryland Psychiatric Treatments Survey:  II," American Psychiatric Association, Miami Beach, Florida, May10, 1976.

---

[1] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

3. Dietz PE: "A Sociological Perspective of the Siege of Psychiatry," American Academy of Psychiatry and the Law, San Francisco, California, October 24, 1976.

4. Dietz PE: "Toward a Scientific Forensic Psychiatry," American Academy of Forensic Sciences, San Diego, California, February 17, 1977.

5. Dietz PE: "Forensic Psychiatrists: Are They Different?," American Academy of Psychiatry and the Law, New Orleans, Louisiana, October 23, 1977.

6. Dietz PE: "Behavioral Aspects of Vehicular Violence," Plenary Session Presentation, American Academy of Forensic Sciences, St. Louis, Missouri, February 22, 1978.

7. Dietz PE: "Homicide Motives Reconsidered," American Academy of Forensic Sciences, St. Louis, Missouri, February 23, 1978.

8. Dietz PE, Fillinger H: "Sexual Fatalities," American Academy of Forensic Sciences, St. Louis, Missouri, February 23, 1978.

9. Dietz PE: "Psychiatrists Young and Old: A Comparative Study," American Psychiatric Association, Atlanta, Georgia, May 12, 1978.

10. Dietz PE: "Victim Consequences and Their Control," American Psychological Association, Toronto, Ontario, Canada, August 29, 1978.

11. Dietz PE: "Medical Criminology and Homicide Control," American Academy of Psychiatry and the Law, Montreal, Quebec, Canada, October 20, 1978.

12. Dietz PE: "A Comparative Study of Users and Non-Users of Electroconvulsive Therapy," Robert Wood Johnson Foundation Clinical Scholars Program, Scottsdale, Arizona, November 3, 1978.

13. Dietz PE: "Educating the Forensic Psychiatrist," American Academy of Forensic Sciences, Atlanta, Georgia, February 14, 1979.

14. Dietz PE:  "Prostitutes as Victims, Offenders, and Entrepreneurs," American Academy of Forensic Sciences, Atlanta, Georgia, February 15, 1979.

15. Dietz PE:  "Research Methods in Forensic Psychiatry," Special Lecture to the Psychiatry Section, American Academy of Forensic Sciences, Atlanta, Georgia, February 16, 1979.

16. Dietz PE:  "Sampling Bias and the Case Report:  The Example of Postmortem Cesarean Section," Robert Wood Johnson Foundation Clinical Scholars Program, Scottsdale, Arizona, November 16, 1979.

17. Dietz PE:  "Quality of Life for the Mentally Disabled," Plenary Session Presentation, American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1980.

18. Dietz PE, Rada RT:  "Battery Incidents and Batterers in a Maximum Security Hospital," Fifth International Congress of Law and Psychiatry, Banff, Alberta, Canada, January 24, 1981.

19. Dietz PE:  "Patterns in Drug Fatalities:  Propoxyphene, Opiates, and Sedative-Hypnotics," American Academy of Forensic Sciences, Los Angeles, California, February 19, 1981.

20. Dietz PE:  "Crimenes Sexuales," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

21. Dietz PE:  "Responsabilidad Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

22. Dietz PE:  "El Papel de la Psiquiatria en la Investigacion Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

23. Dietz PE:  "La Violencia en el Sistemo Carcelario," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

24.   Ressler R, Dietz PE:  Full-day course on "Psychological Analysis of Crime Scenes," American Academy of Forensic Sciences, Orlando, Florida, February 11, 1982.

25.   Dietz PE, Rada RT:  "Interpersonal Violence in Forensic Facilities," American Psychiatric Association, Toronto, Ontario, Canada, May 19, 1982.

26.   Dietz PE:  "The Hinckley Trial," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

27.   Dietz PE:  "Autoerotic Deaths," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

28.   Dietz PE:  "The Prediction of Intolerable Crimes," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

29.   Dietz PE:  Keynote Address on "The Forensic Evaluation of the President's Assailant," 6th Annual Symposium on Mental Health and the Law, Charlottesville, Virginia, March 14, 1983.

30.   Dietz PE:  "Future Directions in Clinical Criminology," Symposium on Clinical Criminology:  Current Concepts, Clarke Institute, University of Toronto, Toronto, Ontario, April 29, 1983.

31.   Dietz PE:  "Sex Offender Profiling by the FBI:  A Preliminary Conceptual Model," Forensic Science Symposium on the Analysis of Sexual Assault Evidence, Forensic Science Research and Training Center, FBI Academy, Quantico, Virginia, July 8, 1983.

32.   Dietz PE:  "Sexual Bondage Behavior:  A Descriptive Overview and a Proposal for the Diagnosis of Cordophilia," American Academy of Psychiatry and the Law, Portland, Oregon, October 28, 1983.

33.   Dietz PE:  "The Forensic Psychiatric Evaluation of John Hinckley, Jr.," National Association of Medical Examiners, Williamsburg, Virginia, November 17, 1983.

34.   Dietz PE:  "Practicing Medicine Without Patients,"  Alumni Lecture, Robert Wood Johnson Foundation Clinical Scholars

Program Annual Meeting, Howey-in-The-Hills, Florida, October 30, 1984.

35. Dietz PE, Rowe KL: "The Analysis of Suicide Notes," American Academy of Forensic Sciences, Las Vegas, Nevada, February 15, 1985.

36. Dietz PE: "Offensive Behavior on College and University Campuses: Preliminary Results of a Survey of Institutions Belonging to the National Association of College and University Attorneys," National Association of College and University Attorneys Workshop: Protecting the Ivory Tower: Campus Crime and the Use and Misuse of Campus Facilities, Washington, D.C., February 23, 1985.

37. Dietz PE: "The Charcot and Krafft-Ebing Schools of Forensic Evaluation: Lessons from John Doe, John Hinckley, and Other Defendants," National Organization of Forensic Social Work, Charlottesville, Virginia, March 28, 1985.

38. Dietz, PE: "Analysis of Threatening and Obsessional Letters," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

39. Dietz PE: "Sexual Offenders and Their Treatment," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 3, 1985.

40. Dietz PE: "Mass, Serial and Sensational Homicides," Symposium on Homicide as a Public Health Problem, New York Academy of Medicine, New York, New York, October 3, 1985.

41. Dietz PE, Ressler RK: "Sexual Offenders," American College of Legal Medicine and American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 10, 1985.

42. Martell DA, Dietz PE: "Mental Disorder and Threats Against Public Figures: Preliminary Research Results," American Society of Criminology, San Diego, California, November 15, 1985.

43. Dietz PE, Hazelwood RR: "Research Collaboration Between Law Enforcement and Mental Health: The Study of Masochism and Sadism," World Conference on Police Psychology, FBI Academy, Quantico, Virginia, December 18, 1985.

44. Dietz PE: "Pornography, Health, and Human Rights: Legislative Recommendations from the Attorney General's Commission on Pornography," National Conference of State Legislatures, New Orleans, Louisiana, August 5, 1986.

45. Dietz PE: "Role Conflicts in Psychiatric Consultation to Law Enforcement," Symposium on Psychiatry and Law Enforcement, Police Staff College, Bramshill, Hartley Witney, Hants, England, October 22, 1986.

46. Dietz PE: "Sexual Deviation: Classification and Relation to Offences," The State of Forensic Psychiatry: A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

47. Dietz PE: "Sadism and Sexual Offences," The State of Forensic Psychiatry: A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

48. Dietz PE: "Product Tampering: Terrorism or Madness?", Annual Educational Conference, Food and Drug Law Institute and Food and Drug Administration, Washington, D.C., December 10, 1986.

49. Dietz PE: "Product Tampering: The Nature of the Problem," Los Angeles Times and Foundation for American Communications Conference on Product Tampering: Terrorism in the Marketplace, Los Angeles, California, December 12, 1986.

50. Dietz PE: "Product Tampering: Terrorism or Madness?", Food Marketing Institute's 11th Annual Loss Prevention Conference, Tempe, Arizona, February 23, 1987.

51. Dietz PE: "Product Tampering: An Overview," Dallas Morning News and Foundation for American Communications Conference on Product Tampering: Terrorism in the Marketplace, Dallas, Texas, March 20, 1987.

52. Dietz PE: "Patterns in Human Violence," Psychiatry Update Symposium on Violence and the Violent Patient at the Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 13, 1987.

53. Dietz PE: "Preserving Behavioral Evidence," National Food Processors Association Conference on Using Evidence in Claims and Tampering Cases, Washington, D.C., May 22, 1987.

54. Dietz PE: "Product Tampering," Advanced National Seminar, Packaging Association of Canada, Toronto, Ontario, May 25, 1987.

55. Dietz PE: "Product Tampering: Who Does It? Who Threatens to Do It? And Why?", Cincinnati Enquirer, Cincinnati Post, and Foundation for American Communications Conference on Product Tampering, Cincinnati, Ohio, June 4, 1987.

56. Dietz PE: "Threat Assessment / Product Tampering," 39th Annual Conference of the Harvard Associates in Police Science, Williamsburg, Virginia, June 23, 1987.

57. Dietz PE: "Product Tampering: What Motivates the Tamperer?," International Association for Identification, Alexandria, Virginia, August 6, 1987.

58. Dietz PE: "Dealing with Public Fears of Science and Technology," Foundation for American Communications and Northwestern University Schools of Journalism, Management, and Law Conference on Corporate Communications: Risk and the Public's Fear of the Unknown, Chicago, Illinois, October 20, 1987.

59. Dietz PE: "Who are These People and Why are They Doing This?", Chicago Tribune, Chicago Tribune Foundation", and Foundation for American Communications Conference on Product Tampering and the Threat to Tamper, Chicago, Illinois, October 21, 1987.

60. Dietz PE: "Scene Assessment/Threat Assessment," Colonel Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, November 12, 1987.

61. Dietz PE: "Creating Risk Perceptions," Associated Press and Foundation for American Communications Conference on Implementing Proposition 65: A Conference for Journalists, San Francisco, California, January 22, 1988.

62. Dietz PE: "Product Tampering as a Terrorist Tactic," 6th Annual Government/Industry Conference on Terrorism, American Society for Industrial Security, Washington, D.C., March 16, 1988.

63. Dietz PE: "Behavioral Aspects of Mass Murder Investigation," Megaviolence: Major Violent Incident Control and Response Conference, International Association of Chiefs of Police, Nashville, Tennessee, May 19, 1988.

64. Dietz PE: "Child Pornography," National Obscenity Task Force Conference, U.S. Department of Justice, Crystal City, Virginia, May 24, 1988.

65. Dietz PE: "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, June 20, 1988.

66. Dietz PE: "Public Figure Threats, Harassment, and Attacks," American Academy of Psychiatry and the Law, San Francisco, California, October 20, 1988.

67. Dietz PE: "Abnormal Consumer Behavior," Society of Consumer Affairs Professionals in Business Annual Conference, Dallas, Texas, October 25, 1988.

68. Dietz PE, Hazelwood RR, Warren JI: "Sexual Sadism," Academy of Criminal Justice Sciences, Washington, D.C., March 30, 1989.

69. Dietz PE: "Forensic Psychiatry," Col. Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, September 19, 1989.

70. Dietz PE: "Sexual Sadism and Serial Crime," Conference of Sexual Sadism and Serial Murder sponsored by the American Academy of Psychiatry and the Law Tri-State Chapter and the New York Criminal and Supreme Courts Forensic Psychiatry Clinic, New York, New York, January 20, 1990.

71. Dietz PE, Fitch LW, Crowder JD, Warren JI: "Exorcism, Death, and the Criminal Law," American Academy of Psychiatry and the Law, Coronado, California, October 27, 1990.

72. Ressler RK, Dietz PE:  "Serial, Mass and Sexual Homicide: Selected Case Studies," American Academy of Forensic Sciences, Anaheim, California, February 19, 1991.

73. Dietz PE:  Special Seminar on "Celebrity Stalkers and Assassins," American Academy of Forensic Sciences, Anaheim, California, February 21, 1991.

74. Dietz PE, Fitch LW, Warren JI:  "Mass Media Hit Man," American Academy of Psychiatry and the Law, Lake Buena Vista Florida, October 17, 1991.

75. Poklemba JJ, Ryan J, Dietz PE, Baden MM:  "Forensic Evidence in the Tawana Brawley Case," American Academy of Forensic Sciences, New Orleans, Louisiana, February 19, 1992.

76. Ressler RK, Wright EE, Levine LJ, Dietz PE:  "Portrait of a Serial Killer:  John Joseph Joubert," American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1992.

77. Dietz PE:  "Mental Defenses:  From Hinckley to Dahmer," Association of Government Attorneys in Capital Litigation, Newport Beach, California, August 6, 1992.

78. Dietz PE:  "Le meutre, la folie et les medias," Canadian Psychiatric Association, Montreal, Quebec, September 18, 1992.

79. Dietz PE, Hazelwood RR, Warren JI:  "The Sexually Sadistic Criminal:  A Case Study," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 16, 1992.

80. Dietz PE:  "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

81. Dietz PE, Sucik R:  "The Jeffery Dahmer Case," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

82. Dietz PE:  "Assessing Threats to Public Officials," Threat Management Conference, Anaheim, California, May 13, 1993.

83. Dietz PE:  "Workplace Violence," International Security Management Association, La Paloma, Arizona, January 20, 1994.

84. Dietz PE, Ressler RK: "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," American Academy of Forensic Sciences, San Antonio, Texas, February 15, 1994.

85. Dietz PE: "Workplace Violence: Can it be Prevented?," American Society for Industrial Security Workshop, "Workplace Violence-Strategies to Communicate," Tempe, Arizona, February 28, 1994.

86. Dietz PE: "Identifying and Dealing with the Potentially Dangerous Employee in the Workplace," American Bar Association Committee on Employee Rights and Responsibilities, Mid-Winter Meeting, Scottsdale, Arizona, March 10, 1994.

87. Dietz PE, Hazelwood RR: "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crimes Seminar, Defense Research Institute, Dallas, Texas, April 15, 1994.

88. Dietz PE: "Mass Murder Investigations," 12th Annual Advanced Homicide Investigators Seminar," Metropolitan Toronto Police Homicide Squad, Toronto, Ontario, June 21, 1994.

89. Dietz PE: "Workplace Violence: An Intensive One-day Violence Prevention Seminar Designed for Top Level Executive and Human Resource Management," Woods, Rogers & Hazelgrove, P.L.C., Roanoke, Virginia, June 17, 1994.

90. Dietz PE: Plenary Session: "Avoiding Workplace Violence," Seyfarth, Shaw, Fairweather & Geraldson, The 1994 Labor Law Symposium, Beverly Hills, California, October 13, 1994.

91. Dietz PE: "Violence in the Workplace," Western States Bank Security Directors Meeting, San Diego, California, October 14, 1994.

92. Dietz PE: "Preventing Violence in the Workplace: What Can the Employer Do?", Seyfarth, Shaw, Fairweather & Geraldson seminar, "Understanding, Preventing, and Responding to Workplace Violence," Chicago, Illinois, November 16, 1994.

93. Dietz PE:  "Violence in the Workplace:  What Can the Employer Do?," California Employment Law Council Annual Meeting, Los Angeles, California, November 18, 1994.

94. Dietz PE:  "Countermeasures to Workplace Violence," Federal Occupational Health Agency Conference, "The Prevention of Workplace Violence:  A Contemporary Public Health Crisis," San Francisco, California, November 30, 1994.

95. Dietz PE:  "Changes in Workplace Violence:  The Increasing Standard of Care," Workers' Compensation and Employers' Liability Committee, Tort and Insurance Practice Section, American Bar Association, San Diego, California, March 18, 1995.

96. Dietz PE:  Keynote Address:  "Overview of Workplace Violence and Countermeasures," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 22, 1994.

97. Dietz PE:  "Unsolicited Communications to Government Officials and Agencies:  The Need to Report, Assess, and Avoid Counterproductive Responses," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

98. Dietz PE:  "Summary of Countermeasures Against Lone Assailants," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

99. Dietz PE:  "The Serial Killer," New York State Police Homicide Symposium, Albany, New York, September 27, 1994.

100. Dietz PE, Hazelwood RR:  "Criminal Profiling," Association of Trial Lawyers of America, National College of Advocacy, Premises Liability:  Inadequate Security & Violent Crimes seminar, Las Vegas, Nevada, October 15, 1994.

101. Dietz PE:  "Managing the Sexual Misconduct Case," Physicians Insurers Association of America, San Antonio, Texas, November 3, 1994.

102. Dietz PE, McCrary GO:  "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crime Seminar, Defense Research Institute, Boston, Massachusetts, May 25, 1995.

103.  Dietz P:  Presidential Address:  "The Quest for Excellence in Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

104.  Dietz PE, Harry B:  "Serial Killers in Health Care," Johns Hopkins Medical and Surgical Association Biennial Meeting and School of Medicine Reunion Weekend, Baltimore, Maryland, June 9, 2001.

105.  Rivard JM, Dietz PE, Martell DM:  "Acute Dissociative Responses in Law Enforcement Officers," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 25, 2001.

106.  Dietz PE:  "The Forensic Psychiatric Evaluation of Andrea Yates," UCLA Annual Review, Los Angeles, California, October 11, 2002.

107.  Dietz PE:  "Workplace Violence Prevention," College and University Professional Association for Human Resources, Southwestern Regional Conference, Colorado Springs, Colorado, April 29, 2003.

108.  Dietz PE:  "Criminal Investigative Analysis ("Profiling") in Civil Litigation," Association of Trial Lawyers of America, San Francisco, California, July 21, 2003.

109.  Pitt SE, Dietz PE, Dvoskin JA, Spiers EM, Walker RP, Kurtis B:  "Columbine: Understanding Why," American Academy of Psychiatry and the Law, San Antonio, Texas, October 17, 2003

110.  Dietz PE:  "Strategies for Understanding and Responding to Claims of Post-Traumatic Stress Disorder," Complex Medicine for Trial Lawyers  Seminar, Defense Research Institute, Miami, Florida, November 13, 2003

111.  Dietz PE:  "Pedophile Profile," Sexual Torts Seminar, Defense Research Institute, Chicago, IL, November 14, 2003

112.  Dietz PE:  "Assessing Threats of Violence: Posturing or About to go Postal?" Pacific Coast Labor & Employment Law Conference, Seattle, WA, May 13, 2004

113.  Dietz PE:  "Criminal Profiling and Crime Victim Litigation," The National Crime Victim Bar Association, Washington D.C., June 21, 2005

114. Dietz PE: "Mentally Competent to Stand Trial," Col. Henry F. Williams Homicide Seminar, Albany, New York, September 20, 2005.

115. Dietz PE: "Harassment and Stalking by Psychiatric Patients," Canadian Academy of Psychiatry and Law, Vancouver, Canada, November 4, 2005.

116. Dietz PE: "Violencia criminal en el ámbito familiar," Congreso Psiquiatría Legal XIV Congreso Nacional, Baiona, Spain, November 17, 2005.

117. Dietz PE: "Sex Offenders," Judge Advocate General's School 29th Criminal Law New Developments Course, Charlottesville, VA, November 29, 2005

118. Dietz PE: "The Criminal Mind," The Semel Institute for Neuroscience & Human Behavior at UCLA, Los Angeles, CA, February 7, 2006

119. Dietz PE: "Assessing Criminal Behavior," National Crime Victims' Rights Week Conference, Anaheim, CA, April 7, 2006

120. Dietz PE: "Current Mental Health Issues," Association of Government Attorneys in Capital Litigation's 27th Annual Conference, San Diego, CA, August 5, 2006

121. Dietz P: "Staff Professional Development Training," FBI's National Center for the Analysis of Violent Crime, Quantico, VA, September 6, 2006

122. Dietz P: "Violencia en el medio laboral," XV Congreso Nacional de Psiquiatría Legal, Guadalajara, Spain, October 5, 2006

123. Dietz P: "Criminal Behavior in the Community, the Workplace, and the Media," Fennemore Craig Annual Retreat, October 14, 2006

124. Dietz P: "Prevention of Campus Threats and Violence," National Association of College and University Attorneys, San Diego, CA, June 29, 2007

125. Dietz P: "Behavioral Aspects of Notice, Negligence, Causation, and Damages in Sexual Misconduct Cases," Federation Defense and Corporate Counsel, Sun Valley, ID, July 27, 2007

126. Dietz P: "Bullying and the Spectrum of Workplace Misconduct," Employee Assistance Roundtable, San Diego, CA, October 24, 2007

127. Dietz P: "The Sexual Tortfeasor: Implications for Litigation and Prevention," Butler Pappas' Sexual Tort Seminar, Tampa, FL, June 26, 2008

128. Dietz P: "Behavioral Warnings of Attacks on Public Figures and Their Families," Keynote Address, 2008 Executive Security International Alumni Conference, Las Vegas, NV, August 9, 2008

129. Dietz P: "Current Mental Health Issues," 2008 Summer Conference of the Association of Government Attorneys in Capital Litigation, San Francisco, CA, August 30, 2008

130. Dietz P: "The Role of Forensic Expertise in Capital Crimes Litigation," U.S. Department of Justice, Capital Crimes Symposium, Columbia, SC, November 14, 2008

131. Dietz P: "The Mind: Investigating and Preparing for Mental Defenses and Mitigation," National District Attorneys Association Forensic Evidence Course, San Francisco, CA, December 10, 2008

132. Dietz P: "Evidence-Based Forensic Psychiatry," 2nd World Thematic Conference on Legal & Forensic Psychiatry, Spanish Society of Legal Psychiatry and World Psychiatric Association, Toledo, Spain, June 17, 2009

133. Dietz P: "Evidence-Based Forensic Psychiatry," American Academy of Forensic Sciences, Seattle, WA, February 25, 2010

134. Dietz P: "New Insights into Columbine," American Society for Adolescent Psychiatry, Los Angeles, CA, March 6, 2010

135. Dietz P: "Preparing for Mental Defenses," International Criminal Investigative Analysis Fellowship, Myrtle Beach, SC, May 3, 2010

136. Dietz P: "Dangerous Delusions: When Fans are a Threat," National District Attorneys Association, Napa, CA, July 14, 2010

137. Dietz P: Keynote Address: "Health Care Workers as Victims of Threats and Stalking," International Association for Healthcare Security & Safety and Emergency Nurses Association, UCLA Medical Center, Los Angeles, CA, July 26, 2012.

138. Dietz P: Keynote Address: "Health Care Workers as Victims of Threats and Stalking," International Association for Healthcare Security & Safety and Emergency Nurses Association, Stanford University Medical Center, Los Angeles, CA, July 27, 2012.

139. Dietz P: "Unusual Syndromes and Defenses," National District Attorneys Association Homicide Course, San Francisco, CA, December 10, 2012.

140. Dietz P: "Sexual Sadism: When Lust and Cruelty Merge," G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University, Baltimore, MD, April 24, 2013.

141. Dietz P: "Interviewing the I-5 Strangler," American Academy of Psychiatry and the Law, Coronado, CA, October 24, 2013.

142. Dietz P: "Why It Takes So Long to Identify Sex Offenders," Defense Research Institute Sexual Torts Seminar, Coronado, CA, November 14, 2013.

143. Dietz PE: "Preventing Violence in Educational Institutions," The Semel Institute for Neuroscience & Human Behavior at UCLA, Los Angeles, CA, December 3, 2013.

144. Dietz PE: "Sexual Sadism: A Coping Strategy Model," American Academy of Forensic Sciences, Seattle, Washington, February 21, 2014.

145. Dietz P: "Inside the Mind of a Killer," National District Attorneys Association Prosecuting Homicide Cases Seminar, San Francisco, CA, February 24, 2014.

146. Dietz P: "Safe from Evil," American College of Trial Lawyers, La Quinta, CA, March 8, 2014.

147. Dietz P: "Safe from Evil," Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014.

148. Dietz P: "Sexual Thought Crimes," Keynote Address, Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014.

149. Dietz P: "DSM-5: Changes Impacting Capital Litigation," Association of Government Attorneys in Capital Litigation, San Diego, CA, August 23, 2014.

150. Dietz P: "Emotional Injury Claims and Significant Changes in DSM-5," Complex Medicine Seminar, Defense Research Institute, San Diego, CA, November 13, 2014.

151. Dietz P: "Frauds and Other Criminals," Keynote Address, 26th Annual Anti-Fraud Conference, Monterey, CA, April 1, 2015.

152. Dietz P: "Inside the Minds of Killers," National District Attorneys Association Forensic Evidence Course, Savannah, GA, December 8, 2015.

153. Cohen M, Dietz P, Martell DA: "Resiliency and Trauma: An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases," American Academy of Forensic Sciences, New Orleans, Louisiana, February 17, 2017.

154. Dietz P: "Paraphilia and Mental Health: Inside the Mind of the Perpetrator," National District Attorneys Association Prosecuting Sexual Assault and Related Crimes Course, Long Beach, CA, August 15, 2017.

155. Dietz P: "Sexual Serial Killers," National District Attorneys Association Prosecuting Sexual Assault and Related Crimes Course, Long Beach, CA, August 15, 2017.

156. Dietz P: Keynote Address: "Mental Health Crises in the Workplace: Trends in Private Sector Efforts," Security Summit: Managing Mental Health Crises in the Workplace, Twin Cities Security Partnership, Minneapolis, MN, September 20, 2017.

157. Dietz P: Keynote Address: "Pathways to Violent Extremism," 11th Annual Security500, Arlington, VA, November 13, 2017.

158. Dietz P:  "Rebuttal of Mitigation Experts," Association of Government Attorneys in Capital Litigation's 39th Annual Conference, Washington, DC, August 9, 2018.

159. Dietz P:  "Preventing Harm to Your Employees, Guests, and Brand," Foodservice Industry Risk Management Association, Risk Management Workshop, Cal State Fullerton, Fullerton, CA, May 30, 2018.

160. Dietz P:  "Cannibal Cop," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

161. Dietz P:  "Pathways to Extremist Violence," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

162. Dietz P:  "Challenges to Threat Assessment and Workplace Violence Prevention Programs," Global Security Executives Roundtable, Twitter Headquarters, San Francisco, CA, October 3, 2018.

163. Dietz P:  "Domestic Violence and the Workplace," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

164. Dietz P:  "Domestic Violence Mass Murder," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

## PANEL PRESENTATIONS AT NATIONAL MEETINGS:[2]

1. Rada RT, Dietz PE, Abel GG, Sadoff RL:  "Clinical Aspects of the Rapist," American Psychiatric Association, Miami Beach, Florida, May 11, 1976.

2. Dietz PE, Freeman L, Goldzband MG, Halleck S, Mullany P, Tanay E:  "The Psychiatrist's Role in Criminal Investigation," American Psychiatric Association, Toronto, Ontario, Canada, May 3, 1977.

[2] Records from October 1995 to December 2000 are incomplete as a result of a hard-drive failure.

3. Frazier SH, Gaughan CW, Romanowicz J, Gilligan JF, Dietz PE: "Corrections, Psychiatry and the Violent Patient," American Psychiatric Association, Chicago, Illinois, May 15, 1979.

4. Dietz PE, Sadoff RL, Gilligan JF, Borenstein NM, Singer SB: "Practical Problems in Forensic Psychiatry," American Psychiatric Association, Chicago, Illinois, May 17, 1979.

5. Ciccone JR, Barry DJ, Cavanaugh JL Jr., Dietz PE, Rada RT, Sadoff RL: Workshop on "Teaching Forensic Psychiatry to Residents," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

6. Dietz PE, Hazelwood RR, Fillinger H, Burgess AW, Groth AN: "Autoerotic Deaths," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

7. Dietz PE, Labowitz DI, Keefe JF, Issac G, Sadoff RL, Koson DF: Seminar on "The Psychiatrist as an Expert Witness," American Academy of Forensic Sciences, New Orleans, Louisiana, February 23, 1980.

8. Dietz PE, Wack RC, Howard L, Light D Jr., Steadman HJ: "Institutional Structure and Psychiatric Treatment," American Psychiatric Association, San Francisco, California, May 8, 1980.

9. Robitscher J, Dietz PE, Zagel J: "Resolved: Psychiatrists Should Not Participate in the Death Sentence Process," The Great Debate, American Academy of Psychiatry and the Law, Chicago, Illinois, October 17, 1980.

10. Rosner R, Cavanaugh JL Jr., Ciccone JR, Dietz PE, Rappeport JR, Sadoff RL, Zonana H: "Fellowship Programs in Forensic Psychiatry: Accreditation," American Academy of Psychiatry and the Law, Chicago, Illinois, October 18, 1980.

11. Reid WH, Barry DJ, Ciccone JR, Halpern A, Dietz PE, Mills MJ: "DSM-III in Forensic Psychiatry," American Academy of Psychiatry and the Law, Coronado, California, October 17, 1981.

12. Rosner RR, Barry DJ, Bradford JMW, Pollack S, Rappeport JR, Dietz PE, Resnick PJ, Weiner B: "Fellowship Programs in

Forensic Psychiatry: Accreditation II," American Academy of
Psychiatry and the Law, Coronado, California, October 18, 1981.

13. Harry B, Dietz PE, Hazelwood RR: "Bloody Instructions:
Intolerable Crimes in Mass Market Magazines," American
Academy of Psychiatry and the Law, New York, New York,
October 24, 1982.

14. Zwerling I, Watson U, Harding G, Dietz PE, Lymberis M, Sadoff
RL: "The Abuse and Misuse of Psychiatry in the United States,"
American Psychiatric Association, New York, New York, May 3,
1983.

15. Showalter CR, Bonnie RJ, Dietz PE: "Psychiatric Participation in
the Capital Sentencing Process," American Academy of
Psychiatry and the Law, Portland, Oregon, October 29, 1983.

16. Harry BE, Dietz PE, Hucker SJ: "Clinical Criminology as a
Practice Paradigm in Forensic Psychiatry," American Academy of
Psychiatry and the Law, Portland, Oregon, October 30, 1983.

17. Miller RD, Dietz PE, Morrison HL, Sadoff RL: "Harassment of
Psychiatric Expert Witnesses," American Academy of Psychiatry
and the Law, Nassau, Bahamas, October 26, 1984.

18. Rappeport JR, Dietz PE, Basham O: "Trends in the Standards for
the Insanity Defense (Including the Comprehensive Crime
Control Act of 1984)," AMEDD Forensic Psychiatry Course, Walter
Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

19. Carparelli R, Rappeport JR, Dietz PE, Taylor VE, Thwing JB:
"Mock Trial," AMEDD Forensic Psychiatry Course, Walter Reed
Army Medical Center, Bethesda, Maryland, April 2, 1985.

20. Fitch WL, Dietz PE, Deitz SR, Showalter CR, Solomon MA:
"Forensic Reform Through Statewide Training," American
Academy of Psychiatry and the Law, Albuquerque, New Mexico,
October 11, 1985.

21. Labowitz DI, Dietz PE, Farr W, Flaherty NS, Froede RC, Green
DeAH: "Media Relations for the Forensic Scientist," American
Academy of Forensic Sciences, San Diego, California, February
17, 1987.

22. Hazelwood RR, Lanning K, Dietz PE: "Criminal Sexuality," a 3-hour nationwide law enforcement teleconference sponsored by the F.B.I. and the Kansas City Police Department, September 29, 1987.

23. Resnick PJ, Rosman J, Dietz PE, Hucker S: "Necrophilia, Murder and Insanity," American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 16, 1987.

24. Kalt JP, Dietz PE, Cox JE Jr.: Economics and the Environment: New Challenges for Business and the Media," FORTUNE Magazine Corporate Communications Seminar, La Quinta, California, March 22, 1988.

25. Adelman R, Dietz PE: "Interaction Between Psychiatry and Law," American Bar Association Appellate Judges Seminar Series, St. Louis, Missouri, May 25, 1988.

26. Dietz PE, Hazelwood RR, Warren JI: "The Psychopathic Sexual Sadist," Academy of Criminal Justice Sciences, Washington, D.C., March 29, 1989.

27. Adelman R, Dietz PE: "Interaction Between Psychiatry and the Law," American Bar Association 1989 Appellate Judges Seminar, Lake Tahoe, Nevada, August 22, 1989.

28. Eaton JT, Davidson KL, Novoselsky DA, Reese WS, Lane FA, Dietz PE, Steffan TL, McMorrow MA, Quinlan WR: "Liability of Not-for-Profit Youth Organizations for Sexual Misconduct by Adult Volunteers of Minors," Appellate Advocacy Committee and Employer-Employee Relations Committee, American Bar Association Annual Meeting, Chicago, Illinois, August 8, 1990.

29. Harpold J, Wells D, Wells K, Dietz PE: "Victims Surviving Violent Crimes," National Organization for Victim Assistance, Anaheim, California, August 12, 1991.

30. Lanning K, Dietz PE, Ressler R: Discussion of "Silence of the Lambs," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 17, 1991.

31. Oliver AD, Binder RL, Dietz PE, Markman RA: "Ethical Dilemmas in Forensic Practice," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 18, 1991.

32. Kausch O, Resnick PJ, Dietz PE, Berlin FS, Fosdal FA, Wahlstrom CM Jr.: "Jeffrey Dahmer: Sick or Sane or Both?" American Academy of Psychiatry and the Law, Boston, Massachusetts, October 15, 1992.

33. Corcoran WB, Dietz PE, Lombardi JH, Thompson JD, Wolf KL, Wright JL: "Workplace Violence: Strategies to Communicate," American Society for Industrial Security, Tempe, Arizona, March 1, 1994.

34. Hempel AG, Felthous AR, Dietz PE, Tardiff K, Ostrov E: "Assessing Dangerousness: A Case Report of a Hostage-Taking Patient," American Academy of Psychiatry and the Law, Maui, Hawaii, October 20, 1994.

35. Rand JA, Meloy JR, Ash P, Dietz PE, Crowder JD: "The Stalking Syndrome of Pathological Attachments," American Academy of Psychiatry and the Law, Maui, Hawaii, October 22, 1994.

36. Wettstein RM, Dietz P: "Peer Review of Expert Psychiatric Testimony," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

37. Gutheil TG, Dietz P, Beahrs JO, Moen S, Roe R: "Mock Trial: No Thanks for the Memories," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

38. Dietz P: "The Quest for Excellence In Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

39. Simon RI, Rappeport JR, Gutheil TG, Dietz P, Tanay E: "Traveling Smart: Forensic Psychiatrists on the Road," American Academy of Psychiatry and the Law, Seattle, Washington, October 21, 1995.

40. Dietz PD, Adelman R, Murray MT, Maginnis JP, Pasano MS: "The use and Abuse of Psychiatric and Psychological Evidence in Criminal Cases," American Bar Association, San Francisco, California, August 2, 1997.

41. Resnick PJ, Ciccone JR, Sadoff RL, Dietz PE, Bozievich CA: "The Insanity Trial of John Dupont," American Academy of Psychiatry and the Law, Denver, Colorado, October 23, 1997.

42. Pitt SE, Phillips RTM, DePrato DK, Dietz PE, Anfang SE: "Forensic Psychiatry and the Media," American Academy of Psychiatry and the Law, Denver, Colorado, October 24, 1997.

43. Phillips RTM, Dietz PE: "Consulting to Law Enforcement," American Academy of Psychiatry and the Law, Vancouver, B.C., Canada, October 20, 2000.

44. Dvoskin, J, Baden M, Dietz P: "The Intent of the Decedent: Determining Manner of Death in Equivocal Cases," American Academy of Psychiatry and the Law, Vancouver, B.C., Canada, October 21, 2000.

45. Burns C, Phillips R, McGee J, Romano S, Dietz P: "The Role of Mental Health Professionals in Hostage Negotiation," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 27, 2001.

46. Resnick P, Dietz P: "The Andrea Yates Insanity Trial," American Academy of Psychiatry and the Law, Newport Beach, CA, October 26, 2002.

47. Dietz PE, Emanuel W, Drucker J, Hajjar A: "Threat Assessments in the Union Shop: Thorny Problems, Practical Solutions," Pacific Coast Labor & Employment Law Conference, Seattle, WA, May 13, 2004.

48. Dietz PE, Gripon EB, Resnick PJ, Reid WH, Kent CS: "Maternal Filicide in Texas," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 21, 2004.

49. Dietz PE, Pitt SE, Dvoskin JA, Spiers EM: "The Importance of Video Recording Forensic Examinations," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 22, 2004.

50. Dietz PE: "Threat Assessment: Past, Present and Future" (Keynote Address), Association of Threat Assessment Professionals, Anaheim, CA, August 16, 2006.

51. Johnson SC, O'Shaughnessy RJ, Schetsky DH, Dietz PE: "Juvenile Murderers Grow Up: Challenges and Dispositions," American Academy of Psychiatry and the Law, Chicago, IL, October 26, 2006.

52. Bingham M, Bradley J, Dedman JM, Dietz PE, Galvin M: "Experts – When and Why," National District Attorneys Association Summer Conference, Portland, OR, August 1, 2007.

53. Newman A, Dietz P, Carpenter WT Jr, Adelman RM, Phillips RTM: "The Trial of John W. Hinckley, Jr.: A Retrospective," American Academy of Psychiatry and the Law, Baltimore, MD, October 29, 2009.

54. Restivo K, Nelson EM, Dietz P, Nicholson C: "Threat Assessment in the Medical School Environment," Association of American Medical Colleges, Western Regional Conference, May 7, 2013.

55. Stoneking L, Kambam P, Thompson CR, Dietz P: "School Mass Shootings," American Academy of Psychiatry and the Law, Coronado, CA, October 25, 2013.

56. Bradford J, Dietz P, Mullen P, Ogloff JRP: "The Personal Impact of Working on Sex Crimes," Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014

## OTHER LECTURE SITES (CORPORATE, REGIONAL, AND LOCAL)[3]

Abbott Laboratories
Annenberg Washington Program, Northwestern University
ARCO
Arkansas Psychiatric Society
Association of Government Attorneys in Capital Litigation
Association of Trial Lawyers of America
Atascadero Forensic Mental Health Center, Atascadero, California
Atlanta Federal Penitentiary, U.S Bureau of Prisons
Augusta Mental Health Institute, Augusta, Maine
California Association of Hostage Negotiators
California District Attorneys Association
California District Attorneys Association National Homicide
  Symposium

---

[3] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

Central Intelligence Agency
Charlottesville-Albemarle Bar Association, Virginia
Charter Hospital, Long Beach, California
Charter Westbrook Hospital, Virginia Beach, Virginia
Chesapeake Bay Chapter, American Academy of Psychiatry and the
  Law
Chesapeake Bay Chapter, Institute of Food Technology
Children's Institute International
Conference of Major Superiors of Men
Conference of Personal Managers
Cornell University
County Prosecutors Association of New Jersey
Defense Research Institute
Dow Chemical Company Corporate Headquarters
F.B.I. Academy
F.B.I. Field Office, Los Angeles
Focus on the Family, Inc.
Forensic Mental Health Association of California
Georgetown University, Department of Psychiatry
Harbor-UCLA Medical Center
Harrisburg State Hospital, Harrisburg, Pennsylvania
Harvard Medical School, Massachusetts General Hospital
Harvard Medical School, Massachusetts Mental Health Center
Harvard School of Public Health
Hawaii State Hospital
Hawaii State Law Enforcement Officials Association
I.B.M. Corporate Headquarters
Johns Hopkins University, Department of Sociology
Johns Hopkins University, School of Hygiene and Public Health
Kansas County and District Attorneys Association
Kirby Forensic Psychiatric Center, Ward's Island, New York
Kraft General Foods Special Situation Roundtable, Chicago
Kraft General Foods Special Situation Roundtable, San Francisco
Kraft, Inc., Corporate Headquarters
Law Enforcement Coordinating Committee, Florida
Law Enforcement Coordinating Committee, Hawaii
Law Enforcement Coordinating Committee, New Jersey
Law Enforcement Coordinating Committee, Texas
Los Angeles Criminal Justice Inns of Court
Los Angeles Police Department Threat Management Unit
Louisiana District Attorneys Association
Medical College of Virginia, Department of Legal Medicine
Minnesota Employment Law Counsel
Minnesota State Bar Association Criminal Justice Institute

Minnesota State Bar Association Employment Law Institute
National College of District Attorneys
National Institute of Drug Abuse Research Center
Newport Beach (CA) Police Department
North Texas District Attorneys
Office of the District Attorney, County of Fresno, California
Orange County Bar Association
Orange County Bar Association Employment Law Section
Orange County District Attorney's Office
Orange County Homicide Investigators Association
Orange County Inns of Court
Packaging Institute International
Paramount Studios
Prosecuting Attorneys' Council of Georgia
Richmond Psychiatric Society
Robert Presley Institute of Criminal Investigation
San Diego Psychiatric Society
South Beach Psychiatric Center, New York, New York
Southern California Chapter, American Academy of Psychiatry and
    the Law
Southeastern Prosecutors Institute
Space Coast Institute of Legal Medicine, Orlando, Florida
Saint John's Hospital and Health Center, Santa Monica, California
St. Louis University School of Medicine, Department of Pathology,
    Division of Forensic and Environmental Pathology
State Bar of California
Target
Texas District & County Attorneys Association
Tulane University School of Public Health
United States Secret Service, Intelligence Division
United States Department of Justice
University of Arkansas for Medical Sciences
University of California, Irvine, Program in Psychology and Law
University of California, Irvine, Program in Social Ecology
University of California, Irvine, School of Law
University of California, Irvine, School of Medicine
University of California, Los Angeles, School of Medicine
University of California, San Diego, School of Medicine
University of Hawaii, John A. Burns School of Medicine
University of Ottawa, Royal Ottawa Hospital
University of Pennsylvania, Center for Studies in Criminology and
    Criminal Law
University of Texas Southwestern Medical School, Department of
    Psychiatry

University of Toronto, Clarke Institute
University of Vermont School of Medicine
University of Virginia Department of Psychology
University of Virginia School of Law
University of Wisconsin
Virginia Association of Law Libraries
Washington Association of Prosecuting Attorneys
West Los Angeles Veterans Administration Hospital
Westbrook Hospital, Richmond, Virginia
Western State Hospital, Staunton, Virginia
George Weston, Ltd., Corporate Headquarters
G. N. Wilcox Memorial Hospital, Lihue, Hawaii
Women's Jonathan Club, Los Angeles, CA
Zausner Foods

**TEACHING EXPERIENCE:**

| | |
|---|---|
| 1974-1975 | "Applications of Sociology to Clinical Medicine," a 27-hour course for 18 freshman medical students, at the Johns Hopkins University School of Medicine (with Daryl Matthews, M.D.) |
| 1976-1977 | Small group instruction on the mental status examination and on principles of psychiatric interviewing for medical students at Johns Hopkins University |
| 1976 | "Issues in Medical Criminology," a tutorial for students at the Johns Hopkins University |
| 1976-1977 | Supervisor and medical consultant to non-physician psychotherapists, Psychiatric Outpatient Department, Johns Hopkins Hospital |
| 1977-1978 | Organized and lectured in "Topics in Forensic Psychiatry" and "Center for Studies in Social-Legal Psychiatry Seminar Series," University of Pennsylvania |
| 1978-1979 | "Reading Seminar in General Criminology," Medical Criminology Research Center, McLean Hospital |
| 1978-1981 | "The Legal Regulation of Psychiatric Practice," a course directed by Robert L. Sadoff, M.D., at the Annual Meetings of the American Psychiatric Association |

| | |
|---|---|
| 1979-1980 | "Forensic Psychiatry," a 12-session seminar for residents at the McLean Hospital (with Arthur Rosenberg, J.D.) |
| 1979-1981 | Small group instruction on forensic psychiatry and on sexual deviations and offenses for Harvard medical students |
| 1979-1981 | Organized "Faculty Seminar in Forensic Psychiatry," Harvard Medical School |
| 1981 | Lectures on forensic psychiatry for the Social Psychiatry Seminar for residents at McLean Hospital |
| 1981 | Organized "Clerkship in Social Medicine and Psychiatric Criminology," Department of Social Medicine and Health Policy, Harvard Medical School (with Wendy K. Mariner, J.D., M.P.H.) |
| 1981 | "Forensic Practice in Massachusetts," a seminar for trainees at Harvard teaching hospitals |
| 1981 | Organized and taught in Human Aggression Unit of "Behavioral Sciences in Medicine" (Psychiatry 700a), Harvard Medical School |
| 1981-1982 | "Scientific Foundations of Clinical Criminology," a 12-session seminar for trainees and faculty of Harvard teaching hospitals |
| 1982 | "Law, Psychiatry and the Mental Health Process," University of Virginia School of Law (with John Monahan, Ph.D., and C. Robert Showalter, M.D.) |
| 1982-1988 | "Psychiatry and Criminal Law" (with Elizabeth S. Scott, J.D., or W. Lawrence Fitch, J.D.) |
| 1982-1988 | Teaching and supervision of Fellows in Forensic Psychiatry, University of Virginia School of Medicine |
| 1983 | "Sociology of Psychiatry," a seminar for residents in the Department of Behavioral Medicine and Psychiatry, University of Virginia School of Medicine |

| | |
|---|---|
| 1983 | "Law and Medicine," University of Virginia School of Law (with Walter J. Wadlington, LL.B., and Kenneth R. Crispell, M.D.) |
| 1983-1986 | "Law and Psychiatry," University of Virginia School of Law (with Willis Spaulding, J.D.) |
| 1984-1986 | "Crimes of Violence," University of Virginia School of Law |
| 1985 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Dallas, Texas, May 21, 1985 |
| 1985 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 11, 1985 |
| 1986 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 14, 1986 |
| 1986 | "Selected Competency Issues," a course directed by W. Lawrence Fitch, J.D., at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 18, 1986 |
| 1986 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 19, 1986 |
| 1987 | "Law and Public Health," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1987 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 17, 1987 |
| 1986-87 | Organized and directed weekly Forensic Psychiatry Teaching Rounds, University of Virginia School of Medicine |

| | |
|---|---|
| 1988 | "Health and Safety Regulation," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1988 | "Criminal Behavior and Public Policy," University of Virginia School of Law |
| 1989 | "Symposium at the National Center for the Analysis of Violent Crime," a course for the Annual Meeting of the American Academy of Psychiatry and the Law, October 19, 1989, held at the F.B.I. Academy, Quantico, VA (organized with SSA Robert K. Ressler and Richard Ratner, M.D.) |
| 1990 - | Teaching and supervision of Fellows in Forensic Psychiatry, Fellows in Child Psychiatry, and Residents, UCLA School of Medicine |
| 1994 | "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," a course at the Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 15, 1994 (with Robert K. Ressler). |
| 2005 | "Forensic Evaluation and Expert Testimony in Criminal Cases," a course for the Atlanta Federal Penitentiary, U.S. Bureau of Prisons, Atlanta, GA, June 23, 2005. |
| 2009 | "The Use of Forensic Mental Health Experts in the Investigation and Prosecution of Sex Crimes and Violent Crimes," a course for the Maricopa County District Attorney's Office and invited Arizona law enforcement agencies, Phoenix, AZ, February 6, 2009 |
| 2010 | "PTSD and Other Mental Damages Claims," a seminar for claims managers and defense counsel, Farmers Insurance Group, Agoura Hills, CA, June 20, 2010 (with Dan White, Esq., and Susan Oliver, Esq.) |
| 2014 | "Sexual Sadism and Sexual Masochism," a course for the Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 12, 2014 |

## TAG® WORKPLACE VIOLENCE PREVENTION TRAINING PACKAGES, VIDEOS, AND E-LEARNING COURSES SCRIPTED BY DR. DIETZ

1995    *Supporting a Nonviolent Workplace:  A Training Program for Managers and Supervisors* (with Sheryl Niebuhr, Ph.D., a facilitated training program developed for 3M Company), and later editions thereof

1999    *Gatekeeper Safety:  How to Deal with Unwanted Letters, Calls and Visits* (training video with Ann Coppel for Safeco Corporation)

2003    *Managing Troubled Employees* (training video)

2003    *Managing Troubling Situations* (training video)

2003    *Your Role in Workplace Violence Prevention* (training video)

2015    *Principles of Workplace Violence Prevention* (training video)

2015    *Investigation* (training video)

2015    *Assessing and Managing Workplace Threats* (training video)

2015    *Intimate Partner Violence and the Workplace* (training video)

2015    *Stalking* (training video)

2015    *Cyberstalking and Related Misconduct* (training video)

2015    *Life Stress, Personality Disorder, and Substance Abuse* (training video)

2015    *Mental Illnesses and Suicide Prevention* (training video)

2015    *Safe Termination* (training video)

2015    *Problematic Former Employees* (training video)

2015 *Managing Unwanted Communications and Visits* (training video)

2015 *Preparing for Active Shooter Incidents* (training video)

2015 *Managing Troubled People* (training video)

2015 *Managing Troubling Situations* (training video)

2015 *Introduction to Violence Prevention* (training video)

2015 *Interviewing* (training video with William Irwin (FBI, ret.))

2015 *Managing Unwanted Communications and Visits* (training video)

2015 *Active Shooter Response* (training video)

2015 *Your Role in Workplace Violence Prevention* (training video)

2015 *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (training video)

2017 *Principles of Workplace Violence Prevention* (e-learning course)

2017 *Investigation* (e-learning course)

2017 *Assessing and Managing Workplace Threats* (e-learning course)

2017 *Intimate Partner Violence and the Workplace* (e-learning course)

2017 *Stalking* (e-learning course)

2017 *Cyberstalking and Related Misconduct* (e-learning course)

2017 *Life Stress, Personality Disorder, and Substance Abuse* (e-learning course)

2017 *Mental Illnesses and Suicide Prevention* (e-learning course)

2017        *Safe Termination* (e-learning course)

2017        *Problematic Former Employees* (e-learning course)

2017        *Managing Unwanted Communications and Visits* (e-learning course)

2017        *Preparing for an Armed Attack* (e-learning course)

2017        *Managing Troubled People* (e-learning course)

2017        *Managing Troubling Situations* (e-learning course)

2017        *Responding to an Armed Attack* (e-learning course)

2017        *Your Role in Workplace Violence Prevention* (e-learning course)

2017        *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course)

2019        *Managing Troubled People* (e-learning course)

2019        *Managing Troubling Situations* (e-learning course)

2019        *Responding to an Armed Attack* (e-learning course)

2019        *Your Role in Workplace Violence Prevention* (e-learning course)

2019        *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course)

## TAG® WORKPLACE VIOLENCE PREVENTION COURSES TAUGHT BY DR. DIETZ:[4]

"Workplace Violence:  Myths, Facts, and Corporate Prevention," Newport Beach, CA, December 16-18, 1993

---

[4] Courses at specific companies and universities include various courses for executives and senior management.  This list does not include courses designed by Dr. Dietz and taught by other TAG experts under Dr. Dietz's supervision, all of which are listed in the TAG Master Training document.

Whirlpool, Nashville, TN, March 22, 1994

"Workplace Violence II: An Intensive Course Designed for
Fortune 500 Companies," Newport Beach, CA, April 28-30, 1994

Motorola, Phoenix, AZ, May 1, 1994

Bankers Trust, New York, NY, June 14, 1994

Motorola, Phoenix, AZ, July 8, 1994

General Electric, Ossining, NY, July 14-15, 1994

Temple Inland, Irving, TX, August 17-19, 1994

Boise Cascade, Boise, ID, September 12-13, 1994

Sea World, San Diego, CA, September 19-20, 1994
First Bank System, Minneapolis, MN, September 28, 1994

IDS Financial Services, Minneapolis, MN, September 29, 1994

Norwest, Minneapolis, MN, September 30, 1994

Warner-Lambert, Hamilton Park, NJ, October 11-12, 1994

Kraft, Northbrook, IL, November 28-29, 1994

3M Company, St. Paul, MN, December 2, 1994

Kraft, Northbrook, IL, December 9, 1994

American Express, New York, NY, December 14, 1994

American Express, New York, NY, January 24-26, 1995

Motorola (EAP), Chicago, IL, April 6, 1995

"Workplace Violence III: An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 24-26, 1995

Boise Cascade, Boise, ID, May 2-5, 1995

Philip Morris, Tucker's Town, Bermuda, May 10, 1995

First Data, Denver, CO, June 8-9, 1995

Corning, Inc., Corning, NY, June 14-15, 1995

GE Capital, Stamford, CT, June 20, 1995

3M Company, Monticello, MN, July 20-21, 1995

National Semiconductor, Sunnyvale, CA, August 22, 1995

American Express, Chaska, MN, September 12-13, 1995

Motorola, Phoenix, AZ, November 6-10, 1995

Motorola, Schaumburg, IL, November 27-28, 1995

Williams Companies, Tulsa, OK, December 12-13, 1995

First Data, Omaha, NE, March 11-12, 1996

First Data, Omaha, NE, March 25-26, 1996

Williams Companies, Tulsa, OK, April 1-2, 1996

General Mills, Minneapolis, MN, April 10-11, 1996

"Workplace Violence 4: An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 24-26, 1996

American Express, Greensboro, NC, May 23, 1996

Johnson & Johnson, New Brunswick, NJ, May 28-29, 1996

American Express, Phoenix, AZ, June 13, 1996

Virco Manufacturing, Torrance, CA, July 29-30, 1996

3M Company, Minneapolis, MN, August 1, 1996

Mead Corp, Dayton, OH, Sept. 18-19, 1996

Federated Dept. Stores, Inc., Cincinnati, OH, December 2, 1996

American Express, New York, NY, December 3, 1996

Philip Morris, New York, NY, December 12-13, 1996

Mead Corporation, Dayton, OH, February 20, 1997

McDonnell-Douglas, Long Beach, CA, Feb. 24-28, 1997

3M Company, Minneapolis, MN, March 4-7, 1997

"Workplace Violence 5:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 16-18, 1997

American Express, Ft. Lauderdale, FL, May 14, 1997

Motorola, Schaumburg, IL, June 17-18, 1997

Sears Canada, Toronto, Ontario, Canada, July 14-15, 1997

Levi Strauss, San Francisco, CA, August 12, 1997

U.S. West, Inc., Denver, CO, August 21, 1997

Federated Dept. Stores, San Francisco, CA, August 25-26, 1997

3M Company, St. Paul, MN, August 28, 1997

Corning, Inc., Corning, NY, October 30, 1997

New York Times, New York, NY, November 4-5, 1997

Motorola, Schaumburg, IL, November 11, 1997

State Farm, Costa Mesa, CA, November 17-18, 1997

Levi Strauss, San Francisco, CA, November 20-21, 1997

U.A.W.-Chrysler, Detroit, MI, January 13, 1998

U.S. West, Inc., Denver, CO, January 14-15, 1998

Sears Canada, Toronto, Ontario, Canada, February 2-3, 1998

Visa International, Foster City, CA, March 10-11, 1998

Motorola, Chicago, IL, March 23-25, 1998

"Workplace Violence 6:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 27-29, 1998

Union Carbide, Houston, TX, May 19, 1998

Retail Council/Sears Canada, Toronto, Ontario, Canada, June 2,
1998

Unilever United States, New York, NY, June 18, 1998

Punch Productions, New York, NY, June 18, 1998

Federated Department Stores, Hasbrouck Heights, NJ, July 15-
16, 1998

U.A.W.-Chrysler, Detroit, MI, August 3-5, 1998

Caterpillar, Peoria, IL, August 10-11, 1998

Levi Strauss, San Francisco, CA, September 9, 1998

American Express, Newark, NJ, October 20-21, 1998

Eastman Kodak, Rochester, NY, November 17-18, 1998

Amgen, Thousand Oaks, CA, December 1-3, 1998

Darden Restaurant Group, Orlando, FL, December 14-15, 1998

3M Company, St. Paul, MN, December 16, 1998 MediaOne,
Denver, CO, January 13, 1999

Texas Instruments, Dallas, TX, January 14-15, 1999

Caterpillar, Newport Beach, CA, January 18-19, 1999

Safeco, Seattle, WA, February 3-4, 1999

Zoological Society of San Diego, San Diego, CA, February 18-19, 1999

American Express, Toronto, Ontario, Canada, February 23, 1999

Zoological Society of San Diego, San Diego, CA, April 7, 1999

"Workplace Violence 7: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 26-28, 1999

MediaOne, Denver, CO, June 24-25, 1999

Ross Stores, Palo Alto, CA, July 8, 1999

PCS Health Systems, Scottsdale, AZ, July 16, 1999

Wellpoint, Thousand Oaks, CA, July 22-23, 1999

Corning, Inc., Corning, NY, September 23 1999

Motorola, Madrid, Spain, October 4-5, 1999

3M Company, St. Paul, MN, October 14, 1999

Schering-Plough, Newark, NJ, October 21-22, 1999

Boise-Cascade, Newport Beach, CA, October 29, 1999

Motorola, Hong Kong, China, November 16-17, 1999

PSE&G, Edison, NJ, November 30, 1999

Cox Enterprises, Atlanta, GA, January 25, 2000

Federated Department Stores (Rich's, Lazarus, Goldsmith), Atlanta, GA, January 26-27, 2000

Federated Department Stores (FACS), Cincinnati, OH, February 8-9, 2000

Oracle, Redwood Shores, CA, February 23, 2000

PaineWebber, Weehawken, NJ, March 7, 2000

Federated Department Stores (Macy's East), New York, NY, March 23-24, 2000

Federated Department Stores (Bon Marche), Seattle, WA, April 3-4, 2000

"Workplace Violence 8:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 10-12, 2000

Motorola, Oak Brooks Hills, IL, April 25-26, 2000

U.A.W.-DaimlerChrysler, Detroit, MI, May 2-4, 2000

Federated Department Stores (Burdine's), Miami, FL, May 16-17, 2000

Motorola, Mesa, AZ, June 1-2, 2000

American Express, Greensboro, NC, June 14, 2000

Federated Department Stores (Bloomingdale's), New York, NY, June 15-16, 2000

Mead Corporation, Dayton, OH, July 11-12, 2000

Organization Resource Counselors (Corporate Medical Directors), Washington, DC, August 1, 2000

"Workplace Violence 8 East:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," New York, NY, October 2-4, 2000

"Investigation, Interviewing, and Termination," New York, NY, October 5-6, 2000

PaineWebber, Weehawken, NJ, December 12-14, 2000

American Express, Phoenix, AZ, February 20, 2001

"Workplace Violence 9: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 23-25, 2001

Thomson Legal & Regulatory, Egan, MN, April 15-16, 2001

Chiron Corporation, Emeryville, CA, May 31, 2001

Allergan, Inc., Irvine, CA, June 5, 2001

AT&T Broadband, Englewood, CO, June 14, 2001 Jefferson County, Colorado, Golden, CO, June 15, 2001

Federated Department Stores (Arizona Mail Order), Tucson, AZ, June 19-20, 2001

Corning, Inc., Corning, NY, September 11, 2001

Federated Department Stores (Federated Marketing Group), New York, NY, November 15-16, 2001

PaineWebber, Weehawken, NJ, November 19-20, 2001

"Workplace Violence 10: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 15-17, 2002

Tribune Company, Chicago, IL, May 15, 2002

Caterpillar, Peoria, IL, May 20-21, 2002

Tribune Company, Chicago, IL, September 11, 2002

"Workplace Violence 10 East," Toronto, Ontario, Canada, November 7-8, 2002

3M Company, St. Paul, MN, November 11-12, 2002

Raytheon, Bedford, MA, December 3-4, 2002

Discover Financial, Chicago, IL, February 10-11, 2003

Federated Department Stores (Federated Marketing Group), New York, NY, March 25-26, 2003

Tribune Company, Chicago, IL, April 2-3, 2003

"Workplace Violence 11: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 7-9, 2003

Takeda Pharmaceuticals NA, Lincolnshire, IL, September 4-5, 2003

Business Intelligence Advisors, Bellevue, WA, September 11, 2003

Charter One Bank, Cleveland, OH, September 29, 2003

3M Company, St. Paul, MN, January 19, 2004

Visa International, Foster City, CA, April 13-14, 2004

"Workplace Violence 12: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 19-21, 2004

Amgen, Thousand Oaks, CA, April 29, 2004

Motorola, Schaumburg, IL, May 25-26, 2004

Federated Department Stores (Federated Marketing Group), New York, NY, September 22-23, 2004

General Dynamics, Falls Church, VA, October 12, 2004

Lockheed Martin, Bethesda, MD, October 26-27, 2004

Tribune Company, Chicago, IL, December 8, 2004

ConAgra Foods, Omaha, NE, January 27, 2005

ConAgra Foods, Omaha, NE, February 15, 2005

"Workplace Violence 13: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 18-20, 2005

CUNA Mutual, Newport Beach, CA, April 21, 2005

Darden Restaurants, Orlando, FL, October 10, 2005

Lockheed Martin, Orlando FL, October 19, 2005

"Reading People," sponsored by Threat Assessment Group, Park Dietz & Associates, and the Paul Ekman Group, Las Vegas, NV, October 12-14, 2005

FedEx Corporate, Memphis, TN, March 28-30, 2006

"Workplace Violence 14:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 24, 2006

TAG Advanced Case Management Seminar, Newport Beach, CA, April 25-27, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

Twin Cities Security Partnership, May 18, 2006

Ameriprise Financial, Minneapolis, MN, May 24-26, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

"Workplace Violence 14: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Chicago, IL, October 24, 2006

TAG Advanced Case Management Seminar, Chicago, IL, October 25-27, 2006

PepsiCo, Plano, TX, November 14, 2006

Tribune Company, Chicago, IL, November 15, 2006

McDonald's, Oakbrook, IL, November 16, 2006

Los Angeles Superior Court, Los Angeles, CA, December 1-2, 2006

"Workplace Violence 15: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 23, 2007

Macy's Inc., St. Louis, MO, June 19-21, 2007

Macy's Inc., New York City, NY, July 10-12, 2007

Macy's Inc., Los Angeles, CA, July 31- August 2, 2007

Macy's Inc., Minneapolis, MN, August 7-9, 2007

Macy's Inc., Atlanta, GA, August 28-30, 2007

USAA, San Antonio, TX, September 18-19, 2007

Abbott Laboratories, Abbott Park, IL, February 5, 2008

Motorola, Chicago, IL, February 6, 2008

"Workplace Violence 16: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, June 2-4, 2008

Abbott Laboratories, Abbott Park, IL, June 27, 2008

3M, Minneapolis, MN, October 1, 2008

Johns Hopkins Institutions, Baltimore, MD, December 1, 2008

DRS Technologies, Palm Beach, FL, January 29, 2009

Abbott Laboratories, Newport Beach, CA, February 10, 2009

Executive Resource Center, Oklahoma City, OK, July 16, 2009

Abbott Laboratories, Abbott Park, IL, September 15, 2009

Health Care Partners, Los Angeles, September 24-24, 2009

Abbott Laboratories, Abbott Park, IL, October 13-14, 2009

Lockheed Martin, Fort Worth, TX, May 5-6, 2010

Air Liquide, Newport Beach, CA, July 28-29, 2010

"Workplace Violence 17:  Prevention of Workplace Misconduct and Violence," Newport Beach, CA, March 28-29, 2011

"Mental Disorder and the Workplace," Newport Beach, CA, March 30, 2011

Pitney Bowes, Stamford, CT, May 3-4, 2011

Federal Express, Webinar:  Monitoring and Assessing Written Communications, August 12, 2011

Federal Express, Webinar:  Suicide and Suicide Prevention, January 25, 2012

"Workplace Violence 18:  Prevention of Workplace Misconduct and Violence," Newport Beach, CA, March 19-21, 2012

Federal Express, Webinar:  Safe Termination, July 11, 2012

Air Liquide, Newport Beach, CA, August 7-8, 2012

3M, Minneapolis, MN, November 5, 2012

Amgen, Thousand Oaks, CA, November 30, 2012

Federal Express, Webinar:  Preparing for Difficult Conversations, January 23, 2013

Apollo Group, Phoenix, AZ, February 21, 2013

Federal Express, Webinar:  Mental Disorders in the Workplace, April 17, 2013

Discover, Webinar:  Domestic Violence and the Workplace, May 29, 2013

Southern California Edison, Rosemead, CA, June 5, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Washington, DC, September 16-17, 2013

Corning, Inc., Corning, NY, September 19, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Newport Beach, CA, October 7-8, 2013

BASF, Florham Park, NJ, October 10-11, 2013

Frito-Lay, Coronado, CA, November 4, 2013

Gatekeeper Safety Training, Teague, Seattle, WA, December 10,

Executive Briefing, Teague, Seattle, WA, December 10, 2013

Federal Express, Webinar:  Assessing and Managing Threats, January 29, 2014

Young Presidents' Organization, Las Vegas, NV, February 11, 2014

Managing Troubled Employees and Troubling Situations, Teague, Seattle, WA, February 19, 2014

American Express, Webinar:  Principles of Violence Prevention, April 9, 2014

Ameriprise Financial, Professional Course Training, Minneapolis, MN, April 23-24, 2014

Abbott Labs, Webinar:  Assessing and Managing Threats, July 17, 2014

Abbott Labs, Webinar:  Intimate Partner Violence, August 5, 2014

American Express, Webinar:  Safe Termination of End Stage Employees, September 18, 2014

Abbott Labs, Webinar:  Managing Mentally Ill Employees, October 1, 2014

MGM Resorts, Las Vegas, NV, February 26-27, 2015

Allied Intelligence, Course:  Social Media Threat Assessment, St. Louis, MO, March 4-5, 2015

PepsiCo/FritoLay Security, Huntington Beach, CA, April 30, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, May 11-12, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, August 17-18, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 19-20, 2015

TE Connectivity, Webinar:  Violence in the Workplace: Prevention, Detection, and Response, December 17, 2015

TE Connectivity, Webinar:  Violence in the Workplace: Prevention, Detection, and Response, December 21, 2015

Howard Hughes Medical Institute, Webinar:  Principles of Workplace Violence, February 18, 2016

Herbalife, Los Angeles, CA, March 17-18, 2016

FedEx, Webinar: Case Escalation, April 6, 2016

Packaging Corporation of America, "Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 19-20, 2016

Capital Group, Irvine, CA, May 13, 2016

Executive Briefing, General Atomics, Poway, CA, June 30, 2016

General Atomics, Torrey Pines, CA, September 7-8, 2016

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 17-18, 2016

Macy's, Webinar:  "Macy's Workplace Violence Prevention Program" (with Rochelle O'Day, for Asset Protection Department), November 11, 2016

3M Company, St. Paul, MN, November 28-30, 2016

Capital Group, Irvine, CA, December 14, 2016

CF Industries, Deerfield, IL, February 28 – March 1, 2017

Publicis Media, New York, NY, March 13 and March 15, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 13-14, 2017

Nike, Beaverton, OR, May 1-2, 2017

Quest Diagnostics, Tampa, FL, May 4-5, 2017

Publicis Group, Executive Briefing, Chicago, IL, August 9, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 16-17, 2017

Western Digital Corporation, Executive Briefing, San Jose, CA, August 24, 2018

Allstate, 2-Day Senior Leadership Team Training, Chicago, IL, September 11-12,2018

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 15-16, 2018

Western Digital Corporation, 2-Day Specialist Training, Irvine, CA, November 28-29, 2018

Allstate, Senior Leadership Training, Chicago, IL, December 12, 2018

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette Road
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

**Specialties of the Firm**

- Forensic Psychiatry
- Forensic Pathology
- Forensic Neurology
- Forensic Psychology
- Forensic Social Work
- Forensic Science
- Criminology
- Security

January 9, 2019

Gary Colbath, Esq.
Federal Defender's Office for District of Alaska
601 W. Fifth Ave.
Suite 800
Anchorage, AK 99501

Via e-mail: Gary_colbath@fd.org

Re: United States v. James Wells

Dear Mr. Colbath:

At your request, I have reviewed materials submitted to me concerning the opinions of Robert Morton (FBI, ret.) and Reid Meloy, Ph.D., in the above-captioned case. This brief report synopsizes my several points of disagreement with these experts in anticipation of rebuttal testimony.

## SOURCES OF INFORMATION

The information submitted to me for review consisted of the following:

- Referral to BAU, 4/17/12 (047251 – 047254)
- Robert J. Morton Summary of Assistance Provided, 5/23/12 (Wells1800047350 - Wells1800047352)
- Crime scene and autopsy photographs and diagrams reviewed by Mr. Morton (064477 – 064512)
- Robert J. Morton Criminal Investigative Analysis, 10/11/13 (19284 – 19291)
- Robert J. Morton resume (19276 – 19283)
- E-mails regarding Mr. Morton's analysis (079360, 079389, and 079397)
- Letter from US Attorney Karen Loeffler to Dr. Meloy, 4/19/13
- Report of Dr. Meloy, 11/22/13
- Dr. Meloy's CV
- Expert disclosure re. Dr. Meloy (19271-19275)
- List of materials reviewed by Dr. Meloy (21031-21032)
- Trial transcript, pp. 1607-1657 (Testimony of Mr. Morton)
- Trial transcript, pp. 1365-1449 (Testimony of Dr. Meloy)

- Dr. Meloy's PowerPoint (D-6556 – D6584)
- Govt. Exh. 392 (Building diagram)
- Trial transcript, pp. 3724-3796 (Closing Argument of Plaintiff)
- Trial transcript, pp. 3893-3957 (Final Argument of Plaintiff and Jury Instructions)
- *US v. Wells*, 879 F. 3d 900 - Court of Appeals, 9th Circuit 2018
- Letter from Dr. Meloy to AUSA Walker, 9/20/18
- Morton Supplemental Report, 11/30/18

## REBUTTAL OF GOVERNMENT EXPERTS

I note at the outset that the original referral of the case to BAU-2 on 4/17/12 followed a telephonic discussion of the case with SSA Morton and asked that BAU-2 "review audio recording from two interviews of subject in above captioned investigation and provide a behavioral assessment of James Wells."[1] Thus, Mr. Morton knew that co-worker Jim Wells was a suspect in the murders of Mr. Belisle and Mr. Hopkins before undertaking any work in this matter. Knowledge of a suspect on whom law enforcement has focused inevitably biases any profiler, crime scene analyst, or criminal behavior analyst, regardless of the analyst's skill or objectivity, and Mr. Morton was tainted with this information before his work had begun.

Moreover, I note that Mr. Morton properly introduced his 10/11/13 report with the caveat that "The information provided is based upon probabilities."[2] Yet no such caveat appears in Mr. Morton's testimony, where the terms "probable," "probability," "probabilities," or "likely" appear in only two sentences:

- "I taught at the Alaska Peace Officer Association at a meeting down in Kenai probably -- I guess 10 years ago."[3]
- "Based on the physical evidence that was there -- in other words, the trajectory of the bullets, where the rounds were recovered inside of the floor -- I determined that it appeared Mr. Belisle was sitting with his back to the door, probably in a chair."[4]

### Focus on a Single Theory of the Case

Mr. Morton's profile, testimony, and supplementary report all put forth one plausible theory of the case—the theory that was brought to him by investigators before he had begun his work—but it is not the only plausible theory. Alternative hypotheses include but are not limited to these:

---

[1] Wells1800047251
[2] Robert J. Morton Criminal Investigative Analysis, 10/11/13, p. 1 (19284)
[3] Trial transcript, p. 1611
[4] Trial transcript, p. 1617

2

- Targeting the Coast Guard:  In the eight other incidents I've been able to identify since 1993 in which more than one victim was murdered at a military installation within the U.S., the motives have been mental illness in four, terrorism in two, a love triangle in one, and a workplace dispute in one.  The killers in these eight incidents were active service members in four, a former service member in one, a civilian employee in one, a civilian contractor in one, and an outsider in one.  The killers in these eight incidents ranged in age from 20 to 53, with an average age of 31.9 (the 4th decade of life).  I am informed that someone made a bomb threat toward the Coast Guard proximal to these murders, which could be consistent with the hypothesis that it was the Coast Guard and not the individuals that was targeted, and that the killer selected one of the most vulnerable buildings on Coast Guard property without concern for the identity of its occupants.
- Personal motive toward one of the victims:  Someone with personal but undiscovered animosity (childhood bullying; sexual abuse in childhood; an unpaid, secret debt; anger; resentment; jealousy; a perceived slight; or perceived persecution) studied the habits of the target victim and the worksite and killed the other victim to eliminate the witness.
- Murder for hire of one of the victims:  Someone was hired to kill one of the victims (for life insurance, to become free of an unsatisfactory or painful marriage, or in retaliation for some event in the victim's personal, recreational, or work life) and killed the other victim to eliminate the witness.
- Random psychopathic homicide:  Someone interested in testing his or her skill at recreational homicide, seeking a thrill, testing a recently acquired weapon, fulfilling a "Dirty Harry" fantasy, or gaining admission to a group requiring an initiation kill entered an unlocked door and made quick work of it.
- Psychotic homicide:  Someone with delusions of persecution, delusions of imposters (Capgras syndrome), or command hallucinations killed both victims for psychotic reasons.

One could only conclude that the Morton hypothesis is more probable than these alternatives if the alternatives had each been fully investigated.  Some homicide investigations prematurely focus on one suspect without fully exploring all avenues of investigation and thus fail to identify the true killer.

**Personal Cause vs. Impersonal Cause**

Mr. Morton testified, "I believe that in this case the offender targeted Mr. Hopkins and Mr. Belisle for a personal cause."[5]  In response to a question of how he eliminated the possibility of a "random event," Mr. Morton testified, "Because the nature of the facility, of the layout of the building, and the fact that two victims, who just happened to be there at the same time, were

---

[5] Trial transcript, p. 1614

murdered kind of eliminated it for me."[6]  But these factors do not eliminate the possibility of impersonal causes unrelated to the two victims, such as targeting the institution, thrill-seeking, or terrorism, to name a few.  This is an example of Mr. Morton expressing unwarranted certainty rather than an opinion as to probability.

**Sequence of Shots**

In his profile and supplementary report, Mr. Morton concluded that after shooting both Mr. Belisle and Mr. Hopkins—in that sequence—the offender returned to Mr. Belisle to shoot him two more times and ensure he was dead. This conclusion appears to rest on the undisclosed assumption that had the offender shot Mr. Belisle three times before shooting Mr. Hopkins, the confrontation with Mr. Hopkins would have gone differently.  This conclusion was not put forth in Mr. Morton's trial testimony, which was that other than saying the offender shot Mr. Belisle first and Mr. Hopkins second, "After that, based on the evidence, I can't really give you a sequence of the shots that occurred other than the fact that he shot twice more into Mr. Belisle and once more into Mr. Hopkins."[7]  Nonetheless, Mr. Schroder apparently relied on Mr. Morton's report, not his testimony, when in his Closing Argument he said, "He fired until they fell to the ground, and then he went back and fired another round into each of the men, to make sure the job was done."[8]

**Whether There Was Verbal Interaction Between Killer and Victims**

Mr. Morton testified, "Doesn't appear to be any verbal interaction at all, based on their body positions and their wounds."[9]  While I agree that it is probable that Mr. Belisle was shot before there had been any significant verbal interaction with the offender, after the first shot was fired there could have been literally any type of verbal interaction—or none at all—with each victim.  There is no way to know what verbal interaction did or did not occur after the first shot was fired, but obviously it would make a significant difference in the analysis if there were evidence that the offender accused the victims of infidelity with his wife or of monitoring his thoughts, if he apologized to one of them for having to kill him for being in the wrong place at the wrong time, or if he yelled, "Allahu Akbar."

**Conflation of Mass Murder in All Settings with Double Murder in the Workplace**

Dr. Meloy's report and testimony contained considerable material on mass murder and relied on research concerning mass murder with three or more victims, which is not relevant to this case.  In his testimony and PowerPoint,

---

[6] Trial transcript, p. 1615
[7] Trial transcript, p. 1620
[8] Trial transcript, p. 3724
[9] Trial transcript, p. 1620

4

however, Dr. Meloy refers to "multiple murder," apparently having become aware of this issue. Even though he testified about "multiple murder," most if not all of his testimony about multiple murder is based on findings regarding mass murder, which may or may not apply to double murders or any particular double murder. There is no reasonable basis for believing that double murders resemble murders of larger numbers of victims more than they resemble single victim homicides. I expect the reason Dr. Meloy relied so heavily on the mass murder literature in his report and testimony is that there was then and still is comparatively little empirical research on double homicides in the U.S., as the literature consists mostly of case reports, small series of cases, and data on double homicides followed by suicide. I am unaware of any empirical studies of double homicide in the workplace, but this does not make studies of mass murder a suitable proxy.

## Conflation of the Concepts of Intended, Targeted, Predatory, and Instrumental

While there can be no doubt that each of the two homicides was intentional, this does not in itself imply, much less prove, that either or both victims were "targeted" in advance of the killer entering the building, nor does it imply or prove that either homicide was "predatory" as opposed to "affective" or that either homicide was "instrumental."

I disagree with the opinion to which Mr. Morton testified that "In this case, by basically going into a building and attacking two people, it shows that both victims were intended targets."[10] It is equally possible that (a) one was targeted and the other was collateral damage, (b) that neither was targeted and the offender simply did not care who was killed, (c) that both were killed by someone targeting the institution rather than the individuals, or (d) that both were killed for reasons unrelated to targeting.

Determining whether a particular homicide was "predatory" or "affective"—if one were to accept this dichotomous classification—requires knowledge of the state of mind and motivation of the killer at the time of the crime. Often that information comes from interviews of the killer and the observations of surviving witnesses to the crime. Where the killer hasn't confessed and there are no surviving witnesses, one is left to inferences based on crime scene and historical evidence. In a double homicide, both homicides may be "predatory," both may be "affective," or one homicide may be "predatory" and the other "affective."

Dr. Meloy uses the terms "intended," "targeted," "predatory," and "instrumental" interchangeably[11] and makes broad generalizations about this purportedly singular category, but these terms are certainly not generally accepted as having identical meanings. "Intended" homicide implies that the

---

[10] Trial transcript, p. 1621
[11] D-6561

5

killer had intended to harm a person. "Targeted" homicide—a term I may have introduced in the 1980s in reference to stalkers and assassins—implies that the killer selected a particular victim in advance of the killing. "Predatory" homicide refers to an unemotional subjective state of the killer. "Instrumental" homicide implies goal-directed behavior other than repelling a perceived threat, such as robbery, gang initiation, eliminating a witness, eliminating a rival, or regime change and is contrasted with "Expressive" homicide, such as terrorism, revenge, or impulsive, angry killings.

Dr. Meloy's imprecise use of these terms underlies his mistaken reliance on Bureau of Labor Statistics data regarding "intentional" homicides in the workplace, as he apparently does not recognize that "intentional" in this context does not refer to "targeted," "predatory," or "instrumental," but rather is used to distinguish intentional killings from "accidental" killings, a distinction derived from efforts (in which I played a role[12]) to direct the attention of the public health community (particularly the CDC and OSHA) to intentional injury—not just unintentional injuries, so-called "accidents"—to encourage the application of public health approaches to the prevention of homicide, suicide, assault, and rape.

## The False Dichotomy of "Workplace Violence" vs. "Random Violence"

The fact that two men were killed in a workplace does not necessarily mean that the killings were not random, does not necessarily mean that the individuals were targeted, and does not necessarily mean that the motives for either killing were connected to anyone's work.

Just as the locations of violence and the relationships between victims and offenders are variable, so too are the motives for violence. To simplify the presentation of aggregate data, both researchers and data-gathering agencies often lump together disparate categories, and this is particularly true for variables as complex as motive, where multiple motives may be lumped into singular categories for the sake of simplicity. Even so, there is no context in which a classification of violence into two categories—workplace violence and random violence—would be defensible. Any motive or combination of motives is possible for violence that occurs in a workplace,

---

[12] Baker SP, Dietz PE: Injury prevention. In: The Institute of Medicine, National Academy of Sciences: Healthy People: The Surgeon General's Report on Health Promotion and Disease Prevention: Background Papers. Washington, D.C.: U.S. Government Printing Office, 1979 (DHEW (PHS) Publication No. 79-5507lA), pp. 53-80; Baker SP, Dietz PE: The epidemiology and prevention of injury. In: Zuidema GD, Rutherford RB, Ballinger WF (Eds.): The Management of Trauma, 3rd ed. Philadelphia: W. B. Saunders, 1979, pp. 794-821; Committee on Trauma Research of the National Research Council and Institute of Medicine: Injury in America. Washington, D.C.: National Academy Press, 1985; Dietz PE, Baker SP: Murder at work. Am J Public Health 77:1273-1274, 1987

Case 3:13-cr-00008-SLG   Document 975-1   Filed 05/01/19   Page 98 of 100

and some of those motives could be considered personal, targeted, directed, or otherwise non-random, while others could be sensibly described as random with respect to location, random with respect to victim, or otherwise random. For example, there have been workplace homicides in which a targeted victim was not present upon the killer's arrival, and others have been killed instead; workplace homicides in which the killer targeted an institution or organization rather than particular individuals and killed only strangers; and workplace homicides in which the killer would have preferred a high value target but settled for a more vulnerable location (such as the 7/16/15 shootings at a military recruiting center and the U.S. Navy Reserve Center in Chattanooga, TN).

Workplace violence can occur in any setting. It occurs, for example, in offices, lobby areas, cafeterias, breakrooms, parking lots, surrounding grounds, work vehicles, offsite meeting venues, offsite work activity venues, and home offices. Depending on an organization's policies regarding off-duty behavior, anywhere else one worker interacts with another can be the site of workplace violence. In the case of toxic agents and bombs, it may even occur through U.S. Mail or courier services. Depending on an organization's policies and one's definition of violence, it may even occur through social or other electronic media.

Workplace violence offenders and victims include current or former employees and contractors; current and former acquaintances, friends, and family of employees; customers, clients, visitors, and guests; and third parties with no affiliation to the organization.

In 2012, the year in which Mr. Belisle and Mr. Hopkins were murdered, the Bureau of Labor Statistics identified 475 victims of "work-related" homicide, of whom 376 were male. The killers of these 376 men included robbers (36%), other assailants (27%), coworkers or work associates (14%), students, patients, or customer/client (12%), inmate, detainee, or suspect not yet apprehended (8%), and relative or domestic partner (3%).[13] Thus, if robbery were ruled out and these data were probative of the identity of the killer of Mr. Belisle and Mr. Hopkins—as the presentation of Dr. Meloy's testimony at trial seemed to suggest—the data suggest that the most probable class of killer was that of "other assailant" and not that of "coworkers or work associates." In 2012, the killers of males in the workplace were approximately two times more likely to be other assailants than to be coworkers or work associates.

The preliminary 2011 data relied upon by Dr. Meloy in his testimony (because neither final 2011 data nor 2012 data were available at the time) lumped together "Robbers and Other Perpetrators" as committing 66% of workplace homicides,[14] yet Dr. Meloy said that the large green area on the

---

[13] https://www.bls.gov/iif/oshwc/cfoi/cfch0011.pdf, accessed 1/8/19
[14] D-6564

pie chart[15] for that category "are robberies,"[16] omitting the "Other Perpetrators" who make up a large proportion of the lumped category, and that "most of the violence in the workplace is done during a -- a felony crime such as robbery. So this could be like in a -- in a 7-Eleven store or retail market, something along those lines. And work associates come next . . ."[17] This misleading testimony suggested that if robbery were excluded, a coworker would be the most likely offender, which is untrue.

Respectfully,

*Park Dietz, MD*

Park Dietz, M.D., M.P.H., Ph.D.
Clinical Professor of Psychiatry and Biobehavioral Sciences
David Geffen School of Medicine at U.C.L.A.
Diplomate, American Board of Psychiatry & Neurology
Distinguished Life Fellow, American Psychiatric Association
Fellow, American Academy of Forensic Sciences

---

[15] D-6564
[16] Trial transcript, p. 1385
[17] Trial transcript, pp. 1384-1385

8