e911Pro - Multi-Line Summary List, based on a 'Statistics & Summaries' Analysis
ISC Military Police, Kodiak
Printout made 04/13/12 11:58:24

04/12/12 15:36:14 - 04/12/12 15:36:15 - 04/12/12 15:36:16 - 04/12/12 17:26:02 - Control#: 20120412153614 -- Unit W-235
Type Call: General -- Disposition: CLEAR CODE A (Advised/Mission Complete)
Location: N38 ADMINISTRATION BLDG/ CGPD -- U.S. COAST GUARD BASE SUPPORT UNIT KODIAK, AK -- Beat: B/C

04/12/12 15:37:21- RCVD a call from a LTCDR Fitzgerald at the Airstation stating his YN1 Dean, Jaclyn informed him that she was in conversation on myspace with a ET3 who stated that he wanted to blow some stuff up. She will be coming up to CGPD to make copys of what was said between her and the ET3 on myspace.

04/12/12 16:08:16- YN1 Dean just came into CGPD office to make copys.
04/12/12 16:11:06 - 04/12/12 16:11:31 - 04/12/12 16:11:31 - 04/12/12 16:11:35 - Control#: 20120412161106 -- Unit 235
Type Call: Month Pass -- Disposition: CLEAR CODE A (Advised/Mission Complete)
Location: 3      PIZZA PARLOR #5988 -- 1. FSC JEFF STUMPF      7-1968-- Beat: B/C
 -- Contact at: 486-3817
04/12/12 16:11:07- Issued a Month pass to civilian K. Anderson from Absolute services to go to work on the pizza parlor, prior passes, no current traffic points neg w/w.
***Driver***
ANDERSON, KENNETH W
1417 BARANOF
KODIAK, AK  99615
SEX/M. DOB/19630824. HGT/509. WGT/180. HAI/BRO. EYE/BRO.
SOC/574522076. OLN/6240564. OLT/DRIVER. EXP/20150824.
RSTR: CORR LENSES
STATUS: CLEAR
***Vehicle***
LIC/EFG816. LIY/2012.
ANDERSON, KENNETH W
1417 BARANOF STKODIAK AK 99615
VIN/2GTEK19K3P1537454. VYR/1993. VMA/GMC. VST/PK. VCO/BLK
04/12/12 16:21:18 - 04/12/12 16:21:32 - 04/12/12 16:21:32 - 04/12/12 16:23:12 - Control#: 20120412162118 -- Unit OOD
Type Call: Utility Alarm -- Disposition: CLEAR CODE A (Advised/Mission Complete)
Location: N27 COMMISSARY -- 487-5204 -- Beat: B/C

04/12/12 16:21:31-Dispatch RCVD a computer generated King Fisher utility Freezer alarm for N27. Steam Plant and OOD both has been NTFD.
04/12/12 16:25:05 - 04/12/12 16:25:29 - 04/12/12 16:25:30 - 04/12/12 18:06:53 - Control#: 20120412162505 -- Unit 248
Type Call: Back Up Card -- Disposition: CLEAR CODE A (Advised/Mission Complete)
Location: T2 TRANSMITTER SUPPORT FACILITY -- Beat: A/L

6:25:39- W 247 RPTS that there are three more FBI agents that he just picked up at the Air Port. He is currently enroute with them to N38.
6:27:30- Officer 247 just dropped off the FBI agents at N38.
16:29:26- Officer 235 RPTS that the FBI is interviewing the witnesses currently.
16:37:41- Officer 241 RPTS that he has shut down Antone Larsen Rd at the water treatment facility.
17:01:43- Duty Driver DC3 Corral is takeing witness Beauford, Cody to his home in town and witness Aaron S. Coggins back to his barracks room.
17:01:43- Both witnesses are done being interviewed.
17:26:58- Dependent Wife of AMT2 Mozola, Michael is done being interviewed.
17:30:17- The other three FBI agents are enroute to T2.
17:51:36- AST is still O/S conducting there investigation.
17:54:33- SO-01 is O/S at T2 with LTCMDR Jones.
17:56:05- Officer 235 is conducting a round of N38. Antone Larsen is still shut down and there are still Officers conducting roving rounds of the housing and Coast Guard Property.
18:04:28- Officer 235 locked up and secured N38 for the rest of the day.
04/12/12 16:55:05 - 04/12/12 16:55:19 - 04/12/12 16:55:19 - 04/12/12 17:22:31 - Control#: 20120412165505 -- Unit 402
Type Call: Trouble Alarm -- Disposition: CLEAR CODE A (Advised/Mission Complete)
Location: 30 GUEST HOUSE/BOQ  # 5446 -- PEGGY PIES #6-6144 #7-5446 -- Beat: B/C

04/12/12 16:55:21- RCVD a King Fisher Trouble alarm for the Guest House. F/H and OOD NTFD.

GOVERNMENT
EXHIBIT
2
3:13-cr-00008-SLG

PROTECTED DOCUMENT
Wells18_00048145 (6 of 8)
DR-000386
Case 3:13-cr-00008-SLG   Document 975-2   Filed 05/01/19   Page 1 of 1