# PARK DIETZ & ASSOCIATES, INC.
Forensic Experts

**Administrative Offices**

2906 Lafayette Road
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

**Specialties of the Firm**

- Forensic Psychiatry
- Forensic Pathology
- Forensic Neurology
- Forensic Psychology
- Forensic Social Work
- Forensic Science
- Criminology
- Security

April 26, 2019

Gary Colbath, Esq.
Federal Defender's Office for District of Alaska
601 W. Fifth Ave.
Suite 800
Anchorage, AK 99501

Via e-mail: Gary_colbath@fd.org

Re: United States v. James Wells

Dear Mr. Colbath:

I am informed that the Government has asked me to identify my sources for this paragraph on p. 3 of my report of 1/9/19:

- Targeting the Coast Guard: In the eight other incidents I've been able to identify since 1993 in which more than one victim was murdered at a military installation within the U.S., the motives have been mental illness in four, terrorism in two, a love triangle in one, and a workplace dispute in one. The killers in these eight incidents were active service members in four, a former service member in one, a civilian employee in one, a civilian contractor in one, and an outsider in one. The killers in these eight incidents ranged in age from 20 to 53, with an average age of 31.9 (the 4th decade of life). I am informed that someone made a bomb threat toward the Coast Guard proximal to these murders, which could be consistent with the hypothesis that it was the Coast Guard and not the individuals that was targeted, and that the killer selected one of the most vulnerable buildings on Coast Guard property without concern for the identity of its occupants.

I identified the eight other incidents of multi-victim homicide at U.S. military installations within the U.S. by searching for open-source information on the Internet. I am attaching my typed and cut-and-pasted notes from that search (file entitled, "Multiple-Victim Homicides at Military Installations") and my hand-written chart of data derived from that search (file entitled, "PD Notes on Military multi-victim homicides, 1.7.19"). In addition to the sources cited

**GOVERNMENT EXHIBIT**

**3**

3:13-cr-00008-SLG

in the former document, I did additional searches of open sources for specific incidents where necessary to locate missing data, such as age of killer or motive. The attribution of a simple classification of "motive" for each incident is my own, based on available information.

With respect to the alleged bomb threat, my best recollection is that I was given this information in a conference call with the defense team, which has provided me the attached document (file name "048140 – 048147") as their source for that representation. I have highlighted the passage believed to be this source on page Wells1800048145 of the attached.

Respectfully,


Park Dietz, M.D., M.P.H., Ph.D.
Clinical Professor of Psychiatry and Biobehavioral Sciences
David Geffen School of Medicine at U.C.L.A.
Diplomate, American Board of Psychiatry & Neurology
Distinguished Life Fellow, American Psychiatric Association
Fellow, American Academy of Forensic Sciences

**Multiple-Victim Homicide on Military Installations in the U.S.**

**Fort Knox**

Location: Fort Knox, KY

Date: October 18, 1993

Shooter: Fort Knox civilian employee Arthur Hill (53 y/o; suicide)

Details: Hill killed 3 and wounded 2 other civilian employees at the base's Training Support Center, then shot and severely wounding himself in the bathroom of a VA office. Prior to the incident, Hill's coworkers had claimed they were afraid of a mentally unstable person who was at work. Hill died three days later of his self-inflicted gunshot wound. The authorities said a civilian Army base supply clerk, whose temporary promotion to supervisor recently ended, killed his boss and two co-workers and severely wounded two others, then drove 40 miles from Fort Knox to the Veterans Affairs Medical Center in Louisville, walked to the restroom and shot himself in the head with the .38-caliber gun he used in the slayings.

**Fairchild Air Force Base**

Location: Spokane, Wash.

Date: June 20, 1994

Shooter: Dean Mellberg (20 y/o, had been found unfit and killed the two doctors who had found him unfit)

Details: Mellberg killed four adults and a 5-month-old fetus in a shooting that also left 22 wounded at a base hospital. He was killed by a responding Security Police officer. Mellberg, who had been administratively discharged from the Air Force at Cannon AFB on 5/23/94, entered the Fairchild Air Force Base (AFB) Hospital armed with a MAK-90 rifle and fired an estimated 56 rounds.

**Fort Bragg**

Location: Fort Bragg, N.C.

Date: Oct. 27, 1995

Shooter: Sgt. William J. Kreutzer, Jr. (26 y/o, mentally ill)

Details: Kreutzer, an Army paratrooper, was convicted of killing an officer and wounding 18 other soldiers in a shooting spree as troops from the 82nd Airborne Division participated in morning exercises. He was sentenced to death in 1996, but that sentence was overturned on appeal. He was later sentenced to life imprisonment.

### Fort Hood

Location: Fort Hood, Texas

Date:  Nov. 5, 2009

Shooter:  Army Maj. Nidal Malik Hasan killed 13, wounded 33 (active duty; 39 y/o, wounded by responder; convicted and sentenced to death)

Details:  Hasan, an Army psychiatrist, opened fire on dozens of unarmed soldiers at a medical deployment center.

### Quantico Marine Base

Location: Quantico, VA

Date:  March 21, 2013

Shooter:  Sgt. Eusebio Lopez (Marine tactics instructor; 25 y/o; suicide)

Details:  Lopez killed two fellow Marines at Marine Corps Base Quantico's Officer Candidates School.  The victims were his ex-lover, Lance Cpl. Sara Castromata, and her new lover, Cpl. Jacob Wooley.  Lopez then shot himself in the head and died instantly.  Lopez had been deployed in Iraq, and suffered a brain injury when his vehicle was hit by an IED.

### Washington Navy Yard

Location: Washington, D.C.

Date: Sept. 16, 2013

Shooter: Aaron Alexis (civilian contractor, African American, age 34; killed by police)

Details:  Killed 12, wounded 3 others at the Washington Navy Yard.  Investigators later concluded he "held a delusional belief that he was being controlled or influenced by extremely low frequency, or ELF, electromagnetic waves."

### Fort Hood

Date:  April 2, 2014

Shooter:  Army Specialist Ivan A. Lopez, Fort Hood.  (active duty; 34 y/o; suicide when confronted by police officer).

Details: Lopez, an Iraq War veteran, opened fire on the base, killing three and injuring 16 others before committing suicide. Military officials said Lopez was being treated for depression, anxiety, and other behavior and mental issues, and was being evaluated for PTSD.

**Recruiting Center and U.S. Navy Reserve Center**

Location: Chattanooga, TN

Date: July 16, 2015

Shooter: Muhammad Youssef Abdulazeez (24 y/o; killed by police in a gunfight)

Details: He first committed a drive-by shooting at a recruiting center, then traveled to a U.S. Navy Reserve center and continued firing. Killed 4 Marines and wounded a Marine recruiter and a police officer. FBI Director James B. Comey later said the shootings were "motivated by foreign terrorist organization propaganda."

Also see:

https://www.ranker.com/list/military-base-shooting/mike-rothschild

https://www.nbcwashington.com/news/local/A-History-of-Shootings-at-Military-Installations-in-the-US-223933651.html

Fragging in Kuwait with 2 dead:
https://en.wikipedia.org/wiki/United_States_v._Hasan_K._Akbar

| Hill | 53 | civilian EE | workplace motive |
| Mellberg | 20 | ex-AF | found unfit for duty |
| Kreutzer | 26 | Army | mental illness |
| Hasan | 39 | Army | Terrorism |
| G. Lopez | 25 | Marine | love triangle |
| Alexis | 34 | civilian contractor | delusional |
| I. Lopez | 34 | Army | mental illness |
| Abdulazeez | 24 | Outsider | Terrorism |

255/8 =
31.875