

Rich Curtner
Attorney at Law
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

## Laboratory Report

FASc Case Number: 20130317
Date: 02/28/2014
Client Number: 17818

**Case Name**: US v. James Wells
**Case Number**: 3:13-cr-00008-RRB-JDR
**Type of Case**: Ballistic/Toolmark Examination

### Evidence Submitted/ Indicated Source

| FASc Item Number | Agency Item Number | Description |
|---|---|---|
| Item #1 | Item #7 (1B7) | • One (1) small metal like fragment (no microscopical value) |
| Item #2 | Item #9 (1B9) | • One (1) .44 caliber fired bullet jacket |
| Item #3 | Item #10 (1B10) | • One (1) gray metal garbage can |
| Item #4 | Item #13A (1B13) | • One (1) .44 caliber (nominal) fired bullet jacket |
| Item #5 | Item #34 (1B34) | • Six (6) lead fragments (no microscopical value) |
| Item #6 | Item #37 (1B37) | • One (1) .44 caliber fired bullet |
| Item #7 | Item #38 (1B38) | • One (1) .44 caliber fired bullet jacket<br>• One (1) small bullet jacket of unknown caliber (no microscopical value) |

Page 1 of 3

GOVERNMENT EXHIBIT
1
3:13-cr-00008-SLG

**Evidence Submitted/ Indicated Source (continue)**

| FASc Item Number | Agency Item Number | Description |
|---|---|---|
| Item #8 | Item #14 (1B166) | • One (1) small lead fragment (no microscopical value) |
| Item #9 | Item #22 (1B174) | • One (1) small lead fragment (no microscopical value) |
| Item #10 | Item #24 (1B176) | • Three (3) small lead fragments (no microscopical value) |
| Item #11 | Item #62 (1B199) | • One (1) .44 caliber fired bullet |
| Item #12 | Item #66 (1B202) | • One (1) small lead fragment (no microscopical value) • |
| Item #13 | Item #86.1 (1B469) | • One (1) 3 inch long galvanized nail (flat/round head) |

**Scope of the Examination:**
- Caliber determination of the fired bullet and bullet jackets
- Microscopical comparison of fired bullets and bullet jackets

**Results/ Conclusions:**

Using a bullet comparison microscope I compared FASc items #2, #4, #6, #7 and #11 (fired bullets and bullet jackets) to each other and found:

> Sufficient agreement of class characteristics and sufficient agreement of individual characteristics, therefore it can be stated that FASc items #2, #4, #6, #7 and #11 were all fired in the same unknown firearm.

> Items #2, #4, #6, #7 and #11 are all rifled with five lands and grooves with a right hand twist. The LIMPS (land impressed areas) are approximately 0.129 inches wide, while the GIMPS (groove impressed areas) are approximately 0.139 inches wide.

> Firearm manufacturers that produce firearms exhibiting similar rifling (class) characteristics include, but are not limited to, Smith and Wesson, Llama and Taurus. (Each manufacturer could also have several different models of firearms with the same rifling characteristics).

FASc Case Number: 20130317
Date: 02/13/2014
Client Number: 17818

The number of individual firearms manufactured by Smith and Wesson, Llama and Taurus that have similar class characteristics could range in the tens of thousands, if not more.

**Disposition of Evidence:**

All the items were returned to secure storage at Forensic Analytical Sciences, Inc.

*[signature]*
Jaco M. Swanepoel
Senior Forensic Scientist
Forensic Analytical Sciences, Inc.

*[signature]*
Kenton S. Wong
Senior Forensic Scientist
Forensic Analytical Sciences, Inc.



Rich Curtner
Attorney at Law
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501

## Supplemental Laboratory Report 01

FASc Case Number: 20130317
Date: 02/28/2014
Client Number: 17818

**Case Name**: US v. James Wells
**Case Number**: 3:13-cr-00008-RRB-JDR
**Type of Case**: Ballistic/Toolmark Examination

### Evidence Submitted/ Indicated Source

| FASc Item Number | Agency Item Number | Description |
|---|---|---|
| Item #1 | Item #7 (1B7) | • One (1) small metal like fragment (no microscopical value) |
| Item #2 | Item #9 (1B9) | • One (1) .44 caliber fired bullet jacket |
| Item #3 | Item #10 (1B10) | • One (1) gray metal garbage can |
| Item #4 | Item #13A (1B13) | • One (1) .44 caliber (nominal) fired bullet jacket |
| Item #5 | Item #34 (1B34) | • Six (6) lead fragments (no microscopical value) |
| Item #6 | Item #37 (1B37) | • One (1) .44 caliber fired bullet |
| Item #7 | Item #38 (1B38) | • One (1) .44 caliber fired bullet jacket<br>• One (1) small bullet jacket of unknown caliber (no microscopical value) |

Page 1 of 3

**Evidence Submitted/ Indicated Source (continue)**

| FASc Item Number | Agency Item Number | Description |
|---|---|---|
| Item #8 | Item #14 (1B166) | • One (1) small lead fragment (no microscopical value) |
| Item #9 | Item #22 (1B174) | • One (1) small lead fragment (no microscopical value) |
| Item #10 | Item #24 (1B176) | • Three (3) small lead fragments (no microscopical value) |
| Item #11 | Item #62 (1B199) | • One (1) .44 caliber fired bullet |
| Item #12 | Item #66 (1B202) | • One (1) small lead fragment (no microscopical value) |
| Item #13 | Item #86.1 (1B469) | • One (1) 3 inch long galvanized nail (flat/round head) |

**Scope of the Examination:**

- Examination of nail

**Results/ Conclusions:**

I examined FASc item #13 (galvanized nail) and found:

> The nail is approximately 3 inches long and has a round flat head attached to the shaft. The head of the nail is dirty and shows traces of possible dust/dirt, and an unknown reddish material. There is an unknown whitish material on the shaft below the nail head.

> The nail head also shows two clear defects (areas of striated impact) to the rim area. Also clearly visible is a larger, separate impressed and striated defect on top of the nail head.

> The shaft of the nail below the nail head also shows impressed defects.

I reviewed photographs, notes (Bolden) and reports (Bolden and Mills) of the nail as found in Item #86 (the tire) and found the following:

With the current material (evidence submitted, photographs, reports and notes) available, I am not able to complete my examination and properly formulate any definitive conclusions.

In order to properly formulate any conclusions I need the following items and materials for review and examination:

a. The original JPEG images of all photographs taken by Gary Bolden documenting the original condition/position of the nail as found in the tire (inside and outside). The current photographs are not of sufficient quality (size) and do not allow for greater magnification.
b. The bench notes kept by Brett Mills regarding his initial observations of the original condition/position of the nail as found in the tire (inside and outside) and how it was removed.
c. The vehicle tire (item #86) for examination of the defects made by the nail.

Bench notes and original photographs are submitted as a matter of routine during the discovery process and represents a single unit of information in support of the results and the conclusions formulated in the report. A proper review of the case cannot be performed without the appropriate underlying supporting documentation.

**Disposition of Evidence:**

All the items were returned to secure storage at Forensic Analytical Sciences, Inc.

_____
Jaco M. Swanepoel
Senior Forensic Scientist
Forensic Analytical Sciences, Inc.

_____
Kenton S. Wong
Senior Forensic Scientist
Forensic Analytical Sciences, Inc.