
**Forensic Analytical Sciences, Inc.**

**PROFESSIONAL EXPERIENCE**

Chris Coleman has a BS in Forensic Science and over 23 years of experience in forensic science with city and county law enforcement agencies, including fifteen years with the Contra Costa County Sheriff's Crime Laboratory (nine as supervisor). He has been court qualified in firearms examination, shooting incident reconstruction, crime scene processing, blood spatter interpretation, controlled substance analysis and latent print processing. He holds particular expertise in firearms examination, shooting reconstruction, crime scene processing and blood spatter analysis. He is a fellow of the American Board of Criminalistics and holds certifications in firearms, toolmark, distance determination and gunshot residue by the Association of Firearms and Toolmark Examiners (AFTE). He has published and extensively taught various firearms-related subjects to law enforcement, medical and legal groups, including a recurring shooting incident reconstruction class with the California Criminalistics Institute (CCI). He is a California POST certified Firearms instructor and range master. He is also a recent past president of the California Association of Criminalists (CAC).

**EDUCATION**

- Aug 1988 – May 1991: Casper College, Casper, WY
  Chemistry/Criminal Justice
- Sept 1991 – Dec 1993: California State University, Sacramento
  BS, Forensic Science
- Sept 1995 – May 1996: California State University, Los Angeles
  Criminalistics

**EMPLOYMENT**

- Contract Firearms Examiner, Ron Smith & Associates, June 2016 – September 2017
- Deputy Sheriff Forensic Supervisor (Sgt), Contra Costa County Sheriff, February 2007 – June 2016
- Deputy Sheriff Criminalist III, Contra Costa County Sheriff, November 2001 – February 2007
- Criminalist II/III, Santa Clara County District Attorney's Office, August 1996 – October 2001
- Criminalist I, Los Angeles Police Department, May 1995 – August 1996
- Teaching Assistant (Forensics), California State University (Sacramento), June 1993 – August 1993 and June 1992 – August 1992
- Student Intern, California Criminalistics Institute, June 1992 – August 1992

GOVERNMENT EXHIBIT
3
3:13-cr-00008-SLG

**PROFESSIONAL LICENSES/CERTIFICATION**

- Diplomate, American Board of Criminalistics, 1998 – 2014
- Fellow, American Board of Criminalistics, 2014 – present
- Associate of Firearms and Toolmark Examiners
    - Firearms certification (written tests) – 1999
    - Firearms and toolmark practicals – 2009
    - Distance determination and gunshot residue, 2010
- ASCLD/LAB certified assessor
- 1911, Smith & Wesson Pistol/Revolver, H&K USP, Savage bolt action rifle, AR-15/M-16/M-4, Remington 870, Remington 700, Sig Sauer Pistol, Glock, Hi-Point and M1A certified armorer

**PROFESSIONAL AFFILIATIONS**

- California Association of Criminalists (CAC), June 1992 – present
- Northern California Firearms Study Group, August 1996 – present
- Chairman of North California Firearms Study Group, January 2004 – June 2017
- NIBIN User Group, May 1997 – June 2012
- American Academy of Forensic Sciences, February 1998 – present
- Association of Firearms and Toolmark Examiners (AFTE), July 1999 – present
- National Rifle Association, June 1983 - present
- International Wound Ballistics Association (disbanded), June 1999 – 2003
- CAC Training and Resources Committees, 2004 – 2010
- President, CAC, 2015 – 2016
- Documentation Sunset Committee, AFTE, 2004 – 2005
- Assisted with drafting Documentation Standards, AFTE, 2005

**SPECIAL TRAINING**

- Mideo training                                             August 2017
  Ashley Rachel/Travis Larkin
  Washington D.C., DFS  (4 hours)
- Mideo training                                             July 2017
  Steve Scarbourgh
  Washington D.C., DFS  (3 hours)
- Testimony training in the PCAST era                        June 2017
  Multiple Speakers
  Washington D.C., DFS  (4 hours)
- Cybersecurity training                                     May 2017
  Octo
  Washington D.C., DFS  (2 hours)
- PCAST training                                             Febuary 2017
  Multiple Speakers
  Washington D.C., DFS  (4 hours)


- CAC Biannual Seminar                                       November 2016

- CAC Biannual Seminar                           May 2016
  Multiple Speakers
  Los Angeles, CA (24 hours)
- Ammunition Reloading: Forensic Issues          March 2016
  Mike Giusto, CCI
  Sacramento, CA (24 hours)
- CAC Biannual Seminar                       September 2015
  Multiple Speakers
  San Mateo, CA (24 hours)
- Assertive Supervision Workshop             September 2015
  Marin Consulting/CA POST
  Dublin, CA (24 hours)
- Bloodbourne Pathogens Safety              August 2015
  Target Solutions
  Martinez, CA (8 hours)
- CAC Biannual Seminar                       May 2015
  Multiple Speakers
  Ventura, CA (24 hours)
- CAC Biannual Seminar                       October 2014
  Multiple Speakers/Workshop presenter
  Rohnert Park, CA (40 hours)
- ASCLD/LAB Certified Technical Assessor      September 2014
  ASCLD/LAB
  Martinez, CA (8 hours)
- CAC Biannual Seminar                       May 2014
  Multiple Speakers
  San Diego, CA (24 hours)
- Sig Sauer Pistol Armorer's Course             February 2014
  KC Frederick/Sig Sauer
  Contra Costa Sheriff's Office Range (24 hours)
- Basic Internal Affairs Investigations           October 2013
  Gary Gregson/D-Prep
  Martinez, CA (40 hours)
- AFTE Meeting
  Various topics                                    June 2013
  Albuquerque, NM (48 hours)
- Suppressor Design and Function              May 2013
  Dr. Phil Dater, Gemtech
  Contra Costa Sheriff's Office Range (24 hours)
- CLETS Training                                March 2013
  Debi Yeager Tech Services
  Martinez, CA (4 hours)


- AICC Post Instructor Training                 October 2012

- California POST
  Contra Costa LETC (40 hours)
- Sound Level Measurement                     August 2012
  Quest Technologies
  Emeryville, CA (8 hours)
- CAC Biannual Seminar                           May 2012
  Multiple Speakers/Presenter
  Bakersfield, CA (16 hours)
- ISO Assessors Training                           October 2011
  Anja Enle, ASCLD/LAB
  Los Angeles, CA (40 hours)
- AAFS Meeting                                    February 2011
  Multiple Speakers
  Chicago, IL (40 hours)
- Criteria for Identification Refresher              November 2010
  John Murdock and Bruce Moran
  Sacramento, CA (24 hours)
- Leica Scanning Conference Task Force          October 2010
  Tony Grissim/Leica GeoSystems
  San Ramon, CA (4 hours)
- Leica Laser Scanning for SIR Workshop         October 2010
  Mike Haag
  Contra Costa Sheriff's Office (8 hours)
- Bullet Performance, Perforation of and Deflection    May 2010
  by Materials
  Luke Haag, Mike Haag
  Henderson, NV (8 hours)
- AK & SKS Weapon System Familiarization        May 2010
  Matt Babb, Long Mountain Outfitters
  Henderson, NV (4 hours)
- High Speed Video of Firearms Discharge Events   May 2010
  Rich Sutherland, Integrated Design Tools
  Henderson, NV (4 hours)
- AFTE Meeting                                     May 2010
  Various topics
  Henderson, NV (24 hours)
- Mini-CMS Workshop                             April 2010
  Bruce Moran and John Murdock
  Contra Costa Sheriff's Office (6 hours)
- Machine gun Design and Modification Workshop   October 2009
  Ed Peterson, CAC
  San Jose, CA (8 hours)
- Incident Command System 300/400               August 2009
  FEMA
  Contra Costa Sheriff's Office (32 hours)

- ISO Primer                                           July 2008

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 3:13-cr-00008-SLG   Document 978-3   Filed 05/02/19   Page 4 of 12

- ASCLD/LAB
  Oakland, CA (24 hours)
- FX3 Crime Scene Diagramming Software     June 2008
  Sam El-Said
  Contra Costa Sheriff's Office (24 hours)
- Advanced Bloodstain Analysis     February 2008
  Tom Bevel
  FBI-ERT, Oakland, CA (40 hours)
- Ballistic Experiments     January 2008
  Yuma Proving Grounds
  Yuma, AZ (16 hours)
- Firearms Manufacturing     January 2008
  Ruger Firearms
  Prescott, AZ (4 hours)
- Identification of Building Materials     September 2007
  Bill Schneck, CCI
  Sacramento, CA (638 hours)
- Tactics for the Supervisor     July 2007
  Fred Pryor Training
  Clayton, CA (8 hours)
- Supervisor Training (Sergeant)     August 2007
  Sacramento Regional Training Center
  Sacramento, CA (80 hours)
- ISO Standards for Firearms Examiners     June 2007
  ASCLD/LAB & ISO
  San Francisco, CA (4 hours)
- Investigating Long Range Shootings &     June 2007
  Sniper Cases II
  Luke Haag, FSSI
  San Francisco, CA (16 hours)
- AFTE Meeting     June 2007
  Various Topics
  San Francisco, CA (40 hours)
- Ballistic Vest Testing     February 2007
  Gator Hawk, Armor Holdings
  Contra Costa Sheriff's Range (8 hours)
- Investigating Long Range Shootings &     June 2006
  Sniper Cases
  Luke Haag, FSSI
  Springfield, MA (8 hours)
- Integrity Character, and Ethics in Forensic Science     June 2006
  Dan Gunnel
  Springfield, MA (4 hours)
- AFTE Meeting     June 2006
  Various Topics/Tour of Manufacturers
  Springfield, MA (40 hours)
- Force Options Simulator Instructor     April 2006

Jeff Anderson
Contra Costa Sheriff's Office (40 hours)

- Winchester Wound Ballistics Workshop               February 2006
  Adamsons Police Products
  South San Francisco Police Department, CA (4 hours)
- Remington Wound Ballistics Workshop                December 2005
  Mark Cockman, Remington LE
  Union City Police Department, CA (4 hours)
- Patrol Rifle Operator                              December 2005
  Contra Costa Sheriff's Office
  Contra Costa Sheriff's Range (24 hours)
- Patrol Rifle Instructor                            December 2005
  Sacramento Regional Training
  Sacramento, CA (24 hours)
- Firearms Instructor                                November 2005
  Sacramento Regional Training
  Sacramento, CA (80 hours)
- SuperFume Training                                 September 2005
  Robert Kelly, Foster Freeman
  Martinez, CA (2 hours)
- Gemtech Suppressors and Suppressor Technology      June 2005
  Philip Dater
  Indianapolis, IN (3 hours)
- Firearms Misadventures                             June 2005
  Luke Haag
  Indianapolis, IN (8 hours)
- AFTE Meeting                                       June 2005
  Various Topics
  Indianapolis, IN (40 hours)
- Glock Armorer's Class                              June 2005
  Chad Pierce, Glock
  Contra Costa Sheriff's Office Range (8 hours)
- Sig Sauer Armorer's Class                          June 2005
  KC Fredrick, Sigarms
  Contra Costa Sheriff's Office Range (16 hours)
- Shooting Reconstruction                            November 2004
  Gunsite/Luke Haag and Mike Haag
  Prescott, AZ (44 hours)
- Serial Number Restoration                          August 2004
  Mike Giusto, CCI
  Sacramento, CA (24 hours)
- Full Auto Conversions                              May 2004
  Richard Vasquez, BATF
  Vancouver, BC (8 hours)

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 3:13-cr-00008-SLG   Document 978-3   Filed 05/02/19   Page 6 of 12

- AFTE Meeting                                         May 2004
  Documentation Standard, Ethics
  Vancouver, BC (40 hours)
- Armorer's Class (Rem 870, Rem 700, AR-15)     February 2004
  Ron Fruguiti
  Martinez, CA (40 hours)
- Firearms Safety                                 December 2003
  Mike Giusto, CCI
  Dublin, CA (24 hours)
- Bullet Ricochet                                     April 2003
  Luke Haag, FSSI
  Reno, NV (8 hours)
- Bloodstain Pattern Analysis                      October 2002
  Tom Bevel, TBI
  Oakland, CA (40 hours)
- Clan Lab Processing                            September 2002
  CCI/Department of Justice
  Sacramento, CA (40 hours)
- Terminal Ballistics                               August 2002
  Hornady/Nice Shot
  Ione, CA (6 hours)
- Basic POST Academy                         January – May 2002
  Contra Costa Sheriff's Office
  Antioch, CA (1000+ hours)
- Presumptive Blood Screening                      October 2001
  Santa Clara County Crime Laboratory
  San Jose, CA (20 hours)
- Officer Involved Shooting Crime                  October 2001
  Scene Reconstruction
  CAC
  Oakland, CA (4 hours)
- Latent Prints Processing                       September 2001
  Department of Justice
  San Jose, CA (8 hours)
- AFTE Meeting                                        July 2001
  Criteria Symposium, Armorer's Class
  Newport Beach, CA (40 hours)
- Machine Shop Orientation/Practical              December 2000
  Northern California Firearms Study Group
  Lodi, CA (8 hours)
- AFTE Meeting                                        July 1999
  Certification Tests, Criteria Workshop
  Williamsburg, VA (40 hours)
- Wound Ballistics Workshop                           June 1999
  International Wounds Ballistics Association
  San Mateo, CA (8 hours)

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 3:13-cr-00008-SLG   Document 978-3   Filed 05/02/19   Page 7 of 12

- Toolmark Criteria for Identification            May 1999
  CCI
  Sacramento, CA (40 hours)
- Flourescein Processing            December 1998
  Santa Clara County Crime Lab
  San Jose, CA (8 hours)
- Bullet Path Reconstruction/Analysis            September 1998
  CCI
  Sacramento, CA (40 hours)
- Firearms and Toolmarks Identification II            March 1998
  CCI
  Sacramento, CA (40 hours)
- Firearms and Toolmarks Identification I            February 1998
  CCI
  Sacramento, CA (40 hours)
- Latent Prints Processing            September 1997
  Santa Clara County Crime Lab
  San Jose, CA (16 hours)
- Firearms Examination and Identification            November 1996
  Santa Clara County Crime Lab            thru November 1997
  San Jose, CA (1200+ hours)            continued thru November 2001
  (600+ hours)
- Bullet Path Reconstruction            October 1996
  Evergreen Community College
  San Jose, CA (16 hours)
- IBIS Operation and Administration            September 1996
  Forensic Technology, Inc.
  San Jose, CA (40 hours)
- Crime Scene Investigation I            February 1996
  CCI
  Los Angeles, CA (40 hours)
- Mass Spectra – Theory and Interpretation            January 1996
  CCI
  San Diego, CA (32 hours)
- Firearms Examination            November 1995 to April 1996
  Los Angeles Police Department/SID
  Los Angeles, CA (96 hours)
- Courtroom Testimony            October 1995
  Ray Davis, CCI
  Long Beach, CA (12 hours)
- Crime Scene Processing            September to December 1995
  Los Angeles Police Department/SID
  Los Angeles, CA (128 hours)
- Controlled Substance Analysis            May to September 1995
  Los Angeles Police Department/SID
  Los Angeles, CA (240 hours)

**PUBLICATIONS/PRESENTATIONS/RESEARCH**

1. Evofinder Research, presented at the Norcal Firearms Study Group Meeting, CCI Lab, Sacramento, CA May 14, 2015.

2. Evofinder Update: How it compares to other ballistic imaging systems. Presented at the Southern California Firearms Study Group Meeting, Orange County Crime Lab, Sept. 18, 2014.

3. Leica Scanner SIR Workshop, with Tony Grissom and Mike Haag, 8 hour workshop presented at the AFTE meeting, Albuquerque, NM, June 23, 2013.

4. Bullet Path Reconstruction: Accuracy, Precision, and Error Rates, presented at the AFTE Meeting, Albuquerque, NM June 6, 2013.

5. Bullet Path Reconstruction: Results of 7 Years of Research, presented at the CAC Northern California Firearms Study Group Meeting, Hayward, CA on May 31, 2012.

6. Bullet Path Reconstruction: Accuracy, Precision, and Error Rates, presented at the CAC Meeting, Bakersfield, CA, May 11, 2012.

7. Bullet Path Reconstruction: Results of 7 Years of Research, presented at the CAC Meeting, Bakersfield, CA, May 10, 2012.

8. Shooting Reconstruction for Crime Scene Responders, with Bruce Moran (Sacramento Co. District Attorney's Crime Lab), Workshop presented at CAC Meeting, Sacramento CA, October 21, 2008.

9. A Bullet to Cartridge Case Identification, presented at the Northern California Firearms Study Group Meeting in Davis, CA, Sept. 17, 2008.

10. Special Threats: The Winchester 9mm 127 grain SXT +P+, presented at the Northern California Firearms Study Group Meeting in Martinez, CA, Sept. 20, 2007.

11. Ballistic Vest Testing, presented at the Northern California Firearms Study Group Meeting in Ripon CA, Jan 25, 2007.

12. A Glock Malfunction presented at the Northern California Firearms Study Group Meeting in Ripon CA, Jan 25, 2007.

13. Shooting Reconstruction for Crime Scene Responders, with Bruce Moran (Sacramento Co. District Attorney's Crime Lab), Workshop presented at CAC/FSS Joint Meeting, Concord, CA, May 9, 2006.

14. The FN FiveSeven pistol versus a ballistic vest, presented at the Northern California Firearms Study Group Meeting in Hayward CA, July 14, 2005.

15. Barrel Casting; Evaluation of Forensic Sil, presented at AFTE Meeting in Indianapolis, Indiana, June 23, 2005.

16. *The California "Assault Weapons" Ban*, article published in Behind Locked Doors, Official publication of the California Association for Property and Evidence, February 2000 Vol.1, pg. 12-15.

17. Cleaning Bloody Bullets with Haemo-sol™, presented at the 3rd Annual IBIS International Users Group Meeting, Portland, Oregon, April 29, 1998.

**TEACHING EXPERIENCE**

Shooting Incident Reconstruction, with Bruce Moran (Sacramento Co. DA's Crime Lab), 40 hour class presented at Contra Costa Office of the Sheriff Range in association with the California Criminalistics Institute, Oct. 2-6, 2017, April 27-May 1, 2015; June 3-7, 2013; Oct. 17-21, 2011; Sept. 20-24, 2010; May 18-22, 2009; July 7-11, 2008;

LD 40 Weapons Violations, Contra Costa Office of the Sheriff Law Enforcement Academy, Class 169, Dec. 10, 2015; Class 174, July 23, 2015; Class 173, February 5, 2015; Class 172, September 18, 2014; Class 171, June 12, 2014; Class 170, February 20, 2014; Class 169, November 13, 2013; Class 168, June 11, 2013; Class 167, December 7, 2012; Class 166, June 6, 2012; Class, June 15, 2011; Class 165, January 1, 2010; and Class 164, July 22, 2009.

Special Issues in Forensic Firearms Identification, 16 hour Workshop presented at the Fall CAC Seminar in Rohnert Park, CA Oct. 20-21st, 2014

The Science of Gunfighting: Firearms Instructor Course (POST certified), Contra Costa Office of the Sheriff Range, Sept. 29 - Oct. 2, 2014; May 6 - 9, 2013; Oct. 29 - Nov. 1, 2012; Aug. 30, 2010

Laser Scanning for Bullet Path Reconstruction: Accuracy, Precision, and Error Rates, Presented with Tony Grissim from Leica, San Jose SO Range, Sept 21, 2013.

Knobs, Knurls, and Eight Different Directions: Firearms Safety, California Association of Property and Evidence, Conference meeting, July 18, 2013; Annual Seminar, Monterey CA, March 6, 2008;

Knobs, Knurls, and Eight Different Directions: Firearms Safety, Contra Costa Office of the Sheriff Law Enforcement Academy, Class 166, June 16, 2011; Class 165, Jan 4, 2010; Class 164, July 23, 2009; Class 163, February 12, 2009; Class 162, August 14, 2008; Class 161, March 13, 2008; Class 160, October 4, 2007; Class 159, April 5, 2007; Class 158, Oct. 5, 2006;

Machinegun Design and Modification Workshop, CAC Workshop, Santa Clara County Crime Lab, October 26, 2009 (Instructor and Rangemaster for live fire).

Firearms Safety (in association with DOJ/CCI), Contra Costa Sheriff's Range, Nov. 3-5, 2009; April 1-3, 2009; April 22-24, 2008.

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 3:13-cr-00008-SLG   Document 978-3   Filed 05/02/19   Page 10 of 12

Basic Firearms Evidence and Examination, Contra Costa County DA's Office Occasional Training Seminar in Napa, Feb. 3, 2007.

Basic Firearms Safety, Function Testing, and Make and Model Determination Training, Laboratory Aide Donnie Finley, Contra Costa County Crime Laboratory, Nov. 2004.

Bullet Path Reconstruction Training, Several members of the Laboratory Staff and other Law Enforcement agencies in our County, Contra Costa County Crime Laboratory, Aug. 2004

Firearms Safety Training, Several members of the Laboratory Staff, Contra Costa County Crime Laboratory, July 2004.

Make and Model Determination Training, Laboratory Aide Terence Wong, Contra Cost County Crime Laboratory, Jan. 2004.

Shooting Scene Documentation Training, Vallejo PD, Contra Costa County Crime Laboratory, May 2003.

Firearms Function Training, Criminalist Eric Collins, Contra Cost County Crime Laboratory, Dec. 2002.

Make and Model Determination Training, Criminalist Eric Collins, Contra Cost County Crime Laboratory, Oct. 2002.

Basic Firearms Safety and Function Testing, Criminalist Eric Collins, Laboratory Aides Leah Priest and Terence Wong, Contra Costa County Crime Laboratory, Sept. to Oct. 2002.

Basic Firearms Evidence and Examination, San Jose Police Department, March 28, 2001.

Basic Firearms Examination, West Valley College Administration of Justice students, April 12, 1999.

Basic Firearms Safety and Function Testing, Criminalists Eric Barloewen and Rhonda Weiss, Santa Clara County Crime Laboratory, Jan. 11 to Feb. 25 1999. (Ongoing training with Criminalist Barloewen until Sept. 2001).

Basic Firearms Evidence and Examination Class, Santa Clara County Public Defender's Office, Sept. 29 and Oct. 6, 1998.

Basic Firearms Evidence and Examination, Santa Clara County District Attorney's Office, Sept. 4, 1997; and March 24, 1998.

**AWARDS**

Officer of the Month, Contra Costa Office of the Sheriff, Forensic Services, Sept. 2004.

Officer of the Year, Contra Costa Office of the Sheriff, Forensic Services, 2003.

Commendation from Mayor Hammer, San Jose, CA, December 1998.

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Case 3:13-cr-00008-SLG   Document 978-3   Filed 05/02/19   Page 12 of 12