**Steven D. Beck**

**Beck Audio Forensics**

**7618 RockPoint Dr.**

**Austin, TX 78731**

**512-954-3434 (mobile)**

**Email: stevendbeck@alumni.rice.edu**

**https://beckaudioforensics.com**

# *Curriculum Vita*

## Overview

Mr. Beck has over 35 years of experience working as an expert signal analyst with a primary emphasis on audio voice and gunshot recordings. He served as the primary audio voice and gunshot consultant to the FBI Forensic Audio and Video Analysis Unit for 16 years, was responsible for developing a number of current analysis methodologies, and analyzed thousands of hours of audio data. At BAE Systems, he was elected an Engineering Fellow, was chief architect for two gunfire localization systems for the U.S. Army, and collected&analyzed over 10,000 recorded gunshots under a wide variety of conditions.

## Education

1982    Masters Electrical Engineering, Rice University, Houston TX

1981    BS Electrical Engineering, Rice University, Houston, TX

## Employment History

2012-Present   Owner of Beck Audio Forensics

2013-Present   CTO and Chief Scientist, System Processes and Engineering Corporation

2000-2013      Principal Scientist and Engineering Fellow, BAE Systems

1984-2000      Principal Scientist, Tracor Applied Sciences

1982-1984      Sr R&D Engineer, Ford Aerospace and Communications Corp.



GOVERNMENT
EXHIBIT

**1**

3:13-cr-00008-SLG

## Continuing Education/Research

2007-2012    Applied research on the Bionic Ear and Bionic Vocal Tract with Dr. Rahul Sarpeshkar at Massachusetts Institute of Technology (work sponsored by DARPA).

1988-2004    Advanced transient signal detection and classification with Dr. Joydeep Ghosh at the University of Texas at Austin (work sponsored by DARPA and U.S. Navy).

## Relevant Work Experience

| | |
|---|---|
| 2015 | New Westminster Canada Registry Court File Number X78018, Case File 1170 RSA. Analyzed audio file to determine identity of gunshot-like events and event time-line. Event identities were determined using correlation analysis and angle of arrival from time delays on the stereo microphone recording.  Based in part on Mr. Beck's analysis, the Crown decided not to prosecute. |
| 2014-2015 | Cleveland OH Cuyahoga County Prosecutor's Office, Case File # CS-18-12-82-1488, Officer Involved Shooting.  Analyzed the audio from a police dashcam recording of a police shooting involving 137 shots.  Provided an analysis showing that the final barrage of shots contained 15 similar events with an average cadence between shots consistent with shots fired rapidly by one individual from one firearm. |
| 2013-2015 | U.S District Court for Northern District of Texas Dallas Division Civil Action No. 3:13-cv-02719-O.  Analyzed body microphone audio recordings from the Garland Texas Police Department Case 2010R023774.  The task was to determine how many gunshots were fired, who fired which shots, who fired first, and where the speech originated.  Based on Mr. Beck's analysis, the judge issued a Memorandum Opinion and Order to uphold the defendant's motion to exclude plaintiff's expert testimony. On-going. |
| 2013 | Analyzed audio recordings from the ABC, CBS, and NBC news coverage of the 1981 Reagan assassination attempt.  Time difference analysis was used to show all 6 shots were fired by one person at one location.  Designed a live-fire gunshot experiment to reproduce the events in question.  The experiment and the analysis interview were videotaped by National Geographic. |
| 2012 | Alameda County, CA Case No. 166269B .  Provided a psychoacoustic analysis of recorded gun shots fired from different angles.   Based on Mr. Beck's analysis, the judge disallowed a witness' subjective testimony in the trial. |
| 2011-2013 | Principal architect for the BAE Systems Ricochet Hostile Fire Detection System  (multi-modal, multi-spectral  system for determining gunfire direction of arrival) – including design of live-fire experiments, data collection, and systems analysis. |
| 2008-2010 | Principal architect for the BAE Systems Acoustic Locating Array System (microphone array for determining gunfire direction of arrival) |

| 2000-2013 | Principal Investigator and consulting contractor for the FBI (Forensic Audio and Video Analysis Unit) on voice analysis, voice quality, and voice recognition including forensic statistical analysis |
|---|---|
| 1996-2000 | Principal Investigator and chief consulting contractor for the FBI (Forensic Audio and Video Analysis Unit) on acoustic gunshot analysis including design of live-fire experiments and analysis methods |
| 2010 | U.S. Patent 8,111,582 issued for a user-wearable sensor array with projectile detection and localization system |
| 1989-2004 | Principal investigator along with Dr. J. Ghosh of the University of Texas at Austin on advanced detection and classification of underwater acoustic transient signals. Winner for 5 years in a row of U.S. Navy sponsored competition for best automatic classification performance. |

## Selected Relevant Papers

1. S. Beck, "Who Fired When: Associating Multiple Audio Events from Uncalibrated Receivers", Proceedings of the AES International Conference on Audio Forensics, (2019) – submitted.
2. S. Beck, "A Short-Time Cross Correlation with Application to Forensic Gunshot Analysis", Proceedings of the AES International Conference on Audio Forensics, (2019) – submitted.
3. S. Beck, "Physics and Psychoacoustics Related to Earwitness Accounts", AES International Conference on Audio Forensics, (2017)
4. S. Beck, H. Nakasone, and K. Marr, "Variations in Recorded Acoustic Gunshot Signals," J. Acous. Soc. Am., April, 2011.
5. S. Beck, "Forensic Acoustics," University of Texas Graduate Seminar in Acoustics, Austin, TX., Jan 27, 2012
6. S. Beck, H. Nakasone, and K. Marr, "Forensic Gunshot Acoustics," Acoustical Society of America Conference, San Diego CA., Nov 3, 2011
7. S. Beck, H. Nakasone, and J. Kalb, "Forensic Gunshot Acoustics: Signal Characterization and Modeling," Acoustical Society of America Conference, Atlanta GA., May 31, 2000
8. J. Harmse, S. Beck, and H. Nakasone, "Speaker Recognition Score Normalization to Compensate for SNR and Duration", Odyssey 2006 Workshop on Speaker and Language Recognition, San Juan, Puerto Rico, June 2006.
9. S. Beck, R. Schwartz, H. Nakasone, "A Bilingual Voice Corpus for Speaker and Language Recognition Services," 2004: A Speaker Odyssey, The Speaker Recognition Workshop, Toledo, Spain, June, 2004.
10. H. Nakasone and S. Beck, "Forensic Automatic Speaker Recognition," 2001: A Speaker Odyssey, The Speaker Recognition Workshop, Crete, Greece, June, 2001.
11. S. Beck, H. Nakasone, and J. Kalb, "Forensic Gunshot Acoustics: Signal Characterization and Modeling," Acoustical Society of America Conference, Atlanta GA., May 31, 2000
12. B. Koenig, S. Hoffman, H. Nakasone, and S. Beck, "Signal Convolution of Recorded Free-Field Gunshot Sounds," J. Audio Eng. Soc., Vol. 46, No. 7/8, 1998 July/August.

## Fee Schedule

| Consulting Services | Rates |
|---|---|
| Scientific Consulting and Analysis | $ 100.00/hr |
| Expert Witness Testimony | $ 200.00/hr |
| Travel<br>(distances > 75 miles) | Standard per diem, car rental or mileage, airfare, and hotel rates (actuals) |