**Steven D. Beck**

**Beck Audio Forensics**

**7618 RockPoint Dr.**

**Austin, TX 78731**



# Forensic Audio Analysis Report

# For

# Contract 030119-Beckaudio



**3-30-2019**



Prepared for



Bruce D. Johnson, Investigator

Federal Defender Office
District of Alaska



GOVERNMENT
EXHIBIT

**2**

3:13-cr-00008-SLG

PENGAD 800-631-6989

i

# Table of Contents

Background ....................................................................................................................................... 1

Statement of the Problem .............................................................................................................. 1

Theory of Acoustic Gunshot Signals ............................................................................................... 6

Preliminary Acoustic Analysis ......................................................................................................... 7

    Gunshot Sound Source Level ...................................................................................................... 7

    Sound Transmission Through a Wall ........................................................................................... 9

    Sound Propagation .................................................................................................................... 11

    Earwitness ................................................................................................................................. 11

    Acoustic Detection Model ......................................................................................................... 11

    Detection of Multiple Shots ...................................................................................................... 12

    Other Sounds in the Area .......................................................................................................... 14

    Distinguishing Sounds ............................................................................................................... 15

Summary ....................................................................................................................................... 18

Conclusions ................................................................................................................................... 18

References ..................................................................................................................................... 19

Appendex A – Downloaded Case Material .................................................................................... 20

Appendix B - Related Experience for Mr. Steven D. Beck ............................................................. 20

# Table of Figures

Figure 1 - Scene Diagram, U.S. Coast Guard Facility, COMMSTA  Kodiak Rigger Shop ................................ 2

Figure 2 - Scene Diagram, COMMSTA Building T2 ..................................................................................... 2

Figure 3 - Aerial Photo of COMMSTA and Surrounding Area .................................................................... 3

Figure 4 - Distance from the Comfort Inn to COMMSTA T2 ...................................................................... 4

Figure 5 - Water Treatment Facility Near COMMSTA Building T2 ............................................................. 5

Figure 6 - Sound Spreading and the Direct Path Inside Building T2 .......................................................... 8

Figure 7 - Impulse Reflections and Reverberation ................................................................................... 9

Figure 8 - Gunshot Sound Energy is Reflected, Absorbed, and Transmitted ............................................ 9

Figure 9 - .44-Caliber Gunshot Waveform and Spectrum Analysis .......................................................... 15

Figure 10 - Metal Trash Can Waveform and Spectrum Analysis .............................................................. 16

Figure 11 - Metal Clung Waveform and Spectrum Analysis .................................................................... 17

# Table of Tables

Table 1- Transmission Loss for Different Building Materials ..................................................................... 10

Table 2- Average Sound Levels of Common Sources [9] .......................................................................... 12

Case 3:13-cr-00008-SLG   Document 979-2   Filed 05/02/19   Page 2 of 24

## Background

On Thursday 02-21-2019 I received an email from Mr. Bruce Johnson, an Investigator from the Federal Defender Office in the District of Alaska, that briefly described the need for an acoustic analysis of gunshot sounds. On Friday 02-22-2019 I participated in a telephone call with the Defense Team and received a verbal overview of the case. Also on 02-22-2019 I sent the Defense Team a copy of my professional CV. I received a contract on Tuesday 02-26-2019, I signed the contract and returned an electronically scanned copy. On Monday 02-26-2019, I downloaded the case pictures, diagrams, and notes over the internet and reviewed them. I had a telephone conference call with the Defense Team on Friday 03-01-2019 to discuss details of the case and my assignment.

## Statement of the Problem

I was asked to review the details pertinent to this case, analyze the acoustic sound propagation, and determine if the earwitness (Don Rudat) could have reasonably heard gunshots fired from inside a converted bunker, and if those gunshots could be distinghished from a metal clanging sound.

Two Coast Guard members were fatally shot between 7:00 AM and 8:00 AM on Apr12, 2012 at a communications station on Kodiak Island. The communications station, designated building T2, is located off Anton Larson Bay road, three miles north of the Coast Guard's Base Support Unit Kodiak, about a mile and a half from the Kodiak airport, and about eight miles from the city of Kodiak. The station reportedly has secure front doors, requires staff and visitors to show identification, and escorts are required for visitors. The building was described as a converted bunker with concrete floors, 10 inch concrete walls, and 14 inch concrete ceiling. There are two steel doors and two windows on the south side of the building visible from Anton Larson Bay road. The doors automatically shut after being opened, and the windows were closed.

One body was found in the office and the other body was found in the break room. Each body had 2 or 3 bullet wounds from .44 caliber bullets. There appeared to be two bullet indentations in the metal trash can in the break room. There was no mention of bullet casings.

Don Rudat was walking on Anton Larson Road and was about 280 feet from building T2 when he heard a loud clang sound similar to metal on concrete. He claims he heard this sound at 7:12 AM. He was listening to an Adele song on his Iphone and was wearing earbuds at the time.

There is a water treatment plant about one fifth of a mile away from the T2 building, and a construction crew was working with heavy equipment and a large water tank at the time.

Figure 1 shows a diagram of the station and the road. The body locations within the building are marked with a red "x", the approximate earwitness location is marked with a blue "o", and the estimated direct path from the building to the earwitness is shownby the blue dotted line

Figure 2 shows an interior diagram of the station with the body locations marked with a red "x".

1



**Figure 1 - Scene Diagram, U.S. Coast Guard Facility, COMMSTA  Kodiak Rigger Shop**



**Figure 2 - Scene Diagram, COMMSTA Building T2**

Figure 3 shows an aerial photograph of the area around the station.  The white dashed line from the station to a point on Anton Larsen Bay road between the two entrances to the parking lot is 280 ft as measured using Google Earth.



Figure 3 - Aerial Photo of COMMSTA and Surrounding Area

3

Don Rudat walked from the Comfort Inn near the Kodiak Airport down Anton Larsen Bay road to the road split near building T2 COMMSTA. The straight line distance, as measured using Google Earth, is 1.62 miles, as shown in Figure 4.



**Figure 4 - Distance from the Comfort Inn to COMMSTA T2**

The water treatment facilty was measured using Google Earth to be approximately 0.2 miles or 1050 feet from the ear witness location along Anton Larson Bay road next to the COMMSTA T2 building.  The straight line distance is shown in Figure 5.



Figure 5 - Water Treatment Facility Near COMMSTA Building T2

# Theory of Acoustic Gunshot Signals

The sound produced by a firearm can be composed of four primary and very different sources [2, 3]. The main sound source is the **muzzle blast** which is produced by rapidly expanding propellant gases when the bullet leaves the gun barrel.  The muzzle blast is the familiar bang or pop sound that is heard when a gun is fired; it is an acoustic sound wave that expands outward in a directional pattern with more acoustic energy in the direction of fire.  The initial onset of a muzzle blast is caused by a very rapid rise in pressure followed by a much slower decay back to the ambient air pressure level, meaning that most of the energy is low frequency (80-200 Hz), but the onset contains high frequency energy (500-1000 Hz) for a few microseconds.  The strong low frequency energy propagates over long distances and is the sound that is typically heard and recorded.  The muzzle blast from a firearm like a .44 caliber revolver is generally around 1 millisecond in duration.

The second sound source that may be produced by a firearm is the **ballistic shockwave**.  The ballistic shockwave sounds like a sharp crack and is mainly composed of energy at high frequencies (greater than 2000 Hz).  This sound is only produced by a bullet traveling at supersonic speeds.  It can only be heard a short distance away from the supersonic bullet flight path (typically a distance less than 10 meters), meaning that the bullet must be fired at or close to the listening device.  The duration of a ballistic shockwave waveform for handguns is typically around 300 microseconds.  A .44 magnum bulletl will likely produce a ballistic shockwave along the line of fire (in the forward direction only).

The third sound source is the **terminal or impact ballistic** caused by the bullet hitting a solid object.  The terminal ballistic sound typically occurs after the muzzle blast, but the timing depends on the bullet speed and the location of the listening device relative to the muzzle blast and the impact.   The nature of the sound depends on the impacted construction material – soft material like dirt will produce very little terminal ballistic sound, but hard materials like metal or glass can produce sharp clang or thud sounds.

Muzzle blasts can produce **reflections** when they strike a hard boundary.  All reflections arrive after the direct path waveform and have lower amplitudes depending on the reflection material and the propagation distance.  Strong reflections from objects near the source can arrive very soon after the muzzle blast and are often indistinguishable from the source muzzle blast.  Strong reflections from farther away, like from buildings or walls, can sound like additional gunshots, but will usually have significantly lower amplitude and lower frequency – and not have a strong initial pop or bang.  Gunshots inside a reflective room will have an initial bang or crack sound and then the sound level will decay exponentially.

6

## Preliminary Acoustic Analysis

The following analysis is based on a verbal description of the problem provided by the Defense Team, the statement provided by the earwitness Don Rudat, and from the pictures, diagrams, and evidence provided in the case downloads listed in Appendix A.  The analysis will describe the following:

- Typical sound level produced by a .44-caliber muzzle blast
- Propagation path from the source to the earwitness location
  - Room acoustics
  - Transmission from inside the building to outside
  - Propagation path to the earwitness
- Detection and identification sound levels at the earwitness location
- Distinguishing other sounds from the area

Two sets of multiple .44 caliber shots were fired inside the COMMSTA building T2. Body 1 was found in the office and body 2 was found in the break room.  Each of the two people killed had 2 to 3 bullet wounds. All of the bullets were fired at at relatively close distance, but not point-blank range (no powder residue was found around the wound).   Bullet-like indentations were found in the break room metal trash can.  Don Rudat is the earwitness in this case and his location relative to the line of fire is assumed to have been 120 degrees to 180 degrees to the line of fire in both the office shooting and the break room shooting.

## Gunshot Sound Source Level

The peer reviewed paper [Ref 2] describes a controlled scientific gunshot data collection experiment. One of the firearms used in this study was a Ruger Black Hawk .44-caliber Magnum revolver  with a 7.5 inch barrel firing a Winchester 210 grain silver tip hollow point bullet.  The peak acoustic sound pressure levels were monitored and recorded using a B&K Type 2230 sound pressure level (SPL) meter.  During the experiment, the SPL meter was placed at 90 degrees to the line of fire and 30 meters distance from the muzzle of the firearm.  For the purposes of this report, the term SPL will refer to sound pressure level relative to the threshold of hearing (SPL dB re 20 μPa). The average measured SPL for the .44-caliber revolver was:

SPL at 30 meters and 90 degrees        = 129 dB

Using the standard acoustical spherical spreading loss of 6 dB per doubling of the distance [Ref 4, 5], we can calculate the SPL at the standard 1 meter from the muzzle as:

SPL at 1 meter and 90 degrees        $= 129 + 6 \cdot \frac{\log(30)}{\log(2)} = 129 + 29 = 158$ dB

From the experimental results in [Ref 2, 3], we know that the muzzle blast SPL is loudest in front (0 degrees to the line of fire), drops approximately 8dB at 90 degrees to the line of fire, drops about 10 dB at 120 degrees to the line of fire, and drops about 20 dB at 180 degrees to the line of fire.  Therefore, we can assume that the source SPL in the direction of the receiver is:

SPL at 1 meter and 120 degrees (Body 2)     ≅ 158 + 8 - 10 = 156 dB

SPL at 1 meter and 180 degrees (Body 1)     ≅ 158 + 8 - 20 = 146 dB

The location of the shooter inside the building when the gun was fired can be approximately determined from the locations of the bodies.  The direct paths from the sound source locations inside the building to the earwitness location outlide the building can be estimated from these locations, as illustrated in Figure 6.  The direct sound path from the gunshot source in the **office** (**Body 1**) is shown by the upper red line, which passes through an interior wall and then through the building exterior wall, which would decrease the sound level from the source.  However, the building had concrete floors, walls, and ceiling, which are highly reflective acoustically, and the reflections extend the duration of the sound.  Therefore it is reasonable to assume that the peak sound level from a gunshot in the office that reaches the inside of the building wall is 146 dB.  In the **breakroom** where **Body 2** was shot, the main path to the earwitness is likely 180 degrees to the line of fire.  Assuming there was no occlusion (blockage) along the main path, it is reasonable to assume a sound pressure level of around 146 dB at the building wall. Therefore, the average SPL reaching the interior building wall is:

Gunshot SPL inside at the building wall    ≅ 146 dB



Figure 6 - Sound Spreading and the Direct Path Inside Building T2

The acoustic impulse generated from a large caliber handgun gunshot will have duration of about 1 to 1.5 milliseconds. COMMSTA building T2 has concrete walls, floors, and ceiling – which are highly reflective surfaces and create a reverberant acoustic environment. A gunshot in this environment will consist of the initial impulse, followed by the first reflections from the walls, and finally a slowly decaying reverberation from multiple echoes. These reflections and the slow decay of reverberation are illustrated in Figure 7.



Figure 7 - Impulse Reflections and Reverberation

## Sound Transmission Through a Wall

When an airborne sound wave is incident on a solid infinite barrier, part of the wave is reflected, absorbed, and transmitted, as illustrated in Figure 8. The 60 dB transmission loss is calculated below and highlighted in gray.



Figure 8 - Gunshot Sound Energy is Reflected, Absorbed, and Transmitted

9

The amount of energy that gets reflected, absorbed, and transmitted depends on the following factors:
- Angle of incidence
- Frequency
- Coefficients (physical properties of the barrier)

The coefficient of transmission $\tau$ is defined as the ratio of transmission to incidence power [Ref 6, 7]:

$$\tau = \frac{I_t}{I_i}$$

The coefficient of transmission is then

$$\tau = \left(1 + \frac{j\omega m}{2 \cdot Z_0}\right)^{-1} = \left(1 + \frac{j\pi f m}{Z_0}\right)^{-1}$$

Where $f$ is frequency, $m$ is the mass per unit area, and $Z_0$ is the characteristic impedance of air ($r_0 c_0$) at a given temperature. Transmission loss in dB is then defined as:

$$TL = 20 \cdot log\left(\frac{1}{\|\tau\|}\right)$$

For solid barriers with no diffraction and at low frequencies and perpendicular incidence plane waves, transmission loss follows the mass law, where TL increases with increasing mass ($m$) and frequency ($f$):

$$TL = 20 \cdot log\left(1 + \frac{\pi \cdot m \cdot f}{Z_0}\right) \cong 20 \cdot log\left(\frac{\pi \cdot m \cdot f}{Z_0}\right)$$

If the mass per unit area is in kg/m², then the characteristic impedance of air at 57° F is $Z_0 = 415$.

If the mass per unit area is in lb/ft2, then the characteristic impedance of air at 57° F is:

Z$_0$ = 415*(2.20462/3.28084$^2$) = 85.0

The transmission loss TL through the medium is then

TL = -28.6 + 20 $\cdot$ $log(m \cdot f)$

For random incidence sound waveforms, an empirical formula for transmission loss is [7] :

$$TL = -17 + 15 \cdot log(mf)$$

There is an additional 6 dB transmission loss for every doubling of the frequency or doubling of the mass per unit area.

Measured values of Transmission Loss for solid wall materials (from Table 6.1 in [7] on pg 140)

**Table 1- Transmission Loss for Different Building Materials**

| Material | Thickness (in) | Area Density (lb/ft²) | Frequency (Hz) | Trans Loss (dB) |
|----------|----------------|------------------------|----------------|------------------|
| Glass    | 0.25           | 3.0                    | 500            | 31               |
| Concrete | 4              | 53.5                   | 500            | 45               |

The walls of the building are 10 inch concrete, so the transmission loss TL =  45 + 10*6/4 = 60 dB.

10

## Sound Propagation

The distance from the building to the receiver was described as 280 feet $\cong$ 85 meters. Using the acoustical spherical spreading loss of 6 dB per doubling of the distance, the propagation loss *PL* across 85 meters is:

$$PL \text{ loss at 85 meters} \quad = 6 \cdot \frac{\log(85)}{\log(2)} = 38 \text{ dB}$$

From pictures and diagrams of the area, there are no acoustical reflections that should be considered.

## Earwitness

The earwitness is described as wearing earbuds and listening to an Adele song played on an iPhone4. From reference [ 8] Table C-1 on pg. 21 we know that a standard earmuff can reduce the SPL to the ear by 19 dB at 500 Hz and by 7.8 dB at 250 Hz. We can assume that the peak energy at the receiver has a frequency around 250 Hz due to the fact that higher frequencies are attenuated due to molecular absorption[4]. Earbuds are popular because they do not block out all of the surrounding sounds, they are not as effective as earmuffs at reducing sound, and a conservative and very reasonable transmission loss *TL* for earbuds is around 3 dB:

$$TL \text{ at 250 Hz at the earbud} = 3 \text{ dB}$$

## Acoustic Detection Model

The standard acoustic detection model takes into account the source level and characteristics, the propagation channel losses, and characteristics of the receiver. If we let *SL* be the source level, $TL_{wall}$ be the transmission loss at the building wall, *PL* be the propagation loss, and $TL_{earbud}$ the transmission loss due to the earbuds, then theDetection Level *DL* at the receiver available for detecting and recognizing a sound is:

$$DL = SL - TL_{wall} - PL - TL_{earbud}$$

Plugging in our values highlighted in gray from the sections above, we get the following gunshot detection level at the earwitness location:

$$\text{Detection Level } DL = 146\text{dB} - 60\text{dB} - 38\text{dB} - 3\text{dB} = 45 \text{ dB}$$

A sound pressure level of 45 dB is a moderately quiet sound pressure level, as shown by the gray shaded rows in Table 2.

The Adele song was likely played at a sound pressure level at or greater than the interior sound level of an automobile, as shown by the light red shaded row in Table 2. The song produces sound energy at the ear that acts like noise or interference to outside sounds. In order to detect and recognize outside sounds, external sounds should be at least as loud as the average energy of the song. If the Adele song was played at a very conservative average sound pressure level of 70 dB, then it would drown out a moderately quiet 45 dB sound, and it would be very difficult to detect gunshots of 45 dB SPL arriving at the earwitness.

11

Table 2- Average Sound Levels of Common Sources [9]

| Sound Source | SPL Level | Psychological Perception |
|---|---|---|
| Jet Takeoff at 60 m. | 120 dB | Threshold of pain |
| Construction at 16 meters | 110 dB | |
| Shout at 1.5 m. | 100 dB | |
| Heavy truck at 15 m. | 90 dB | Very loud |
| Urban street | 80 dB | |
| Automobile interior | 70 dB | Noisy |
| Normal Conversation 1 m. | 60 dB | |
| Office, classroom | 50 dB | Moderate |
| Living room | 40 dB | |
| Bedroom at night | 30 dB | Quiet |
| Broadcast studio | 20 dB | |
| Rustling leaves | 10 dB | Barely audible |

## Detection of Multiple Shots

Two sets of 2 or 3 shots were fired inside the T2 Building. The earwitness described hearing a loud sound, like someone dropping a large piece of sheet metal onto concrete, and then turning and looking at Building T2. He decribes hearing only one loud sound from the direction of Building T2.

When a single person fires a handgun multiple times, that person pulls the trigger, absorbs the kick, re-aims, and pulls the trigger again. The record fastest time for firing multiple shots with a handgun is from a professional shooter [10], and is around 200 milliseconds (0.2 seconds, or 5 times a second). The average rate for firing handgun-style firearms is from 0.3 to 0.4 seconds [11]. From personal observations at controlled gunshot experiments [2,11], an experienced shooter can accurately fire a large .44 Magnum revolver every 0.5 seconds, or twice a second. Also from these personal observations, turning, reaiming, and shooting requires at least 1.5 seconds. If the shooter resets his stance or walks, the time between shots will have to be greater than 2 seconds. Therefore, it is reasonable to assume that the time between shots from one stance and one direction is 0.5 seconds, and the time between shooting the two victims who were shot in different rooms is at least 2 seconds:

> Time between successive shots = 0.5 seconds

> Time between shooting the victims >= 2 seconds

One question is whether these shots could have been heard as a single shot. According to the Haas effect, or first wavefront effect [12], if two discrete sounds are less than 35 milliseconds (0.035 seconds) apart, and the second sound is not more than 10 dB louder than the first, then the two sounds will be

perceived as a single sound.  Therefore, multiple gunshots from one person firing a .44 caliber revolver with 0.5 seconds between shots would be perceived as multiple individual acoustic events.

Another question is whether all of the shots in a short sequence of shots would be heard, or if only the first shot would be heard.  Habituation is the psychological learning process where there is a decrease in perceptual response to a stimulus after repeated exposure [13].  In practice, continuous sounds, continually repeated sounds, and background noise are initially noticed, but are soon ignored through the process of habituation.  However, a new stimulus increases psychological attention and awareness. The sudden arrival of short transient sounds, including short repetitions of the transient sounds, will greatly attract a person's perceptual attention.  Therefore, with a reasonable degree of scientific certainty, a short sequence of multiple gunshots with at least 0.5 seconds between shots would all be noticed as individual events.

## Other Sounds in the Area

The witness statements described a water treatment plant that had construction activity in the area at that time, with heavy machinery that was cutting and moving a large metal water tank.  If the water tank were dropped onto concrete, or the tank was bumbed by a piece of construction equipment, the sound could be loud enough to hurt your ears, and as loud as 120 dB SPL or louder at the source.  Using our spherical spreading loss formula, the propagation loss over 1050 feet distance (320 meters) is 50 dB. The sound level at the earwitness location would be:

Sound Level from water treatment plant:  120dB − 50dB  − 3 dB = 67 dB

This level should certainly be loud enough to be detected and would likely be recognizable over the Adele song noise level.

The earwitness described the sound as coming from Building T2.  A question is whether the sound the earwitness heard could actually have come from the water treatment plant, which is in a different direction, see Figure 5.  According to the Haas effect [12], if two discrete sounds are heard and the second sound is less than 10 dB lounder than the first, then the perceived directional location will be dominated by the direction of the first sound.  This means that an echo will not change thedirectional perception of a sound source from the direct path.

Studies in binaural sound localization have shown that humans can determine the direction of a sound source even in 0 dB signal-to-noise levels, where the noise is spectally flat and homogenous at both ears [14, Chapt. 5].  A 0 dB signal-to-noise level means that the signal sound pressure level is the same as the noise sound pressure level.  Popular stereo music is not spectrally flat, not homogeneous at each ear, and would be considered clutter or interference in a sound source detection and localization problem. Adelle released her "21" album in the year 2011 and it quickly became one of the top selling albums of all time.  Four songs on that album were popular hits at the top of the charts in 2011 and 2012.  These popular songs included the following:

- Rolling in the Deep – constant background drums, bass, and some piano
- Someone Like You – constant background piano
- Set Fire to the Rain – constant background piano
- Rumour Has It – constant background drums and vocals

 In the case of a person listening to stereo music with strong vocals (Adele) and with constant pounding background instrumentals (drums and piano), most of the spatial clues will not be effective at these signal levels.  A person walking along the road using earbuds and listening to music is not paying attention to the surrounding sounds [15].  If that person heard a transient clanging or clattering sound along with their music, they would likely be startled, look around for a car on the road, and shift their attention to a visual source, which in this case would be the T2 Building.  Therefore, in my professional opinion, the earwitness's perceptual sense of accurate sound direction would be compromised and is not reliable in this case.

## Distinguishing Sounds

Humans are in general very good at recognizing sounds.  In this case, we are interested in whether an earwitness could distinguish between the sound of a gunshot, the sound of a metal trashcan, and the sound of a large metal tank.  First, a .44-caliber gunshot without echos has a time duration of around 1.5 milliseconds (0.0015 seconds).  This extremely short duration wave would sound like a pop.  A gunshot inside a room like a concrete bunker could reverberate for one second or more, and the sound level would gradually decay.  A spectrum analysis of several example gunshots in reverberant rooms indicates a broadband spectrum with a peak in the energy around 500 Hz, with no structural vibration modes. Figure 9 shows the reverberant waveform and the energy envelope for a .44 caliber revolver gunshot in the top two plots, and the spectrogram and average spectrum in the bottom two plots.  FET time is File Elapsed Time, which is the relative time in seconds from the beginning of the file.  The spectrogram shows the spectral energy distribution (along the y axis) as a function of time along the x-axis.  The Spectral Magnitude shows the overall spectral energy distribution as a function of frequency along the x-axis.  Note: the low frequency peaks shown in the blue dashed box  are recording artifacts from the laptop sound card and should be ignored (they are not present in my professionally recorded gunshots [2]).



**Figure 9 - .44-Caliber Gunshot Waveform and Spectrum Analysis**

15

The sound of a metal trash can being struck or dropped creates a high pitched clanging or clattering sound. Structual vibration modes create multiple tones that provide a distinguishing timbre, or pitch, in metallic sounds. Figure 10 shows the waveform and the energy envelope of a Metal Trashcan in the top two plots, and the spectrogram and average spectrum in the bottom two plots. Notice the spectral lines in the spectrogram and the peaks in the spectrum at 800 Hz, 2000 Hz, and above 3000 Hz. These high energy peaks in the spectral distribution are the result of vibrational modes in the metal structure.



**Figure 10 - Metal Trash Can Waveform and Spectrum Analysis**

The sound of a large metal tank being dropped or struck creates a very loud and resonant "clang" sound. Figure 11 shows the waveform and the energy envelope of the sound of striking a large Metal Container in the top two plots, and the spectrogram and average spectrum in the bottom two plots. Notice the strong spectral lines in the spectrogram and the peaks in the spectrum at 1400 Hz and 2800 Hz, which are harmonically related (2800 is twice 1400). There are also smaller resonances at 1700 Hz and 2000 Hz. These high energy peaks in the spectral distribution are the result of vibrational modes in the metal structure and are perceptually very distinct. If the metal container is struck, it produces a "clang" sound, and if it is dropped on a hard surface, it can produce a metallic "clattering" sound.



Figure 11 - Metal Clung Waveform and Spectrum Analysis

## Summary

1. A .44-caliber Magnum revolver will produce a loud reverberant sound inside a concrete building. A reasonable sound pressure level (SPL) was estimated for inside COMMSTA building T2.
2. The average sound transmission loss through concrete walls and through glass windows was calculated. These loss levels are scientifically reasonable and even conservative given the construction materials and the sound source relative to the direction of the earwitness.
3. The sound level arriving at the ears of the earwitness takes into account the following:
    a. The average sound level of the gunshot inside the building
    b. The transmission loss though concrete walls or through glass windows
    c. Sperical or spreading propagation loss to the earwitness location
    d. Transmission loss due to the iPhone earbuds
4. An analysis of the minimum timing interval between shots indicates that all shots, not just the first, would be heard and distinguished as multiple events.
5. The earwitness claims to have heard one clang sound at 7:12 AM. The spectral content of similar gunshots, metal trashcans, and large metal containers was analyzed in order to understand the distinghishing characteristics and features of these sounds.

## Conclusions

Based on a preliminary acoustic analysis of the events described to me by the Defense Team, it is my conclusion, with a reasonable degree of scientific certainty that:

1. The muzzle blast from a 0.44 caliber revolver fired inside a concrete building would create a loud acoustic pressure impulse sound. Transmission and propagation loss would likely create a moderately quiet pop sound at the earwitness location. A person with good hearing and in a quiet environment could likely hear the gunshot sound, but a person listening to an Adele song from that period and using earbuds is not likely to hear, distinguish, and localize a gunshot sound originating from inside the T2 Building.
2. All of the gunshots fired inside the T2 Building would have a similar sound pressure level, and would have a minimum separation of at least 0.5 seconds. If one shot was heard, then multiple shots would most likely have been heard.
3. A gunshot would sound like a low frequency (200-500 Hz) pop to a listener outside the building. A gunshot has a very distinctive sound compared to a metal clang, clung, or clatter sound. Loud metallic sounds could be heard from the water treatment plant arriving at the earwitness location, even if the earwitness was listening to music with earbuds. The sound of a bullet hitting the metal trashcan is much quieter than the muzzle blast and would not likely be heard from outside the T2 Building.

18

## References

[1] https://www.adn.com/alaska-news/article/2-shot-dead-coast-guards-kodiak-communications-station/2012/04/12/

[2] S. Beck, H. Nakasone, and K. Marr, "Variations in Recorded Acoustic Gunshot Signals," *J. Acous. Soc. Am.*, April, 2011.

[3] R.C. Maher, "Acoustical characterization of gunshots," *Proc. IEEE SAFE 2007: Workshop on Signal Processing Applications for Public Security and Forensics*, Washington, DC, pp. 109-113, (April, 2007).

[4] T. F. W. Embleton, "Tutorial on sound propagation outdoors," *J. Acoust. Soc. Am*. 100, 31–48 (1996).

[5] ANSI S2.20-1983 (R2011): Estimating Airblast Characteristics for Single Point Explosions in Air, with a Guide to Evaluation of Atmospheric Propagation and Effects, American National Standards Institute, 2011.

[6] D. Blackstock, *Fundamentals of Physical Acoustics*, John Wiley & Sons Inc., New York, 2000

[7] L.E. Kinsler and A.R. Frey, *Fundamental of Acoustics*, John Wiley & Sons Inc., New York, 1962

[8] ANSI –S12.68-2007: Methods of Estimating Effective A-Weighted Sound Pressure Levels When Hearing Protectors are Worn, American National Standards Institute, 2007.

[9] Rossing, T., *The Science of Sound,* Addison Wesley, 1990

[10] https://en.wikipedia.org/wiki/Jerry_Miculek, last accessed 3/28/2019.

[11] D.R. Begault, S. Beck, R.C. Maher, "Overview of Forensic Audio Gunshot Analysis Techniques," *Proceedings of the AES International Conference on Audio Forensics, Porto, PT* (2019) – submitted

[12] https://en.wikipedia.org/wiki/Precedence_effect, last accessed 3/28/2019

[13] https://en.wikipedia.org/wiki/Habituation, last accessed 3/29/2019

[14] D. Wang, G.J. Brown, *Computation Auditory Scene Analysis, Principles, Algorithms, and Applications*, John Wiley & Sons Inc, Hoboken, New Jersey, 2006.

[15] https://www.runnersworld.com/gear/a20799208/should-you-listen-to-music-while-running/, last accessed 3-30/2019

## Appendex A – Downloaded Case Material

| Case Downloads | Description |
|---|---|
| 050247.pdf | Primary pic of crime scene with body in building |
| 052330.jpg | Arial photo of building and road |
| Diagrams.zip | Building layout, annotated forensic diagrams |
| IMG_3598.JPG | Interior of building |
| rigger shop photos.pdf | Lots of photos of crime scene, building, surrounding |
| Rudat, Don.zip | Interview with Don Rundat, drawing |

| Diagrams | |
|---|---|
| 040270 - 040272.pdf | Diagram of Building T-2 |
| 041109 - 041118.pdf | FBI sketches and descriptions |
| 041261 - 041263.pdf | Aerial diagram of building and surrounding area |
| 045052.pdf | Annotated building diagram – aerial view |
| 045053.pdf | Annotated diagram of office, breakroom, locker room |
| 045129.pdf | Blueprint of building with dimensions |
| 048447 - 048493.pdf | Hand drawings, Evidence logs, Admin notes, photo logs |

| Supplemental Documents | |
|---|---|
| 041206 - 041213.pdf | Autopsy report- James Hoskins |
| 041222 - 041228.pdf | Autopsy report – Richard Belisle |
| 043454.pdf | Addendum Autopsy report – Richard Belisle |
| 045178 - 045179.pdf | Body drawings |
| Supplemental documents.pdf | Witness interviews |

## Appendix B - Related Experience for Mr. Steven D. Beck

**Education**

1982    Masters Electrical Engineering, Rice University, Houston TX

1981    BS Electrical Engineering, Rice University, Houston, TX

**Employment History**

2012-Present    Owner of Beck Forensic Audio Consulting

2013-Present    CTO and Chief Scientist, System Processes and Engineering Corporation

20

2000-2013        Principal Scientist and Engineering Fellow, BAE Systems

1984-2000        Principal Scientist, Tracor Applied Sciences

1982-1984        Sr R&D Engineer, Ford Aerospace and Communications Corp.

**Relevant Work Experience**

| | |
|---|---|
| 2015 | New Westminster Registry Court File Number X78018, Regarding Case File 1170 RSA, officer involved shooting.  Analyzed audio video recordings from a TV news camera, time synchronized the audio events to the video, and analyzed 16 recorded gunshot-like sounds.  Correlation analysis and timing analysis were used to pick out two AR-15 rifle shots.  The case was concluded out of court from analysis of the victim's actions at the time of the shots. |
| 2014 | Cleveland OH Cuyahoga County Prosecutor's Office, Case File # CS-18-12-82-1488, Officer Involved Shooting.  Analyzed the audio from a police dashcam recording of a police shooting involving 137 shots.  Provided an analysis showing that the final barrage of shots contained 15 similar events with an average cadence between shots consistent with shots fired rapidly by one individual from one firearm. |
| 2013-2014 | U.S District Court for Northern District of Texas Dallas Division Civil Action No. 3:13-cv-02719-O.  Analyzed body microphone audio recordings from the Garland Texas Police Department Case 2010R023774.  The task was to determine how many gunshots were fired, who fired which shots, who fired first, and where the speech originated.  Based on Mr. Beck's analysis, the judge issued a Memorandum Opinion and Order to uphold the defendant's motion to exclude plaintiff's expert testimony.  On-going. |
| 2013 | Analyzed audio recordings from the ABC, CBS, and NBC news coverage of the 1981 Reagan assassination attempt.  Time difference analysis was used to show all 6 shots were fired by one person at one location.  Designed a live-fire gunshot experiment to reproduce the events in question.  The experiment and the analysis interview were videotaped by National Geographic. |
| 2012 | Alameda County, CA Case No. 166269B.   Provided a psycho-acoustic analysis of recorded gun shots fired from different angles.   Based on Mr. Beck's analysis, the judge disallowed a witness' subjective testimony in the trial. |
| 2011-2013 | Principal architect for the BAE Systems Ricochet Hostile Fire Detection System  (multi-modal, multi-spectral  system for determining gunfire direction of arrival) |
| 2008-2010 | Principal architect for the BAE Systems Acoustic Locating Array System (microphone array for determining gunfire direction of arrival) |
| 2000-2013 | Principal Investigator and consulting contractor for the FBI on voice analysis, voice quality, and voice recognition including forensic statistical analysis |
| 1996-2000 | Principal Investigator and chief consulting contractor for the FBI on acoustic gunshot analysis including design of live-fire experiments and analysis methods |
| 2010 | U.S. Patent 8,111,582 issued for a user-wearable sensor array with projectile detection and localization system |

**Selected Relevant Papers**

S. Beck, "Who Fired When:  Associating Multiple Audio Events from Uncalibrated Receivers", Proceedings of the AES International Conference on Audio Forensics, Porto, PT (2019) – submitted.

S. Beck, "A Short-Time Cross Correlation with Application to Forensic Gunshot Analysis", Proceedings of the AES International Conference on Audio Forensics, Porto, PT (2019) – submitted.

D.R. Begault, S. Beck, R.C. Maher, "Overview of Forensic Audio Gunshot Analysis Techniques," Proceedings of the AES International Conference on Audio Forensics, Porto, PT (2019) – submitted

S. Beck, H. Nakasone, and K. Marr, "Variations in Recorded Acoustic Gunshot Signals," J. Acous. Soc. Am., April, 2011.

S. Beck, "Forensic Acoustics," University of Texas Graduate Seminar in Acoustics, Austin, TX., Jan 27, 2012

S. Beck, H. Nakasone, and K. Marr, "Forensic Gunshot Acoustics," Acoustical Society of America Conference, San Diego CA., Nov 3, 2011

S. Beck, H. Nakasone, and J. Kalb, "Forensic Gunshot Acoustics: Signal Characterization and Modeling," Acoustical Society of America Conference, Atlanta GA., May 31, 2000

 J. Harmse, S. Beck, and H. Nakasone, "Speaker Recognition Score Normalization to Compensate for SNR and Duration", Odyssey 2006 Workshop on Speaker and Language Recognition, San Juan, Puerto Rico, June 2006.

S. Beck, R. Schwartz, H. Nakasone, "A Bilingual Voice Corpus for Speaker and Language Recognition Services," 2004: A Speaker Odyssey, The Speaker Recognition Workshop, Toledo, Spain, June, 2004.

H. Nakasone and S. Beck, "Forensic Automatic Speaker Recognition," 2001: A Speaker Odyssey, The Speaker Recognition Workshop, Crete, Greece, June, 2001.

S. Beck, H. Nakasone, and J. Kalb, "Forensic Gunshot Acoustics: Signal Characterization and Modeling," Acoustical Society of America Conference, Atlanta GA., May 31, 2000

S. Beck, "Tutorial on Signal Processing Techniques for Automatic Speaker Recognition."  Final Report, Tracor Document No. T99-01-9504-U, May 4, 1999.

B. Koenig, S. Hoffman, H. Nakasone, and S. Beck, "Signal Convolution of Recorded Free-Field Gunshot Sounds," J. Audio Eng. Soc., Vol. 46, No. 7/8, 1998 July/August.