
Case 3:13-cr-00008-SLG Document 979-3 Filed 05/02/19 Page 1 of 4

GOVERNMENT EXHIBIT

3

3:13-cr-00008-SLG





