

# THE FEDERAL PUBLIC DEFENDER
# for the DISTRICT OF ALASKA

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

## CONFIDENTIAL
## WITNESS INTERVIEW SUMMARY

**Witness Name:** Wilton Nelson
**Report Date:** July 20, 2018
**Date of Interview:** 07/16/18
**Interview Location:** 36914 Chiniak Hwy
Kodiak, AK 99615
**Interviewer:** Deatrich Sheffield

Case Name: US v. JAMES MICHAEL WELLS, Case No.: 3:13-CR-00008-SLG

Bruce Johnson, Gary Colbath, and myself meet with Mr. Nelson at his home near Chiniak. Below is a synopsis of what Mr. Nelson remembered from 4/12/12.

On 4/12/12 Mr. Nelson drove to the local high school to pick up a 200 Komatsu excavator to take to the water treatment facility on Anton Larson Road. It takes about 20-30 minutes to drive to the water treatment facility from the high school. He thought he got to the water treatment facility between about 7:40 - 7:50. They were cutting apart the old water tanks, and he was going to haul them out one section at a time.

While driving down Anton Larson Road just before Bridge 6 there is a road that turns off to the right. He saw a blue SUV parked on the left side of the road not far from the intersection. Bruce showed him defense photo IMG 0833, and and Mr. Nelson stated that the blue SUV he saw that day was parked in the same location as the silver SUV in the photo. (See IMG 0833).

It was the only vehicle he remembers seeing on his way to the water treatment facility. When driving those big rigs he pays close attention to all intersections. He did not think it was unusual in any way. He frequently seeing cars parked there that are looking at the river for fish, or walking dogs. There are hiking trails around, and a lot of people walk their dogs nearby. He did not see anyone around the car, and could only see it from the backend. He does not fish in that river since he is a local and prefers ocean fish to river fish, but he has rafted down that river before it leads to a beaver pond.

When he got to the water treatment facility there were other employees and contractors already working on getting the tank cut. As best he could remember the following people were there; Chris Deeder from Brechan Construction, Daton Wandersee and a laborer from Daton Construction, and an employee from the water treatment facility. He was there about an hour he thought.

DR-000190

GOVERNMENT
EXHIBIT
5
3:13-cr-00008-SLG

After loading up part of the old water tank he drove out back down Anton Larson Road. He did not see the blue SUV when he left. He did not see any cops on his way out either. He also did not see Don Rudat walking along the road at any time.

When he came back the second time to pick up the other piece of the tank he saw all the cops coming down the road. He heard from other employees that the cops wanted to talk with him since he had been on the road that morning. He had not gotten back to them, but when he saw the article in the paper with Nancy's car he remembered the blue SUV he had seen that day and thought it looked similiar. He then felt obligated to call because it could be very important. He did not know Mr. Wells and did not know if his inofrmiaton about the blue SUV would help or hurt him, but if he was guilty and that information was important they needed to know, as well as if he was innocent and that information could help it was important.

He does not drive down Anton Larson Road that often. He has been rabbit hunting out there before, and there use to be a ski lift operated by the Coast Guard down the road past the golf course, but it was shutdown and is not longer there. He knows that a lot of people go down Anton Larson Road to the boat launch. Most of the poeple that live or visit Port Lions or Ouzinkie use the boat launch to get there. By April the snow is mostly gone, and the road is pretty easy to travel.

DR-000191