

**THE FEDERAL PUBLIC DEFENDER**
for the **DISTRICT OF ALASKA**

Rich Curtner
Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400 – Phone
(907) 646-3480 – Fax

## CONFIDENTIAL
## WITNESS INTERVIEW SUMMARY

**Witness Name:** Chris Deeder
**Report Date:** July 20, 2018
**Date of Interview:** 07/16/18
**Interview Location:** On construction site
Kodiak
**Interviewer:**

**Case Name:** US v. JAMES MICHAEL WELLS, Case No.: 3:13-CR-00008-SLG

Bruce Johnson and I met Mr. Deeder in Kodiak at a contruction site he was working for Brechan Construction. Below is a synopsis of what he remembered from 4/12/12.

He was running a back hoe at the water treatment facility on the morning of 4/12/12. At first he could not remember if he had gotten to the facility at 7am or 9am that morning, but then thought about it must have been 7am because they saw the cops arrive after they had been there working for a while.

He saw a guy walking along side the road as he was coming in on Anton Larson Road. He was before Bridge 6 closer to Rezenof when he saw him. He did not notice a lot of traffic that morning, and could not remember anything unusual.

He was using the back hoe to help set up the pads for the new tanks that were going to be installed. He was digging up rocks and dirt from where the old pads were, and dumping them into a dump truck that was also there. He remembered that Daton Wandersee was there from Daton Construction, as well as a few other people. He did saw that the construction as usual was pretty loud.

DR-000192

**GOVERNMENT EXHIBIT**

**6**

3:13-cr-00008-SLG