LOG IN

SUBSCRIBE

# Should You Listen to Music While Running?

Three reasons to wear headphones to train (and three reasons to leave them at home).

By MONICA GRATER    FEB 23, 2019



DUSANPETKOVIC / GETTY IMAGES

More and more, runners are using headphones to drown out the distractions in their heads to push them through a run. That's according to a 2016 survey conducted by *Runner's World*, with 61 percent of runners polled saying they listen to something while on the run, and 82 percent of those runners jamming to their favorite music.

5 ARTICLES LEFT



GOVERNMENT EXHIBIT
7
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 979-7   Filed 05/02/19   Page 1 of 7

JOIN RUNNER'S WORLD+

Still, some purists consider running with something in your ears sacrilege. This conversation has been happening since the invention of the Walkman.

Over time, research and experience has been able to piece together some positives and negatives of running with headphones that may help you decide whether to tune in or tune out. Here are three reasons you may want to put some earbuds in for your next run, and three arguments against cranking up the volume.

## 4 Top Headphones for Runners



AfterShokz Trekz Air
**Aftershokz**
amazon.com
**$149.95**

SHOP NOW

Bone-conduction technology lets you leave your ears uncovered, so you can hear the world around you.

Jaybird Run True Wireless
**Jaybird**
amazon.com
**$124.99**

SHOP NOW

Should You Listen to Music While Running? Pros and Cons of Running With Music





The smallest, most secure pair of totally wireless headphones we've found is a solid deal.



Plantronics BackBeat FIT 2100
**Plantronics**
amazon.com
**$79.99**

SHOP NOW

Hey, marathoners, we got more than seven hours of play time with these sweatproof earphones.

Bose SoundSport Free
**Bose**
amazon.com
**$199.00**

SHOP NOW

When sound quality matters above all else, these are the earbuds you need.

Case 3:13-cr-00008-SLG   Document 979-7   Filed 05/02/19   Page 3 of 7
https://www.runnersworld.com/gear/a20799208/should-you-listen-to-music-while-running/[5/1/2019 3:42:51 PM]



## Pro: You get pumped up for runs

Every runner experiences a day (or many days) where training for that 5K, 10K, half, or marathon is the last thing you want to do. For those days when you need a little extra motivation, your favorite playlist may be exactly what you need.

ADVERTISEMENT - CONTINUE READING BELOW

Costas Karageorghis, Ph.D., a sports psychologist who studies music's positive influence on athletes, agrees that compelling tunes can help get runners into an optimal mindset to tackle that dreaded training run.

"Music elevates positive aspects of mood such as excitement and happiness, and reduces negative aspects such as tension, fatigue, and confusion," Karageorghis said in a *Runner's World* Running

https://www.runnersworld.com/gear/a20799208/should-you-listen-to-music-while-running/[5/1/2019 3:42:51 PM]

With Music debate.

Research from *The Journal of Strength and Conditioning Research* backs this up, finding that listening to music before a training run or 5K will help get you fired up and better prepare you for what's ahead.

*Tip: Listening to the right music while you are running is important: the last thing you want is for a slow song to come on right when you start trudging up a hill. Save time creating the perfect running playlist and check out one from Runner's World.*

## Pro: You learn to keep a consistent pace

Many runners prefer to run without music so they can focus on essential cues, such as their breathing and foot strikes to help them control their pace. Music or podcasts distract from that, right? Not necessarily.

If done correctly, music can actually help runners with pacing while training. In a recent study conducted by PLOS One, runners performed better when the beat of the music matched their cadence than when they ran without music.

Karageorghis suggests listening to fast-tempo sounds exceeding 120 beats per minute (BPM) for high-intensity workouts and music with less than 120 BPM for workouts requiring less effort—like your weekend long run. (Another bonus: The right music can actually help you recover from a hard workout.)

*Tip:* Try Podrunner or a Spotify running playlist to help you match your music to your pace.

## Pro: Your runs could feel easier

Training for any race is difficult enough as it is, so why not make it a little bit easier on yourself if you can.

According to a study conducted at Keele University in England, playing your favorite tunes while you are running reduces exertion levels and increases your sense of "being in the zone."

How it works: The external stimulus of music is actually able to block your internal stimuli like fatigue, which is trying to tell your brain how tired you are starting to get in the middle of a run. When a

Case 3:13-cr-00008-SLG   Document 979-7   Filed 05/02/19   Page 5 of 7

https://www.runnersworld.com/gear/a20799208/should-you-listen-to-music-while-running/[5/1/2019 3:42:51 PM]

runner's perception of how hard they are running is reduced, they feel like they can run faster for longer. Maybe they'll even better find that coveted runner's high.

**Tip:** *If you need some extra motivation to complete your hardest workouts, kick up the tunes in your music player of choice. A recent study published in* Medicine & Science in Sports & Exercise *found that when subjects were doing a strenuous cycling workout, they produced more power and had a stronger turnover rate when listening to their favorite music.*

## Con: You're blocking out your surroundings

One of the main reasons to leave your headphones at home is for your own safety. Even around *Runner's World* headquarters, there's barely a run we don't come across distracted drivers, cyclists, or oblivious walkers (sometimes with their own headphones in).

If you are consumed in your music on a run, you might not be able to hear approaching cars, people trying to communicate with you, or even bad weather in the distance. In 2016, there were more than 3,000 deaths caused by distracted drivers, according to the National Highway Traffic Safety Administration.

If you know you'll be on a busy road or packed towpath, it might be best to ignore the headphones for one run.

**Tip:** *If you feel like you must have music, try a set of headphones like* Trekz Titanium, *which are wireless and don't plug directly into your ears—allowing you to still hear the environment around you.*

## Con: You could throw off your race pace

While training with music has been proven to be a valuable tool, it isn't something you want to bring with you on every training run. You don't want to become dependent on music to get you through a run because on race day, you might have to be your own inspiration.

ADVERTISEMENT - CONTINUE READING BELOW

U.S. Track & Field (USATF) originally banned the use of portable devices for all runners in its sanctioned events in 2007. It later amended the ban to only apply to "those competing in Championships for awards, medals, or prize money."

**RELATED STORY**

 **Why Do Road Races Ban the Use of Headphones?**

It is always a good idea to check the rules and regulations associated with each race in the early stages of your training. Even though the original ban has been relaxed, some race directors still strongly discourage the use of portable music devices, especially in crowded fields.

In addition to potentially becoming reliant on music to get you through a run, it can also throw off your pace during a race. Jim Denison, Ph.D., who is a sports sociologist and coach, used the example of a runner surging up a hill because they passed a band during a race.

"It is inefficient to run a race unevenly like this, and it will come back to haunt you," Denison told *Runner's World*.

**Tip:** *To guard against this, Denison suggests <u>using your watch and checking your splits</u> early in the race to get a read on your pace. This will help you know exactly how your race pace should feel when you're not depending on music.*

## Cons: You impair the running experience

In today's society, distractions from technology are everywhere, and a person without a phone in their hand is a rare site.

Running is a way for many to clear their heads and get away from these distractions, and Denison believes music negatively effects that experience.

"The ability to be at peace and be calm is something we've lost in our culture; we've lost it in favor of multitasking. I would argue that listening to music—or podcasts or audio books—while running is a form of multitasking," Denison said.

**RELATED STORY**