

**THE FEDERAL PUBLIC DEFENDER**
**for the DISTRICT OF ALASKA**

Gary G. Colbath
Assistant Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3414
Fax: (907) 646-3480
Email: gary_colbath@fd.org

January 11, 2019

Mr. Steve Skrocki
Ms. Christina Sherman
United States Attorney's Office
222 W. 7th Ave. #9, Rm 253
Anchorage AK 99513

      RE:    *United States v. James Michael Wells*
                Case No.: 3:13-00008-SLG
                Notice of Expert Witnesses

Dear Counsel,

In compliance with Federal Rules of Criminal Procedure 16(b)(1)(C) and Federal Rules of Evidence 702-705, we are giving notice of the potential experts witnesses the defense may present at trial and a brief summary of their testimony. Please note at the outset that this material is incomplete and will be supplemented in the future for a variety of reasons. As has been discussed in prior hearings before the court, as well as for logistical reasons discussed between Steve and myself informally, our work with experts and disclosure materials has been disrupted and delayed by many on-going circumstances. These include the November earthquake, a delay in government expert disclosure, the recent government spending freezes followed by a complete shut-down, and delays in receipt of discovery material related to government experts.

In addition to the information disclosed and referenced in this letter, the Defense includes by reference the former trial testimony, written reports, and Fed R of Crim Pro 26 productions already made available to the Government regarding each of the following potential expert witnesses:

1) **Chris Colman** – Firearms and Toolmark expert, Forensic Analytical Sciences, Inc. The previous defense expert, Jaco Swanepol, who worked for Forensic Analytical Sciences and testified at the prior trial no longer works with FAS nor is available for testimony. Mr. Coleman has replaced Mr. Swanepol at FAS and will testify regarding the work and findings of Mr. Swanepol. He will also testify generally about issues related to the manufacture and circulation of firearms within the United States. He will also testify about the general characteristics of various calibers and types of firearms. His CV attached. His testimony is based on review of the same materials provided to and identified by Mr. Swanepol as well as information and materials publically available from various firearms manufacturers.

**GOVERNMENT EXHIBIT 1**
3:13-cr-00008-SLG

2) **Bruce Currie –** Tire Failure Analyst, Currie Engineering, LLC. Report dated January 23, 2014, trial testimony and CV previously disclosed. No supplemental report.

3) **Park Dietz –** Forensic Expert, Park Dietz & Associates, Inc. Dr. Dietz report dated January 10, 2019, and CV are attached. His testimony will cover topics generally outlined and identified in his report as well as those raised by government experts Robert Morton and Reid Meloy.

4) **Michael DiTallo –** Accident Reconstructionist and Video Analyst, Dynamic Safety, LLC. Report dated February 28, 2014, videos, trial testimony and CV previously disclosed. Additionally, Mr. DiTallo will prepare a supplemental report and related exhibits addressing the testimony of new government expert Steve Becker as well as potentially addressing the supplemental opinions noticed from experts Schmidt and Toglia. The Defense is awaiting discovery material related to the government's disclosures that is necessary for Mr. DiTallo to complete his work. The Defense also must wait until the government shut down is resolved so that Mr. DiTallo can be formally contracted to complete his supplemental work. Thereafter, the Defense will provide any additional reports and findings made by Mr. DiTallo.

5) **Paul Kish –** Forensic and Bloodstain Pattern Analyst, Paul Kish Forensic Consultant & Associates. Mr. Kish's CV is attached. Mr. Kish will testify about the evidence necessary to potentially determine the order and sequence of shots that may have occurred during the murders and the lack of sufficient physical evidence and documentation to support the conclusions related to the same offered by Robert Morton. He will further testify about the possible conclusions that may and may not be able to be drawn from the forensic evidence about the shooter(s) actions, motives, and behaviors. He will further testify about his observations of the crime scene, the victims' injuries, location, and apparent actions; and the forensic evidence and lack of forensic evidence recovered from the scene. He will also testify that it is impossible to determine with certainty the state of mind, reactions or thoughts of either the perpetrator(s) or victims in this matter based on the forensic evidence at the scene. He will also testify that the blood drop found on the wall behind the entrance door is not enough information to determine the location of the shooter, but that bloodstains may allow you to determine a location of the victim when shot. He will also testify about what can or cannot be determined based on the bloodstains found at the scene relative to the general location of either victim at the time he was shot. He will also testify regarding his disagreement with Robert Morton's determination regarding the offender's knowledge of the building, time schedules, and knowledge that no one else would be there. ** The Defense must wait until the government shut down is resolved so that Mr. Kish can be formally contracted to complete his formal report and thereafter, the Defense will provide all formal reports and findings made by Mr. Kish.

6) **Christopher Iber** – Forensic Audio, Video and Image Analysts, F.B.I. Email containing relevant opinions dated August 10, 2012 previously disclosed by the government. Mr. Iber's opinions are based on his training, experience and knowledge derived from his participation in the investigation and review of this matter.

7) **Gregg McCrary** – Forensic Psychology, (Retired) Special Agent, F.B.I. Mr. McCrary's CV is attached. Mr. McCrary's testimony will generally note that the field of criminal investigation is a professional area of specialization with pronounced standards, a distinct published literature that ranges from journal articles to textbooks on the subject, college and university courses within undergraduate and graduate curricula and scholarly treatises which study crime, criminals, victims and the detective function. There are recognized sub-specialties in the criminal investigation field including peer-reviewed research on how and why criminal investigations fail. The results of these studies have been profusely published and have resulted in a growing body of knowledge that is changing the face of police training programs, while contributing to a wider understanding of the dynamics of interpersonal violent crimes and how best to investigate them. Mr. McCrary's testimony will specifically address the known causes of investigative failures from a law enforcement perspective including the impact of cognitive biases, organizational traps and errors in logic. ** Again, the Defense must wait until the government shut down is resolved so that Mr. McCrary can be formally contracted to complete his formal report and thereafter, the Defense will provide all formal reports and findings made by Mr. McCrary.

8) **Daniel Reisberg** – Professor of Psychology and Department Chair at Reed College. Mr. Reisberg's report and related materials were previously noticed and disclosed. His CV was also previously disclosed. No supplemental report will be developed.

9) **Gerald Richards** – Forensic Photography and Espionage, (Retired) F.B.I, Richards Forensic Services. Summary of findings and conclusions dated 1/2/2013, along with CV previously disclosed by government as well as trial testimony available.

In addition to the testimony of the experts identified above, the Defense may contract with additional experts to address or rebut the testimony noticed by the government re: experts Lalit Mestha and Rick Wyant. The Defense must wait until the government shut down is resolved in order to formally contract with additional experts to complete work related to these matters and thereafter, the Defense will provide all formal reports and findings made by any rebuttal experts.

Sincerely,

Gary G. Colbath
Cc: Peter Camiel