

**THE FEDERAL PUBLIC DEFENDER**
**for the DISTRICT OF ALASKA**

Gary G. Colbath
Assistant Federal Defender

601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3414
Fax: (907) 646-3480
Email: gary_colbath@fd.org

April 1, 2019

Mr. Steve Skrocki
Ms. Christina Sherman
United States Attorney's Office
222 W. 7th Ave. #9, Rm 253
Anchorage AK 99513

   RE: *United States v. James Michael Wells*
     Case No.: 3:13-00008-SLG
     Notice of Expert Witnesses

Dear Counsel,

In follow up to our letter of January 3, 2019 regarding defense expert witnesses and in further compliance with Federal Rules of Criminal Procedure 16(b)(1)(C) and Federal Rules of Evidence 702-705, we are giving supplemental information regarding previously identified experts as well as further notice of the listed potential expert witnesses the defense may present at trial and a brief summary of their testimony. Again, please note a small portion of this material is incomplete and will be supplemented as explained below.

In addition to the information disclosed and referenced in this letter, the Defense includes by reference those things identified in our letter of January 3, 2019 and the former trial testimony, written reports, and Fed. R. of Crim. Pro. 26 productions already made available to the Government regarding each identified potential expert.

In addition to those individuals previously noticed, the defense may call the following experts:

1) **Steven D. Beck --** Beck Audio Forensics. Mr. Beck will address those matters detailed in his report of March 30, 2019 (provided herewith) as well as potentially comment on the testimony of government expert Rick Wyant, depending on the nature of Wyant's testimony. A copy of Mr. Beck's CV is also attached for reference regarding his qualifications.

2) **Jim Hoerricks, PhD --** Apex Partners, Ltd., Las Vegas, NV. Mr. Hoerricks will address those matters detailed in his report of April 1, 2019 (provided herewith) as well as potentially comment on the testimony of government experts Iber, Richards, Toglia, Becker, Schmidt, Mestha, and Vorder Bruegge depending on the

GOVERNMENT
EXHIBIT
**2**
3:13-cr-00008-SLG

nature of their future trial testimony. A copy of Mr. Hoerrick's statement of qualifications is also attached for reference regarding his qualifications.

In addition to the testimony of the experts identified above, the following supplemental information should be noted:

1. **Gregg McCrary** – A report further summarizing Mr. McCrary's testimony is attached for reference. He may also be asked to comment on testimony or issues raised by government expert Robert Morton.

2. **Michael DiTallo –** Mr. DiTallo continues to process the information disclosed by the government relative to the testimony of Steven Becker. When that work is complete, a supplemental report will be provided. Reference this work, **Please note that Mr. Becker refers to Wells 18-83754 as a video he reviews/compares and your letter of 1-18-2019 refers us to that item but the defense does NOT have any such Bates disclosure or item, again please provide. Also, what specific clipping tool did Mr. Becker use to extract frames from the videos for review? And finally, please clarify item #11 from your 1-18-19 letter, we received 1,471 PDF files on 1/14. Which of this huge batch specifically was given to Becker for use/review?**

3. **Paul Kish --** In addition to the prior summary of testimony provided for Mr. kish, he will prepare and we will provide a supplemental report detailing his opinions following his visit to Kodiak on April 11-12, 2019. I would expect the report within 30 days following the trip.

If any Defense experts complete additional or supplemental work, materials will be provided immediately as received. Finally, the Defense may call sur-rebuttal experts or supplement existing materials after the government's final disclosure on April 15, 2019 although we hope to have all materials and disclosures complete by month's end.

Sincerely,


Gary G. Colbath

Cc: Peter Camiel
     Defense Team Investigators