

**GREGG O. MCCRARY**
SUPERVISORY SPECIAL AGENT
F.B.I. (RETIRED)

11402 SEYMOUR LANE
SPOTSYLVANIA, VIRGINIA 22551

TELEPHONE 540-972-2835
E-MAIL GREGGMCCRARY@GMAIL.COM

**JAMES J. MCNAMARA**
SUPERVISORY SPECIAL AGENT
F.B.I. (RETIRED)

44 MINE ROAD
SUITE 2, NUMBER 175
STAFFORD, VIRGINIA 22554

TELEPHONE 540-288-8825
E-MAIL JJMCNAMARA75@GMAIL.COM

March 29, 2019

Mr. Gary Colbath
Assistant Federal Defender
601 5th Ave. Ste 800
Anchorage, AK 99501

**Re:** **U.S. v. Wells**

Background and Experience

I have been professionally involved in violent crime investigations for over 40 years including 25 years as an FBI Agent. In that capacity I investigated violent crimes as a field agent for approximately 17 years and then was promoted and transferred to the FBI Academy in Quantico, Virginia as a Supervisory Special Agent where I worked in the National Center for the Analysis of Violent Crime (NCAVC). There I was assigned to the operational wing of the Behavioral Science Unit where my primary responsibility was to provide expertise in investigative techniques and crime scene analysis in violent crime investigations both to FBI field agents as well as to any law enforcement agency around the world that requested FBI assistance. In addition to providing operational support, my other responsibilities included conducting research into violent crimes and offenders and providing training to law enforcement agencies nationally and internationally.

I have investigated over 1,000 homicides nationally and internationally. Included among the law enforcement agencies that I have trained and worked cases with are the New York City Police Department, The New York State Police, The Texas Rangers, The Boston Police Department, The King County Police in Seattle, The Florida Department

GOVERNMENT
EXHIBIT
3
3:13-cr-00008-SLG

of Law Enforcement, the California Attorney General's Office, Georgia Bureau of Investigation and The Massachusetts State Police, The Kansas City, Missouri Police Department and the Maricopa County Sheriff's Office in Arizona among others. Included among the international agencies with whom I have worked cases and/or provided training are; Scotland Yard, The Cuerpo Nacional De Policia in Spain, The Policia Judiciare in Portugal, The Hungarian National Police, Budapest Homicide, The French National Police, The Dutch National Police, The Swedish National Police, Oslo Police Homicide, The Seguridad Publica in Costa Rica, The Belize Police Department, The Royal Bahamas Police Force, The Metropolitan Toronto Police, The Ontario Provincial Police, The Royal Canadian Mounted Police, The Austrian Federal Police, the Carabinieri in Italy and serial murder task forces in Australia and Canada. My formal education includes a Bachelor's degree from Ithaca College and a Master of Arts in Psychological Services from Marymount University. I currently teach a graduate level course in forensic psychology and criminal justice at Marymount University in Arlington, Virginia. I have co-authored an article on stalking,[1] was a contributing author to the FBI's *Crime Classification Manual,*[2] and contributed a chapter to the book *Criminal Investigative Failures.*[3] I also serve on the editorial review board of *The Journal of Aggression and Violence.* I have lectured on the causes, impact and avoidance of criminal investigative failures to prosecutors, defense attorneys, coroners, and law enforcement professionals nationally and internationally.

## The Recognition, Impact and Avoidance of Criminal Investigative Failures

A criminal investigative failure can be defined as an unsolved crime or one that was incorrectly solved, i.e. a wrongful conviction. While most people tend to have confidence in the fairness and competence of the criminal justice system, it has been increasingly clear that innocent people are sometimes arrested, prosecuted and convicted.

---

[1] Wright, J.A., Burgess, A.G., Burgess, A.W., Laszlo, A.T., McCrary, G.O., Douglas, J.E., (1966) *A Typology of*

[2] Douglas, J., Burgess, A.W., Burgess, A.G, Ressler, R.K. (Eds.). (1992) *Crime Classification Manual; A Standard System for Investigating and Classifying Violent Crimes:* New York: Lexington Books,

[3] Rossmo, K. (Ed) (2009) *Criminal Investigative Failures:* New York: CRC Press;

The rate of error is difficult to determine and ranges from 0.5% for all felonies[4] to 5% for murder and sexual assaults[5]. The National Academy of Sciences estimates that at least 4.1% of defendants sentenced to death in the United States between 1973 and 2004, were wrongfully convicted.[6] While the breadth and depth of all of these problems are not yet fully known, there have been over 2,000 exonerations of wrongfully convicted individuals since 1989 as documented by the National Registry of Exonerations.[7]



EXONERATIONS BY YEAR: DNA AND NON-DNA

National Registry of Exonerations
1/4/2019 Total = 2363

— DNA (482)          — non-DNA (1881)          — Total (2363)

Roll cursor over the graph to see totals for each year. *National Registry of Exonerations: public use permitted.*

Numerous stakeholders in the criminal justice system have embraced this reality and are working to understand how and why investigations fail so that the causes and risk factors can be identified in order to both prevent future injustices and correct those that have occurred. The National Institute of Justice (NIJ)has noted that, "Confidence in our nation's criminal justice system rests on several core beliefs: First, that most justice work is routine, following a fairly prescribed path that renders error a rarity. Second, that in the rare instance when a mistake does occur, it is typically a clear case of negligence or

---

[4] Huff, C. R., Rattner, A., & Sagarin, E. (1996). *Convicted but innocent: Wrongful conviction and public policy.* Thousand Oaks, CA: Sage.

[5] Roman, J., Walsh, K., Lachman, P., & Yahner, J. (2012). Post-conviction DNA testing and wrongful conviction. Washington, DC: Urban Institute.

[6] Samuel R. Gross, Barbara O'Brien, Chen Hu, Edward H. Kennedy *Rate of False Convictions in capital cases;* Proceedings of the National Academy of Sciences May 2014, 111 (20) 7230-7235; DOI:10.1073/pnas.1306417111

[7] http://www.law.umich.edu/special/exoneration/Pages/ExonerationsBefore1989.aspx

misconduct, and 'the system' readily detects and fixes it through its many separate (and characteristically adversarial) components, which 'backstop' each other. Finally, when an error occurs, we believe that there are processes in place to make sure that type of error will never happen again. The problem is that these beliefs may be largely unfounded."[8] Efforts to understand and address these issues from a law enforcement perspective are on going. In 2012, the International Association of Chiefs of Police gathered 75 subject matter experts to create a national strategy to prevent and reduce wrongful convictions.[9] Additionally, numerous prosecutors' offices have established conviction integrity units to address these issues and, of course, innocence projects are in place throughout the United States and around the world.[10]

The NIJ has also initiated a sentinel events review approach, similar to those used to study errors in the aviation and medical professions. A sentinel event in the medical community is referred to as an iatrogenic incident, i.e. an illness or injury caused by medical treatment or intervention. Sentinel events within the criminal justice system are injuries or injustices caused not by the offender, but by errors in the criminal justice system. They could be, "….the conviction of an innocent person, a police-citizen encounter that unexpectedly turns violent, the release from prison of a dangerous person, or even a 'near miss' that could have led to a bad outcome had it not been caught in time."[11] Investigative failures could also include unsolved crimes, wrongful arrests, and unjust acquittals.

While forensic science techniques like DNA have been a revolutionary development in the identification of guilty offenders, they have also unmasked the reality of wrongful convictions. However, non-DNA exonerations continue to outpace DNA exonerations. Most detectives are competent, dedicated professionals who want to solve their cases and arrest the right people. "*So what causes a major crime investigation to*

---

[8] National Institute of Justice (2014) *Mending Justice: Sentinel Event Reviews;* U.S. Department of Justice

[9] https://www.theiacp.org/resources/national-summit-on-wrongful-convictions-building-a-systemic-approach-to-prevent-wrongful

[10] http://innocencenetwork.org/members/

[11]Ritter, N. *Testing a Concept and Beyond: Can the Criminal Justice System Adopt a Nonblaming Practice?"* NIJ Journal NO. 276 December 2015 NCJ 249220

*fail or a criminal prosecution to focus on an innocent person? The answer lies primarily in the subtle traps and hazards that can make the process go awry. Some of the brightest scientists, judges, and detectives have fallen victim to these pitfalls. No one is immune. Researchers in the fields of cognitive psychology, forensic statistics, intelligence analysis, law, and the philosophy of science, however, have suggested some possible explanations, often grouping them into the three areas of cognitive biases, probability errors and organization traps. Like cascading failures in airplane crashes, an unsuccessful investigation often has more than one contributing cause.*[12] While there are numerous contributing factors that contribute to wrongful convictions, this report will focus on those subtle traps and hazards known to ensnare investigators and mislead investigations.

## Investigative Failures

Errors in investigators' thinking are a root cause of investigative failures. They occur not because we are stupid, but because we are human. Because most mistakes are honest errors, well-intentioned, and consistent with customary practices and seemed sound at the time, it is important to examine how these occurred so that they can be avoided in the future. Common investigative traps include incomplete analysis; errors in logic; a rush to judgment; organizational momentum; ego (personal and institutional) and numerous cognitive biases.

The pressure to quickly identify, arrest, prosecute and convict violent offenders is not always conducive to maintaining a healthy skepticism of purported evidence and the overall trajectory of an investigation that is necessary to ensure the integrity of an investigation. This highly pressurized environment makes cases more vulnerable to errors in thinking, resulting in unsolved cases or, in a worse case scenario, leading to wrongful convictions. *"Particularly in high profile cases, the criminal investigation process is under continuous scrutiny from victims, the media, and governing body officials. In this environment law enforcement investigators still*

---

[12] Rossmo, K.D. *Criminal Investigative Failures; Avoiding the Pitfalls;* FBI Law Enforcement Bulletin, September 2006, vol. 75, No.9

*need to be thorough and self-critical in each step of the investigative process.*
*Hurrying that process may reduce careful evaluation of each element of the case,*
*allowing for premature acceptance of inaccurate information as fact.*"[13]

From the first exposure to a crime scene, an investigator begins to construct
a story, narrative or hypothesis about the crime. This narrative frames or defines
how the crime was committed and is born from the union of the chaos that is the
crime scene as well as the models and mindsets of the investigators. Framing can
create a perilous sway as once investigators have classified the crime and created a
narrative, it fundamentally alters how they perceive the crime from that point
forward, jeopardizing objectivity. What follows is unconscious psychological
pressure to look for that evidence that fits within the frame and to reject evidence
that does not. This makes investigators increasingly vulnerable to a host of other
cognitive biases. The investigation then becomes an exercise in validating the
dominant hypothesis rather than a search for the truth.

Once a hypothesis becomes fixed, it creates organizational momentum, which,
like an avalanche, gains enough force to crush anything in its path. "*It is difficult for*
*investigators to redirect their focus from an established theory of a crime, or a*
*particular suspect, especially if the organization has to then publicly admit it was*
*wrong.*"[14]

Cognitive biases such as tunnel vision, confirmation bias, anchor traps, and
groupthink are among the subtle hazards and traps that commonly cause
investigators to make avoidable mistakes and jeopardize the successful resolution of
their investigation. Unlike airplane crashes or building collapses where exhaustive
efforts are made to understand what went wrong, criminal investigative failures are
rarely examined, and, therefore, these biases often remain undetected. Our only

---

[13] IACP Report on Wrongful convictions 2013

[14] Rossmo, K. D. (October 10, 2009) Failures in Criminal Investigation. *Police Chief Magazine*

chance of avoiding becoming ensnared in these traps and hazards is to recognize them and understand how they work against us.

Tunnel vision is a narrow focus that unduly limits the range of alternatives. It is insidious and can result in the elimination of other suspects who should be investigated. This is especially true if investigators move prematurely from an evidenced-based investigation to a suspect-based investigation. Satisficing is a cognitive heuristic, or short cut, wherein the first identified alternative that appears good enough is selected. "This heuristic might work well for simple errands, such as buying a hammer, but they are ill suited to the task of solving complex investigations."[15] "Tunnel vision is insidious. It results in the officer becoming so focused upon an individual or incident that no other person or incident registers in the officer's thoughts. Thus, tunnel vision can result in the elimination of other suspects who should be investigated. Equally, events that could lead to the suspects are eliminated from the officer's thinking."[16] This is not a new phenomena as evidenced by the case of George Edalji. *"The police commenced and carried on their investigations, not for the purpose of finding out who was the guilty party, but for the purpose of finding evidence against Edalji, who they were already sure was the guilty man."*[17] The Edalji case was a factor in the creation of England's Court of Criminal Appeal in 1907. To this day, tunnel vision remains, *".....a leading cause of wrongful convictions."*[18]

The IACP acknowledges that, *"In some instances, when law enforcement investigators have identified a particular suspect, they can lose their objectivity even when faced with contradictory evidence....investigators may not listen as carefully to new witnesses, seek out information on other possible suspects, or be skeptical of*

---

[15] Rossmo, K.D. *Criminal Investigative Failures; Avoiding the Pitfalls;* FBI Law Enforcement Bulletin, September 2006, vol. 75, No.9

[16] Cory, P. De C. *2001) *The inquiry regarding Thomas Sophonow.* Winnipeg: Queens Printer

[17] *The Case of George Edalji: Commission of Inquiry, 1907, as summarized by commission member Dr. Arthur Conan Doyle*

[18] FTP Heads of Prosecutions Committee Working Group, 2004, s.4

*apparent shortcomings in the evidence that they have developed. Investigators and their supervisors must continue to keep an open mind and pursue all relevant leads, even if they believe they have the correct suspect."[19]*

Premature closure, which is closely associated with tunnel vision, results when investigators make early judgments about the resolution of their case and then defend those initial judgments tenaciously, limiting the scope of the investigation.[20] Getting locked into a mindset is a consistent thread in analytical and investigative failures. Belief perseverance, the stubborn embrace of a belief in the face of disconfirming evidence, and tunnel vision are both closely related to n bias.

Confirmation bias is a type of selective thinking in which an investigator is more likely to notice or search for evidence that confirms his/her investigative theory while ignoring or refusing to search for contradicting evidence. It results in a biased interpretation of existing evidence, i.e. supporting evidence is taken at face value while contradicting evidence is skeptically scrutinized. We also tend to remember those things that support what we believe while dismissing those which disconfirm the dominant investigative theory.

Working hand-in-hand with confirmation bias is hindsight bias, which is sometimes referred to as the " I knew-it-all-along effect." Hindsight bias is a well-known psychological phenomenon that describes the strong tendency to use information obtained after an event to conclude that the eventual outcome was inevitable or more predictable than objectively warranted. *"In criminal cases, once the police and prosecutors conclude that an individual is guilty, hindsight bias would suggest that the suspect was an obvious and inevitable suspect from the beginning. In hindsight, evidence against that individual is enhanced. That hindsight assessment in turn reinforces the commitment to focus on that person as the culprit."[21]* This

[19] IACP Report on Wrongful convictions 2013 Pg. 6

[20] Stelfox, P., & Pease, K. (2005) Cognition and detection: Reluctant bedfellows? In M. J. Smith & N. Tilley (Eds.) *Crime science: New approaches to preventing and detecting crime* (pp. 197-207)

[21] https://media.law.wisc.edu/m/2zdd2/wrongful_conviction_-_encyclopedia_of_psychology_and_law.pdf

tendency is amplified when either no alternative explanation for the crime or alternate suspects have been offered for consideration.

Anchor traps occur when "*a person does not consider multiple possibilities, but firmly latches on to a single one, sure that he has thrown his anchor down just where he needs to be. You look at your map, but your mind plays tricks on you (confirmation bias), because you see only the landmarks you expect to see and neglect those that should tell you that in fact you're still at sea. Your skewed reading of the map 'confirms' your mistaken assumption that you have reached your destination.*"[22]

This problem arises most frequently in criminal investigations when investigators label or frame a crime prematurely or prematurely move to a suspect driven investigation based on incomplete evidence, inaccurate assumptions, faulty beliefs or untested hypotheses. The investigation then becomes an exercise in validating the dominant hypothesis rather than a search for the truth. This often leads to belief perseverance and motivated reasoning which is the how people convince themselves to remain convinced of what they want to believe. Ironically, this can occur even, or especially, when confronted with clear counterfactual evidence. The reason people double down on an existing belief when faced with counterfactual evidence is that it resolves the discomfort of cognitive dissonance and almost always helps maintain a positive self-image. It occurs when the need to believe is so important that it outweighs and negates the ability to accept the truth, often seeing a pattern where none exists.

The "Texas sharpshooter fallacy" is the name epidemiologists have given to the tendency to assign unwarranted significance to random data by viewing it "*post hoc*" in an unduly narrow context. It is derived from the story of a legendary Texan who fired his rifle randomly into the side of a barn and then painted a target around each of the bullet holes. When the paint dried, he invited his neighbors to see what a

---

[22] Goopman, J. (2007) Pg. 65 *How Doctors Think*. New York; Houghton Mifflin in D.K. Rossmo (Eds.) *Criminal Investigative Failures* (pp 175) Boca Raton, London, New York (2009) CRC Press.

great shot he was. The neighbors were impressed: they thought it was extremely improbable that the rifleman could have hit every target dead center unless he was indeed an extraordinary marksman and they therefore declared the man to be the greatest sharpshooter in the state. Of course, their reason was fallacious. Because the sharpshooter was able to fix the targets after taking the shots, the evidence of his accuracy was far less probative than it appeared.[23] In criminal investigations random, unrelated events can be wrongfully interpreted as an evidentiary pattern and appear far more probative than they really are. Coincidences should not be confused with patterns.

"Skeptics often say they do not believe in coincidences. However, when looking for patterns, coincidences are inevitable. For example, the well-known comparison of Presidents Kennedy and Lincoln:

- Abraham Lincoln was elected president in 1860, John F. Kennedy in 1960.
- The surnames of Lincoln and Kennedy each contain seven letters.
- Both presidents were particularly concerned with civil rights.
- Both men lost children while in the White House.
- Both men were shot on a Friday.
- Both men were shot in the head.
- Both presidents were succeeded by Southerners named Johnson.
- John Wilkes Booth ran from the theater and was caught in a warehouse, while Lee Harvey Oswald ran from a warehouse and was caught in a theater.
- Booth and Oswald were both assassinated before their trials.

What do these remarkable similarities mean? The answer is nothing. They are strictly the product of chance. These particular comparisons have been cherry picked. Only the similarities – not the differences – have been listed. For example, Lincoln was assassinated in April 1865 and Kennedy in November1963.

---

[23] Thompson. W.C. (2009) Painting the target around the matching profile: the Texas sharpshooter fallacy in forensic DNA interpretation. *Law, probability and Risk vol. 8, 257-276*

Abraham has seven letters, John only four, and so on. Efforts to solve a crime by "working backward" (i.e. from the suspect to the crime, rather than from the crime to the suspect) are susceptible to errors of coincidence. If you look hard enough, you can usually find some sort of connection."[24] Coincidences are random events and typically lack the necessary diagnosticity to be relied upon as evidence.

Ego, both personal and organizational, can prevent investigators from adjusting to new information or seeking alternative hypothesis or explanations for known events. Fatigue, overwork and stress can negatively impact investigative decisions and tiredness dulls even sharp minds, and fatigued individuals tend to engage in what has been termed "automatic believing."

"'Groupthink' is a common factor seen in investigative failures. 'Groupthink' is the reluctance to think critically and challenge the dominant theory (no one wants to tell the emperor he has no clothes). It occurs in highly cohesive groups under pressure to make important decisions."[25] The main symptoms of groupthink are:

- ➢ Belief in the morality of the group's purpose and the illusion of invulnerability
- ➢ Group rationalization and the discrediting of warning signs.
- ➢ Demonizing out-groups as being too weak, stupid or evil to deal with
- ➢ Pressure to conform
- ➢ Information gathered selectively
- ➢ Outside opinions are either not sought or they are rejected
- ➢ Hypotheses are not challenged nor critically assessed
- ➢ Alternatives are not examined

---

[24] D.K. Rossmo (Eds.) *Criminal Investigative Failures* (Pps. 36-37) Boca Raton, London, New York (2009) CRC Press
[25] IBID Pp. 28

Groups who become ensnared in groupthink tend to justify irrational or poor decisions, see their decisions and actions as highly moral, and reject those who dissent or have a different point of view. *"They neglect to assess critically their ideas and examine few alternatives, if any...For these reasons, groupthink can be a disaster in a major crime investigation."[26]*

Hindsight bias is another well known psychological

## Conclusion

It is a capital mistake to theorize before one has data. Insensibly one begins to twist facts to suit theories, instead of theories to suit facts. (Sherlock Holmes, *A Scandal in Bohemia*)

Solving a major crime perpetrated by an unknown offender can be a challenging and arduous task. Pressure to obtain quick results can undermine the primary function of the criminal investigation process, which is to seek the truth. Too often these pressures result in an errant rush to judgment about the nature of the crime or the identity of a "prime suspect" leaving investigators vulnerable to a host of other subtle traps and hazards that can lead an investigation astray.

The common scenario documented in many investigative failures begins when investigators believe that they know the identity of the suspect prior to completing a thorough investigation and sometimes without having conducted any investigation at all. This premature closure results in tunnel vision on one suspect to the exclusion of every other suspect and improperly moves the investigation from an evidence-based investigation to one that is suspect-driven. Investigators then work backwards by constructing a false narrative as to how the suspect must have committed a crime. Confirmation bias then sets in as investigators search for evidence that confirms their false narrative while ignoring or refusing to search for contradicting evidence. As groupthink permeates the investigators' thinking,

---

[26] D. Kim Rossmo; Criminal Investigative Failures: 2009, Taylor and Francis Group
Boca Raton, FL p. 29

information that supports the false narrative is accepted at face value while contradicting evidence is either ignored or not even sought. This approach directly violates the proper method for conducting a criminal investigation, which is to construct alternative competing hypothesis or narratives, including alternative suspects, and then compare the existing evidence to the competing narratives to determine which is best supported by that evidence.

As noted, this scenario is not simply theoretical but has been documented in numerous cases of wrongful convictions. For example, in the "Central Park Five" case in New York City, five teenagers were immediately determined to be the prime suspects in the brutal rape of a jogger even though there was no independent verifiable evidence that linked them to the crime. Instead of conducting a full field, comprehensive, investigation, detectives focused exclusively on these suspects, extracted false confessions from them thereby confirming the detectives' false narrative that they were guilty. They were exonerated in 2002 by the Manhattan district attorney's office when DNA and other evidence led to the identification of the actual offender.

I testified in the "Norfolk Four" case in Virginia wherein four U.S. Navy sailors were wrongfully convicted of the rape and murder of another sailor's wife. In spite of the fact that the Norfolk Police Department and the district attorney's office was prosecuting another individual named Omar Ballard for rapes and assaults on women not only in that area, but in the very apartment building where this rape murder occurred, they never considered him a suspect as they had developed tunnel vision on the innocent sailors. Only after the sailors had spent years in prison was Omar Ballard's DNA compared with the DNA from the crime scene. When it matched, Virginia authorities remained convinced of the sailors' guilt and created another false narrative that purported the sailors, along with Ballard, committed this brutal murder, even though Ballard was a complete stranger to the sailors. U.S. District Judge James Gibney Jr. ruled that, "by any measure," the evidence showed that the sailors were innocent and that the evidence showed that, "no sane human

being" could convict them. There are many other such cases too numerous to mention in this report that follow the same pattern including the Greg Taylor case in North Carolina, the Matt Livers case in Nebraska and the Thaddeus Jimenez case in City of Chicago.

"*It's how we deal with mistakes, especially in the criminal justice system where people's lives are on the line, that really separate law enforcement officers who are about closing cases and preserving convictions, from those who realize the job is about justice and the truth.*"[27]

Sincerely,

Gregg O. McCrary
Behavioral Criminology International

---

[27] Steven Drizin, Legal Director, Northwestern University's Center for Wrongful Convictions

 BEHAVIORAL CRIMINOLOGY *International*

**GREGG O. McCRARY**
SUPERVISORY SPECIAL AGENT
F.B.I. (RETIRED)

11402 SEYMOUR LANE
SPOTSYLVANIA, VIRGINIA 22551

TELEPHONE 540-972-2835
E-MAIL GREGGMCCRARY@GMAIL.COM

**JAMES J. McNAMARA**
SUPERVISORY SPECIAL AGENT
F.B.I. (RETIRED)

44 MINE ROAD
SUITE 2, NUMBER 175
STAFFORD, VIRGINIA 22554

TELEPHONE 540-288-8825
E-MAIL JJMCNAMARA75@GMAIL.COM

**GREGG O. McCRARY**
**SUPERVISORY SPECIAL AGENT**
**FEDERAL BUREAU OF INVESTIGATION (RETIRED)**
**NATIONAL CENTER FOR THE ANALYSIS OF VIOLENT CRIME**
**FBI ACADEMY QUANTICO, VIRGINIA, USA**

**EDUCATION**
Bachelor of Fine Arts Degree, Ithaca College, Ithaca New York, 1967
Graduate studies, Criminal Justice, Long Island University 1975-1976
Additional Graduate studies at University of Virginia 1989-1990
Master of Arts in Psychological Services, Marymount University Arlington, VA 1992

**EMPLOYMENT**
Federal Bureau of Investigation, Special Agent (1969-1994)
Threat Assessment Group (1995-1997)
Behavioral Criminology International (1997-Present)

*Independent Contractor for:*

- Park Dietz and Associates, Newport Beach, CA
- Threat Assessment Group, Newport Beach, CA
- Judges for Justice

*Faculty and Research Positions:*

- Adjunct Professor of Forensic Psychology and Criminal Justice
  Marymount University, Arlington, Virginia
  Forensic and Legal Psychology Program (Graduate Level)

- Research Fellow Texas State University; Center for Geospatial Intelligence and
  Investigation; Department of Criminal Justice

**SPECIALIZED TRAINING**
FBI In-Service Training:

Selective Operations Seminar (1978)
Drug Enforcement Administration Training (1979)
Labor Racketeering (1980)
Special Weapons and Tactics (1980)
Expert Firearms and Defensive Tactics Instructors School (1981)
Crisis Management (1981)
White Collar Crime/Fraud (1982)
Profile/NCAVC Coordinator (1985)
Narcotics Raid Planning (1986)
Advanced Profile/NCAVC Coordinator (1987)
Criminal Sexuality Instructor (1987)
Arson Investigation (1988)
Advanced Criminal Sexuality Instructor (1991)
Advanced Violent Crime Investigators Seminar (1992)

**OTHER TRAINING**

- Basic and Advanced Forensic Pathology
  Armed Forces Institute of Pathology (1988)
- Reid School of Interview and Interrogation (1988)
- Black Belt Instructor Shorinjii Kempo (1984)
- Brown Belts in Judo and Aikido (1973-79)
- Scientific Content Analysis by Avinom Sapir Rockville, MD (1991)
- International Conference on Violent Crime, September 13-17, 1999, Barrie, Ontario
- Psychopathy and Crime: Dr. Robert D. Hare, FBI Academy, Quantico, Virginia (1999)
- International Homicide Investigators Seminar September 18-22, 2000, FBI Academy
- ICIAF training, Key West Florida May 20-24,2001
- ICIAF training, Barre, Ontario, September 25-28, 2001
- CPTED Certification: National Crime Prevention Institute: University of Louisville
  October 8-12, 2001
- Institute of Law Psychiatry and Public Policy, University of Virginia: Assessing Criminal
  Behavior: The Importance of How the Crime was Committed September 26, 2003
- Reading People: Risk of Violence Predictions. October 12-14, 2005
- APA Seminar on False Confessions, San Francisco, CA August 19, 2007
- Youth and Young Adults: Violence Risk Assessment, Prevention and Threat
  Management; San Diego, CA January 22-25, 2008
  - "The Structured Assessment of Violence Risk in Youth (SAVRY)"
  - "Assessing Risk of Juvenile and Young Adult Violence"
  - "Suicide Risk Assessment in Youth and Young Adults"
  - "Schools at Risk: Managing Bullying, Gangs and Violent Females"
  - "School Violence Threat Management"
  - "Pathways from Childhood Aggression to Adolescent Violence"
  - "Adolescent and Young Adult Mass Murder: Assessment and Management of
    Catastrophic Risk

- ICIAF training, Forsyth, Georgia, June 9-13, 2008. Crime Scene Reconstruction (Post Certified)
- American Psychology and the Law Society (AP-LS); March 5-7 San Antonio, Texas; False Confessions; Eyewitness Fallibility; SVP's and Sex Offender types, Child Molesters, Pedophiles and Pornography; Use of Informants
- Institute of Law, Psychiatry and Public Policy, University of Virginia, Charlottesville, VA. April 17, 2009; *Risk assessment of Sexually Violent Predators: Paraphilias, NOS – Rape and Coercion. – Current Controversies*
- Institute of Law, Psychiatry and Public Policy, University of Virginia, Charlottesville, VA. April 24, 2009; *Assessing Malingering and Waiver of Miranda Rights. Implications for criminal and civil litigation*
- ICIAF training, Myrtle Beach, FL May 3-7, 2010: *Violence Progression in Paraphilics: False allegations; Sexual Homicide; Serial Murder; Victims' Reaction to Sexual Violence.*
- Crimes Against Children Conference, Dallas, Texas August 9-12, 2010
- *Assessing Risk for Violence in Juveniles*: University of Virginia, Institute of Law, Psychiatry and Public Policy, February 25, 2011.
- *Advanced: Police Custody and Interrogation of Juveniles.* University of Virginia, Institute of Law, Psychiatry and Public Policy, November 4, 2011.
- *American Society of Criminology* Round Tables on Criminal Investigative Analysis and Wrongful Convictions. Washington, DC November 17-18, 2011
- *Master Class; Investigative Interviewing* using PEACE model; International Investigative Interview Research Group (iIIRG) Toronto, Ontario, Canada May 22-23 2012
- *ICIAF Conference* Forsyth, GA September 10-14, 2012; Psychopathy and advances in Crime Analysis.
- *TAG Seminar*, Washington DC; September 16-17, 2013:

  - ➢ Principles of Workplace Violence Prevention
  - ➢ Safe Hiring
  - ➢ Assessing and Managing Workplace Threats
  - ➢ Personality Disorders and Workplace Violence
  - ➢ Mental Illnesses and workplace Violence
  - ➢ Domestic Violence and the Workplace
  - ➢ Stalking and Cyberstalking
  - ➢ Safe Termination of End Stage Employees
  - ➢ Problematic Former Employees
  - ➢ Protection of Targeted Victims
  - ➢ Active Shooter Situations
  - ➢ International Issues

- ICIAF Training FBI Academy, Quantico, VA May 12-16, 2014

  - ➢ Lone Wolf Terrorism
  - ➢ Interview/Interrogation
  - ➢ Criminal Investigative Failures

- ICIAF Training, FBI Academy, Quantico, VA June 13-17, 2016
  - ➢ Arson and Bombing
  - ➢ Contemporary Terrorism Issues
  - ➢ Cognitive Biases and Investigative Failures

- Institute of Law, Psychiatry and Public Policy, University of Virginia
  - ➢ Assessing the Risk For Violence in Clinical Practice: September 11, 2017

- ICIAF Training, FBI Academy, Quantico, VA September 25-29, 2017
  - ➢ Homicide and Suicide Research – Dr. James Knoll
  - ➢ Equivocal death analysis – Dr. Michael Davis
  - ➢ Threat and Risk of Violence Assessments – Ron Tunkel

- ICIAF Training, FBI Academy, Quantico, VA September 24-28, 2018
  - ➢ Rapist Typology Dr. Michael Davisbehavior
  - ➢ Pathways to Extreme Violence – Dr. Park Dietz
  - ➢ Digital Criminalistics to Understand Offender – SSA David Daniel
  - ➢ Behavioral Threat assessment – Matthew Doherty and Hillard Heintze

## MAJOR PRESENTATIONS

Charles O. Bick College
Toronto, Ontario Canada 1986

State University College at Brockport, NY (1987)

Five State Peace Officers Association
Woodward, Oklahoma October 12-14, 1988

Bureau of Criminal Apprehension
St. Paul, Minnesota February 6-8, 1989

Harvard Associates of Police Science
University of Maryland Medical School
Chief Medical Examiner's Office
Baltimore, MD 1989

First Annual Governors' Conference on Violent Crime
Myrtle Beach, South Carolina
May 18, 1989

International Criminal Investigation and Training Program (ICITAP)
Criminal Investigative Analysis
Belize, Central America
Principal Instructor August 18-26, 1989

University of Virginia
Institute of Psychiatry and the Law
Featured Speaker 1989

Metropolitan Toronto Police
Principal Instructor; Criminal Sexuality Seminar 1990

Colorado Association of Sex Crime Investigators
Glenwood Springs, Colorado ; Principal Instructor May 15-18, 1990

Ontario Police College
Alymer, Ontario
Criminal Sexuality Seminar May 21-24, 1990

Southeastern Association of Criminal Investigators
Criminal Sexuality Seminar -Principal Instructor -Tampa, Florida September 15-20, 1990

Featured Speaker at Homicide Symposium,
Crime Scene Analysts Conference and King

County Police Sex Crime Investigators Training
Seattle, Washington

Olympia, Washington
Yakima, Washington May 6-10, 1991

New York City Police
Advanced Homicide Detective Training
Featured Speaker May 1991
New York, NY

FBI National Academy Retraining Seminar
Violent Crime
Rochester, New York, June 23-26, 1991

Marymount University
Psy Chi National Honor Society for Psychology
Guest Lecturer "Inside the Violent Mind".
Arlington, VA - October 1, 1991

FBI National Academy European Chapter
Violent Crime Investigation
Brussels, Belgium November 1992

First International Symposium on Criminal Investigative Analysis Principal Instructor and
Coordinator, Vienna, Austria - October 1993

Policia Judiciare
National Police Academy of Portugal
Investigating Violent Crime
Principal Instructor
Lisbon, Portugal - November 1993

Cuerpo Nacional De Policia
National Police Academy of Spain
Investigating Violent Crime
Principal Instructor Avila, Spain - December, 1993

Hungarian National Police
Investigating Violent Crime
Principal Instructor
Budapest, Hungary - June 1994

French National Police
Investigating Violent Crime
Principal Instructor - Paris, France - June 1994

California District Attorney's Association
10th Annual Homicide Symposium
San Diego, California: January 1995

Defense Research Institute
Premise Liability re Violent Crimes
Boston, Massachusetts
May 25-26, 1995

Pacific Coast Labor Law Conference
Seattle, Washington
Workplace Violence Prevention
June 7-9, 1995

Grand Rounds
University of Virginia Medical School
Charlottesville, Virginia
November 8, 1995

Center for the Study of the Mind and Human Interaction
University of Virginia
Charlottesville, Virginia - January 17, 1996

Defense Research Institute
Premises Liability for Violent Crimes  San Diego, California  March 27-29, 1996

Association of Trial Lawyers of America
Premises Liability for Violent Crimes
Mega Seminar

Las Vegas, Nevada
February 1997

Defense Research Institute
Premises Liability for Violent Crimes
New Orleans, Louisiana: April 10-11, 1997

FBI
National Academy
International Retraining Symposium
Burlington, Ontario Canada
July 14 - 15, 1997

Northeastern Association of Forensic Scientists
White Plains, New York
October 17, 1997

Employers Reinsurance Corporation
Violent Crime Seminar
San Francisco, CA
Oct. 27, 1997

Atlanta Apartment Association
Premises Liability - Violent Crime Seminar
Atlanta, Georgia, May 20, 1998

"The Violent Mind"
Nova Southeastern University
(APA accredited)
Ft. Lauderdale, Florida
June 20 - 21, 1998

Association of Trial Lawyers of America
Inadequate Security Litigation Group
National Convention
Washington, D.C. - July 13, 1998

Institute of Continuing Legal Education in Georgia
Premises Liability-Violent Crime Seminar
Atlanta, Georgia – November 5, 1998

Annual Claims Exposition & Conference
Premises Liability – Violent Crime Presentation
St. Louis, Missouri – November 13, 1998

Eastern Analytical Symposium
Criminal Profiling
Somerset, New Jersey – November 18, 1998

American Academy of Forensic Sciences
Panel Member
Suicide and Equivocal Death Investigations
Orlando, Florida – February 15, 1999

Nova Southeastern University
The Violent Mind (APA Accredited)

Orlando, Florida - February 27-28, 1999
Miami, Florida – May 15-16, 1999

Burns International Security Seminar
Las Vegas, Nevada; September 13-15, 1999

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Workshop
University of New Haven  January 11-13, 2000

Northern California Fraud Investigator's Conference
Monterey, California
April 11, 2000

Institute of Continuing Legal Education
Atlanta, Georgia
Premise Liability and Violent Crime – November 3, 2000

University of Virginia
Critical Incident Analysis Group
Religious Violence/Waco
November 14, 2000

California State Hospital at Atascadero
Presentation to Staff re Violent Sex Offenders
May 9-11, 2001

Marymount University
"The Violent Mind"
October 23, 2001

Institute for Continuing Legal Education
Atlanta, Georgia
Premise Liability and Violent Crime, November 2, 2001

DeSales University
Bethlehem, PA.
"The Violent Mind": November 14, 2001

Violence Risk Assessment through Crime Analysis
DC Superior Court Pre-Trial Services,
Washington, D.C.; December 6, 2001

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Workshop
University of New Haven
December 10-12, 2001

Homicide: Behaviors, Motives and Psychology:
A Gathering of Leading Experts
Monte Carlo Hotel
Las Vegas, Nevada
March 11-13, 2002

University of Paris
Institut de Criminlologie
Departement de Recherche
Premiere Conference Internationale
Sur L'Analyse Criminelle et le Profilage Criminel
391 Rue, de Vaugirard/75006 Paris, France
June 3-5, 2002

Conference of County Court Judges
Ft. Myers, Florida
Risk of Violence Prediction
July 12, 2002

Colorado Sex Crime Investigators Association
Aspen, Colorado
August 28-30, 2002

American University
Washington, D.C.
International Criminal Justice Seminar
September 6, 2002

Defense Research Institute
Sexual Torts: Rape and False Allegation of Rape
Hotel Del Coronado
San Diego, California
October 24-25, 2002

Canadian Association of Psychiatry and the Law (CAPL)
Annual Conference
Banff, Alberta Canada
October 31, 2002
Profiling and Crime Analysis:
Homicides, Sex Crimes and Other Crimes of Violence

A Program for Law Enforcement, Justice and Mental Health Professionals
Nova University, Ft. Lauderdale, Florida
November 8-9, 2002

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
January 6-9, 2003

American College of Forensic Examiners
National Conference; Scottsdale, Arizona
October 9-11, 2003 – Violent Female Offenders

Marymount University
Profiling and Beyond
December 6, 2003
Arlington, Virginia

Ithaca College
Ithaca, New York
Department of Psychology

FBI Profiling and the Criminal Mind
March 1, 2004

Nova University
Homicide Presentation for Law Enforcement
Miami, Florida
March 26, 2004

Nova University
Homicide Presentation for Law Enforcement
Las Vegas, Nevada
April 2, 2004

Markle Symposium
Henry Lee Institute of Forensic Science
Foxwood Resorts
Ledyard, Connecticut April 5-6, 2004

Advanced Markle Symposium
Cold Case Homicide Workshop
Henry Lee Institute of Forensic Science
University of New Haven
April 7-9,2004

Atascadero State Hospital
Presentation to staff re violent offenders
Atascadero, California
May 3, 2004

Public Defenders Service
Washington D.C.
Interview/Interrogation Techniques
Dynamics of False Confessions
May 17, 2004

Delaware State Police
10th Annual Homicide Conference
Dover, Delaware December 5-9, 2005

Nova South Eastern University
Ft. Lauderdale Florida
Crime Analysis and Criminal Profiling
January 21-22, 2006

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
April 24-27, 2006

International Association of Women Police
Saskatoon, Saskatchewan, Canada
September 19-21, 2006

Office of the Attorney General
State of California Department of Justice
Violent Crime Conference
Anaheim, California
December 12, 2006

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
January 22-26, 2007

American Psychological Association National Convention
Invited Speaker – Criminal Profiling: Using Psychology to Catch Criminals
San Francisco, California August 18, 2007

Florida State University– Criminal Investigative Analysis;
Panama City, Florida January 31, 2008

National Center for Missing and Exploited Children (NECMEC)
National Seminar, Alexandria, Virginia
Training - July 22-24, 2008 and October 15, 2008

State Bar of Georgia; Premise Liability and Violent Crime
CLE – October 30, 2008

June 15, 2011 – OCDETF Fusion Center, Virginia, Investigations (14 Federal Agencies)

September 13, 2011 – Boulder Colorado – Investigator's School

October 12, 2011 – Canadian Association of Psychiatry and the Law (CAPL) – *A Day in the Mind of a Murderer* (Accredited by the Canadian Royal College of Physicians and Surgeons and the Canadian Psychiatric Association)

October 17, 2011 – Regional Organized Crime Homicide Conference; Chattanooga, TN; Homicide presentation to 300 officers from 14 states.

November 4, 2011: *Advanced: Police Custody and Interrogation of Juveniles.* University of Virginia, Institute of Law, Psychiatry and Public Policy.

November 18, 2011: *American Society of Criminology*; National Symposium, Washington, DC; Panel participant discussing Crime Analysis and Criminal Investigative Analysis.

June 29, 2012 *American Professional Association on Abuse of Children (APSAC)* – 20th Annual Colloquium; Chicago, Illinois – Criminal Investigative Analysis and Failures

August 1, 2012 *College and University Police and Investigators Conference (CUPIC)* Fairfax, VA. – Criminal Investigative Analysis and Failures

October 29, 2012, *Elon University, Elon, N.C.* Criminal Investigative Analysis and Failures

February 27, 2014 – Institute of Law, Psychiatry and Public Policy, University of Virginia, Juveniles in the Criminal Justice System: Best Investigative Practices.

March 7-8, 2014; Training for homicide investigators from the Massachusetts State Police, Boston Police and prosecutors from the Suffolk County, Mass. District Attorneys' Office re Best Practices for investigations.

September 19, 2014 – Law Enforcement Conference, DeSales Univeristy.

November 3-6, 2014 Smokey Mountain Law Enforcement Conference, Gatlinburg, TN

May 13-14,2016 – International Academy of Investigative Psychology, New York City
Cognitive Biases; Noble Cause Corruption and Investigative Failures

June 16, 2016 – ICIAF: FBI Academy, Quantico, VA
Cognitive Biases; Noble Cause Corruption and Investigative Failures

October 4th and 6th,2016 - Stockholm, Sweden, Swedish Police Authority (Polisen)
Cognitive Biases; Noble Cause Corruption and Investigative Failures

July 24-27, 2017 – NIST/FBI International Forensic Science Error Management Symposium,
Gaithersburg, MD

October 30, 2017 – Pennsylvania State Coroner's Association – Equivocal death and
investigative failures

April 4, 2018 – Texas State University, Department of geospatial intelligence and criminal
justice, San Marco, Texas – Crime analysis

April 9-10, 2018 – Center for American and International Law, Plano Texas.  Establishing
Innocence or Guilt:  The Reliability of Convictions.

June 4-5, 2018 University of Virginia Law School; ILPPP Presentation of False Confessions.

August 7, 2018 Collin County Texas District Attorney's Office –Criminal Investigative Failures,
Impact, Recognition and Avoidance

August 29-31, 2018 – Center for American and Internal Law - Criminal Investigative Failures,
Impact, Recognition and Avoidance

## OPERATIONAL SUPPORT OF MAJOR INVESTIGATIONS

Agent McCrary has been a consultant to law enforcement agencies both nationally and
internationally in over 1000 cases involving sexual homicide, serial murder, rape, arson, child
abduction, child molestation, threat assessments and other violent crimes.

October 24, 1987  On-site consultation, Toronto, Canada re the homicide of Margaret
McWilliams

November 9-11, 1988  On-site consultation, Little Rock, Arkansas re the abduction of infant
Christopher Michael Jones from a hospital.

November 21-23, 1989  On-site consultation, Toronto, Canada, re "The Scarborough Rapist"

January 12, 1989  On-site consultation with the Massachusetts State Police, New Bedford, Mass.
re serial murder of prostitutes.

February 7, 1989  On-site consultation, prosecutive strategy re John William Doughty
(kidnapping and attempted murder) St. Paul, Minnesota

April 26, 1989  On-site New Bedford, Massachusetts re serial killing of prostitutes.

April 27, 1989  On-site consultation re sexually sadistic rapist; Waterford, Connecticut
November 3-8, 1989

On-site consultation with Royal Bahamian Police re a serial murder investigation November 12-18, 1989 ICITAP presentation and case consultation in San Jose, Costa Rica.

December 13-15, and 27-29, 1989  On-site consultation re serial killings of prostitutes, Rochester, New York.

December 26, 1989   On-site Consultation re mass murder of Harris Family, Ithaca, NY

September 4-6, 1990   Newark, New Jersey Multi-agency meeting re Eric Napoletano serial murder investigation.

January 9-11, 1991   Suffolk County New York Police, Kathy Woods Homicide

April 22-23, 1991  Multi-jurisdictional task force re Peter Stark, suspected serial killer, Province of Ontario, Canada

August 27-29, 1991  Phoenix, Arizona re the murders of nine individuals in a Buddhist Temple.

September 24-26, 1991  Greenville South Carolina State Organization of Victim's Assistance Multi-State Conference and case consultation with SLED re serial rapist

October 16-22, 1991 Vancouver, BC  On-site consultation re a series of sexual homicides.

November 5-8, 1991 Charleston, SC consultation re a series of rapes (The North Charleston Rapist).

March 18, 1992 - April 3, 1992  On-site consultation re murder of FBI Agent Stanley Ronquist - Kansas City, Kansas

May - June of 1992
At Morristown, New Jersey re kidnapping of Sidney J. Reso, President of Exxon International

August 1992  Dr. Ernst Geiger and Magistrate Thomas Mueller, Vienna Austria re serial murder investigation (Signature Crime Analysis).

October 1992  Leslie Mahaffey, Kristen French homicides - Project Green Ribbon - St. Catherine's, Ontario Canada.

November 1992, at Brussels Belgium and Amsterdam for FBINA presentation and case consultation re serial child molester.

March-April 1993 - At Waco, Texas re Branch Davidian standoff

May 1993 - At Vienna, Austria with Dr. Geiger and Thomas Mueller re three additional homicide cases

November 1993 - At Lisbon, Portugal re a serial murder investigation

December 1993 - At Avila, Madrid and Barcelona, Spain re unsolved homicide and serial rape investigations

December 1993 - At Babenhausen, Germany re abduction and sexual homicide of a two-year-old female.

March 1994 - In Florida and Alabama re Frank Potts serial murder investigation

March of 1994 - In Mexico City assisting Mexican authorities re assassination of Presidential Candidate Luis Donaldo Colosio

June 1994 - At Graz Austria - provided expert testimony re Jack Unterweger, Serial Murderer.

June 1994 - At Budapest, Hungary re unsolved homicides and rapes with Hungarian National Police and Budapest Homicide

June 1994 - At Paris, France re unsolved homicides

September 1995 - At Morristown, New Jersey re Nicholas Muscio homicide investigation

January of 1996 - At Somerville, Massachusetts re Edward O'Brien homicide investigation

April of 1997 - Testified the transfer hearing of Edward O'Brien in a homicide case for the Middlesex County Prosecutor

May of 1998 -   At Ventameglia and San Remo Italy re on-going serial murder Investigation

July 29, 1998 – At University of Virginia, Institute of Psychiatry, Law and Public Policy, re serial murder investigation in Perth, Australia (Macro Task Force)

September 1999 – At Barre, Ontario Canada with an Australian Multi-Agency Task force investigating a series of sexually sadistic homicides committed by a group of offenders.

March 31 – April 3, 2000 – Testified in the Sam Sheppard civil trial in Cleveland, Ohio.

March 2003 – Testified in Alaska v. Wade, Anchorage Alaska.  (Sexual Homicide)

May 4, 2004 – Testified in San Diego, CA in State v. Richard Raymond Tuite (Child Homicide)

January 16-19, 2006 - State of Alaska v. Betsy Hester – Domestic Homicide
Kenai, Alaska

May 22-24, 2006 - United States Marine Corps v. Joyce – Equivocal Death; False Confession
San Diego, CA

June 13-22. 2006-  Fukushima Prefecture, Koriyama City, Japan re unsolved homicide of Asemi Yamagishi

September 6, 2007 – Testified before Governor Kaine's Commision regarding the "Norfolk 4" casein Richmond, Virginia

April 30, 2008 – Testified in hearing re signature crime analysis in Bridgeport, Connecticut on behalf of the State of Connecticut.

February 10, 2010 – Testified before North Carolina Innocence Commission re State of N.C. v. Gregory Flint Taylor, File 91-CRS-71728

February 19, 2010 – Testified in State of Ohio v. Yazeed Essa, Cuyahoga County Prosecutor's Office, Cleveland, Ohio

August 10, 2011 – Testified in Oslo, Norway in a hearing to reopen a double child homicide case (The Banaheia Murders)

April 16, 2015 – Testified in hearing in U.S. District Court in Richmond re the Norfolk 4 case

October 22, 2015 – Testified in hearing in State Court in Fairbanks, Alaska re The Fairbanks 4 case

## PUBLICATIONS:

Contributing author to *The Crime Classification Manual* Macmillan Inc. 1992

*A Typology of Interpersonal Stalking,* Co-authored with Dr. Ann Burgess and others; published in the Journal of Interpersonal Violence - December 1996. Sage Publications.

*The Unknown Darkness; Profiling the Predators Among Us.* ISBN 0060509570: Co-authored with Dr. Katherine Ramsland: Published by William Morrow in September 2003.

*Who Killed Stephanie Crowe?* Chapter 8 in *Criminal Investigative Failures*; ISBN 9781420047516; Edited by D. Kim Rossmo; Published by CRC Press 2009

## PROFESSIONAL AFFLIATIONS:

Member of Editorial Review Board for *Aggression and Violence* a Professional Journal
Member of Editorial Review Board for *Journal of Family Violence* a Professional Journal
Member of the American Society for Industrial Security **(ASIS)**
Member of the International Criminal Investigative Analysis Fellowship (ICIAF)

Member of the Society for Former Special Agents of the FBI
Member of the International CPTED Association (ICA)
Charter Member of the International Homicide Investigators Association (IHIA)
Member of International Association of Campus Law Enforcement Administrators
Member International Association of Corrections and Forensic Psychology
Member Society for Police and Criminal Psychology
Member Association of Threat Assessment Professionals

## PUBLIC RECOGNITION OF AGENT McCRARY'S EXPERTISE:

➢ Noted British Criminologist and author Colin Wilson dedicated his 1990 book, "The Serial Killers" to Agent McCrary.

➢ "Mind of a Serial Killer" which was an Emmy nominated production by NOVA for the Public Broadcasting system (PBS) in 1992.

➢ Agent McCrary's work in an international serial murder investigation was highlighted in the documentary "A Stranger Murder" produced by the British Broadcasting Corporation (BBC) in conjunction with the Arts and Entertainment Network (A&E) in 1995.

➢ Agent McCrary's expertise was featured in a documentary produced for Japanese National Television by FUJI Television Productions in 1995 entitled, "The Nonfiction Approach to Serial Killers"

➢ Agent McCrary's expertise was featured in two documentaries in 1998. One was titled "Born to Kill" and was produced for Discovery Magazine and aired nationally on the Discovery Channel. The second was a French documentary produced by *Sciences et Avenir* and aired internationally from Paris.

➢ Agent McCrary's expertise was featured in three documentaries in 1999. One for *Time Zone International,* a German Television Production a second for "The FBI Files" produced by the Discovery Channel which also produced a third documentary entitled "The Profilers."

➢ Agent McCrary's expertise in crime analysis was featured in an MSNBC documentary *"The Jon-Benet Murder Mystery"* which aired nationally on January 23, 2000.

➢ Agent McCrary's expertise in stalking behaviors was featured in a Documentary produced for Japanese Television the FUJI Television Productions in May of 2000.

➢ 48 Hours Investigates: "Cry Rape" Expert analysis in an alleged rape and assault. September, 2003

➢ TV ASAHI Tokyo, Japan – Murder of Asemi Yamagishi July 2006

➢ TV Norge, and Oslo, Norway PD. Six cold case homicides and a child abduction 2007-2008

➢ CNBC Documentary "Madoff Behind Bars" 2010

➢ PBS Frontline Documentary "The Confessions" Regarding the "Norfolk 4" case. 2010

➢ C-Span: One hour interview re FBI Crime Analysis and Profiling; August 19, 2011

Mr. McCrary has worked with numerous victims groups throughout the United States and has served as a member of the national advisory board for <u>Parents of Murdered Children.</u> Agent McCrary has provided expert commentary for such media organizations as NBC, ABC, CBS, Cable News Network (CNN), The Today Show, Good Morning America, Nightline, 60 Minutes, Dateline, 48 Hours, Larry King Live, The Discovery Channel, BBC, RTL Television in Germany, Japanese National Television and other national and international programs. He has also provided expert opinions to print media including Time, Newsweek, U.S. News and World Report, The New York Times, The Washington Post, The San Francisco Chronicle, The Toronto Star, and "Psychologie" Magazine in the Netherlands among others. He also is a consultant on the Netflix series "Mindhunter."

## FBI ASSIGNMENTS

FBI Academy, Quantico, Va. 1988-1994
Behavioral Science Unit
National Center for the Analysis of Violent Crime/Critical Incident Response Group

*Types of Crimes:*
      Threatening Communications and Extortions
      Product Tampering
      Homicide (Serial, Mass, Sexual, Domestic, etc.)
      Rape, child molestation and other sex crimes
      Stalking
      Arson
      White Collar Crime
      Foreign Counterintelligence
      Kidnapping and Abduction
      Bank Robbery

      Organized Crime and Drug Trafficking
*Services:*
      Criminal Investigative Analysis (Including Profiling)
      Threat Assessments
      Violence Risk Assessments
      Interview and Interrogation Techniques
      Expert Testimony

      Training and Research
      Investigative Strategy and Indirect Personality Assessments

<u>Buffalo Field Division, 1977-1988</u>

      White Collar Crime
      Foreign Counterintelligence
      Threats and Extortions
      Kidnapping and Abduction
      Bank Robbery
      Sex Crimes

Homicide
Hijacking
Undercover Assignments
Organized Crime
Drug Trafficking
Expert Firearms and Defensive Tactics Instructor
Special Weapons and Tactics Team Leader

New York City Field Division, 1971-1977

Foreign Counterintelligence
Organized Crime
Bank Robbery   Homicide
Hijacking
Threats and Extortions
Homicide
Kidnapping and Abduction
Undercover Assignments
Loan Sharking and Gambling

Detroit Field Division, 1970-71

Bank Robbery
Kidnapping and Abduction
Homicide
Threats and Extortion
Organized Crime
Hijacking, Loan-Sharking and Gambling