

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:** (U//FOUO) Non-custodial Surreptitious interview between SA Jessica Hais and Nancy Jean Wells 07/17/18.

**Date:** 08/30/2018

**CC:** HAIS JESSICA L

**Approved By:** SAS GRIMES VICKI J

**Drafted By:** JAMES SAMUEL WISE

**Case ID #:** 70A-AN-15667     (U) JAMES WELLS;
JAMES HOPKINS - VICTIM;
RICHARD BELISLE - VICTIM;
CRIME ON GOVERNMENT RESERVATION;
CRIME OF VIOLENCE

**Reference:** 70A-AN-15667-ELA Serial 22

**Collected From:** SA Jessica Hais
FBI
Anchorage, Alaska 99501

**Receipt Given?:** No

**Holding Office:** ANCHORAGE

**Details:**

Non-custodial Surreptitious interview between SA Jessica Hais and Nancy Jean Wells 08/17/18.

| Item Type | Description |
| --- | --- |

UNCLASSIFIED//FOUO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

PROTECTED DOCUMENT

Wells18_00091434 (1 of 2)

Exhibit A, Page 1 of 2

Case 3:13-cr-00008-SLG  Document 982-1  Filed 05/03/19  Page 1 of 2

UNCLASSIFIED//FOUO

Title: (U//FOUO) Non-custodial Surreptitious interview between SA Jessica Hais and Nancy Jean Wells 07/17/18.
Re: 70A-AN-15667, 08/30/2018

1D  (U//FOUO) Non-custodial Surreptitious interview between SA Jessica Hais and Nancy Jean Wells 08/17/18.
  Collected On: 08/17/2018 06:20 PM EDT
  Collected By: HAIS JESSICA L
  ELSUR Evidence Type: Non-Custodial Interview
  Media Type: Digital Disk
  Original Type: Original
  Surveillance Start: 08/17/2018
  Surveillance End: 08/17/2018

♦♦

UNCLASSIFIED//FOUO

2

PROTECTED DOCUMENT

Wells18_00091435 (2 of 2)

Exhibit A, Page 2 of 2

Case 3:13-cr-00008-SLG   Document 982-1   Filed 05/03/19   Page 2 of 2