Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S SUPPLEMENTAL BRIEF TO HIS FIRST RESPONSE TO GOVERNMENT'S MOTION IN LIMINE RE: HEARSAY [971]** |

Defendant James Michael Wells, through counsel, Gary G. Colbath and Peter A. Camiel, files this supplemental brief for clarification purposes to his response (Docket No. 982) to the government's motion in limine as to inadmissible hearsay not subject to exception during opening or trial (Docket No. 971).

In its earlier filing, the defense referenced a "Non-custodial Surreptitious interview between SA Jessica Hais and Nancy Jean Wells 08/17/18." The defense also noted that it had been provided a discovery log received with the document that contained a place marker indicating the recording of the interview was "missing." As of the filing of the motion response, the defense had not located, nor believed that it had received the recording of the interview. However, during continued motions'

response work and discovery review yesterday, the defense located, among the hundreds of native files of interviews provided during discovery, the actual "missing" recording. A copy has been filed with this supplement as Exhibit A.

A brief review of the audio recording establishes the circumstances set forth by the defense in its prior filing. The recording begins after contact with Ms. Wells is initiated by SA Hais, and Hais can be heard representing herself as someone interested in providing assistance to Ms. Wells. Hais goes on with questioning Ms. Wells about whether she had someone to talk to "other than her husband" and who that might be. Ms. Wells refuses to provide information and terminates the contact.

The defense provides this additional information to the Court to supplement its prior filing and continues to urge the Court to deny the motion at Docket 971.

DATED at Anchorage, Alaska this 7th day of May, 2019.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 8, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG    Page 2

Case 3:13-cr-00008-SLG   Document 985   Filed 05/08/19   Page 2 of 2