Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>                Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR LEAVE<br>TO CONVENTIONALLY FILE<br>DIGITAL MEDIA** |

Defendant, James Michael Wells, by and through counsel Gary George Colbath, Assistant Federal Defender, moves this Court for leave to conventionally file digital media media – one CD – containing Exhibit A referenced in his supplemental brief filed at Docket No. 985.

DATED this 8th day of May, 2019.

                                                Respectfully submitted,

                                                FEDERAL PUBLIC DEFENDER
                                                FOR THE DISTRICT OF ALASKA

                                                */s/ Gary G. Colbath*
                                                Gary G. Colbath
                                                Assistant Federal Defender
                                                (907) 646-3414
                                                gary_colbath@fd.org

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 8, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Gary G. Colbath