IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

## *Proposed* Order

After due consideration of the Defendant's Motion for Leave to Conventionally File Digital Media, the court GRANTS the motion.

IT IS ORDERED that the defendant shall conventionally file digital media – one CD – containing Exhibit A referenced in his supplemental brief at Docket No. 985.

DATED this __ day of May, 2019, in Anchorage, Alaska.

 

_____
Sharon L. Gleason
UNITED STATES DISTRICT COURT