# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL WELLS, | Case No. 3:13-cr-00008-SLG |
| Defendant. | |

### ORDER REGARDING CONVENTIONAL FILING

Before the Court at Docket 986 is Defendant James Wells' Motion for Leave to Conventionally File Digital Media. After due consideration, the Court GRANTS the motion.

IT IS ORDERED that the defense shall conventionally file digital media—one CD—containing Exhibit A in support of its supplemental brief filed at Docket 985.

DATED this 9th day of May, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE