Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**NOTICE OF CONVENTIONAL FILING** |

Defendant, James Michael Wells, by and through counsel Gary George Colbath, Assistant Federal Defender, notifies the Court that Exhibit A–one CD– referenced in his supplemental brief (Docket No. 985) is conventionally filed with the Clerk of the Court.

DATED this 9th day of May, 2019.

          Respectfully submitted,

          FEDERAL PUBLIC DEFENDER
          FOR THE DISTRICT OF ALASKA

          */s/ Gary G. Colbath*
          Gary G. Colbath
          Assistant Federal Defender
          (907) 646-3414
          gary_colbath@fd.org

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 8, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Gary G. Colbath