# Jim Hoerricks, PhD

jim@hoerricks.com                                                          (702) 290.3820

## Forensic Scientist - Surveillance Specialist

Industry leader, innovator, and seasoned forensic science specialist with 18+ years of experience in evidence collection, restoration, forensic analysis, authentication, and presentation, offering expertise in Surveillance and Counter-Surveillance execution, training, and supervision. Successful instructor, consultant, author, and presenter, knowledgeable in the latest technology and applicable laws. Holds Ph.D. in Education and Bachelors / Masters in Organizational Leadership.

## Core Competencies:

- Digital / Multimedia Forensics
- System Engineering
- Penetration Testing / Urban ISR
- Physical Security / Infrastructure Protection
- Organizational Administration / Supervision
- Scientific Research / Institutional Review

- Standards Creation / Compliance
- International Accreditation
- Large Project Management / Consulting
- Adult Education / Vocational Training
- Curriculum Design
- Self Defense Without Weapons

## Accomplishments in Action:

**Senior Consultant**, Apex Partners, Ltd., Las Vegas, NV                    2018-Present
Delivers state-of-the-art consulting recommendations to public and private-sector organizations.

**Self-Employed**, based in US and Estonia                                    2001-Present
Forensic Analyst, Photographer, Author, Adjunct Instructor / Professor.

**Director of Instruction / IRB Supervisor, Towcester Abbey Praeceptory**    2015 - Present
Conducting leading edge research and providing comprehensive services to the autism community.

**Director** of Support and Training, Amped Software, Inc., Henderson, NV.   2016 - 2019
Provides innovative solutions for digital evidence analysis, enhancement, and authentication.

**Police Surveillance Specialist** / *Senior Forensic Multimedia Analyst*,   2001-2016
Los Angeles Police Department, Los Angeles, CA.
Handled thousands of cases for the LAPD and on loan to agencies around the world. Master low-power electrician skilled in the fabrication, installation, and operation of miniature surveillance gear. Urban Intelligence / Surveillance / Reconnaissance (ISR) covert operations.

# Jim Hoerricks, PhD

## Areas of Specialization:

Forensic Analysis of Audio / Image / Video Based Evidence, Restoration, Clarification, Photogrammetry, Comparison Analysis, Content Analysis, Authentication, the processing and analysis of the digital crime scene and it's evidence, Penetration Testing, Statistics, Forensic Science, Standards and Compliance, Curriculum Design, Research, Training and Education.

## Research and Development:

- Adobe Systems, Inc., Beta Tester for Adobe Photoshop and Acrobat Pro.
- Amped Software, Inc., Alpha and Beta Tester for entire product line.
- Ocean Systems, Inc., Beta Tester for Archive-R & Omnivore.
- Salient Stills, Inc. (now Salient Sciences, Inc.), Beta Tester for VideoFocus 3.
- Sanyo / Fisher North America Corp., Beta Tester for Case Information Media Management (CIMM).

## Education:

- A.S., Political Science, Santa Rosa Junior College, Santa Rosa, CA          1992
- B.A., Organizational Leadership, Woodbury University, Burbank, CA          2009
- M.A., Organizational Leadership, Woodbury University, Burbank, CA          2010
- Ph.D., Education - Higher Education Leadership, Trident University, Cypress, CA          2018
- M.Ed. (in progress), Instructional Design, Western Governors University, Salt Lake City, UT          2019

## Professional Affiliations:

- Organization of Scientific Area Committees on Forensic Science (NIST / OSAC), Video Imaging Technology and Analysis Subcommittee, Video Task Group Chairperson
- Law Enforcement / Emergency Services Video Assoc. (LEVA), Member / Guest Instructor
- ASTM International, E30 Participating Member
- Chartered Society of Forensic Science (UK), Affiliate Member: Forensic Imagery Analysis Division
- International Law Enforcement Educators and Trainers Association, Member

## Licenses and Certifications:

- General Radiotelephone Operator License (FCC)
- Mobile Phone Seizure Certification (BKForensics)
- Certified Mobilyze Operator (BlackBag)
- Large Emergency Event Digital Information Repository (LEEDIR)
- Amped Certified Analyst (FIVE / Authenticate)
- Amped Certified Instructor (FIVE / Authenticate)
- edX: Course Creator

# Jim Hoerricks, Ph.D.

jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

**Relevant College Courses**
SP 10 - Public Speaking
	Long Beach City College
PSYCH 1 - Introduction to Psychology
	Long Beach City College
ANTHRO 101 - Human Biological Evolution
	Los Angeles Pierce College
ANTHRO 150a - Current Topics in Anthropology (Anthropology Lab)
	Los Angeles Pierce College
ASTRO 3 - Stellar Astronomy
	Santa Rosa Junior College (with Lab)
MATH 156 - Advanced Algebra
	Santa Rosa Junior College
OL309 - Organizational Psychology
	Woodbury University
OL312 - Quantitative Methods 1
	Woodbury University
OL312 - Quantitative Methods 2
	Woodbury University
OL501 - Psychology of Organizations
	Woodbury University
OL502 - Ethics in Organizations
	Woodbury University
OL508 - Quantitative Analysis
	Woodbury University
DEL608 - Quantitative Research and Advanced Statistics I
	Trident University International
DEL610 - Qualitative Research
	Trident University International
DEL618 - Quantitative Research and Advanced Statistics II
	Trident University International
DEL620 - Linking Theory with Research
	Trident University International

**Specialized Training Received**
Forensic Video Analysis and the Law
	Law Enforcement / Emergency Services Video Association, Whittier, CA, June 2002, 40 Hours
Audio and Video Enhancement and Clarification
	National Law Enforcement and Corrections Technology Center, El Segundo, CA, April 2002, 20 Hours
Best Practices for the Collection of Video Tape Evidence
	National Law Enforcement and Corrections Technology Center, El Segundo, CA, April 2002, 4 Hours
dTective Video Evidence and Case Management System
	OceanSystems, Burtonsville, MD, February 2004, 16 Hours
Electronic and Technical Surveillance Training
	National Technical Investigator's Association, Austin, TX, July 2004, 40 Hours
Electronic Surveillance (Wiretap)
	California Department of Justice Advanced Training Center, Los Angeles, CA, January 2004, 8 Hours
International Security Conference Expo Seminars
	ISC Expo/West, Las Vegas, NV, March 2002, 24 Hours

Navigating Closed Circuit Television Systems
    Pelco Video Security Institute, Clovis, CA, April 2002, 16 Hours
Designing Video Security Systems
    Pelco Video Security Institute, Clovis, CA, September 2002, 16 Hours
Digital CCTV Solutions
    Pelco Video Security Institute, Clovis, CA, April 2002, 16 Hours
Networking Basics for Pelco CCTV Products
    Pelco Video Security Institute, Clovis, CA, April 2002, 8 Hours
Mastering Photoshop
    MindLeaders, Los Angeles, CA, May 2002, 12 Hours
Cisco CCDA Internetworking Review
    MindLeaders, Los Angeles, CA, May 2002, 8 Hours
Cisco CCNA OSI Reference Model
    MindLeaders, Los Angeles, CA, May 2002, 8 Hours
Covert Video and Audio Recording Devices
    Adaptive Digital Systems, Los Angeles, CA, November 2001, 4 Hours
Microsoft Transact SQL
    LAPD Training Division/Virtual Training Company, August 2005, 8 Hours
Adobe Photoshop Training Camp Live
    Software Cinema, Los Angeles, CA, January 2006, 8 Hours
Adobe Photoshop CS2 Layer Techniques
    KW Computer Training, Los Angeles, CA, March 2006, 2 Hours
Electronic and Technical Surveillance Training
    National Technical Investigator's Association, Sacramento, CA, July 2006, 34 Hours
Case Studies in Forensic Video Analysis - Intergraph Corp - Unilux, Ltd - U.S. Army
    National Technical Investigator's Association, Sacramento, CA, July 2006, 2 Hours
Investigative and Technical Response to the London Bombings of July 2005 - Metropolitan Police, London, UK
    National Technical Investigator's Association, Sacramento, CA, July 2006, 4 Hours
Effective Courtroom Testimony
    Los Angeles District Attorney's Office, Los Angeles, CA, September 2006, 4 Hours
Instructor Development Course
    Los Angeles Police Department, Training Division, Los Angeles, CA, January 2007, 64 Hours
Photoshop for Forensic Video Analysts
    Resolution Video, Santa Fe Springs, CA, March 2007, 32 Hours
Forensic Analysis of Handheld GPS Devices
    USCG / NATIA Mid-States Chapter, Indianapolis, In., April 2007, 2 Hours
Forensic Analysis of Cellular Telephones
    Purdue Univ. / NATIA Mid-States Chapter, Indianapolis, In., April 2007, 4 Hours
Microsoft e-Learning - microsoft.com - May 2007
    Course 4622: What's New in Microsoft Office Access 2007
    Course 4623: What's New in Microsoft Office Excel 2007
    Course 4624: What's New in Microsoft Office InfoPath 2007
    Course 4625: What's New in Microsoft Office OneNote 2007
    Course 4627: What's New in Microsoft Office PowerPoint 2007
    Clinic 5046: Inside Look at Building and Developing Solutions with Microsoft Office SharePoint Server 2007
Adobe Creative Suite 3 New Feature Training
    Art Center College of Design, Pasadena, CA, June 2007, 8 Hours
Shooting with the Hasselblad V System Medium Format Camera & Hasselblad Digital Back
    Hasselblad USA / Art Center College of Design, Pasadena, CA, July 2007, 6 Hours
Using Hasselblad's Flexcolor 4.7, July 2007
    Hasselblad USA / Art Center College of Design, Pasadena, CA, July 2007, 6 Hours
Electronic and Technical Surveillance Training
    National Technical Investigator's Association, Pittsburgh, PA, July 2007, 24 Hours
Forensic Audio and Video in the 21st Century
    National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Fundamental Imaging Processing
    National Technical Investigator's Association, Pittsburgh, PA, July 2007, 4 Hours
New Features in Adobe's Creative Suite 3 for Forensic Video Analysts
    National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours

Introduction to Computer Forensics
	National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Understanding Screen Capture
	National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
CCTV Replay Using Clearview's DigiMux
	National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Digital Video Recorder Screen Captures Using StarWitness by Signalscape
	National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Essentials of the AV Industry
	InfoComm International, Los Angeles, CA, May 2008, 40 Hours
Adobe Premiere CS3 for Law Enforcement
	Adobe, Inc., San Jose, CA, July 2008, 3 Hours
Adobe Captivate 3 for Law Enforcement
	Adobe, Inc., San Jose, CA, July 2008, 2 Hours
Adobe Lightroom 2 for Law Enforcement
	Adobe, Inc., San Jose, CA, July 2008, 3 Hours
Videotape Authentication by Characteristic Switch Points
	TREC / National Technical Investigator's Association, San Jose, July 2008, 2 Hours
Adobe Photoshop for Photographers
	Hewlett Packard, Los Angeles, CA, July 2008, 8 Hours
Technical Writing
	Los Angeles Police Dept. Training Division, Los Angeles, CA, April 2009, 16 Hours
Adobe Soundbooth CS4
	Total Training, Los Angeles, CA, April 2009, 6 Hours
Adobe Camera Raw 5
	VTC, Los Angeles, CA, May 2009, 3 Hours
Digital Image Enhancement of Latent Prints Using DCS-4
	Foster+Freeman, Los Angeles, CA, May 2009, 16 Hours
Processing of Forensic Evidence
	NCSU Materials Science & Engineering Dept., Los Angeles, CA, January 2010, 1 Hour
Using Flash Retriever Forensic Edition
	Infinidyne, Las Vegas, NV, August 2010, 3 Hours
Super Resolution Fundamentals
	MotionDSP, Las Vegas, NV, August 2010, 1 Hour
Parallel Computer Architectures for Forensic Image/Video Processing
	Cognitec, Las Vegas, August 2010, 1 Hour
FBI's Non-Traditional Video Delivery Method
	LEVA Conference, Indianapolis, IN., November 2010, 1 Hour
Adobe: Delivering on the Workflow (Production Premium CS5)
	LEVA Conference, Indianapolis, IN., November 2010, 3 Hours
Understanding Compression
	Digital Summit International, Las Vegas, NV, August 2011, 1 Hour
Authentication
	Digital Summit International, Las Vegas, NV, August 2011, 1 Hour
Mass Processing of Digital Multimedia Evidence
	LEVA/University of Indianapolis, Indianapolis, In, October 2011, 40 Hours
Trial Preparation and Courtroom Presentation
	LEVA Conference, Coeur d'Alene, Id., October 2011, 2 Hours
Digital Interview Rooms
	LEVA Conference, Coeur d'Alene, Id., October 2011, 4 Hours
Forensic Video and Digital Multimedia Standards
	LEVA Conference, Coeur d'Alene, Id., October 2011, 4 Hours
Advanced Forensic Multimedia Analysis with Amped FIVE Professional
	Amped Software NA, Oceanside, Ca., July 2012, 16 hours
Advanced Image Authentication with Amped Authenticate
	Amped Software NA, Oceanside, Ca., July 2012, 16 hours
Advanced Video Triage with Amped VideoScanner
	Amped Software NA, Oceanside, Ca., July 2012, 8 hours
Digital Video Processing and Analysis Workflow
	LEVA Conference, Asheville, NC, September 2013, 4 Hours

Strategies for Working with Students with Autism Spectrum Disorders
    Region XII Education Service Center, Austin, Tx, February 2014, 61 Hours
Shooting Incident Reconstruction
    Shooters Edge, Los Angeles, Ca, November 2014, 8 Hours
Visual Perception and the Brain
    Duke University (via Coursera), January-March 2015, 32 Hours
Basics of Pistol Shooting
    National Rifle Association (on-line), July 2016, 12 hours
Fundamentals of Digital Image and Video Processing
    Northwestern University (via Coursera), August-October 2016, 48 Hours
Minimizing Bias in Forensic Decision Making
    Concept Professional Training, May 2017, 10 hours
Mobilyze Tool Training Course
    BlackBag Technologies, July 2017, 2 hours
Advanced Forensic Multimedia Analysis with Amped FIVE Professional
    Amped Software, Inc., Las Vegas, NV., July 2018, 16 hours
Advanced Image Authentication with Amped Authenticate
    Amped Software, Inc., Las Vegas, NV., July 2018, 16 hours
Preparing for DEAC Accreditation
    Distance Education Accrediting Commission, August 2018, 4 hours
Augmentative and Alternative Communication and the Autism Spectrum
    Region XII Education Service Center, Austin, Tx, August 2018, 3 Hours
edX - Course Creator (edX 101, edX Blended Learning, edX VideoX, edX Studio X)
    edX, September 2018, 16 hours

# Jim Hoerricks, Ph.D.
jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

## Specialized Training Presented
ShowBiz Expo, 1997
	Presented Lecture on non-linear video editing using AST's Windows NT based system
	Presented Lecture on non-linear video editing using Adobe Premier on Windows NT
National Technical Investigators Association - Pacific Chapter's Winter Session, 2001
	Presented Lecture on requirements of an off-line video editing bay for use in Forensic Video Analysis
Los Angeles Police Department - Divisional Roll-Call Training
	Presented Roll-Call Training on the covert use of recording equipment in operations
Los Angeles Police Department - Divisional Training
	Presented Training on the use of Adobe Photoshop in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
	Presented Training on the use of Adobe Premier Pro / After Effects in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
	Presented Training on the use of Sony's Vegas in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
	Presented Training on the use of Adobe's Creative Suite for Courtroom Presentations
Los Angeles Police Department - Divisional Training
	Presented "Refresher" Training on the use of Avid in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
	Presented Training on the use of Sony's SoundForge for in field redactions and enhancements of audio recordings
Los Angeles Police Department - Operations West Bureau, Bureau Vice Summit, 2003
	Presented Lecture on covert use of video recording equipment for use in Vice operations
Los Angeles Police Department - Organized Crime and Vice Division, OIC Vice Summit, Q2 2004
	Presented Lecture on covert use of video and audio recording equipment for use in Vice operations
National Technical Investigators Association - Pacific Chapter's Winter Session, 2004
	Presented Training Class "Basic Forensic Video Analysis," a 2 day class introducing law enforcement professionals to Forensic Video Analysis and providing hands on training with the hardware and software used in the process.
Los Angeles Police Department - Organized Crime and Vice Division, Pornography Section, 2005
	Presented Training on use of PROP3 in pornography investigations
Los Angeles City Attorney's Office - Valley Bureau - Safe Neighborhood Division - Continuing Legal Education, January 2006
	Presented "Using Video Evidence in Criminal Prosecutions"
Los Angeles City Attorney's Office - West Bureau - Safe Neighborhood Division - Continuing Legal Education, February 2006
	Presented "Using Video Evidence in Criminal Prosecutions with Microsoft's PowerPoint"
Los Angeles County Sheriff's Department - Technical Services Unit - April 2006
	Presented training on the collection of DCCTV Evidence and the Production of Working Copies
Los Angeles City Attorney's Office - Safe Neighborhood Division - Narcotics Enforcement Surveillance Team, May 2006
	Presented "General Requirements for Digital CCTV Systems for Police Use"
Los Angeles Police Department - Scientific Investigation Division, Electronics Section, June 2006
	Presented Training on support of enforcement of LAMC 41.70 using USBird and SoundForge
National Technical Investigators Association - Annual Conference, July 2006
	"Advanced Forensic Photoshop" - Presented Training on the use of Photoshop in the Forensic Video Analyst's workflow.
	"Advanced Forensic Photoshop" - Presented Training on the use of Photoshop for non-destructive clarification of images.
	"Advanced Forensic Photoshop" - Presented Training on the use of Photoshop's layer blending modes for clarification of images.
	"Imaging Forum" - Co-presented Training on the emerging standards for the collection of DCCTV evidence.

National Technical Investigators' Association Mid-States Chapter Spring Training Sessions, Indianapolis, In., April 2007
    Presented Training on Digital Video Surveillance System Evidence Recovery
Los Angeles Police Department - Training Division, Basic Detective School, April 2007
    Presented Training on Electronic Surveillance and Counter Surveillance
Los Angeles Police Department - Commercial Crimes Division, Burglary School, April 2007
    Presented Training on Electronic Surveillance, Counter Surveillance, and Sting Operations
Los Angeles Police Department - Training Division, Vice School, April 2007
    Presented Training on Electronic Surveillance and Counter Surveillance in Vice Operations
State of California - Department of Justice, Advanced Training Center
    Specialized Surveillance Equipment & Techniques, June 2007
    Presented Training on Electronic Surveillance and Counter Surveillance
National Technical Investigators' Association Annual Training Conference, Pittsburgh, Pa., July 2007
    Presented Training on Digital Video Surveillance System Evidence Recovery - 2 day long workshops
Law Enforcement and Emergency Services Video Association Annual Training Conference, Calgary, AB, October 2007
    Presented Training of the Forensic Uses of Adobe's Creative Suite 3, Photoshop CS3, and Adobe Camera Raw 4.2
National Technical Investigators' Association Pacific Chapter Spring Training Conference, City of Commerce, Ca., March 2008
    Presented Training of the Forensic Uses of Adobe's Photoshop CS3
Los Angeles County District Attorney's Office - Continuing Education Series, April 2008
    Presented Training on the use of CCTV evidence in criminal cases.
National Technical Investigators' Association Annual Training Conference, San Jose, Ca., July 2008
    Presented Training of the Forensic Uses of Adobe's Photoshop CS3
Los Angeles' Photoshop Users Group - Monthly Meet-Up, February 2009
    Presented Training in the advanced uses of Adobe's Photoshop CS3 / CS4
Adobe Government Solutions for Law Enforcement and Forensic Professionals, July 2009
    Co-Presenter of "Forensic Analysis Using Photoshop CS4 Extended" eSeminar
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, February 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, April 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, July 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Color Correction Techniques in Adobe's Photoshop - DSI-Vegas, August 2010
    Presented Training in the use of Adobe's Photoshop for correcting color.
Authentication of Digital Multimedia Evidence - DSI-Vegas, August 2010
    Presented a case study on the authentication of DME for criminal trial.
Forensic Photoshop - LEVA Conference, November 2010
    Presented training on the use of Adobe's Photoshop for forensics.
Premiere Pro CS5.5 for Law Enforcement - DSI-Vegas, August 2011
    Presented a demonstration and a workshop on using Adobe's Premiere Pro CS5.5 for forensics.
Challenges and Responsibilities in Forensic Technology Development - DSI-Vegas, August 2011
    Co-presenter of session on the needs of law enforcement as regards technological development of forensic tools.
Examining Samsung Phones - HTCIA Conference and Expo, September 2011
    Co-presenter of training on the forensic examination of Samsung phones using FinalMobile software.
Intermediate Forensic Photoshop - LEVA, October 2011
    Presented 2 sessions on the use of Adobe's Photoshop for forensics (intermediate level).
Photoshop for Latent Print Examiners - Louisiana State Police Crime Laboratory, April 2012
    Presented two-day training on the use of Adobe's Photoshop in the Latent Print comparison workflow.
Forensic Analysis of Digital Multimedia Evidence - H-11 Digital Forensics, May 2012
    Presented two-day training on the various tools used in the analysis of digital multimedia evidence (video, audio, images).
Forensic Analysis of Digital Multimedia Evidence - Amped Software, N.A., September 2012
    Presented five-day advanced training on the use of AmpedFIVE in the analysis of digital multimedia evidence
Forensic Analysis of Milestone Server, Live Feed and Saved Files - NaTIA Pacific Chapter, April 2013
    Presented training on the use of AmpedFIVE in the analysis of evidence from Milestone Servers

Image Authentication - NaTIA Pacific Chapter, April 2013
    Presented training on the authentication of digital images using Amped Software's Authenticate

Forensic Image and Video Analysis with Amped FIVE - LEVA Conference, September 2013
    Presented 16 hours of training on the use of Amped FIVE in the analysis of image and video evidence

Advanced Forensic Multimedia Analysis - South African Police Service - Image Analysis Section, February 2014
    Advanced level instruction/education on the uses of Amped FIVE, Amped Authenticate, Adobe Audition, FlexView Pro, as well the correct processing of crime scenes where dCCTV evidence is present.

Intermediate Forensic Multimedia Analysis - Tarrant County (Tx) District Attorney's Office, May 2014
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Oxnard Police Department, July 2014
    Basic level instruction/education on the uses of Amped FIVE

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Salt Lake City Police Department, October 2014
    Basic level instruction/education on the uses of Amped FIVE

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Memphis Police Department, April 2015
    Basic level instruction/education on the uses of Amped FIVE

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Houston Police Department, July 2015
    Basic level instruction/education on the uses of Amped FIVE

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Louisville Police Department, August 2015
    Basic level instruction/education on the uses of Amped FIVE

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Tarrant County DA, October 2015
    Basic level instruction/education on the uses of Amped FIVE

Advanced Forensic Multimedia Analysis - US Government, November 2015
    Advanced level instruction/education on the uses of Amped FIVE and Amped Authenticate.

Introduction to Amped Software Products - Taser Corp., December 2015
    Basic level overview of the product line and potential work flows.

Intermediate Forensic Multimedia Analysis - Los Angeles County Sheriff's Department, December 2015
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Advanced Forensic Multimedia Analysis - BekTek, LLC, January 2016
    Advanced level instruction/education on the uses of Amped FIVE.

Intermediate Forensic Multimedia Analysis - Michigan State Police, April 2016
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Amped Software, April 2016
    Basic level instruction/education on the uses of Amped FIVE

Basic Image Authentication with Amped Authenticate - Amped Software, April 2016
    Basic level instruction/education on the uses of Amped Authenticate

Intermediate Forensic Multimedia Analysis - Amped Software, May 2016
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Tarrant County DA, May 2016
    Basic level instruction/education on the uses of Amped Authenticate

Intermediate Forensic Multimedia Analysis - Tarrant County DA, May 2016
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Intermediate Forensic Multimedia Analysis - San Jose PD, June 2016
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Advanced Forensic Multimedia Analysis - DHS HSI CCC, June 2016
    Advanced level instruction/education on the uses of Amped FIVE and Amped Authenticate.

Intermediate Forensic Multimedia Analysis - Charlotte-Mecklenburg PD, August 2016
    Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of crime scenes where dCCTV evidence is present.

Basic Forensic Multimedia Analysis with Amped FIVE Professional - Commerce City PD, August 2016
    Basic level instruction on the uses of Amped FIVE for redacting body worn video.

Advanced Forensic Multimedia Analysis - US Government, September 2016
    Advanced level instruction on 1d, 2d, and 3d Photogrammetry with Amped FIVE Professional

Advanced Forensic Multimedia Analysis - US Government, September 2016
    Advanced level instruction on 1d, 2d, and 3d Photogrammetry with Amped FIVE Professional

Intermediate Forensic Multimedia Analysis - Federal Bureau of Investigation (FAVIAU), September 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, October 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Summerville (SC) Police Department, November 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, October 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
The Redaction Work Flow for Body Worn Cameras - LEVA Conference, November 2016
    Using Amped FIVE to redact footage for body worn cameras subject to FOIA requests.
Authenticating Images and Video - LEVA Conference, November 2016
    Using Amped Authenticate and Amped FIVE to authenticate images and video.
Intermediate Forensic Multimedia Analysis - Amped Software, January 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Basic Image Authentication with Amped Authenticate - Sonoma County Sheriff's Department (CA), February 2017
    Basic level instruction/education on the uses of Amped Authenticate.
Intermediate Forensic Multimedia Analysis - Los Angeles County Sheriff's Department (CA), February 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, February/March 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Las Vegas Metropolitan Police Department, March 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Introduction to Forensic Multimedia Analysis - Garland Police Department, March 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, April 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, April 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, July 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, July 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Louisiana State Police Department, August 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Mercer County District Attorney's Office, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Concord Police Department, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Hudson County Sheriff's Department, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Amped Software, November 2017
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Amped Software, November 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, November 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Middle Tennessee State University, December 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Royal Canadian Mounted Police HQ, December 2017
    Introductory level instruction/education on forensic multimedia analysis (Amped FIVE / Authenticate).
Introduction to Image Authentication - Amped Software, January 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Dallas County Sheriff's Office, February 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, February 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, March 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.

Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, March 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Amped Software, March 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Amped Software, March 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, April 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, April 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Orland Park Police Department, May 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Wilmington Police Department, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Wilmington Police Department, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Charlotte-Mecklenburg Police Department, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis
    Charlotte-Mecklenburg Police Department, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Valdosta Police Department, August 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - San Joaquin County Sheriff's Department, August 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., September 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., September 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Apex Partners, Ltd., October 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Video Redaction - San Joaquin County Sheriff's Office, October 2018
    Introductory level instruction on the uses of Amped FIVE for video redaction + Audacity for audio redaction.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., December 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., December 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Statistics for Forensic Analysts - Apex Partners, Ltd., January 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., February 2019
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., February 2019
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Statistics for Forensic Analysts - Apex Partners, Ltd., February 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., March 2019
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Apex Partners, Ltd., March 2019
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Statistics for Forensic Analysts - Apex Partners, Ltd., March 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.

# Jim Hoerricks, Ph.D.
jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

**Full Legal Name**
Kenneth James Hoerricks
*Preferred name: Jim*

## Testimonial Record

While the cases below represent those that have gone to trial, I have provided analysis and assistance in well over a thousand cases since 2001. Working both for the government and in private practice, I've provided expertise in general processing and format conversion, restoration / clarification / enhancement, photogrammetry, content analysis, comparison analysis, authentication.

## Expert Testimony
People v. Carpenter (3CR13501)
  Los Angeles County Superior Court, April 2004 (Video Clarification)
People v. Cruz (4CR06272)
  Los Angeles County Superior Court, April 2004 (Video Clarification)
People v. Casey (PA049315)
  Los Angeles County Superior Court, January 2005 (Video Clarification)
People v. Garcia (62-55517)
  Sacramento County Superior Court, October 2006 (Video Clarification & Content Analysis)
People v. Abdullah (BA353334)
  Los Angeles County Superior Court, December 2009 (Video Authentication)
People v. Kemp (BA387506)
  Los Angeles County Superior Court, May 2014 (Video Clarification & Content Analysis)
NV vs. Stewart (C-16-315677-3)
  Clark County District Court, August 2017 (Video Clarification & Content Analysis)

## General Testimony
People v. Vann (BA351183) Los Angeles County Superior Court, March 2010
  Testified as to my involvement in a digital multimedia evidence retrieval
People v. Childress (BA356413) Los Angeles County Superior Court, November 2011
  Testified as to my downloading of a mobile phone's contents
People v. Nunez-Sharp / Lopez (BA397214) Los Angeles County Superior Court, March 2015
  Testified as to my involvement in a digital multimedia evidence retrieval

## Declarations
In re Carol Ann Worthman (A032096) Los Angeles County Superior Court, April 2008
  Declaration in support of the need for original documents for authentication purposes
Hor vs City of Seattle (10-2-34403-9SEA) King County Superior Court, October 2012
  Declaration as to forensic audio analysis work performed to identify speakers and sirens in audio recording
People v Payton (2010-002-126) Ventura County Superior Court, March 2012
  Declaration as to image authentication work performed, authentication of digital images.
People v Goodlow (BA422433) Los Angeles County Superior Court, November 2014
  Declaration as to review of opposing expert's work in facial imaging.

## Hearings
Az. v. Awad (CR-2017-1727) Mohave County Superior Court, August 2018
  Daubert Hearing on Image Authentication

*www.hoerricks.com*

# Jim Hoerricks, Ph.D.
jim@hoerricks.com
Las Vegas, NV 89139

... *a lifetime spent helping things go right* ...

**Full Legal Name**
Kenneth James Hoerricks
*Preferred name: Jim*

**Published Work (*Expanded*)**
*Video Tape Evidence Collection.* LAPD. August 2005
    Standard Operating Procedure for the collection of video tape evidence from crime scenes.
*Retrieval of DCCTV Evidence and the Production of Working Copies*. LAPD. April 2006
    Standard Operating Procedure for the collection of digital multimedia evidence from crime scenes.
*General Requirements for Digital CCTV Systems*. LAPD. May 2006
    Purchasing and installation guidance for community members and stakeholders.
*Basic Principles for Processing Digital Multimedia Evidence*. NATIA. August 2007
    Introductory guidance for forensic multimedia analysis practitioners.
*Forensic Photoshop blog*. forensicphotoshop.blogspot.com. 2007 - Present
    Over 1700 articles written on various topics related to forensic multimedia analysis and the law.
*Forensic Photoshop*. Blurb Publishing. 2008
    A comprehensive imaging work flow for forensic professionals.
*Leadership in the Lodge of Perfection*. Blurb Publishing. 2010
    An exploration of the Scottish Rite of Freemasonry's Lodge of Perfection as a course in leadership.
*Higher Education Support Strategies: an evaluation of needs satisfaction on autistic college student retention.*
    Dissertation. Trident University. 2018 ORCID - 0000-0002-9625-9468
Academic / research work, https://jimhoerricks.academia.edu/research
    *Harmony – the Strength and Support of All Societies*
    *Reflections on the Circumpunct from the metaphysical to the practical*
    *When actually autistic people speak, great things can happen*
    *The "lie detector" and Sensory Processing Disorder*
    *Autism Awareness - What it means to be non-verbal*
    *Gen Y in Masonry*
    *Commentary of the 15th Degree of the Ancient and Accepted Scottish Rite (SJ)*
    *The Benevolence of Masonic Charity*
    *On Being Duly and Truly Prepared - an exploration of the Masonic Rite of Destitution*

*www.hoerricks.com*
Case 3:13-cr-00008-SLG   Document 992-1   Filed 05/14/19   Page 13 of 14