

# ANALYSIS SUMMARY

**Apex Partners Ltd.**

<div align="right">

**Case: USA v Wells**
**Case ID: 3:13-cr-00008-SLG**
**Requester: B. Johnson (Investigator)**
**Requesting Agency: US Federal Public Defender (AK)**
**Venue: Anchorage, AK USA**
**Request Date: 25 March 2019**
**Report Date: 1 April 2019**

</div>

## ANALYST

Jim Hoerricks, PhD, Senior Consultant, Apex Partners, Ltd., Henderson, NV USA
Statement of Qualifications submitted with this report (Hoerricks Statement of Qualifications 3-2019.pdf)

## SUMMARY OF REQUEST

In this case, a file review is requested of materials submitted for the above referenced case. The review seeks to answer several questions:
• Are the previously engaged analysts qualified to perform the type of examination necessary to render an opinion in this case given the evidence submitted?
• Did the previously engaged analysts follow accepted procedures / best practices in conducting their examination of the evidence as submitted?
• Could an opinion be rendered as to vehicle model determination and / or vehicle identification given the evidence submitted?

## DEFINITIONS

The following definitions for terms used herein are taken from the *SWGDE Digital & Multimedia Evidence Glossary, Version 3.0* (June 23, 2016):

**Compression** - The process of reducing the size of a data file. (See also, "Lossy Compression" and "Lossless Compression".)
**Compression Ratio** - The size of a data file before compression divided by the file size after compression.
**Demonstrative Comparison** - A method of presenting the similarities and/or differences among images and/or objects without rendering an opinion regarding identification or exclusion.
**Focal Length** - Distance from the optical center of a lens to its point of focus at the sensor/image plane when focused at infinity. Smaller focal length values provide a wider field of view; larger focal length values provide a narrower field of view.
**Forensic Photogrammetry** - The process of obtaining dimensional information regarding objects and people depicted in an image for legal applications.
**Image Analysis** - The application of image science and domain expertise to examine and interpret the content of an image, the image itself, or both in legal matters.
**Image Comparison** (Photographic Comparison) - The process of comparing images of questioned objects or persons to known objects or persons or images thereof, and making an assessment

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
Ph: 702-570-2456 • e: info@apexpartnersltd.com

Case 3:13-cr-00008-SLG   Document 978-1   Filed 05/04/19   Page 1 of

**GOVERNMENT EXHIBIT**

**1**

3:13-cr-00008-SLG

PENGAD 800-631-6989



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

of the correspondence between features in these images for rendering an opinion regarding identification or elimination.

**Image Content Analysis** - The drawing of conclusions about an image. Targets for content analysis include, but are not limited to: the subjects/objects within an image; the conditions under which, or the process by which, the image was captured or created; the physical aspects of the scene (e.g., lighting or composition); and/or the provenance of the image.

**Image Enhancement** - Any process intended to improve the visual appearance of an image or specific features within an image.

**Multimedia Evidence** - Analog or digital media, including, but not limited to, film, tape, magnetic and optical media, and/or the information contained therein.

**Native File Format** - The original form of a file. A file created with one application can often be read by others, but a file's native format remains the format it was given by the application that created it. In most cases the specific attributes of a file (for example, fonts in a document) can only be changed when it is opened with the program that created it. [Newton's Telecom Dictionary]

**Nominal Resolution** - The numerical value of pixels per inch as opposed to the achievable resolution of the imaging device. In the case of flatbed scanners, it is based on the resolution setting in the software controlling the scanner. In the case of digital cameras, this refers to the number of pixels of the camera sensor divided by the corresponding vertical and horizontal dimension of the area photographed.

**Photogrammetry** - The art, science, and technology of obtaining reliable information about physical objects and the environment through the processes of recording, measuring, and interpreting photographic images and patterns of electromagnetic radiant energy and other phenomena. [The Manual of Photogrammetry, 4th Edition, 1980, ASPRS] In forensic applications, Photogrammetry, sometimes called "mensuration," most commonly is used to extract dimensional information from images, such as the height of subjects depicted in surveillance images and accident scene reconstruction. Other forensic photogrammetric applications include visibility and spectral analyses. When applied to video, this is sometimes referred to as "videogrammetry".

**Photometry** - The measurement of light values of objects in an image.

**Pixel** - Picture element, the smallest component of a picture that can be individually processed in an electronic imaging system [The Focal Encyclopedia of Photography, 4th Edition 2007].

**Proprietary File Format** - Any file format that is unique to a specific manufacturer or product.

**Quantitative Image Analysis** - The process used to extract measurable data from an image.

**Validation** - The process of performing a set of experiments, which establishes the efficacy and reliability of a tool, technique or procedure or modification thereof.

**Video Analysis** - The scientific examination, comparison, and/or evaluation of video in legal matters.

**Video Enhancement** - Any process intended to improve the visual appearance of video sequences



**Apex Partners Ltd.**

or specific features within video sequences.

The following definitions for terms used herein are taken from the *SWGDE Best Practices for Photographic Comparison for All Disciplines, Version 1.1 (July 18, 2017)*:

**Class Characteristic** – A feature of an object that is common to a group of objects.
**Individualizing Characteristic** – A feature of an object that contributes to differentiating that object from others of its class.

## REFERENCES

The following references inform this Analysis Summary:

Aitken, C., Roberts, P., & Jackson, G. (2010). Fundamentals of Probability and Statistical Evidence in Criminal Proceedings. London, UK: Royal Statistical Society.
Cubic convolution interpolation for digital image processing. Keys, R. (1981). IEEE Transactions on Acoustics, Speech, and Signal Processing. 29 (6): 1153–1160. CiteSeerX 10.1.1.320.776. doi:10.1109/TASSP.1981.1163711
ENFSI Guideline for Evaluative Reporting in Forensic Science, A Primer for Legal Practitioners. Champod, et al. (2016). https://www.researchgate.net/publication/298214747_ENFSI_Guideline_for_Evaluative_Reporting_in_Forensic_Science_A_Primer_for_Legal_Practitioners
Forensic Photoshop. Hoerricks, J. (2008).
National Commission of Forensic Science. Testimony Using the Term "Reasonable Scientific Certainty." https://www.justice.gov/ncfs/file/795146/download
Single View Metrology. Criminisi, et al. (1999) http://www.cs.cmu.edu/~ph/869/papers/Criminisi99.pdf
SWGDE Best Practices for Digital Forensic Video Analysis Version: 1.0 (November 20, 2018)
SWGDE Best Practices for Image Content Analysis Version: 1.0 (February 21, 2017)
SWGDE Best Practices for Photographic Comparison for All Disciplines Version: 1.1 (July 18, 2017)
SWGDE Digital & Multimedia Evidence Glossary
Version: 3.0 (June 23, 2016)
SWGDE Guidelines for Forensic Image Analysis
Version: 1.0 (February 21, 2017)
SWGDE Requirements for Report Writing in Digital and Multimedia Forensics Version: 1.0 (November 20, 2018)
SWGDE Training Guidelines for Video Analysis, Image Analysis and Photography Version: 1.1 (February 8, 2016)
SWGDE Best Practices for the Forensic Use of Photogrammetry Version: 1.0 (September 29, 2015)

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 3

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 3 of 49



**Apex Partners Ltd.**

# ANALYSIS SUMMARY

## ASSUMPTIONS

**Distance to Target:** From Photograph 1 on Page 3 of Steven Becker Expert Report 12-13-18 and T-1 Camera Field of View on Page 2 of 080456 - 080629 (Toglia Powerpoint), the distance from the camera position (T1) to the roadway whereby the unknown vehicle is observed is **~1000 ft**.

**Lossy Compression:** A still frame (JPEG image) exported from the Video Commander player working with the video archive files contained in T1_2012412_0645-0745, as reported by MediaInfo (v 18.12) measures 640x480 pixels and is 32.1Kb in file size. It has chroma subsampling of 4:2:0 and a bit depth of 8. A file of these dimensions should have an uncompressed file size of ~0.9MB. The exported frame in this case is 32.1Kb, or **~0.033MB**. This represents a loss of data factor of 27.27x.

**Nominal Resolution:** The nominal resolution is calculated based on the average sedan length in the US (https://www.reference.com/vehicles/average-length-car-2e853812726d079d) of 177" and the measurement of the pixel dimension (length) of the unknown vehicle in BACKGATE T1--2012-04-12-08-14-32-405.jpg of ~37 pixels and is taken at the location within the image whereby the unknown vehicle passes (~1000' from the imaging device). Thus, the nominal resolution of the target area can be said to be 177 / 37 = **4.78" per pixel**. The reporting of the previously engaged analysts has the ranges of nominal resolutions from unreported to **~10" per pixel** (from Becker Report). Thus, an ~4.78" per pixel is about the median for this range. But the noting of the range of nominal resolution values is important for this exercise.

**Best Practices:** The following are sections taken from *SWGDE Best Practices for the Forensic Use of Photogrammetry Version: 1.0 (September 29, 2015).*
• 4.1.2 Determine if the submitted material is suitable for analysis. Suitability for analysis is determined by the requested examination. For example, in a subject height analysis, the practitioner may determine that the subject must be visible from head to toe, and the body length is at least 25% of the image. Further, the practitioner may examine the image for the presence of stationary objects in the foreground and background of known dimensions, and may make an assessment as to whether the angle of capture is conducive to examination.
• 5.2.1. Reverse Projection Photogrammetry involves the positioning of a camera and recording in the perspective and aspect ratio duplicating the original imagery. A calibrated measuring device may then be used to complete the requested analysis.
• 5.2.2. Analytical Photogrammetry involves applying knowledge of the geometrical properties of the imaging process, and known measurements associated with the imagery, to obtain unknown measurements. Perspective based analysis and direct scaling are two approaches.

In this case, the previously engaged analysts do not engage in Analytical Photogrammetry as

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 4 of 49


defined in the above referenced Best Practice document. There are no appropriate / available references within the depicted scene to provide "known" measurements such as the height of a doorway (fixed and unchanging) used as a reference to measure the height of an unknown subject walking through. Neither do the previously engaged analysts engage in Reverse Projection Photogrammetry as defined in the above referenced Best Practice document. No attempt to place a calibrated measuring device in the recreated footage is made. Reverse Projection (the demonstrative method of placing known with unknown in an overlapping fashion) can be combined with a measurement process / technique (such as the Analytical Photogrammetry method, Single View Metrology) in order to produce a valid range of measurement values. In this case, none of the previously engaged analysts attempt an actual / valid measurement exercise. What was performed can be called, at best, a Demonstrative Comparison. Demonstrative Comparisons are not scientific processes, but simple rhetorical supports. **By definition, analysts performing a Demonstrative Comparisons render no opinion as to match / no match.**

**Investigative vs Scientific Reporting:** As related to this case, what is the frequency of the occurrence of a vehicle with a length of between 160"-190" traveling on the road near the scene of the crime (how many vehicle are seen in the video recording)? What is the population of vehicles matching this general description? In this case, there is disagreement amongst the previously engaged analysts as to what the values would / should be.

Color is taken as truth, but no evidence is shown in the reporting of the previously engaged analysts that any attempted to correct / calibrate color and light within the recordings. Given that there is a noticeable color cast, which is common in CCTV recordings, this color cast may have an influence in conclusions as to color. A simple test can be performed in an image editor, such as Photoshop, to find the color cast (Filter < Blur < Average). Performed on an image taken from the evidence data, via the Video Commander player, the color cast can be computed as R 131 G 129 B 146 (#838192). In Lalit Mestha Expert Report 11-26-18.pdf, the analyst chooses to resize a cropped region of interest using Bicubic interpolation, which considers an area of 16 pixels (4×4) in creating the new values. This is significant given the total area under consideration is 37 x 11 pixels.

Thus, is it possible that a color other than "blue" could be seen as "blue" in the recording. I found no evidence that this possibility was considered by the previously engaged analysts. For example, for automobile colors that may appear blue under "the right lighting / recording conditions," the 2001 Hyundai Santa Fe was offered in Crystal Blue, Pewter, Beige, and Grey. Schmidt (as noted in Becker) reported that it may be possible to conclude that the vehicle seen in the evidence was a Hyundai Santa Fe. Schmidt noted his belief that the vehicle could have been a Ford Escape, a Hyundai Santa Fe, a Toyota Rav 4 if it wasn't a Honda CR-V during direct examination. On cross, it was noted that he was likely biased in his opinion as he was employed by Honda (and likely biased by the way in which he was engaged by the FBI) and had never actually performed an Image Analysis.

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 5

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 5 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

The reports of the previously engaged analysts demonstrate an investigative style, as opposed to a Scientific approach to the case. Investigative reporting will provide a list of possible sources or explanations, equivocating behind statements like "consistent with" or "reasonable certainty." Scientific reports give results of a factual nature. As an example, in moving from Class Characteristic to Individualizing Characteristic, it's important to first define what makes something a characteristic of either a vehicle class or an individual vehicle. At 37 x 11 pixels, with a range of nominal resolutions from ~4" per pixel to ~10" per pixel, does sufficient resolution exist to identify characteristics at all? What characteristics make a vehicle not a Honda CR-V? What characteristics make a vehicle a CR-V, but not a 2001 CR-V? Does sufficient resolution exist in the evidence video to make such determinations on Class? Hardly. If Class can't be agreed upon, then how can individualization be determined?

## ANALYSIS OF PREVIOUSLY ENGAGE ANALYSTS' REPORTS

**Steven Becker**

Page 2:

*"The purpose of my investigation is to analyze the surveillance videos to determine the make and model of a vehicle of interest and if it is consistent with Wells' 2001 Honda CRV."*

Demonstrates presuppositional bias.

*"I am trained in photogrammetry and video analysis and have been performing photo and video analysis since college. "*

Analysts' CV does not support this statement as it relates to the facts and evidence in this case. He appears to be primarily engaged in collision reconstruction. He does not have training in vehicle determination or image / video analysis.

*"The Video Commander software contains a screenshot .jpg image file export feature."*

Demonstrates an ignorance of basic video analysis concepts. The evidence video data is stored as MJPEG (motion JPEG). The software's "export feature" simply exports the current frame as is. See Frame 138 - comparison and processing-report.pdf in Work Files for a comparison of the file export result vs. the same frame in the .iva file.

Page 5:

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 6

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 6 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

*"Wells' Honda CRV has several features, such as: tailgate mounted spare tire with a black cover, black front end protector bra, 4 doors, a tailgate with upper glass angled slightly, high mounted taillights (on the D-pillar), un-tinted windows, a stationary portion of glass in the rear passenger..."*

Analyst does not distinguish between Class / Individualizing Characteristics in this statement. For example, the rear mounted spare is a feature of the EX, LX, and SE trim variations, all trim variations feature taillights in the same location, windows of the same shape and location, and etc. The determination of the presence of a front-end protector was not proven, but was an assumption based upon the biasing information provided.

Page 6:

*"... doors, black molding around the windows, medium blue plaint (Honda Electron Blue), black steel wheel rims, mud-flaps, non-body color plastic front and rear bumper covers and trim molding, non-body colored side mounted mirrors, reflectors on the side of the front bumper and headlights that extend slightly into the front quarter panels or fenders. Wells' Honda CRV is shown as Photograph ..."*

Remember, the range of nominal resolution is ~4"-10" per pixel (range of opinions of the experts in this case). Window molding on cars is generally less than 4" wide, meaning that it wouldn't be discernible as such in this video (it's assumed). Same for the bumper covers, mirrors, and etc. The analyst is projecting.

*"Law enforcement drove Wells' Honda along the same path as the vehicle of interest on April 12, 2012 a few days after the murders."*

It does not appear that law enforcement chose to drive any other car in front of the camera system in the conducting of their demonstrative comparison exercise. From an experimental design

```
Exact − • Generic binomial test

Options:        α balancing: α/2 on each side

Analysis:       A priori: Compute required sample size
Input:          Tail(s)               =    Two
                        Proportion p2         =    0.8
                        α err prob            =    0.01
                        Power (1−β err prob)  =    0.99
                        Proportion p1         =    0.5
Output:         Lower critical N      =    19.0000000
                        Upper critical N      =    40.0000000
                        Total sample size     =    59
                        Actual power          =    0.9912792
                        Actual α              =    0.0086415
```

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

standpoint, an appropriate number of randomized vehicles in front of the system would be 59.

Page 9:

*"Key characteristics of any vehicle used for determining the make and model include: logo or nameplate, the relative size/shape/position of the headlights, taillights, reflectors, the relative distance of the headlights from the front wheel, the relative size and shape and angle of the windshield/pillars, the side windows size/shape/angles/molding/tinting, trim, the wheelbase, overall length and height, color, tire and rim features and any unique vehicle characteristics/features. "*

The nominal resolution in the evidence video is insufficient to resolve any of these characteristics to a specific make / model of vehicle, as previously noted.

Page 9-15:

As regards "color," analyst uses "consistent with" but fails to demonstrate image processing standards for color correction. The analyst fails to demonstrate how the depicted color is different from a blue from a different manufacturer. Has no control group or sample of random "blue" cars.

Page 15:

*"Toglia, Vorder Bruegge and DiTallo used reverse projection or inverse camera and 3D models of vehicles, including a CRV, to compare the size of the vehicle of interest to Wells' CRV and other vehicle models. Reverse projection utilizes a known scale of objects placing the viewer at the same location as the surveillance camera."*

Analyst uses an incorrect definition for reverse projection. Analyst fails to reconcile the fact that all Honda CRVs of a given model year would be the same size, relative to the nominal resolution.

Page 17:

*"Vorder Bruegge similarly reported about plus/minus 10 inches for the vehicle length due to the pixel variation at both the front and rear of the vehicles. A reasonable vehicle length range is about 167.6 to 187.6 inches."*

The majority of the top selling cars in the 2001 model year fit within that range of vehicle lengths.

*"A Ford Escape, Hyundai Santa Fe, Jeep Grand Cherokee, Isuzu Rodeo, Honda Passport and Toyota Rav-4 were shown to be about similar in size"*

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 8

Case 3:13-cr-00008-SLG   Document 976-1   Filed 05/04/19   Page 8 of 49



Yet, none of these were placed in front of the recorder for a demonstrative comparison.

**Michael A. DiTallo**

CV:

Mr. DiTallo's CV demonstrates a history of traffic collision investigations and public service as a commissioned peace officer. Nothing in his CV illustrates training to competency in image / video analysis, the analysis of video recorders, photographic comparison, or vehicle make / model determination.

DiTallo Transcript:

2737 - 2738

Photogrammetry experience as related to reconstruction and the use of PhotoModeler.

2741

Asked to analyze the surveillance footage. His testimony does not demonstrate any analysis was performed - all work was the creation of demonstratives.

2742

*"I proceeded with trying to analyze using an ultimately reverse-projection photogrammetry to compare -- do a comparison between vehicles and that of the vehicles seen in two directions, northbound and southbound, on the 4/12/2012 videotape from the security camera. In addition to that, I tried to sharpen and look at the images or still images from that same video to see if I could identify that vehicle that's seen in that video."*

*"Well, that includes looking at vehicle specification data. That ultimately included getting some three-dimensional vehicle models to be used from a source that does them accurately, and those were tested and looked at, so that I ultimately used them in my analysis."*

Nothing about measuring the 37 x 11 pixels, then attempting to determine make model year.

2744

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 9

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 9 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

From Curtner: *"this is going to be a demonstrative exhibit .."*

All videos submitted to us from DiTallo are demonstrative and contain no analysis of the features shown in the evidence video. This is typical of reconstruction oriented demonstratives where all elements of the scene are documented contemporaneously. In this case, however, the vehicle is not known. Thus, a demonstrative comparison is not appropriate until the unknown vehicle has been successfully identified utilizing a valid method.

2749

from Cutner: *"And so in your analysis, then, did you prepare some media files that demonstrate what your analysis included?'*

from DiTallo: *"Yes, I did."*

No analysis is demonstrated. Only a demonstrative comparison is offered. By definition, demonstrative comparisons can't be used to support a conclusion.

2750

*"... -- did was I took the measurements that Consultant Toglia measured out at the crash site -- or not -- not at the crash site, but at the site, excuse me -- and I used those measurements to build a three-dimensional environment, and I used a -- a 3-D model program called Rhinoceros."*

*"So when I -- what I was able to do with that modeling program and those measurements, in addition to using computer satellite data, was to build a three-dimensional environment. And I coupled that with, ultimately, in Rhinoceros, solving for all the parameters that I needed to solve for, like focal length and, ultimately ... "*

2750

**"... the correction fact -- or certainty error rates, which is basically the pixel distance, based on where the camera is in relationship to the -- the veh -- the vehicle we're trying to identify."**

https://www.rhino3d.com/6/features - Rhinoceros is a modeling program for manufacturing / fabrication. It has not been validated for forensic photogrammetry.

*"So once I was able to establish that, I went and I started initially with a -- the CR-V vehicle. And ultimately I'm going to transpose the CR-V vehicle in on this frame on top of the vehicle we're trying*

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



*to identify. So you're going to ultimately see through each vehicle I looked at, and I picked two frames going northbound in the security video and then two frames going southbound, because they were the -- the two best frames that show the vehicle the most. So I -- those were the ones that -- that I focused on."*

Demonstrates presuppositional bias. Relies on information from investigators. Does not attempt to determine make model year through accepted (SWGDE) methods. Does not attempt to individualize the vehicle depicted in the evidence video.

2750 - 2758

A back and forth on Direct about the process of overlaying models with the source video. Questions to DiTallo is asked about "*a reasonable comparison with the 4/12 video.*" He responds in the affirmative. Not sure what is meant by "a reasonable comparison."

2758

*"Q: It's impossible to match them. Is that correct?*
*A: It"s im --to me it's impossible to match them, yes."*

*"There's another way to do a comparison similar to this that I might mention, and I think that was done by Mr. Vorder Bruegge. And he took a --a known dimension of the CR-V for the overall length. And he he you know, he illustrated that with a --a horizontal line showing that dimension of the overall length. Now, when you"re looking at these, you're looking at the sides of the vehicle. And the measurement of the overall length that you get from data is at the longest part of the car. And every vehicle manufacturer data source, that's the measurement you get, at the very longest part.*
*So his application was absolutely, theorywise, correct, to --to look at a dimension like that. But the problem is, is that you're looking at the side of the car, not at the very ..."*

Given the nominal resolution, and the fact that the Honda CR-V measures within the median for cars sold in the US, it's simply not possible to perform a make / model / year determination solely on length.

2759

*"... So I chose to take the actual model and place it on top of that 4/12 video and look to see how it fit ..."*

Makes no reference to the model vs nominal resolution and how others models / years

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

might fit into the space given the range of values for nominal resolution. Again, confirms the presuppositional bias towards the Honda CR-V.

2759 - 2761

More back and forth on Direct about the process of overlaying models with the source video. Questions to DiTallo is asked about "a reasonable comparison with the 4/12 video." He responds in the affirmative. Not sure what is meant by "a reasonable comparison."

2761

DiTallo can not determine the make / model of the vehicles described.

2762 - 2764

More back and forth on Direct about the process of overlaying models with the source video. Questions to DiTallo is asked about "a reasonable comparison with the 4/12 video." He responds in the affirmative. Not sure what is meant by "a reasonable comparison."

2764 - 2765

*"... So due to the quality of the 4/12/2012 security tape, the video, I didn't feel it was possible to have any precision in measurements at all to --to be able to outline the car to take any measurements from any of the images, northbound or southbound, to i --or to identify that vehicle as to exactly what it is, by brand or model. So, ultimately, I think that I can't exclude or --I can't exclude the CR-V and I can't exclude the ones that I ultimately chose to put in, into my analysis."*

Basically, he has no conclusion - he can't exclude anything so he includes everything.

2765

Attempts to explain his determination of color using Photoshop.

Reaffirms no conclusion: *"And I agree with that, that it --that assessment is correct. I just think that there are other vehicles that possibly could be as well --"*

2767

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 12



# ANALYSIS SUMMARY

Could not eliminate a Toyota Rav4, Nissan Pathfinder, Chevy S10 Blazer, Hyundai Santa Fe, Isuzu Rodeo - in addition to the Honda CR-V. It's his opinion that any of these models, or others, could be the one depicted in the evidence video.

*"A: Yes, or others.*
*Q: And there may even be others beyond that?*
*A: There may be.*
*Q: That you didn't actually do a comparison?*
*A: Correct."*

2768 begins Cross

2768-2769

Establishes that DiTallo is using the data from others and hasn't been to the scene.

2769 - 2772

Question about why DiTello chose the models' color for his overlays. Does not know about the specific vehicle color options of the various models studied or how to accurately represent those colors in his modeling program. Doesn't attempt to match color.

2773

Q: *"So did you do any kind of analysis?"*
A: *"No."*

*"... I couldn't match or identify exactly what the vehicle was on the 12th."*

2774

Did not compare the 4/12 vide to the 4/19 video

2775

*"The way Mr. Vorder Bruegge did it, which is another way to do it, was he took the -- the known length, based on how long a CR-V is, and he divided it by how many pixels he counted across the horizontal plane in the 12th video."*

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 13

Case 3:13-cr-00008-SLG    Document 996-2    Filed 05/04/19    Page 13 of 49



The vehicle in the video is not known. Thus, the calculation is an estimate. Based on the other possible matches, the range of estimates helps with the calculation or estimation of the nominal resolution - ~4"-10" per pixel.

2776

Mention of DiTallo's report. A report was not submitted for this evaluation.

2778 - 2779

Discussion of various vehicle types from the report.

2780 - 2783

Discussion of the report of the use of Photoshop

Could not determine color of vehicle or match 4/12 to 4/19.

2783 - Recross begins

Deals with color matching

**Christopher W. Iber**

CV:

Mr. Iber is a well-qualified Photographic Technology with the FBI's Forensic Audio Video Image Analysis Unit (Operational Technology Division). FAVIAU is part of the FBI's OTD, no longer part of the FBI's forensic laboratory. It's tied to the investigative functions - investigative support.

040007 - 040008.pdf - Report of Examination

Basic information about the request and chain of custody are provided in this document.

047255 - 047256.pdf - Report of Examination

Page 2

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 14

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/02/19   Page 14 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Opinions and Conclusions:

Due to the insufficient detail of the questioned vehicle depicted in the Q 1 images no conclusion of the make or model could be reached.

Details of Examination:

*"... Due to the insufficient detail of the questioned vehicle depicted in the Q I images, no conclusion to the make or model could be reached..."*

081032 - 081033.pdf - email communication - re: Information about the images from the questioned video

*"There are multiple factors contributing to my inability to come to a conclusion on the vehicle in question. These include; low resolution, poor image quality, low frame rate and blurring caused by motion through the frame. All of these factors not only make a conclusion that the car in the video is the same as the suspect's car impossible it also makes a conclusion about the class characteristics of the vehicle's make and model not viable."*

*"And then there was loss of detail from motion blurring in some of the capture frames. So the video is a sequence of still images and the questioned vehicle was travelling through the frame during capture. This gives a blurring effect which degrades the detail of the questioned vehicle."*

*"The reason measuring individual pixels to determine if there is a darker area of the vehicle will not be accurate is due to all the factors I just listed. The front of the vehicle is represent by just a few pixels. This pixels are not consistent due to compression artifacts, motion blurring. In my analysis I have to be able to repeat the measurement over several frames to make sure that what I'm measuring is not just a anomaly."*

Iber makes the correct / safe choice in determining that no identification / recognition / determination is possible due to the extremely low nominal resolution.

**Lalit Mestha**

CV:

Extensive experience as an engineer, but nothing to do with forensic science or forensic video / image analysis.

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 15 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Lalit Mestha Expert Report 11-26-18.pdf - Color Analysis of Suspect & Known Vehicles

Page 2

"*Assignment from DOJ Office*

*1: Suspect vehicle(s) appear at about 7:09:20 and 7:14:31 in the View Commander video from 04/12/2012. To what extent can the suspect vehicle's/ vehicles' color in the video be meaningfully numerically quantified?*
*2: A known vehicle appears twice at a similar location at on the View Commander video from 04/19/2012. To what extent can the known vehicle's color, in both directions, be meaningfully numerically quantified?*
*3: Do sound scientific principles and techniques permit a comparison of the color of the vehicle depicted on 4/12/2012 at 7:09:20 and 7:14:31 in the 04/12/2012 View Commander video compare to the color of the vehicle depicted in the View Commander video from 04/19/2012 at _____ (time).*

For accurate results (items 1-3), the overall color cast must first be quantified, then subtracted. There's no evidence that he performed this essential task.

For accurate results (item 3), the light values must be comparable across the two dates. There's no evidence that he attempted to calculate the light values in either set, or to attempt to adjust lighting values to match between sets.

Page 4

Matlab is used for the processing of the files.

"*Extensive custom matlab code was written for processing (1) Suspect vehicle images, (2) Known vehicle images and . (3) Color distance analysis. Key processing steps were implemented in matlab to:*

*(1)     Extract RGB color image segments of interest*
*(2)     Read RGB color images and crop them*
*(3)     Resize RGB color images to size 10X*
*(4)     Convert RGB (device dependent) color values of pixels to CIE 1976 L\*a\*b\* (device independent) color values*
*(5)     Obtain color gamut plots in 3D with L\*a\*b\* coordinate space*
*(6)     Compute color differences in Euclidean space (L2-norm) and Perceptual space (deltaE2000 or de2K)*"

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

The Trier of Fact will want that customer matlab code for evaluation.

Page 6 - 13

Use of bicubic interpolation in resizing images. See: https://www.mathworks.com/help/vision/ug/interpolation-methods.html "For bicubic interpolation, the block uses the weighted average of four translated pixel values for each output pixel value." In practical terms, this means that in creating the new (larger) pixel, the average light / color value of the new pixel comes from an average of the values from an area of ~20" - 40" sq. of space on the vehicle.

Page 15 - 17

RGB Channels extracted. No color correction to remove the overall color cast is performed.

Page 20 - 29

Use of bicubic interpolation in resizing images. See comment above.

Page 31-33

RGB Channels extracted. No color correction to remove the overall color cast is performed.

Page 36 - 38

Demonstratives of pixel values in an uncorrected gamut are shown.

Page 40

*"Suspect Vehicle"* is depicted and regions of interest (ROI) are selected in an uncorrected image

Page 41

"DeltaE: Suspect & Known Vehicles (North only)"

The two images shown are not labeled as to which is suspect / known.

Page 44 - 49

Demonstratives of pixel values in an uncorrected gamut are shown.



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Page 50 - 58

Demonstratives of pixel values in an uncorrected gamut is shown.

Page 62 - Findings / Conclusions

*"Given the variability that exists in color measurements & analysis (e.g., repeatability, effect of temperature, quantization errors, etc.,), colors of suspect vehicle and known vehicle are the same. "*

Wouldn't all Honda vehicles painted the same color of blue measure the same using the techniques illustrated therein?

Did the analyst compare any other vehicle manufacturer's blue to the unknown vehicle in the evidence footage?

**Gerald B. Richards**

CV:

CV is impressive, yet quite dated. He certainly has the baseline level of experience in forensic science and forensic image analysis. No proof of current training / skills as regards recordings from digital CCTV systems.

042358.pdf - Interview Notes

*"RICHARDS explained the quality of the video was poor, and there was not much he could do to enhance the image. RICHARDS stated the vehicle in the 4/12/2012 video was a dark grey or blue. The brake lights appear to be high on the rear roof post, but with the snow in the background it was hard to tell for sure. RICHARDS stated the wheels in the 4/12/2012 video were dark, in comparison to silver colored wheels. RICHARDS could not see a bra or spare tire."*

*"... there were too few (pixels) to make any determination (of match between the data sets of the two dates in question)."*

Richards, like Iber, makes the correct / safe choice in noting that no match is possible.

DE-195.pdf - demonstratives

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 18 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Page 5

Richards defines the vehicle size as 31 x 13 pixels

Page 6

Richards defines the vehicle size as 30 x 12 pixels

Richards, Gerald Transcript.pdf

Richards is a retired FBI Special Agent and a questioned document / photo examiner. He retired from the FBI in 1993 and begin a private practice in 1994.

3315 - 3316

Provided evidence and stills of known vehicle for comparison.

It's these types of requests where a "Black Box" approach would be best. 6, or 8, or 59 samples are presented at random. No case information / context is provided. Which are a match?

3317

"However, because of the extreme poor quality of the questioned video, a comparison in this case was somewhat meaningless."

3320

Admission of DE-195.pdf is for demonstrative purposes

3324

Q: *"So in terms of measuring or comparing a vehicle or trying to identify a vehicle, what is the import of the pixels?"*

The more pixel density, the more detail in view is possible. The more detail, the better one is able to rule in / rule out.

3325

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 19 of 49



# ANALYSIS SUMMARY

Answer - summary of what is a pixel / picture

3326

"*Q: And what did you do then? What was your analysis?*
*A: Well, at that point I --again, I enlarged them to see what detail I could determine. And once I got to a certain point, I saw there's virtually no detail. There's no detail...*"

At the given nominal resolution, no detail is possible.

3327

"*... to -- to try to make a comparison with.*"

"*Now, when we compare things, there are two things we look One of them is class characteristics and the second is individual identifying characteristics. The first thing you have to have is class characteristics. It has to be the same make and model of car. Then you look for little things like scratch, dings, and dents to positively identify, maybe a license plate, to positively identify a car. In this case, the only class characteristics that were there is it"s dark and it's got dark wheels. Other than that we can"t -- I could not determine anything about the make, model, or type of car it was.*"

A discussion about what was sent and what was asked.

At the given nominal resolution, no detail is possible.

3328

Asked about the request - to try to match the unknown vehicle to the suspect vehicle.

"*Q: Were you able to do that?*
*A: No, sir.*
*Q: And did you tell them that?*
*A: Yes, sir.*"

"*Q: With respect to the vehicle that was passing from left to right, were you able to determine the make, model, or year of that vehicle?*
*A: No, sir.*"

3329 - 3330

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

"Q: And then you also looked to see if there were any individualizing characteristics. Right?
A: Well, it -- it was a moot point at that point. couldn't -- I couldn't see enough class characteristics in there to even start, and there were no individualizing characteristics whatsoever."

Discussion about what are class / individualizing characteristics in general.

3330

"Q So in this case were there any individualizing characteristics that you could use to attempt an identification?
A: No."

"Q: With respect to the vehicle passing from right to left, were you able to determine the make, model, or year of the vehicle?
A: No."

"Q: And as requested by the United States Attorney's Office, with respect to the vehicle passing from right to left, were you able to determine whether that was the Honda CR-V?
A: No."

3333

"Q: Is it fair to say that any attempt at recognition is dependent on the quality of the photographic image?
A: It's all dependent on quality, yes."
Q: And if there -- what happens if there's really nothing to recognize in the photograph?
A: Then you can't recognize anything.
Q: Okay. And of what value is that type of identification?
A: Well, it isn't an identification. It's -- it's a -- it's an opinion by somebody who really probably doesn't know what ..."

3334

"...they"re doing."

Further discussion - examples of identifications performed by the FBI

3335

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 21

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 21 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Begin Cross-Examination

3336

*"Q: Okay. Is it an SUV?*
*A: I don't know.*
*Q: You can't tell that?*
*A: You cannot tell that."*

At the given nominal resolution, no detail is possible.

3336 - 3338

A back and forth about Richard's experience with digital images / video.

3338

*"... And, basically, if you can't make a comparison --if there isn't enough there to compare other than blocks, little squares or pixels like that, there's no sense in making a comparison."*

3338 - 3339

A back and forth as to why a comparison was not performed by Richards.

3341

Redirect

3343

Asked about color of the unknown vehicle

*"A: I said the -- the colors that are most prominent in it or the colors it possibly could be is blue or gray, dark blue or dark gray."*

Asked if he knows Richard Vorder Brugge (RVB).

3344



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Answered yes, he knows Vorder Brugge - assisted in his training when RVB began with the FBI.

Richards asked if he reviewed RVB's work in the case. Answered - yes. Objection as to scope overruled. Asked if he agreed with RVB's conclusions. Answered - yes.

**Neil Schmidt**

CV:

Neil is an employee of Honda with no experience in image analysis, photogrammetry, or vehicle make/model determination. He was chosen by the FBI for his familiarity with the Honda CR-V.

224 - 2001-Honda-CRV-brochure.pdf

019292 - 019299.pdf - Schmidt CV

041937 - 041940.pdf - handwritten notes

079656  -079657.pdf - FBI Interview Notes 11/23/2012

Schmidt is shown a video by an FBI agent. *"Schmidt stated he could not be 100S certain, but the vehicle was the correct size and proportion as that of a Honda CRV first generation vehicle."*

Schmidt is given a VIN and uses it to query for model / year / color. The results come back as *"a 2001 Honda CRV LX 4WD (four wheel drive). The paint code for this vehicle was B95P (Electron Blue Pearl) and was only available on the Honda Prelude and CRV in 2001."*

It's unknown if Schmidt was informed ahead of time of potentially biasing information.

079658.pdf - FBI Interview Notes 11/26/2012

Schmidt is asked (telephonically) about the video he watched in the previous interview and what he thinks about other vehicle makes / models in relation to the unknown vehicle in the evidence footage. He notes similarities to the Toyota Rav4, the Volvo XC90, the Ford Escape and vehicles by Hyundai and Kia.

079659 - 079660.pdf - FBI Interview Notes 1/2/2013

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 23

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 23 of 49



**Apex Partners Ltd.**

# ANALYSIS SUMMARY

A discussion about generational changes of the Honda CR-V.

Schmidt believes, after watching the evidence videos, that it's more likely than not that the unknown vehicle is a Honda CR-V, giving it 70% likelihood. He does not explain how he came to this conclusion given the nominal resolution of the video.

079661.pdf - FBI Interview Notes from 3/4/2013

Interview notes mention that Schmidt was given photos of various vehicles and was asked to compare these with the unknown vehicle in the evidence videos. The report notes that he compiled a spreadsheet of differences between the vehicles that was attached to the report.

*"SCHMIDT stated that he believes that the vehicle in the video is consistent in size, shape, proportion, and tail light position to a first generation Honda CR-V. As noted in the attached spreadsheet, SCHMIDT believes that, if tail light positioning were ignored, there are approximately twenty two vehicles from the referenced vehicle list that are close enough in size, shape and proportion that they should be considered as candidates to be the vehicle in the video. The only vehicle that was consistent in size, shape, proportion and tail light position to the vehicle in i:he video was the Volvo XC90."*

If you consider make / model / year, there are a lot more than 22.
• Vehicles-make-model-year photos - 1A622.xlsx  -  408 vehicles marked "Exclude = No."
• Vehicles-make-model-year photos - 1A640.xlsx  -  408 vehicles marked "Exclude = No."
• Vehicles-make-model-year photos - 1A641.xlsx  -  157 vehicles marked "Exclude = No." No quantitative explanation offered for exclusion.
• Vehicles-make-model-year photos-addendum - 1A623.xlsx  -  15 vehicles marked "Exclude = No." No quantitative explanation offered for exclusion.
• Vehicles-make-model-year photos-addendum - 1A640.xlsx -  15 vehicles marked "Exclude = No." No quantitative explanation offered for exclusion.

For several of the make / model line items in the above, the model years span decades without mention of changes in trim level.

Schmidt, Neil Transcript.pdf

2263 - 2365

Establishment of Schmidt's credentials and admission as an expert.

2365

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 24

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 24 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Asked by the FBI to assist them in attempting to identify a vehicle in a videotape.

2366 - 2367

Asked to determine if the vehicle in the video was a Honda CR-V

*"Q: And what was your conclusion based on viewing it?*
*A: That in -- in my opinion, that's about a 70-percent chance that that is a first-generation Honda CR-V."*

2371

Schmidt notes that there is essentially no difference between a 2000 and a 2001 Honda CR-V

2372

Queried on his methodology in coming to a 70% certainty as to his opinion. He notes that it could be other vehicles, but seems to settle upon the CR-V due to his professional affiliation with Honda and his exposure to the CR-V, as opposed to SUVs from other vendors.

Given the spreadsheets, and the over 400 possible make / model combinations, 70% certainty of make / model year with the nominal resolution and no quantitative support isn't justifiable.

2372

Cross Examination

He notes that he's never testified as an expert before.

2374

Asked if in the initial contact with the FBI, if he was asked to confirm that the unknown vehicle in the evidence video was indeed a Honda CR-V. Answered, yes. Noted that he could not be certain.

2375

Asked about the unknown video and other makes / models.

Notes that he was presented with the suspect vehicle VIN in the first interview.

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

2375 - 2377

Back and forth about the many interviews.

2377

*"Q: ... Didn't you say that based on size, shape, and proportion, there were 22 vehicles close enough in size, shape, and proportion that could be that suspect vehicle?*
*A: I --yeah, there was a number of --of vehicles. ..."*

2378

The conclusion is based on the viewing of the video / familiarity with the Honda CR-V.

**Angelo Toglio**

118   Toglio PPT Slide 103.pdf - single demonstrative slide

118.pdf - single demonstrative slide

119   Toglio PPT Slide 104.pdf - single demonstrative slide

119.pdf - single demonstrative slide

079662 - 079663.pdf - CV for Angelo Toglia, Jr.

Toglia is a collision reconstructionist. No apparent training in image analysis.

079664 - 079669.pdf - letter from Toglia to Schroder 10 / 24/ 13

Details incident scene analysis performed by him on Feb 12-13, 2013. Performed a laser scan of the area - the result was a model of the scene.

Generally indicates that he inserted a still image from the evidence video into a *"a commercially-available photogrammetry program."* Does not list this program. Manipulates this information in the program, exports portions of this information to the modeling program for further work.

The report is written in generalities. Specifics as to program names, referenced validation studies,



etc are not included.

*"I have concluded that the vehicle depicted travelling northbound and southbound in the incident video is consistent with the overall size. shape- and color of the suspect Honda CR-V. and that the vehicle was travelling on Anton Larsen Bay Road."*

Based on his general study and his unvalidated methods, any 2000 or 2001 Honda CR-V would be *"consistent with the overall size. shape and color of the suspect Honda CR-V."*

Angelo Toglia Expert Supplemental Report 11-21-18.pdf

Additional analysis performed.

*"Based on my analysis of the overall geometry of the vehicle and comparisons to the later images of what is known to be a four-door Honda CR-V, it is likely that the vehicle depicted in the April 12th images has four side doors."*

Does not use the evidence data to illustrate the features / quantify his findings.

Toglia, Angelo Transcript.pdf

2473

Begin Direct Examination

2473 - 2476

Exploring Toglia's background

2476

Defines Photogrammetry by citing one of his papers, as opposed to noting that his paper cites the commonly held definition, or just citing the commonly held definition from SWGDE

Notes two of his tree papers deal with the area of photogrammetry.

2476 - 2478

Qualified as an expert

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



**Apex Partners Ltd.**

2478 - 2481

Generalized description of collision reconstruction.

2481

*"Q: Now, did you enhance those videos in any way?*
*A: No, not al all.*
*Q: Did you change them in any way?*
*A: No. With the exception of zooming in or enlarging, the videos were the video images were not altered in any way."*

Is interpolation "enhancement." There are implications for the image given the interpolation method. Did not find a description of how this was done. See previous comment, Mestha, re interpolation issues.

2482 - 2494

He explains the creation of his demonstratives. Walks Trier of Fact through his demonstratives.

2494 - 2507

Describes the working of his 3D model of the scene. Noted that he purchased the models of the vehicles depicted in the demonstrative.

*"So the actual analysis is done with the model, and then I created the outline from the location of the model so we could fade the model away and see the pixels behind it. "* - 2497

2507

All work is being done in the modeling program.

2510

Look at a Dodge During and a Honda Accord.

2513 - 2514

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 28

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 28 of 49



Apex Partners Ltd.

ANALYSIS SUMMARY

A look at the Ford Escape, Hyundai Santa Fe, and Toyota Rav4.

2521

Begin Cross Examination

2523 - 2525

Exploring the difference between surveying everything there / but attempting to reconcile things no longer at the scene.

2525 - 2528

Exploring why the work seems to focus predominantly on a Honda CR-V.

Notes the distance from camera at T1 to the road is ~1100' (about a quarter of a mile).

*"Q: Okay. Now --and how many pixels --do you under --how many pixels would be available in that frame from that distance?*
*A: I have not calculated that.*
*Q: You haven't calculated the number of pixels or how that might affect the image?*
*A: It --it doesn't affect the image. It has --the image has as many pixels as it has coming from the --the videocamera. And I have not counted the pixels to know how many exist between the left side of the frame and the --say, where the left side of the T2 building is."*

*"Q: It's a low-resolution. And then have you --and the data was compressed. Do you understand what that means?"*
*A: I know what compressed means.*
*Q: Okay. And do you understand the data of the pixels was compressed in this case?*
*A: We extracted the --extracted the video frames from the video source itself, and I don't know that there's any compression when that process is performed."*

2530 - 2532

Attempts to reconcile the nominal resolution in light of his vehicle determination / 3D model choice. Does not do a good job of it.

2533

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 29



**Apex Partners Ltd.**

Noted that he can't rule out a Ford Escape, a Hyundai Santa Fe, or a Toyota Rav4. Did not do a comparison of other potential match vehicles.

2534 - 2535

Attempts to reconcile lighting conditions in uncorrected images when comparing colors in multiple images.

2538

Did not calculate the nominal resolution.

**Richard Vorder Brugge**

129.pdf - demonstrative comparison slides

134 - PPT slide.pdf - demonstrative comparison slide

018029 - 018032.pdf - Examination Report Cover Sheet

The unknown and known vehicle share limited class characteristics. It was not possible to "identify or eliminate the question vehicle(s) as depicted..."

*"Due to the limited resolution of the Q9 video images, it is not possible to identify the questioned vehicle as the known vehicle to the exclusion of all other vehicles. Likewise, it is not possible to eliminate the questioned vehicle as being the known vehicle."*

060931 - 060960.pdf - complete Examination Report

Page 7 notes that motion blur makes the vehicle look longer.

Page 8 notes that motion blur spans multiple pixels

Page 10 notes the calculation of the nominal resolution - range of values from 4.8" to 9.6" per pixel.

Page 11 notes the range of possible vehicle lengths of 167.6" - 187.6"

Page 12 notes SOPs used. You'll want to get FAVIAU-HQ-12 and FAVIAU-HQ-19 in discovery.

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 30

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 30 of 49



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

Verification performed by Walter Bruehs.

See:
• http://hoerricks.com/images/JFI/JFI%20-%20Lack%20of%20Enforcement%20of%20Standards%20as%20Regards%20the%20Testing%20of%20Ruman%20Subjects.pdf

• http://hoerricks.com/images/JFI/JFI%20-%20A%20Comparison%20of%20Reverse%20Projection%20and%20Laser%20Scanning%20Photogrammetry.pdf


Bruegge, Richard Transcript.pdf

2314 - 2317

Exploration of RVB's background and qualifications as an expert.

2316

The published paper mentioned is the subject of a recent series by ProPublica.

See:
• https://www.propublica.org/article/with-photo-analysis-fbi-lab-continues-shaky-forensic-science-practices

• https://www.propublica.org/article/fbi-scientists-statements-linked-defendants-to-crimes-even-when-his-lab-results-didnt


2318

A chain of custody discussion

*"... And I was asked to compare that questioned vehicle or those two sequences of questioned vehicle with images of a known vehicle that were recorded on the 19th and 20th, to determine if I could say anything about whether the questioned vehicle and the known vehicle could be the same vehicle or whether they could be eliminated as not being the same vehicle."*

2319



# ANALYSIS SUMMARY

Explains reverse projection photogrammetry as practiced by FAVIAU. You'll need the above references SOPs to assure that his work followed agency best practices.

2321 - 2330

Explains his main demonstrative slide deck.

2331

Compares known vehicle length with unknown vehicle length.

2333

Explains the calculation of the nominal resolution and its error rate.

2335

The answer to the first question on the page likely conflicts with the photogrammetry SOP referenced in the Exam Report. RVB assumes the length of the known vehicle is accurate. He does not conduct the recording of the known recording himself. He makes up for this with his conservative error rate.

2337

RVB crops and enlarges single frames used for comparison. The examination notes do not describe this process. See comment on interpolation in Mestha.

2339

Begin Cross Examination

2341 - 2342

Exploring frame selection for the comparison.

2343

Briefly touches on the need to have the vehicle in the same relative position in order to conduct the

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 32 of 49


comparison.

2345

Chris Iber is mentioned. Gerald Richards is mentioned. RVB confirms that he knows them both and considers them competent.

2346

Dealing with RVB's conclusions. Comparison of the "known vehicle" to the unknown vehicle. Was it possible to identify the unknown vehicle.

2347

"*A: Our --we do not try to identify it for the purpose of saying that's got to be it. We are there as arbiters to determine is it the --is it the same one or is it a different one.*
*Q: Exactly.*
*A: So I am not trying to prove that it is the same one.*
*Q: No, no, no, I didn"t mean that at all. I meant that you were being totally, you know, fair about it, but it --but if it turned out that you could identify the vehicles, either of those vehicles in the first two passes as being the known vehicle, then you certainly would have done that. Right?*
*A: Yes.*"

"*Q: All right. And your conclusion in this case, after looking at all of the videos and the work that you've done was --is that it was not possible to identify or eliminate the questioned vehicles as depicted that we"ve seen as being the known 2001 Honda CR-V. Right?*"

2348

"*A: That is correct.*"

Is length / height a class characteristic? Is a 250" vehicle a limo or a long-bed truck? No mention that the known vehicle length is the median for sedans in the US. Does that make it a sedan?

2348 - 2351

Exploration of what makes something a class / individualizing characteristics.

2353

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 33

Case 3:13-cr-00008-SLG   Document 998-2   Filed 05/04/19   Page 33 of 49



Questioning on why RVB chose to place the exact measurement on his demonstratives without the output error / or the range of values.

*"Q: Okay. You've indicated that you can tell with -- within a certain tolerance. Is that a more accurate way to say that?*
*A: That is correct."*

2354

Exploring the 20 inch range / tolerance and how it's displayed in the demonstratives.

Also notes that the direction of travel is not perpendicular to the imaging device.

2356 - 2357

Nominal resolution precludes the ability to discern class characteristics. Admits that there is insufficient detail to determine the make / model of the unknown vehicle.

2359

RVB was not asked to attempt to match multiple known vehicles. Seems to indicate he was not asked to conduct a make / model determination but an exam of a known v unknown.

RVB indicates that the photogrammetry was only used to quantify the nominal resolution.

## SUMMARY OF ANALYSTS' QUALIFICATIONS

**QUALIFIED**

Chris Iber
Gerard Richard
Richard Vorder Brugge

These analysts have training and experience in image analysis as demonstrated in either their CVs or in their testimony when qualifying (or both). All three are known in the community of image analysts. They, for the most part, are aware of and follow best practices (likely because they had a hand in writing them). Each seemed aware that attempting to determine make / model at a quarter

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 34

Case 3:13-cr-00008-SLG   Document 996-2   Filed 05/04/19   Page 34 of 49



**Apex Partners Ltd.**

of a mile with suspect quality video was unlikely to yield a definitive result.

**NOT QUALIFIED**

Steven Becker
Michael DiTello
Lalit Mestha
Neil Schmidt
Angelo Toglia

The discipline of traffic reconstruction (TR) is quite different than that of image analysis (IA). In traffic reconstruction, the majority of the elements of the investigation are known. In image analysis, the majority of the elements are unknown. TR deals with measurements taken "now." IA deals with measurements within images captured "then." The reconstructionists in this group do not seem to recognize this fundamental element of experimental design, the blending of then and now. None seemed at all aware of the best practices for Image Analysis. None seemed to concern themselves with nominal resolution, instead appealing to the hyper-accuracy of their models and surveys.

As for the "color expert," failure to address the overall color cast in the image means that this obviously well qualified academic is unfamiliar with image analysis as a forensic science discipline - or it's many best practice documents. Color here is not entirely relevant, as any  blue 2000-2001 Honda CR-V should show up and measure the same given the same capture device and conditions.

The Honda employee is superfluous.

**Prepared By**

Jim Hoerricks, PhD
1 April 2019

**Apex Partners Ltd.**
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 35

Case 3:13-cr-00008-SLG   Document 976-2   Filed 05/04/19   Page 35 of 49

# Jim Hoerricks, PhD

jim@hoerricks.com                                           (702) 290.3820

## Forensic Scientist - Surveillance Specialist

Industry leader, innovator, and seasoned forensic science specialist with 18+ years of experience in evidence collection, restoration, forensic analysis, authentication, and presentation, offering expertise in Surveillance and Counter-Surveillance execution, training, and supervision. Successful instructor, consultant, author, and presenter, knowledgeable in the latest technology and applicable laws. Holds Ph.D. in Education and Bachelors / Masters in Organizational Leadership.

## Core Competencies:

• Digital / Multimedia Forensics
• System Engineering
• Penetration Testing / Urban ISR
• Physical Security / Infrastructure Protection
• Organizational Administration / Supervision
• Scientific Research / Institutional Review

• Standards Creation / Compliance
• International Accreditation
• Large Project Management / Consulting
• Adult Education / Vocational Training
• Curriculum Design
• Self Defense Without Weapons

## Accomplishments in Action:

**Senior Consultant**, Apex Partners, Ltd., Las Vegas, NV                    2018-Present
Delivers state-of-the-art consulting recommendations to public and private-sector organizations.

**Self-Employed**, based in US and Estonia                                   2001-Present
Forensic Analyst, Photographer, Author, Adjunct Instructor / Professor.

**Director of Instruction / IRB Supervisor, Towcester Abbey Praeceptory**    2015 - Present
Conducting leading edge research and providing comprehensive services to the autism community.

**Director** of Support and Training, Amped Software, Inc., Henderson, NV.   2016 - 2019
Provides innovative solutions for digital evidence analysis, enhancement, and authentication.

**Police Surveillance Specialist** / *Senior Forensic Multimedia Analyst*,   2001-2016
Los Angeles Police Department, Los Angeles, CA.
Handled thousands of cases for the LAPD and on loan to agencies around the world. Master low-power electrician skilled in the fabrication, installation, and operation of miniature surveillance gear. Urban Intelligence / Surveillance / Reconnaissance (ISR) covert operations.

# Jim Hoerricks, PhD

## Areas of Specialization:

Forensic Analysis of Audio / Image / Video Based Evidence, Restoration, Clarification, Photogrammetry, Comparison Analysis, Content Analysis, Authentication, the processing and analysis of the digital crime scene and it's evidence, Penetration Testing, Statistics, Forensic Science, Standards and Compliance, Curriculum Design, Research, Training and Education.

## Research and Development:

• Adobe Systems, Inc., Beta Tester for Adobe Photoshop and Acrobat Pro.
• Amped Software, Inc., Alpha and Beta Tester for entire product line.
• Ocean Systems, Inc., Beta Tester for Archive-R & Omnivore.
• Salient Stills, Inc. (now Salient Sciences, Inc.), Beta Tester for VideoFocus 3.
• Sanyo / Fisher North America Corp., Beta Tester for Case Information Media Management (CIMM).

## Education:

• A.S., Political Science, Santa Rosa Junior College, Santa Rosa, CA                          1992
• B.A., Organizational Leadership, Woodbury University, Burbank, CA                          2009
• M.A., Organizational Leadership, Woodbury University, Burbank, CA                          2010
• Ph.D., Education - Higher Education Leadership, Trident University, Cypress, CA          2018
• M.Ed. (in progress), Instructional Design, Western Governors University, Salt Lake City, UT  2019

## Professional Affiliations:

• Organization of Scientific Area Committees on Forensic Science (NIST / OSAC), Video Imaging
        Technology and Analysis Subcommittee, Video Task Group Chairperson
• Law Enforcement / Emergency Services Video Assoc. (LEVA), Member / Guest Instructor
• ASTM International, E30 Participating Member
• Chartered Society of Forensic Science (UK), Affiliate Member: Forensic Imagery Analysis Division
• International Law Enforcement Educators and Trainers Association, Member

## Licenses and Certifications:

• General Radiotelephone Operator License (FCC)
• Mobile Phone Seizure Certification (BKForensics)
• Certified Mobilyze Operator (BlackBag)
• Large Emergency Event Digital Information Repository (LEEDIR)
• Amped Certified Analyst (FIVE / Authenticate)
• Amped Certified Instructor (FIVE / Authenticate)
• edX: Course Creator

# Jim Hoerricks, Ph.D.

jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

## Relevant College Courses

SP 10 - Public Speaking
  Long Beach City College
PSYCH 1 - Introduction to Psychology
  Long Beach City College
ANTHRO 101 - Human Biological Evolution
  Los Angeles Pierce College
ANTHRO 150a - Current Topics in Anthropology (Anthropology Lab)
  Los Angeles Pierce College
ASTRO 3 - Stellar Astronomy
  Santa Rosa Junior College (with Lab)
MATH 156 - Advanced Algebra
  Santa Rosa Junior College
OL309 - Organizational Psychology
  Woodbury University
OL312 - Quantitative Methods 1
  Woodbury University
OL312 - Quantitative Methods 2
  Woodbury University
OL501 - Psychology of Organizations
  Woodbury University
OL502 - Ethics in Organizations
  Woodbury University
OL508 - Quantitative Analysis
  Woodbury University
DEL608 - Quantitative Research and Advanced Statistics I
  Trident University International
DEL610 - Qualitative Research
  Trident University International
DEL618 - Quantitative Research and Advanced Statistics II
  Trident University International
DEL620 - Linking Theory with Research
  Trident University International

## Specialized Training Received

Forensic Video Analysis and the Law
  Law Enforcement / Emergency Services Video Association, Whittier, CA, June 2002, 40 Hours
Audio and Video Enhancement and Clarification
  National Law Enforcement and Corrections Technology Center, El Segundo, CA, April 2002, 20 Hours
Best Practices for the Collection of Video Tape Evidence
  National Law Enforcement and Corrections Technology Center, El Segundo, CA, April 2002, 4 Hours
dTective Video Evidence and Case Management System
  OceanSystems, Burtonsville, MD, February 2004, 16 Hours
Electronic and Technical Surveillance Training
  National Technical Investigator's Association, Austin, TX, July 2004, 40 Hours
Electronic Surveillance (Wiretap)
  California Department of Justice Advanced Training Center, Los Angeles, CA, January 2004, 8 Hours
International Security Conference Expo Seminars
  ISC Expo/West, Las Vegas, NV, March 2002, 24 Hours

Navigating Closed Circuit Television Systems
        Pelco Video Security Institute, Clovis, CA, April 2002, 16 Hours
Designing Video Security Systems
        Pelco Video Security Institute, Clovis, CA, September 2002, 16 Hours
Digital CCTV Solutions
        Pelco Video Security Institute, Clovis, CA, April 2002, 16 Hours
Networking Basics for Pelco CCTV Products
        Pelco Video Security Institute, Clovis, CA, April 2002, 8 Hours
Mastering Photoshop
        MindLeaders, Los Angeles, CA, May 2002, 12 Hours
Cisco CCDA Internetworking Review
        MindLeaders, Los Angeles, CA, May 2002, 8 Hours
Cisco CCNA OSI Reference Model
        MindLeaders, Los Angeles, CA, May 2002, 8 Hours
Covert Video and Audio Recording Devices
        Adaptive Digital Systems, Los Angeles, CA, November 2001, 4 Hours
Microsoft Transact SQL
        LAPD Training Division/Virtual Training Company, August 2005, 8 Hours
Adobe Photoshop Training Camp Live
        Software Cinema, Los Angeles, CA, January 2006, 8 Hours
Adobe Photoshop CS2 Layer Techniques
        KW Computer Training, Los Angeles, CA, March 2006, 2 Hours
Electronic and Technical Surveillance Training
        National Technical Investigator's Association, Sacramento, CA, July 2006, 34 Hours
Case Studies in Forensic Video Analysis - Intergraph Corp - Unilux, Ltd - U.S. Army
        National Technical Investigator's Association, Sacramento, CA, July 2006, 2 Hours
Investigative and Technical Response to the London Bombings of July 2005 - Metropolitan Police, London, UK
        National Technical Investigator's Association, Sacramento, CA, July 2006, 4 Hours
Effective Courtroom Testimony
        Los Angeles District Attorney's Office, Los Angeles, CA, September 2006, 4 Hours
Instructor Development Course
        Los Angeles Police Department, Training Division, Los Angeles, CA, January 2007, 64 Hours
Photoshop for Forensic Video Analysts
        Resolution Video, Santa Fe Springs, CA, March 2007, 32 Hours
Forensic Analysis of Handheld GPS Devices
        USCG / NATIA Mid-States Chapter, Indianapolis, In., April 2007, 2 Hours
Forensic Analysis of Cellular Telephones
        Purdue Univ. / NATIA Mid-States Chapter, Indianapolis, In., April 2007, 4 Hours
Microsoft e-Learning - microsoft.com - May 2007
        Course 4622: What's New in Microsoft Office Access 2007
        Course 4623: What's New in Microsoft Office Excel 2007
        Course 4624: What's New in Microsoft Office InfoPath 2007
        Course 4625: What's New in Microsoft Office OneNote 2007
        Course 4627: What's New in Microsoft Office PowerPoint 2007
        Clinic 5046: Inside Look at Building and Developing Solutions with Microsoft Office SharePoint Server 2007
Adobe Creative Suite 3 New Feature Training
        Art Center College of Design, Pasadena, CA, June 2007, 8 Hours
Shooting with the Hasselblad V System Medium Format Camera & Hasselblad Digital Back
        Hasselblad USA / Art Center College of Design, Pasadena, CA, July 2007, 6 Hours
Using Hasselblad's Flexcolor 4.7, July 2007
        Hasselblad USA / Art Center College of Design, Pasadena, CA, July 2007, 6 Hours
Electronic and Technical Surveillance Training
        National Technical Investigator's Association, Pittsburgh, PA, July 2007, 24 Hours
Forensic Audio and Video in the 21st Century
        National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Fundamental Imaging Processing
        National Technical Investigator's Association, Pittsburgh, PA, July 2007, 4 Hours
New Features in Adobe's Creative Suite 3 for Forensic Video Analysts
        National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours

Introduction to Computer Forensics
National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Understanding Screen Capture
National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
CCTV Replay Using Clearview's DigiMux
National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Digital Video Recorder Screen Captures Using StarWitness by Signalscape
National Technical Investigator's Association, Pittsburgh, PA, July 2007, 2 Hours
Essentials of the AV Industry
InfoComm International, Los Angeles, CA, May 2008, 40 Hours
Adobe Premiere CS3 for Law Enforcement
Adobe, Inc., San Jose, CA, July 2008, 3 Hours
Adobe Captivate 3 for Law Enforcement
Adobe, Inc., San Jose, CA, July 2008, 2 Hours
Adobe Lightroom 2 for Law Enforcement
Adobe, Inc., San Jose, CA, July 2008, 3 Hours
Videotape Authentication by Characteristic Switch Points
TREC / National Technical Investigator's Association, San Jose, July 2008, 2 Hours
Adobe Photoshop for Photographers
Hewlett Packard, Los Angeles, CA, July 2008, 8 Hours
Technical Writing
Los Angeles Police Dept. Training Division, Los Angeles, CA, April 2009, 16 Hours
Adobe Soundbooth CS4
Total Training, Los Angeles, CA, April 2009, 6 Hours
Adobe Camera Raw 5
VTC, Los Angeles, CA, May 2009, 3 Hours
Digital Image Enhancement of Latent Prints Using DCS-4
Foster+Freeman, Los Angeles, CA, May 2009, 16 Hours
Processing of Forensic Evidence
NCSU Materials Science & Engineering Dept., Los Angeles, CA, January 2010, 1 Hour
Using Flash Retriever Forensic Edition
Infinidyne, Las Vegas, NV, August 2010, 3 Hours
Super Resolution Fundamentals
MotionDSP, Las Vegas, NV, August 2010, 1 Hour
Parallel Computer Architectures for Forensic Image/Video Processing
Cognitec, Las Vegas, August 2010, 1 Hour
FBI's Non-Traditional Video Delivery Method
LEVA Conference, Indianapolis, IN., November 2010, 1 Hour
Adobe: Delivering on the Workflow (Production Premium CS5)
LEVA Conference, Indianapolis, IN., November 2010, 3 Hours
Understanding Compression
Digital Summit International, Las Vegas, NV, August 2011, 1 Hour
Authentication
Digital Summit International, Las Vegas, NV, August 2011, 1 Hour
Mass Processing of Digital Multimedia Evidence
LEVA/University of Indianapolis, Indianapolis, In, October 2011, 40 Hours
Trial Preparation and Courtroom Presentation
LEVA Conference, Coeur d'Alene, Id., October 2011, 2 Hours
Digital Interview Rooms
LEVA Conference, Coeur d'Alene, Id., October 2011, 4 Hours
Forensic Video and Digital Multimedia Standards
LEVA Conference, Coeur d'Alene, Id., October 2011, 4 Hours
Advanced Forensic Multimedia Analysis with Amped FIVE Professional
Amped Software NA, Oceanside, Ca., July 2012, 16 hours
Advanced Image Authentication with Amped Authenticate
Amped Software NA, Oceanside, Ca., July 2012, 16 hours
Advanced Video Triage with Amped VideoScanner
Amped Software NA, Oceanside, Ca., July 2012, 8 hours
Digital Video Processing and Analysis Workflow
LEVA Conference, Asheville, NC, September 2013, 4 Hours

Strategies for Working with Students with Autism Spectrum Disorders
      Region XII Education Service Center, Austin, Tx, February 2014, 61 Hours
Shooting Incident Reconstruction
      Shooters Edge, Los Angeles, Ca, November 2014, 8 Hours
Visual Perception and the Brain
      Duke University (via Coursera), January-March 2015, 32 Hours
Basics of Pistol Shooting
      National Rifle Association (on-line), July 2016, 12 hours
Fundamentals of Digital Image and Video Processing
      Northwestern University (via Coursera), August-October 2016, 48 Hours
Minimizing Bias in Forensic Decision Making
      Concept Professional Training, May 2017, 10 hours
Mobilyze Tool Training Course
      BlackBag Technologies, July 2017, 2 hours
Advanced Forensic Multimedia Analysis with Amped FIVE Professional
      Amped Software, Inc., Las Vegas, NV., July 2018, 16 hours
Advanced Image Authentication with Amped Authenticate
      Amped Software, Inc., Las Vegas, NV., July 2018, 16 hours
Preparing for DEAC Accreditation
      Distance Education Accrediting Commission, August 2018, 4 hours
Augmentative and Alternative Communication and the Autism Spectrum
      Region XII Education Service Center, Austin, Tx, August 2018, 3 Hours
edX - Course Creator (edX 101, edX Blended Learning, edX VideoX, edX Studio X)
      edX, September 2018, 16 hours

# Jim Hoerricks, Ph.D.

jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

## Specialized Training Presented

ShowBiz Expo, 1997
    Presented Lecture on non-linear video editing using AST's Windows NT based system
    Presented Lecture on non-linear video editing using Adobe Premier on Windows NT
National Technical Investigators Association - Pacific Chapter's Winter Session, 2001
    Presented Lecture on requirements of an off-line video editing bay for use in Forensic Video Analysis
Los Angeles Police Department - Divisional Roll-Call Training
    Presented Roll-Call Training on the covert use of recording equipment in operations
Los Angeles Police Department - Divisional Training
    Presented Training on the use of Adobe Photoshop in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
    Presented Training on the use of Adobe Premier Pro / After Effects in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
    Presented Training on the use of Sony's Vegas in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
    Presented Training on the use of Adobe's Creative Suite for Courtroom Presentations
Los Angeles Police Department - Divisional Training
    Presented "Refresher" Training on the use of Avid in Forensic Video Analysis
Los Angeles Police Department - Divisional Training
    Presented Training on the use of Sony's SoundForge for in field redactions and enhancements of audio recordings
Los Angeles Police Department - Operations West Bureau, Bureau Vice Summit, 2003
    Presented Lecture on covert use of video recording equipment for use in Vice operations
Los Angeles Police Department - Organized Crime and Vice Division, OIC Vice Summit, Q2 2004
    Presented Lecture on covert use of video and audio recording equipment for use in Vice operations
National Technical Investigators Association - Pacific Chapter's Winter Session, 2004
    Presented Training Class "Basic Forensic Video Analysis," a 2 day class introducing law enforcement professionals to Forensic Video Analysis and providing hands on training with the hardware and software used in the process.
Los Angeles Police Department - Organized Crime and Vice Division, Pornography Section, 2005
    Presented Training on use of PROP3 in pornography investigations
Los Angeles City Attorney's Office - Valley Bureau - Safe Neighborhood Division - Continuing Legal Education, January 2006
    Presented "Using Video Evidence in Criminal Prosecutions"
Los Angeles City Attorney's Office - West Bureau - Safe Neighborhood Division - Continuing Legal Education, February 2006
    Presented "Using Video Evidence in Criminal Prosecutions with Microsoft's PowerPoint"
Los Angeles County Sheriff's Department - Technical Services Unit - April 2006
    Presented training on the collection of DCCTV Evidence and the Production of Working Copies
Los Angeles City Attorney's Office - Safe Neighborhood Division - Narcotics Enforcement Surveillance Team, May 2006
    Presented "General Requirements for Digital CCTV Systems for Police Use"
Los Angeles Police Department - Scientific Investigation Division, Electronics Section, June 2006
    Presented Training on support of enforcement of LAMC 41.70 using USBird and SoundForge
National Technical Investigators Association - Annual Conference, July 2006
    "Advanced Forensic Photoshop" - Presented Training on the use of Photoshop in the Forensic Video Analyst's workflow.
    "Advanced Forensic Photoshop" - Presented Training on the use of Photoshop for non-destructive clarification of images.
    "Advanced Forensic Photoshop" - Presented Training on the use of Photoshop's layer blending modes for clarification of images.
    "Imaging Forum" - Co-presented Training on the emerging standards for the collection of DCCTV evidence.

National Technical Investigators' Association Mid-States Chapter Spring Training Sessions, Indianapolis, In., April 2007
    Presented Training on Digital Video Surveillance System Evidence Recovery
Los Angeles Police Department - Training Division, Basic Detective School, April 2007
    Presented Training on Electronic Surveillance and Counter Surveillance
Los Angeles Police Department - Commercial Crimes Division, Burglary School, April 2007
    Presented Training on Electronic Surveillance, Counter Surveillance, and Sting Operations
Los Angeles Police Department - Training Division, Vice School, April 2007
    Presented Training on Electronic Surveillance and Counter Surveillance in Vice Operations
State of California - Department of Justice, Advanced Training Center
    Specialized Surveillance Equipment & Techniques, June 2007
    Presented Training on Electronic Surveillance and Counter Surveillance
National Technical Investigators' Association Annual Training Conference, Pittsburgh, Pa., July 2007
    Presented Training on Digital Video Surveillance System Evidence Recovery - 2 day long workshops
Law Enforcement and Emergency Services Video Association Annual Training Conference, Calgary, AB, October 2007
    Presented Training of the Forensic Uses of Adobe's Creative Suite 3, Photoshop CS3, and Adobe Camera Raw 4.2
National Technical Investigators' Association Pacific Chapter Spring Training Conference, City of Commerce, Ca., March 2008
    Presented Training of the Forensic Uses of Adobe's Photoshop CS3
Los Angeles County District Attorney's Office - Continuing Education Series, April 2008
    Presented Training on the use of CCTV evidence in criminal cases.
National Technical Investigators' Association Annual Training Conference, San Jose, Ca., July 2008
    Presented Training of the Forensic Uses of Adobe's Photoshop CS3
Los Angeles' Photoshop Users Group - Monthly Meet-Up, February 2009
    Presented Training in the advanced uses of Adobe's Photoshop CS3 / CS4
Adobe Government Solutions for Law Enforcement and Forensic Professionals, July 2009
    Co-Presenter of "Forensic Analysis Using Photoshop CS4 Extended" eSeminar
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, February 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, April 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Photoshop for Law Enforcement - LA CLEAR/LA HIDTA, July 2010
    Presented Training in the use of Adobe's Photoshop in a law enforcement setting.
Color Correction Techniques in Adobe's Photoshop - DSI-Vegas, August 2010
    Presented Training in the use of Adobe's Photoshop for correcting color.
Authentication of Digital Multimedia Evidence - DSI-Vegas, August 2010
    Presented a case study on the authentication of DME for criminal trial.
Forensic Photoshop - LEVA Conference, November 2010
    Presented training on the use of Adobe's Photoshop for forensics.
Premiere Pro CS5.5 for Law Enforcement - DSI-Vegas, August 2011
    Presented a demonstration and a workshop on using Adobe's Premiere Pro CS5.5 for forensics.
Challenges and Responsibilities in Forensic Technology Development - DSI-Vegas, August 2011
    Co-presenter of session on the needs of law enforcement as regards technological development of forensic tools.
Examining Samsung Phones - HTCIA Conference and Expo, September 2011
    Co-presenter of training on the forensic examination of Samsung phones using FinalMobile software.
Intermediate Forensic Photoshop - LEVA, October 2011
    Presented 2 sessions on the use of Adobe's Photoshop for forensics (intermediate level).
Photoshop for Latent Print Examiners - Louisiana State Police Crime Laboratory, April 2012
    Presented two-day training on the use of Adobe's Photoshop in the Latent Print comparison workflow.
Forensic Analysis of Digital Multimedia Evidence - H-11 Digital Forensics, May 2012
    Presented two-day training on the various tools used in the analysis of digital multimedia evidence (video, audio, images).
Forensic Analysis of Digital Multimedia Evidence - Amped Software, N.A., September 2012
    Presented five-day advanced training on the use of AmpedFIVE in the analysis of digital multimedia evidence
Forensic Analysis of Milestone Server, Live Feed and Saved Files - NaTIA Pacific Chapter, April 2013
    Presented training on the use of AmpedFIVE in the analysis of evidence from Milestone Servers

Image Authentication - NaTIA Pacific Chapter, April 2013
   Presented training on the authentication of digital images using Amped Software's Authenticate
Forensic Image and Video Analysis with Amped FIVE - LEVA Conference, September 2013
   Presented 16 hours of training on the use of Amped FIVE in the analysis of image and video evidence
Advanced Forensic Multimedia Analysis - South African Police Service - Image Analysis Section, February 2014
   Advanced level instruction/education on the uses of Amped FIVE, Amped Authenticate, Adobe Audition,
   FlexView Pro, as well the correct processing of crime scenes where dCCTV evidence is present.
Intermediate Forensic Multimedia Analysis - Tarrant County (Tx) District Attorney's Office, May 2014
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Oxnard Police Department, July 2014
   Basic level instruction/education on the uses of Amped FIVE
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Salt Lake City Police Department, October 2014
   Basic level instruction/education on the uses of Amped FIVE
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Memphis Police Department, April 2015
   Basic level instruction/education on the uses of Amped FIVE
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Houston Police Department, July 2015
   Basic level instruction/education on the uses of Amped FIVE
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Louisville Police Department, August 2015
   Basic level instruction/education on the uses of Amped FIVE
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Tarrant County DA, October 2015
   Basic level instruction/education on the uses of Amped FIVE
Advanced Forensic Multimedia Analysis - US Government, November 2015
   Advanced level instruction/education on the uses of Amped FIVE and Amped Authenticate.
Introduction to Amped Software Products - Taser Corp., December 2015
   Basic level overview of the product line and potential work flows.
Intermediate Forensic Multimedia Analysis - Los Angeles County Sheriff's Department, December 2015
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Advanced Forensic Multimedia Analysis - BekTek, LLC, January 2016
   Advanced level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Michigan State Police, April 2016
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Amped Software, April 2016
   Basic level instruction/education on the uses of Amped FIVE
Basic Image Authentication with Amped Authenticate - Amped Software, April 2016
   Basic level instruction/education on the uses of Amped Authenticate
Intermediate Forensic Multimedia Analysis - Amped Software, May 2016
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Tarrant County DA, May 2016
   Basic level instruction/education on the uses of Amped Authenticate
Intermediate Forensic Multimedia Analysis - Tarrant County DA, May 2016
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Intermediate Forensic Multimedia Analysis - San Jose PD, June 2016
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Advanced Forensic Multimedia Analysis - DHS HSI CCC, June 2016
   Advanced level instruction/education on the uses of Amped FIVE and Amped Authenticate.
Intermediate Forensic Multimedia Analysis - Charlotte-Mecklenburg PD, August 2016
   Intermediate level instruction/education on the uses of Amped FIVE as well the correct processing of
   crime scenes where dCCTV evidence is present.
Basic Forensic Multimedia Analysis with Amped FIVE Professional - Commerce City PD, August 2016
   Basic level instruction on the uses of Amped FIVE for redacting body worn video.
Advanced Forensic Multimedia Analysis - US Government, September 2016
   Advanced level instruction on 1d, 2d, and 3d Photogrammetry with Amped FIVE Professional
Advanced Forensic Multimedia Analysis - US Government, September 2016
   Advanced level instruction on 1d, 2d, and 3d Photogrammetry with Amped FIVE Professional

Intermediate Forensic Multimedia Analysis - Federal Bureau of Investigation (FAVIAU), September 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, October 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Summerville (SC) Police Department, November 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, October 2016
    Intermediate level instruction/education on the uses of Amped FIVE.
The Redaction Work Flow for Body Worn Cameras - LEVA Conference, November 2016
    Using Amped FIVE to redact footage for body worn cameras subject to FOIA requests.
Authenticating Images and Video - LEVA Conference, November 2016
    Using Amped Authenticate and Amped FIVE to authenticate images and video.
Intermediate Forensic Multimedia Analysis - Amped Software, January 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Basic Image Authentication with Amped Authenticate - Sonoma County Sheriff's Department (CA), February 2017
    Basic level instruction/education on the uses of Amped Authenticate.
Intermediate Forensic Multimedia Analysis - Los Angeles County Sheriff's Department (CA), February 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Amped Software, February/March 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Intermediate Forensic Multimedia Analysis - Las Vegas Metropolitan Police Department, March 2017
    Intermediate level instruction/education on the uses of Amped FIVE.
Introduction to Forensic Multimedia Analysis - Garland Police Department, March 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, April 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, April 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, July 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, July 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Louisiana State Police Department, August 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Mercer County District Attorney's Office, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Concord Police Department, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Hudson County Sheriff's Department, September 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Amped Software, November 2017
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Amped Software, November 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, November 2017
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Middle Tennessee State University, December 2017
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Royal Canadian Mounted Police HQ, December 2017
    Introductory level instruction/education on forensic multimedia analysis (Amped FIVE / Authenticate).
Introduction to Image Authentication - Amped Software, January 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Dallas County Sheriff's Office, February 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, February 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, March 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.

Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, March 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Amped Software, March 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Forensic Multimedia Analysis - Amped Software, March 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, April 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, April 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Orland Park Police Department, May 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Amped Software, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Amped Software, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Wilmington Police Department, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Wilmington Police Department, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Charlotte-Mecklenburg Police Department, June 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis
    Charlotte-Mecklenburg Police Department, June 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Valdosta Police Department, August 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - San Joaquin County Sheriff's Department, August 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., September 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., September 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Apex Partners, Ltd., October 2018
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Introduction to Video Redaction - San Joaquin County Sheriff's Office, October 2018
    Introductory level instruction on the uses of Amped FIVE for video redaction + Audacity for audio redaction.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., December 2018
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., December 2018
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Statistics for Forensic Analysts - Apex Partners, Ltd., January 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., February 2019
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Advanced Processing Techniques for Forensic Multimedia Analysis - Apex Partners, Ltd., February 2019
    Advanced level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Statistics for Forensic Analysts - Apex Partners, Ltd., February 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.
Introduction to Forensic Multimedia Analysis - Apex Partners, Ltd., March 2019
    Introductory level instruction/education on the uses of Amped FIVE for forensic multimedia analysis.
Introduction to Image Authentication - Apex Partners, Ltd., March 2019
    Introductory level instruction/education on the uses of Amped Authenticate for image authentication.
Statistics for Forensic Analysts - Apex Partners, Ltd., March 2019
    Comprehensive statistics instruction applicable for all forensic science disciplines.

# Jim Hoerricks, Ph.D.

jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

## Full Legal Name
Kenneth James Hoerricks
*Preferred name: Jim*

## Testimonial Record

While the cases below represent those that have gone to trial, I have provided analysis and assistance in well over a thousand cases since 2001. Working both for the government and in private practice, I've provided expertise in general processing and format conversion, restoration / clarification / enhancement, photogrammetry, content analysis, comparison analysis, authentication.

## Expert Testimony
People v. Carpenter (3CR13501)
       Los Angeles County Superior Court, April 2004 (Video Clarification)
People v. Cruz (4CR06272)
       Los Angeles County Superior Court, April 2004 (Video Clarification)
People v. Casey (PA049315)
       Los Angeles County Superior Court, January 2005 (Video Clarification)
People v. Garcia (62-55517)
       Sacramento County Superior Court, October 2006 (Video Clarification & Content Analysis)
People v. Abdullah (BA353334)
       Los Angeles County Superior Court, December 2009 (Video Authentication)
People v. Kemp (BA387506)
       Los Angeles County Superior Court, May 2014 (Video Clarification & Content Analysis)
NV vs. Stewart (C-16-315677-3)
       Clark County District Court, August 2017 (Video Clarification & Content Analysis)

## General Testimony
People v. Vann (BA351183) Los Angeles County Superior Court, March 2010
       Testified as to my involvement in a digital multimedia evidence retrieval
People v. Childress (BA356413) Los Angeles County Superior Court, November 2011
       Testified as to my downloading of a mobile phone's contents
People v. Nunez-Sharp / Lopez (BA397214) Los Angeles County Superior Court, March 2015
       Testified as to my involvement in a digital multimedia evidence retrieval

## Declarations
In re Carol Ann Worthman (A032096) Los Angeles County Superior Court, April 2008
       Declaration in support of the need for original documents for authentication purposes
Hor vs City of Seattle (10-2-34403-9SEA) King County Superior Court, October 2012
       Declaration as to forensic audio analysis work performed to identify speakers and sirens in audio recording
People v Payton (2010-002-126) Ventura County Superior Court, March 2012
       Declaration as to image authentication work performed, authentication of digital images.
People v Goodlow (BA422433) Los Angeles County Superior Court, November 2014
       Declaration as to review of opposing expert's work in facial imaging.

## Hearings
Az. v. Awad (CR-2017-1727) Mohave County Superior Court, August 2018
       Daubert Hearing on Image Authentication

*www.hoerricks.com*

# Jim Hoerricks, Ph.D.

jim@hoerricks.com
Las Vegas, NV 89139

*... a lifetime spent helping things go right ...*

**Full Legal Name**
Kenneth James Hoerricks
*Preferred name: Jim*

**Published Work (*Expanded*)**
*Video Tape Evidence Collection.* LAPD. August 2005
    Standard Operating Procedure for the collection of video tape evidence from crime scenes.
*Retrieval of DCCTV Evidence and the Production of Working Copies*. LAPD. April 2006
    Standard Operating Procedure for the collection of digital multimedia evidence from crime scenes.
*General Requirements for Digital CCTV Systems*. LAPD. May 2006
    Purchasing and installation guidance for community members and stakeholders.
*Basic Principles for Processing Digital Multimedia Evidence*. NATIA. August 2007
    Introductory guidance for forensic multimedia analysis practitioners.
*Forensic Photoshop blog*. forensicphotoshop.blogspot.com. 2007 - Present
    Over 1700 articles written on various topics related to forensic multimedia analysis and the law.
*Forensic Photoshop*. Blurb Publishing. 2008
    A comprehensive imaging work flow for forensic professionals.
*Leadership in the Lodge of Perfection*. Blurb Publishing. 2010
    An exploration of the Scottish Rite of Freemasonry's Lodge of Perfection as a course in leadership.
*Higher Education Support Strategies: an evaluation of needs satisfaction on autistic college student retention.*
    Dissertation. Trident University. 2018 ORCID - 0000-0002-9625-9468
Academic / research work, https://jimhoerricks.academia.edu/research
    *Harmony – the Strength and Support of All Societies*
    *Reflections on the Circumpunct from the metaphysical to the practical*
    *When actually autistic people speak, great things can happen*
    *The "lie detector" and Sensory Processing Disorder*
    *Autism Awareness - What it means to be non-verbal*
    *Gen Y in Masonry*
    *Commentary of the 15th Degree of the Ancient and Accepted Scottish Rite (SJ)*
    *The Benevolence of Masonic Charity*
    *On Being Duly and Truly Prepared - an exploration of the Masonic Rite of Destitution*