

# ANALYSIS SUMMARY

Case: USA v Wells
Case ID: 3:13-cr-00008-SLG
Requester: B. Johnson (Investigator)
Requesting Agency: US Federal Public Defender (AK)
Venue: Anchorage, AK USA
Request Date: 2 May 2019
Report Date: 6 May 2019

**ANALYST**

Jim Hoerricks, PhD, Senior Consultant, Apex Partners, Ltd., Henderson, NV USA
Statement of Qualifications submitted with this report (Hoerricks Statement of Qualifications 3-2019.pdf)

## SUMMARY OF REQUEST

An assessment of the suitability of performing a vehicle make / model determination on evidence submitted for the above referenced case has been requested.

The analysis seeks to answer several questions:
1. A comparison of the similarity of still frames exported from Video Commander Software to the frames contained within the video data files (.iva files).
2. A calculation of the nominal resolution of the questioned object (~vehicle) within the relevant frames.
3. Following relevant standards / guidelines, and assuming questioned object is a vehicle, attempt to determine make / model of vehicle in relevant frames.

## DEFINITIONS

The following definitions for terms used herein are taken from the *SWGDE Digital & Multimedia Evidence Glossary, Version 3.0* (June 23, 2016):

**Compression** - The process of reducing the size of a data file. (See also, "Lossy Compression" and "Lossless Compression".)
**Compression Ratio** - The size of a data file before compression divided by the file size after compression.
**Forensic Photogrammetry** - The process of obtaining dimensional information regarding objects and people depicted in an image for legal applications.
**Image Analysis** - The application of image science and domain expertise to examine and interpret the content of an image, the image itself, or both in legal matters.
**Image Comparison** (Photographic Comparison) - The process of comparing images of questioned objects or persons to known objects or persons or images thereof, and making an assessment of the correspondence between features in these images for rendering an opinion regarding identification or elimination.
**Image Content Analysis** - The drawing of conclusions about an image. Targets for content analysis

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 1
Case 3:13-cr-00008-SLG   Document 992-3   Filed 05/14/19   Page 1 of 9



include, but are not limited to: the subjects/objects within an image; the conditions under which, or the process by which, the image was captured or created; the physical aspects of the scene (e.g., lighting or composition); and/or the provenance of the image.

**Image Enhancement** - Any process intended to improve the visual appearance of an image or specific features within an image.

**Multimedia Evidence** - Analog or digital media, including, but not limited to, film, tape, magnetic and optical media, and/or the information contained therein.

**Native File Format** - The original form of a file. A file created with one application can often be read by others, but a file's native format remains the format it was given by the application that created it. In most cases the specific attributes of a file (for example, fonts in a document) can only be changed when it is opened with the program that created it. [Newton's Telecom Dictionary]

**Nominal Resolution** - The numerical value of pixels per inch as opposed to the achievable resolution of the imaging device. In the case of flatbed scanners, it is based on the resolution setting in the software controlling the scanner. In the case of digital cameras, this refers to the number of pixels of the camera sensor divided by the corresponding vertical and horizontal dimension of the area photographed.

**Photogrammetry** - The art, science, and technology of obtaining reliable information about physical objects and the environment through the processes of recording, measuring, and interpreting photographic images and patterns of electromagnetic radiant energy and other phenomena. [The Manual of Photogrammetry, 4th Edition, 1980, ASPRS] In forensic applications, Photogrammetry, sometimes called "mensuration," most commonly is used to extract dimensional information from images, such as the height of subjects depicted in surveillance images and accident scene reconstruction. Other forensic photogrammetric applications include visibility and spectral analyses. When applied to video, this is sometimes referred to as "videogrammetry".

**Pixel** - Picture element, the smallest component of a picture that can be individually processed in an electronic imaging system [The Focal Encyclopedia of Photography, 4th Edition 2007].

**Proprietary File Format** - Any file format that is unique to a specific manufacturer or product.

**Quantitative Image Analysis** - The process used to extract measurable data from an image.

**Validation** - The process of performing a set of experiments, which establishes the efficacy and reliability of a tool, technique or procedure or modification thereof.

**Video Analysis** - The scientific examination, comparison, and/or evaluation of video in legal matters.

**Video Enhancement** - Any process intended to improve the visual appearance of video sequences or specific features within video sequences.

The following definitions for terms used herein are taken from the *SWGDE Best Practices for Photographic Comparison for All Disciplines, Version 1.1 (July 18, 2017)*:

**Class Characteristic** – A feature of an object that is common to a group of objects.

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 2
Case 3:13-cr-00008-SLG   Document 992-3   Filed 05/14/19   Page 2 of 9



# ANALYSIS SUMMARY

**Individualizing Characteristic** – A feature of an object that contributes to differentiating that object from others of its class.

## REFERENCES

The following references inform this Analysis Summary:

• Aitken, C., Roberts, P., & Jackson, G. (2010). Fundamentals of Probability and Statistical Evidence in Criminal Proceedings. London, UK: Royal Statistical Society.
• Champod, et al. (2016). ENFSI Guideline for Evaluative Reporting in Forensic Science, A Primer for Legal Practitioners. Retrieved from https://www.researchgate.net/publication/298214747_ENFSI_Guideline_for_Evaluative_Reporting_in_Forensic_Science_A_Primer_for_Legal_Practitioners
• Getreuer, P. (2012). Automatic Color Enhancement (ACE) and its Fast Implementation. In Image Processing On Line, Vol. 2, pp. 266–277, 2012. http://dx.doi.org/10.5201/ipol.2012.g-ace
• Hoerricks, J. (2008). Forensic Photoshop. Blurb Publishing. San Francisco
• Rizzi, A., et al. (2003). A new algorithm for unsupervised global and local color correction. In Pattern Recognition Letters, Vol. 24, No. 11, pp. 1663–1677, July 2003. http://dx.doi.org/10.1016/S0167-8655(02)00323-9
• SWGDE Best Practices for Digital Forensic Video Analysis. Version: 1.0 (November 20, 2018)
• SWGDE Best Practices for Image Content Analysis. Version: 1.0 (February 21, 2017)
• SWGDE Best Practices for Photographic Comparison for All Disciplines. Version: 1.1 (July 18, 2017)
• SWGDE Digital & Multimedia Evidence Glossary. Version: 3.0 (June 23, 2016)
• SWGDE Guidelines for Forensic Image Analysis. Version: 1.0 (February 21, 2017)
• SWGDE Requirements for Report Writing in Digital and Multimedia Forensics. Version: 1.0 (November 20, 2018)
• SWGDE Best Practices for the Forensic Use of Photogrammetry. Version: 1.0 (September 29, 2015)
• SWGDE Vehicle Make/Model Comparison Form: Version 1.0 (July 11, 2018)
• Wang, Z, et al. (2004). Image quality assessment: From error visibility to structural similarity. In IEEE Transactions on Image Processing, Vol. 13, No. 4, pp. 600–612, Apr. 2004. http://dx.doi.org/10.1109/TIP.2003.819861

## ASSUMPTIONS

**Distance to Target:** From Photograph 1 on Page 3 of Steven Becker Expert Report 12-13-18 and T-1 Camera Field of View on Page 2 of 080456 - 080629 (Toglia PPT), the distance from the camera position (T1) to the roadway whereby the unknown object (~vehicle) is observed is **~1000 ft**.



**Apex Partners Ltd.**

# ANALYSIS SUMMARY

**Lossy Compression:** A still frame (JPEG image) exported from the Video Commander player working with the video archive files contained in T1_2012412_0645-0745, as reported by MediaInfo (v 18.12) measures 640x480 pixels and is 32.1Kb in file size. It has chroma subsampling of 4:2:0 and a bit depth of 8. A file of these dimensions should have an uncompressed file size of ~0.9MB. The exported frame in this case is 32.1Kb, or **~0.033MB**. This represents a loss of data factor of 27.27x.

## QUESTION 1

**Quantitative Analysis of the Submitted Data Files**

**Tested hypotheses:**
$H_0$: There is no quantitative difference between the output from Video Commander (jpeg image) and a frame selection from within the video data container (.iva file).
$H_1$: There is a quantitative difference between the output from Video Commander (jpeg image) and a frame selection from within the video data container (.iva file).

The video data container (T1_2012412_0645-0745 - 0709 - archive.iva) was analyzed in Amped Five (https://ampedsoftware.com/five). 5 relevant frames were selected (frames 90-94) and written out in both .bmp and .tif formats. T1_2012412_0645-0745 - 0709 archive.iva - frame 92.bmp was compared to T1_2012412_0645-0745 - 0709 archive.iva - frame 92.tif using Similarity Metrics.

The results were:
**SAD** (0 .. 255): 0 - Sum of Absolute Differences (mean).
**PSNR** (dB): 0 - Peak Signal to Noise Ratio.
**MSSIM** (0 .. 1): 1.0000 - Mean Structural Similarity.
**Correlation** (-1 .. 1): 1 -Correlation Coefficient.

The results of the test indicated that there was no quantitative difference between single frames exported from the data container by FIVE as .bmp or .tif.

A frame was exported from Video Commander as jpeg for the date / time in question (BACKGATE T1--2012-04-12-08-14-32-405.jpg). BACKGATE T1--2012-04-12-08-14-32-405.jpg was compared to T1_2012412_0645-0745 - 0709 archive.iva - frame 92.bmp using Similarity Metrics.

The results were:
**SAD** (0 .. 255): 4.7790 - Sum of Absolute Differences (mean).
**PSNR** (dB): 26.8723 - Peak Signal to Noise Ratio.
**MSSIM** (0 .. 1): 0.8840 - Mean Structural Similarity.
**Correlation** (-1 .. 1): 0.9626 - Correlation Coefficient.

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



**Results:**
The null hypothesis was rejected. The alternative hypothesis is accepted. There is a quantitative difference between the output from Video Commander (jpeg image) and a frame selection from within the video data container (.iva file).

Given the results, and that Amped FIVE does not "convert" or "process" the evidence file (T1_2012412_0645-0745 - 0709 - archive.iva ) on load, but reads the container's data directly, the difference may be attributable to Video Commander's export function utilizing a "resave" function, compressing the mjpeg frame further. As such, the .bmp frames written out from the video data container (using Amped FIVE) will be utilized for analysis.

## QUESTION 2

**Quantitative Analysis of the Contextual Information Within the Data Files**

**Nominal Resolution:** According to reference.com, "The average lengths of compact sedans and compact sport utility vehicles in America are 177.2 inches and 172.3 inches, respectively. Medium sedans and SUVs are 10 to 20 inches longer than their compact counterparts, while large cars are longer by a further 15 to 20 inches" (https://www.reference.com/vehicles/average-length-car-2e853812726d079d). Given that the automobile market is global, and that much smaller cars exist in the sub-compact / city car range (https://www.automobiledimension.com/small-cars.php), the length of the small classes of cars must be included in the calculation. This provides a range of 150" ("small city cars") to 217" (large SUVs and large sedans / estate wagons). The median value for this range is 183".

Utilizing Amped FIVE's Selector Tool, the measurement of the pixel dimension (length) of the unknown object (~vehicle) in T1_2012412_0645-0745 - 0709 archive.iva - frame 92.tif is ~37 pixels and is taken at the location within the image whereby the unknown object (~vehicle) passes (~1000' from the imaging device).



Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*

Page 5

Case 3:13-cr-00008-SLG   Document 992-3   Filed 05/14/19   Page 5 of 9



Based upon the above references, the nominal resolution of the target area can be said to be within the range of 150 / 37 = 4.05" per pixel and 217 / 37 = 5.86" per pixel. **The median nominal resolution for this range = 4.96" per pixel.**

## QUESTION 3

**Quantitative Analysis of the Contextual Information Within the Data Files**

**Vehicle Make / Model Determination:** Utilizing the SWGDE Vehicle Make/Model Comparison Form: Version 1.0 (July 11, 2018), attempt to perform a vehicle make / model determination on the questioned object (~vehicle) in T1_2012412_0645-0745 - 0709 archive.iva - frame 92.bmp as illustrated below.



**Methodology:** The SWGDE Vehicle Make/Model Comparison Form: Version 1.0 (July 11, 2018) notes 22 items / features that can be considered class characteristics of vehicles. These are the roof, trunk, C pillar, tail light, back fender / quarter panel, quarter window / vent glass, roof post / B pillar, side window(s), door handle, door(s), side mirror, door post / A pillar, wheels / rims, front fender, indicator light(s), license plate(s), bumper(s), head light(s), grille, hood, windshield, and sun roof. Of course, not all vehicles will have all of these features / characteristics. Some may have items not specified on the form such as rear cargo carriers or roof racks.

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*
Page 6
Case 3:13-cr-00008-SLG   Document 992-3   Filed 05/14/19   Page 6 of 9





From the standpoint of nominal resolution, in order to determine the presence of a class characteristic, it must be visible in the image. The first question examines the relative sizes of the main features of any vehicle in terms of pixels, given the nominal resolution.

**Tires:** The five most popular tire sizes for passenger vehicles are P215/60R16, P225/50R17, P265/70R17, P195/60R15 and P215/55R17, according to Modern Tire Dealer. For light trucks, TireGuide.com indicates the most common size is LT245/75R17 (source: https://tiresize.com/tiresizes/215-60R16.htm).



The range of values for the dimensions tire sizes listed above are from (P195/60R15) 20.6" to (P265/70R17) 24.3."

A P215/60R16 tire has a wheel measurement of 16" and a sidewall measurement of 5.1". Given the image in question depicts the object (~vehicle) in side view, the width of the tread is not a relevant measure. At 4.96" per pixel, a tire of this size would occupy 21.1 / 4.96 = 4.25 pixels of width. This nominal resolution is insufficient to determine the presence of object = tire / tire type.

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*   Page 7
Case 3:13-cr-00008-SLG   Document 992-3   Filed 05/14/19   Page 7 of 9



# ANALYSIS SUMMARY

**Apex Partners Ltd.**

**Side Window / Quarter Glass / Vent Glass:** Vehicles can feature many window types / configurations.



The presence or absence of Quarter Glass, Vent Glass, and / or Side Windows can help distinguish one make / model of vehicle from another (image source: http://www.bayareaautoglassexpress.com/wp-content/uploads/2013/03/glassdiagram.jpg).



The region of interest of T1_2012412_0645-0745 - 0709 archive.iva - frame 92.bmp is shown above. Vent Glass / Side Glass, when present, are ~5" in width, depending on manufacturer. Thus, at the nominal resolution, the presence / absence can not be determined. Given the detail lost to compression, and the nominal resolution, the presence / absence / quantity of side windows and doors can not be determined.

**A / B / C Pillars:** Given that the general width of a car's A & B pillars are less than 5", it would be impossible to detect their presence / position in the image. Additionally, given the resolution, it impossible to detect where rear windows may end and pillars may begin. It is this type of visual information, shape / orientation and differentiation, that is necessary for a determination.

Apex Partners Ltd.
*8560 S Eastern Ave, Ste 250, Las Vegas, NV 89123, USA*
*Ph: 702-570-2456 • e: info@apexpartnersltd.com*



# ANALYSIS SUMMARY

**Side Mirrors / Door Handles / Other Side Trim Items:** Given the nominal resolution, side trim items like mirrors, handles, and etc. would fall below the resolution necessary to determine their presence / absence.

**Indicator Lights / Reflectors:** Given the nominal resolution, indicator lights / reflectors would fall within a space of less than 2 pixels of width within the image. As such, and given the compression method, they would fall below the resolution necessary to determine their presence / absence.

**Conclusion:** Given SWGDE Best Practices for Image Content Analysis Version: 1.0 (February 21, 2017), SWGDE Best Practices for Photographic Comparison for All Disciplines Version: 1.1 (July 18, 2017), and SWGDE Vehicle Make/Model Comparison Form Version: 1.0 (July 11, 2018) and the nominal resolution in the region of interest, and classification of the object depicted T1_2012412_0645-0745 - 0709 archive.iva - frame 92.bmp is not possible. Not enough resolution is present in the region of interest to determine the presence of class characteristics that would allow the examiner to confidently move from class = object in motion to class = vehicle. That the object in motion in the video is not sufficient evidence to justify a determination of class = vehicle. Additionally, the absence of class characteristics for class = vehicle makes a make / model determination impossible.

**Prepared By**

Jim Hoerricks, PhD
6 May 2019