BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:steven.skrocki@usdoj.gov
     christina.sherman@usdoj.gov
     kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 3:13-cr-00008-SLG<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

COMES NOW the United States of America, by and through undersigned counsel, hereby moves this Court to allow the sealed filing of exhibits in support of the

Government's Opposition to Defendant's Motion to Suppress in the above titled case (Dkt. 995).

The United States requests these exhibits be filed under seal as the exhibits are discovery documents currently under a protective order.

RESPECTFULLY SUBMITTED May 14, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, a
true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney