IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Having duly considered the United States' Motion to file under Seal, the motion is hereby GRANTED. For the reasons set forth in the Government's motion filed under seal, the Government is permitted to file, under seal, their exhibits in support of the United States' Opposition to Defendant's Motion to Suppress.

IT IS SO ORDERED

DATED: _____ _____
SHARON L. GLEASON
U.S. DISTRICT COURT JUDGE