## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG |

### ORDER RE: MOTION TO FILE EXHIBITS UNDER SEAL

Before the Court at Docket 996 is the Government's Motion for Leave to File Exhibits Under Seal. Having considered the Government's motion, the Court finds that it is appropriate to have filed under seal the exhibits to Docket 995 that are currently under a protective order.

IT IS ORDERED that the motion at Docket 996 is hereby GRANTED. The exhibits in support of Docket 995 that are currently under a protective order may be filed under seal. The Government shall include a copy of the protective order(s) with its sealed filing.

DATED this 15th day of May, 2019, at Anchorage, Alaska.

                                                  /s/ *Sharon L. Gleason*
                                                  UNITED STATES DISTRICT JUDGE