# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG |

### ORDER RE: FILING OF REPLY TO DEFENDANT'S RESPONSE TO MOTION *IN LIMINE*

At Docket 997 is the Government's filing of its Reply of the United States to Defendant's Response to Government's Motion In Limine Re: Hearsay Not Subject to Exception. On April 24, 2019, the Government filed a motion *in limine* regarding hearsay.[1] On May 3, 2019, Mr. Wells filed a response in opposition.[2] The Government now files a reply to this response, although the Court did not order a reply.

Pursuant to the Local Criminal Rules, replies to motion responses are not allowed in this District unless ordered by the Court,[3] and replies to motion *in limine* responses are specifically not allowed in this case unless ordered by the Court.[4]

In light of the foregoing, IT IS ORDERED that the filing at Docket 997 is hereby STRICKEN with leave for the Government to file a motion requesting leave to file a reply.

DATED this 15th day of May, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 971.

[2] Docket 982.

[3] D. Ak. LCrR. 47.1(c).

[4] Docket 955 at 2.