**BEHAVIORAL CRIMINOLOGY** *International*

| | |
|---|---|
| **GREGG O. MCCRARY**<br>SUPERVISORY SPECIAL AGENT<br>F.B.I. (RETIRED)<br><br>11402 SEYMOUR LANE<br>SPOTSYLVANIA, VIRGINIA 22551<br><br>TELEPHONE 540-972-2835<br>E-MAIL GREGGMCCRARY@GMAIL.COM | **JAMES J. MCNAMARA**<br>SUPERVISORY SPECIAL AGENT<br>F.B.I. (RETIRED)<br><br>44 MINE ROAD<br>SUITE 2, NUMBER 175<br>STAFFORD, VIRGINIA 22554<br><br>TELEPHONE 540-288-8825<br>E-MAIL JJMCNAMARA75@GMAIL.COM |

**GREGG O. McCRARY**
**SUPERVISORY SPECIAL AGENT**
**FEDERAL BUREAU OF INVESTIGATION (RETIRED)**
**NATIONAL CENTER FOR THE ANALYSIS OF VIOLENT CRIME**
**FBI ACADEMY QUANTICO, VIRGINIA, USA**

**EDUCATION**
Bachelor of Fine Arts Degree, Ithaca College, Ithaca New York, 1967
Graduate studies, Criminal Justice, Long Island University 1975-1976
Additional Graduate studies at University of Virginia 1989-1990
Master of Arts in Psychological Services, Marymount University Arlington, VA 1992

**EMPLOYMENT**
Federal Bureau of Investigation, Special Agent (1969-1994)
Threat Assessment Group (1995-1997)
Behavioral Criminology International (1997-Present)

*Independent Contractor for:*

- Park Dietz and Associates, Newport Beach, CA
- Threat Assessment Group, Newport Beach, CA
- Judges for Justice

*Faculty and Research Positions:*

- Adjunct Professor of Forensic Psychology and Criminal Justice
  Marymount University, Arlington, Virginia
  Forensic and Legal Psychology Program (Graduate Level)

- Research Fellow Texas State University; Center for Geospatial Intelligence and Investigation; Department of Criminal Justice

## SPECIALIZED TRAINING
FBI In-Service Training:

Selective Operations Seminar (1978)
Drug Enforcement Administration Training (1979)
Labor Racketeering (1980)
Special Weapons and Tactics (1980)
Expert Firearms and Defensive Tactics Instructors School (1981)
Crisis Management (1981)
White Collar Crime/Fraud (1982)
Profile/NCAVC Coordinator (1985)
Narcotics Raid Planning (1986)
Advanced Profile/NCAVC Coordinator (1987)
Criminal Sexuality Instructor (1987)
Arson Investigation (1988)
Advanced Criminal Sexuality Instructor (1991)
Advanced Violent Crime Investigators Seminar (1992)

## OTHER TRAINING

- Basic and Advanced Forensic Pathology
  Armed Forces Institute of Pathology (1988)
- Reid School of Interview and Interrogation (1988)
- Black Belt Instructor Shorinjii Kempo (1984)
- Brown Belts in Judo and Aikido (1973-79)
- Scientific Content Analysis by Avinom Sapir Rockville, MD (1991)
- International Conference on Violent Crime, September 13-17, 1999, Barrie, Ontario
- Psychopathy and Crime: Dr. Robert D. Hare, FBI Academy, Quantico, Virginia (1999)
- International Homicide Investigators Seminar September 18-22, 2000, FBI Academy
- ICIAF training, Key West Florida May 20-24, 2001
- ICIAF training, Barre, Ontario, September 25-28, 2001
- CPTED Certification: National Crime Prevention Institute: University of Louisville October 8-12, 2001
- Institute of Law Psychiatry and Public Policy, University of Virginia: Assessing Criminal Behavior: The Importance of How the Crime was Committed September 26, 2003
- Reading People: Risk of Violence Predictions. October 12-14, 2005
- APA Seminar on False Confessions, San Francisco, CA August 19, 2007
- Youth and Young Adults: Violence Risk Assessment, Prevention and Threat Management; San Diego, CA January 22-25, 2008
  - "The Structured Assessment of Violence Risk in Youth (SAVRY)"
  - "Assessing Risk of Juvenile and Young Adult Violence"
  - "Suicide Risk Assessment in Youth and Young Adults"
  - "Schools at Risk: Managing Bullying, Gangs and Violent Females"
  - "School Violence Threat Management"
  - "Pathways from Childhood Aggression to Adolescent Violence"
  - "Adolescent and Young Adult Mass Murder: Assessment and Management of Catastrophic Risk

- ICIAF training, Forsyth, Georgia, June 9-13, 2008. Crime Scene Reconstruction (Post Certified)
- American Psychology and the Law Society (AP-LS); March 5-7 San Antonio, Texas; False Confessions; Eyewitness Fallibility; SVP's and Sex Offender types, Child Molesters, Pedophiles and Pornography; Use of Informants
- Institute of Law, Psychiatry and Public Policy, University of Virginia, Charlottesville, VA. April 17, 2009; *Risk assessment of Sexually Violent Predators: Paraphilias, NOS – Rape and Coercion. – Current Controversies*
- Institute of Law, Psychiatry and Public Policy, University of Virginia, Charlottesville, VA. April 24, 2009; *Assessing Malingering and Waiver of Miranda Rights. Implications for criminal and civil litigation*
- ICIAF training, Myrtle Beach, FL May 3-7, 2010: *Violence Progression in Paraphilics: False allegations; Sexual Homicide; Serial Murder; Victims' Reaction to Sexual Violence.*
- Crimes Against Children Conference, Dallas, Texas August 9-12, 2010
- *Assessing Risk for Violence in Juveniles*: University of Virginia, Institute of Law, Psychiatry and Public Policy, February 25, 2011.
- *Advanced: Police Custody and Interrogation of Juveniles.* University of Virginia, Institute of Law, Psychiatry and Public Policy, November 4, 2011.
- *American Society of Criminology* Round Tables on Criminal Investigative Analysis and Wrongful Convictions. Washington, DC November 17-18, 2011
- *Master Class; Investigative Interviewing* using PEACE model; International Investigative Interview Research Group (iIIRG) Toronto, Ontario, Canada May 22-23 2012
- *ICIAF Conference* Forsyth, GA September 10-14, 2012; Psychopathy and advances in Crime Analysis.
- *TAG Seminar*, Washington DC; September 16-17, 2013:

    - Principles of Workplace Violence Prevention
    - Safe Hiring
    - Assessing and Managing Workplace Threats
    - Personality Disorders and Workplace Violence
    - Mental Illnesses and workplace Violence
    - Domestic Violence and the Workplace
    - Stalking and Cyberstalking
    - Safe Termination of End Stage Employees
    - Problematic Former Employees
    - Protection of Targeted Victims
    - Active Shooter Situations
    - International Issues

- ICIAF Training FBI Academy, Quantico, VA May 12-16, 2014

    - Lone Wolf Terrorism
    - Interview/Interrogation
    - Criminal Investigative Failures

Page 4

- ICIAF Training, FBI Academy, Quantico, VA June 13-17, 2016
  - Arson and Bombing
  - Contemporary Terrorism Issues
  - Cognitive Biases and Investigative Failures

- Institute of Law, Psychiatry and Public Policy, University of Virginia
  - Assessing the Risk For Violence in Clinical Practice: September 11, 2017

- ICIAF Training, FBI Academy, Quantico, VA September 25-29, 2017
  - Homicide and Suicide Research – Dr. James Knoll
  - Equivocal death analysis – Dr. Michael Davis
  - Threat and Risk of Violence Assessments – Ron Tunkel

- ICIAF Training, FBI Academy, Quantico, VA September 24-28, 2018
  - Rapist Typology Dr. Michael Davisbehavior
  - Pathways to Extreme Violence – Dr. Park Dietz
  - Digital Criminalistics to Understand Offender – SSA David Daniel
  - Behavioral Threat assessment – Matthew Doherty and Hillard Heintze

## MAJOR PRESENTATIONS

Charles O. Bick College
Toronto, Ontario Canada 1986

State University College at Brockport, NY (1987)

Five State Peace Officers Association
Woodward, Oklahoma October 12-14, 1988

Bureau of Criminal Apprehension
St. Paul, Minnesota February 6-8, 1989

Harvard Associates of Police Science
University of Maryland Medical School
Chief Medical Examiner's Office
Baltimore, MD 1989

First Annual Governors' Conference on Violent Crime
Myrtle Beach, South Carolina
May 18, 1989

International Criminal Investigation and Training Program (ICITAP)
Criminal Investigative Analysis
Belize, Central America
Principal Instructor August 18-26, 1989

Case 3:13-cr-00008-SLG   Document 1002-1   Filed 05/16/19   Page 4 of 19

Gregg O. McCrary
Page 5

University of Virginia
Institute of Psychiatry and the Law
Featured Speaker 1989

Metropolitan Toronto Police
Principal Instructor; Criminal Sexuality Seminar 1990

Colorado Association of Sex Crime Investigators
Glenwood Springs, Colorado ; Principal Instructor May 15-18, 1990

Ontario Police College
Alymer, Ontario
Criminal Sexuality Seminar May 21-24, 1990

Southeastern Association of Criminal Investigators
Criminal Sexuality Seminar -Principal Instructor -Tampa, Florida September 15-20, 1990

Featured Speaker at Homicide Symposium,
Crime Scene Analysts Conference and King

County Police Sex Crime Investigators Training
Seattle, Washington

Olympia, Washington
Yakima, Washington May 6-10, 1991

New York City Police
Advanced Homicide Detective Training
Featured Speaker May 1991
New York, NY

FBI National Academy Retraining Seminar
Violent Crime
Rochester, New York, June 23-26, 1991

Marymount University
Psy Chi National Honor Society for Psychology
Guest Lecturer "Inside the Violent Mind".
Arlington, VA - October 1, 1991

FBI National Academy European Chapter
Violent Crime Investigation
Brussels, Belgium November 1992

First International Symposium on Criminal Investigative Analysis Principal Instructor and
Coordinator, Vienna, Austria - October 1993

Policia Judiciare
National Police Academy of Portugal
Investigating Violent Crime
Principal Instructor
Lisbon, Portugal - November 1993

Cuerpo Nacional De Policia
National Police Academy of Spain
Investigating Violent Crime
Principal Instructor Avila, Spain - December, 1993

Hungarian National Police
Investigating Violent Crime
Principal Instructor
Budapest, Hungary - June 1994

French National Police
Investigating Violent Crime
Principal Instructor - Paris, France - June 1994

California District Attorney's Association
10th Annual Homicide Symposium
San Diego, California: January 1995

Defense Research Institute
Premise Liability re Violent Crimes
Boston, Massachusetts
May 25-26, 1995

Pacific Coast Labor Law Conference
Seattle, Washington
Workplace Violence Prevention
June 7-9, 1995

Grand Rounds
University of Virginia Medical School
Charlottesville, Virginia
November 8, 1995

Center for the Study of the Mind and Human Interaction
University of Virginia
Charlottesville, Virginia - January 17, 1996

Defense Research Institute
Premises Liability for Violent Crimes  San Diego, California  March 27-29, 1996

Association of Trial Lawyers of America
Premises Liability for Violent Crimes
Mega Seminar

Las Vegas, Nevada
February 1997

Defense Research Institute
Premises Liability for Violent Crimes
New Orleans, Louisiana: April 10-11, 1997

FBI
National Academy
International Retraining Symposium
Burlington, Ontario Canada
July 14 - 15, 1997

Northeastern Association of Forensic Scientists
White Plains, New York
October 17, 1997

Employers Reinsurance Corporation
Violent Crime Seminar
San Francisco, CA
Oct. 27, 1997

Atlanta Apartment Association
Premises Liability - Violent Crime Seminar
Atlanta, Georgia, May 20, 1998

"The Violent Mind"
Nova Southeastern University
(APA accredited)
Ft. Lauderdale, Florida
June 20 - 21, 1998

Association of Trial Lawyers of America
Inadequate Security Litigation Group
National Convention
Washington, D.C. - July 13, 1998

Institute of Continuing Legal Education in Georgia
Premises Liability-Violent Crime Seminar
Atlanta, Georgia – November 5, 1998

Annual Claims Exposition & Conference
Premises Liability – Violent Crime Presentation
St. Louis, Missouri – November 13, 1998

Eastern Analytical Symposium
Criminal Profiling
Somerset, New Jersey – November 18, 1998

Gregg O. McCrary
Pg. 8

American Academy of Forensic Sciences
Panel Member
Suicide and Equivocal Death Investigations
Orlando, Florida – February 15, 1999

Nova Southeastern University
The Violent Mind (APA Accredited)

Orlando, Florida - February 27-28, 1999
Miami, Florida – May 15-16, 1999

Burns International Security Seminar
Las Vegas, Nevada; September 13-15, 1999

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Workshop
University of New Haven  January 11-13, 2000

Northern California Fraud Investigator's Conference
Monterey, California
April 11, 2000

Institute of Continuing Legal Education
Atlanta, Georgia
Premise Liability and Violent Crime – November 3, 2000

University of Virginia
Critical Incident Analysis Group
Religious Violence/Waco
November 14, 2000

California State Hospital at Atascadero
Presentation to Staff re Violent Sex Offenders
May 9-11, 2001

Marymount University
"The Violent Mind"
October 23, 2001

Institute for Continuing Legal Education
Atlanta, Georgia
Premise Liability and Violent Crime, November 2, 2001

DeSales University
Bethlehem, PA.
"The Violent Mind": November 14, 2001

Violence Risk Assessment through Crime Analysis
DC Superior Court Pre-Trial Services,
Washington, D.C.; December 6, 2001

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Workshop
University of New Haven
December 10-12, 2001

Homicide: Behaviors, Motives and Psychology:
A Gathering of Leading Experts
Monte Carlo Hotel
Las Vegas, Nevada
March 11-13, 2002

University of Paris
Institut de Criminlologie
Departement de Recherche
Premiere Conference Internationale
Sur L'Analyse Criminelle et le Profilage Criminel
391 Rue, de Vaugirard/75006 Paris, France
June 3-5, 2002

Conference of County Court Judges
Ft. Myers, Florida
Risk of Violence Prediction
July 12, 2002

Colorado Sex Crime Investigators Association
Aspen, Colorado
August 28-30, 2002

American University
Washington, D.C.
International Criminal Justice Seminar
September 6, 2002

Defense Research Institute
Sexual Torts: Rape and False Allegation of Rape
Hotel Del Coronado
San Diego, California
October 24-25, 2002

Canadian Association of Psychiatry and the Law (CAPL)
Annual Conference
Banff, Alberta Canada
October 31, 2002
Profiling and Crime Analysis:
Homicides, Sex Crimes and Other Crimes of Violence

Gregg O. McCrary
Pg. 10

A Program for Law Enforcement, Justice and Mental Health Professionals
Nova University, Ft. Lauderdale, Florida
November 8-9, 2002

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
January 6-9, 2003

American College of Forensic Examiners
National Conference; Scottsdale, Arizona
October 9-11, 2003 – Violent Female Offenders

Marymount University
Profiling and Beyond
December 6, 2003
Arlington, Virginia

Ithaca College
Ithaca, New York
Department of Psychology

FBI Profiling and the Criminal Mind
March 1, 2004

Nova University
Homicide Presentation for Law Enforcement
Miami, Florida
March 26, 2004

Nova University
Homicide Presentation for Law Enforcement
Las Vegas, Nevada
April 2, 2004

Markle Symposium
Henry Lee Institute of Forensic Science
Foxwood Resorts
Ledyard, Connecticut April 5-6, 2004

Advanced Markle Symposium
Cold Case Homicide Workshop
Henry Lee Institute of Forensic Science
University of New Haven
April 7-9, 2004

Gregg O. McCrary
Pg. 11

Atascadero State Hospital
Presentation to staff re violent offenders
Atascadero, California
May 3, 2004

Public Defenders Service
Washington D.C.
Interview/Interrogation Techniques
Dynamics of False Confessions
May 17, 2004

Delaware State Police
10th Annual Homicide Conference
Dover, Delaware December 5-9, 2005

Nova South Eastern University
Ft. Lauderdale Florida
Crime Analysis and Criminal Profiling
January 21-22, 2006

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
April 24-27, 2006

International Association of Women Police
Saskatoon, Saskatchewan, Canada
September 19-21, 2006

Office of the Attorney General
State of California Department of Justice
Violent Crime Conference
Anaheim, California
December 12, 2006

Henry C. Lee Institute of Forensic Science
Cold Case Homicide Seminar
University of New Haven
January 22-26, 2007

American Psychological Association National Convention
Invited Speaker – Criminal Profiling: Using Psychology to Catch Criminals
San Francisco, California August 18, 2007

Florida State University– Criminal Investigative Analysis;
Panama City, Florida January 31, 2008

Gregg O. McCrary
Page 12

National Center for Missing and Exploited Children (NECMEC)
National Seminar, Alexandria, Virginia
Training - July 22-24, 2008 and October 15, 2008

State Bar of Georgia; Premise Liability and Violent Crime
CLE – October 30, 2008

June 15, 2011 – OCDETF Fusion Center, Virginia, Investigations (14 Federal Agencies)

September 13, 2011 – Boulder Colorado – Investigator's School

October 12, 2011 – Canadian Association of Psychiatry and the Law (CAPL) – *A Day in the Mind of a Murderer* (Accredited by the Canadian Royal College of Physicians and Surgeons and the Canadian Psychiatric Association)

October 17, 2011 – Regional Organized Crime Homicide Conference; Chattanooga, TN; Homicide presentation to 300 officers from 14 states.

November 4, 2011: *Advanced: Police Custody and Interrogation of Juveniles.* University of Virginia, Institute of Law, Psychiatry and Public Policy.

November 18, 2011: *American Society of Criminology*; National Symposium, Washington, DC; Panel participant discussing Crime Analysis and Criminal Investigative Analysis.

June 29, 2012 *American Professional Association on Abuse of Children (APSAC)* – 20th Annual Colloquium; Chicago, Illinois – Criminal Investigative Analysis and Failures

August 1, 2012 *College and University Police and Investigators Conference (CUPIC)* Fairfax, VA. – Criminal Investigative Analysis and Failures

October 29, 2012, *Elon University, Elon, N.C.* Criminal Investigative Analysis and Failures

February 27, 2014 – Institute of Law, Psychiatry and Public Policy, University of Virginia, Juveniles in the Criminal Justice System: Best Investigative Practices.

March 7-8, 2014; Training for homicide investigators from the Massachusetts State Police, Boston Police and prosecutors from the Suffolk County, Mass. District Attorneys' Office re Best Practices for investigations.

September 19, 2014 – Law Enforcement Conference, DeSales Univeristy.

November 3-6, 2014 Smokey Mountain Law Enforcement Conference, Gatlinburg, TN

May 13-14, 2016 – International Academy of Investigative Psychology, New York City
Cognitive Biases; Noble Cause Corruption and Investigative Failures

June 16, 2016 – ICIAF: FBI Academy, Quantico, VA
Cognitive Biases; Noble Cause Corruption and Investigative Failures

October 4th and 6th, 2016 - Stockholm, Sweden, Swedish Police Authority (Polisen)
Cognitive Biases; Noble Cause Corruption and Investigative Failures

July 24-27, 2017 – NIST/FBI International Forensic Science Error Management Symposium, Gaithersburg, MD

October 30, 2017 – Pennsylvania State Coroner's Association – Equivocal death and investigative failures

April 4, 2018 – Texas State University, Department of geospatial intelligence and criminal justice, San Marco, Texas – Crime analysis

April 9-10, 2018 – Center for American and International Law, Plano Texas.  Establishing Innocence or Guilt:  The Reliability of Convictions.

June 4-5, 2018 University of Virginia Law School; ILPPP Presentation of False Confessions.

August 7, 2018 Collin County Texas District Attorney's Office –Criminal Investigative Failures, Impact, Recognition and Avoidance

August 29-31, 2018 – Center for American and Internal Law - Criminal Investigative Failures, Impact, Recognition and Avoidance

**OPERATIONAL SUPPORT OF MAJOR INVESTIGATIONS**

Agent McCrary has been a consultant to law enforcement agencies both nationally and internationally in over 1000 cases involving sexual homicide, serial murder, rape, arson, child abduction, child molestation, threat assessments and other violent crimes.

October 24, 1987  On-site consultation, Toronto, Canada re the homicide of Margaret McWilliams

November 9-11, 1988  On-site consultation, Little Rock, Arkansas re the abduction of infant Christopher Michael Jones from a hospital.

November 21-23, 1989  On-site consultation, Toronto, Canada, re "The Scarborough Rapist"

January 12, 1989  On-site consultation with the Massachusetts State Police, New Bedford, Mass. re serial murder of prostitutes.

February 7, 1989  On-site consultation, prosecutive strategy re John William Doughty (kidnapping and attempted murder) St. Paul, Minnesota

April 26, 1989  On-site New Bedford, Massachusetts re serial killing of prostitutes.

Gregg McCrary
Pg.14

April 27, 1989 On-site consultation re sexually sadistic rapist; Waterford, Connecticut
November 3-8, 1989

On-site consultation with Royal Bahamian Police re a serial murder investigation November 12-18, 1989 ICITAP presentation and case consultation in San Jose, Costa Rica.

December 13-15, and 27-29, 1989 On-site consultation re serial killings of prostitutes, Rochester, New York.

December 26, 1989 On-site Consultation re mass murder of Harris Family, Ithaca, NY

September 4-6, 1990 Newark, New Jersey Multi-agency meeting re Eric Napoletano serial murder investigation.

January 9-11, 1991 Suffolk County New York Police, Kathy Woods Homicide

April 22-23, 1991 Multi-jurisdictional task force re Peter Stark, suspected serial killer, Province of Ontario, Canada

August 27-29, 1991 Phoenix, Arizona re the murders of nine individuals in a Buddhist Temple.

September 24-26, 1991 Greenville South Carolina State Organization of Victim's Assistance Multi-State Conference and case consultation with SLED re serial rapist

October 16-22, 1991 Vancouver, BC On-site consultation re a series of sexual homicides.

November 5-8, 1991 Charleston, SC consultation re a series of rapes (The North Charleston Rapist).

March 18, 1992 - April 3, 1992 On-site consultation re murder of FBI Agent Stanley Ronquist - Kansas City, Kansas

May - June of 1992
At Morristown, New Jersey re kidnapping of Sidney J. Reso, President of Exxon International

August 1992 Dr. Ernst Geiger and Magistrate Thomas Mueller, Vienna Austria re serial murder investigation (Signature Crime Analysis).

October 1992 Leslie Mahaffey, Kristen French homicides - Project Green Ribbon - St. Catherine's, Ontario Canada.

November 1992, at Brussels Belgium and Amsterdam for FBINA presentation and case consultation re serial child molester.

March-April 1993 - At Waco, Texas re Branch Davidian standoff

May 1993 - At Vienna, Austria with Dr. Geiger and Thomas Mueller re three additional homicide cases

Gregg O. McCrary
Pg. 15

November 1993 - At Lisbon, Portugal re a serial murder investigation

December 1993 - At Avila, Madrid and Barcelona, Spain re unsolved homicide and serial rape investigations

December 1993 - At Babenhausen, Germany re abduction and sexual homicide of a two-year-old female.

March 1994 - In Florida and Alabama re Frank Potts serial murder investigation

March of 1994 - In Mexico City assisting Mexican authorities re assassination of Presidential Candidate Luis Donaldo Colosio

June 1994 - At Graz Austria - provided expert testimony re Jack Unterweger, Serial Murderer.

June 1994 - At Budapest, Hungary re unsolved homicides and rapes with Hungarian National Police and Budapest Homicide

June 1994 - At Paris, France re unsolved homicides

September 1995 - At Morristown, New Jersey re Nicholas Muscio homicide investigation

January of 1996 - At Somerville, Massachusetts re Edward O'Brien homicide investigation

April of 1997 - Testified the transfer hearing of Edward O'Brien in a homicide case for the Middlesex County Prosecutor

May of 1998 - At Ventameglia and San Remo Italy re on-going serial murder Investigation

July 29, 1998 – At University of Virginia, Institute of Psychiatry, Law and Public Policy, re serial murder investigation in Perth, Australia (Macro Task Force)

September 1999 – At Barre, Ontario Canada with an Australian Multi-Agency Task force investigating a series of sexually sadistic homicides committed by a group of offenders.

March 31 – April 3, 2000 – Testified in the Sam Sheppard civil trial in Cleveland, Ohio.

March 2003 – Testified in Alaska v. Wade, Anchorage Alaska. (Sexual Homicide)

May 4, 2004 – Testified in San Diego, CA in State v. Richard Raymond Tuite (Child Homicide)

January 16-19, 2006 - State of Alaska v. Betsy Hester – Domestic Homicide
Kenai, Alaska

May 22-24, 2006 - United States Marine Corps v. Joyce – Equivocal Death; False Confession
San Diego, CA

June 13-22. 2006- Fukushima Prefecture, Koriyama City, Japan re unsolved homicide of Asemi Yamagishi

Gregg O. McCrary
Pg. 16

September 6, 2007 – Testified before Governor Kaine's Commision regarding the "Norfolk 4" casein Richmond, Virginia

April 30, 2008 – Testified in hearing re signature crime analysis in Bridgeport, Connecticut on behalf of the State of Connecticut.

February 10, 2010 – Testified before North Carolina Innocence Commission re State of N.C. v. Gregory Flint Taylor, File 91-CRS-71728

February 19, 2010 – Testified in State of Ohio v. Yazeed Essa, Cuyahoga County Prosecutor's Office, Cleveland, Ohio

August 10, 2011 – Testified in Oslo, Norway in a hearing to reopen a double child homicide case (The Banaheia Murders)

April 16, 2015 – Testified in hearing in U.S. District Court in Richmond re the Norfolk 4 case

October 22, 2015 – Testified in hearing in State Court in Fairbanks, Alaska re The Fairbanks 4 case

**PUBLICATIONS:**

Contributing author to *The Crime Classification Manual* Macmillan Inc. 1992

*A Typology of Interpersonal Stalking,* Co-authored with Dr. Ann Burgess and others; published in the Journal of Interpersonal Violence - December 1996. Sage Publications.

*The Unknown Darkness; Profiling the Predators Among Us.* ISBN 0060509570: Co-authored with Dr. Katherine Ramsland: Published by William Morrow in September 2003.

*Who Killed Stephanie Crowe?* Chapter 8 in *Criminal Investigative Failures*; ISBN 9781420047516; Edited by D. Kim Rossmo; Published by CRC Press 2009

**PROFESSIONAL AFFLIATIONS:**

Member of Editorial Review Board for *Aggression and Violence* a Professional Journal
Member of Editorial Review Board for *Journal of Family Violence* a Professional Journal
Member of the American Society for Industrial Security **(ASIS)**
Member of the International Criminal Investigative Analysis Fellowship (ICIAF)

Member of the Society for Former Special Agents of the FBI
Member of the International CPTED Association (ICA)
Charter Member of the International Homicide Investigators Association (IHIA)
Member of International Association of Campus Law Enforcement Administrators
Member International Association of Corrections and Forensic Psychology
Member Society for Police and Criminal Psychology
Member Association of Threat Assessment Professionals

**PUBLIC RECOGNITION OF AGENT McCRARY'S EXPERTISE:**

- Noted British Criminologist and author Colin Wilson dedicated his 1990 book, "The Serial Killers" to Agent McCrary.

- "Mind of a Serial Killer" which was an Emmy nominated production by NOVA for the Public Broadcasting system (PBS) in 1992.

- Agent McCrary's work in an international serial murder investigation was highlighted in the documentary "A Stranger Murder" produced by the British Broadcasting Corporation (BBC) in conjunction with the Arts and Entertainment Network (A&E) in 1995.

- Agent McCrary's expertise was featured in a documentary produced for Japanese National Television by FUJI Television Productions in 1995 entitled, "The Nonfiction Approach to Serial Killers"

- Agent McCrary's expertise was featured in two documentaries in 1998. One was titled "Born to Kill" and was produced for Discovery Magazine and aired nationally on the Discovery Channel. The second was a French documentary produced by *Sciences et Avenir* and aired internationally from Paris.

- Agent McCrary's expertise was featured in three documentaries in 1999. One for *Time Zone International,* a German Television Production a second for "The FBI Files" produced by the Discovery Channel which also produced a third documentary entitled "The Profilers."

- Agent McCrary's expertise in crime analysis was featured in an MSNBC documentary *"The Jon-Benet Murder Mystery"* which aired nationally on January 23, 2000.

- Agent McCrary's expertise in stalking behaviors was featured in a Documentary produced for Japanese Television the FUJI Television Productions in May of 2000.

- 48 Hours Investigates: "Cry Rape" Expert analysis in an alleged rape and assault. September, 2003

- TV ASAHI Tokyo, Japan – Murder of Asemi Yamagishi July 2006

- TV Norge, and Oslo, Norway PD. Six cold case homicides and a child abduction 2007-2008

- CNBC Documentary "Madoff Behind Bars" 2010

- PBS Frontline Documentary "The Confessions" Regarding the "Norfolk 4" case. 2010

- C-Span: One hour interview re FBI Crime Analysis and Profiling; August 19, 2011

Gregg O. McCrary
Pg. 18

Mr. McCrary has worked with numerous victims groups throughout the United States and has served as a member of the national advisory board for Parents of Murdered Children. Agent McCrary has provided expert commentary for such media organizations as NBC, ABC, CBS, Cable News Network (CNN), The Today Show, Good Morning America, Nightline, 60 Minutes, Dateline, 48 Hours, Larry King Live, The Discovery Channel, BBC, RTL Television in Germany, Japanese National Television and other national and international programs. He has also provided expert opinions to print media including Time, Newsweek, U.S. News and World Report, The New York Times, The Washington Post, The San Francisco Chronicle, The Toronto Star, and "Psychologie" Magazine in the Netherlands among others. He also is a consultant on the Netflix series "Mindhunter."

## FBI ASSIGNMENTS

FBI Academy, Quantico, Va. 1988-1994
Behavioral Science Unit
National Center for the Analysis of Violent Crime/Critical Incident Response Group

*Types of Crimes:*
    Threatening Communications and Extortions
    Product Tampering
    Homicide (Serial, Mass, Sexual, Domestic, etc.)
    Rape, child molestation and other sex crimes
    Stalking
    Arson
    White Collar Crime
    Foreign Counterintelligence
    Kidnapping and Abduction
    Bank Robbery

    Organized Crime and Drug Trafficking

*Services:*
    Criminal Investigative Analysis (Including Profiling)
    Threat Assessments
    Violence Risk Assessments
    Interview and Interrogation Techniques
    Expert Testimony

    Training and Research
    Investigative Strategy and Indirect Personality Assessments

Buffalo Field Division, 1977-1988

    White Collar Crime
    Foreign Counterintelligence
    Threats and Extortions
    Kidnapping and Abduction
    Bank Robbery
    Sex Crimes

**Exhibit A, Page 18 of 19**

Case 3:13-cr-00008-SLG   Document 1002-1   Filed 05/16/19   Page 18 of 19

Gregg O. McCrary
Pg. 19

    Homicide
    Hijacking
    Undercover Assignments
    Organized Crime
    Drug Trafficking
    Expert Firearms and Defensive Tactics Instructor
    Special Weapons and Tactics Team Leader

New York City Field Division, 1971-1977

    Foreign Counterintelligence
    Organized Crime
    Bank Robbery   Homicide
    Hijacking
    Threats and Extortions
    Homicide
    Kidnapping and Abduction
    Undercover Assignments
    Loan Sharking and Gambling

Detroit Field Division, 1970-71

    Bank Robbery
    Kidnapping and Abduction
    Homicide
    Threats and Extortion
    Organized Crime
    Hijacking, Loan-Sharking and Gambling