November 30, 2018

## Supplemental Report

## Murders of James Hopkins and Richard Belisle

The following report was prepared by Robert J. Morton, retired Supervisory Special Agent, Federal Bureau of Investigation (FBI). The observations, and opinions contained herein are the result of the knowledge drawn from the personal investigative experience, educational background, research, and specialized training of the author. This report is a supplemental report to an FBI report written by the author and dated October 11, 2013. It is based upon a second review of case materials developed during this investigation, a review of the transcript of the original trial of James Wells, which took place in 2014, in which the author provided testimony, and the appeal transcript from the United States Ninth Circuit Court of Appeals.

In December of 2017, the United States Ninth Circuit Court of Appeals reversed the convictions of James Wells for two counts of First Degree Murder, two counts of Use of a Firearm in Relation to a Crime of Violence Resulting in Death, and remanded the case for a new trial.

Prior to the original trial, the author conducted a crime scene analysis of the double murder and provided the government with a written report. Subsequently, the author provided testimony during the original trial regarding a crime scene analysis of the murder scene, which was located in the United States Coast Guard Communication Station, located at Kodiak, Alaska. The author opined that based upon the analysis of the shooting scene, both James Hopkins and Richard Belisle were targeted based upon the actions of the offender. This conclusion was based in the following:

- The offender entered a United States military base and drove to the building where both men worked. The T-2 Rigger Shop was a non-descript building that was not open to the public.
- The offender entered the building where both men worked during the early morning hours. This was their normal routine, and they were there alone. Both victims' vehicles were clearly visible parked outside the building.
- The door to the communication shop, that was left open, entered into a locker/storage room. The offender had to enter the building, make an immediate left turn, then make a right turn and go to the office where victim Belisle was sitting.
- The evidence indicated Mr. Belisle was first shot while sitting in his chair, with his back to the door. This indicated Mr. Belisle was not concerned about the person who entered, or did not hear the offender enter the shop. The second victim, Mr. Hopkins was shot as he stood in the doorway of the break room. Both victims were then each shot again, Mr. Belisle two more times, and Mr. Hopkins once more. The offender then left the scene.

- The circumstances and activities of this crime reflect an offender who was familiar with the shops location, had knowledge of the victim's time schedule, and knew no one else would be at the shop at that time. Although a number of people worked at this particular shop, only these two victims were killed, indicating they were targeted. All of the actions of offender reflect a singular purpose, to kill both victims. The assault on the two victims was direct and immediate. The offender brought a large caliber weapon and fired multiple times to ensure the death of the victims. The lack of evidence of any other interaction other than the gunshots demonstrates that the sole purpose of the interaction was to kill both victims.

The motive in this case can be discerned through the actions of the offender, as well as the life styles and occupations of the victims. In this particular case, there were no current apparent controversies in either victim's personal life, and their current occupations did not present a high risk for violence. Additionally, the location of the murder scene, located on a Coast Guard Base, reduces the chances that this was a random event. In considering all of these factors, it highlights that the offender killed the victims for some personal reason. These types of murders have been referred to as personal cause homicides. Personal cause homicides are murders where the offender has or perceives having a conflict or problem with the victim(s) and the solution to the disagreement was to kill the victim(s).

The author has not been provided any additional information, which would change his opinion that this was a personal cause motivated double murder. The author is open to review any information from the defense that could indicate a different motivation, and would re-factor any information from the defense into this analysis prior to trial.

Robert J. Morton (FBI Retired)

December 2, 2018

2

**Exhibit B, Page 2 of 2**

Case 3:13-cr-00008-SLG   Document 1004-2   Filed 05/17/19   Page 2 of 2