Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Attorney for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for leave to permit the filing of a reply to the Government's Response in Opposition to Wells' Motion regarding Expert Witness Robert Morton, Dk. No. 1008.

Due to the nature of the government's opposition, and because the testimony which is the subject of the motion is pivotal to the government's case, was exactly the type of testimony previously found inadmissible by the Ninth Circuit, and will potentially infect the entire retrial of this case with error again, Wells seeks leave of court to file a reply in order to properly frame the scope of his motion, and focus the Court on the relevant issue at hand. The government has mischaracterized Wells'

motion, misrepresented the facts to the Court, and attempted to change the focus of the inquiry raised by Wells' in his motion. A brief reply will remedy that and bring this relevant issue squarely back before the Court. Wherefore, based on the brief argument below, the Court should permit Wells' reply to be filed on the record in this case.

Wells' Reply to the Government's Opposition is necessary in order to clarify the exact relief sought by Wells' motion, as the government misperceives and mischaracterizes it. A reply will also correct the factual misstatements made by the government in its opposition and provide the Court with additional information from the record, including citations to prior testimony and Morton's actual reports. Finally, the reply will address the non-binding, distinguishable authorities relied on by the government in order to help the Court determine the issue at hand. Pursuant to the local rules, Wells' reply, if permitted, will be no longer than five pages.

For these reasons, Wells seeks leave of court to file a reply to Docket 1008. DATED at Anchorage, Alaska this 30th day of May, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG                                                                                          Page 2

Case 3:13-cr-00008-SLG   Document 1009   Filed 05/30/19   Page 2 of 3

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 30, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG                                                                                                   Page 3

Case 3:13-cr-00008-SLG   Document 1009   Filed 05/30/19   Page 3 of 3