# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>  vs.<br>JAMES MICHAEL WELLS,<br>                      Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to File Exhibit Under Seal, the court GRANTS the motion.

IT IS ORDERED that counsel for the defendant shall file under seal the exhibit to the Declaration of Counsel in Support of Defendant's Motion to Suppress (Docket 1010).

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT