# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>    vs.<br>JAMES MICHAEL WELLS,<br>                      Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to Exclude April 19, 2012 Government Driving Experiment Video, the court GRANTS the motion.

IT IS ORDERED that the government's video of the driving experiment dated April 19, 2012 his hereby EXCLUDED as evidence at trial.

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT