Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S MOTION FOR LEAVE TO ACCEPT OVER-LENGTH MOTION** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for an order accepting his over-length motion to exclude government driving experiment video at Docket 1012. The motion is 33 pages including the caption, signature blocks, etc. Under Local Civil Rule 7.4 memoranda must not exceed 20 pages. Over-length filing is necessary to address all of the relevant facts. Counsel wishes to ensure that the issues have been adequately presented for the Court's consideration.

DATED at Anchorage, Alaska this 7th day of June, 2019.

>Respectfully submitted,
>
>*/s/ Gary G. Colbath*
>Gary G. Colbath
>Assistant Federal Defender
>
>*/s/ Peter A. Camiel*
>Peter A. Camiel WSBA 12596
>Attorney for Defendant
>
>*Attorneys for James Michael Wells*

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 7, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*