# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　vs.<br>JAMES MICHAEL WELLS,<br>　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to Accept Over-Length Motion, the court GRANTS the motion.

IT IS ORDERED that the over-length motion at Docket 1012 is hereby accepted as filed.

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT