# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>  vs.<br>JAMES MICHAEL WELLS,<br>                      Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to File Attachments Under Seal, the court GRANTS the motion.

IT IS ORDERED that counsel for the defendant shall file under seal Attachments A through W to his Motion to Exclude the April 19, 2012 Government Driving Experiment Video (Docket 1012).

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT