# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                        Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>                        Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*Proposed* **ORDER** |

After due consideration of defendant's Motion for Leave to Conventionally File Digital Media, the court GRANTS the motion.

IT IS ORDERED that the defendant shall conventionally file under seal digital media – two DVDs – containing Attachments A and B (video recordings) referenced in his motion to exclude at Docket 1012.

DATED _____, 2019, in Anchorage, Alaska.


                                              _____
                                              Sharon L. Gleason, District Judge
                                              UNITED STATES DISTRICT COURT