IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-0008-SLG |
|---|---|
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER GRANTING |
| v. | ) MOTION TO EXCLUDE SPOUSAL |
| | ) NOTIFICATION TESTIMONY |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having duly considered defense counsel's motion to exclude spousal notification testimony, and for the reasons stated therein, the court GRANTS the motion. IT IS ORDERED that the government testimony concerning spousal notification is EXCLUDED as evidence at trial.

DATED _____, 2019, in Anchorage, Alaska.

_____
United States District Judge