BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 3:13-cr-00008-SLG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE GOVERNMENT EXPERT RICK WYANT**

COMES NOW the United States of America, by and through above-named counsel, and files with the Court this opposition to Defendant's Motion to Preclude Government Expert Wyant at Docket 1007.

## I. The Government's Disclosure Regarding Mr. Wyant

On December 14, 2018, the government provided a notice of 17 experts, including Rick "R.T." Wyant. In relation to Mr. Wyant that disclosure indicated it intended to call Rick "R.T." Wyant: Analyst, WD Forensic, Inc. Mr. Wyant will authenticate videos demonstrating the use of firearms." See Exhibit 1 at 2.

On December 19, 2018, the government sent an additional letter with the CV and the 2:33 video, further explaining, "Mr. Wyant's report consists of a narrated 2 minute and 33 second video that explains certain firearms and ballistics facts and concepts." See Exhibit 2 at 2.

On January 4, 2019, counsel for defendant sent a letter to government counsel seeking clarification on several of the government's experts. Specifically, as it related to Mr. Wyant, the defense requested:

> All communications and correspondence between Wyant and the government. A summary of the witness's expert opinions, the basis for such opinions, and its relation to the Wells case.

Exhibit 3 at 3.

The government responded to defense counsel's additional request on January 18, 2019. In relation to Mr. Wyant, the government provided further information. Specifically, the government wrote in reference to Mr. Wyant:

U.S. v. Wells
3:13-cr-00008-SLG                          2

> Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019. The witness will testify with the video presentation he created based on his training and experience regarding firearms. The video he created provides information on the differences between semi-automatic and a revolver handguns, including the differences between single and double action. Mr. Wyant also demonstrates how a .44 caliber revolver sounds when fired both inside and outside and how the fired cartridge cases are ejected from each type of firearm. Mr. Wyant also explains how bullets fragment depending on the angle of impact. As you are aware the firearm in this case was not recovered so this material is relevant to explain to the jury the functions and characteristics of a Smith and Wesson .44 caliber firearm.

See Exhibit 4 at 3.

The defense did not inquiry further or seek additional information or clarification regarding to Mr. Wyant. However, the government also just before this filing provided a letter containing the list of previously discovered items Wyant was provided for his review, and will follow up by providing a spreadsheet of the exact Bates numbered pages of discovery Wyant reviewed within two weeks.

## II. The Government Provided Sufficient Notice Pursuant to Rule 16(a)(1)(G)

Mr. Wyant is a qualified expert in the area of firearms. The government provided the defense a copy of Mr. Wyant's curriculum vitae. Exhibit 5. A review of Wyant's CV makes it clear he possesses expertise in firearms well beyond the common knowledge of a juror. Rather than a written report, Mr. Wyant created a video that contains the opinions to which he will testify. Exhibit 6.[1]

---

[1] A motion to file the video exhibit conventionally will be filed separately. A VLC player is necessary to view Exhibit 6.

U.S. v. Wells
3:13-cr-00008-SLG 3

Rule 16(a)(1)(G) requires the government to provide, at the defendant's request, "a written summary of any testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial."

The government did so in its letters to defense, and included the actual two and half minute video that contains the video Wyant will testify about. A review of the video demonstrates the expert's opinions he will testify to regarding firearms, the characteristic differences between a revolver and a semiautomatic handgun, the differences in how a .44 caliber firearm sounds when fired inside and outside, and the examples of different ways bullets fragment. The basis for the opinions in the video come from his training and experience in firearms.

The government's expert disclosure regarding Wyant is sufficient under Criminal Rule 16(a)(1)(G). As the Advisory Committee Notes from 1993 suggests, the requirement of disclosure of experts was "intended to minimize surprise from unexpected expert testimony." The government has disclosed the requisite information regarding Wyant to fulfill its Rule 16 obligation.

As the District Court in the Northern District of California noted in an unpublished opinion, "Rule 16(a)(1)(G) doesn't require recitation of the chapter and verse of the experts' opinions, bases and reasons. No rule, statute, or decision necessitates such comprehensive disclosure." *U.S. v. Cerna*, 2010 WL 2347406, 2 (N.D.Ca. 2010).

The government's disclosure regarding Rick Wyant was sufficient in this case.

### III. Conclusion

The government provided proper notice regarding the expert Rick Wyant and his proposed testimony in this case pursuant to Rule 16. The government's expert should not be excluded. The defendant's motion should be denied.

RESPECTFULLY SUBMITTED June 13, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, a
true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney