

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*James M. Fitzgerald U.S. Courthouse*
*& Federal Building*  *Commercial: (907) 271-5071*
*222 West 7th Avenue, #9, Room 253*  *Fax Number: (907) 271-3224*
*Anchorage, Alaska 99513-7567*

December 14, 2018

Via Email Only

Peter A. Camiel, Esq.
Camiel & Chaney, P.S.
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121-2315

Gary Colbath, Esq.
Asst Federal Defender
Rich Curtner, FPD
301 West 5th Avenue, Suite 800
Anchorage, AK 99501

### *U.S. v. James Michael Wells*
### Notice of Expert Witnesses

Dear Counsel:

Pursuant to Federal Rules of Criminal Procedure 16(F) and (G), and Federal Rules of Evidence 702 – 705 (inclusive), the United States gives notice of the potential expert witnesses the government may present and a summary of their testimony.

In addition to the names and information disclosed and referenced in this letter, the government incorporates by reference the former trial testimony, written reports, and Federal Rule of Criminal Procedure 26.2 productions already made available to the defense regarding each of the following potential expert witnesses:

1. **Steven Becker**: Mechanical Engineer, Robson Forensic, Inc. Mr. Becker's report, "Investigation of the Hopkins and Belisle Video Vehicle Identification," dated December 13, 2018, is attached hereto.

2. **Gary Bolden**: Director of Forensics, Standards Testing Lab, Transportation Technologies Investigative Sciences. In addition to the information already disclosed, the government brings to your attention Mr. Bolden's supplemental report dated November 26, 2018, attached hereto.

3. **Debra L. Gillis**: Forensic Scientist, State of Alaska, Department of Public Safety, Crime Detection Laboratory. Ms. Gillis may testify regarding biological screening she performed in this case.

4. **Sara Graziano**: Forensic Scientist, State of Alaska, Department of Public Safety, Crime Detection Laboratory. Ms. Graziano may testify regarding DNA analysis she performed in this case.

5. **Dr. Meredith Lann**: Medical examiner (as of April 2012), State of Alaska.

6. **Dr. John Reid Meloy**: Forensic psychologist, A Forensic Psychological Corporation. In addition to the information already disclosed, the government brings to your attention Dr. Meloy's letter dated September 20, 2018, attached hereto.

7. **Dr. Lalit K. Mestha**: Director of Biometric Research, KinetiCor, Inc. Dr. Mestha's report "Color Analysis of Suspect & Known Vehicles," dated November 26 – December 10, 2018, is attached hereto. Dr. Mestha's findings and conclusions are summarized on pages 61 and 62 of the report.

8. **Brett Mills**: Firearms and toolmark examiner, F.B.I.

9. **Robert Morton**: (Retired) Supervisory Special Agent, F.B.I. In addition to the information already disclosed regarding Mr. Morton's crime-scene analysis, the government brings to your attention his supplemental report dated November 30, 2018, attached hereto.

10. **Jennifer Raymond**: Latent fingerprint examiner, F.B.I.

11. **Neil Schmidt**: Technical Specialist, Honda.

12. **Robert Shem**: Ballistics, firearm, and toolmark analysis, (retired) State of Alaska, Department of Public Safety, Crime Detection Laboratory.

13. **Holly Steeves**: Forensic examiner and Computer Analysis Response Team, Special Agent, F.B.I.

14. **Angelo Toglia**: Research and Consulting Engineer, Collision Research & Analysis, Inc. In addition to the information already disclosed, the government brings to your attention Mr. Toglia's supplemental report dated November 21, 2018, attached hereto.

15. **Richard W. Vorder Bruegge**: Forensic examiner of photographs and video, F.B.I.

16. **Jessica Walker**: Analyst, Trace Evidence Unit, F.B.I. Ms. Walker may testify regarding fiber and hair analysis done in this case.

17. **Rick "R.T." Wyant**: Analyst, WD Forensic, Inc. Mr. Wyant will authenticate videos demonstrating the use of firearms.

The government will promptly discover the expert witness' CV's and contract documents that have not yet been produced.

Further, the government incorporates by reference the prior trial testimony and reciprocal discovery provided by the defense regarding any expert witness called by the defense in the first trial or retrial.

As you know, prior to the first trial, the government gave notice that it may have called FBI Special Agent Christopher Iber as an expert witness. During opening statement, defense counsel said that Special Agent Iber is "going to be our witness." Dkt. 730 at 57. However, neither party actually called Special Agent Iber to testify at trial. Please note that the government does not intend to call Special Agent Iber as an expert witness in the retrial. In an abundance of caution, however, the government is attaching to this letter an email that Special Agent Iber sent, dated August 10, 2012.

Finally, the government reserves the right to supplement this notice.

    Sincerely,

    BRYAN SCHRODER
    United States Attorney

    <u>/s/ Jonas M. Walker</u>
    Jonas M. Walker
    Assistant United States Attorney

Page **3** of **3**

Case 3:13-cr-00008-SLG   Document 1023-1   Filed 06/13/19   Page 3 of 3