

**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*James M. Fitzgerald U.S. Courthouse*
*& Federal Building*              *Commercial: (907) 271-5071*
*222 West 7th Avenue, #9, Room 253*   *Fax Number: (907) 271-3224*
*Anchorage, Alaska 99513-7567*

January 18, 2019

Gary Colbath
Assistant Public Defender
601 West 5th Avenue, Ste 800
Anchorage AK 99501

      Re: United States v. James Wells, Case No. 3:13-00008-SLG

Gary,

This letter is in response to your January 4, 2019, letter regarding the disclosure of the government experts. Below are the government's responses for each expert and the related items you requested.

1. Steven Becker - Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019.

In addition, based on our conversation following the January 10, 2019, status conference you sought further clarification on Appendix A as it contained a list of documents cited by Mr. Becker. Attached to this letter is documents that includes the list from Appendix A, a description of the item and whether it is being produced as part of discovery production for tomorrow January 18, 2019. Some items will not be produced but those items are noted as either duplicates within the Appendix itself, trial transcripts, or previously produced items.

In regards to this expert you have requested several additional items enumerated and addressed below:

    1) The original videos – These were provided in discovery back prior to the first trial. You should already have these original files. In regards to what Mr. Becker reviewed he specifically utilized the files relating to the T1 camera from 6:45am – 7:45am from April 12, 2012 and he utilized the videos created on April 19, 2012. He also viewed the T2 that begins at 6:45am. You should already have these items.

2) View Commander version 4.08R6 – this was previously provided to you and you should already have this software to provide to your expert.

3) The photos of the Honda CR-V have all been produced in discovery. In an effort to assist you in locating these, we will send a spreadsheet out that lists the items provided to Mr. Becker for review. We are waiting to run that spreadsheet after the most recent discovery production regarding Appendix A is complete, which I anticipate will occur by the end of today. Therefore, I anticipate you will have the spreadsheet to assist you no later than February 23, 2019. I will note when you receive the spreadsheet, some of the items may not have Bates numbers as those are defense documents we received from the prior defense expert disclosures or are trial transcripts which you should be able to access.

4) Please see item 3 above. You have the photos that were provided to Mr. Becker in the same format which he received.

5) Mr. Becker did not up-sample the video. His reference to up-sampling is how he described the video of the side-by-side of the T1 and T2 cameras which he reviewed. This video he reviewed was previously disclosed in discovery as Bates Wells18_83754.

6) See No. 5 above.

7) Mr. Becker did not extract frames from the video. He clipped still shots from the video using a standard clipping tool to be entered into his powerpoint slides included in his report and discovered on January 14, 2019.

8) See No. 7 above.

9) See No. 7 above.

10) Mr. Becker did not enhance or alter any frames. He cut and pasted them into powerpoint slides which are included in his report and a powerpoint provided in the batch of discovery produced on January 14, 2019.

11) The vehicle photos and models used in his analysis were included in the batch of discovery produced on January 14, 2019.

12) The vehicle spreadsheet for Kodiak was the same spreadsheet previously produced in this case, Mr. Becker thinned the list and that spreadsheet was produced as Wells18-00094082 on January 14, 2019.

2) Gary Bolden - Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019. All photos taken in relation to Bolden's testing in June 2012 have been produced. The government did not receive any additional photos from this expert.

3) Dr. Meloy – As stated at the status hearing held on January 10, 2019, the United States will not call Dr. Meloy in its case-in-chief. However, as of now the government may call Dr. Meloy in rebuttal depending on the evidence. Due to the Ninth Circuit opinion, Dr. Meloy' s rebuttal testimony will likely be the subject of a motion in limine to be filed on or before the motion in limine deadline in this case.  If at some point, we decide not to seek a ruling allowing us to call Dr. Meloy in rebuttal we will let you know as soon as that decision is made.

4) Lalit Mestha – Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019. Dr. Methsa's methods are contained in his report. At the hearing on January 10, 2019, we announced we would be making a decision on Dr. Mestha within 10 days. At this point we do still plan to call him as an expert witness at trial. We will notify you if that changes at any point.

You also requested software utilized by Dr. Mestha. That software is proprietary, costly, and not in the government's possession. You have the Metlab files utilized by Dr. Mestha so your expert can access those, but they would need to have a license for the Metlab software.

5) Angelo Toglia - Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019. Mr. Toglia did not utilize any new software, programs, or methods in generating his supplemental report.

6) Rick Wyant - Any relevant communications and correspondence between this expert and the government were included in the discovery production from January 14, 2019. The witness will testify with the video presentation he created based on his training and experience regarding firearms. The video he created provides information on the differences between semi-automatic and a revolver handguns, including the differences between single and double action. Mr. Wyant also demonstrates how a .44 caliber revolver sounds when fired both inside and outside and how the fired cartridge cases are ejected from each type of firearm. Mr. Wyant also explains how bullets fragment

depending on the angle of impact. As you are aware the firearm in this case was not recovered so this material is relevant to explain to the jury the functions and characteristics of a Smith and Wesson .44 caliber firearm.

          Sincerely,

          BRYAN SCHRODER
          United States Attorney

          S/Christina Sherman
          CHRISTINA SHERMAN
          Assistant U.S. Attorney

          S/ Steven E. Skrocki
          STEVEN E. SKROCKI
          Assistant U.S. Attorney

cc: Peter Camiel