

# R.T. Wyant, M.S.

WD Forensic, Inc • PO Box 84536 Seattle, Wa 98124 • (425) 238-9662 • rick@wdforensic.com •

**Profile**
Scientific analysis of firearm, tool mark and less lethal weapon evidence related to the investigation of incidents. Consulting, analysis, report generation and expert witness testimony of conclusions in courts of law.

- Bullet, cartridge case, tool comparison
- Firearm operability/serial restoration
- Proximity determination/gunshot residue
- Less lethal weapons / TASER analysis
- Police use of force consulting
- 3D High Definition Scanning (HDS)

- Long distance shooting analysis
- Shooting scene / trajectory reconstruction
- Evidence interpretation and empirical testing
- Officer involved shooting investigation
- Wound interpretation
- Aerial photography and photogrammetry

Developed modern TASER forensics in 2001, as well as forensic testing protocols for other less lethal options for law enforcement. Analyzed evidence and/or documentation related to shootings and the deployment of TASERs in many US jurisdictions, including Washington State, Colorado, Florida, California, Illinois, Oregon, Texas, Michigan, Maine, New Mexico, Louisiana, South Dakota, New York, Delaware, Ohio, Arkansas, Idaho, Wyoming, Arizona, South Carolina, Ontario, British Columbia, United Kingdom, and Queensland Australia.

Testified over 150 times as an expert witness in state and US federal courts in both criminal and civil cases over a 20-year career, including a Frye hearing on TASER evidence (Washington State vs. James, King County Superior Court, June 2010).

In 2014, published a comprehensive textbook culminating over a decade of research and analysis of less lethal weapons, titled "Risk Management of Less Lethal Options".

In addition to an extensive background in forensics, research, instruction in shooting reconstruction and teaching at ATF, has law enforcement training and experience as a reserve deputy (since 2000), including bicycle patrol, search and rescue, and handling a cadaver K9. He is a certified FAA drone pilot (Part 107) and utilizes this technology for scene documentation and incident reconstruction.

**Education**
Bachelor of Science, Colorado State University, Ft. Collins, Co– Microbiology, *May 1993*
Master of Science, Colorado State University, Ft. Collins, Co– Anatomy (forensic emphasis), *Aug 1994*

**Employment**
Criminalist III, firearm/tool mark examiner, Texas Department of Public Safety, Austin, TX
    *November 1995- November 1998*
Forensic Scientist III, firearm/tool mark examiner, Washington State Patrol, Marysville/Seattle, WA
    *November 1998- May 2008*
Reserve Deputy Sheriff, Snohomish County, WA *June 2000- Present*
    Search and rescue (cadaver K9 handler) and bicycle patrol
Forensic Scientist V, firearm/tool mark section supervisor, Washington State Patrol, Seattle, WA
    *May 2008- Present*
Cofounder CRT Less Lethal Inc., Seattle, WA *March 2003-December 2015*
Cofounder WD Forensic, Inc., Seattle, WA *April 2015-Present*



**Forensic Courses and Seminars**
Firearm/Tool mark Analysis Training, Texas Dept. of Public Safety, *Nov 1995-Dec 1996*
Firearms and Ballistics Seminar, University of Texas-Austin, *March 1996*
South Western Association of Forensic Scientists Meeting, *October 1996, April 1997*
Association of Firearm and Tool mark Examiners Conference, Tampa, FL, *July 1998*
Association of Firearm and Tool mark Examiners Conference, Williamsburg, VA *July 1999*
Expert Courtroom Testimony, Snohomish County(WA) Prosecutor- *May 2001*
Association of Firearm and Tool mark Examiners Conference, Newport Beach, CA, *July 2001*
Association of Firearm and Tool mark Examiners Conference, San Antonio, TX, *May 2002*
BATF NIBIN Training, Ft. Myers, FL, *February 2003*
Bloodstain Pattern Analysis, Dan Chrisman (40 hour), Bothell, WA, *July 2003*
Investigation of Lethal Encounters, Force Science Center, Burien, WA, *June 2005*
Canadian Officer Safety Conference, Victoria, British Columbia, *September 2005*
American Academy of Forensic Sciences Conference, Seattle, WA, *February 2006*
Association of Firearm and Tool mark Examiners Conference, San Francisco, CA *2007,*
Association of Firearm and Tool mark Examiners Conference, Honolulu, HI *2008*
Shooting Scene Reconstruction (40 hour), Michael Haag, Eugene, OR  *August 2008*
Evidence Collection of TASER devices, Ft. Lewis, WA  *September 2008*
American Academy of Forensic Sciences Conference, Denver, CO  *February 2009*
Association of Firearm and Tool mark Examiners Training Seminar, Miami, FL *2009*
Association of Firearm and Tool mark Examiners Training Seminar, Henderson, NV *2010*
Association of Firearm and Tool mark Examiners Training Seminar, Chicago, IL, *May 2011*
NIST Electroshock Weapons Workshop, Gaithersburg, MD, *January 2011*
NIJ Excited Delirium Syndrome Workshop, Seattle, WA, *April 2011*
Association of Firearm and Tool mark Examiners Training Seminar, Albuquerque, NM, *June 2013*
American Academy of Forensic Sciences Conference, Seattle, WA, *February 2014*
Association of Firearm and Tool mark Examiners Training Seminar, Seattle, WA, *May 2014*
National Rifle Association- Range Development and Operations Course, *February 2015*
Association of Firearm and Tool mark Examiners Training Seminar, Dallas, TX, *May 2015*
Master 16, Advanced Death Investigation conf., St. Louis U. School of Medicine, St. Louis, MO, *July 2015*
Association of Firearm and Tool mark Examiners Training Seminar, New Orleans, NO, *May 2016*
    Report Writing and Testimony for Shooting Incident Reconstruction, Scanlan/Rauch, 4 hours
Shooting Incident Reconstruction (24 hour), Michael Haag, Bend, OR  *October 2016*
Association of Firearm and Tool mark Examiners Training Seminar, Denver, CO, *May 2017*
    The Reconstruction of Vehicle Shootings, Luke Haag, 8 hours
Shooting Scene Reconstruction (40 hour), Michael Haag, Snoqualmie, WA,  *September 2017*
Association for Crime Scene Reconstruction (ACSR), Tacoma, WA, *March 2018*
        UAS (Drone) Use in Forensic Reconstruction
        BLK360 3D HDS Laser Scanner Field Operations to Register 360 Registration



**Armorer Schools**

| | |
|---|---|
| Sigarms (pistols, 1997) | Remington (shotgun & rifle, 1997) |
| Glock (pistols, 1998, 2002) | Heckler & Koch (SMG, shotgun, USP, 1997, 2003) |
| Smith & Wesson (pistol, revolver 1997) | Colt (M16/AR15 rifle, 2004) |
| Ruger (Mini 14 rifle, 1997) | PepperBall (2005) |
| Smith & Wesson (M&P, 2009) | TASER (M26 and X26, 2005) |
| FN303 (March 2018) | PepperBall (April 2018) |

**Less Lethal and Law Enforcement Courses**

Advanced TASER Instructor, Seattle, WA *October 2002, June 2003*
TASER Master Instructor Conference, Las Vegas, NV *April 2004*
TASER Master Instructor Conference, Scottsdale, AZ *April 2005*
PepperBall Instructor Course, Tacoma WA, *June 2005*
TASER Master Instructor Conference, Las Vegas, NV *May 2006*
TASER Master Instructor Conference, Scottsdale, AZ *July 2009*
Evidence Collection of TASER devices, Ft. Lewis, WA *September 2008*
NIST (Na. Inst. of Standards and Technology) Electroshock Weapons Workshop, Gaithersburg, MD *Jan 2011*
NIJ (National Institute of Justice) Excited Delirium Syndrome Workshop, Seattle, WA *April 2011*
Safariland (Defense Technology) Less Lethal Instructor (4 day) Kent, WA *December 2012*
National Tactical Officer's Association Less Lethal Instructor (5 day) Portland, OR *April 2015*
National Tactical Officer's Association Conference, Louisville, KY, *August 2016*
 • Responding to Unmanned Aircraft Intrusions, Anthony Galante, 8 hours
2017 Use of Force Investigator's Conference, Society for the Integrity in Force Investigation Reporting, Seattle, WA, *January 2017;* Mesa, AZ, *November 2017*
FN303 Instructor Course, Portland, OR, *March 2018*
PepperBall Instructor Course, Northbend WA, *April 2018*
FAA Remote Pilot Exam Preparation Course (18 hour), Renton WA, *May 2018*

**Less Lethal Testing**

Impact Munitions: Developed a forensic testing protocol to apply to a variety of less-lethal impact ordnance (12 gauge, 37/40mm bean bags, sponge rounds, batons and others including Pepperball, FN303, etc). The model was intended to predict injury potential by utilizing ballistic media (gelatin and soap) to determine relative impact energy, penetration potential and relative lethality. This testing model has been validated when compared to wound profiles and ultrasound scans of affected areas. *March* 2003, *July 2004, July 2005, May 2010, June 2012, July 2015*

TASER, OC Flammability: Established a realistic and reproducible testing protocol to determine flammability potential of chemical sprays when a TASER device is deployed simultaneously. Over 60 types of Oleoresin Capsicum and CS aerosols were evaluated using the TASER M26 and TASER X26 under controlled conditions. This testing protocol has been widely adopted by manufacturers and police agencies to determine flammability potential. *2004-2009*

Effectiveness and Wound Profiling: Applied electronic control devices, chemical agents, and less lethal impact munitions to human volunteers for the purposes testing effectiveness, documenting wound progression and comparison to forensic models. This testing was featured on Discovery Channel Canada (*2004, 2006, 2010, 2012*) and the History Channel (*2014),* and the Seattle Fox affiliate (Q13) *(2013, 2014).*



**Professional Presentations**

"TASER- A new blast from the past" Association of Firearm and Tool mark Examiners Conference, Newport Beach, CA  *July 2001*

"KIP- Knife Identification Project" Association of Firearm and Tool mark Examiners Conference, San Antonio, TX  *May 2002*

"TASER- Revisited" Association of Firearm and Tool mark Examiners Conference, San Antonio, TX  *May 2002*

"Forensic Testing of TASER Weapons" Tactical TASER Conference, Las Vegas, NV *April 2004*
 Los Angeles County Coroner *February 2005*

"Selection, Evaluation, and Forensic Analysis of Less Lethal Impact Munitions, Flammability of OC and TASER" Canadian Officer Safety Conference, Victoria, British Columbia  *September 2005*

"Flammability Testing of OC and TASER" TASER Conference and Policy Forum, Scottsdale, AZ  *April 2005, August 2005* Las Vegas, NV *May 2006*

"Forensic Evaluation of Less Lethal Impact Munitions" American Academy of Forensic Sciences Conference, Seattle, WA  *February 2006*

"Comparison of Stinger and TASER Electronic Control Devices" European TASER Master Instructor School, Amsterdam, Netherlands  *September 2006*

"Evaluation, Testing, and Forensic Analysis of Less-Lethal Systems"
 Joint Integration Project, Non Lethal Weapons Directorate, Fort Irwin, CA *January 2007*
 Association of Crime Scene Reconstruction, Seattle, WA  *February 2007*
 Gatlinburg Law Enforcement Conference, Gatlinburg, TN  *May 2007*
 Vancouver Police Department, Vancouver, WA  *October 2007, October 2009*
 Illinois Tactical Officers Association, Chicago IL*, May 2012*

"Forensic Analysis of Electronic Control Devices"
 LGC Forensics, United Kingdom *December 2008*
 Association of Firearm and Tool mark Examiners Conference, Miami, FL *June 2009*
 Tactical TASER Conference Fountain Springs AZ *July 2009*
 Violent Crime Investigators Conference*,* Burien WA *November 2009*

"Less Lethal Impact Munitions, Comparison of Human Analogs vs. Live Subjects"
 Association of Firearms and Tool mark Examiners Conference, Honolulu, HI  *May 2008*

"Determination of Electronic Control Device (TASER) Duration"
 American Academy of Forensic Sciences Conference, Denver, Co  *February 2009*
 Association of Firearms and Tool mark Examiners Conference, Miami, FL  *May 2009*

"Forensic Investigation of Electronic Control Devices (TASER)"-Workshop
 AFTE Annual Training Seminar, San Francisco, CA *May 2007*
 RCMP/Carleton University, Ottawa, Ontario Canada *May 2009*
 Minneapolis Police Department, Minneapolis, MN *March 2010*
 AFTE Annual Training Seminar, Henderson, NV *May 2010*
 PNWD-IAI Training conference, Tulalip, WA *June 2016*



## Professional Presentations (continued)

"From the Box to the Courtroom: Improving your TASER Program"-Workshop
   Belgium Police Service- Brussels, Belgium *May 2011*
   Oregon State Police Crime Laboratory, Portland, OR *July 2011*
   Louisville Police Department, Louisville, KY *June 2012*

"Patrol Response to Excited Delirium"- NIJ Workshop, Seattle, WA *April 2011*

"Utilizing Sonography for the Interpretation of Wounds from 40mm Less Lethal Impact Munitions"
   American Academy of Forensic Sciences Conference, Seattle, WA *February 2014*

"Less Lethal Deployments: Increase success while Minimizing Risk" Oregon Washington Lawmen's
   Association (OWLA), Leavenworth, WA *October 2014*

"Over the River and….The Gadwa Long Distance Shooting Reconstruction" Association of Firearm and
   Tool mark Examiners (AFTE) 46th Annual Training Seminar, Dallas, TX   *May 2015*

"Forensic Considerations of Less Lethal Weapon Deployments"
   Masters 16, Advanced Death Investigation Conference, St. Louis U. School of Medicine, St.
      Louis, MO   *July 2015*
   Oregon Association of Licensed Investigators, Cottage Grove, OR   *October 2015*
   PNWD-IAI Training conference, Tulalip, WA *June 2016*

"Halloween Ambush: An Execution of a Seattle Police Officer" Association of Firearm and
   Tool mark Examiners (AFTE) 47th Annual Training Seminar, New Orleans, NO   *May 2016*

"NIBIN as an Investigative Tool: Seattle Methodologies and Successes" Association of Firearm and
   Tool mark Examiners (AFTE) 47th Annual Training Seminar, New Orleans, NO   *May 2016*

"Risk Management for Less Lethal Deployments" and "Bullet Behavior: Separating Myth from Reality in Tactical Operations" National Tactical Officer's Association Conference, Louisville, KY, *August 2016*

"TASER and Firearm Evidence" 2017 Use of Force Investigator's Conference, Society for the Integrity
   in Force Investigation Reporting, Seattle, WA, *January 2017*

"Pixel This: High Speed Videography" Association of Firearm and Tool mark Examiners (AFTE) 48th
   Annual Training Seminar, Denver, CO   *May 2017*

"Light it up to slow it down: Applications of High Speed Videography for the Firearms Examiner"
   Association of Firearm and Tool mark Examiners (AFTE) 48th Annual Training Seminar,
   Denver, CO   *May 2017*

"Less Lethal, TASER and Shooting Incidents" 2017 Use of Force Investigator's Conference, Society for
   the Integrity in Force Investigation Reporting, Mesa, AZ, November *2017*

"The Critical Angle of Bullet Impacts in Common Materials Seen in Forensic Casework" American
   Academy of Forensic Sciences Conference, Seattle, WA   *February 2018*



**Law Enforcement Courses Instructed**
- National Firearms Examiner Academy (yearly): Preliminary Examination of Firearms
  - 32 hour course, ATF National Laboratory, Laurel, Maryland *2006- Present*
- Shooting Incident Reconstruction (less lethal)- Washington State Patrol, Crime Scene Response Team (CSRT), Shelton WA, *November 2014*
- Shooting Incident Reconstruction- (24 hour course) Snoqualmie Police Department, Snoqualmie, WA, *April 2015*

**College Courses Instructed**
- Forensic Photography - Criminal Justice/Law Enforcement Program, Everett Community College, Everett WA, *2002*
- Interview and Interrogation, Law Enforcement Program, Skagit Valley College, Mt. Vernon, WA *2001-2002*
- Forensic Applications for Officers- Law Enforcement Program, Skagit Valley College, Mt. Vernon, WA *2001-2002*
- Digital Photography Symposium: Everett, WA *2002;* Snohomish, WA *2003, 2004*
- Forensics instructor at Seattle University (adjunct), Seattle WA, *2007*

**Publications (partial)**

"Variation in Bolt Face Markings on the Sig Sauer P226, .357 Sig caliber pistol" <u>AFTE Journal</u>, Volume 30, Number 4, Fall 1998

"Case Head Separation on .357 Sig Cartridge Case" <u>AFTE Journal</u>, Volume 31, Number 1, Winter 1999

"Lead is Lead" <u>AFTE Journal</u>, Volume 34, Number 3, Summer 2002

"9mm Smith and Wesson Ejectors" <u>AFTE Journal</u>, Volume 34, Number 4, Fall 2002

"Consecutively Made Cartridge Cases" <u>AFTE Journal</u>, Volume 34, Number 4, Fall 2002

"Asphalt Skip Shooting Reconstruction" <u>AFTE Journal</u>, Volume 35, Number 1, Winter 2003

"Knife Identification Project (KIP)" <u>AFTE Journal</u>, Volume 35, Number 4, Fall 2003

"The Advanced TASER M26, X26: Forensic Considerations" <u>AFTE Journal</u>, Volume 36, Number 4, Fall 2004

"Electronic Control Device Safe: Can You Trust the Label?" <u>PoliceOne.com</u>, April 2006

"TASER Safe or Flammable?" <u>Law Officer Magazine</u>, August 2007

"Less-Lethal Force Options: Reduce your Program's Liability" <u>Officer.com</u>, Oct. 2008

"Analyzing Electronic Control Device (TASER) Wire to Determine Duration of Short Circuit" <u>AFTE Journal</u>, Volume 40, Number 4, Fall 2008

"Comparison Qualities of the Wireless TASER (XREP) and the Mossberg X12 LLS" <u>AFTE Journal</u>, Volume 42, Number 3, Summer 2010

"Examination of the Probe-Knot Junction to Estimate Duration of Electronic Control Device (TASER) Exposures" <u>AFTE Journal</u>, Volume 42, Number 3, Summer 2010

"Crime Scene Considerations: Electronic Control Device (TASER) Deployment <u>Association of Crime Scene Reconstruction</u>, Volume 17, Issue 3, Summer 2011

"Basic Function Tests of Electronic Control Devices (TASER) for Firearms Examiners" <u>AFTE Journal</u>, Volume 44, Number 1, Winter 2012

"Less Lethal: 40mm Options Better Than 12 gauge" <u>Small Arms Review</u>, Volume 19, Number 3, April 2015



**Publications (partial)**

"Diversionary Device Deployment- Evaluating Risk of Fire in a CS Environment" <u>The Tactical Edge</u>, Fall 2015

"40mm Less-Lethal: Are you losing effectiveness with multi-shot launchers? <u>The Tactical Edge</u>, Spring 2016

"Skynet is real: Anti-drone round" <u>Small Arms Defense Journal</u>, Volume 8, Number 5, Fall 2016

"CEW-TASER FORENSICS: Simple considerations to improve investigations" <u>The Tactical Edge</u>, Winter 2017

**Books**

"Atlas of Conducted Energy Weapons and Forensic Analysis" Editors Ho, Dawes, Kroll Springer press 2012. Chapter 10 "Post Event Conducted Electrical Weapon Wire and Probe Analysis"

"Risk Management of Less Lethal Options: Evaluation, Deployment, Aftermath, and Forensics" Text Principal Author. ISBN: 978-1-4665-6303-2, CRC Press May 2014

**Research Projects**

Designed and implemented the Knife Identification Project (KIP) in 2002. This project involved obtaining consecutively made knifes for the purposes of studying microscopic individuality of tool marks. One hundred and thirty test kits were produced using these knife blades and distributed to laboratories worldwide. Results were compiled and error rates were published in the *Association of Firearm and Tool mark Examiner'*s forensic journal. This study meets Daubert challenge criteria for the scientific admissibility of tool mark comparison analysis.

**Proficiency Tests**

Assisted in design and production of forensic proficiency tests for firearm and tool mark examiners with Collaborative Testing Services from *1998-2002*. These tests were distributed to laboratories internationally as part of the accreditation process.

**Professional Affiliations**

Association of Firearm and Tool mark Examiners, *March 1998-Present*
- Distinguished Member
- Research and Development committee, Science committee
- AFTE 2014 host committee chair, 45th annual training seminar
- AFTE 2017 host committee, 48th annual training seminar

FBI- Scientific Working Group for Firearms/ Tool marks (SWGGUN), *June 2004-2014*
   Bullet Path committee, Distance Determination (GSR) committee

NIJ- Technology Working Group on Less Lethal Weapons, *April 2005- Present*

American Academy of Forensic Sciences, Associate Member, *February 2006- Present*

NIJ- International Law Enforcement Forum- *May 2006, May 2011, April 2013*

NTOA- National Tactical Officer's Association, *April 2015-Present*

Airborne Public Safety Association, *March 2018- Present*



**Awards**
Director's Citation, Texas Department of Criminal Justice, *January 1997*
Certificate of Appreciation, Sheriff's Association of Texas, *June 1998*
Larry Warren Lindell Award, Snohomish County Sheriff, *June 2000*
Reserve Deputy of the Quarter, Snohomish County Sheriff, *2001, 2004*
Distinguished Member Award, Association of Firearm and Tool mark Examiners, *June 2002*
Certificate of Appreciation, Snohomish County Sheriff, *November 2004*
Employee of the Year 2004, Washington State Patrol Forensic Services Bureau, *May 2005*
Key Member(Steve Molnar)Award, Association of Firearm and Tool mark Examiners, *June 2009*
Division Commendations (3), Washington State Patrol Forensic Services Bureau, *2013, 2014*
Member of the Year (Walter Howe)Award, Association of Firearm and Tool mark Examiners, *May 2014*
Certificate of Appreciation, Bureau of Alcohol Tobacco Firearms (BATF), *March 2016*
Division Commendation, Washington State Patrol Forensic Services Bureau, *June 2018*

**Court Related Activities (not affiliated with Washington State Patrol) last four years**

**Rule 26-** During the last four years, produced two Rule 26 documents:

    Michael Slager vs. Southern States Police Benevolent Association, Inc., US District Court South Carolina, *April 2016*

    City of Beaumont vs. Piexon AG, US District Court, San Diego, CA *May 2016*

    Lane vs. City of Chicago, N. District of Illinois, Chicago, IL, *January 2018*

**Deposition-**
    City of Beaumont vs. Piexon AG, US District Court, San Diego, CA *July 2016*

    LaPorta vs. City of Chicago, US District Court, N. District of Illinois, Seattle, WA *May 2017*

    Cordero vs. Guzman, US District Court, Sacramento, CA, Seattle WA, *May 2017*

    Garrison vs. Sturm, Ruger & Company, US District Court, N. District of Alabama, Chicago, IL, December *2017*

**Testimony-**
    Cordero vs. Guzman, US District Court, Sacramento, CA, *July 2017*

    LaPorta vs. City of Chicago, US District Court, N. District of Illinois, Chicago, IL, *October 2017*