BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:  steven.skrocki@usdoj.gov
   christina.sherman@usdoj.gov
   kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                        )<br>                        Plaintiff,    )<br>                                                        ) No. 3:13-cr-00008-SLG<br>            v.                                         )<br>                                                        )<br>JAMES MICHAEL WELLS,          )<br>                                                        )<br>                        Defendant.  )<br>                                                        ) | |

**MOTION TO ACCEPT CONVENTIONAL FILING**

The United States of America, by and through undersigned counsel, moves this

Court to allow the government to file digital media – one CD – in support of the United

States' Response in Opposition to Defendant's Motion to Exclude Government's Expert Rick Wyant. The CD contains Exhibit 6, the video created by Rick Wyant.

RESPECTFULLY SUBMITTED June 13, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney