IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) No. 3:13-cr-00008-SLG |
| vs. | ) ) |
| JAMES MICHAEL WELLS, | ) ) |
| Defendant. | ) ) ) |

**PROPOSED ORDER**

Having duly considered the United States' Motion to Accept Conventional Filing, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____                    _____
                                                                    U.S. DISTRICT COURT JUDGE