# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE: MOTION FOR LEAVE TO FILE REPLY

Before the Court at Docket 1009 is Defendant James Michael Wells' Motion for Leave to File Reply. Mr. Wells seeks to file a reply to the Government's Response in Opposition to Defendant's Motion In Limine to Limit Testimony of Government Expert Robert Morton.[1] The Government did not file an opposition. Having reviewed Mr. Wells' motion, the Court finds that a reply may assist the Court.

IT IS ORDERED that the motion at Docket 1009 is GRANTED. A reply of up to five pages may be filed **within seven days** of the date of this order.[2]

DATED this 12th day of June, 2019, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Docket 1008.

[2] For future reference, the parties are reminded that when a party moves for leave to file a reply, that party is to attach to its motion a copy of the proposed reply. D. Ak. L. Cr.R. 47.1(a); D. Ak. L. Civ. R. 7.1(c), (d).