IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>                  Defendant. | No. 3:13-cr-00008-SLG |

## **ORDER**

Having duly considered the United States' Motion to Accept Conventional Filing, (Docket 1024), the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: June 13, 2019                    */s/ Sharon L. Gleason*
                                                    U.S. DISTRICT JUDGE