BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:13-cr-00008-SLG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CD CONVENTIONALLY**

The United States hereby files the audio recording – one CD– referenced as

Exhibit 6 in Government's Response in Opposition to Defendant's Motion to Exclude

Government Expert Rick Wyant (Dkt 1023), in accordance with the Court's Order filed at Dkt..1024.

RESPECTFULLY SUBMITTED June 14, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/* Christina Sherman
KELLY CAVANAUGH
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

*s/* Christina Sherman
Office of the U.S. Attorney