# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to Exclude Government Vehicle Swapping Experiment Video, the court GRANTS the motion.

IT IS ORDERED that the government's video of the vehicle swapping experiment is hereby EXCLUDED as evidence at trial.

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT