Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG <br><br> **DEFENDANT'S MOTION FOR LEAVE TO FILE ATTACHMENTS UNDER SEAL** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for an order permitting him to file Attachments A through N in support of his Motion to Exclude the Government Vehicle Swapping Experiment Video (Docket 1028).

Filing under seal is necessary as the attachments are items of discovery that are currently subject to a protective order in this matter. A motion for leave to

conventionally file under seal Attachment A (video recording) is filed in conjunction with this motion.

DATED at Anchorage, Alaska this 14th day of June, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 14, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*