# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                   Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>                   Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion to File Attachments Under Seal, the court GRANTS the motion.

IT IS ORDERED that counsel for the defendant shall file under seal the attachments to the Motion to Exclude Government Vehicle Swapping Experiment Video (Docket 1028).

DATED June __, 2019, in Anchorage, Alaska.

                                                                        _____
                                                                        Sharon L. Gleason, District Judge
                                                                        UNITED STATES DISTRICT COURT