Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>   Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S MOTION FOR LEAVE TO CONVENTIONALLY FILE DIGITAL MEDIA UNDER SEAL** |

  Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for an order granting leave to conventionally file under seal digital media – a DVD – consisting of a video identified as Attachment A to his Motion to Exclude Government Driving Experiment Video (Docket 1028). A motion for leave to file under seal Attachments A through N is filed at Docket 1029.

DATED at Anchorage, Alaska this 14th day of June, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 14, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*