# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>                    Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion for Leave to Conventionally File Digital Media, the court GRANTS the motion.

IT IS ORDERED that the defendant shall conventionally file under seal digital media – one DVD – containing Attachment A (video recording) referenced in his motion to exclude at Docket 1028.

DATED June ___, 2019, in Anchorage, Alaska.

                                                  _____
                                                  Sharon L. Gleason, District Judge
                                                  UNITED STATES DISTRICT COURT