# FAX Transmittal Sheet



**MAIL BOXES ETC.®**

**GERMANTOWN MARKETPLACE**
N112 W16300 Mequon Road
Germantown, WI 53022-3308
Phone (414) 253-9444
FAX (414) 253-5945

**Date:** 8-25-97  (907) 486-5810

**To:** Alaska State Troopers - Kodiak

**Fax No:** Case # 9700 38911

**From:** John Stein

**Phone No:** ___

**# of Pages (including this sheet):** 1

**Message:** Please send me a copy of this case file ~~number~~ for use with an insurance claim. Thank you.

John Stein

---

- Copy Service
- Fax Service
- Office Supplies

- Full Service Mailboxes
- Complete Packing & Shipping Services
- Mailing Services
- Etc...

- Notary
- Business Printing
- No-Limit Shipping℠

**IT'S NOT WHAT WE DO.   IT'S HOW WE DO IT.™**
©1994 Mail Boxes Etc.®

29534

PROTECTED DOCUMENT                    Wells18_00083733 (2 of 20)
**Exhibit B, Page 1 of 5**

21 August 1997

To: Alaska State Troopers
    Kodiak, Alaska

Case # 9700 38911

From: John Stein

    Milwaukee, WI
    ____ 6

1. The purpose of this letter is to report the loss of a firearm in the Kodiak area.

2. In June of 1996 I rented out my house. I put most of my household goods in storage at Kodiak Transfer. I decided to leave my gunsafe and the guns with a friend. He was provided the combination to the safe.

3. I then left the U.S. for a period of six months. When I returned to Kodiak in January of 1997 I noticed that one revolver was missing. A telescopic sight was also missing.

4. I thought that I might have sent these items to my brother in Milwaukee. I arrived in Milwaukee recently and carefully inventoried the items (including some firearms) that I had sent to him. We determined that the gun had never been sent to him and had indeed been left in Kodiak with the remaining guns.

5. The lost firearm is a Smith & Wesson Model 629. This is a stainless steel 44 magnum with 6 inch barrel. The serial number is AJL2172.

6. For your general information, the missing scope sight is a Leupold M8-12X. This is a 12-power rifle sight. The serial number is N157250.

7. For further information you may contact Mr. Jim Wells on Pavlof Lane in Bells Flats. His phone number is ____.

8. You may contact me at the above address and telephone number. I will leave the U.S. again in September but my brother continues to hold my gun collection and is completely knowledgeable of this matter. I recently sold my house in Kodiak and have not yet selected a new home.

Sincerely,

*John Stein*

29535

PROTECTED DOCUMENT

① Next week you will receive permission to move the Sug from Alaska to your house.

② Make 2 copies - send to: Jim Wells (907)

③ He should attach one copy to the gun box and give one to the carrier.

④ He should then ship it down - air freight or UPS. Make sure its insured for $3000 at least.

29536

PROTECTED DOCUMENT

*FOR NANCY wells*

21 August 1997

*Jim - Here's a copy
of my report to AST.*

To: Alaska State Troopers
    Kodiak, Alaska

From: John Stein

*Case # 9700 38911*

    Milwaukee, WI

*Teresa - insurance claim
(907) 486-3101
Not Covered!*

1. The purpose of this letter is to report the loss of a firearm in the Kodiak area.

2. In June of 1996 I rented out my house. I put most of my household goods in storage at Kodiak Transfer. I decided to leave my gunsafe and the guns with a friend. He was provided the combination to the safe.

3. I then left the U.S. for a period of six months. When I returned to Kodiak in January of 1997 I noticed that one revolver was missing. A telescopic sight was also missing.

4. I thought that I might have sent these items to my brother in Milwaukee. I arrived in Milwaukee recently and carefully inventoried the items (including some firearms) that I had sent to him. We determined that the gun had never been sent to him and had indeed been left in Kodiak with the remaining guns.

5. The lost firearm is a Smith & Wesson Model 629. This is a stainless steel 44 magnum with 6-inch barrel. The serial number is AJL2172.

6. For your general information, the missing scope sight is a Leupold M8-12X. This is a 12-power rifle sight. The serial number is N157250.

7. For further information you may contact Mr. Jim Wells on Pavlof Lane in Bells Flats. His phone number is

8. You may contact me at the above address and telephone number. I will leave the U.S. again in September but my brother continues to hold my gun collection and is completely knowledgeable of this matter. I recently sold my house in Kodiak and have not yet selected a new home.

Sincerely,

29537

NRA Insurance
800-544-9820

my NRA Life # FCB7876J

29538

PROTECTED DOCUMENT