BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steven.Skrocki@usdoj.gov
        Christina.Sherman@usdoj.gov
        Kelley.1.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | **MOTION FOR VICTIM TO** |
| | ) | **APPEAR TELEPHONICALLY** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through undersigned counsel, respectfully

files this Motion for Victim to Appear Telephonically at the Status Conference in the

above-entitled case for victim N.B. The hearing is set for July 2, 2019 at 9:00 a.m.

Victim N.B. is unable to attend the hearing in person. Therefore, undersigned counsel respectfully moves for her to be allowed to participate telephonically.

RESPECTFULLY SUBMITTED June 17, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
Steven E. Skrocki
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019,
a true and correct copy of the foregoing
was served electronically on the following:

Counsel of Record

s/Steven E. Skrocki
Office of the U.S. Attorney