BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendants. | ) |

**RESPONSE OF THE UNITED STATES TO DEFENDANT WELLS' MOTION
TO EXCLUDE INADMISSIBLE SPOUSAL TESTIMONY**

The United States submits the following Response to Defendant Wells' Motion to Exclude Inadmissible Spousal Testimony:

-The United States will be calling Commander Van Ness as a witness for trial. In doing so the United States will not be eliciting in any fashion the testimony which the defense notes at Docket 1019, pgs. 2-4, concerning the utterances of Nicola Belisle in its case-in-chief. It may elect to do so, after approaching the court and defense counsel, in the government's rebuttal case. If it elects to do so, the inquiry will be factually correct as questions posed, timing of responses and other matters noted by the Ninth Circuit Court of Appeals. *See, United States v. Wells*, 879 F.3d 900, 936, 937 (9th Cir.2017)

-The United States will likely call Nicola Belisle in order for her to testify about her whereabouts the morning her husband was murdered, his difficulties at work, and other matters relevant to the jury's consideration of the evidence.

The foregoing moots the defense motion on this issue.

RESPECTFULLY SUBMITTED June 20, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on June 20, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney