BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | **No. 3:13-cr-00008-SLG** |

**UNOPPOSED MOTION TO ACCEPT OVER LENGTH RESPONSE**
**(Filed on Shortened Time)**

COMES NOW United States of America, by and through undersigned counsel, and respectfully requests the Court accept its Response in Opposition to Defendant's Motion to Exclude the April 19, 2012 Government Driving Experiment (Dkt. 1012) which contains 33 pages including the caption, signature blocks and exhibits. In order to properly respond to the issued raised by Defendant is his motion, it is necessary for the United States to exceed the page limit. Counsel for defense does not oppose this request.

RESPECTFULLY SUBMITTED June 21, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, a
true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG

2

Case 3:13-cr-00008-SLG Document 1040 Filed 06/21/19 Page 2 of 2