IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) No. 3:13-cr-00008-SLG |
| v. | ) ) |
| JAMES MICHAEL WELLS | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Having duly considered the United States' unopposed motion for expedited consideration, the motion is hereby GRANTED.

The Court will issue an order on the government's unopposed motion to accept over length response at the court's earliest opportunity.

DATED this _____ day of June 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE