BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:steven.skrocki@usdoj.gov
    christina.sherman@usdoj.gov
    kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cr-00008-SLG |
| v. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**DECLARATION OF AUSA STEVEN E. SKROCKI IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION (28 U.S.C. § 1746)**
**(L. Civ. R. 7.3(a)(1)(A))**

I, Steven E. Skrocki, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2. The government filed An Unopposed Motion to Accept Over-Length Response in the above titled case.

3. Expedited consideration of the government's Motion to Accept Over-Length Response is necessary because the response is due today, June 21, 2019.

4. Counsel for the defendant, does not oppose the Motion to Accept Over-Length Response, or the Motion for Expedited Consideration.

RESPECTFULLY SUBMITTED June 21, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney