Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO DOCKET NO. 1023** |

　　　　Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for leave to permit the filing of a reply to the Government's Response in Opposition to Wells' Motion regarding Expert Witness Rick Wyant, Docket No. 1023.

　　　　Due to the nature of the government's opposition and the additional information/argument therein, the defense believes that the testimony of Government proposed expert Rick Wyant is excludable on substantive legal grounds

in addition to those initially raised in Wells' motion to exclude Wyant. Wells seeks leave of court to file a reply in order to properly frame the scope of his motion, and focus the Court on the additional reasons why the testimony is excludable.

Wells' Reply to the Government's Opposition is necessary in order to provide the Court with additional information from the record demonstrating the prejudice from Wyant's testimony and authorities which require its exclusion. Pursuant to the local rules, Wells' reply, if permitted, will be no longer than five pages.

For these reasons, Wells seeks leave of court to file a reply to Docket 1023.

DATED at Anchorage, Alaska this 21st day of June, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 21, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG                                                                                          Page 2

Case 3:13-cr-00008-SLG   Document 1043   Filed 06/21/19   Page 2 of 2