Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com


Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-CR-00008-SLG |
| Plaintiff, | ) |
| | ) **DEFENDANT'S MOTION** |
| v. | ) **FOR LEAVE TO FILE REPLY** |
| | ) **TO DOCKET NO. 1047** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Defendant James Michael Wells, through counsel Gary G. Colbath and

Peter A. Camiel, moves this Court for leave to permit the filing of a reply to the

DEFENDANT'S RESPONSE TO GOVERNMENT NOTICE DOC. 940
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

Government's thirty-three-page Response in Opposition to Wells' Motion regarding the April 19 driving experiment video, Dk. No. 1047.

Due to the nature of the government's opposition and the additional information/argument therein, the defense believes that it needs to file a reply. Wells seeks leave of court to file a reply in order to properly frame the scope of his motion, explain why the government's law of the case argument is misplaced, and focus the Court on the additional reasons why an evidentiary hearing is necessary to demonstrate the significant differences between the April 12 original video and the government created April 19 video and the prejudice to ensue if the issue is not decided prior to trial.

Pursuant to the local rules, Wells' reply, if permitted, will be no longer than five pages. For these reasons, Wells seeks leave of court to file a reply to Docket 1047.

Dated this 24th day of June, 2019.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596

### Certificate of Service

I hereby certify that on the 24th day of June, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel

DEFENDANT'S RESPONSE TO GOVERNMENT NOTICE DOC. 940
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*--2