BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS<br><br>                Defendant. | No. 3:13-cr-00008-SLG |

**UNITED STATES' MOTION IN RESPONSE TO DEFENSE MOTION TO EXCLUDE GOVERNMENT VEHICLE SWAPPING EXPERIMENT VIDEO**

COMES NOW the United States of America, by and through above-named counsel, and files with the Court this response to the Defense's Motion at Doc. 1028.

Notwithstanding the defense's mischaracterization of the video coined "Government Vehicle Swapping Experiment", nor conceding to the defense's argument that the video is irrelevant and prejudicial under Federal Rules of Evidence (FRE) 401 and 403, the United States nonetheless, submits that they do not intend to introduce this video into evidence at trial.

The United States reserves the right to ellicit testimony from its witnesses surrounding time lines of the defendant's movement the morning of the murders.

RESPECTFULLY SUBMITTED June 26, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Kelley Stevens
KELLY STEVENS
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, a
true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Kelley Stevens
Office of the U.S. Attorney