

# State of Alaska
## Department of Public Safety
### SCIENTIFIC CRIME DETECTION LABORATORY REPORT

Sean Parnell, Governor
Joseph A. Masters, Commissioner

May 07, 2012

| | | | |
|---|---|---|---|
| Requesting Agency: | Federal Bureau of Investigation | Laboratory Number: | 12-02091 |
| Agency File Number: | 70A-AN-15667 | | |
| Report To: | Andrew Walton | | |
| **Requested Service:** | **General Firearms Analysis** | | |



### Items Analyzed

| Item # | |
|---|---|
| 1 | One 44 Magnum caliber Ruger New Model Super Blackhawk revolver, serial number 81-07900 |
| 13 | One 45 ACP caliber Ruger Model P345 semiautomatic pistol, serial number 664-68380 |
| 13A | One fired bullet jacket |
| 34 | Six lead fragments |
| 37 | One fired bullet |
| 38 | One fired bullet jacket |
| 62 | One fired bullet |
| 7 | One metal fragment |
| 9 | One fired bullet jacket |

5500 East Tudor Road    Anchorage, AK 99507    Voice (907) 269-5740    Fax (907) 338-6614
Accredited by ASCLD-LAB Certificate #157

Page 1 of 2

PROTECTED DOCUMENT                                  Wells18_00043935 (1 of 2)

**Attachment A, Page 1 of 2**

Case 3:13-cr-00008-SLG   Document 1053-1   Filed 06/27/19   Page 1 of 2



# State of Alaska
## Department of Public Safety
### SCIENTIFIC CRIME DETECTION LABORATORY REPORT

Sean Parnell, Governor
Joseph A. Masters, Commissioner

Laboratory Number: 12-02091

**Results, Conclusions and Opinions - continued**

**Results, Conclusions and Opinions**

| | |
|---|---|
| 1 | This revolver could not have fired Items #9, #13A, #37, #38, or #62. |
| 13 | This pistol could not have fired Items #9, #13A, #37, #38, or #62. |
| 13A | Items #9, #13A, #37, #38, and #62 were fired in the same firearm. The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist. A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics. |
| 34 | These six fragments are unsuitable for firearm identification purposes. |
| 37 | Items #9, #13A, #37, #38, and #62 were fired in the same firearm. The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist. A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics. |
| 38 | Items #9, #13A, #37, #38, and #62 were fired in the same firearm. The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist. A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics. |
| 62 | Items #9, #13A, #37, #38, and #62 were fired in the same firearm. The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist. A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics. |
| 7 | This metal fragment does not appear to be a bullet fragment. |
| 9 | Items #9, #13A, #37, #38, and #62 were fired in the same firearm. The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist. A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics. |

*Robert J. Shem* (signature)

Forensic Scientist III: Robert J. Shem

Report Technically Reviewed by Debra L. Gillis

5500 East Tudor Road   Anchorage, AK 99507   Voice (907) 269-5740   Fax (907) 338-6614
Accredited by ASCLD-LAB Certificate #157

Page 2 of 2