Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

Gary George Colbath
Federal Public Defender's Agency
425 G Street, Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| Plaintiff, | ) ) ) | JOINT NOTICE OF ISSUES FOR HEARING SET FOR JULY 2, 2019 |
| v. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

The Court has scheduled a hearing for July 2, 2019 for pretrial motions. The parties believe the following matters and motions are pending before the Court:

1. Doc. 943/944: Motion to Exclude Other Act Evidence

2. Doc. 945/946: Motion to Exclude Character Evidence

3. Doc. 975: Motion to Preclude Defense Expert Park Dietz

4. Doc. 976: Motion to Exclude Defense Expert Jim Hoerricks

5. Doc. 977: Motion to Exclude Defense Expert Dr. Reisberg

6. Doc. 978: Motion to Exclude Defense Expert Coleman

NOTICE OF ISSUES FOR JULY 2, 2019 HEARING
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

7. Doc. 979: Motion to Exclude Defense Expert Beck

8. Doc. 980: Motion to Exclude Defense Expert McCrary

9. Doc. 984: Motion to Suppress Evidence Derived from Interrogation

10. Doc. 1004: Motion to Limit Testimony of Government Expert Morton

11. Doc. 1006: Motion to Exclude Government Expert Schmidt

12. Doc. 1007: Motion to Exclude Government Expert Wyrant

13. Doc. 1012: Motion to Exclude April 19, 2012 Driving Video

14. Doc. 1028: Motion to Exclude Government Vehicle Swapping Video

15. Doc. 1031: Motion to Exclude Testimony of John and Terry Stein

In addition to outstanding motions, the parties anticipate agreeing to stipulate that the jury not be informed that this is a retrial, the reasons for the retrial, or that a prior proceeding and verdict occurred. The parties may seek the Court's guidance on the best ways to handle this during jury selection and trial. The parties have tentatively agreed that both sides, when necessary to refer to prior testimony from the prior trial that such reference be stated as, 'in another proceeding.' The parties would request the Court's guidance and or approval on use of that particular phrase and the parties stipulation referenced above.

The parties further anticipate stipulating to certain jurisdictional matters and potentially other factual matters and want to discuss with the Court the proper means of handling such stipulations, whether orally to the jury, by formal exhibit, another way approved by the Court.

The parties anticipate the need to present the testimony of various witnesses by video conference due to an assortment of reasons. The parties would like to discuss the feasibility and process for doing so with the Court.

The parties anticipate agreeing that if one side calls a witness and the other side has material to discuss that was beyond the scope of direct, the crossing party should be permitted to inquire about additional matters while the witness is on the stand (to avoid recalling them at a later time) as a matter of efficiency.  The parties would signify the transition in some way during the examination to both the Court and opposing counsel and if the new area is extensive it should be done it direct like questioning rather than leading/cross.

Dated this 28th day of June, 2019.

Respectfully submitted,

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*Attorneys for James Michael Wells*

### Certificate of Service

I hereby certify that on the 28th day of June, 2019,  I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.  I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel