# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

JAMES MICHAEL WELLS,

        Defendant.

Case No. 3:13-cr-00008-SLG

## ORDER REGARDING MOTION TO EXCLUDE AIRPORT VEHICLE SWAPPING VIDEO

Before the Court at Docket 1028 is Defendant James Michael Wells' Motion to Exclude the Government Vehicle Swapping Experiment Video. Mr. Wells requested an evidentiary hearing on this motion.[1] The Government filed a response.[2]

Mr. Wells' motion addresses a video introduced by the Government in the first trial of this case. The video purports to demonstrate how Mr. Wells could have driven his truck to the Kodiak airport on the morning of the homicides, switched to his wife's Honda, and then driven the Honda to the Coast Guard communication station.[3]

The Government maintains that the video is neither irrelevant nor prejudicial, but "submits that they do not intend to introduce this video into evidence at trial."[4]

---

[1] Docket 1028 at 1.

[2] Docket 1051.

[3] Docket 1028 at 2, 4–5.

[4] Docket 1051 at 2.

In light of the foregoing, IT IS ORDERED that the motion at Docket 1028 is DENIED AS MOOT, and the request for an evidentiary hearing is likewise denied. Should the Government seek to introduce this video at trial, it shall first raise the issue with the Court outside the presence of the jury.

DATED this 28th day of June, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. Case No. 3:13-cr-00008-SLG, *United States v. Wells*
Order Re: Motion to Exclude Airport Vehicle Swapping Video
Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1057   Filed 06/28/19   Page 2 of 2