```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS      CASE NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          SHARON L. GLEASON

DEPUTY CLERK:                  EVA BARBEE

OFFICIAL REPORTER:             SONJA L. REEVES

UNITED STATES' ATTORNEY:       STEVEN SKROCKI/CHRISTINA M. SHERMAN

DEFENDANT'S ATTORNEY:          GARY GEORGE COLBATH/PETER CAMIEL

PROCEEDINGS: STATUS HEARING HELD JULY 2, 2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

Court and counsel heard re rulings forthcoming in next 2 weeks and Daubert issues may need evidentiary hearing during trial outside presence of the jury.

Court and counsel heard re Motion to Exclude Testimony of Government Witness John and Terry Stein (DKT 1031) mistake in caption and error in footer; parties agree no evidentiary hearing necessary.

Court and counsel heard re Motion to Exclude the April 19, 2012 Government Driving Experiment Video (DKT 1012); parties agree evidentiary hearing needed prior to trial. Expert witnesses to participate by video conference.

Evidentiary Hearing re Motion to Exclude the April 19, 2012 Government Driving Experiment Video (DKT 1012) set for **July 30, 2019 @9:00 a.m.;** Parties to notify the Court by **July 23, 2019** re DEPS and video conference requests for this proceeding.

Court and counsel heard re parties non opposed to several witnesses at trial to testify by video conference.

Continued to Page 2

(Revised 1-29-2015)

------------------------------------------------------------------

Court and counsel heard re Motion in Limine to Exclude Government "Expert" Witness Rick Wyant (DKT 1007) and ruling to issue prior to trial on Motion in Limine Defendant's Motion to Limit Testimony of Government Expert Robert Morton (DKT 1004).

Court and counsel heard re use of "prior hearing" verbiage to reference prior proceedings in this matter.

Court referred counsel to model jury instruction for Ninth Circuit re stipulations.

Court and counsel heard re deadline for trial documents and exchange of exhibits. Criminal Trial Documents due by **August 23, 2019.** Exchange of Exhibits due by **August 30, 2019.**

Final Pretrial Conference set for August 5, 2019 was **VACATED** and **RESET** to **August 30, 2019 @9:00 a.m.**

Court and counsel heard re Motions in Limine deadline past; parties do not anticipate any new Motions in Limine.

At 10:08 a.m. court adjourned.

DATE:   July 2, 2019                    DEPUTY CLERK'S INITIALS:   ECB

(Revised 1-29-2015)