IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES MICHAEL WELLS<br><br>　　　　　　　Defendant. | No. 3:13-cr-00008-SLG |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR ADDITIONAL PROTECTIVE ORDER REGARDING *HENTHORN* DISCOVERY**

Having duly considered the United States' Motion for an Additional Protective Order Regarding *Henthorn* Discovery pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to order the following restrictions on discovery:

1.　Except as provided herein, Defense counsel shall not distribute, show, or make available to individuals other than the defendant, his defense attorney, defense investigators, or experts or consultants specifically retained by defendant's counsel (hereinafter "Defense Team") the discovery provided in Bates # Wells18_00095783 – Wells18_00095848.

1.　The Defense Team may review these items with the defendant, but shall not leave the above-enumerated discovery in the defendant's possession.

2.　The Defense Team shall make a good-faith effort to prevent the unauthorized disclosure of the above-enumerated discovery. Such efforts shall include taking steps to prevent the unauthorized distribution by any member of the Defense

Team.

3. Any court filing relating to this discovery shall be filed under seal, or in accordance with Fed. R. Crim. P. 49.1.

4. The Defense Team shall not raise before the jury or question any witness about the information contained in the above-enumerated discovery at trial without first seeking leave of the Court.

5. Defense Counsel shall advise all members of the Defense Team of the terms of this protective order. Failure to comply with this Order by any member of the Defense Team shall be treated as a violation of court order and punishable as contempt.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of July, 2019.

_____
SHARON L. GLEASON
United States District Judge