# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

JAMES MICHAEL WELLS,

          Defendant.

Case No. 3:13-cr-00008-SLG

## PROTECTIVE ORDER REGARDING *HENTHORN* DISCOVERY

Before the Court at Docket 1064 is the Government's Motion for Additional Protective Order Regarding *Henthorn* Discovery. Having considered the Government's motion, the Court finds good cause pursuant to Federal Rule of Criminal Procedure 16(d)(1) to order the following restrictions on *Henthorn* discovery:

1. Except as provided herein, Defense counsel shall not distribute, show, or make available to individuals other than defense counsel, defense investigators, or experts or consultants specifically retained by defendant's counsel (the "Defense Team") the discovery provided in Bates # Wells18_00095783–Wells18_00095848 (the "*Henthorn* discovery").

2. Except as provided herein, the Government shall not distribute, show, or make available to individuals other than government counsel, investigators, or experts or consultants specifically retained by government counsel (the "Government Team") the *Henthorn* discovery.

3. The Defense Team may review the *Henthorn* discovery with the defendant but shall not leave the *Henthorn* discovery in the defendant's possession.

4. The Government Team may review portions of the *Henthorn* discovery with government witnesses who are the subject of that portion of the discovery but shall not leave the *Henthorn* discovery in the witnesses' possession.

5. The Defense Team and Government Team shall make good-faith efforts to prevent the unauthorized disclosure of the *Henthorn* discovery. Such efforts shall include taking steps to prevent the unauthorized distribution by any member of the teams and storing the *Henthorn* discovery, whether paper or electronic, in a secure manner that limits access to only the team.

6. Any court filing relating to this discovery shall be filed under seal, or in accordance with Federal Rule of Criminal Procedure 49.1.

7. The Defense Team and Government Team shall not raise before the jury or question any witness about the information contained in the *Henthorn* discovery at trial without first seeking leave of the Court outside the presence of the jury.

8. Counsel shall advise all members of their respective teams of the terms of this protective order. Failure to comply with this order by any member of the Defense Team or Government Team shall be treated as a violation of court order and punishable as contempt.

IT IS SO ORDERED.

DATED this 11th day of July, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:13-cr-00008-SLG, *United States v. Wells*
Protective Order Re: *Henthorn* Discovery
Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1066   Filed 07/11/19   Page 2 of 2