BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF

ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF INTENT TO USE THE COURT'S DIGITAL
EVIDENCE PRESENTATION SYSTEM**

COMES NOW the United States of America, by and through undersigned

counsel, and hereby gives notice of the United States' intent to use the Court's

Digital Evidence Presentation System (DEPS) during the Evidentiary hearing in

the above captioned case, currently scheduled to start July 30, 2019, at 9:00 a.m.

RESPECTFULLY SUBMITTED July 17, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019,
a true and correct copy of the foregoing
was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG          Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1068   Filed 07/17/19   Page 2 of 2