Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**NOTICE OF WITNESS TO TESTIFY BY VIDEO TELECONFERENCE** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, notifies this Court of defense witness Daniel Reisberg's anticipated video conference testimony at the hearing in the above captioned case scheduled for July 30, 2019, at 9:00 a.m.

//

//

DATED at Anchorage, Alaska this 17th day of July, 2019.

        Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing notice with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on July 17, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. I further certify that copies of the above-referenced attachment were caused to be hand-delivered to the Clerk's office and the United States Attorney's Office on June 19, 2019. */s/ Gary G. Colbath*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG         Page 2

Case 3:13-cr-00008-SLG   Document 1069   Filed 07/17/19   Page 2 of 2