```
 1                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
 2

 3   UNITED STATES OF AMERICA, )
                               )
 4          Plaintiff,         )
                               )
 5   vs.                       )    CASE NO. 3:13-cr-00008-SLG
                               )
 6   JAMES MICHAEL WELLS,      )
                               )
 7          Defendant.         )
     _____)
 8

 9   PARTIAL TRANSCRIPT OF ORAL ARGUMENT ON MOTIONS IN LIMINE
                    (2:23 p.m. - 2:24 p.m.)
10      BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE
                    April 22, 2019; 1:34 p.m.
11                      Anchorage, Alaska

12   FOR THE GOVERNMENT:
            Office of the United States Attorney
13          BY:  STEVEN SKROCKI
            BY:  CHRISTINA M. SHERMAN
14          BY:  KELLEY L. STEVENS
            222 West 7th Avenue, #9
15          Anchorage, Alaska 99513
            (907) 271-5071
16

17   FOR THE DEFENDANT:
            Office of the Federal Public Defender
            BY:  GARY GEORGE COLBATH
18          601 West 5th Avenue, Suite 800
            Anchorage, Alaska 99501
19          (907) 646-3400

20          Camiel & Chaney, P.S.
            BY:  PETER A. CAMIEL
21          520 Pike Street, Suite 2500
            Seattle, Washington 98101
22          (206) 624-1551
_____
23
                      SONJA L. REEVES, RMR-CRR
24              Federal Official Court Reporter
                    222 West 7th Avenue, #4
25                  Anchorage, Alaska 99513
          Transcript Produced from the Stenographic Record
```

1     (Call to Order of the Court at 1:34 p.m.)

2          (Proceedings took place that are not included

3     in this Partial Transcript, after which, proceedings

4     continued as follows:)

5          MS. SHERMAN:  So I apologize if my comments are

6     scattered, but I want to kind of hit all of the

7     questions the Court had.

8          You mentioned what the Government's theory of

9     motive is.  And the Ninth Circuit opinion identified at

10    929 the Government's motive theory, that Wells had

11    frustrations beginning in 2011 with the change in the

12    COMMSTA command, which placed unwelcomed pressure on him

13    to conform to the change of command.

14         Due to those absences from work, he becomes

15    increasingly frustrated by a loss of both professional

16    independence and importance.  His frustrations turn to

17    anger and culminate in the murders of his co-workers,

18    one of whom is his direct supervisor and the other of

19    whom is the individual who appears to be taking over his

20    job.

21         Hopkins was Mr. Wells' direct supervisor.  He

22    was at the meeting on the fuel card.  He was involved in

23    all of these decisions.  Reckner's direction -- so Mr.

24    Reckner was Mr. Hopkins' boss, and his direction came

25    and filtered down to Wells through Hopkins, so he was a

1    direct supervisor.  He is right in the mix of all of

2    these events.

3            So is Mr. Belisle.  He's directing the

4    non-rates, the new Coast Guard employees about cleaning

5    out the warehouse.  He wrote a statement, along with

6    Mr. Hopkins and Mr. Wells, about what happened to the

7    fuel card.  And command disbelieved what Mr. Wells wrote

8    and appeared to adopt and believe what Mr. Hopkins and

9    Mr. Belisle wrote.

10            THE COURT:  Is that in the record, any of that?

11            MS. SHERMAN:  It was in the first trial record,

12    Your Honor.

13            (Requested excerpt concluded.)

14

15                    CERTIFICATE

16      I, Sonja L. Reeves, Federal Official Court Reporter
    in and for the United States District Court of the
17    District of Alaska, do hereby certify that the foregoing
    transcript is a true and accurate transcript from the
18    original stenographic record in the above-entitled
    matter and that the transcript page format is in
19    conformance with the regulations of the Judicial
    Conference of the United States.
20
        Dated this 18th day of July, 2019.
21

22

23                    /s/ Sonja L. Reeves
                    SONJA L. REEVES, RMR-CRR
                    FEDERAL OFFICIAL COURT REPORTER
24

25