Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION TO FILE DISCOVERY |
| | ) | MOTION AND ATTACHMENTS |
| vs. | ) | UNDER SEAL |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Wells moves to file a Motion for Discovery and accompanying attachments under seal. This motion pertains to disclosures recently made by the government pursuant to a Henthorn request. The parties agreed that the Henthorn disclosures would be subject to a protective order and the Court enter such an order at Doc. 1066.

Dated this 26 day of July, 2019.

*/s/Peter A. Camiel*
Peter A. Camiel
Attorney for Defendant Wells

Motion to file Document under Seal
(*United States v. Wells, 3:13-cr-0008-SLG*)

## Certificate of Service

I hereby certify that on the 26th day of July, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system.
I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*/
Peter A. Camiel

Notice of Unavailability-