Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206) 624-1551
petercamiel@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | MOTION TO FILE MOTION FOR |
| | ) | DISCOVERY UNDER SEAL |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having duly considered defense counsel's motion to file a motion and attachments for discovery regarding Henthorn materials under seal, that motion is hereby granted.

DATED this _____ day of July, 2019.

_____
United States District Judge