```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS      CASE NO.  3:13-cr-00008-SLG
Defendant:   X Present   X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI/CHRISTINA M. SHERMAN

DEFENDANT'S ATTORNEY:    GARY GEORGE COLBATH/PETER A. CAMIEL

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO EXCLUDE THE
             APRIL 19, 2012 GOVERNMENT DRIVING EXPERIMENT
             VIDEO (DKT 1012) HELD JULY 30, 2019:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 9:29 a.m. court convened.

Court and counsel heard re Motion to Exclude at Docket [1012].

Joseph Michael Sturgis sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 14 **ADMITTED**.
Defendant's Exhibit A, B, B-1, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, QQ, XX **ADMITTED**.

At 10:28 a.m. court recessed until 10:39 a.m.

Joseph Michael Sturgis resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit WW, YY **ADMITTED**.

Kenneth James Hoerricks sworn and testified on behalf of the defendant.
Defendant's Exhibit W, **ADMITTED**.
Defendant's Exhibit X, UU, AAA **IDENTIFIED.**

Court recessed this matter at 12:11 p.m. until 1:40 p.m.

Continued to Page 2

(Revised 1-29-2015)

```
                    Continuation – Page 2
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
       Evidentiary Hearing on Motion to Exclude the April 19, 2012
           Government Driving Experiment Video at Docket [1012]
------------------------------------------------------------------
```

Court and counsel heard re Plaintiff's Exhibit 15 and 16 **ADMITTED**.

Court and counsel heard re Mr. Skrocki's renewed objections to the scope of the hearing, exhibits, witness testimony, filing supplemental briefing, and possible filing of motion.

Court and counsel heard re Defendant's Exhibits X, UU, AAA **ADMITTED**.

Kenneth James Hoerricks resumed the stand and testified further on behalf of the defendant.
Defendant's Exhibit Y, HH, MM **ADMITTED.**

At 2:49 p.m. court recessed until 3:00 p.m.

Kenneth James Hoerricks resumed the stand and testified further on behalf of the defendant.

At 3:55 p.m. court recessed until 4:05 p.m.

Dr. Daniel Reisberg sworn and testified on behalf of the defendant.
Defendant's Exhibit NN, OO, PP **ADMITTED**.

Court and counsel heard re continuation of hearing.

Hearing on Motion to continued to **July 31, 2019 at 9:00 a.m.**

Dr. Reisberg to call the same number for VTC testimony.

At 4:57 p.m. court adjourned.

List of Exhibits and Witnesses to be filed separately.


DATE:   July 30, 2019            DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)