```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS      CASE NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI

DEFENDANT'S ATTORNEY:   GARY GEORGE COLBATH/PETER A. CAMIEL

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON MOTION TO EXCLUDE
             THE APRIL 19, 2012 GOVERNMENT DRIVING EXPERIMENT
             VIDEO (DKT 1012) DAY 2 HELD JULY 31, 2019:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:10 a.m. court convened.

Dr. Daniel Reisberg resumed the stand and testified further on behalf of the defendant.

Court and counsel heard re expert testimony re vehicle, Mr. Schmidt would be the closest.

Court and counsel heard re Mr. Skrocki to file his motion within the next 2 weeks.

Closing arguments heard.

Court heard; Motion to Exclude the April 19, 2012 Government Driving Experiment Video [DKT 1012] **UNDER ADVISEMENT, written ruling to issue.**

At 10:48 a.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.


DATE:   July 31, 2019         DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)