# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF DEFENDANT

---

**Case No.:** 3:13-cr-00008-SLG  **Judge:** SHARON L. GLEASON

**Title:** UNITED STATES OF AMERICA

vs. JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** July 30, 2019 through July 31, 2019

**Deputy Clerk:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

| Attorney for Defendant |
| --- |
| Gary George Colbath |
| Peter A. Camiel |
|  |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- |
| A | X | 7/30 | APRIL 12 T-1 VIDEO |
| B | X | 7/30 | APRIL 19 T-1 VIDEO |
| B-1 | X | 7/30 | APRIL 19 VIDEO MANIPULATIONS |
| C | X | 7/30 | FIRST REQUEST TO FAVIAU |
| D | X | 7/30 | Toglia uses April 12 and 19 comparison to measure the vehicle |
| E | X | 7/30 | FAVIAU extracts 7 images from April 12 |
| F | X | 7/30 | FBI 302 on April 19 DEV |
| G | X | 7/30 | In Aug 2012, Iber elucidates previous conclusions on April 12 image quality |
| H | X | 7/30 | FBI 302 reviewing April 12 video with Richards |
| I | X | 7/30 | Vorder Bruegge's Presentation |
| J | X | 7/30 | Vorder Bruegge's Report |
| K | X | 7/30 | Toglia in boom truck |
| L | X | 7/30 | Toglia in boom truck holdin gan image extracted from the April 12 video |
| M | X | 7/30 | Toglia Presentation |
| N | X | 7/30 | April 12 Weather in Kodiak |
| O | X | 7/30 | April 19 Weather in Kodiak |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| P | X | 7/30 | April 2012 Sunrise/Sunset |
| Q | X | 7/30 | April 12 Snow Cover |
| R | X | 7/30 | April 19 Snow Cover |
| S | X | 7/30 | April 12 T-1 Vehicular Traffic |
| T | X | 7/30 | April 12 Situation and Camera |
| U | X | 7/30 | April 19 Situation and Camera |
| V | X | 7/30 | FBI 302 on April 20 DEV |
| W | X | 7/30 | Hoerrick's CV |
| X | X | 7/30 | Hoerrick's Primary Report |
| Y | X | 7/30 | Hoerrick's Supplemental Report |
| Z | | | Hoerrick's Ref Article |
| AA | | | Hoerrick's Ref Article |
| BB | | | Hoerrick's Ref Article |
| CC | | | Hoerrick's Ref Article |
| DD | | | Hoerrick's Ref Article |
| EE | | | Hoerrick's Ref Image |
| FF | | | Hoerrick's Ref Image |
| GG | | | Hoerrick's Ref Image |
| HH | X | 7/30 | Hoerrick's Amped FIVE Report |
| II | | | Hoerrick's Ref Article |
| JJ | | | Hoerrick's Ref Publication |
| KK | | | Hoerrick's Draft Letter to Editor |
| LL | | | Hoerrick's Ref Publicaiton |
| MM | X | 7/30 | Hoerrick's Ref Publication |
| NN | X | 7/30 | Reisberg Report |
| OO | X | 7/30 | Reisberg Supplemental Report |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| PP | X | 7/30 | Reisberg CV |
| QQ | X | 7/30 | FAVIAU SOP |
| RR | | | FBI 302 additional exam of April 12 recording |
| SS | | | FBI 302 July 2018 |
| TT | | | Overview photo of T2 by Toglia |
| UU | XX | 7/30 | April 19 DEV Time Analysis |
| VV | | | April 12 recorded frame snip 0709 |
| WW | X | 7/30 | April 12 recorded frame snip 0714 |
| XX | X | 7/30 | April 19 recorded frame snip 1521 |
| YY | X | 7/30 | April 20 recorded frame snip 0941 |
| ZZ | | | April 20 T-1 recorded DEV |
| AAA | X | 7/30 | Hoerrick's Bench Notes |
| | | | |