(Rev 4/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF PLAINTIFF

Case No.: **3:13-cr-00008-SLG**  Judge: **SHARON L. GLEASON**

**Title: UNITED STATES OF AMERICA**

vs. **JAMES MICHAEL WELLS**

**Dates of Hearing/Trial: July 30, 2019** through July 31, 2019

**Deputy Clerk:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

| Attorney for Plaintiff |
| --- |
| Steven Skrocki |
| Christina M. Sherman |
| |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- |
|  |  |  |  |
| 14 | X | 07/30 | VIDEO CLIP |
| 15 | X | 07/30 | Document |
| 16 | X | 07/30 | Document |
|  |  |  |  |