# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

**Case No.:** 3:13-cr-00008-SLG      **Judge:** SHARON L. GLEASON

**Title:** UNITED STATES OF AMERICA
**vs.** JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** July 30, 2019 through July 31, 2019

**Deputy Clerk:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 07/30/2019 | 9:31:25 a.m. | 11:24:54 a.m. | W-1 | JOSPEH MICHAEL STURGIS | PLT |
| 07/30/2019 | 11:25:18 a.m. | 3:54:29 p.m. | W-2 | KENNETH JAMES HOERRICKS | DEF |
| 07/30/2019 | 4:05:58 p.m. | 4:57:06 p.m. | W-3 | DR. DANIEL REISBERG | DEF |
| 07/31/2019 | 9:11:20 a.m. | 9:38:37 a.m. | W-3 | DR. DANIEL REISBERG | DEF |