| AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
| --- | --- | --- |
| (Rev. 04/18) | **TRANSCRIPT ORDER** | **DUE DATE:** |
| *Please Read Instructions:* | | |

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
| --- | --- | --- | --- |
| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
| --- | --- | --- | --- |
| | | 10. FROM | 11. |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY | 14. STATE |

| 15. ORDER FOR | | | |
| --- | --- | --- | --- |
| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER *(Specify)* |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
| --- | --- | --- | --- |
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
| --- | --- | --- | --- | --- | --- |
| ORDINARY | $3.65 per page | | NO. OF COPIES | | |
| 14-Day | $4.25 per page | | NO. OF COPIES | | |
| EXPEDITED | $4.85 per page | | NO. OF COPIES | | |
| 3-Day | $5.45 per page | | NO. OF COPIES | | |
| DAILY | $6.05 per page | | NO. OF COPIES | | |
| HOURLY | $7.25 per page | | NO. OF COPIES | | |
| REALTIME | Call for info | | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
| --- | --- | --- |
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
| --- | --- | --- | --- | --- |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

Case 3:13-cr-00008-SLG   Document 1087   Filed 07/31/19   Page 1 of 1

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY