```
 1  into the witness box, remain standing just for a second.  And
 2  my clerk is right here.  She'll swear you in.
 3            THE CLERK:  Please raise your right hand.
 4       ROBERT MITCHELL PLETNIKOFF, PLAINTIFF'S WITNESS, SWORN
 5            THE CLERK:  Okay, thank you.  Please have a seat.  And,
 6  sir, if you can please state and spell your full name.
 7            THE WITNESS:  Robert Mitchell Pletnikoff.
 8            THE COURT:  And spell that.
 9            THE WITNESS:  Commercial -- commercial fisherman.
10            THE COURT:  Okay.  And it's Robert, standard spelling?
11            THE WITNESS:  Yes.
12            THE COURT:  And would -- how do you spell your middle
13  name?
14            THE WITNESS:  Mitchell.
15            THE COURT:  M-i-t-c-h-e-l-l?
16            THE WITNESS:  Yes.
17            THE COURT:  And how do you spell your last name?
18            THE WITNESS:  Pletnikoff.  P as in Papa, l-e-t-n-i-k-o-
19  f-f.
20            THE CLERK:  Thank you.
21            THE COURT:  Did you get that?  Okay.  All right, sir,
22  and just pull that microphone fairly close to you.
23            THE CLERK:  Oh, we have a hand.
24            UNIDENTIFIED SPEAKER:  Right.  One last time on the
25  spelling of the last name?
```

1  THE COURT: It's -- this is my version. P-l-e-t-n-i-k-
2  o-f-f. Did you get that? Is that right, sir?
3  THE WITNESS: Yes, it is.
4  THE COURT: Okay.

5  **DIRECT EXAMINATION**
6  BY MS. LOEFFLER:
7  Q   Mr. Pletnikoff, where do you live?
8  A   Kodiak, Alaska.
9  Q   How long have you lived in Kodiak?
10 A   Since 1988.
11 Q   And what's your profession? What do you do in Kodiak?
12 A   I'm a commercial fisherman and I do a little marine
13 surveying, and I got the Kodiak Boat Watch.
14 Q   Okay. And --
15     THE COURT: What -- I didn't catch the last one.
16     THE WITNESS: I do the Kodiak Boat Watch. I -- I
17 maintain --
18     THE COURT: Oh, Boat Watch.
19     THE WITNESS: -- boats and I also run my tender for
20 salmon.
21     THE COURT: Okay.
22 BY MS. LOEFFLER:
23 Q   Do you know Mr. Jim Wells?
24 A   Yes, I do.
25 Q   How long have you known him?

1  A    At least 20 years.
2  Q    Okay.  Can you describe your relationship with Mr. Wells?
3  A    Well, we've done a few things together, like cut wood and
4  did some hunting.  And not a real close friend, but I know him
5  quite a while.
6        THE COURT:  Okay.
7        MS. LOEFFLER:  Okay.
8        THE COURT:  Can you just pull the mic around the --
9  push it towards you a little bit more?  Okay.  That top should
10 bend down.  Okay, raise your hand if you can't hear.  Okay, go
11 ahead.
12 BY MS. LOEFFLER:
13 Q    Mr. Pletnikoff, have you ever -- you said you did some
14 hunting and fishing.  So have you ever seen Mr. Wells with
15 firearms?
16 A    Yes, I did.
17 Q    What types of firearms?
18 A    Mr. Wells had a rifle, 7 millimeter, and some kind of a
19 pistol sidearm.
20 Q    Can you give an idea about on the -- when the pistol --
21 was a semiautomatic or a revolver?
22 A    I think it was a -- I believe it was a stainless revolver.
23 Q    Okay.  And any idea on the size?
24 A    It was a large revolver, probably a .357, .44, something
25 in that nature.

1 Q   Okay.  And when did you see him with that revolver?  To
2 the best of your knowledge.
3 A   I believe it was 1998.
4 Q   And what was it in your family that allows you to put it
5 around that time frame?
6 A   I was coming up the mainland with my brother at the time
7 on our boats, and I know it was that year because my mother
8 died in '99.
9 Q   Okay.
10 A   And my brother was still in Kodiak.
11 Q   I don't have any fur -- thing further.  Thank you, Mr.
12 Pletnikoff.
13 A   Thank you.
14        THE COURT:  Cross-examination.
15                    **CROSS-EXAMINATION**
16 BY MR. CURTNER:
17 Q   Good afternoon, Mr. Pletnikoff.
18 A   Hi.
19 Q   So you have known Mr. and Mrs. Wells, Jim and Nancy Wells,
20 for a long time?
21 A   Yes, I have.
22 Q   And how did you first meet them?
23 A   My wife worked with his wife at the -- my -- I -- we have
24 a handicapped son, and she worked with the KANA in -- in Infant
25 Learning Services, and she helped us out quite a bit.

1  Q   Now, who did that?
2  A   Mrs. Wells.
3  Q   Mrs. Wells works at KANA?  What is that --
4  A   She used -- it's the Kodiak Island Medical -- or Kodiak
5  Area Medical Association.
6  Q   Okay.  And so you got to know her through that?
7  A   Yes.
8  Q   And you said she helped you quite a bit?
9  A   She helped my son quite a bit, yes.
10 Q   How -- could you explain how that happened?
11 A   She -- she knew how to get ahold of, you know, the
12 services and the help he needed.  He has autism, and -- and she
13 was quite helpful.
14 Q   Okay.  Was she pretty good at what she did there?
15 A   Seemed to be, yes.
16 Q   And so you got to know her and Jim through that
17 relationship?
18 A   I got to know Jim later.
19 Q   Okay.  Were you -- did you do things together as couples?
20 A   A few times.  You know, we -- we hunted a few times and --
21 and then we cut wood more than once, several times, cutting
22 wood.
23 Q   Okay.  Now, I think you've been asked a lot about if you'd
24 ever seen Jim Wells with a handgun?
25 A   Yes.

1  Q    Many times?  Number of times?
2  A    I've seen him with sidearms, but I -- I couldn't identify
3  what he had at the -- at the time.  I've -- I've only -- can
4  identify one time when I seen the sidearm with him, that I know
5  of.
6  Q    Okay.  So you were first interviewed about this in --
7  April 23rd, 2012, shortly after --
8  A    Yes.
9  Q    -- the shootings?
10 A    Correct.
11 Q    And at that time you said you were not sure what kind of
12 firearm he might have had, what kind of handgun.  Is that
13 correct?
14 A    That's correct.  I wasn't sure.  I was confused.
15 Q    Well, that was a long time ago.
16 A    It was a long time ago.
17 Q    You saw it maybe one time in 1998.
18 A    Yeah, that's correct.  That -- you know, I -- I thought it
19 over -- I had more than just Jim out hunting.  So I had another
20 fellow by the name of Henry and another fellow by the name of
21 Malcolm, and Malcolm had a -- a blued pistol, and of course, he
22 died, so it -- he's not around anymore, so -- it was not him.
23 And the other two guys, Mr. Wells and Henry, they both had
24 stainless pistols.  And I can't describe the holster, as I --
25 as I stated in the statement there.  I tried to describe the

1  holster, but they were both different, and I'm not sure which
2  is which.
3  Q    Okay.  So you were asked quite a bit about whether you
4  were sure that Mr. Wells had a stainless gun.  Is that -- a
5  stainless-steel gun.  Is that correct?
6  A    That's right.
7  Q    And at that time when you were first interviewed, you
8  said, "I think it was stainless," but you didn't know.
9  Correct?
10 A    That -- I had to think it over.  It was a long time ago.
11 Q    Right.  Now, this hunting trip was on the mainland.
12 That's -- so it's -- you have to travel by boat or airport from
13 Kodiak to get to the mainland?
14 A    Yes.
15 Q    And this was a time Mr. Wells was hunting caribou?
16 A    Correct.
17 Q    And he was there by himself?
18 A    Yes.
19 Q    And so he -- did he get stuck there for a few days?
20 A    Yes, he did.
21 Q    And he was weathered in or --
22 A    I believe -- yeah.
23 Q    And then -- so you went actually in your boat to pick him
24 up?
25 A    Well, I was coming up the mainland, so I stopped and got

1  him.  He was supposed to rendezvous with me, but he didn't make
2  it that far.
3  Q   Okay.  And did it seem to be like he was stuck there for a
4  couple of days waiting for you -- did you say rescue or
5  salvage -- in -- was that --
6  A   Well, the weather was bad, and, yeah, he had to wait.
7  There was no way to get out of there.
8  Q   Now -- so -- and you know this is 1998, going back that
9  far.  Do you remember when you saw him with a firearm, was it
10 ever out of the holster?
11 A   Not out of the holster.  I saw him when he came aboard my
12 boat with the firearm.
13 Q   And he had a firearm on the side?
14 A   Yes, he did.
15 Q   And it was in a holster?
16 A   Yes, he did.
17 Q   And it was covered up, everything except the handle.  Was
18 that correct?
19 A   The handle was -- I -- I could see the handle of the
20 pistol, yes.
21 Q   And what kind of handle was on that pistol?
22 A   I believe it was either dark wood or brown plastic, or
23 something like that.
24 Q   It was brown.
25 A   And the stainless back part of the handle.

1  Q   Well, so -- all you could see when that gun is in the
2  holster is the hammer.  Is that correct?
3  A   The back part -- yeah, a little bit of the top.
4  Q   You could see the hammer and you could see the helm -- the
5  handle?
6  A   I believe so.
7  Q   And all the revolver was inside the holster.  Right?
8  A   The -- well, I believe he had a western style holster.  I
9  could see -- I could see that was a stainless pistol.
10 Q   Now, at the time, though, when you first asked -- they
11 asked you that, you couldn't remember.
12 A   Yeah.  Well, I thought it over and I -- I was probably
13 confused with Henry, because Henry had a different type of a
14 holster.
15 Q   Okay. Did --
16 A   I -- I -- I stated that I -- I couldn't identify the
17 holster accurately.
18 Q   So do you think you remembered this when you were in front
19 of the grand jury?  Do you remember that?
20 A   I remember that, because I'm not the only person that saw
21 the gun.  I talked to somebody else, and they -- they -- they
22 saw --
23 Q   Now, Mr. --
24 A   -- the same gun.
25 Q   -- Pletnikoff --

1  A   Yes.
2  Q   -- you were called as a witness in front of a grand jury.
3  Is that correct?
4  A   Yes.
5  Q   And they asked you these same kind of questions.  Is that
6  right?
7  A   That's correct.
8  Q   And you reviewed your grand jury testimony from that time?
9  A   Yes.
10 Q   And you said, "I can't tell much about the pistol because
11 it was in a holster."  Do you remember testifying about that
12 under oath?
13 A   I did.  I did.
14 Q   And you said that you couldn't see much of the gun because
15 it was in the holster.  Is that right?
16 A   That's correct.
17 Q   And you said it was hard to tell, looking at the end of
18 the pistol, whether it was a stainless-steel pistol or not.
19 Remember that?
20 A   I do.
21 Q   And --
22 A   But I -- I know what a stainless-steel pistol looks like,
23 sir.
24 Q   Okay.  When you testified under oath to the grand jury,
25 you said, "I'm not sure it was stainless."  Right?

1  A    And -- and I went and thought it over, and I -- well, I --
2  and my first assumption was -- was it a blued gun or was it
3  Malcolm's gun.  It was a long time ago when I was thinking
4  about that.  And -- and Mr. Wells and Henry both had stainless
5  pistols.  I -- I remember it very clearly.
6  Q    Well, when you were in front of the grand jury and you
7  were going to testify honestly under oath at that time -- this
8  was in December of last year.
9  A    Yes.
10 Q    Do you recall that?
11 A    Yes.
12 Q    Actually, December of 2012.  Do you recall being in front
13 of the grand jury in December 2012?
14 A    Yes, I do.
15 Q    And at that time you said you'd have to be speculating,
16 because you weren't sure it was stainless.  Do you remember
17 saying that under oath?
18 A    Yes, I did.
19 Q    Okay.  And you said all you could see when it was in the
20 holster was the butt end.  Do you remember saying that?
21 A    Yeah.
22 Q    And I think it was Mr. Cooper, the prosecuting attorney
23 that questioned you, at the time?
24 A    Yes.
25 Q    And you told him again, you were not sure it was

1 stainless. Do you remember that?
2 A   Yes.
3 Q   And that the whole top was covered? Do you remember
4 saying that?
5 A   Yes.
6 Q   Okay. Now, when you testified to that in front of the
7 grand jury under oath, did Mr. Cooper -- was he satisfied with
8 your answers?
9 A   No, he wasn't.
10 Q   And what did he do when he was not satisfied that you
11 didn't --
12 A   He asked me to go think it over and see what the -- what
13 I -- what I could remember a little better.
14 Q   Okay. And when he told you to think it over, did he read
15 you the federal perjury statute?
16 A   Yes, he did.
17 Q   Okay. And then he told you to think it over after he read
18 you the perjury statute and he asked you to talk to your
19 lawyer?
20 A   Yes, he did.
21 Q   And then so you left?
22 A   I did.
23 Q   And you came back, and that's when you remembered it was
24 stainless. Right?
25 A   On my first assumption was stainless, and then I wasn't

1  sure.  And then I was sure, yes.
2  Q    And after he read that perjury statute to you and you
3  talked to your lawyer, then that's when he said --
4  A    Yeah.
5  Q    -- then you remembered?
6  A    Right.
7  Q    That's all I have.  Thank you.
8           THE COURT:  Recross -- redirect.
9                    **REDIRECT EXAMINATION**
10 BY MS. LOEFFLER:
11 Q    Mr. Pletnikoff, before the grand jury, when you were --
12 were you interviewed by agents of the FBI?  Before you did the
13 testimony in the grand jury?  Do you recall?
14 A    Yes.
15 Q    And did you tell them the same thing you've said here
16 about the stainless pistol in that interview?
17 A    Yes, I did.
18 Q    And I'll just ask you, what's the truth?  Did you see a
19 stainless pistol or not?
20 A    A stainless pistol, I told them.  Yes.
21 Q    I don't have anything further.  Thank you, Mr. Pletnikoff.
22          THE COURT:  Recross.
23                    **RECROSS EXAMINATION**
24 BY MR. CURTNER:
25 Q    And the whole time you've known Jim Wells, have you ever

1 known him to be violent at all?
2     MS. LOEFFLER: Objection, Your Honor. Beyond the scope
3 of cross, recross, redirect, and whatever.
4     THE COURT: Overruled. You can answer.
5     THE WITNESS: Pardon?
6     THE COURT: You can answer the question.
7     THE WITNESS: Not to me, hasn't ever been violent, but
8 he's lost his temper with my wife a few times.
9 BY MR. CURTNER:
10 Q   And that is because they talked about politics or
11 something. Right?
12 A   I believe so.
13 Q   Never violent over -- if they don't share the same kind of
14 politics or something like that. Right?
15 A   Yeah, I guess.
16 Q   Yeah. Thank you.
17     THE COURT: Want to follow up on that, or not?
18     MS. LOEFFLER: No, Your Honor.
19     THE COURT: All right. Thank you, sir. You're
20 excused.
21     THE WITNESS: Thank you.
22   (Witness excused)
23     THE COURT: What's the government's plan now?
24     MR. SCHRODER: I think we've got two more that'll
25 probably both be short.

A & T TRANSCRIPTS
(720) 384-8078  attrans@sbcglobal.net