1  THE COURT: How's the jury doing? Want to go for it?
2  And we might get out a little early? Okay. All right. You
3  tell me if you want a break. It's not -- no longer my
4  responsibility.
5  MR. SCHRODER: Your Honor, the government calls Luke
6  Robinson.
7  THE COURT: Okay. I think what I heard him say is they
8  have two more and then we'll be done for the day. Is that
9  right?
10  MR. SCHRODER: Two, and I expect they'll be short, Your
11  Honor.
12  THE COURT: Okay. All right, sir, if you can just make
13  your way up to the front here. Come right around here. And
14  that door pulls out, you can just step into the witness box.
15  Remain standing just for a second. She'll swear you in.
16  THE CLERK: Please raise your right hand.
17  **LUKE PAUL ROBINSON, PLAINTIFF'S WITNESS, SWORN**
18  THE CLERK: Thank you. Please have a seat. And, sir,
19  if you can please state and spell your full name.
20  THE WITNESS: Luke Paul Robinson. L-u-k-e, P-a-u-l, R-
21  o-b-i-n-s-o-n.
22  THE CLERK: Thank you.
23  THE COURT: All right, counsel.
24  **DIRECT EXAMINATION**
25  BY MR. SCHRODER:

1. Q   Mr. Robinson, where do you live?
2. A   Ko -- St. Cloud, Minnesota.
3. Q   And what do you do there?
4. A   I'm a caterer.
5. Q   And did you live in Kodiak at one point?
6. A   Yes, I did.
7. Q   And when did you live in Kodiak?
8. A   Through 2000.
9. Q   Did you graduate from high school there?
10. A   I did.
11. Q   And what year was that?
12. A   1998.
13. Q   And when you were in high school, were you friends with
14. Matt Wells?
15. A   I was.
16. Q   And what is his relationship to the defendant, Jim Wells?
17. A   That's his son.
18. Q   Okay. And did you spend some time with Mr. Wells too?
19. A   I did.
20. Q   All right. Did your parents, growing up, own firearms?
21. A   They did.
22. Q   So did you have a -- are you a firearm owner?
23. A   No. Well, I own a shotgun.
24. Q   Yeah. But do you have some familiarity with firearms
25. because of your parents and maybe owning a shotgun as well?

```
 1  A    Yes.
 2  Q    All right.  Did your father own any resolvers --
 3  revolvers, I'm sorry.
 4  A    Yes, he does.
 5  Q    Yeah.  And did he tend toward one particular maker?
 6  A    Yes.
 7  Q    Which one?
 8  A    Smith & Wesson.
 9  Q    Now, when you were in high school, did you have occasion
10  to go to Matt Wells's house?
11  A    I did.
12  Q    How often?
13  A    Twice a month.
14  Q    All right.
15  A    On the weekends.
16  Q    Now, did you ever see any firearms while you were there?
17  A    I did.
18  Q    And on how many occasions was that?
19  A    One in particular.
20  Q    All right.  And could you describe what you saw?
21  A    Yeah.  There were rifles out -- they had just gotten back
22  from a hunting trip.  There were rifles out by the kitchen
23  table and a revolver on the table, some bags and things like
24  that.
25  Q    And how would you describe the revolver that you saw?
```

1 A   It was a silver pistol.
2 Q   Yeah.  And are you -- not -- obviously not intimately
3 familiar with those things.
4 A   Right.
5 Q   But how would that compare to what you saw that your
6 father owned?
7 A   It's comparable to something that he had, I guess, yeah.
8 Q   All right.  And what was the time of this, and maybe in
9 relation to your high school years?
10 A   I'd have to say it was -- had to be before my senior year,
11 so freshman to junior year, sometime.
12 Q   Okay.  All right.  No further questions.
13         THE COURT:  Cross-examination.
14                    **CROSS-EXAMINATION**
15 BY MR. CURTNER:
16 Q   Mr. Robinson, what can you tell me about the Wells family
17 from when you knew them back then?
18 A   Very nice people.
19 Q   Okay.  You got to know both Jim and Nancy?
20 A   Yes.
21 Q   What can you tell us about them?
22 A   Great parents.  I mean, really wonderful people.  So I --
23 I don't know what more you want, but --
24 Q   Okay.
25 A   -- you know, the let me over their house all the time.

1  Jim was my baseball coach.  You know, really great.  They'd
2  drive us to and from this town and back, and -- I don't know,
3  really great.
4  Q    Okay.  So you had a really good relationship with them
5  while you were there?
6  A    Absolutely.
7  Q    And Matt, was he a friend at the time?
8  A    Absolutely.
9  Q    And was he there this one time they came back from the
10 hunting trip?
11 A    Yeah.
12 Q    Okay.  Did you ever -- known, the time you were there, Jim
13 Wells to be violent or anything?
14 A    Absolutely not, no.
15 Q    Okay.  Ever see him lose his temper or anything -- with
16 the kids or anything, or coaching --
17 A    No.  Absolutely not.
18 Q    -- at all?  Okay.  Always had a pretty good demeanor --
19 A    Yes.
20 Q    -- in your presence?  Now, when did you first get drawn
21 into this?  Was it the first time somebody talked to you about
22 this?
23 A    Oh, I'd have to say it was eight months ago, I got a call
24 from the FBI.
25 Q    Okay.  And then they were asking about any firearms at the

1 Wells residence?
2 A   Yes.
3 Q   And this one time, you may have seen -- when they were
4 coming back from a hunting trip, you saw a revolver?
5 A   Right.
6 Q   And at that time you said it possibly could be --
7 A   Right.
8 Q   -- a Smith & Wesson?
9 A   Exactly, yeah.
10 Q   Because you didn't know?
11 A   I have no clue.
12 Q   You told them you didn't know what the make or model was?
13 A   Right.
14 Q   You didn't know if it was a .357?
15 A   Yeah.  I think that was my stab in the dark.
16 Q   Okay, that was your guess, was --
17 A   Yeah.
18 Q   -- a .357.  And was Matt there then at that time?
19 A   What time?
20 Q   Well, when you saw this gun?
21 A   Yeah.  Yeah, we were on way up to his room.
22 Q   Okay.  And that's still your testimony.  You saw a
23 handgun, maybe it was a .357; you didn't know what model it
24 was?
25 A   Yeah.