Case Number:    12-02091

---

**State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory**
**Laboratory Worksheet**

---

**Item #1 - One 44 Magnum caliber Ruger New Model Super Blackhawk revolver, serial number 81-07900**

Source: **Tote 30 / 04/18/2012**                                    Analysis Start:    **5/3/2013**

Packaging as Received: **One strapping tape sealed brown bag containing an unsealed Doskocil brand gun case containing a revolver**

Repackaging: **original**

Markings as Received: **Bag marked ". . . Top shelf closet Room K . . ."**

Lab Marks: **CIDI S on the packaging only**

---

Capacity: **6**                     Capacity Checked?: **Yes**                     Finish: **Blue**

Action Type: **Revolver**                                                Action Position: **Uncocked**

Fire Control System: **External Hammer**                     Action: **Single Action Only**

Safety Devices: **Transfer Bar**

Rifling: **6R**          Land/Groove Ratio: **between 1/1 and 1/2**

Barrel Length (in.): **6.5**          Overall Length (in.): **12.6**          Condition of Bore: **Good**

Single Action Category: **4.0 to 4.5 lbs.**

Rotation: **Right**

Description of Cylinder Flares: **no "recent" flares**

Submitted Ammunition?: **None with this Item**

Gunpowder Residue: **not checked**          Test Ammunition: **none**



**12209101.JPG**



Single Action Trigger Pull Database (lbs.)
Total Firearms = 1,162

Double Action Trigger Pull Database (lbs.)
Total Firearms = 369

Safeties Functioning?: **Yes**                     Push Off?: **No**

Remarks: **Criteria for the Conclusions:  Different class characteristics than the double homicide bullets, this gun's 6R vs the homicide bullets' 5R.**

---

Conclusions: **This revolver could not have fired Items #9, #13A, #37, #38, or #62.**

Analyst:   **Robert J. Shem**          Initials:          Page 1 of 9          Date Completed:   **05/03/2012**

PROTECTED DOCUMENT

| State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory |
| :---: |
| Laboratory Worksheet |

### Item #13 - One 45 ACP caliber Ruger Model P345 semiautomatic pistol, serial number 664-68380

Source: **Tote 30 / 04/18/2012**                                                                                     Analysis Start:   **5/3/2012**

Packaging as Received: **One tape sealed brown bag containing a Ruger pistol box containing a pistol, the accompanying paper work, plastic bag, safety keys, and the factory-fired test cartridge case.**

Repackaging: **original**

Markings as Received: **Bag marked ". . . Room K - safe . . ."**

Lab Marks: **CIDI S on the packaging only**

| | |
| :--- | :--- |
| Magazine Present?: **No** | Magazine Type: **Detachable** |
| Capacity: **8 Plus One**        Capacity Checked?: **No** | Finish: **Stainless** |
| Action Type: **Recoil Autoloader** | Action Position: **Not Recorded** |
| Fire Control System: **External Hammer** | Action: **Both Single and Double Action** |
| Safety Devices: **see Remarks** | |
| Rifling: **6R**        Land/Groove Ratio: **between 1/1 and 1/3** | |
| Barrel Length (in.): **4.2**        Overall Length (in.): **7.6** | Condition of Bore: **Good** |
| Direction of Ejection: **Up and to the Right** | |
| Single Action Category: **4.0 to 4.5 lbs.** | Double Action Category: **11.5 to 12.0 lbs.** |
| Submitted Ammunition?: **Yes, see Remarks below** | Source of Magazine Used in Function Test: **None Used** |
| Gunpowder Residue: **not checked** | Test Ammunition: **none** |



12209113.JPG

Single Action Trigger Pull Database (lbs.)

Total Firearms = 1,162

Double Action Trigger Pull Database (lbs.)

Total Firearms = 369

Safeties Functioning?: **Yes**                                         Push Off?: **No**

Remarks: **The pistol case contains an opened manila envelope containing a factory-fired test cartridge case. Decocker (decocks, blocks and locks FP, magazine disconnect, firing pin block, manual key lock. Criteria for the Conclusions: Different class characteristics than the double homicide bullets, this gun's 45 caliber vs the homicide bullets' 44 caliber.**

Conclusions: **This pistol could not have fired Items #9, #13A, #37, #38, or #62.**

| | | | |
| :--- | :--- | :--- | :--- |
| Analyst: **Robert J. Shem** | Initials: | Page 2 of 9 | Date Completed: **05/03/2012** |

Case Number:     12-02091

| | |
|---|---|
| **State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory** | |
| **Laboratory Worksheet** | |

### Item #13A - One fired bullet jacket

Source:  **Gillis, Debra L. / 04/18/2012**                                                                                                     Analysis Start:     **4/30/2012**

Packaging as Received: **One evidence tape sealed plastic screw top vial containing one fired bullet jacket**

Repackaging: **The jacket was placed in a ziplock and placed in the original vial which was sealed in a paper envelope.**

Markings as Received: **Vial marked ". . . room 2 under table . . ."**

Lab Marks: **S,2-2091,13A on the base**

---

Stereomicroscopic: **No trace material of apparent evidential value noted.**

Caliber: **~44**

Grains: **28.1**         Probable pre-fired weight: **240**                                   Balance Verification: **10g=10,001mg**

Rifling: **5R**                                                                                         Land/Groove Imp. Ratio: **between 2/1 and 1/2**

                                                                                                            Type of Bullet: **Revolver**

Finish: **Copper / Copper Alloy**                                                              Magnetic?: **No**

Jacket Composition: **Copper / Copper Alloy**                                          Cannelures: **One Knurled**

Ogive: **Damaged**                                                                                Forward Edge to Jacket: **No Apparent Nose Cuts – Straight**

Base: **Damaged**                                                                                 Heel: **Rounded**

Terminal Ballistic Condition: **fragmented with lost core**

FA ID Suitability: **Fair**

Comparable in Construction Features to: **Winchester 240 gr. JSP, prod code Q4240**

---



1220913A.JPG

Remarks: **The clear plastic vial is not the best for storage or labeling so I repackaged this item.**

---

Criteria for the Conclusions: **The cross-identifications were made using striated detail in one land impression.  That land impression on each bullet/jacket is marked with an "x" on the heel.**

Conclusions: **Items #9, #13A, #37, #38, and #62 were fired in the same firearm.  The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist.  A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics.**

Analyst:   **Robert J. Shem**                    Initials:                         Page 3 of 9                    Date Completed:      **05/04/2012**

**State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory**
**Laboratory Worksheet**

**Item #34 - Six lead fragments**

Source:  **Gillis, Debra L. / 04/18/2012**                                                                    Analysis Start:   **4/20/2012**

Packaging as Received: **One strapping tape sealed plastic screw top vial containing six lead fragments**

Repackaging: **The fragments were placed in a ziplock which was placed in the original vial which was sealed in a paper envelope.**

Markings as Received: **Vial marked ". . . from floor Room 2, pieces of metal . . ."**

Lab Marks: **CIDI S on the packaging only**

Stereomicroscopic: **No trace material of apparent evidential value noted.**

Caliber: **?**

Grains: **40.3**          Probable pre-fired weight: **?**                    Balance Verification: **10g=10,000mg**

Rifling: **??**

Finish: **Lead**                                                              Magnetic?: **No**

Terminal Ballistic Condition: **Fragmented.**



12209134.JPG

Remarks: **The clear plastic vial is not the best for storage or labeling so I repackaged this item.**

Criteria for the Conclusions: **These are six amorphous lead fragments which display no identifiable bullet construction features or rifling characteristics.**

Conclusions: **These six fragments are unsuitable for firearm identification purposes.**

Analyst:   **Robert J. Shem**          Initials:                    Page 4 of 9          Date Completed:   **04/24/2012**

| State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory |
| Laboratory Worksheet |

### Item #37 - One fired bullet

Source:  **Gillis, Debra L.** / 04/18/2012                                                                       Analysis Start:    **4/27/2012**

Packaging as Received: **One strapping tape sealed plastic screw top vial containing a fired bullet**

Repackaging: **The bullet was placed in a ziplock which was placed in the original vial which was sealed in a paper envelope.**

Markings as Received: Vial marked **". . . under body in room 1 . . ."**

Lab Marks: **S,2-2091,37 on the base**

Stereomicroscopic: **probable biologicals/bone-like inclusions in the lead core**

Caliber: **44**

Grains: **235.1**       Probable pre-fired weight: **240**                 Balance Verification: **10g=10,000mg**

Rifling: **5R**                                                            Land/Groove Imp. Ratio: **between 2/1 and 1/2**

                                                                          Type of Bullet: **Revolver**

Finish: **Copper / Copper Alloy**                                          Magnetic?: **No**

Jacket Composition: **Copper / Copper Alloy**                              Cannelures: **One Knurled**

Ogive: **Round**                                                          Forward Edge to Jacket: **No Apparent Nose Cuts - Straight**

Base: **Concave**                                                         Heel: **Rounded**

Terminal Ballistic Condition: **Nearly pristine.  The bearing surface is basically undamaged with no lateral compression to the bearing surface.  The lead nose is distorted.**

FA ID Suitability: **Good**

Comparable in Construction Features to: **Winchester 240 gr. JSP, prod code Q4240**



Remarks: **The clear plastic vial is not the best for storage or labeling so I repackaged this item.**

Criteria for the Conclusions: **The cross-identifications were made using striated detail in one land impression.  That land impression on each bullet/jacket is marked with an "x" on the heel.**

Conclusions: **Items #9, #13A, #37, #38, and #62 were fired in the same firearm.  The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist.  A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics.**

Analyst:   **Robert J. Shem**                     Initials:                         Page 5 of 9              Date Completed:    **05/04/2012**

**State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory**
**Laboratory Worksheet**

**Item #38 - One fired bullet jacket**

Source: **Gillis, Debra L.** / 04/18/2012                                                    Analysis Start:    **4/30/2012**

Packaging as Received: **One strapping tape sealed plastic screw top vial containing one fired bullet jacket**

Repackaging: **The jacket and shard of jacket were placed in a ziplock which was placed in the original vial which was sealed in a paper envelope.**

Markings as Received: **Vial marked ". . . under body, in Room 1 . . ."**

Lab Marks: **S,2-2091,38 on the base**

Stereomicroscopic: **No trace material of apparent evidential value noted.**

Caliber: **~44**

Grains: **35.6**          Probable pre-fired weight: **240**                    Balance Verification: **10g=10,001mg**

Rifling: **5R**                                                                    Land/Groove Imp. Ratio: **between 2/1 and 1/2**

                                                                                   Type of Bullet: **Revolver**

Finish: **Copper / Copper Alloy**                                                  Magnetic?: **No**

Jacket Composition: **Copper / Copper Alloy**                                       Cannelures: **One Knurled**

Ogive: **Damaged**                                                                 Forward Edge to Jacket: **No Apparent Nose Cuts - Straight**

Base: **Concave**                                                                  Heel: **Rounded**

Terminal Ballistic Condition: **fragmented with lost core.**

FA ID Suitability: **fair**

Comparable in Construction Features to: **Winchester 240 gr. JSP, prod code Q4240**



12209138.JPG

Remarks: **A small shard of jacket broke free during handling.  The clear plastic vial is not the best for storage or labeling so I repackaged this item.**

Criteria for the Conclusions: **The cross-identifications were made using striated detail in one land impression.  That land impression on each bullet/jacket is marked with an "x" on the heel.**

Conclusions: **Items #9, #13A, #37, #38, and #62 were fired in the same firearm.  The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist.  A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics.**

Analyst:   **Robert J. Shem**              Initials:                Page 6 of 9              Date Completed:    **05/04/2012**

| State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory |
| Laboratory Worksheet |

### Item #62 - One fired bullet

Source:  **Tote 30 / 04/18/2012**                                                                                          Analysis Start:    **4/18/2012**

Packaging as Received: **One tape sealed pasteboard slide box with a sticker tag containing a fired bullet**

Repackaging: **The LIMS sticker was relocated to a manila envelope.  The pasteboard box with bullet was sealed in the manila envelope.**

Markings as Received: **The box is labeled " . . . BELISLE, Richard . . . from Neck . . ."**

Lab Marks: **2-2091,S62 on the base**

---

Stereomicroscopic: **biologicals**

Caliber: **44**

Grains: **218.2**        Probable pre-fired weight: **240**                        Balance Verification: **10g=10,001mg**

Rifling: **5R**                                                                            Land/Groove Imp. Ratio: **between 2/1 and 1/2**

                                                                                           Type of Bullet: **Revolver**

Finish: **Copper / Copper Alloy**                                                          Magnetic?: **No**

Jacket Composition: **Copper / Copper Alloy**                                              Cannelures: **One Knurled**

                                                                                           Forward Edge to Jacket: **No Apparent Nose Cuts - Straight**

Base: **Concave**                                                                          Heel: **Rounded**

Terminal Ballistic Condition: **Mushed along the axis with the core slipped forward.  Slight lateral compression to the bearing surface/heel/base.**

FA ID Suitability: **Good**

Comparable in Construction Features to: **Winchester 240 gr. JSP, prod code Q4240**

---



12209162.JPG

---

Criteria for the Conclusions: **The cross-identifications were made using striated detail in one land impression.  That land impression on each bullet/jacket is marked with an "x" on the heel.**

Conclusions: **Items #9, #13A, #37, #38, and #62 were fired in the same firearm.  The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist.  A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics.**

Analyst:   **Robert J. Shem**               Initials:                       Page 7 of 9                    Date Completed:    **05/04/2012**

Case Number: **12-02091**

| State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory |
|---|
| Laboratory Worksheet |

### Item #7 - One metal fragment

Source: **Gillis, Debra L. / 04/18/2012**                                          Analysis Start: **4/20/2012**

Packaging as Received: **One strapping tape sealed plastic screw top vial containing one metal fragment**

Repackaging: **The fragment was placed in a ziplock which was placed in the original vial which was sealed in a paper envelope.**

Markings as Received: **Vial marked ". . . piece of metal, found in entranceway . . ."**

Lab Marks: **CIDI S on the packaging only**

Stereomicroscopic: No trace material of apparent evidential value noted.

Grains: **7.3**                                                 Balance Verification: **10g=10,000mg**

Finish: **silvery**                                             Magnetic?: **No**

Terminal Ballistic Condition: **small metal fragment**

FA ID Suitability: **Unsuitable for FA ID Purposes**



12209107.JPG

Remarks: **This may be a piece of secondary shrapnel, a part of a metal zipper tooth, or some other non-ammunition item. The clear plastic vial is not the best for storage or labeling so I repackaged this item.**

Criteria for the Conclusions: **This shiny and dull silvery fragment is a hard metal, hard enough to resist penetration by a pointed scalpel. This is inconsistent with lead. Several surfaces suggest that this is a fragment of some non-bullet metal object.**

Conclusions: **This metal fragment does not appear to be a bullet fragment.**

Analyst: **Robert J. Shem**            Initials:            Page 8 of 9            Date Completed: **04/24/2012**

PROTECTED DOCUMENT

**State of Alaska, Department of Public Safety, Scientific Crime Detection Laboratory**
**Laboratory Worksheet**

### Item #9 - One fired bullet jacket

Source:  **Gillis, Debra L.** / 04/18/2012                                                        Analysis Start:   **4/20/2012**

Packaging as Received: **One tape sealed plastic vial containing a fired bullet jacket**

Repackaging: **The jacket was placed in a ziplock which was placed in the original vial which was sealed in a paper envelope.**

Markings as Received: **Vial marked ". . . on top of microwave . . ."**

Lab Marks: **S,2-2091,9 on the base**

---

Stereomicroscopic: **No trace materials of apparent evidential value noted.**

Caliber: **44**

Grains: **36.6**                                                              Balance Verification: **10g=10,001mg**

Rifling: **5R**                                                               Land/Groove Imp. Ratio: **between 2/1 and 1/2**

                                                                             Type of Bullet: **Revolver**

Finish: **Copper / Copper Alloy**                                            Magnetic?: **No**

Jacket Composition: **Copper / Copper Alloy**                                Cannelures: **One Knurled**

Ogive: **Damaged**                                                           Forward Edge to Jacket: **No Apparent Nose Cuts - Straight**

Base: **Concave**                                                            Heel: **Rounded**

Terminal Ballistic Condition: **Mushed along the axis with a slightly angled cap and lost core.  An additional strike caved in a section of the heel.**

FA ID Suitability: **Good**

Comparable in Construction Features to: **Winchester 240 gr. JSP, prod code Q4240**

---



Two views of the same bullet jacket

12209109.JPG

---

Criteria for the Conclusions: **The cross-identifications were made using striated detail in one land impression.  That land impression on each bullet/jacket is marked with an "x" on the heel.**

Conclusions: **Items #9, #13A, #37, #38, and #62 were fired in the same firearm.  The bullets/bullet jackets are 44 caliber and display rifling characteristics of five lands and grooves with a left hand twist.  A list of firearms that could have fired these items would include revolvers manufactured by Smith & Wesson, Taurus, and Llama and any other firearm with comparable rifling characteristics.**

Analyst:   **Robert J. Shem**              Initials:                     Page 9 of 9                  Date Completed:   **05/04/2012**