Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

Gary George Colbath
Federal Public Defender's Agency
425 G Street, Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| | ) | |
| Plaintiff, | ) | MOTION FOR PERMISSION TO FILE A |
| | ) | SUPPLEMENTAL BRIEF REGARDING |
| v. | ) | CONDITIONAL RELEVANCE OF THE |
| | ) | APRIL 19 VIDEO |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Wells through counsel seeks permission of the Court to file a short supplemental brief of not more than five pages in response to the Court's invitation to consider the issue of conditional relevance as it pertains to the admissibility of the April 19 video. Defendant would have the supplemental brief to the Court within one week of the granting of this motion.

Motion To File Supplemental Brief
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*--1

Dated this 1st day of August, 2019.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596

*/s/Gary Colbath*
Assistant Federal Public Defender
Attorneys for Defendant Wells

**Certificate of Service**

I hereby certify that on the 1st day of August, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel