IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | MOTION TO FILE |
| | ) | SUPPLEMENTAL BRIEF |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

Defendant's motion to file a supplemental brief limited to the issue of

conditional relevance as to the April 19, 2012 video is granted. Defendant shall

file this brief, not to exceed five pages, within one week of this order.

DATED this _____ day of August, 2019.

_____
United States District Judge