BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>      Defendant. | Case No. 3:13-cr-00008-SLG |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through undersigned counsel, hereby moves this Court to allow the sealed filing of the government's response

to the defendant's motion in the above titled case.

RESPECTFULLY SUBMITTED on August 5, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kelley Stevens*
KELLEY STEVENS
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2019, a copy of the foregoing was served electronically on:

Counsel of Record

*s/ Kelley Stevens*
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG            2