IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Having duly considered the United States' Motion for Leave to File Under Seal, the motion is hereby GRANTED. For the reasons set forth in the Government's declaration filed under seal, the Government is permitted to file, under seal, the government's response to the defendant's motion for the above named defendant.

IT IS SO ORDERED

DATED: _____          _____

                                                                         U.S. DISTRICT COURT JUDGE