Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

Gary George Colbath
Federal Public Defender's Agency
425 G Street, Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| Plaintiff, | ) ) | MOTION FOR LEAVE TO REPLY TO GOVERNMENT RESPONSE TO MOTION |
| v. | ) ) | FOR DISCOVERY, DOC. 1078 |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

Mr. Wells through counsel seeks permission of the Court to file a short reply brief of not more than five pages in reply to the government's opposition [doc. 1095] to the defense motion for discovery filed at docket 1078. A reply is necessary to address factual misstatements in the government opposition.

Defendant seeks to respond to the government minimization as to the significance of the "Reed Memorandum" referred to by the government as "Chief Reed's Negative 7"

Motion To Reply
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*--1

by suggesting it is not a disciplinary finding when that document states right at the top: "Performance and Discipline." Defendant seeks to reply to the erroneous claim that the defense has failed to make a prima facia showing that the discovery requests would lead to material evidence in the government's possession or control and that the defense is just fishing or is overly broad it the requests. This is wrong. The defense has made very specific requests. As just one example, defendant requested any writings mentioned in the Reed document. The government claims there are none, yet this document also specifically states: "The Executive Officer has also provided you verbal and *written expectations.*" In addition, the "Negative page 7" is in fact page 7 of a longer document that has not been produced.

For these reasons, defendant seeks leave of the court to reply and would file the reply by the close of business Monday, August 12.

Dated this 7th day of August, 2019.

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596

*/s/Gary Colbath*
Assistant Federal Public Defender
Attorneys for Defendant Wells

**Certificate of Service**

I hereby certify that on the 6th day of August, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

Motion To Reply
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--2*

/*s/Peter A. Camiel*/
Peter A. Camiel

Motion To Reply
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--3*