IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-0008-SLG |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | DEFENSE MOTION TO FILE |
| | ) | REPLY TO DKT. 1095 |
| JAMES MICHAEL WELLS, | ) | |
| Defendant. | ) | |

After due consideration of defendant's Motion for Leave to File Reply to Docket No. 1095, the court GRANTS the motion.

IT IS ORDERED that James Wells is permitted to file a reply to the government's sealed Response to Motion to Compel Discovery at Docket No. 1095 by Monday, August 12, 2019. The reply shall not exceed five pages.

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT