FD-302a (Rev. 10-6-95)

70A-AN-15667

Continuation of FD-302 of __NANCY WELLS_____ , On _4/12/2012___ , Page __2__

him since their kids were young. WELLS stated HOPKINS, known to agents as JIM HOPKINS, has only been working there for about three years. WELLS stated HOPKINS did not get along with women.

WELLS advised JIM and BELISLE were the only civilians who worked in the rigging shop. HOPKINS was a First Class with the Coast Guard. WELLS said there were also two female seaman, LEA HENRY and PARA UPCHURCH. Other Coast Guard members who work at the shop are a male named CODY, last name unknown, and a male named PACHECO, who was in Shemya today. WELLS stated there is also a Senior Chief, but WELLS does not know his name.

WELLS said about year ago, HOPKINS' wife was asked not to come out to the COMMSTA. She used to come out to have lunch everyday. WELLS stated HOPKINS' wife was "different" and it caused problems when she came to the COMMSTA for lunch. WELLS advised there was also a rumor of a love triangle involving HOPKINS' wife, but she did not know anymore details.

WELLS stated BELISLE liked to drink. BELISLE's wife, NICOLA, works at the Hope Center.

WELLS said their house had a lot of plumbing problems over the weekend, and yesterday (April 11, 2012) JIM had someone at the house to look at the septic tank.

When asked if WELLS was aware of any problems at JIM's work between any of the employees, WELLS stated that there were some issues, but nothing more than any other office. WELLS advised that the rigging shop employees went to lunch together at the Powerhouse on Tuesday.

WELLS stated the rigging shop is locked at night, and there was one door with a key card entrance, but the other doors were key locks. WELLS stated people were in and out of the building all day.

==WELLS was asked about her car. WELLS advised she drives a 2001 Honda CRV, which is in her name. WELLS stated she had driven to the airport on Tuesday and parked in the two-hour parking area. Because her flight was late JIM came to the airport and saw WELLS and her co-workers off. WELLS left her car at the airport because they could not find someone to help them drive it home. WELLS thinks JIM moved the car to a different parking area after her flight left. WELLS stated JIM probably would not move it to==


the long term parking area because then they would have to pay. WELLS thinks he would move it to another parking area behind the employee parking area, by the Island Air parking lot. WELLS stated her car probably was not locked. WELLS said her car was a blue/purple color and that it was only one of two this color on the island. WELLS was asked for and granted agents consent to search her car. WELLS signed the attached FD-26 (agent note: the original was submitted to the 1A section of the case file, a copy is attached to this report).

WELLS stated JIM has had a lot of recent health issues, and had been getting very nauseous and could not do his work. JIM went through several tests, and finally had surgery in February to have his gallbladder removed. Since then, his previous symptoms have disappeared. WELLS was asked if JIM was on medication. WELLS stated JIM was only taking medication for his diabetes.

WELLS stated JIM does not normally carry a gun. JIM owns two pistols and some hunting rifles. WELLS does not know what kind or caliber. WELLS thinks some of the guns are .22 calibers. WELLS stated the pistols were only used for halibut fishing, but because their boat was not working, they did not go out fishing at all last year. WELLS thinks the pistols are in their safe.

WELLS is not aware of any recent thefts or problems on the base. WELLS had heard a rumor about some dog mauling, but does not know specifics.

WELLS was asked if JIM has had any other problems with the tires. WELLS stated this is the first time JIM has had to change the tire on the truck, and that it could not have been easy because she thinks the spare tire was up under bed of the truck. WELLS said this time of year, the studded tires often cause problems.