PU: You know I still need to get that, and I never asked him where he got a flat tire. Was it on the road? Or was it just at his house? And I never asked him like oh are you driving with studs, and now that the one tire is like a non stud tire. . . I wonder but I never asked him. I just remember him like recalling like uh, I still need to get that tire fixed in the back of my truck. He didn't say anything else about getting a flat. But I did, later I brought up at two again I was like man Jim I said, think if you would have, went out and found you had a-a flat tire, because I think I just assumed it was just he woke up and saw it in the driveway. And I said what if you would a drove Nancy's car to work? Because I thought, it was, I've seen Jim drive her car before. Like one other time.

DA: Uh-huh..

PU: Maybe drive her car to work, his truck I think was getting worked on or something. So I-I don't see Jim not driving her car. So, and I thought what if you, I told him, I was like what if you would a just drove Nancy's car. Like just so you wouldn't of been late for work or whatever. And he was like oh no her car was at the airport. And I said what? It was at the airport? And he's like yeah I didn't have any-anybody to-to drive it home or somethin, and I was like. . . you could have called me you could have asked me. And he was like yeah you know whatever something, and I was a little bit like [sighs]. They help me all the time you know annoyed a little bit with him for not asking me to help with the car. Because I would have you know. But, so, I was, he said her car was at the airport. So.

DA: When did he say she left?

PU: He didn't. And I didn't know she was gone.

DA: Didn't, okay. You didn't know she was leaving? Okay.

PU: Yeah that was the. . .that was the first I-I knew she was gone. Because then I started thinking like oh no Jim is kind of in a bad spot. Just like me, because I was like nobody can vouch for me. I woke up this morning alone, and left my house alone, and that's it. And then I realized I'm like, so did Jim. And I'm like, that's, you know I was like, he has nobody to vouch for him. And I-I thought and I even told Leah when he left I said Jim might be in some trouble. You know.

DA: Uh-huh.

PU: And she was like yeah, maybe, you know, because he has nobody to vouch for him. So that was first I heard about, or knew.

DA: Did-did they always park their car there, because they travel a lot?

[coughing in background]

PU: At the airport?

DA: Yeah.

PU: I've dropped them off at that airport before and took their car home, and picked them up when they came back. You know, like I would just drive my truck to their house, leave it, and take her car and pick them up, or drop them off. And then go, take their car back to their house, and then drive my truck home.

DA: You say them, but this time she went by herself.

PU: Right.

DA: Have you ever just taken her?

PU: No. No. I've never taken just either one of them alone. They've helped me more than, uhm I've helped them with their car.

DA: Uh-huh.

PU: So I don't know of them ever leaving cars at the airport if that was common for Nancy, or if that's what she preferred. I don't know if that's what she, or they, wanted or did often.

DA: You said earlier that she had an alcohol class?

PU: Yeah.

DA: What was that?

PU: She works for KANNA [PH], uh, and she's a developmental uh, for kids, like a person, if kids have developmental problems--

DA: [OV] Uh-huh.

PU: --she is like their-their contact or something. Uhm, I don't know what you call her. [laughs] But uh she does home visits and stuff for these kids, and uh she does alcohol uh. . .where the mother is like alcohol, I forget what it's called.

DA: Fetal Alcohol Syndrome.

PU: Fetal Alcohol yeah she gave a class about that.

DA: Okay.

PU: Uh, and that was right after Easter. I know she had the class, so I know the cookies were a little bit old, like not real old, but they were in a Ziploc bag. Which was normal.

31
UNCLASSIFIED

Case 3:13-cr-00008-SLG   Document 1102-2   Filed 08/07/19   Page 2 of 5

later I was like Jim you know what if you would have found you had a flat tire and drove Nancy's car instead of switching the tire.

DG: Yeah.

PU: And, then he told me her car was at the airport. And I thought that was really weird too. You know. Like, her car is at the airport. Do you guys uh. . .that's weird, because they never let me leave my car at the airport. You know.

KM: Do you know if in times past when she or he has gone out of town do they typically drive each other to the airport, and?

PU: Yeah they do, and I've even driven them to the airport, and taken their car home.

KM: Huh.

PU: And when they come back to town I drove my car out there, parked, you know left my truck, at their house, take their car, pick them up, go back, and drive my truck home. So, I thought it was unusual.

KM: Uh-huh.

PU: That you know her car was at the airport. But I don't know the circumstance of her trip either, or if that she preferred. So, but I thought it was weird definitely.

DG: Now you-you mentioned he changed you know he-he said he had a flat.

PU: Uh-huh.

DG: Was that, did uh, was that. . . had he already known that the two guys were-were-were killed by then or-or no?

PU: No. I don't think so, because I called him, and I said Jim where are you? And he said-he said I'm on my way. Why, what's going on? And I think that Nancy had already called him. He said Nancy had called him before I did, and the watch too. And so he knew something was going on, and I said well some bad things have happened at the COMMSTA. I didn't say what. And he's like oh. . .and he said something about, I can't remember exactly how it all went. But uh, he's like well I had a flat tire. He, you know threw that in there. I said oh okay, he's like, but I'll be there in a few minutes. I said okay, and I hung up. I didn't tell him what happened. I was already thinking about you know things a little bit. And so I-I knew I wasn't going to just tell him what happened. I don't know. It's weird. I don't know where he had a flat tire. And, if it was in his driveway, or on the side of the road. I don't know where. . .he supposedly had a flat tire.

DG: Did-did you see anything else on his clothes that might have been suspicious?

PU: No, he was clean.

DG: He was clean.

PU: He was just. . .that's-that's that only thing he was clean.

DG: Was he nor. . .what'd he have on normal, what he would wear to work normally on a day like that?

PU: Yeah. Exactly normal yeah. I know we were supposed to climb the 300-foot tower that day. Uhm, which wouldn't change what he would wear to work, because he always wore the same stuff to work. Uhm, but I-I know we were supposed to climb the tower. I don't know if that has anything to do with it. I don't know if Jim. . .maybe just like had had enough, and was like I, you know I don't want to climb the tower. I know he's been, he-he had a hernia operation, and he had the gall bladder removed. I don't know how healed he is. Maybe he didn't feel up to climbing the tower. [giggles] I don't know. He's a really good climber. You know he's fit normally, but I don't know. . . how-how he would have done you know. If he was healed or not, I don't know. Just a weird thing I thought about.

DG: Have uh, so you know-you know Nancy's car, you know Jim's truck. And uh. . .on your where-where do you live in relationship to the-to the base. I mean would you-would you, if you were coming one way, and he was going another way, would you recognize his truck or-or Nancy's?

PU: Oh I definitely would, but I don't, I-I wouldn't pass him.

DG: [OV] Okay that's fine.

PU: He lives in the flats, and I live on the other side of town.

DG: Okay.

PU: But Seaman Henry, we talked about that. She-she would pass him, and she would recognize him. I talked to her about it. And she said she didn't see him that morning. She didn't pass him.

DG: Okay.

PU: You know. So if he came and left, and went home. . .it's possible that they would pass each other, but she said she didn't see him.

DG: Does she live in the flats where he does?

PU: She does, yeah.

DG: Uh, is uh, is that their vehicles? [noise]

PU: I def, that's definitely Jim's truck. I mean that looks like Nancy's car.

DG: Okay.

PU: It looks like her car.

DG: Has he ever driven her car to work? That you recall?

PU: Uhm, no.

DG: Okay.

PU: I don't think it's common for him to drive her car.

DG: And it's not common for them to leave it at the airport when they travel?

PU: As far as I know no. Uh-uh. I don't know of any time they've ever left their vehicles at the airport.

[distant background voices]

DG: You got any for us?

KM: I got nothing.

DG: Did, is there anything-anything that uh, you can think of that hasn't been asked in the, what is this the fifth [giggles] interview now? I mean is there anything we talked about too that-that hasn't been discussed in the other interviews that. . .that I need to ask further questions about? I mean have you told them everything basically that you told us except for the two phone calls?

PU: Yeah. I've told them everything I can think of. Uhm, well I know you know other people have told me things like. . .but it's not my firsthand experience you know that I know about, like that might be unusual. But I think Seaman Henry you know she told in her interview just like strange things with Jim. . .that she noticed the day, day or two before. But, no I can't think of anything else.

DG: Can you go over those strange things.

[OV]

PU: Oh okay yeah.

DG: It still-it still-it still could be important to you know for us to know.