| AO 435 | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| (Rev. 04/18) | **TRANSCRIPT ORDER** | **DUE DATE:** |
| *Please Read Instructions:* | | |

| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|---|
| Sibyl Hartley for Gary Colbath | | 907-646-3400 | 08/09/2019 | |
| 4. MAILING ADDRESS | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 425 G Street, Suite 800 | | Anchorage | AK | 99501 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 3:13-cr-00008-SLG | Sharon L. Gleason | 10. FROM 07/30/2019 | 11. 07/30/2019 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| U.S.A. v. James Wells | | 13. CITY Anchorage | 14. STATE AK |

**15. ORDER FOR**

| | | |
|---|---|---|
| ☐ APPEAL | ✔ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ✔ OTHER (Specify) | |
| ☐ SENTENCING | | Evidentiary Hearing on Mtn | 07/30/2019 |
| ☐ BAIL HEARING | | Exclude 04/19/12 Gov. Video | Dkt 1092 |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page ☐ | ✔ | NO. OF COPIES | 0 | $ 0.00 |
| 14-Day | $4.25 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| EXPEDITED | $4.85 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| 3-Day | $5.45 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| DAILY | $6.05 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| HOURLY | $7.25 per page ☐ | ☐ | NO. OF COPIES | 0 | $ 0.00 |
| REALTIME | Call for info ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE | PROCESSED BY |
| 19. DATE 08/09/2019 | PHONE NUMBER |

ESTIMATE TOTAL $ 0.00

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | sadad |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY