

GOVERNMENT
EXHIBIT

**Exhibit 1**

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



Anchorage, AK

File Number:                    70A-AN-15667

Requesting Official(s) and Office(s):      SA Kristen Wise – Anchorage, AK

Task Number(s) and Date Completed:     AN5621,

Name and Office of Linguist(s):         Melissa Stucki, ITAC-Pocatello,ID

Name and Office of Reviewer(s):        Click here to enter text.

Source Language(s):              English

Target Language:                 English

Source File Information
   Name of CD:               5621
   Date:                     04/23/2012
   Time:                     09:15
   Duration:               14:39

## VERBATIM TRANSCRIPTION

Participants:

| | |
|---|---|
| JR | SA James Renkes |
| AD | SA Alex Doran |
| JRP | Robert Pletnikoff |
| UM | Unknown Male |

Abbreviations:

| | |
|---|---|
| [UI] | Unintelligible |
| [PH] | Phonetic |
| [OV] | Overlapping Voices |

1

[Start of recording]

JR:     On record the time is 9:15 April 23rd, 2012.  This is Special Agent James Renkes with the Coast Guard Investigative Service and Special Agent Alex—

AD:     Doran

JR:     --with the Federal Bureau of Investigation.  This will be the interview of Robert Plentnikoff at 914—

RP:     Steller Way.

JR:     --Stellar Way.  Kodiak Alaska.  Regarding the COMSTA Kodiak investigation.

        [Background sounds]

AD:     Just real quick can we get your date of birth?

RP:     04/15/50.

JR:     Okay.  And can you spell your last name for us?

RP:     P-L as in Pappa P-L-E-T-N-I-K-O-F-F.

JR:     Okay.  Thank you.

RP:     Two F's.

AD:     Two F's.  Okay.

RP:     Yeah.

AD:     Thanks.

JR:     I'm sorry.  What was the year on your date of birth?

RP:     Fif--fifty.

JR:     Fifty.  Okay.

AD:     Um, and you guys are friends with—

RP:     I've known him for about 19, 20 years.

AD:     Jim—Jim and Nancy.

RP:     Nancy.

AD:     Okay.

RP:     His wife use to work for Infant Learning.

AD:     Okay.

RP:     And um of course we have a handicap boy and that's how we got to know him.

AD:     Oh, okay.

RP:     I'm known them for a long time.

AD:     Did you know either of the victims?

RP:     Uh, I think I met uh, that Rich fellow one time. I don't—I don't know him but I—

AD:     You had met him?

RP:     [UI]

AD:     Rich Belisle.

RP:     I think I met him one time because we were logging out there, hauling wood. Jim and I
        use to get a lot of wood off of the Coast Guard Base and that guy halls wood too.

AD:     Okay. Okay.

RP:     That's the only time I've ever seen the guy.

AD:     Okay.

RP:     His wife use to work with my wife here a little bit at the agency.

AD:     Oh okay. Okay. What do you, what do you do for a living?

RP:     I'm a fisherman.

Case 3:13-cr-00008-SLG   Document 1108-1   Filed 08/12/19   Page 3 of 22

AD:     You're a fisherman?  Okay.

RP:     Marine Surveyor.

AD:     Okay.  Okay.

RP:     And um, I've been here for… Since 88 we've been living here.

AD:     Okay so have you, and you've known them pretty much the whole time?

RP:     Um, uh we've been here about 22 years or something like that so we were, you know a
        couple years before we met them.  But they've been here the whole time.

AD:     Is that how you met is through her…  The—

RP:     Through her?  Yeah.

AD:     Through her working with your—with your kids?

RP:     Yep.

AD:     Okay.  Um, have you ever, do you ever go hunting or fishing with--with Jim?

RP:     Several times.

AD:     Okay.

RP:     Several times.  We hunted the main land for uh, Moose and Caribou and we hunted deer
        [UI] quite a few times.

AD:     Okay.

        [Dog whining in background]

RP:     So uh [UI]

AD:     Uh-huh.  Do you, what type of um, guns have you seen him use?

RP:     Well you know, he has um, he had a pistol for—for a bear. Um I'm not sure what kind it
        was.  Maybe um, maybe a 44 or 357 [UI] stainless pistol he got it at one time.  I've only
        seen it one time.

[Beeping in background]

RP: And then he used a Rifle. I think it's a seven millimeter.

JR: Okay.

RP: And that's, that's what he always carried.

JR: That's what you guys would go deer hunting with?

RP: Yes.

AD: Um, the pistol you said was stainless steel?

RP: I think it was a stainless pistol that he had.

AD: Did he have a holster for it? Or—

RP: Uh, when I saw it, it had a holster yeah. He was carrying it on his—on his waste. So I think—I think it had a holster.

AD: Okay.

RP: That's the only time I've ever seen that thing.

AD: Okay. It was like, kind of like a backup bear gun.

RP: Yeah he just carried it for bear protection [UI]

AD: [UI] stuff. Okay. Okay.

RP: I've never seen him fire it. You know?

AD: Yeah. Hopefully you never have to.

[Laughing]

RP: Quiet.

JR: Is that a pup?

RP: He's a puppy.

JR: Uh-huh.

AD:     Well he's very well behaved for a puppy.

RP:     Well, not really.

        [Laughing]

JR:     Yeah.

AD:     Well I guess he is tied up there.

RP:     Oh he's—he's—he's on a leash.

JR:     Uh-huh.

AD:     I was like man a puppy that just lays there.  That's pretty good.

        [Laughing]

AD:     Um so you said that's—that's the only other pistol you've seen him—

RP:     That's the only one I've ever seen.

AD:     Okay.  Okay.  Did he ever talk about any other pistols or anything like that?

RP:     No.  No I think he would reload his own shells. Uh, you know we've—we've--we've had

        dinner many times at his place and he's got a little place in his place that in--in his house.

        I think he reloads some shells and stuff out there at times.

AD:     Where that on the inside of his house?  The reloading equipment?

RP:     I—I'm not exactly sure.

AD:     Oh okay.

RP:     I think uh, I think it was right there at the end of his living room there was a hallway

        going this way on the end of his hall.  So you know?  So, but I'm—I'm not, yeah he

        mentioned loading and stuff one time.

AD:     Loading ammunition.

INSERT CLASSIFICATION

RP:     Maybe his kid was doing it.  I don't know.  His boy is uh, use to hunt with us quite a bit
        too.  So—

AD:     Which one is that?

RP:     Matt.

AD:     Matt.  And Matt—Matt is the one that is the police officer in—

RP:     Yes.

AD:      --in Oregon.

RP:     Quiet.  Quiet.

JR:     [Laughing]

AD:     Now does he have another son as well that lives around here?

RP:     Not here.  He lives in Southeast.  He was living in um, uh, where was he living at?  He
        might be in Ketchikan now.

AD:     Okay.  That's Caleb.  Is that right?

RP:     Yeah.  Yeah he's a pilot.

AD:     Okay.

RP:     He's a pilot.  Okay dog.

JR:     Hey buddy.

RP:     Kennel up buddy.

        [Laughing]

        [Background sounds]

RP:     Here.  Come on.  Kennel up.

        [Laughing]

RP:     [UI] come here.

[Background sounds]

RP:     [UI]

AD:     When was the last time you guys went hunting or fishing together?

RP:     Hmmm.  Quite a few years ago now.  Maybe about um, let's see.  Let me think.  I had

        this [UI] here.  Probably about three years ago.

AD:     Okay.

RP:     About three years ago was the last time.

AD:     Okay so that would have been the last time you saw that—that—

RP:     Oh I didn't see it that time.

AD:     Oh okay.

RP:     I didn't see a pistol at that time.  We were just, we just [UI] because [UI] hunted for the

        day.

AD:     Oh okay.

RP:     [UI] he had to pistol when we were up on the fog neck on time.

AD:     Oh okay.

RP:     So.

AD:     So that was a while ago?

RP:     That was quite a while ago yes.

AD:     Okay.

RP:     It was probably ten years ago.

AD:     Okay.  Um, do you know of um, anybody else that he hunts with—

        [Dog Whining]

AD:     --or fishes with or?

RP:     His wife.  If we have a skiff they go out there—

AD:     Uh-huh.

RP:     --Sport fishing.  Um, I don't know if he works with uh Fish and Game there or not.  He brought boat down not that long ago.  He was up to Anchorage like a couple weeks ago.

AD:     Uh-huh.

RP:     And he brought a boat down for um, Hank Pentington [PH].

AD:     Hank Pentington.  Okay.

RP:     Yeah he lives out in Chiniak.

AD:     Uh-huh.

RP:     He brought me some lube oil.  I always get him to uh—

AD:     Uh-huh.

RP:     --buy lube oil for me because it's so expensive around here you know?

AD:     Yeah.

RP:     So.  But uh, I don't know if he hunts or fishes with Hank or not.

AD:     Okay.

RP:     Hank is pretty good friend of his too.

AD:     Okay.

RP:     He lives out in Chiniak.  He's a retired um Fish and Game Biologist.

AD:     Oh okay.

JR:     Okay.

AD:     Did he tell you anything else about his trip to—to Anchorage?

RP:     No.

AD:     He went there to pick up the boat and came back?

Case 3:13-cr-00008-SLG   Document 1108-1   Filed 08/12/19   Page 9 of 22

RP:     Yep.  He was gone, I don't know—

        [Dog making sounds in background]

RP:     --maybe two or three days.

AD:     Okay.

RP:     [UI]

        [Dog making sounds in background]

        [Background sounds]

JR:     A little snack.

        [Laughing]

        [Background sounds]

AD:     It's hard to keep my dog happy.

RP:     It's just like a little kid.

AD:     Yeah.

JR:     Yeah.

        [Laughing]

AD:     Um—um okay so we were talking about his trip.  So he didn't say anything else about

        his—his trip or anything?

RP:     No.

AD:     Okay.

RP:     Oh yeah and he picked up a set of tires for—for my boy.  Yeah that's what he did.

AD:     Okay.

RP:     Can't buy tires around here [UI] these are 900 dollars for a set of tires [UI] spendy.

JR:     Yeah.

[Laughing]

AD:     Um, has—has he said anything to you since—since they, since the murders. I mean since—

        [OV]

RP:     --No I haven't seen him since then.

AD:     Okay.

RP:     He was here, he picked up the car one time. You know the car that they were using. I wasn't home when they got that. So I—I haven't seen him since—

        [OV]

AD:     Oh you haven't talked to him or seen him at all?

RP:     Nope.

AD:     When was the last time you um, you talked to him or saw him personally?

RP:     Right after when I picked the tires up.

AD:     Oh you went and picked up the tires when they got back.

RP:     Yep.

AD:     Did he say anything else about um, you know, just anything about how things were going or anything like that?

RP:     Never said a word. Dropped the tires off and left. So—

AD:     Uh-huh. Do you know anything about his relationship with Richard or—

RP:     No.

AD:     --Jim.

RP:     Not at all. I was in that building one time.

AD:     Uh-huh.

RP:  You know like I said when we were logging out there.  We, I was in that building one time when he was working there.

AD:  Uh-huh.

RP:  [UI] I don't know the other guy.

AD:  Uh-huh.

RP:  So, that's all I know.

AD:  Yeah.

[Background sounds]

JR:  Have you had any phone—phone contact with him?

RP:  No I never hardly call him at all.  You know I'll have lunch with him maybe once, once a month or something maybe.  You know?  I haven't had lunch with him for a couple months now.

AD:  Yeah.

JR:  And has uh, Judith talk to Nancy since—

RP:  Judy talks to Nancy off and on you know?

JR:  But I mean since the murder has she?

RP:  Oh I think she probably has yeah.

AD:  Uh-huh.  Um, well that's—that's all I can think of.

JR:  Yeah.

AD:  Is there—

JR:  Uh, yeah.  Describe the holster that you said he used.

RP:  I don't even, I couldn't describe the holster.  I just saw it on his hip or—or—or I—you know I don't—I don't even know what it looked like.

Case 3:13-cr-00008-SLG   Document 1108-1   Filed 08/12/19   Page 12 of 22

JR:     Brown?  Black?  Leather?

RP:     I would think it probably was leather but uh, I can't remember—

        [OV]

JR:     --You said it was a long time ago.

RP:     --[UI].  It was a long time ago.  Yeah.

AD:     Uh-huh.

JR:     Okay.

RP:     So—

AD:     Um, do you—do you reload your own?   No you—

RP:     Nope.

AD:     But you said he did talk about it.

RP:     He talked about it one time.  Reloading them.

AD:     Uh-huh.

RP:     So I don't know, that's all I know.

JR:     Okay.

RP:     About that.  But um, no I buy my own bullets.

AD:     Uh-huh.  Where do you get your—your stuff at?

RP:     Uh various, I buy it at the [UI] or um, sometimes Wal-mart if they got it cheaper or Max.

AD:     Uh-huh.

RP:     But um, I—I just a thirty ought six is what I hunt with all the time.   So—

AD:     Do you have a hand gun as well?

RP:     Uh, I've got a twenty-two.

AD:     Okay.

Case 3:13-cr-00008-SLG   Document 1108-1   Filed 08/12/19   Page 13 of 22

RP:     Yep.  Twenty—two magnum.

JR:     Yeah.

RP:     That's all I've got but that—that was given to me by my uncle.  I don't even—I don't even take it out.  It's just sitting out there.

JR:     [UI].

AD:     It wouldn't do any good.

        [Laughing]

JR:     It's not going to do much.  Maybe a squirrel.

        [Laughing]

AD:     Yeah.

RP:     Um, no I'm not into hand guns though.

JR:     No.

AD:     Um--

RP:     Maybe if we, maybe if we lived up in Anchorage or someplace—

AD:     Yeah.

RP:     --I might need one you know?

AD:     Yeah.

RP:     There's a lot of crime up there.

AD:     Yeah.

RP:     Is that where you people are from?

AD:     I'm from Anchorage.

JR:     Yeah.

AD:     He's from Juneau.

JR: I'm from Juneau.

 [Background sounds]

RP: Yeah.

JR: Yep.

RP: My daughters down there in Juneau right now.

AD: Uh-huh.

RP: But uh—

 [OV]

AD: Did—

 [OV]

RP: --I never did, I don't hardly go.

 [Laughing]

AD: Did you guys ever talk guns or anything like that?

 [Background sounds]

RP: No.

 [Background sounds]

AD: [UI]

RP: [UI] guns.

AD: He never said he had a preference for one—one caliber, one type of gun over another?

RP: No.  No.  He's real particular about hunting though.  Because one time we were Caribou hunting on the main land.

 [Background sounds]

RP: We—we—we spotted—we spotted the animals.

AD:    Uh-huh.

RP:    And you know?  I just walk up there and shoot them.

AD:    Yeah.

RP:    We sat there on the hillside for forty minutes at least waiting, and waiting, and waiting--

        [Laughing]

RP:    --until that Caribou stood up and then he finally got to shoot it in the heart.  You know?

AD:    Yeah.

JR:    Uh-huh.

RP:    Heart shot it.

        [Laughing]

RP:    But uh, I didn't have the patience for that.

        [Laughing]

JR:    Yeah.  Just go out there and get—get it over with.

RP:    Maybe that thing [UI] shoot it if we have to.

        [Laughing]

RP:    Get it over with.

        [Laughing]

AD:    Where did uh, did he—did he ever go shoot anywhere like at a range or--

        [Background sounds]

RP:    I have no idea.  I don't know.  I know he use to duck hunt a lot when he was younger with his boy.  They use to duck hunt but that's all I know.  I never did go duck hunting with them.

AD:    Uh-huh.

RP:     I don't know if he hunted at the range or—

AD:     No not hunted—

RP:     Oh you mean, oh you mean the—

            [OV]

AD:     To like did he like go like sight in rifles or—

        [OV]

RP:     You know I don't know—

        [OV]

AD:     --you know?  New hand gun shooting or anything like that.

RP:     I have no idea.  I know there's a range out there by the flats.

AD:     Uh-huh.

RP:     A place that they shoot.  And there's one out there at the V-F-W but—

AD:     Uh-huh.

        [Background sounds]

RP:     --I don't know if he ever went there.

        [Background sound]

AD:     Okay.  Okay.

RP:     We don't socialize with them too much.  Uh holidays and stuff like that is the [UI] you

        know?

AD:     Sure.  Sure.

JR:     Where have some of the—some of his I guess favorite spots to frequent hunting?  Does

        he have you know? Like these are his spots.

RP:     No it was always up to me when I went with him.  You know we used my boat.

JR:     Yeah.

RP:     [UI]

JR:     Oh you guys would use the boat.

        [Background sounds]

RP:     Yeah he just came on the boat with me.

JR:     Okay.

        [Laughing]

RP:     [UI].

        [Laughing]

RP:     [UI] leave it.

        [Background sounds]

AD:     All right.

JR:     I can't think of—

AD:     Well that's [UI] like I said those are just, that's about all we wanted to ask you.  We

        appreciate you answering our questions.

JR:     Yeah.

RP:     Uh-huh.  Yeah he seemed like a fine, nice enough guy to me all the years I've known

        him.  You know?  So--

JR:     Uh-huh.

RP:     [UI] at least something like that.  But, I don't know.

JR:     Yeah.  Well—

RP:     It's a surprise to me.

AD:     Yeah.  Well and like I said it's, you know?  We're just taking every step trying to—

      [OV]

RP:    Doing your job.

      [OV]

AD:    --cover all the bases.  So--

RP:    Doing your job.  That's the main thing.  You know.

AD:    Yeah.  Well we appreciate you like I said taking the time and helping us out.  If you think of anything um, or you know?  Anything else uh, feel free to just call.  The local FBI—

      [OV]

RP:    [UI]


      [OV]


AD:    Yeah we left a card there yesterday.

RP:    Left a card there.

JR:     And you can always call the troopers too.

AD:    Yeah.  Yeah.

JR:    Locally if—

AD:    They're, they're hoping with us [UI] the troopers, Coast Guard, FBI.

JR:    Any of us.

AD:    Kodiak P.D. would even be able to find the right people.

RP:    Yeah Toopers came by us a couple days ago after we were fishing.  Just [UI] to check the licenses and all.

JR:    Uh-huh.

RP:     Pretty nice guys.

JR:     Yeah.

AD:     Okay.

RP:     No problems with the troopers.

AD:     No.  Well, you going back out tomorrow?

RP:     Probably the day after.

AD:     Day after.

RP:     Day after yeah.  I'll be gone for a couple days.

AD:     Okay.

RP:     You got to bring the cod in every third day.

AD:     Yeah.

JR:     Huh.

RP:     But uh [UI]

AD:     Is that primarily what you are out there fishing?  Cod, Halibut?

RP:     We're doing Cod right now.  Halibut will be—

        [OV]

AD:     Pacific—

        [OV]

RP:     --later on.

AD:     Uh-huh.

RP:     It's too early for Halibut yet for us.

AD:     Okay.

JR:     Yeah.

RP:   But, some [UI] are doing Halibut.

AD:   Uh-huh.

RP:   You know some of the guys brought in 30 thousand pound trips already.

AD:   Oh wow.

RP:   But they were fishing up here—our—our area doesn't start until we get to the south end of the island right here.

AD:   Okay.

RP:   Way in the south end of this chart right here.

AD:   Uh-huh.  Yeah.  [UI]

JR:   Yeah.

RP:   Yeah.  Got to get all the way out to [UI] before we're—we're 3B.

JR:   So you got a good transit time just to get down there.

RP:   16 hours.

JR:   Yeah.

AD:   Oh wow.

RP:   Yeah that's a long trip on my boat.

JR:   That's probably in good weather.

RP:   Yeah.

JR:   Decent weather.

RP:   [UI] it is.

      [Background sounds]

JR:   Yeah.

RP:   So.  I'll usually stop at [UI] harbor for the night and--

INSERT CLASSIFICATION

[OV]

JR:    --yeah.

[OV]

RP:    -- then continue.

[End of Recording]