Page 22

```
 1      makes any false material declaration or makes
 2      or uses any other information, including any
 3      book, paper, document, record, recording, or
 4      any other material knowing the same to contain
 5      any false material declaration shall be
 6      punished in accordance with law.
 7      You can cleanse such a perjury by telling the
 8      truth in the same proceeding.
 9      We're going to go off record so you can with
10      your lawyer for a moment, okay?
11  A   Okay.
12      MR. COOPER:  Let's go off record.
13      (Off record - 9:27 a.m.)
14      (On record - 9:36 a.m.)
15      MR. COOPER:  Thank you. We're back on record.
16  Q   Mr. Pletnikoff, I'll remind you that you're
17      still under oath from the previous oath that
18      was administered to you by the grand jury
19      foreperson.  Have you had an opportunity to
20      consult with your lawyer?
21  A   Yes, I did.
22  Q   And have you had an opportunity to review the
23      transcript of the statement that you gave on
24      April 23rd of this year?
25  A   Yes, I did.  And I thought it over, and I
```

Computer Matrix, LLC                Phone: 907-243-0668
135 Christensen Dr., Ste. 2, Anch., AK 99501    Fax: 907-243-1473        Email: sahile@gci.net
Case 3:13-cr-00008-SLG   Document 1108-2   Filed 08/12/19   Page 1 of 4
24514

```
1              believe that's correct.
2      Q       Okay.  That the transcript is correct, that you
3              did see a stainless steel pistol?
4      A       Yes, I did.
5      Q       And that you couldn't identify the holster that
6              it was in?
7      A       I couldn't identify the holster.  I've seen
8              many holsters in my time, and I'm -- I -- I
9              think that's correct.
10     Q       Okay.
11             MR. COOPER:  Does any member of the grand jury
12     have any questions for Mr. Pletnikoff?  I -- wait, I do
13     have one other -- one other question for you.
14     Q       Over the years, have you ever loaned any tools
15             to Mr. Wells?  And let me narrow it down for
16             you.  Have you ever loaned him any nailers,
17             like a pneumatic nailer, or a Hilti powder
18             nailer, or anything like that?
19     A       No, I've loaned him a gillnet; I've loaned him
20             my -- a sled for hauling wood.  And everything
21             he borrows, he never returns.
22     Q       Okay.  And every what?
23     A       He never returns it, so.....
24     Q       Oh.
25     A       .....I don't.....
```

Computer Matrix, LLC          Phone: 907-243-0668
135 Christensen Dr., Ste. 2, Anch., AK 99501    Fax: 907-243-1473          Email: sahile@gci.net

Case 3:13-cr-00008-SLG   Document 1108-2   Filed 08/12/19   Page 2 of 4

24515

| | | |
|---|---|---|
| 1 | Q | So you don't..... |
| 2 | A | .....I don't..... |
| 3 | Q | .....loan him a lot of tools? |
| 4 | A | No. |
| 5 | Q | Okay.  All right. |
| 6 | | MR. COOPER:  Thank you, sir. |
| 7 | | MR. SCHRODER:  The other way? |
| 8 | Q | Has he loaned you any tools? |
| 9 | A | I borrowed a pump from him one time. |
| 10 | Q | Have you ever borrowed a nailer from him for |
| 11 | | any reason? |
| 12 | A | No. |
| 13 | Q | Do you know what a stick nailer is? |
| 14 | A | I do. |
| 15 | Q | And a coiled -- coiled nailer like for a |
| 16 | | roofing nailer? |
| 17 | A | Yes.  No, I..... |
| 18 | Q | Have you ever..... |
| 19 | A | .....haven't.  I -- I..... |
| 20 | Q | .....have you ever seen any of those in his |
| 21 | | possession? |
| 22 | A | No, I haven't.  I just use a hammer. |
| 23 | Q | Okay.  All right.  Thank you. |
| 24 | | MR. COOPER:  Anybody have any questions for Mr. |
| 25 | Pletnikoff?  Yes, ma'am. | |

Computer Matrix, LLC  Phone: 907-243-0668
135 Christensen Dr., Ste. 2, Anch., AK 99501   Fax: 907-243-1473   Email: sahile@gci.net

Case 3:13-cr-00008-SLG   Document 1108-2   Filed 08/12/19   Page 3 of 4

24516

```
 1      GRAND JUROR:  Can you please reread the
 2   description of the gun from the transcript again?
 3      MR. COOPER:  Yes.
 4   Q  Starting on Page 4, Special Agent Durand said
 5      to you, sir, uh-huh.  Do you know what type of,
 6      um, guns have you seen him use?  And could you
 7      read your answer there, starting at RP at the
 8      bottom?
 9   A  Well, you know, hmm, he paid for -- he had a
10      pistol for bear.  Hmm, I'm not sure what kind
11      it was, maybe a .44 or 357 stainless pistol.
12      He got it at one time.  I only seen it one
13      time.  That's -- that's what I.....
14   Q  Okay.  And then on.....
15   A  .....so there.....
16   Q  .....the next page, right up here, starting
17      with Mr. Durand -- Special Agent Durand saying,
18      um, yes, you said the pistol was stainless
19      steel; and what was your response to that?
20   A  I think it was stainless steel that he had.
21   Q  Thank you.
22      MR. COOPER:  Does that answer your question,
23   ma'am?
24      GRAND JUROR:  Yes, thank you.
25      GRAND JUROR:  But didn't you say you also saw
```

Computer Matrix, LLC              Phone:  907-243-0668
135 Christensen Dr., Ste. 2, Anch., AK 99501    Fax:  907-243-1473          Email:  sahile@gci.net

Case 3:13-cr-00008-SLG   Document 1108-2   Filed 08/12/19   Page 4 of 4

24517