FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

GOVERNMENT EXHIBIT

**Exhibit 4**

Date of entry    07/08/2013

    LUKE ROBINSON, date of birth (DOB) 09/27/1980, was interviewed telephonically using the phone number 320-309-1091.  After being advised of the identity of the interviewing Agent and the nature of the interview, ROBINSON provided the following information:

    ROBINSON was close friends during high school with MATTHEW WELLS (WELLS).  ROBINSON visited WELLS while WELLS was in college in 2000, but the two have not kept in touch subsequently.

    While in high school, ROBINSON occasionally visited the WELLS' residence.  ROBINSON knew WELLS' father, JAMES WELLS, as a nice man and good father.  JAMES WELLS was proud of his Coast Guard service.  ROBINSON characterized the WELLS family as "different" and "reclusive."

    ROBINSON did not hung with MATT WELLS, but did occasionally see firearms, primarily hunting rifles, at the WELLS residence.  On one occasion in approximately 1996-1997 ROBINSON saw a silver revolver, possibly a Smith and Wesson, on the kitchen table at the WELLS' residence with other firearms.  [WRITER'S NOTE: At the time ROBINSON made this statement, he had been asked if he had ever seen handguns at the WELLS' residence.  Upon stating that he had seen the revolver on the table, ROBINSON was asked what the color of the revolver was with no prompting from writer regarding possible colors.  ROBINSON spontaneously mentioned the possible manufacturer of the revolver with no prompting from writer.]

    ROBINSON did not remember seeing a gun safe in the room of the WELLS residence that connected to the stairway that led to the garage.

Investigation on   07/08/2013   at   Kodiak, Alaska, United States (Phone)

File #   70A-AN-15667      Date drafted   07/08/2013

by   Daryl Allison

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MATT WELLS was also friends with JERIMIAH JOHNSON, MIKE GALLOWAY, and ROMANO MICAEL while in high school.

ROBINSON did not know JOHN STEIN.