BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG |

**MOTION TO ACCEPT CONVENTIONAL FILING**

The United States of America, by and through undersigned counsel, moves this

Court to allow the government to file digital audio recording – one CD – in support of the

United States' Response to Defense Motion to Preclude the Testimony of Government Witnesses Robert Pletnikoff and Luke Robinson (Dkt 1108). The CD contains the audio recording of an interview provided by Robert Pletnikoff to law enforcement in July of 2013.

RESPECTFULLY SUBMITTED on August 12, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kelley Stevens*
KELLEY STEVENS
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Kelley Stevens*
Office of the U.S. Attorney