BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:13-cr-00008-SLG |

**MOTION TO ACCEPT OVER LENGTH BRIEF**

The United States submits the following request to file an over-length brief on the subject of the July 30, 2019 evidentiary hearing and the issues that arose therefrom. The basis for the brief, which is roughly 33 pages is due to the objections lodge by the United States to the expansion of issues and testimony outside of that briefed at the evidentiary hearing held on July 30, 2019 on the issue of the April 19th video created by investigators in this case. This requires analysis of the defense's original filing at Docket 1012 briefed and argued the admissibility of the April 19, 2012 recordings where it relied on a 'substantially similar argument' and where no *Daubert* citation, argument, or request for hearing on *Daubert* was made, nor was any scientific or technical argument made in the defense opening brief or reply. It also requires an examination of the timing with respect to the defense contacting Mr. Hoerricks after the filing of the government's opposition, for a 'Supplemental Report' focused on *Daubert*. No modification, request for late filed reply, supplemental pleading or other notice was provided to the court or the United States on this change in theory for exclusion nor did the defense pleadings provide any glimpse into any of Hoerricks' reports for the hearing. These were clear choices made by the defense.

It also requires examination of the content of the only notice of a potential though undefined *Daubert* argument which came in mid-July, with the filing of a '*Notice of Issues for Evidentiary Hearing Set for July 30, 2019*' at Docket 1072. Only one sentence referenced a *Daubert* issue. No notice to the court, nor the government was made as to the depth and breadth of the testimony to be provided. The defense then made the decision to withhold production of the most critical articles of evidence for the hearing until the Friday

prior to-even then it was far too late for anyone to decipher the technical white noise contained therein. That evidence, and the evidence presented by the defendant as to witness Hoerricks were provided without notice, some without any foundation, and were so technical in nature that the United States was deprived of a full and fair, opportunity to mount a response or to even provide it to their own experts had it known the basis for the arguments. All of the defense exhibits, A-AAA, were reviewed by the United States in response to various arguments made by the defense that the United States was not handicapped by late disclosure. This allegation was also analyzed with respect to Mr. Hoerrick's testimony, the lack of any reference to 'frames' or frame rates in his reports, along with providing the court with specific testimony from the hearing which should be stricken given Hoerricks improper use of Exhibit UU and other matters raised from this hearing.

The United States brief is very fact specific, as it must be on this issue given the record up to this point on the hearing. The review of the defense exhibits alone consumes several pages. It respectfully requests permission to file an over-length brief of no more than 33 pages.

RESPECTFULLY SUBMITTED on August 13, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

U.S. v. James Wells	Page **3** of **4**
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 1110   Filed 08/13/19   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney