BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                 Defendant. | Case No. 3:13-cr-00008-SLG |

**MOTION FOR EXPEDITED CONSIDERATION**
(L. Civ. R. 7.3(a))

The United States of America, by and through undersigned counsel, respectfully files this motion to move the Court for an order on the government's Motion to Accept Over Length Brief.

A declaration supporting this motion for expedited consideration will follow.

RESPECTFULLY SUBMITTED on August 13, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/ Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney