Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S MOTION FOR LEAVE TO REPLY** |

   Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, moves this Court for leave to permit the filing of a reply to the Government's Response in Opposition (Dk. No. 1108) to Wells' Motion to Exclude Testimony of Government Witnesses Robert Pletnikoff and Luke Robinson (Dk. No. 1088).

   A reply is requested in order to respond to the factual misrepresentations in the government's submission and cited to actual testimony contradicting the

arguments offered. Wells' reply, if permitted, will be filed not later than August 19, 2019, and will be no longer than five pages pursuant to the local rules.

For these reasons, Wells seeks leave of Court to file a reply to Docket 1108.

DATED at Anchorage, Alaska this 13th day of August, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 13, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*