# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>vs.<br>JAMES MICHAEL WELLS,<br>　　　　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br>*Proposed* **ORDER** |

After due consideration of defendant's Motion for Leave to File Reply, the court GRANTS the motion.

IT IS ORDERED that James Wells is permitted to file a reply to the government's Response in Opposition at Docket No. 1108 by August 19, 2019.

DATED _____, 2019, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Sharon L. Gleason, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT