BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
   christina.sherman@usdoj.gov
   kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | Case No. 3:13-cr-00008-SLG |

**NOTICE OF FILING CD CONVENTIONALLY**

The United States hereby files the digital audio recording – one CD– referenced as

Exhibit 3 in support of the United States' Response to Defense Motion to Preclude the

Testimony of Government Witnesses Robert Pletnikoff and Luke Robinson (Dkt 1108) in accordance with the Court's Order filed at Docket No. 1114.

RESPECTFULLY SUBMITTED on August 13, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kelley Stevens*
KELLEY STEVENS
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Kelley Stevens*
Office of the U.S. Attorney