Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S RESPOPNSE TO COURT'S TEXT ORDER AT DOCKET 1106** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, files this response to the Court's text order at Docket 1106.

The only reference the defense can find to testimony regarding observations of the Wells' CR-V parked at the airport on the day of the murders is found at TR. 1829 et. seq. and occurred during the testimony of government witness Alaska State Wildlife Trooper Willard Ellis. Attached as exhibit A to this response is former admitted trial exhibit 103, a photo of the Wells' CR-V taken by Ellis on April 12, 2012

showing the location of the car when he discovered it. The defense cannot find any other testimony relating to "Nancy Wells' Honda CR-V being seen at the Kodiak Airport or having been moved from one parking spot to another parking spot or parking area at the airport close to the time of the homicides." Ellis' testimony about "the location near the airport where the CR-V was seen parked" is the closest reference to the location of the car relative to the "time to the homicides" as described in the court's order.

As noted in Defendant's Response filing regarding the issue of conditional relevance, Dk. 1097, the defense would proffer that on retrial, the defense will call two witnesses, both who saw the Wellses CR-V at the airport on April 12, 2012, very near the time of the homicides. The first saw it around 7:00 a.m. and the second saw it just after 7:30 a.m. Both observed it stationary and in the same apparent location where it was later discovered by Trooper Ellis as referred to above. Neither of these witnesses were called by either side at the first trial, although both had been previously interviewed by the government.[1]

DATED at Anchorage, Alaska this 14th day of August, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

---

[1] Because the Court's order only called for citation to information from the first trial, no further proffer is included here. The defense would make a further proffer, *in camera*, of this information, if the Court so orders.

/s/ Peter A. Camiel
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 14, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Gary G. Colbath