BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
Kelley.L.Stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS | ) |
| Defendant. | ) |

**UNITED STATES' RESPONSE TO COURT ORDER AT DOCKET 1106**

COMES NOW the United States of America, by and through above-named counsel, and files with the Court its response to the Court's order at Docket 1106 for the parties to

file citations to the first trial record regarding the movement of the Wells' Honda CRV at the airport.

Amanda Sanford testified as to the arrival at the airport and the return where the vehicle was parked. This testimony can be found at Docket 747, page 42, line 6 through page 43, line 25.

This section of testimony references three prior trial exhibits, all of which are attached hereto for ease of reference, as Exhibits 1-3.

In addition two other witnesses, Para Upchurch and Judy Pletnikoff, testified regarding the practice of Nancy Wells parking at the airport in short term parking, and someone moving the vehicle home for her.

Para Upchurch's testimony regarding this can be found at Docket 741, page 131, line 21 through page 133, line 20 and cross-examination at page 146, line 17 through page 147, line 17.

Judy Pletnikoff's testimony regarding this can be found at Docket 755, page 34, line 9 through page 35, line 16.

The government believes that is the extent of the citations from the first trial on this limited topic.

RESPECTFULLY SUBMITTED August 14, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney