Terminal

PARKING CURB

PARKING CURB

COFFEE SHOP

*Armand Sanford* 11/16/12

ATTACHMENT( A )
PAGE 1 OF 1 PAGES

GOVERNMENT
EXHIBIT
28

Case 3:13-cr-00008-SLG   Document 1123-1   Filed 08/14/19   Page 1 of 1