

02.11.2014 12:20

GOVERNMENT EXHIBIT
32C

Case 3:13-cr-00008-SLG   Document 1123-2   Filed 08/14/19   Page 1 of 1