| Filing / Event | Docket No. (if applicable) | Date | Scientific Issues Raised? |
|---|---|---|---|
| Hoerricks' Initial Report for Trial | N/A | April 1, 2019 | N/A – the Defense did not provide this as an Exhibit during the hearing. |
| USA Opposition for Use of Hoerrick's Testimony at Trial | 976 | May 2, 2019 | None raised |
| Hoerricks Analysis Summary made for unknown reasons (Defense Exhibit X) | N/A | May 6, 2019 | None raised |
| Defense Opposition to USA's Motion to Exclude Hoerrick's Testimony | 992 | May 14, 2019 | None raised |
| Defense Motion to Exclude April 19 Driving Experiment Video | 1012 | June 7, 2019 | None – argument focus is on non-scientific dissimilarities (day, time, weather, etc.). No argument to preclude April 12, 2012 video. |
| United States Opposition to Def Motion to Exclude April 19 driving video | 1047 | June 24, 2019 | None. Reply focused on whether the videos were substantially similar. |
| Defense Reply to United States Opposition | 1052 | June 27, 2019 | None |
| Defense Request' Hoerricks' Produce a Daubert-based Supplemental Report | N/A | July 3, 2019 | N/A |
| Hoerricks' Produces a Daubert-based Supplemental Report (Exhibit Y) | N/A Provided to the Govt 2 business days before Evidentiary Hearing | July 16, 2019 | Yes But supplement is void of any mention surrounding frame rates, color adjustments etc. |
| Notice to Court of Issues for Evidentiary Hearing Set for July 29, 2019 | 1072 | July 17, 2019 | Yes *Daubert* case name cited in 'Notice' in Defense characterization of issues. Does not advise on context or what scientific issues are of import. |
| Defense Exchibits A-AAA (53 individual reference items) | N/A Provided to the Govt 2 business days before the Evidentiary Hearing | July 26, 2019 | Yes, Bench Notes from Hoerricks reference color issue but not included in supplemental report. Defense Exhibit UU containing 139 data points on frame rates not belonging to Hoerricks. Unknown who created / authorized this document. |
| Hearing | 1082/1083 | July 30-31, 2019 | Yes, defense attacks April 19, 2019 video through Hoerricks "scientific" testimony on issues not briefed and corresponding Defense Exhibits. Defense proffers that they will not object to April 12, 2012 video. |
| Govt Brief on Conditional Relevance | 1096 | August 6, 2019 | |
| Defense Brief on Conditional Relevance | 1097 | August 6, 2019 | |