| AO 435 (Rev. 04/18) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME: Sibyl Hartley for Gary Colbath | 2. PHONE NUMBER: 907-646-3400 | 3. DATE: 08/15/2019 | |
|---|---|---|---|
| 4. MAILING ADDRESS: 425 G Street, Suite 800 | 5. CITY: Anchorage | 6. STATE: AK | 7. ZIP CODE: 99501 |
| 8. CASE NUMBER: 3:13-cr-00008-SLG | 9. JUDGE: Sharon L. Gleason | DATES OF PROCEEDINGS | |
| | | 10. FROM: 07/02/2019 | 11. 07/02/2019 |
| 12. CASE NAME: U.S.A. v. James Wells | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY: Anchorage | 14. STATE: Alaska |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [✔] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✔] OTHER (Specify) | |
| [ ] SENTENCING | | Status Conference | 07/02/2019 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY $3.65 per page | [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| 14-Day $4.25 per page | [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| EXPEDITED $4.85 per page | [✔] | [ ] | NO. OF COPIES | 50 | $ 242.50 |
| 3-Day $5.45 per page | [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| DAILY $6.05 per page | [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| HOURLY $7.25 per page | [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| REALTIME Call for info | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: $ 242.50

18. SIGNATURE: *[signature]*
PROCESSED BY:

19. DATE: 08/15/2019
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS: sadad |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY