Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>                     Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR LEAVE FOR TELEPHONIC OBSERVATION** |

Defendant, James Wells, by and through counsel, hereby moves this Court for an order allowing Mrs. Nancy Wells to participate observe the evidentiary hearing scheduled for August 19, 2019, at 11:00 a.m. Mrs. Wells is unable to travel to Alaska to attend the hearing in person but is concerned for her husband's case, and wishes to listen to the proceedings.

DATED at Anchorage, Alaska this 19th day of August 2019.

                                                 Respectfully submitted,

                                                 */s/ Gary G. Colbath*
                                                 Gary G. Colbath
                                                 Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing with the Clerk of Court for the U.S. District Court for the District of Alaska by using the district's CM/ECF system on August 19, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. */s/ Gary G. Colbath*