Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>JAMES MICHAEL WELLS,<br><br>           Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR EXPEDITED CONSIDERATION** |

Defendant client, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court for expedited consideration of the principal motion requesting leave for Nancy Wells to observe the hearing telephonically filed at Doc. 1128. Counsel's declaration in support of this motion is submitted separately

DATED at Anchorage, Alaska this 19th day of August, 2019.

                                                                       Respectfully submitted,

                                                                       */s/ Gary G. Colbath*
                                                                       Gary G. Colbath
                                                                       Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 19, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*