IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG |

**PROPOSED ORDER**

Having duly considered the United States' Motion to Compel Defense Investigator Interview to Court for Ex Parte, In Camera Review, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____      _____
                                                            U.S. DISTRICT COURT JUDGE