# Affidavit of Jason Bullis

## Government Exhibit - 1

I state that the following is true and accurate to the best of my recollection:

- On or about June 23, 2019 I met with a criminal investigator from the Wells Defense trial team and answered questions related to my involvement in the investigation following the murders of Rich Belisle and James Hopkins

- She provided the name of Karina Mueller, with telephone number 412-295-6816.

- The investigator recorded the interview and appeared to take notes on a laptop and notepad while asking me questions.

- During the course of the interview, the investigator raised the issue of what I later learned was officially termed "confirmation bias", implying that the government's investigation only focused on Jim Wells.

- The types of questions she asked and her remarks during the interview made me feel that she was trying to get me to agree that the investigators only focused on Jim Wells during their investigation.

- Just as example, the investigator requested that I draw a diagram of the Communication Deck and T1 building. Asking me whether I heard the FBI loudly playing Jim's voicemail over and over again in the conference room adjacent to the Comms deck, despite me telling her that I was on mids (i.e., the night shift).

- Additionally, she advised me that Jim Wells continued to maintain his innocence.

_8/19/19_
Date

_Jason A. Bullis_

_08/19/2019_

FREDERICK AGUILERA
MY COMMISSION #GG177959
EXPIRES: JAN 22, 2022
Bonded through 1st State Insurance

Case 3:13-cr-00008-SLG   Document 1131-2   Filed 08/19/19   Page 1 of 1