# Gary Colbath

| | |
|---|---|
| **From:** | Gary Colbath |
| **Sent:** | Wednesday, July 17, 2019 2:26 PM |
| **To:** | 'Skrocki, Steven (USAAK)' |
| **Cc:** | Sherman, Christina (USAAK); Stevens, Kelley L LCDR (Kelley.L.Stevens@uscg.mil); Deatrich Sheffield; Mark Heinrichs; petercamiel_yahoo.com; Bruce Johnson |
| **Subject:** | RE: Supplemental Report from Steve Beck - USA v. Wells |
| **Attachments:** | Attachment A 7-30 Hearing.pdf |

Steve,

I will answer your questions in the order posed and include additional information:

1) "when" -- during preparation of witness interviews and subpoenas in late June re: the water treatment plan, the background noise on the government audio interviews was noticed; around July 1 we sent an interview to Mr. Beck to listen to and after a call with him on July 3 discussing his impressions for the first time, I asked that he prepare the supplemental report you received; it was disclosed the day after we got it.

2) "how many more" -- attached to this email is a supplemental report prepared by Jim Hoerricks specifically prepared for his testimony on July 30; as you can see, it is dated YESTERDAY which is when we received it; I would note that it does NOT contain any real new opinions, testing, or other material not in his prior reports or drawn from government expert documents; rather, while preparing with him for his testimony last week, it became apparent to me that it would be helpful to "pull out" of his other material the relevant stuff we plan to present at the evidentiary hearing, so I asked him to do so. I am providing the court a courtesy copy today as well for use in preparation for the hearing.

**Later today you team will get an email from Bruce with an invitation to the box that contains a zip file which has the articles, standards, materials, etc referred to in Mr. Hoerricks' supplement so you have everything we have seen and he has used reference this. While some may be repeats from prior disclosure, I asked for everything again as I knew you would want it.

3) "in process" -- we have no other expert work (except trial prep) in process, have not requested any other testing, reports, etc., and do not expect to receive anything more from any of our experts; the only reservation on that of course is the circumstance where new discovery, or something else provided by the government causes a need for new or additional evaluation.

Lastly, rather than send a separate email, I will note here with regard to Mr. Beck's supplement that Ms. Sherman alerted me this morning that she/your team was having trouble hearing the audio file provided with his report. I will say that is part of the nature of the analysis because he removed everything above 150 Hz in order to isolate the needed sounds. I can hear the low frequency rumblings using my high end Bose noise cancelling headphones, but I cannot hear much with earbuds or just a standard speaker but with quality listening devices, he will say you get rumblings which are the remnants of the banging and clanging heard in the background on the water treatment plan interviews. I can ask him to produce another audio track where he maximizes the gain digitally but I suspect at the frequency it won't be much different.

Any of you call me if you have questions about any of this.

Thanks,

GC