Imel Work Station
Case #70A-AN-15667
Lab #120418251 QT
Analyst Anthony Imel
Analyst Chris Iber

- 19 April 2012
  - Q1 Labeling(1D1, E02543808)
    - One Imagine 80 min, 700 MB, CD-R disk marked in part "Building TI CAM"
    - Labeled Q1: "Q1", Case #70A-AN-15667", Lab #"120418251 QT", Date "19 APR 2012", Initials "TI"
  - Q1 Review
    - Contains one security video
      - BACKGATE T1 – Video (4-12-2012 07h00min)
      - AVI format
      - 33 min 37 sec
      - 640x480
      - 4 frames a second
  - Imported Video
    - Exported 7 images
      - 4 images of suspect vehicle
        - Upper right corner travel left-right
      - 3 images of suspect vehicle
        - Upper right corner travel right-left
      - TIFF format
    - Printed one copy of each image
  - Located 2001 Honda CR-V on internet search
    - Printed picture
  - Confirmed the location of vehicle within the video w/case agent
- 20 April 2012
  - Image Enhancement
    - Applied Levels Adjustment
      - Shadows 60 mids 1.0 highlights 255
    - Applied Unsharp Mask
      - Amount 50% Radius 1.0 Pixels Threshold 0 Levels
    - Cropped area of interest
      - 6in x 4.5in
      - 300 pixels/inch resolution
    - Saved as TIFF format
  - Printed one copy of enhanced images
  - Copied images to CD-R disk
    - Labeled DE1
    - Produced 3 copies
      - Labeled 2 copies working copy
      - Labeled 1 copy file copy

  - Due to the limited detail of the vehicle within the images and the distance between vehicle and the camera no conclusion could be reached as to the make and/or model of the questioned vehicle.

*[signature]*

George Skaluba    4/20/2012

Salient Stills Computer
DVD-ROM

Salient Stills Computer
Video Focus Pro
Version 3.1.04

PROTECTED DOCUMENT

Wells18_00090818 (6 of 30)