

Left to Right (Right side of vehicle)

| | | |
|---|---|---|
| 2427 | | 7:09:20.796 |
| 2428 | | 21.015 |
| 2429 | | 21.338 |
| 2430 | (5 frames total) | 21.578 |
| 2431 | | 21.842 |

Right to Left (Left side of Vehicle)

| | | |
|---|---|---|
| 3772 | | 7:14:31.953 |
| 3773 | | 32.171 |
| 3774 | (4 frames total) | 32.405 |
| 3775 | | 32.625 |

2/8/13 Attempted to Power up Q9 Drive - unsuccessful. Consulted CART - OPENED HOUSING, REMOVED DRIVE - NOTICED BROKEN HOUSING. (LEFT HARD DRIVE OUT OF HOUSING) MOUNTED Q9 Drive in eSATA + USB DOCKING STATION. CONNECTED Q9 to DVR-2 (F2616141) by way of Tableau Ultra Block USB write-blocker (S/N: 1108B18C0903)

```
[Q9] → [Tableau Write Blocker] → [DVR2 F2616141]
```

2/8/13 Video Player Software used to extract still images from Q9 on April 12, 2012; April 19, 2012; and April 20, 2012. Software: "View Commander - Player.exe"
    ViewCommander - NVR
    Internet Video & Imaging, Inc."
    View Commander Player Version 4.08.R6

- "Snapshots" of blue vehicle extracted in following windows:
    April 12, 2012  7:09 AM, 7:14 AM; (QUESTIONED VEHICLE)
    April 19, 2012  3:18 PM → 3:27 PM  (KNOWN
    April 20, 2012  9:40 AM → 9:45 AM   VEHICLE)

  > File names auto-generated link to time zone in Laboratory computer (DVR-2); 4-hours ahead of local time, thus
      7:09 AM ⇒ 11-09
      3:18 PM ⇒ 19-18
      9:40 AM ⇒ 13-40

- "snapshots" are all 640×480 pixels, JPEG (JFIF)
- Used Easy Media Creator 10 (Creator Platinum) to write all RAW "snapshots" to CDR

70A-AN-15667/121213256 ND        NOTES PAGE 1 of 7

model of the incident area was generated from the wireframe model. Next, a still image from the T-1 camera recorded on the day of the incident was imported into a commercially-available photogrammetry program. Utilizing various features and landmarks depicted in the image, whose geometry was known from the scene survey, photogrammetry analysis was performed to determine the approximate parameters (e.g. focal length) of the T-1 video camera. The resulting camera, as well as the analyzed image, was exported from the photogrammetry program, imported into the three-dimensional model of the incident area, and positioned at the known three-dimensional location of the T-1 camera. The orientation and parameters of the modeled camera were refined so that objects and features in the modeled world aligned with the corresponding objects in the still image. Once this process was completed, it was now possible to "look through" the modeled virtual camera at the three-dimensional scene and "see" a view that closely matched what was recorded by the actual T-1 camera. This process, called "camera matching", and its applications to the field of forensic engineering have been validated in several peer-reviewed publications.

## VIDEO ANALYSIS

Multiple full-frame still images from the T-1 video footage (incident video) were then selected and aligned with the perspective of the virtual camera. These images depicted the suspect vehicle as it travelled first northbound and then southbound on Anton Larsen Bay Road on the day of the incident. As a result of the speed of the vehicle on the highway, in combination with the recording speed of the camera, there were five images that recorded the vehicle as it travelled northbound and four images of the vehicle as it travelled



southbound. Despite the fact that, in each image, a portion of the suspect vehicle was obscured due to objects in the foreground, such as vehicles in the parking lot and the structure of the T-2 building, it was still possible to identify various characteristic structures of the vehicle, such as headlights, wheels, windows, and overall vehicle geometry, as well as the vehicle color.

For each of the analyzed images, a publically-available three-dimensional model of a first-generation Honda CR-V was inserted into the virtual world and superimposed over the image such that the location and geometry of the vehicle model matched what was visible in the image. The combination of knowing the dimensions of vehicle, the location and parameters of the T-1 camera (determined by the scene survey and photogrammetry analysis, respectively), and ensuring the vehicle's wheels are on the ground, enables the use of principles associated with spatial geometry to reconstruct the accurate unique position of the vehicle in the virtual world. The location and orientation of the model vehicle in the virtual world thereby represents the location and orientation of the actual vehicle in the real world at the time the corresponding image was recorded by the T-1 camera. The vehicle could then be analyzed from any desired viewpoint in the virtual world.

Superimposing the 3-D vehicle models over the corresponding pixels in the analyzed images in the method described above resulted in the vehicle models being located in reasonable positions on Anton Larson Bay Road. In other words, for each of the five analyzed images of the northbound vehicle, the alignment resulted

3

19304

- Richard Vorder Bruegge report dated February 14, 2013  18029-18032 FBI and Wells_James_00008500 and Wells_James_00008446.ppt
- Michael DiTallo report dated 2/28/2014  Wells_James_00009162 and 00009163
- Christopher Iber email dated August 10, 2012
- 213 Photographs FBI000035854-FBI000018946
- DMV registrations on Kodiak Island
- 2 Excel spreadsheet files; FBI_0000005244 and FBI_0000043511
- Trial transcript of Richard Vorder Bruegge filed 9/23/2014, pages 2313 to 2362
- Trial transcript of Neil Schmidt filed 9/23/2014, pages 2362 to 2378
- Trial transcript of Angelo Toglia filed 9/23/2014, pages 2473 to 2539
- Trial transcript of Michael DiTallo filed 9/23/2014, pages 2732 to 2787

## C. ANALYSIS

The video folders contain video that was stored in a database format by directories that contain the camera name, year, date and time. Each folder contains two "archive" files (.idx and .iva), where the idx file contains the time stamp data, and the iva file contains the video data. The Video Commander software version 4.08R6 was used to view the videos. The videos have about 4 frames per second and a 640 by 480 pixels resolution. The video with the date and time folders listed as 04-12-2012 starts at 6:45 am and ends at 7:45 am. The video with the date and time folders listed as 04-19-2012 starts at 3:00 pm and ends at 5:00 pm. The Video Commander software contains a screenshot .jpg image file export feature. Digital video is a series of digital images (frames). Image resolution in the vertical and horizontal direction is how many pixels (digital points of color) are used to create the image. More pixels in an image provide greater the resolution and detail of objects in the image. The video resolution in these videos is consistent with standard definition 480p video. A key component of image detail is the distance of the object of interest from the camera and where the object is located in the image. Same sized objects that are closer to the camera will occupy a greater number of pixels than the object farther away from the camera.

The T1-T2… mp4 files are up-sampled (greater resolution and frame rate) versions of the surveillance videos combining the view of two cameras (T1 and T2 cameras) into one image with two time stamps that start at 6:30 am and end at 7:45 am.

There are two camera views that depict the area around the Coast Guard Station exterior. Photograph 1 shows the Google Earth view of the Station.



2

# Materials Provided

Two ViewCommander videos were provided: They are: (1) T1_20120419_1500-1700 – Suspect vehicle videos, (2) T1_20120419_1500-1700 – Known vehicle videos. Following images were saved from the ViewCommander "save image" feature for color difference analysis.

### Suspect vehicle images

Image: 1-BACKGATE T1--2012-04-12-11-09-21-015
Image: 1-BACKGATE T1--2012-04-12-11-09-21-358
Image: 1-BACKGATE T1--2012-04-12-11-09-21-578
Image: 1-BACKGATE T1--2012-04-12-11-09-21-842
Image: 1-BACKGATE T1--2012-04-12-11-14-31-953

Image: 1-BACKGATE T1--2012-04-12-11-14-32-171
Image: 1-BACKGATE T1--2012-04-12-11-14-32-405
Image: 1-BACKGATE T1--2012-04-12-11-14-32-625

### Known vehicle images

Image: 1-BACKGATE_T1--2012-04-19-19-20-00-030
Image: 1-BACKGATE_T1--2012-04-19-19-20-00-250
Image: 1-BACKGATE_T1--2012-04-19-19-20-00-467
Image: 1-BACKGATE_T1--2012-04-19-19-20-00-703
Image: 1-BACKGATE_T1--2012-04-19-19-20-00-905
Image: 1-BACKGATE_T1--2012-04-19-19-20-01-140
Image: 1-BACKGATE_T1--2012-04-19-19-20-01-342
Image: 1-BACKGATE_T1--2012-04-19-19-27-00-000
Image: 1-BACKGATE_T1--2012-04-19-19-27-00-217
Image: 1-BACKGATE_T1--2012-04-19-19-27-00-421