



**VIDEO ANALYSIS**
4/19/12 – CR-V NORTHBOUND

Collision Research & Analysis

107