**ATTACHMENT F**
**STEVEN BECKER COMPARISONS**



**Figure 4** - Color analysis of the photograph with better Saturation.

The electrical box is still green and both images are of the same paint and general angle.

Three portions of the digital images of the vehicles' side panels were selected for color analysis. A digital image color comparison was performed on the video frames of the northbound and southbound vehicle of interest and Wells' Honda while it traveled northbound and southbound as shown in Figures 5 and 6. Squares of the selected digital color were plotted in Figures 5 and 6, as well as the digital color analysis tool for each of the three positions.



**Figure 5** – Northbound color comparison



12

**ATTACHMENT F**
**STEVEN BECKER COMPARISONS**



**Photograph 10** – dark bumper and dark area behind headlights

Also highlighted in Photograph 10 is the dark area behind the headlights above the wheel well. The area behind the headlight juts out from the wheel well and is darker than the rest of the front quarter panel, similar to Wells' Honda bra. This is also visible in the vehicle of interest northbound, as highlighted in Photograph 11.



14



**Photograph 11** – dark area behind headlights and dark area behind the tailgate

The object behind the rear tailgate is also highlighted in Photograph 11. It has a bright patch on top, consistent with reflecting the sky and the rest is darker than the body and it covers a rounded portion of the tailgate. It extends from the lower portion of the rear window to near the rear bumper.

### Size

Toglia, Vorder Bruegge and DiTallo used reverse projection or inverse camera and 3D models of vehicles, including a CRV, to compare the size of the vehicle of interest to Wells' CRV and other vehicle models. Reverse projection utilizes a known scale of objects placing the viewer at the same location as the surveillance camera. This allows for comparison of dimensions to unknown objects in the images of interest.[3]

Photographs 12 and 13 show a zoomed-in portion of images from the video of the northbound vehicle of interest and the southbound vehicle of interest overlaid with a partially transparent image of Wells' Honda on April 19, 2012.

---

[3] Massa, David, Using Computer Reverse Projection Photogrammetry to Analyze an Animation, SAE 1999-01-0093, and SWGDE Best Practices for the Forensic Use of Photogrammetry, 2015, and Hoogeboom, B et. al., Handbook of Digital Forensics of Multimedia Data and Devices, 2015, and UNITED STATES OF AMERICA v. DARRYL WILLIAMS, No 04-4267



**Robson Forensic** — THE EXPERTS

15