# Assignment from DOJ Office

1. Suspect vehicle(s) appear at about 7:09:20 and 7:14:31 in the View Commander video from 04/12/2012. To what extent can the suspect vehicle's/ vehicles' color in the video be meaningfully numerically quantified?

2. A known vehicle appears twice at a similar location at on the View Commander video from 04/19/2012. To what extent can the known vehicle's color, in both directions, be meaningfully numerically quantified?

3. Do sound scientific principles and techniques permit a comparison of the color of the vehicle depicted on 4/12/2012 at 7:09:20 and 7:14:31 in the 04/12/2012 View Commander video compare to the color of the vehicle depicted in the View Commander video from 04/19/2012 at _____(time).

# Suspected Vehicle Car mask (953) v/s Known Vehicle Car mask (217)



Suspected vehicle image 953 car mask section     Known vehicle image 217 car mask section

Car mask colors are selected from the pixels inside the rectangle ROIs

# DeltaE: Suspected Vehicle Body vs Car mask (Image files 953)



*Green: Suspected car mask color (953)*
*Red: Known vehicle (217)*



Lab_SuspectedVehicle_Carmask = [25.77 10.44 -28.75]
Lab_KnownVehicle_Carmask = [28.65 4.03 -22.07]

|Delta_L| = 2.88
|delta_a*| = 6.41
|delta_b*| = 6.66

**Euclidean color difference:**

deltaE_CIELab (Euclidean) = 9.69

**Perceptual color difference:**

deltaE_2000 (Perceptual) = 4.27

deltaE_2000 (Perceptual with L* common) = 3.69

> Suspected car mask color is dark and is towards deep blue.

Reconstructed colors using L*a*b* values of car masks in Suspected & Known vehicles



Suspect vehicle car mask color ← deltaECIELab = 9.69; dE2K = 4.27 → Known Vehicle car mask color

## Answers

| SN | Assignements | Suspect vehicle L* | Suspect vehicle a* | Suspect vehicle b* | # of Pixels | Known vehicle L* | Known vehicle a* | Known vehicle b* | # of Pixels | deCIELab (Colorimetric) | de2K (Perceptual) | de2K (Common L*) | dL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Color difference b/w suspect vehicle (North) and known vehicle (North) | | | | | | | | | | | | |
|  | Suspect-North (358); Known-North (467,703) | 55.65 | 10.32 | -39.64 | 9495 | 60.21 | 12 | -38.9 | 3984 | 4.93 | 4.43 | 1.58 | |
| 2 | Lighting differences between suspect and known vehicles (North) | | | | | | | | | | | | |
|  | Suspect-North (358); Known-North (467,703) | 55.65 | 10.32 | -39.64 | 9495 | 60.21 | 12 | -38.9 | 3984 | | | | 4.56 |
| 3 | Color differences between Northbound and Southbound vehicle | | | | | | | | | | | | |
|  | Suspect-North (358) | 55.65 | 10.32 | -39.64 | 9495 | | | | | | | | |
|  | Suspect-South (171,625) | 56.51 | 10.28 | -38.2 | 3833 | | | | | 1.68 | 1.08 | 0.72 | |
|  | Known-North (467,703) | | | | | 60.21 | 12 | -38.9 | 3984 | | | | |
|  | Known-South (000,217) | | | | | 52.45 | 10.4 | -37.6 | 2128 | 8.02 | 7.23 | 0.69 | |
| 4 | Color of the back (suspected to be tire) different from the body? | | | | | | | | | | | | |
|  | Suspect-North (358) | 55.65 | 10.32 | -39.64 | 9495 | | | | | | | | |
|  | Suspect-tire (842-tire) | 21.6 | -2.34 | -17.14 | 221 | | | | | 42.73 | 30.18 | | |
| 5 | Color of the bumper different from the body? | | | | | | | | | | | | |
|  | Suspect North (358) | 55.65 | 10.32 | -39.64 | 9495 | | | | | | | | |
|  | Suspect - bumper (953,405) | 21.84 | 9.95 | -28.33 | 997 | | | | | 35.65 | 29.87 | | |
| 6 | Color of the parked blue color vehicle with respect to the color of the body of the suspected vehicle | | | | | | | | | | | | |
|  | Suspect-North (358) | 55.65 | 10.32 | -39.64 | 9495 | | | | | | | | |
|  | Parked blue color vehicle (953) | 56.29 | 4.88 | -31.82 | 31057 | | | | | 9.54 | 2.12 | 2.46 | |
| 7 | Color of suspected vehicle car mask and known vehicle car mask | | | | | | | | | | | | |
|  | Suspect vehicle (953) | 25.77 | 10.44 | -28.75 | 30 | | | | | | | | |
|  | Known vehicle (217) | | | | | 28.65 | 4.03 | -22.1 | 110 | 9.69 | 4.27 | 3.69 | |

# Findings/Conclusions

1. Given the variability that exists in color measurements & analysis (e.g., repeatability, effect of temperature, quantization errors, etc.,), colors of suspect vehicle and known vehicle are the same.

2. Colors of suspect vehicle in both directions (North and South bound) are the same. Similarly colors of known vehicle in both directions (North and South bound) are the same.

3. Colors of the suspect vehicle tire are very different from the body of the suspect vehicle. Suspect vehicle tire color is black.

4. Colors of the bumper for suspect vehicle are different from the body of the suspect vehicle. Bumper color is black.

5. Colors of the suspect vehicle are same as colors of parked blue color vehicle.

6. Colors of the suspect vehicle car mask are same as colors of known vehicle car mask.