
Welcome, Guest
Sign Up  Log In

# John C. Pearson

Sep 7, 2017  1

Stay Informed. Subscribe For Only $1.49 Per Week



f  y  ✉  🖨  ◻

John C. Pearson, age 48, of Palmer, Alaska, went home to heaven on July 10, 2017, after a long battle with cancer. Born Dec. 31, 1968. in California, he was the son of John Maurice Pearson and Roberta Lee Pearson of Forest, Virginia. He was the devoted husband of Cheryl J. Pearson, his loving wife of 27 years.

Surviving are his eight children, Jasmine Burton and husband Daniel Burton of Anchorage, Alaska; Hannah Pike and husband William Pike of Seward, Alaska; John Pearson; Luke Pearson; Timothy Pearson; Holly Pearson; Ethan Pearson; Nathan Pearson; and granddaughter, Anja Pike. He also leaves behind his sisters, Jesseka Bettenhausen of Virginia; Bobbie DeVos of Virginia; Rebekah Jakeman of North Carolina; Anita Moree of South Carolina; and Jerusha Gish of North Carolina; numerous nieces and nephews; and many brothers-in-law, sisters-in-law and family in the lower 48.

John began his military career in the US Army as an X-ray technician, and then received a commission as a 2LT Nurse Officer in 1996 while stationed at Brook Army Medical Center in Texas. He then became an Intensive Care Nurse, was promoted to Captain and served at Tripler Army Medical Center in Hawaii. In 2002, he transferred to the Public Health Service where he served in various positions at Kanakanak Hospital in Dillingham, Alaska. Later, he transferred to Kodiak to continue his nursing career. He then retired as Commander, from Southcentral Foundation out of Anchorage, Alaska.

Following his retirement, John enjoyed his last years hunting, fishing, and traveling with his beloved family and friends in Palmer, Alaska.

A memorial celebration will be held Saturday, Sept. 9, 2017, at 3 p.m. at Alaska Knotty Pine B&B, 3525 Clark-Wolverine Rd., Palmer, Alaska 99645. Please join us with your favorite side dish as we give tribute to this faithful, godly man.

Military Honors at 3:15 p.m.