BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:   steven.skrocki@usdoj.gov
         christina.sherman@usdoj.gov
         kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES MICHAEL WELLS )<br>)<br>Defendant. )<br>_____ ) | No. 3:13-cr-00008-SLG |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

COMES NOW the United States of America, by and through undersigned counsel,

and requests that the Court instruct the jury in accordance with the following list of jury

instructions from the Manual of Model Criminal Jury Instructions for the Ninth Circuit (2010 Edition), unless otherwise indicated, and from the separate instructions attached hereto-, as well as those, if any to be submitted under separate cover.

Leave is respectfully requested to include such other and additional instructions as may become appropriate during the course of trial and request the withdrawal of such instructions that prove inapplicable.

I. **Preliminary Instructions**

    1.1    Duty of Jury

    1.2    The Charge—Presumption of Innocence

    1.3    What Is Evidence

    1.4    What Is Not Evidence

    1.5    Direct and Circumstantial Evidence

    1.6    Ruling on Objections

    1.7    Credibility of Witnesses

    1.8    Conduct of the Jury

    1.9    No Transcript Available to Jury

    1.10    Taking Notes

    1.11    Outline of Trial

II. **Instructions in the Course of Trial**

    2.1    Cautionary Instruction—First Recess

    2.2     Bench Conferences and Recesses

2.3 Stipulated Testimony

2.4 Stipulations of Fact

2.5 Judicial Notice

2.11 Other Crimes, Wrongs or Acts of Defendant

2.13 Evidence for Limited Purpose

**III. Instructions at End of Case**

3.1 Duties of Jury to Find Facts and Follow Law

3.2 Charge Against Defendant Not Evidence—Presumption of Innocence—Burden of Proof

3.3 Defendant's Decision Not to Testify

3.4 Defendant's Decision to Testify

3.5 Reasonable Doubt—Defined

3.6 What Is Evidence

3.7 What Is Not Evidence

3.8 Direct and Circumstantial Evidence

3.9 Credibility of Witnesses

3.10 Activities Not Charged

3.11 Separate Consideration of Multiple Counts—Single Defendant

**IV. Consideration of Particular Evidence**

4.1 Statements by Defendant

4.3 Other Crimes, Wrongs or Acts of Defendant

4.8 Impeachment Evidence—Witness

  4.14 Opinion Evidence, Expert Witness

  4.16 Charts and Summaries Not Admitted into Evidence

  4.17 Charts and Summaries Admitted into Evidence

**V.** **Jury Deliberations**

  7.1 Duty to Deliberate

  7.2 Consideration of Evidence—Conduct of the Jury

  7.3 Use of Notes

  7.4 Jury Consideration of Punishment

  7.5 Verdict Form

  7.6  Communication With Court

**VI.** **Responsibility**

  5.7 Knowingly

**VII.** **Special Offense Instructions**

  8.107 Murder—First Degree (18 U.S.C. § 1111)

  8.112 Killing or Attempting to Kill Federal Officer or Employee (18 U.S.C. § 1114)

  8.71 Firearms—Using, Carrying, or Brandishing in Commission of Crime of Violence or Drug Trafficking Crime (18 U.S.C. § 924(c))

//

//

*United States v. Wells*
3:13-CR-00008-SLG

RESPECTFULLY SUBMITTED, August 21, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney

*United States v. Wells*
3:13-CR-00008-SLG