BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email:   steven.skrocki@usdoj.gov
         christina.sherman@usdoj.gov
         kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS ) <br> ) <br> Defendant. ) <br> _____ ) | No. 3:13-cr-00008-SLG |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the United States of America, by and through undersigned counsel, and requests that the Court, in addition to the standard voir dire questions, asks the

following questions of the prospective jurors:

1. The defendants in this case is James Michael Wells. Do any of you know the defendant, or are you acquainted with the defendant or any member of the defendant's families?
   a. If so, what is the nature of the relationship? Would the relationship tend to make you feel uncomfortable sitting on this case? Would the relationship affect your ability to sit as a fair and impartial juror in this case?
2. Have you ever lived on or visited Kodiak, Alaska?
3. Do you know or have any relationship with any of the attorneys or their colleagues representing a party in this case?
   a. If so, which attorney or colleague? What is the nature of that relationship?
4. Have you, a member of your family or friends, ever worked for a lawyer who practices in the area of criminal defense? For law enforcement? For a lawyer who practices criminal prosecution?
5. Are you related to, or do you know anyone among the potential jurors here today?
   a. Who? What is your relationship with that person?

*United States v. Wells*
3:13-CR-00008-SLG

b. If both of you were selected to be jurors in this case, would you be able to disagree with that person without your disagreement affecting your relationship?

6. Do any of you know any of the witnesses expected to testify? They are: **(Read list provided by each party).**

7. This is a homicide case, there will be evidence that includes crimes scene and some autopsy photos. Do you feel as though it may be particularly difficult for you to view that evidence and remain impartial throughout the trial?

8. Some of you may have heard media reports about this case, without telling us what you heard, have you heard or read media coverage of this case? If so, what was your news source?

9. Have any of you been closely associated with anyone who has been the subject of a legal action involving the United States or who has been prosecuted for any offense?

    a. If so, what is your relationship with that person or persons?
    b. What was the disposition of the case?
    c. Do you think the disposition was fair and proper?
    d. Was there anything about that proceeding that you found upsetting or troubling?

10. Have you, your friends, or any member of your family ever experienced what you consider unfair treatment by law enforcement officers?

a. If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

11. Have you, any close friends, or relatives been arrested for a crime within the last 10 years?

   e. If so, would such an experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

12. Have you, any close friends, or relatives been the victim of a violent crime?

   a. If so, would such an experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

13. Have you ever served on a jury before? What kind of case? Was there anything that the parties or witnesses did that you found upsetting?

   f. Was the jury able to reach a verdict in that case?

   g. Was there anything about that experience that would affect your ability to sit as a fair and impartial juror in this case?

14. Are you employed, and by whom?

15. If you have a spouse or significant other, what do they do for a living?

16. Have you ever written a letter to the editor? What was the topic? What was your opinion?

17. Many people utilize social media these days. If you use social media, do you belong to or follow any pages that take a negative stance on the military, law

*United States v. Wells*
3:13-CR-00008-SLG

4

enforcement, the criminal justice system, or the government? Do you share posts on social media that reflect those views?

18. Do you routinely watch crime shows, particularly those on forensic evidence? If so, what is your favorite or most watched crime show?

19. Are you a member of any clubs or organizations? If so, which ones?

20. You will be instructed that you are to arrive at your verdict without any consideration of what the penalty or sentence will be. Are any of you unable to consider the evidence and arrive at a verdict without considering the possible penalty or sentence?

21. Do you know of any reason why you may be prejudiced for or against the government, for or against any witness, or for or against the defendant, because of the nature of the charges or otherwise? In other words, can you think of any other matter you should call to the Court's attention that may have some bearing on your qualifications as a juror?

22. I will advise you of the law you must apply in this case. Will you be able to follow my instructions even though you may not agree with them? (i.e., suppose after hearing my instructions, you decide you don't like them. Will you be able to follow the law even though you disagree with it?)

23. Is there anyone who thinks they would have significant difficulty working with their fellow jurors as a group to try and arrive at a verdict in this case?

24. This trial is expected to last approximately a month. Do any of you anticipate that the duration of this trial would cause any severe hardship or difficulty for you because of your employment, family circumstances, health, or other reasons?
25. Would jury service in this case, at this time, unduly interfere with your personal or business affairs?
26. Do any of you suffer from any type of physical condition or ailment that would make it extremely difficult or inconvenient as a juror to sit in consideration of this case? Are you currently taking any medication, or have any condition that would affect your concentration and consideration of the evidence in this case?
27. Is there any other reason which may not have been touched upon by the Court in its questions to you which affect your ability to sit as a fair and impartial juror for each side in this case?

RESPECTFULLY SUBMITTED, August 21, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

 s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

//

//

//

*United States v. Wells*
3:13-CR-00008-SLG

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2019,
a true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney

*United States v. Wells*
3:13-CR-00008-SLG