BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>              Defendant. | Case No. 3:13-cr-00008-SLG |

**MOTION TO ACCEPT OVER LENGTH TRIAL BRIEF**

The United States submits the following request to file an over-length trial brief. The response is currently due on August 23, 2019

It respectfully requests permission to file an over-length trial brief of no more than 50 pages. At present, the brief is in the final stages of editing and redactions are being made, thus, the United States in an abundance of caution requests a brief of that length but anticipates it will not need that much of an extension given the editing processing undergoing at present. In other words, if the brief can cover all of the issues in 46 pages the United States will file a 46 page brief. However it is premature to know if 46 pages will cover the issues to be presented to the court. Wherefore, due to that ambiguity, the United States seeks leave to file at 50 pages and appreciates the court's consideration of its request.

RESPECTFULLY SUBMITTED on August 21, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney