IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) Case No. 3:13-cr-00008-SLG |
| vs. | ) ) |
| JAMES MICHAEL WELLS, | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Having duly considered the United States' motion to accept over length trial brief, the motion is hereby GRANTED.

The government shall file an over length brief of no more than 50 pages.

DATED this _____ day of August, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE