Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA  98101
(206) 624-1551
petercamiel@yahoo.com

Gary George Colbath
Federal Public Defender's Agency
425 G Street, Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S NON-OPPOSITION TO |
| | ) | GOVERNMENT NOTICE OF INTENT TO |
| v. | ) | INTRODUCE PRIOR TESTIMONY OF |
| | ) | DECEASED WITNESS, DOC. 1138 |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Wells through counsel does not oppose the government's notice to introduce the prior testimony of deceased witness John Pearson.

Dated this 22nd day of August, 2019.

                                                        Respectfully submitted,

                                                        */s/Peter A. Camiel*
                                                        Peter A. Camiel WSBA 12596

Defendant's Non-Opposition to Notice Re Prior Testimony of Deceased Witness
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)*--1

Case 3:13-cr-00008-SLG   Document 1145   Filed 08/22/19   Page 1 of 2

                                                   */s/Gary Colbath*
                                                   Assistant Federal Public Defender
                                                   Attorneys for Defendant Wells

## **Certificate of Service**

I hereby certify that on the 22nd day of August, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

                           /*s/Peter A. Camiel*
                           Peter A. Camiel

Defendant's Non-Opposition to Notice Re Prior Testimony of Deceased Witness
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--2*

Case 3:13-cr-00008-SLG   Document 1145   Filed 08/22/19   Page 2 of 2