Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
520 Pike Street, Suite 2500
Seattle, WA 98101
(206) 624-1551
petercamiel@yahoo.com

Gary George Colbath
Federal Public Defender's Agency
425 G Street, Suite 800
Anchorage, AK 99501
907-646-3400
Fax: 907-646-3480
Email: gary_colbath@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-CR-00008-SLG |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT'S *EX PARTE* SUBMISSION OF WITNESS INTERVIEW TRANSCRIPT |
| v. | ) ) | OF *IN CAMERA* REVEIW |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) ) | |

Defendant, through his counsel submits *ex parte* the attached witness interview transcript for the Court to review *in camera*.

Dated this 22nd day of August, 2019.

Defendant's *Ex Parte* Submission for *In Camera* Review
*(USA v. James Michael Wells, 3:13-cr-00008-SLG)--1*

Respectfully submitted,

*/s/Peter A. Camiel*
Peter A. Camiel WSBA 12596

*/s/Gary Colbath*
Assistant Federal Public Defender
Attorneys for Defendant Wells

**Certificate of Service**

I hereby certify that on the 22nd of August, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the United States District Court for the District of Alaska using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the district court CM/ECF system.

/*s/Peter A. Camiel*
Peter A. Camiel