IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-0008-SLG |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

After due consideration of defendant's Motion for Leave to Submit the transcript of the defense interview with witness Jason Bullis *ex parte* for *in camera* review, the court GRANTS the motion.

IT IS ORDERED that the defense is directed to submit above-described transcript for *in camera* inspection.

DATED _____, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT