Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG <br><br> **DEFENDANT'S PROPOSED JURY INSTRUCTIONS** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, proposes the following jury instructions for use at trial. First, Mr. Wells proposes the following instructions be taken from the Ninth Circuit Manual of Model Criminal Jury Instructions:

**PRELIMINARY INSTRUCTIONS**

    1.1    Duty of Jury
    1.2    The Charge – Presumption of Innocence
    1.3    What is Evidence
    1.4    What is Not Evidence

1.5   Direct and Circumstantial Evidence
1.6   Rulings on Objections
1.7   Credibility of Witnesses
1.8   Conduct of the Jury
1.10  Taking Notes
1.11  Outline of Trial

**INSTRUCTIONS DURING TRIAL**

2.1   Cautionary Instruction – First Recess
2.2   Bench Conferences and Recesses
2.4   Stipulations of Fact
2.5   Judicial Notice
2.11  Other Crimes, Wrongs or Acts of Defendant
2.13  Evidence for Limited Purpose

**INSTRUCTIONS AT END OF CASE**

3.0   Cover Sheet
3.1   Duty of Jury to Find Facts and Follow Law
3.2.  Charge Against Defendant Not Evidence – Presumption of Innocence – Burden of Proof
3.3   Defendant's Decision Not to Testify
  [or]
3.4   Defendant's Decision to Testify
3.5   Reasonable Doubt Defined
3.6   What is Evidence
3.7   What is Not Evidence
3.8   Direct and Circumstantial Evidence
3.9   Credibility of Witnesses
3.10  Activities Not Charged (Modified)
3.11  Separate Consideration of Multiple Counts-Single Defendant

**CONSIDERATION OF PARTICULAR EVIDENCE**

4.1   Statements by Defendant
4.3   Other Crimes, Wrongs or Acts of Defendant (Modified)
4.8   Impeachment Evidence – Witness
4.14  Opinion Evidence – Expert Witness
4.16  Charts and Summaries Not Admitted into Evidence
4.17  Charts and Summaries Admitted into Evidence

### RESPONSIBILITY

5.4   Specific Intent (Modified)
5.7   Knowingly – Defined

### SPECIAL INSTRUCTIONS

6.0   Theory of Defense (Submitted Herewith)
6.1   Alibi

### JURY DELIBERATIONS

7.1   Duty to Deliberate
7.2   Consideration of Evidence
7.3   Use of Notes
7.4   Jury Consideration of Punishment
7.5   Verdict Form
7.6   Communication with Court

### OFFENSE RELATED

8.107  Murder – First Degree (18 USC 1111)
8.112  Killing or Attempting to Kill Federal Officer or Employee (18 USC 1114)

8.71   Firearms – Using, Carrying, or Brrandishing in Commission of Crime of Violence or Drug Trafficking Crime (18 USC 924(c))

In addition, Mr. Wells proposes the following additional instructions, attached hereto, and reserves the right to submit additional proposed instructions as warranted at the close of all evidence:

### ADDITIONAL PROPOSED DEFENSE INSTRUCTIONS

Theory of Defense (A)

//

//

//

DATED this 23rd day of August, 2019.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 23, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*