# DEFENDANT'S PROPOSED INSTRUCTION NO. A

# THEORY OF DEFENSE

It is James Wells' position that a person or persons other than him committed the crimes charged. Mr. Wells is not required to prove another person's guilt. It is the prosecution that has the burden of proving Mr. Wells guilty beyond a reasonable doubt. If, after considering all of the evidence, including any evidence that another person may have committed the crimes charged, you have a reasonable doubt that Mr. Wells committed the crimes charged, you must find Mr. Wells not guilty. If, after considering all of the evidence presented, you are convinced beyond a reasonable doubt that Mr. Wells committed the crimes charged, you must find Mr. Wells guilty.

Authority: Fed. Jury Prac. & Instr. § 19:01 (6th ed.);
*Mathews v. U.S.,* 485 U.S. 58, 63, 108 S. Ct. 883, 99 L. Ed. 2d 54 (1988);
*U.S. v. Bear*, 439 F.3d 565, 568 (9th Cir.2006); and
*United States v. Opdahl,* 930 F.2d 1530, 1534 (11th Cir.1991).

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG