BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | No. 3:13-cr-00008-SLG |

**NOTICE OF ERRATA IN UNITED STATES' TRIAL BRIEF**

The United States files with the court a notice of errata with respect to two

witnesses appearing during trial for the United States and which were referenced in the

United States' trial brief. In the trial brief the United States made mention that expert witness Steven Becker had appeared in the prior proceeding. That was not the case, Mr. Becker is a new expert for this trial, and appropriately noticed/discovered to the defense. In addition, the United States omitted Richard Vorder Brugge as an expert witness who will be testifying at trial. Mr. Vorder Brugge, did testify in the prior proceeding as an expert on the United States' expert list. Mr. Vorder Brugge will be testifying in the United States case in chief, and the defense has been appropriately noticed and discovery provided.

RESPECTFULLY SUBMITTED August 26, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney

*U.S. v Wells*
3:13-cr-00008-SLG     Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1165   Filed 08/26/19   Page 2 of 2