# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

JAMES MICHAEL WELLS,

                Defendant.

Case No. 3:13-cr-00008-SLG

*Proposed* **ORDER**

      After due consideration of defendant's Motion for Leave for Telephonic Observation the court GRANTS the motion.

      IT IS ORDERED that Mrs. Nancy Wells is permitted to call in to the hearing scheduled in this case on August 30, 2019, at 9:00 a.m.  Mrs. Wells is directed to call (907) _____ five minutes before the scheduled hearing time.

      DATED August ____, 2019, in Anchorage, Alaska.

_____
      Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT