IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | *Proposed* ORDER |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of the defendant's Motion for Expedited Consideration, the motion is GRANTED

DATED this \_\_\_\_\_ day of August, 2019, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT