Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DECLARATION OF COUNSEL**<br>**(Filed Pursuant to 28 U.S.C. § 1746)** |

  I, Gary Colbath, declare under penalty of perjury that the following is true and accurate to the best of my belief and knowledge:

    1.  I am an Assistant Federal Defender for the District of Alaska.

    2.  I represent James Wells in this matter.

    3.  Expedited consideration of the principle motion filed at Doc. 1173 is necessary because the hearing is currently set for this Friday, August 30, 2019, at 9:00 a.m.

DATED at Anchorage, Alaska this 28th day of August, 2019.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

<u>Certification</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 28, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*