MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:        CAROLINE EDMISTON

OFFICIAL REPORTER:        SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                  KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD 08/30/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:19 a.m. court convened.

Court and counsel heard re parties estimate for length of trial
to be 4-5 weeks.

Parties are working together to stipulate exhibits and other
issues prior to trial.

Trial will be held Monday through Thursday and half day on
Fridays. No trial will be held on October 4, 2019.  Trial to start
at 8:30 a.m. with the jury coming in at 9:00 a.m.

Court ordered Mr. Colbath to notify the court as soon as possible
if Mr. Wells will be waiving his appearance for side bars during
jury selection and during trial.

The jury panel will consist of 16 jurors, 4 alternates which will
be picked at the end of trial before deliberations.

Court will address the proposed jury panel that they will be
referred to by their jury number only.

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

Court and counsel heard re voir dire, challenges to be made
outside the presence of the proposed jury panel, proposed jury
questionnaire will have added language "How do you get your
news?".

Peremptory challenges to be held on record outside the presence
of the proposed jury panel.  If all peremptory challenges are not
used the last proposed juror on the proposed jury panel list will
be excused.

Court and counsel heard re witnesses, the government will be
calling one witness by VTC and all exhibits will be forwarded to
the witness ahead of time for review during testimony.  Mr.
Colbath may request a brief recess to email additional exhibits
to the witness if needed.

The government will be using testimony of a deceased witness and
will either have a reading of the transcript of the testimony or
will play the audio of the testimony.

Opening statements will be up to 30 minutes each side.

Court will get rulings on all pending motions out as soon as
possible.

Court advised the parties that re-cross examination will be
precluded unless new material is introduced during re-direct
examination.

The government will be playing all of Mr. Well's statements to
law enforcement, as discussed in court.

Court and counsel heard re parties' request to get a copy of the
proposed jury list prior to trial.  Court will enter an order
that the proposed jury list to be provided to the parties by
Friday, September 6th as discussed in court.

Continued to Page 3

(Revised 1-29-2015)

----------------------------------------------------------------

Court and counsel heard witnesses being called and their order, physical evidence/exhibits will be reviewed by the defense on September 4th at the government's office; Coast Guard witnesses will be testifying in their uniforms; outstanding motions; defendant may need to call some expert witnesses out of order if trial runs longer than anticipated.

Witness Exclusionary Rule invoked with exceptions as discussed in court.

Court advise the parties if a status hearing is necessary to contact chambers as soon as possible and will schedule a hearing on Friday, September 6th if needed.

At 10:11 a.m. court adjourned.

DATE:_____August 30, 2019_____DEPUTY CLERK'S INITIALS: ____CME_____

(Revised 1-29-2015)