# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>  v. <br><br>JAMES MICHAEL WELLS, <br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER REGARDING DISCLOSURE OF JUROR INFORMATION

On August 30, 2019, the Court held a Final Pretrial Conference in this matter. As discussed at the Final Pretrial Conference, the Court will provide a list of potential jurors one business day prior to trial. The parties agreed that the list would be provided to counsel for the government and counsel for the defendant, and the government would share with defense counsel any information it gathered from APSIN[1] regarding the potential jurors. The Court agrees to this plan with the following limitations:

Defense counsel may not share or discuss personal identifiers of the potential jurors with the defendant. Personal identifiers include potential jurors' names, addresses, phone numbers, social media usernames, or other specific identifying information. Defense counsel also may not share or discuss this information with anyone outside of the defense team. The defense team includes co-counsel, investigators, jury experts, and office staff.

---

[1] APSIN is the Alaska Public Safety Information Network, which allows law enforcement access to criminal histories and other information related to law enforcement duties. Alaska Dept. of Public Safety, Division of Statewide Services (available at htttps://pds.alaska.gov/statewide) (last accessed May 3, 2019).

However, defense counsel may share and discuss with the defendant descriptive information about potential jurors derived from APSIN, social media, or other publicly available sources, but this information may not be left with the defendant and instead must be removed from the jail at the end of any professional visit.

IT IS SO ORDERED.

DATED this 30th day of August, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:13-cr-00008-SLG, *United States v. Wells*
Order Re: Disclosure of Juror Information
Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1182   Filed 08/30/19   Page 2 of 2