BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
　　　　christina.sherman@usdoj.gov
　　　　kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF PARTIES AGREED UPON STATEMENT TO BE READ DURING JURY SELECTION**

COMES NOW the United States of America, by and through above-named counsel,

and files with this Court notice of the parties agreed upon statement of the case to be read to the prospective jurors during jury selection.

At the final pretrial conference on August 30, 2019, the Court discussed the need for a statement describing the case beyond reading the indictment. The parties have consulted since that time and agreed that the below statement should be read when the Court is explaining the charges to the prospective jurors:

> This is a criminal case in which the government has charged James Wells with violations of 18 U.S.C. § 7(3) and 1111(a)&(b), Murder in the First Degree (Counts I & II); 18 U.S.C. § 1114 and 1111, Murder of an Officer or Employee of the United States (Counts III & IV); and 18 U.S.C. § 924(c)&(j), Possession and Use of a Firearm in Relation to a Crime of Violence (Counts V & VI). These charges arise out of the April 12, 2012, shooting deaths of USCG Petty Officer First Class James Hopkins and USCG civilian employee Richard Belisle, at the Communications Station (COMMSTA) Kodiak, Rigger Shop, Kodiak Island, Alaska. Mr. Wells has pleaded not guilty to each of the charges brought against him.

RESPECTFULLY SUBMITTED September 3, 2019, in Anchorage, Alaska.

        BRYAN SCHRODER
        United States Attorney

        s/Christina Sherman
        CHRISTINA SHERMAN
        Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019,
a true and correct copy of the foregoing
was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney