IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

**NOTICE TO PARTIES REGARDING AGREED UPON STATEMENT TO BE READ DURING JURY SELECTION**

  Before the Court at Docket 1202 is the United States' Notice of Parties Agreed Upon Statement to be Read During Jury Selection. The notice reads, in part, that the government has charged the defendant with "Possession and Use of a Firearm in Relation to a Crime of Violence (Counts V & VI)."[1]

  Although the caption of the Indictment reads "Counts 5 and 6: Possession and Use of a Firearm in Relation to a Crime of Violence,"[2] the Court notes that the Indictment does not charge Mr. Wells with *possession* of a firearm in violation of 18 U.S.C. § 924(c). Counts 5 and 6 substantively allege that "[o]n or about April 12, 2012, in the District of Alaska, defendant JAMES MICHAEL WELLS did knowingly *use and carry a firearm . . . during and in relation to a crime of violence* . . . ."[3] In contrast, the "possession" clause of 18 U.S.C. § 924(c) requires proof that a defendant "possesse[d]" a firearm "in

---

[1] Docket 1202 at 2.

[2] Docket 7 at 1 (Indictment).

[3] Docket 7 at 3–4 (emphasis added).

furtherance of" a crime of violence. The Indictment does not contain any language alleging that Mr. Wells "possessed" a firearm "in furtherance of" a crime of violence.

Accordingly, the Court proposes to read the following statement (amendment in bold):

> This is a criminal case in which the government has charged James Wells with violations of 18 U.S.C. § 7(3) and 1111(a)&(b), Murder in the First Degree (Counts I & II); 18 U.S.C. § 1114 and 1111, Murder of an Officer or Employee of the United States (Counts III & IV); and 18 U.S.C. § 924(c)&(j), **Using and Carrying** a Firearm in Relation to a Crime of Violence (Counts V & VI). These charges arise out of the April 12, 2012, shooting deaths of USCG Petty Officer First Class James Hopkins and USCG civilian employee Richard Belisle, at the Communications Station (COMMSTA) Kodiak, Rigger Shop, Kodiak Island, Alaska. Mr. Wells has pleaded not guilty to each of the charges brought against him.

Parties shall file any objections to this amendment by **September 6, 2019.**

DATED this 4th day of September, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:13-cr-00008-SLG, *United States v. Wells*
Notice Re: Agreed Upon Statement to be Read During Jury Selection
Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1216   Filed 09/04/19   Page 2 of 2