BRYAN SCHRODER
United States Attorney

KIMBERLY SAYERS-FAY
JONAS WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
jonas.walker@usdoj.gov



*Court Run*
RECEIVED
JUL 18 2018
FEDERAL PUBLIC DEFENDER
*Thumb Drive*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) ) | RECEIPT FOR COPIES OF DISCOVERY |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

I, Gary George Colbath, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent to me on July 18, 2018, consisting of the following materials:

**Wells18_00040001 – Wells18_00084351** and associated native files

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE RECIPIENT HAS VERIFIED THE ITEMS RECEIVED OR WILL DO SO WITHIN 48 HOURS AND * IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 7/18/18

GARY GEORGE COLBATH
Attorney for Defendant

BRYAN SCHRODER
United States Attorney

KIMBERLY SAYERS-FAY
JONAS WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov
       jonas.walker@usdoj.gov

Courtrun
**RECEIVED**

DEC 14 2018

FEDERAL PUBLIC
DEFENDER

thumbdrive

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) ) ) | RECEIPT FOR COPIES OF DISCOVERY |
| vs. | ) ) | |
| JAMES MICHAEL WELLS, | ) ) | |
| Defendant. | ) | |

I, Gary George Colbath, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., sent to me on December 13, 2018, consisting of the following materials:

**Bates# Wells18_00088586 – Wells18_0009277 and associated native files**

**\*\*\*ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE RECIPIENT HAS VERIFIED THE ITEMS RECEIVED OR WILL DO SO WITHIN 48 HOURS AND \* IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA\*\*\*\***

Date: 12/14/19

GARY GEORGE COLBATH
Attorney for Defendant