BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 3:13-cr-00008-SLG |
| ) | |
| JAMES MICHAEL WELLS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**RESPONSE OF THE UNITED STATES TO WELLS MOTION IN LIMINE TO EXCLUDE 404(b) EVIDENCE RE NATHANIEL PACHECO**

The United States opposes Wells' Motion in Limine to exclude the testimony of

Nathaniel Pacheco under FRE 404(b). In so opposing, the United States relies on its

initial filing at Docket 1217 providing notice to the court and the defense with respect to Mr. Pacheco's information. As said to the defense, and to this court time and time again, the questions posed by this trial team, and the presentation of evidence by this trial team will not duplicate that done before. Mr. Pacheco's information as to Wells in effect, losing his temper with respect to organizing of tools, as he was ordered to do so by Jim Hopkins and as was communicated to Jim Wells is relevant and direct evidence under 401 and should not be precluded. In any event, Mr. Pacheco will not be testifying until the second week of trial so the court may put this aside for the moment and give it due consideration as the trial progresses.

The United States would be, nevertheless, happy to address this at oral argument or at any time the court sees fit at the appointed 8:30 a.m. trial issues conference time slot mentioned by the court during the Final Pretrial Conference. The United States can certainly give the court and the defense a day or two's notice as to the appearance of Mr. Pacheco for testimony. The evidence is relevant under FRE 401 as it will assist the trier of fact to understand the United States' theory at trial as well as to understand the context of the Rigger Shop and Mr. Wells resistance to Mr. Hopkins efforts to manage said shop.

The defense motion should be denied.

RESPECTFULLY SUBMITTED September 7, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2019, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the U.S. Attorney