BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
        christina.sherman@usdoj.gov
        kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:13-cr-00008-SLG |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING SEALED EXHIBIT CONVENTIONALLY**

The United States hereby files the audio recording – one CD– referenced as

Exhibit 2 in the Government's Response in Opposition to Preclude the Testimony of

Government Witness Theresa Kiele (Dkt 1222).

RESPECTFULLY SUBMITTED on September 9, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Kelley Stevens*
KELLEY STEVENS
Special Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ *Kelley Stevens*
Office of the U.S. Attorney