IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) ) ) | Case No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) | |
| Defendant. | ) ) ) | |

## ORDER

Having duly considered the United States' Motion to Accept Conventional Filing, (Docket 1223), the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: September 9, 2019.      */s/ Sharon L. Gleason*
                                                     U.S. DISTRICT COURT JUDGE