```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY - DAY 1 HELD 09/9/2019
```

At 8:38 a.m. court convened without the prospective juror's present.

Court and counsel heard re video clips, emails, expert testimony, parties' agreement to statement of case, court advised counsel what will read to the prospective jurors, Mr. Wells will be present during voir dire and side-bars, will be using numbers to identify jurors, jury selection today, take up pending motions afterwards, opening will take place tomorrow.

Court and counsel heard re jurors that are aware of previous guilty verdict, exploring knowledge about prior trial, excusing for cause.

Court and counsel heard re voir dire, re presumption of innocence, pattern jury instructions, expert credibility, jury questions, last week of jury service issues, number of jurors.

At 9:04 a.m. court recessed until 10:01 a.m. with 73 prospective jurors present.

Court welcomes the prospective jurors, trial schedule, introduction of counsel and parties, and case summary.

Continued to Page 2

(Revised 1-29-2015)

```
                    Page 2 – Continuation
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                       Trial by Jury – Day 1
                         September 9, 2019
-----------------------------------------------------------------
```

Oath as to qualifications administered.

General voir dire conducted.

At 11:20 a.m. court recessed until 11:37 a.m. without the prospective juror's present.

Court and counsel heard re use of the word "Expert" and the presumption of innocence, case cited.

Court and counsel heard re excusal of cause for juror's #36 and #57 are excused for cause.

Court and counsel heard re sealed hearing for private individual voir dire of prospective jurors.

At 11:43 a.m. court recessed until 3:20 p.m. with 63 prospective jurors present.

Court instructed clerk to call 36 numbers; 36 numbers called.

Individual voir dire conducted.

At 4:18 p.m. the prospective jurors exited the courtroom.

Court and counsel heard re considerations for excusal for cause and peremptory challenges.

Juror numbers 41, 39, 61, 28, 71, 50, 55, 52, 56, 67, and 49 Excused for Cause.

Court instructed the clerk to call new prospective juror numbers to fill in those seats; 11 juror numbers called.

Individual voir dire conducted.

                        Continued to Page 3

(Revised 1-29-2015)

Court admonished the prospective jury panel and excused the jurors until Tuesday September 10, 2019 at 9:00 a.m.

At 5:04 p.m. the prospective jurors exited the courtroom.

Court and counsel heard re the new 11 prospective jurors that were called and excusal for cause.

Prospective jurors 22, 17, 72, 34, 32 Excused for Cause.

Court and counsel heard re prospective juror #47.

Court and counsel heard re pending motions; court gave tentative rulings on Motion in Limine (DKT 1221), Motion in Limine (DKT 1220), Motion in Limine (DKT 1219).

At 5:20 p.m. court recessed this matter until **Tuesday, September 10, 2019 at 8:30 a.m.**

DATE:   September 9, 2019        DEPUTY CLERK'S INITIALS:   CME

(Revised 1-29-2015)