```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS     NO. 3:13-cr-00008-SLG
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 2 HELD 09/10/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:37 a.m. court convened without the prospective juror's present.

Court and counsel heard re prospective juror #35 was involved in accident on highway and will get here as soon as she can.

Court and counsel heard re follow-up questions for prospective juror #47 and after that will call up more prospective jurors to fill the excused for cause juror numbers 22,17,72,34, 32, and possibly 47.

Court and counsel heard re tentative rulings on motions and sealed orders access.

At 8:42 a.m. court recessed until 9:18 a.m. with prospective juror #47 present.

Court and counsel heard re prospective juror #47 hardship issues.

At 9:21 a.m. prospective juror #47 exited the courtroom.

Court and counsel heard re prospective juror #47; Excused for Cause.

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

Court and counsel heard re voir dire questioning.

At 9:25 a.m. 46 prospective jurors entered the courtroom.

Court instructed the clerk to call another 6 prospective juror numbers; 6 numbers called.

Individual voir dire conducted.

Individual voir dire conducted by counsel.

At 9:53 a.m. court recessed until 10:11 a.m. without the prospective juror's present.

Court and counsel heard re prospective juror #18

At 10:20 a.m. 46 prospective jurors entered the courtroom.

Court inquired of prospective jurors re knowledge of victims in the case.

Court and counsel heard re juror #42; Excused for cause.

Court instructed the clerk to call another prospective juror number; juror number 27 called.

Individual voir dire conducted.

Court and counsel heard re juror #27; Excused for cause

Court instructed the clerk to call another prospective juror number; juror number 45 called.

Individual voir dire conducted.

Individual voir dire conducted by counsel.

Continued to Page 3

(Revised 1-29-2015)

--------------------------------------------------------------

Court and counsel heard prospective jurors #21, #20, #18, and #15 additional comments by jurors.

Court thanked and excused prospective juror #18.

Court instructed the clerk to call another prospective juror; clerk calls prospective juror #58.

Individual voir dire and voir dire by counsel conducted.

At 11:02 the prospective jurors exited the courtroom.

Court and counsel heard re peremptory challenges.

At 11:06 a.m. court recessed until 11:23 a.m. without the prospective juror's present.

Peremptory Challenges taken.

Prospective juror numbers 37, 45, 69, 30, 30, 21, 65, 73, 16, 43, 10, 25, 8, 59, 70, 35, 15, 2, 66, 44, and 23 Excused.

At 11:39 a.m. the prospective jurors entered the courtroom.

Court calls 16 juror numbers; 33, 46, 20, 4, 5, 12, 51, 60, 54, 62, 9, 19, 63, 53, 14, and 58 selected as jurors.

Court thanked and excused the excess prospective jurors.

Court addressed the jury panel re trial scheduling.

Oath as to trial jurors administered.

Court read the jury instructions to the jury panel.

Opening Statements heard.

Continued to Page 4

(Revised 1-29-2015)

At 12:13 p.m. the court recessed until 12:28 p.m. with the jury panel present.

Opening statements heard.

At 1:08 p.m. court recessed until 2:09 p.m. without the jury panel present.

Court and counsel heard re defendant's opening statement, age of case, date of conviction, possible limiting instruction, length of investigation, fuel card issue (DKT 1081), and jury perception of case.

At 2:23 p.m. court recessed until 2:30 p.m. with the jury panel present.

Scott Allen Reckner sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 173, 220, 222, 236, 252 **ADMITTED.**

At 4:01 p.m. court recessed until 4:16 p.m. with the jury panel present.

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Plaintiff Exhibit 35, 235 **ADMITTED**.

At 4:53 p.m. the jury panel exited the courtroom to reconvene Wednesday, September 11, 2019 at 9:00 a.m.

Court and counsel heard re trial schedule for tomorrow.

At 4:54 p.m. court recessed this matter to reconvene **Wednesday September 11, 2019 at 8:30 a.m.**


DATE:   September 10, 2019      DEPUTY CLERK'S INITIALS:   CME

(Revised 1-29-2015)