| | | | |
|---|---|---|---|
| AO 435 (Rev. 04/18) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | **FOR COURT USE ONLY** **DUE DATE:** |

| 1. NAME Maiker Vang | 2. PHONE NUMBER 907-271-3296 | 3. DATE 9/11/19 | |
|---|---|---|---|
| 4. MAILING ADDRESS 222 W. 7th Ave., Room 253 | 5. CITY Anchorage | 6. STATE AK | 7. ZIP CODE 99513 |
| 8. CASE NUMBER 3:13-cr-00008 | 9. JUDGE Gleason | DATES OF PROCEEDINGS 10. FROM 9/10/19 | 11. 9/10/19 |
| 12. CASE NAME U.S. vs. Wells | | LOCATION OF PROCEEDINGS 13. CITY Anchorage | 14. STATE AK |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Trial by Jury Day-2 | 9/10/19 |
| [ ] BAIL HEARING | | (Defense Opening Statement) | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| 14-Day | $4.25 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| EXPEDITED | $4.85 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| 3-Day | $5.45 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| DAILY | $6.05 per page [✓] | [ ] | NO. OF COPIES | 32 | $ 193.60 |
| HOURLY | $7.25 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| REALTIME | Call for info [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

| | |
|---|---|
| ESTIMATE TOTAL | $ 193.60 |

| 18. SIGNATURE s/Maiker Vang | PROCESSED BY |
|---|---|
| 19. DATE 09/11/2019 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY