IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-cr-00008-SLG |
| | ) |
| JAMES MICHAEL WELLS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

Having duly considered the United States' Motion for Curative Instruction, the

motion is hereby GRANTED.

DATED this _____ day of September, 2019, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE