BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys
KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cr-00008-SLG<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXPEDITED CONSIDERATION**
(L. Civ. R. 7.3(a))

The United States of America, by and through undersigned counsel, respectfully files this motion to move the Court for an order on the government's Motion for Curative Instruction.

A declaration supporting this motion for expedited consideration will follow.

RESPECTFULLY SUBMITTED on September 11, 2019, at Anchorage, Alaska.

        BRYAN SCHRODER
        United States Attorney

        *s/ Steven Skrocki*
        STEVEN SKROCKI
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney

Page 2 of 2    Govt. Mot. for Expedited Consideration
*United States v. Wells*
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 1234   Filed 09/11/19   Page 2 of 2