IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Having duly considered the United States' motion for expedited consideration, the motion is hereby GRANTED.

DATED this _____ day of September, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE