BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
         christina.sherman@usdoj.gov
         kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:13-cr-00008-SLG |

**DECLARATION OF AUSA STEVEN E. SKROCKI IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION (28 U.S.C. § 1746)**
**(L. Civ. R. 7.3(a)(1)(A))**

I, Steven E. Skrocki, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2. On September 10, 2019, the parties gave opening statements in *United States v. Wells*. In the defendant's opening statement, the United States identified issues that it believed warranted consideration by the Court. That evening, at approximately 10:08, the United States sent an email to the Court with Defense Counsel copied in which it identified the issues of concern. Defense Counsel replied 45 minutes later.

3. On the morning of September 11, 2019, the Court heard argument on the issues raised in the United States' email. At that time, the Court denied relief, and advised the United States to file a motion with a proposed curative jury instruction that might address the issues raised in the United States' email. Expedited consideration of this motion is required given the Court's advisement to the United States, and the need to

//
//
//
//
//
//

address this issue as expeditiously as possible given the fact that the trial in this case is ongoing.

      RESPECTFULLY SUBMITTED September 11, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019,
a copy of the foregoing was served
electronically on the following:

Counsel of Record

s/ Steven Skrocki
Assistant United States Attorney