```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __JAMES MICHAEL WELLS__  NO. __3:13-cr-00008-SLG__
Defendant: __X__ Present __X__ In Custody

BEFORE THE HONORABLE: __SHARON L. GLEASON__

DEPUTY CLERK: __CAROLINE EDMISTON__

OFFICIAL REPORTER: __SONJA L. REEVES__

UNITED STATES' ATTORNEY: __STEVEN SKROCKI, CHRISTINA SHERMAN,__
                         __KELLEY L. STEVENS__

DEFENDANT'S ATTORNEY: __GARY COLBATH, PETER CAMIEL__

PROCEEDINGS: TRIAL BY JURY – DAY 3 HELD 09/11/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened without the jury panel present.

Court and counsel heard re Order prohibiting either side from referencing the 7 year time period that it has taken to take this case to trial; parties agreed.

Court and counsel heard re emails being part of the official record.

Court and counsel heard re Mr. Skrocki's request that the court should consider an admonition re defendant's opening statement and instruction to the jury; Court requested that Mr. Skrocki to file a motion for consideration.

Court and counsel heard re addressing the jury panel re parties not talking to them if they see them.

At 8:42 a.m. court recessed until 9:02 a.m. with the jury panel present.

Court addressed the jury panel re seeing counsel and parties in public.

(Revised 1-29-2015)

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 36, 37, **ADMITTED**.

At 9:39 a.m. court recessed until 9:49 a.m. without the jury panel present.

Court and counsel heard re limiting jury instruction re tree issue.

At 9:55 a.m. the jury panel entered the courtroom.

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 67, **ADMITTED**.

At 10:48 a.m. the jury panel exited the courtroom.

Court and counsel heard re discovery statements by others.

Court and counsel heard re limiting instruction and verbiage.

At 10:53 a.m. court recessed until 11:03 a.m. without the jury panel present.

Court and counsel heard re verbiage of limiting instruction.

At 11:07 a.m. the jury panel entered the courtroom.

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 33, 227, 229, 230 **ADMITTED**

At 11:26 a.m. the jury panel exited the courtroom.

Court and counsel heard re limiting instruction.

Continued to Page 3

(Revised 1-29-2015)

At 11:28 a.m. court recessed until 12:21 p.m. without the jury panel present.

Court and counsel heard re parties' agreement re limiting instruction.

Court and counsel heard re Motion for Curative Instruction at Docket 1233; **GRANTED.**

Motion for Expedited Consideration at Docket 1234 is **GRANTED.**

Motion in Limine to Limit Testimony of Government Witness Terry Kiele at Docket 1219 is **DENIED IN PART AND GRANTED IN PART**, as discussed on record.

Motion in Liminie re Testimony of Fear of James Wells at Docket 1220 is **GRANTED.**

Motion in Limine to Exclude 404(b) Evidence re Witness Nathaniel Pacheco at Docket 1221 is **GRANTED.**

At 12:31 p.m. court recessed until 12:35 p.m. with the jury panel present.

Court read limiting instruction to the jury panel.

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 34,     **ADMITTED**
Defendant's Exhibit DE-115, DE-124,DE-168 **ADMITTED.**

At 1:51 p.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits.

At 1:53 p.m. court recessed until 2:09 p.m. with the jury panel present.

Continued to Page 4

(Revised 1-29-2015)

Page 4 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 3
September 11, 2019
----------------------------------------------------------------

Scott Allen Reckner resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit DE-209, DE-210 **ADMITTED**

At 3:09 p.m. the jury panel exited the courtroom.

Court and counsel heard re witness Scott Allen Reckner, excused and released.

At 3:11 p.m. court recessed until 3:26 p.m. without the jury panel present.

Court and counsel heard re defendant's exhibit DE-168A; **ADMITTED** with marked changes.

At 3:28 p.m. the jury panel entered the courtroom.

Nicola Anne Belisle sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 221 **ADMITTED**.

At 4:04 p.m. court recessed until 4:18 p.m. with the jury panel present.

Nicola Anne Belisle resumed the stand and testified further on behalf of the plaintiff.

Cody Jay Beauford sworn and testified on behalf of the plaintiff.

At 4:51 p.m. the jury panel exited the courtroom to reconvene Thursday, September 12, 2019 at 8:45 a.m.

Court and counsel heard witness testimony and impeachment issues.

At 4:52 p.m. court recessed to reconvene **Thursday, September 12, 2019 at 8:30 a.m.**

DATE:      September 11, 2019         DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)