MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 4 HELD 09/12/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:47 a.m. court convened with the jury panel present.

Cody Jay Beauford resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 40, 41, 43, 44, 45, 46, 47, 48, 49, 126 **ADMITTED**.

At 9:56 a.m. the court recessed until 10:12 a.m. with the jury panel present.

Aaron Scott Coggins sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 105 **ADMITTED**.

Donald Rudat sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 7A **ADMITTED**.
Plaintiff's Exhibit 62, 172 **IDENTIFIED**.

Kelly Brockett sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 118 **ADMITTED**.

At 12:00 p.m. court recessed until 1:14 p.m. with the jury panel present.

(Revised 1-29-2015)

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN, KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 4 HELD 09/12/2019

At 8:47 a.m. court convened with the jury panel present.

Cody Jay Beauford resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 40, 41, 43, 44, 45, 46, 47, 48, 49, 126 **ADMITTED**.

At 9:56 a.m. the court recessed until 10:12 a.m. with the jury panel present.

Aaron Scott Coggins sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 105 **ADMITTED**.

Donald Rudat sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 7A **ADMITTED**.
Plaintiff's Exhibit 62, 172 **IDENTIFIED**.

Kelly Brockett sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 118 **ADMITTED**.

At 12:00 p.m. court recessed until 1:14 p.m. with the jury panel present.

Continued to Page 2

(Revised 1-29-2015)

----------------------------------------------------------------

Kelly Brockett resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 73, 74, 127, 128 **ADMITTED**.
Defendant's Exhibit DE-247, DE-248, DE-249, **ADMITTED**.

Andrew DeVries sworn and testified on behalf of the plaintiff.

Daniel W. Smith sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 52, 53, **ADMITTED**.

William Weth sworn and testified on behalf of the plaintiff.

At 2:09 p.m. court recessed until 2:25 p.m. with the jury panel present.

Williard Samuel Ellis sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 87, 88, 89, 91, 93, 253, **ADMITTED**.
Defendant's Exhibit DE-28, DE-29, DE-30, DE-159, DE-160, DE-250, **ADMITTED**.

Joshua Christian Honour sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-217 **ADMITTED**.

At 3:32 p.m. court recessed this matter until 3:49 p.m. with the jury panel present.

Michael Birch Haselden sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 55, 56, 57, 59, 60, 61, 62 **ADMITTED**.

At 4:39 p.m. the jury panel exited the courtroom to reconvene Friday, September 13, 2019 at 8:30 a.m.

Continued to Page 3

(Revised 1-29-2015)

Court and counsel heard exhibits, providing names of expert witnesses, government and defendant will provide a binder to the court as soon as possible.

Court and counsel heard re testimony of Trooper Dupra.

At 4:47 p.m. court recessed to reconvene **Friday, September 13, 2019 at 8:30 a.m.**

DATE:     September 12, 2019       DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)