```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 5 HELD 09/13/2019
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:35 a.m. court convened with the jury panel present.

Michael Birch Haselden resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 63, 64, 65, 66, **ADMITTED**.

At 9:51 a.m. the court recessed until 10:07 a.m. with the jury panel present.

Michael Birch Haselden resumed the stand and testified further on behalf of the plaintiff.

Defendant's Exhibit DE-261, DE-261A, DE-261B, DE-261C, DE-261D, DE-261E, DE-261F, DE-261G, DE-262, DE-262A, **ADMITTED**.
Defendant's Exhibit DE-129 **IDENTIFIED.**

At 10:51 a.m. court recessed until 11:02 a.m. without the jury panel present.

Court and counsel heard re Defendant's Exhibit DE-129 and parties' stipulation.

At 11:04 a.m. the jury panel entered the courtroom.

Continued to Page 2

(Revised 1-29-2015)

Michael Birch Haselden resumed the stand and testified further on behalf of the plaintiff.

Alan Warren Jones sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 75, 226, **ADMITTED.**
Plaintiff's Exhibit 223 **IDENTIFIED.**

Defendant's Exhibit DE-45 **IDENTIFIED.**
Defendant's Exhibit DE-46, DE-48 **ADMITTED.**

Court admonished the jury panel and the jury panel exited the courtroom to reconvene on Monday, September 16, 2019 at 9:00 a.m.

Court and counsel heard re two experts testifying on Monday; qualifications to be an expert witness; parties have stipulation of fact that will be read to the jury by the court; Annette Ecret testimony; and possible video objections by defendant.

At 11:54 a.m. court recessed this matter until **Monday September 16, 2019 at 8:30 a.m.**

DATE:   September 13, 2019        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)