```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. **JAMES MICHAEL WELLS**    NO. **3:13-cr-00008-SLG**
Defendant: **X** Present  **X** In Custody

BEFORE THE HONORABLE:    **SHARON L. GLEASON**

DEPUTY CLERK:            **CAROLINE EDMISTON**

OFFICIAL REPORTER:       **SONJA L. REEVES**

UNITED STATES' ATTORNEY: **STEVEN SKROCKI, CHRISTINA SHERMAN,**
                         **KELLEY L. STEVENS**

DEFENDANT'S ATTORNEY:    **GARY COLBATH, PETER CAMIEL**

PROCEEDINGS: TRIAL BY JURY – DAY 6 HELD 09/16/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re Motion to Clarify at Docket [1240]; video conference of witness and placement of video; Juror #8 needs to leave by 3:30 p.m. on Wednesday for walk-through of home; expert witnesses and jury instructions.

At 8:41 a.m. court recessed until 9:01 a.m. with the jury panel present.

Court addressed Juror #8 re leaving at 3:30 p.m. on Wednesday, will not be a problem.

Timothy Tilly sworn and testified on behalf of the plaintiff.

Denise Andersen sworn and testified on behalf of the plaintiff.

Plaintiff's Exhibit 76, 77, 77A, 82, 82A, 83, **ADMITTED**.
Defendant's Exhibit DE-239 (WITH REDACTIONS) **ADMITTED.**
Defendant's Exhibit DE-182, DE-182A **IDENTIFIED.**

At 10:01 a.m. court recessed this matter until 10:16 a.m. without the jury panel present.

                        Continued to Page 2

(Revised 1-29-2015)

---

Court and counsel heard re Defendant's Exhibit DE-182 and DE-182A.
Defendant's Exhibit DE-182A **ADMITTED**.

At 10:21 a.m. the jury panel entered the courtroom.

Denise Andersen resumed the stand and testified further on behalf of the plaintiff.

Vance Newby sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 68, **ADMITTED.**

Dennis Dupras Sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 69, 70, 72, 90, 92 **ADMITTED**.

Court and counsel heard re plaintiff's exhibit 71 ADMITTED (incorrect picture uploaded) and **WITHDRAWN** at this time; government to bring up correct picture later.

Plaintiff's Exhibit 71 **IDENTIFIED**.

Court and counsel heard re expert witnesses.

At 11:49 a.m. court recessed until 1:04 p.m. without the jury panel present.

Court and counsel heard re defendant's oral motion to allow a portion of the transcript of interview with Mrs. Belisle re where Mr. Wells was, into evidence, under 807; **DENIED.**

At 1:11 p.m. the jury panel entered the courtroom.

Dennis Dupras resumed the stand and testified further on behalf of the plaintiff.

Holly Steeves sworn and testified on behalf of the plaintiff.

Continued to Page 3

(Revised 1-29-2015)

Charlene Ann Bell sworn and testified on behalf of the plaintiff.

Annette Ecret sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 85, **ADMITTED**

Amanda Sanford sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 86, 176 **IDENTIFIED**.

Sean Bottary sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 84, 248 **ADMITTED**.
Defendant's Exhibit DE-33, DE-34 **ADMITTED**
Defendant's Exhibit DE-131 **IDENTIFIED**.

At 2:48 p.m. the jury panel exited the courtroom.

Court and counsel heard re questioning of witness Sean Bottary; non-leading questioning.

Court and counsel heard re next witness, jurisdictional elements, and parties' stipulation to read to the jury panel.

At 2:52 p.m. court recessed until 3:05 p.m. without the jury panel present.

Court and counsel heard re parties' stipulation.

At 3:05 p.m. the jury panel entered the courtroom.

Sean Bottary resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit DE-155 **ADMITTED**.

Court and counsel heard re parties' stipulation; stipulation read to the jury panel by Mr. Skrocki.

Continued to Page 4

(Revised 1-29-2015)

Page 4 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 6
September 16, 2019
-----------------------------------------------------------------

Para Danielle Upchurch sworn and testified on behalf of the plaintiff.

At 3:59 p.m. court recessed until 4:14 p.m. with the jury panel present.

Para Danielle Upchurch resumed the stand and testified further on behalf of the plaintiff.

At 4:42 p.m. the jury panel exited the courtroom to reconvene Tuesday, September 17, 2019 at 8:45 a.m.

Court and counsel heard re plaintiff's exhibit 256 of the parties' stipulation to go back to the jury during deliberation; **UNDER ADVISEMENT**.

Court and counsel heard re plaintiff's exhibit 71 **ADMITTED**.

Court and counsel heard re plaintiff's oral motion for conditional relevance of Mr. Wells' Honda CR-V and arguments heard.

At 4:53 p.m. court recessed until 4:58 p.m. without the jury panel present.

Court finds that a jury could reasonably find by a preponderance of evidence that the vehicle that had been presented seen in the April 12th video is Ms. Well's vehicle.

The Court will allow the Government to play the April 19th video, which is of the Wells vehicle.

Court and counsel heard re exhibits to be shown and if will be cumulative, concerns re 403, government's request to get missing defendant's exhibits and what exhibits are missing.
Continued to Page 5

(Revised 1-29-2015)

Page 5 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 6
September 16, 2019

---

Court and counsel heard re defendant's exhibits that will be offered and which ones won't be given to the government and reasons why.

Mr. Colbath will review the exhibits Mr. Skrocki stated that were missing and see what they are and try to remedy before tomorrow morning.

Court and counsel heard re documents meant to be used for impeachment.

Court and counsel heard re Motion to Clarify at Docket [1240].

At 5:12 p.m. court recessed until **8:15 a.m. Tuesday, September 17, 2019.**

DATE:     September 16, 2019          DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)