```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                                DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 7 HELD 09/17/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:17 a.m. court convened without the jury panel present.

Court and counsel heard re Motion to Clarify at Docket [1240].

Court and counsel heard re plaintiff's exhibit 95, 181, 219 **IDENTIFIED**.

Court and counsel heard Daubert Hearing re issues.

Daubert Hearing re issues, as discussed in court set 09/18/2019 at 3:30 p.m.

Court and counsel heard re witness testimony today.

Court and counsel heard re Motion to Clarify at Docket [1240] **GRANTED IN PART, DENIED IN PART AND DEFERRED IN PART**.

Court and counsel heard re green image; Court will make a statement to the jury panel re green image, as discussed in court.

At 9:03 a.m. court recessed until 9:13 a.m. with the jury panel present.

navigation
                         Continued to Page 2

```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                                DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 7 HELD 09/17/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:17 a.m. court convened without the jury panel present.

Court and counsel heard re Motion to Clarify at Docket [1240].

Court and counsel heard re plaintiff's exhibit 95, 181, 219 **IDENTIFIED**.

Court and counsel heard Daubert Hearing re issues.

Daubert Hearing re issues, as discussed in court set 09/18/2019 at 3:30 p.m.

Court and counsel heard re witness testimony today.

Court and counsel heard re Motion to Clarify at Docket [1240] **GRANTED IN PART, DENIED IN PART AND DEFERRED IN PART**.

Court and counsel heard re green image; Court will make a statement to the jury panel re green image, as discussed in court.

At 9:03 a.m. court recessed until 9:13 a.m. with the jury panel present.

                         Continued to Page 2

(Revised 1-29-2015)

Leah Henry sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-200 **ADMITTED**.

Joseph Michael Sturgis sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 78, 79, 80, 81, 172, 231, 234 **ADMITTED**.
Plaintiff's Exhibit 174, 175, 176, 177, 178 **IDENTIFIED**.

At 10:51 a.m. the jury panel exited the courtroom.

Court and counsel heard and voir dire re plaintiff's exhibit 174, 175, 176, 177 **IDENTIFIED.**

Plaintiff's Exhibits 174, 175, 176, 177, 178 **ADMITTED.**

At 10:57 a.m. the court recessed until 11:15 a.m. without the jury panel present.

Court addressed the parties re 403 evidence and plaintiff's exhibits 174-178 that were previously admitted.

At 11:17 a.m. the jury panel entered the courtroom.

Joseph Michael Sturgis resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 91A, 179A **ADMITTED**.
Plaintiff's Exhibit 179 **WITHDRAWN and IDENTIFIED.**

At 11:38 a.m. the jury panel exited the courtroom

Court and counsel heard re witnesses.

At 11:40 a.m. court recessed until 12:51 p.m. with the jury panel present.

Joseph Michael Sturgis resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit DE-158B, DE-195, DE-195A, DE-196, DE-198, DE-199 **ADMITTED.**

Continued to Page 3

(Revised 1-29-2015)

```
                          Page 3 - Continuation
            U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                          Trial by Jury - Day 7
                           September 17, 2019
------------------------------------------------------------------
```

Neil J. Schmidt sworn and testified on behalf of the plaintiff. Plaintiff's Exhibit 94, **ADMITTED.**

At 2:09 p.m. the jury panel exited the courtroom.

Neil J. Schmidt resumed the stand and testified further on behalf of the plaintiff.

At 2:16 p.m. court recessed until 2:26 p.m. with the jury panel present.

Neil J. Schmidt resumed the stand and testified further on behalf of the plaintiff.

At 2:58 p.m. the jury exited the courtroom.

Court and counsel heard re Court to have Daubert Hearing re witness testimony of Steven Becker.

Steven Becker sworn and testified on behalf of the plaintiff.

Court heard arguments re Mr. Berker's testimony; Court will allow the testimony, as discussed in court.

At 3:39 p.m. court recessed until 3:49 p.m. without the jury panel present.

Court and counsel heard re plaintiff's exhibit 259 **IDENTIFIED**, as exhibit used during the Daubert Hearing.

At 3:51 p.m. the jury panel entered the courtroom.

Steven Becker sworn and testified on behalf of the plaintiff. Plaintiff's Exhibit 95 **IDENTIFIED**.

                      Continued to Page 4

(Revised 1-29-2015)

At 4:44 p.m. the jury panel exited the courtroom to reconvene Wednesday, September 18, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling.

At 4:45 p.m. court recessed this matter to reconvene **Wednesday, September 18, 2019 at 8:30 a.m.**

DATE:     September 17, 2019          DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)