```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY - DAY 8 HELD 09/18/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:35 a.m. court convened without the jury panel present.

Court and counsel heard re proposed stipulation to read to the jury panel re demonstrative evidence.

At 8:38 a.m. court recessed until 8:54 a.m. with the jury panel present.

Steven Becker resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 95 **IDENTIFIED.**
Defendant's Exhibit DE-197 **IDENTIFIED.**

At 10:26 a.m. court recessed until 10:49 a.m. with the jury panel present.

Jason Anthony Bullis sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-165 **IDENTIFIED.**

At 11:47 a.m. court recessed until 12:58 p.m. with the jury panel present.

Court and counsel heard re reading limiting jury instruction.

Continued to Page 2

(Revised 1-29-2015)

At 1:01 p.m. the jury panel entered the courtroom.

Court read the limiting jury instruction to the jury panel.

Vicki June Grimes sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 183, 185, 186, 187, 237 **ADMITTED.**
Defendant's Exhibit DE-131 **IDENTIFIED.**
Defendant's Exhibit DE-22, DE-23, DE-24, DE-36, DE-134 **ADMITTED.**

Nathaniel Wesley Pacheco sworn and testified on behalf of the plaintiff.

At 2:02 p.m. the jury panel exited the courtroom.

Nathaniel Wesley Pacheco resumed the stand and testified further on behalf of the plaintiff.

At 2:07 p.m. court recessed until 2:23 p.m. with the jury panel present.

Hernando Acosta sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 258 **ADMITTED.**

Kirk Oberlander sworn and testified on behalf of the plaintiff.

At 3:01 p.m. court recessed until 3:04 p.m. without the jury panel present.

Court and counsel heard re limiting jury instruction.

At 3:06 p.m. the jury panel entered the courtroom.

Kirk Oberlander resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 98, 98T, **ADMITTED.**

Continued to Page 3

----------------------------------------------------------------

Court read the limiting instruction to the jury panel and admonished the jury panel re video.

Plaintiff's Exhibit 98 played for the jury panel and plaintiff's exhibit 98T handed out to the jury panel.

At 3:26 p.m. the jury panel exited the courtroom to reconvene Thursday, September 19, 2019 at 8:45 a.m.

Court and counsel heard re Daubert Hearing.

At 3:27 p.m. court recessed until 3:40 p.m. without the jury panel present.

Court and counsel heard re defendant's focus of issues on plaintiff's witness Angelo Toglia, Jr., and conducting Daubert Hearing on these issues.

Plaintiff's Exhibit 181, 181A, 181B, 182 **IDENTIFIED**.

Daubert Hearing conducted.

Angelo Toglia, Jr. sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 260 **IDENTIFIED**.

Court will allow plaintiff's exhibit 182 to be shown.

Court finds that photogrammetry is a tested theory, as discussed in court.

Court and counsel heard re Motion for Clarification [1240] that portion that was deferred is **DENIED IN PART AND GRANTED IN PART.**

Court will exclude testimony presentation of slides 41-45 and 66-69, as discussed in court.

Continued to Page 4

(Revised 1-29-2015)

Page 4 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 8
September 18, 2019
------------------------------------------------------------------

Court and counsel heard re slides 79 and 84.

Court and counsel heard re verbiage to appear on the bottom of the slides; "This image contains a 3D model of a vehicle".

At 4:34 p.m. court recessed this matte to reconvene **Thursday, September 19, 2019 at 8:30 a.m.**

DATE:     September 18, 2019          DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)