```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 9 HELD 09/19/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened without the jury panel present.

Court and counsel heard re plaintiff's exhibits 99, 99T, 100, 100T, 101, 101T, 102, 102T, 103, 103T **ADMITTED.**

Court and counsel heard regarding recording devices in the courtroom; court addressed parties and spectators that no recording devices are allowed in the courtroom.

Court and counsel heard re trial scheduling.

At 8:41 a.m. court recessed until 8:47 a.m. without the jury panel present.

Court and counsel heard re Mr. Well's medication was changed and there are some comfort issues and breaks might be needed.

At 8:50 a.m. the jury panel entered the courtroom.

Kirk Oberlander resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 99, 99T, 100, 100T, 101, 101T, 102, 102T, 103, 103T **ADMITTED.**

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

At 10:14 a.m. court recessed until 10:33 a.m. with the jury panel present.

Kirk Oberlander resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 104, 104A **ADMITTED**.

At 11:57 a.m. the jury panel exited the courtroom.

Court and counsel heard re trial scheduling.

At 11:58 a.m. court recessed until 1:14 p.m. without the jury panel present.

Court and counsel heard re trial scheduling and reading instruction re defendant's statement.

At 1:18 p.m. the jury panel entered the courtroom.

Kirk Oberlander resumed the stand and testified further on behalf of the plaintiff.
Plaintiff's Exhibit 159 **ADMITTED**.

At 2:55 p.m. the court recessed until 3:11 p.m. with the jury panel present.

Kirk Oberlander resumed the stand and testified further on behalf of the plaintiff.

Court reads jury instruction to the jury panel.

Peter Russel Van Ness sworn and testified on behalf of the plaintiff.

At 4:36 p.m. the jury panel exited the courtroom.

Continued to Page 3

(Revised 1-29-2015)

```
                    Page 3 – Continuation
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                      Trial by Jury – Day 9
                       September 19, 2019
----------------------------------------------------------------
```

Peter Russel Van Ness resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit DE-116, DE-117 **ADMITTED.**

Court addressed the jury panel re trial estimation still at 5 weeks and read the jury instruction to the jury panel.

At 5:01 p.m. the jury panel exited the courtroom to reconvene Friday, September 20, 2019 at 8:30 a.m.

Court and counsel heard re trial scheduling, media attention, and witnesses remaining.

At 5:04 p.m. court recessed until **Friday, September 20, 2019 at 8:30 a.m.**

DATE:   September 19, 2019        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)