```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 10 HELD 09/20/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:38 a.m. court convened with the jury panel present.

Jacob Scott Gerasimof sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 257 **ADMITTED**.
Defendant's Exhibit DE-122 (First 2 slides only) **ADMITTED**.

John Stein sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 249, 250, 251 **ADMITTED**.

At 9:52 a.m. the jury panel exited the courtroom.

Court and counsel heard re spectator's actions or activities in the courtroom during the trial; court admonished everyone re courtroom decorum.

Court and counsel heard re Mrs. Well's will not be called as a witness.

At 9:56 a.m. court recessed until 10:11 a.m. with the jury panel present.

Continued to Page 2

(Revised 1-29-2015)

John Stein resumed the stand and testified further on behalf of the plaintiff.
Defendant's Exhibit DE-192, DE-232 (First 2 pages only), DE-232A (Page 4 of DE-232) **ADMITTED**.

Terrence Lee Stein sworn and testified on behalf of the plaintiff.

James Encinas sworn and testified on behalf of the plaintiff.

Phillip Jordinelli sworn and testified on behalf of the plaintiff.

Troy Edward Lowdermilk sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-188 **IDENTIFIED**.

At 11:37 a.m. the jury panel exited the courtroom to reconvene Monday, September 23, 2019 at 9:00 a.m.

Court and counsel heard re trial scheduling, possible VTC for witnesses, witness testimony, and expert witnesses.

At 11:41 a.m. court recessed this matter until **Monday, September 23, 2019 at 8:30 a.m.**

DATE:  September 20, 2019     DEPUTY CLERK'S INITIALS:   CME

(Revised 1-29-2015)