```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:   GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 11 HELD 09/23/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling and witnesses.

At 8:37 a.m. court recessed until 9:08 a.m. with the jury panel present.

Luke Paul Robinson sworn and testified on behalf of the plaintiff.

Matthew B. Judy sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 238, 239, 240, 241, 263, 264 **ADMITTED**.

Kelvin Skonberg swron and testified on behalf of the plaintiff.
Plaintiff's Exhibit 147, 216, 217 **ADMITTED**.
Defendant's Exhibit DE-49, DE-50, DE-51A, DE-180, **ADMITTED**.
Defendant's Exhibit DE-51A **IDENTIFIED**.

At 10:27 a.m. court recessed until 10:45 a.m. with the jury panel present.

Angelo Toglia, Jr. sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 181, 182 **IDENTIFIED**.

Continued to Page 2

(Revised 1-29-2015)

```
                    Page 2 - Continuation
          U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                       Trial by Jury - Day 11
                         September 23, 2019
-------------------------------------------------------------------
```

At 11:54 a.m. the jury panel exited the courtroom.

Court and counsel heard re trial scheduling.

At 11:55 a.m. court recessed until 1:04 p.m. without the jury panel present.

Court and counsel heard re witness testimony of Ms. Terry; witnesses that were previously called; and using video conference for two potential witnesses.

At 1:10 p.m. court recessed until 1:16 p.m. with the jury panel present.

Arthur Bors sworn and testified on behalf of the plaintiff.

Robert Mitchell Pletnikoff sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-193 **IDENTIFIED.**

Olivia Matsuurra Terry sworn and testified on behalf of the plaintiff.
Defendant's Exhibit DE-19 **ADMITTED.**

Helena Chavez sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 96    **ADMITTED.**
Plaintiff's Exhibit 97 **IDENTIFIED.**

AT 2:11 p.m. the jury panel exited the courtroom.

Court and counsel heard re spousal privilege.

At 2:12 p.m. court recessed until 2:31 p.m. without the jury panel present.

Continued to Page 3

(Revised 1-29-2015)

Page 3 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 11
September 23, 2019
-----------------------------------------------------------------

Court and counsel heard re spousal privilege; Court sustained the objection, as ruled in court.

At 2:40 p.m. the jury panel entered the courtroom.

Helena Chavez resumed the stand and testified further on behalf of plaintiff.
Plaintiff's Exhibit 97 **ADMITTED**.

Angela Strause sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 142, 143, 144, 145, 153, 154, 155, 156, 247 **ADMITTED**.
Defendant's Exhibit DE-218, DE-219 **ADMITTED**.

At 3:24 p.m. court recessed until 3:37 p.m. with the jury panel present.

Gary Charles Bolden sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 161, 203, 204, 206, 207, 208, **ADMITTED**.
Plaintiff's Exhibit 209, 210, 261 **IDENTIFIED**.

At 4:47 p.m. the jury panel exited the courtroom to reconvene Tuesday, September 24, 2019 at 8:45 a.m.

Court and counsel heard re witnesses, trial scheduling, and possible Daubert inquiry of witness.

At 4:50 p.m. court recessed until **Tuesday, September 24, 2019 at 8:30 a.m.**

DATE:     September 23, 2019       DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)