```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 12 HELD 09/24/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

At 8:33 a.m. court recessed until 8:44 a.m. with the jury panel present.

Gary Charles Bolden resumed the stand and testified further on behalf of the plaintiff.

James Richard Schilback sworn and testified on behalf of the plaintiff.

Plaintiff's Exhibit 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 119, 120, 121, 122, 123, 124, 125, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 146, 148, 149, 150, 157, 158, 160, 162, 163, 164, 165, 166, 167, 232, 233, 242, 243, 244, 245, **ADMITTED.**
Defendant's Exhibit DE-43, DE-190, DE-191, DE-290, DE-291, DE-192, DE-293, DE-294, DE-296, **ADMITTED.**

At 10:24 a.m. court recessed until 10:45 a.m. with the jury panel present.

Continued to Page 2

(Revised 1-29-2015)

---

James Richard Schilback resumed the stand and testified further on behalf of the plaintiff.

Defendant's Exhibit DE-193, DE-194, DE-275, DE-276, DE-277, DE-278, DE-279, DE-280, DE-281, DE-282, DE-283, DE-284, DE-285, DE-286, DE-287, DE-288, DE-289 **ADMITTED.**

Robert Shem sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 266 **ADMITTED**.

Brett Mills sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 211, 212, 213, 214, 215, 265 **ADMITTED**.

At 11:57 a.m. the jury panel exited the courtroom.

Court and counsel heard re trial scheduling, witnesses, and reference materials for witnesses.

At 12:01 p.m. court recessed until 1:15 p.m. with the jury panel present.

Brett Mills resumed the stand and testified further on behalf of the plaintiff.

Judy Pletnikoff sworn and testified on behalf of the plaintiff.

Donald Cecil Kiele sworn and testified on behalf of the plaintiff.

Theresa Ann Kiele sworn and testified on behalf of the plaintiff.

At 2:23 p.m. court recessed until 2:42 p.m. with the jury panel present.

Richard W. Vorder Bruegge sworn and testified on behalf of the plaintiff.

Continued to Page 3

(Revised 1-29-2015)

At 3:52 p.m. the jury panel exited the courtroom to reconvene Wednesday September 25, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling, line-up of witnesses for defendant, Jenks material for witnesses, Rule 29 arguments, and jury instructions.

At 3:58 p.m. court recessed this matter until **Wednesday, September 25, 2019 at 8:30 a.m.**

DATE:   September 24, 2019        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)