```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. <u>JAMES MICHAEL WELLS</u>   NO. <u>3:13-cr-00008-SLG</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>  SHARON L. GLEASON                </u>

DEPUTY CLERK: <u>          CAROLINE EDMISTON               </u>

OFFICIAL REPORTER: <u>     SONJA L. REEVES                  </u>

UNITED STATES' ATTORNEY: <u>STEVEN SKROCKI, CHRISTINA SHERMAN,</u>
                         <u>KELLEY L. STEVENS               </u>

DEFENDANT'S ATTORNEY: <u>   GARY COLBATH, PETER CAMIEL      </u>

PROCEEDINGS: TRIAL BY JURY – DAY 13 HELD 09/25/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

Meredith Frank sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 188, 189, 190, 191, 192, 193, 194, 195, 197,
198, 199, 200, 267 **ADMITTED.**

Daryl Allison sworn and testified on behalf of the plaintiff.
Plaintiff's Exhibit 151, 152, 218 **ADMITTED.**

At 9:58 a.m. court recessed until 10:15 a.m. with the jury panel
present.

Daryl Allison resumed the stand and testified on behalf of the
plaintiff.
Defendant's Exhibit DE-2, DE-3, DE-146, DE-156, DE-157A, DE-179,
DE-182 **ADMITTED.**
Defendant's Exhibit DE-157 **IDENDTIFIED.**

Government rested.

At 11:20 a.m. the jury panel exited the courtroom to reconvene
Thursday, September 26, 2019 at 8:45 a.m.

                        Continued to Page 2

(Revised 1-29-2015)

-------------------------------------------------------------------

Court and counsel heard re defendant's oral motion for Rule 29 Motion for Acquittal.

Arguments heard.

Court heard; Court will reserve decision on Motion and proceed with trial and submit case to the jury.

At 11:46 a.m. court recessed to reconvene **Thursday September 26, 2019 at 8:30 a.m.**

DATE:   September 25, 2019        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)