```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:   GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 14 HELD 09/26/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:33 a.m. court convened without the jury panel present.

Court and counsel heard re defendant's witnesses and exhibits.

At 8:37 a.m. court recessed until 9:05 a.m. with the jury panel present.

Christopher Iber sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-307 **ADMITTED.**

Gerald B. Richards sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-9, DE-10, DE-11, DE-297 (Demonstrative only) **IDENTIFIED.**

At 10:14 a.m. the jury panel exited the courtroom.

Court and counsel heard re DE-9, DE-10, DE-11; Exhibits will be used for demonstrative only.

Court and counsel heard re Dr. Reisberg.

Court and counsel heard re communication with jurors.

Continued to Page 2

(Revised 1-29-2015)

---

At 10:20 a.m. court recessed until 10:34 a.m. with the jury panel present.

Gerald B. Richards resumed the stand and testified further on behalf of the defendant.
Defendant's Exhibit DE-9, DE-10, DE-11 **IDENTIFIED**.

Martin Heckerman sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-39 **ADMITTED**.

Wilton Thomas Nelson sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-136 **ADMITTED**.

At 11:26 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's witness, Mr. Beck, and court's Order at Docket 1070.

At 11:37 a.m. court recessed until 1:05 p.m. without the jury panel present.

Court and counsel heard re expert witness testimony, recalling Mr. Heckerman, exhibit to be shown to Mr. Heckerman, Mr. Beck's testimony, Mr. Beck being present in the courtroom, and court's order at Docket 1070.
Court will allow Mr. Heckerman to be recalled and Mr. Beck will not be allowed in the courtroom.
Defendant's Exhibit DE-310 **IDENTIFIED**.

At 1:19 p.m. the jury panel entered the courtroom.

Martin Heckerman resumed the stand and testified further on behalf of the defendant.
Defendant's Exhibit DE-310 **ADMITTED**.

At 1:30 p.m. the jury panel exited the courtroom.

Continued to Page 3

(Revised 1-29-2015)

--------------------------------------------------------------------

Court and counsel heard re Mr. Heckerman's and Mr. Beck's testimony.

Steven Beck sworn and testified on behalf of the defendant.

Arguments heard re Mr. Beck's testimony.

Court's ruling on Mr. Beck's testimony; defendant may move to reconsider after Mr. Stearns testimony.

At 2:12 p.m. court recessed until 2:28 p.m. with the jury panel present.

Mark Heinrichs sworn and testified on behalf of the defendant. Defendant's Exhibit DE-266, DE-267, DE-268, DE-269, DE-270, DE-271, DE-272, DE-273, DE-274, DE-301, DE-302, DE-303, DE-304, DE-305, DE-308, DE-309 **ADMITTED**

At 2:44 p.m. the jury panel exited the courtroom to reconvene Friday, September 27, 2019 at 9:00 a.m.

Court and counsel heard re trial scheduling.

At 2:46 p.m. court recessed this matter until **Friday, September 27, 2019 at 8:45 a.m.**

DATE:     September 26, 2019         DEPUTY CLERK'S INITIALS:     CME

(Revised 1-29-2015)