```
                    MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 15 HELD 09/27/2019
```

At 8:47 a.m. court convened without the jury panel present.

Court and counsel heard re trial scheduling.

At 8:48 a.m. court recessed until 9:15 a.m. with the jury panel present.

Amanda Lynn Fortier Morales sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-162 **ADMITTED**.

Jarrett Andrews sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-163 **ADMITTED**.

Frank E. Stearns sworn and testified on behalf of the defendant.

At 10:05 a.m. the jury panel exited the courtroom.

Court and counsel heard re Mr. Stearns testimony and recalling Mr. Beck for additional testimony.

Court heard; will allow the expert to testify with limitations as discussed in court.

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

At 10:22 a.m. court recessed until 10:34 a.m. without the jury panel present.

Court and counsel heard re Mr. Beck's testimony and limitations.

Court admonished Mr. Beck re testimony.

At 10:36 a.m. the jury panel entered the courtroom.

Steven Beck sworn and testified further on behalf of the defendant.
Defendant's Exhibit De-300 **IDENTIFIED** (Demonstrative Only).

At 10:59 a.m. the jury panel exited the courtroom.

Court and counsel heard re Mr. Beck's testimony.

At 11:06 a.m. the jury panel entered the courtroom.

Steven Beck resumed the stand and testified further on behalf of the defendant.

At 11:53 a.m. the jury exited the courtroom to reconvene Monday, September 30, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling.

At 11:57 a.m. court recessed this matter until **Monday, September 30, 2019 at 8:30 a.m.**

DATE:     September 27, 2019          DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)