```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:     SHARON L. GLEASON

DEPUTY CLERK:             CAROLINE EDMISTON

OFFICIAL REPORTER:        SONJA L. REEVES

UNITED STATES' ATTORNEY:  STEVEN SKROCKI, CHRISTINA SHERMAN,
                          KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:     GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 16 HELD 09/30/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:40 a.m. court convened without the jury panel present.

Court and counsel heard re court order for all parties not to disclose info to witnesses outside the court how haven't testified yet.

Court and counsel heard re defense experts being called and request that the court to instruct witnesses parameters of testimony.

Court and counsel heard re defense witness Ms. Upchurch.

At 8:57 a.m. court recessed until 9:42 a.m. with the jury panel present.

Indrea Annie Monice Gainer sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-187 **ADMITTED.**

Carl David Blain sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-12, DE-13, DE-14 **ADMITTED.**

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

Kristin Small sworn and testified on behalf of the defendant.

Para Danielle Upchurch sworn and testified on behalf of the defendant.

At 10:58 a.m. court recessed until 11:20 a.m. with the jury panel present.

Para Danielle Upchurch resumed the stand and testified further on behalf of the defendant.

Joseph Daniel Hostetler sworn and testified on behalf of the defendant.

At 11:38 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's expert witness; court addressed witness re testimony.

At 11:39 a.m. court recessed until 12:46 p.m. without the jury panel present.

Court and counsel heard re trial scheduling, witnesses, rebuttal case, and defendant's case.

At 12:52 p.m. the jury panel entered the courtroom.

Gregg McCrary sworn and testified on behalf of the defendant.

At 1:59 p.m. court recessed until 2:11 p.m. with the jury panel present.

Gregg McCrary resumed the stand and testified further on behalf of the defendant.

Continued to Page 3

(Revised 1-29-2015)

Page 3 – Continuation
U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
Trial by Jury – Day 16
September 30, 2019

----------------------------------------------------------------

Bruce Douglas Johnson sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-122A, DE-123, DE-137, DE-138, DE-144, DE-145, DE-152, DE-154, DE-157B **ADMITTED**

At 3:06 p.m. the jury panel exited the courtroom to reconvene Tuesday, October 1, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling.

At 3:08 p.m. court recessed until **Tuesday, October 1, 2019 at 8:30 a.m.**

DATE:    September 30, 2019       DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)