```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.   JAMES MICHAEL WELLS    NO.  3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 17 HELD 10/1/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:43 a.m. court convened without the jury panel present.

Court and counsel heard re testimony of witnesses, trial scheduling, and Motion in Limine at Docket [1291] is **GRANTED**.

At 8:47 a.m. court recessed until 8:56 a.m. with the jury panel present.

Song-Hung Gan sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-133, DE-185 **ADMITTED**.
Defendant's Exhibit DE-315, DE-586 **IDENTIFIED**.

At 9:30 a.m. court recessed until 9:37 a.m. with the jury panel present.

Jennifer Raymond sworn and testified on behalf of the defendant.

Matthew Wells sworn and testified on behalf of the defendant.

At 10:17 a.m. court recessed until 10:31 a.m. without the jury panel present.

Court and counsel heard re defense is calling Mr. Wells to the stand.

Continued to Page 2

(Revised 1-29-2015)

```
                    Page 2 – Continuation
         U.S.A. vs. James Michael Wells, 3:13-cr-00008-SLG
                       Trial by Jury – Day 17
                          October 1, 2019
-----------------------------------------------------------------
```

At 10:33 a.m. the jury panel entered the courtroom.

James Michael Wells sworn and testified on his own behalf.

At 11:54 a.m. court recessed until 1:09 p.m. with the jury panel present.

James Michael Wells resumed the stand and testified further on his own behalf.
Plaintiff's Exhibit 255 **ADMITTED.**

At 2:48 p.m. court recessed until 3:11 p.m. with the jury panel present.

James Michael Wells resumed the stand and testified further on his own behalf.
Defendant's Exhibit DE-316, De-317 **ADMITTED.**

At 4:52 p.m. the jury panel exited the courtroom to reconvene Wednesday, October 2, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling.

At 4:56 p.m. court recessed to reconvene **Wednesday, October 2, 2019 at 8:30 a.m.**

DATE:    October 1, 2019      DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)