```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:    SHARON L. GLEASON

DEPUTY CLERK:            CAROLINE EDMISTON

OFFICIAL REPORTER:       SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:    GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 18 HELD 10/2/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 8:34 a.m. court convened without the jury panel present.

Court and counsel heard re defense witnesses, trial scheduling, Order at Docket [1070], and proposed limiting jury instruction.

At 8:46 a.m. court recessed until 8:56 a.m. with the jury panel present.

Alex Jemes Tschida sworn and testified on behalf of the defendant.

Jeremy Ivan Matos Goode sworn and testified on behalf of the defendant.

Robert Milton Greene sworn and testified on behalf of the defendant.

Kenneth James Hoerricks sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-319 **IDENTIFIED.**

At 10:17 a.m. court recessed until 10:33 a.m. with the jury panel present.

Continued to Page 2

------------------------------------------------------------------

Kenneth James Hoerricks resumed the stand and testified further on behalf of the defendant.

At 10:44 a.m. the jury panel exited the courtroom.

Court and counsel heard re limiting jury instruction regarding Dr. Reisberg's testimony.

At 10:49 a.m. the jury panel entered the courtroom.

Daniel Reisberg sworn and testified on behalf of the defendant.

At 11:31 a.m. the jury exited the courtroom.

Court and counsel heard re court to admonish the spectators not to have any communication with the jury panel.

Court and counsel heard re Mr. Skrocki's renewed oral motion to have a limiting instruction read to the jury re Mr. Reisberg's testimony; **UNDER ADVISEMENT**.

Court and counsel heard re trial scheduling and jury instructions.

At 11:34 a.m. court recessed this matter until 12:51 p.m. without the jury panel present.

Court and counsel heard re limiting instruction that will read to the jury panel.

At 12:54 p.m. the jury panel entered the courtroom.

Court read the limiting jury instruction to the jury panel.

Deatrich Sheffield sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-318, DE-320 **ADMITTED**.

Continued to Page 3

(Revised 1-29-2015)

------------------------------------------------------------------

Lori Denise McAbier sworn and testified on behalf of the defendant.

At 1:39 p.m. court recessed until 1:48 p.m. with the jury panel present.

Lori Denise McAbier resumed the stand and testified further on behalf of the defendant.

Nicholas Aaron McAbier sworn and testified on behalf of the defendant.
Defendant's Exhibit DE-157B-2, DE-157B-4 **ADMITTED**.

Defendant rests.

At 2:05 p.m. the jury exited the courtroom to reconvene Thursday, October 3, 2019 at 8:45 a.m.

Court and counsel heard re trial scheduling, rebuttal case, closing arguments, and jury instructions.

At 2:11 p.m. court recessed until 3:15 p.m. without the jury panel present.

Court and counsel heard re jury instructions.

At 3:26 p.m. court recessed to reconvene **Thursday, October 3, 2019 at 8:30 a.m.**

DATE:  October 2, 2019      DEPUTY CLERK'S INITIALS:   CME

(Revised 1-29-2015)