MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES MICHAEL WELLS NO. 3:13-cr-00008-SLG
Defendant: X Present X In Custody

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK: CAROLINE EDMISTON

OFFICIAL REPORTER: SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN, KELLEY L. STEVENS

DEFENDANT'S ATTORNEY: GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 19 HELD 10/3/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened without the jury panel present.

Court and counsel heard re rebuttal witnesses and testimony, jury instructions,

At 8:49 a.m. court recessed until 8:58 a.m. without the jury panel present.

Court and counsel heard re court's ruling on permissible rebuttal testimony and exhibits.

Court and counsel heard re defendant's exhibit DE-330 **IDENTIFIED**.

Court and counsel heard re jury instructions.

Court and counsel heard re parties' stipulation that was marked for identification as plaintiff's exhibit 256. Plaintiff's Exhibit 256 **ADMITTED**.

At 9:05 a.m. the jury panel entered the courtroom.

Brandon Trappett sworn and testified on behalf of the plaintiff, on rebuttal.
Plaintiff's Exhibit 277 **ADMITTED**.
Defendant's Exhibit DE-330 **ADMITTED**.

Continued to Page 2

(Revised 1-29-2015)

---

Kelvin Skonberg sworn and testified on behalf of the plaintiff, on rebuttal.

At 9:28 a.m. the jury panel exited the courtroom.

Court and counsel heard re ruling on rebuttal witness testimony.

At 9:32 a.m. the jury panel entered the courtroom.

Brett Ashley Mills sworn and testified on behalf of the plaintiff, on rebuttal.
Defendant's Exhibit DE-321, DE-322, DE-323, DE-324, DE-325, DE-326, DE-327 **ADMITTED**.

Government rested rebuttal.

Defendant has no sur-rebuttal.

Court and counsel heard re closing arguments and trial schedule.

Court admonished the jury panel.

At 9:50 a.m. the jury panel exited the courtroom to reconvene Monday, October 7, 2019 at 9:00 a.m.

Court and counsel heard re jury instructions and closing arguments.

At 9:51 a.m. court recessed until 9:58 a.m. without the jury panel present.

Court and counsel heard re jury instructions.

At 10:04 a.m. court recessed this matter until **Monday, October 7, 2019 at 8:45 a.m.**

DATE: October 3, 2019 DEPUTY CLERK'S INITIALS: CME

(Revised 1-29-2015)