```
 1                  UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
 2

 3   UNITED STATES OF AMERICA,  )
                                )
 4         Plaintiff,            )
                                )
 5   vs.                         )   CASE NO. 3:13-cr-00008-SLG
                                )
 6   JAMES MICHAEL WELLS,        )
                                )
 7         Defendant.            )
     _____)
 8

 9         PARTIAL TRANSCRIPT OF TRIAL BY JURY - DAY 18
                  (Testimony of Nicholas McAbier)
10    BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE
                     October 2, 2019; 8:34 a.m.
11                         Anchorage, Alaska

12   FOR THE GOVERNMENT:
           Office of the United States Attorney
13         BY:  STEVEN SKROCKI
           BY:  CHRISTINA M. SHERMAN
14         BY:  KELLEY L. STEVENS
           222 West 7th Avenue, #9
15         Anchorage, Alaska 99513
           (907) 271-5071
16
     FOR THE DEFENDANT:
17         Office of the Federal Public Defender
           BY:  GARY GEORGE COLBATH
18         601 West 5th Avenue, Suite 800
           Anchorage, Alaska 99501
19         (907) 646-3400

20         Camiel & Chaney, P.S.
           BY:  PETER A. CAMIEL
21         520 Pike Street, Suite 2500
           Seattle, Washington 98101
22         (206) 624-1551
     _____
23
                       SONJA L. REEVES, RMR-CRR
24                    Federal Official Court Reporter
                       222 West 7th Avenue, #4
25                      Anchorage, Alaska 99513
          Transcript Produced from the Stenographic Record
```

```
 1            (Call to Order of the Court at 8:34 a.m.)
 2            (Proceedings took place and are not included in
 3  this transcript, after which, the testimony of Nicholas
 4  McAbier transpired as follows:)
 5            (Oath administered to the witness)
 6            DEPUTY CLERK:  For the record, can you please
 7  state your full name and then spell your full name.
 8            THE WITNESS:  Nicholas Aaron McAbier,
 9  N-i-c-h-o-l-a-s, A-a-r-o-n, M-c-a-b-i-e-r.
10                       DIRECT EXAMINATION
11  BY MR. CAMIEL:
12     Q.  Good afternoon.  Are you related to the woman who
13  just left the courtroom?
14     A.  Yes, she is my mother.
15     Q.  Where are you here from today?
16     A.  I came from Washington.
17     Q.  All right.  And did you -- what do you do in
18  Washington?
19     A.  I own a pest control business down there.
20     Q.  How long have you lived in Washington?
21     A.  Oh, probably about six years.
22     Q.  Where did you live before that?
23     A.  I lived in Kodiak, Alaska.
24     Q.  How long did you live in Kodiak?
25     A.  Off and on, for about 16 years.
```

```
 1     Q.  How old are you?
 2     A.  I am 29.
 3     Q.  I want to take you back to 2012, April 12, 2012.
 4  Were you in Kodiak on that day?
 5     A.  Yes.
 6     Q.  What were you doing that day?
 7     A.  I was picking up my parents from the airport as
 8  they came in from Mexico.
 9     Q.  Which flight did they come in on?
10     A.  The first flight in.
11     Q.  Do you remember what time that flight arrived?
12     A.  I believe it was around 7:00.  I arrived there
13  just shortly prior.
14     Q.  How did you get to the airport?
15     A.  I drove my stepfather's Expedition.
16     Q.  When you got to the airport -- where had your
17  parents been?
18     A.  They were not arrived yet, so I parked out front
19  and I believe I waited there for a few minutes as they
20  arrived.
21     Q.  Where were your parents coming back from?
22     A.  Mexico.
23     Q.  When you say you parked out front, where did you
24  park in relation to the terminal?
25     A.  There is a staircase and a ramp leading into the
```

```
 1  main entrance, and I parked right in front of that.
 2      Q.  Why did you park right out front?
 3      A.  It's easy access.
 4      Q.  And so you parked, and did you wait in your
 5  vehicle for them to arrive or did you go into the
 6  terminal?
 7      A.  I waited for a few minutes, and then I went in
 8  and waited to arrive as it got closer to the flight
 9  arrival time.
10      Q.  Do you recall the flight arriving on time?
11      A.  I believe it did.
12      Q.  So you met your parents in the terminal?
13      A.  Yes.
14      Q.  What happened in the terminal?
15      A.  I greeted them, and then we got their bags and
16  left.
17      Q.  As you left the terminal and were driving away --
18  you drove away from the terminal?
19      A.  Yes.
20      Q.  And you were driving?
21      A.  Yes.
22      Q.  When you left the terminal, did you see any
23  vehicles that you were later asked about?
24      A.  Yes, I saw a, I believe it was a blue Honda CR-V,
25  an older model.  The only thing I really noticed was the
```

```
 1  taillights.
 2      Q.  And do you remember a few days later being asked
 3  about that vehicle?
 4      A.  Yes, the Coast Guard came and asked me to give a
 5  statement.
 6      Q.  Do you know how it was that the Coast Guard came
 7  to talk to you?
 8      A.  I'm sorry.  Could you rephrase that?
 9      Q.  Sure.  Do you know how it was that the Coast
10  Guard got your name to talk to you?
11      A.  Oh, I do not know.
12      Q.  Did they talk to your mother as well?
13      A.  Yes, they did.
14      Q.  Where did they come talk to you?
15      A.  At our place, house.  It was up on a hill.
16      Q.  Okay.  When they came to talk to you, did the --
17  were these like law enforcement Coast Guard people?
18      A.  I believe so.
19      Q.  Did they show you anything?
20      A.  I don't recall.  I'm sure they did, but I just
21  don't recall.
22      Q.  Did they ask about any vehicles?
23      A.  The only thing they asked about was the car that
24  I might have seen.
25      Q.  What did you tell them?
```

```
 1  taillights.
 2      Q.  And do you remember a few days later being asked
 3  about that vehicle?
 4      A.  Yes, the Coast Guard came and asked me to give a
 5  statement.
 6      Q.  Do you know how it was that the Coast Guard came
 7  to talk to you?
 8      A.  I'm sorry.  Could you rephrase that?
 9      Q.  Sure.  Do you know how it was that the Coast
10  Guard got your name to talk to you?
11      A.  Oh, I do not know.
12      Q.  Did they talk to your mother as well?
13      A.  Yes, they did.
14      Q.  Where did they come talk to you?
15      A.  At our place, house.  It was up on a hill.
16      Q.  Okay.  When they came to talk to you, did the --
17  were these like law enforcement Coast Guard people?
18      A.  I believe so.
19      Q.  Did they show you anything?
20      A.  I don't recall.  I'm sure they did, but I just
21  don't recall.
22      Q.  Did they ask about any vehicles?
23      A.  The only thing they asked about was the car that
24  I might have seen.
25      Q.  What did you tell them?
```

1  A.  That I wasn't sure if it was the vehicle that
2  they were looking for, but I did notice an older Honda
3  CR-V as we exited the area.
4  Q.  Do you remember what color that older Honda CR-V
5  was?
6  A.  I believe it was blue.
7  Q.  Where did you see that vehicle parked?
8  A.  It was like a row in, and, like I said, the only
9  thing I saw was the taillights as we exited.
10  Q.  Now, I want to have you take a look at something.
11  If we could put up for identification purposes Exhibit
12  No. 157B.  There is going to be a video on the screen in
13  front of you.
14  A.  Yeah.
15  Q.  If you look to your left.  Down.  The monitor.
16  There you go.  I'm just going to have this run for just
17  a couple minutes for you to look at to see if you
18  recognize anything.
19       First of all, do you recognize what this camera
20  is showing?
21  A.  Yes, it's the airport.
22  Q.  Is it outside or inside?
23  A.  Inside the terminal.
24  Q.  So we're going to show you -- actually going to
25  show you 157B2, which is a clip from that video.

```
 1      A.   Okay.
 2           DEPUTY CLERK:  What was the exhibit number?
 3           MR. CAMIEL:  157B2.
 4           THE COURT:  It hasn't been admitted.
 5   BY MR. CAMIEL:
 6      Q.   If we could stop it.  Do you see anyone you
 7   recognize in the video?
 8      A.   Yes, I see myself and my mother.
 9           MR. CAMIEL:  I would offer 157B2.
10           MS. SHERMAN:  It's a clip from what's already
11   been admitted.  No objection.
12           THE COURT:  It's admitted then.  Go ahead.
13           (Defense Exhibit No. 157B2 admitted.)
14   BY MR. CAMIEL:
15      Q.   Before we start to play it, what are we looking
16   at here in the video?
17      A.   You're looking at the people just coming off the
18   flight and gathering their bags.
19      Q.   Let's -- and actually, before we start running
20   it, can you see the date and time on the video up at the
21   top?
22      A.   Yes.
23      Q.   And what's the date?
24      A.   The 12th of 2012.
25      Q.   Can you see the time?
```

```
1       A.   Yes, 7:09 a.m.
2       Q.   Then if we can run the video.
3            (Defense Exhibit 157B2 playing in open court.)
4  BY MR. CAMIEL:
5       Q.   Let's stop it right there.  And there is a laser
6  pointer sitting on the counter in front of you.  If you
7  could -- yes.  If you could point up at the screen and
8  show us where you are and where your mother is.
9       A.   I'm right there, and my mom is right in front of
10 me carrying out the dog.
11      Q.   At this point, where are you headed?
12      A.   We are heading to the vehicle.
13      Q.   Let's just let it run.
14           (Defense Exhibit No. 157B2 continues playing in
15 open court.)
16 BY MR. CAMIEL:
17      Q.   Okay.  That's good.
18           And then if we could just look at for
19 foundational purposes 157B4, which is just a still from
20 that same video.
21           MS. SHERMAN:  No objection.
22           MR. CAMIEL:  I would offer 157B4.
23           THE COURT:  All right.  That's admitted.
24           (Defense Exhibit No. 157B4 admitted.)
25 BY MR. CAMIEL:
```

```
 1    Q.  And does that appear to just be a still shot from
 2  the same video?
 3    A.  Yes.
 4    Q.  When you left the terminal with your parents, did
 5  you go directly to your car or the car you were using?
 6    A.  Yes.
 7    Q.  And from there, did you drive directly out of the
 8  airport?
 9    A.  Yes.
10    Q.  And was it while you were leaving the airport
11  that you saw the blue SUV?
12    A.  Yes.
13         MR. CAMIEL:  I don't have anything further.
14         THE COURT:  Ms. Sherman, go ahead, please.
15                    CROSS EXAMINATION
16  BY MS. SHERMAN:
17    Q.  Good afternoon.  Do you recall making a statement
18  back in April 2012 about this?
19    A.  Yes, I do.
20    Q.  Have you had an opportunity to review that
21  statement or a transcript from that statement?
22    A.  Yes.
23    Q.  Do you recall telling the investigators at that
24  time it was on the far left side when you were driving
25  into the airport?
```

1  A. That's where it would have been located at.
2  Q. Did you ever tell the investigators that you saw
3  it as you were you leaving?
4  A. I don't recall.
5  Q. Would you like to review the transcript?
6  A. I can if that helps.
7  Q. You never told the investigators on April 20,
8  2012, that you saw it when you were on your way out,
9  right?
10  A. I don't believe so.
11  Q. Okay. And you never told anybody since then that
12  you saw it on the way out, right?
13  A. I believe I told Mark the last time we talked.
14  Q. Who is Mark?
15  A. The defense attorney, I believe.
16  Q. Okay. Never told the FBI, never called the
17  investigators back and were like, "Hey, I saw it on the
18  way out, not the way in," right?
19  A. I don't believe so.
20  Q. At the time you talked to the investigators, you
21  also said you weren't sure it was even the CR-V they
22  were looking for, right?
23  A. Yes. I only said that it was similar looking.
24      MS. SHERMAN: Thanks.
25                REDIRECT EXAMINATION

```
 1  BY MR. CAMIEL:
 2      Q.  If we could look at Government 91.  Do you
 3  recognize what's in that photograph?
 4      A.  Yes.
 5      Q.  What is it?
 6      A.  It is the airport parking lot.
 7      Q.  Can you see where the Alaska Airlines terminal
 8  is?
 9      A.  Yes.
10      Q.  Can you use the pointer to show us?
11      A.  The terminal is over here.
12      Q.  Okay.  And where did you park?
13      A.  I parked right there.
14      Q.  So right in front?
15      A.  Yep.
16      Q.  And which direction did you leave?
17      A.  Going out that direction.
18      Q.  Okay.  And where did you see the blue SUV that --
19      A.  It would have been around this area, I believe.
20      Q.  After you were interviewed by the agents a few
21  days after April 12th, did they ever contact you again?
22      A.  I don't believe so.
23      Q.  When you were talking to the agents about what
24  you had seen -- first of all, did they show you a
25  picture?
```

11

```
 1     A.   Yes, they did.
 2     Q.   Of the blue SUV?
 3     A.   Yes.
 4     Q.   And is that what triggered you telling them what
 5  you had seen?
 6     A.   No.
 7     Q.   Okay.  When you told the agents that you had seen
 8  it on the left side, are you describing where in the
 9  parking lot it was?
10     A.   Yes.
11     Q.   All right.
12     A.   As relation to me driving out.
13     Q.   Okay.  You're sure that you saw it as you were
14  leaving?
15     A.   I'm pretty positive.
16          MR. CAMIEL:  That's all.  Thank you.
17          THE COURT:  Ms. Sherman, anything further?
18          MS. SHERMAN:  No questions.
19          THE COURT:  All right.  Thank you, sir.  You
20  may be excused.
21          (Witness excused)
22          (Requested excerpt concluded, proceedings
23  continued.)
24
25
```

```
 1                         CERTIFICATE

 2       I, Sonja L. Reeves, Federal Official Court Reporter
     in and for the United States District Court of the
 3   District of Alaska, do hereby certify that the foregoing
     transcript is a true and accurate transcript from the
 4   original stenographic record in the above-entitled
     matter and that the transcript page format is in
 5   conformance with the regulations of the Judicial
     Conference of the United States.
 6
         Dated this 3rd day of October, 2019.
 7

 8

                                 /s/ Sonja L. Reeves
 9                               SONJA L. REEVES, RMR-CRR
                                 FEDERAL OFFICIAL COURT REPORTER
10
```