1    UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF ALASKA

2

3 UNITED STATES OF AMERICA, )
                          )
4        Plaintiff,       )
                          )
5 vs.                     )    CASE NO. 3:13-cr-00008-SLG
                          )
6 JAMES MICHAEL WELLS,    )
                          )
7        Defendant.       )
  _____)

8

9      PARTIAL TRANSCRIPT OF TRIAL BY JURY - DAY 19
                (Testimony of Kelvin Skonberg)
10  **BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE**
                October 3, 2019; 8:34 a.m.
11                    Anchorage, Alaska

12 **FOR THE GOVERNMENT:**
          Office of the United States Attorney
13        BY:  STEVEN SKROCKI
          BY:  CHRISTINA M. SHERMAN
14        BY:  KELLEY L. STEVENS
          222 West 7th Avenue, #9
15        Anchorage, Alaska 99513
          (907) 271-5071
16

   **FOR THE DEFENDANT:**
17        Office of the Federal Public Defender
          BY:  GARY GEORGE COLBATH
18        601 West 5th Avenue, Suite 800
          Anchorage, Alaska 99501
19        (907) 646-3400

20        Camiel & Chaney, P.S.
          BY:  PETER A. CAMIEL
21        520 Pike Street, Suite 2500
          Seattle, Washington 98101
22        (206) 624-1551

23 _____

              **SONJA L. REEVES, RMR-CRR**
24         Federal Official Court Reporter
              222 West 7th Avenue, #4
25            Anchorage, Alaska 99513
      Transcript Produced from the Stenographic Record

```
 1          (Call to Order of the Court at 8:34 a.m.)
 2          (Proceedings took place and are not included in
 3  this transcript, after which, the testimony of Kelvin
 4  Skonberg transpired as follows:)
 5          (Oath administered to the witness)
 6          DEPUTY CLERK:  For the record, can you please
 7  state your full name and then spell your full name.
 8          THE WITNESS:  Kelvin Skonberg, K-e-l-v-i-n,
 9  S-k-o-n-b-e-r-g.
10                      DIRECT EXAMINATION
11  BY MR. SKROCKI:
12     Q.  Good morning, Mr. Skonberg.  Welcome back.  A
13  couple of questions for you, sir.
14          If I could turn your attention to the morning of
15  April 12, 2012.  Could you tell the jury what time you
16  arrived for work that day?
17     A.  About ten until 7:00.
18     Q.  Were the doors open or did you have to let
19  yourself in by a lock or something like that?
20     A.  I had to unlock them.
21     Q.  You had to unlock them?
22     A.  Yes.
23     Q.  When you came in, did you begin work that
24  morning?
25     A.  Yes.
```

1    Q.  Did you go -- where did you go to begin your

2  work?

3    A.  To my corner desk.

4    Q.  Okay.  Did you do anything prior to starting

5  work?

6    A.  Unlock doors, turn the lights on, turn the

7  computer on.

8    Q.  Between the hours of, I guess, ten until 7:00 and

9  8:00 a.m. that morning, did you see anybody come in to

10  use the bathroom?

11    A.  No.

12    Q.  The men's bathroom specifically?

13    A.  No.

14    Q.  Were you at your work station that entire

15  morning?

16    A.  Yes.

17    Q.  Why do you stay at your work station like that?

18    A.  Because that's where I work.

19    Q.  And are you -- as part of your work, do you have

20  to keep eyes out for people coming into your office?

21    A.  Yes.

22    Q.  Why is that?

23    A.  To make sure that no stranger or anything can get

24  on the apron, on the tarmac of the airport.

25    Q.  Why is that a concern?

1    A.  Because the FAA likes to test all of the

2  buildings out there once in a while to make sure that

3  nobody breaches the area.

4    Q.  With respect to the men's restroom in Servant

5  Air, did you hear any flushing coming from the men's

6  bathroom that morning?

7    A.  No.

8    Q.  If it had been flushed two or three times that

9  morning, would you have heard that?

10    A.  Yes.

11    Q.  Is that toilet a loud flusher?

12    A.  Yes.

13    Q.  And do you recall ever hearing any running water

14  or anything else coming from the men's bathroom that

15  morning?

16    A.  No.

17    Q.  Anybody report to you that the men's bathroom was

18  locked and they couldn't get into it for a long period

19  of time that morning of April 12th?

20    A.  No.

21        MR. SKROCKI:  That's all I have for

22  Mr. Skonberg.  Thank you.

23        THE COURT:  Mr. Colbath, go ahead, please.

24              CROSS EXAMINATION

25  BY MR. COLBATH:

1    Q.  Sir, what do you do when you're at your computer

2    in the morning?

3    A.  Turning it on and getting ready for my day,

4    putting people on certain planes.

5    Q.  So you're doing active scheduling and

6    coordinating?

7    A.  Yeah, kind of like on a computer like you are

8    right there, yeah.

9    Q.  You sit at your desk and you have a computer

10   screen?

11   A.  Uh-huh.

12   Q.  If I recall from your earlier testimony, there is

13   -- when you walk in those double doors, your desk is in

14   a -- like there's a long L counter and your computer is

15   kind of in the corner?

16   A.  In the corner, yes.  I'm facing one door to my

17   left and one door would be ahead.

18   Q.  And sort of the door -- you can see your lobby

19   and your customer entrance as well?

20   A.  Yes.

21   Q.  You said one of the things you're concerned about

22   is make sure no one gets on the apron or the tarmac.

23   You can go right back through your back offices right

24   into the hangar and right out onto where your airplanes

25   are kept, right?

1    A.  If you have the key or the code.  We have to make

2  sure all the doors are locked so you can't get -- you

3  aren't authorized -- people cannot be out there.

4    Q.  Okay.  And so you didn't have passengers that

5  morning coming until close to the 8:00 flight?

6    A.  A little after 8:00, yeah.

7    Q.  You didn't have anybody in there hanging around

8  the lobby or waiting that would have utilized the

9  restroom, from what I understand, right?

10    A.  No.

11    Q.  So there wasn't anybody to worried about it being

12  locked for any period of time?

13    A.  No.

14    Q.  And you got there at ten until 7:00?

15    A.  Ten until 7:00, yeah.

16    Q.  Now, coming from your arctic entry, the way you

17  came in and through the double doors, pretty much

18  straight shot from those double doors to the men's room

19  back out those double doors.  Nobody would be anywhere

20  close to the tarmac or even the doors that led to the

21  tarmac from that area, right?

22    A.  We did have a pilot come early that morning and

23  was out in the hangar getting his plane ready.

24    Q.  Right, but I mean let's say I walked into your

25  building and I walked in the same way that you walked in

1    that morning, and I just walked to the restroom and then

2    I walked back out the same door I came in, I didn't go

3    anywhere near any of the doors that led out to the

4    tarmac?

5        A.   No.

6        Q.   I would have had to get by you to get out there?

7        A.   Correct.

8            MR. COLBATH:  That's all I have.

9            THE COURT:  All right.  Follow-up at all?

10           MR. SKROCKI:  No further questions.

11           THE COURT:  Thank you, sir.  You may be

12   excused.

13           (Witness excused)

14           (Requested excerpt concluded, proceedings

15   continued.)

16                        CERTIFICATE

17       I, Sonja L. Reeves, Federal Official Court Reporter
     in and for the United States District Court of the
18   District of Alaska, do hereby certify that the foregoing
     transcript is a true and accurate transcript from the
19   original stenographic record in the above-entitled
     matter and that the transcript page format is in
20   conformance with the regulations of the Judicial
     Conference of the United States.

21

         Dated this 3rd day of October, 2019.

22

23
                        /s/ Sonja L. Reeves
24                      SONJA L. REEVES, RMR-CRR
                        FEDERAL OFFICIAL COURT REPORTER

25