IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having duly considered the United States' Motion to Appear Telephonically, the motion is hereby GRANTED.

Victim A.B. will call (907) _____-_____ from a landline telephone five minutes prior to the reading of the verdict.

DATED this _____ day of October, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE