IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>  Defendant. | Case No. 3:13-cr-00008-SLG |

**[PROPOSED] ORDER**

Having duly considered the United States' motion for expedited consideration, the motion is hereby GRANTED.

DATED this _____ day of October, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE