BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | Case No. 3:13-cr-00008-SLG |

**DECLARATION OF AUSA STEVEN E. SKROCKI IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION (28 U.S.C. § 1746) (L. Civ. R. 7.3(a)(1)(A))**

I, Steven E. Skrocki, declare and state as follows:

1. I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2. The government filed a Motion to Appear Telephonically.

3. Expedited consideration of the government's motion is necessary because the government finished their rebuttal case on October 3, 2019. Closing arguments will be held on October 7, 2019, at which point the case will be turned over to the jury for deliberations.

RESPECTFULLY SUBMITTED October 3, 2019, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019,
a copy of the foregoing was served
electronically on the following:

Counsel of Record

s/ Steven Skrocki
Assistant United States Attorney

U.S. v. James Michael Wells        Page **2** of **2**
3:13-cr-00008-SLG