```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
 2

 3   UNITED STATES OF AMERICA, )
                               )
 4          Plaintiff,         )
                               )
 5   vs.                       )   CASE NO. 3:13-cr-00008-SLG
                               )
 6   JAMES MICHAEL WELLS,      )
                               )
 7          Defendant.         )
     _____)
 8
```

 9         PARTIAL TRANSCRIPT OF TRIAL BY JURY - DAY 11
                  (Testimony of Robert Pletnikoff)
10   **BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE**
                  September 23, 2019; 8:33 a.m.
11                      Anchorage, Alaska

12   **FOR THE GOVERNMENT:**
            Office of the United States Attorney
13          BY:  STEVEN SKROCKI
            BY:  CHRISTINA M. SHERMAN
14          BY:  KELLEY L. STEVENS
            222 West 7th Avenue, #9
15          Anchorage, Alaska 99513
            (907) 271-5071
16
     **FOR THE DEFENDANT:**
17          Office of the Federal Public Defender
            BY:  GARY GEORGE COLBATH
18          601 West 5th Avenue, Suite 800
            Anchorage, Alaska 99501
19          (907) 646-3400

20          Camiel & Chaney, P.S.
            BY:  PETER A. CAMIEL
21          520 Pike Street, Suite 2500
            Seattle, Washington 98101
22          (206) 624-1551

23   _____
                   **SONJA L. REEVES, RMR-CRR**
24             Federal Official Court Reporter
                  222 West 7th Avenue, #4
25                Anchorage, Alaska 99513
          Transcript Produced from the Stenographic Record

1        (Call to Order of the Court at 8:33 a.m.)

2        (Proceedings took place and are not included in

3   this transcript, after which, the testimony of Robert

4   Pletnikoff transpired as follows:)

5        (Oath administered to the witness)

6        DEPUTY CLERK:  For the record, can you please

7   state your full name and then spell your full name.

8        THE WITNESS:  Robert Mitchell Pletnikoff,

9   R-o-b-e-r-t, M-i-t-c-h-e-l-l, P-l-e-t-n-i-k-o-f-f.

10                  DIRECT EXAMINATION

11  BY MR. SKROCKI:

12     Q.  Good afternoon, Mr. Pletnikoff.

13     A.  Hi.

14     Q.  Can you tell the jury where you live, sir?

15     A.  Kodiak, Alaska.

16     Q.  What do you do in Kodiak, Mr. Pletnikoff?

17     A.  I am involved in the commercial fishery.

18     Q.  What kind of fishery do you do, sir?

19     A.  I used to halibut fish, salmon fish, but I run a

20  tender boat right now.

21     Q.  How was your season?

22     A.  It was okay.  Actually, it was good.

23     Q.  Good.  That's good news.  If you could pull that

24  mic a little closer to you because you're a little

25  soft-spoken.  That would be great.

1          You had a good season.  That's good news.

2          Mr. Pletnikoff, do you know Jim Wells?

3     A.  Yes, I do.

4     Q.  Can you tell the jury when you first met Mr.

5  Wells?

6     A.  Oh, I met Mr. Wells probably 20-some years ago

7  now.  It's probably -- I think it was about 20 years ago

8  last time I was here.

9     Q.  And with respect to -- I'm going to turn to your

10  attention to April 2012.

11     A.  20 years.  Around 2012, it was about 20 years.

12     Q.  Did you have occasion to assist Mr. Wells with a

13  hunting trip of some sort?

14     A.  Yes, I did.

15     Q.  Could you please tell the jury how you came

16  across him with respect to this hunting trip?

17     A.  Could you repeat that, please?

18     Q.  Sure.  You mentioned you helped Mr. Wells with a

19  hunting trip?

20     A.  Yes, I did.

21     Q.  How did you help him?

22     A.  He was supposed to rendezvous with me one time on

23  a hunt on the mainland, and his aircraft didn't make it

24  and he landed in one of the bays down there and I picked

25  him up on the way by.

1    Q.  You picked him up.  What were you in when you
2    picked him up?
3    A.  I was fishing at Chignik, Alaska at the time and
4    I was coming back in the fall.  It was September.  And I
5    stopped in at Alinchak Bay and picked him up.
6    Q.  How did you communicate with Mr. Wells?
7    A.  Well, he told me before, you know, that he -- I
8    think he called his wife and told her that he didn't
9    make it down to Chignik and somehow the message got to
10   my wife and she told me where he was.  He had
11   communications, I believe, with a handheld radio.
12   Q.  So did you pick him up in this bay you spoke
13   about?
14   A.  I did.
15   Q.  Did you have a crew member with you at the time?
16   A.  Yes, I did.  I had a guy by the name of Joey
17   Cosgrove with me.  He went ashore and picked him up.
18   Q.  Was Mr. Wells put back on your boat?
19   A.  Yes, he brung him to the boat.
20   Q.  When he came on your boat, did you notice any
21   kind of firearm he had with him?
22   A.  He has his rifle and his handgun.
23   Q.  Can you explain to the jury what handgun you saw
24   Mr. Wells carrying?
25   A.  He had a large revolver of some type, a stainless

pistol.  Don't know what size it was or what model it
was, but it was a stainless pistol and a rifle.

Q.  Where was he carrying the stainless pistol?

A.  He had it on his belt.

Q.  And do you recall what size it was?

A.  No, I don't.

Q.  How about type of possible caliber?

A.  It was -- it appeared to be a large caliber gun,
maybe a .357 or .44 or something like that.

Q.  And do you have a rough timeframe you can tell
the jury when Mr. Wells was on your boat with this
firearm?

A.  I believe it was late nineties, '97, '98,
something like that.

Q.  Is there a reason you have that date anchored in
your mind?

A.  Yes.  We were coming up the mainland that year.
My brother was with me, and he spent the winter in
Kodiak.  And that spring, my mother died.  It was '98
when she passed away.

Q.  Sorry to hear that, sir, but that's how you
associate that date?

A.  Yes.

Q.  There came a time earlier that you were
testifying in front of the grand jury about this.  Do

1  you recall that?

2     A.  Yes.

3     Q.  You were asked a lot of questions like we're

4  asking you questions here today?

5     A.  Yes.

6     Q.  And questions about the type of firearm Mr. Wells

7  was carrying when he came back onto your boat?

8     A.  Yes.

9     Q.  And you recall that you had to leave grand jury

10 and then come back in again?

11    A.  I did.

12    Q.  And there was testimony back then that was

13 recorded.  Do you recall that?

14    A.  Yes.

15    Q.  Can you explain to the jury the reason why you

16 sort of stopped and went back out and came back in

17 again?

18    A.  I was a little confused at the time because I had

19 several different guys with me hunting in the past, and

20 one guy had a stainless pistol and one guy had a blued

21 gun, and I was little bit confused about who it was at

22 the time.  I had to think it over, and then I could

23 vividly remember Mr. Wells coming aboard my boat with

24 his pistol.

25    Q.  Why did you want to go out and take a break and

1    figure that out?

2        A.  I went out and took a break because I was a

3    little confused with one of the guys that I had with me

4    before.

5        Q.  Are you confused now?

6        A.  Pardon?

7        Q.  Is there any confusion now --

8        A.  No, not at all.

9        Q.  -- about what Mr. Wells was carrying.

10           MR. SKROCKI:  That's all the questions I have

11   for Mr. Pletnikoff.

12           THE COURT:  Go ahead, please, Mr. Colbath.

13                      CROSS EXAMINATION

14   BY MR. COLBATH:

15       Q.  Good afternoon, sir.  This hunting trip in '97 or

16   '98, you and Mr. Wells ended up actually hunting, right,

17   on that trip, or at least one of you did?

18       A.  Yes.

19       Q.  You were hunting for what?

20       A.  Caribou.

21       Q.  Mr. Wells shoot a caribou or did you, or what

22   happened?

23       A.  I think we may have both shot a caribou.

24       Q.  Using your rifles, not handguns, I assume?

25       A.  Correct.

1    Q.  You never saw Mr. Wells' gun out of its holster,
2  correct?
3    A.  No, I haven't.
4    Q.  This holster was one that you would wear on a
5  belt, and then the gun -- kind of like a cowboy one, the
6  gun was a regular secured hip holster?
7    A.  I believe so.
8    Q.  I'm going to show you what's been marked as
9  Defendant's Exhibit No. 193.
10       MR. COLBATH:  And, Your Honor, I'm not sure
11  that the Court has a copy of this.
12       THE COURT:  All right.  That's fine.  Go ahead.
13       (Pause)
14  BY MR. COLBATH:
15    Q.  I'll just ask you to look at the screen there,
16  sir, and ask you if you recognize that potentially to be
17  the holster, the belt-type holster that Mr. Wells might
18  have been wearing?
19    A.  No.
20    Q.  What's different about it?
21    A.  Well, I can't see it very well.  It's dark.
22    Q.  Okay.  Can you blow that up and see if we can
23  pull that out to make it bigger?  Does that help at all?
24    A.  Not really.
25    Q.  Okay.  I know it's been 20 or more years, so hard

```
 1   to remember.  All right.  You're not sure whether that's
 2   the holster or not?
 3       A.  No, I'm not.  I didn't pay attention to the
 4   holster.
 5       Q.  Similar style holster in that it had something
 6   that held the gun on your hip and held the gun in the
 7   holster?
 8       A.  I believe so.
 9       Q.  Okay.  Concealed the body of the pistol, the --
10       A.  The barrel.
11       Q.  -- barrel and the cylinder and left the handle
12   exposed?
13       A.  I believe so, yeah, and the breach.
14       Q.  Could you show Mr. Pletnikoff 192?
15           Sir, have you seen that before, that firearm
16   before?
17       A.  No.
18       Q.  Okay.  You can take that down.
19           Now, you recall the gun that Mr. Wells was
20   carrying that day on your boat, you were able to see
21   outside the holster, see the handle, correct?
22       A.  Yes.
23       Q.  And the handle was either a black-brown wood or a
24   brown plastic?
25       A.  Correct.
```

1    Q.   And were you able to see like the hammer of the

2  gun, I assume?

3    A.   Yes.

4    Q.   The metal was stainless you said?

5    A.   Yes.

6    Q.   And you never saw Mr. Wells at any other occasion

7  with that particular gun that you saw on the caribou

8  hunt?

9    A.   I don't remember, no.  I don't remember seeing

10  him with a gun like that.

11    Q.   And you associated it with a large caliber like a

12  bear protection type gun or that kind of gun?

13    A.   I believe so, yes.

14    Q.   All right.  But never saw him shoot a gun of that

15  nature either on the caribou trip or on any of your

16  other hunting or fishing excursions?

17    A.   No.

18    Q.   Let me see if I can get a different picture here.

19  Just one second here.

20       (Pause)

21        MR. COLBATH:  I think, sir, that's all I have

22  for you actually.

23        MR. SKROCKI:  One question.

24        THE COURT:  Sure.

25                  REDIRECT EXAMINATION

1    BY MR. SKROCKI:

2        Q.    This firearm was a revolver, correct?

3        A.    Yes.

4              MR. SKROCKI:  That's all I have.

5              THE COURT:  Anything on that?

6              MR. COLBATH:  Not on that, Your Honor.

7              THE COURT:  Thank you.  You may be excused.

8              (Witness excused)

9              (Requested excerpt concluded, proceedings

10   continued.)

11

12                        CERTIFICATE

13       I, Sonja L. Reeves, Federal Official Court Reporter
     in and for the United States District Court of the
14   District of Alaska, do hereby certify that the foregoing
     transcript is a true and accurate transcript from the
15   original stenographic record in the above-entitled
     matter and that the transcript page format is in
16   conformance with the regulations of the Judicial
     Conference of the United States.
17
         Dated this 3rd day of October, 2019.
18

19
                             /s/ Sonja L. Reeves
20                           SONJA L. REEVES, RMR-CRR
                             FEDERAL OFFICIAL COURT REPORTER
21

22

23

24

25