1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
2

3   UNITED STATES OF AMERICA, )
                              )
4           Plaintiff,        )
                              )
5   vs.                       )   CASE NO. 3:13-cr-00008-SLG
                              )
6   JAMES MICHAEL WELLS,      )
                              )
7           Defendant.        )
    _____)
8

9         PARTIAL TRANSCRIPT OF TRIAL BY JURY - DAY 19
                    (Testimony of Brett Mills)
10     **BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE**
                    October 3, 2019; 8:34 a.m.
11                      Anchorage, Alaska

12  **FOR THE GOVERNMENT:**
            Office of the United States Attorney
13          BY:  STEVEN SKROCKI
            BY:  CHRISTINA M. SHERMAN
14          BY:  KELLEY L. STEVENS
            222 West 7th Avenue, #9
15          Anchorage, Alaska 99513
            (907) 271-5071
16
    **FOR THE DEFENDANT:**
17          Office of the Federal Public Defender
            BY:  GARY GEORGE COLBATH
18          601 West 5th Avenue, Suite 800
            Anchorage, Alaska 99501
19          (907) 646-3400

20          Camiel & Chaney, P.S.
            BY:  PETER A. CAMIEL
21          520 Pike Street, Suite 2500
            Seattle, Washington 98101
22          (206) 624-1551

23  _____
                    **SONJA L. REEVES, RMR-CRR**
24              Federal Official Court Reporter
                    222 West 7th Avenue, #4
25                  Anchorage, Alaska 99513
          Transcript Produced from the Stenographic Record

```
1              (Call to Order of the Court at 8:34 a.m.)
2              (Proceedings took place and are not included in
3    this transcript, after which, the testimony of Brett
4    Mills transpired as follows:)
5              (Oath administered to the witness)
6         DEPUTY CLERK:  For the record, can you please
7    state your full name and then spell your full name.
8         THE WITNESS:  Brett Ashley Mills, B-r-e-t-t,
9    A-s-h-l-e-y, M-i-l-l-s.
10    BRETT ASHLEY MILLS, GOVERNMENT REBUTTAL WITNESS, SWORN
11                     DIRECT EXAMINATION
12   BY MR. SKROCKI:
13      Q.  Good morning, Mr. Mills.
14      A.  Good morning, sir.
15      Q.  I want to ask you some questions with respect to
16   the nail you examined and spoke about last week, I
17   believe, in front of the jury.
18      A.  Yes, sir.
19      Q.  You had occasion to examine that nail as part of
20   your investigation into this case, yes?
21      A.  Yes, when it was in the laboratory, I did a full
22   examination on the nail and the tire.
23      Q.  And you took photographs of the nail?
24      A.  Yes, sir, I did.
25      Q.  And I want to ask you specifically with respect
```

1    to the tool marks that you found on the nail. Can you

2    tell the jury the tool marks that you found pending your

3    examination?

4      A. So as I examined the nail, I was looking at

5    imperfections on the nail itself, whether it was the

6    head or the shaft of the nail. I noted what I

7    previously talked about, the arc from what appeared to

8    be a powder-actuated or a pneumatic nail gun, and then

9    there was some abrasion marks on the side of the head

10    and then there was some score marks along the surface of

11    the shaft that ran perpendicular.

12      Q. Do you recall -- with respect to those score

13    marks, can you describe to the jury what those were?

14      A. If you could picture in your head a piece of

15    wood, say, a pencil or whatever, and you just take

16    something, a knife or a sharp object and just keep

17    grinding it down and you start creating lines and

18    grooves inside, that's what I refer to as score marks

19    along the surface.

20      Q. And are you familiar with what multi-tools are,

21    what a multi-tool is? Like a Gerber or Leatherman, that

22    type thing?

23      A. Yes, sir, I know what they are.

24      Q. With respect to the nail you examined, did you

25    see or have occasion to notice or observe any score

1  marks consistent with application of a multi-tool or

2  some sort of gripping device?

3      A.   The score marks, I couldn't tell you what the

4  source of it would have been.  A gripping tool would not

5  create score marks, if that's what you're asking.

6      Q.   Okay.  With respect to a plier-type device, would

7  they leave a mark if it was used on a nail?

8      A.   If someone used it to grip to hold it tight, yes,

9  sir, there would be probably impression marks on the

10  surface, unless they slipped, and then it would

11  basically create striations along the surface somewhere.

12     Q.   Why would that be?

13     A.   Why would there be striations?

14     Q.   Yeah, why would it leave an impression?

15     A.   Oh, so if you -- best analogy, if you picture

16  someone trying to manhandle a doorknob, and they had a

17  pair of channel locks, those are the adjustable jaw

18  pliers, and they come in and, this is your doorknob, and

19  they grab and they fix.

20          Well, that surface has teeth.  And manufacturers

21  when they -- well, first, let's start out with bar

22  stock, stamp it or mill it.  Then they will cut the

23  teeth into the jaws of the pliers.  And then as the

24  final step, they will heat treat it, and that hardens

25  the metal because you don't want your tools to break or

1  snap while you're working on it.

2       So those marks will be transferred to the surface

3  of that doorknob.  So you would have a negative

4  impression or an impression itself of the teeth left on

5  it because most doorknobs are usually made out of a

6  brass, softer material, or if somebody didn't grip it

7  tight enough and they rotated it the teeth would then

8  create striations on both sides of the doorknob as it

9  was twisted around.

10     Q.  Did you see anything of that nature on this nail?

11     A.  No, sir, I didn't.

12     Q.  Are you familiar with a Leatherman tool?

13     A.  Yes, sir.

14     Q.  Are you familiar with the plier aspects of a

15  Leatherman tool?

16     A.  Yes, sir.

17     Q.  Did you see anything with respect to the

18  application of a Leatherman plier on this nail?

19     A.  As far as gripping marks, no, sir.

20     Q.  How about as far as striation marks or anything

21  else like that?

22     A.  No, sir, there was nothing on the side of the

23  head or along the shaft.

24          MR. SKROCKI:  Those are all the questions I

25  have for Mr. Mills.

1           THE COURT:  Mr. Camiel, go ahead, please.

2                   CROSS EXAMINATION

3    BY MR. CAMIEL:

4        Q.  Good morning, Mr. Mills.

5        A.  Good morning, sir.

6        Q.  You talked to us, I guess it was probably a

7    couple weeks ago now, about seeing marks on the head of

8    the nail that you associated with a nail gun, right?

9        A.  That are consistent with, yes.

10       Q.  Consistent with, right.  You also saw on the

11   shaft of the nail tool marks, didn't you?

12       A.  Along the -- if we're talking about right below

13   the head, yes, sir.

14       Q.  And those tool marks that you saw, you didn't

15   know what the source of those was; is that right?

16       A.  That is correct.

17       Q.  In fact, you couldn't rule in or rule out

18   anything, you just didn't know the source, what made

19   them?

20       A.  That is correct.

21       Q.  Now, in terms of gripping devices, were you

22   provided with any kind of a gripping device to compare

23   to the marks that you saw on the nail?

24       A.  No, sir, I didn't -- well, I wasn't provided any

25   gripping tools, but I also didn't find any marks that

1    were consistent with a gripping-type action.

2        Q.   I understand.  I understand.  But you weren't

3    provided with anything to use to try to compare to the

4    marks on the nail; is that right?

5        A.   Yes, sir.

6        Q.   And you would agree that there are all kinds of

7    different multi-tool devices, Leatherman-type devices,

8    right?

9        A.   Oh, yes, sir, there's a wide variety.

10       Q.   And Leatherman is a brand name, but there are

11   many other brands of similar devices?

12       A.   Yes, sir.  Leatherman is just more popular.

13       Q.   Sure.  And some of them have -- some of the

14   gripping devices have smooth faces; is that right?

15       A.   For Leatherman, no, sir.  Most of your

16   multi-tools will have teeth cut in and then there is

17   usually either serrations for the tip.  Most of your

18   smooth-jawed tools are usually like in the electrician

19   type so that you're not marring the insulation.

20       Q.   Sure.  And some of the multi-tool devices have

21   very fine teeth; is that right?

22       A.   Yes, sir, that's usually at the tip.

23       Q.   And some have deeper teeth that are sharper; is

24   that right?

25       A.   You mean like -- what do you mean sharper, to

1   cut, or are you talking about the angle?

2       Q.  Larger teeth inside the tool.

3       A.  Yes, sir, the teeth placement is a

4   characteristic, so you might have some that are very

5   narrow, and then, say, if you get into a pipe wrench or

6   large channel locks, you could have a very big gap

7   between the teeth themselves.

8       Q.  The type of mark that a tool might leave on

9   something like a nail in part depends on how the tool is

10  held; is that right?

11      A.  Are you talking about how it's held in

12  relationship to the object?

13      Q.  Yes.

14      A.  Yes, sir.

15      Q.  All right.  You could hold a gripping device so

16  that it was flush, the faces were flush against the

17  nail, right?

18      A.  So are we talking about a shaft?

19      Q.  Sure.

20      A.  So the shaft, yes, sir, you would have two

21  opposable jaws that would come in and grip.

22      Q.  If it was held at an angle one way or the other,

23  it would create a different kind of mark; is that right?

24      A.  You wouldn't -- if I'm catching what you're

25  saying, so if you go look at my fingers and I'm

articulating them one sitting higher than the other, you
would have -- you wouldn't have the entire surface area
coming into contact, but eventually, depending on the
pressure, it eventually will try and flatten itself out
because that's going to be the least resistance.

Q.   Sure.  But at the end of the day, you saw marks
on the shaft of the nail that you agree are tool marks,
right?

A.   Yes, sir.

Q.   And by saying that they are tool marks, it means
some kind of tool left those marks on the shaft of the
nail?

A.   That is correct.

Q.   You just can't say what it is?

A.   No, sir.

Q.   I'm going to have you take a look at defense
exhibits.  Let's start with 321.  Does that look like a
picture of the nail that you examined?

A.   Yes, sir, it does.

        MR. CAMIEL:  I would offer Defendant's 321.

        MR. SKROCKI:  Brief voir dire.

        THE COURT:  All right.

        MR. SKROCKI:  Did you take that photograph?

        THE WITNESS:  I don't believe I did, no, sir.

I don't remember that one.

1          MR. SKROCKI:  Do you want to go through the

2    rest?  If we could stipulate he didn't take the rest of

3    those.

4          MR. CAMIEL:  Sure.

5          MR. SKROCKI:  We would stipulate that Mr. Mills

6    didn't take these photographs.  We otherwise have no

7    objection.

8          THE COURT:  What's the number?

9          MR. CAMIEL:  Defendant's 321, 322, 323, 324,

10   325, 326, and 327.

11          THE COURT:  No objection to those?

12          MR. SKROCKI:  No, ma'am.

13          THE COURT:  Those can all be admitted.

14          (Defense Exhibit No. 321 - No. 327 admitted.)

15   BY MR. CAMIEL:

16   Q.  Why don't we put those up on the screen.

17          So that shows a profile view of both the head and

18   the upper part of the shaft of the nail; is that right?

19   A.  That is correct, yes, sir.

20   Q.  And then if we could go to the next one.  This is

21   322.

22          That's just another view of the same nail; is

23   that right?

24   A.  Yes, sir, it's just moving down the shaft.

25   Q.  All right.  And go to 323.

1      And by the way, these are the marks you have been

2 telling us about?

3      A.  Yes, sir.  Those are the ones that are up near

4 the head of the nail, yes, sir.

5      Q.  And then 324, 325, 326, and 327.  Now, did you

6 take any photos of the profile view of the nail?

7      A.  Yes, sir, I did take one.  It's in my notes.

8      Q.  But just one?

9      A.  Yes, sir.

10     Q.  Okay.  Did you write any reports related to the

11 markings that you saw on the side of the nail that we're

12 looking at here?

13     A.  Yes, sir, that would be the report when I was

14 talking about the score marks.

15     Q.  And in addition to these marks that are near the

16 top, along the shaft of the nail, you saw some -- what

17 you're calling a score mark; is that right?

18     A.  Yes, sir, along the surface.

19     Q.  And you couldn't tell us what caused that either?

20     A.  No, sir.

21          MR. CAMIEL:  That's all I have.  Thank you.

22          THE COURT:  Follow-up, Mr. Skrocki?

23          MR. SKROCKI:  Can we have a brief sidebar just

24 to advance some questions for Court and Counsel's

25 consideration?

1            THE COURT:  Certainly.

2            (Begin bench conference.)

3            MR. SKROCKI:  So in response to the questions

4    about, "Were you asked to examine the nail with respect

5    to a tool mark," this only came up with Mr. Wells'

6    testimony, so I want to inquire about when we first

7    asked him to examine that.  A fair response, this came

8    up since Mr. Wells' testimony, so I want to inquire

9    about when we first asked him to examine that.  We had

10   no advance notice of this so no examination was done.  I

11   think that's a fair question.

12           MR. CAMIEL:  So the question would be when was

13   he first asked --

14           MR. SKROCKI:  When was he first asked about

15   whether there was a tool mark, Leatherman tool mark on

16   the nail.

17           MR. CAMIEL:  I don't have any problem with

18   that.  That's fine.

19           THE COURT:  Very good.

20           (End bench conference.)

21                    REDIRECT EXAMINATION

22   BY MR. SKROCKI:

23     Q.  Mr. Mills, you were asked a question about

24   whether you had ever done any exam on that nail with

25   respect to a tool mark from a multi-tool?

```
 1      A.   Yes, sir.
 2      Q.   When were you first asked to do that, to -- let
 3  me put it this way:  We asked you yesterday or last
 4  night to come back and testify with respect to the
 5  Leatherman tool mark issue, correct?
 6      A.   Correct.
 7      Q.   And you just testified that a gripping tool did
 8  not cause the tool mark?
 9      A.   Which tool mark?
10      Q.   The tool marks on the nail.
11      A.   No, sir, I didn't see anything that was
12  consistent with a gripping tool.
13      Q.   Regardless of the angle?
14      A.   Regardless of the angle.
15           MR. SKROCKI:  That's all I have.  Thank you.
16           THE COURT:  Follow-up at all?
17           MR. CAMIEL:  No, nothing else.
18           THE COURT:  Thank you, sir.  You may be
19  excused.
20           (Witness excused)
21           (Requested excerpt concluded, proceedings
22  continued.)
23
24
25
```

1                          CERTIFICATE

2      I, Sonja L. Reeves, Federal Official Court Reporter
   in and for the United States District Court of the
3  District of Alaska, do hereby certify that the foregoing
   transcript is a true and accurate transcript from the
4  original stenographic record in the above-entitled
   matter and that the transcript page format is in
5  conformance with the regulations of the Judicial
   Conference of the United States.

6
       Dated this 3rd day of October, 2019.
7

8
                            /s/ Sonja L. Reeves
9                           SONJA L. REEVES, RMR-CRR
                            FEDERAL OFFICIAL COURT REPORTER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25