```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS    NO. 3:13-cr-00008-SLG
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:   GARY COLBATH, PETER CAMIEL

PROCEEDINGS: TRIAL BY JURY – DAY 20 HELD 10/7/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:52 a.m. court convened without the jury panel present.

Court and counsel heard re limiting jury instruction from opening statement as to the timeline of the case.

Court and counsel heard re defendant's renewed oral motion for acquittal under Rule 29; Court will reserve decision and submit the case to the jury then decide the motion after the jury returns a verdict of Guilty or is discharged without having returned a verdict, under Rule 29(b).

Court and counsel heard re closing arguments.

At 8:59 a.m. court recessed until 9:10 a.m. with the jury panel present.

Preliminary Jury Instructions handed out to the jury panel and read by the court.

Closing argument heard.

At 10:41 a.m. court recessed until 10:58 a.m. with the jury panel present.

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

Closing argument heard.

At 12:46 p.m. court recessed until 1:37 p.m. with the jury panel present.

Rebuttal argument heard.

Jury instructions read to the jury panel.

The Court instructed the clerk to pull two juror numbers as the alternate jurors: juror number 4, juror number 10, juror number 13, and juror number 6 selected.

The court thanked and excused the alternate jurors; Court addressed alternated jurors that they are not discharged at this time in the event a juror is released during deliberations.

At 1:57 p.m. the alternate jurors exited the courtroom.

Court addressed the jury panel re deliberations and schedule, 8:30 to 5:00.

At 1:58 p.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re exhibits, lap top computer for the jurors, read backs, and telephone numbers.

The parties will decide on whether to be present at read backs depending on the request from the jury panel.

Court and counsel heard re if juror is released during deliberations an alternate will be called, in the order that they were called by the clerk.

At 2:04 p.m. court recessed until 4:41 p.m. without the jury panel present.

Continued to Page 3

(Revised 1-29-2015)

Court and counsel heard re jury note.

At 4:45 p.m. court recessed to reconvene Tuesday, **October 8, 2019 at 8:30 a.m.**

At 4:50 p.m. the jury panel recessed deliberations to reconvene Tuesday, October 8, 2019 at 8:30 a.m.

**OFF RECORD NOTE:** All admitted exhibits, blank jury notes, original verdict form and original jury instructions forwarded to the jury panel. Exhibits 144 and 145 to be shown upon request of the jury panel.

DATE:      October 7, 2019        DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)