# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
　　　　　Plaintiff

v.

JAMES MICHAEL WELLS　　　　　CASE NO. 3:13-cr-00008-SLG
　　　　　Defendant

## NOTE FROM THE JURY

Date: 10/7　　　Time: 4:15

Your Honor:
- Could we get a larger TV for viewing the videos?
- Is there an index for the DVD's

#8
Juror Number

## RESPONSE FROM JUDGE TO JURY

Date:　　　　　Time:

Jurors:

SHARON L. GLEASON
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
Plaintiff

v.

JAMES MICHAEL WELLS    CASE NO. 3:13-cr-00008-SLG
Defendant

## NOTE FROM THE JURY

Date: 10/7    Time: 4:15

Your Honor:
- Could we get a larger TV for viewing the videos?
- Is there an index for the DVD's

#8
Juror Number

## RESPONSE FROM JUDGE TO JURY

Time: 4:50 pm    Date: 10/7

Jurors:
We plan to provide both requests in the morning. 10/8/19

Sharon Gleason
SHARON L. GLEASON
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
Plaintiff

v.

JAMES MICHAEL WELLS                    CASE NO.    3:13-cr-00008-SLG
Defendant

## NOTE FROM THE JURY

Date: 10/8/19   Time: 9:35

Your Honor:
Audio disc 98-103 are blank. We would like to listen to Wells interviews. Thanks

#8
Juror Number

## RESPONSE FROM JUDGE TO JURY

Date: _____   Time: _____

Jurors:

SHARON L. GLEASON
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
Plaintiff

v.

JAMES MICHAEL WELLS
Defendant

CASE NO. 3:13-cr-00008-SLG

## NOTE FROM THE JURY

Date: 10/8/19  Time: 9:35

Your Honor:

Audio disc 98-103 are blank. We would like to listen to Wells interviews. Thanks

\* Response: We have used the external on other disc, these are blank. Thanks!

*[Sticky note:]* The Audio works Thanks!

#8
Juror Number

## RESPONSE FROM JUDGE TO JURY

Date: 10/8/19  Time: 10 am

Jurors:

The DVD drive in the lap top doesn't work. In the laptop bag is an external DVD drive. Please plug in that drive - it should be able to read all the DVDs.

Sharon Gleason
SHARON L. GLEASON
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA
       Plaintiff

v.

JAMES MICHAEL WELLS              CASE NO.  3:13-cr-00008-SLG
       Defendant

## NOTE FROM THE JURY

Date: 10/8/19    Time: 2:29

Your Honor:
We have reached our decision.

#8
Juror Number

## RESPONSE FROM JUDGE TO JURY

Date: _____    Time: _____

Jurors:

SHARON L. GLEASON
U.S. DISTRICT JUDGE