IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MICHAEL WELLS,

    Defendant.

Case No. 3:13-cr-00008-SLG

## VERDICT

**COUNT 1:**

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **(GUILTY)** (circle one)

of Count 1 (Murder in the First Degree—Richard W. Belisle) as charged in the Indictment.

**COUNT 2:**

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **(GUILTY)** (circle one)

of Count 2 (Murder in the First Degree—James A. Hopkins) as charged in the Indictment.

## COUNT 3:

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **GUILTY** (circle one)

of Count 3 (Murder of an Officer or Employee of the United States—Richard W. Belisle) as charged in the Indictment.

## COUNT 4:

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **GUILTY** (circle one)

of Count 4 (Murder of an Officer or Employee of the United States—James A. Hopkins) as charged in the Indictment.

*Answer the following verdict (Count 5) only if you found the defendant guilty of Count 2. If you found the defendant not guilty of Count 2, do not render a verdict as to Count 5—proceed directly to Count 6.*

## COUNT 5:

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **GUILTY** (circle one)

of Count 5 of the Indictment, Using and Carrying a Firearm in During and In Relation to the Crime of Violence that was charged in Count 2.

*Answer the following verdict (Count 6) only if you found the defendant guilty of Count 1. If you found the defendant not guilty of Count 1, do not render a verdict as to Count 6—proceed directly to bottom of this page.*

**COUNT 6:**

We the Jury find the defendant, JAMES MICHAEL WELLS,

NOT GUILTY or **GUILTY** (circle one)

of Count 6 of the Indictment, Using and Carrying a Firearm During and In Relation to the Crime of Violence that was charged in Count 1.

*Once you have finished your deliberations and completed this verdict form, please have your Jury Foreperson date and sign this page.*

DATED: 10/8/2019

Redacted Signature

FOREPERSON