# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF PLAINTIFF

---

**Case No.:** 3:13-cr-00008-SLG  **Judge:** SHARON L. GLEASON

**Title:** UNITED STATES OF AMERICA

vs.

JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** September 9, 2019 through October 8, 2019

**Deputy Clerk:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

| Attorney for Plaintiff |
|---|
| Steven E. Skrocki |
| Christina M. Sherman |
| Kelley Leann Stevens |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | X | 9/10/19 | Google map of Kodiak base |
| 2 | X | 9/10/19 | Google map of COMMSTA |
| 3 | X | 9/10/19 | Google map of Bell's Flats |
| 4 | X | 9/10/19 | Aerial view of area from airport to Rigger Shop |
| 5 | X | 9/10/19 | Aerial view of COMMSTA |
| 6 | X | 9/10/19 | Aerial view of Rigger Shop and water treatment plant |
| 7 | X | 9/10/19 | Aerial view of Rigger Shop showing entrances |
| 7A | X | 9/10/19 | Aerial view of Rigger Shop showing entrances with marked changes by W-5 |
| 8 | X | 9/10/19 | Aerial view of back of Rigger Shop |
| 9 | X | 9/10/19 | Aerial view of Anton Larson Road and Rigger Shop |
| 10 | X | 9/10/19 | COMMSTA Organizational chart |
| 11 | X | 9/10/19 | Rigger Shop Organizational chart |
| 12 | X | 9/10/19 | Rigger Shop sign |
| 13 | X | 9/10/19 | Rigger Shop diagram |
| 14 | X | 9/10/19 | Rigger Shop diagram, zoomed to office & break room |
| 15 | X | 9/10/19 | Jim Hopkins |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 16 | X | 9/10/19 | Rich Belisle |
| 17 | X | 9/10/19 | Jim Wells Rigger |
| 18 | X | 9/10/19 | Rigger Shop with view of garage doors |
| 19 | X | 9/10/19 | Rigger Shop showing the vehicles |
| 20 | X | 9/10/19 | Side of Rigger Shop near road |
| 21 | X | 9/10/19 | Back of Rigger Shop showing windows |
| 22 | X | 9/10/19 | Back of Rigger Shop showing doors and equipment |
| 23 | X | 9/10/19 | Camera on exterior of Rigger Shop |
| 24 | X | 9/10/19 | Zoomed in view of Rigger Shop "T2" camera |
| 25 | X | 9/10/19 | Keycard entrance door to Rigger Shop |
| 26 | X | 9/10/19 | Entrance door to Rigger Shop |
| 27 | X | 9/10/19 | Rigger shop door open |
| 28 | X | 9/10/19 | View from entrance door facing right |
| 29 | X | 9/10/19 | View from entrance door facing left |
| 30 | X | 9/10/19 | View from entrance door facing 45 degrees to the left |
| 31 | X | 9/10/19 | View from hallway of entrance to office |
| 32 | X | 9/10/19 | Wells' desk |
| 33 | X | 9/11/19 | Voicemail from Wells to Reckner |
| 34 | X | 9/11/19 | Wells 2010-2011 Performance Evaluation |
| 35 | X | 9/10/19 | Memo of Expectations & Clarification dated April 2011 |
| 36 | X | 9/11/19 | Memo of Expectations dated November 2011 |
| 37 | X | 9/11/19 | Letter of Caution dated January 2012 |
| 38 | | | Belisle federal employee appointment paperwork |
| 39 | | | Hopkins enlistment/reenlistment documentation |
| 40 | X | 9/12/19 | View from entrance door facing break room entrance |
| 41 | X | 9/12/19 | View of doorway of office showing Belisle's legs |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 42 |   |   | View of Office with Belisle's legs visible |
| 43 | X | 9/12/19 | Beauford's call to Ops Deck |
| 44 | X | 9/12/19 | Vehicles parked in front of Rigger Shop |
| 45 | X | 9/12/19 | Blue Dodge Ram parked in front of Rigger Shop |
| 46 | X | 9/12/19 | Blue Ford F150 parked in front of Rigger Shop |
| 47 | X | 9/12/19 | Government vehicle parked in front of Rigger Shop |
| 48 | X | 9/12/19 | Second Government vehicle parked in front of Rigger Shop |
| 49 | X | 9/12/19 | Jeep parked in front of Rigger Shop |
| 50 |   |   | Xterra parked in front of Rigger Shop |
| 51 |   |   | Overview of Belisle at scene |
| 52 | X | 9/12/19 | View of Belisle showing where Smith moved chair |
| 53 | X | 9/12/19 | View of Belisle - where Smith originally saw chair |
| 54 |   |   | Watch log of rounds and building checks |
| 55 | X | 09/12/19 | T1 front gate at 4/11/12 - 9:02:19-9:02:52 |
| 56 | X | 9/12/19 | T1 front gate at 4/11/12 - 9:16:00-9:16:10 |
| 57 | X | 9/12/19 | Backgate T1 at 4/11/12 screenshot only 9:16:00 |
| 58 |   |   | T1 front gate at 4/11/12 - 9:31:56-9:32:08 |
| 59 | X | 9/12/19 | Backgate T1 at 4/11/12 screenshot only 11:51:34 |
| 60 | X | 9/12/19 | Backgate T1 at 4/11/12 - 13:15:10-13:17:22 |
| 61 | X | 9/12/19 | T1 Back at 4/11/12 - 13:19:00-13:20:00 |
| 62 | X | 9/12/19 | Backgate T1 at 4/12/12 - 6:59:00-7:38:28 |
| 63 | X | 9/13/19 | T2 at 4/12/12- 7:00:00 - 7:30:00 |
| 64 | X | 9/13/19 | T2 at 4/12/12 - screenshot PowerPoint of T2 camera at 7:08am |
| 65 | X | 9/13/19 | T2 at 4/12/12 - screenshot PowerPoint of T2 camera at 7:14am |
| 66 | X | 9/13/19X | Backgate T1 at 4/12/12 - 7:50:00 - 7:50:28 |
| 67 | X | 9/11/19 | T2 at 4/12/12 - 8:23:20 - 8:26:52 |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 68 | X | 9/16/19 | Backgate T1 at 4/12/12 8:26:52 - 8:28:32 |
| 69 | X | 9/16/19 | Tire from Wells truck |
| 70 | X | 9/16/19 | Tires in back of Wells white truck |
| 71 | X | 9/16/19 | Detailed Vehicle Record - Wells truck |
| 72 | X | 9/16/19 | Tire |
| 73 | X | 9/12/19 | Back of Rigger Shop |
| 74 | X | 9/12/19 | Exterior boiler room door |
| 75 | X | 9/13/19 | Exterior of screen door |
| 76 | X | 9/16/19 | Arrival/Departure times 4.2 - 4.12 |
| 77 | X | 9/16/19 | Main Gate camera video - Wells going East towards COMMSTA |
| 77A | X | 9/16/19 | Screenshot of Wells truck going East towards COMMSTA |
| 78 | X | 9/17/19 | Main base gate camera showing cell phone |
| 79 | X | 9/17/19 | Main base gate camera showing time difference on cell phone |
| 80 | X | 9/17/19 | time difference on main base gate camera |
| 81 | X | 9/17/19 | Metadata on Main base gate camera with Wells vehicle |
| 82 | X | 9/16/19 | Main Gate camera video - Wells going West towards Bells Flats |
| 82A | X | 9/16/19 | Screenshot of Wells truck going west towards Bells Flats |
| 83 | X | 9/16/19 | Screenshot of Wells truck going towards COMMSTA 2nd time |
| 84 | X | 9/16/19 | Voicemail from Wells left on Hopkins' desk phone |
| 85 | X | 9/16/19 | Diagram of Bells Flats of where Ecret saw Wells on 4.12.12 |
| 86 | X |  | Drawing of airport parking, with notation by Amanda Sanford |
| 87 | X | 9/12/19 | Front view of CRV located at the airport |
| 88 | X | 9/12/19 | Overview photo of CRV located at the airport |
| 89 | X | 9/12/19 | side view of CRV located at the airport |
| 90 | X | 9/16/19 | Aerial photo of Kodiak airport |
| 91 | X | 9/12/19 | Aerial photo of Kodiak airport showing Servant air and Island air |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 91A | X | 9/17/19 | Aerial photo of Kodiak airport showing Servant air and Island air |
| 92 | X | 9/16/19 | Aerial photo of Kodiak airport zoomed in |
| 93 | X | 9/12/19 | Detailed Vehicle Record - Blue SUV |
| 94 | X | 9/17/19 | Honda CRV specs |
| 95 | X |  | Becker's PowerPoint |
| 96 | X | 9/23/19 | Wells phone showing calls |
| 97 | X | 9/23/19 | Wells phone showing texts between him and Nancy Wells |
| 98 | X | 9/18/19 | Wells interview - Part 1 |
| 98T | X | 9/18/19 | Transcript of Wells Interview - part 1(not to go jury) |
| 99 | X | 9/19/19 | Wells interview - Part 2 |
| 99T | X | 9/19/19 | Transcript of Wells Interview - part 2 (not to go to jury) |
| 100 | X | 9/19/19 | Wells interview - Part 3 |
| 100T | X | 9/19/19 | Transcript of Wells Interview - part 3 (not to go to jury) |
| 101 | X | 9/19/19 | Wells interview - Part 4 |
| 101T | X | 9/19/19 | Transcript of Wells Interview - part 4 (not to go to jury) |
| 102 | X | 9/19/19 | Wells interview - Part 5 |
| 102T | X | 9/19/19 | Transcript of Wells Interview - part 5 (not to go to jury) |
| 103 | X | 9/19/19 | Wells interview - Part 6 |
| 103T | X | 9/19/19 | Transcript of Wells Interview - part 6 (not to go to jury) |
| 104 | X | 9/19/19 | Wells' hand drawing of the Rigger Shop |
| 104A | X | 9/19/19 | Wells' hand drawing of the Rigger Shop |
| 105 | X | 9/12/19 | List of vehicles on the T1 & T2 video |
| 106 | X | 9/24/19 | Diagram of Rigger Shop - with placards |
| 107 | X | 9/24/19 | Belisle on ground in office |
| 108 | X | 9/24/19 | Office showing floor where Belisle was found |
| 109 | X | 9/24/19 | Office with bullet hole in floor |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 110 | X | 9/24/19 | Bullet under floor in office |
| 111 | X | 9/24/19 | Bullet pulled out from floorboard |
| 112 | X | 9/24/19 | Bullet strike in floor board |
| 113 | X | 9/24/19 | Bullet fragment in floorboard |
| 114 | X | 9/24/19 | Hopkins on ground in breakroom |
| 115 | X | 9/24/19 | Hopkins, with blouse nearby |
| 116 | X | 9/24/19 | Break room |
| 117 | X | 9/24/19 | Break room facing boiler room door |
| 118 | X | 9/12/19 | Break room, with blouse with rolled sleeve |
| 119 | X | 9/24/19 | Wide view of placard 7 |
| 120 | X | 9/24/19 | Placard 7, bullet fragment |
| 121 | X | 9/24/19 | Placard 8, blue blouse |
| 122 | X | 9/24/19 | Placard 9, bullet fragment |
| 123 | X | 9/24/19 | Placard 13, bullet fragment |
| 124 | X | 9/24/19 | Broken bowl on top of break room fridge |
| 125 | X | 9/24/19 | Bullet strike near window |
| 126 | X | 9/12/19 | Door to boiler room from interior |
| 127 | X | 9/12/19 | Boiler room |
| 128 | X | 9/12/19 | Boiler room showing exterior door |
| 129 | X | 9/24/19 | Inside office facing door |
| 130 | X | 9/24/19 | Wells desk |
| 131 | X | 9/24/19 | Wells desk showing letter of caution |
| 132 | X | 9/24/19 | Letter of caution from Wells desk |
| 133 | X | 9/24/19 | Aerial view of Wells' house |
| 134 | X | 9/24/19 | Aerial view of Wells' house and street |
| 135 | X | 9/24/19 | Wells' house showing garage and driveway |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 136 | X | 9/24/19 | Exterior front of Wells' house |
| 137 | X | 9/24/19 | Exterior back of Wells house |
| 138 | X | 9/24/19 | Wells' house showing stairs and garage |
| 139 | X | 9/24/19 | Wells' garage exterior |
| 140 | X | 9/24/19 | Wells' garage interior near truck |
| 141 | X | 9/24/19 | Wells' house with garage door closed |
| 142 | X | 9/23/19 | Gun case behind door in Wells' house |
| 143 | X | 9/23/19 | Open gun case in Wells' house |
| 144 | X | 9/23/19 | Ceremonial sword and bag |
| 145 | X | 9/23/19 | Ceremonial swords found in Wells' house |
| 146 | X | 9/24/19 | Reloading equipment from Wells' house |
| 147 | X | 9/23/19 | Ammo located in Wells' house |
| 148 | X | 9/24/19 | .44 caliber ammo found in Wells' house |
| 149 | X | 9/24/19 | close up of .44 caliber ammo from Wells' house |
| 150 | X | 9/24/19 | .44 caliber rounds in camo bag |
| 151 | X | 9/25/19 | Bag of nails at Wells house |
| 152 | X | 9/25/19 | Bucket of nails at Wells house |
| 153 | X | 9/23/19 | Cabinet with ammo and charges |
| 154 | X | 9/23/19 | Closer view of cabinet with nail gun charges |
| 155 | X | 9/23/19 | Strip Nail gun charges |
| 156 | X | 9/23/19 | Strip Nail gun charges |
| 157 | X | 9/24/19 | Wells' white truck - side view |
| 158 | X | 9/24/19 | Wells' white truck - back view |
| 159 | X | 09/19/19 | Interior of Wells' truck |
| 160 | X | 9/24/19 | Wells' truck front passenger tire |
| 161 | X | 9/23/19 | Wells' truck tire on ground |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 162 | X | 9/24/19 | Wells' Blue CRV back drivers side corner |
| 163 | X | 9/24/19 | Wells' Blue CRV back view |
| 164 | X | 9/24/19 | Wells' Blue CRV from front driver's corner |
| 165 | X | 9/24/19 | Interior of CRV from passenger's side |
| 166 | X | 9/24/19 | Interior of CRV from driver's side |
| 167 | X | 9/24/19 | Contents of Blue CRV |
| 168 | | | Wells 2009-2010 Performance Evaluations |
| 169 | | | Fuel Card Investigation Report |
| 170 | | | Wells Administrative Leave letter 4.15.12 |
| 171 | | | Chart of drive times from videos |
| 172 | X | 9/17/19 | Map showing drive times from Wells residence to Rigger Shop |
| 173 | X | 9/10/19 | Map showing Wells residence, Belisles residence, airport, and COMMSTA |
| 174 | X | 9/17/19 | Front of Servant air showing orange cone |
| 175 | X | 9/17/19 | Airport with cone in far distance |
| 176 | X | 9/17/19 | Orange cone showing Alaska Airlines terminal in background |
| 177 | X | 9/17/19 | Orange cone showing where CRV was parked |
| 178 | X | 9/17/19 | Servant air side of building |
| 179 | X | | Backgate T1 at 4/19/12 - 15:18:25-15:30:00 |
| 179A | X | | Backgate T1 at 4/19/12 - 15:18:25-15:30:00 (Demonstrative) |
| 180 | | | Side-by-side video T1 and Riggers Shop (T2) cameras |
| 181 | X | | Toglia Collision Research PowerPoint |
| 181A | X | | Blow up of video comparison chart - toward Rigger Shop |
| 181B | X | | Blow up of video comparison chart - away from Rigger Shop |
| 182 | X | | Fly in of COMMSTA by Collision Research |
| 183 | X | 9/18/19 | Hopkins 's wallet |
| 184 | | | Money from Hopkins wallet |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 185 | X | 9/8/19 | Money and pocketknife from Belisle |
| 186 | X | 9/18/19 | Money from Belisle's pocket |
| 187 | X | 9/18/19 | Projectile from Belisle's neck |
| 188 | X | 9/25/19 | Belisle Medical Examiner injury diagram |
| 189 | X | 9/25/19 | Belisle, upper body (autopsy) |
| 190 | X | 9/25/19 | Belisle's right arm (autopsy) |
| 191 | X | 9/25/19 | Belisle, right underarm (autopsy) |
| 192 | X | 9/25/19 | Belilse , both abdomen wounds (autopsy) |
| 193 | X | 9/25/19 | Belisle's abdomen wound (autopsy) |
| 194 | X | 9/25/19 | Belisle's right hand (autopsy) |
| 195 | X | 9/25/19 | X-ray of Belisle's neck (autopsy) |
| 196 | | | Hopkins Medical Examiner injury diagram |
| 197 | X | 9/25/19 | Hopkins face (autopsy) |
| 198 | X | 9/25/19 | X-ray of Hopkins head (autopsy) |
| 199 | X | 9/25/19 | Back of Hopkins head (autopsy) |
| 200 | X | 9/25/19 | Hopkins overall view showing injuries (autopsy) |
| 201 | | | List of firearms from Stein |
| 202 | | | Stein fax regarding S&W revolver |
| 203 | X | 9/23/19 | Tire showing clock markings |
| 204 | X | 9/23/19 | Backside of tire |
| 205 | | | Zoomed view of tire size information |
| 206 | X | 9/23/19 | Close up of nail in tire with yellow circle |
| 207 | X | 9/23/19 | Close up of nail in tire |
| 208 | X | 9/23/19 | Inside of tire showing nail |
| 209 | X | | Worn nails in tire tread |
| 210 | X | | Tire puncture angles |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 211 | X | 9/24/19 | Nail in tire at angle with tread |
| 212 | X | 9/24/19 | Nail in tire at angle with scale |
| 213 | X | 9/24/19 | Close up of nail in tire with scale |
| 214 | X | 9/24/19 | View of nail from inside of tire |
| 215 | X | 9/24/19 | Nail removed from tire |
| 216 | X | 9/23/19 | Interior of Servant Air |
| 217 | X | 9/23/19 | Bathroom in Servant Air |
| 218 | X | 9/25/19 | Coast Guard Employee Questionnaire |
| 219 | X | | FBI Photo analysis PowerPoint |
| 220 | X | 9/10/19 | Photo of Belisle on Tower |
| 221 | X | 9/11/19 | Google Earth view of Bells Flats |
| 222 | X | 9/10/19 | Overview of COMMSTA |
| 223 | X | | Red Cloud Ranch |
| 224 | | | Red Cloud Ranch |
| 225 | | | Red Cloud Ranch |
| 226 | X | 9/13/19 | Map of Kodiak with Red Cloud Ranch |
| 227 | X | 9/11/19 | Air Compressor in Rigger Shop |
| 228 | | | Rigger Shop garage |
| 229 | X | 9/11/19 | Rigger Shop garage with view of door and air compressor |
| 230 | X | 9/11/19 | Inside rigger shop showing jack |
| 231 | X | 9/17/19 | Driver's side of Wells white truck at COMMSTA |
| 232 | X | 9/24/19 | Zoomed view of tire under Wells' vehicle |
| 233 | X | 9/24/19 | Zoomed view of tire under Wells' vehicle |
| 234 | X | 9/17/19 | Passenger side of Wells white truck at COMMSTA |
| 235 | X | 9/10/19 | Wells, Hopkins, Belisle on Shemya |
| 236 | X | 9/10/19 | Rigger shop 3D diagram |

(Rev 3/18)

CONTINUATION
EXHIBIT LIST OF PLAINTIFF

Page: 11

Case No: 3:13-cr-00008-SLG   Judge: SHARON L. GLEASON

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 237 | X | 9/18/19 | Bullet from Belisle's neck, 1B199, E5123389, Item 62 |
| 238 | X | 9/23/19 | Island Air lobby zoom |
| 239 | X | 9/23/19 | Island Air Outside of Restroom |
| 240 | X | 9/23/19 | Island Air Lobby overview |
| 241 | X | 9/23/19 | Island Air lobby showing camera |
| 242 | X | 9/24/19 | Bullet from Microwave 1B9 |
| 243 | X | 9/24/19 | Bullet Fragment 1B13 |
| 244 | X | 9/24/19 | Solid Bullet 1B37 |
| 245 | X | 9/24/19 | Bullet Fragment 1B38 |
| 246 | | | Ammo Pouch and Rounds 1B480 |
| 247 | X | 9/23/19 | Safe with Swords in Wells' house |
| 248 | X | 9/16/19 | Interior of Wells Truck |
| 249 | X | 9/20/19 | Ceremonial Sword |
| 250 | X | 9/20/19 | Japanese sword with 19 inch blade |
| 251 | X | 9/20/19 | Japanese sword with 29 inch blade |
| 252 | X | 9/10/19 | Tower training |
| 253 | X | 9/12/19 | Servant Air |
| 254 | | | Hopkins Enlisted Man of the Year |
| 255 | X | 10/01/19 | Photo of Tires in back of Mr. Wells Truck |
| 256 | X | 10/03/19 | Parties's Stipulation |
| 257 | X | 9/20/19 | Photo |
| 258 | X | 9/18/19 | Video April 12th |
| 259 | X | | Packet re Witness Steven Becker during Daubert Hearing |
| 260 | X | | Packet re Witness Angelo Toglia, Jr. during Daubert Hearing |
| 261 | X | | Photo |
| 262 | | | |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 263 | X | 9/23/19 | Photo |
| 264 | X | 9/23/19 | Photo |
| 265 | X | 9/24/19 | Photo |
| 266 | X | 9/24/19 | Photo of firearms |
| 267 | X | 9/25/19 | Photo |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 277 | X | 10/03/19 | Medical Record |
| | | | |