# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF DEFENDANT

| Case No.: 3:13-cr-00008-SLG | | Judge: SHARON L. GLEASON |

**Title:** UNITED STATES OF AMERICA

vs. JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** September 9, 2019 through October 8, 2019

**Deputy Clerk:** Caroline Edmiston

**Official Reporter:** Sonja L. Reeves

| Attorney for Defendant |
| --- |
| Gary George Colbath |
| Peter A. Camiel |
| |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
| --- | --- | --- | --- |
| DE-1 | | | Photo of James Wells |
| DE-2 | X | 9/25/19 | Newspaper Article Kodiak Daily Mirror |
| DE-3 | X | 9/25/19 | FBI Press Release |
| DE-4 | | | James Wells White Truck |
| DE-5 | | | Tire in Back of Wells Truck |
| DE-6 | | | T2 video clip |
| DE-7 | | | Still shots from T1 camera |
| DE-8 | | | Still shots from T1 camera |
| DE-9 | X | | Still shots from T1 camera (Demonstrative Only) |
| DE-10 | X | | Pixelated Photo (Demonstrative Only) |
| DE-11 | X | | Pixelated Photo (Demonstrative Only) |
| DE-12 | X | 9/30/19 | Photo Kodiak MWR Auto Hobby |
| DE-13 | X | 9/30/19 | Photo Kodiak MWR Auto Hobby |
| DE-14 | X | 9/30/19 | Photo Kodiak MWR Auto Hobby |
| DE-15 | | | Scenic Photo of COMMSTA |
| DE-16 | | | Photo of Island Air |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-17 | | | Photo of Island Air |
| DE-18 | | | Photo of Island Air |
| DE-19 | X | 9/23/19 | Kodiak Airport Lot |
| DE-20 | | | Kodiak Airport Lot |
| DE-21 | | | Kodiak Airport Lot |
| DE-22 | X | 9/18/19 | SW Wells residence |
| DE-23 | X | 9/18/19 | SW Wells residence |
| DE-24 | X | 9/18/19 | SW Wells residence |
| DE-25 | | | Nail in Tire |
| DE-26 | | | Wells Honda CRV |
| DE-27 | | | Wells Honda CRV |
| DE-28 | X | 9/12/19 | Vehicle at Airport |
| DE-29 | X | 9/12/19 | Vehicle at Airport |
| DE-30 | X | 9/12/19 | Vehicle at Airport |
| DE-31 | | | Wells Honda CRV |
| DE-32 | | | Wells Honda CRV |
| DE-33 | X | 9/16/19 | SW Wells residence - septic tank |
| DE-34 | X | 9/16/19 | SW Wells residence - septic tank |
| DE-35 | | | SW Wells Honda CRV |
| DE-35A | | | SW Wells Honda CRV |
| DE-36 | X | 9/18/19 | SW landfill |
| DE-37 | | | Photo T2 Crime Scene outside |
| DE-38 | | | Photo T2 Crime Scene outside |
| DE-39 | X | 9/26/19 | Aerial Photo of COMMSTA |
| DE-40 | | | Aerial Photo of Airport |
| DE-41 | | | Aerial Photo of Airport |

(Rev 3/18)

## CONTINUATION
## EXHIBIT LIST OF DEFENDANT

Page: 3

Case No: 3:13-cr-00008-SLG             Judge: SHARON L. GLEASON

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-42 |   |   | Aerial Photo of Airport |
| DE-43 | X | 9/24/19 | Hopkins Crime Scene Photo |
| DE-44 |   |   | Hopkins Crime Scene Photo |
| DE-45 | X |   | Tire Tracks on Road |
| DE-46 | X | 9/13/19 | T2 Photo |
| DE-47 |   |   | Anton Larsen Bay Rd |
| DE-48 | X | 9/13/19 | Tire Track on Road |
| DE-49 | X | 9/23/19 | Photo of Servant Air |
| DE-50 | X | 9/23/19 | Photo of Servant Air |
| DE-51 | X |   | Sketch of Servant Air |
| DE-51A | X | 9/23/19 | Sketch of Servant Air (DE-51 with corrections) |
| DE-52 |   |   | Blueprint of T2 |
| DE-53 |   |   | COMMSTA organizational chart |
| DE-54 |   |   | Mills lab report 11-20-12 |
| DE-55 |   |   | Mills lab report 2-11-13 |
| DE-56 |   |   | Mills lab report 12-17-12 |
| DE-57 |   |   | Mills lab report 3-13-13 |
| DE-58 |   |   | Mills lab report 12-5-13 |
| DE-59 |   |   | Mills lab report 1-16-13 |
| DE-60 |   |   | Mills lab report 10-19-12 |
| DE-61 |   |   | Mills lab report 12-17-12 |
| DE-62 |   |   | Mills lab report 2-11-13 |
| DE-63 |   |   | Mills lab report 2-13-13 |
| DE-64 |   |   | Mills lab report 11-16-12 |
| DE-65 |   |   | Mills lab report 1-11-13 |
| DE-66 |   |   | Mills lab report 3-1-13 |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-67 | | | Mills lab report 2-25-13 |
| DE-68 | | | Shem lab report 4-25-12 |
| DE-69 | | | Shem lab report 5-3-13 |
| DE-70 | | | Shem lab report 4-25-12 |
| DE-71 | | | Shem lab report 5-4-12 |
| DE-72 | | | Shem lab report 5-7-12 |
| DE-73 | | | Shem lab report 8-21-12 |
| DE-74 | | | Shem lab report 10-29-12 |
| DE-75 | | | Shem lab report 12-4-13 |
| DE-76 | | | Shem lab report 12-31-13 |
| DE-77 | | | Morton report |
| DE-78 | | | McCrary CV |
| DE-79 | | | McCrary Report |
| DE-80 | | | Kish CV |
| DE-81 | | | Kish Report |
| DE-82 | | | Dietz Report |
| DE-83 | | | Dietz CV |
| DE-84 | | | Iber Report 7-10-12 |
| DE-85 | | | Iber CV |
| DE-86 | | | Iber Email to Allison |
| DE-87 | | | Iber Report 4-20-12 |
| DE-88 | | | Imel Email to Gaston |
| DE-89 | | | Request to FAVIAU |
| DE-90 | | | Beck - Report 7-10-19 |
| DE-91 | | | Beck CV |
| DE-92 | | | Beck Report 3-30-19 |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-93 | | | Reisberg Supp. Report 5-26-19 |
| DE-94 | | | Reisberg CV |
| DE-95 | | | Bolden Report 8-16-12 |
| DE-96 | | | Bolden Tire Wheel Inspection |
| DE-97 | | | Currie CV & Photos |
| DE-98 | | | Swanepoel CV |
| DE-99 | | | Swanepoel Report |
| DE-100 | | | Swanepoel Supp. Report |
| DE-101 | | | Richards CV |
| DE-102 | | | Hoerricks CV |
| DE-103 | | | Hoerricks Report 4-1-19 |
| DE-104 | | | Hoerricks Report 5-6-19 |
| DE-105 | | | Hoerricks Sup. Report 7-16-19 |
| DE-106 | | | DiTallo CV |
| DE-107 | | | Photos Used by Kish |
| DE-108 | | | Photos Used by Beck |
| DE-109 | | | FAVIAU SOP 2012 version |
| DE-110 | | | FAVIAU SOP 2012 currrent version |
| DE-111 | | | FAVIAU SOP 2012 version w/ revisions |
| DE-112 | | | FAVIAU SOP current w/ revisions |
| DE-113 | | | Tire Tread Examination Report |
| DE-114 | | | Wells Evaluations 2010-2011 |
| DE-115 | X | 9/11/19 | Wells Evaluations 2011-2012 |
| DE-116 | X | 9/19/19 | Reed -pg7 |
| DE-117 | X | 9/19/19 | Fillion -pg7 |
| DE-118 | | | Email Reckner 10-6-10 |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-119 | | | Email Reckner 8-27-10 |
| DE-120 | | | Email Reckner 8-6-10 |
| DE-121 | | | Kolodzik Report 4-12-12 |
| DE-122 | X | 9/20/19 | Photos of T1 camera room   (First two slides only) |
| DE-122A | X | 9/30/19 | Photos of T1 camera room |
| DE-123 | X | 9/30/19 | T2 camera stillshots |
| DE-124 | X | 9/11/19 | Wells leave summary |
| DE-125 | | | Aerial COMMSTA |
| DE-126 | | | Aerial T2 |
| DE-127 | | | Aerial T1 & T2 |
| DE-128 | | | Aerial T1 & T2 |
| DE-129 | X | | T1 camera stillshot |
| DE-130 | | | FBI Press Release |
| DE-131 | X | | Wells septic tank |
| DE-132 | | | Crime Scene Photo - trash can #10 |
| DE-133 | X | 10/01/19 | Wells VA disability form |
| DE-134 | X | 9/18/19 | Photo dumpsters |
| DE-135 | | | Photo Wells residence |
| DE-136 | X | 9/26/19 | Photo Anton Larsen Bay Rd. |
| DE-137 | X | 9/30/19 | Anton Larsen Bay Rd Bridge 6 |
| DE-138 | X | 9/30/19 | Anton Larsen Bay Rd Bridge 6 |
| DE-139 | | | Anton Larsen Bay Rd |
| DE-140 | | | Anton Larsen Bay Rd |
| DE-141 | | | Golf Course |
| DE-142 | | | Golf Course |
| DE-143 | | | Golf Course |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-144 | X | 9/30/19 | Boat Dock |
| DE-145 | X | 9/30/19 | Boat Dock |
| DE-146 | X | 9/25/19 | Boat Dock |
| DE-147 | | | Servant Air |
| DE-148 | | | Airport parking lot |
| DE-149 | | | Island Air |
| DE-150 | | | Airport parking lot |
| DE-151 | | | Airport parking lot |
| DE-152 | X | 9/30/19 | Water Treatment Plant |
| DE-153 | | | Anton Larsen Bay Rd. |
| DE154 | X | 9/30/19 | Anton Larsen Bay Rd. |
| DE-155 | X | 9/16/19 | Wells residence |
| DE-156 | X | 9/25/19 | ERA flight manifest |
| DE-157 | X | | AK Air Declaration of records |
| DE-157A | X | 9/25/19 | AK Air flight manifest 47 & 48 (with PIA redactions) |
| DE-157B | X | 9/30/19 | CD AK Air terminal 1 video |
| DE-157B-2 | X | 10/2/19 | CD AK Air terminal 1 video CLIP of DE-157B |
| DE-157B-4 | X | 10/2/19 | CD AK Air terminal 1 video CLIP of DE-157B |
| DE-157C | | | CD AK Air terminal 2 video |
| DE-158 | | | AK Air Declaration of records |
| DE-158A | | | CD AK Air Cargo video |
| DE-158B | X | 9/17/19 | CD AK Air Cargo video |
| DE-159 | X | 9/12/19 | CD T2 video 4-11-12 |
| DE-160 | X | 9/12/19 | CD T2 video 4-11-12 |
| DE-161 | | | CD T2 video O'Connor - Haselden |
| DE-162 | X | 9/27/19 | CD T2 video Fortier |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-163 | X | 9/27/19 | CD T2 video Andrews |
| DE-164 | | | CD T2 video Acosta |
| DE-165 | X | | CD T2 video Bullis |
| DE-166 | | | CD DiTallo |
| DE-167 | | | CD T1 4-19-12 video |
| DE-168 | X | 9/11/19 | 2011-2012 Pay Period Calendar (power point not to jury) |
| DE-168A | X | 9/11/19 | 2011-2012 Pay Period Calendar with marked changes |
| DE-169 | | | 4-19-12 video still frame count |
| DE-170 | | | AK Air Cargo video still |
| DE-171 | | | Botz map of airport parking lot |
| DE-172 | | | Coggins Jeep |
| DE-173 | | | Island Air employee interview 302 |
| DE-174 | | | Terry 302 |
| DE-175 | | | Espeland crime scene sketch |
| DE-176 | | | Morton report 5-23-12 |
| DE-177 | | | Bullis diagram T1 |
| DE-178 | | | Iber report 7-8-18 |
| DE-179 | X | 9/25/19 | Comfort Inn guest list |
| DE-180 | X | 9/23/19 | Servant Air Flight Manifest |
| DE-181 | | | Crime Scene Evidence Chart |
| DE-182 | X | 9/25/19 | Vehicle Questionnaire Samples |
| DE-182A | X | 9/16/19 | Vehicle Questionnaire Samples REDACTED |
| DE-183 | | | Reckner Email Admin. Grievance Proc. |
| DE-184 | | | CGIS Report Reckner Observed Wells Vehicle |
| DE-185 | X | 10/01/19 | Wells CG Mideical Board Disability Diagnosis |
| DE-186 | | | Wells Leave Summary 8-28-11 to 4-21-12 |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-187 | X | 9/30/19 | CD Indrea Gainer T1 video clip |
| DE-188 | X | | Form |
| DE-189 | | | |
| DE-190 | X | 9/24/19 | Photo |
| DE-191 | X | 9/24/19 | Photo |
| DE-192 | X | 9/20/19 | Limited Power of Attorney Document |
| DE-193 | X | 9/24/19 | Photo Holster |
| DE-194 | X | 9/24/19 | Photo firearm |
| DE-195 | X | 9/17/19 | Photo of Airport |
| DE-195A | X | 9/17/19 | Photo of Airport 4/20/12 |
| DE-196 | X | 9/17/19 | Still of 04-12-12 Video |
| DE-197 | X | | Still Photo |
| DE-198 | X | 9/17/19 | Video |
| DE-199 | X | 9/17/19 | |
| DE-200 | X | 9/17/19 | Henry Non-Disclosure Agreement |
| DE-201 | | | Coggins Non-Disclosure Agreement |
| DE-202 | | | Fillion Questionnaire |
| DE-203 | | | Reed Transcript 4-14-12 |
| DE-204 | | | Pizzurro Don Not Talk Email |
| DE-205 | | | Pizzurro Report Conv. w/Wells |
| DE-206 | | | Hopkins Retirement Email |
| DE-207 | | | Tall Tower Traning Email |
| DE-208 | | | Tall Tower Training Email |
| DE-209 | X | 9/11/19 | Email dated 03/21/12 |
| DE-210 | X | 9/11/19 | Tower Training Agenda 2012 |
| DE-211 | | | Tall Tower Training Email |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-212 | | | Wells Email Been Out Sick |
| DE-213 | | | Small Crime Scene Report |
| DE-214 | | | Kolozdik Crime Scene Report |
| DE-215 | | | Smith Crime Scene Report |
| DE-216 | | | Weth Crime Scene Report |
| DE-217 | X | 9/12/19 | Report re W-11 |
| DE-218 | X | 9/23/19 | Boot Print of Boiler Room Door |
| DE-219 | X | 9/23/19 | Boot Print of Boiler Room Door Close-Up |
| DE-220 | | | Email Bottary Regarding Seat Pedal Distance |
| DE-221 | | | Beauford Transcript 4-23-12 |
| DE-222 | | | Initial Crime Scene Transcript |
| DE-223 | | | Bullis Questionnaire |
| DE-224 | | | Bullis Diagram Black Truck |
| DE-225 | | | Bullis Transcript 6-23-19 |
| DE-226 | | | Bolden 302 Nail Pushed Outward |
| DE-227 | | | Email Bolden Regarding Currier |
| DE-228 | | | Email from Allison Nali Pulled Outward |
| DE-229 | | | Requst to Exam Tire Castings |
| DE-230 | | | Vehicle Search Parameters/MCEntee Vehicle |
| DE-231 | | | Registered Honda CRVs |
| DE-232 | X | 9/20/19 | Stein Affidavit Regarding Lost Gun (First 2 pages only) |
| DE-232A | X | 9/20/19 | Stein Affidavit Regarding Lost Gun (Page 4 of DE-232) |
| DE-233 | | | Wells Phone Records |
| DE-234 | | | Surveillance of Wells on 4-13 |
| DE-235 | | | Ellis Report of Times from T1 & T2 Camera |
| DE-236 | | | McEntee Vehicle |

(Rev 3/18)

CONTINUATION
EXHIBIT LIST OF DEFENDANT

Page: 11

Case No: 3:13-cr-00008-SLG  Judge: SHARON L. GLEASON

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-237 | | | Nelson Diagram Bridge 6 1-23-14 |
| DE-238 | | | Botz Questionnaire |
| DE-239 | X | 9/16/19 | Other Honda CRV at Airport Questionnaire, with redactions |
| DE-240 | | | McAbier Transcript 4-20-12 |
| DE-241 | | | Nichoas McAbier Video Clip Arriving |
| DE-242 | | | McAbier Video Clip Leaving |
| DE-243 | | | Notes from Intereview w/Nicholas McAbier |
| DE-244 | | | Still of Nicholas McAbier Arriving at Airport |
| DE-245 | | | Still of McAbiers leaving Airport |
| DE-246 | | | Photo Tires in Back Wells Truck |
| DE-247 | X | 9/12/19 | Photo of outside of building |
| DE-248 | X | 9/12/19 | Photo of outside of building |
| DE-249 | X | 9/12/19 | Photo of outside of building |
| DE-250 | X | 9/12/19 | Photo of vehicles |
| DE-251 | | | |
| DE-252 | | | |
| DE-253 | | | |
| DE-254 | | | |
| DE-255 | | | |
| DE-256 | | | |
| DE-257 | | | |
| DE-258 | | | |
| DE-259 | | | |
| DE-260 | | | |
| DE-261 | X | 9/13/19 | Video |
| DE-261A | X | 9/13/19 | Still shots from video |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-261B | X | 9/13/19 | Still shots from video |
| DE-261C | X | 9/13/19 | Still shots from video |
| DE-261D | X | 9/13/19 | Still shots from video |
| DE-261E | X | 9/13/19 | Still shots from video |
| DE-261F | X | 9/13/19 | Still shots from video |
| DE-261G | X | 9/13/19 | Still shots from video |
| DE-262 | X | 9/13/19 | Video Clip |
| DE-262A | X | 9/13/19 | Video Clip |
| DE-263 | | | |
| DE-264 | | | |
| DE-265 | | | |
| DE-266 | X | 9/26/19 | Photo |
| DE-267 | X | 9/26/19 | Photo |
| DE-268 | X | 9/26/19 | Photo |
| DE-269 | X | 9/26/19 | Photo |
| DE-270 | X | 9/26/19 | Photo |
| DE-271 | X | 9/26/19 | Photo |
| DE-272 | X | 9/26/19 | Photo |
| DE-273 | X | 9/26/19 | Photo |
| DE-274 | X | 9/26/19 | Photo |
| DE-275 | X | 9/24/19 | Photo |
| DE-276 | X | 9/24/19 | Photo |
| DE-277 | X | 9/24/19 | Photo |
| DE-278 | X | 9/24/19 | Photo |
| DE-279 | X | 9/24/19 | Photo |
| DE-280 | X | 9/24/19 | Photo |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-281 | X | 9/24/19 | Photo |
| DE-282 | X | 9/24/19 | Photo |
| DE-283 | X | 9/24/19 | Photo |
| DE-284 | X | 9/24/19 | Photo |
| DE-285 | X | 9/24/19 | Photo |
| DE-286 | X | 9/24/19 | Photo |
| DE-287 | X | 9/24/19 | Photo |
| DE-288 | X | 9/24/19 | Photo |
| DE-289 | X | 9/24/19 | Photo |
| DE-290 | X | 9/24/19 | Photo |
| DE-291 | X | 9/24/19 | Photo |
| DE-292 | X | 9/24/19 | Photo |
| DE-293 | X | 9/24/19 | Photo |
| DE-294 | X | 9/24/19 | Photo |
| DE-295 | | | |
| DE-296 | X | 9/24/19 | Photo |
| DE-297 | X | | Power Point (Demonstative Only) |
| DE-298 | | | |
| DE-299 | | | |
| DE-300 | X | | Power Point Presentation (Demonstrative Only) |
| DE-301 | X | 9/26/19 | Video Clip |
| DE-302 | X | 9/26/19 | Video Clip |
| DE-303 | X | 9/26/19 | Video Clip |
| DE-304 | X | 9/26/19 | Video Clip |
| DE-305 | X | 9/26/19 | Photo |
| DE-306 | | | |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| DE-307 | X | 9/26/19 | Photo |
| DE-308 | X | 9/26/19 | Video Clip |
| DE-309 | X | 9/26/19 | Photo |
| DE-310 | X | 9/26/2019 | Photo |
| DE-311 | | | |
| DE-312 | | | |
| DE-313 | | | |
| DE-314 | | | |
| DE-315 | X | | Medical Documents |
| DE-316 | X | 10/01/19 | Document administrative leave |
| DE-317 | X | 10/01/19 | Document banning from property |
| DE-318 | X | 10/02/19 | VIDEO |
| DE-319 | X | | Slide show for demonstrative purposes |
| DE-320 | X | 10/02/19 | PHOTO |
| DE321- | X | 10/03/19 | PHOTO |
| DE-322 | X | 10/03/19 | PHOTO |
| DE323- | X | 10/03/19 | PHOTO |
| DE-324 | X | 10/03/19 | PHOTO |
| DE-325 | X | 10/03/19 | PHOTO |
| DE-326 | X | 10/03/19 | PHOTO |
| DE-327 | X | 10/03/19 | PHOTO |
| DE-328 | | | |
| DE-329 | | | |
| DE-330 | X | 10/03/19 | Medical Record |
| DE- | | | |
| DE-586 | X | | Medical Documents |