(Rev 3/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

**Case No.:** 3:13-cr-000008-SLG  **Judge:** SHARON L. GLEASON

**Title:** UNITED STATES OF AMERICA
**vs.** JAMES MICHAEL WELLS

**Dates of Hearing/Trial:** September 9, 2019  through October 8, 2019
**Deputy Clerk:** Caroline Edmiston
**Official Reporter:** Sonja L. Reeves

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 09/10/2019 | 2:31:27 PM | 4:54:26 PM | W-1 | SCOTT ALLEN RECKNER | PLT |
| 09/11/2019 | 9:04:06 AM | 3:09:33 PM | W-1 | SCOTT ALLEN RECKNER | PLT |
| 09/11/2019 | 3:28:57 PM | 4:26:22 PM | W-2 | NICOLA ANNE BELISLE | PLT |
| 09/11/2019 | 4:27:21 PM | 4:52:37 PM | W-3 | CODY JAY BEAUFORD | PLT |
| 09/12/2019 | 8:47:40 AM | 9:55:40 AM | W-3 | CODY JAY BEAUFORD | PLT |
| 09/12/2019 | 10:13:48 AM | 10:51:23 AM | W-4 | AARON SCOTT COGGINS | PLT |
| 09/12/2019 | 10:52:14 AM | 11:36:20 AM | W-5 | DONALD RUDAT | PLT |
| 09/12/2019 | 11:36:16 AM | 1:38:30 PM | W-6 | KELLY BROCKETT | PLT |
| 09/12/2019 | 1:39:20 PM | 1:50:10 PM | W-7 | ANDREW DEVRIES | PLT |
| 09/12/2019 | 1:50:52 PM | 2:02:05 PM | W-8 | DANIEL W. SMITH | PLT |
| 09/12/2019 | 2:02:40 PM | 2:09:20 PM | W-9 | WILLIAM WETH | PLT |
| 09/12/2019 | 2:26:10 PM | 3:12:45 PM | W-10 | WILLIARD SAMUEL ELLIS | PLT |
| 09/12/2019 | 3:13:31 PM | 3:31:19 PM | W-11 | JOSHUA CHRISTIAN HONOUR | PLT |
| 09/12/2019 | 3:49:40 PM | 4:39:43 PM | W-12 | MICHAEL BIRCH HASELDEN | PLT |
| 09/13/2019 | 8:36:31 AM | 11:16:13 AM | W-12 | MICHAEL BIRCH HASELDEN | PLT |
| 09/13/2019 | 11:17:00 AM | 11:45:45 AM | W-13 | ALAN WARREN JONES | PLT |
| 09/16/2019 | 9:02:50 AM | 9:07:52 AM | W-14 | TIMOTHY TILLY | PLT |
| 09/16/2019 | 9:08:26 AM | 10:34:15 AM | W-15 | DENISE ANDERSEN | PLT |

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 09/16/2019 | 10:34:23 AM | 11:14:10 AM | W-16 | VANCE NEWBY | PLT |
| 09/16/2019 | 11:15:00 AM | 1:21:34 PM | W-17 | DENNIS DUPRAS | PLT |
| 09/16/2019 | 1:22:15 PM | 1:35:47 PM | W-18 | HOLLY STEEVES | PLT |
| 09/16/2019 | 1:36:38 PM | 1:44:40 PM | W-19 | CHARLEN E ANN BELL | PLT |
| 09/16/2019 | 1:45:20 PM | 1:54:20 PM | W-20 | ANNETTE ECRET | PLT |
| 09/16/2019 | 1:55:00 PM | 2:09:40 PM | W-21 | AMANDA SANFORD | PLT |
| 09/16/2019 | 2:10:30 PM | 3:21:15 PM | W-22 | SEAN BOTTARY | PLT |
| 09/16/2019 | 3:23:25 PM | 4:41:12 PM | W-23 | PARA DANIELLE UPCHURCH | PLT |
| 09/17/2019 | 9:14:07 AM | 10:11:15 AM | W-24 | LEAH HENRY | PLT |
| 09/17/2019 | 10:12:10 AM | 1:34:25 PM | W-25 | JOSEPH MICHAEL STURGIS | PLT |
| 09/17/2019 | 1:35:00 PM | 2:57:35 PM | W-26 | NEIL J. SCHMIDT | PLT |
| 09/17/2019 | 2:59:30 PM | 3:39:30 PM | W-27 | STEVEN BECKER          For Daubert Hearing | PLT |
| 09/17/2019 | 3:52:50 PM | 4:44:01 PM | W-27 | STEVEN BECKER | PLT |
| 09/18/2019 | 8:54:01 AM | 10:26:30 AM | W-27 | STEVEN BECKER | PLT |
| 09/18/2019 | 10:51:25 AM | 11:46:10 AM | W-28 | JASON ANTHONY BULLIS via Video Conference | PLT |
| 09/18/2019 | 1:03:30 PM | 1:27:31 PM | W-29 | VICKI JUNE GRIMES | PLT |
| 09/18/2019 | 1:28:10 PM | 2:24:25 PM | W-30 | NATHANIEL WESLEY PACHECO | PLT |
| 09/18/2019 | 2:25:00 PM | 2:40:10 PM | W-31 | HERNANDO ACOSTA | PLT |
| 09/18/2019 | 2:42:20 PM | 3:27:08 PM | W-32 | KIRK OBERLANDER | PLT |
| 09/18/2019 | 3:48:37 PM | 4:09:01 PM | W-33 | ANGELO TOGLIA JR.          for Daubert Hearing | PLT |
| 09/19/2019 | 8:52:05 AM | 3:47:15 PM | W-32 | KIRK OBERLANDER | PLT |
| 09/19/2019 | 3:49:18 PM | 5:00:25 PM | W-34 | PETER RUSSELL VAN NESS | PLT |
| 09/20/2019 | 8:39:20 AM | 9:27:50 AM | W-35 | JACOB SCOTT GERASIMOF | PLT |
| 09/20/2019 | 9:29:00 AM | 10:35:53 AM | W-36 | JOHN STEIN | PLT |
| 09/20/2019 | 10:36:00 AM | 10:38:56 AM | W-37 | TERRENCE LEE STEIN | PLT |
| 09/20/2019 | 10:39:04 AM | 10:55:30 AM | W-38 | JAMES ENCINAS | PLT |

(Rev 3/18)

CONTINUATION
WITNESS LIST

Page: 3

Case No: 3:13-cr-000008-SLG  Judge: SHARON L. GLEASON

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 09/20/2019 | 10:56:01 AM | 11:18:20 AM | W-39 | PHILLIP JORDINELLI | PLT |
| 09/20/2019 | 11:18:46 AM | 11:36:05 AM | W-40 | TROY EDWARD LOWDERMILK | PLT |
| 09/23/2019 | 9:9:27 AM | 9-14-55 AM | W-41 | LUKE PAUL ROBINSON | PLT |
| 09/23/2019 | 9:15:25 AM | 9:46:12 AM | W-42 | MATTHEW B. JUDY | PLT |
| 09/23/2019 | 9:46:43 AM | 10:26:45 AM | W-43 | KELVIN SKONBERG | PLT |
| 09/23/2019 | 10:45:25 AM | 11:53:50 AM | W-33 | ANGELO TOGLIA, JR. | PLT |
| 09/23/2019 | 1:17:15 PM | 1:27:57 PM | W-44 | ARTHUR BORS | PLT |
| 09/23/2019 | 1:28:35 PM | 1:39:37 PM | W-45 | ROBERT MITCHELL PLETNIKOFF | PLT |
| 09/23/2019 | 1:40:11 PM | 1:58:58 PM | W-46 | OLIVIA MATSUURRA TERRY | PLT |
| 09/23/2019 | 2:01:40 PM | 2:50:28 PM | W-47 | HELENA CHAVEZ | PLT |
| 09/23/2019 | 2:51:05 PM | 3:24:05 PM | W-48 | ANGELA STRAUSE | PLT |
| 09/23/2019 | 3:38:07 PM | 4:47:32 PM | W-49 | GARY CHARLES BOLDEN | PLT |
| 09/24/2019 | 8:43:30 AM | 9:04:49 AM | W-49 | GARY CHARLES BOLDEN | PLT |
| 09/24/2019 | 9:07:54 AM | 9:17:46 AM | W-50 | JAMES RICHARD SCHILBACH | PLT |
| 09/24/2019 | 9:18:14 AM | 10:57:55 AM | W-51 | DEREK ESPELAND | PLT |
| 09/24/2019 | 10:59:43 AM | 11:19:20 AM | W-52 | ROBERT SHEM | PLT |
| 09/24/2019 | 11:19:30 AM | 1:21:04 PM | W-53 | BRETT MILLS | PLT |
| 09/24/2019 | 1:22:01 PM | 1:42:01 PM | W-54 | JUDY PLETNIKOFF | PLT |
| 09/24/2019 | 1:42:46 PM | 2:05:23 PM | W-55 | DONALD CECIL KIELE | PLT |
| 09/24/2019 | 2:06:24 PM | 2:23:10 PM | W-56 | THERESA ANN KIELE | PLT |
| 09/24/2019 | 2:42:39 PM | 3:50:58 PM | W-57 | RICHARD W. VORDER BRUEGGE | PLT |
| 09/25/2019 | 8:47:34 AM | 9:12:42 AM | W-58 | MEREDITH FRANK | PLT |
| 09/25/2019 | 9:12:45 AM | 11:19:11 AM | W-59 | DARYL ALLISON | PLT |
| 09/26/2019 | 9:06:07 AM | 9:44:52 AM | W-60 | CHRISTOPHER IBER | DEF |
| 09/26/2019 | 9:45:46 AM | 10:48:45 AM | W-61 | GERALD B. RICHARDS | DEF |
| 09/26/2019 | 10:49:23 AM | 11:06:39 AM | W-62 | MARTIN HECKERMAN | DEF |

Case No: 3:13-cr-000008-SLG    Judge: SHARON L. GLEASON

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 09/26/2019 | 11:07:09 AM | 11:26:14 AM | W-63 | WILTON THOMAS NELSON | DEF |
| 09/26/2019 | 1:20:00 PM | 1:29:35 PM | W-62 | MARTIN HECKERMAN, RECALLED | DEF |
| 09/26/2019 | 1:41:27 PM | 1:56:49 PM | W-64 | STEVEN BECK | DEF |
| 09/26/2019 | 2:28:14 PM | 2:41:15 PM | W-65 | MARK HEINRICHS | DEF |
| 09/27/2019 | 9:16:50 AM | 9:31:05 AM | W-66 | AMANDA LYNN FORTIER MORALES, Video Conf. | DEF |
| 09/27/2019 | 9:31:16 AM | 9:41:20 AM | W-67 | JARRETT ANDREWS | DEF |
| 09/27/2019 | 9:42:30 AM | 10:04:30 AM | W-68 | FRANK E. STEARNS | DEF |
| 09/27/2019 | 10:37:11 AM | 11:53:11 AM | W-64 | STEVEN BECK, RECALLED | DEF |
| 09/30/2019 | 9:47:59 AM | 10:05:45 AM | W-69 | INDREA ANNIE MONICE GAI NER | DEF |
| 09/30/2019 | 10:06:37 AM | 10:23:57 AM | W-70 | CARL DAVID BLAIN | DEF |
| 09/30/2019 | 10:24:45 AM | 10:37:53 AM | W-71 | KRISTIN SMALL | DEF |
| 09/30/2019 | 10:38:54 AM | 11:21:44 AM | W-72 | PARA DANIELLE UPCHURCH | DEF |
| 09/30/2019 | 11:22:47 AM | 11:35:54 AM | W-73 | JOSEPH DANIEL HOSTETLER | DEF |
| 09/30/2019 | 12:52:45 PM | 2:17:08 PM | W-74 | GREGG MCCRARY | DEF |
| 09/30/2019 | 2:17:42 PM | 3:04:20 PM | W-75 | BRUCE DOUGLAS JOHNSON | DEF |
| 10/01/2019 | 8:57:23 AM | 9:29:57 AM | W-76 | SONG-HUNG GAN | DEF |
| 10/01/2019 | 9:37:50 AM | 10:00:35 AM | W-77 | JENNIFER RAYMOND | DEF |
| 10/01/2019 | 10:01:26 AM | 10:17:03 AM | W-78 | MATTHEW WELLS | DEF |
| 10/01/2019 | 10:34:10 AM | 4:52:31 PM | W-79 | JAMES MICHAEL WELLS | DEF |
| 10/02/2019 | 08:57:32 AM | 9:03:07 AM | W-80 | ALEX JEMES TSCHIDA | DEF |
| 10/02/2019 | 9:04:16 AM | 9:10:22 AM | W-81 | JEREMY IVAN MATOS GOODE | DEF |
| 10/02/2019 | 9:11:19 AM | 9:26:30 AM | W-82 | ROBERT MILTON GREENE | DEF |
| 10/02/2019 | 9:26:36 AM | 10:43:29 AM | W-83 | KENNETH JAMES HOERRICKS | DEF |
| 10/02/2019 | 10:49:58 AM | 11:30:34 AM | W-84 | DANIEL REISBERG | DEF |
| 10/02/2019 | 12:55:05 PM | 1:27:53 PM | W-85 | DEATRICH SHEFFIELD | DEF |
| 10/02/2019 | 1:33:50 PM | 1:50:21 PM | W-86 | LORI DENISE MCABIER | DEF |

# CONTINUATION
# WITNESS LIST

Page: 5

Case No: 3:13-cr-000008-SLG     Judge: SHARON L. GLEASON

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 10/02/2019 | 1:50:40 PM | 2:03:46 PM | W-87 | NICHOLAS AARON MCABIER | DEF |
| 10/03/2019 | 9:06:46 AM | 9:22:12 AM | W-88 | BRANDON TRAPPETT, ON REBUTTAL | PLT |
| 10/03/2019 | 9:22:47 AM | 9:28:08 AM | W-43 | KELVIN SKONBERG, ON REBUTTAL | PLT |
| 10/03/2019 | 9:32:40 AM | 9:47:37 AM | W-53 | BRETT ASHLEY MILLS, ON REBUTTAL | PLT |