```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  JAMES MICHAEL WELLS   NO. 3:13-cr-00008-SLG
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:   SHARON L. GLEASON

DEPUTY CLERK:           CAROLINE EDMISTON

OFFICIAL REPORTER:      SONJA L. REEVES

UNITED STATES' ATTORNEY: STEVEN SKROCKI, CHRISTINA SHERMAN,
                         KELLEY L. STEVENS

DEFENDANT'S ATTORNEY:   GARY COLBATH, PETER CAMIEL

U.S.P.O.:               CHRIS LIEDIKE

PROCEEDINGS: TRIAL BY JURY/VERDICT – DAY 21 HELD 10/8/2019
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:32 a.m. court convened without the jury panel present.

Court and counsel heard re jury note.

At 8:35 a.m. court recessed until 9:57 a.m. without the jury panel present.

Court and counsel heard re jury note.

At 9:59 a.m. court recessed until 10:14 a.m. without the jury panel present.

Court and counsel heard re jury note.

At 10:16 a.m. court recessed until 2:58 p.m. with the jury panel present.

Court and counsel heard re jury note; verdict reached.

Court read verdicts; **VERDICTS PUBLISHED: Count 1: GUILTY; Count 2: GUILTY; Count 3; GUILTY; Count 4: GUILTY; Count 5: GUILTY; Count 6: GUILTY of the Indictment.**

Continued to Page 2

(Revised 1-29-2015)

-----------------------------------------------------------------

Jury polled; all answered in the affirmative.

Court thanked and excused the jury panel.

At 3:02 p.m. the jury panel exited the courtroom.

Court and counsel heard re sentencing and meeting with the probation officer for a presentence report.

Court and counsel heard re defendant's pending Rule 29 Motion for Acquittal; court will enter a written ruling as soon as possible.

At 3:04 p.m. court adjourned.

List of Exhibits and List of Witnesses to be filed separately.

Original Verdict form **FILED**.

All admitted exhibits returned to counsel.

**OFF RECORD NOTE**:   Imposition of Sentence set **January 7, 2020 at 1:30 p.m.** before Judge Sharon Gleason in Anchorage Courtroom 2.

DATE:     October 8, 2019       DEPUTY CLERK'S INITIALS:    CME

(Revised 1-29-2015)