BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NON-OPPOSED MOTION TO RETURN PROPERTY TO JOHN STEIN**

COMES NOW the United States of America and hereby moves this Court for an

order permitting the return of the below seized items held by the Federal Bureau of

Investigation to John Stein:

    1B403 - Japanese style sword with approximately 19 inch blade.

    1B404 - Japanese style sword with approximately 29 inch blade.

    1B405 - Coast Guard ceremonial sword engraved with name John A. Stein with leather case.

On October 29, 2019, undersigned counsel contacted counsel for the defendant who indicated he did not oppose this request.

RESPECTFULLY SUBMITTED October 30, 2019 at Anchorage, Alaska.

    BRYAN SCHRODER
    United States Attorney

    s/Christina Sherman
    CHRISTINA SHERMAN
    Assistant U.S. Attorney
    United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019 true and correct copy of the foregoing was served electronically on:

Counsel of Record

s/ Christina Sherman
Office of the U.S. Attorney