IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Having duly considered the United States' Non-Opposed Motion to Return Property to John Stein, the motion is hereby GRANTED. The Federal Bureau of Investigation may release to John Stein, the following items:

    1B403 - Japanese style sword with approximately 19 inch blade.

    1B404 - Japanese style sword with approximately 29 inch blade.

    1B405 - Coast Guard ceremonial sword engraved with name John A. Stein with leather case.

    IT IS SO ORDERED

DATED: _____        _____
                                                          SHARON L. GLEASON
                                                          U.S. DISTRICT COURT JUDGE