# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG |

**ORDER REGARDING MOTION TO RETURN PROPERTY TO JOHN STEIN**

  Before the Court at Docket 1323 is the government's unopposed Motion to Return Property to John Stein. Based on the record before the Court, the Court finds that the property listed below belongs to Mr. Stein. Accordingly, the Federal Bureau of Investigation may release to John Stein the following items:

  1B403: Japanese-style sword with approximately 19-inch blade

  1B404: Japanese-style sword with approximately 29-inch blade

  1B405: Coast Guard ceremonial sword engraved with the name "John A. Stein" along with a leather case

  IT IS SO ORDERED.

  DATED this 1st day of November, 2019, at Anchorage, Alaska.

              */s/ Sharon L. Gleason*
              UNITED STATES DISTRICT JUDGE