BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG |

## MOTION TO APPEAR TELEPHONICALLY

The United States of America, by and through undersigned counsel, respectfully

files this Motion for the victim's daughter, AB, to appear telephonically at the Imposition

of Sentence scheduled for January 7, 2019, at 1:30 p.m. in Anchorage, Alaska in the above-titled case.

RESPECTFULLY SUBMITTED December 3, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney

U.S. v. James Michael Wells     Page **2** of **2**
3:13-cr-00008-SLG
Case 3:13-cr-00008-SLG   Document 1326   Filed 12/03/19   Page 2 of 2