IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**PROPOSED RODER**

Having duly considered the United States' Motion in Re: Possible Defense Juror

Contact, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____          _____
                                 U.S. DISTRICT COURT JUDGE