BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | No. 3:13-cr-00008-SLG |

**MOTION FOR EXPEDITED CONSIDERATION**
**(L. Civ. R. 7.3(a))**

The United States of America, by and through undersigned counsel, respectfully files this motion to move the Court for an order on the government's Motion to Preclude Juror Contact at the Court's earliest opportunity.

A declaration supporting this motion for expedited consideration will follow.

RESPECTFULLY SUBMITTED December 12, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 12, 2019,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath
Peter Camiel

/s/Steven E. Skrocki

U.S. v. Cook  Page **2** of **2**
3:19-cr-00026-06-TMB-DMS