IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>            Defendant. | )<br>)<br>)<br>)  No. 3:13-cr-00008-SLG<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having duly considered the United States' motion for expedited consideration, the motion is hereby GRANTED.

The Court will issue an order to the government's motion at the court's earliest opportunity.

DATED this _____ day of December, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE