BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
        christina.sherman@usdoj.gov
        kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cr-00008-SLG |
| v. | ) |
| | ) |
| JAMES MICHAEL WELLS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF AUSA STEVEN E. SKROCKI IN SUPPORT OF UNITED STATES MOTION FOR EXPEDITED CONSIDERATION (28 U.S.C. § 1746) (L. Civ. R. 7.3(a)(1)(A))**

I, Steven E. Skrocki, declare and state as follows:

1.　　I am an Assistant United States Attorney ("AUSA") for the District of Alaska and assigned to prosecute the above-captioned case. As such, I am fully familiar with the facts stated herein.

2.　　The government filed a Motion to Preclude Juror Contact in the above titled case.

3.　　Expedited consideration of the government's unopposed motion is necessary because there is no basis under the facts nor the law for any juror to be contacted for purposes of inquiring as to jury deliberation or any other outside influence and the court should protect the jurors right to privacy in their verdict. Moreover, the defendant's own statements indicate this is to occur 'before Christmas' thus time is of the essence that the court schedule this matter for appropriate inquiry.

RESPECTFULLY SUBMITTED December 12, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

//

//

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 12, 2019,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath
Peter Camiel

*<u>/s/Steven E. Skrocki</u>*

Case 3:13-cr-00008-SLG   Document 1331   Filed 12/12/19   Page 3 of 3