BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | Case No. 3:13-cr-00008-SLG |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO ACCEPT CONVENTIONAL FILING

The United States of America, by and through undersigned counsel, moves this Court to allow the government to file digital media – two CDs – in support of the United States' Motion Regarding Possible Defense Juror Contact (Dkt 1329). The CD contains Exhibits 1 and 2, Recordings.

RESPECTFULLY SUBMITTED December 12, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 12, 2019,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath
Peter Camiel

*/s/Steven E. Skrocki*