IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| | ) Case No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | )<br>) |
| Defendant. | )<br>)<br>) |

**PROPOSED RODER**

Having duly considered the United States' Motion to Accept Conventional Filing, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____    _____
                                                        U.S. DISTRICT COURT JUDGE