# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER REGARDING JUROR CONTACT

Before the Court at Docket 1329 is the government's Motion in re Possible Defense Juror Contact and Request for Hearing. At Docket 1330 is the government's Motion for Expedited Consideration of its juror contact motion. At Docket 1332 is the government's Motion to Accept Conventional Filing of two disks in support of its juror contact motion.

Yesterday, December 12, 2019, updated Local Criminal Rules for the District of Alaska took effect. The updated rules include a new criminal rule relating to contact with trial jurors.[1] That rule states in part that "[a]fter the jury concludes its deliberations and is discharged, a party, attorney, or other interested person may communicate with a juror who first initiates contact."[2] The government's motion speculates that Mr. Wells' defense team may be intending to initiate contact with

---

[1] D. Ak. L. Crim. R. 24.1 (effective Dec. 12, 2019).

[2] D. Ak. L. Crim. R. 24.1(b).

trial jurors in the near future; however, it does not include sufficient facts to find that this has occurred or is about to occur.[3]  Accordingly, the Court will hold a hearing to address the concerns raised in the government's motion.

In light of the foregoing, IT IS ORDERED that the motion for expedited consideration at Docket 1330 is granted and the motion for conventional filing at Docket 1332 is granted.  The parties shall appear for a hearing on the motion at Docket 1329 on **December 23, 2019, at 2 p.m.** in Courtroom 2.  The parties may appear telephonically by calling 877-402-9753 from a landline and entering access code 6288202 five minutes prior to the hearing time.  Until the Court rules on the motion at Docket 1329, no party, counsel, investigator, or other agent for either party shall attempt to initiate contact with any trial juror, including any alternate juror.

DATED this 13th day of December, 2019, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Docket 1329.