BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov
kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:13-cr-00008-SLG |

**NOTICE OF FILING CD CONVENTIONALLY**

The United States hereby files the digital media – two CDs – referenced as Exhibit 1 and 2 in its Motion in Re Possible Defense Juror Contact and Request for Hearing (Dkt 1329), in accordance with the Court's Order filed at Docket No. 1333.

RESPECTFULLY SUBMITTED December 13, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 13, 2019,
a true and correct copy of the foregoing
was served electronically on:

Gary Colbath
Peter Camiel

*/s/Steven E. Skrocki*

U.S. v. James Michael Wells
3:13-cr-00008-SLG
Page **2** of **2**

Case 3:13-cr-00008-SLG   Document 1334   Filed 12/13/19   Page 2 of 2