IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES MICHAEL WELLS, )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 3:13-cr-00008-SLG |

## [PROPOSED] ORDER

Having duly considered the United States' Motion to Appear Telephonically, the

motion is hereby GRANTED.

Victim N.B. will call (907) _____-_____ from a landline telephone five

minutes prior to the Hearing on Motion Regarding Possible Defense Juror Contact.

DATED this _____ day of December, 2019, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE