BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov
       kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:13-cr-00008-SLG |

**UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION**
**(L. Civ. R. 7.3(a))**

The United States of America, by and through undersigned counsel, respectfully files this motion to move the Court for an order on the government's Motion to Appear Telephonically filed concurrently herewith at the Court's earliest opportunity, and no later than Friday, December 20, 2019.

Expedited consideration of the government's motion is necessary because the hearing is currently scheduled for Monday, December 23, 2019, at 2:00p.m.

As of this writing, counsel for the defendant is currently out of the office. However, Federal Defender Rich Curtner will be attending the hearing and has indicated he does not oppose the request for expedited consideration.

RESPECTFULLY SUBMITTED December 19, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney

U.S. v. James Michael WellsPage **2** of **2**
3:13-cr-00008-SLG