IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) Case No. 3:13-cr-00008-SLG |
| vs. | ) ) |
| JAMES MICHAEL WELLS, | ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER**

Having duly considered the United States' unopposed motion for expedited consideration, the motion is hereby GRANTED.

DATED this _____ day of December, 2019, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE