Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

       Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, and moves this Honorable Court for a reasonable sentence consistent with 18 U.S.C. §3553(a). Wells files this sentencing memorandum in support of his specific sentencing request.

       The Court's sentence is mandated by statute. Regardless, Jim Wells stands by his innocence on all charges. He will again appeal his conviction and continue to fight for a just verdict.

As the Court is aware from the pretrial motions practice in this case, Jim Wells has a long history of military and government service. He has worked his entire life since his teenage years. He is a wonderful husband—of nearly 50 years—and together with his wife Nancy raised three healthy, responsible children who are now all hard-working, productive adults. He is a great father and grandfather. Save for being wrongfully drawn into this terrible circumstance, he has lived an exemplary life.

Mr. Wells has filed various objections to the factual material set forth in the Presentence Report in furtherance of his intention to appeal. His legal objections to the guidelines calculations are also for record purposes, although largely moot in light of the statutory sentence the Court must order.

As the Court is also aware, Mr. Wells has various medical needs and suffers from conditions which must be regularly monitored and treated. He asks the Court to recommend to the Bureau of Prisons that he be placed at either Sheridan, Oregon, or a facility in Northern California.

Mr. Wells understands that a claim for restitution has not yet been finalized and that the government will request a separate restitution hearing in the event an agreement regarding restitution cannot be reached. Mr. Wells hereby asserts his right to be present for any such hearing and asks the Court to instruct the U.S. Marshals Service to not transport him until such time as the restitution hearing

is complete so that he may be available to assist counsel and participate in such hearing.

DATED at Anchorage, Alaska this 30th day of December, 2019.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 30, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*