Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> Vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG <br><br> **NOTICE OF FILING LETTER** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, hereby files the attached letter for the Court's consideration at the sentencing hearing in this matter. Currently, the sentencing hearing is set for January 7, 2020, at 9:30 a.m.[1]

DATED at Anchorage, Alaska this 3rd day of January, 2020.

                                                Respectfully submitted,

                                                */s/ Gary G. Colbath*
                                                Gary G. Colbath
                                                Assistant Federal Defender

---

[1] Docket No. 1328.

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 3, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG      Page 2

Case 3:13-cr-00008-SLG  Document 1349  Filed 01/03/20  Page 2 of 2