Nancy J. Wells

Klawock, AK

January 1, 2020

Re: 3:13-cr-00008
USA vs Wells

Judge Gleason, Mr. Schroeder, Mr. Skrocki, Mr. Allison, Mr. Woods; and all the members of the Government Team,

This letter is my sincere prayer that the Lord have mercy on all the parties involved in this case. I do not believe that any of you began your careers with any thought you could be tempted to cross, much less actually cross ethical lines. Society owes you a profound apology for tasking you with ensuring that state and municipal legal systems adhere to requirements designed to provide checks and balances to prevent abuse of power while exempting members of the federal DOJ from adherence to those same requirements. Lord Acton's statement, "Power tends to corrupt, and absolute power corrupts absolutely." is an observable truth across humanity.

In granting you immunity from misconduct, ethical lapses and outright illegal activity we have failed to protect you, not only from the corruption of absolute power but also from the grinding weight of dealing with the endless misery of injustice. You see the cruelty and nastiness so many of us don't want to deal with. We try to make it sound nice, call it a "justice" system; but this not a justice system. It begins with someone doing harm, an injustice, to someone else. So we ask you to work in an injustice system, for no matter how long, hard or diligently you work you can never undo the original injustice. Unfortunately human beings continue to prove our horrific ability and willingness to harm each other.

I do not believe that the Lord ever causes the evils that happen in this world. But I do believe that He does use everything for His eventual good and glory. I also believe the Lord when He states that all truth will eventually be known. While I have faith in the 9th Circuit Court of Appeals, I surrender the revelation of truth to God's timing. I have only one request to make of all of you. Whenever the truth becomes apparent to you, acknowledge your failures to yourself and then simply change and find your way back to the ethical stance you began with so many years ago. The Lord forgives us all and asks that we forgive as He forgives. Please know that you are forgiven.

May the Lord of All, Bless and Comfort You,

*Nancy Wells*
Nancy J Wells