IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 3:13-cr-00008-SLG |
| vs. | )<br>) |
| JAMES MICHAEL WELLS, | )<br>)<br>) |
| Defendant. | )<br>) |

**[PROPOSED] ORDER**

Having duly considered the United States' Motion to Appear Telephonically, the motion is hereby GRANTED.

Victim D.H. will call (907) \_\_\_\_\_-_____ from a landline telephone five minutes prior to the Imposition of Sentence hearing.

DATED this _____ day of January, 2020, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE