Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
(907) 646-3400
(907) 646-3480 fax
gary_colbath@fd.org

Counsel for Defendant James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that James Michael Wells appeals to the United States Court of Appeals for the Ninth Circuit from the district court's Judgment at Docket No. 1356.

Judgment was entered on this action on: <u>January 14, 2020.</u> Sentence imposed: <u>Life; Restitution to be determined at hearing scheduled for February 12, 2020.</u>

Transcript required: <u>Yes.</u>

DATED this 17th day of January, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
(907) 646-3414

<u>Certification</u>:
I, Gary G. Colbath, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 17, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*