BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | Case No. 3:13-cr-00008-SLG |

**NON-OPPOSED MOTION TO CONTINUE RESTITUTION HEARING TO WEEK OF MARCH 30, 2020**

The United States files with the court a non-opposed motion to continue the

restitution hearing in the above captioned case. Said motion is not opposed by counsel for

defendant James Wells, Gary Colbath. The motion is based on the following facts as provided below and is made for good cause.

After the court set the date for the restitution hearing, February 12, 2020, the United States retained Professor Laura Taylor, the same economist who performed the original restitution calculations in the prior trial. In communication with Professor Taylor, the United States requested that she perform an updated assessment of the original restitution figures she calculated from 2016, with a new analysis. In getting the most up to date figures the United States is required to get new information from the victims in this case, N.B, and D.H. concerning their benefits received due to the deaths of their husbands, along with other bank account information and other recent information from the defendant's various bank accounts along with information on Wells' benefits from certain government agencies to get the most accurate figures possible. This material, requested by Professor Taylor, will take time to collect, some requires collection by subpoena, which will need to be analyzed and inserted into Professor Taylor's analysis/report. Given the foregoing, the United States does not believe that the current date will provide enough time for the United States to collect the information for Professor Taylor with enough time for a meaningful analysis as these requests are new requests for Wells financial data.

The foregoing information was communicated to counsel for defendant. Counsel for defendant did not oppose the continuance and agreed to a continuance of the hearing. Due to trial responsibilities, defense counsel proposed a hearing date during the week of March 30, subject to the court's calendar and convenience. It is expected that

the hearing will take approximately 4 hours, with Professor Taylor testifying during the hearing although it is possible that the hearing will take less time. The parties request that the court impose the same pre-hearing date schedule for the United States brief and the defense brief prior to the hearing.

Wherefore, for good cause show, and given the non-opposition, the United States moves to continue the restitution hearing in this case to the week of March 30th.

In the event the court grants the motion the United States requests that the hearing be set for a Monday, Wednesday or Friday due to the expert's university class instructing schedule. If possible, Monday is preferable due to weekend preparation time prior to the hearing.

RESPECTFULLY SUBMITTED January 22, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Steven Skrocki*
STEVEN SKROCKI
Deputy Criminal Chief
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2020,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney

U.S. v. James Michael Wells  Page **3** of **3**
3:13-cr-00008-SLG
Case 3:13-cr-00008-SLG   Document 1361   Filed 01/22/20   Page 3 of 3