IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:13-cr-00008-SLG <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> ) <br> Defendant. ) <br> ) | |

**[PROPOSED] ORDER**

Having duly considered the United States' Non-Opposed Motion to Continue Restitution Hearing to Week of March 30, 2020, the motion is hereby GRANTED.

DATED this _____ day of January, 2020, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE