BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Deputy Criminal Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.stevens@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES MICHAEL WELLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:13-cr-00008-SLG |

## MOTION TO APPEAR TELEPHONICALLY

The United States of America, by and through undersigned counsel, respectfully files this Motion for the victim's wife, N.B., to appear telephonically at the Restitution

hearing currently scheduled for Monday, March 30, 2020, at 9:00 a.m. in Anchorage, Alaska in the above-titled case.

RESPECTFULLY SUBMITTED January 27, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ *Christina Sherman*
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020,
a copy of the foregoing was served
electronically on:

Counsel of Record

*s/ Christina Sherman*
Office of the U.S. Attorney

U.S. v. James Michael Wells           Page **2** of **2**
3:13-cr-00008-SLG
Case 3:13-cr-00008-SLG   Document 1363   Filed 01/27/20   Page 2 of 2