IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
)
          Plaintiff,    )
)  Case No. 3:13-cr-00008-SLG
      vs.    )
)
JAMES MICHAEL WELLS,    )
)
)
         Defendant.    )
_____  )

### [PROPOSED] ORDER

Having duly considered the United States' Motion to Appear Telephonically, the

motion is hereby GRANTED.

Victim N.B. will call (907) _____-_____ from a landline telephone five

minutes prior to the Restitution hearing.

DATED this _____ day of January, 2020, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT COURT JUDGE