FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 20-30009 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 3:13-cr-00008-SLG-1 |
| v. | District of Alaska, Anchorage |
| JAMES MICHAEL WELLS, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of the Federal Public Defender to be relieved as appellant's counsel of record and for appointment of Benjamin L. Coleman, Esq., 1350 Columbia Street, San Diego, CA 92101, as new appointed counsel (Docket Entry No. 2) is granted.

The Clerk shall amend the docket to reflect counsel Coleman's address and appointed status for this appeal.

The Clerk shall further amend this court's docket to reflect that Assistant Federal Public Defender Gary G. Colbath is no longer appellant's counsel for this appeal.

Former counsel is advised that a motion to withdraw should be served on defendant; the proof of service should include defendant's current address. *See* 9th Cir. R. 4-1(c).

The previously established briefing schedule remains in effect.

Counsel Coleman shall serve this order on appellant and provide this court with proof of service, including appellant's current address.

The Clerk shall serve this order on former counsel Colbath.