UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　Defendant-Appellant. | No.　20-30009<br><br>D.C. No.<br>3:13-cr-00008-SLG-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |

　　　Appellant's motion (Docket Entry No. 10) for an extension of time to file the transcript designation and reset the briefing schedule is granted.

　　　The transcript designation is due April 3, 2020.  The transcripts are due May 4, 2020.

　　　The opening brief is due June 15, 2020.  The answering brief is due July 15, 2020.  The optional reply brief is due within 21 days after service of the answering brief.

　　　The Clerk will serve this order on the court reporter at the district court.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: Lorela Bragado-Sevillena
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7

LBS 02-10-2020/Pro Mo