BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Civil Chief
CHRISTINA SHERMAN
Deputy Criminal Chief

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      christina.sherman@usdoj.gov
      kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) ) ) |
| Defendant. | ) ) ) ) |

**NON-OPPOSED MOTION FOR VIDEO TESTIMONY OF UNITED STATES WITNESS IN RE RESTITUTION HEARING**

The United States files with the court a non-opposed motion to permit the

telephonic testimony of Economist and Professor Laura Taylor during the March 30th

scheduled restitution hearing. The Motion is not opposed by counsel for defendant Wells, Gary Colbath. Said motion is based on the facts that Professor Taylor currently resides in the state of Washington and would have to travel to and from Washington state to Alaska in order to testify for a brief period of time. Given the omnipresent and very legitimate concerns as to the Corvid-19/Coronavirus, in the view of the United States a telephonic appearance would be in the best interests of all concerned, particularly since video testimony is available.

Wherefore, given the non-opposition and merit of the request for telephonic appearance, the United States requests that the court permit testimony by Professor Taylor by video during the restitution hearing currently set for March 30, 2020.

RESPECTFULLY SUBMITTED March 13, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven Skrocki
STEVEN SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020,
true and correct copy of the foregoing was
served electronically on:

Counsel of Record

s/ Steven Skrocki
Office of the U.S. Attorney