IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) No. 3:13-cr-00008-SLG |
| v. | ) ) |
| JAMES MICHAEL WELLS | ) ) |
| Defendant. | ) ) |

**PROPOSED ORDER**

Having duly considered the United States' Non-Opposed Motion for Video Testimony of United States Witness in Re Restitution Hearing, the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: _____        _____
SHARON L. GLEASON
U.S. DISTRICT COURT JUDGE