IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cr-00008-SLG |
| v. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**ORDER**

Having duly considered the United States' Non-Opposed Motion for Video Testimony of United States Witness in Re Restitution Hearing, (Docket 1367), the motion is hereby GRANTED.

IT IS SO ORDERED

DATED: March 16, 2020

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
U.S. DISTRICT JUDGE