Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court for an order continuing the restitution hearing set in this matter for March 30, 2020, and related briefing schedule as set forth below and would propose a new date during the week of May 18, 2020, as the Court's calendar allows. Any briefing by the government should be due one week prior to the hearing date and any responsive pleading by the defense due at least two business days prior to the hearing.

A continuance of the restitution hearing is requested in light of the rippling and debilitating effects on the Federal Defender, U.S. Courts, and Department of Corrections/Bureau of Prisons systems from the recent outbreak of the Coronavirus Disease 2019 ("COVID-19") and the well-documented concerns surrounding this virus.

The President of the United States has declared a public health emergency in response to the spread of the COVID-19 virus and the Governor of the State of Alaska has declared a public health emergency throughout the state. As of March 12, 2020, the new strain of coronavirus which causes COVID-19, has infected over 132,300 people, leading to at least 4,954 deaths worldwide. On March 11, 2020, the World Health Organization officially classified COVID-19 as a pandemic.

Defendant is in custody at Anchorage Correction Complex and will remain there pending this hearing. Counsel is currently unable to visit Defendant to make final preparations for the hearing or review government filings with him and does not expect that to change for a minimum of 30 days.

Assistant United States Attorneys Steve Skrocki and Christina Sherman do not oppose a continuance of the hearing.

DATED at Anchorage, Alaska this 19th day of March, 2020.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 19, 2020. All participants in this case are registered CM/ECF users and will be served electronically.
*/s/ Gary G. Colbath*