UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>  vs.<br>JAMES MICHAEL WELLS,<br>                Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*Proposed* **ORDER** |

After due consideration of defendants Unopposed Motion to Continue Restitution Hearing, the court GRANTS the motion.

IT IS ORDERED that the restitution hearing set for March 30, 2020, at 9:00 a.m. is VACATED and RESET for May __, 2020, at ___ a.m./p.m. Government's briefing is now due May __, 2020, and Defendant's response briefing due by May __, 2020.

DATED March __, 2020, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT