## Designations, United States v. Wells, No. 13CR00008-SLG

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 4/2/2018 | Reeves | Pre-trial Proceedings |
| 6/12/2018 | Reeves | Pre-trial Proceedings |
| 6/21/2018 | Reeves | Pre-trial Proceedings |
| 8/17/2018 | Reeves | Pre-trial Proceedings |
| 8/24/2018 | Reeves | Pre-trial Proceedings |
| 9/24/2018 | Reeves | Pre-trial Proceedings |
| 11/8/2018 | Reeves | Pre-trial Proceedings |
| 12/20/2018 | Reeves | Pre-trial Proceedings |
| 1/10/2019 | Reeves | Pre-trial Proceedings |
| 1/22/2019 | Reeves | Pre-trial Proceedings |
| 1/23/2019 | Reeves | Pre-trial Proceedings |
| 3/27/2019 | Reeves | Pre-trial Proceedings |
| 4/22/2019 | Reeves | Pre-trial Proceedings |
| 7/2/2019 | Reeves | Pre-trial Proceedings |
| 7/30/2019 | Reeves | Pre-trial Proceedings |
| 7/31/2019 | Reeves | Pre-trial Proceedings |
| 8/30/2019 | Reeves | Pre-trial Proceedings |
| 9/9/2019 | Reeves | Trial* |
| 9/10/2019 | Reeves | Trial* |
| 9/11/2019 | Reeves | Trial* |
| 9/12/2019 | Reeves | Trial* |

| Date | Judge | Proceeding |
|---|---|---|
| 9/13/2019 | Reeves | Trial* |
| 9/16/2019 | Reeves | Trial* |
| 9/17/2019 | Reeves | Trial* |
| 9/18/2019 | Reeves | Trial* |
| 9/19/2019 | Reeves | Trial* |
| 9/20/2019 | Reeves | Trial* |
| 9/23/2019 | Reeves | Trial* |
| 9/24/2019 | Reeves | Trial* |
| 9/25/2019 | Reeves | Trial* |
| 9/26/2019 | Reeves | Trial* |
| 9/27/2019 | Reeves | Trial* |
| 9/30/2019 | Reeves | Trial* |
| 10/1/2019 | Reeves | Trial* |
| 10/2/2019 | Reeves | Trial* |
| 10/3/2019 | Reeves | Trial* |
| 10/7/2019 | Reeves | Trial* |
| 10/8/2019 | Reeves | Trial* |
| 12/23/2019 | Reeves | Post-trial proceeding |
| 1/7/2020 | Reeves | Sentencing |

* Voir dire, opening statements, closing arguments, and jury instruction conferences are designated and requested. In addition, Mr. Wells respectfully incorporates the transcript designation and requests for the prior appeal, which are set forth at Docket Entries 692-93 and 791-92, and have already been produced.