```
 1                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ALASKA
 2


 3   UNITED STATES OF AMERICA,  )
                                )
 4          Plaintiff,          )
                                )
 5   vs.                        )   CASE NO. 3:18-cr-00008-SLG
                                )
 6   JAMES MICHAEL WELLS,       )
                                )
 7          Defendant.          )
     _____)
 8

 9
                    TRANSCRIPT OF STATUS CONFERENCE
10    BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE
                     June 12, 2018; 1:32 p.m.
11                       Anchorage, Alaska

12


13   FOR THE GOVERNMENT:
             Office of the United States Attorney
14           BY:  KIMBERLY SAYERS-FAY and JONAS WALKER
             222 West 7th Avenue, #9
15           Anchorage, Alaska 99513
             (907) 271-5071
16

17   FOR THE DEFENDANT:
             Office of the Federal Public Defender
18           BY:  MATTHEW M. SCOBLE and GARY COLBATH
             425 G Street, Suite 800
19           Anchorage, Alaska 99501
             (907) 646-3400
20

21

22   _____

23                SONJA L. REEVES, RMR-CRR
                  Federal Official Court Reporter
24                 222 West 7th Avenue, #4
                   Anchorage, Alaska 99513
25     Transcript Produced from the Stenographic Record
```

1                    (Call to Order of the Court at 1:32 p.m.)

2              DEPUTY CLERK:  All rise.  Her Honor, the Court,

3    the United States District Court for the District of

4    Alaska is now in session, the Honorable Sharon L.

5    Gleason presiding.

6              Please be seated.

7              THE COURT:  All right.  Good afternoon.  We're

8    on record in *United States versus Wells*.  Mr. Walker is

9    here, Ms. Sayers-Fay is here, Mr. Scoble is here and

10   Mr. Wells is here.  And put this on for a status hearing

11   today to see where we are.

12             So from your perspective, Ms. Sayers-Fay,

13   what's the status of the case?

14             MS. SAYERS-FAY:  Your Honor, I think the

15   defense has more to say than the government on this

16   particular matter.

17             THE COURT:  I suspected that may well be the

18   case.

19             MS. SAYERS-FAY:  I will then yield my time.

20             THE COURT:  I always ask the government first.

21   Anyway, go ahead.  Mr. Scoble, go ahead, please.

22             MR. SCOBLE:  Thank you very much, Your Honor.

23             As the Court is aware, my status with the

24   federal defenders office will be changing in the

25   foreseeable future, certainly prior to the November

1  trial date that we have set in this case.  So we have

2  begun the process of finding successor counsel to

3  replace me.  We have a couple of ideas, I think both of

4  which will necessitate a continuance, but depending on

5  who ends up taking over the case, the precise nature of

6  that continuance will change.

7          My suggestion is that we set a status of

8  counsel hearing either next week or the following week.

9  The parties have met and conferred and we're mutually

10  available either the 21st of June in the afternoon or

11  the 27th of June in the afternoon, if the Court is

12  available either one of those times.

13          THE COURT:  June 21st?

14          MR. SCOBLE:  Yes, Your Honor, in the afternoon.

15          THE COURT:  That would be fine.  1:30 p.m.

16          MR. SCOBLE:  1:30 p.m. is good.

17          THE COURT:  Ms. Sayers-Fay, is that agreeable?

18          MS. SAYERS-FAY:  That's fine, Your Honor.

19  Thank you.

20          THE COURT:  Then let's do that, status of

21  counsel hearing next Thursday, the 21st.  Anything else

22  to take up from the government in the case today?

23          MS. SAYERS-FAY:  Only if I could ask, Your

24  Honor, that at that status of counsel hearing that

25  defense be prepared to --

1          MR. SCOBLE:  I apologize, Your Honor.

2          THE COURT:  She was just about to make a

3     statement of what she hoped defense could be prepared to

4     address, so you might want to hear it.

5          MS. SAYERS-FAY:  At the 21st that if the

6     defense could be prepared to advise who will be

7     representing Mr. Wells and precisely when they would be

8     prepared to go to trial, so that at that time we could

9     maybe move on this motion, get some certainty for our

10    victims.  And again, I just want to emphasize that we

11    had asked for a November trial date out of respect for

12    those victims.  That continues to be a big concern for

13    us, so recognizing this is a big change to the defense,

14    we see some delay as somewhat inevitable, but we would

15    like to get certainty on it sooner rather than later and

16    just ask that we sort of get the change nailed down and

17    their request solidified soon.

18          THE COURT:  I understood that to be the plan

19    for next week is that you would have substitute counsel

20    with a calendar and we could set a date or --

21          MR. SCOBLE:  Yes, Your Honor, that's my

22    expectation as well, and the government's concerns about

23    the delay are of course well taken.  If I could inquire,

24    the two timeframes that we're contemplating would be a

25    new trial date either early February of next year or

1  April of next year.  If I could inquire about the

2  Court's availability for either of those timeframes that

3  might drive our decision somewhat.

4           THE COURT:  I would be hard pressed to put this

5  off to April, Mr. Scoble.  I know it's challenging to

6  find counsel, but I would be hard pressed.  In terms of

7  availability in February, I would make the time on the

8  calendar.

9           MR. SCOBLE:  Understood, Your Honor.  Thank you

10 very much.

11          THE COURT:  Anything further?

12          MS. SAYERS-FAY:  No.

13          THE COURT:  We'll stand in recess.

14          DEPUTY CLERK:  All rise.  This matter is now

15 adjourned.  Court stands in recess until 2:30 p.m.

16          (Proceedings concluded at 1:37 p.m.)

17                      CERTIFICATE

18    I, Sonja L. Reeves, Federal Official Court Reporter
   in and for the United States District Court of the
19 District of Alaska, do hereby certify that the foregoing
   transcript is a true and accurate transcript from the
20 original stenographic record in the above-entitled
   matter and that the transcript page format is in
21 conformance with the regulations of the Judicial
   Conference of the United States.
22
      Dated this 6th day of April, 2020.
23

24
                         /s/ Sonja L. Reeves
25                       SONJA L. REEVES, RMR-CRR
                         FEDERAL OFFICIAL COURT REPORTER