Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**JOINT STATUS REPORT REGARDING RESTITUTION HEARING** |

Gary Colbath, Assistant Federal Public Defender and counsel for Defendant James Wells, hereby files this joint status report with the Court regarding the scheduling of the pending restitution hearing in this matter. The Court's Miscellaneous General Order 20-17 suspended in person hearings scheduled before July 6, 2020. The Court has directed the parties to file this report indicating alternate dates after July 6 when the hearing could be conducted.[1] The undersigned conferred with Assistant United States Attorney Steve Skrocki, and others involved, regarding

---

[1] Docket No. 1400.

the rescheduling of the hearing.

The parties agree that a hearing could be conducted the week of July 13, 2020, preferably either July 14, 15, or 16, as the Court's calendar allows. The parties expect the evidentiary hearing could be completed in approximately 2-3 hours.

DATED at Anchorage, Alaska this 29th day of May, 2020.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 29, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*