BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
  christina.sherman@usdoj.gov
  kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| JAMES MICHAEL WELLS | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT IN RE: RESITUTUION HEARING AND NEW DATE FOR HEARING**

The United States files with the court a Joint Status Report concerning the date for

the restitution hearing given the court's latest Miscellaneous General Order 20-20 which

continues any in person hearings through the month of July. In that regard, counsel for both sides conferred electronically with respect to a mutually agreed upon date for the restitution hearing and did so given that the defendant is exercising his right to appear in person and will not waive personal appearance. As to the requested date range, the parties submit the dates of August 17, 18 or 19 for the hearing. These dates are also agreeable with the government's expert witness, who resides in Washington State and who is expected to appear telephonically.

Wherefore, and subject to the court's calendar, the parties request the hearing be continued, due to the court's latest and COVID-inspired Miscellaneous General Order 20-20 from its current date to that of August 17, 18 or 19, 2020.

RESPECTFULLY SUBMITTED this 25th day of June, 2020, at Anchorage, Alaska.

                                              BRYAN SCHRODER
                                              United States Attorney

                                              s/ Steven E. Skrocki
                                              STEVEN E. SKROCKI
                                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney

Joint Status                                                    Page **2** of **2**
U.S. v. Wells
3:13-cr-00008-SLG