UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

1

2

3  UNITED STATES OF AMERICA,  )
                            )
4          Plaintiff,       )
                            )
5  vs.                      )   CASE NO. 3:13-cr-00008-SLG
                            )
6  JAMES MICHAEL WELLS,     )
                            )
7          Defendant.       )
   _____)

8

9            TRANSCRIPT OF TRIAL BY JURY - DAY 21
   **BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE**
10              October 8, 2019; 8:34 a.m.
                   Anchorage, Alaska

11

**FOR THE GOVERNMENT:**
12      Office of the United States Attorney
        BY:  STEVEN SKROCKI
13      BY:  CHRISTINA M. SHERMAN
        BY:  KELLEY L. STEVENS
14      222 West 7th Avenue, #9
        Anchorage, Alaska 99513
15      (907) 271-5071

16 **FOR THE DEFENDANT:**
        Office of the Federal Public Defender
17      BY:  GARY GEORGE COLBATH
        601 West 5th Avenue, Suite 800
18      Anchorage, Alaska 99501
        (907) 646-3400
19
        Camiel & Chaney, P.S.
20      BY:  PETER A. CAMIEL
        520 Pike Street, Suite 2500
21      Seattle, Washington 98101
        (206) 624-1551
22 _____

23            **SONJA L. REEVES, RMR-CRR**
            Federal Official Court Reporter
24            222 West 7th Avenue, #4
              Anchorage, Alaska 99513
25    Transcript Produced from the Stenographic Record

1                    (Call to Order of the Court at 8:34 a.m.)

2                    (Jury absent)

3                    DEPUTY CLERK:  All rise.  Her Honor, the Court,

4     the United States District Court is again in session.

5                    THE COURT:  Good morning.  Please be seated.

6                    And we have a TV.  This is acceptable to both

7     sides?

8                    MR. SKROCKI:  It's a Sony.

9                    MS. SHERMAN:  It's got instructions.

10                   MR. COLBATH:  It works?

11                   THE COURT:  I hope it works.  I assume it does.

12                   MR. SKROCKI:  It does.  We checked it last

13    night.

14                   THE COURT:  Two lists, are these acceptable to

15    both sides to go to the jury?

16                   MR. SKROCKI:  Yes.

17                   MR. COLBATH:  Yes.

18                   THE COURT:  Anything else to take up?

19                   MR. SKROCKI:  No, ma'am.

20                   MR. COLBATH:  Not from us, Your Honor.

21                   DEPUTY CLERK:  All rise.  Court stands in

22    recess.

23                   (Recessed from 8:35 a.m. to 9:57 a.m.)

24                   (Jury absent)

25                   DEPUTY CLERK:  All rise.  Her Honor, the Court,

1  the United States District Court is again in session.

2          THE COURT:  All right.  Please be seated.

3  Well, fairly straightforward question.

4          MS. SHERMAN:  So we checked everything with the

5  external drive that's in their laptop bag, but if you

6  put a CD in the DVD drive in the laptop it reads as

7  blank, so I think we need to tell them they need to use

8  the external drive that's in the laptop bag.

9          So what I wrote was:  The DVD drive in the

10  laptop does not work.  In the laptop bag is an external

11  DVD drive.  Please use that drive.  It should be able to

12  read all DVDs.

13          THE COURT:  All right.  Any objection to that?

14          Can you say all that again?

15          MS. SHERMAN:  Would the Court like my

16  handwritten copy?

17          THE COURT:  Yes, I would.  I don't want to make

18  a technologically incorrect statement.

19          (Pause)

20          THE COURT:  All right.  I will give that to

21  them.  Anything else, Counsel?

22          MS. SHERMAN:  Not from our perspective.

23          THE COURT:  Very good.  We can go off record.

24          DEPUTY CLERK:  All rise.  Court stands in

25  recess.

```
 1              (Recessed from 9:59 a.m. to 10:14 a.m.)

 2              (Jury absent)

 3              DEPUTY CLERK:  All rise.  Her Honor, the Court,

 4    the United States District Court is again in session.

 5              THE COURT:  All right.  Please be seated.  So

 6    what's your proposal?

 7              MS. SHERMAN:  Well, so one of the options is we

 8    could have them send out the laptop and we could put

 9    those audios on the desktop.  Everyone can listen to

10    make sure they are there and they can hear them.  And

11    let them know that, that's that where they are.

12              I think the issue is when you create it on a

13    newer drive and you're moving it around, that may be the

14    issue.

15              THE COURT:  Your proposal is get these exhibits

16    back and the equipment and make sure it all works.  Any

17    objection?

18              MR. COLBATH:  No.

19              THE COURT:  I don't think I need to be here for

20    this, but if there is a dispute, fine.  She'll go

21    retrieve those exhibits and see if you can get it to

22    work and that sounds great.  98 through 103.

23              MS. SHERMAN:  They said the external drive is

24    working for others, so I think we want to check those

25    disks and if they are there, we'll move them to the
```

1  desktop.  If not, we'll get those exhibits and put them

2  on there.

3          THE COURT:  Let's do that.

4          (Recessed from 10:16 a.m. to 2:58 p.m.)

5          (Jury present)

6          DEPUTY CLERK:  All rise.  Her Honor, the Court,

7  the United States District Court is again in session.

8          THE COURT:  All right.  Please be seated,

9  everyone.

10          Ladies and gentlemen, I understand you have

11  reached a verdict.  Mr. Foreperson, yes?  If you could

12  hand that, the courtroom deputy will come over and

13  receive the verdict.  I'm going to take a moment first

14  and review it, make sure it's all in order, and then

15  I'll publish it.

16          Either side can then ask to poll the jury.

17  What that means is ask to -- ask each of you

18  individually if it is your verdict.

19          (Pause)

20          THE COURT:  It appears to be in order.  And

21  I'll publish it as follows:

22          Count 1:  We the Jury find the defendant, James

23  Michael Wells, guilty of Count 1, murder in the first

24  degree of Richard W. Belisle as charged in the

25  indictment.

1          Count 2:  We the Jury find the defendant, James

2     Michael Wells, guilty of Count 2, murder in the first

3     degree of James A. Hopkins as charged in the indictment.

4          Count 3:  We the Jury find the defendant, James

5     Michael Wells, guilty of Count 3 of murder of an officer

6     or employee of the United States of Richard W. Belisle

7     as charged in the indictment.

8          Count 4:  We the Jury find the defendant, James

9     Michael Wells, guilty of Count 4, murder of an officer

10    or employee of the United States, James A. Hopkins, as

11    charged in the indictment.

12         The jury then correctly proceeded to Count 5

13    and reads as follows:  We the Jury find the defendant,

14    James Michael Wells, guilty of Count 5 of the

15    indictment, using and carrying a firearm during and in

16    relation to the crime of violence that was charged in

17    Count 2.

18         Finally, Count 6 reads:  We the Jury find the

19    defendant, James Michael Wells, guilty of Count 6 of the

20    indictment, using and carrying a firearm during and in

21    relation to the crime of violence that was charged in

22    Count 1.

23         It appears to be signed and dated today.

24         Did I read that correctly, Mr. Foreperson?

25         FOREPERSON:  Yes.

```
1              THE COURT:  Does either side seek to poll the

2    jury?

3              MR. COLBATH:  We would, Your Honor.

4              THE COURT:  Madam Clerk, if you could do so.

5              DEPUTY CLERK:  Juror No. 1, are these your true

6    and correct verdicts?

7              JUROR NO. 1:  Yes.

8              DEPUTY CLERK:  Juror No. 2, are these your true

9    and correct verdicts?

10             JUROR NO. 2:  Yes.

11             DEPUTY CLERK:  Juror No. 3, are these your true

12   and correct verdicts?

13             JUROR NO. 3:  Yes.

14             DEPUTY CLERK:  Juror No. 5, are these your true

15   and correct verdicts?

16             JUROR NO. 5:  Yes.

17             DEPUTY CLERK:  Juror No. 7, are these your true

18   and correct verdicts?

19             JUROR NO. 7:  Yes.

20             DEPUTY CLERK:  Juror No. 8, are these your true

21   and correct verdicts?

22             JUROR NO. 8:  Yes.

23             DEPUTY CLERK:  Juror No. 9, are these your true

24   and correct verdicts?

25             JUROR NO. 9:  Yes.
```

```
 1              DEPUTY CLERK:  Juror No. 11, are these your
 2   true and correct verdicts?
 3              JUROR NO. 11:  Yes.
 4              DEPUTY CLERK:  Juror No. 12, are these your
 5   true and correct verdicts?
 6              JUROR NO. 12:  Yes.
 7              DEPUTY CLERK:  Juror No. 14, are these your
 8   true and correct verdicts?
 9              JUROR NO. 14:  Yes.
10              DEPUTY CLERK:  Juror No. 15, are these your
11   true and correct verdicts?
12              JUROR NO. 15:  Yes.
13              DEPUTY CLERK:  Juror No. 16, are these your
14   true and correct verdicts?
15              JUROR NO. 16:  Yes, ma'am.
16              DEPUTY CLERK:  So say you one, so say you all.
17   Your Honor, the jurors have been polled and all have
18   answered in the affirmative.
19              THE COURT:  Thank you.  Any reason that the
20   Court can't discharge all the jurors at this time, Mr.
21   Skrocki?
22              MR. SKROCKI:  No, Your Honor.
23              THE COURT:  Mr. Colbath?
24              MR. COLBATH:  We agree as well, Your Honor.
25              THE COURT:  Ladies and gentlemen, what I will
```

1    do is discharge you all.  First I'm going to read one

2    last instruction for you, and that is:  Now that this

3    case has been concluded, some of you may have questions

4    about the confidentiality of the proceedings.  Many

5    times jurors ask if they are now at liberty to discuss

6    the case with anyone.  Now that the case is over and I

7    have discharged you here, you are, of course, free to

8    discuss it with any person that you choose.  By the same

9    token, however, I want to advise you that you're under

10   no obligation whatsoever to discuss this case with any

11   person.  If you do decide to discuss the case with

12   anyone, I suggest you treat it with a degree of

13   solemnity in that whatever you do decide to say you

14   would be willing to say in the presence of the other

15   jurors or under oath here in open court in the presence

16   of all the parties.

17            Also, always bear in mind that if you do decide

18   to discuss this case that the other jurors fully and

19   freely stated their opinions with the understanding that

20   they were being expressed in confidence.  So please

21   respect the privacy of the views of the other jurors.

22            With that, ladies and gentlemen, I'm going to

23   discharge you.  I'm going to come back in the jury room.

24   I'm happy to answer any questions, if you care to ask

25   them of me, but you are discharged.  I thank you for

1   your service for the District Court here of Alaska.

2           So you're all excused at this time, and we'll

3   be sure to contact your colleagues as well.

4           (Jury absent)

5           THE COURT:  Please be seated.  Anything further

6   before I address a sentencing date?

7           MR. SKROCKI:  Not from us, Your Honor.

8           MR. COLBATH:  Not at this point.

9           THE COURT:  I don't have the calendar.  I'll do

10   a text order that addresses that within the standard

11   time and we'll get that out.

12           If there is nothing further, we'll go off

13   record at this time.

14           MR. COLBATH:  Your Honor, will the Court do a

15   written Rule 29 decision?

16           THE COURT:  Yes.  Do you seek additional

17   briefing on that?

18           MR. COLBATH:  No.

19           THE COURT:  All right.  Then I will do a

20   written order on that.  Thank you for that reminder.

21           We'll go off record.

22           (Proceedings concluded at 3:04 p.m.)

23

24

25

1                           CERTIFICATE

2       I, Sonja L. Reeves, Federal Official Court Reporter
     in and for the United States District Court of the
3     District of Alaska, do hereby certify that the foregoing
     transcript is a true and accurate transcript from the
4     original stenographic record in the above-entitled
     matter and that the transcript page format is in
5     conformance with the regulations of the Judicial
     Conference of the United States.

6
        Dated this 23rd day of June, 2020.

7

8
                                /s/ Sonja L. Reeves
9                               SONJA L. REEVES, RMR-CRR
                                FEDERAL OFFICIAL COURT REPORTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25