BENAJMIN L. COLEMAN
1350 Columbia Street, Suite 600
San Diego, California 92101
Tel: (619) 794-0420
Fax: (619) 652-9964
E-mail: blc@colemanbalogh.com
Appellate Counsel for James Michael Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) **APPELATE COUNSEL'S** |
| | ) **MOTION FOR PRODUCTION** |
| vs. | ) **OF SEALED PARTS OF** |
| | ) **REPORTER'S TRANSCRIPT** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Appellate counsel for defendant James Michael Wells submits this motion for production of the sealed parts of the reporter's transcripts on April 2, 2018, September 9, 2019, and September 16, 2019. This motion is based on the attached declaration.

Respectfully submitted, June 29, 2020, in San Diego, California.

s/ Benjamin L. Coleman
BENJAMIN L. COLEMAN

# DECLARATION

Benjamin L. Coleman hereby declares under penalty of perjury as follows:

1. I am the attorney appointed to represent James Michael Wells on his appeal from the above-entitled action. This declaration is submitted in support of Mr. Wells' motion for sealed parts of the reporter's transcript.
2. I have corresponded with the court reporter, Sonja Reeves, who informs me that parts of the transcripts on April 2, 2018, September 9, 2019, and September 16, 2019 involved sealed proceedings with the defense only.
3. I believe that I need to review these parts of the record as part of my appellate representation for Mr. Wells.
4. Accordingly, I am requesting that the Court authorize Ms. Reeves to release these parts of the transcript to me via email.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 29, 2020, in San Diego, California.

/s/ *Benjamin L. Coleman*
Benjamin L. Coleman


**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020
a true and correct copy of the foregoing was
served electronically via the CM/ECF system
on the following counsel
of record:

Steven Skrocki
Christina Sherman
Kelly Stevens
Assistant U.S. Attorneys


s/ Benjamin L. Coleman
BENJAMIN L. COLEMAN

*United States v. Wells*
3:13-cr-00008-SLG