IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | ) **PROPOSED ORDER REGARDING SEALED PARTS OF REPORTER'S TRANSCRIPTS** |
| vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

The motion for production of the sealed parts of the reporter's transcript filed by defendant James Michael Wells is hereby GRANTED. The court reporter shall make available via e-mail to appellate counsel, Benjamin L. Coleman, the sealed parts of the reporter's transcripts on April 2, 2018, September 9, 2019, and September 16, 2019.

IT IS SO ORDERED.

Dated_____    _____
                                Sharon L. Gleason
                                U.S. District Court Judge