BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Civil Chief
CHRISTINA SHERMAN
Assistant U.S. Attorneys

KELLEY STEVENS
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
 christina.sherman@usdoj.gov
 kelley.l.stevens@uscg.mil

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>JAMES MICHAEL WELLS,  )<br>)<br>Defendant.  )<br>) | No. 3:13-cr-00008-SLG |

**NON-OPPOSITION TO DEFENDANT'S MOTION**

The United States files with the court a non-opposition to defendant Wells Motion

to Unseal at Docket 1422. The United States is without knowledge as to the nature and

extent of the hearings sought to be opened. Given that the matter is under appeal, and that the defendant is facing multiple life sentences, the United States is not opposed to the request inasmuch as it has some particular relevance to the appeal.

RESPECTFULLY SUBMITTED June 29, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

*s/* Steven Skrocki
STEVEN SKROCKI
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, a true and correct copy of the foregoing was served electronically on:

Counsel of Record

*s/ Steven Skrocki*
Office of the U.S. Attorney