# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE APPELLATE COUNSEL'S MOTION FOR PRODUCTION OF SEALED PARTS OF REPORTER'S TRANSCRIPTS

The unopposed motion for production of the sealed parts of the reporter's transcript at Docket 1422 filed by defendant James Michael Wells is hereby GRANTED. The court reporter shall make available via e-mail to appellate counsel, Benjamin L. Coleman, the sealed parts of the reporter's transcripts on April 2, 2018, September 9, 2019, and September 16, 2019. IT IS SO ORDERED.

DATED this 30th day of June, 2020 at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE