BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
Civil Chief
CHRISTINA SHERMAN
Assistant United States Attorney

KELLEY L. STEVENS
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
　　　 Christina.sherman@usdoj.gov
　　　 kelley.stevens@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cr-00008-SLG |
| v. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS
SPECIAL ASSISTANT UNITED STATES ATTORNEY**

COMES NOW the United States by and through counsel and hereby submits that

Special Assistant United States Attorney Kelley L. Stevens's motion to withdraw as

counsel for the United States of America in the above-entitled action due to a permanent change of station move out of the District pursuant to official military orders. All future correspondence in this matter should be stopped. Assistant United States Attorneys Steven Skrocki and Christina Sherman remain on the case as counsel for the government.

RESPECTFULLY SUBMITTED July 21, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Kelley L. Stevens
KELLEY L. STEVENS
Special Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on July 21, 2019,
a true and correct copy of the foregoing
was served electronically on all counsel
of record.

s/ Kelley L. Stevens
Office of the U.S. Attorney