IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION WITHDRAW AS SPECIAL ASSISTANT UNITED STATES ATTORNEY**

SAUSA Kelley L. Stevens's motion to withdraw as counsel for the United States of America in the above-entitled action due to a permanent change of station located out of the District of Alaska pursuant to official military orders is hereby GRANTED.

IT IS SO ORDERED.

DATED this _____ day of July, 2020, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE