# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br><br>     v. <br><br> JAMES MICHAEL WELLS, <br><br>         Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE MOTION TO WITHDRAW AS SPECIAL ASSISTANT UNITED STATES ATTORNEY

SAUSA Kelley L. Steven's motion to withdraw as counsel for the United States of America at Docket 1428 in the above-entitled action due to a permanent change of station located out of the District of Alaska pursuant to official military orders is hereby GRANTED.

IT IS SO ORDERED.

DATED this 22nd day of July, 2020 at Anchorage, Alaska.

                                               */s/ Sharon L. Gleason*
                                               UNITED STATES DISTRICT JUDGE