| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 7 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

JAMES MICHAEL WELLS,

    Defendant-Appellant.

No.   20-30009

D.C. No. 3:13-cr-00008-SLG-1
District of Alaska,
Anchorage

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

    Appellant's unopposed motion (Docket Entry No. 14) for a 180-day extension of time to file the opening brief, based on the pendency of district court restitution proceedings, is granted.

    The opening brief is due February 17, 2021. The answering brief is due March 19, 2021. The optional reply brief is due within 21 days after service of the answering brief.

08-03-2020/Pro Mo