BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
   christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES MICHAEL WELLS,<br><br>　　　　　　　Defendant. | No. 3:13-cr-00008-SLG |

**SUPPLEMENT TO UNITED STATES' MEMORANDUM OF ITEMS AVAILABLE FOR RESTITUTION (DOCKET 1395)**

COMES NOW the United States of America, by and through undersigned counsel, and files with the court a Supplement to the United States' Memorandum of Items Available for Restitution which was filed with the court at Docket 1395. To be filed under seal, as Exhibit 1, is the report of Professor Laura Taylor and is provided to the court as a

summary of various federal benefits continuing to be received by James Wells in terms of retirement(s), pensions and the like. The summary, created by Prof. Taylor, after she analyzed the defendant's various received federal benefits, establishes that the present value available for payment to the victim spouses from the defendant's retirement benefits is approximately $1.1 million dollars. The calculations as to how 'present value' was determined can be found in Prof. Taylor's summary, Exhibit 1, under seal, of this supplement.

At the restitution hearing currently scheduled for January 8, 2021, the United States will call Professor Taylor as a witness in support of the United States motion at Docket 1395. She will testify as to her work in creating the summary, the figures relied upon, and will discuss the amounts available from each agency as listed. As to this summary/report, and the underlying figures used in creating it, the United States advises the court that the report and underlying numerical evidence from the various federal agencies providing the defendant with retirement funds of any type, have been discovered to the defense.

The court will note that one federal agency is not listed on the report at the direction of the undersigned. That is because no benefits are forthcoming from that agency to the defendant by operation of law.

Wherefore, at the restitution hearing, the United States will be seeking that the court re-direct all benefits listed in Exhibit 1 to the spouses of Richard Belisle and James Hopkins, the two men murdered in cold-blood by the hand of James Wells.

//

Supplement to Memorandum 2
US v. Wells
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 1436   Filed 12/08/20   Page 2 of 3

RESPECTFULLY SUBMITTED this 8th day of December, 2020, at Anchorage, Alaska.

        BRYAN SCHRODER
        United States Attorney

        s/ Steven E. Skrocki
        STEVEN E. SKROCKI
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2020,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney