BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| Plaintiff, ) | |
| v. ) | |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

**NOTICE TO COURT REGARDING VIOLATION OF COURT ORDER CONCERNING WITHDRAWAL OF APPROXIMATELY $125,000 FROM THE THRIFT SAVINGS PLAN ACCOUNT OF JAMES WELLS**

The United States files with the court this Notice Regarding the Withdrawal of approximately $125,000 in funds from the Thrift Savings Plan account of James Wells and done in direct violation of this Court's order prohibiting withdrawal of any assets.

Said withdrawal was made in violation of a court order issued during imposition of sentence (See Docket 1353) and was made known to the United States on Wednesday, December 16, 2020, in conversation with counsel for the defendant.

As to that conversation, on Wednesday, December 16, 2020, and as part of recent discussions concerning the upcoming restitution hearing, counsel for defendant advised the United States that approximately $125,000 was withdrawn at an uncertain time in the past few months from the Thrift Savings Plan of James Wells. It was represented to the United States that said withdrawal was made for the purpose of paying off credit card debt, along with some type of dept owed to the Social Security Administration due to payment of benefits Wells should not have been receiving. Pursuant to the Court's order from the bench, and memorialized at Docket 1353, this withdrawal was clearly prohibited. Based on information and belief James Wells did not have access to his retirement account while incarcerated which by necessity would require assistance from somebody outside of jail to make this large withdrawal. That matter is being investigated. Based on conversation with counsel, it is believed Nancy Wells conducted this withdrawal. Nancy Wells used the funds to pay off $120,0000 or so in debts owed, thus the United States is investigating the who and when of this withdrawal among other matters.

Given this action on the part of the defendant, and possibly his spouse, the United States requests that the court address this matter at the restitution hearing currently set for January 8, 2021. In the meantime, the United States advises the court that its

recommendations concerning percentages of amounts from Wells' respective retirement accounts to be made payable to the spouses of Richard Belisle and James Hopkins are no longer accurate and will be amended prior to the restitution hearing. The United States will submit a supplemental pleading updating its recommendations in light of the loss of these funds, along with other remedies available to it under the law.

Finally, the United States recognizes and appreciates the candor of defense counsel in advising the government of this action in violation of the Court's order.

RESPECTFULLY SUBMITTED this 18th day of December, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney