BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES MICHAEL WELLS ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' FILING OF UPDATED RESTITUTION FIGURES PER HEARING ON JANUARY 8, 2021**

The United States files with the court an Updated Restitution calculation for use

by the court in establishing restitution for the spouses of Messrs. Hopkins and

Belisle. Said figures were updated by the United States' expert, Dr. Laura Taylor and are

attached hereto as Exhibit 1. In an email to the United States Dr. Taylor specified as follows:

*By way of brief summary, the update shifted more of the losses to the past period (due to the later date of the sentencing) and, therefore, made more off the earnings loss subject to the income tax subtraction. Which as you likely know in Alaska is on past period losses only. The update also lowered the discount rate, which would increase the present value of any/all of the future period values.*

With respect to the loss figures for Mr. Belisle the court will note that the earnings loss figure decreased. Dr. Taylor explained this reduction as follows: *This was the result of the net effect of shifting more of his 2020 income to the past period, so the tax burden increased, and increasing the present value of both his future earnings but also, then, the present value of Mrs. Belisle's survivor benefit. In the case of Mr. Belisle, all of these changes this netted to a slightly lower overall loss number.*

Thus, the United States would ask the court to rely on these figures, updated, and valid to the date of the hearing, in making its determination on restitution.

RESPECTFULLY SUBMITTED this 11th day of January 2021, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney