Laura J. Taylor, PhD

January 10, 2021

Mr. Steven Skrocki
Assistant U.S. Attorney
U.S. Attorney's Office
District of Alaska
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaskay 99513 – 7567

RE:    USA v. Wells; Case No. 3:13-cr-00008

Dear Mr. Skrocki,

Pursuant to your request, I have updated my analysis of the economic loss resulting from the deaths of Richard Belisle and James Hopkins on April 12, 2012. These updated figures recorded below report the present values of earnings and household services losses for both individuals as of January 8, 2021, the date of sentencing.

For your information, the loss figures presented here adjust in two ways the calculations provided in my original reports from April 2020: (1) the demarcation between the past and future periods is changed to reflect the January 8, 2021 date of sentencing; and (2) the discount rate used in the reduction to present value is now 1.5%[1].

### Summary of calculations for Richard Belisle and James Hopkins

|  | Richard Belisle | James Hopkins |
|---|---|---|
| Earnings loss, past period | $383,091 | $59,313 |
| Earnings loss, future period | $55,864 | $716,482 |
| **Total earnings loss** | **$438,955** | **$775,795** |
| Household services loss, past period | $83,591 | $78,279 |
| Household services loss, future period | $220,336 | $324,684 |
| **Total household services loss** | **$303,927** | **$402,963** |
| **Total loss, all sources** | **$742,882** | **$1,178,758** |

Also pursuant to your request, I have updated the present values of the expected defined benefit pension benefits for James Wells over the remainder of his statistical life expectancy. For the purpose of this update, I have utilized the January 8, 2021 sentencing date. All updated values

---

[1] Prevailing rate (month ended January 8, 2021) on long-term government securities. Rates are from the U.S. Treasury and are available at https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yield.

Portland, Oregon 97214 • telephone: 503.▮ • e-mail: ▮

reported below begin with pension benefit payments that would be received starting February 1, 2021.

## Summary of Calculations for James Wells

1. U.S. Department of Veterans Affairs disability benefits: **$232,414** (current rating) or **$26,778** (10% disability rating).
2. U.S. military retirement benefits: **$354,530**
3. Civil Service Retirement System retirement benefits: **$173,443**

Finally, I have received from your office an updated value of Mr. Wells' Thrift Savings Plan, a defined contribution pension plan. As of the January 7, 2021, the market value of this plan was **$524,502**.

Please let me know if I can provide any additional information.

Regards,

Laura J. Taylor, PhD