```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. JAMES MICHAEL WELLS  CASE NO. 3:13-cr-00008-SLG
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          SHARON L. GLEASON

DEPUTY CLERK/RECORDER:         IRMA HERNANDEZ

OFFICIAL REPORTER:             SONJA L. REEVES

UNITED STATES' ATTORNEY:       GARY GEORGE COLBATH
                               PETER A. CAMIEL

DEFENDANT'S ATTORNEY:          STEVEN E. SKROCKI
                               CHRISTINA M. SHERMAN

PROCEEDINGS: RESTITUTION HEARING HELD JANUARY 8, 2021
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:14 p.m. court convened.

Laura Taylor sworn and testified on behalf of the plaintiff.

Court and counsel heard re plaintiff's sealed exhibits 1141-1, 1141 and 1435 **ADMITTED**.

Court and counsel heard re updating restitution amount to be filed on or before **1/14/2021**.

Arguments heard.

Court heard; motion at (DKT 1439), **MATTERS TAKEN UNDER ADVISEMENT,** written ruling to issue.

At 1:30 p.m. court adjourned.

List of witness and exhibits filed separately.


DATE:      1/8/2021             DEPUTY CLERK'S INITIALS:  _IAH____

(Revised 1-29-2015)