(Rev 3/18)

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## WITNESS LIST

---

**Case No.:** 3:13-cr-00008-SLG  **Judge:** SHARON L. GLEASON

**Title:** USA

**vs.** JAMES MICHAEL WELLS

**Dates of Hearing:** January 8, 2021

**Deputy Clerk:** IRMA HERNANDEZ

**Official Reporter:** SONJA L. REEVES

### WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 1/8/2021 | 12:15:27 PM | 12:55:07 PM | W-1 | Laura Taylor via Virtual Courtroom 9 | PLT |