Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Peter A. Camiel
Law Offices of Camiel & Chaney P.S.
5200 Pike Street, Suite 2500
Seattle, WA 98101
Phone: (206) 624-1551
Email: petercamiel@yahoo.com

*Attorneys for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG <br><br> **DEFENDANT'S NOTICE OF CITATION TO TRIAL RECORD** |

Defendant James Michael Wells, through counsel Gary G. Colbath and Peter A. Camiel, and pursuant to the Court's direction, files this notice to clarify the evidence referenced by the defense at the restitution hearing on this matter regarding the anticipated retirement of victim James Hopkins from the U.S. Coast Guard.

First, counsel referenced an exhibit which was comprised of an email chain between James Hopkins and another Coast Guard member, OSCM Troy Lowdermilk. That exchange is attached as Exhibit D-1 to this notice which was trial exhibit DE-

188. The exchange quotes Mr. Hopkins writing the following to Mr. Lowdermilk on April 4, 2012 (approximately 8 days before his death): "I heard that you have successfully submitted your retirement letter. I am getting ready to submit mine as well. I was wondering if you could send the format, or tell me the link to it. Thank you."

This email was discussed during the testimony of government witness Troy Lowdermilk on September 20, 2019. See, TR Day 10, pp. 126-130.

DATED at Anchorage, Alaska this 12th day of January, 2021.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

*/s/ Peter A. Camiel*
Peter A. Camiel WSBA 12596
Attorney for Defendant

*Attorneys for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 12, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*