# BOTTARY, SEAN M. (AN) (OGA)

**From:** Hopkins, James ET1
**Sent:** Wednesday, April 04, 2012 11:14 AM
**To:** Lowdermilk, Troy OSCM
**Subject:** Retirement letter format

Master Chief,

I heard that you have successfully submitted your retirement letter. I am getting ready to submit mine as well. I was wondering if you could send the format, or tell me the link to it. Thank you.

Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-███████

PROTECTED DOCUMENT
Wells18_00060314 (1 of 6)

**BOTTARY, SEAN M. (AN) (OGA)**

**From:** Lowdermilk, Troy OSCM
**Sent:** Wednesday, April 04, 2012 11:29 AM
**To:** Hopkins, James ET1
**Subject:** RE: Retirement letter format

ET1,

You're gonna retire?! Sucks for the Guard, but ya gotta do what ya gotta do. Do you need it in a hurry? I have to drop by Commsta in the next couple days. I can send it to you. I can't access it from my phone. To find the manual, just search "retirement request" on the portal.

v/r

MC


Sent with Good (www.good.com)


-----Original Message-----
**From:** Hopkins, James ET1
**Sent:** Wednesday, April 04, 2012 03:14 PM Eastern Standard Time
**To:** Lowdermilk, Troy OSCM
**Subject:** Retirement letter format


Master Chief,

I heard that you have successfully submitted your retirement letter. I am getting ready to submit mine as well. I was wondering if you could send the format, or tell me the link to it. Thank you.

Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-

1

EXHIBIT D-1 Page 2 of 6
Case 3:13-cr-00008-SLG   Document 1448-1   Filed 01/12/21   Page 2 of 6
PROTECTED DOCUMENT
Wells18_00060315 (2 of 6)

**From:** Hopkins, James ET1
**Sent:** Wednesday, April 04, 2012 11:32 AM
**To:** Lowdermilk, Troy OSCM
**Subject:** RE: Retirement letter format

Master Chief,

I guess that I am going to put in my letter for next year. It has just been a really crappy day and I think it is time to start the process. I don't need it any time this week. When you come back is fine. I will look on the portal. Thank you.

Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-

-----Original Message-----
From: Lowdermilk, Troy OSCM
Sent: Wednesday, April 04, 2012 11:29 AM
To: Hopkins, James ET1
Subject: RE: Retirement letter format

ET1,

You're gonna retire?! Sucks for the Guard, but ya gotta do what ya gotta do. Do you need it in a hurry? I have to drop by Commsta in the next couple days. I can send it to you. I can't access it from my phone. To find the manual, just search "retirement request" on the portal.

v/r

MC


Sent with Good (www.good.com)

-----Original Message-----
From: Hopkins, James ET1
Sent: Wednesday, April 04, 2012 03:14 PM Eastern Standard Time
To: Lowdermilk, Troy OSCM
Subject: Retirement letter format


Master Chief,

1

I heard that you have successfully submitted your retirement letter. I am getting ready to submit mine as well. I was wondering if you could send the format, or tell me the link to it. Thank you.

Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-████

2

PROTECTED DOCUMENT                                              Wells18_00060317 (4 of 6)

**From:** Lowdermilk, Troy OSCM
**Sent:** Wednesday, April 04, 2012 6:41 PM
**To:** Hopkins, James ET1
**Subject:** RE: Retirement letter format
**Attachments:** Retirement Request.docx

Here it is! The format is the same for all retirement requests. Just make sure you have someone proof read and change all the names and zip codes, etc.

Good luck!

-----Original Message-----
From: Hopkins, James ET1
Sent: Wednesday, April 04, 2012 11:32 AM
To: Lowdermilk, Troy OSCM
Subject: RE: Retirement letter format

Master Chief,

I guess that I am going to put in my letter for next year. It has just been a really crappy day and I think it is time to start the process. I don't need it any time this week. When you come back is fine. I will look on the portal. Thank you.


Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-█████




-----Original Message-----
From: Lowdermilk, Troy OSCM
Sent: Wednesday, April 04, 2012 11:29 AM
To: Hopkins, James ET1
Subject: RE: Retirement letter format

ET1,

You're gonna retire?! Sucks for the Guard, but ya gotta do what ya gotta do. Do you need it in a hurry? I have to drop by Commsta in the next couple days. I can send it to you. I can't access it from my phone. To find the manual, just search "retirement request" on the portal.

v/r

MC



Sent with Good (www.good.com)

1

```
-----Original Message-----
From: Hopkins, James ET1
Sent: Wednesday, April 04, 2012 03:14 PM Eastern Standard Time
To: Lowdermilk, Troy OSCM
Subject: Retirement letter format
```

Master Chief,

I heard that you have successfully submitted your retirement letter. I am getting ready to submit mine as well. I was wondering if you could send the format, or tell me the link to it. Thank you.

Very Respectfully,
ET1 James Hopkins
COMMSTA Kodiak
Rigger Shop Sup.
907-█████████

2

EXHIBIT D-1 Page 6 of 6

Case 3:13-cr-00008-SLG   Document 1448-1   Filed 01/12/21   Page 6 of 6

PROTECTED DOCUMENT

Wells18_00060319 (6 of 6)