BRYAN SCHRODER
United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
        christina.sherman@usdoj.gov


Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MICHAEL WELLS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF CITATION TO TRIAL RECORD REGARDING
JAMES HOPKINS POSSIBLE RETIREMENT**

The United States, pursuant to the request of the Court, files this notice regarding

the references during the trial regarding James Hopkins possible retirement.

The defense in their Notice at Docket 1448 attaches a document and indicates it

was trial exhibit DE-188. It is of note that that exhibit was not admitted at trial. It was

identified but was objected to and the exhibit list at Docket 1316 notes that DE-188 was not admitted at trial. The entire exchange regarding these emails and Hopkins communications and the hearsay and relevancy objections regarding the document can be found at Docket 1405 (Trial Day 10) at 126-135.

There is additional testimony regarding Hopkins eventual retirement during the testimony of Scott Reckner who indicated that it was a discussion because Hopkins was nearing initial retirement age, but that it was never a serious discussion and he never put in paperwork. See Docket 1390 at 217.

A search of the trial transcript revealed no other references during trial to Hopkins plans to retire. Further, as Dr. Taylor testified at the restitution hearing it was unlikely that Hopkins would retire at 20 years and live on and support a family on a meager retirement salary. Statistically more likely he would retire and go into the private sector which would produce more income than had he stayed in the Coast Guard. Therefore, Dr. Taylor's calculations regarding income for Mr. Hopkins can be viewed as conservative.

RESPECTFULLY SUBMITTED this 14th day of January 2021, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Christina Sherman
Office of the US Attorney

U.S. v. Wells
3:13-cr-00008-SLG