```
 1                   UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
 2

 3   UNITED STATES OF AMERICA,   )
                                 )
 4          Plaintiff,           )
                                 )
 5   vs.                         )   CASE NO. 3:13-cr-00008-SLG
                                 )
 6   JAMES MICHAEL WELLS,        )
                                 )
 7          Defendant.           )
     _____)
 8

 9           TRANSCRIPT OF IMPOSITION OF SENTENCE
       BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE
10                 January 7, 2020; 9:33 a.m.
                        Anchorage, Alaska
11
     FOR THE GOVERNMENT:
12        Office of the United States Attorney
          BY:  STEVEN SKROCKI
13        BY:  CHRISTINA M. SHERMAN
          BY:  KELLEY L. STEVENS
14        222 West 7th Avenue, #9
          Anchorage, Alaska 99513
15        (907) 271-5071

16   FOR THE DEFENDANT:
          Office of the Federal Public Defender
17        BY:  GARY GEORGE COLBATH
          601 West 5th Avenue, Suite 800
18        Anchorage, Alaska 99501
          (907) 646-3400
19
          Camiel & Chaney, P.S.
20        BY:  PETER A. CAMIEL
          520 Pike Street, Suite 2500
21        Seattle, Washington 98101
          (206) 624-1551
22   _____

23                 SONJA L. REEVES, RMR-CRR
                  Federal Official Court Reporter
24                 222 West 7th Avenue, #4
                     Anchorage, Alaska 99513
25       Transcript Produced from the Stenographic Record
```

62

   1  to consult and/or participate in this phase, so since
   2  we're just talking about February here, if we could have
   3  him remain in the district and readily accessible to me,
   4  that will assist me in meeting these sort of short time
   5  deadlines.
   6           THE COURT:  I see that the marshals agree that
   7  we can do that and keep Mr. Wells here in the state
   8  pending an order or the conclusion of proceedings in
   9  court on the restitution hearing, which currently is
  10  scheduled for February 12th.
  11           All right.  Very good.  Anything further?
  12           MR. SKROCKI:  Last thing, with respect to the
  13  restitution, we would ask that the Court enter an order
  14  precluding Mr. Wells or Ms. Wells from transferring,
  15  conveying or doing anything with respect to their
  16  property at this point in time.
  17           THE COURT:  Any objection?
  18           MR. COLBATH:  Not with respect to Mr. Wells'
  19  property.
  20           THE COURT:  All right.
  21           MR. SKROCKI:  Well, we don't know who owns what
  22  at this stage.
  23           THE COURT:  I'll enter an order as to Mr. Wells
  24  at this time.  It's effective immediately.  If the
  25  government seeks further relief, you can file a written

```
                                                             63
 1   motion and I'll take it up.

 2             MR. SKROCKI:  Yes, Your Honor.

 3             THE COURT:  Very good.  Anything further?

 4             MR. COLBATH:  Not from me, Your Honor.

 5             THE COURT:  We'll go off record.

 6             DEPUTY CLERK:  All rise.  This matter is now

 7   adjourned.  This court now stands adjourned.

 8             (Proceedings concluded at 11:10 a.m.)

 9

10                         CERTIFICATE

11      I, Sonja L. Reeves, Federal Official Court Reporter
     in and for the United States District Court of the
12   District of Alaska, do hereby certify that the foregoing
     transcript is a true and accurate transcript from the
13   original stenographic record in the above-entitled
     matter and that the transcript page format is in
14   conformance with the regulations of the Judicial
     Conference of the United States.
15
        Dated this 17th day of May, 2020.
16

17
                              /s/ Sonja L. Reeves
18                            SONJA L. REEVES, RMR-CRR
                              FEDERAL OFFICIAL COURT REPORTER
19

20

21

22

23

24

25
```