# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

## TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __20-30009__  U.S. District Court # __13CR00008-SLG__
Short Case Title __United States v. Wells__
Date Notice of Appeal Filed by Clerk of District Court __January 17, 2020__

*Section A - To Be completed by Party Ordering Transcript*

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| November 17, 2020 | Sonja Reeves | VOIR DIRE |
| December 30, 2020 | Joy Stancel | OPENING STATEMENTS |
| January 8, 2021 | Sonja Reeves | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

*(Attach Additional Page for Designations if Necessary)*

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention.  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand.  I further agree to pay for work done prior to cancellation of this order.  <u>I am filing a completed USDCA-435, Transcript Order Form, in addition to this designation for purposes of ordering the transcript(s)</u>.

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention.  The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(x)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court.  I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __February 2, 2021__    Estimated Date for Completion __March 4, 2021__
Signature of Attorney __s/Benjamin L. Coleman__   Phone Number __(619) 794-0420__
Address __Coleman & Balogh LLP__
__1350 Columbia Street, Suite 600, San Diego, California 92101__

*Section B - To Be Completed by Court Reporter*

I, _____, have received this designation.
      (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
        Approximate Number of Pages _____    Due Date _____

*Section C - To Be Completed by Court Reporter*

Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)    Case 3:13-cr-00008-SLG   Document 1453   Filed 02/02/21   Page 1 of 1