Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Counsel for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY ON RESTITUTION [1452]** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, files this response to the government's filing at Dk. 1452.

First, the Court should simply reject the "supplemental authority" referenced in the government's filing as non-binding and inapplicable to the issues before the court. Second, if considered on the merits, the Court should reject the proposition for which the government offers the case of *United States v. Abell*, 2021 U.S. App. Lexis 1199, 2021 WL 140635 (1st Cir. Jan. 15, 2021) as supporting. *Abell*, is distinguishable on its facts as the case clearly relates to a 401(k) retirement account not subject to or governed by the specific laws and regulations that control a government Thrift Savings Plan ("TSP") account. Therefore, the case makes no analysis of the application of those regulations and provisions on garnishment of a

TSP or distribution under the same, much less is it instructive on a spouse's right to a portion of such funds.

This citation to authority is just a continuation of the government's incomplete understanding of the TPS rules and slippery characterization of the exact nature of Wells' retirement account. There are TWO TSP programs, Federal Employees Retirement System ("FERS") and Civil Service Retirement Act ("CSRS"). Enrollment is primarily based on time in service and when that service occurred. The Court should note that that *Abell* states that the participant "had the right to unilaterally withdraw funds," Wells does not have such right by virtue of the plan he participates in. Although the government does not distinguish plans, the Court should note that Wells participated in FERS, which does <u>not</u> grant the participant that right of unilateral withdrawal. Indeed, the government confused this in its 2014 restitution brief which erroneously stated that Jim was in the CSRS program.

The following is found on page 7-8 of the publication, *Withdrawing from your TSP Account*, which can be obtained from the web site[1]:

> If you are a married FERS or uniformed services participant with a total TSP account balance of more than $3,500, your spouse is entitled **by law** to a prescribed survivor annuity. This is a joint life annuity with a 50% survivor benefit, level payments, and no cash refund feature. If you choose any other annuity, any other withdrawal 8 option, or any combination of options, your spouse must provide signed, notarized consent for the withdrawal to be processed. This is also true if you request a change in the amount or frequency of installment payments since this could affect the amount available for an annuity.

---

[1] https://www.tsp.gov/publications/tspbk02.pdf.

*United States v. James Michael Wells*
Case No. 3:13-cr-00008-SLG                                                                 Page 2

> If you are a married CSRS participant with a total TSP account balance of more than $3,500, we must notify your spouse of your withdrawal. This is also true if you request a change in the amount or frequency of installment payments since this could affect the amount available for an annuity.

The Court should not order garnishment of the entirety of Wells' TSP account without making accommodations for tax consequences and Nancy Wells' spousal entitlements under the law.

DATED at Anchorage, Alaska this 2nd day of February, 2021.

Respectfully submitted,

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender
*Counsel for James Michael Wells*

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 2, 2021. All participants in this case are registered CM/ECF users and will be served electronically.
*/s/ Gary G. Colbath*