Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>           Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR STAY OF RESTITUTION ORDER [1459]** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, moves the Court for an order staying the distribution of restitution funds ordered at Docket No. 1459. In its Order on restitution, the Court ordered the following:

    1)     It is ordered that 80% of funds are awarded from Mr. Wells' TSP account to be applied to the Court's restitution order. . . . [T]he Thrift Savings Plan is hereby ordered to freeze for withdrawal and transfer purposes all funds in the Thrift Savings Plan for account holder James Michael Wells until further order of the Court. Monthly disbursement of the TSP account funds subject to the Court's restitution order will occur upon further order of this Court.

2) The Court hereby awards 80%percent of all future retirement and disability payments belonging to James Wells as restitution in this matter. The United States Department of Veteran's Affairs, the United States Department of Veteran's Affairs Office of Disability, and the Civil Service Retirement System are hereby ordered to direct 80% of all forthcoming retirement and disability benefits for James Michael Wells (SSN XXX-XX-0365) to this Court for placement in an interest-bearing trust account beginning immediately.

Although the Court's order directs that disbursement of the TSP shall not begin until further order of the Court, Defendant requests clarification from the Court and an order specifically directing that disbursement will not occur until after the conclusion of the direct appeal to the Ninth Circuit is complete. Similarly, Defendant requests the Court order that disbursement of the retirement payments submitted to the Court and held in an interest-bearing trust account shall not occur until after the conclusion of the direct appeal to the Ninth Circuit is complete.

The holding of the funds by the TSP Program and the Court, through the pendency of the direct appeal in this matter, will both preserve the funds, as well as ensure they remain available to Defendant, should his convictions again be overturned on appeal and to the victims, in the event Defendant's convictions and the Court's restitution order are affirmed.

//

//

DATED at Anchorage, Alaska this 27th day of April, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 28, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*