IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*Proposed* **ORDER GRANTING MOTION FOR STAY OF RESTITUTION ORDER [1459]** |

After due consideration of the Defendant's Motion for Stay of Restitution Order [1459], the Court GRANTS the motion.

IT IS ORDERED that all disbursements ordered [1459] to be applied to restitution in this matter will not occur until after the conclusion of the direct appeal to the Ninth Circuit Court of Appeals is complete. Similarly, disbursement of the retirement payments submitted to the Court and held in an interest-bearing trust account shall not occur until after the conclusion of the direct appeal to the Ninth Circuit Court of Appeals is complete.

DATED this __ day of April, 2021, in Anchorage, Alaska.

 

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT