Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant James Michael Wells

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>Vs.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION FOR CLARIFICATION OF TERMS OF RESTITUTION ORDER [1459]** |

Defendant James Michael Wells, through counsel, Gary G. Colbath, Assistant Federal Defender, moves the Court for an order clarifying the rulings made at Docket 1459. Defendant seeks further guidance or ruling from the Court related to the following matters set forth at Docket No. 1459:

1) With respect to the Wellses' residence, the Court did not make the real property subject to restitution, instead ordering 80% of his TSP and retirement payments to the victims. Dk. 1459, p. 17. In light of this determination, does the Court contemplate providing the Wellses the ability to sell the Kodiak residence upon completion of the appeal in this matter? This clarification is requested to allow the

Wellses to plan necessary repairs and for Nancy Wells to plan for potential receipt of her share of the marital residence.

2) With respect to the Court's findings in section III.(B) of the order, how are the Wells able to access or withdraw their 20% of the TSP not ordered subject to restitution by the Court? If the Court has awarded 80% of the TSP account as restitution, can the Wells be authorized to withdraw the balance of the account? This clarification is requested so that Nancy Wells can try to secure a retirement account for herself which she controls and has necessary access to as needed.

DATED at Anchorage, Alaska this 27th day of April, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 28, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*