IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | *Proposed* **ORDER FOR CLARIFICATION OF TERMS OF RESTITUTION ORDER [1459]** |
| Vs. | |
| JAMES MICHAEL WELLS, | |
| Defendant. | |

After due consideration of the Defendant's Motion for Clarification of Terms of Restitution Order [1459], the Court Grants the motion. The Court provides the following additional information to the parties:

DATED this ___ day of April, 2021, in Anchorage, Alaska.

_____
Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT