BENJAMIN L. COLEMAN
COLEMAN & BALOGH LLP
1350 Columbia Street, Suite 600
San Diego, CA 92101
Telephone: (619) 794-0420
Email: blc@colemanbalogh.com
____Retained    X   Appointed

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:13-cr-00008-SLG |
| | ) | |
| Appellee-Plaintiff, | ) | |
| | ) | **NOTICE OF APPEAL** |
| vs. | ) | |
| | ) | |
| JAMES MICHAEL WELLS, | ) | |
| | ) | |
| Appellant-Defendant. | ) | |
| | ) | |

Notice is hereby given that James Michael Wells appeals to the United States Court of Appeals for the Ninth Circuit from the district court's amended Judgment at Docket No. 1460 and restitution orders at Docket Nos. 1459, 1464.

The amended judgment was entered on: <u>April 22, 2021</u>. Sentence imposed: <u>Life and Restitution as ordered in the amended judgment and restitution orders</u>.

Transcript Required: <u>Yes, already ordered and produced</u>.

DATED this 3rd day of May, 2021.

                                              Respectfully submitted,

                                              *s/Benjamin L. Coleman*
                                              BENJAMIN L. COLEMAN
                                              *Counsel for James Michael Wells*

## CERTIFICATION

     I, Benjamin L. Coleman, hereby certify that I electronically filed the foregoing and any attachments with the clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 3, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

                                            *s/Benjamin L. Coleman*
                                              BENJAMIN L. COLEMAN
                                              *Counsel for James Michael Wells*