E. BRYAN WILSON
Acting United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-cr-00008-SLG |
| Plaintiff, ) | |
| v. ) | |
| JAMES MICHAEL WELLS ) | |
| Defendant. ) | |

**NOTICE OF FILING PROPOSED ORDERS PURSUANT TO DOCKET 1459**

Pursuant to the order of the court at Docket 1459, the United States files the following proposed orders for issuance to the United States Thrift Savings Plan, the United States Department of Veteran's Affairs, the United States Department of

Veteran's Affairs Office of Disability, and the Civil Service Retirement System. Each order is attached hereto.

RESPECTFULLY SUBMITTED this 5$^h$ day of May, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney