IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:13-cr-00008-SLG |
| JAMES MICHAEL WELLS, | ) ) ) ) | |
| Defendant. | ) | |

**PROPOSED ORDER RE: THE CIVIL SERVICE RETIREMENT SYSTEM**

The Civil Service Retirement System is hereby ordered by this court to direct 80% of all forthcoming monthly retirement and disability benefits for James Michael Wells (SSN XXX-XX-0365) to this Court's Court Registry Investment System and that those payments be made to the following payee:

Clerk of Court, U.S. District Court for the District of Alaska

222 W. 7th Avenue., #4

Anchorage, Alaska 99513

IT IS SO ORDERED

DATED: _____        _____
                                                                                U.S. DISTRICT COURT JUDGE