IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 3:13-cr-00008-SLG<br>) |
| JAMES MICHAEL WELLS, | )<br>)<br>) |
| Defendant. | ) |

**PROPOSED ORDER RE: THE UNITED STATES DEPARTMENT OF VETERAN'S AFFAIRS OFFICE OF DISABILITY**

The Department of Veterans' Affairs Office of Disability is hereby ordered by this court to direct 80% of all forthcoming monthly retirement and disability benefits for James Michael Wells (SSN XXX-XX-0365) to this Court's Court Registry Investment System and that those payments be made to the following payee:

Clerk of Court, U.S. District Court for the District of Alaska

222 W. 7th Avenue., #4

Anchorage, Alaska 99513

IT IS SO ORDERED

DATED: _____          _____
                                                                                                    U.S. DISTRICT COURT JUDGE