IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>JAMES MICHAEL WELLS,<br><br>                Defendant. | No. 3:13-cr-00008-SLG |

**PROPOSED ORDER RE: JAMES WELLS' THRIFT SAVINGS PLAN**

The United States Thrift Savings Plan is hereby ordered to freeze for withdrawal and transfer purposes all funds in the Thrift Savings Plan for account holder James Michael Wells (SSN XXX-XX-0365) until further order of the Court, pursuant to 18 U.S.C. §§ 3663A and 3664, the Mandatory Victim Restitution Act.

It is further ordered that the Thrift Savings Plan prohibit James Michael Wells from selling, encumbering, gifting, withdrawing from, access, or otherwise transferring ownership of James Wells' TSP account without seeking further order of this Court.

Pursuant to the order of this court the TSP is directed to pay 80% of James Michael Wells monthly benefits to the following payee:

Clerk of Court, U.S. District Court for the District of Alaska

222 W. 7th Avenue., #4

Anchorage, Alaska 99513

All necessary and owed taxes resulting from the disbursement shall be withheld by the Thrift Savings Plan pursuant to its regulations and the law.

IT IS SO ORDERED

DATED: _____          _____
                                   U.S. DISTRICT COURT JUDGE