E. BRYAN WILSON
Acting United States Attorney

STEVEN E. SKROCKI
CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       christina.sherman@usdoj.gov


Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:13-cr-00008-SLG |
| Plaintiff, | ) | |
| v. | ) | |
| JAMES MICHAEL WELLS | ) | |
| Defendant. | ) | |

**STATUS REPORT OF THE UNITED STATES PURSUANT TO DOCKET 1464**

The United States files with the court a brief status report as directed in the Court's Supplemental Order at Docket 1464. As to that order, the court directed the United States to file a status report within 14 days of the court's order as to the status of the TSP, retirement, and disability payments in the Court Registry Investment System.

(CRIS) As of this writing, the United States filed with the court today several proposed orders to effectuate the court's restitution ruling. The United States will be contacting the three government entities as to the court's order on restitution, along with alerting them to the pending court order directing payments to the CRIS.

With respect to the Thrift Savings Plan, the United States can represent that the TSP account is now frozen. Several inquiries as to the issue of Mrs. Wells rights under the TSP have gone unreturned, and the counsel for the government can represent that it is having difficulty getting calls returned on this issue, but it is still trying.

The United States will file another status report within the 14-day window as directed by the court's order at Docket 1464, but wanted to apprise the court of the information available to it this date.

RESPECTFULLY SUBMITTED this 5$^h$ day of May, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2021,
a copy of the foregoing was served
electronically on:

Counsel of Record

s/ Steven E. Skrocki
Office of the US Attorney

Page **2** of **2**

U.S. v. Wells
3:13-cr-00008-SLG

Case 3:13-cr-00008-SLG   Document 1467   Filed 05/05/21   Page 2 of 2