# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE: THE CIVIL SERVICE RETIREMENT SYSTEM

The Civil Service Retirement System is hereby ordered by this court to direct 80% of all forthcoming monthly retirement and disability benefits for James Michael Wells (SSN XXX-XX-0365) to this Court's Court Registry Investment System and that those payments be made to the following payee:

Clerk of Court, U.S. District Court for the District of Alaska

222 W. 7th Avenue, #4

Anchorage, Alaska 99513

IT IS SO ORDERED.

Dated this 18th day of May, 2021 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE