# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JAMES MICHAEL WELLS,

        Defendant.

Case No. 3:13-cr-00008-SLG

## ORDER RE: JAMES WELLS' THRIFT SAVINGS PLAN

The United States Thrift Savings Plan is hereby ordered to freeze for withdrawal and transfer purposes all funds in the Thrift Savings Plan ("TSP") for account holder James Michael Wells (SSN XXX-XX-0365) until further order of the Court, pursuant to 18 U.S.C. §§ 3663A and 3664, the Mandatory Victim Restitution Act.

It is further ordered that the TSP prohibit James Michael Wells from selling, encumbering, gifting, withdrawing from, access, or otherwise transferring ownership of James wells' TSP account without seeking further order of this Court.

Pursuant to the order of this Court the TSP is directed to pay 80% of James Michael Wells' monthly benefits to the following payee:

Clerk of Court, U.S. District Court for the District of Alaska

222 W. 7th Avenue, #4

Anchorage, Alaska 99513

All necessary and owed taxes resulting from the disbursement shall be withheld by the TSP pursuant to its regulations and the law.

IT IS SO ORDERED.

Dated this 18th day of May, 2021 at Anchorage, Alaska.

>*/s/ Sharon L. Gleason*
>UNITED STATES DISTRICT JUDGE

Case No. 3:13-cr-00008-SLG, *USA v. Wells*
Order re: James Wells' Thrift Savings Plan
Page 2 of 2
Case 3:13-cr-00008-SLG   Document 1473   Filed 05/18/21   Page 2 of 2