**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES MICHAEL WELLS, Defendant-Appellant. | No. 20-30009 D.C. No. 3:13-cr-00008-SLG-1 District of Alaska, Anchorage ORDER |
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMES MICHAEL WELLS, Defendant-Appellant. | No. 21-30121 D.C. Nos. 3:13-cr-00008-SLG-1 3:13-cr-00008-SLG |

Before: HURWITZ, BRESS, and H. THOMAS, Circuit Judges.

For the oral argument scheduled on June 7, 2022, the Court encourages the parties to be prepared to discuss the following issues at argument:

(1) The admission of Nicola Belisle's testimony to show Wells's consciousness of guilt.

(2) Whether Wells's interview statements should have been suppressed under *Garrity v. New Jersey*, 385 U.S. 493 (1967).

(3) The use of the reenactment video at trial.

(4) Whether a 25% cap applied to the garnishment for restitution purposes of Wells's military retirement benefits, civil service retirement benefits, and Thrift Savings Plan. *See* 15 U.S.C. §§ 1672(a), 1673(a)(1); 18 U.S.C. § 3613(a)(3).