|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 16 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 20-30009, 21-30121 |
| Plaintiff-Appellee, | D.C. No.<br>3:13-cr-00008-SLG-1 |
| v. | District of Alaska,<br>Anchorage |
| JAMES MICHAEL WELLS, | |
| Defendant-Appellant. | ORDER |

Before: HURWITZ, BRESS, and H.A. THOMAS, Circuit Judges.

Appellant's unopposed motion for an extension of time to file a petition for rehearing (ECF No. 64) is GRANTED. Any petition shall be filed on or before January 30, 2023.