UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 23 2023



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant-Appellant. | No.    20-30009<br><br>D.C. No.<br>3:13-cr-00008-SLG-1<br>District of Alaska,<br>Anchorage<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Appellee,<br><br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant-Appellant. | No.    21-30121<br><br>D.C. Nos.<br>3:13-cr-00008-SLG-1<br>3:13-cr-00008-SLG |

Before:  HURWITZ, BRESS, and H.A. THOMAS, Circuit Judges.

The panel unanimously voted to deny the petition for panel rehearing.  Judges

Bress and H.A. Thomas voted to deny the petition for rehearing en banc, and Judge

Hurwitz so recommended.  The petition for rehearing en banc was circulated to the

judges of the Court, and no judge requested a vote for en banc consideration.  Fed.

R. App. P. 35.  The petition for panel rehearing and rehearing en banc, Dkt. 66 (No.

20-30009) and Dkt. 49 (No. 21-30121), is DENIED.