UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JAMES MICHAEL WELLS, Defendant - Appellant. | No. 20-30009 D.C. No. 3:13-cr-00008-SLG-1 U.S. District Court for Alaska, Anchorage **MANDATE** |
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JAMES MICHAEL WELLS, Defendant - Appellant. | No. 21-30121 D.C. No. 3:13-cr-00008-SLG-1 U.S. District Court for Alaska, Anchorage |

The judgment of this Court, entered December 14, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7