S. LANE TUCKER
United States Attorney

STEVEN SKROCKI
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: steven.skrocki@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG |
| Plaintiff, | ) |
| vs. | ) |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

**MOTION FOR BRIEFING SCHEDULE ON RESTITUTION**

The United States files with the court a motion seeking a briefing schedule on the issue of restitution given that the mandate has been issued by the Ninth Circuit Court of Appeals, post appeal, post-petition for rehearing and post-petition for rehearing *en banc*, all of which denied Wells' various post-appellate claims. Given the recent finality of the defendant's appeal, it seems appropriate to the government that the parties and the court now turn to the issue of resolving the restitution issue(s) pursuant to the ruling of the Ninth Circuit in United States v. Wells, 55 F.4th 784 (9th Cir. 2022). It seems to the

government that the court can set a date where both parties can file their respective positions or opening briefs with the court permitting a reply by each party if they so wish. Given the ruling of the Ninth Circuit, the parties have a definite roadmap to follow on this issue.

As to scheduling, government counsel will be on assignment and unavailable until March 25, 2023. Given that conflict, it is requested that briefing be made do toward the end of April if that date works for defense counsel.

RESPECTFULLY SUBMITTED this 9th day of March 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Seth Brickey*
SETH BRICKEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, a
true and correct copy of the foregoing was
served electronically on the following:

Counsel of Record

s/ *Steven Skrocki*
Office of the United States Attorney