IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-0008-SLG |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| JAMES MICHAEL WELLS, | ) |
| Defendant. | ) |

Having duly considered the United States' Motion for Briefing Schedule on Restitution, the motion is hereby GRANTED.

DATED this _____ day of March 2023, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
Chief United States District Court Judge