# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant. | Case No. 3:13-cr-00008-SLG |

### ORDER RE MOTION FOR BRIEFING SCHEDULE ON RESTITUTION

Before the Court at Docket 1480 is the Government's *Motion for Briefing Schedule on Restitution.* In light of the ruling of the Ninth Circuit in *United States v. Wells*, 55 F4th 784 (9th Cir. 2022), the motion is hereby GRANTED. IT IS ORDERED that the briefing schedule regarding the remaining restitution issues is set as follows:

1. No later than April 25, 2023, each party shall file a brief stating their position regarding the restitution issues raised by the Appeals Court.
2. No later than May 10, 2023, each party may file an optional reply brief.

DATED this 30th day of March, 2023, at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE