IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>JAMES MICHAEL WELLS,<br><br>          Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER SCHEDULING HEARING

Defendant's request for a hearing to hear arguments on the parties' briefing regarding restitution is GRANTED. Oral argument on restitution is scheduled for **June 12, 2023, at 11:00 a.m.** in Anchorage Courtroom 2. This hearing is on a question of law; *see* Fed. R. Crim. P. 43(b)(3). Accordingly, Defendant Wells may participate telephonically by dialing 571-353-2301 (Call ID 020262828, Pin 487051) approximately five minutes before the scheduled hearing time.

DATED this 10th day of May, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE