Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

*Attorney for Defendant James Michael Wells*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**MOTION TO ACCEPT LATE FILING OF DEFENDANT'S REPLY BRIEF RE: RESTITUTION [1486]** |

    Defendant James Michael Wells, through counsel Gary G. Colbath, respectfully requests an order accepting the late-filed reply brief regarding restitution at Docket No. 1486. The brief was not timely filed due to administrative error. The deadline to file was yesterday, May 10.

    DATED at Anchorage, Alaska this 11th day of May, 2023.

                                              Respectfully submitted,

                                              */s/ Gary G. Colbath*
                                              Gary G. Colbath
                                              Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 11, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*