UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>JAMES MICHAEL WELLS,<br><br>               Defendant. | Case No. 3:13-cr-00008-SLG<br><br>*PROPOSED* **ORDER RE: MOTION TO ACCEPT LATE FILING OF DEFENDANT'S REPLY BRIEF RE: RESTITUTION [\*\*]** |

After due consideration of Defendant's Motion to Accept Late-Filed Reply Brief RE: Restitution, the motion [\*\*] is **GRANTED**.

**IT IS ORDERED** that the Defendant's Reply Brief filed at Docket No. \*\* is hereby ACCEPTED as filed.

DATED _____, 2023, in Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Judge