S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: christina.sherman@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00008-SLG )  |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JAMES MICHAEL WELLS, | ) ) |
| Defendant. | ) ) |

**NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

COMES NOW, the United States of America, by and through counsel, and herby notifies the Court that Assistant United States Attorney, Christina Sherman, is no longer an active participant in the above-referenced case. The government authorized the Clerk's Office to terminate service on Ms. Sherman of all future documents filed in this case.

//

RESPECTFULLY SUBMITTED this 15th day of May 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Christina Sherman*
CHRISTINA SHERMAN
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, a true and correct copy of the foregoing was served electronically on the following:

Counsel of Record

s/ *Christina Sherman*
Office of the United States Attorney