RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Amy B. Cleary
Assistant Federal Public Defender
Office of the Federal Public Defender,
  District of Nevada
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Attorney for James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br>  v.<br><br>James Michael Wells,<br><br>      Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**Notice of Attorney Appearance for Defendant** |

      Amy B. Cleary, Assistant Federal Public Defender, enters her appearance on behalf of Defendant James Michael Wells in conjunction with the simultaneously-filed request by the Office of the Federal Public Defender for the District of Nevada seeking appointment to investigate and, if appropriate, pursue a petition under 28 U.S.C. § 2255 on Mr. Wells's behalf.

      All pleadings, notices, and orders should be sent to counsel at the address set forth above.

/ / /

/ / /

DATED this 30th day of May, 2023.

> RENE L. VALLADARES
> Federal Public Defender
>
> By: *s/ Amy B. Cleary*
> Amy B. Cleary
> Assistant Federal Public Defender
> Counsel for Defendant

**Certificate of Service**

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 30, 2023. All participants in this case are registered CM/ECF users and will be served electronically.

s/ Amy B. Cleary
Assistant Federal Public Defender