RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Amy B. Cleary
Assistant Federal Public Defender
Ohio State Bar No. 0068425
Office of the Federal Public Defender,
  District of Nevada
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Attorney for James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br> v.<br><br>James Michael Wells,<br><br>   Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**Motion to Appoint Counsel** |

Defendant James Michael Wells, respectfully requests that the Office of the Federal Public Defender for the District of Nevada be counsel be appointed, pursuant to 18 U.S.C. § 3006A, to investigate and, if appropriate, represent him in habeas corpus proceedings under 28 U.S.C. § 2255. In support of this request, Mr. Wells sets forth the following:

  1. Mr. Wells was convicted following a jury trial of two counts of first-degree murder, two counts of murder of an Officer of the United States, and two counts of possession and use of a firearm in relation to a crime of violence. ECF No. 1356. Final judgment issued on January 14,

2. 2020, sentencing Mr. Wells to multiple life terms. ECF No. 1356. An amended final judgment was issued on April 22, 2021, to include a restitution order. ECF No. 1460.

2. Following his direct appeal, the Ninth Circuit Court of Appeals affirmed Mr. Wells's convictions but remanded the restitution order on December 14, 2022. *United States v. Wells*, 55 F.4th 784 (9th Cir. 2022); *United States v. Wells*, No. 20-30009, 2022 WL 17668096 (9th Cir. Dec. 14, 2022). The Ninth Circuit denied rehearing on February 23, 2023.

3. Mr. Wells has the right to challenge his convictions, including claims of ineffective assistance of trial and appellate counsel, under 28 U.S.C. § 2255.

4. Mr. Wells is also eligible for appointment of counsel pursuant to 18 U.S.C. § 3006A to pursue his § 2255 claims. He has proceeded as an indigent, with appointed counsel throughout the district court and appellate court proceedings, and he remains indigent.

5. To effectively to investigate and pursue his available § 2255 claims, including possible claims of ineffective assistance of trial and appellate counsel, Mr. Wells cannot be represented by his current trial counsel (the Office of the Federal Public Defender for the District of Alaska), his current appellate counsel (Attorney Benjamin Coleman), or any previous counsel.

6. Mr. Wells has thus requested the Office of the Federal Public Defender for the District of Nevada be appointed to represent him to investigate and pursue a habeas petition under 28 U.S.C. § 2255.

7. The Office of the Federal Public Defender for the District of Nevada is available to investigate and, if appropriate, pursue a habeas petition under 28 U.S.C. § 2255 for Mr. Wells.

8. Appointment of the Office of the Federal Public Defender for the District of Nevada in this case would come at no cost to this Court.

9. The Administrative Office of the United States Courts' Defender Services Office has approved this out-of-district appointment request.

10. The Office of the Federal Public Defender, District of Nevada, is located at 411 E. Bonneville, Ste. 250, Las Vegas, Nevada 89101, (702) 388-6577.

For these reasons and in the interests of justice, Mr. Wells asks this Court to appoint the Office of the Federal Public Defender for the District of Nevada to investigate and, if appropriate, pursue § 2255 litigation for Mr. Wells. A proposed order is attached for the Court's convenience.

DATED this 30th day of May, 2023.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: *s/ Amy B. Cleary*
Amy B. Cleary
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br>　　v.<br><br>James Michael Wells,<br><br>　　　　Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**Order Appointing Counsel** |

　　　　Before the Court is Defendant's Motion for Appointment of Counsel requesting the Office of the Federal Public of Defender, District of Nevada be appointed for purposes of investigating and, if appropriate, pursuing a habeas petition under 28 U.S.C. § 2255. The Court finds Defendant is both indigent and eligible for appointed habeas counsel under 18 U.S.C. § 3006A. The Court also finds the Office of the Federal Public Defender, District of Nevada, is available to accept this appointment.

　　　　WHEREFORE, in the interests of justice, the Court appoints the Office of the Federal Public Defender, District of Nevada, for purposes of investigating and pursuing 28 U.S.C. § 2255 litigation on Defendant's behalf as it deems appropriate.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　District Court Judge

**Certificate of Service**

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 30, 2023. All participants in this case are registered CM/ECF users and will be served electronically.

s/ Amy B. Cleary
Assistant Federal Public Defender