# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES MICHAEL WELLS,<br><br>        Defendant. | Case No. 3:13-cr-00008-SLG |

### ORDER RE MOTION TO APPOINT COUNSEL

Before the Court at Docket 1491 is Defendant Well's *Motion to Appoint Counsel*, requesting the Office of the Federal Public Defender, District of Nevada be appointed for purposes of investigating and, if appropriate, pursuing a habeas petition under 28 U.S.C. § 2255. The Court finds Defendant is both indigent and eligible for appointed habeas counsel under 18 U.S.C. § 3006A. The Court also finds the Office of the Federal Public Defender, District of Nevada, is available to accept this appoint.

WHEREFORE, in the interests of justice, the Court appoints the Office of the Federal Defender, District of Nevada, for purposes of investigating and pursuing 28 U.S.C. § 2255 litigation on Defendant's behalf as it deems appropriate.

IT IS SO ORDERED.

DATED this 2nd day of June, 2023 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE