# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 31, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re:  James Michael Wells
            v. United States
           No. 22-7673
           (Your No. 20-30009, 21-30121)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 24, 2023 and placed on the docket May 31, 2023 as No. 22-7673.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Jacob A. Levitan
      Case Analyst