RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI OVERMYER
Assistant Federal Public Defender
Ohio State Bar No. 71000
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Wendi_Overmyer@fd.org

Attorney for James Michael Wells

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>James Michael Wells,<br><br>Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**Notice of Attorney Appearance for Defendant** |

Wendi Overmyer, Assistant Federal Public Defender, enters her appearance as lead counsel on behalf of Defendant James Michael Wells. All pleadings, notices, and orders should be sent to counsel at the address set forth above.

/ / /

/ / /

DATED this 21st day of June, 2023.

RENE L. VALLADARES
Federal Public Defender

By:     *s/ Wendi Overmyer*
        WENDI OVERMYER
        Assistant Federal Public Defender
        Counsel for Defendant

**Certificate of Service**

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 21, 2023. All participants in this case are registered CM/ECF users and will be served electronically.

*s/Wendi Overmyer*
Assistant Federal Public Defender