RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ELLESSE HENDERSON
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

Attorney for James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| United States of America, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | |
| v. | **Notice of Attorney Appearance for Defendant** |
| James Michael Wells, | |
| Defendant. | |

    Ellesse Henderson, Assistant Federal Public Defender, enters her appearance as co-counsel on behalf of Defendant James Michael Wells. All pleadings, notices, and orders should be sent to counsel at the address set forth above.

/ / /

/ / /

DATED this 21st day of June, 2023.

By: *s/ Ellesse Henderson*
RENE L. VALLADARES
Federal Public Defender

ELLESSE HENDERSON
Assistant Federal Public Defender
Counsel for Defendant

**Certificate of Service**

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 21, 2023. All participants in this case are registered CM/ECF users and will be served electronically.

*s/Ellesse Henderson*
Assistant Federal Public Defender