# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 26, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  James Michael Wells
           v. United States
           No. 22-7673
           (Your No. 20-30009, 21-30121)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk