| AO 435 (Rev. 04/18) *Please Read Instructions:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Wendi Overmyer | 2. PHONE NUMBER 702-388-6577 | | 3. DATE August 1, 2023 | |
| 4. MAILING ADDRESS 411 E. Bonneville Ave., Ste. 250 | 5. CITY Las Vegas | | 6. STATE NV | 7. ZIP CODE 89101 |
| 8. CASE NUMBER 3:13-cr-00008-SLG | 9. JUDGE Sharon L. Gleason | DATES OF PROCEEDINGS | | |
| | | 10. FROM 9/9/2019 | 11. 9/16/2019 | |
| 12. CASE NAME USA v. Wells | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Anchorage | 14. STATE Alaska | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Trial by Jury - Day 1 | 9/9/2019 [ECF 1227] |
| [ ] BAIL HEARING | | Trial by Jury - Day 6 | 9/16/2019 [ECF 1241] |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | $3.65 per page [✓] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| 14-Day | $4.25 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| EXPEDITED | $4.85 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| 3-Day | $5.45 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| DAILY | $6.05 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| HOURLY | $7.25 per page [ ] | [ ] | NO. OF COPIES | 0 | $ 0.00 |
| REALTIME | Call for info [ ] | [ ] | | | |
| | CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | $ 0.00 |

| 18. SIGNATURE s/ Wendi Overmyer | PROCESSED BY |
|---|---|
| 19. DATE 08/01/2023 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS sadad |
|---|---|

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY