RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AARIN KEVORKIAN
Assistant Federal Public Defender
Nevada State Bar No. 14556
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Aarin_Kevorkian@fd.org

Attorney for James Michael Wells

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| United States of America, | Case No. 3:13-cr-00008-SLG |
|---|---|
| Plaintiff, | **Motion for Non-Public Docket Sheet** |
| v. | |
| James Michael Wells, | |
| Defendant. | |

    Defendant James Wells, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. The non-public docket is necessary for the parties to assemble and review Mr. Wells's record for post-conviction purposes. The non-public docket sheet lists all sealed or restricted documents not viewable on the public docket sheet. From the public docket, counsel has identified several missing docket entries. *See, e.g.,* Dkt. Nos. 2, 3, 104, 124, 125, 166, 171, 175, 232, 390, 427, 483, 549, 552, 555, 558, 564, 606, 627, 648, 667, 867, 868, 869, 884, 897, 899,

902, 929, 931, 966, 968, 981, 989, 1001, 1060, 1063, 1080, 1095, 1099, 1101, 1121, 1135, 1152, 1153, 1159, 1176, 1177, 1186, 1188, 1354, 1396, 1397, 1435, 1437, 1447.

Without the non-public docket sheet, the parties cannot determine the nature and relevance of the sealed or restricted documents for Mr. Wells's case. Review of the non-public docket sheet will permit the parties to effectively determine which sealed or restricted documents need to be obtained and reviewed for post-conviction purposes. Access to the non-public docket is, therefore, necessary for counsel to provide constitutionally adequate representation for Mr. Wells and so the parties can accurately provide and cite to the record in further proceedings. If, after reviewing the non-public docket sheet, either party requires review of certain sealed or restricted documents, the party will request such items with specificity in a separate motion.

For these reasons, undersigned counsel request the Court order the Clerk's office to provide copies of the non-public docket sheet to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

The undersigned has contacted counsel for the government, and Assistant United States Attorney Stephen Corso advised the government does not oppose this motion.

Dated: August 14, 2023.

                                          RENE L. VALLADARES
                                          Federal Public Defender

                          By: */s/ Aarin E. Kevorkian*
                                          AARIN E. KEVORKIAN
                                          Assistant Federal Public Defender

**Certificate of Service**

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 14, 2023. All participants in this case are registered CM/ECF users and will be served electronically.

      *s/Aarin Kevorkian*
      Assistant Federal Public Defender

3

Case 3:13-cr-00008-SLG   Document 1504   Filed 08/14/23   Page 3 of 4

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | Case No. 3:13-cr-00008-SLG<br><br>**ORDER PERMITTING COPIES OF NON-PUBLIC DOCKET SHEET** |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for James Wells and counsel for the United States of America.

Dated: August ___, 2023.

_____
U.S. DISTRICT COURT JUDGE