S. LANE TUCKER
United States Attorney

STEPHEN L. CORSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephen.corso@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES MICHAEL WELLS,<br><br>    Defendant. | No. 3:13-cr-00008-SLG |

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States, by and through undersigned counsel, and hereby gives notice that Assistant U.S. Attorney Stephen L. Corso now appears as counsel for the United States of America in the above-entitled action.

RESPECTFULLY SUBMITTED August 14, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Stephen L Corso
STEPHEN L. CORSO
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023
a true and correct copy of the foregoing
was served electronically on:

Counsel of Record

/s Stephen L Corso
Office of the U.S. Attorney

U.S. v. Wells
3:13-cr-00008-SLG Page 2 of 2