# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>        Plaintiff, <br>  v. <br><br> JAMES MICHAEL WELLS, <br><br>        Defendant. | Case No. 3:13-cr-00008-SLG |

### ORDER RE MOTION FOR NON-PUBLIC DOCKET SHEET

Before the Court at Docket 1504 is Defendant James Wells' *Motion for Non-Public Docket Sheet*. Good cause being shown, the motion is hereby GRANTED. IT IS ORDERED that the Clerk's Office provide a copy of the complete, non-public docket sheet to counsel for James Wells and counsel for the United States of America.

DATED this 17th day of August 2023, at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE