# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MICHAEL WELLS, <br><br> Defendant. | Case No. 3:13-cr-00008-SLG |

## ORDER RE MOTION AND MEMORANDUM FOR STAY PENDING APPEAL OF ORDERS AT DOC. 1525 AND DOC. 1527

Before the Court at Docket 1534 is Defendant James Michael Wells' *Motion and Memorandum for Stay Pending Appeal of Orders at Doc. 1525 and Doc. 1527*. The Government filed a response of non-opposition to the motion at Docket 1535. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that disbursement of restitution funds seized from the Defendant's TSP account which are currently held with the Clerk of Court shall not occur until the conclusion of Mr. Wells' appeal to the Ninth Circuit. The Court will issue a further order at that time.

DATED this 19th day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE